Fig. 7.11. Percent of major river basins experiencing drought conditions from 1895 to 2004 (U.S. National Drought Mitigation Center 2004). The graphs represent the Palmer Drought Severity Index (1965), which measures the degree of departure based on precipitation, temperature, and available water capacity.



BLM_0040124

Fig. 7.12. Agricultural lands within the sagebrush biome buffered by 2.5 km.  Landcover data obtained from sagebrush distribution map (Comer et al. 2002, modified in this study), individual state GAP analysis programs, and the 1992 National Land Cover Database.



BLM_0040125

Fig. 7.13. Total area (ha) under contract within the Conservation Reserve Program for counties in the United State by 5-year intervals from 1987 through 2004. (Data provided by U.S.D.A. Farm Services Agency).



BLM_0040126

Fig. 7.14.  Change in population density from 1900 to 2000.  Population data obtained from U.S. Census Bureau.



BLM_0040127

Fig. 7.15. Location of major landfills within the western United States. Landfill locations obtained from waste management agencies of individual states. Buffer distances of 6.9 km represent foraging radius of nonbreeding common ravens (Boarman and Heinrich 1999.



BLM_0040128

Fig. 7.16.  Interstates and major highways in the sagebrush biome.  (Data obtained from U.S. National Atlas and Geo Gratis for Canada).



BLM_0040129

Fig. 7.17.  Contoured secondary roads in the sagebrush biome (linear distance/10 km grid).  Road information derived from US Census TIGER/Line Files 2002).



BLM_0040130

Fig. 7.18.  Rest areas throughout the Conservation Assessment Study Area.  Location of rest areas obtained from tranportation agencies of individual states.



BLM_0040131

Fig. 7.19. Powerline corridors within the sagebrush biome. (Compiled from 27 GIS coverages obtained from local, state, provincial, and federal sources).



BLM_0040132

Fig. 7.20.  Major railroads in the sagebrush biome.  (Data obtained from U.S. National Atlas and Geo Gratis for Canada).



BLM_0040133

Fig. 7.21.  Communications towers in the sagebrush biome.  (Data obtained from Federal Communication Commission).



BLM_0040134

Fig. 7.22. Linear density of fences on public lands in the Conservation Assessment Study Area. (Compiled from individual GIS coverages obtained from U.S. Bureau of Land Management District Offices).



BLM_0040135

Fig. 7.23.  Water developments on lands managed by the U.S. Bureau of Land Management. (U.S. Bureau of Land Management Range Improvement Database).



BLM_0040136

Fig. 7.24.  Wild horse management units in the Conservation Assessment Area.



BLM_0040137

Fig. 7.25. Geologic basins in which oil and gas resources have been developed and current distribution of greater sage-grouse. (Compiled from 5 state-based Oil and Gas Conservation Commissions, 2 state Geological Surveys, and U.S. Bureau of Land Management).



BLM_0040138

Fig. 7.26.  Current producing oil wells in the sagebrush biome.  (Compiled from 5 state-based Oil and Gas Conservation Commissions, 2 state Geological Surveys, and U.S. Bureau of Land Management).



BLM_0040139

Fig. 7.27.  Permitted or pending oil wells in the sagebrush biome (1929-2004).  (Compiled from 5 state-based Oil and Gas Conservation Commissions, 2 state Geological Surveys, and U.S. Bureau of Land Management).



BLM_0040140

Fig. 7.28.  Current producing gas wells in the sagebrush biome.  (Compiled from 5 state-based Oil and Gas Conservation Commissions, 2 state Geological Surveys, and U.S. Bureau of Land Management)



BLM_0040141

Fig. 7.29.  Permitted or pending natural gas wells in the sagebrush biome (1929-2004).  (Compiled from 5 state-based Oil and Gas Conservation Commissions, 2 state Geological Surveys, and U.S. Bureau of Land Management).



BLM_0040142

Fig. 7.30.  Density of primary natural gas and oil pipelines in the Conservation Assessment study area.  (Developed from U.S. Department of Transportation and 17 other sources).



BLM_0040143

Fig. 7.31.  Potential for wind energy in the western United States



BLM_0040144

Fig. 7.32.  Locations used for military training and testing within the sagebrush biome.  (Compiled from U.S. Department of Defense).



BLM_0040145

Fig. 7.33.  Conceptual model showing plant dynamics using state and transition (dotted boxes and dashed lines) in a typical shrub grassland site within the sage-grouse range.  Solid boxes and arrows within states are plant communities and pathways.



BLM_0040146

Table 7.1.  Results of univariate linear regressions to detect changes in number and average size of fires, total area burned, and variation in fire size by year within floristic divisions from 1980 to 2003.  The model was a time-series model regressing year by fire variables.  Dependent variables were log-transformed.  Dividing by mean fire size standardized variation in within-year fire size.  We conducted our analysis only for fires recorded after 1980 because of more consistent reporting even though fire statistics were available prior to 1980 (Fig. 7.1-5, also 7.6).

| Floristic Division (number of fire years 1980 to 2003) | Dependent Variable | F = | P = | $r^2$ | Coefficient[1] |
|---|---|---|---|---|---|
| Northern Great Basin (23) | Fires (n) | 91.00 | 0.01 | 0.81 | 0.10 |
| | Avg. Size (ha) | 0.13 | 0.72 | 0.04 | 0.00 |
| | Total Area (ha) | 9.17 | 0.01 | 0.27 | 0.06 |
| | Variance | 2.83 | 0.11 | 0.08 | -0.04 |
| Southern Great Basin (23) | Fires (n) | 124.51 | 0.01 | 0.85 | 0.16 |
| | Avg. Size (ha) | 14.83 | 0.01 | 0.39 | 0.09 |
| | Total Area (ha) | 29.86 | 0.01 | 0.57 | 0.16 |
| | Variance | 20.11 | 0.01 | 0.46 | -0.09 |
| Silver Sagebrush Region (18) | Fires (n) | 151.10 | 0.01 | 0.90 | 0.33 |
| | Avg. Size (ha) | 0.78 | 0.39 | 0.01 | 0.04 |
| | Total Area (ha) | 74.76 | 0.01 | 0.81 | 0.30 |
| | Variance | 6.73 | 0.02 | 0.25 | -0.05 |
| Snake River Basin (23) | Fires (n) | 53.48 | 0.01 | 0.70 | 0.06 |
| | Avg. Size (ha) | 1.20 | 0.29 | 0.01 | 0.01 |
| | Total Area (ha) | 21.88 | 0.01 | 0.49 | 0.05 |
| | Variance | 1.65 | 0.21 | 0.03 | -0.02 |
| Wyoming Basins (21) | Fires (n) | 38.98 | 0.01 | 0.66 | 0.26 |
| | Avg. Size (ha) | 5.88 | 0.03 | 0.20 | 0.05 |
| | Total Area (ha) | 41.96 | 0.01 | 0.67 | 0.26 |
| | Variance | 1.69 | .0.21 | 0.03 | -0.02 |

[1]Log-transformed coefficient

BLM_0040147

Table 7.2.  Fires (km$^2$) on or adjacent to lands managed by the U.S. Bureau of Land Management from 1997 through 2002 (U.S. Bureau of Land Management, Public Land Statistics 1997, 1998, 1999, 2000, 2001, 2002).  Force account protection.

| | 2002 | | 2001 | | 2000 | | 1999 | | 1998 | | 1997 | |
| | BLM | nonBLM | BLM | nonBLM | BLM | nonBLM | BLM | nonBLM | BLM | nonBLM | BLM | nonBLM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arizona | 33 | 0 | 8 | 2 | 4 | <1 | 92 | 6 | 8 | <1 | 6 | 0 |
| California | 88 | 97 | 30 | 7 | 34 | 11 | 81 | 96 | 17 | 30 | 98 | 554 |
| Colorado | 26 | 24 | 1 | <1 | 1 | 4 | 34 | 7 | 9 | 1 | 1 | <1 |
| Idaho | 127 | 85 | 323 | 178 | 1146 | 460 | 1265 | 127 | 87 | 70 | 118 | 65 |
| Montana | 3 | 6 | <1 | <1 | 2 | 24 | 4 | <1 | 4 | <1 | 1 | <1 |
| Nevada | 84 | 30 | 1456 | 168 | 1951 | 229 | 3995 | 1254 | 160 | 69 | 92 | 19 |
| New Mexico | 82 | 82 | 1,0 | 5 | 250 | 33 | 1,6 | 20 | 1 | <1 | 18 | <1 |
| North Dakota | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Oregon | 413 | 23 | 600 | 50 | 600 | 143 | 46 | 6 | 130 | 107 | 43 | 46 |
| South Dakota | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utah | 16 | 16 | 57 | 62 | 315 | 99 | 249 | 119 | 136 | 79 | 51 | 10 |
| Washington | 4 | 16 | <1 | 0 | 3 | 25 | 4 | 12 | 0 | 0 | 0 | 0 |
| Wyoming | 1 | 1 | 14 | 33 | 101 | 200 | 3 | 3 | 2 | 1 | 4 | 3 |
| Total km$^2$ | 878 | 380 | 2,502 | 504 | 4,405 | 1,228 | 5,787 | 1,650 | 554 | 356 | 432 | 696 |

BLM_0040148

Table 7.3. Fires (km$^2$) on or adjacent to lands managed by the U.S. Bureau of Land Management from 1997 through 2002 (U.S. Bureau of Land Management, Public Land Statistics 1997, 1998, 1999, 2000, 2001, 2002). Contract account protection.

| | 2002 | | 2001 | | 2000 | | 1999 | | 1998 | | 1997 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BLM | nonBLM | BLM | nonBLM | BLM | nonBLM | BLM | nonBLM | BLM | nonBLM | BLM | nonBLM |
| Arizona | <1 | 0 | <1 | 0 | <1 | <1 | 0 | 2 | 0 | 1 | 0 | 0 |
| California | 68 | 106 | 4 | 50 | 99 | 181 | 37 | 73 | 29 | 71 | 53 | 133 |
| Colorado | 0 | <1 | 0 | <1 | 0 | 0 | <1 | 2 | 1 | 0 | 0 | 0 |
| Idaho | 9 | 7 | 7 | 13 | 61 | 233 | 20 | 45 | 2 | 227 | 8 | 4 |
| Montana | 4 | 21 | 0 | <1 | 2 | 1 | 2 | 2 | 4 | 2 | 0 | 4 |
| Nevada | <1 | 10 | 1 | 190 | 24 | 84 | 146 | 202 | 7 | 56 | 13 | 9 |
| New Mexico | <1 | 1 | 1 | 1 | 7 | 28 | <1 | 3 | 4 | 7 | <1 | 1 |
| North Dakota | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Oregon | 1 | 1 | <1 | 1 | 3 | 8 | <1 | 0 | 29 | 100 | 2 | 24 |
| South Dakota | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utah | 5 | 15 | <1 | <1 | 43 | 26 | 47 | 124 | 5 | 1 | 2 | 7 |
| Washington | 8 | 3 | 3 | 5 | 0 | <1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wyoming | 1 | 2 | 1 | 22 | 1 | 4,8 | <1 | 0 | 0 | <1 | 1 | 1 |
| Total km$^2$ | 95 | 165 | 16 | 283 | 239 | 609 | 253 | 453 | 80 | 465 | 78 | 178 |

BLM_0040149

Table 7.4.  Characteristics of ecological provinces in the Great Basin Ecoregion and adjacent ecoregions (Miller et al. 1999*a*).

| Ecological province | Precipitation (cm) pattern | Dominant overstory species | Old-growth character | Mean annual temperature (C) | Elevation (m) |
|---|---|---|---|---|---|
| John Day | (23 – 46) Winter | Western juniper | <3% | -2 – 13 | 1,200 – 2,300 |
| Mazama | (18 – 36) Winter | Western juniper | >10% | 4 – 13 | 700 – 2,500 |
| Snake River | (13 – 31) Winter | -- | <3% | 4 – 13 | 900 – 2,000 |
| High Desert | (10 – 79) Winter | Western juniper | Dense <5% | 5 – 10 | 1,200 – 3,000 |
| Klamath | (102 – 305) Winter | -- | <3% | 7 – 13 | 460 – 2,800 |
| Humboldt | (20 – 76) Winter | Western juniper, Utah juniper | Dense and savanna <3% | 4 – 10 | 1,500 – 3,300 |
| Raft River | (40 – 100) Winter | Juniper, Singleleaf pinyon pine | Dense and savanna <3% | 1 – 9 | -- |
| Mono | (25 – 64) Winter | Singleleaf pinyon pine | Dense <5% | 4 – 10 | 1,200 – 4,300 |
| Lahontan | (10 – 30) Winter | Singleleaf pinyon pine, Utah juniper | Savanna 0% | 7 – 13 | 1,200 – 3,000 |
| Central High | (13 – 62) Winter and summer | Pinyon pine, juniper | Savanna <3% | 4 – 10 | 1,500 – 4,000 |
| High Calcereous | (13 – 62) Winter and summer | Juniper, pinyon pine | Savanna <3% | 4 – 10 | 1,500 – 4,000 |
| Bonneville | (10 – 25) Winter and summer | Juniper | Savanna >10% | 7 – 13 | 1,200 – 2,400 |
| White River | (8 – 51) Winter and summer | -- | Dense and savanna | 11 – 15 | 1,400 – 2,900 |

BLM_0040150

Table 7.5.  Broad vegetation cover types within the assessment area and their susceptibility to invasion by non-indigenous plant species. Susceptibility to invasion is defined by four categories: (H) high – invades the cover type successfully and becomes dominant or codominant even in the absence of intense or frequent disturbances; (M) moderate - invades the cover type successfully because high intensity or frequency of disturbance impacts the soil surface or removes the normal canopy cover; (L) low – the species typically does not invade the cover type because the cover type does not provide suitable habitat for the species; (U) unknown – distribution records are limited and interpretation of the susceptibility would be difficult. Compiled from USDA FS and USDI BLM (1997b) and Sheley and Petroff (1999).

| Cover Type | Invasive Species[1] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Brte | Canu | Casp. | Cedi | Cema | Cere | Ceso | Cevi | Chju | Chle | Ciar | Civu | Coma | Crvu | Eues | Hagl | Hiau | Hipe | Isti | Lela | Lida | Livu | Lysa | Onac | Pore | Saae | Saka | Seja | Sosp. | Taca |
| **UPLAND COMMUNITIES** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Basin & Wyoming big & three-tip sagebrush<br>*Artemisia tridentata* ssp. *tridentata*, *A.tridentata.* ssp. *wyomingensis,A. tripartita* | H | U | M | M | M | M | M | M | M | U | M | M | L | L | M | M | L | L | H | L | M | M | L | M | U | H | M | U | M | M |
| Mountain big sagebrush<br>*A. tridentata* ssp. *vaseyana* | H | M | M | M | M | M | M | M | | | M | U | M | M | L | M | L | M | M | L | L | H | M | M | L | M | M | M | U | M |
| Low & black sagebrush<br>*A. arbuscula, A.nova* | M | U | M | M | U | M | M | U | M | M | L | L | M | L | L | H | L | M | U | L | U | U | L | U | U | L | U | M | L | M |
| Salt desert shrub<br>*Atriplex confertifolia, Eurotia lanata, Grayia spinosa,Sarcobatus vermiculatus* | M | M | M | L | L | M | L | M | L | L | M | M | L | L | M | H | L | L | L | L | L | L | L | L | L | L | M | U | M | L |
| Wheatgrass bunchgrass<br>*Agropyron* sp., *Aristida longiseta, Elymus cinereus, Poa secunda, Pseudoroegnaria spicata* | H | M | M | H | H | M | H | M | M | M | H | M | L | M | M | M | L | L | H | L | H | M | L | M | H | H | M | U | M | M |
| **RIPARIAN & WETLAND COMMUNITIES** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Shrub wetlands | M | H | M | M | H | M | M | M | L | M | H | H | H | L | M | L | M | M | M | H | M | M | M | H | M | M | M | U | L | M |

BLM_0040151

| Cover Type | Invasive Species[1] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Brte | Canu | Cas. | Cedi | Cema | Cers | Ceso | Cevi | Chju | Chle | Ciar | Civu | Coma | Crvu | Eues | Hagl | Hiau | Hipr | Isti | Lela | Lida | Livu | Lysa | Onar | Pore | Saae | Saka | Seja | So sp | Taca |
| *Cornus* sp., *Salix* sp. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cottonwood<br>*Populus trichocarpa* | M | M | M | M | H | M | M | M | M | H | H | M | H | L | H | L | M | H | M | H | M | M | M | M | M | M | L | U | L | M |
| Herbaceous Wetland<br>*Carex nebraskensis, C. rostrata, C. aquatilis* | M | M | M | M | H | M | H | M | L | H | H | M | H | L | M | L | H | M | M | H | M | M | H | H | M | H | L | U | L | M |

[1] *Brte Bromus tectorum* (cheatgrass); *Canu Carduus nutans* (musk thistle); *Ca* sp. *Cardaria* species (whitetop); *Cedi Centaurea diffusa* (diffuse knapweed); *Cema Centaurea maculosa* (spotted knapweed); *Cere Centaurea repens* (Russian knapweed); *Ceso Centaurea solstitialis* (yellow starthistle); *Cevi Centaurea virgata* (squarrose knapweed); *Chju Chondrilla juncea* (Rush skeletonweed); *Chle Chrysanthemum leucanthemum* (Oxeye daisy); *Ciar Cirsium arvense* (Canada thistle); *Civu Cirsium vulgare* (bull thistle); *Coma Conium maculatum* (poison-hemlock); *Crvu Crupina vulgaris* (common crupina); *Eues Euphorbia esula* (leafy spurge); *Hagl Halogeton glomeratus* (halogeton); *Hiau Hieracium aurantiacum* (orange hawkweed); *Hipr Hieracium pratensis* (meadow hawkweed); *Isti Isatic tinctoria* (dyer's woad); *Lela Lepidium latifolium* (perennial pepperweed); *Lida Linaria dalmatica* (Dalmation toadflax); *Livu Linaria vulgaris* (yellow toadflax); *Lysa Lythrum salicaria* (purple loosestrife); *Onac Onopordum acanthium* (Scotch thistle); *Pore Potentilla recta* (sulphur cinquefoil); *Saae Salvia aethiopis* (Mediterranean sage); *Saka Salsola kali* (Russian thistle); *Seja Senecio jacobaea* (tansy ragwort); *So* sp. *Sonchus* sp. (sowthistles); *taca Taeniatherum caput-medusae* (medusahead)

BLM_0040152

Table. 7.6.  Mean population density (in millions) within states from U.S. Census Statistics from 1900 to 2000.

| State | Year of United States Census | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2000 | 1990 | 1980 | 1970 | 1960 | 1950 | 1940 | 1930 | 1920 | 1910 | 1900 |
| Arizona | 3.26 | 2.46 | 1.90 | 1.18 | 0.91 | 0.71 | 0.62 | 0.47 | 0.36 | 0.26 | 0.21 |
| California | 17.70 | 14.56 | 10.71 | 7.46 | 6.05 | 4.88 | 3.72 | 2.75 | 2.34 | 2.32 | 2.21 |
| Colorado | 16.06 | 12.59 | 10.93 | 7.47 | 5.11 | 3.75 | 3.38 | 2.86 | 2.69 | 3.02 | 2.89 |
| Idaho | 10.84 | 8.31 | 7.72 | 5.76 | 5.36 | 4.82 | 4.22 | 3.58 | 3.43 | 4.12 | 2.12 |
| Montana | 2.60 | 2.33 | 2.36 | 2.17 | 2.19 | 1.99 | 1.93 | 1.94 | 2.14 | 2.77 | 2.44 |
| North Dakota | 1.49 | 1.60 | 1.73 | 1.64 | 1.81 | 1.76 | 1.85 | 2.17 | 2.02 | 2.15 | 0.93 |
| Nebrasaka | 4.18 | 4.18 | 4.48 | 4.23 | 4.30 | 4.16 | 4.11 | 3.94 | 3.06 | 1.79 | 1.04 |
| New Mexico | 11.77 | 10.43 | 10.10 | 8.25 | 7.25 | 6.00 | 2.43 | 1.94 | 1.77 | 1.63 | 1.57 |
| Nevada | 14.95 | 10.41 | 7.70 | 3.98 | 2.21 | 1.23 | 0.98 | 0.73 | 0.79 | 1.22 | 1.10 |
| Oregon | 36.75 | 31.69 | 30.06 | 27.44 | 24.92 | 22.18 | 16.58 | 15.41 | 12.67 | 11.55 | 6.03 |
| South Dakota | 2.74 | 2.54 | 2.40 | 2.09 | 2.11 | 1.84 | 1.79 | 1.67 | 1.39 | 2.10 | 1.98 |
| Utah | 29.38 | 23.15 | 19.59 | 14.50 | 11.96 | 8.76 | 6.66 | 6.12 | 5.24 | 4.71 | 3.26 |
| Washington | 30.06 | 25.48 | 22.28 | 19.16 | 16.51 | 13.65 | 9.74 | 8.89 | 8.02 | 7.19 | 3.61 |
| Wyoming | 2.17 | 1.99 | 2.01 | 1.48 | 1.52 | 1.35 | 1.18 | 1.07 | 1.03 | 1.16 | 0.79 |

BLM_0040153

Table. 7.7.  Recreational use (number of visitors and visitor days) on lands managed by the U.S. Bureau of Land Management (U.S. Bureau of Land Management, Public Land Statistics 2000, 2001, 2002).  Number of visitors represents the total of recreational visits to all lands, including those managed specifically for recreation or other opportunities.  Number of visitor-days is an aggregate of 12 visitor-hours to a site or area.

| | 2002 | | 2001 | | 2000 | |
|---|---|---|---|---|---|---|
| | Visitors | Visitor Days | Visitors | Visitor Days | Visitors | Visitor Days |
| Arizona[1] | 1,778 | 4,393 | 4,572 | 14,102 | 4,997 | 15,515 |
| California | 8,947 | 16,747 | 8,312 | 13,684 | 8,400 | 10,610 |
| Colorado | 4,440 | 3,394 | 4,892 | 3,410 | 4,756 | 3,206 |
| Idaho | 6,090 | 4,710 | 5,895 | 4,296 | 6,326 | 4,513 |
| Montana | 2,845 | 2,459 | 2,955 | 3,405 | 3,136 | 3,523 |
| Nevada | 6,438 | 5,184 | 5,275 | 3,606 | 5,045 | 4,110 |
| New Mexico | 2,090 | 1,788 | 2,533 | 1,800 | 2,380 | 1,667 |
| Oregon | 7,635 | 6,511 | 8,265 | 7,220 | 8,137 | 9,200 |
| Utah | 5,733 | 7,757 | 5,795 | 7,055 | 6,169 | 7,812 |
| Wyoming | 2,022 | 2,282 | 1,931 | 2,043 | 3,655 | 2,285 |
| Total | 48,018 | 55,225 | 50,425 | 60,621 | 53,001 | 62,441 |

[1]Does not include 2,905 visitors and 10,036 visitor days to leased or partnership sites that previously were included in previous year's totals.

BLM_0040154

Table 7.8.  Number of habitat treatments on lands managed by the U.S. Bureau of Land Management (U.S. Bureau of Land Management Range Improvement Projects database).

| Habitat Treatment | AZ | CA | CO | ID | MT | ND | NM | NV | OR | SD | UT | WA | WY | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unknown | 9 | 20 | 15 | 23 | 30 | | 12 | 40 | 18 | | 91 | | 25 | 283 |
| Fences | 1,489 | 669 | 3,051 | 3,717 | 5,790 | 48 | 1,445 | 3,489 | 3,451 | 357 | 3,265 | 239 | 5,278 | 32,288 |
| Fence modification | 1 | 6 | 9 | 149 | 17 | | 7 | 23 | 89 | | 17 | 4 | 23 | 345 |
| Hazard reduction | 1 | 8 | 28 | 47 | 9 | | 1 | 5 | 10 | | 2 | | 4 | 115 |
| Land treatment | 30 | 15 | 253 | 158 | 82 | | 78 | 77 | 54 | 4 | 141 | 11 | 73 | 976 |
| Lake/wetland improvement | 21 | | 8 | 8 | 17 | | 2 | | 7 | 1 | 2 | 10 | 8 | 84 |
| Misc. facility improvement | 468 | 173 | 1,038 | 1,254 | 1,420 | | 368 | 1,480 | 1,263 | 10 | 1,300 | 41 | 644 | 9,459 |
| Perch/nesting structure | | | 2 | 6 | 7 | | 2 | 3 | 3 | | 6 | 11 | 44 | 84 |
| Stream improvement | | 8 | 35 | 11 | 13 | | 3 | 1 | 14 | | 17 | 4 | 22 | 128 |
| Streambank stabilization structures | 1 | | 18 | 4 | 13 | | 1 | 2 | 11 | | 1 | 3 | 2 | 56 |
| Timber stand improvement | | 8 | 23 | 9 | 1 | | 3 | 1 | 15 | | 1 | 1 | 12 | 74 |
| Vegetation manipulation | 220 | 207 | 880 | 1,585 | 445 | 9 | 681 | 895 | 1,089 | 14 | 824 | 66 | 481 | 7,396 |
| Weed control | | 2 | 138 | 67 | 320 | 3 | 31 | 12 | 126 | 15 | 14 | 294 | 42 | 1,064 |
| Water development/control | 2,180 | 1,180 | 9,189 | 5,017 | 10,587 | 56 | 2,247 | 5,163 | 7,555 | 561 | 5,292 | 130 | 7,813 | 56,970 |
| Water facilities modified | | 15 | 49 | 65 | 15 | | 3 | 3 | 126 | 1 | 20 | 2 | 38 | 337 |
| Total habitat treatments | 4,420 | 2,311 | 14,736 | 12,120 | 18,766 | 116 | 4,884 | 11,194 | 13,831 | 963 | 10,995 | 816 | 14,509 | 109,661 |

BLM_0040155

Table 7.9.  Summary of Grazing Permits and Leases in Force on Public Lands from 2000 through 2002 (U.S. Bureau of Land Management, Public Land Statistics 2000, 2001, 2002)

| | 2002 | | 2001 | | 2000 | |
|---|---|---|---|---|---|---|
| | Permits | AUMs | Permits | AUMs | Permits | AUMs |
| Arizona | 741 | 685,257 | 767 | 676,970 | 785 | 678,962 |
| California | 627 | 328,404 | 593 | 316,971 | 603 | 329,395 |
| Colorado | 1,627 | 648,693 | 1,609 | 644,603 | 1,639 | 691,046 |
| Idaho | 1,959 | 1,322,974 | 1,939 | 1,317,041 | 1,962 | 1,323,215 |
| Montana | 3,787 | 1,293,498 | 3,755 | 1,286,197 | 3,832 | 1,302,641 |
| Nebraska | 20 | 622 | 18 | 592 | 21 | 622 |
| Nevada | 658 | 2,241,596 | 661 | 2,221,140 | 683 | 2,225,814 |
| New Mexico | 2,313 | 1,875,361 | 2,312 | 1,872,958 | 2,321 | 1,875,181 |
| North Dakota | 75 | 9,389 | 75 | 9,389 | 74 | 9,379 |
| Oklahoma | 4 | 138 | 4 | 138 | 4 | 138 |
| Oregon | 1,395 | 1,059,047 | 1,296 | 1,036,769 | 1,359 | 1,041,707 |
| South Dakota | 462 | 74,126 | 466 | 74,387 | 456 | 73,448 |
| Utah | 1,569 | 1,234,136 | 1,550 | 1,236,840 | 1,589 | 1,246,639 |
| Washington | 363 | 29,475 | 324 | 30,536 | 298 | 28,239 |
| Wyoming | 2,782 | 1,973,653 | 2,773 | 1,972,836 | 2,767 | 1,984,061 |
| Total | 18,382 | 12,776,369 | 18,142 | 12,697,367 | 18,393 | 12,810,487 |

BLM_0040156

Table 7.10.  Percent of lands by seral condition on public lands managed by the U.S. Bureau of Land Management in 2003[a,b].  Potential natural climax = 76-100% similar; late seral = 51-75% similar; mid-seral = 26-50% similar; early seral = 0-25% similar[c].

|  | % Inventoried | Potential Natural Community | Late Seral | Mid-Seral | Early-Seral | Unclassified |
|---|---|---|---|---|---|---|
| Arizona | 76 | 6 | 32 | 26 | 7 | 30 |
| California | 16 | 3 | 20 | 43 | 30 | 4 |
| Colorado | 58 | 5 | 20 | 40 | 18 | 27 |
| Idaho | 54 | 3 | 27 | 38 | 27 | 5 |
| Montana, North Dakota, South Dakota | 78 | 7 | 58 | 21 | 1 | 13 |
| Nevada | 54 | 3 | 27 | 31 | 8 | 31 |
| New Mexico | 80 | 4 | 30 | 41 | 22 | 3 |
| Oregon and Washington | 82 | 1 | 21 | 45 | 11 | 23 |
| Utah | 62 | 11 | 28 | 42 | 13 | 6 |
| Wyoming | 56 | 24 | 34 | 27 | 5 | 10 |
| Total | 61 | 7 | 29 | 34 | 11 | 18 |

[a]http://www-a.blm.gov/natacq/pls03/
[b]Statistics are reported for 2003 although surveys to classify sites may have been conducted in other years.
[c]A common qualitative characterization of plant communities is for potential natural communities to be considered as in "excellent condition", late seral stages to be "good", mid-seral to be "fair", and early seral to be "poor".  Because these terms may not accurate describe current understanding of succession dynamics in sagebrush ecosystems (West 2003), the U.S. Bureau of Land Management is considering changes to standards and guidelines that indicate "rangeland health" (U.S. Bureau of Land Management 2003*b*) (Table 7.11).

BLM_0040157

Table 7.11.  Total area (km$^2$ and %) of lands managed by the U.S. Bureau of Land Management meeting standards and guidelines established for rangeland health[1].  Category A = meeting standards or making significant progress towards meeting standards.  Category B = Not meeting all standards or making significant progress but appropriate action has been taken to ensure significant progress towards meeting standards (livestock is a significant factor).  Category C = Not meeting standards or making significant progress towards meeting the standards and no appropriate action has been taken to ensure significant progress (livestock is a significant factor).  Category D = Not meeting standards or making significant progress towards meeting the standards due to causes other than livestock grazing.  Category E = total area assessed.  Category F = total area that has not been assessed.

| | Category A | | Category B | | Category C | | Category D | | Category E | | Category F | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | km$^2$ | % | km$^2$ | % | km$^2$ | % | km$^2$ | % | km$^2$ | % | km$^2$ | % | |
| Arizona | 20,264 | 42 | 1,434 | 3 | 859 | 2 | 109 | 0 | 22,667 | 47 | 25,605 | 53 | 48,272 |
| California | 12,287 | 39 | 2,637 | 8 | 1,477 | 5 | 2,078 | 7 | 18,479 | 58 | 13,392 | 42 | 31,870 |
| Colorado | 14,588 | 41 | 5,787 | 16 | 99 | 0 | 1,404 | 4 | 21,878 | 62 | 13,597 | 38 | 35,475 |
| Idaho | 8,384 | 18 | 12,575 | 26 | 1,826 | 4 | 2,525 | 5 | 25,310 | 53 | 22,449 | 47 | 47,760 |
| Montana/Dakotas | 19,745 | 60 | 1,919 | 6 | 599 | 2 | 661 | 2 | 22,924 | 70 | 10,032 | 30 | 32,957 |
| Nevada | 25,914 | 14 | 39,174 | 21 | 2,720 | 1 | 4,167 | 2 | 71,975 | 39 | 113,035 | 61 | 185,010 |
| New Mexico | 1,466 | 3 | 374 | 1 | 0 | 0 | 24 | 0 | 1,864 | 4 | 48,529 | 96 | 50,392 |
| Oregon/Washington | 12,904 | 23 | 4,335 | 8 | 2,044 | 4 | 1,133 | 2 | 20,416 | 36 | 35,835 | 64 | 56,251 |
| Utah | 19,487 | 21 | 4,640 | 5 | 1,052 | 1 | 5,016 | 6 | 30,194 | 33 | 60,722 | 67 | 90,917 |
| Wyoming | 25,592 | 35 | 14,278 | 20 | 2,654 | 4 | 778 | 1 | 43,303 | 60 | 29,074 | 40 | 72,377 |
| Total | 160,629 | 25 | 87,154 | 13 | 13,331 | 2 | 17,897 | 3 | 279,011 | 43 | 372,270 | 57 | 651,281 |

[1]www.blm.gov/nstc/rangeland/rangelandindex.html

BLM_0040158

Table 7.12.  Total area (km$^2$) seeded on lands managed by the U.S. Bureau of Land Management for wildlife habitat improvement (U.S. Bureau of Land Management, Public Land Statistics 1997, 1998, 1999, 2000, 2001, 2002).

| State | Year | | | | | |
|---|---|---|---|---|---|---|
| | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 |
| Arizona | 1 | <1 | 57 | 1 | 0 | 16 |
| California | 0 | 1 | 0 | <1 | 5 | 4 |
| Colorado | 25 | 21 | 3 | 1 | 1 | <1 |
| Idaho | 0 | 0 | 0 | 4 | 0 | 283 |
| Montana | <1 | 8 | 0 | 2 | 1 | 3 |
| Nevada | 265 | 202 | 1,582 | 90 | 45 | 23 |
| New Mexico | <1 | 1 | 2 | 6 | 0 | <1 |
| North Dakota | 0 | 0 | 0 | 0 | 0 | 0 |
| Oregon | 0 | 93 | 20 | 1 | 3 | 6 |
| South Dakota | 0 | 0 | 0 | 0 | 0 | 0 |
| Utah | 14 | 0 | 7 | 67 | 0 | 74 |
| Washington | 0 | 0 | 0 | 0 | 0 | 0 |
| Wyoming | 1 | 12 | 2 | <1 | 0 | 0 |
| Total area (km$^2$) | 306 | 339 | 1,673 | 173 | 55 | 410 |

BLM_0040159

Table 7.13.  Total area (km$^2$) treated with disking and chaining for wildlife improvements on lands managed by the U.S. Bureau of Land Management from 1997 through 2002.  (U.S. Bureau of Land Management, Public Land Statistics 1997, 1998, 1999, 2000, 2001, 2002).

| State | Year | | | | | |
|-------|------|------|------|------|------|------|
| | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 |
| Arizona | <1 | 0 | 2 | 1 | <1 | 1 |
| California | 0 | 0 | 0 | 0 | <1 | <1 |
| Colorado | 37 | 0 | <1 | <1 | 1 | 1 |
| Idaho | 0 | 0 | 0 | 0 | 0 | 0 |
| Montana | 0 | 0 | 0 | 1 | 1 | 3 |
| Nevada | 13 | 0 | 8 | 0 | 3 | 0 |
| New Mexico | 3 | 1 | 13 | 9 | 0 | <1 |
| North Dakota | 0 | 0 | 0 | 0 | 0 | 0 |
| Oregon | 0 | 10 | 1 | <1 | 4 | 3 |
| South Dakota | 0 | 0 | 0 | 0 | 0 | 0 |
| Utah | 23 | 0 | 4 | 9 | 0 | 190 |
| Washington | 0 | 0 | 0 | 0 | 0 | 0 |
| Wyoming | 1 | 5 | 0 | 2 | 0 | 23 |
| Total area (km$^2$) | 77 | 16 | 29 | 23 | 9 | 221 |

BLM_0040160

Table 7.14.  Total area (km$^2$) treated by prescribed fire projects on lands managed by the U.S. Bureau of Management from 1997 to 2002. (U.S. Bureau of Land Management, Public Land Statistics 1997, 1998, 1999, 2000, 2001, 2002)

| State | Year | | | | | |
|---|---|---|---|---|---|---|
| | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 |
| Arizona | 52 | 48 | 40 | 94 | 95 | 8 |
| California | 7 | 3 | 22 | 21 | 45 | 16 |
| Colorado | 24 | 2 | 2 | 46 | 56 | 3 |
| Idaho | 59 | 100 | 43 | 102 | 64 | 11 |
| Montana | 12 | 34 | 15 | 31 | 18 | 3 |
| Nevada | 28 | 10 | <1 | 3 | 2 | 10 |
| New Mexico | 53 | 34 | 15 | 71 | 131 | 60 |
| North Dakota | 0 | 0 | 0 | 0 | 0 | 0 |
| Oregon | 223 | 86 | 55 | 225 | 169 | 72 |
| South Dakota | 0 | 0 | 0 | 0 | 0 | 0 |
| Utah | 19 | 64 | 33 | 30 | 24 | 11 |
| Washington | 0 | 0 | 4 | 1 | 0 | 0 |
| Wyoming | 20 | 11 | 23 | 138 | 117 | 59 |
| Total area (km$^2$) | 497 | 393 | 251 | 764 | 720 | 253 |

BLM_0040161

Table 7.15.  Nonfire fuels treatment (km$^2$) on lands managed by the U.S. Bureau of Land Management (U.S. Bureau of Land Management. Public Land Statistics 1999, 2000, 2001, 20002).  Includes mechanical (e.g, chaining), hand (e.g., thinning and pulling), and chemical (e.g., herbicide)  treatments.

| State | Year | | | |
|---|---|---|---|---|
| | 2002 | 2001 | 2000 | 1999 |
| Arizona | 46 | 32 | 10 | <1 |
| California | 14 | 4 | 5 | 7 |
| Colorado | 60 | 74 | 9 | 15 |
| Idaho | 228 | 324 | 277 | 20 |
| Montana | 15 | 0 | <1 | 0 |
| Nevada | 40 | 6 | 123 | 0 |
| New Mexico | 150 | 4 | 5 | 4 |
| North Dakota | 0 | 0 | 0 | 0 |
| Oregon | 160 | 55 | 27 | 6 |
| South Dakota | 0 | 0 | 0 | 0 |
| Utah | 63 | 0 | 1 | 14 |
| Washington | 1 | 1 | 0 | 0 |
| Wyoming | 54 | 52 | 2 | 0 |
| Total area (km$^2$) | 832 | 553 | 460 | 66 |

BLM_0040162

Table 7.16.  Number of projects (n), total area (km$^2$) treated, and funding (USD) approved for emergency fire rehabilitation on lands managed by the U.S. Bureau of Land Management from 1997 through 2002 (U.S. Bureau of Land Management, Public Land Statistics 1997, 1998, 1999, 2000, 2001, 2002).

| | Year | | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2002 | | | 2001 | | | 2000 | | | 1999 | | | 1998 | | | 1997 | | |
| State | n | km$^2$ | Funding ($) | n | km$^2$ | Funding ($) | n | km$^2$ | Funding ($) | n | km$^2$ | Funding ($) | n | km$^2$ | Funding ($) | n | km$^2$ | Funding ($) |
| Arizona | | | | | | | | | | 1 | 67 | 1,021,000 | | 0 | | | 0 | |
| California | 19 | 34 | 574,591 | 6 | 2,3 | 1,647,405 | 7 | 168 | 1,148,647 | 5 | 11 | 18,154,000 | | 0 | | | 0 | |
| Colorado | 16 | 52 | 2,816,202 | 4 | 2,3 | 167,484 | 15 | 77 | 1,094,737 | 5 | 45 | 295,000 | 9 | 6 | 93,859 | | 0 | |
| Idaho | 85 | 2,900 | 2,292,252 | 31 | 389 | 4,577,439 | 38 | 1,216 | 10,605,954 | 41 | 1,267 | 7,802,576 | 8 | 53 | 410,379 | 14 | 45 | 473,195 |
| Montana | 3 | 8 | 1,064,471 | 0 | 0 | | 5 | 65 | 461,000 | | 0 | | | 0 | | | 0 | |
| Nevada | 103 | 11,226 | 17,061,510 | 74 | 1,570 | 23,475,497 | 41 | 1,924 | 24,371,902 | 40 | 4,696 | 44,102,482 | 7 | 81 | 1,367,045 | 14 | 204 | 1,734,644 |
| New Mexico | | 0 | | | 0 | | | 0 | | | 0 | | | 0 | | | 0 | |
| North Dakota | | 0 | | | 0 | | | 0 | | | 0 | | | 0 | | | 0 | |
| Oregon | 50 | 1,392 | 4,794,421 | 22 | 856 | 6,656,000 | 9 | 450 | 4,841,000 | 10 | 48 | 655,000 | 7 | 94 | 880,000 | | 0 | |
| South Dakota | | 0 | | | 0 | | | 0 | | | 0 | | | 0 | | | 0 | |
| Utah | 27 | 409 | 2,309,559 | 29 | 65 | 1,969,000 | 32 | 262 | 8,111,398 | 20 | 188 | 6,050,054 | 21 | 121 | 2,577,474 | 7 | 32 | 439,300 |
| Washington | | 0 | | | 0 | | | 0 | | | 0 | | | 0 | | | 0 | |
| Wyoming | 5 | 113 | 423,125 | 1 | 2 | 590,300 | 8 | 460 | 1,353,671 | 1 | 1 | 49,315 | | 0 | | | 0 | |
| Total | 308 | 16,135 | 31,336,131 | 167 | 2,927 | 39,083,125 | 155 | 4,621 | 51,988,309 | 123 | 6,324 | 78,129,427 | 52 | 341 | 5,328,757 | 35 | 281 | 2,647,139 |

BLM_0040163

Table 7.17.  Estimates of numbers of free-roaming horses and burros on lands administered by the U.S. Bureau of Land Management in the western United States in 2003, and the sum of Appropriate Management Levels [AMLs] (summed across all Herd Management Areas [HMAs] in the state).   AML is determined through a multiple-use process, in which animal-unit months (AUMs) are distributed among free-roaming equids, livestock, and native ungulates.  Estimated population sizes do not include animals occurring on other public jurisdictions.

| State | Horses | | Burros | | Total Equid |
| | Population | AML | Population | AML | Population |
| --- | --- | --- | --- | --- | --- |
| Arizona | 250 | 210 | 2,243 | 1,580 | 2,493 |
| California | 2,607 | 1,733 | 810 | 416 | 3,417 |
| Colorado | 516 | 812 | 0 | 0 | 516 |
| Idaho | 697 | 999 | 0 | 0 | 697 |
| Montana | 170 | 105 | 0 | 0 | 170 |
| Nevada | 16,857 | 13,648 | 919 | 976 | 17,776 |
| New Mexico | 68 | 50 | 0 | 0 | 68 |
| Oregon | 2,870 | 2,615 | 15 | 25 | 2,885 |
| Utah | 2,155 | 1,835 | 126 | 120 | 2,281 |
| Wyoming | 5,035 | 3,725 | 0 | 0 | 5,035 |
| Total | 31,225 | 25,732 | 4,113 | 3,117 | 38,815 |

BLM_0040164

Table 7.18. Number of applications for oil and gas leases received by federal agencies[a] from 1929 to 2004. (Data obtained from U.S. Bureau of Land Management LR2000 Lands and Records database).

| State | Number of leases | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Authorized | | Pending | | Rejected | | Withdrawn | Total |
| Wyoming | 50,852 | | 606 | | 61 | | 1,098 | 52,617 |
| Arizona | 128 | | 7 | | 0 | | 0 | 135 |
| California | 1,510 | | 134 | | 4 | | 104 | 1,752 |
| Colorado | 13,498 | | 308 | | 8 | | 102 | 13,916 |
| Idaho | 16 | | 0 | | 0 | | 0 | 16 |
| Montana | 10,180 | | 1,360 | | 4 | | 48 | 11,592 |
| New Mexico | 25,695 | | 140 | | 4 | | 84 | 25,923 |
| Nevada | 2,272 | | 201 | | 20 | | 8 | 2,501 |
| Oregon | 73 | | 9 | | 0 | | 0 | 82 |
| Washington | 500 | | 0 | | 0 | | 0 | 500 |
| Utah | 8,475 | | 362 | | 2 | | 42 | 8,881 |
| South Dakota | 467 | | 100 | | 0 | | 2 | 569 |
| North Dakota | 3,568 | | 440 | | 0 | | 4 | 4,012 |
| Total (%) | 117,234 | (95.7) | 3,667 | (3.0) | 103 | (0.1) | 1,492 (1.2) | 122,496 |

[a]Prior to 1972, the U.S. Geological Survey was the approval authority for applications for permit to drill. The U.S. Bureau of Land Management was authorized to provide input into the decision process in 1972 and became the approving authority in 1982 following a merger with the Minerals Management Service.

BLM_0040165

Table 7.19. Geologic basins (Fig. 7.25) where significant oil and gas resources have been developed within the sagebrush biome, total area (km$^2$), and area (km$^2$) of sagebrush included within the basin. (Data obtained from U.S. Geological Survey National Oil and Gas Assessment).

| Basin Name | State(s) | Total Area (km$^2$) | Sagebrush Area (km$^2$) |
|---|---|---|---|
| 1.  Greater Green River Basin | Wyoming, Colorado, Utah | 114,137 | 49,118 |
| 2.  Powder River Basin | Wyoming, Montana | 89,178 | 21,061 |
| 3.  Uinta-Piceance Basin | Utah, Colorado | 78,493 | 13,393 |
| 4.  Wyoming Thrust Belt | Wyoming, Utah, Idaho | 29,211 | 11,934 |
| 5.  Paradox - San Juan Basin | Utah | 158,779 | 18,498 |
| Wind River Basin | Wyoming | 30,312 | 15,787 |
| Bighorn Basin | Wyoming, Montana | 34,087 | 10,567 |
| Williston Basin | Montana, North Dakota, South Dakota | 89,178 | 9,442 |
| North-Central Montana | Montana | 123,102 | 6,273 |

BLM_0040166

Table 7.20.  Major category of stipulations on oil/gas development, total area (km$^2$) and percent of federal lands affected in five major and priority geological basins (adapted from Table ES-1; U.S. Departments of the Interior, Agriculture and Energy 2003)

| Access Category | Area (km$^2$) | Federal Lands (%) |
|---|---|---|
| No Leasing (Statutory/Executive Order) | 40,745 | 16.9 |
| No Leasing (Administrative) pending NEPA or LUP action. | 24,310 | 10.1 |
| No Leasing (Administrative), general | 20,632 | 8.6 |
| Leasing, no surface occupancy | 10,984 | 4.6 |
| Leasing, cumulative timing limitations on drilling >9 months | 101 | 0 |
| Leasing, cumulative timing limitations on drilling 6-9 months | 10,202 | 4.2 |
| Leasing, cumulative timing limitations on drilling 3-6 months | 22,024 | 9.2 |
| Leasing, cumulative timing limitations on drilling <3 months | 2,821 | 1.2 |
| Leasing, controlled surface use | 15,188 | 6.3 |
| Leasing, standard lease terms | 93,449 | 38.9 |

BLM_0040167

Table 7.21. Area (km²) of major oil and gas producing fields and number of wells and spacing (ha/well) for the Greater Green River Basin, Wyoming (Fig. 7.25). (Compiled from U.S. Geological Survey National Oil and Gas Assessment and U.S. Bureau of Land Management state and field office personnel).

| Name of Field/Area | Area (km²) | Number of wells | | | Spacing (ha/well) | |
| | | Approved | Drilled | Potential | Current Range | Potential |
|---|---|---|---|---|---|---|
| Continental Divide (many fields) | 4,293 | 2,100 | | 3,000 | 32-65 | 32 |
| Jonah II | 241 | 497 | | 497 | 16-32 | 16 |
| Jonah II+ (proposed addition) no final proposal to date | 118 | Proposed but not approved | | 3,100 additional wells | 2-16 | 2-16 |
| Pinedale Anticline | 638 | 900 | | 900 | 16-65 | 8-65 |
| Big/Piney LaBarge per CAP | 797 | No limit | | No limit | 4-16 | 4-16 |
| Moxa Arch | 1,930 | | • 1,500 | • 2,200 | 65 | Unknown |
| Fontenelle | 725 | | | | | |
| Blue Gap | | | 81 | | 65 | Unknown |
| Great Divide Field, Colorado | | | | | 16 | 16 |
| Big Hole Field, Colorado | | | | | 16 | 16 |
| Little Snake Field Office, Colorado | 497 | 2,327 | 1,979 | 3,327 | 16-130 | 8 |

BLM_0040168

Table 7.30.  Area (km$^2$) of major oil and gas producing fields and number of wells and spacing for the Powder River Basin, Wyoming and Montana (Fig. 7.25). Area was determined from individual Environmental Impact Statements or mapped estimates. (Compiled from U.S. Geological Survey National Oil and Gas Assessment and U.S. Bureau of Land Management state and field office personnel).

| Name of Field/Area | Area (km$^2$) | Number of wells | | | Spacing (ha/well) | |
|---|---|---|---|---|---|---|
| | | Approved | Drilled | Potential | Range | Potential |
| Powder River Basin, Wyoming (Coalbed Methane) | 32,376 | 15,300 | • 15,000 | 51,000 | 32 | 32 |
| Powder River Basin, Montana (Coalbed Methane) | 11,028 | 511 | 480 | 15,635 | 32 | 32 |
| Salt Creek and Teapot Dome | | | 1,600 | | 4-16 | 4-16 |
| Sand Dunes Field | | | 30-40 | | 16 | 16 |
| Fina/Fly Draw/Phillips Cr. | | | 30-40 | | 65 | 65 |

Table 7.31.  Area (km$^2$) of major oil and gas producing fields, number of wells and spacing (ha/well) for the Uinta/Piceance Basin in Utah and Colorado (Fig. 7.25).  Area was determined from individual Environmental Impact Statements (EIS), Environmental Assessments (EA) or mapped estimates. (Compiled from U.S. Geological Survey National Oil and Gas Assessment and U.S. Bureau of Land Management state and field office personnel).

| Name of Field/Area | Area (km$^2$) | Number of wells | | | Spacing | |
|---|---|---|---|---|---|---|
| | | Approved | Drilled | Potential | Range | Potential |
| Red Wash/Greater Deadman Bench | 595 | New EIS in progress | 1,464 | 1,249 | 16-65 | 16 |
| Natural Buttes | 316 | 875 - EA | 704 | 171 | 16-32 | 16 |
| Castlegate CBM | 103 | 154 - EIS | 30 | 124 | 65 | 16-32 |
| Myton Bench | 265 | New EIS in Progress | 714 | 933 | 16-32 | 16 |
| Prickly Pear | 265 | 160 - EA | 40 | 120 | 65 | 16-32 |
| Altamont-Bluebell | 1396 | | 549 | Unk | 16-65 | 16 |

BLM_0040169

# Chapter 8

# Greater Sage-Grouse Genetics



BLM_0040170

# CHAPTER 8

# Greater Sage-grouse Genetics

*Abstract.* Recent research on greater sage-grouse (*Centrocercus urophasianus*) genetics has helped identify some important characteristics. First, the greater sage-grouse is genetically distinct from the congeneric Gunnison sage-grouse (*C. minimus*). Second, the Mono Lake area of California (but also Washington to a lesser extent), appears to have some unique genetic characteristics. Third, the previous delineation of western (*C. u. phaios*) and eastern (*C. u. urophasianus*) subspecies was not supported. Fourth, the two isolated populations in Washington are showing indications that genetic heterogeneity has been lost due to population declines and isolation. Additional work is being planned and conducted that will help address unanswered questions.

## Introduction

Genetic techniques have only recently begun to be used in studies of wildlife. With recent technological advances, straightforward and rather inexpensive genetic techniques have emerged which can be directly applied to wildlife studies. Genetic techniques are currently being used to investigate relationships among species, populations, family groups, and individuals.

Genetic studies all examine portions of DNA at some scale. Two different genomes are used in genetic studies of animals. The nuclear genome is biparentally inherited and is found in the cell nucleus. It is large and not well mapped in most species. The mitochondrial genome is housed in the mitochondrion, an organelle involved in cellular metabolism. It is small compared to the nuclear genome and is a circular, maternally inherited molecule that has been well mapped in many species. Nuclear DNA on average evolves slowly, although some portions (e.g., microsatellites) evolve quickly. Mitochondrial DNA (mtDNA) on average evolves more quickly than the nuclear genome and some areas (e.g., control region) evolve very rapidly. These features make mtDNA and some regions of nuclear DNA suitable targets for certain genetic studies (Avise 1994).

Since it is virtually impossible to look at the entire genome, we typically target different areas throughout the genome to use in analyses. These "targeted" areas are called molecular markers. Because different stretches of DNA evolve (or mutate) at different rates, one can address different questions by targeting different regions of the genome. Systematic relationships are often investigated using the more slowly evolving cytochrome-*B* gene of the mtDNA whereas population genetic studies often target the hypervariable control region of mtDNA.

Published genetic studies of greater sage-grouse have focused on several questions. A number of authors have investigated the phylogenetic relationship of greater sage-grouse to other grouse species (Ellsworth et al. 1996, Gutierrez et al. 2000, and Drovetski 2002). These studies will not be described here as their focus is on evolutionary relationships among species rather than relationships within the greater sage-grouse. One study investigated the mating system of greater sage-grouse by comparing behavioral data and genetic data (Semple et al. 2001). Three

BLM_0040171

other studies have looked at taxonomic boundaries and population genetics (Kahn et al. 1999, Oyler-McCance et al. 1999, and Benedict et al. 2003).

## Investigating the Lek Mating System

Behavioral aspects of the lek mating system of greater sage-grouse have been studied (Wiley 1973, Gibson and Bradbury 1986, Gibson et al. 1991) and suggest that few males do most of the mating and that females typically only mate with one dominant male. There is some evidence, however, to suggest that there exists a component to the mating system that was unobserved by previous studies whereby females may be mating off the lek with purportedly non-dominant males. To investigate this issue, Semple et al. (2001) used six hypervariable microsatellite markers to identify the parentage of 10 broods of greater sage-grouse in Long Valley, California.

In this study, Semple et al. (2001) made behavioral observations on attendance, territoriality and mating behavior of males on one lek. Each male was uniquely identified using colored leg bands. Both males and females associated with this lek were trapped and blood samples collected. Females were radio-collared and followed throughout the breeding process. After 7 – 9 days of incubation, nests were located and all eggs were collected and embryos were sacrificed for genetic analysis.

Six variable microsatellite loci were used to identify the parentage of all embryos. The genotypes of the embryos were compared to the associated mother to identify which alleles were maternal and which were paternal. The number of paternal alleles was then used to determine whether the brood had been sired by more than one male. An attempt was made to exclude potential males as fathers based on their microsatellite genotypes.

Semple et al. (2001) found that all broods had genotypes consistent with their putative mother and that eight of ten broods showed results consistent with only one father. Two broods did show results suggesting that at least two males had fathered the brood. Of the ten females with broods, only four mated on the lek from which behavioral observations were made and thus were seen copulating. Three of those four females mated with males that had been genotyped and in each case the putative father could not be excluded as the father based on genotype data. The fourth female mated with a male who was not banded or genotyped. Therefore, Semple et al. (2001) concluded that in all four cases, the genetic data were consistent with behavioral data. While previous studies suggested very low instances of multiple paternity, this study showed that it may be more prevalent than was once thought.

## Population Genetics of Sage-grouse in Colorado

Two published studies have investigated population genetic structure in Colorado (Kahn et al. 1999, Oyler-McCance et al. 1999). These two studies were initiated after morphological (Hupp and Braun 1991) and behavioral (Young et al. 1994) evidence suggested the sage-grouse in southwestern Colorado and southeastern Utah were different from sage-grouse elsewhere. The goal of the two genetic studies was to determine whether there were genetic differences between sage-grouse from Southwestern Colorado and those from Northwestern Colorado.

BLM_0040172

Kahn et al. (1999) sequenced 141 base pairs of the rapidly evolving control region of mtDNA from approximately 20 individuals each from seven populations. Six of those populations were the larger-bodied greater sage-grouse sampled from Eagle, North Park, Cold Springs, Middle Park, and Blue Mountain in Colorado and from Rich County in Utah. The remaining population was the smaller-bodied yet to be described Gunnison sage-grouse sampled from the Gunnison Basin. All DNA samples were extracted from muscle tissue obtained from hunter-killed sage-grouse.

This study revealed that all the greater sage-grouse populations had many mtDNA haplotypes present per population (average of 7.3 haplotypes per population) while the Gunnison sage-grouse population had only 2 haplotypes present. The greater sage-grouse populations were dominated by four haplotypes (Table 8.1) A, B, C, and D. The Gunnison sage-grouse population had only one of those four haplotypes (A) and had a haplotype G, which was unique to the Gunnison sage-grouse. Kahn et al. (1999) noted the dramatically different haplotype frequencies between the Gunnison sage-grouse and the greater sage-grouse. They performed a maximum parsimony analysis on the haplotype sequences using a heuristic search algorithm and constructed a phylogram (Fig. 8.1). This analysis revealed that all haplotypes fell into one of two deep clades. All populations of greater sage-grouse had individuals from both clades. They suggest that the two deep clades began diverging at least 850,000 years ago during the Pleistocene. Under this hypothesis the two clades subsequently intermixed as these populations re-converged.

Oyler-McCance et al. (1999) expanded on the study by Kahn et al. (1999) by including data from four nuclear microsatellites and also adding approximately 20 samples each from three additional populations of Gunnsion sage-grouse (Crawford, Dry Creek Basin, and Dove Creek). Their additional samples were DNA extracted from blood taken from trapped Gunnison sage-grouse.

This study showed similar results to those found by Kahn et al. (1999) in that the greater sage-grouse showed much more genetic diversity in mitochondrial haplotypes with an average of 7.3 haplotypes per population compared to an average of 2.3 haplotypes per population among the four populations of Gunnison sage-grouse. Further, the microsatellite data is concordant with this pattern with higher levels of allelic diversity among the greater sage-grouse (average of 5.7 alleles per locus) than among the Gunnison sage-grouse (average of 2.6 alleles per locus). Population genetic analysis revealed a lack of evidence of gene flow among the two groups of sage-grouse (Fig. 8.2) which is consistent with the idea that the Gunnison sage-grouse should be recognized as a new species (Young et al. 2000). Further, Oyler-McCance et al. (1999) showed that there was much less gene flow among populations of Gunnison sage-grouse ($F_{ST} = 0.0266$, 95% CI 0.0016-0.0528) than among populations of greater sage-grouse ($F_{ST} = 0.2153$, 95% CI 0.1230-0.3339).

BLM_0040173

### Evaluation of the Eastern & Western Subspecies

Historically, sage-grouse were classified into two subspecies: eastern *(C. u. urophasianus)* and western sage-grouse *(C. u. phaios)* based on plumage and coloration differences in eight individuals collected from Washington, Oregon and California (Aldrich 1946). Western sage-grouse presumably occurred in southern British Columbia, central Washington, east-central Oregon, and northeastern California (Aldrich 1946). Populations in other areas of the range are considered to be eastern sage-grouse. The validity of this taxonomic distinction has since been questioned (Johnsgard 1983). While this species has recently been the target of extensive conservation efforts, the taxonomic/genetic relationships between populations/subspecies remain poorly understood. Because the distinction between the eastern and western subspecies has been questioned (Johnsgard 1983), Benedict et al. (2003) investigated whether there was evidence at the genetic level to support it. While genetic data alone can neither prove nor disprove a subspecies distinction, Benedict et al. (2003) surmise, as does Young et al. (2000), that morphological, behavioral and genetic data when used in conjunction, can help clarify such taxonomic questions. In addition, Benedict et al. (2003) were interested in providing information relevant to an understanding of gene flow, genetic diversity and evolutionary history between sage-grouse populations in Washington, Oregon, Nevada and California.

Benedict et al. (2003) collected sage-grouse tissue (muscle or blood) samples from sixteen populations in California, Nevada, Oregon, and Washington (Fig. 8.3), crossing the boundary separating the eastern and western subspecies, as described by Aldrich (1946, 1963). Approximately 20 birds were sampled from each population and sequence in the 141 base pair mitochondrial DNA control-region (following Kahn et al. 1999) was obtained. Benedict et al. (2003) found 38 haplotypes (Table 8.2) among the 332 birds assayed. All haplotypes fell into one of the two monophyletic clades (Clade 1 and Clade 2) described by Kahn et al. (1999) (Fig. 8.4). In this study all populations, except Yakima (WA), contained multiple haplotypes from both clades.

Benedict et al. (2003) found that most populations had a combination of common, rare, and novel haplotypes. Five common, widespread haplotypes (A, B, Q, T and X), were found in at least 6 and as many as 14 of the 16 populations sampled. Of the birds sampled, 221 (66.6%) had one of these five haplotypes. The X haplotype was found in all populations sampled except the Lyon/Mono population. This widespread haplotype was the only one found in the Yakima (WA) population and constituted the majority of the haplotypes in Douglas/Grant (WA) birds. The distribution of widespread, common haplotypes showed that there was no obvious genetic subdivision between the eastern and western subspecies. In addition, 42% of birds in the study by Benedict et al. (2003) shared five haplotypes with populations from Colorado and Utah (Kahn et al. 1999). The Washington populations and the Lyon/Mono population were found to be exceptions to this overall pattern.

Although Benedict et al. (2003) found that novel haplotypes were not uncommon, they were found normally to occur in low frequency within populations, typically fewer than 10% of the individuals. In the Lyon/Mono population, however, 87.5% of the haplotypes found were novel, constituting 97.7% of the birds sampled (Fig. 8.5). The only haplotype that Lyon/Mono

BLM_0040174

shared with another population is from a single individual possessing the widespread Q haplotype. Thus, Benedict et al. (2003) suggest that the Lyon/Mono population has been isolated from neighboring populations for a considerable amount of time. Since this population has closely related, but novel haplotypes belonging to each clade, they believe that it is likely that this isolation occurred after the intermixing of populations representing the two major haplotype clades and that over tens of thousands of years, factors such as mutation, genetic drift, and the fixation of rare haplotypes have resulted in the significant divergence of the Lyon/Mono population from other sage-grouse populations.

In addition, Benedict et al. (2003) found that the Washington populations contain the lowest level of haplotype diversity observed. Two haplotypes were found to be unique to the Douglas/Grant population, yet a single haplotype (X) is found in the majority of individuals (88.6%). Benedict et al. (2003) suggest that Washington's low genetic diversity may be related to a genetic bottleneck given that these populations now occupy between 8 and 10 percent of their original range (Friedman and Carlton 1999). A neighbor-joining tree (Fig. 8.6) produced by Benedict et al. (2003) showed a lack of dichotomy between the populations representing the eastern and western subspecies (Fig. 4). Further, they suggest that the long branch length of the Lyon/Mono population is attributable to the unique allelic composition of these birds, while the long branch representing the Washington populations can be explained by their relative low level of haplotype diversity.

In summary, Benedict et al. (2003) found no evidence to support the subspecies delineation proposed by Aldrich (1946). Their data, however, did uncover the distinctiveness of the Washington and Lyon/Mono populations. The low genetic diversity found in the Washington populations is likely a reflection of population declines and isolation (Schroeder et al. 2000). The possibility that this type of isolation could be having an effect in other portions of the range has not been addressed yet. Benedict et al. (2003) suggested that the probable loss of genetic variation caused by this bottleneck and its potentially long-term adverse impact (Le Page et al. 2000, Bouzat et al. 1998) should be addressed as management strategies are developed for these populations. They advocate that active management, such as translocation of birds, may be justified to ensure their continued persistence.

Benedict et al. (2003) also indicated that the preservation of genetic diversity represented by the unique allelic composition of the Lyon/Mono population is also of particular importance for conservation. Since the likelihood that the distinctiveness of neutral genetic markers extends to genes under adaptive selection, Benedict et al. (2003) believe that this population should be managed independently to avoid the translocation of other sage-grouse into this area. They also maintain that it will be critical that additional morphological and behavioral studies of the Lyon/Mono population be undertaken to address taxonomic questions. Sound conservation strategies require that multiple and mutually supportive lines of evidence be used to make prudent delineations at the species and subspecies level.

## Current and Future Work

Further genetics research on greater sage-grouse is ongoing to complete a large-scale range-wide genetic survey of greater sage-grouse. This survey involves microsatellite

BLM_0040175

genotyping at 7 loci and collecting mtDNA sequence data from approximately 1200 individuals from 45 populations. Data from nuclear introns are also being collected. There may also be additional efforts to consider genetic flow among and within populations. The delineations of these populations had not been established (Chapter 6) at the time the current data were collected and analyzed.

## Literature Cited

Aldrich, J. W. 1946. New subspecies of birds from western North America. Proceedings of the Biological Society of Washington 59:129-136.

Aldrich, J. W. 1963. Geographic Orientation of American *Tetraonidae.* Journal of Wildlife Management 27:529-544.

Avise, J. C. 1994. Molecular markers, natural history, and evolution. Chapman and Hall, New York, USA.

Benedict, N. G., S. J. Oyler-McCance, S. E. Taylor, C. E. Braun, and T. W. Quinn. 2003. Evaluation of the eastern (*Centrocercus urophasianus urophasianus*) and western (Centro*cercus urophasianus phaios*) subspecies of Sage-Grouse using mitochondrial control-region sequence data. Conservation Genetics 4:301-310.

Bouzat, J. L., H. H. Cheng, H. A. Lewin, R. L. Westemeier, J. D. Brawn, and K. N. Paige. 1998. Genetic Evaluation of a demographic bottleneck in the greater Prairie Chicken. Conservation Biology, 12:836-843.

Drovetski, S. V. 2002. Molecular phylogeny of grouse: individual and combined performance of W-linked, autosomal, and mitochondrial loci. Systematic Biology 5:1930-945.

Ellsworth, D. L., R. L. Honeycutt, and N. J. Silvy. 1996. Systematics of grouse and ptarmigan determined by nucleotide sequences of the mitochondrial cytochrome-*B* gene. Auk 113:811-822.

Friedman M and DC Carlton (1999) Petition for a rule to list the Washington population of western Sage-Grouse, *Centrocercus urophasianus phaios*, as "threatened" or "endangered" under the Endangered Species Act, 16 U.S.C. Sec. 1531 et seq (1973) as amended. United States department of the Interior – Fish and Wildlife Service. Spokane, WA.

Gibson, R. M. and J. W. Bradbury. 1986. Male and female mating strategies on sage grouse leks. Pp 379-398 *In* D. I. Rbenstien and R. W. Wrangham, editors: Ecological Aspects of Social Evolution, Princeton University Press, Princeton, NJ.

Gibson, R. M., J. W. Bradbury, and S. L. Vehrencamp. 1991. Mate choice in lekking sage grouse revisited: the roles of vocal display, female site fidelity and copying. Behavioral Ecology 2:165-180.

Gutierrez, R. J., G. F. Barrowclaugh, and J. G. Groth. 2000. A classification of the grouse (Aves: Tetraoninae) based on mitochondrial DNA sequences. Wildlife Biology 6:205-211.

Hupp, J. W., and C. E. Braun. 1991. Geographic variation among sage grouse in Colorado. Wilson Bulletin 103:255-261.

Johnsgard, P. A., 1983. Grouse of the World. Lincoln, NE: University of Nebraska Press.

Kahn, N. W., C. E. Braun, J. R. Young, S. Wood, D. R. Mata, and T. W. Quinn. 1999. Molecular analysis of genetic variation among large- and small-bodied Sage-Grouse using mitochondrial control-region sequences. Auk 116:819-824.

BLM_0040176

Le Page, S.L., R. A. Livermore, D. W. Cooper, and A. C. Taylor 2000. Genetic analysis of a documented population bottleneck: introduced Bennett's wallabies (*Macropus rufogriseus rufogriseus*) in New Zealand. Molecular Ecology 9:753-763.

Oyler-McCance, S. J., N. W. Kahn, K. P. Burnham, C. E. Braun, and T. W. Quinn. 1999. A population genetic comparison of large- and small-bodied Sage-Grouse in Colorado using microsatellite and mitochondrial DNA markers. Molecular Ecology 8:1457-1465.

Semple, K., R. K. Wayne, and R. M. Gibson. 2001. Microsatellite analysis of female mating behavior in lek-breeding sage grouse. Molecular Ecology 10:2043-2048.

Schroeder, M. A., D. W. Hays, M. F. Livingston, L. E. Stream, J. E. Jacobson, D. J. Pierce, and T. McCall. 2000. Changes in the distribution and abundance of Sage Grouse in Washington. Northwestern Naturalist 81:104-112.

Wiley, R. H. 1973. Territoriality and non-random mating in the sage grouse *Centrocercus urophasianus*. Animal Behavior Monographs 6:87-169.

Young, J. R., C. E. Braun, S. J. Oyler-McCance, J. W. Hupp, and T. W. Quinn. 2000. A new species of Sage-Grouse (Phasianidae:*Centrocercus*) from southwestern Colorado. Wilson Bulletin 112:445-453.

Young, J. R., J. W. Hupp, J.W. Bradbury, and C. E. Braun. 1994. Phenotypic divergence of secondary sexual traits among sage grouse, (*Centrocercus Urophasianus*), populations. Journal of Animal Behavior 47 (6): 1353 – 1362.

BLM_0040177

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**          *Connelly et al.*

Table 8.1. Sampling locations and haplotype frequencies of sage-grouse (from Kahn et al. 1999).

| Location | Haplotype name | | | | | | | | | | | | | | | | | | | | | n |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | L | S | X | Z | AA | AC | AD | AE | AF | AG | AI | AL | AM | |
| Gunnison | 30 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 31 |
| Blue Mountain | 1 | 8 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 3 | 1 | 1 | 1 | 2 | 1 | 0 | 0 | 0 | 0 | 21 |
| Cold Springs | 3 | 7 | 10 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 |
| Eagle | 2 | 2 | 15 | 4 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 |
| Middle Park | 0 | 7 | 9 | 2 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 21 |
| North Park | 4 | 5 | 6 | 3 | 2 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 23 |
| Rich County, UT | 3 | 5 | 3 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 17 |

BLM_0040178

Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats                *Connelly et al.*

Table 8.2. Individual sage-grouse sampled in Benedict et al. (2003) by population and haplotype. Alpha represents the proportion of haplotypes from clade I.  N* represents the number of individuals sequenced.  The bottom two rows show the Lyon/Mono population vs. all others.

| Location | N* | α | *A* | B | *F* | O | Q | T | U | X | *AG* | *AU* | AV | *AZ* | *BB* | BD | BF | BO | *BX* | *CH* | CJ | CK | CN | CR | *DA* | *DB* | *DC* | *DD* | DH | DL | DM | DS | *DT* | BJ | BK | *BL* | *BM* | BQ | DP | *DQ* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yakima WA | 18 | 0.00 | | | | | | | | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Douglass/Grant WA | 18 | 0.11 | | | | | | | | 13 | | | | | | | | | | | | | | | | | | | | | 3 | 2 | | | | | | | | |
| Whitehorse OR | 33 | 0.42 | 14 | 1 | | | 1 | 10 | 4 | 2 | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | |
| Steens OR | 21 | 0.29 | 5 | 1 | 1 | | 1 | 8 | | 4 | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | |
| Warner OR | 19 | 0.37 | 4 | | 1 | | 2 | 2 | | 5 | | | | | | | | | | | | 1 | 2 | | 1 | | | | | | | | | | | | | | | |
| Wagontire OR | 19 | 0.42 | 6 | | 1 | | 4 | 2 | 1 | 1 | | | | | | | | | | | 1 | | | | | 3 | | | | | | | | | | | | | | |
| Beatty's OR | 21 | 0.29 | 4 | | | | 1 | | | 6 | | | | 4 | | | | | | | | 2 | 2 | 1 | | 1 | | | | | | | | | | | | | | |
| Churchill NV | 18 | 0.06 | | 2 | | | | 5 | | 8 | | | | | 1 | | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | |
| Washoe NV | 20 | 0.40 | 6 | | | | 3 | | 1 | 6 | | | | 1 | | | | | | | 1 | 1 | 1 | | | | | | | | | | | | | | | | | |
| Elko NV | 20 | 0.50 | 3 | 3 | | | | | | 5 | 1 | 4 | 2 | | | | | | | | | | | | | 1 | 1 | | | | | | | | | | | | | |
| Humboldt NV | 21 | 0.67 | 10 | 2 | | | 1 | 1 | | 3 | | | | | | | | | | | | | | | | 4 | | | | | | | | | | | | | | |
| Sheldon NWR NV | 19 | 0.16 | 2 | | | 1 | 2 | 6 | 1 | 6 | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | |
| Nye NV | 20 | 0.30 | | 4 | | | | 1 | | 9 | 1 | | | | | | | | | | | | 4 | 1 | | | | | | | | | | | | | | | | |
| Lyon NV | 20 | 0.20 | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 5 | 9 | 3 | 1 | 1 | | |
| Mono CA | 23 | 0.65 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 7 | | 4 | 8 | | 1 | 3 |
| Lassen CA | 22 | 0.23 | 5 | | | | 4 | | | 8 | | | | 1 | | | | | | | | | 1 | 1 | 2 | | | | | | | | | | 1 | 1 | 2 | | | | |
| Others | 289 | 0.31 | 59 | 13 | 3 | 1 | 19 | 35 | 7 | 94 | 2 | 4 | 7 | 6 | 2 | 1 | 1 | 1 | 1 | 3 | 4 | 1 | 4 | 3 | 1 | 4 | 1 | 1 | 1 | 1 | 3 | 3 | 3 | | | | | | | |
| Lyon/Mono | 43 | 0.44 | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 12 | 9 | 7 | 9 | 1 | 1 | 3 |

BLM_0040179

Fig. 8.1. Phylogram (from Kahn et al. 1999) shows that the 21 mitochondrial DNA haplotypes are separated into two deep monophyletic clades. Bootstrap values greater than 50% are shown along the branches of the tree. Haplotypes from clade I and clade II are found in all greater sage-grouse populations sampled.



BLM_0040180

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**            *Connelly et al.*

Fig. 8.2. From Oyler-McCance et al. (1999) (A) Neighbor-joining trees of microsatellite data using two different genetic distance measures.  (B) Neighbor-joining tree of mitochondrial DNA genetic distances using allele frequencies and haplotype distances.  Gunnison Sage-Grouse are identified with boxes.



BLM_0040181

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats** *Connelly et al.*

Fig. 8.3. Location of study populations from Benedict et al. (2003). The solid line denotes the delineation between the eastern and western subspecies of sage-grouse as proposed by Aldrich (1946).



① Mono
② Lassen
③ Yakima
④ Douglass/Grant
⑤ Whitehorse
⑥ Warner
⑦ Beatty's Butte
⑧ Wagontire
⑨ Steens
⑩ Humboldt
⑪ SNWR
⑫ Washoe
⑬ Lyon
⑭ Churchill
⑮ Nye
⑯ Elko

Current Range   Historic Range

8 - 12

BLM_0040182

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**        *Connelly et al.*

Fig. 8.4.  Phylogram of the strict-consensus tree of all sage-grouse haplotypes represented (from Benedict et al. 2003).  Bootstrap values greater than 50% are shown along branches of the tree.



BLM_0040183

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats** *Connelly et al.*

Fig. 8.5. Proportion of individual sage-grouse per population with novel haplotypes (from Benedict et al. 2003).



BLM_0040184

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**         *Connelly et al.*

Fig. 8.6. Neighbor-joining tree constructed using Wright's (1978) modification of Roger's genetic distance.  Populations with boxes around them represent those populations that lie within the bounds of the Western sage-grouse. Populations without boxes lie within the bounds of Eastern sage-grouse.



BLM_0040185

# Chapter 9

# Effect of Harvest on Greater Sage-grouse



BLM_0040186

# CHAPTER 9

# Effect of Harvest on Greater Sage-grouse

*Abstract.* Harvest of greater sage-grouse (*Centrocercus urophasianus*) has occurred throughout recorded history, but relatively few studies address the impact of harvest on sage-grouse numbers. Harvest of greater sage-grouse occurs in 10 of the 11 western states in which they reside. Here we discuss current season structures and recent changes in sage-grouse hunting seasons. We also review the likely effects of hunting on sage-grouse populations based on published studies. Based on recent research, it appears that because greater sage-grouse experience low mortality over winter, mortality from hunter harvest in September and October may not be compensatory to a large extent. However, no studies have demonstrated that hunting is a primary cause of reduced numbers of greater sage-grouse.

## Introduction

The impact of harvest on populations of many wildlife species remains uncertain (Guttierez 1994, Roy and Woolf 2001, Otis 2002, Williams et al. 2004). While there are numerous examples of sustainable harvest within high-quality habitats (Potts 1986, Hudson and Dobson 2001, Sutherland 2001, Willebrand and Hornell 2001, Gonzalez Voyer et al. 2003), excessive harvest can reduce spring breeding population size of gamebird species (Anderson and Burnham 1976, Small et al. 1991, Williams et al. 2004). Harvest of greater sage-grouse (*Centrocercus urophasianus*) has occurred throughout recorded history (Patterson 1952, Autenreith 1981), but relatively few studies address the impact of harvest on sage-grouse numbers. Given the declines in sage-grouse populations across the West (Connelly and Braun 1997), many hunters and biologists have expressed concern over the possible impacts of continued sport hunting of the species.

Harvest of greater sage-grouse occurs in 10 of the 11 western states in which they reside; only Washington prohibits harvest. Neither Alberta nor Saskatchewan allows harvest.

In the 1800s, heavy harvests decimated populations of greater sage-grouse, most states then prohibited harvest and populations increased (Patterson 1952). Harvest regulations have fluctuated over the past 50 years as populations increased or declined (Autenreith 1981, Wambolt et al. 2002).

In 2003, opening dates for hunting greater sage-grouse ranged from 1 September to 11 October, but most states began their seasons in mid-September (Table 9.1). Season lengths ranged from 2 to 62 days with a mean length of 9 days. Only two states, Montana and Idaho, retain seasons of more than 9 days, while 5 of the 10 states have open seasons of 5 days or less. Recently, hunting seasons, and bag and possession limits, for greater sage-grouse have become more restrictive as states respond to declining populations (Table 9.1). For example, in the last 10 years, regulatory changes in 5 states reduced harvest opportunities. Wyoming shifted the opening date of the hunting season from early September to mid September in 1995 and changed the opening day to the last Saturday of September in 2002. Wyoming also shortened the season by 7 days, and reduced the bag and possession limits from 3 and 6 to 2 and 4, respectively. In

BLM_0040187

1999, Nevada closed hunting seasons in 6 counties and in 7 hunt units in two other counties; the state also shortened the season from 16 to 9 days in other areas. Nevada closed two more hunt units in 2001 and an additional unit in 2003. Utah changed the regulations for greater sage-grouse from a general hunt with 1 and 2 bird bag and possession limits, respectively, to permit-only hunts in 4 units. Total number of permits was 954 for a 9-day season with a 2-bird season limit. California reduced the number of permits by nearly half, from 325 to 175. South Dakota retained a 2-day season, but reduced the season limit from 2 birds to 1.

In contrast, Oregon increased hunter opportunity through increasing the number of greater sage-grouse permits. In 2003, Oregon offered 1275 permits, 10 more than in 2001. This is less than a 1% increase in permit numbers. Regulations in Montana, Idaho, Nevada, Colorado, and North Dakota remained constant the past 3 years, but each state may have opened or closed specific hunting areas not reported here. For example, an area in Idaho closed to harvest since 1996 was opened in 2002.

## Harvest

Currently available data indicate that the states of Montana, Idaho, Wyoming and Nevada, all with general greater sage-grouse hunting seasons, lead in estimated numbers of harvested greater sage-grouse (Table 9.2). Annual harvest estimates range from 12 in South Dakota to 7,576 in Idaho. Total annual harvest across the 10 states approximates 24,000 greater sage-grouse.

State wildlife management agencies reduce harvest opportunities to minimize the possibilities that hunting may have a negative impact on populations of greater sage-grouse. Over the past 50 years, wildlife managers and scientists have recognized that sport hunting can reduce wildlife species (Bergerud 1985, Ellison 1991, Dixon et al. 1996, Williams et al. 2004) unless prevented through harvest regulations. For upland gamebird populations, harvest mortality that reduces the population for the subsequent spring breeding season is termed "additive" (Anderson and Burnham 1976, Williams et al. 2004). Each bird harvested is in addition to those killed naturally through disease, starvation, accidents or predation. Additive hunting mortality results in a spring breeding population lower than if harvest had not occurred. In contrast, mortality from hunters could reduce natural mortality through a number of density dependent mechanisms including reduced depredation or lower competition for food or shelter, such that total mortality is no higher than without harvest. This "compensatory" mortality does not reduce subsequent spring breeding population size below what it would have been due to natural mortality (Anderson and Burnham 1976). Partial compensation could also occur in hunted populations (Anderson and Burnham 1976). Robertson and Rosenberg (1988) also addressed the issue of compensatory and additive mortality and concluded that in natural populations hunting mortality usually falls between the 2 extremes of being totally additive or totally compensatory.

Life history characteristics of greater sage-grouse differ from many other upland game birds. Many of these species have an r-selected strategy (Anderson 2002:54). They have high fecundity with large clutch sizes of 10-17 eggs, high annual rates of natural mortality, especially

BLM_0040188

over winter (40-70%), and short life spans of 1-2 years (Gullion 1984, Potts 1986, Petersen et al. 1988, Christensen 1996, Giudice and Ratti 2001). Removal of individuals through hunting likely compensates for the many birds that would die naturally during their first or second winter (Kokko 2001, Sutherland 2001). Greater sage-grouse, however, tend toward K-selected life history features, with relatively low productivity through clutch sizes of 6-9 eggs, low over-winter mortality rates of 2-20%, and long life spans of 3-6 years (Schroeder et al. 1999). "Hunting will not have as large an impact on a population exhibiting an r strategy as it will on one having a K strategy" (Anderson 2002:55). Although effects of hunting may be independent of life history features (r-K continuum) if post harvest survival or reproduction is largely density dependent, there is no published information suggesting that this is the case for sage-grouse. Moreover, Ellison (1991) concluded there is little evidence for density-dependent breeding in tetraonids and that hunting may result in an age structure that lowers a population's productivity. Compensatory survival has been characterized as dogma within the field of wildlife management (Romesburg 1981, Warner 1992).

The appropriate harvest rate, expressed as percentage of the autumn population, remains elusive for greater sage-grouse. Several studies have addressed this during recent decades. A harvest rate of 30% for greater sage-grouse in Idaho was deemed allowable in a non peer-reviewed report by Autenreith (1981), but he believed that this high rate was never reached in any area. In addition, he emphasized that in xeric areas close to urban centers, harvest should be more conservative than in more mesic areas. Forbs are readily available to grouse throughout mesic ranges and grouse do not congregate in restricted feeding areas in August and September as they do in xeric ranges with limited mesic sites. Autenreith (1981) argued that dispersed birds in more mesic ranges are not as vulnerable to harvest as aggregated birds in xeric ranges nearer urban centers.

Crawford (1982), Crawford and Lutz (1985), and Braun and Beck (1985) all examined impacts of harvest through use of harvest figures, lek count trends, brood counts or with band recoveries. In Oregon, Crawford (1982:376) analyzed 20 years of data and reported that "the mortality from harvest may have been compensatory." Crawford and Lutz (1985) concluded that while harvest may have short-term effects on greater sage-grouse populations through increased mortality, sport hunting was not responsible for the long-term decline in sage-grouse numbers in Oregon. Braun and Beck (1985) determined that 7 to 11% of the fall population was harvested in an area of Colorado and that harvest had no measurable effect on sage-grouse densities in the spring. They concluded that hunting mortality could remove 20 to 25% of the autumn population without being additive.

While greater sage-grouse populations declined further in the 1990s and states reduced harvest opportunities, influence of harvest received little attention until late in the decade. Robert Gibson (personal communication) of the University of Nebraska examined population dynamics of 2 populations of greater sage-grouse in Mono County, California using data over a 45-year span. One population was isolated and the other was contiguous with populations in Nevada. Data used consisted of lek counts, numbers of birds shot per hunter in autumn, juveniles per hen in brood counts and in the fall bag, and number of birds inspected at check stations. He reported that the population contiguous with Nevada fluctuated independently of

BLM_0040189

hunting mortality. However, the isolated population fluctuated, in part, with number of birds examined at check stations the previous autumn. Gibson (1998) concluded in an unpublished abstract that hunting mortality could "depress and hold population levels of sage grouse well below carrying capacity" and that this "should be of widespread concern in the light of long term population declines and range fragmentation in this species."[1]

Johnson and Braun (1999) used 23 years of hunter harvest and lek count data in a population viability analysis (PVA) for greater sage-grouse in North Park, Colorado. A PVA can assess the risk of a species population going extinct based on its survival and production values (Boyce 1992). As a mortality factor for greater sage-grouse, Johnson and Braun (1999) reported that hunting mortality was compensatory up to a threshold level, and at or beyond that threshold, harvest may be additive. The level where harvest becomes additive was not reported.

In another 20-year study, Connelly et al. (2000*a*) monitored mortality of radio-marked adult sage-grouse in Idaho. Adult females (*n* = 363) were affected by harvest more than adult males (*n* = 141). Autumn harvest caused 15% of known male mortality and 42% of known female mortality. Forty-six percent of all female mortality occurred during the hunting season (September and October) and harvest accounted for 91% of all female deaths. The sage-grouse hunting season in Idaho occurred in September and October. Post-hunting mortality (November-December) was only 1% for both genders combined (n = 103). Moreover, during the 4 post-hunting season months of November through February only 2% of the deaths of either sex occurred. The low over-winter mortality rate supports the contention that winter is not typically a difficult season for greater sage-grouse (Beck and Braun 1978, Remington and Braun 1988, Sherfy 1992).

Recognizing the typically low over-winter mortality of sage-grouse is vital to understanding impacts of harvest. Robertson (1991) monitored radio-marked sage-grouse over 3 winters in southeastern Idaho. Sample sizes were small, 7, 7 and 9 birds, respectively, but only 1 death occurred over 3 winters, and the average survival over 3 winters was 96%. A recent analysis of 20 years of band-recovery data from North Park, Colorado provides more evidence that winter is not a period of great loss for sage-grouse.

Zablan et al. (2003) found no evidence that variation in winter precipitation affected annual survival rates of sage-grouse, further support for winter as a time of minimal mortality. In southwestern Idaho, Wik (2002) determined seasonal survival rates of radio-marked greater sage-grouse from spring 1999 through fall 2001. Six estimates of winter survival rates of various age and sex classes of grouse produced point estimates of 0.85, 0.87, 0.88, 0.90, 1.00, and 1.00, all exceeding the 0.80 minimum over-winter survival reported in the review by Schroeder et al. (1999).

---

[1] Although we have generally avoided the use of personal communications and non peer-reviewed reports, there is a general lack of information on effects of hunting on sage-grouse. After careful consideration and discussions with the author and a California Department of Fish and Game biologist, we decided it was in the best interest of the resource to provide information from the Gibson report.

BLM_0040190

Because greater sage-grouse experience low mortality over winter, mortality from hunter harvest in September and October may not be compensatory to a large extent.  What is the threshold point where harvest becomes additive?  Based on a review of the literature, Connelly et al. (2000*c*) suggested that no more than 10% of the autumn population be removed through harvest. What are current harvest rates from autumn populations of greater sage-grouse?  In Idaho, the harvest rate of adult females over 15 years averaged 6%, but in 6 of those years exceeded 10%, therefore Connelly et al. (2000*a*:230) concluded that for adult females "hunting losses are likely additive to winter mortality and may result in lower breeding populations."  More recently, Wik (2002) reported harvest rates in an area of southwestern Idaho to be 5% for males, 6% for adult females and 18% for sub-adult females, and suggested limiting harvest, especially of females. Zablan et al. (2003) considered recovery rates to reflect harvest rates since most recovered bands from greater sage-grouse were from hunter-killed birds.  They reported that recovery rates varied from 14.0% to 18.7% in North Park, Colorado, but found no correlation between population fluctuations, as measured by lek counts and recovery data over the period of study.  However, Zablan et al. (2003) suggested that lek counts were inadequate to index population changes or that sample sizes of banded birds were low.  Wildlife management agencies have reduced hunting pressure and harvest rates through regulatory changes, but have not universally accepted a specific harvest rate.  There may not be one harvest rate appropriate for all populations of greater sage-grouse.

Zunino (1987) conducted a non-replicated experiment on 2 areas of Nevada to determine the response of sage-grouse density to harvest.  Using autumn helicopter surveys that were assumed to count a constant proportion of the population, autumn sage-grouse densities were estimated in 1984 and 1985.  Autumn sage-grouse populations on both the control (non-hunted) and treatment (hunted) areas increased between years.  However, the increase in fall population density was 4 times greater on the control area than on the treatment area.  These differences "were attributed to the treatments no harvest and harvest" (Zunino 1987:26).

Connelly et al. (2003) conducted the only other experimental study of greater sage-grouse response to harvest.  They used lek counts from 1996 to 2001 on 19 lek routes to assess response to 3 levels of harvest.  All lek routes were in areas with the same harvest regulations in 1996 (30-day season, 3 bird bag, 6 in possession).  In 1997 and continuing through 2001, regulations changed to either no hunting, a restrictive 7-day season with 1 bird bag, 2 in possession, or a moderate 23-day season with 2 bird bag, 4 in possession.  Treatments (no hunting, restrictive, or moderate seasons) consisted of 5, 7 and 7 lek routes, respectively.  Lek routes were also categorized as being in lowland areas close ($\leq$ 1.5 hours drive) to major cities and towns or in high elevation mountain valleys farther from urban centers.  After reducing harvest opportunities, areas that remained open to hunting had lower rates of increase than did areas with no hunting (Connelly et al. 2003).  Both the moderate and restrictive hunting seasons produced harvests that apparently slowed population recovery (Connelly et al. 2003).  Populations in low elevation habitats, close to urban centers and isolated because of habitat fragmentation, may be less able to withstand a harvest rate that has little or no effect on populations in more extensive, contiguous, remote, or mesic areas (Gibson 1998, Connelly et al. 2003).

BLM_0040191

Regulations for harvest of greater sage-grouse should minimize the possibility of negative effects. Therefore, units with dissimilar vegetative, physical or ecological attributes may differ in appropriate hunting season length and bag limits. However, several investigators have suggested that hunting seasons should be established with low rates of harvest (Schroeder et al. 1999, Connelly et al. 2000*c*, Wambolt et al. 2002), which should allow populations to increase if habitat quality is not limiting population numbers (Connelly et al. 2003). States do not presently determine autumn population sizes of greater sage-grouse.

No studies have demonstrated that hunting is a primary cause of reduced numbers of greater sage-grouse. Many studies support habitat-based reasons for sage-grouse declines (Swenson et al. 1987, Connelly and Braun 1997, Connelly et al. 2000*b*, Leonard et al. 2000, Aldridge and Brigham 2002, Pedersen et al. 2003). While eliminating harvest as a source of mortality did not produce any increase in greater sage-grouse numbers in Washington, likely because of habitat issues (Schroeder et al. 2000), reducing harvest may aid in population recovery in specific cases (Connelly et al. 2003).

Harvest of greater sage-grouse provides population data not easily obtained except through costly radio-telemetry studies of specific populations. Wings from hunter-harvested birds allow determination of sex and age ratios, average production per hen, and percentage of successful hens (see Chapter 6 for additional information). In conjunction with population trend counts, these data contribute to understanding the dynamics of sage-grouse in each management unit.

An appropriate harvest rate has not been determined for greater sage-grouse populations. Harvest equal to 5-10% of the autumn population may be appropriate, but assumes detailed and specific knowledge of population size in September or October. Given the uncertainty in abundance estimates for breeding season populations, expecting any state to adequately determine size of any population of greater sage-grouse in fall may not be realistic.

## Literature Cited

Aldridge, C. L., and R. M. Brigham. 2002. Sage-grouse nesting and brood habitat use in southern Canada. Journal of Wildlife Management 66:433-444.

Anderson, D. R., and K. P. Burnham. 1976. Population ecology of the mallard: VI. The effect of exploitation on survival. U.S. Fish and Wildlife Service, Resource Publication 128, Washington, D.C.

Anderson, S. H. 2002. Managing our wildlife resources. Fourth edition. Prentice Hall, Upper Saddle River, New Jersey, USA.

Autenrieth, R. E. 1981. Sage grouse management in Idaho. Idaho Department of Fish and Game Wildlife Bulletin 9. Boise, Idaho.

Beck, T. D. I., and C. E. Braun. 1978. Weights of Colorado sage grouse. Condor 80:241-243.

Bergerud, A. T. 1985. The additive effect of hunting mortality on the natural mortality rates of grouse. Pages 345-366 *in* S. L. Beasom and S. F. Roberson, editors. Game harvest management. Caesar Kleberg Wildlife Research Institute,

BLM_0040192

Kingsville, Texas.

Boyce, M. S. 1992. Population viability analysis. Annual Review of Ecology and Systematics 23:481-506.

Braun, C. E., and T. D. I. Beck. 1985. Effects of changes in hunting regulations on sage grouse harvest and populations. Pages 335-343 *in* S. L. Beasom and S.F. Roberson, editors. Game harvest management. Caesar Kleberg Wildlife Research Institute, Kingsville, Texas.

Christensen, G. C. 1996. Chukar (*Alectoris chukar*). *in* The Birds of North America, No. 258. A. Poole, and F. Gill, editors. The Birds of North America, Inc., Philadelphia, Pennsylvania.

Connelly, J. W., and C. E. Braun. 1997. Long-term changes in sage grouse *Centrocercus urophasianus* populations in western North America. Wildlife Biology 3:229-234.

Connelly, J. W., A. D. Apa, R. B. Smith, and K. P. Reese. 2000*a*. Effects of predation and hunting on adult sage-grouse *Centrocercus urophasianus* in Idaho. Wildlife Biology 6:227-232.

Connelly, J. W., K. P. Reese, R. A. Fischer, and W. L. Wakkinen. 2000*b*. Response of a sage grouse breeding population to fire in southeastern Idaho. Wildlife Society Bulletin 28:90-96.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun. 2000*c*. Guidelines to manage sage grouse populations and their habitats. Wildlife Society Bulletin 28:967-985.

Connelly, J. W., K. P. Reese, E. O. Garton, and M. L. Commons-Kemner. 2003. Response of greater sage-grouse *Centrocercus urophasianus* populations to different levels of exploitation in Idaho, USA. Wildlife Biology 9:335-340.

Crawford, J. A. 1982. Factors affecting sage grouse harvest in Oregon. Wildlife Society Bulletin 10:374-377.

Crawford, J. A., and R. S. Lutz. 1985. Sage grouse population trends in Oregon, 1941-1983. Murrelet 66:69-74.

Dixon, K. R., M. A. Horner, S. R. Anderson, W. D. Henriques, D. Durham, and R. J. Kendall. 1996. Northern bobwhite habitat use and survival on a South Carolina plantation during winter. Wildlife Society Bulletin 24:627-635.

Ellison, L. N. 1991. Shooting and compensatory mortality in tetraonids. Ornis Scandinavica 22:229-240.

Gibson, R. 1998. Effects of hunting on the population dynamics of two sage grouse populations in Mono County, California. Western Sage and Columbian Sharp-tailed Grouse Workshop 21:15.

Giudice, J. H., and J. T. Ratti. 2001. Ring-necked pheasant (*Phasianus colchicus*). *in* The Birds of North America, No. 572. A. Poole, and F. Gill, editors. The Birds of North America, Inc., Philadelphia, Pennsylvania.

Gonzalez Voyer, A., K. G. Smith, and M. Festa-Bianchet. 2003. Dynamics of hunted and unhunted mountain goats *Oreamnos americanus* populations. Wildlife Biology 9:213-218.

Gullion, G. W. 1984. Ruffed grouse management – where do we stand in the eighties? Pages 169-181 *in* W. L. Robinson, editor. Ruffed grouse management: state of

BLM_0040193

the art in the early 1980's.  North Central Section of The Wildlife Society, BookCrafters, Chelsea, Michigan.

Guttierrez, R. J.  1994.  North American upland gamebird management at crossroads: which road will we take?  North American Wildlife and Natural Resources Conference 59:494-497.

Hudson, P. J., and A. P. Dobson.  2001.  Harvesting unstable populations: red grouse *Lagopus lagopus scoticus* in the United Kingdom.  Wildlife Biology 7:189-195.

Johnson, K. H., and C. E. Braun.  1999.  Viability and conservation of an exploited sage grouse population.  Conservation Biology 13:77-84.

Kokko, H. 2001.  Optimal and suboptimal use of compensatory responses to harvesting: timing of hunting as an example.  Wildl. Biol. 7:141-150.

Leonard, K. M., K. P. Reese, and J. W. Connelly.  2000.  Distribution, movements and habitats of sage grouse *Centrocercus urophasianus* on the Upper Snake River Plain of Idaho: changes from the 1950s to the 1990s.  Wildlife Biology 6:265-270.

Otis, D. L.  2002.  Survival models for harvest management of mourning dove populations.  Journal of Wildlife Management 66:1052-1063.

Patterson, R. L. 1952.  The sage grouse in Wyoming.  Sage Books, Inc., Denver, Colorado.

Pedersen, E. K., J. W. Connelly, J. R. Hendrickson, and W. E. Grant.  2003.  Effect of sheep grazing and fire on sage grouse populations in southeastern Idaho. Ecological Modeling 165:23-47.

Petersen, L. R., R. T. Dumke, and J. M. Gates.  1988.  Pheasant survival and the role of predation.  Pages 165-196 *in* D. L. Hallett, W. R. Edwards, and G. V. Burger, editors.  Pheasants: symptoms of wildlife problems on agricultural lands.  North Central section of The Wildlife Society, Bloomington, Indiana.

Potts, G. R.  1986.  The partridge: pesticides, predation, and conservation.  Collins, London.

Remington, T. E., and C. E. Braun.  1988. Carcass composition and energy reserves of Sage grouse during winter.  Condor 90:15-19.
Park, Colorado.  Journal of Wildlife Management 49:1055-1061.

Robertson, M. D.  1991.  Winter ecology of migratory sage grouse and associated effects of prescribed fire in southeastern Idaho.  M.S. Thesis, University of Idaho, Moscow, Idaho.

Robertson, P. A., and A. A. Rosenberg.  1988.  Harvesting gamebirds.  Pages 177-201 *in* P. J. Hudson and M. R. W. Rands, editors.  Ecology and Management of Gamebirds.  BSP Professional Books, Oxford, United Kingdom.

Romesburg, H. C.  1981.  Wildlife science:  gaining reliable knowledge.  Journal of Wildlife Management 45:293-313.

Roy, C., and A. Woolf.  2001.  Effects of hunting and hunting-hour extension on mourning dove foraging and physiology.  Journal of Wildlife Management 65:808-815.

Schroeder, M. A., J. R. Young, and C. E. Braun.  1999.  Sage grouse (*Centrocercus urophasianus*).  *in* The Birds of North America, No. 425.  A. Poole and F. Gill, editors.  The Birds of North America, Inc., Philadelphia, Pennsylvania.

BLM_0040194

Schroeder, M. A., D. W. Hays, M. F. Livingston, L. E. Stream, J. E. Jacobson, and D. J. Pierce. 2000. Changes in the distribution and abundance of sage grouse in Washington. Northwestern Naturalist 81:104-112.

Sherfy, M. H. 1992. The influence of season, temperature, and wind speed on sage grouse metabolism. M.S. Thesis, University of New Hampshire, Durham, New Hampshire.

Small, R. J., J. C. Holzwart, C. James, and D. H. Rusch. 1991. Predation and hunting mortality of ruffed grouse in central Wisconsin. Journal of Wildlife Management 55:512-520.

Sutherland, W. J. 2001. Sustainable exploitation: a review of principles and methods. Wildlife Biology 7:131-140.

Swenson, J. E., C. A. Simmons, and C. D. Eustace. 1987. Decrease of sage grouse *Centrocercus urophasianus* after ploughing of sagebrush steppe. Biological Conservation 41:125-132.

Wambolt, C. L., A. J. Harp, B. L. Welch, N. Shaw, J. W. Connelly, K. P. Reese, C. E. Braun, D. A. Klebenow, E. D. McArthur, J. G. Thompson, L. A. Torell, and J. A. Tanaka. 2002. Conservation of greater sage-grouse on public lands in the western U.S.: implications of recovery and management policies. Policy Analysis Center for Western Public Lands, Policy Paper SG-02-02. Caldwell, Idaho.

Warner, R. E. 1992. Long-term perspectives of upland game bird research in North America. Pages 709-717 *in* D. R. McCullough and R. H. Barrett, editors. Wildlife 2001: populations. Elsevier Science Publishers, Ltd., Sessex, United Kingdom.

Wik, P. 2002. Ecology of greater sage-grouse in south-central Owyhee County, Idaho. M.S. Thesis, University of Idaho, Moscow, Idaho.

Willebrand, T., and M. Hornell. 2001. Understanding the effects of harvesting willow ptarmigan *Lagopus lagopus* in Sweden. Wildlife Biology 7:205-212.

Williams, C. K., R. S. Lutz, and R. D. Applegate. 2004. Winter survival and additive harvest in northern bobwhite coveys in Kansas. Journal of Wildlife Management 68:94-100.

Zablan, M. A., C. E. Braun, and G. C. White. 2003. Estimation of greater sage-grouse survival in North Park, Colorado. Journal of Wildlife Management 67:144-154.

Zunino, G. W. 1987. Harvest effects on sage grouse densities in northwest Nevada. M.S. Thesis, University of Nevada, Reno, Nevada.

BLM_0040195

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats** *Connelly et al.*

Table 9.1.  Calendar year 2003 hunting seasons for greater sage-grouse.

| State | Opening date for state or area | Number of days | Bag and possession limit |
|---|---|---|---|
| Montana | 1 September | 62 | 3/6 |
| Idaho (1) | 20 September | 23 | 2/4 |
| (2) | 20 September | 7 | 1/2 |
| Wyoming | 27 September | 9 | 2/4 |
| Nevada (1) | 11 October | 9 | 2/4 |
| (2) | 20 September | 2 | 3/6 with 75 permits |
| (3) | 27 September | 2 | 3/6 with 75 permits |
| (4) | 27 September | 2 | 3/6 with 75 permits |
| Utah (1) | 20 September | 9 | 2/2 season limit, 431 permits |
| (2) | 20 September | 9 | 2/2 season limit, 211 permits |
| (3) | 20 September | 9 | 2/2 season limit, 200 permits |
| (4) | 20 September | 9 | 2/2 season limit, 112 permits |
| Colorado | 13 September | 7 | 2/4 |
| Oregon | 6 September | 5 | 2/2 season limit, 12 areas with 10 to 225 permits, total of 1,275 permits |
| California (1) | 13 September | 2 | 2/2 season limit, 100 permits |
| (2) | 13 September | 2 | 2/2 season limit, 40 permits |
| (3) | 13 September | 2 | 1/1 season limit, 25 permits |
| (4) | 13 September | 2 | 1/1 season limit, 10 permits |
| South Dakota | 24 September | 2 | 1/1 season limit |
| North Dakota | 15 September | 3 | 1/1 |

BLM_0040196

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**            *Connelly et al.*

Table 9.2.  Annual statewide harvest estimates for greater sage-grouse.

| State | Year[1] | Harvest |
|-------|---------|---------|
| Montana | 2002 | 5,475 |
| Idaho | 2002 | 7,576 |
| Wyoming | 2002 | 4,835 |
| Nevada | 2002 | 3,940 |
| Utah | 2003 | 1,049 |
| Colorado | 2002 | 307 |
| Oregon | 2003 | 979 |
| California | 2003 | 170 |
| South Dakota | 2003 | 12 |
| North Dakota | 2002 | 45 |

[1] Most recent data available.

BLM_0040197

# Chapter 10

# Predation, Parasites and Parasites



BLM_0040198

# CHAPTER 10

## Predation, Parasites and Pathogens

***Abstract.*** In this chapter we discuss the diversity of predators, parasites and diseases-causing pathogens that influence greater sage-grouse *(Centrocercus urophasianus)* the species range. Despite the prevalence of organisms that effect individual birds, population-level effects have been rarely documented. Concerns about predation have generally been indirectly addressed with habitat management. The newest observed disease, West Nile virus, has shown greater virulence than any infection or infestation noted so far.

## Predation

As with most species of game birds, sage-grouse have many predators. Throughout most of the species' range, coyotes (*Canis latrans*), badgers, (*Taxidea taxus*), bobcats (*Felis rufus*) and several species of raptors are common predators of juvenile and adult sage-grouse (Patterson 1952, Schroeder et al. 1999, Schroeder and Baydack 2001). Additionally, coyotes, badgers, ground squirrels (*Spermophillus* spp.), common ravens (*Corvus corax*), and magpies (*Pica pica*) commonly prey on sage-grouse eggs (Patterson 1952, Schroeder et al. 1999, Schroeder and Baydack 2001). Many additional predators can kill and consume younger birds including the common raven, northern harrier (*Circus cyaneus*), and weasel (*Mustela* spp.) (Schroeder et al. 1999). The abundance of red fox (*Vulpes vulpes*) and raccoon (*Procyon lotor*) may have substantially increased in sage-grouse habitats because of landscape changes (Fichter and Williams 1967, Bunnell 2000, Connelly et al. 2000*a*).

Although there is little published information supporting the notion that predation is a major limiting factor on sage-grouse Connelly and Braun 1997, Connelly et al. 2000*b*, Schroeder and Baydack 2001), arguments continue to be made supporting predator control as an important management action (Wambolt et al. 2002). Two non peer-reviewed studies (Batterson and Morse 1948, Autenrieth 1981) suggested that nest predation due to corvids may limit sage-grouse numbers. More recently, numerous investigators have documented sage-grouse survival and nest success (Gregg 1991, Robertson 1991, Connelly et al. 1993, Gregg et al. 1994, Holloran 1999, Lyon 2000, Wik 2002). Only two of these studies (Gregg 1991, Gregg et al. 1994) indicated that predation was limiting sage-grouse populations by decreasing nest success, but both of these indicated that low nest success due to predation was ultimately related to poor nesting habitat. Most reported nest success rates are >40% (see chapter 3), suggesting that nest predation is not a widespread problem. Additionally, relatively high survival of adult birds (Zablan et al. (2003) and recent results demonstrating that coyote control in an area of Wyoming failed to produce an effect on nesting success (Slater 2003), further reinforce the idea that predation is not a widespread factor acting to depress sage-grouse populations. Thus, rigorous field studies using radio telemetry have generally failed to support these early findings.

In order to understand the possible impacts of predators on sage-grouse, it is important to understand the dynamics and behavior of predator populations. There are no predators within the range of sage-grouse that depend on sage-grouse as their primary food source; many depend

BLM_0040199

primarily on rodents and lagomorphs and feed on sage-grouse opportunistically (see Bump et al. 1947, Angelstam 1986, Marcström et al. 1988, and Myrberget 1988 for examples). Consequently, the dynamics of a predator population and its primary food source can have observable impacts on a grouse population (Schroeder and Baydack 2001). When the primary food source is relatively rare, then a predator may spend more time searching for food, and consequently may be more likely to encounter a grouse or its nest (Angelstam 1983).

Predation may influence the population dynamics of grouse by reducing nest success, survival of juveniles (especially during the first few weeks after hatch), and annual survival of breeding-aged birds. The low survival of sage-grouse in the Strawberry Valley of Utah has been attributed to an unusually high density of red foxes (Bunnell 2000). Nest success is extremely variable and differences in success have been attributed to variation in habitat and management strategy (Connelly et al. 1991, Gregg et al. 1994, Connelly et al. 2000*b*). Although sage-grouse may partly compensate for predation pressure on nests by renesting (Schroeder 1997), habitat in sufficient quality and quantity often has been stated as an important goal for reducing the effects of predation (Connelly et al. 1991, 2000*b*). Survival of juveniles is clearly low, but is also difficult to accurately assess (Crawford et al. 2004). Unlike nesting habitat, management of brood-rearing habitat has focused on increasing the density and diversity of forbs (Klott and Lindzey 1990, Pyle and Crawford 1996, Sveum et al. 1998*b*), rather than improving vegetation to reduce predation (Edelmann et al. 1998). Although there have been many observations and recommendations concerning the importance of suitable habitat for reducing predation pressure on adults, detailed statistics have been difficult to obtain (Schroeder and Baydack 2001).

The quantity, quality, and configuration of habitat clearly has the potential to impact predator behavior and dynamics (Chapters 4, 12). These considerations include, but are not limited to, escape cover at nests (Connelly et al. 1991, Gregg et al. 1994) and visibility at leks (Hartzler 1974). In addition, several investigators have suggested that adequate feeding areas may minimize risks associated with increased travel and time spent in riskier habitats (Gregg et al. 1993, Fischer et al. 1996, Pyle and Crawford 1996).

Landscape fragmentation, agricultural habitats, and human populations have the potential to increase predator populations, and hence, predation pressure on grouse populations, as shown for corvids, domestic cats, and dogs (see Chapter 12). This potential for increased predation pressure in fragmented habitats is similar to what has been observed for grouse in Europe, where the pattern is well documented (Andrén et al. 1985, Andrén and Angelstam 1988, Bernard-Laurent and Magnani 1994, Kurki et al. 1997).

Although predator controls have been tried within the range of sage-grouse (Batterson and Morse [1948] removed many common ravens on an area in Oregon and there was a short-term increase in nest success), the cost effectiveness and long-term impacts of the removal on the behavior, genetics, and abundance of sage-grouse have not been examined (Schroeder and Baydack 2001). There also has been a more recent recognition of the broader financial and political cost to

BLM_0040200

removing predators (Messmer et al. 1999).  Because of these considerations, predator management for sage-grouse has generally been addressed with the "manipulation of habitat, because it is believed to be the most economical, efficient, and viable long-term strategy to enhance populations" (Schroeder and Baydack 2001:28).

## Parasites and Pathogens

### Introduction

Greater sage-grouse host a variety of potentially pathogenic organisms. However, the mere presence of such organisms does not necessarily indicate a population level effect.  During the 1940's and 50's there was widespread belief, among managers and laypersons, that diseases were responsible for heavy annual losses of gamebirds, including greater sage-grouse (Patterson 1952, Herman 1963).  To the average person, the presence of parasites and disease producing organisms was synonymous with "disease" itself. Herman (1963) also reported that his review of the pertinent literature uncovered frequent references to 'the' greater sage-grouse disease, as though the authors were convinced that one specific agent could be the "universal root of all losses".  In reality, some background level of parasites and disease producing organisms is normal and does not typically cause any significant alteration in structure or function of the population of the host species (Patterson 1952, Herman 1963).  However, under certain circumstances a disease-causing agent may increase to a level that local populations are impacted (Herman 1963).  Such circumstances may include extremes in precipitation, poor nutrition or the introduction of an exotic disease agent.

The parasites and diseases affecting greater sage-grouse have conformed to this pattern. Most of these parasites and diseases (Table 10.1) have not resulted in widespread population level impacts to greater sage-grouse.  Those outbreaks of disease that have resulted in noteworthy morbidity and mortality were typically discovered under conditions of high numbers of grouse being concentrated due to dry conditions when water was scarce and large numbers of grouse likely contaminated water and soil with fecal material.  Even in these cases there was insufficient evidence to conclude that disease was responsible for major declines across any extensive area of the birds' range (Patterson 1952).

Even so, there have been few systematic surveys for parasites or infectious diseases completed in greater sage-grouse, especially in recent years.  This problem has been exacerbated by the ineffectiveness of some techniques for detecting pathogens that are present, or for inappropriately labeling a pathogen as present when it is absent.  Therefore, the role diseases and parasites play in population declines across their range is essentially unknown.  This fact, coupled with the emergence of new infectious diseases and the increasing numbers of small, isolated populations of greater sage-grouse that may be more vulnerable to population level effects, suggests this field deserves further study.

BLM_0040201

Of current concern is the emergence of the West Nile virus (WNV). This disease was exotic to the United States but is now considered endemic. It was first documented on the east coast in 1999 and has advanced rapidly across the nation. Greater sage-grouse were first documented to have contracted and succumbed to WNV in northeast Wyoming, eastern Montana and southeast Alberta in the summer of 2003, although one Wyoming bird actually died in 2002 but was not diagnosed until 2003 (D.E. Naugle, Personal Communication).

The following describes known parasites and diseases of greater sage-grouse and their implications to the bird. Many sources of information have not been published in the scientific literature, but instead appear in agency reports and proceedings. Where necessary we have included the references to provide a more through understanding of parasites and diseases in greater sage-grouse.

## Macro-Parasites

***Endoparasites.*** *Protozoa.* Coccidiosis. Coccidiosis in greater sage-grouse is the disease caused by the effect of one or more species of the protozoan genus Eimeria (Jolley 1982). Three species of the genus are known in greater sage-grouse: *E. angusta, E. centrocerci,* and *E. pattersoni. E. angusta* has been the most frequently documented species associated with coccidiosis (Thorne 1969). Diarrhea, which is characteristic of the disease, is caused when the parasites develop in and damage the mucosal lining of portions of the digestive tract. Transmission occurs when susceptible birds ingest feed or water contaminated by sporulated oocysts from feces of infected birds (Jolley 1982). When large numbers of oocysts are found in the feces of live birds concurrent with diarrhea and emaciation, coccidiosis should be suspected as the cause of illness (Friend and Franson 1999). However, a diagnosis as a cause of death requires a necropsy as well. Diarrhea is caused by a number of pathogens and oocysts observed in feces may or may not be those of the pathogenic species.

Historically, coccidiosis was the most important known parasitic disease of greater sage-grouse and has been, to date, the most prevalent of all known diseases affecting greater sage-grouse. In some site-specific locations, significant losses of young greater sage-grouse were documented in Wyoming, Colorado and Idaho from 1932-1953 (Honess and Post 1968). Most cases of coccidiosis in greater sage-grouse were discovered in areas where large numbers of birds were congregated resulting in fecal contamination of soil and water.

Greater sage-grouse mortalities attributed to coccidiosis have not been documented since the early 1960s. This may be the result of decreased greater sage-grouse densities. Investigators estimated 2,000 greater sage-grouse occupied a 2.59 km$^2$ (1 mi$^2$) alfalfa field prior to a coccidiosis outbreak in 1932 (Honess and Post 1968). There are no reports of similar densities being observed in more recent history. Any attempt to hold captive greater sage-grouse (or other game birds) should include a plan to prevent coccidiosis before clinical signs appear (Jolley 1982).

BLM_0040202

Hemosporidiosis (avian malaria). Hemosporidia are microscopic, intracellular parasitic protozoans found within the blood cells and tissues of avian hosts (Atkinson 1999). Three closely related genera, *Plasmodium, Haemoproteus* and *Leucocytozoon* are commonly found in wild birds (Atkinson 1999), including greater sage-grouse (Stabler et al. 1977, Gibson 1990, Boyce 1990, Deibert and Boyce 1997, Johnson and Boyce 1991, Dunbar et al. 2003). Hemosporidia are transmitted from bird to bird by a variety of insects including mosquitoes, black flies and biting midges (Atkinson 1999). A distantly related flagellate parasite, *Trypanosoma avium*, has been documented in greater sage-grouse (Stabler et al. 1977) but neither clinical signs nor implications to individual hosts or populations have been described.

In highly susceptible bird species and age classes, infections may result in death (Atkinson 1999). In greater sage-grouse, significant mortalities have not been well documented and most of the research conducted has centered around the effect of blood parasites (*Plasmodium, Haemoproteus*) on mate selection and breeding success. The traditional view that blood parasites are only slightly or not pathogenic has been challenged with recent research (Bennett et al. 1993, Nordling et al. 1998, Raidal and Jaensch 2000). The need for control of hemosporidiosis in greater sage-grouse populations has not been indicated. Such control would require control of insect vectors rather than treatment or prevention in birds themselves.

Sarcocystis. Salt (1958) described *Sarcocystis releyi* in greater sage-grouse however Jolley (1982) maintained that reports of *S. releyi* in gallinaceous and other birds were probably incorrect and involved other species of Sarcocystis. Regardless, there is no evidence to suggest significant implications or the need for control in greater sage-grouse. Sarcocysts are ubiquitous in wild species and generally cause little or no pathology.

Trichomoniasis. Although large numbers of *Tritrichomonas simoni* were found in all healthy greater sage-grouse examined (Honess 1955), the parasite is not known to be pathogenic (Jolley 1982).

*Platyhelminthes*. Tapeworms. Greater sage-grouse are the only known host of the cestode tapeworm *Raillietina centrocerci* (Honess 1982*a*). *Raillietina cesticillus* and *Rhabdometra nullicollis* have also been reported (Keller et al. 1941, Simon, 1940). Leidy (1887) reported the cestode *Hymenolepis microps*, however Simon (1940) believed this to be a mistaken identification. Greater sage-grouse show no apparent clinical signs of parasitism even though the tapeworms may distend the intestine and even dangle from the vent (Honess 1982*a*). Even the most heavily parasitized birds will be in good physical condition (Thorne 1969). Although Kerwin (1971, cited in the Canadian Sage Grouse Recovery Strategy) felt the role of *R. centrocerci* was overlooked as a mortality factor, Honess (1982*a*) suggested the relationship was an almost perfect adjustment between the host and its parasite. While unsightly, these tapeworms cannot parasitize humans and do not affect the quality of greater sage-grouse meat.

BLM_0040203

*Nematoda. Gizzard worms.* Gizzard worms belong to the genera Habronema and Acuaria (Cheilospirura). While Bergstrom (1982) indicated severe infestations of *A. centrocerci* could threaten greater sage-grouse in local areas, gizzard worms have only been seen occasionally and thus are not thought to present an important threat.

Cecal worms. Cecal worms of the genus *Heterakis* have been reported in greater sage-grouse (Simon 1940, Honess and Winter 1956). *H. gallinarum* is an important avian parasite because its eggs carry *Histomonas meleagridis*, the protozoan that causes the disease, avian blackhead. This disease is important in domestic fowl and game bird farms (Bergstrom 1982). Because development of *H. gallinarum* can be influenced by temperature fluctuations, fluctuations in parasite abundance could be linked with weather conditions (Saunders et al. 2002). The documentation of cecal worms in greater sage-grouse suggests the possibility of exposure to *H. meleagridis*, however the documentation cited by Simon (1940) consisted solely of a personal communication with an investigator that identified *H. gallinae* in a single greater sage-grouse specimen. Since blackhead disease has never been diagnosed in greater sage-grouse (free-ranging or captive), neither the disease nor its parasite vector is considered a threat to greater sage-grouse. Cecal worms (*Trichostrongylus tenuis*) in red grouse (*Lagopus lagopus scoticus*) have been linked with the population fluctuations or cycles (Hudson et al. 1998).

Filarid worms. A filarial nemotode, *Ornithofilaria tuvensis*, has been identified in greater sage-grouse but its presence is rare (Hepworth 1962). These white, hairlike worms were found in the connective tissue between the skin and breast muscles. Some birds observed where the known infected specimens were taken appeared unable to fly. However none of these birds were collected for analysis.

***Ectoparasites.*** *Mallophaga (lice).* Three species of chewing (bird) lice have been identified on greater sage-grouse: *Gonoides centrocerci, Lagopoecus gibsoni* and *L. perplexus.* Chewing lice are small, wingless and dorso-ventrally flattened insects that feed on fragments of skin and feathers. Heavy infestations may cause irritation to the host but there are no known serious implications for wildlife (Honess 1982*b*). Studies have been made regarding the presence and prevalence of lice and other parasites as it relates to mate selection and breeding success by birds, including greater sage-grouse (Boyce 1990, Deibert 1995). These relationships may be important to the long-term ecology and co-evolution of greater sage-grouse and the parasites; however, they have not been shown to be significant to the immediate status of greater sage-grouse populations.

*Acarina (ticks).* Two species of hard tick have been identified on greater sage-grouse: *Haemaphysalis chordeilis* and *Haemaphysalis leporis-palustris.* Early authors described the species *Haemaphysalis cinnabarina* (Parker et al. 1932, Simon 1940); however, Kingston and Honess (1982) report that *H. cinnabarina* does not occur in North America, and all references to this species should be referred to *H. chordeilis.* Ticks have been implicated in one greater sage-grouse mortality event that is discussed under the bacterial disease tularemia. Ticks can also cause "tick paralysis" in some hosts which is caused by a neurotoxin released by feeding adult female ticks (Honess and

BLM_0040204

Bergstrom 1982). Ticks are not considered a threat to greater sage-grouse populations because they are so infrequently observed on greater sage-grouse. Given the number of greater sage-grouse handled by researchers and hunters each year, and the relative ease in which ticks can be observed, more ticks would be reported if their presence was significant.

*Diptera (flies, mosquitoes, midges, keds)*. Many diptera are pests and cause distress to the hosts on which they feed. Some diptera are important vectors of animal diseases, some of which will be discussed below e.g. West Nile virus. High numbers of keds were detected on about 25% of approximately 200 greater sage-grouse captured in the Montana Mountains of northern Nevada in 2002 (M.R. Dunbar, personal communication). These keds were identified as *Ornithomyia anchineuria*. Keds have not been documented on greater sage-grouse elsewhere.

## Pathogens

*Bacteria*. *Salmonellosis*. Bacteria of the genus *Salmonella* are responsible for several diseases of birds such as pullorum and fowl typhoid (Thorne 1969). However, the only instance in which a *Salmonella sp.* has been documented as a disease agent in greater sage-grouse was a Wyoming case of dysentery characterized by debilitation and occasional death caused by stagnant and contaminated water supplies (Post 1960). This was probably a different species of *Salmonella* than those that cause pullorum and typhoid (W. Cook, personal communication). Studies have disclosed a much lower infection rate in wild birds than those in captivity and have caused investigators to conclude that, in general, salmonellosis is not an important disease of free-ranging wild birds (Friend 1999*a*).

*Tularemia*. Tularemia is primarily a tick-borne disease of mammals, but natural infections by *Francisella tularensis* have caused die-offs of ruffed grouse (*Bonasa umbellus*) and other grouse species (Friend 1999*b*). Parker et al. (1932) studied an epizootic in greater sage-grouse in Montana. These grouse were heavily infested with a bird tick, *Haemaphysalis chordeilis* and infected with *Francisella tularensis*. Hopla (1974) concluded that it was likely the tularemia, the tick, or both were major factors in the mortalities of these grouse. There have been no other reports of tularemia in greater sage-grouse and it is not currently a disease of concern because of the lack of tick infestations as noted above in the tick section.

*Colibacillosis*. Honess and Post (1968) reported that captured sick greater sage-grouse associated with an outbreak of coccidiosis were also bacteremic with *Escherichia coli*. *E. coli* has many strains that vary in virulence and pathogenicity (Thorne 1982). It is found in the lower intestine and is frequently a secondary invader that complicates primary infections. Diarrhea is clinical indicator of a possible pathogenic infection. While the presence of *E. coli* is probably under-reported, it is not believed to be a threat to wild populations of greater sage-grouse because it has only been shown to cause acute mortality in captive birds kept in unsanitary conditions (Friend 1999*b*).

BLM_0040205

*Botulism, Avian Tuberculosis and Avian Cholera.* While greater sage-grouse are almost certainly capable of being infected with these avian diseases (Thorne 1969), they have not been diagnosed in greater sage-grouse and are not considered a significant threat because the potential for exposure is low.

*Mycoplasma.* Mycoplasma synoviae was tentatively identified in greater sage-grouse in Moffat County Colorado, but there was concern for the possibility of 'false positives' on the tests (Hausleitner 2003). As with many other infectious diseases, greater sage-grouse may be susceptible to the disease but the potential for exposure is low.

**Fungi.** *Aspergillosis.* This disease is generally caused by the saprophytic mold *Aspergillus fumigatus,* a fungus which is highly pathogenic in many birds (Thorne 1969). The fungus is closely associated with agriculture and human activities such as damp, decaying vegetation and grain (Friend 1999c). It is believed clinical manifestation of the disease is stress related (W.Cook, personal communication). One case of aspergillosis has been documented in greater sage-grouse (Honess and Winter 1956) but there is no evidence to suggest aspergillosis plays a significant role in greater sage-grouse ecology. Greater sage-grouse habitats and feeding habits are not generally compatible with the ecology of this fungal disease.

**Viruses.**

The USGS Field Manual of Wildlife Disease (Anonymous 1999) states, "Historically, viral diseases have not been recognized as major causes of illness and death in North American wild birds. significant concern about viral diseases in wild birds has primarily occurred since the 1970's. This timeframe is consistent with an apparent increase of emerging infectious diseases and emerging viruses in other species   It seems likely that viral diseases will assume even greater future importance as causes of disease in wild birds." The emergence of West Nile virus in North America has proven these statements prophetic.

*West Nile Virus.* Since its introduction to the northeastern U.S. in 1999, WNV has spread rapidly across North America, infecting and killing wild and domestic birds, horses, humans and other animals (CDC 2003). At least 208 species of birds, including greater sage-grouse, 29 species of mammals and two species of reptiles have been infected with WNV in North America (USGS 2003).

WNV is a member of the Japanese encephalitis antigenic complex [Family Flaviviridae]. Like many other flaviviruses, WNV is an arbovirus, meaning that it is transmitted between hosts by arthropod (insect) vectors. Mosquitoes are thought to be the primary vectors of WNV although other ectoparasites such ticks, lice, fleas and midges are also being evaluated as possible vectors of the disease (Marra et al. In Review, D.E. Naugle et al. 2004). Mosquito species in the genus *Culex* appear to be the main vectors implicated in the avian amplification cycle of WNV (Marra et al. In Review). In western North America, the mosquito, *Culex tarsalis,* is believed to be the most likely

BLM_0040206

vector of WNV in birds (D.E. Naugle et al. 2004). Many birds act as reservoirs and amplifying hosts for the virus, infecting mosquitoes that then may transmit the virus back to more birds or on to other hosts. Host species differ in the degree to which the virus is replicated and circulated in the blood at levels high enough to infect mosquitoes. Humans and horses are considered "dead end" hosts because they do not typically accumulate the virus at a high enough concentration to infect mosquitoes that bite them. It is not known if greater sage-grouse are dead end or amplifying hosts.

Some birds can also become infected by means other than insect bites (Komar et al. 2003). In laboratory conditions, birds were infected via ingestion of WNV in aqueous solution or being fed infected mosquitoes, house sparrows or mice. Transmission was also documented after uninfected birds were placed in physical contact with infected cagemates, possibly through oral-fecal transmission or allopreening. The importance of these routes of transmission in free-ranging birds is not known.

Information regarding impacts of WNV on survival of native, wild birds is sparse (Malakoff 2003). Data from wild populations are limited to American crow (*Corvus brachyrhynchos*), in which mortality of marked individuals may reach 40% (Caffrey et al. 2003), and greater sage-grouse where (D.E. Naugle et al. 2004) a substantial decline in survival of greater sage-grouse hens were recently documented. The impact of WNV on populations of other birds over larger geographic regions is just now being studied using Christmas Bird Count (CBC) and North American Breeding Bird Surveys (BBS) (Marra et al. In Review). These data indicate most species show only local declines, suggesting common species are not at risk of extinction (Caffrey and Peterson 2003).

Elevated late-summer mortality of greater sage-grouse was reported across the eastern edge of their range (SE Alberta, E Montana, NE Wyoming) during an initial outbreak of WNV in 2003 (D.E. Naugle et al. 2004). Data from three study locations show survival declining an average of 25% between pre-WNV years and the first year WNV was detected (2003), whereas survival did not decline in a study area where WNV was not detected. Additionally survival in four study areas with WNV induced mortality in 2003 was, on average, 26% lower than the study site where WNV was not detected. Overall, individuals in populations exposed to the virus were 3.3 times more likely to die during the two-month WNV period (July-August) than birds in uninfected populations.

In addition, serum samples taken from grouse live-captured in the known WNV infected study areas all tested seronegative for WNV antibodies. The absence of seropositive live birds coming from areas with confirmed WNV deaths suggests that greater sage-grouse rarely survive WNV infection (T.E. Cornish et al. unpublished report., D.E. Naugle et al. 2004). However, the duration and variability of immunity among animals surviving WNV infection is essentially unknown (Marra et al. In Review).

The availability of surface water in sagebrush habitats may directly influence exposure of greater sage-grouse to WNV. Throughout their range, greater sage-grouse hens and broods congregate in mesic habitats in mid-late summer (Connelly et al. 2000*a*). The WNV vector

mosquito, *Culex tarsalis*, exploits mesic habitats as breeding sites (Goddard et al. 2002). Risk of greater sage-grouse exposure to WNV may be particularly acute when WNV outbreaks coincide with environmental factors that aggregate birds around remaining water sources (e.g., drought) (D.E. Naugle et al. 2004).

Greater sage-grouse have suffered population declines and constricted distribution as a result of anthropogenic changes (Connelly and Braun 1997, Connelly et al. 2000*a*, Connelly et al. 2000*b*, Knick et al. 2003). The impacts of WNV, in combination with ongoing habitat loss and degradation, may pose a significant threat to some greater sage-grouse populations. However, WNV has only been known to infect and kill greater sage-grouse since August 2003. Determining the level of resistance greater sage-grouse have to the virus, the epidemiology of the disease in greater sage-grouse, and how land-use practices (especially the addition of late-summer surface water) influence prevalence and transmission of the disease will be required prior to being able to determine the impact WNV will ultimately have on greater sage-grouse populations.

Consideration of the positive and negative ramifications of disease management is also important. These considerations include control of adult mosquitoes, control of larval mosquitoes, integrated pest management, and vaccinations (Marra et al. In Review). A collaborative, multi-disciplinary approach in monitoring, reporting, and quantifying the impacts of WNV to greater sage-grouse and other wildlife will likely be needed to effectively manage the disease.

*Newcastle Disease.* Newcastle Disease has been a focus of concern for domestic poultry. The disease is highly contagious and there is great variation in the severity of disease caused by different strains of the virus. Prior to 1990, this disease had rarely been reported in free-ranging native birds in North America (Docherty and Friend 1999). However, in the last decade there have been repeated large-scale losses of double-crested cormorants (*Phalacrocorax auritus*) in the wild (Docherty and Friend 1999). Newcastle Disease has never been documented in greater sage-grouse. They may be susceptible but the potential for exposure is low.

*Avian Pox.* Avian pox is transmitted primarily by mosquitoes. The disease can also be transmitted via abraded skin or the conjunctiva or mucous membranes of the eyes (Hansen 1999*a*). Some strains of the virus are species specific but others have the ability to infect several species. "Dry pox" is the most common form of avian pox that consists of warty nodules that develop on the featherless parts of the birds. These lesions usually regress on their own but can become enlarged and cause sight, breathing and feeding impairment. Secondary bacterial and fungal infections are common and can lead to mortality. The internal form of the disease ("wet pox") is less observable because the lesions are internal. It has only occasionally been reported in wild birds but probably occurs more frequently than has been reported. The internal form causes greater morbidity and mortality than the cutaneous form (Hansen 1999*a*).

Pox outbreaks are common in captive situations. Species that would not ordinarily have contact with avian pox virus in the wild often become infected in captivity. Avian pox has been

BLM_0040208

documented in one captive greater sage-grouse (DuBose 1965). Little is known about the disease's prevalence in wild birds.  The increased frequency of reported cases of this highly visible disease and the involvement of new bird species during recent years suggests that avian pox is an emerging viral disease (Hansen 1999*a*).

*Avian Infectious Bronchitis.*  Avian infectious bronchitis virus (AIB), a coronavirus, causes acute, highly contagious upper respiratory disease, decreased egg production and quality, decreased growth rates and chick mortality as high as 25% in domestic chickens (Cavanagh and Naqi 1997). Coronaviruses have also been isolated in domestic turkeys (Nagaraja and Pomeroy 1997), pheasants (*Phasianus colchicus*) (Spackman and Cameron 1983; Gough et al. 1996) and lesser prairie chickens (*Tympanuchus pallidicinctus*) (Peterson et al. 2002).  As yet unpublished research (Dunbar and Gregg unpublished report), detected positive antibody titers to AIB in greater sage-grouse surveyed in southeastern Oregon and northwestern Nevada in 2003.  The researchers concurrently observed unexplained early chick mortality in a portion of their study area.

While both greater sage-grouse and lesser prairie chickens have shown positive antibody titers to the virus, no clinical signs of disease have been observed.  Peterson et al. (2002) suggested the first step to understanding the implications of the virus in lesser prairie chickens would be to challenge captive-reared birds with the virus, then describe the pathogenesis and transmission should the species prove susceptible.  Further, they suggested that if clinically ill birds could be obtained from the wild, virus isolation and characterization should be attempted.  Such recommendations could apply to greater sage-grouse as well.

*Avian Influenza.*  Avian influenza virus (AI), also known as "bird flu" in the popular press, can cause significant problems for the commercial poultry industry.  There are many different strains with varying virulence and recent outbreaks in Asia have had human implications.  A variety of bird species are susceptible.  However, the only mortality event known in wild birds killed common terns in South Africa in 1961 (Hansen, 1999*b*).  The viruses are maintained in wild birds by fecal-oral routes of transmission.

## Discussion

Prior to the very recent emergence of West Nile virus in greater sage-grouse, there was little evidence to suggest pathogens and/or parasites were major threats to greater sage-grouse. Pathogens and parasites are not mentioned in the 1997 Idaho Sage Grouse Management Plan (Idaho Department of Fish and Game, 1997) nor were they addressed in the "Guidelines to manage sage grouse populations and their habitats" (Connelly et al. 2000*a*).  Disease issues are briefly discussed in the Nevada, Montana, Wyoming and Canadian greater sage-grouse conservation plans/strategies but these documents largely concluded diseases were not a priority issue at the time the documents were prepared from 2000-2003.  However, in spite of being prepared prior to the 2003 emergence of WNV in greater sage-grouse, both the Montana and Wyoming plans mention the disease and suggest it be monitored.

BLM_0040209

Although it is clear that the long-term impacts of pathogens and parasites on greater sage-grouse populations remain to be fully explored, other species of grouse may offer some useful insights. Fox and Hudson (2001) found that cecal nematodes (*Trichostrongylus tenuis*) could impact territoriality in red grouse. The louping ill virus, which is transmitted by the tick Ixodes ricinus from sheep to red grouse can result in lower densities, higher mortality, and reduced harvest (Hudson 1992). The timing and effects of each parasite on the population dynamics of red grouse has also been examined in detail (Dobson and Hudson 1992, Hudson and Dobson 2001). It should be noted that the populations of red grouse studied by Fox and Hudson were found at substantially higher densities (> 200 birds km2, Hudson 1986) than typical populations of greater sage-grouse (< 5 birds km$^2$, Patterson 1952). Hudson et al. (1998) further argued that control of parasites in red grouse resulted in the elimination of their normally cyclic tendencies; this last observation was subsequently debated by Lambin et al. (1999) and Hudson et al. (1999).

The possibility that shared parasites may result in competition between species has also been considered. For example, *Heterakis gallinarum* can parasitize ring-necked pheasants with few effects. However if grey partridge (*Perdix perdix*) are infected, the adverse impacts are much more severe. Consequently, grey partridge populations may be reduced or eliminated in some areas where they overlap ring-necked pheasants (Tompkins et al. 2000*a, b*). Clearly, the potential for significant impacts of pathogens on populations remains an issue.

### Literature Cited

Andrén, H., and P. Angelstam. 1988. Elevated predation rates as an edge effect in habitat islands: experimental evidence. Ecology 69:544–547.

Andrén, H., P. Angelstam, E. Lindström, and P. Widén. 1985. Differences in predation pressure in relation to habitat fragmentation - an experiment. Oikos 45:273–277.

Angelstam, P. 1983. Population dynamics of tetraonids, especially the black grouse *Tetrao tetrix* L., in boreal forests. Thesis, Uppsala University, Uppsala, Sweden.

Angelstam, P. 1986. Population dynamics in tetraonids: the role of extrinsic factors. Proceedings of the International Ornithological Congress. 19:2458-2477.

Anonymous. 1999. Introduction to viral diseases. Page 140 *in* M. Friend and J. C. Branson, editors. Field Manual of Wildlife Diseases. General Field Procedures and Diseases of Birds. U.S. Geological Survey Biological Resources Division Information and Technical Report 1999-001.

Atkinson, C. T. 1999. Hemosporidiosis. Pages 193-199 *in* M. Friend and J. C. Branson, editors. Field Manual of Wildlife Diseases. General Field Procedures and Diseases of Birds. U.S. Geological Survey Biological Resources Division Information and Technical Report 1999-001.

Autenrieth, R. E. 1981. Sage grouse management in Idaho. Idaho Department of Fish and Game Wildlife Bulletin Number 9. Boise, ID.

Batterson, W. M., and W. B. Morse. 1948. Oregon sage grouse. Oregon Fauna Service 1. Oregon Game Commission, Portland, Oregon, USA.

BLM_0040210

Bennett, G. F., M. A. Peirce and R. W. Ashford. 1993. Avian hemotozoa: Mortality and pathogenicity. Journal of Natural History 27:993-1001.

Bergstrom, R. C. 1982. Nematode parasites of game birds. Pages 222-224 *in* E. T. Thorne, N. Kingston, W. R. Jolley, and R. C. Bergstrom, editors. Diseases of Wildlife in Wyoming, Second Edition. Wyoming Game and Fish Department, Cheyenne, Wyoming, USA.

Bernard-Laurent, A., and Y. Magnani. 1994. Statut, évolution et facteurs limitant les populations de gelinotte des bois (*Bonasa bonasia*) en France: synthèse bibliographique. Gibier Faune Sauvage 11(Part 1):5–40.

Boyce, M. S. 1990. The red queen visits sage grouse leks. American Zoologist 30:263-270.

Bump, G., R. W. Darrow, F. C. Edminster, and W. F. Crissey. 1947. The ruffed grouse: life history, propagation, management. New York State Conservation Department, Holling, Buffalo, New York, USA.

Bunnell, K. D. 2000. Ecological factors limiting sage grouse recover and expansion in Strawberry Valley, Utah. Thesis, Brigham Young University, Provo, USA.

Caffrey, C., and C. C. Peterson. 2003. Christmas bird count data suggest West Nile virus may not be a conservation issue in Northeastern United States. American Birds (103rd count):14-21.

_____, T. J. Weston, and S. C. R. Smith. 2003. High mortality among marked crows subsequent to the arrival of West Nile virus. Wildlife Society Bulletin 31:870-872.

Cavanaugh, D., and S. A. Naqi. 1997. Infectious bronchitis. Pages 511-526 in B. W. Calnek, H. J. Barnes, C. W. Beard, L. R. McDougald and Y. M. Saif, editors. Diseases of Poultry, Tenth Edition. Iowa State University Press, Ames, Iowa, USA.

Centers for Disease Control and Prevention (CDC). 2003. Website: http://www.cdc.gov/ncidod/dvbid/westnile/index.htm.

Connelly, J. W., and C. E. Braun. 1997. Long-term changes in Sage Grouse *Centrocercus urophasianus* populations in western North America. Wildlife Biology 3:229-234.

Connelly, J. W., W. L. Wakkinen, A. P. Apa, and K. P. Reese. 1991. Sage grouse use of nest sites in southeastern Idaho. Journal of Wildlife Management 55:521–524.

_____, R. A. Fischer, A. D. Apa, K. P. Reese, and W. L. Wakkinen. 1993. Renesting of sage grouse in southeastern Idaho. Condor 95: 1041-1043.

_____, M. A. Schroeder, A. R. Sands, and C. E. Braun. 2000*a*. Guidelines for management of sage grouse populations and habitats. Wildlife Society Bulletin 28:967-985.

_____, A. D. Apa, R. B. Smith, K. P. Reese. 2000*b*. Effects of predation and hunting on adult sage grouse *Centrocercus urophasianus* in Idaho. Wildlife Biology 6:227-232.

Crawford, J. A., R. A. Olson, N. E. West, J. C. Mosley, M. A. Schroeder, T. D. Whitson, R. F. Miller, M. A. Gregg, and C. S. Boyd. 2004. Ecology and management of sage-grouse and sage-grouse habitat. Journal of Range Management 57:2-19.

Deibert, P. A. 1995. Effects of parasites on sage grouse (*Centrocercus urophasianus*) mate selection. Ph.D. dissertation. University of Wyoming, Laramie, Wyoming, USA.

_____, and M. S. Boyce. 1997. Heritable resistance to malaria and the evolution of lek behaviour in sage grouse *Centrocercus urophasianus.* Wildlife Biology 3:284 (abstract only).

BLM_0040211

Dobson, A. P., and P. J. Hudson.  1992.  Regulation and stability of a free-living host-parasite system, *Trichostrongylus tenuis* in red grouse.  II.  Population models.  Journal of Animal Ecology 61:487-498.

Docherty, D. E. and M. Friend. 1999. Newcastle disease. Pages 175-179 in M. Friend and J. C. Branson, editors. Field Manual of Wildlife Diseases. General Field Procedures and Diseases of Birds. U.S. Geological Survey Biological Resources Division Information and Technical Report 1999-001.

Dubose, R.T. 1965. Pox in the sage grouse. Bulletin of the Wildlife Disease Association 1(2):6.

Dunbar, M. R. and M. A. Gregg. In prep. Infectious disease survey of sage-grouse in Nevada and Oregon.

_____, S. Tornquist, and M. R. Giordano. 2003. Blood parasites in sage-grouse from Nevada and Oregon. Journal of Wildlife Diseases 39(1):203-208.

Edelmann, F. B., M. J. Ulliman, M. J. Wisdom, K. P. Reese, and J. W. Connelly. 1998. Assessing habitat quality using population fitness parameters: a remote sensing/GIS- based habitat-explicit population model for sage grouse (*Centrocercus urophasianus*).  Idaho Forest, Wildlife and Range Experiment Station Technical Report 25.

Fichter, E. and R. Williams.  1967.  Distribution and status of the red fox in Idaho.  Journal of Mammalogy 48:219-230.

Fischer, R. A., K. P. Reese, and J. W. Connelly. 1996. Influence of vegetal moisture content and nest fate on timing of female Sage Grouse migration. Condor 98:868-872.

Fox, A., and P. J. Hudson.  2001.  Parasites reduce territorial behaviour in red grouse *(Lagopus lagopus scoticus*).  Ecology Letters 4:139-143.

Friend, M. 1999*a*. Salmonellosis. Pages 99-109 in M. Friend and J. C. Branson, editors. Field Manual of Wildlife Diseases. General Field Procedures and Diseases of Birds. U.S. Geological Survey Biological Resources Division Information and Technical Report 1999-001.

_____. 1999*b*. Miscellaneous bacterial diseases. Pages 121-126 in M. Friend and J. C. Branson, editors. Field Manual of Wildlife Diseases. General Field Procedures and Diseases of Birds. U.S. Geological Survey Biological Resources Division Information and Technical Report 1999-001.

_____. 1999c. Aspergillosis. Pages 129-133 in M. Friend and J. C. Branson, editors. Field Manual of Wildlife Diseases. General Field Procedures and Diseases of Birds. U.S. Geological Survey Biological Resources Division Information and Technical Report 1999-001.

_____, and J. C. Branson. 1999. Intestinal coccidiosis. Pages 207-213 in M. Friend and J. C. Branson, editors. Field Manual of Wildlife Diseases. General Field Procedures and Diseases of Birds. U.S. Geological Survey Biological Resources Division Information and Technical Report 1999-001.

Gibson, R. M. 1990. Relationship between blood parasites, mating success and phenotypic cues in male sage grouse *Centrocercus urophasianus*. American Zoologist 30:271-278.

Goddard, L. B., A. E. Roth, W. K. Reisen, and T. W. Scott. 2002. Vector competence of California mosquitoes for West Nile virus.  Emerging Infectious Diseases 8:1385-1391.

BLM_0040212

Gough, R. E., W. J. Cox, C. E. Winkler, M. W. Sharp and D. Spackman. 1996. Isolation and identification of infectious bronchitis virus from pheasants. Veterinary Record 138:208-209.

Gregg, M. A. 1991. Use and selection of nesting habitat by sage grouse in Oregon. Thesis, Oregon State University, Corvallis, USA.

Gregg, M. A., J. A. Crawford, and M. S. Drut. 1993. Summer habitat use and selection by female Sage Grouse (*Centrocercus urophasianus*) in Oregon. Great Basin Naturalist 53: 293-298.

Gregg, M. A., J. A. Crawford, M. S. Drut, and A. K. DeLong. 1994. Vegetational cover and predation of sage grouse nests in Oregon. Journal of Wildlife Management 58:162-166.

Hansen, W. 1999*a*. Avian pox. Pages 163-169 in M. Friend and J. C. Branson, editors. Field Manual of Wildlife Diseases. General Field Procedures and Diseases of Birds. U.S. Geological Survey Biological Resources Division Information and Technical Report 1999-001.

_____. 1999*b*. Avian influenza. Pages 181-184 in M. Friend and J. C. Branson, editors. Field Manual of Wildlife Diseases. General Field Procedures and Diseases of Birds. U.S. Geological Survey Biological Resources Division Information and Technical Report 1999-001.

Hartzler, J. E. 1974. Predation and daily timing of sage grouse leks. The Auk 91:532–536.

Hausleitner, D. 2003. Population dynamics, habitat use and movements of greater sage-grouse in Moffat County, Colorado. Thesis, University of Idaho, Moscow.

Hepworth, W. G. 1962. Diagnosis of disease in mammals and birds. P-R Proj. FW-3-R-8, Job IW. Wyoming Game and Fish Commission, Cheyenne, Wyoming, USA.

Herman, C. M. 1963. Disease and infection in the Tetraonidae. Journal of Wildlife Management 27(4):850-854.

Holloran, M. J. 1999. Sage grouse (*Centrocercus urophasianus*) seasonal habitat use near Casper, Wyoming. Thesis, University of Wyoming, Laramie, USA.

Honess, R.F. 1955. A new flagellate, *Tritrichomonas simoni* from the Sage Grouse, *Centrocercus urophasianus*. Bulletin 1:1-3. Wyoming Game and Fish Commission, Cheyenne, Wyoming, USA.

_____. 1982*a*. Cestodes of Grouse. Pages 161-164 in E. T. Thorne, N. Kingston, W. R. Jolley, and R. C. Bergstrom, editors. Diseases of Wildlife in Wyoming, Second Edition. Wyoming Game and Fish Department, Cheyenne, Wyoming, USA.

_____. 1982*b*. Order: Mallophaga (chewing lice). Pages 252-254 *in* E. T. Thorne, N. Kingston, W. R. Jolley, and R. C. Bergstrom, editors. Diseases of Wildlife in Wyoming, Second Edition. Wyoming Game and Fish Department, Cheyenne, Wyoming, USA.

_____, and R.C. Bergstrom. 1982. Ectoparasites. Pages 231-237 in E. T. Thorne, N. Kingston, W. R. Jolley, and R. C. Bergstrom, editors. Diseases of Wildlife in Wyoming, Second Edition. Wyoming Game and Fish Department, Cheyenne, Wyoming, USA.

_____, and _____. 1968. Part 1: Sage Grouse coccidiosis. Pages 4-22 in History of an Epizootic in Sage Grouse. Science Monograph 14. University of Wyoming Agricultural Experiment Station, Laramie, Wyoming, USA.

_____, and K. B. Winter. 1956. Diseases of wildlife in Wyoming. Bulletin No. 9. Wyoming Game and Fish Commission, Cheyenne, Wyoming, USA.

Hopla, C. E. 1974. The ecology of tularemia. Advances in veterinary science and comparative medicine. 18:25-53.

BLM_0040213

Case No. 1:20-cv-02484-MSK   Document 38-5   filed 04/27/21   USDC Colorado   pg 91 of 283

Hudson, P. J. 1992. Grouse in space and time. Game Conservancy Trust, Fordingbridge, UK.

Hudson, P. J., and A. P. Dobson. 2001. harvesting unstable populations: red grouse *Lagopus lagopus scoticus* (Lath.) in the United Kingdom. Wildlife Biology 7:189-195.

Hudson, P. J., A. P. Dobson, and D. Newborn. 1998. Prevention of population cycles by parasite removal. Science 282:2256-2258.

Hudson, P. J., A. P. Dobson, and D. Newborn. 1999. Population Cycles and Parasitism Response. Science 286:2425.

Idaho Department of Fish and Game. 1997. Idaho sage grouse management plan. Idaho Department of Fish and Game, Idaho Department of Fish and Game Boise, ID.

Johnson, L. L., and M. S. Boyce. 1991. Female choice of males with low parasite loads in Sage Grouse. Pages 377-388 in J. E. Loye and M. Zuk, editors. Bird-Parasite Interactions: Ecology, Evolution, and Behaviour. Oxford Ornithological Series 2.

Jolley, W. R. 1982. Protozoa. Pages 107-154 in E. T. Thorne, N. Kingston, W. R. Jolley, and R. C. Bergstrom, editors. Diseases of Wildlife in Wyoming, Second Edition. Wyoming Game and Fish Department, Cheyenne, Wyoming, USA.

Keller, R. J., H. R. Sheperd, and R. N. Randall. 1941. North Park, Jackson County, Moffat County, including comparative data of previous seasons. Colorado Game and Fish Comm., Sage grouse survey 3.

Kerwin, M. L. 1971. The status, behaviour and ecology of the sage grouse in Saskatchewan. M.S. Thesis, University of Regina, Regina, Saskatchewan. Canada.

Kingston, N., and R. J. Honess. 1982. Miscellaneous hard ticks. Pages 237-239 *in* E. T. Thorne, N. Kingston, W. R. Jolley, and R. C. Bergstrom, editors. Diseases of Wildlife in Wyoming, Second Edition. Wyoming Game and Fish Department, Cheyenne, Wyoming, USA.

Klott, J. H., and F. G. Lindzey. 1990. Brood habitats of sympatric sage grouse and Columbian sharp-tailed grouse in Wyoming. Journal of Wildlife Management 54: 84-88.

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. van Riper III. 2003. Teetering on the edge of too late? Conservation and research issues for avifauna of sagebrush habitats. Condor 105:611-634.

Komar, N., S. Langevin, S. Hinten, N. Nemeth, E. Edwards, D. Hettler, B. Davis, R. Bowen, and M. Bunning. 2003. Experimental infection of North American birds with the New York 1999 strain of West Nile virus. Emerging Infectious Diseases 9:311-322.

Kurki, S., A. Nikula, P. Helle, and H. Lindén. 1997. Landscape-dependent breeding success of forest grouse in Fennoscandia. Wildlife Biology 3:295.

Lambin, X., C. J. Krebs, R. Moss, N. C. Stenseth, N. G. Yoccoz. 1999. Population Cycles and Parasitism. Science 286:2425.

Leidy, J. 1887. Tape-worms in birds. Journal of Comparative Medicine And Surgery 8:1-11.

Lyon, A. G. 2000. The potential effects of natural gas development on sage grouse (*Centrocercus urophasianus*) near Pinedale, Wyoming. Thesis, University of Wyoming, Laramie.

Malakoff, D. 2003. Researchers scramble to track virus's impact on wildlife. Science 299:1176.

Marcström, V., R. E. Kenward, and E. Engren. 1988. The impact of predation on boreal tetraonids during vole cycles: an experimental study. Journal of Animal Ecology 57:859–872.

BLM_0040214

Marra, P. P., S. Griffing, C. Caffrey, A. Marm Kilpatrick, R. McClean, C. Brand, E. Saito, A. P. Dupuis, L. Kramer, R. Novak. In review. West Nile virus and wildlife.

Messmer, T. A., M. W. Brunson, D. Reiter, and D. G. Hewitt. 1999. United States public attitudes regarding predators and their management to enhance avian recruitment. Wildlife Society Bulletin 27:75–85.

Myrberget, S. 1988. Demography of an island population of willow ptarmigan in northern Norway. Pages 379–418 in A. T. Bergerud and M. W. Gratson, editors. Adaptive strategies and population ecology of northern grouse. University of Minnesota, Minneapolis, MN.

Nagaraja, K. V. and B. S. Pomeroy. 1997. Coronaviral enteritis of turkeys (bluecomb disease). Pages 686-692 *in* B. W. Calnek, H. J. Barnes, C. W. Beard, L. R. McDougald and Y. M. Saif, editors. Diseases of Poultry, Tenth Edition. Iowa State University Press, Ames, Iowa, USA.

Naugle, D.E., C.L. Aldridge, B.L. Walker, T.E. Cornish, B.J. Moynahan, M.J. Holloran, K. Brown, G.D. Johnson, E.T. Schmidtman, R.T. Mayer, C.Y. Kato, M.R. Matchett, T.J. Christiansen, W.E. Cook, T. Creekmore, R.D. Falise, E.T. Rinkes, and M.S. Boyce. 2004. West Nile virus: Pending crisis for Greater Sage-Grouse. Ecology Letters:*In Press.*

Nordling, D., M. Andersson, S. Zohari and L. Gustafsson. 1998. Reproductive effort reduces specific immune response and parasite resistance. Proceedings of the Royal Society of London B: Biological Sciences 265:1291-1298.

Parker, R. R., C. B. Phillip, and G. E. Davis. 1932. Tularemia: occurance in the sage hen, *Centrocercus urophasianus*. Public Health Reports. 47:479-487.

Patterson, R. L. 1952. The sage grouse in Wyoming. Sage Books, Denver. 341pp.

Peterson, M. J., P. J. Ferro, M. N. Peterson, R. M. Sullivan, B. E. Toole and N. J. Silvy. 2002. Infectious Disease survey of lesser prairie chicken in North Texas. Journal of Wildlife Diseases 38(4):834-839.

Post, G., 1960. Diagnosis of disease in mammals and birds. Federal Aid in Fish and Wildlife Restoration, Proj. FW-3-R-7, Work Plan 1, Job 1W, pp. 5-27. Wyoming Game and Fish Commission, Cheyenne, Wyoming, USA.

Pyle, W. H., and J. A. Crawford. 1996. Availability of foods of sage grouse chicks following prescribed fire in sagebrush-bitterbrush. Journal of Range Management 49: 320-324.

Raidal, S. R., and S. M. Jaensch. 2000. Central nervous disease and blindness in Nankeen kestrels (*Falco cenchronides*) due to a novel cytozoon-like infection. Avian Pathology 29:51-56.

Robertson, M. D. 1991. Winter ecology of migratory sage grouse and associated effects of prescribed fire in southeastern Idaho. M.S. Thesis, University of Idaho, Moscow, Idaho.

Saunders, L. M., D. M. Tompkins, and P. J. Hudson. 2002. Stochasticity accelerates nematode egg development. Journal of Parasitology 88:1271-1272.

Schroeder, M. A. 1997. Unusually high reproductive effort by sage grouse in a fragmented habitat in north-central Washington. Condor 99: 933-941.

Schroeder, M. A., J. R. Young, and C. E. Braun. 1999. Sage-grouse (*Centrocercus urophasianus*). A. Poole and F. Gill, editors. The Birds of North America, Number 425. The Academy of Natural Sciences, Philadelphia, Pennsylvania; The American Ornithologists' Union, Washington, D.C., USA.

BLM_0040215

Schroeder, M. A., and R. K. Baydack. 2001. Predation and the management of prairie grouse. Wildlife Society Bulletin 29:24-32.

Simon, F. 1940. The parasites of the sage grouse. Publication 7(5):77-100. University of Wyoming, Laramie, Wyoming, USA.

Slater, S. J. 2003. Sage-grouse (*Centrocercus urophasianus*) use of different-aged burns and the effects of coyote control in southwestern Wyoming. Thesis, University of Wyoming, Laramie, USA.

Spackman, D., and I. R. D. Cameron. 1983. Isolation of infectious bronchitis virus from pheasants. The Veterinary Record 113:354-355.

Stabler, R. M., C. E. Braun, and T. D. I. Beck. 1977. Hematozoa in sage grouse from Colorado. Journal of Wildlife Diseases 13:414-417.

Sveum, C. M., J. A. Crawford, and W. D. Edge. 1998*b*. Use and selection of brood-rearing habitat by sage grouse in south-central Washington. Great Basin Naturalist 58:344-351.

Thorne, E. T., 1969. Diseases in Wyoming sage grouse. Proceedings of the Western States Sage Grouse Workshop 6:192-198.

_____. 1982. Bacteria. Pages 29-45 *in* E. T. Thorne, N. Kingston, W. R. Jolley, and R. C. Bergstrom, editors. Diseases of Wildlife in Wyoming, Second Edition. Wyoming Game and Fish Department, Cheyenne, Wyoming, USA.

Tompkins, D. M., R. A. H. Draycott, and P. J. Hudson. 2000*a*. Field evidence for apparent competition mediated via the shared parasites of two gamebird species. Ecology Letters 3:10-14.

Tompkins, D. M., J. V. Greenman, P. A. Robertson, and P. J. Hudson. 2000*b*. The role of shared parasites in the exclusion of wildlife hosts: *Heterakis gallinarum* in the ring-necked pheasant and the grey partridge. Journal of Animal Ecology 69:829-840.

U.S. Geological Survey (USGS). 2003. Website: http://www.nwhc.usgs.gov/research/west_nile/wnvaffected.html.

Wambolt, C. L., A. J. Harp, B. L. Welch, N. Shaw, J. W. Connelly, K. P. Reese, C. E. Braun, D. A. Klebenow, E. D. McArther, J. G. Thompson, L. A. Torell, and J. A. Tanaka. 2002. Conservation of greater sage-grouse on public lands in the western U.S.: implications of recovery and management policies. Policy Analysis Center for Western Public Lands. Policy Paper SG-02-02. Caldwell, ID.

Wik, P. 2002. Ecology of greater sage-grouse in south-central Owyhee County, Idaho. M.S. Thesis, University of Idaho, Moscow, Idaho.

Zablan, M. A., C. E. Braun, and G. C. White. 2003. Estimation of greater sage-grouse survival in North Park, Colorado. Journal of Wildlife Management 67:144-154.

BLM_0040216

Table 10.1.   Known parasites and diseases of greater sage-grouse (*Centrocercus urophasianus*).  Adapted in part from Gill (1966) and Schroeder et al. (1999).

| Parasite/disease[a] | Reference(s)[b] |
|---|---|
| Endoparasites | |
| Protozoa (coccidians, malarians, others) | |
| *Eimeria angusta* | 10, 11, 14, 15, 17, 19, 27, 28 |
| *Eimeria centrocerci* | 10, 11, 13, 14, 15, 17, 19, 27, 28 |
| *Eimeria pattersoni* | 18, 27, 28 |
| *Haemonproteus canachites* | 32, 37 |
| *Leucocytozoon lovati* (*bonasae*) | 32, 41 |
| *Plasmodium pediocetti* | 32, 36, 38, 39, 40, 41 |
| *Sarcocystis releyi* | 20, 35 |
| *Trichomonas simony* | 18 |
| *Trichomanas* sp. | 11, 12, 13, 24 |
| *Trypanosoma avium* | 26, 32 |
| Platyhelminthes (tapeworms) | |
| *Brachylaema fuscata* | 16 |
| *Raillietina centrocerci* | 7, 8, 11, 12, 13, 15, 24, 34 |
| *Raillietina cesticillus* | 12, 13, 24 |
| *Rhabdometra nullicollis* | 1, 5, 7, 11, 12, 13, 15, 16, 34 |
| Nematoda (roundworms) | |
| *Acuaria* (*Cheilospirura*) *centrocerci* | 9, 11, 15, 33 |
| *Acuaria* (*Cheilospirura*) *spinosa* | 4, 6 |
| *Habronema urophasiana* | 2, 9, 11, 15, 33 |
| *Heterakis gallinae* | 6, 9, 11 |
| *Heterakis gallinarum* | 19 |
| *Ornithofilaria tuvensis* | 23, 30 |
| *Oxyspirura lumsdeni* | 29 |
| *Microfilaria* sp. | 32, 41 |
| Ectoparasites | |
| Mallophaga (lice) | |
| *Gonoides centrocerci* | 11, 19, 36, 38 |
| *Lagopoecus gibsoni* | 19, 21, 36, 38 |
| *Lagopoecus perplexus* | 11, 12, 19 |
| Acarina (ticks) | |
| *Haemaphysalis chordeilis* (*cinnabarina*) | 3, 11, 31 |
| *Haemaphysalis leporis-palustris* | 3, 11 |
| Diptera (true flies, mosquitoes, midges, keds) | |

BLM_0040217

|  |  |
|---|---|
| *Ornithomyia anchineuria* (ked) | 45 |
| Infectious diseases | |
| Bacterial diseases | |
| *Salmonella* sp. (Salmonellosis) | 22, 30 |
| *Fracisella* (*Pasturella*) *tularensis* (Tularemia) | 3, 19, 31 |
| *Escherichia coli* (Colibacillosis) | 28 |
| Fungal diseases | |
| *Aspergillus fumigatus* (Aspergillosis) | 19, 30 |
| Viral diseases | |
| Flavivirus (West Nile Virus) | 42, 43 |
| Avipoxvirus (Avian Pox) | 25 |
| Coronavirus (Avian Infectious Bronchitis) | 44 |

[a]While we have attempted to include the most current taxonomic nomenclature, this was not the purpose of this section and some referenced nomenclature may be out of date. Genus and/or species names in parentheses were previously reported in the literature but are now considered outdated or incorrect. Also, some of the parasitic infections listed above (e.g. *Brachylaema fuscata*) have little documentation other than brief mention in a published document. As a result, they are not discussed in the text.

[b]References: 1) Ransom 1909; 2) Wehr 1931; 3) Parker et al. 1932; 4) Wehr 1933; 5) Boughton 1937; 6) Shillinger and Morley 1937; 7) Simon 1937; 8) Griner 1939; 9) Simon 1939*a*; 10) Simon 1939*b*; 11) Simon 1940; 12) Keller et al. 1941; 13) Dargan et al. 1942; 14) Honess 1942; 15) Patterson 1952; 16) Babero 1953; 17) Levine 1953; 18) Honess 1955; 19) Honess and Winter 1956; 20) Salt 1958; 21) Malcomson 1960; 22) Post 1960; 23) Hepworth 1962; 24) Rogers 1964; 25) DuBose 1965; 26) Stabler et al. 1966; 27) Honess 1968; 28) Honess and Post 1968; 29) Addison and Anderson 1969; 30) Thorne 1969; 31) Hopla 1974; 32) Stabler et al. 1977; 33) Bergstrom 1982; 34) Honess 1982*a*; 35) Jolley 1982; 36) Boyce 1990; 37) Gibson 1990; 38) Johnson and Boyce 1991; 39) Deibert 1995; 40) Deibert and Boyce 1997; 41) Dunbar et al. 2003; 42) Cornish et al. *in prep*; 43) Naugle et al. *in review*; 44)Dunbar and Gregg *in prep*., 45) Dunbar, pers. comm.

BLM_0040218

# Chapter 11

# Monitoring Sage-grouse Habitats and Populations



BLM_0040219

# CHAPTER 11

## Monitoring Sage-Grouse Habitats and Populations

***Abstract.*** Most studies of sage-grouse relied on published techniques for assessing range vegetation, monitoring, and trapping sage-grouse. However, published methods for assessing vegetation were not developed specifically for sage-grouse habitats. Some population monitoring techniques have not been described in detail while others were based on work done in a single area or over a relatively short time. Here we discuss a recent peer-reviewed report completed as a part of the conservation assessment process and provide a general overview of techniques for population and habitat monitoring. This report described various techniques suitable for assessing sage-grouse habitat characteristics, monitoring populations, and capturing and marking sage-grouse. This report also attempted to standardize techniques where variations may have existed and made recommendations about the use of some techniques.

### Introduction

Numerous studies have reported on characteristics of greater sage-grouse (*Centrocercus urophasianus*) populations and habitats throughout the species' range (Gregg et al. 1994, Fischer et al. 1996, Schroeder 1997, Apa 1998, Sveum et al. 1998, Commons et al. 1999, Lyon 2000, Nelle et al. 2000, Smith 2003, and others). Additionally, Connelly et al. (2000*b*) provided guidelines for managing sage-grouse populations and habitats and identified monitoring as an important component of a sage-grouse management program.

Most studies of sage-grouse relied on published techniques for assessing range vegetation, monitoring, and trapping sage-grouse (Canfield 1941, Daubenmire 1959, Floyd and Anderson 1982, Giesen et al. 1982, Emmons and Braun 1984, Wakkinen et al. 1992, Burkepile et al. 2002, Connelly et al. 2000*a*, and others). However, published methods for assessing vegetation were not developed specifically for sage-grouse habitats. Some population monitoring techniques have not been described in detail while others were based on work done in a single area or over a relatively short time.

Because of declines in sage-grouse populations (Connelly and Braun 1997) and continuing threats to these species and its habitats (Connelly and Braun 1997, Wambolt et al. 2002), standard techniques for monitoring populations and habitats are necessary to allow valid comparisons among areas and years and provide rigorous and consistent data sets (Connelly et al. 2003). Until recently, no effort has been made to compile and standardize all major monitoring techniques useful for assessing sage-grouse habitats and populations. As part of the Conservation Assessment, Connelly et al. (2003) described various techniques suitable for assessing sage-grouse habitat characteristics, monitoring sage-grouse populations, and capturing and marking sage-grouse. They attempted to standardize techniques where variations may have existed and made recommendations about the use of some techniques. They also provided a glossary to help standardize terms used in sage-grouse management. Connelly et al. (2003) intended their report to be used with the guidelines to manage sage-grouse populations and their habitats (Connelly et al. 2000*b*). The purpose of this chapter is to review the monitoring techniques discussed in Connelly et al. (2003) and provide a general overview of population and habitat monitoring methods that are currently considered appropriate for sage-grouse.

BLM_0040220

## Habitat Assessment

Sagebrush (*Artemisia spp.*) habitats have changed markedly over the last 25 to 50 years and fire and agricultural development have played major roles in this change in many portions of the west (Knick and Rotenberry 1997, Connelly et al. 2000*a*, Wambolt et al. 2002).  In other areas, energy development has impacted sagebrush rangeland (Lyon 2000, Braun et al. 2002).  Recently, revised guidelines for managing greater sage-grouse populations and habitats were published (Connelly et al. 2000*b*).  These guidelines strongly suggested that management decisions should be based on the best available data.  Therefore, the quality and quantity of sage-grouse habitats must be documented to make appropriate management decisions.  There are four general reasons for assessing habitats:  1) to document current condition and trend of habitat; 2) to evaluate impacts of a land treatment; 3) to assess the success of a habitat restoration program; and 4) to evaluate the ability of habitat to support a reintroduced population.  Connelly et al. (2003) provided information on how sage-grouse habitat assessments may be made for any of these reasons and discussed techniques used to make these measurements. Chapter 7 also provides information on modeling techniques designed to assess risk to sagebrush communities.

Connelly et al. (2003) reported that in virtually all cases, habitat characterization should follow habitat selection processes described by Johnson (1980).  Therefore, habitat assessment should initially reflect first-order selection or the geographic range of the sage-grouse population of interest.  Within this range, second-order selection of habitat should be examined based on home ranges of individuals or subpopulations (e.g., birds associated with a lek or lek complex).  Assessing the condition of various habitat components within the home range describes third-order selection and further refines the habitat assessment process (e.g., breeding habitat).  Finally, if necessary, assessment can be made at the fourth-order selection level that involves the quality and quantity of food or cover at particular use sites.  All of these approaches were described in Connelly et al. (2003).

Insects are an important component of early brood-rearing habitat (Patterson 1952, Klebenow and Gray 1968, Johnson and Boyce 1990).  A complete assessment of early brood-rearing habitat should include an evaluation of insect abundance.  Several methods exist for estimating insect numbers including sweep nets, beating sheets, and pitfall traps (Fischer 1994).  Ants and beetles are often the most important groups of insects for young sage-grouse chicks (Johnson and Boyce 1990, Fischer et al. 1996), and their abundance can easily be assessed with pitfall traps.  Pitfall traps can vary in size and shape.  A common method of using this technique in sage-grouse habitat is to place test tubes so that they are flush with the ground in a grid arrangement (e.g., a 4x4 grid with tubes placed 50 cm apart) (Nelle 1998).  Connelly et al. (2003) provided additional information on insect sampling.

## Population Monitoring and Assessment

Sage-grouse populations in various parts of western North America have been monitored for well over 50 years (Patterson 1952, Dalke et al. 1963).  Unfortunately, even within a given state, monitoring techniques have varied among areas and years.  This variation complicates

BLM_0040221

attempts to understand sage-grouse population trends and make comparisons among areas. Incomplete information on sage-grouse seasonal movements and the juxtaposition of various seasonal habitats also inhibits a manager's ability to understand population trends and effects of habitat changes. Until recently, in a non peer-reviewed report for the Western States Sage and Columbian Sharp-tailed Grouse Technical Committee, only Autenrieth et al. (1982) attempted to standardize population data collection techniques and describe methods available for documenting sage-grouse population characteristics. The sage-grouse guidelines (Connelly et al. 2000*b*) stressed the importance of population monitoring and collecting quality data in sage-grouse management programs. Thus, Connelly et al. (2003) described methods for routine monitoring as well as techniques for capturing and marking sage-grouse if more detailed information is necessary.

## Monitoring

**Breeding Populations.** Because sage-grouse gather on traditional display areas (leks) each spring, wildlife biologists are afforded relatively easy methods for tracking breeding populations. These methods include lek censuses (annually counting the number of male sage-grouse attending leks in a given area), lek routes (annually counting the number of male sage-grouse on a group of leks that are relatively close and represent part or all of a single breeding population or deme), and lek surveys (annually counting the number of active leks in a given area). All monitoring procedures are conducted during early morning (1/2 hour before to 1 hour after sunrise), with reasonably good weather (light or no wind, partly cloudy to clear) from early March to early May. Timing is dependent on elevation of leks and persistence of winter conditions. Sage-grouse will begin displaying in late February at lower elevations with milder climates and in years with mild winter weather (e.g., southern Washington). Lek attendance will persist into early or mid-May at higher elevations (see Chapter 6 for additional information on censusing sage-grouse).

Although lek counts are widely used, concern over their usefulness was expressed > 20 years ago in a non peer-reviewed report to the Western Association of Fish and Wildlife Agencies (Beck and Braun 1980). Additional criticism was recently published (Walsh et al. 2004) but this work was short-term (1 field season), confined to one area (a high elevation basin in Grand County Colorado) and did not appear to address the use of lek counts as an indicator of population trend. Techniques for correctly conducting lek counts have also been described (Jenni and Hartzler 1978, Emmons and Braun 1984) and problems generally seem to be related to disregarding accepted techniques. Although lek counts are normally conducted in the manner described in the preceding paragraph, a recent review of raw data recorded while conducting lek counts in Idaho indicated that leks were sometimes counted when conditions were windy, ceiling was overcast, and during rainstorms; in some cases counts were begun greater than 1.5 hours after sunrise (M. L. Commons- Kemner, personal communication). Connelly et al. (2003) provided detailed information on monitoring breeding populations of sage-grouse.

**Production.** The use of brood observations, brood routes, and wing surveys (see Chapter 6 for additional information on wing surveys) to assess sage-grouse production has been

BLM_0040222

described in non-peer reviewed reports (Autenrieth et al. 1982, Willis et al. 1993).   Brood observations, sometimes called random brood routes, are simply records of all sage-grouse broods observed in a given area by any field personnel that find themselves in that area.  This information provides some idea of the juvenile to adult ratio and percent of hens observed with broods.  Thus, it is somewhat better than anecdotal data.  However, it is not easily replicated and comparisons among years can be difficult to interpret.

In non peer-reviewed reports, Autenrieth (1981) and Willis et al. (1993) indicated that brood routes were commonly conducted in many states during the 1960's and 1970's and routinely used in Oregon.  Routes are usually driven at speeds less than 32 kph in the morning (sunrise to about 0900) and evening (1800 to sunset) during late June, July, and early August.  Routes may also be walked or conducted from horseback, trail bike, mountain bike or ATV.  Brood routes are normally established in areas known to have concentrations of sage-grouse (Autenrieth et al. 1982).  These areas are often in or adjacent to wet meadows, riparian zones and agricultural fields.  Each brood is recorded separately and the presence of a hen is also recorded.  Groups of unsuccessful females and males are also normally tallied.  Because chicks are quite secretive it is usually necessary to flush the brood to obtain an accurate count.  A trained bird dog can increase the efficiency of this procedure.  If sufficient numbers of grouse are observed such that the sample size is adequate, this technique may provide an indication of trends in production.  Brood routes provide the following information:  birds/km, broods/km, average brood size, and chick:adult hen ratio.  For non-hunted populations or populations subject to very light hunting where relatively few wings can be collected, brood routes are the only method available for assessing production, short of using radio telemetry.  Additional information on monitoring production is provided in Connelly et al. (2003).

***Winter Populations.***   Unlike breeding populations and production, there are no widely accepted methods for assessing winter populations (Connelly et al 2003).  In part, this is because birds may be spread out over large areas during mild winters but clumped in less than 10% of the available habitat in severe winters (Beck 1977).

Beck (1977) searched probable winter use areas in Colorado by 4-wheel drive vehicles, snowmobiles, and snowshoes to document sage-grouse winter habitat.  Similarly, Connelly (1982) used survey routes traversed by 4-wheel drive truck or snowmobile, depending on conditions, to document winter habitat use of sage-grouse in southeastern Idaho.  Flock size, location, cover type, snow depth, and temperature were recorded along these routes (Connelly 1982).

Aerial surveys using either a fixed-wing aircraft or helicopter may be effective in identifying sage-grouse winter habitats and can often be done in conjunction with surveys for pronghorn (*Antilocapra americana*; Patterson 1952).  If aerial surveys are used, data should be acquired over a series of years with different snow conditions to give a more complete picture of sage-grouse distribution in winter (Connelly et al. 2003).

BLM_0040223

## Trapping and marking

*Trapping.* The capture and subsequent marking of sage-grouse has been employed as a method of assessing and delineating populations for well over 50 years (Patterson 1952). Over the years, techniques have been modified and the quality of radio transmitters has improved considerably. Nevertheless, there remains two main periods for effectively capturing sage-grouse, spring and late summer, although Colorado biologists have had success trapping sage-grouse during winter (A. D. Apa, personal communication). Techniques used will vary depending on terrain, access, weather, and population size. Detailed information on trapping techniques for sage-grouse have been described by Connelly et al. (2003).

*Marking.* A variety of techniques have been used to identify individual sage-grouse including numbers and patterns of tail feathers (Wiley 1973), leg-bands (Patterson 1952, Dalke et al. 1963), wing markers (Connelly 1982), ponchos (Wallestad 1975), colored back-tags (Autenrieth 1981), and radio-transmitters (Wallestad 1975, Autenrieth 1981). Two researchers even resorted to shooting off tips of tail feathers of displaying males as a means of identifying individual birds (Hartzler and Jenni 1988). Generally leg bands and radio-transmitters are the most common methods currently used for marking sage-grouse. Patagial tags may also have some value in providing movement and distribution data at a relatively low cost. Connelly et al. (2003) presented additional information on marking different gender and age classes of sage-grouse.

## Habitat and Population Assessment

We are not aware of any approaches that would allow assessment of sage-grouse habitats and populations over relatively broad scales. The techniques so far developed appear most appropriate for mid to small-scale assessments and do not incorporate a simultaneous approach that includes both habitats and populations. However, Pedersen et al. (2003) recently described a model that simulates the effect of grazing and fire on temporal and spatial aspects of sagebrush vegetation and sage-grouse population dynamics. Although the model was used to assess a single population in eastern Idaho (Pedersen et al. 2003), this approach appears appropriate for application at broader scales.

## Literature Cited

Apa, A. D. 1998. Habitat use and movements of sympatric sage and Columbian sharp-tailed grouse in southeastern Idaho. Ph.D. dissertation, University of Idaho, Moscow.

Autenrieth, R. E. 1981. Sage grouse management in Idaho. Wildlife Bulletin No. 9. Idaho Department of Fish and Game, Boise, Idaho.

Autenrieth, R. E., W. A. Molini, and C. E. Braun. 1982. Sage grouse management practices. Western States Sage-grouse Committee Technical Bulletin Number 1. Idaho Department of Fish and Game, Twin Falls, Idaho.

Beck, T. D. I. 1977. Sage grouse flock characteristics and habitat selection during winter. Journal of Wildlife Management 41:18-26.

BLM_0040224

Beck, T. D. I., and C. E. Braun. 1980. The strutting ground count: variation, traditionalism, management needs. Proceedings of the Western Association of Fish and Wildlife Agencies 60:558-566.

Braun, C. E., O. O. Oedekoven, and C. L. Aldridge. 2002. Oil and gas development in western North America: effects on sagebrush steppe avifauna with particular emphasis on sage-grouse. Transactions of the North American Wildlife and Natural Resources Conference 67:337-349.

Burkepile, N. J., J. W. Connelly, D. W. Stanley, and K. P. Reese. 2002. Attaching radio transmitters to day-old sage-grouse chicks. Wildlife Society Bulletin 30:93-96.

Canfield, R. H. 1941. Application of the line interception method in sampling range vegetation. Journal of Forestry 39:388-394.

Commons, M. L., R. K. Baydack, and C. E. Braun. 1999. Sage grouse response to pinyon-juniper management. Pages 238-239 in S. B. Monsen and R. Stevens, compilers. Proceedings: ecology and management of pinyon-juniper communities. USDA Forest Service RMRS-P9, Fort Collins, Colorado.

Connelly, J. W., Jr. 1982. An ecological study of sage grouse in southeastern Idaho. Ph.D. Thesis, Washington State University, Pullman, Washington. 84pp.

Connelly, J. W., and C. E. Braun. 1997. Long-term changes in sage grouse *Centrocercus urophasianus* populations in western North America. Wildlife Biology 3:229-234.

Connelly, J. W., K. P. Reese, R. A. Fischer, and W. L. Wakkinen. 2000*a*. Response of a sage grouse breeding population to fire in southeastern Idaho. Wildlife Society Bulletin 28:90-96.

Connelly, J. W., K. P. Reese, and M. A. Schroeder. 2003. Monitoring of greater sage-grouse habitats and populations. University of Idaho, College of Natural Resources Experiment Station Bulletin 80. Moscow, Idaho.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun. 2000*b*. Guidelines to manage sage grouse populations and their habitats. Wildlife Society Bulletin 28: 967-985.

Dalke, P. D., D. B. Pyrah, D. C. Stanton, J. E. Crawford, and E. F. Schlatterer. 1963. Ecology, productivity, and management of sage grouse in Idaho. Journal of Wildlife Management 27:811-841.

Daubenmire, R. F. 1959. A canopy-coverage method of vegetation analysis. Northwest Science 33:43-64.

Emmons, S. R., and C. E. Braun. 1984. Lek attendance of male sage grouse. Journal of Wildlife Management 48:1023-1028.

Fischer, R. A. 1994. The effects of prescribed fire on the ecology of migratory sage grouse in southeastern Idaho. Ph.D. dissertation, University of Idaho, Moscow, Idaho.

Fischer, R. A., K. P. Reese, and J. W. Connelly. 1996. An investigation on fire effects within xeric sage-grouse habitat. Journal of Range Management 49:194-198.

Floyd, D. A., and J. E. Anderson. 1982. A new point frame for estimating cover of vegetation. Vegetation 50:185-186.

Giesen, K. M., T. J. Schoenberg, and C. E. Braun. 1982. Methods for trapping sage grouse in Colorado. Wildlife Society Bulletin 10:224-231.

Gregg M. A., J. A. Crawford, M. S. Drut, and A. K. DeLong. 1994. Vegetative cover and predation of sage grouse nests in Oregon. Journal of Wildlife Management 58:162-166.

Hartzler, J. E., and D. A. Jenni.  1988.  Mate choice by female sage grouse.  Pages 240-269 in A. T. Bergerud and M. W. Gratson, editors.  Adaptive strategies and population ecology of northern grouse.  University of Minnesota Press, Minneapolis, Minnesota.

Jenni, D. A., and J. E. Hartzler.  1978.  Attendance at a sage grouse lek: implications for spring census.  Journal of Wildlife Management 42:46-52.

Johnson, D. H.  1980.  The comparison of usage and availability measurements for evaluating resource preference.  Ecology 61:65-71.

Johnson, G. D., and M. S. Boyce.  1990.  Feeding trials with insects in the diet of sage grouse chicks.  Journal of Wildlife Management 54:89-91.

Klebenow, D. A., and G. M. Gray.  1968.  Food habits of juvenile sage grouse.  Journal of Range Management 21:80-83.

Knick, S. T., and J. T. Rotenberry.  1997.  Landscape characteristics of disturbed shrubsteppe habitats in southwestern Idaho (U.S.A.).  Landscape Ecology 12:287-297.

Lyon, A. G.  2000.  The potential effects of natural gas development on sage grouse (*Centrocercus urophasianus*) near Pinedale, Wyoming.  M.S. Thesis, University of Wyoming, Laramie, Wyoming.

Nelle, P. J.  1998.  The long-term effect of fire on sage grouse nesting and brood-rearing habitats on the Upper Snake River Plain.  M.S. Thesis, University of Idaho, Moscow, Idaho.

Nelle, P. J., K. P. Reese, and J. W. Connelly.  2000.  The long-term effect of fire on sage grouse nesting and brood-rearing habitat on the Upper Snake River Plain.  Journal of Range Management 53:586-591.

Patterson, R. L.  1952.  The sage grouse in Wyoming.  Sage Books, Inc.  Denver, Colorado.

Pedersen, E. K., J. W. Connelly, J. R. Hendrickson, and W. E. Grant.  2003.  Effect of sheep grazing and fire on sage grouse populations in southeastern Idaho.  Ecological Modeling 165:23-47.

Schroeder, M. A.  1997.  Unusually high reproductive effort by sage grouse in a fragmented habitat in north-central Washington.  Condor 99:933-941.

Smith, J. T.  2003.  Greater sage-grouse on the edge of their range:  leks and surrounding landscapes in the Dakotas.  M.S. Thesis, South Dakota State University, Brookings, South Dakota.

Sveum, C. M., W. D. Edge, and J. A. Crawford.  1998.  Nesting habitat selection by sage grouse in south-central Washington.  Journal of Range Management 51:265-269.

Wakkinen, W. L., K. P. Reese, J. W. Connelly, and R. A. Fischer.  1992.  An improved spotlighting technique for capturing sage grouse.  Wildlife Society Bulletin 20:425-426.

Wallestad, R. O.  1975.  Life history and habitat requirements of sage grouse in central Montana.  Montana Fish and Game Department Technical Bulletin.  Helena, Montana.

Walsh, D. P., G. C. White, T. E. Remington, and D. C. Bowden.  2004.  Evaluation of the lek-count index for greater sage-grouse.  Wildlife Society Bulletin 32:56-68.

Wambolt, C. L., A. J. Harp, B. L. Welch, N. Shaw, J. W. Connelly, K. P. Reese, C. E. Braun, D. A. Klebenow, E. D. McArthur, J. G. Thompson, L. A. Torrell, and J. Tanaka.  2002.  Conservation of greater sage-grouse on public lands in the Western U.S.: implications of recovery and management policies.  Policy Analysis Center for Western Public Lands Policy Paper SG-02-02.  Caldwell, Idaho.

BLM_0040226

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats** *Connelly et al.*

Wiley, R. H.  1973.  Territoriality and non-random mating in sage grouse, Centrocercus urophasianus.  Animal Behavior Monographs 6:87-169.

Willis, M. J., G. P. Keister, Jr., D. A. Immell, D. M. Jones, R. M. Powell, and K. R. Durbin. 1993.  Sage grouse in Oregon.  Oregon department of Fish and Wildlife, Wildlife Research Report 15, Portland, Oregon.

BLM_0040227

# Chapter 12

# The Human Footprint Across the Sage-Grouse Conservation Assessment Area

# A Large-scale Analysis of Anthropogenic Impacts

# CHAPTER 12

## The Human Footprint Across the Sage-Grouse Conservation Assessment Area: A Large-Scale Analysis of Anthropogenic Impacts.

**Authors' note: The published version is a shortened version from the review draft. The paper in its entirety will be published in a peer-reviewed journal.**

*Abstract.* We developed the human footprint, an accumulation of anthropogenic impacts on ecological processes, across sagebrush habitats. To evaluate the spatial distribution of anthropogenic disturbance patterns, we incorporated four models evaluating the influence of anthropogenic features on sagebrush habitats, and three models on the spatial distribution of sage-grouse nest predators. The extent of the human footprint varies greatly across sagebrush habitats. Overall, 5% and 49% of the sage-grouse conservation assessment area and 1% and 49% of sagebrush habitats are within the three highest (i.e., class 8-10) and lowest (i.e., class 1-3) human footprint classes, respectively. The model suggests that the extent and intensity of the human footprint differs among areas currently occupied and those where sage-grouse (*Centrocercus urophasianus*) have been extirpated. The high human footprint classes (7-10) comprise less than 5% of the area within the current range compared to 25% for the extirpated range; low human footprint classes (1-4) encompass 72% of the current compared to 46% of the extirpated range.

## Introduction

The human footprint developed in this chapter is not an exhaustive model of anthropogenic factors influencing sagebrush habitats; rather, we selected anthropogenic factors for which we were able to acquire sufficient spatial data sets to model anthropogenic effects on ecological processes across large spatial scales (i.e., the sage-grouse habitat conservation assessment area). As a result, the human footprint does not include models on how (1) air pollution (Vitousek et al. 1997, Smith et al. 2000) and livestock grazing (for reviews see Fleischner 1994, Freilich et al. 2003) influence exotic plant dispersal, and (2) anthropogenic resources influence the spatial distribution of non-domesticated mammalian sage-grouse predators. The spatial data sets required to model the influence of these anthropogenic disturbance patterns are simply not available. This is particularly puzzling for livestock grazing, because approximately 70% of the area covered by the 11 western states is grazed by cattle (Fleischner 1994) and has been altering ecological processes in the Intermountain West since the arrival of European settlers (Freilich et al. 2003).

The human footprint model developed in this chapter is based on how anthropogenic features influence sagebrush habitat and how synanthropic predators, predators that are symbionts of humans (Johnston 2001), utilize anthropogenic resources. The four habitat models evaluate how the invasion of exotic plants, human-caused fires, energy extraction, and anthropogenic fragmentation influence the spatial distribution and fragmentation of sagebrush habitats. These anthropogenic disturbance patterns often act in synergy and may cause irreversible loss of sagebrush habitats (Knick and Rotenberry 1997). Synergistic processes occur

BLM_0040229

in sagebrush habitats when invading exotic plants [e.g., cheat grass (*Bromus tectorum*)] alter fire regimes such that resultant post-fire plant communities are dominated by exotic plants (for review see Knick 1999). Roads may directly influence exotic plant dispersal via disturbance during road construction or via alterations in soil regimes (for review see Tyser and Worley 1992, Forman and Alexander 1998, Safford and Harrison 2001, Gelbard and Belnap 2003). For example, in Californian serpentine soil ecosystems exotic plant species can be found up to 1km from the nearest road (Gelbard and Harrison 2003), and Russian thistle (*Salsola kali*), an exotic forb growing along roads, is wind-dispersed over distances greater than 4km (Stallings et al. 1995). Roads may also indirectly facilitate the dispersal of exotic grasses, such as crested wheatgrass (*Agropyron cristatum*), via human seeding along road verges or in burned areas near roads as a management strategy to curb the establishment of less desirable exotic grass species (Evans and Young 1978). The habitat models also evaluate fragmentation of sagebrush habitats. The addition of roads, railroads, and power lines to sagebrush habitats, and the conversion of sagebrush habitat to agricultural land and/or urban areas, induces fragmentation of sagebrush habitats. Fragmentation of these habitats has been shown to affect presence of sagebrush obligate passerine species (Knick and Rotenberry 1995).

The three predator models evaluate how anthropogenic activities at the landscape level influence the spatial distribution of synanthropic predators. Synanthropic predators can have detrimental effects on populations of threatened or endangered species because these predators are subsidized by anthropogenic resources and, in contrast to predators that do not utilize these resources, will prey on wildlife populations even if they occur in very low numbers (for review see Kristan III and Boarman 2003). The addition of anthropogenic features induces numerical and functional responses in synanthropic predator populations (Kristan III and Boarman 2003, Kristan III et al. 2004), thereby exposing wildlife populations to higher rates of incidental predation (Schmidt et al. 2001), and facilitating the expansion of these predators into sagebrush habitats where they are, in the absence of anthropogenic features, either found only at low densities or are absent (Restani et al. 2001, Kristan III and Boarman 2003). For sagebrush wildlife populations in general, we modeled the spatial distribution of house cats (*Felis cattus*) and domestic dogs (*Canis familiaris*). These predators, particularly house cats, can have detrimental effects on wildlife populations (Alterio et al. 1998). The domestic predator models are based on human populated areas, where the process of converting ranches to ranchettes will introduce these predators to wild landscapes even at low human densities (Odell and Knight 2001, Maestas et al. 2003). For sage-grouse populations, we modeled habitat utilization for synanthropic avian predators: common ravens (*Corvus corax*), American crows (*Corvus brachyrhynchos*), and black-billed magpies (*Pica hudsonia*). The former two species show increasing nation-wide population trends (Sauer et al. 2003), and common ravens in the Mojave desert have been shown to have detrimental effects on threatened desert tortoise (*Gopherus agassizii*) populations (Kristan III and Boarman 2003). Common ravens are also potential predators of sage-grouse nests (for review see Connelly et al. 2000), and all corvid species benefit from the addition of anthropogenic features to sagebrush habitats. For example, power lines are used by common ravens and other raptors for nesting and as hunting perches (Gilmer and Wiehe 1977, Knight and Kawashima 1993, Steenhof et al. 1993). Linear features such as

BLM_0040230

railroads, primary and secondary roads, and irrigation channels often serve as travel routes for these predators (Knight et al. 1995), and expand their movements into previously unused regions. Numbers of synanthropic avian predators increase in areas surrounding rural human developments (Tewksbury et al. 1998), campgrounds (Neatherlin and Marzluff *In Press*), landfills (Kristan III et al. 2004), roads (Case 1978, Rolley and Lehman 1992, Knight and Kawashima 1993) rest stops, and agricultural lands because they provide reliable and often highly abundant food sources.

The objectives of this chapter are to: (1) define the human footprint by modeling anthropogenic factors that influence ecological processes in sagebrush habitats, (2) map the extent of the human footprint across sagebrush habitats; (3) demonstrate the effects of the human footprint on sagebrush habitats and sage-grouse populations.

## Methods

To model the human footprint across sagebrush habitats, we first developed 13 spatial data sets (cell size 0.09 km) of anthropogenic disturbance factors: railroads, power lines, three road layers, campgrounds, rest stops, landfills, irrigation canals, oil-gas wells, human-induced fires, agricultural land, populated areas. Second, these spatial data sets were combined and/or manipulated further into grid layers before being used in the human footprint model development. Third, the spatial data sets and/or grid layers were then used to produce seven input models. Last, we used the seven input models in the development of the human footprint model. To investigate the effects of the human footprint, we used spatial data sets representing political and ecological provinces boundaries (western state boundaries, sagebrush floristic provinces, and land ownership). Below we describe the methods used to: 1) develop the seven input models, 2) combine the seven models into the human footprint model, and 3) assess the effects of the human footprint on sagebrush habitats and sage-grouse populations.

**Input Models**

***Exotic plant invasion risk.*** The inputs for this model are road type (Parendes and Jones 2000, Gelbard and Belnap 2003), distance from road (Gelbard and Harrison 2003), forest - non-forest vegetation (Parendes and Jones 2000), and proximity to rural-urban and agricultural areas. Three road-based models were built based on the classification of road type and four distance risk classes: (1) high risk for the roadway; (2) medium risk within a 0.09 km buffer directly adjacent to a road; 3) low risk (value = 1) between the 0.09 km road buffer and 1 km from a road; and 4) negligible risk (value = 0) for distance >1km from road. The high and medium risk values were scaled based on road type with interstates, federal and state highways receiving a higher risk (high = 3, medium = 2) than secondary roads (high = 2, medium = 1) because secondary roads with shallow road verges are poorer exotic plant dispersers compared to the other two road types (Gelbard and Belnap 2003). We classified the area 0.135 km on either side of the centerline as roadway (the interstate pixel and one pixel on either side of the interstate, 0 – 0.135 km) for interstate highways. For state and federal highways and secondary roads, the area

BLM_0040231

0.045 km on either side of the centerline was classified as roadway. Because exotic plant invasion in forest areas is restricted to roads and riparian corridors (Parendes and Jones 2000), we included only the high risk areas for all road types within forested areas. Last, because urbanized and agricultural areas act as exotic plant sources (Vitousek et al. 1996), we classified the populated areas and agricultural land spatial data sets assigning each pixel a high risk (value = 3). The three road models and the populated areas and agricultural land models were merged by selecting the maximum value at each pixel location from the five input grids using the MAX command in ARC/INFO.

***Synanthropic avian predators.*** We modeled the utilization of sagebrush landscapes by synanthropic avian predators using five spatial data sets: 1) populated areas, 2) campgrounds, 3) rest stops, 4) agricultural land, and 5) landfills; and one input layer: density of linear features. All spatial data sets and the one input layer were converted to distance input layers. Each GIS layer was buffered with a probability function derived from the daily movement patterns of corvid species. Daily forays of common ravens differ by region and breeding status. Non-breeding ravens traveled daily an average 6.9 km in Idaho (up to 62.5 km) to 27 km in Michigan (range 0.8 – 147 km) from roost sites to distant food sources (Boarman and Heinrich 1999). For breeding birds, pairs hunted on average 0.57 km ± 0.71 km se from the nest (Boarman and Heinrich 1999). Using these daily movement patterns, we developed a decaying probability function ($P = 100-100/1+e^{\,5 - 0.3\,\text{Distance}}$) which weighs areas near anthropogenic features more heavily (probability of occurrence = 90% < 8 km from an anthropogenic source) than far (probability of occurrence = < 0.001% at 30 km). Using each of the five-buffered layers, we created a composite layer by adding the probabilities of occurrence of each layer. This composite layer, therefore, is a measure of synergistic effects that enhance synanthropic predator dispersal in relation to the spatial distribution of anthropogenic resources.

***Domestic mammalian predators.*** These models are both based on how domestic predators, house cats and dogs, utilize wildlands near human habituation (Odell and Knight 2001, Maestas et al. 2003). We based our models on the data collected by Odell and Knight (2001) that investigated habitat utilization of these predators with regard to distance from housing and on the probability for a homeowner to possess either a house cat or a dog.

For the house cat model, we buffered the populated areas distance layer in ARC/INFO using a probability function [P = 0.216 - 0.96 * Distance (km)] where any cell with distance <180 m received a probability between 0.216 to 0. All distances ≥ 0.18 km from populated areas were assigned a probability of 0.

The dog model included both the populated areas and the campground spatial data sets, where the populated areas and campground grids were buffered using probability functions [P = 0.548 - 1.4589 * Distance (km) and P = 0.566 - 0.001572 * Distance (km)], respectively]. Any cell with distance < 0.36 km received a probability based on the function (0.556 to 0.0001572) and all distances ≥ 0.36 km from populated areas or campgrounds were assigned a probability of

BLM_0040232

0.  We combined the two models into the dog model by selecting the maximum value at each pixel location from the 2 models using the MAX command in ARC/INFO.

*Anthropogenic fragmentation.*   We used the following spatial data sets to model anthropogenic fragmentation:  agricultural land, populated areas, power lines, railroads, and road spatial data sets.  Because we were interested in the spatial arrangements of wildland patches and how anthropogenic fragmentation affects wildlife dispersal, we buffered some of these spatial data sets according to their area of influence.  For example, the area of influence of interstate highways extends beyond the traffic lanes (Rowland et al. 2000, Brotons and Herrando 2001, Rheindt 2003), we therefore buffered each interstate highway by 1km.  Similarly, we reasoned that the area of influence of federal and state highways, railroads and power lines extends well beyond the actual line feature; each anthropogenic feature was therefore buffered by 0.5km.  All of these buffered spatial data sets were combined in ARC/INFO using the MERGE command and reclassified to 1 = anthropogenic feature and 0 = wildland.  Using this input layer, we performed a moving window analysis to calculate the percentage of cells occupied by anthropogenic features using a 54.5 km quadrate as the analysis window (303 * 303 cells, area = 2975 km$^2$).  This analysis window size approximates the upper home range size of a sage-grouse (Connelly et al. 2000).

*Energy extraction.*   To model the influence of oil and gas wells and associated supporting structures, we calculated density of oil and gas wells, using the oil and gas wells spatial data set, by employing the POINTDENSITY command in ARC/INFO within a circle of 1km radius.

*Human induced fire ignition density.*   To model the influence of human induced fires, we calculated density of human caused fire ignitions, using the human induced fires spatial data set by using the POINTDENSITY command in ARC/INFO within a circle of 1 km radius.

**The Human Footprint Model**

*The human footprint model.*   We combined the seven models into one human footprint model using a summation approach.  Six of the seven models were built with cell size 0.09 km, the fragmentation model was built with 0.18 km cell size because of the computing time required for a model based on 0.09 km cell size.  Therefore, all models with 0.09 km cell size were re-sampled to 0.18 km using RESAMPLE in ARC/INFO with the option set for bilinear.  The bilinear approach evaluates the four nearest cells surrounding each center cell (ESRI 1998).  In order to weigh each model equally in the final summation, we standardized each model between 0 and 1 by dividing by the maximum value in each grid.  We then summed up all models for the final model.  Due to the input spatial layers used to produce each of the input models, certain anthropogenic features were given more weight in the final model due to their influence on multiple ecological processes.  For example, the populated areas spatial data set was used five times, the roads and agricultural land three times, the power lines and campgrounds twice and six of the 11 spatial data sets were used only once to develop the input models.  For analysis, the

BLM_0040233

final model was classified into 10 classes: 1 = 0 − 0.333; 2 = 0.333 − 0.666; 3 = 0.666 - 1; 4 = 1 − 1.333; 5 = 1.333 − 1.666; 6 = 1.666 - 2; 7 = 2 − 2.333; 8 = 2.333 − 2.666; 9 = 2.666 - 3; 10 => 3.

***The influence of the human footprint on sagebrush habitats.*** We evaluated the human footprint area of influence for each of the six sagebrush floristic provinces (Miller and Eddleman 2001) within the conservation assessment area. We created a grid layer of the floristic provinces and used the COMBINE command in ARC/INFO to get the sum of all cells within each combination of floristic province and human footprint class. Using a similar approach, we evaluated the human footprint with regard to Federal, State and Private land holdings. For each land holding we calculated the total area within the conservation assessment area, average elevation, and area within each human footprint class.

***The influence of the human footprint on the sage-grouse.*** We evaluated the influence of the human footprint in the current and extirpated sage-grouse ranges. We converted the historic and extirpated range to grid and used the ZONALSTATS command in ARC/INFO to get the percentage of each range covered by each human footprint class.

## Results and Discussion

### Input models

For the exotic plant invasion risk model, 28% of the conservation assessment area is within the high and medium class whereas 36% are within the negligible class (Figs. 12.1 and 12.2). The high and medium risk classes are found mainly in the Columbia Plateau, western Montana, central Utah, and along the Snake River Plain in Idaho.

The corvid presence risk model suggests that over 58% of the conservation assessment area is within the high and medium corvid presence risk class (Figs. 12.2 and 12.3). The high and medium corvid presence risk classes are found mainly in the Columbia Plateau, western Montana, central Utah, the I-80 corridor in Nevada, and along the Snake River Plain in Idaho. The negligible corvid presence risk class covers 7% of the conservation assessment area.

The domestic predator models have small-localized areas of influence within the conservation assessment area. Cat and dog presence affects 0.8% and 1.2%, respectively, of the conservation area (Figs. 12.2, 12.4, and 12.5).

The fragmentation of the conservation assessment area by anthropogenic features varies regionally. For example, percent anthropogenic features is high within the Columbia Plateau, the Snake River Plain in Idaho, northwestern Montana, southeastern Wyoming, and central Utah; but relatively low in Nevada and southeastern Oregon (Fig. 12.6). Overall, < 2% of the conservation assessment area is within landscapes that have >70% human features; in contrast 46% of the conservation assessment area contained < 10% human features (Fig. 12.2).

BLM_0040234

The extent of the oil and gas well density model covers 7% of the conservation assessment area and is limited to Colorado, Montana, Utah, Wyoming, and New Mexico (Figs. 12.2 and 12.7). However, the number of currently undeveloped oil and gas leases that could be developed in the future may increase the spatial extent of oil and gas wells in sagebrush habitats (see Chapter 7 for review).

The extent of the human-induced fire ignition model covers 5% of the conservation assessment area (Figs. 12.2 and 12.8). High densities of human induced fires are found in the Columbia Plateau, northeastern Oregon, western Montana, central Utah, the I-80 corridor in Nevada, and along the Snake River Plain in Idaho. Because this model documents the ignition points of human-induced fires, and not the extent of the fires, our model is a conservative estimation of the impact that human-induced fires have on sagebrush habitats.

## The Human Footprint

The human footprint area of influence varies greatly across the conservation assessment area (Fig. 12.9). Areas of high human footprint are found throughout the Columbia Plateau in Washington, near Missoula, Montana, the Snake River Plain in Idaho, along I-15 corridor in Utah, and along the I-80 corridor in Nevada. Not surprisingly, most areas of low human footprint are within National Parks and Wilderness Areas, as well as the Owyhee region of southeastern Oregon and Nevada. Overall, 5% and 49% of the conservation assessment area are within the three highest (i.e., class 8-10) and lowest (i.e., class 1-3) human footprint classes, respectively (Fig. 12.10). Within current sagebrush habitat, 1% and 49% are in the three highest (i.e., class 8-10) and lowest (i.e., class 1-3) human footprint classes, respectively (Fig. 12.10).

The human footprint area of influence also varies among landowners (Fig. 12.11). The most prominent human footprint influences are found on Bureau of Reclamation (BOR), and Bureau of Indian Affairs (BIA), as well as private and state lands; they all have < 5% of their land in the lowest human footprint class. For other federal land holdings, the U.S. Bureau of Land Management (BLM), Department of Energy (DOE) and U.S. Forest Service (USFS) have between 6 – 8% and the Department of Defense (DOD), National Park Service (NPS), and U.S. Fish and Wildlife Service (USFWS) have between 14 – 42% of their land in the lowest human footprint class. Furthermore, higher human footprint classes dominate most of the private and BOR lands whereas the human footprint least affects NPS and DOD lands. On private land holdings throughout the West, particularly Colorado, Utah, New Mexico, and Montana, large-acreage ranches are being broken up into smaller ranchettes which increases human densities and brings along associated infrastructure, exotic plants, domestic predators and a subsequent change in biodiversity (Maestas et al. 2003, Odell et al. 2003). This shift in land use could potentially increase the influence of the human footprint within and near these areas of development.

The human footprint also affects six floristic provinces within the conservation assessment area differently (Fig. 12.12). Four of the six floristic provinces have < 5% area in the lowest human footprint class; the Northern and Southern Great Basin have 5% and 9%,

BLM_0040235

respectively, of their land cover within the lowest human footprint class. Moreover, the Columbia Basin floristic province is affected most severely by the human footprint with over 30% of its land cover distributed in the top four human footprint classes.

In areas that have a low human footprint, the addition of anthropogenic features could potentially have drastic effects. Habitat fragmentation may occur in small increments, but if there are thresholds in habitat – extinction rates, then even a small increment in habitat fragmentation near thresholds could have a detrimental effects on sage-grouse population viability (With and Crist 1995, With and King 1999, Fahrig 2001). Development within human footprint classes 1 –3 and connectivity between these areas may be a critical issue for sagebrush habitat conservation.

***The human footprint and sage-grouse.*** We find that the human footprint intensity differs between areas currently occupied and those where sage-grouse have been extirpated (Fig. 12.13). The high human footprint classes (7-10) comprise less than 5% of the area within the current range compared to 25% for the extirpated range. For the low human footprint classes (1-4), these encompass 72% of the area within the current range compared to 46% of the extirpated range. Although the human footprint is more rampant within the extirpated range other influences may also play a role in this range reduction.

## Literature Cited

Alterio, N., H. Moller and H. Ratz. 1998. Movements and habitat use of feral house cats *Felis catus*, stoats *Mustela erminea* and ferrets *Mustela furo* in grasslands surrounding yellow-eyed penguin *Megadyptes antipodes* breeding areas in spring. Biological Conservation 83:187-194.

Boarman, W. I. AND B. Heinrich. 1999. Common raven (*Corvus corax*). Pages 1-31 *in*: A. Poole and F. Gill, editors. The birds of North America, No. 476. The Birds of North America, Inc., Philadelphia, PA.

Brotons, L. AND S. Herrando. 2001. Reduced bird occurrence in pine forest fragments associated with road proximity in a Mediterranean agricultural area. Landscape and Urban Planning 57:77-89.

Case, R. M. 1978. Interstate highway road-killed animals: a data source for biologists. Wilson Bulletin 6:8-13.

Connelly, J. W., M. A. Schroeder, A. R. Sands AND C. E. Braun. 2000. Guidelines to manage sage grouse populations and their habitats. Wildlife Society Bulletin 28:967-985.

ESRI. 1998. ARC/INFO version 7.1. Environmental Systems Research Institute, Inc., Redlands, CA.

Evans, R. A. AND J. A. Young. 1978. Effectiveness of rehabilitation practices following wildfire in a degraded big sagebrush downy brome community. Journal of Range Management 31:185-188.

Fahrig, L. 2001. How much habitat is enough? Biological Conservation 100:65-74.

BLM_0040236

Fleischner, T. L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8:629-644.

Forman, R. T. T. AND L. E. Alexander. 1998. Roads and their major ecological effects. Annual Review in Ecology and Systematics 29:207-231.

Freilich, J. E., J. M. Emlen, J. J. Duda, D. C. Freeman AND P. J. Cafaro. 2003. Ecological effects of ranching: a six-point critique. BioScience 53:759-765.

Gelbard, J. L. AND J. Belnap. 2003. Roads as conduits for exotic plant invasions in a semiarid landscape. Conservation Biology 17:420-432.

Gelbard, J. L. AND S. Harrison. 2003. Roadless habitats as refuges for native grasslands: interactions with soil, aspect and grazing. Ecological Applications 13:404-415.

Gilmer, D. S. AND J. M. Wiehe. 1977. Nestling by ferruginous hawks and other raptors on high voltage powerline towers. Prairie Naturalist 9:1-10.

Johnston, R. F. 2001. Synanthropic birds of North America. Pages 49-67 *in*: J. M. Marzluff, R. Bowman, and R. Donnelly, editors. Avian ecology and conservation in an urbanizing world. Kluwer Academic Publishers, Boston MA.

Knick, S. T. 1999. Requiem for sagebrush ecosystem? Northwest Science 73:53-57.

Knick, S. T. AND J. T. Rotenberry. 1995. Landscape characteristics of fragmented shrubsteppe habitats and breeding passerine birds. Conservation Biology 9:1059-71.

_____. 1997. Landscape characteristics of disturbed shrubsteppe habitat in southwestern Idaho (U.S.A.). Landscape Ecology 12:287-297.

Knight, R. L. AND J. Y. Kawashima. 1993. Responses of ravens and red-tailed hawk populations to linear right-of-ways. Journal of Wildlife Management 57:266-271.

Knight, R. L., H. A. L. Knight AND R. J. Camp. 1995. Common ravens and number and type of linear rights-of-way. Biological Conservation 74:65-67.

Kristan III, W. B. AND W. I. Boarman. 2003. Spatial pattern of risk of common raven predation on desert tortoises. Ecology 84:2432-2443.

Kristan III, W. B., W. I. Boarman AND J. J. Crayon. 2004. Diet composition of common ravens across the urban-wildland interface of the west Mojave Desert. Wildlife Society Bulletin 32:244-253.

Maestas, J. D., R. L. Knight AND W. C. Gilbert. 2003. Biodiversity across a rural land-use gradient. Conservation Biology 17:1425-1434.

Miller, R. F. AND L. L. Eddleman. 2001. Spatial and temporal changes of sage grouse habitat in the sagebrush biome. Oregon State University Agricultural Experimental Station, Corvallis, OR.

Neatherlin, E. A. AND J. M. Marzluff. *In Press*. Campgrounds enable American crows to colonize remote native forests: why a landscape view is needed to address a local issue. Journal of Wildlife Management.

Odell, E. A. AND R. L. Knight. 2001. Songbird and medium-sized mammal communities associated with exurban development in Pitkin County, Colorado. Conservation Biology 15:1143-1150.

Odell, E. A., D. M. Theobald AND R. L. Knight. 2003. Incorporating ecology into land use planning. Journal of the American Planning Association 69:72-82.

BLM_0040237

Parendes, J. A. AND J. A. Jones. 2000. Role of light availability and dispersal of exotic plant invasion along roads and streams in the H. J. Andrews Experimental Forest, Oregon. Conservation Biology 14:64-75.

Restani, M., J. M. Marzluff AND R. E. Yates. 2001. Effects of anthropogenic food sources on movements, survivorship, and sociality of common ravens in the arctic. Condor 103:399-404.

Rheindt, F. E. 2003. The impact of roads on birds: does song frequency play a role in determining susceptibility to noise pollution? Journal für Ornithologie 144:295-306.

Rolley, R. E. AND L. E. Lehman. 1992. Relationship among raccoon road-kill surveys, harvests, and traffic. Wilson Bulletin 20:313-318.

Rowland, M. M., M. J. Wisdom, B. K. Johnson AND J. G. Kie. 2000. Elk distribution and modeling in relation to roads. Journal of Wildlife Management 64:672-684.

Safford, H. D. AND S. Harrison. 2001. Grazing and substrate interact to affect native vs. exotic diversity in roadside grasslands. Ecological Applications 11:1112-1122.

Sauer, J. R., J. E. Hines AND J. Fallon. 2003. The North American Breeding Bird Survey, results and analysis 1966 - 2002. Version 2003.1. In: USGS Patuxent Wildlife Research Center, Laurel, MD.

Schmidt, K. A., J. R. Goheen AND R. Naumann. 2001. Incidental nest predation in songbirds: Behavioral indicators detect ecological scales and processes. Ecology 82:2937-2947.

Smith, S. D., T. E. Huxman, S. E. Zitzer, T. N. Charlet, D. C. Housman, J. S. Coleman, L. K. Fenstermarker, J. R. Seemann AND R. S. Novak. 2000. Elevated $CO_2$ increases productivity and invasive species success in an arid ecosystem. Nature 408:79-82.

Stallings, G. P., D. C. Thill, C. A. Mallory-Smith AND L. W. Lass. 1995. Plant movement and seed dispersal of Russian thistle (*Salsola iberical*). Weed Science 43:63-69.

Steenhof, K., M. N. Kochert AND J. A. Roppe. 1993. Nesting by raptors and common ravens on electrical transmission line towers. Journal of Wildlife Management 57:271-281.

Tewksbury, J. J., S. J. Hejl AND T. E. Martin. 1998. Breeding productivity does not decline with increasing fragmentation in a western landscape. Ecology 79:2890-2903.

Tyser, R. W. AND C. A. Worley. 1992. Alien flora in grasslands adjacent to road and trail corridors in Glacier Nation Park, Montana (U.S.A.). Conservation Biology 6:253-262.

Vitousek, P. M., C. M. D'Antonio, L. L. Loope AND R. Westbrooks. 1996. Biological invasions as global environmental change,. American Scientist 84:468-478.

Vitousek, P. M., H. A. Mooney, J. Lubchenco AND J. M. Melillo. 1997. Human domination of earth's ecosystem. Science 277:494-499.

With, K. A. AND T. O. Crist. 1995. Critical thresholds in species' responses to landscape structure. Ecology 76:2446-2459.

With, K. A. AND A. W. King. 1999. Dispersal success on fractal landscapes: a consequence of lacunarity thresholds. Landscape Ecology 14:73-82.

BLM_0040238

Fig. 12.1: Spatial extent of exotic plant invasion risk across the sage-grouse conservation assessment area.



BLM_0040239

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**          *Connelly et al.*

Fig. 12.2:  Area of influence for the seven input model across the sage-grouse conservation assessment area (percentage of total conservation assessment area shown above bars).



BLM_0040240

Fig. 12.3:   Spatial extent of synanthropic corvid presence risk (American crow, *Corvus brachyrhynchos*; common raven, *Corvus corax*; black-billed magpie, *Pica hudsonia*), across the sage-grouse conservation assessment area.   Areas with negligible corvid presence risk (white areas) represent corvid population levels in the absence of anthropogenic resources.



BLM_0040241

Fig. 12.4:   Spatial extent of house cat (*Felis cattus*) presence risk across the sage-grouse conservation assessment area.



BLM_0040242

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**          *Connelly et al.*

Fig. 12.5:  Spatial extent of domestic dog (*Canis familiaris*) presence risk across the sage-grouse conservation assessment area.



BLM_0040243

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats** *Connelly et al.*

Fig. 12.6: Spatial extent of percent area containing anthropogenic features (agricultural land, populated areas, power lines, railroads, and roads) within a 2,975 km² (area approximates a sage-grouse home range) moving window.



BLM_0040244

Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats *Connelly et al.*

Fig. 12.7: Spatial extent of active and abandoned energy extraction operations (oil and gas well densities) across the sage-grouse conservation assessment area.



BLM_0040245

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**          *Connelly et al.*

Fig. 12.8:   Spatial extent of human-caused fire ignition densities across the sage-grouse conservation assessment area.  Human fire ignition densities are based on point locations where fires were ignited by humans but do not reflect the full spatial extent of these fires.



BLM_0040246

Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats                *Connelly et al.*

Fig. 12.9:  Spatial extent of the human footprint across the sage-grouse conservation assessment area.  Human footprint classes range from 1 (lowest human footprint influence) to 10 (highest human footprint influence).



BLM_0040247

Fig. 12.10:   Area of influence for the 10 human footprint classes within the sage-grouse conservation assessment and sagebrush habitat areas (percentage of total conservation assessment area shown above bars).  Human footprint classes range from 1 (lowest human footprint influence) to 10 (highest human footprint influence).



BLM_0040248

Fig. 12.11:    Top graph depicts cumulative percent area for federal, state, and private landholdings versus human footprint classes.   Human footprint classes range from 1 (lowest human footprint influence) to 10 (highest human footprint influence).   Bottom graph depicts total area for federal, state, and private landholdings (BIA = Bureau of Indian Affairs, BLM = U.S. Bureau of Land Management, BOR = Bureau of Reclamation, DOD = Department of Defense, DOE = Department of Energy, NPS = National Park Service, USFS = U.S. Forest Service, and USFWS = U.S. Fish and Wildlife Service) within the sage-grouse conservation assessment area.





BLM_0040249

Fig. 12.12: Cumulative percent area for six floristic provinces (Miller and Eddleman 2001) versus human footprint classes within the sage-grouse conservation assessment area. Human footprint classes range from 1 (lowest human footprint influence) to 10 (highest human footprint influence).



BLM_0040250

Fig. 12.13:   Percent area of influence within each of the 10 human footprint classes versus current and extirpated ranges of sage-grouse.   Human footprint classes range from 1 (lowest human footprint influence) to 10 (highest human footprint influence).



BLM_0040251

# Chapter 13

# Synthesis



BLM_0040252

# CHAPTER 13

# Synthesis

**Abstract.** This is the first range-wide assessment of greater sage-grouse (*Centrocercus urophasianus*) using the vast amount of data collected since the 1950s. The objective of this chapter was to synthesize information on greater sage-grouse habitats and populations. Our analysis of the entire sage-grouse population indicated that the abundance and distribution of greater sage-grouse declined dramatically in North America from the 1960s to the mid-1980s and then tended to stabilize. In a relatively brief ecological moment, the western landscape has been subjected to a suite of intense, frequent, or continuous disturbances, many of which have had negative impacts on sage-grouse. Here we provide information on the effects of fences on sage-grouse and the development of an interstate on the distribution and persistence of sage-grouse leks. We also discuss the effects of various habitat alterations on sage-grouse populations. Sagebrush (*Artemisia* spp.) habitats cannot return to some pre-settlement condition because many of the parts no longer are present or the sagebrush ecosystem has gone past a threshold from which recovery may not be possible. Recovery from these conditions may require periods longer than a century in lower elevation, more xeric conditions; longer than the 2-, 5-, or 10-year horizons of most management plans. Although we identified the dominant patterns, our analyses suggest we now need to better understand the underlying processes of sagebrush ecosystems at multiple scales. The value of this assessment may not be in what we have written, but in the data that we have presented that now can be used for advancing our understanding of the ecology of sagebrush-dominated landscapes and species that depend upon them.

## Overview

The objective of this report was to describe the status and trends of greater sage-grouse habitats and populations. In doing so we included literature spanning the last 200 years, landscape information dating back 100 years, and population data collected over the last 60 years. We attempted to include as much information as possible while eliminating data that were clearly flawed (e.g., lek counts made on non-standard dates, counts where gender was not recorded, etc.). We avoided making recommendations or suggesting policy based on our assessment of the data because those actions were beyond the scope of this report.

In many cases, actions taken >100 yrs ago strongly influenced today's situation. These actions included settlement patterns, agricultural practices, livestock use, and federal land use policy. Until fairly recently there was little concern over welfare of the sagebrush system, and species dependent on it. Sagebrush was largely seen as a constraint on productivity of the landscape. Therefore, large areas of sagebrush were eradicated and often replaced with monocultures of crested wheatgrass (*Agropyron cristatum*). By the early 1980s, widespread concerns by many interested publics necessitated a paradigm shift and large-scale sagebrush eradication programs were curtailed. However, losses were still occurring due to wildfire, agricultural practices, suburban development, and the spread of annual exotic grasses.

Sage-grouse population trends reflected these changes in landscape condition and management because populations in most states declined rather sharply from the mid-1960s to the mid-1980s and from that point on often tended to fluctuate around a much lower level

BLM_0040253

compared to earlier data.  This analysis also suggested that if trends characteristic of the 1960s through the mid-1980s continued, sage-grouse had a relatively high likelihood of being extirpated.  However, for many populations, those trends have not continued (see Appendix 4, 5, 6).  As a result, data suggest sage-grouse populations in many areas have been relatively stable for the last 15-20 years and some areas presently could be considered population strongholds (Figure 13.1).  Chapter 5 (Figure 5.18) provided additional data on the distribution of sagebrush habitat that supported the information on population strongholds.  However, some populations are still declining rather precipitously (Chapter 6, Table 6.23; Appendix 4, 5).  Additionally, habitat change (Chapter 7) and other factors (e.g., West Nile Virus, see Chapter 10) could significantly influence the future abundance and distribution of these strongholds.

Figure 13.1.  Strongholds for breeding populations of sage-grouse in western North America.



The darker shades represent the greatest densities of males/km$^2$.

**Population Trends**

The desire for data to monitor long-term trends in sage-grouse populations is a recurring theme in the scientific literature (Connelly et al. 2000*b*, Connelly et al. 2003).  Most previous research has focused on the average number of males per active lek and on documentation of

BLM_0040254

areas where sage-grouse have been extirpated (Aldridge and Brigham 2003, Beck et al. 2003, Braun 1995, Schroeder et al. 2004). In one case, investigators estimated annual rates of population change and applied those estimates to the interpretation of long-term population trends (Schroeder et al. 2000).

In this report, we applied several different techniques to evaluate trends for greater sage-grouse populations in North America. These techniques included: 1) changes in the average and median number of males per active lek; 2) changes in the average and median number of males per lek (including leks that are inactive); 3) annual changes in the number of males attending leks monitored in consecutive years (rate of change data); 4) evaluation of spatial patterns of lek extirpation; 5) evaluation of spatial patterns of range extirpation; and 6) delineation and evaluation of distinct breeding populations.

Most of the techniques depend on a basic understanding of leks, our ability to evaluate male attendance at leks, and the validity of applying those observations to long-term trends. For example, sage-grouse attendance at leks varies by sex, age, time of year, time of day, and weather (Jenni and Hartzler 1978, Emmons and Braun 1984, Walsh 2002). Observer bias also may influence counts (Walsh 2002). In addition, there may be annual variation in size of leks monitored, their accessibility, and the number of counts per lek.

Although the correlation between short-term changes in lek attendance and population size is sometimes difficult to support, long-term changes in lek attendance were more reliable. For example, there are many areas throughout the pre-settlement distribution of sage-grouse where localized populations or subpopulations have been extirpated. Analysis of sage-grouse numbers in these areas (regardless of the technique) inevitably shows a distinct (and usually significant) downward trend (see Schroeder et al. 2000 for example, also Appendix 4). Similarly, data on average or median numbers of leks is usually consistent with estimates of trend, regardless of the directionality of the trend. These estimates of trend have also been supported with random sampling of simulated populations (Appendix 3). Nevertheless, we have attempted to be conservative in our analysis of long-term trends throughout this report. This conservative approach included a hesitancy to interpret the magnitude of presumed increases and declines.

The abundance and distribution of greater sage-grouse have declined dramatically in North America. This statement is supported by published literature (summarized by Connelly and Braun 1997, Schroeder et al. 2004), anecdotal observations (Patterson 1952), and the analysis presented in this report. Many of the long-term changes are reflected in the regional extirpations of sage-grouse that have resulted in substantial differences between occupied habitat ($668,412$ km$^2$) and habitats that appear to have been occupied in the past ($532,071$ km$^2$) (Schroeder et al. 2004). However, regular surveys of sage-grouse leks did not begin until the 1950s or later in most areas, well past the time when many of the changes in distribution likely

BLM_0040255

occurred. Therefore, most of the analyses of sage-grouse numbers were focused on the 1965-2003 period. Although most states and provinces collected data prior to 1965, this 39-year range from 1965-2003 provided an opportunity to analyze data after a sample of leks had been identified and protocols for data collection had been established and implemented (Patterson 1952).

Range-wide numbers of male sage-grouse counted on leks have declined substantially from 1965 through 2003. Although the overall trends have been downward, the declines have not been consistent throughout the 1965-2003 period. Analysis of the 39-year period indicates that these changes were often not density-independent. Sage-grouse numbers declined most between 1965 and the mid-1980s. In contrast, between the mid-1980s and 2003 populations fluctuated or declined slightly. In many areas numbers increased between 1995 and 2003. Sage-grouse trends also have varied dramatically on an annual basis. Although some of this variation was related to sampling technique and intensity (particularly in early years when fewer leks were surveyed), much of this variation also may be due to unexplored factors such as weather.

In general, overall trends were reflected in the 1965-2003 data for each state, province, region, population, and subpopulation. Some populations of sage-grouse did not fit the general pattern. For example, sage-grouse in California increased from 1965 to 2003. Within the Wyoming Basin population (the largest), sage-grouse numbers in 2003 were almost identical to their level in 1985. However, when the population was divided into subpopulations, the SW WY/NW CO/NE UT/SE ID subpopulation (primarily in SW Wyoming) increased while the NE WY/SE MT subpopulation (primarily in NE Wyoming) decreased (see Appendix 3).

On a local basis, declines largely reflected the disappearance of active leks. Although there were clear indications that the average size of active leks has declined (Chapter 6, Fig. 6.41), this difference was larger when the inactive leks are included in the analysis. This same trend was apparent in the loss and declines of populations. Forty-one populations were defined for this analysis. Five populations are now extirpated or have numbers too small to monitor. Four of these populations demonstrated significant downward trends in male attendance at leks preceding extirpation and a fifth did not have enough data for analysis. An additional 14 populations face a high risk of extirpation, due largely to their small populations (often with only 1 active lek). Three of these populations illustrated significant downward trends and one had a significant positive trend. Twelve populations were relatively small, with 7 to 18 known active leks. Nine of these populations have exhibited significant downward trends in male attendance at leks. The vast majority (92%) of active leks (and birds) were in the remaining 8 populations. Five of those populations were so large and expansive that they were divided into an additional 24 subpopulations to facilitate analysis. Data for these populations were presented in Appendix 5.

BLM_0040256

Although we did not attempt to estimate a range-wide population size, we examined the plausibility of a previous estimate of 142,000 (1997 data) for the combination of both greater and Gunnison sage-grouse (*C. minimus*) published in a non-peer reviewed report (Braun 1998). More than 50,000 male greater sage-grouse were counted on leks in 2003. Because many leks were not surveyed in 2003, but were active when they were previously surveyed, we obtained an estimate of about 25,000 males on those leks (by extrapolating a lek's last known count with the observed rate of change on leks that were counted). Because it is also likely that some males do not visit leks each day (Walsh et al. 2004) and females likely outnumber males in the population (Swenson 1986), the number of greater sage-grouse in western North America is probably much greater than the previous estimate. In part, this may be due to the apparent range-wide population increase between 1997 and 2003 (Chapter 6, Fig. 6.42). Expanded efforts to conduct surveys for sage-grouse leks also have resulted in improved information and expanded databases.

This is the first range-wide assessment of greater sage-grouse populations using the vast amount of data collected since the 1950s. Efforts to collect these data were initiated by the states and provinces because of a prescient desire to develop a system for monitoring sage-grouse populations and thus prepare to document population changes and impacts of habitat alteration. By analyzing these data now, we will be better prepared to document changes in the future. We can also learn from past mistakes in adjusting and/or re-affirming established protocols. For example, it is critical that biologists differentiate between males and females when surveying leks. Although this was clearly part of the established protocol (Connelly et al. 2003), not all biologists have followed these methods. Consequently, an unnecessary source of uncertainty was introduced into analyses conducted across large areas that incorporated these surveys. It is also important that leks that have not been surveyed for many years (particularly those known to be active on the last visit) be revisited. There are a substantial number of these leks in the overall database that have been categorized as 'unknown'. Reducing these unknowns will reduce variation in methods and increase our ability to assess population change.

## Sagebrush Habitats: Trajectories of Patterns and Processes

Our focus throughout this report has been an evaluation of the array of dominant disturbances that influence sagebrush ecosystems. Periodic disturbance is a normal part of ecosystem functioning. Disturbance releases nutrients, creates space, reduces competition for resources, and maintains long-term stability among colonizing (*r*-selected) and climax (*k*-selected species) (Shugart 1998). The kinds of disturbance and their impact form a gradient from severe events at specific sites to more diffuse pressures across spatially diverse regions. The ability of a system to respond to disturbance depends on the severity, frequency, and intensity of the disturbance relative to its resiliency (Holling 1973, Southwood 1977, Urban et al. 1987). The individual and cumulative disturbances that now influence the sagebrush ecosystem may be too large, too frequent, and too intense for these systems to function as they once did.

BLM_0040257

Disturbance was a periodic component of pre-settlement sagebrush ecosystems. Although fire frequencies varied regionally, the underlying process of fire disturbance reduced sagebrush cover, promoted perennial grass and forb growth, facilitated nutrient cycling, and maintained a structurally diverse mosaic within the sagebrush-dominated landscape (Young et al. 1979). The number of fires and their frequency has increased across the sagebrush biome in recent decades (Chapter 7). Periods of extreme drought or excessive moisture also influenced sagebrush ecosystems, which over long periods changed the balance of shrub, grass, and woodlands (Tausch et al. 1993, West 1996). Other disturbances affecting sagebrush ecosystems included insect outbreaks and diseases. Grazing, primarily by buffalo, in the *Bouteloua* regions east of the Rocky Mountains was locally intense but spatially dispersed (Mack and Thompson 1982). Grazing disturbance in the eastern part of the sagebrush biome developed with sod-forming grasses compared to development of bunchgrasses in the relative absence of grazing pressures in the western intermountain region (Mack and Thompson 1982). Other herbivores, such as black-tailed jackrabbits (*Lepus californicus*) may have influenced vegetation communities during periodic fluctuations (Anderson and Shumar 1986). Therefore, disturbance and recovery in various forms affected a continuum of scales ranging from effects on single plants in the sagebrush community to influences on entire regions and resulted in a complex mosaic of landscape conditions that changed spatially as well as temporally (Miller and Eddleman 2001).

The ability of sagebrush ecosystems to respond to disturbance is a function of precipitation and water availability, elevation, vegetation cover, and soils (Anderson and Inouye 2001, West and Young 2000). For much of the sagebrush biome, the relatively low resilience to disturbance was offset by long recovery times between disturbance events. Fires in mountain big sagebrush communities in higher elevation and higher precipitation zones likely burned at 12-25 year intervals (Miller and Rose 1999, Miller and Tausch 2001). For Wyoming big sagebrush regions in more xeric, shallower soils, and lower elevation, fires may have been events occurring from 30 to >100 years (Wright and Bailey 1982).

In a brief ecological moment, the western landscape has been subjected to a new suite of intense, frequent, or continuous disturbances (West and Young 2000, Young and Sparks 2002, Griffin 2002). Prime agriculture areas were developed by the 1920s in Washington State (Buss and Dziedic 1955); agriculture and irrigation canals cover over 250,000 km$^2$ of the Conservation Assessment study area and influence 45% of the Conservation Assessment area and 32% of the sagebrush habitats (Table 13.1). Lands continue to be converted to agriculture because technological advances in irrigation methods now permit expansion into steeper terrains further from river flood plains. An estimated 10-20% of the sagebrush range had been treated to increase forage production for livestock by the 1960s (Schneegas 1967, Vale 1974). A minimum of 14,272 km$^2$ are now covered by interstate highways and roads; when all roads are included, <15% of the Conservation Assessment area and <5% of the existing sagebrush habitats are >2.5 km from a road (Table 13.1). The density of secondary roads exceeds 5 km/km$^2$ in some

BLM_0040258

regions, opening up access for recreation, management actions, human-caused fire ignitions, and facilitating spread of exotic plant species. Within recent years, 9,510 communication towers (>62 m) have been built and provide perches for raptors that previously were not in this landscape. Oil and gas wells and pipelines collectively influence 28% of the sagebrush habitats (Table 13.1). Approximately 3,000 more permits are to be issued annually for oil and gas development in Montana, Wyoming, Colorado, and Utah. Accompanying the oil and gas construction are changes in hydrology that alter ground water tables and may influence spread of diseases such as West Nile Virus (see Chapter 10). The pipeline networks required to move oil and gas create ground disturbance, fragment remaining landscapes dominated by sagebrush, and facilitate spread of exotic plants over almost 116,000 $km^2$ and >6% of the sagebrush habitats (Table 13.1). Noise disturbance influences the rate of nest initiation in sage-grouse hens >3 km from construction activities surrounding oil and gas development (Lyon and Anderson 2003). Approximately 12 million AUMs are permitted for grazing on public lands in the western states. The density of fences exceeds >2 $km/km^2$ of habitat in some regions and influence movements of livestock, vehicles, predators, and exotic plants (Chapter 7)

The rapidity with which we can transform and develop an entire western landscape is significantly greater than the natural disturbances that previously influenced the dynamics in sagebrush ecosystems. In response to increasing demand for oil and gas resources (U.S. Departments of Interior, Agriculture, and Energy 2003) and requests by the Executive Branch for agencies to "expedite their review of permits or take other actions as necessary to accelerate the completion of such projects, while maintaining safety, public health, and environmental protections" (White House 2001), the U.S. Bureau of Land Management anticipates receiving large numbers of applications for permits to drill (4,279 applications were filed in FY2002 [1 October 2001-30 September 2003] (U.S. Bureau of Land Management 2003b) and attempts to meet a 30 to 45-day turnaround on the approval process (U.S. Bureau of Land Management 2003a). Planners estimate that 7 days are required for construction of 1.6 km of roads using heavy equipment (dozer, grader, and backhoe) to connect oil and gas well sites; the duration of most drilling operations is 2 weeks during which the well bore is drilled, cased, and prepared for completion operations (U.S. Bureau of Land Management, Draft Document of Oil and Gas Screen for sage-grouse, Colorado). Given the high likelihood of permit approval (117,234 of 122,496 applications [96%] have been authorized since 1929 [Chapter 7]), the frequency and extent of oil and gas development on sagebrush ecosystems are likely to increase in a brief period of ecological time.

The consequences of our earlier use of sagebrush habitats continue to influence current patterns and processes. Our previous history of livestock grazing has influenced soils and plant composition. Depleted plant communities facilitated invasion by cheatgrass (Young et al. 1972, Young and Allen 1997), a problem that consumes vast amounts of personnel, financial, and logistic resources today in control and in fire suppression. The large blocks of sagebrush removal of the 1950s to the 1970s that were replanted with crested wheatgrass influence

BLM_0040259

distribution of wildlife populations (Reynolds and Trost 1981, Swenson et al. 1987). Prescribed fires conducted 20 years ago still influence movements of greater sage-grouse (Byrne 2002).

The first rule of conservation is to preserve all the parts (Leopold 1966, Stein et al. 2000). Sagebrush habitats cannot return to some pre-settlement condition because many of the parts no longer are present or the sagebrush ecosystem has gone past a threshold from which recovery is not possible. Recovery from these conditions may require periods longer than a century in lower elevation, more xeric conditions (Hemstrom et al. 2002, Billings 1986); longer than the 2-, 5-, or 10-year horizons of most management plans. New invasions by exotic plants and animals (including those facilitated by human development) into the sagebrush community, long-term climate changes, and increased $CO_2$ further compromise restoration efforts.

For many western arid lands, the energy and resources required to restore the ecosystem are too great or the political will is not present (Allen and Jackson 1992). We also have few management options available for habitat management or restoration at large-scales because of rapid and large-scale transformations. Releasing a system dominated by cheatgrass or other exotic plants from disturbance due to livestock grazing does not ensure that these systems will return to one dominated by native perennial grasses (Young and Allen 1997) but depends on site-specific characteristics that include previous disturbance regime, soils, and climate variables (West and Yorks 2002). Controlling the spread of exotic plants may require herbicides, mechanical means, or proper grazing management over large treatment areas; failure to do so may further condemn the landscape to irreversible changes (Young et al. 1981). In some arid regions containing poor soils, non-native plants may be the best option to stabilize soils and prevent further erosion (Asay et al. 2001). Without adequate soil conditions, long-term objectives to establish a sustainable sagebrush community are not possible (Society for Range Management 1995).

We presented the dominant disturbances influencing the sagebrush biome. In most cases, we were able to quantify the changes, the regional distribution of a factor, or the area influenced by the disturbance. Some factors, such as military training, may have very intense effects on habitats (Shaw and Diersing 1990, Watts 1998) that are restricted to relatively small regions across the entire sagebrush biome. Others factors, such as fences, influence sagebrush ecosystems across the entire biome but at lower intensities. The cumulative impacts of the disturbances, rather than any single source, may be the most significant influence on the trajectory of sagebrush ecosystems.

The collective human footprint was greatest in those areas that also were the most resilient because of higher precipitation and deeper soils. Many of those regions have been converted to cropland and remaining sagebrush habitats are interspersed in small patches across the landscape. In contrast, the areas in which larger patches of sagebrush remained received lower precipitation and had drier and shallower soils; those regions were the least resilient to

disturbance. Those remaining landscapes of sagebrush habitats most important to sage-grouse also are the most sensitive to disturbance impacts and also will require the longest recovery periods.

We could not conduct a meaningful test for effects of livestock grazing across regions or biome-wide because we lacked the appropriate variables for the question (Milchunas and Lauenroth 1993). The question of effects of livestock grazing at large spatial scales is difficult because we lack control areas large enough to include landscape processes (Bock et al. 1993). Compounding site-specific results does not give us a cumulative estimate of effect nor tell us what the landscape would be like in the absence of grazing (National Research Council 1994). We also lack an understanding of the way sagebrush ecosystems functioned prior to the addition of livestock grazing in the 1800s (Freilich et al. 2003). Because we could not test for an effect does not mean that livestock grazing has no effect or is a compensatory use of sagebrush habitats and therefore should be ignored. Concluding no effect when one exists (Type II error) is as significant an error as concluding an effect when none exists (Type I error) (Eberhardt and Thomas 1991, Wiens and Parker 1995).

Livestock grazing influences sagebrush habitats although we do not know the full extent of that influence. Although pathways following grazing disturbance may be less predictable (Anderson and Inouye 2001, West and Yorks 2002), grazing influences vegetation components and differences exist between grazed and ungrazed regions. Additionally, infrastructure to support grazing programs, including fencing (see following section on landscape features) and water developments (Chapter 4, 7), may have both direct and indirect influences on the ecosystem.

Livestock grazing differs from herbivory in natural systems because the interaction between food availability and number of grazers is largely decoupled. Stocking rates derived by livestock managers are based on a conceptual understanding of system response to disturbance, environmental guidelines, and on external factors such as economics. Ultimately, livestock function as a keystone species: grazing and management actions to manipulate habitats do not preclude wildlife and vegetation, but they influence the ecological pathways and frequently determine which species will persist (Bock et al. 1993).

Current assessments of "rangeland health" evaluate the integrity of soil, vegetation, water and air for land areas based on comparison to ecological site descriptions or ecological reference areas (National Research Council 1994, U.S. Department of the Interior 2000, West 2003*a*). However, the ecological condition of large areas of public lands is unknown or is not surveyed with a statistically designed approach that permits an assessment over large regions (Mitchell 2000). New changes proposed to regulate livestock grazing would require more quantitative data in making management decisions and would implement grazing changes over 5 consecutive years, and make public input on public lands decisions optional (U.S. Bureau of Land

BLM_0040261

Management 2003*c*). Until we collect the appropriate quantitative data on livestock numbers, grazing intensity, timing, location, and vegetation response at the relevant spatial and temporal scales, the issue will remain unresolved (West 2003*b*).

Large numbers of habitat treatments are conducted on sagebrush habitats each year across the biome (Chapter 7). We have changed the semantics of our actions to include objectives other than increasing forage for livestock. Nonetheless, multiple use still mandates our management of sagebrush ecosystems and simply doing nothing is rarely, if ever, considered (Wambolt and Payne 1986, Wambolt et al. 2001). Unfortunately, the effects of habitat treatments are rarely monitored at the spatial and temporal scales appropriate to the wildlife response. Without objective assessment of results, the value of these treatments to better understand ecosystem response is lost. Similarly, a true program of adaptive management necessitates unbiased feedback to evaluate the influence of actions in achieving the stated objectives (Walters 1986).

Not all disturbances threaten ecosystems because the form of disturbance differs, as does the resiliency of systems to respond (Rapport et al. 1985). Disturbance is required for many ecosystem processes – it is the change in frequency or intensity of the disturbance that is important in affecting the ecosystem's response. Changes in the quantity and composition of sagebrush habitats, and their configuration in the landscape have altered natural disturbance regimes and they are now vastly different from pre-settlement conditions (West 1999, West and Young 2000). Cheatgrass is present across much of the sagebrush biome, and has resulted in increased fire frequencies and area burned, thus decreasing available sage-grouse habitat (Chapter 7). At higher elevation sites, absence of fire has permitted juniper woodland expansion into sagebrush habitats (Miller and Rose 1999), effectively reducing the suitability of those regions for greater sage-grouse.

The primary anthropogenic stresses on natural ecosystems include (1) harvesting renewable resources resulting in loss of productivity, (2) physical restructuring of the landscape from land use, (3) introduction of exotic species, and (4) discharge of toxic substances to air, land, and water (Rapport and Whitford 1999). Ecosystems that are heavily stressed lack the capacity to maintain normal function, initiating a process of degradation and lowered resilience for further disturbance (Milton et al. 1994). Many regions of the sagebrush biome now exist in an ecological state past thresholds from which recovery is likely (West 1999).

All primary anthropogenic stresses are present throughout the sagebrush biome (Table 13.1). Although public opinion is polarized on the disposition, perception, and use of public land resources (Donahue 1999), management goals are developed to streamline processing, approve permit applications, and remove impediments to commodity extraction on public lands (U.S. Departments of Interior, Agriculture, and Energy 2003, U.S. Bureau of Land Management 2003*b*).

BLM_0040262

Productivity of many areas now is less than pre-settlement (Young et al. 1981, West 1983, Holechek et al. 1999). Alteration, loss, and fragmentation of sagebrush landscapes are widespread conservation concerns (Hemstrom et al. 2002, Knick et al. 2003). Consequences of fragmentation in sagebrush habitats are increased rates of habitat loss, spread of exotic plants, and increased risk of regional extirpation of wildlife species (Knick and Rotenberry 1997, Raphael et al. 2002). Use of herbicides, insecticides, prescribed fire, and proper management of livestock grazing may be the tools best suited for the some of the large-scale actions now required to manage sagebrush habitats. However, these treatments may have negative effects on sage-grouse or other species or responses may not be monitored. We also must recognize that to benefit sage-grouse, the best approach for some habitats is to do nothing (Wambolt and Payne 1986, Wambolt et al. 2001).

Patterns emerged about the relationship between human use of western landscapes and current distribution of sagebrush habitats. Sagebrush habitats were fragmented at multiple scales from single or multiple features. Some barriers were significant, such as the separation of sage-grouse populations and sagebrush habitats by the Snake River corridor. Other disturbances, such as roads, powerlines, pipelines, and communication towers, modify habitats and landscapes to spread exotic plant species, influence predator movements and distributions, and facilitate human activities. Although we identified the dominant patterns, our analyses suggest we lack the information needed to better understand the underlying processes of sagebrush ecosystems at multiple scales.

## Sage-grouse and Shrub-steppe Relationships

### Habitat

The scientific literature has clearly demonstrated that sage-grouse populations are dependent on relatively large expanses of sagebrush-dominated shrub steppe. However, there is some uncertainty associated with the appropriate patch size needed for winter and breeding habitats. It is likely that this patch size is not a fixed amount but varies depending on migration patterns (Wallestad and Schladweiler -1974, Connelly et al. 1988) and productivity of the habitat (Schroeder 1997).

Numerous investigators documented the negative effects of herbicide application to sagebrush stands on sage-grouse populations (Enyeart 1956, Klebenow 1970, Martin 1970). Swenson et al. (1987) reported that the number of breeding males on their study area declined by 73% after 16% of the area was plowed. Connelly et al. (2000*a*) reported that fire resulted in a significantly greater decline in a sage-grouse breeding population in the burned area compared to a nearby control area. Byrne (2002) and Pedersen et al. (2003) also provided evidence of negative effects of fire on sage-grouse populations. Finally, Leonard et al. (2000) documented a

BLM_0040263

relationship between sage-grouse habitat loss to agricultural development and an accompanying decline in sage-grouse numbers.

**Landscape features**

Numerous anthropogenic features have an influence on sage-grouse habitats including: farms; housing developments; roads, highways and interstates; fences; power poles; cell phone towers and other elevated structures (Chapter 7). Expanding agricultural land and housing developments have resulted in the addition of domestic dog, cat, and red fox (*Vulpes vulpes*) to sage-grouse habitats (Connelly et al. 2000*b*). Sage-grouse are adapted to a landscape with few vertical obstructions but now occupy areas that commonly have many kilometers of fences and powerlines. From 1962 to 1997, >51,000 km of fence were constructed on land administered by the U.S. Bureau of Land Management in states supporting sage-grouse populations (Connelly et al. 2000*b*); >1,000 km of fences were constructed each year from 1996 through 2002 (Chapter 7) and density of fences exceeds 2 km/km$^2$ in some regions of the sage-grouse range. Structures such as powerlines and fences pose hazards to sage-grouse because they provide perch sites for raptors. However, predator control is rarely recommended for sage-grouse and other species of prairie grouse for a variety of reasons including long-term consequences, relatively high cost, and public attitudes (Messmer et al. 1999, Schroeder and Baydack 2001). Grouse may also be injured or killed when they fly into these structures. In further support of this concern, an informal report was provided by the Bureau of Land Management documenting (with GPS locations and photographs) 21 incidents of sage-grouse striking a barbed wire fence in Sublette County Wyoming during spring 2003 (T. Rinkes, U.S. Bureau of Land Management, Lander, WY). Although we have a great deal of empirical data on effects of habitat change, much less is known about effects of landscape features on sage-grouse populations. Lyon and Anderson (2003) assessed the impact of energy development on sage-grouse and reported that traffic disturbance associated with natural gas developments may reduce nest initiation rates and increase distances moved from leks to nest sites.

Recent data on the effects of an interstate highway on the distribution of sage-grouse breeding populations further support Lyon and Anderson's (2003) findings. We examined the distribution of 804 leks within 100 km of Interstate 80 (I-80) across southern Wyoming and the northeastern portion of Utah. There were no leks within 2 km of the interstate (4-km wide band) and only 9 leks between 2 and 4 km of the interstate. There was only one equivalent-sized area 62-64 km from the interstate that had 8 leks; all other intervals had more leks. The average 4-km interval (2 km on either side of interstate) had 16.1 leks (95% C.I. = 14.7 – 17.5 leks). We documented 34 leks within 7.5 km of I-80 and 84 leks in an equivalent amount of area between 7.5 and 15 km of the interstate (Figure 13.2).

The majority of I-80 in Wyoming opened for traffic during the 1959-1970 period. Because most thorough lek surveys did not begin until after that time, it is likely that changes in

BLM_0040264

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**          *Connelly et al.*

the distribution of leks would have occurred prior to their being monitored.  It is also possible that I-80 was placed in habitat less suitable for greater sage-grouse.  Consequently, we also examined the persistence of known leks in relation to their distance to the interstate.  An examination of lek activity in a logistic regression indicated that distance was a significant predictor ($\cdot\hat{\imath}$ = 3.88, P = 0.0489) of lek activity for leks within 15 km of I-80.  Leks closer to the interstate were less likely to be active in 2003.  An examination of long-term changes in the population between 1970 and 2003 (Figure 13.3) showed similar trends.  The leks within 7.5 km of I-80 appeared to decline at a higher rate than leks 7.5 to 15.0 km from I-80.

The analysis of I-80 is preliminary and does not consider the effects of other major highways in the area.  It also does not address local variation in habitat and the possibility that some leks may have moved from the area close to the interstate to an area further away, thus compensating for some of the apparent loss.  Many other types of land-use activities remain to be examined including powerlines, pipelines, communication towers, and oil and gas wells.  This type of analysis offers potential for examining past effects as well as for making predictions about future impacts.

Figure 13.2.  Distribution of greater sage-grouse leks with respect to Interstate 80 in Wyoming and northeastern Utah, 2003.



BLM_0040265

### Conclusion

The value of this assessment may not be in what we have written, but in the data that we have presented that now can be used for advancing our understanding of the ecology of sagebrush-dominated landscapes and species that depend upon them. Concerns for the conservation of sage-grouse and sagebrush ecosystems have been expressed for a long time (Patterson 1952, Braun et al. 1976). However, the inability to quantify and address the primary issues across the entire sagebrush biome limited those concerns because they lacked the breadth and geographic and temporal scope of information that we have presented in this assessment. Other large-scale, highly contentious natural resource issues, such as those surrounding conservation of spotted owls (*Strix occidentalis*), ultimately have resulted in significant contributions to conservation, ecology, and management (Noon and Franklin 2002). Similarly, we hope that the data that we have presented in this assessment will permit effective conservation plans to be developed that will ensure the species survival for generations to come.

Figure 13.3.  Population trends for leks relatively close to and far from I-80 in Wyoming and northeastern Utah.



BLM_0040266

## Literature Cited

Aldridge, C. L., and R. M. Brigham. 2003. Distribution, status and abundance of Greater Sage-Grouse, *Centrocercus urophasianus*, in Canada. Canadian Field Naturalist 117:25-34.

Allen, E. B., and L. L. Jackson. 1992. The arid west. Restoration and Management Notes 0:56--59.

Anderson, J. E., and R. M. Inouye. 2001. Landscape-scale changes in plant species abundance and biodiversity of a sagebrush steppe over 45 years. Ecological Monographs 71:531-556.

Anderson, J. E., and M. L. Shumar. 1986. Impacts of black-tailed jack rabbits at peak densities on sagebrush-steppe vegetation. Journal of Range Management 39:152-155.

Asay, K. H., W.H. Horton, K. B. Jensen, and A. J. Palazzo. 2001. Merits of native and introduced Triticeae grasses on semiarid rangelands. Canadian Journal of Plant Science 84:45-52.

Beck, J. L., D. L. Mitchell, and B. D. Maxfield. 2003. Changes in the distribution and status of sage-grouse in Utah. Western North American Naturalist 63:203-214.

Billings, W. D. 1986. *Bromus tectorum*, a biotic cause of ecosystem impoverishment in the Great Basin. Pages 301-322 in Woodwell, G. M. (ed.). The earth in transition. Patterns and processes of biotic impoverishment. Cambridge University Press, Cambridge, United Kingdom.

Boarman, W. I., and B. Heinrich. 1999. Common raven (*Corvus corax*). In A. Poole, and F. Gill (eds.). The birds of North America, No. 476. Philadelphia, PA, the Birds of North America, Inc.

Bock, C. E., J. H. Bock, and H. M. Smith. 1993. Proposal for a system of federal livestock exclosures on public rangelands in the western United States. Conservation Biology 7:731-733.

Braun, C. E. 1995. Distribution and status of Sage Grouse in Colorado. Prairie Naturalist 27:1-9.

Braun, C. E. 1998. Sage grouse declines in western North America: what are the problems? Proceedings of the Western Association of Fish and Wildlife Agencies 78:139-156.

Braun, C. E., M. F. Baker, R. L. Eng, J. S. Gashwiler, and M. H. Schroeder. 1976. Conservation committee report on effects of alteration of sagebrush communities on the associated avifauna. Wilson Bulletin 88:165-171.

Buss, I. O., and E. S. Dziedic. 1955. Relation of cultivation to the disappearance of the Columbian sharp-tailed grouse in southeastern Washington. Condor 57:185-187.

Byrne, M. W. 2002. Habitat use by female greater sage-grouse in relation to fire at Hart Mountain National Antelope Refuge, Oregon. Thesis, Oregon State University, Corvallis, Oregon.

Connelly, J. W., H. W. Browers, and R. J. Gates. 1988. Seasonal movements of sage grouse in southeastern Idaho. Journal of Wildlife Management 52:116-122.

BLM_0040267

Connelly, J. W., and C. E. Braun.  1997.  Long-term changes in sage grouse *Centrocercus urophasianus* populations in western North America.  Wildlife Biology 3:229-234.

Connelly, J. W., K. P. Reese, R. A. Fischer, and W. L. Wakkinen.  2000*a*.  Response of a sage grouse breeding population to fire in southeastern Idaho.  Wildlife Society Bulletin 28:90-96.

Connelly, J. W., K. P. Reese, and M. A. Schroeder.  2003.  Monitoring of greater sage-grouse habitats and populations. University of Idaho, College of Natural Resources Experiment Station Bulletin 80, Moscow, Idaho.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun.  2000*b*.  Guidelines to manage sage grouse populations and their habitats.  Wildlife Society Bulletin 28:967-985.

Eberhardt, L. L., and J. M. Thomas.  1991.  Designing environmental field studies.  Ecological Monographs 61:53-73.

Emmons, S. R., and C. E. Braun.  1984.  Lek attendance of male sage grouse.  Journal of Wildlife Management 48:1023-1028.

Enyeart, G. W.  1956.  Responses of sage grouse to grass reseeding in the Pines Area, Garfield County, Utah.  M.S. thesis, Utah State Agricultural College, Logan, Utah.

Freilich, J. E., J. M. Emlen, J. J. Duda, D. C. Freeman, and P. J. Cafaro.  2003.  Ecological effects of ranching: a six-point critique.  BioScience 53:759-765.

Gelbard, J. L., and J. Belnap.  2003.  Roads as conduits for exotic plant invasions in a semiarid landscape.  Conservation Biology 17:420-432.

Griffin, D.  2002.  Prehistoric human impacts on fire regimes and vegetation in the northern intermountain west.  Pages 77-100 *in* T. R. Vale (ed.).  Fire, native peoples, and the natural landscape.  Island Press, Washington, D.C.

Hemstrom, M. A., M. J. Wisdom, W. J. Hann, M. M. Rowland, B. C. Wales, and R. A. Gravenmier.  2002.  Sagebrush-steppe vegetation dynamics and restoration potential in the interior Columbia Basin, U.S.A.  Conservation Biology 16:1243-1255.

Holechek, J. L., M. Thomas, F. Molinar, and D. Galt.  1999.  Stocking desert rangelands: what we've learned.  Rangelands 21:8-12.

Holling, C. S.  1973.  Resilience and the stability of ecological systems.  Annual Review of Ecology and Systematics 4:1-23.

Klebenow, D. A.  1970.  Sage grouse verses sagebrush control in Idaho.  Journal of Range Management 23:396-400.

Knick, S. T., and J. T. Rotenberry.  1997.  Landscape characteristics of disturbed shrubsteppe habitats in southwestern Idaho.  Landscape Ecology 12:287-297.

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. Van Riper III.  2003.  Teetering on the edge or lost?  Conservation and research issues for the avifauna of sagebrush habitats.  Condor 105:611-634.

Jenni, D. A., and J. E. Hartzler.  1978.  Attendance at a sage grouse lek:  implications for spring census.  Journal of Wildlife Management 42:46-52.

Leopold, A.  1966.  A Sand County almanac with essays on conservation from Round River.  Ballantine Books, Inc., New York, New York.

BLM_0040268

Leonard, K. M., K. P. Reese, and J. W. Connelly. 2000. Distribution, movements and habitats of sage grouse *Centrocercus urophasianus* on the upper Snake River Plain of Idaho. Wildlife Biology 6:265-270.

Lyon, A. G., and S. H. Anderson. 2003. Potential gas development impacts on sage-grouse nest initiation and movement. Wildlife Society Bulletin 31:486-491.

Mack, R. N., and J. N. Thompson. 1982. Evolution in steppe with few large, hooved mammals. American Naturalist 119:757-773.

Messmer, T. A., M. W. Brunson, D. Reiter, and D. G. Hewitt. 1999. United States public attitudes regarding predators and their management to enhance avian recruitment. Wildlife Society Bulletin 27:75-85.

Milchunas, D. G., and W. K. Lauenroth. 1993. Quantitative effects of grazing on vegetation and soils over a global range of environments. Ecological Monographs 63:327-366.

Martin, N. S. 1970. Sagebrush control related to habitat and sage grouse occurrence. Journal of Wildlife Management 34:313-320.

Miller, R. F., and L. L. Eddleman. 2001. Spatial and temporal changes of sage grouse habitat in the sagebrush biome. Oregon State University Agricultural Experimental Station. Technical Bulletin 151. Corvallis, Oregon.

Miller, R. F. and J. A. Rose. 1999. Fire history and western juniper encroachment in sagebrush steppe. Journal of Range Management 52:550-559.

Miller, R. F., and R. J. Tausch. 2001. The role of fire in pinyon and juniper woodlands: a descriptive analysis. Tall Timbers Research Station Miscellaneous Publication No. 11:15-30.

Milton, S. J., W. R. J. Dean, M. A. du Plessis, and W. R. Siegfried. 1994. A conceptual model of arid rangeland degradation. BioScience 44:70-76.

Mitchell, J. E. 2000. Rangeland resource trends in the United States: a technical document supporting the 2000 USDA Forest Service RPA Assessment. General Technical Report RMRS-GTR-68. Fort Collins, Colorado.

National Research Council. 1994. Rangeland health: New methods to classify, inventory, and monitor rangelands. National Academy Press, Washington, D.C.

Noon, B. R., and A. B. Franklin. 2002. Scientific research and the spotted owl (*Stix occidentalis*): opportunities for major contributions to avian population ecology. Auk 119:311-320.

Patterson, R. L. 1952. The sage grouse in Wyoming. Sage Books, Inc., Denver, Colorado.

Pedersen, E. K., J. W. Connelly, J. R. Hendrickson, and W. E. Grant. 2003. Effect of sheep grazing and fire on sage grouse populations in Idaho. Ecological Modeling 165:23-47.

Raphael, M. G., M. J. Wisdom, M. M. Rowland, R. S. Holthausen, B. C. Wales, B. G. Marcot, and T. D. Rich. 2002. Status and trends of habitats of terrestrial vertebrates in relation to land management in the interior Columbia river basin. Forest Ecology and Management 153:63-88.

Rapport, D. J., and W. G. Whitford. 1999. How ecosystems respond to stress: common properties of arid and aquatic systems. BioScience 49:193-203.

BLM_0040269

Rapport, D. J., H. A. Regier, and T. C. Hutchinson. 1985. Ecosystem behavior under stress. American Naturalist 125:617-640.

Reynolds, T. D., and C. H. Trost. 1981. Grazing, crested wheatgrass, and bird populations in southeastern Idaho. Northwest Science 55:225-234.

Schneegas 1967. Sage Grouse and sagebrush control. Transactions of the North American Wildlife Conference 32:270–274.

Schroeder, M. A. 1997. Unusually high reproductive effort by sage grouse in a fragmented habitat in north-central Washington. Condor 99:933-941.

Schroeder, M. A., C. L. Aldridge, A. D. Apa, J. R. Bohne, C. E. Braun, S. D. Bunnell, J. W. Connelly, P. A. Deibert, S. C. Gardner, M. A. Hilliard, G. D. Kobriger, C. W. McCarthy, J. J. McCarthy, D. L. Mitchell, E. V. Rickerson, and S. J. Stiver. 2004. Distribution of sage-grouse in North America. Condor 106:363-373.

Schroeder, M. A., D. W. Hays, M. F. Livingston, L. E. Stream, J. E. Jacobson, D. J. Pierce, and T. McCall. 2000. Changes in the distribution and abundance of sage grouse in Washington. Northwestern Naturalist 81:104-112.

Schroeder, M. A., and R. K. Baydack. 2001. Predation and the management of prairie grouse. Wildlife Society Bulletin 29:24-32.

Shaw, R. B., and V. E. Diersing. 1990. Tracked vehicle impacts on vegetation at the Pinon Canyong Maneuver Site, Colorado. Journal of Environmental Quality 19:234-243.

Shugart, H. H. 1998. Terrestrial ecosystems in changing environments. Cambridge University Press, Cambridge, United Kingdom. 537pp.

Society for Range Management Task Group in concepts and terminology. 1995. New concepts for assessment of rangeland condition. Journal of Range Management 48:271-282.

Southwood, T. R. E. 1977. Habitat, the templet for ecological strategies. Journal of Animal Ecology 46:337-365.

Stein, B. A., L. S. Kutner, and J. S. Adams. 2000. Precious heritage: the status of biodiversity in the United States. Oxford University Press, New York, New York.

Swenson, J. E. 1986. Differential survival by sex in juvenile Sage Grouse and Gray Partridge. Ornis Scand. 17:14-17.

Swenson, J. E., C. A. Simmons, and C. D. Eustace. 1987. Decrease of sage grouse *Centrocercus urophasianus* after ploughing of sagebrush steppe. Biological Conservation 41:125-132.

Tausch, R. J., P. E. Wigand, and J. W. Burkhardt. 1993. Viewpoint: plant community thresholds, multiple steady states, and multiple successional pathways: legacy of the Quaternary? Journal of Range Management 46:439-447.

U.S. Bureau of Land Management. 2003*a*. Application for permit to drill processing. U.S. Bureau of Land Management, Wyoming State Office. Instruction Memorandum No. WY-2004-09.

U.S. Bureau of Land Management. 2003*b*. Application for permit to drill (APD)-Process improvement #1—Comprehensive strategies. U.S. Bureau of Land Management, Washington Office, Instruction Memorandum IM 2003-152.

BLM_0040270

U.S. Bureau of Land Management.  2003*c*.   Proposed revisions to grazing regulations for the public lands.  Draft Environmental Impact Statement DES 03-62.  U.S. Bureau of Land Management, Washington, D.C.

U.S. Departments of Interior, Agriculture, and Energy.  2003.  Energy policy and conservation act report: scientific inventory of onshore federal lands' oil and gas resources and reserves and the extent and nature of restrictions or impediments to their development. <http://www.doi.gov/epca>

U.S. Department of the Interior.  2000.  Interpreting indicators of rangeland health.  U.S. Department of the Interior Technical Reference 1734-6.

Urban, D. L. , R. V. O'Neill, and H. H. Shugart, Jr.  1987.  Landscape ecology.  BioScience 37:119-127.

Vale. T. R.  1974.  Sagebrush conversion projects: an element of contemporary environmental change in the western United States.  Biological Conservation 6:274-284.

Wallestad, R. O., and P. Schladweiler.  1974.  Breeding season movements and habitat selection of male sage grouse.  Journal of Wildlife Management 38:634-637.

Walsh, D. P.  2002.  Population estimation techniques for greater sage-grouse.  Thesis, Colorado State University, Fort Collins, Colorado.

Walsh, D. P., G. C. White, T. E. Remington, and D. C. Bowden.  2004.  Evaluation of the lek-count index for greater sage-grouse.  Wildlife Society Bulletin 32:56-68.

Walters, C.  1986.  Adaptive management of renewable resources.  MacMillen Publishing, New York, New York.

Wambolt, C. L., and G. F. Payne.  1986.  An 18-year comparison of control methods for Wyoming big sagebrush in southwestern Montana.  Journal of Range Management 39:314-319.

Wambolt, C. L., K. S. Walhof, and M. R. Frisina.  2001.  Recovery of big sagebrush communities after burning in southwestern Montana.  Journal of Environmental Management 61:243-252.

Watts, S. E.  1998.  Short-term influence of tank tracks on vegetation and microphytic crusts in shrubsteppe habitat.  Environmental Management 22:611-616.

West, N. E.  1983.  Western intermountain sagebrush steppe.  Pages 351-397 *in* N. E.  West (ed.).  Ecosystems of the world 5: temperate deserts and semi-deserts.  Elsevier Scientific Publishing Co., New York, New York.

West, N. E.  1996.  Strategies for maintenance and repair of biotic community diversity on rangelands.  Pages 327-347 *in*  Biodiversity in managed landscapes: theory and practice.

West, N. E.  1999.  Managing for diversity of rangelands.  Pages 101-126 *in* W. W. Collins, and C. O. Qualset (eds.).  Biodiversity in agrosystems.  CRC Press, Boca Raton, Florida.

West, N. E.  2003*a*.  Theoretical underpinnings of rangeland monitoring.  Arid Land Research and Management 17:333-346.

West, N. E.  2003*b*.  History of rangeland monitoring in the U.S.A.  Arid Land Research and Management 17:495-545.

BLM_0040271

West, N. E., and T. P. Yorks.  2002.  Vegetation responses following wildfire on grazed and ungrazed sagebrush semi-desert.  Journal of Range Management 55:171-181.

West, N. E., and J. A. Young.  2000.  Intermountain valleys and lower mountain slopes.  Pages 255-284 *in* M. G. Barbour and W. D. Billings (editors).  North American terrestrial vegetation. 2nd Edition.  Cambridge University Press, Cambridge, United Kingdom.

White House. (2001).  Executive order 13212–Actions to expedite energy-related projects.  18 May.  Executive Order 13212: 66 FR 28357.
http://www.archives.gov/federal_register/executive_orders/2003.html (28 April 2004)

Wiens, J. A., and K. R. Parker.  1995.  Analyzing the effects of accidental environmental impacts: approaches and assumptions.  Ecological Applications 5:1069-1083.

Wright, H. A., and A. W. Bailey.  1982.  Fire ecology.  John Wiley and Sons, New York, New York.

Young, J. A., and F. L. Allen.  1997.  Cheatgrass and range science: 1930-1950.  Journal of Range Management 50:530-535.

Young, J. A., and B. A. Sparks.  2002.  Cattle in the cold desert.  University of Nevada Press.  Reno, Nevada.

Young, J. A., R. A. Evans, and J. J. Major.  1972.  Alien plants in the Great Basin.  Journal of Range Management 25:194-201.

Young, J. A., R. E. Eckert, and R. A. Evans.  1979.  Historical perspectives regarding the sagebrush ecosystem.  Pp. 1-13 *in* The sagebrush ecosystem: a symposium.  Utah State University, College of Natural Resources, Logan, Utah.

Young, J. A., R. A. Evans, and R. E. Eckert, Jr. 1981.  Environmental quality and the use of herbicides on *Artemisia*/grasslands of the U.S. intermountain area.  Agriculture and Environment 6:53-61.

BLM_0040272

Table 13.1. Summary of influences across the range-wide distribution of greater sage-grouse and sagebrush habitats. Only influences for which we could develop a spatial estimate of area of influence were included in the summary. Other influences, such as livestock grazing, have more diffuse effects exerted unevenly across the sagebrush biome and could not be included in this analysis. Two buffer sizes were considered, based on ranges reported in literature sources; the high value was reported when only one buffer size was calculated.

| | | | | Area of Influence | | | | | |
| | | | | Effective Area[a] (km$^2$) | | Conservation Assessment Area (%) | | Sagebrush Area (%) | |
| | Total Area (km$^2$) | Conservation Assessment Area[b] (%) | Buffer Size (low/high) | Low | High | Low | High | Low | High |
|---|---|---|---|---|---|---|---|---|---|
| **Sagebrush Area**[c] | 481,384 | 21.6 | | | | | | | |
| | | | | | | | | | |
| **"Natural" Disturbance** | | | | | | | | | |
|   Fires (1990-present) | 79,755 | 3.9 | | | | | | | |
|   Shrub brown out | 2,544 | 0.1 | | | | 0.1 | | 0.2 | |
| **Agriculture** | | | | | | | | | |
|   Cropland | 248,975 | 12.1 | 2.5/6.9 km[d] | 740,760 | 1,152,157 | 35.8 | 55.6 | 23.7 | 48.5 |
|   Irrigation canals | 6,916 | 0.3 | 2.5/6.9 km | 193,175 | 462,146 | 9.3 | 22.3 | 8.2 | 23.2 |
| **Urban** | | | | | | | | | |
|   Urban development | 1981 | 0.1 | 6.9 km | | 75,191 | | 3.6 | | 2.1 |
|   Landfills | 196 | >0.1 | 2.5/6.9 km | 22,650 | 137,954 | 1.1 | 6.7 | 1.0 | 6.1 |
|   Interstates/highways[e] | 14,272 | 1.0 | 7 km | | 841,927 | | 40.6 | | 37.2 |
|   All roads | 159,279 | 7.7 | 2.5/6.9 km | 1,768,793 | 1,912,463 | 85.4 | 92.3 | 95.1 | 99.6 |

BLM_004273

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**                    *Connelly et al.*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Railroads | 137 | >0.1 | 3 km | 183,915 | 183,915 | | 8.9 | | 6.1 |
| Powerlines | 15,296 | 1.0 | 5/6.9 km | 672,344 | 837,390 | 32.5 | 40.4 | 32.4 | 40.3 |
| Communication towers | 95 | >0.1 | 3.2 km | | 99,135 | | 4.8 | | 3.6 |
| **Energy Development** | | | | | | | | | |
| Oil/gas wells[f] | 1960 | 0.1 | 3 km | 393,744 | | | 19.0 | | 21.0 |
| Pipelines[g] | 2,790 | 0.1 | 1 km | 116,571 | | | 5.6 | | 6.9 |
| Wind energy[h] | 35,354 | 1.7 | 5 km | 383,705 | | | 18.5 | | 14.9 |
| **Military Training** | | | | | | | | | |
| Installations/training | 26,043 | 1.3 | | | | | 1.3 | | 1.5 |
| **Recreation** | | | | | | | | | |
| Rest Areas | 8 | <0.1 | 2.5/6.9 | 5,313 | 94,396 | 0.3 | 4.6 | 0.2 | 4.4 |
| Campgrounds | 84 | <0.1 | 2.5/6.9 | 46,143 | 238,811 | 2.2 | 11.5 | 1.1 | 7.3 |
| | | | | | | | | | |
| **Cumulative Total** | | | | | | | | | |
| Low Influence | | | | 2,027,516 | | 98.2 | | 99.5 | |
| High influence | | | | | 2,057,209 | | 99.7 | | 99.9 |

[a]Effective area was the total area of the individual effect plus the area included surrounding in the buffer zone.
[b]The total area included in the Conservation Assessment Study Area was 2,062,872 km[2] (Chapter 1).
[c](Comer et al. 2002, this study) (Chapter 1).  Sagebrush area in the eastern portion of the Conservation Study area, including Montana, North Dakota, and South Dakota are likely underrepresented (Chapter 1, 5).
[d]Range of foraging areas for nonbreeding common raven (*Corvus corax*) (Boarman and Heinrich 1999).
[e]Buffer value determined from this study of I-80 (Chapter 13).
[f]Effective distance of influence of oil/gas construction activities on sage-grouse nesting (Lyon and Anderson 2003).
[g]Distance for spread of invasive plant species away from road disturbance (Gelbard and Belnap 2003).
[h]Percent of potential area in high category

BLM_0040274

# Appendix



# APPENDIX 1

## Sage-grouse Memorandums of Understanding

Conservation and Management of Sage Grouse in North America
Western Associations of Fish and Wildlife Associations
1999

Western Association of Fish and Wildlife Agencies
U.S. Department of Agriculture, Forest Service
U.S. Department of the Interior, Bureau of Land Management
U.S. Department of the Interior, Fish and Wildlife Service
2000

BLM_0040276

MEMORANDUM OF UNDERSTANDING

AMONG

MEMBERS OF WESTERN ASSOCIATION OF

FISH AND WILDLIFE AGENCIES

Conservation and Management of Sage Grouse in North America

I.      <u>Purpose</u>

The purpose of this Memorandum of Understanding (MOU) is to provide guidance for conservation and management of sage grouse (<u>Centrocercus</u> spp.) and sagebrush (<u>Artemisia</u> spp., primarily <u>A. tridentata tridentata</u>, <u>A. t. vaseyana</u>, <u>A. t. wyomingensis</u>, <u>A. tripartita</u>) shrub-steppe habitats upon which the species depends. Sage grouse historically occurred in at least 15 states and 3 provinces. This species has become extirpated in 5 states (Arizona, Kansas, Nebraska, New Mexico, Oklahoma) and 1 province (British Columbia). The current distribution of sage grouse is reduced throughout the species' historic range. Reasons for the reduction in area occupied from presettlement periods relate to habitat loss, habitat degradation, and habitat fragmentation. The long-term trend in sage grouse abundance is downward. The members of the Western Association of Fish and Wildlife Agencies agree that cooperative efforts are necessary to collect and analyze data on sage grouse and their habitats so that cooperative plans may be formulated and initiated to maintain the broadest distribution and greatest abundance possible within the fiscal realities of the member agencies and cooperating partners.

II.     <u>Objectives</u>

All member affected agencies agree that sage grouse are an important natural component of the sagebrush shrub-steppe ecosystem. As such, sage grouse serve as an indicator of the overall health of this important habitat type in western North America. Further, the presence and abundance of sage grouse reflects humankind's commitment to maintaining all natural components of the sagebrush shrub-steppe ecosystem so that all uses of this type are sustainable over time. Specific objectives are:

1.  Maintain and increase where possible the present distribution of sage grouse.
2.  Maintain and increase where possible the present abundance of sage grouse.
3.  Develop strategies using cooperative partnerships to maintain and enhance the specific habitats used by sage grouse throughout their annual cycle.

BLM_0040277

4.  Conduct management experiments on a sufficient scale to demonstrate that management of habitats can stabilize and enhance sage grouse distribution and abundance.
5.  Collect and analyze population and habitat data throughout the range of sage grouse for use in preparation of conservation plans.

III.  <u>Actions</u>

It is the intent of the members of the Western Association of Fish and Wildlife Agencies to sustain and enhance the distribution and abundance of sage grouse through responsible collective management programs. These programs will include:

1.  Identification of the present distribution of sage grouse in each member state/province.
2.  Collection of sage grouse population data following standardized protocols throughout the range of the species..
3.  Continuation of development of Conservation Plans based on the local working group concept.
4.  Validation of habitat evaluation models.
5.  Completion of genetic analyses across the range of sage grouse to more effectively define and manage individual populations.
6.  Development of cooperative partnerships with interested individuals, and private, state, and federal land managers.
7.  Support and implement the revised sage grouse population and habitat management guidelines.

IV.  <u>Responsibilities</u>

1.  Each state/province will collect data as recommended by the Western States Sage Grouse and Columbian Sharp-tailed Grouse Technical Committee within the constraints of their budgetary process.
2.  All member states/provinces will work cooperatively to maintain and enhance sage grouse and their habitats.

V.  <u>Approval</u>

We, the undersigned designated officials, do hereby approve this Memorandum of Understanding as recommended by resolution at the Summer Meeting of the Western Association of Fish and Wildlife Agencies in Durango, Colorado on 14 July 1999.

BLM_0040278

MEMORANDUM OF UNDERSTANDING

**AMONG**

**WESTERN ASSOCIATION OF FISH AND WILDLIFE AGENCIES**

**and**

**U.S. DEPARTMENT OF AGRICULTURE, FOREST SERVICE**

**and**

**U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT**

**and**

**U.S. DEPARTMENT OF THE INTERIOR, FISH AND WILDLIFE SERVICE**

I. Purpose

The purpose of this Memorandum of Understanding (MOU) is to provide for cooperation among the participating state and federal land and wildlife management agencies in the development of a rangewide strategy for the conservation and management of sage grouse (Centrocercus spp.) and their sagebrush (Artemisia) habitats. The sage grouse is an obligate sagebrush habitat species that requires large tracts of sagebrush habitat for its survival.  Sage grouse historically occurred in at least 16 states and three provinces. This species has been extirpated in five states (Arizona, Kansas, Nebraska, New Mexico, and Oklahoma) and one Canadian province (British Columbia). Its current range includes portions of California, Oregon, Washington, Nevada, Idaho, Utah, Montana, Wyoming, Colorado, North Dakota and South Dakota.  The long-term trend in sage grouse abundance is downward throughout its range.

Member state agencies ("State Agencies") of the Western Association of Fish and Wildlife Agencies (WAFWA) have signed a "Memorandum of Understanding Among Members of the Western Association of Fish and Wildlife Agencies for the Conservation and Management of Sage Grouse in North America." That MOU, signed in July of 1999, and attached hereto as Appendix A, outlines the purpose, objectives, actions and responsibilities for cooperation among WAFWA States.

The Bureau of Land Management, United States Department of the Interior (BLM), the Forest Service, United States Department of Agriculture (FS) and the Fish and Wildlife Service, U.S. Department of the Interior (FWS), and WAFWA, (collectively, "the Parties")

BLM_0040279

herein agree that cooperative efforts among the Parties, consistent with the applicable statutory requirements, are necessary to conserve and manage the nation's sagebrush ecosystems for the benefit of sage grouse and all other sagebrush dependent species.

## II. Objectives

The Parties agree that sage grouse are an important natural component of the sagebrush ecosystem. Sage grouse serve as an indicator of the overall health of this important ecosystem in Western North America. Providing for the presence and abundance of sage grouse reflects the Parties commitment to maintaining all natural components and ecological processes within sagebrush ecosystems. Specific objectives are to:

1. Maintain, and increase, where possible, the present distribution of sage grouse.
2. Maintain, and increase, where possible, the present abundance of sage grouse.
3. Identify the impacts of major land uses and hunting on sage grouse, and determine the primary causes for declines in sage grouse populations.
4. Develop a Rangewide Conservation Framework to provide for cooperation and integration in the development of Conservation Plans to address conservation needs across geographic scales as appropriate.
5. Develop partnerships with agencies, organizations, tribes, communities, individuals and private landowners to cooperatively accomplish the preceding objectives.

## III. Actions

The States will convene Working Groups to develop State or Local Conservation Plans. Working Groups will be comprised of representatives of local, state, federal and tribal governments, as appropriate. Participation will be open to all other interested parties. Federal participation in working groups will operate in a manner consistent with the Federal Advisory Committee Act. Working groups will be convened within 60 days of the effective date of this agreement.

The Parties will establish a Conservation Planning Framework Team consisting of four (4) representatives from WAFWA and one (1) representative each from BLM, FS and FWS. The Framework Team will develop a Range-wide Conservation Framework and provide recommendations and guidance to the working groups concerning the contents of State and Local Conservation Plans.

The Parties will collect, analyze and distribute sage grouse population and habitat data to the working groups for conservation planning. These data include, at a minimum: data on fire history, habitat composition and trend, known wintering and nesting habitat, and lek locations. Population data will be collected as recommended by the Western States Sage Grouse and Columbian Sharptailed Grouse Technical Committee.

BLM_0040280

Each State Conservation Plan will provide recommendations:

1. To protect and improve important sage grouse sagebrush habitats.
2. To actively manage to improve degraded sagebrush ecosystems.
3. To reduce the fragmentation and isolation of sagebrush habitats.
4. To address non-habitat issues, such as hunting, if such issues are identified to limit sage grouse populations in an area.
5. For desired population levels, distribution and habitat conditions.

The BLM, FS and FWS will provide for habitat protection, conservation and restoration, as appropriate, consistent with the National Environmental Policy Act and other applicable laws, regulations, directives and policies.  In doing so, the BLM, FS, and FWS will consider the WAFWA Guidelines for Management of Sage Grouse Populations and Habitats, State and Local Conservation Plans, and other appropriate information in their respective planning processes.

Parties to this agreement will work together to identify research needs and strategies and conduct joint assessments, monitoring and research.

### IV. Authorities

This MOU is among the FWS, BLM, FS, and WAFWA under the provisions of the following laws:

Federal Land and Policy Management Act of 1976 (43 U.S.C. 1701 et seq.)
Fish and Wildlife Act of 1956 (16 U.S.C. 742 et seq.)
Fish and Wildlife Coordination Act (16 U.S.C. 661-667)
Multiple-Use Sustained-Yield Act [of 1960] (16 U.S.C. 528-531)
Forest and Rangeland Renewable Resources Research Act of 1978 (16 U.S.C. 1641-48)
National Forest Management Act of 1976 (16 U.S.C. 1600 et seq.)
Endangered Species Act of 1973 (16 U.S.C. 1531 et seq.)
National Wildlife Refuge Administration Act of 1966, as amended by the National Wildlife
Refuge System Improvement Act of 1997 (16 U.S.C 668dd et seq.)

### V. Approval

It is mutually agreed and understood by and between the Parties that:

1. This MOU is neither a fiscal nor a funds obligation document.  Nothing in this agreement may be construed to obligate Federal Agencies or the United States to any current or future expenditure of resources in advance of the availability of appropriations from Congress. Any endeavor involving reimbursement or contribution of funds between the Parties to this MOU will be handled in accordance to applicable

BLM_0040281

regulations, and procedures including those for federal government procurement and printing. Such endeavor will be outlined in separate agreements that shall be made in writing by representatives of the Parties and shall be independently authorized in accordance with appropriate statutory authority. This MOU does not provide such authority.

2. This MOU in no way restricts the Parties from participating in similar activities with other public or private agencies, organizations and individuals.

3. This MOU is executed as of the last date shown below and expires five years from the execution date, at which time it will be subject to review, renewal or expiration.

4. Modifications within the scope of this MOU shall be made by the issuance of a mutually executed modification prior to any changes being performed.

5. Any party to this MOU may withdraw with a 60-day written notice.

6. Any press releases with reference to this MOU, the Parties, or the relationship established between the Parties of this MOU, shall be reviewed and agreed upon by all of the Parties.

7. In any advertising done by any of the Parties, this MOU should not be referred to in a manner that states or implies that any Party approves of or endorses unrelated activities of any other.

8. During the performance of the MOU the participants agree to abide by the terms of Executive Order 11246 on nondiscrimination and will not discriminate against any person because of race, age, color, religion, gender, national origin or disability.

9. No member of, or delegate to Congress, or resident Commissioner, shall be admitted to any share or part of this agreement, or to any benefit that may arise from, but these provisions shall not be construed to extend to this agreement if made with a corporation for its general benefits.

10. The Parties agree to implement the provisions of this MOU to the extent personnel and budgets allow. In addition, nothing in the MOU is intended to supercede any laws, regulations or directives by which the Parties must legally abide.

**IN WITNESS THEREOF, the parties hereto have executed this Memorandum of Understanding as of the last written date below.**

BLM_0040282

# APPENDIX 2

## Policy for Evaluation of Conservation Efforts
## PECE

BLM_0040283

preferred the rulemaking petition. The coordinates for Channel 287C3 at Alamo are 32–19–29 North Latitude and 82–43–23 West Longitude. This allotment has a site restriction of 20.4 kilometers (12.7 miles) north of Alamo.

**DATES:** Effective April 28, 2003.

**FOR FURTHER INFORMATION CONTACT:** R. Barthen Gorman, Media Bureau, (202) 418–2180.

**SUPPLEMENTARY INFORMATION:** This is a synopsis of the Commission's Report and Order, MM Docket No. 01–111, adopted March 12, 2003, and released March 14, 2003. The full text of this Commission decision is available for inspection and copying during normal business hours in the FCC's Reference Information Center at Portals II, 445 12th Street, SW., Room CY–A257, Washington, DC, 20554. The document may also be purchased from the Commission's duplicating contractor, Qualex International, Portals II, 445 12th Street, SW., Room CY–B402, Washington, DC, 20554, telephone 202 863–2893. facsimile 202 863–2898, or via e-mail *qualexint@aol.com*.

List of Subjects in 47 CFR Part 73

Radio, Radio broadcasting.

■ Part 73 of Title 47 of the Code of Federal Regulations is amended as follows:

PART 73—RADIO BROADCAST SERVICES

■ 1. The authority citation for Part 73 reads as follows:

**Authority:** 47 U.S.C. 154, 303, 334 and 336.

§ 73.202   [Amended]

■ 2. Section 73.202(b), the Table of FM Allotments under Georgia, is amended by adding Alamo, Channel 287C3.

Federal Communications Commission.

**John A. Karousos,**

*Assistant Chief, Audio Division Media Bureau.*

[FR Doc. 03–7470 Filed 3–27–03; 8:45 am]

**BILLING CODE 6712–01–P**

---

FEDERAL COMMUNICATIONS COMMISSION

47 CFR Part 73

[DA 03–629; MB Docket No. 02–120; RM–10442]

Radio Broadcasting Services; Owen, Wisconsin

**AGENCY:** Federal Communications Commission.

**ACTION:** Final rule.

**SUMMARY:** The Audio Division, at the request of Starboard Broadcasting, Inc.,

allots Channel 242C3 at Owen, Wisconsin, as the community's first local FM service. Channel 242C3 can be allotted to Owen, Wisconsin, in compliance with the Commission's minimum distance separation requirements with a site restriction of 12.9 km (8.0 miles) northeast of Owen. The coordinates for Channel 242C3 at Owen, Wisconsin, are 45–03–08 North Latitude and 90–29–21 West Longitude. A filing window for Channel 242C3 at Owen, WI, will not be opened at this time. Instead, the issue of opening this allotment for auction will be addressed by the Commission in a subsequent Order.

**DATES:** Effective April 28, 2003.

**FOR FURTHER INFORMATION CONTACT:** Deborah Dupont, Media Bureau, (202) 418–2180.

**SUPPLEMENTARY INFORMATION:** This is a synopsis of the Commission's Report and Order, MB Docket No. 02–120, adopted March 12, 2003, and released March 14, 2003. The full text of this Commission decision is available for inspection and copying during normal business hours in the FCC Information Center, Portals II, 445 12th Street, SW., Room CY–A257, Washington, DC 20554. The complete text of this decision may also be purchased from the Commission's duplicating contractor, Qualex International, Portals II, 445 12th Street, SW., Room CY–B402, Washington, DC, 20554, (202) 863–2893, facsimile (202) 863–2898, or via e-mail *qualexint@aol.com*.

List of Subjects in 47 CFR Part 73

Radio, Radio broadcasting.

■ Part 73 of title 47 of the Code of Federal Regulations is amended as follows:

PART 73—RADIO BROADCAST SERVICES

■ 1. The authority citation for part 73 continues to read as follows:

**Authority:** 47 U.S.C. 154, 303, 334 and 336.

§ 73.202   [Amended]

■ 2. Section 73.202(b), the Table of FM Allotments under Wisconsin, is amended by adding Owen, Channel 242C3.

Federal Communications Commission.

**John A. Karousos,**

*Assistant Chief, Audio Division, Media Bureau.*

[FR Doc. 03–7472 Filed 3–27–03; 8:45 am]

**BILLING CODE 6712–01–P**

---

DEPARTMENT OF THE INTERIOR

Fish and Wildlife Service

DEPARTMENT OF COMMERCE

National Oceanic and Atmospheric Administration

50 CFR Chapter IV

[Docket No. 000214043–2227–02; I.D. 011603A]

RIN 1018–AF55, 0648–XA48

Policy for Evaluation of Conservation Efforts When Making Listing Decisions

**AGENCIES:** Fish and Wildlife Service, Interior; National Marine Fisheries Service, NOAA, Commerce.

**ACTION:** Announcement of final policy.

**SUMMARY:** We, the Fish and Wildlife Service (FWS) and the National Marine Fisheries Service (NMFS) (the Services), announce a final policy for the evaluation of conservation efforts when making listing decisions (PECE) under the Endangered Species Act of 1973, as amended (Act). While the Act requires us to take into account all conservation efforts being made to protect a species, the policy identifies criteria we will use in determining whether formalized conservation efforts that have yet to be implemented or to show effectiveness contribute to making listing a species as threatened or endangered unnecessary. The policy applies to conservation efforts identified in conservation agreements, conservation plans, management plans, or similar documents developed by Federal agencies, State and local governments, Tribal governments, businesses, organizations, and individuals.

**DATES:** This policy is effective April 28, 2003.

**ADDRESSES:** Chief, Division of Conservation and Classification, U.S. Fish and Wildlife Service, 4401 North Fairfax Drive, Arlington, VA 22203 (Telephone 703/358–2171, Facsimile 703/358–1735); or Chief, Endangered Species Division, National Marine Fisheries Service, Office of Protected Resources, 1315 East-West Highway, Silver Spring, MD 20910 (Telephone 301/713–1401, Facsimile 301/713–0376).

**FOR FURTHER INFORMATION CONTACT:** Chris Nolin, Chief, Division of Conservation and Classification, U.S. Fish and Wildlife Service at the above address, telephone 703/358–2171 or facsimile 703/358–1735, or Margaret Lorenz, Endangered Species Division, National Marine Fisheries Service at the

above address, telephone 301/713–1401 or facsimile 301/713–0376.

**SUPPLEMENTARY INFORMATION:**

**Background**

This policy provides direction to Service personnel in determining how to consider a conservation agreement when making a decision on whether a species warrants listing under the Act. It also provides information to the groups interested in developing agreements or plans that would contribute to making it unnecessary for the Services to list a species under the Act.

On June 13, 2000, we published in the **Federal Register** (65 FR 37102) a draft policy for evaluating conservation efforts that have not yet been implemented or have not yet demonstrated effectiveness when making listing decisions under the Act. The policy establishes two basic criteria: (1) The certainty that the conservation efforts will be implemented and (2) the certainty that the efforts will be effective. The policy provides specific factors under these two basic criteria that we will use to direct our analysis of the conservation effort. At the time of making listing determinations, we will evaluate formalized conservation efforts (i.e., conservation efforts identified in a conservation agreement, conservation plan, management plan, or similar document) to determine if the conservation effort provides certainty of implementation and effectiveness and, thereby, improves the status, as defined by the Act, of the species such that it does not meet the Act's definition of a threatened or endangered species.

When we evaluate the certainty of whether the formalized conservation effort will be implemented, we will consider the following: Do we have a high level of certainty that the resources necessary to carry out the conservation effort are available? Do the parties to the conservation effort have the authority to carry it out? Are the regulatory or procedural mechanisms in place to carry out the efforts? And is there a schedule for completing and evaluating the efforts? If the conservation effort relies on voluntary participation, we will evaluate whether the incentives that are included in the conservation effort will ensure the level of participation necessary to carry out the conservation effort. We will also evaluate the certainty that the conservation effort will be effective. In making this evaluation, we will consider the following: Does the effort describe the nature and extent of the threats to the species to be addressed and how these threats are reduced by

the conservation effort? Does the effort establish specific conservation objectives? Does the effort identify the appropriate steps to reduce threats to the species? And does the effort include quantifiable performance measures to monitor for both compliance and effectiveness? Overall, we need to be certain that the formalized conservation effort improves the status of the species at the time we make a listing determination.

This policy is important because it gives us a consistent set of criteria to evaluate formalized conservation efforts. For states and other entities that are developing agreements or plans, this policy informs them of the criteria we will use in evaluating formalized conservation efforts when making listing decisions, and thereby guides States and other entities that wish to develop formalized conservation efforts that may contribute to making listing unnecessary.

In the notice of the draft policy, we specifically requested comments on the criteria that we would use to evaluate the certainty that a formalized conservation effort will be implemented. Also, we requested comments on the timing of the development of conservation agreements or plans. We have learned that timing is the most critical element when developing a successful conservation agreement or plan. Encouraging and facilitating early development of conservation agreements or plans is an important objective of this policy. Last-minute agreements (i.e., those that are developed just before or after a species is proposed for listing) often have little chance of affecting the outcome of a listing decision. Once a species is proposed for listing under the Act, we may have insufficient time to include consideration of a newly developed conservation plan in the public notice and comment process and still meet our statutory deadlines. Last-minute efforts are also less likely to be able to demonstrate that they will be implemented and effective in reducing or removing threats to the species. In addition, there are circumstances in which the threats to a species are so imminent and/or complex that it will be almost impossible to develop an agreement or plan that includes conservation efforts that will result in making the listing unnecessary. Accordingly, we encourage the early development of formalized conservation efforts before the threats become too extreme and imminent and when there is greater flexibility in sufficiently improving a species' status to the point

where listing the species as threatened or endangered is unnecessary.

**Summary of Comments and Recommendations**

In response to our request for comments on the draft policy, we received letters from 44 entities. Thirty-five were in support of the policy and nine were against. We reviewed all comments received and have incorporated accepted suggestions or clarifications into the final policy text. Because most of these letters included similar comments (several were form letters) we grouped the comments according to issues. The following is a summary of the relevant comments and our responses. We also received comments that were not relevant to the policy and, therefore, outside the policy's scope. We responded to some of these comments where doing so would clarify the process for determining whether a species is endangered or threatened (the listing process) or clarify the nature of conservation plans, agreements, and efforts.

*Policy Scope Issues*

*Issue 1:* Many commenters felt that this policy should also apply to downlisting species from endangered to threatened status and delisting actions, or else parties to an agreement where the final decision is to list the species would not have any incentives to take action on a listed species until a recovery plan is developed. In addition, one commenter suggested that the policy scope should be expanded to include the process of designating critical habitat.

*Response 1:* We believe that the immediate need is to develop criteria that will guide consistent and predictable evaluation of conservation efforts at the time of a listing determination. We may consider such a policy for downlisting or delisting actions in the future. However, we note that a recovery plan is the appropriate vehicle to provide guidance on actions necessary to delist a species. Also, we may consider developing a similar policy for critical habitat designations.

*Issue 2:* Two commenters stated that our estimates of time needed to develop, implement, monitor, and report on conservation efforts are underestimated.

*Response 2:* We agree that our original estimates were too low. We have increased our estimate to an average of 2,500 person-hours to complete a conservation agreement (with a range of 1,000 to 4,000 person-hours). We also increased our estimate of the average number of person-hours to conduct monitoring and to prepare a report to

BLM_0040285

320 and 80 hours, respectively. We expect the amount of time will vary depending on several factors including, but not limited to, the number of species addressed, amount of biological information available on the species, and the complexity of the threats. Therefore, we have provided an average to assist interested parties in their planning efforts.

*Issue 3:* One commenter questioned whether we would evaluate proposed agreements or plans using the stated criteria automatically or only upon request. The commenter also questioned whether we will consider agreements or plans that we previously determined were not sufficient to prevent the need for listing in combination with "new" proposed agreements or plans when we evaluate whether to list a species.

*Response 3:* If a listing proposal is under review, we will consider any conservation effort. We will evaluate the status of the species in the context of all factors that affect the species' risk of extinction, including all known conservation efforts whether planned, under way, or fully implemented. However, for formalized conservation efforts not fully implemented, or where the results have not been demonstrated, we will consider the PECE criteria in our evaluation of whether, and to what extent, the formalized conservation efforts affect the species' status under the Act.

*Issue 4:* One commenter asked the length of time for which a plan is approved.

*Response 4:* The PECE is not a plan-approval process, nor does it establish an alternative to listing. PECE outlines the criteria we will consider when evaluating formalized conservation efforts that have not yet been fully implemented or do not yet have a record of effectiveness at the time we make a listing decision. Should the status of a species decline after we make a decision not to list this species, we would need to reassess our listing decision. For example, there may be situations where the parties to a plan or agreement meet their commitments, but unexpected and/or increased threats (e.g., disease) may occur that threaten the species' status and make it necessary to list the species.

*Issue 5:* One commenter asked if the "new information" reopener is operative at any time.

*Response 5:* Yes, because section 4(b)(1) of the Act requires us to use the best available scientific and commercial data whenever making decisions during the listing process. In making a decision whether to list a species, we will take into account all available information,

including new information regarding formalized conservation efforts. If we receive new information on a formalized conservation effort that has not yet been implemented or not yet demonstrated effectiveness prior to making a listing decision, we will evaluate the conservation effort in the context of the PECE criteria. If we receive new information on such an effort after we have decided to list a species, then we will consider this new information along with other measures that reduce threats to the species and may use this information in downlisting the species from endangered to threatened status or delisting. However, PECE will not control our analysis of the downlisting of the species.

*Issue 6:* One commenter stated that it is unrealistic and unreasonable to expect agreements to be in place at the time the conservation effort is evaluated. In addition, the commenter stated that it is particularly unrealistic and unreasonable to expect that conservation agreements or plans be submitted within 60 days of publication of a proposed rule.

*Response 6:* We strongly encourage parties to initiate formalized conservation efforts prior to publication of a proposal to list a species under the Act. If a formalized conservation effort is submitted during the public comment period for a proposed rule, and may be significant to the listing decision, then we may extend or reopen the comment period to allow time for comment on the new conservation effort. However, we can extend the public comment period only if doing so does not prevent us from completing the final listing action within the statutory timeframe.

*Issue 7:* One commenter stated that most existing conservation agreements are ineffective, and furthermore that we are unable to determine their effectiveness for several years.

*Response 7:* We agree that it could take several years for some conservation efforts to demonstrate results. However, the PECE criteria provide the framework for us to evaluate the likely effectiveness of such formalized conservation efforts. Some existing conservation efforts have proven to be very effective and have justifiably influenced our listing decisions.

*Issue 8:* Several commenters stated that funds are better spent to list species, designate critical habitat, and implement recovery efforts rather than to develop conservation agreements.

*Response 8:* Conservation agreements can be seen as early recovery efforts. Early conservation efforts to improve the status of a species before listing is necessary may cost less than if the

species' status has already been reduced to the point where it needs to be listed. Early conservation of candidate species can reduce threats and stabilize or increase populations sufficiently to allow us to use our resources for species in greater need of the Act's protective measures.

*Issue 9:* Some commenters questioned the 14 conservation agreements that we cited which contributed to making listing the covered species as threatened or endangered unnecessary. Commenters requested information on each plan to better allow the public to evaluate the adequacy of the agreements.

*Response 9:* We referenced the 14 conservation agreements in the Paperwork Reduction Act section of the draft policy and used them solely to estimate the information collection and recordkeeping burden that would result from our draft policy if it were made final. Therefore, we do not recommend using these to comment on the new policy.

*Biological Issues*

*Issue 10:* One commenter questioned our method for evaluating a conservation plan that addresses only a portion of a species' range.

*Response 10:* Using the PECE criteria, we will evaluate all formalized conservation efforts that have yet to be implemented or have yet to demonstrate results at the time we make our listing decision. This is true for efforts that are applicable to all or only a portion of the species' range. The PECE does not set standards for how much conservation is needed to make listing unnecessary. The significance of plans that address only a portion of a species' range will be evaluated in the context of the species' overall status. While a formalized conservation effort may be effective in reducing or removing threats in a portion of the species' range, that may or may not be sufficient to remove the need to list the species as threatened or endangered. In some cases, the conservation effort may lead to a determination that a species warrants threatened status rather than endangered.

In addition, parties may have entered into agreements to obtain assurances that no additional commitments or restrictions will be required if the species is listed. A landowner or other non-Federal entity can enter into a Candidate Conservation Agreement with Assurances (CCAA) (64 FR 32726, June 17, 1999), which are formal agreements between us and one or more non-Federal parties that address the conservation needs of proposed or

candidate species, or species likely to become candidates. These agreements provide assurances to non-Federal property owners who voluntarily agree to manage their lands or waters to remove threats to candidate or proposed species, or to species likely to become candidates. The assurances are authorized under the CCAA regulations (50 CFR 17. 22(d)(5) and 17.32(d)(5)) and provide non-Federal property owners assurances that their conservation efforts will not result in future regulatory obligations in excess of those they agree to at the time they enter into the Agreement. Should the species eventually be listed under the Act, landowners will not be subjected to increased property use restrictions as long as they conform to the terms of the agreement. While one of these agreements may not remove the need to list, several such agreements, covering a large portion of the species' range, may.

*Issue 11:* Several commenters suggested that the Services should consider conservation efforts developed for species other than the species for which a listing decision is being made when the species have similar biological requirements and the conservation effort addresses protection of habitat of the species for which a listing decision is being made.

*Response 11:* We agree. When a decision whether or not to list a species is being made, we will consider all conservation efforts that reduce or remove threats to the species under review, including conservation efforts developed for other species. However, for all formalized conservation efforts that have not yet been implemented or have yet to demonstrate results, we will use the PECE criteria to evaluate the conservation effort for certainty of implementation and effectiveness for the species subject to the listing decision.

*Issue 12:* One commenter stated the "biology/natural history" of the species should be adequately known and explained in order to evaluate the effectiveness of the effort.

*Response 12:* When we consider the elements under the effectiveness criterion, we will evaluate whether the formalized conservation effort incorporates the best available information on the species' biology and natural history. However, due to variation in the amount of information available about different species and the threats to their existence, the level of information necessary to provide a high level of certainty that the effort will be effective will vary.

We believe it is important, however, to start conservation efforts as early as

possible even if complete biological information is lacking. Regardless of the extent of biological information we have about a species, there will almost always be some uncertainty about threats and the most effective mechanisms for improving the status of a species. We will include the extent of gaps in the available information in our evaluation of the level of certainty that the formalized conservation effort will be effective. One method of addressing uncertainty and accommodating new information is the use of monitoring and the application of adaptive management principles. The PECE criteria note that describing the threats and how those threats will be removed, including the use of monitoring and adaptive management principles, as appropriate, is critical to determining that a conservation effort that has yet to demonstrate results has reduced or removed a particular threat to a species.

*Issue 13:* Several commenters suggested that affected party(ies) should work with the Services to identify species that will be proposed for listing in the near future to help concentrate and direct efforts to those species that most warrant the protection, and help make the party(ies) aware of when and what actions should be taken to help conserve species in need.

*Response 13:* We do identify species in need of protection. The FWS publishes a Candidate Notice of Review (CNOR) in which the FWS identifies those species of plants and animals for which they have sufficient information on the species' biological status and threats to propose them as endangered or threatened under the Act, but for which development of a proposed listing regulation is precluded by other higher priority listing activities. NMFS, which has jurisdiction over marine species and some anadromous species, defines candidate species more broadly to include species whose status is of concern but more information is needed before they can be proposed for listing. NMFS candidate species can be found on their web site at *http:// www.nmfs.noaa.gov.* The FWS's CNOR is published in the **Federal Register** and can also be found on their web site at *http://endangered.fws.gov.*

We agree that it is important to start developing and implementing conservation efforts and coordinating those efforts with us as early as possible. Early conservation helps preserve management options, minimizes the cost of reducing threats to a species, and reduces the potential for land use restrictions in the future. Addressing the needs of species before the regulatory protections associated with listing

under the Act come into play often allows greater management flexibility in the actions necessary to stabilize or restore these species and their habitats. Early implementation of conservation efforts may reduce the risk of extinction for some species, thus eliminating the need for them to be listed as threatened or endangered.

*Issue 14:* One commenter stated that requiring an implementation schedule/ timeline for conservation objectives is not feasible when baseline data on a species is poorly understood. The policy should recognize that variation in patterns of species distribution and land ownership will cause variation in the difficulty of developing conservation efforts. Thus, some conservation efforts should be allotted more time for their completion.

*Response 14:* Biological uncertainty is a common feature of any conservation effort. Nevertheless, some conservation actions can proceed even when information on the species is incomplete. Implementation schedules are an important element of all formalized conservation planning efforts (e.g., recovery plans). The implementation schedule identified in PECE criterion A.8. establishes a timeframe with incremental completion dates for specific tasks. In light of the information gaps that may exist for some species or actions, schedules for completing certain tasks may require revision in response to new information, changing circumstances, and the application of adaptive management principles. Including an implementation schedule in a formalized conservation effort is critical to determining that the effort will be implemented and effective and has improved the status of the species under the Act at the time we make our listing determination.

We acknowledge that the amount of time required to develop and implement formalized conservation efforts will vary. Therefore, we encourage early development and implementation of conservation efforts for species that have not yet become candidates for listing and for those species that are already candidates. This policy does not dictate timeframes for completing conservation efforts. However, the Act mandates specific timeframes for many listing decisions, and we cannot delay final listing actions to allow for the development and signing of a conservation agreement or plan. We and participants must also acknowledge that, for species that are poorly known, or whose threats are not well understood, it is unlikely that conservation efforts that have not been implemented or that have yet to yield

BLM_0040287

results will have improved the status of the species sufficiently to play a significant role in the listing decision.

*Issue 15:* One commenter stated that the Services, when evaluating the certainty of conservation efforts while making listing decisions, should factor into the analysis the Services' ability to open or reopen the listing process at any time, and to list the species on an emergency basis if necessary.

*Response 15:* We will initiate or revisit a listing decision if information indicates that doing so is warranted, and on an emergency basis if there is an imminent threat to the species' well-being. However, we do not make any listing determinations based on our ability to change our decisions. We base our listing decisions on the status of the species at that time, not on some time in the future.

*Criteria Issues*

*Issue 16:* Several commenters requested that we further explain the criteria for both implementation and effectiveness. The commenters claim that our criteria are too vague and are subject to interpretation by the Services. One commenter said that, by stating "this list should not be considered comprehensive evaluation criteria," the policy allows the Services to consider criteria not addressed in the agreement, and allows for too much leeway for the Services to reject conservation efforts of an agreement, even if all criteria listed in the draft policy are satisfied.

*Response 16:* PECE establishes a set of criteria for us to consider when evaluating formalized conservation efforts that have not been implemented or have not yet demonstrated effectiveness to determine if the efforts have improved the status of the species. At the time of the listing decision, we must find, with minimal uncertainty, that a particular formalized conservation effort will be implemented and will be effective, in order to find that the effort has positively affected the conservation status of a species. Meeting these criteria does not create an approval process. Some conservation efforts will address these criteria more thoroughly than others. Because, in part, circumstances vary greatly among species, we must evaluate all conservation efforts on a case-by-case basis at the time of listing, taking into account any and all factors relevant to whether the conservation effort will be implemented and be effective.

Similarly, the list of criteria is not comprehensive because the conservation needs of species will vary greatly and depend on species-specific, habitat-specific, location-specific, and action-specific factors. Because conservation needs vary, it is not possible to state all of the factors that might determine the ultimate effectiveness of formalized conservation efforts. The species-specific circumstances will also determine the amount of information necessary to satisfy these criteria. Evaluating the certainty of the effectiveness of a formalized conservation effort necessarily includes an evaluation of the technical adequacy of the effort. For example, the effectiveness of creating a wetland for species conservation will depend on soil texture, hydrology, water chemistry, and other factors. Listing all of the factors that we would appropriately consider in evaluations of technical adequacy is not possible.

*Issue 17:* One commenter suggested that we consider conservation plans in the development stage rather than waiting until finalized due to the possible benefits that may result from initial efforts.

*Response 17:* Plans that have not been finalized and, therefore, do not conform to the PECE criteria, may have some conservation value for the species. For example, in the process of developing a plan, participants and the public may become more informed about the species and its conservation needs. We will consider any benefits to a species that have accrued prior to the completion of an agreement or plan in our listing decision, under section 4(b)(1)(A) of the Act. However, the mere existence of a planning process does not provide sufficient certainty to actually improve the status of a species. The criteria of PECE set a rigorous standard for analysis and assure a high level of certainty associated with formalized conservation efforts that have not been implemented, or have yet to yield results, in order to determine that the status of the species has improved.

We encourage parties to involve the appropriate Service during the development stage of all conservation plans, whether or not they are finalized prior to a listing decision. Sharing of the best available information can lead to developing better agreements. In the event that the focus species is listed, these planning efforts can be utilized as the basis for development of Safe Harbor Agreements or Habitat Conservation Plans, through which we can permit incidental take under Section 10(a) of the Act, or provide a basis for a recovery plan.

*Issue 18:* Several commenters stated that the policy should provide more sufficient, clear criteria by which the implementation and effectiveness of conservation efforts is monitored and assessed. One commenter also suggested that we require a specific reporting format to help show effectiveness of conservation efforts.

*Response 18:* When evaluating formalized conservation efforts under PECE, we will consider whether the effort contains provisions for monitoring and reporting implementation and effectiveness results (see criterion B.5).

Regarding a standard reporting format, the nature of the formalized conservation efforts we evaluate will probably vary a great deal. Efforts may range from complex to single-threat approaches. Therefore, for us to adopt a one-size-fits-all approach to report on monitoring efforts and results would be inappropriate.

*Issue 19:* One commenter stated that PECE is too demanding with respect to identification and commitment of resources "up-front," and that these strict requirements and commitments on conservation efforts harm the voluntary nature of agreements.

*Response 19:* Addressing the resources necessary to carry out a conservation effort is central to establishing certainty of plan implementation and effectiveness. Accordingly, we believe that PECE must establish a minimum standard to assure certainty of implementation and effectiveness. This certainty is necessary in determining whether the conservation effort has improved the status of species.

It is our intention and belief that the PECE criteria will actually increase the voluntary participation in conservation agreements by increasing the likelihood that parties' voluntary efforts and commitments that have yet to be implemented or have yet to demonstrate results will play a role in a listing decision.

*Issues Related to Specific Changes*

Several commenters recommended specific changes to the evaluation criteria. The recommended additions in language to the criteria are italicized and deletions are shown in strikeout to help the reader identify the proposed changes.

*Issue 20:* Commenters stated that there is potential confusion between evaluation criteria A.2. (authority) and A.3.(authorization) as they believed some Service staff may have difficulty distinguishing between an "authority," and an "authorization." To help eliminate this potential confusion, commenters requested that criterion A.2. be changed to read: "the legal authority of the party(ies) to the agreement or plan to implement the conservation effort and the legal

procedural requirements necessary to implement the effort are described." They also requested that we change criterion A.3. to read: The legal requirements (e.g. permits, environmental review documents) necessary to implement the conservation effort are identified, and an explanation of how the party(ies) to the agreement or plan that will implement the effort will fulfill these requirements is provided."

*Response 20:* We agree with adding the word "legal" and also have incorporated additional language and separated this criterion (former criterion A.2) into two criteria (A.2. and A.3.). Evaluation Criterion A.2. now reads, "The legal authority of the party(ies) to the agreement or plan to implement the formalized conservation effort, and the commitment to proceed with the conservation effort are described." New evaluation Criterion A.3. reads, "The legal procedural requirements necessary to implement the effort are described, and information is provided indicating that fulfillment of these requirements does not preclude commitment to the effort." In making these changes, we recognize that there may be overlap between new criterion A.3. and the criterion on authorizations (now A.4.), but our intent is to separate a criterion on procedural requirements from substantive authorizations (e.g. permits). We believe that we need to specifically determine that the parties to the agreement will obtain the necessary authorizations. We also recognize that parties may not be able to commit to some conservation efforts until they have fulfilled procedural requirements (e.g. under the National Environmental Policy Act) since some laws preclude commitment to a specific action until certain procedures are completed. Additionally, in creating a new criterion A.3., we find it unnecessary to incorporate the suggested changes to old A.3. (now A.4.).

*Issue 21:* Commenters requested the following change to Criterion A.4. (now Criterion A.5.): "The level of voluntary participation (e.g., permission to enter private land or other contributions by private landowners) necessary to implement the conservation effort is identified, and an explanation of how the party(ies) to the agreement or plan that will implement the conservation effort will obtain that level of voluntary participation is provided (e.g., an explanation of why incentives are to be provided are expected to result in the necessary level of voluntary participation)".

*Response 21:* We do not believe that including "an explanation of how the party(ies) * * * will obtain that level of voluntary participation * * *" will provide us with enough information in order to determine that necessary voluntary participation will, in fact, be obtained. Evaluation Criterion A.5. (formerly A.4.) now reads: "The type and level of voluntary participation (e.g., number of landowners allowing entry to their land, or number of participants agreeing to change timber management practices and acreage involved) necessary to implement the conservation effort is identified, and a high level of certainty is provided that the party(ies) to the agreement or plan that will implement the conservation effort will obtain that level of voluntary participation (e.g., an explanation of how incentives to be provided will result in the necessary level of voluntary participation)."

*Issue 22:* Commenters suggested that Evaluation Criterion A.6.) be changed to read as "Any statutory or regulatory deficiency or barrier to implementation of the conservation effort is identified and an explanation of how the party(ies) to the agreement or plan that will implement the effort will resolve the deficiency or barriers is provided."

*Response 22:* We do not agree with the suggested language change. We believe that all regulatory mechanisms, including statutory authorities, must be in place to ensure a high level of certainty that the conservation effort will be implemented.

*Issue 23:* The suggested change to Evaluation Criterion A.6. (now A.7.) is "A fiscal schedule and plan is provided for the conservation effort, including a description of the obligations of party(ies) to the agreement or plan that will implement the conservation effort, and an explanation of how they will obtain the necessary funding is provided."

*Response 23:* We do not agree with the suggested language change since we believe that there must be a high level of certainty that the party(ies) will obtain the necessary funding to implement the effort. While we agree that including a fiscal schedule, a description of the obligations of the party(ies), and an explanation of how they will obtain the funding is important, this information, by itself, does not provide enough certainty for us to consider a formalized conservation effort that has not yet been implemented as contributing to a listing decision. Also see our response to Issue 41.

*Issue 24:* One commenter suggested that the Services should consider an incremental approach to evaluating

implementation dates for the conservation effort.

*Response 24:* We agree with the commenter's suggested change. Evaluation Criterion A.8. (formerly A.7.) now reads as: "An implementation schedule (including incremental completion dates) for the conservation effort is provided."

*Issue 25:* Commenters suggested that Criterion A.8. (now A.9.) be revised to read: "The conservation agreement or plan that includes the conservation effort include a commitment by the party(ies) to apply their legal authorities and available resources as provided in the agreement or plan."

*Response 25:* The participation of the parties through a written agreement or plan establishes each party's commitment to apply their authorities and resources to implementation of each conservation effort. Therefore, it is unnecessary to include the suggested language; criterion A.9. (formerly A.8.) remains unchanged.

*Issue 26:* A commenter also suggested adding a criterion: "Evidence that other conservation efforts have been implemented for sympatric species within the same ecosystem that may provide benefits to the subject species is provided."

*Response 26:* We do not think it is necessary to add such a criterion. At the time of listing, we will take into consideration all relevant information, including the effect of other conservation efforts for sympatric species on the status of the species we are considering for listing.

*Issue 27:* Several commenters recommended that we make specific changes to the Criterion B.1. language to read as: "The nature and extent of threats being addressed by the conservation effort are described, and how the conservation effort will reduce the threats are defined." In addition, commenters suggested we change Criterion B.2. to read as: "Explicit incremental objectives for the conservation effort and dates for achieving them should be stated."

*Response 27:* We agree that, in addition to identifying threats, the plan should explain how formalized conservation efforts reduce threats to the species. Therefore, Evaluation Criterion B.1. now reads: "The nature and extent of threats being addressed by the conservation effort are described, and how the conservation effort reduces the threats is described." We agree that conservation efforts should include incremental objectives. This allows the parties to evaluate progress toward the overall goal of a conservation effort, which is essential for adaptive

management. In addition, setting and achieving interim objectives is helpful in maintaining support for the effort. Therefore, Evaluation Criterion B.2. now reads as: "Explicit incremental objectives for the conservation effort and dates for achieving them are stated."

*Issue 28:* Some commenters recommended that the party's (ies') prior record with respect to development and implementation of conservation efforts be recognized towards their credibility and reliability to implement future conservation efforts. A commenter also suggested adding a criterion to read as: "Demonstrated ability of the party(ies) to develop and implement effective conservation efforts for this or other species and habitats." Another comment suggested that the history and momentum of a program should be taken into account (e.g., watershed council programs) when considering the certainty of effectiveness and implementation. These considerations would help ensure a high level of certainty that regulatory mechanisms, funding authorizations, and voluntary participation will be adopted by a specified date adequate to provide certainty of implementation.

*Response 28:* Although it would be beneficial for the party(ies) to demonstrate their past abilities to implement effective formalized conservation efforts for the focus species or other species and habitats, we do not believe that this is necessary to demonstrate a high level of certainty that the conservation effort will be implemented. In addition, a criterion that emphasizes previous experience in implementing conservation efforts may limit formalized conservation efforts to only those party(ies) that have a track record and would unjustifiably constrain conservation efforts by those who do not satisfy this criterion. Such parties can provide certainty in other ways. We agree that a party's (ies') prior record and history with respect to implementation of conservation efforts should be recognized towards their credibility and reliability. Information concerning a party's experience in implementing conservation efforts may be useful in evaluating how their conservation effort satisfies the PECE criteria. The momentum of a project is a good indication of the progress that is being made towards a party's (ies') conservation efforts, but momentum can decrease, and thus cannot be solely relied upon to determine the certainty that a formalized conservation effort will be implemented or effective.

*Issue 29:* One commenter stated that our use of "must" in meeting the criteria is inappropriate in the context of a policy, and the policy should rather be treated as guidance.

*Response 29:* The only mandatory statements in the policy refer to findings that we must make. In order for us to find that a particular formalized conservation effort has improved the status of the species, we must be certain that the formalized conservation effort will be implemented and will be effective. No party is required to take any action under this policy. Rather the policy provides us guidance on how we will evaluate formalized conservation efforts that have yet to be implemented or have yet to demonstrate effectiveness at the time of our listing decision.

*Legal Issues*

*Issue 30:* Many commenters mentioned past litigation (i.e., decisions on coho salmon and Barton Springs salamander) in which the courts have ruled against the Services in cases that have involved Candidate Conservation Agreements or other conservation efforts, and question how the PECE policy addresses this issue. Commenters question how this policy will keep the Services from relying on speculative conservation efforts.

*Response 30:* We referenced past adverse decisions when we published the draft policy. The purpose of PECE, in part, is to address situations similar to those in which some courts found past conservation efforts insufficient. We developed the PECE to establish a set of consistent standards for evaluating certain formalized conservation efforts at the time of a listing decision and to ensure with a high level of certainty that formalized conservation efforts will be implemented and effective. We agree that we may not rely on speculative promises of future action when making listing decisions.

*Issue 31:* Several commenters questioned the legality of considering private party's (ies') input when section 4(b)(1)(A) of the Act states "* * * and after taking into account those efforts, if any, being made by any State or foreign nation, or any political subdivision of a State or foreign nation, to protect such species * * *" In addition, commenters stated that the PECE policy is inconsistent with the plain language and the congressional intent of the Act by allowing agencies to evaluate any private measures. They also stated that this was inconsistent with considering section 4(a)(1)(D), which only permits agencies to evaluate "existing regulatory mechanisms." They also stated that the

Services incorrectly conclude that section 4(a)(1)(E), "other natural or manmade factors affecting [the species'] continued existence," allows the Services to consider actions of "any other entity" in making listing determinations. One commenter stated that there are no provisions to authorize the Services to consider voluntary conservation agreements by other Federal agencies. In 1982, the Act omitted 1973 language for listing determinations made with "other interested Federal agencies." In addition, the commenters stated that the Act imposes conservation duties on all Federal agencies only after the Services have taken the initial step in listing the species.

*Response 31:* Please refer to the Policy Scope section for an explanation of our authority under section 4 of the Act to assess all threats affecting the species status as well as all efforts that reduce threats to the species.

*Issue 32:* One commenter suggested that we formalize this policy by codifying it in the Code of Federal Regulations. They suggest that by adopting this policy as agency regulation, we can make the policy more binding, provide a basis for judicial deference, and thus hopefully reduce the amount of litigation.

*Response 32:* We believe that codifying PECE in the Code of Federal Regulations is not necessary because it is intended as a policy to guide how we will evaluate formalized conservation efforts when making listing decisions.

*Issue 33:* Some commenters believe that all regulatory mechanisms must be in place prior to finalizing a conservation plan, while other commenters feel that this requirement may dissuade voluntary conservation efforts of private landowners. One commenter stated that, based on the amount of time usually needed to enact most regulatory mechanisms, it seems appropriate to set this minimum standard for evaluating formalized conservation efforts. This criterion should prompt more serious political consideration of adopting a regulatory mechanism sooner rather than later. Another commenter suggested that, instead of requiring regulations, we should analyze processes to identify and address any regulatory deficiencies affecting the species.

*Response 33:* In order for us to determine with a high level of certainty that a formalized conservation effort will be implemented, among other things, all regulatory mechanisms necessary to implement the effort must be in place at the time we make our listing decision. However, there may be

situations where regulatory mechanisms are not necessary for implementing the conservation effort due to the nature of the action that removes threats, or there may be situations where necessary regulatory mechanisms are already in place.

*Issue 34:* One commenter stated that only when an alternative regulatory mechanism provides the same or higher protections than listing can the threat factors be said to be alleviated. A high level of certainty over future funding or voluntary participation might be acceptable if alternative regulatory mechanisms to prevent take in the interim are in place.

*Response 34:* Determinations to list species under the Act are based solely on whether or not they meet the definitions of threatened or endangered as specified by the Act. Through PECE, we will evaluate, at the time of our listing decision, whether a formalized conservation effort adequately reduces threats and improves the status of the species to make listing unnecessary. Additional alternative regulatory mechanisms to prevent take are not necessary if the threats to the species are reduced to the point that the species does not meet the definitions of threatened or endangered.

*Issue 35:* One commenter stated concern that the Services would not be able to provide assurances to private landowners because no specific provisions in the Act authorize conservation agreements in lieu of listing, and that third party lawsuits also undermine the Services' assurances. One commenter asked what future protection of their ongoing actions participants would receive.

*Response 35:* Satisfying the PECE criteria does not provide assurances that we will not decide to list a species. Also, because of the individual nature of species and the circumstances of their status, PECE does not address how much conservation is required to make listing unnecessary. Because of the numerous factors that affect a species' status, we may list a species despite the fact that one or more formalized conservation efforts have satisfied PECE. However, assurances can be provided to non-Federal entities through an approved Candidate Conservation Agreement with Assurances (CCAA) and in an associated enhancement of survival permit issued under section 10(a)(1)(A) of the Act. Many property owners desire certainty with regard to future regulatory restrictions to guarantee continuation of existing land or water uses or to assure allowance for future changes in land use. By facilitating this kind of individual land

use planning, assurances provided under the CCAA policy can substantially benefit many property owners. These agreements can have significance in our listing decisions, and we may also evaluate them according to the criteria in the PECE if they are not yet implemented or have not demonstrated results. However, we will make the determination of whether these CCAAs preclude or remove any need to list the covered species on a case-by-case basis in accordance with the listing criteria and procedures under section 4 of the Act.

*Issue 36:* Several commenters stated that the PECE does not always provide incentives to conserve species and is, therefore, not supported by the Congressional finding of section 2(a)(5) of the Act. The commenters stated that the parties lack incentives to develop conservation programs until after the species is listed (e.g., *Building Industry Association of Southern California* v. *Babbitt,* where listing the coastal California gnatcatcher encouraged enrollment in conservation programs.) In addition, they stated that PECE provides a means for the listing process to be avoided entirely, and, therefore, may often fail to provide incentives that Congress referred to in its findings in section 2(a)(5). They stated that the "system" of incentives to which that Congressional finding refers is already found in incidental take provisions in section 10 of the Act, which will better ensure development and implementation of successful conservation programs.

*Response 36:* PECE is not "a way to avoid listing" or an "in lieu of listing" policy. This policy outlines guidance on the criteria we will use to evaluate formalized conservation efforts in determining whether to list a species. Knowing how we will evaluate any unimplemented or unmeasured formalized conservation efforts may help parties draft more effective agreements. However, there is a conservation incentive because, if a species becomes listed, these efforts can contribute to recovery and eventual delisting or downlisting of the species. Also, see our response to Issue 35.

*Issue 37:* Several commenters stated that relying on unimplemented future conservation measures is inconsistent with the definitions of "threatened species" and "endangered species" as provided in section 3 of the Act, and that PECE's evaluation of future, unimplemented conservation efforts in listing determinations is inconsistent with both the plain language of the Act and Congressional intent. Also, the commenters stated that the PECE

erroneously claims that the definitions of "threatened species" and "endangered species" connote future status, not present status.

*Response 37:* We agree that, when we make a listing decision, we must determine the species' present status which includes, in part, an evaluation of current threats. However, deciding or determining whether a species meets the definition of threatened or endangered also requires us to make a prediction about the future persistence of a species. Central to this concept is a prediction of future conditions, including consideration of future negative effects of anticipated human actions. The language of the Act supports this approach. The definitions for both "endangered species" and "threatened species" connote future condition, which indicates that consideration of whether a species should be listed depends in part on identification and evaluation of future actions that will reduce or remove, as well as create or exacerbate, threats to the species. We cannot protect species without taking into account future threats to a species. The Act does not require that, and species conservation would be compromised if, we wait until a threat is actually impacting populations before we list the species as threatened or endangered. Similarly, the magnitude and/or imminence of a threat may be reduced as a result of future positive human actions. Common to the consideration of both the negative and positive effects of future human actions is a determination of the likelihood that the actions will occur and that their effects on the species will be realized. Therefore, we consider both future negative and future positive impacts when assessing the listing status of the species. The first factor in section 4(a)(1)—[A] the present or threatened destruction, modification, or curtailment of [the species'] habitat or range"—identifies how analysis of both current actions affecting species' habitat or range and those actions that are sufficiently certain to occur in the future and affect a species' habitat or range are necessary to assess a species' status. However, future Federal, state, local, or private actions that affect a species are not limited to actions that will affect a species' habitat or range. Congress did not intend for us to consider future actions affecting a species' habitat or range, yet ignore future actions that will influence overutilization, disease, predation, regulatory mechanisms, or other natural or manmade factors. Therefore, we construe Congress' intent, as reflected

by the language of the Act, to require us to consider both current actions that affect a species' status and sufficiently certain future actions—either positive or negative—that affect a species' status.

*Issue 38:* Several commenters stated that PECE's "sufficient certainty" standard is inconsistent with the Act's "best available science" standard. They stated that courts have ruled that any standard other than "best available science" violates the plain language and the Congressional intent of the Act. The commenters also stated that the "sufficient certainty" standard violates Congressional intent because it weakens the standard required by the Act to list species and can result in unnecessary, and potentially harmful, postponement of affirmative listing.

*Response 38:* We agree that our listing decisions must be based on the best available science. PECE does not address or change the listing criteria and procedures established under section 4 of the Act. Listing analyses include the evaluation of conservation efforts for the species under consideration. PECE is designed to help ensure a consistent and rigorous review of formalized conservation efforts that have yet to be implemented or efforts that have been implemented but have not yet shown effectiveness by establishing a set of standards to evaluate the certainty of implementation and effectiveness of these efforts.

*Issue 39:* Several commenters stated that PECE reduces or eliminates public comment on proposed rules to list species and is in violation of the Administrative Procedure Act (APA). Further, they stated that PECE violates the APA by allowing submission of formalized conservation measures after the proposed rule is issued to list species as threatened or endangered. Receiving "conservation agreements or plans before the end of the comment period in order to be considered in final listing decision" encourages landowners to submit conservation agreements at the last minute to avoid public scrutiny, and the PECE process could be a potential delay tactic used by landowners to postpone the listing of species. They stated that the Courts agree that failure of the Services to make available to the public conservation agreements on which listing decisions are based violates the public comment provision of the APA.

*Response 39:* All listing decisions, including those involving formalized conservation agreements, will comply with the requirements of the APA and ESA. If we receive a formalized conservation agreement or plan during an open comment period and it presents

significant new information relevant to the listing decision, we would either extend or reopen the public comment period to solicit public comments specifically addressing that plan or agreement. We recognize, however, that there may be situations where APA requirements must be reconciled with the ESA's statutory deadlines.

*Issue 40:* Several commenters expressed their concern that conservation efforts do not have binding obligations.

*Response 40:* While PECE does not require participants to have binding obligations, the policy does require a high level of certainty that a conservation effort will be implemented and effective at the time we make our listing decision. Furthermore, any subsequent failure to satisfy one or more PECE criteria would constitute new information and, depending on the significance of the formalized conservation effort to the species' status, may require a reevaluation of whether there is an increased risk of extinction, and whether that increased risk indicates that the species' status is threatened or endangered.

*Funding Issues*

*Issue 41:* Several commenters requested that we further specify our criteria stating that "a high level of certainty that the party(ies) to the agreement or plan that will implement the conservation effort will obtain the necessary funding is provided." In addition, one commenter questioned whether "a high level of certainty" for authorizations or funding was really an improvement over the status quo and suggested that we either list the required elements we will use to evaluate completeness of the conservation efforts or quantitatively define an evaluation standard.

*Response 41:* A high level of certainty of funding does not mean that funding must be in place now for implementation of the entire plan, but rather, it means that we must have convincing information that funding will be provided each year to implement relevant conservation efforts. We believe that at least 1 year of funding should be assured, and we should have documentation that demonstrates a commitment to obtain future funding, e.g., documentation showing funding for the first year is in place and a written commitment from the senior official of a state agency or organization to request or provide necessary funding in subsequent budget cycles, or documentation showing that funds are available through appropriations to existing programs and the

implementation of this plan is a priority for these programs. A fiscal schedule or plan showing clear links to the implementation schedule should be provided, as well as an explanation of how the party(ies) will obtain future necessary funding. It is also beneficial for entities to demonstrate that similar funding was requested and obtained in the past since this funding history can show the likelihood that future funding will be obtained.

*Issue 42:* One commenter suggested that the PECE policy holds qualifying conservation efforts to a higher standard than recovery plans. The commenter quoted several existing recovery plans that included disclaimers about budget commitments associated with specific tasks. Therefore, the commenter concluded that it is unrealistic and unreasonable to mandate that funding be in place when a conservation effort is evaluated.

*Response 42:* The Act does not require that certainty of implementation be provided for recovery management actions for listed species or conservation efforts for nonlisted species. Likewise, the PECE does not require that certainty of implementation be provided for during development of conservation efforts for nonlisted species. It is inappropriate to consider the PECE as holding conservation plans or agreements to a higher standard than the standard that exists for recovery plans because the PECE does not mandate a standard for conservation plans or agreements at the time of plan development. Rather, the PECE provides us guidance for the evaluation of conservation efforts when making a listing decision for a nonlisted species.

Recovery plans for listed species and conservation plans or agreements for nonlisted species identify needed conservation actions but may or may not provide certainty that the actions will be implemented or effective. However, when making a listing decision for nonlisted species, we must consider the certainty that a conservation effort will be implemented and effective. The PECE establishes criteria for us to use in evaluating conservation efforts when making listing decisions.

It is possible that we would evaluate a management action identified in a recovery plan for a listed species using the PECE. If, for example, a yet-to-be-implemented task identified in a recovery plan for a listed species would also benefit a nonlisted species, we, in making a listing decision for the nonlisted species, would apply the PECE criteria to that task to determine whether it could be considered as contributing to a decision not to list the

BLM_0040292

**15109**

species or to list the species as
threatened rather than endangered. In
this situation, we would evaluate the
management task identified in a
recovery plan using the PECE criteria
in the same way as other conservation
efforts for the nonlisted species. That is,
the recovery plan task would be held to
the same evaluation standard in the
listing decision as other conservation
efforts.

*Foreign Species Issues*

*Issue 43:* One commenter asked why
the proposed policy excluded
conservation efforts by foreign
governments, even though section
4(b)(1)(A) of the Act requires the
Services to take such efforts into
account. This commenter also stated
that the proposed policy is contrary to
"The Foreign Relations Law of the
United States," which he argues
requires the United States to defer to
other nations when they have a "clearly
greater interest" regarding policies or
regulations being considered by the
United States that could negatively
affect their nations.

*Response 43:* As required by the Act,
we have taken and will continue to take
into account conservation efforts by
foreign countries when considering
listing of foreign species (sections 4(b)
and 8 of the Act). Furthermore,
whenever a species whose range occurs
at least in part outside of the United
States is proposed for a listing action
(listing, change in status, or delisting),
we communicate with and solicit the
input of the countries within the range
of the species. At that time, countries
are provided the opportunity to share
information on the status of the species,
management of the species, and on
conservation efforts within the foreign
country. We will take those comments
and information provided into
consideration when evaluating the
listing action, which by law must follow
the analysis outlined in sections 4(a)
and 4(b) of the Act. Thus, all listing
decisions for foreign species will
continue to comply with the provisions
of the Act.

*Issues Outside Scope of Policy*

We received several comments that
were outside of the scope of PECE.
Below, we have briefly addressed these
comments.

*Issue 44:* A comment was made that
the Services should not list foreign
species under the Act when such listing
is in conflict with the Convention on
International Trade in Endangered
Species of Wild Fauna and Flora
(CITES).

*Response 44:* Considerations
regarding CITES are outside the scope of
the PECE. However, we do not believe
there is a conflict with CITES and listing
of a foreign species under the Act. When
evaluating the status of foreign species
under the Act, we take into
consideration whether the species is
listed under CITES (and if listed, at
what level) and all available information
regarding the listing. If you have
questions regarding CITES, please
contact the FWS Division of Scientific
Authority at 4401 N. Fairfax Drive,
Room 750, Arlington, VA 22203 or by
telephone at 703–358–1708.

*Issue 45:* One commenter stated that
all conservation agreements/plans
should be subject to independent
scientific peer review. This commenter
also argued that any conservation
agreement or plan for a candidate
species should remove all known major
threats for the species and convey a
reasonably high certainty that the
agreement or plan will result in full
conservation of the species.

*Response 45:* We believe that
scientific review can help ensure that
formalized conservation efforts are
comprehensive and effective, and we
expect that most or all participants will
seek scientific review, but we will not
require a formal independent peer
review of conservation plans at the time
of development. If a formalized
conservation plan is presented for a
species that has been proposed for
listing, all relevant information,
including formalized conservation
efforts, will be subject to independent
scientific review consistent with our
policy on peer review (59 FR 34270).
We will also solicit public comments on
our listing proposals.

The amount or level of conservation
proposed in a conservation plan (e.g.,
removal of all versus some of the major
threats) is outside the scope of PECE.
Assuming that all of the PECE criteria
have been satisfied for the efforts to
which they apply, it stands to reason
that plans that comprehensively address
threats are likely to be more influential
in listing decisions than plans that do
not thoroughly address the conservation
of the species. We believe that by
establishing the PECE criteria for
certainty of implementation and
effectiveness, we are promoting the
development of plans that improve the
status of species. We expect that in
some cases this improvement will
reduce the risk of extinction sufficiently
to make listing under the Act
unnecessary, to result in listing a
species as threatened rather than
endangered, or to make classifying a

species as a candidate for listing
unnecessary.

*Issue 46:* Several commenters
questioned the extent of state
involvement in the development of
conservation efforts. One commenter
said that the policy should mandate that
States be involved with plan
development, and that states approve all
conservation efforts.

*Response 46:* It is outside the scope of
PECE to establish standards to
determine who participates in the
development of conservation efforts and
at what level. In many cases, states play
a crucial role in the conservation of
species. For formalized conservation
efforts to be effective, it is logical for the
states to play an integral role. To that
end, we highly encourage state
participation to help ensure the
conservation of the species, but we do
not believe that states should be
mandated to participate in the
development of all conservation plans.
In some cases, states may not have the
resources to participate in these plans,
and in other situations, individuals or
non-state entities may have the ability to
develop an effective and well-
implemented plan that does not require
state participation, but that contributes
to the conservation of a species.
Through our listing process, we will
work with state conservation agencies,
and, if the listing decision involves a
public comment period, states have a
formal opportunity to comment on any
conservation efforts being considered in
the listing decision.

*Issue 47:* Several comments were
made regarding the feedback
mechanisms to correct a party's (ies')
inadequate or ineffective
implementation of a conservation effort.
It was suggested that the Services
specify clearly, and based on scientific
information, those factors which the
Services believe indicate that a
conservation effort is either not being
implemented or not being effective.
Comments also suggested that party(ies)
be given reasonable time (e.g., 90–120
days) to respond to the Service's
findings by either implementing actions,
achieving objectives, or providing
information to respond to the Services.

*Response 47:* PECE is not a regulatory
approval process, and establishing a
formal feedback mechanism between
the Services and participants is not
within the scope of PECE. The final
determination whether to list a species
under the Act will rest solely upon
whether or not the species under
consideration meets the definition of
threatened or endangered as specified
by the Act, which will include
consideration of whether formalized

BLM_0040293

conservation efforts that meet PECE criteria have enhanced the status of the species. We will provide guidance to improve conservation efforts when possible, but we cannot delay listing decisions in order to participate in a corrective review process when the best scientific and commercial data indicate that a species meets the definition of threatened or endangered.

*Issue 48:* One commenter requested that we clarify how significant the conservation agreement must be to the species, and describe the anticipated overall impact/importance to the species and the estimated extent of the species' overall range that the habitat conservation agreement might cover.

*Response 48:* PECE does not establish standards for how much or what kind of conservation is required to make listing a species under the Act unnecessary. We believe that high-quality formalized conservation efforts should explain in detail the impact and significance of the effort on the target species. However, at the time of our listing decision, we will evaluate formalized conservation efforts using PECE to determine whether the effort provides certainty of implementation and effectiveness and improves the status of the species. Through our listing process, we will determine whether or not a species meets the definition of threatened or endangered.

*Issue 49:* Several commenters wrote that states do not have additional resources to be pro-active on candidate conservation efforts, and suggested that funding for conservation plans or efforts should be provided by the Federal Government.

*Response 49:* This comment is outside the scope of the PECE. This policy establishes a set of standards for evaluating formalized conservation efforts in our listing decisions and does not address funding sources to develop and implement these efforts.

**Summary of Changes From the Proposed Policy**

We have slightly revised some of the evaluation criteria as written in the proposed policy. We made the following changes to reflect comments that we received during the public comment period. We added the word "legal" to criterion A.2., incorporated additional language ("the commitment to proceed with the conservation effort is described."), and separated this criterion into two criteria (A.2. and A.3.). We revised criterion A.3. (formerly part of A.2.) to recognize that parties cannot commit to completing some legal procedural requirements (e.g. National Environmental Policy Act)

since some procedural requirements preclude commitment to a proposed action before the procedures are actually completed. We changed criterion A.5. (formerly A.4.) by adding "type" and "(e.g., number of landowners allowing entry to their land, or number of participants agreeing to change timber management practices and acreage involved)" and by replacing "why" with "how" and "are expected to" with "will." We deleted the word "all" at the beginning of criterion A.6. as we felt it was redundant. We added "(including incremental completion dates)" to criterion A.8. (formerly A.7.). To criterion B.1. we added "and how the conservation effort reduces the threats is described."

Also in the proposed policy we stated that if we make a decision not to list a species, or to list the species as threatened rather than endangered, based in part on the contributions of a formalized conservation effort, we will monitor the status of the species. We have clarified this in the final policy to state that we will monitor the status of the effort, including the progress of implementation of the formalized conservation effort.

**Required Determinations**

*Regulatory Planning and Review*

In accordance with Executive Order 12866, this document is a significant policy and was reviewed by the Office of Management and Budget (OMB) in accordance with the four criteria discussed below.

(a) This policy will not have an annual economic effect of $100 million or more or adversely affect an economic sector, productivity, jobs, the environment, or other units of government. The policy for the evaluation of conservation efforts when making listing decisions does not pertain to commercial products or activities or anything traded in the marketplace.

(b) This policy is not expected to create inconsistencies with other agencies' actions. FWS and NMFS are responsible for carrying out the Act.

(c) This policy is not expected to significantly affect entitlements, grants, user fees, loan programs, or the rights and obligations of their recipients.

(d) OMB has determined that this policy may raise novel legal or policy issues and, as a result, this action has undergone OMB review.

*Regulatory Flexibility Act (5 U.S.C. 601 et seq.)*

Under the Regulatory Flexibility Act (5 U.S.C. 601 *et seq.*, as amended by the

Small Business Regulatory Enforcement Fairness Act (SBREFA) of 1996), whenever an agency is required to publish a notice of rulemaking for any proposed or final rule, it must prepare and make available for public comment a regulatory flexibility analysis that describes the effect of the rule on small entities (i.e., small businesses, small organizations, and small government jurisdictions), unless the agency certifies that the rule will not have a significant economic impact on a substantial number of small entities.

SBREFA amended the Regulatory Flexibility Act to require Federal agencies to provide the statement of the factual basis for certifying that a rule will not have a significant economic impact on a substantial number of small entities. The following discussion explains our determination.

We have examined this policy's potential effects on small entities as required by the Regulatory Flexibility Act and have determined that this action will not have a significant economic impact on a substantial number of small entities since the policy will not result in any significant additional expenditures by entities that develop formalized conservation efforts. The criteria in this policy describe how we will evaluate elements that are already included in conservation efforts and do not establish any new implementation burdens. Therefore, we believe that no economic effects on States and other entities will result from compliance with the criteria in this policy.

Pursuant to the Regulatory Flexibility Act, at the proposed policy stage, we certified to the Small Business Administration that this policy would not have a significant economic impact on a substantial number of small entities, since we expect that this policy will not result in any significant additional expenditures by entities that develop formalized conservation efforts. We received no comments regarding the economic impacts of this policy on small entities. Thus, we certify that this final policy will not have a significant adverse impact on a substantial number of small entities and conclude that a regulatory flexibility analysis is not necessary.

We have determined that this policy will not cause (a) any effect on the economy of $100 million or more, (b) any increases in costs or prices for consumers; individual industries; Federal, State, or local government agencies; or geographical regions, or (c) any significant adverse effects on competition, employment, investment, productivity, innovation, or the ability

BLM_0040294

of U.S.-based enterprises to compete with foreign-based enterprises (see Economic Analysis below).

## Executive Order 13211

On May 18, 2001, the President issued an Executive Order (E.O. 13211) on regulations that significantly affect energy supply, distribution, and use. Executive Order 13211 requires agencies to prepare Statements of Energy Effects when undertaking certain actions. Although this policy is a significant action under Executive Order 12866, it is not expected to significantly affect energy supplies, distribution, or use. Therefore, this action is not a significant energy action and no Statement of Energy Effects is required.

## Unfunded Mandates Reform Act (2 U.S.C. 1501 et seq.)

In accordance with the Unfunded Mandates Reform Act (2 U.S.C. 1501 *et seq.*):

(a) This policy will not "significantly or uniquely" affect small governments. A Small Government Agency Plan is not required. We expect that this policy will not result in any significant additional expenditures by entities that develop formalized conservation efforts.

(b) This policy will not produce a Federal mandate on state, local, or tribal governments or the private sector of $100 million or greater in any year; that is, it is not a "significant regulatory action" under the Unfunded Mandates Reform Act. This policy imposes no obligations on state, local, or tribal governments (see Economic Analysis below).

## Takings

In accordance with Executive Order 12630, this policy does not have significant takings implications. While state, local or Tribal governments, or private entities may choose to directly or indirectly implement actions that may have property implications, they would do so as a result of their own decisions, not as a result of this policy. This policy has no provision that would take private property.

## Federalism

In accordance with Executive Order 13132, this policy does not have significant Federalism effects. A Federalism assessment is not required. In keeping with Department of the Interior and Commerce policy, we requested information from and coordinated development of this policy with appropriate resource agencies throughout the United States.

## Civil Justice Reform

In accordance with Executive Order 12988, this policy does not unduly burden the judicial system and meets the requirements of sections 3(a) and 3(b)(2) of the Order. With the guidance provided in the policy, requirements under section 4 of the Endangered Species Act will be clarified to entities that voluntarily develop formalized conservation efforts.

## Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.)

This policy contains collection-of-information requirements subject to the Paperwork Reduction Act (PRA) and which have been approved by Office of Management and Budget (OMB). The FWS has OMB approval for the collection under OMB Control Number 1018–0119, which expires on December 31, 2005. The NMFS has OMB approval for the collection under OMB Control Number 0648–0466, which expires on December 31, 2005. We may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Public reporting burden for FWS collections of information is estimated to average 2,500 hours for developing one agreement with the intent to preclude a listing, 320 hours for annual monitoring under one agreement, and 80 hours for one annual report. The FWS expects that six agreements with the intent of making listing unnecessary will be developed in one year and that four of these will be successful in making listing unnecessary, and therefore, the entities who develop these four agreements will carry through with their monitoring and reporting commitments. Public reporting burden for NMFS collections of information is estimated to average 2,500 hours for developing one agreement with the intent to preclude a listing, 320 hours for annual monitoring under one agreement, and 80 hours for one annual report. The NMFS expects that two agreements with the intent of making listing unnecessary will be developed in one year and that one of these will be successful in making listing unnecessary, and therefore, the entities who develop this agreement will carry through with their monitoring and reporting commitments. These estimates include the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate, or any other aspect of this data collection, including suggestions for reducing the burden, to the FWS and NMFS (see **ADDRESSES** section of this policy).

## National Environmental Policy Act

We have analyzed this policy in accordance with the criteria of the National Environmental Policy Act (NEPA), the Department of the Interior Manual (318 DM 2.2(g) and 6.3(D)), and National Oceanic and Atmospheric Administration (NOAA) Administrative Order 216–6. This policy does not constitute a major Federal action significantly affecting the quality of the human environment. The FWS has determined that the issuance of the policy is categorically excluded under the Department of the Interior's NEPA procedures in 516 DM 2, Appendix 1 (1.10) and 516 DM 6, Appendix 1. NOAA has determined that the issuance of this policy qualifies for a categorical exclusion as defined by NOAA Administrative Order 216–6, Environmental Review Procedure.

## ESA Section 7 Consultation

We have determined that issuance of this policy will not affect species listed as threatened or endangered under the Endangered Species Act, and, therefore, a section 7 consultation on this policy is not required.

## Government-to-Government Relationship With Tribes

In accordance with the President's memorandum of April 29, 1994, "Government-to-Government Relations with Native American Tribal Governments" (59 FR 22951), E.O. 13175, and the Department of Interior's 512 DM 2, this policy does not directly affect Tribal resources. The policy may have an indirect effect on Native American Tribes as the policy may influence the type and content of conservation plans and efforts implemented by Tribes, or other entities. The extent of this indirect effect will be determined on a case-by-case basis during our evaluation of individual formalized conservation efforts when we make a listing decision. Under Secretarial Order 3206, we will, at a minimum, share with the entity that developed the formalized conservation effort any information provided by the Tribes, through the public comment period for the listing decision or formal submissions. During the development of conservation plans, we can encourage the incorporation of conservation efforts that will restore or enhance Tribal trust resources. After consultation with the Tribes and the entity that developed the formalized conservation effort and after

BLM_0040295

careful consideration of the Tribe's concerns, we must clearly state the rationale for the recommended final listing decision and explain how the decision relates to our trust responsibility. Accordingly:

(a) We have not yet consulted with the affected Tribe(s). We will address this requirement when we evaluate formalized conservation efforts that have yet to be implemented or have recently been implemented and have yet to show effectiveness at the time we make a listing decision.

(b) We have not yet worked with Tribes on a government-to-government basis. We will address this requirement when we evaluate formalized conservation efforts that have yet to be implemented or have recently been implemented but have yet to show effectiveness at the time we make a listing decision.

(c) We will consider Tribal views in individual evaluations of formalized conservation efforts.

(d) We have not yet consulted with the appropriate bureaus and offices of the Department about the identified effects of this policy on Tribes. This requirement will be addressed with individual evaluations of formalized conservation efforts.

*Information Quality*

In Accordance with section 515 of the Treasury and General Government Appropriations Act for Fiscal Year 2001 (Public Law 106–554), OMB directed Federal agencies to issue and implement guidelines to ensure and maximize the quality, objectivity, utility, and integrity of Government information disseminated to the public (67 FR 8452). Under our Information Quality guidelines, if we use a conservation plan or agreement as part of our decision to either list or not list a species under the Act, the plan or agreement is considered to be disseminated by us and these guidelines apply to the plan or agreement. The criteria outlined in this policy are consistent with OMB, Department of Commerce, NOAA, and Department of the Interior. FWS information quality guidelines. The Department of the Interior's guidelines can be found at *http://www.doi.gov/ocio/guidelines/515Guides.pdf*, and the FWS's guidelines can be found at *http://irm.fws.gov/infoguidelines/*. The Department of Commerce's guidelines can be found at *http://www.osec.doc.gov/cio/oipr/iqg.html*, and the NOAA/NMFS's guidelines can be found at *http://www.noaanews.noaa.gov/stories/iq.htm*. Under these guidelines, any affected person or organization may request from FWS or NMFS, a correction of information they believe to be incorrect in the plan or agreement. "Affected persons or organizations" are those who may use, be benefitted by, or be harmed by the disseminated information (i.e., the conservation plan or agreement). The process for submitting a request for correction of information is found in the respective FWS and NOAA guidelines.

*Economic Analysis*

This policy identifies criteria that a formalized conservation effort must satisfy to ensure certainty of implementation and effectiveness and for us to determine that the conservation effort contributes to making listing a species unnecessary or contributes to forming a basis for listing a species as threatened rather than endangered. We developed this policy to ensure consistent and adequate evaluation of agreements and plans when making listing decisions. The policy will also provide guidance to States and other entities on how we will evaluate certain formalized conservation efforts during the listing process.

The criteria in this policy primarily describe elements that are already included in conservation efforts and that constitute sound conservation planning. For example, the criteria requiring identification of responsible parties, obtaining required authorizations, establishment of objectives, and inclusion of an implementation schedule and monitoring provisions are essential for directing the implementation and affirming the effectiveness of conservation efforts. These kinds of "planning" requirements are generally already included in conservation efforts and do not establish any new implementation burdens. Rather, these requirements will help to ensure that conservation efforts are well planned and, therefore, increase the likelihood that conservation efforts will ultimately be successful in making listing species unnecessary.

The development of an agreement or plan by a state or other entity is completely voluntary. However, when a state or other entity voluntarily decides to develop an agreement or plan with the specific intent of making listing a species unnecessary, the criteria identified in this policy can be construed as requirements placed on the development of such agreements or plans. The state or other entity must satisfy these criteria in order to obtain and retain the benefit they are seeking, which is making listing of a species as threatened or endangered unnecessary.

The criteria in the policy require demonstrating certainty of implementation and effectiveness of formalized conservation efforts. We have always considered the certainty of implementation and effectiveness of conservation efforts when making listing decisions. Therefore, we believe that no economic effects on states and other entities will result from using the criteria in this policy as guidance.

Furthermore, publication of this policy will have positive effects by informing States and other entities of the criteria we will use in evaluating formalized conservation efforts when making listing decisions, and thereby guide states and other entities in developing voluntary formalized conservation efforts that will be successful in making listing unnecessary. Therefore, we believe that informational benefits will result from issuing this policy. We believe these benefits, although important, will be insignificant economically.

**Authority**

The authority for this action is the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 *et seq.*).

**Policy for Evaluation of Conservation Efforts When Making Listing Decisions**

*Policy Purpose*

The Fish and Wildlife Service and National Marine Fisheries Service developed this policy to ensure consistent and adequate evaluation of formalized conservation efforts (conservation efforts identified in conservation agreements, conservation plans, management plans, and similar documents) when making listing decisions under the Act. This policy may also guide the development of conservation efforts that sufficiently improve a species' status so as to make listing the species as threatened or endangered unnecessary.

*Definitions*

"Adaptive management" is a method for examining alternative strategies for meeting measurable biological goals and objectives, and then, if necessary, adjusting future conservation management actions according to what is learned.

"Agreements and plans" include conservation agreements, conservation plans, management plans, or similar documents approved by Federal agencies, State and local governments, Tribal governments, businesses, organizations, or individuals.

"Candidate species," as defined by regulations at 50 CFR 424.02(b), means

any species being considered for listing as an endangered or a threatened species, but not yet the subject of a proposed rule. However, the FWS includes as candidate species those species for which the FWS has sufficient information on file relative to status and threats to support issuance of proposed listing rules. The NMFS includes as candidate species those species for which it has information indicating that listing may be warranted, but for which sufficient information to support actual proposed listing rules may be lacking. The term "candidate species" used in this policy refers to those species designated as candidates by either of the Services.

"Conservation efforts," for the purpose of this policy, are specific actions, activities, or programs designed to eliminate or reduce threats or otherwise improve the status of a species. Conservation efforts may involve restoration, enhancement, maintenance, or protection of habitat; reduction of mortality or injury; or other beneficial actions.

"Formalized conservation efforts" are conservation efforts identified in a conservation agreement, conservation plan, management plan, or similar document. An agreement or plan may contain numerous conservation efforts.

*Policy Scope*

When making listing decisions, the Services will evaluate whether formalized conservation efforts contribute to making it unnecessary to list a species, or to list a species as threatened rather than endangered. This policy applies to those formalized conservation efforts that have not yet been implemented or have been implemented, but have not yet demonstrated whether they are effective at the time of a listing decision. We will make this evaluation based on the certainty of implementing the conservation effort and the certainty that the effort will be effective. This policy identifies the criteria we will use to help determine the certainty of implementation and effectiveness. Listing decisions covered by the policy include findings on petitions to list species, and decisions on whether to assign candidate status, remove candidate status, issue proposed listing rules, and finalize or withdraw proposed listing rules. This policy applies to formalized conservation efforts developed with or without a specific intent to influence a listing decision and with or without the involvement of the Services.

Section 4(a)(1) of the Endangered Species Act of 1973, as amended (16

U.S.C. 1533(a)(1)), states that we must determine whether a species is threatened or endangered because of any of the following five factors:(A) the present or threatened destruction, modification, or curtailment of its habitat or range; (B) overutilization for commercial, recreational, scientific, or educational purposes; (C) disease or predation; (D) the inadequacy of existing regulatory mechanisms; or (E) other natural or manmade factors affecting its continued existence.

Although this language focuses on impacts negatively affecting a species, section 4(b)(1)(A) requires us also to "tak[e] into account those efforts, if any, being made by any State or foreign nation, or any political subdivision of a State or foreign nation, to protect such species, whether by predator control, protection of habitat and food supply, or other conservation practices, within any area under its jurisdiction, or on the high seas." Read together, sections 4(a)(1) and 4(b)(1)(A), as reflected in our regulations at 50 CFR 424.11(f), require us to take into account any State or local laws, regulations, ordinances, programs, or other specific conservation measures that either positively or negatively affect a species' status (i.e., measures that create, exacerbate, reduce, or remove threats identified through the section 4(a)(1) analysis). The manner in which the section 4(a)(1) factors are framed supports this conclusion. Factor (D) for example—ldquo;the inadequacy of existing regulatory mechanisms''—indicates that overall we might find existing regulatory mechanisms adequate to justify a determination not to list a species.

Factor (E) in section 4(a)(1) (any "manmade factors affecting [the species'] continued existence'') requires us to consider the pertinent laws, regulations, programs, and other specific actions of any entity that either positively or negatively affect the species. Thus, the analysis outlined in section 4 of the Act requires us to consider the conservation efforts of not only State and foreign governments but also of Federal agencies, Tribal governments, businesses, organizations, or individuals that positively affect the species' status.

While conservation efforts are often informal, such as when a property owner implements conservation measures for a species simply because of concern for the species or interest in protecting its habitat, and without any specific intent to affect a listing decision, conservation efforts are often formalized in conservation agreements, conservation plans, management plans, or similar documents. The development

and implementation of such agreements and plans has been an effective mechanism for conserving declining species and has, in some instances, made listing unnecessary. These efforts are consistent with the Act's finding that "encouraging the States and other interested parties * * * to develop and maintain conservation programs * * * is a key * * * to better safeguarding, for the benefit of all citizens, the Nation's heritage in fish, wildlife, and plants'' (16 U.S.C. 1531 (a)(5)).

In some situations, a listing decision must be made before all formalized conservation efforts have been implemented or before an effort has demonstrated effectiveness. We may determine that a formalized conservation effort that has not yet been implemented has reduced or removed a threat to a species when we have sufficient certainty that the effort will be implemented and will be effective.

Determining whether a species meets the definition of threatened or endangered requires us to analyze a species' risk of extinction. Central to this risk analysis is an assessment of the status of the species (i.e., is it in decline or at risk of decline and at what rate is the decline or risk of decline) and consideration of the likelihood that current or future conditions or actions will promote (see section 4(b)(1)(A)) or threaten a species' persistence. This determination requires us to make a prediction about the future persistence of a species, including consideration of both future negative and positive effects of anticipated human actions. The language of the Act supports this approach. The definitions for both "endangered species" and "threatened species" connote future condition, which indicates that consideration of whether a species should be listed depends in part on identification and evaluation of future actions that will reduce or remove, as well as create or exacerbate, threats to the species. The first factor in section 4(a)(1)—the present or *threatened* destruction, modification, or curtailment of [the species'] habitat or range''—identifies how analysis of both current actions affecting a species' habitat or range and those actions that are sufficiently certain to occur in the future and affect a species' habitat or range are necessary to assess a species' status. However, future Federal, State, local, or private actions that affect a species are not limited to actions that will affect a species' habitat or range. Congress did not intend for us to consider future actions affecting a species' habitat or range, yet ignore future actions that will influence overutilization, disease, predation,

BLM_0040297

regulatory mechanisms, or other natural or manmade factors. Therefore, we construe Congress' intent, as reflected by the language of the Act, to require us to consider both current actions that affect a species' status and sufficiently certain future actions—either positive or negative—that affect a species' status. As part of our assessment of future conditions, we will determine whether a formalized conservation effort that has yet to be implemented or has recently been implemented but has yet to show effectiveness provides a high level of certainty that the effort will be implemented and/or effective and results in the elimination or adequate reduction of the threats.

For example, if a state recently designed and approved a program to eliminate collection of a reptile being considered for listing, we must assess how this program affects the status of the species. Since the program was just designed, an implementation and effectiveness record may not yet exist. Therefore, we must evaluate the likelihood, or certainty, that it will be implemented and effective, using evidence such as the State's ability to enforce new regulations, educate the public, monitor compliance, and monitor the effects of the program on the species. Consequently, we would determine that the program reduces the threat of overutilization of the species through collecting if we found sufficient certainty that the program would be implemented and effective.

In another example, a state could have a voluntary incentive program for protection and restoration of riparian habitat that includes providing technical and financial assistance for fencing to exclude livestock. Since the state has already implemented the program, the state does not need to provide certainty that it will be implemented. If the program was only recently implemented and no record of the effects of the program on the species' status existed, we would evaluate the effectiveness of this voluntary program at the time of our listing decision. To assess the effectiveness, we would evaluate the level of participation (e.g., number of participating landowners or number of stream-miles fenced), the length of time of the commitment by landowners, and whether the program reduces the threats on the species. We would determine that the program reduces the threat of habitat loss and degradation if we find sufficient certainty that the program is effective.

In addition, we will consider the estimated length of time that it will take for a formalized conservation effort to produce a positive effect on the species. In some cases, the nature, severity, and/or imminence of threats to a species may be such that a formalized conservation effort cannot be expected to produce results quickly enough to make listing unnecessary since we must determine at the time of the listing decision that the conservation effort has improved the status of the species.

Federal agencies, Tribal governments, state and local governments, businesses, organizations, or individuals contemplating development of an agreement or plan should be aware that, because the Act mandates specific timeframes for making listing decisions, we cannot delay the listing process to allow additional time to complete the development of an agreement or plan. Nevertheless, we encourage the development of agreements and plans even if they will not be completed prior to a final listing decision. Such an agreement or plan could serve as the foundation for a special rule under section 4(d) of the Act, which would establish only those prohibitions necessary and advisable for the conservation of a threatened species, or for a recovery plan, and could lead to earlier recovery and delisting.

This policy provides us guidance for evaluating the certainty of implementation and effectiveness of formalized conservation efforts. This policy is not intended to provide guidance for determining the specific level of conservation (e.g., number of populations or individuals) or the types of conservation efforts (e.g., habitat restoration, local regulatory mechanisms) specifically needed to make listing particular species unnecessary and does not provide guidance for determining when parties should enter into agreements. We do encourage early coordination in conservation measures to prevent the species from meeting the definition of endangered or threatened.

If we make a decision not to list a species or to list the species as threatened rather than endangered based in part on the contributions of a formalized conservation effort, we will track the status of the effort including the progress of implementation and effectiveness of the conservation effort. If any of the following occurs: (1) a failure to implement the conservation effort in accordance with the implementation schedule; (2) a failure to achieve objectives; (3) a failure to modify the conservation effort to adequately address an increase in the severity of a threat or to address other new information on threats; or (4) we receive any other new information indicating a possible change in the status of the species, then we will reevaluate the status of the species and consider whether initiating the listing process is necessary. Initiating the listing process may consist of designating the species as a candidate species and assigning a listing priority, issuing a proposed rule to list, issuing a proposed rule to reclassify, or issuing an emergency listing rule. In some cases, even if the parties fully implement all of the conservation efforts outlined in a particular agreement or plan, we may still need to list the species. For example, this may occur if conservation efforts only cover a portion of a species' range where the species needed to be conserved, or a particular threat to a species was not anticipated or addressed at all, or not adequately addressed, in the agreement or plan.

*Evaluation Criteria*

Conservation agreements, conservation plans, management plans, and similar documents generally identify numerous conservation efforts (i.e., actions, activities, or programs) to benefit the species. In determining whether a formalized conservation effort contributes to forming a basis for not listing a species, or for listing a species as threatened rather than endangered, we must evaluate whether the conservation effort improves the status of the species under the Act. Two factors are key in that evaluation: (1) for those efforts yet to be implemented, the certainty that the conservation effort will be implemented and (2) for those efforts that have not yet demonstrated effectiveness, the certainty that the conservation effort will be effective. Because the certainty of implementation and effectiveness of formalized conservation efforts may vary, we will evaluate each effort individually and use the following criteria to direct our analysis.

*A. The certainty that the conservation effort will be implemented:*

1. The conservation effort, the party(ies) to the agreement or plan that will implement the effort, and the staffing, funding level, funding source, and other resources necessary to implement the effort are identified. 2. The legal authority of the party(ies) to the agreement or plan to implement the formalized conservation effort, and the commitment to proceed with the conservation effort are described.3. The legal procedural requirements (e.g. environmental review) necessary to implement the effort are described, and information is provided indicating that fulfillment of these requirements does

not preclude commitment to the effort. 4. Authorizations (e.g., permits, landowner permission) necessary to implement the conservation effort are identified, and a high level of certainty is provided that the party(ies) to the agreement or plan that will implement the effort will obtain these authorizations. 5. The type and level of voluntary participation (e.g., number of landowners allowing entry to their land, or number of participants agreeing to change timber management practices and acreage involved) necessary to implement the conservation effort is identified, and a high level of certainty is provided that the party(ies) to the agreement or plan that will implement the conservation effort will obtain that level of voluntary participation (e.g., an explanation of how incentives to be provided will result in the necessary level of voluntary participation). 6. Regulatory mechanisms (e.g., laws, regulations, ordinances) necessary to implement the conservation effort are in place. 7. A high level of certainty is provided that the party(ies) to the agreement or plan that will implement the conservation effort will obtain the necessary funding. 8. An implementation schedule (including incremental completion dates) for the conservation effort is provided. 9. The conservation agreement or plan that includes the conservation effort is approved by all parties to the agreement or plan.

*B. The certainty that the conservation effort will be effective:*

1. The nature and extent of threats being addressed by the conservation effort are described, and how the conservation effort reduces the threats is described. 2. Explicit incremental objectives for the conservation effort and dates for achieving them are stated. 3. The steps necessary to implement the conservation effort are identified in detail. 4. Quantifiable, scientifically valid parameters that will demonstrate achievement of objectives, and standards for these parameters by which progress will be measured, are identified. 5. Provisions for monitoring and reporting progress on implementation (based on compliance with the implementation schedule) and effectiveness (based on evaluation of quantifiable parameters) of the conservation effort are provided. 6. Principles of adaptive management are incorporated.

These criteria should not be considered comprehensive evaluation criteria. The certainty of implementation and effectiveness of a formalized conservation effort may also depend on species-specific, habitat-specific, location-specific, and effort-specific factors. We will consider all appropriate factors in evaluating formalized conservation efforts. The specific circumstances will also determine the amount of information necessary to satisfy these criteria.

To consider that a formalized conservation effort(s) contributes to forming a basis for not listing a species or listing a species as threatened rather than endangered, we must find that the conservation effort is sufficiently certain to be implemented and effective so as to have contributed to the elimination or adequate reduction of one or more threats to the species identified through the section 4(a)(1) analysis. The elimination or adequate reduction of section 4(a)(1) threats may lead to a determination that the species does not meet the definition of threatened or endangered, or is threatened rather than endangered. An agreement or plan may contain numerous conservation efforts, not all of which are sufficiently certain to be implemented and effective. Those conservation efforts that are not sufficiently certain to be implemented and effective cannot contribute to a determination that listing is unnecessary or a determination to list as threatened rather than endangered. Regardless of the adoption of a conservation agreement or plan, however, if the best available scientific and commercial data indicate that the species meets the definition of "endangered species" or "threatened species" on the day of the listing decision, then we must proceed with appropriate rule-making activity under section 4 of the Act.

Dated: September 16, 2002.

**Steve Williams,**

*Director, Fish and Wildlife Service.*

December 23, 2002.

**William T. Hogarth,**

*Assistant Administrator for Fisheries, National Marine Fisheries Services.*

[FR Doc. 03–7364 Filed 3–27–03; 8:45 am]

**BILLING CODES 4310–55–S and 3510–22–S**

---

**DEPARTMENT OF COMMERCE**

**National Oceanic and Atmospheric Administration**

**50 CFR Part 679**

**[Docket No. 021212306–2306–01; I.D. 032403A]**

**Fisheries of the Exclusive Economic Zone Off Alaska; Pollock in Statistical Area 610 of the Gulf of Alaska**

**AGENCY:** National Marine Fisheries Service (NMFS), National Oceanic and Atmospheric Administration (NOAA), Commerce.

**ACTION:** Modification of a closure.

**SUMMARY:** NMFS is reopening directed fishing for pollock in Statistical Area 610 of the Gulf of Alaska (GOA) for 24 hours. This action is necessary to fully use the B season allowance of the total allowable catch (TAC) of pollock specified for Statistical Area 610.

**DATES:** Effective 1200 hrs, Alaska local time (A.l.t.), March 26, 2003, through 1200 hrs, A.l.t., March 27, 2003.

**FOR FURTHER INFORMATION CONTACT:** Mary Furuness, 907–586–7228.

**SUPPLEMENTARY INFORMATION:** NMFS manages the groundfish fishery in the GOA exclusive economic zone according to the Fishery Management Plan for Groundfish of the Gulf of Alaska (FMP) prepared by the North Pacific Fishery Management Council under authority of the Magnuson-Stevens Fishery Conservation and Management Act. Regulations governing fishing by U.S. vessels in accordance with the FMP appear at subpart H of 50 CFR part 600 and 50 CFR part 679.

NMFS closed the B season directed fishery for pollock in Statistical Area 610 of the GOA under § 679.20(d)(1)(iii) on March 19, 2003 (68 FR 13857, March 21, 2003).

NMFS has determined that, approximately 986 mt of pollock remain in the B season directed fishing allowance. Therefore, in accordance with 679.25(a)(2)(i)(C) and (a)(2)(iii)(D), and to fully utilize the B season allowance of pollock TAC specified for Statistical Area 610, NMFS is terminating the previous closure and is reopening directed fishing for pollock in Statistical Area 610 of the GOA. In accordance with § 679.20(d)(1)(iii), the Regional Administrator finds that this directed fishing allowance will be reached after 24 hours. Consequently, NMFS is prohibiting directed fishing for pollock in Statistical Area 610 of the GOA effective 1200 hrs, A.l.t., March 27, 2003.

BLM_0040299

# APPENDIX 3

## Evaluation of Lek Counts Using Simulations

### Introduction

The use of lek counts to evaluate populations has been controversial with greater sage-grouse (Walsh 2002, Walsh et al. 2004) and with other species of prairie grouse (Applegate 2000). A central issue involves the use of lek counts to estimate populations, even without supporting data on the population's actual parameters (Anderson 2001, Walsh et al. 2004). Some of this concern is based on attendance rates for males on leks. There are little range-wide data on these rates but in Colorado rates varied between 42% to 92% for adult males and 19% to 86% for yearling males (Emmons and Braun 1984, Dunn and Braun 1985, Walsh et al. 2004). Some of this variation may be due to monitoring design, but some may be due to annual and/or regional variation (Walsh et al. 2004). Walsh et al. (2004) also expressed concerns that estimation of long-term trends using lek counts might be faced with similar problems but did not examine the relationship between lek counts and trends.

Therefore, to better understand the reliability of lek data for assessing population trends in this conservation assessment, we tested the lek count procedure using simulated populations. Simulated populations have an advantage over real populations in this type of analysis because their characteristics can be defined and their rates of population change accurately monitored. Hence the lek count procedure employed throughout the sage-grouse range in North America can be examined and its probability of detecting real trends assessed.

### Simulated populations

We designed simulated populations with relatively conservative characteristics. Each simulated population contained 20 leks in the first year and was monitored for 20 additional years (21 years total with 20 annual rates of population change). Because each of the actual populations or subpopulations contained an average of 93 leks (Appendix 4 and 5), this approach was believed to be conservative. The average observed attendance at 5,585 leks on 35,919 different yearly occasions was 26.4 males (SD = 27.4 males). Because attendance rates on leks may be relatively low (42% for adult males and 19% for yearling males, Walsh et al. 2004), we attempted to simulate leks with an average attendance of 50 males. Although there are few data to verify the actual size of sage-grouse leks, there are numerous data elucidating the distribution of leks by size category (Fig. A3.1). Because lek size appears to approximate an exponential distribution, we used an exponential equation to randomly assign the starting attendance at each lek with numbers varying between 1 and 300.

Following the initial year, simulated populations were allowed to vary annually based on an assigned overall rate of change (0.0 in this case) and an annual yearly variance around the overall rate of change (randomly assigned with SD = 0.1). Individual leks were also assigned a random annual variance (SD = 0.1) so that they could vary independently to a certain extent. Hence, some leks within a simulated population could increase while others were declining, even

BLM_0040300

though most leks were likely to fluctuate in the same direction.  Similarly, a simulated population with an overall increase could display occasional years with decreases.  All leks were assigned the nearest whole number of males.  An initial assessment of simulated populations with these characteristics suggested that they were consistent with observed populations and with demographic characteristics obtained with radio telemetry.  For example, simulated populations did not vary much beyond what normal survival and productivity estimates would suggest is possible (Schroeder et al. 1999, Crawford et al. 2004).   Annual rates of change for each simulated population were estimated as the natural logs of the result of the populations in year x divided by the populations in year x-1.

## Sampling of simulated populations

An analysis of survey intensity by year illustrated a dramatic increase in effort over time (Fig. A3.2).  Thus we used an equation (25% + 2.5%*year) to approximate the increase in survey intensity from about 25% to 75% during the last 21 years (1983 was considered year 0 in the equation).  We also attached a random sampling variance (SD = 10%) to each year to reflect some of the normal annual variation in sampling intensity.

A randomly selected annual survey effort was used to determine the number of surveyed leks in each year for each simulated population.  The only deviation from this procedure is that leks surveyed in the previous year were more likely to be surveyed (approximately 65% of leks surveyed in one year are surveyed the following year).  The proportion of simulated males actually observed was based in part on average male attendance at leks (values ranging from 19-92%; Emmons and Braun 1984, Dunn and Braun 1985, Walsh et al. 2004).  Because of the lack of solid and consistent information on the topic, we designed the program to conservatively select 50% of the males actually present with an assigned random variance (SD = 15%).  We bounded all observations by 0 and the actual lek size and all observations were rounded to the nearest whole number.  This variance ensured that some leks would be observed to have zero males, which often happens under field conditions.  Annual rates of change for each sampled population were estimated as the natural logs of the result of males counted on leks in year x divided by the males counted on the same leks in year x-1 (only leks counted in consecutive years were used for each annual estimate).  Although this procedure was conservative, we designed it to reflect actual sampling and analysis techniques.

## Results

Average initial lek size for 10,000 simulated populations was 49.7 males.  The overall average instantaneous rate of population change for the actual simulated populations was 0.0003 (SD = 0.0413).  The rate of change based on surveys of these simulated populations was 0.0003 (SD = 0.0418).  Neither value was significantly different than zero.  The annual rate of 10,000 estimated population changes deviated from the actual rate of population changes by an average of 0.0384 (SD = 0.0308); this number was not correlated with the actual rate of population change ($r^2$ = 0.0001).  An evaluation of accuracy suggested that accuracy increased with the observed rate of population change (Fig. A3.3).  Accuracy was generally greater than 80% for

BLM_0040301

populations with an observed annual rate of change of at least 0.03 and greater than 95% with rates of a least 0.07.

We used these accuracy statistics to conduct a preliminary evaluation of the 41 populations (Appendix 4) and 24 subpopulations (Appendix 5) identified in this conservation assessment. Most of the populations or subpopulations fit at least one of the following categories: 1) too few years for analysis; 2) too few data for analysis; and/or 3) population changes during the last 20 years were not apparent or not significant. Fifteen of the 65 populations or subpopulations had 20-year trends in data (1983-2003) that were either significant, or close to being significant (Table A3.1). The two largest areas with significant changes (both subpopulations) were E-Interior MT/NE Tip WY (> 100 leks) and NE WY/SE MT (> 200 leks). Although these subpopulations were grouped into different populations (Yellowstone Watershed and Wyoming Basin, respectively), they are geographically close and appeared to be declining at similar rates.

### Discussion

Although this analysis is preliminary, it suggests population trends may be appropriately assessed using lek counts. In previous research the only way to verify long-term trends was with regional or local extirpations (Schroeder et al. 2000, 2004). For example, evidence presented in this document (Appendix 4) illustrates trends for five populations followed until extirpation.

This analysis may be better applied to specific populations in the future by using some of the applicable parameters for that particular population. It is impossible to include every source of variation and there may always be effects such as annual variation in the number of counts per lek. Because most of these sources of variation have not been examined in detail, these results should be viewed with caution (see Walsh et al. 2004). Nevertheless, this is the first indication that the significance of trends using lek counts can be supported by data other than with the finality of localized extirpations (Schroeder et al. 2004).

### Literature Cited

Anderson, D. R. 2001. The need to get the basics right in wildlife field studies. Wildlife Society Bulletin 29:1294-1297.

Applegate, R. D. 2000. Use and misuse of prairie chicken lek surveys. Wildlife Society Bulletin 28:457-458.

Crawford, J. A., R. A. Olson, N. E. West, J. C. Mosley, M. A. Schroeder, T. D. Whitson, R. F. Miller, M. A. Gregg, and C. S. Boyd. 2004. Ecology and management of sage-grouse and sage-grouse habitat. Journal of Range Management 57:2-19.

Dunn, P. O. and C. E. Braun. 1985. Natal dispersal and lek fidelity of sage grouse. Auk 102:65-71.

Emmons, S. R., and C. E. Braun. 1984. Lek attendance of male Sage Grouse. Journal of Wildlife Management 48:1023-1028.

BLM_0040302

Schroeder, M. A., J. R. Young, and C. E. Braun. 1999. Sage grouse (*Centrocercus urophasianus*). Tin the Birds of North America, No. 425 (A. Poole, and F. Gill, editors). The Birds of North America, Incorporated, Philadelphia. 28p.

Schroeder, M. A., D. W. Hays, M. F. Livingston, L. E. Stream, J. E. Jacobson, and D. J. Pierce. 2000. Changes in the distribution and abundance of sage grouse in Washington. Northwestern Naturalist 81:104-112.

Schroeder, M. A., C. L. Aldridge, A. D. Apa, J. R. Bohne, C. E. Braun, S. D. Bunnell, J. W. Connelly, P. A. Deibert, S. C. Gardner, M. A. Hilliard, G. D. Kobriger, C. W. McCarthy, J. J. McCarthy, D. L. Mitchell, E. V. Rickerson, and S. J. Stiver. 2004. Distribution of sage-grouse in North America. Condor 106:363-373.

Walsh, D. P. 2002. Population estimation techniques for greater sage-grouse. Thesis, Colorado State University, Fort Collins, USA.

Walsh, D. P., G. C. White, T. E. Remington, and D. C. Bowden. 2004. Evaluation of the lek-count index for greater sage-grouse. Wildlife Society Bulletin 32:56-68.

BLM_0040303

Table A3.1.  Populations and subpopulations exhibiting significant trends (based on simulation analysis) either upward or downward between 1983 and 2003.

| Population (subpopulation) | Trend direction | Significance[a] |
|---|---|---|
| Red Rock MT | Down | Significant |
| Belt Mountains MT | Down | Trend |
| Yellowstone Watershed (E-Exterior MT/NE Tip WY) | Down | Significant |
| Moses Coulee | Down | Trend |
| NE-Interior UT | Down | Significant |
| S Mono Lake CA | Up | Trend |
| Snake, Salmon, and Beaverhead (Big Lost ID) | Down | Significant |
| Sanpete/Emery UT | Down | Significant |
| Wyoming Basin (NE WY/SE MT) | Down | Significant |
| Summit/Morgan UT | Up | Significant |
| Tooele/Juab UT | Up | Significant |
| Weiser ID | Up | Significant |
| Yakima WA | Down | Significant |
| E-Central ID | Down | Significant |
| Snake, Salmon, and Beaverhead (Little Lost ID) | Up | Trend |

[a]Trend represents an 80% or higher probability of being accurate and significant represents at 95% or higher probability of being accurate.

BLM_0040304

Fig. A3.1.  Distribution of 5,585 greater sage-grouse leks in North America by size category.



BLM_0040305

Fig. A3.2.  Survey intensity of greater sage-grouse leks by year in North America (also see Table 6.18).



BLM_0040306

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**          *Connelly et al.*

Fig. A3.3.  Accuracy of trend estimation in relation to the average annual instantaneous rates of population change for 10,000 simulated populations, each containing 20 leks.



BLM_0040307

# APPENDIX 4

## Characteristics of Greater Sage-Grouse Populations

### Methods

Forty-one distinct populations of greater sage-grouse were defined on the basis of isolation-by-distance and/or isolation-by-topography rather than political and/or jurisdictional boundaries (Table 6.16, Fig. 6.37).  Five of these populations were further divided into an addition 24 subpopulations based on their large size, expansive distribution, differences in region, and a relatively small degree of separation (Appendix 5).

In general, lek attendance data was analyzed identically to the methods used in Chapter 6. However, because many of the populations were extremely small and data were limited, presentation of the data in the figures below was expanded in some situations to include multi-year intervals.  For example in a situation where lek counts were not obtained in one year (year x-1), we estimated the instantaneous rate of change based on the lek count on either end of the 2-year interval (natural log of [lek count in year x/lek count in year x-2]).  The instantaneous rates were then divided by the number of intervals (2 in this case) to obtain the instantaneous rate of change for the given yearly interval.  To estimate the lek count in the intervening year (x-1) the following formula was used:  (lek count in year x –2) * (exponential of the instantaneous rate of change for a single year).  This procedure enabled us to track long-term changes in situations were lek counts not completely thorough; back to 1965 when possible.  Nevertheless, we were unable to apply this procedure in situations where the starting or ending lek count was zero because the instantaneous rate of change was undefined in those cases.  In the following figures, years without data do not have points.

Because many of the populations and subpopulations have very small sample sizes of leks, care should be taken when interpreting the data.  The small sample sizes appear to be reflected in the dramatic year-to-year changes in some areas.  This volatility is clearly more apparent in the smaller data sets than in the larger data sets.  Consequently, more attention should be paid to the overall trends, rather than annual fluctuations and/or the magnitude of changes.

BLM_0040308

Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats                    *Connelly et al.*

**Results**

Table A4.1.  Sage-grouse monitoring and population trends in Baker OR population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 8 | 6 | 2 | 1 | 0 | 0 | 0 | 0 |
| Number of active leks[1] | 8 | 5 | 2 | 1 | 0 | 0 | 0 | 0 |
| Percent active leks | 100 | 86 | 89 | 100 | | | | |
| Average males/lek | 25 | 23 | 22 | 36 | | | | |
| Median males/lek | 24 | 23 | 19 | 41 | | | | |
| Average males/active lek | 25 | 27 | 25 | 36 | | | | |
| Median males/active lek | 24 | 28 | 26 | 41 | | | | |

[1] Averaged over each year for each period.

Fig. A4.1.  Change in the population index for Baker OR population, 1989-2003.



BLM_0040309

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**          *Connelly et al.*

Table A4.2.  Sage-grouse monitoring and population trends in Bannack MT population, summarized over 5-year periods, 1972 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 12 | 3 | 2 | 4 | 4 | 4 | 2 | 2 |
| Number of active leks[1] | 10 | 3 | 2 | 4 | 4 | 4 | 2 | 2 |
| Percent active leks | 83 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Average males/lek | 13 | 14 | 19 | 23 | 30 | 39 | 30 | 18 |
| Median males/lek | 9 | 14 | 20 | 22 | 28 | 36 | 34 | 13 |
| Average males/active lek | 15 | 14 | 19 | 23 | 30 | 39 | 30 | 18 |
| Median males/active lek | 14 | 14 | 20 | 22 | 28 | 36 | 34 | 13 |

[1] Averaged over each year for each period.

Fig. A4.2.  Change in the population index for Bannack MT population, 1972-2003.



BLM_0040310

Table A4.3.  Sage-grouse monitoring and population trends in Belt Mountains MT population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 14 | 10 | 8 | 8 | 9 | 10 | 6 | 1 |
| Number of active leks[1] | 8 | 5 | 7 | 7 | 9 | 10 | 6 | 1 |
| Percent active leks | 58 | 51 | 80 | 92 | 98 | 100 | 100 | 100 |
| Average males/lek | 10 | 7 | 9 | 13 | 25 | 24 | 37 | 88 |
| Median males/lek | 12 | 16 | 17 | 16 | 28 | 37 | 73 | |
| Average males/active lek | 18 | 15 | 11 | 14 | 26 | 24 | 37 | 88 |
| Median males/active lek | 14 | 20 | 17 | 16 | 28 | 37 | 73 | |

[1] Averaged over each year for each period.

Fig. A4.3.  Change in the population index for Belt Mountains MT population, 1969-2003.



BLM_0040311

Table A4.4. Sage-grouse monitoring and population trends in Central OR population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 64 | 47 | 30 | 22 | 18 | 10 | 12 | 14 |
| Number of active leks[1] | 52 | 42 | 26 | 20 | 13 | 6 | 10 | 13 |
| Percent active leks | 81 | 89 | 86 | 90 | 69 | 62 | 80 | 96 |
| Average males/lek | 12 | 13 | 14 | 14 | 11 | 11 | 13 | 24 |
| Median males/lek | 7 | 11 | 12 | 12 | 7 | 6 | 10 | 18 |
| Average males/active lek | 14 | 14 | 16 | 16 | 16 | 17 | 16 | 25 |
| Median males/active lek | 11 | 12 | 14 | 13 | 15 | 14 | 12 | 21 |

[1] Averaged over each year for each period.

Fig. A4.4. Change in the population index for Central OR population, 1965-2003.



BLM_0040312

Table A4.5.  Sage-grouse monitoring and population trends in Eagle/S Routt CO population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 59 | 23 | 37 | 23 | 32 | 13 | 6 | 8 |
| Number of active leks[1] | 31 | 12 | 23 | 15 | 27 | 12 | 5 | 7 |
| Percent active leks | 53 | 54 | 62 | 63 | 84 | 97 | 90 | 90 |
| Average males/lek | 9 | 5 | 8 | 7 | 14 | 13 | 23 | 24 |
| Median males/lek | 0 | 0 | 0 | 0 | 1 | | 23 | 22 |
| Average males/active lek | 18 | 9 | 13 | 12 | 16 | 14 | 25 | 26 |
| Median males/active lek | 9 | 13 | 4 | 3 | 9 | | 26 | 26 |

[1] Averaged over each year for each period.

Fig. A4.5.  Change in the population index for Eagle/S Routt CO population, 1965-2003.



BLM_0040313

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**              *Connelly et al.*

Table A4.6.  Sage-grouse monitoring and population trends in East Tavaputs Plateau UT population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 0 | 0 | 2 | 2 | 2 | 1 | 1 | 0 |
| Number of active leks[1] | 0 | 0 | 1 | 2 | 1 | 1 | 1 | 0 |
| Percent active leks | | 100 | 75 | 80 | 63 | 100 | 100 | |
| Average males/lek | | 7 | 4 | 3 | 3 | 14 | 8 | |
| Median males/lek | | 7 | 5 | 3 | 1 | 13 | 7 | |
| Average males/active lek | | 7 | 6 | 3 | 4 | 14 | 8 | |
| Median males/active lek | | 7 | 7 | 4 | 3 | 13 | 7 | |

[1] Averaged over each year for each period.

Fig. A4.6.  Change in the population index for East Tavaputs Plateau UT population, 1971-2000.



BLM_0040314

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats** *Connelly et al.*

Table A4.7.  Sage-grouse monitoring and population trends in E-Central ID population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 7 | 5 | 3 | 4 | 5 | 3 | 3 | 2 |
| Number of active leks[1] | 5 | 4 | 3 | 3 | 4 | 3 | 3 | 2 |
| Percent active leks | 74 | 83 | 100 | 80 | 91 | 100 | 81 | 89 |
| Average males/lek | 9 | 7 | 13 | 14 | 15 | 15 | 19 | 15 |
| Median males/lek | 5 | 6 | 10 | 12 | 12 | 13 | 18 | 10 |
| Average males/active lek | 12 | 8 | 13 | 17 | 17 | 15 | 23 | 17 |
| Median males/active lek | 10 | 6 | 10 | 15 | 15 | 13 | 20 | 13 |

[1] Averaged over each year for each period.

Fig. A4.7.  Change in the population index for E-Central ID population, 1966-2002.



BLM_0040315

Table A4.8. Sage-grouse monitoring and population trends in E Garfield CO population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 1 |
| Number of active leks[1] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Percent active leks | | | 0 | 0 | 0 | | 0 | 60 |
| Average males/lek | | | 0 | 0 | 0 | | 0 | 4 |
| Median males/lek | | | 0 | 0 | 0 | | 0 | 5 |
| Average males/active lek | | | | | | | | 6 |
| Median males/active lek | | | | | | | | 6 |

[1] Averaged over each year for each period.

Fig. A4.8. Change in the population index for E Garfield CO population, 1962-1969.



BLM_0040316

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**   *Connelly et al.*

Table A4.9.  Sage-grouse monitoring and population trends in Great Basin Core population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 438 | 294 | 179 | 148 | 167 | 100 | 93 | 46 |
| Number of active leks[1] | 359 | 249 | 164 | 124 | 144 | 83 | 76 | 42 |
| Percent active leks | 82 | 85 | 92 | 84 | 86 | 83 | 81 | 90 |
| Average males/lek | 19 | 16 | 25 | 24 | 23 | 24 | 24 | 28 |
| Median males/lek | 12 | 11 | 16 | 15 | 15 | 15 | 15 | 18 |
| Average males/active lek | 23 | 19 | 27 | 29 | 26 | 29 | 30 | 31 |
| Median males/active lek | 16 | 13 | 18 | 20 | 18 | 21 | 20 | 21 |

[1] Averaged over each year for each period.

Fig. A4.9.  Change in the population index for Great Basin Core population, 1965-2003.



BLM_0040317

Table A4.10.  Sage-grouse monitoring and population trends in Gunnison Range UT population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| Number of active leks[1] | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| Percent active leks | | 40 | 100 | 100 | | | | |
| Average males/lek | | 1 | 7 | 10 | | | | |
| Median males/lek | | 0 | 6 | 11 | | | | |
| Average males/active lek | | 2 | 7 | 10 | | | | |
| Median males/active lek | | 2 | 6 | 11 | | | | |

[1] Averaged over each year for each period.

Fig. A4.10.  Change in the population index for Gunnison Range UT population, 1984-1997.



BLM_0040318

Table A4.11.  Sage-grouse monitoring and population trends in Jackson Hole WY population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 7 | 7 | 6 | 4 | 0 | 0 | 0 | 0 |
| Number of active leks[1] | 4 | 5 | 6 | 4 | 0 | 0 | 0 | 0 |
| Percent active leks | 57 | 77 | 100 | 100 | | | | |
| Average males/lek | 10 | 11 | 27 | 26 | | | | |
| Median males/lek | 5 | 7 | 16 | 23 | | | | |
| Average males/active lek | 17 | 15 | 27 | 26 | | | | |
| Median males/active lek | 19 | 10 | 16 | 23 | | | | |

[1] Averaged over each year for each period.


Fig. A4.11.  Change in the population index for Jackson Hole WY population, 1986-2003.



BLM_0040319

Table A4.12.  Sage-grouse monitoring and population trends in Klamath OR/CA population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 3 | 2 | 2 | 0 | 0 | 0 | 1 | 0 |
| Number of active leks[1] | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
| Percent active leks | 40 | 33 | 17 | | | | 100 | |
| Average males/lek | 4 | 6 | 0 | | | | 5 | |
| Median males/lek | 0 | 0 | 0 | | | | 4 | |
| Average males/active lek | 10 | 17 | 3 | | | | 5 | |
| Median males/active lek | 10 | 14 | 3 | | | | 4 | |

[1] Averaged over each year for each period.

Fig. A4.12.  Change in the population index for Klamath OR/CA, 1996-2003.



BLM_0040320

Table A4.13.  Sage-grouse monitoring and population trends in Laramie WY population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 2 |
| Number of active leks[1] | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 2 |
| Percent active leks | 14 | 0 | 67 | 29 | 20 | 25 | 92 | 100 |
| Average males/lek | 1 | 0 | 1 | 0 | 1 | 5 | 19 | 52 |
| Median males/lek | 0 | 0 | 1 | 0 | 0 | 0 | 15 | 46 |
| Average males/active lek | 5 | | 2 | 2 | 4 | 19 | 21 | 52 |
| Median males/active lek | 5 | | 2 | 2 | 4 | 15 | 16 | 46 |

[1] Averaged over each year for each period.

Fig. A4.13.  Change in the population index for Laramie WY population, 1965-2003.



BLM_0040321

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**                    *Connelly et al.*

Table A4.14.  Sage-grouse monitoring and population trends in Middle Park CO population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 11 | 11 | 10 | 10 | 6 | 8 | 4 | 6 |
| Number of active leks[1] | 11 | 8 | 6 | 7 | 5 | 7 | 4 | 5 |
| Percent active leks | 100 | 75 | 62 | 71 | 74 | 92 | 95 | 80 |
| Average males/lek | 18 | 11 | 10 | 11 | 16 | 26 | 20 | 17 |
| Median males/lek | 19 | 10 | 9 | 6 | 12 | 22 | 11 | 9 |
| Average males/active lek | 18 | 15 | 16 | 15 | 21 | 28 | 21 | 21 |
| Median males/active lek | 19 | 14 | 12 | 9 | 15 | 23 | 13 | 15 |

[1] Averaged over each year for each period.

Fig. A4.14.  Change in the population index for Middle Park CO population, 1972-2002.



BLM_0040322

Table A4.15.  Sage-grouse monitoring and population trends in Moses Coulee WA population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 37 | 24 | 18 | 16 | 15 | 13 | 13 | 3 |
| Number of active leks[1] | 12 | 12 | 11 | 10 | 13 | 11 | 12 | 3 |
| Percent active leks | 32 | 48 | 59 | 66 | 90 | 90 | 98 | 100 |
| Average males/lek | 6 | 10 | 11 | 14 | 22 | 14 | 25 | 33 |
| Median males/lek | 0 | 0 | 2 | 5 | 21 | 13 | 21 | 31 |
| Average males/active lek | 19 | 20 | 18 | 21 | 24 | 15 | 26 | 33 |
| Median males/active lek | 17 | 19 | 11 | 12 | 23 | 14 | 21 | 31 |

[1] Averaged over each year for each period.

Fig. A4.15.  Change in the population index for Moses Coulee WA population, 1967-2003.



BLM_0040323

Table A4.16.  Sage-grouse monitoring and population trends in MT/ND/NW SD population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 48 | 34 | 38 | 28 | 33 | 26 | 23 | 19 |
| Number of active leks[1] | 32 | 25 | 32 | 24 | 28 | 23 | 21 | 17 |
| Percent active leks | 66 | 74 | 83 | 86 | 87 | 89 | 92 | 90 |
| Average males/lek | 11 | 8 | 12 | 11 | 14 | 12 | 17 | 13 |
| Median males/lek | 7 | 5 | 9 | 8 | 10 | 11 | 17 | 10 |
| Average males/active lek | 16 | 10 | 14 | 13 | 16 | 14 | 19 | 15 |
| Median males/active lek | 12 | 9 | 12 | 10 | 14 | 12 | 18 | 12 |

[1] Averaged over each year for each period.

Fig. A4.16.  Change in the population index for MT/ND/NW SD population, 1965-2003.



BLM_0040324

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats** *Connelly et al.*

Table A4.17.  Sage-grouse monitoring and population trends in N Mono Lake CA/NV population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 13 | 9 | 12 | 12 | 8 | 7 | 6 | 4 |
| Number of active leks[1] | 12 | 6 | 10 | 10 | 6 | 6 | 6 | 4 |
| Percent active leks | 90 | 67 | 88 | 83 | 67 | 83 | 90 | 95 |
| Average males/lek | 17 | 13 | 23 | 22 | 25 | 28 | 33 | 32 |
| Median males/lek | 11 | 10 | 22 | 18 | 19 | 14 | 26 | 23 |
| Average males/active lek | 19 | 19 | 27 | 26 | 37 | 33 | 36 | 33 |
| Median males/active lek | 13 | 13 | 23 | 23 | 33 | 24 | 32 | 24 |

[1] Averaged over each year for each period.

Fig. A4.17.  Change in the population index for N Mono Lake CA/NV population, 1966-2003.



BLM_0040325

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**   *Connelly et al.*

Table A4.18.  Sage-grouse monitoring and population trends in NE Interior UT population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 13 | 10 | 15 | 12 | 14 | 18 | 9 | 1 |
| Number of active leks[1] | 10 | 8 | 11 | 9 | 9 | 17 | 8 | 1 |
| Percent active leks | 77 | 75 | 74 | 76 | 68 | 94 | 85 | 83 |
| Average males/lek | 14 | 10 | 12 | 19 | 11 | 25 | 20 | 8 |
| Median males/lek | 6 | 5 | 8 | 13 | 8 | 13 | 14 | 3 |
| Average males/active lek | 18 | 14 | 16 | 24 | 17 | 26 | 24 | 9 |
| Median males/active lek | 14 | 7 | 13 | 17 | 16 | 14 | 21 | 3 |

[1] Averaged over each year for each period.

Fig. A4.18.  Change in the population index for NE Interior UT, 1970-2003.



BLM_0040326

Table A4.19.  Sage-grouse monitoring and population trends in Northern Montana population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 156 | 63 | 25 | 29 | 14 | 18 | 2 | 10 |
| Number of active leks[1] | 114 | 36 | 18 | 27 | 14 | 18 | 2 | 9 |
| Percent active leks | 73 | 58 | 73 | 94 | 100 | 100 | 100 | 96 |
| Average males/lek | 19 | 9 | 12 | 23 | 27 | 18 | 28 | 29 |
| Median males/lek | 13 | 3 | 10 | 20 | 25 | 16 | 28 | 24 |
| Average males/active lek | 26 | 15 | 17 | 24 | 27 | 18 | 28 | 30 |
| Median males/active lek | 21 | 11 | 14 | 21 | 25 | 16 | 28 | 24 |

[1] Averaged over each year for each period.

Fig. A4.19.  Change in the population index for Northern MT population, 1966-2003.



BLM_0040327

Table A4.20. Sage-grouse monitoring and population trends in NW-Interior NV population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 11 | 4 | 4 | 0 | 0 | 0 | 0 | 0 |
| Number of active leks[1] | 7 | 2 | 4 | 0 | 0 | 0 | 0 | 0 |
| Percent active leks | 64 | 57 | 100 | | 100 | | | |
| Average males/lek | 9 | 8 | 11 | | 4 | | | |
| Median males/lek | 2 | 1 | 11 | | 4 | | | |
| Average males/active lek | 14 | 15 | 11 | | 4 | | | |
| Median males/active lek | 7 | 7 | 11 | | 4 | | | |

[1] Averaged over each year for each period.

Fig. A4.20. Change in the population index for NW-Interior NV population, 1992-2002.



BLM_0040328

Table A4.21.  Sage-grouse monitoring and population trends in Piceance CO population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 3 | 1 | 5 | 7 | 6 | 0 | 1 | 1 |
| Number of active leks[1] | 2 | 1 | 0 | 0 | 5 | 0 | 1 | 0 |
| Percent active leks | 80 | 100 | 0 | 0 | 87 | | 100 | 67 |
| Average males/lek | 7 | 4 | 0 | 0 | 7 | | 16 | 2 |
| Median males/lek | 6 | 3 | 0 | 0 | 5 | | 9 | 2 |
| Average males/active lek | 9 | 4 | | | 8 | | 16 | 3 |
| Median males/active lek | 8 | 3 | | | 6 | | 9 | 3 |

[1] Averaged over each year for each period.

Fig. A4.21.  Change in the population index for Piceance CO population, 1971-2003.



BLM_0040329

Table A4.22.  Sage-grouse monitoring and population trends in Pine Nut NV population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of active leks[1] | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percent active leks | 100 | | | | | | | |
| Average males/lek | 21 | | | | | | | |
| Median males/lek | 21 | | | | | | | |
| Average males/active lek | 21 | | | | | | | |
| Median males/active lek | 21 | | | | | | | |

[1] Averaged over each year for each period.

Table A4.23.  Sage-grouse monitoring and population trends in Quinn Canyon Range NV population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of active leks[1] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percent active leks | | | | | | | | |
| Average males/lek | | | | | | | | |
| Median males/lek | | | | | | | | |
| Average males/active lek | | | | | | | | |
| Median males/active lek | | | | | | | | |

[1] Averaged over each year for each period.

BLM_0040330

Table A4.24.  Sage-grouse monitoring and population trends in Red Rock MT population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 13 | 2 | 1 | 1 | 1 | 1 | 1 | 1 |
| Number of active leks[1] | 10 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Percent active leks | 76 | 50 | 83 | 100 | 100 | 100 | 100 | 100 |
| Average males/lek | 11 | 11 | 19 | 47 | 71 | 57 | 73 | 104 |
| Median males/lek | 7 | 3 | 16 | 43 | 62 | 69 | 70 | 100 |
| Average males/active lek | 15 | 21 | 22 | 47 | 71 | 57 | 73 | 104 |
| Median males/active lek | 12 | 22 | 17 | 43 | 62 | 69 | 70 | 100 |

[1] Averaged over each year for each period.

Fig. A4.22.  Change in the population index for Red Rock MT population, 1965-2003.



BLM_0040331

Table A4.25. Sage-grouse monitoring and population trends in S Mono Lake CA population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 9 | 8 | 9 | 7 | 6 | 7 | 6 | 5 |
| Number of active leks[1] | 8 | 8 | 8 | 7 | 6 | 5 | 5 | 4 |
| Percent active leks | 91 | 95 | 89 | 97 | 97 | 82 | 75 | 81 |
| Average males/lek | 29 | 24 | 24 | 45 | 20 | 16 | 20 | 13 |
| Median males/lek | 14 | 21 | 12 | 28 | 16 | 19 | 14 | 7 |
| Average males/active lek | 32 | 26 | 27 | 47 | 20 | 20 | 26 | 16 |
| Median males/active lek | 15 | 22 | 15 | 29 | 16 | 22 | 21 | 7 |

[1] Averaged over each year for each period.

Fig. A4.23. Change in the population index for S Mono Lake CA population, 1965-2003.



BLM_0040332

Table A4.26.  Sage-grouse monitoring and population trends in S White River UT population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 1 | 1 | 2 | 2 | 0 | 0 | 0 | 0 |
| Number of active leks[1] | 1 | 1 | 2 | 2 | 0 | 0 | 0 | 0 |
| Percent active leks | 100 | 71 | 100 | 100 | 100 | | | |
| Average males/lek | 19 | 21 | 16 | 27 | 19 | | | |
| Median males/lek | 19 | 28 | 16 | 27 | 19 | | | |
| Average males/active lek | 19 | 30 | 16 | 27 | 19 | | | |
| Median males/active lek | 19 | 29 | 16 | 27 | 19 | | | |

[1] Averaged over each year for each period.

Fig. A4.24.  Change in the population index for S White River UT population, 1983-2000.



BLM_0040333

Table A4.27.  Sage-grouse monitoring and population trends in Sanpete/Emery UT population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 3 | 3 | 3 | 2 | 0 | 1 | 2 | 1 |
| Number of active leks[1] | 1 | 1 | 3 | 2 | 0 | 1 | 1 | 1 |
| Percent active leks | 36 | 33 | 81 | 100 | 100 | 100 | 50 | 100 |
| Average males/lek | 3 | 5 | 5 | 9 | 9 | 15 | 2 | 7 |
| Median males/lek | 0 | 0 | 3 | 10 | 9 | 15 | 1 | 8 |
| Average males/active lek | 9 | 16 | 6 | 9 | 9 | 15 | 4 | 7 |
| Median males/active lek | 10 | 15 | 3 | 10 | 9 | 15 | 4 | 8 |

[1] Averaged over each year for each period.


Fig. A4.25.  Change in the population index for Sanpete/Emery UT population, 1968-2003.



BLM_0040334

Table A4.28. Sage-grouse monitoring and population trends in Sawtooth ID population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 0 | 0 | 1 | 2 | 3 | 0 | 0 | 0 |
| Number of active leks[1] | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 |
| Percent active leks | | | 75 | 33 | 53 | | | |
| Average males/lek | | | 3 | 1 | 4 | | | |
| Median males/lek | | | 3 | 0 | 1 | | | |
| Average males/active lek | | | 4 | 2 | 8 | | | |
| Median males/active lek | | | 3 | 2 | 5 | | | |

[1] Averaged over each year for each period.

Fig. A4.26. Change in the population index for Sawtooth ID population, 1980-1999.



BLM_0040335

Table A4.29. Sage-grouse monitoring and population trends in S-Central UT population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 28 | 29 | 19 | 23 | 23 | 28 | 24 | 10 |
| Number of active leks[1] | 23 | 22 | 14 | 17 | 19 | 21 | 21 | 9 |
| Percent active leks | 82 | 74 | 77 | 77 | 81 | 77 | 86 | 90 |
| Average males/lek | 30 | 19 | 21 | 21 | 21 | 19 | 27 | 33 |
| Median males/lek | 17 | 10 | 17 | 14 | 15 | 12 | 16 | 21 |
| Average males/active lek | 36 | 25 | 28 | 28 | 26 | 24 | 31 | 37 |
| Median males/active lek | 27 | 16 | 25 | 24 | 19 | 16 | 26 | 26 |

[1] Averaged over each year for each period.

Fig. A4.27. Change in the population index for S-Central UT population, 1967-2003.



BLM_0040336

Table A4.30.  Sage-grouse monitoring and population trends in Snake, Salmon, and Beaverhead population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 171 | 130 | 95 | 80 | 100 | 98 | 86 | 64 |
| Number of active leks[1] | 129 | 92 | 70 | 70 | 83 | 87 | 77 | 61 |
| Percent active leks | 76 | 71 | 74 | 88 | 83 | 89 | 90 | 94 |
| Average males/lek | 25 | 18 | 21 | 35 | 22 | 34 | 36 | 44 |
| Median males/lek | 17 | 10 | 12 | 22 | 13 | 21 | 27 | 34 |
| Average males/active lek | 33 | 25 | 29 | 39 | 26 | 38 | 40 | 47 |
| Median males/active lek | 25 | 18 | 19 | 26 | 18 | 26 | 31 | 35 |

[1] Averaged over each year for each period.

Fig. A4.28.  Change in the population index for Snake, Salmon, and Beaverhead population, 1965-2003.



BLM_0040337

Table A4.31. Sage-grouse monitoring and population trends in Summit/Morgan UT population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 6 | 2 | 3 | 5 | 5 | 8 | 7 | 5 |
| Number of active leks[1] | 3 | 1 | 3 | 3 | 4 | 6 | 7 | 4 |
| Percent active leks | 54 | 67 | 87 | 56 | 85 | 82 | 100 | 78 |
| Average males/lek | 12 | 25 | 14 | 7 | 16 | 22 | 31 | 19 |
| Median males/lek | 1 | 24 | 8 | 1 | 12 | 16 | 30 | 17 |
| Average males/active lek | 21 | 37 | 16 | 12 | 19 | 26 | 31 | 25 |
| Median males/active lek | 14 | 30 | 14 | 13 | 15 | 22 | 30 | 18 |

[1] Averaged over each year for each period.

Fig. A4.29. Change in the population index for Summit/Morgan UT population, 1965-2003.



BLM_0040338

Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats                   *Connelly et al.*

Table A4.32.  Sage-grouse monitoring and population trends in Tooele/Juab UT population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 4 | 2 | 3 | 4 | 3 | 4 | 4 | 1 |
| Number of active leks[1] | 3 | 2 | 3 | 4 | 2 | 3 | 4 | 1 |
| Percent active leks | 81 | 73 | 81 | 82 | 71 | 77 | 100 | 100 |
| Average males/lek | 28 | 13 | 14 | 16 | 7 | 18 | 25 | 28 |
| Median males/lek | 25 | 8 | 10 | 10 | 3 | 12 | 20 | 26 |
| Average males/active lek | 34 | 18 | 18 | 19 | 11 | 23 | 25 | 28 |
| Median males/active lek | 32 | 12 | 15 | 13 | 7 | 17 | 20 | 26 |

[1] Averaged over each year for each period.

Fig. A4.30.  Change in the population index for Tooele/Juab UT population, 1968-2003.



BLM_0040339

Table A4.33.  Sage-grouse monitoring and population trends in Twin Bridges MT subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of active leks[1] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percent active leks | 50 | 0 | | | | | | |
| Average males/lek | 6 | 0 | | | | | | |
| Median males/lek | 6 | 0 | | | | | | |
| Average males/active lek | 11 | | | | | | | |
| Median males/active lek | 11 | | | | | | | |

[1] Averaged over each year for each period.

Table A4.34.  Sage-grouse monitoring and population trends in Warm Springs Valley NV population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of active leks[1] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percent active leks | 100 | | | | | | | |
| Average males/lek | 24 | | | | | | | |
| Median males/lek | 24 | | | | | | | |
| Average males/active lek | 24 | | | | | | | |
| Median males/active lek | 24 | | | | | | | |

[1] Averaged over each year for each period.

BLM_0040340

Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats          *Connelly et al.*

Table A4.35.  Sage-grouse monitoring and population trends in Weiser ID population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 11 | 5 | 2 | 1 | 1 | 3 | 3 | 0 |
| Number of active leks[1] | 11 | 5 | 2 | 1 | 1 | 3 | 3 | 0 |
| Percent active leks | 100 | 100 | 100 | 100 | 100 | 100 | 100 | |
| Average males/lek | 25 | 21 | 47 | 33 | 25 | 21 | 13 | |
| Median males/lek | 23 | 17 | 35 | 19 | 23 | 24 | 13 | |
| Average males/active lek | 25 | 21 | 47 | 33 | 25 | 21 | 13 | |
| Median males/active lek | 23 | 17 | 35 | 19 | 23 | 24 | 13 | |

[1] Averaged over each year for each period.

Fig. A4.31.  Change in the population index for Weiser ID population, 1973-2002.



BLM_0040341

Table A4.36.  Sage-grouse monitoring and population trends in White Mountains NV/CA population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of active leks[1] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percent active leks | | | | | | | | |
| Average males/lek | | | | | | | | |
| Median males/lek | | | | | | | | |
| Average males/active lek | | | | | | | | |
| Median males/active lek | | | | | | | | |

[1] Averaged over each year for each period.

Table A4.37.  Sage-grouse monitoring and population trends in White River CO population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of active leks[1] | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percent active leks | 100 | | | | | | | |
| Average males/lek | 29 | | | | | | | |
| Median males/lek | 29 | | | | | | | |
| Average males/active lek | 29 | | | | | | | |
| Median males/active lek | 29 | | | | | | | |

[1] Averaged over each year for each period.

BLM_0040342

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**          *Connelly et al.*

Table A4.38.  Sage-grouse monitoring and population trends in Wisdom MT population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of active leks[1] | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percent active leks | 100 | | | | | | | |
| Average males/lek | 23 | | | | | | | |
| Median males/lek | 18 | | | | | | | |
| Average males/active lek | 23 | | | | | | | |
| Median males/active lek | 18 | | | | | | | |

[1] Averaged over each year for each period.

Fig. A4.32.  Change in the population index for Wisdom MT population, 2000-2003.



BLM_0040343

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**   *Connelly et al.*

Table A4.39.  Sage-grouse monitoring and population trends in Wyoming Basin population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 1193 | 832 | 682 | 584 | 441 | 224 | 144 | 138 |
| Number of active leks[1] | 842 | 538 | 454 | 428 | 339 | 173 | 114 | 103 |
| Percent active leks | 71 | 65 | 67 | 73 | 77 | 77 | 79 | 75 |
| Average males/lek | 19 | 14 | 15 | 17 | 22 | 29 | 28 | 36 |
| Median males/lek | 11 | 7 | 8 | 11 | 14 | 18 | 19 | 24 |
| Average males/active lek | 27 | 21 | 23 | 24 | 29 | 38 | 35 | 48 |
| Median males/active lek | 20 | 14 | 16 | 18 | 21 | 27 | 26 | 34 |

[1] Averaged over each year for each period.

Fig. A4.33.  Change in the population index for Wyoming Basin population, 1965-2003.



BLM_0040344

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats** *Connelly et al.*

Table A4.40.  Sage-grouse monitoring and population trends in Yakima WA population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 10 | 7 | 7 | 4 | 3 | 2 | 1 | 0 |
| Number of active leks[1] | 8 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| Percent active leks | 76 | 86 | 73 | 95 | 94 | 100 | 100 | |
| Average males/lek | 13 | 16 | 18 | 29 | 44 | 19 | 12 | |
| Median males/lek | 14 | 14 | 15 | 27 | 28 | 13 | 12 | |
| Average males/active lek | 18 | 19 | 25 | 31 | 47 | 19 | 12 | |
| Median males/active lek | 18 | 17 | 23 | 27 | 30 | 13 | 12 | |

[1] Averaged over each year for each period.

Fig. A4.34.  Change in the population index for Yakima WA population, 1970-2003.



BLM_0040345

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**          *Connelly et al.*

Table A4.41.  Sage-grouse monitoring and population trends in Yellowstone Watershed population, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 341 | 130 | 129 | 140 | 129 | 88 | 54 | 8 |
| Number of active leks[1] | 236 | 89 | 95 | 109 | 116 | 80 | 49 | 8 |
| Percent active leks | 69 | 68 | 74 | 78 | 91 | 91 | 91 | 98 |
| Average males/lek | 15 | 13 | 14 | 16 | 24 | 21 | 22 | 23 |
| Median males/lek | 9 | 8 | 9 | 11 | 19 | 17 | 18 | 15 |
| Average males/active lek | 22 | 19 | 19 | 20 | 26 | 24 | 25 | 23 |
| Median males/active lek | 16 | 15 | 13 | 15 | 22 | 19 | 20 | 15 |

[1] Averaged over each year for each period.

Fig. A4.35.  Change in the population index for Yellowstone Watershed population, 1965-2003.



BLM_0040346

# APPENDIX 5

## Characteristics of Greater Sage-Grouse Subpopulations

### Methods

Five populations were further divided into an addition 24 subpopulations based on their large size, expansive distribution, differences in region, and a relatively small degree of separation (Table 6.16). The same methods used to define and describe populations (Appendix 4) were used here for subpopulations.

BLM_0040347

## Great Basin Core Population

Table A5.1.  Sage-grouse monitoring and population trends in Central NV subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 60 | 22 | 18 | 16 | 19 | 12 | 12 | 14 |
| Number of active leks[1] | 47 | 20 | 17 | 16 | 18 | 11 | 9 | 13 |
| Percent active leks | 79 | 91 | 95 | 98 | 95 | 90 | 79 | 94 |
| Average males/lek | 18 | 19 | 20 | 23 | 28 | 30 | 21 | 26 |
| Median males/lek | 13 | 16 | 16 | 16 | 21 | 24 | 11 | 16 |
| Average males/active lek | 22 | 21 | 21 | 23 | 30 | 34 | 27 | 28 |
| Median males/active lek | 17 | 17 | 18 | 17 | 22 | 24 | 15 | 19 |

[1] Averaged over each year for each period.

Fig. A5.1.  Change in the population index for Central NV subpopulation, 1974-2003.



BLM_0040348

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**          *Connelly et al.*

Table A5.2.  Sage-grouse monitoring and population trends in E-Central OR subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 15 | 20 | 9 | 6 | 4 | 1 | 1 | 1 |
| Number of active leks[1] | 15 | 19 | 9 | 5 | 3 | 1 | 1 | 1 |
| Percent active leks | 100 | 92 | 96 | 81 | 59 | 100 | 100 | 100 |
| Average males/lek | 22 | 19 | 20 | 20 | 12 | 26 | 64 | 8 |
| Median males/lek | 16 | 17 | 17 | 20 | 10 | 27 | 54 | 8 |
| Average males/active lek | 22 | 20 | 21 | 24 | 20 | 26 | 64 | 8 |
| Median males/active lek | 16 | 18 | 19 | 25 | 20 | 27 | 54 | 8 |

[1] Averaged over each year for each period.

Fig. A5.2.  Change in the population index for E-Central OR subpopulation, 1965-2003.



BLM_0040349

Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats          *Connelly et al.*

Table A5.3.  Sage-grouse monitoring and population trends in Lake Area OR/NE CA/NW NV subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 88 | 54 | 40 | 26 | 14 | 11 | 20 | 4 |
| Number of active leks[1] | 74 | 45 | 37 | 24 | 12 | 4 | 15 | 3 |
| Percent active leks | 84 | 84 | 94 | 92 | 83 | 38 | 78 | 74 |
| Average males/lek | 30 | 25 | 44 | 42 | 29 | 7 | 26 | 20 |
| Median males/lek | 22 | 18 | 27 | 29 | 18 | 0 | 16 | 9 |
| Average males/active lek | 36 | 29 | 47 | 45 | 35 | 19 | 33 | 27 |
| Median males/active lek | 26 | 22 | 28 | 32 | 23 | 11 | 23 | 12 |

[1] Averaged over each year for each period.

Fig. A5.3.  Change in the population index for Lake Area OR/NE CA/NW NV subpopulation, 1965-2003.



BLM_0040350

Table A5.4. Sage-grouse monitoring and population trends in N-Central NV/SE OR/SW ID subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 28 | 38 | 20 | 11 | 9 | 11 | 4 | 1 |
| Number of active leks[1] | 26 | 35 | 18 | 9 | 9 | 10 | 4 | 1 |
| Percent active leks | 93 | 91 | 92 | 87 | 96 | 93 | 95 | 100 |
| Average males/lek | 20 | 15 | 25 | 29 | 29 | 32 | 23 | 34 |
| Median males/lek | 18 | 9 | 17 | 24 | 29 | 22 | 18 | 28 |
| Average males/active lek | 22 | 16 | 27 | 33 | 31 | 35 | 24 | 34 |
| Median males/active lek | 20 | 11 | 18 | 29 | 29 | 28 | 18 | 28 |

[1] Averaged over each year for each period.

Fig. A5.4. Change in the population index for N-Central NV/SE OR/SW ID subpopulation, 1967-2003.



BLM_0040351

Table A5.5.  Sage-grouse monitoring and population trends in NE NV/S-Central ID/NW UT subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 179 | 118 | 57 | 57 | 87 | 51 | 47 | 25 |
| Number of active leks[1] | 145 | 89 | 48 | 39 | 70 | 46 | 38 | 23 |
| Percent active leks | 81 | 76 | 84 | 68 | 81 | 90 | 81 | 90 |
| Average males/lek | 15 | 13 | 20 | 21 | 22 | 28 | 24 | 31 |
| Median males/lek | 9 | 7 | 14 | 10 | 12 | 17 | 15 | 21 |
| Average males/active lek | 19 | 17 | 23 | 31 | 27 | 31 | 29 | 34 |
| Median males/active lek | 14 | 12 | 18 | 24 | 17 | 20 | 19 | 24 |

[1] Averaged over each year for each period.

Fig. A5.5.  Change in the population index for NE NV/S-Central ID/NW UT subpopulation, 1965-2003.



BLM_0040352

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**          *Connelly et al.*

Table A5.6.  Sage-grouse monitoring and population trends in S-Central OR/N-Central NV subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 1 | 4 | 1 | 0 | 0 | 0 | 0 | 0 |
| Number of active leks[1] | 1 | 4 | 1 | 0 | 0 | 0 | 0 | 0 |
| Percent active leks | 67 | 95 | 100 | | | | | |
| Average males/lek | 2 | 8 | 16 | | | | | |
| Median males/lek | 1 | 5 | 17 | | | | | |
| Average males/active lek | 3 | 8 | 16 | | | | | |
| Median males/active lek | 3 | 5 | 17 | | | | | |

[1] Averaged over each year for each period.

BLM_0040353

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats** *Connelly et al.*

Table A5.7.  Sage-grouse monitoring and population trends in SE NV/SW UT subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 68 | 38 | 35 | 32 | 33 | 14 | 10 | 1 |
| Number of active leks[1] | 52 | 37 | 35 | 31 | 33 | 11 | 8 | 1 |
| Percent active leks | 77 | 97 | 98 | 98 | 99 | 77 | 88 | 100 |
| Average males/lek | 12 | 12 | 15 | 15 | 18 | 12 | 24 | 24 |
| Median males/lek | 9 | 9 | 10 | 12 | 13 | 7 | 18 | 22 |
| Average males/active lek | 15 | 12 | 15 | 16 | 19 | 16 | 28 | 24 |
| Median males/active lek | 11 | 10 | 11 | 13 | 13 | 12 | 23 | 22 |

[1] Averaged over each year for each period.

Fig. A5.6.  Change in the population index for SE NV/SW UT subpopulation, 1970-2003.



BLM_0040354

### Northern Montana Population

Table A5.8.  Sage-grouse monitoring and population trends in AB/SK/MT subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 39 | 31 | 9 | 13 | 10 | 14 | 0 | 8 |
| Number of active leks[1] | 13 | 13 | 5 | 13 | 10 | 14 | 0 | 7 |
| Percent active leks | 33 | 41 | 57 | 94 | 100 | 100 | | 95 |
| Average males/lek | 4 | 5 | 8 | 21 | 28 | 18 | | 29 |
| Median males/lek | 0 | 0 | 2 | 21 | 24 | 15 | | 23 |
| Average males/active lek | 12 | 11 | 14 | 23 | 28 | 18 | | 31 |
| Median males/active lek | 11 | 8 | 11 | 22 | 24 | 15 | | 24 |

[1] Averaged over each year for each period.

Fig. A5.7.  Change in the population index for AB/SK/MT subpopulation, 1968-2003.



BLM_0040355

Table A5.9.  Sage-grouse monitoring and population trends in N-Central MT subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 99 | 18 | 11 | 8 | 5 | 4 | 2 | 2 |
| Number of active leks[1] | 87 | 17 | 11 | 8 | 5 | 4 | 2 | 2 |
| Percent active leks | 88 | 94 | 100 | 98 | 100 | 100 | 100 | 100 |
| Average males/lek | 27 | 18 | 20 | 18 | 26 | 19 | 28 | 28 |
| Median males/lek | 22 | 16 | 18 | 15 | 25 | 22 | 28 | 25 |
| Average males/active lek | 31 | 19 | 20 | 18 | 26 | 19 | 28 | 28 |
| Median males/active lek | 26 | 17 | 18 | 16 | 25 | 22 | 28 | 25 |

[1] Averaged over each year for each period.

Fig. A5.8.  Change in the population index for N-Central MT subpopulation, 1965-2003.



BLM_0040356

Table A5.10.  Sage-grouse monitoring and population trends in S-Central SK/MT subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 18 | 14 | 4 | 7 | 0 | 0 | 0 | 0 |
| Number of active leks[1] | 14 | 7 | 2 | 7 | 0 | 0 | 0 | 0 |
| Percent active leks | 78 | 48 | 41 | 92 | | | | |
| Average males/lek | 10 | 6 | 3 | 30 | | | | |
| Median males/lek | 10 | 0 | 0 | 24 | | | | |
| Average males/active lek | 13 | 12 | 6 | 33 | | | | |
| Median males/active lek | 12 | 11 | 3 | 26 | | | | |

[1] Averaged over each year for each period.

Fig. A5.9.  Change in the population index for S-Central SK/MT subpopulation, 1987-2003.



BLM_0040357

### Snake, Salmon, and Beaverhead Population

Table A5.11. Sage-grouse monitoring and population trends in Big Lost ID subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 12 | 8 | 1 | 1 | 4 | 1 | 3 | 0 |
| Number of active leks[1] | 11 | 6 | 1 | 1 | 4 | 1 | 3 | 0 |
| Percent active leks | 91 | 82 | 71 | 100 | 90 | 100 | 100 | 100 |
| Average males/lek | 17 | 12 | 6 | 12 | 22 | 47 | 54 | 97 |
| Median males/lek | 13 | 8 | 3 | 12 | 19 | 30 | 50 | 97 |
| Average males/active lek | 19 | 15 | 9 | 12 | 24 | 47 | 54 | 97 |
| Median males/active lek | 17 | 11 | 4 | 12 | 20 | 30 | 50 | 97 |

[1] Averaged over each year for each period.

Fig. A5.10. Change in the population index for Big Lost ID subpopulation, 1969-2003.



BLM_0040358

Table A5.12.  Sage-grouse monitoring and population trends in Lemhi-Birch ID subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 19 | 14 | 13 | 12 | 5 | 7 | 6 | 6 |
| Number of active leks[1] | 12 | 7 | 10 | 11 | 4 | 5 | 6 | 5 |
| Percent active leks | 61 | 51 | 72 | 98 | 79 | 67 | 97 | 93 |
| Average males/lek | 13 | 8 | 16 | 28 | 12 | 13 | 20 | 29 |
| Median males/lek | 6 | 1 | 9 | 19 | 11 | 4 | 18 | 30 |
| Average males/active lek | 21 | 16 | 22 | 28 | 15 | 20 | 21 | 31 |
| Median males/active lek | 16 | 14 | 14 | 19 | 18 | 16 | 18 | 32 |

[1] Averaged over each year for each period.

Fig. A5.11.  Change in the population index for Lemhi-Birch ID subpopulation, 1965-2003.



BLM_0040359

Table A5.13.  Sage-grouse monitoring and population trends in Little Lost ID subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 11 | 5 | 4 | 3 | 2 | 2 | 4 | 2 |
| Number of active leks[1] | 10 | 4 | 4 | 2 | 2 | 1 | 3 | 2 |
| Percent active leks | 95 | 80 | 95 | 80 | 73 | 70 | 78 | 100 |
| Average males/lek | 34 | 26 | 30 | 30 | 17 | 16 | 38 | 32 |
| Median males/lek | 26 | 18 | 28 | 27 | 8 | 14 | 12 | 19 |
| Average males/active lek | 36 | 32 | 31 | 38 | 23 | 23 | 49 | 32 |
| Median males/active lek | 27 | 35 | 29 | 37 | 9 | 17 | 42 | 19 |

[1] Averaged over each year for each period.

Fig. A5.12.  Change in the population index for Little Lost ID subpopulation, 1973-2003.



BLM_0040360

Table A5.14.  Sage-grouse monitoring and population trends in N Side Snake ID subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 13 | 9 | 12 | 12 | 8 | 7 | 6 | 4 |
| Number of active leks[1] | 12 | 6 | 10 | 10 | 6 | 6 | 6 | 4 |
| Percent active leks | 90 | 67 | 88 | 83 | 67 | 83 | 90 | 95 |
| Average males/lek | 17 | 13 | 23 | 22 | 25 | 28 | 33 | 32 |
| Median males/lek | 11 | 10 | 22 | 18 | 19 | 14 | 26 | 23 |
| Average males/active lek | 19 | 19 | 27 | 26 | 37 | 33 | 36 | 33 |
| Median males/active lek | 13 | 13 | 23 | 23 | 33 | 24 | 32 | 24 |

[1] Averaged over each year for each period.

Fig. A5.13.  Change in the population index for N Side Snake ID subpopulation, 1965-2003.



BLM_0040361

Table A5.15.  Sage-grouse monitoring and population trends in Upper Snake ID subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 39 | 40 | 32 | 19 | 20 | 26 | 25 | 26 |
| Number of active leks[1] | 35 | 32 | 24 | 16 | 18 | 24 | 23 | 24 |
| Percent active leks | 88 | 80 | 75 | 85 | 91 | 92 | 93 | 93 |
| Average males/lek | 42 | 23 | 23 | 27 | 26 | 53 | 46 | 49 |
| Median males/lek | 25 | 16 | 13 | 16 | 17 | 36 | 38 | 36 |
| Average males/active lek | 47 | 29 | 31 | 32 | 28 | 58 | 49 | 53 |
| Median males/active lek | 30 | 24 | 21 | 21 | 18 | 39 | 41 | 39 |

[1] Averaged over each year for each period.

Fig. A5.14.  Change in the population index for Upper Snake ID subpopulation, 1965-2003.



BLM_0040362

Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats          *Connelly et al.*

**Wyoming Basin Population**

Table A5.16.  Sage-grouse monitoring and population trends in Dinosaur UT/CO subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 27 | 19 | 17 | 13 | 8 | 9 | 9 | 5 |
| Number of active leks[1] | 18 | 17 | 14 | 11 | 6 | 8 | 7 | 4 |
| Percent active leks | 69 | 86 | 86 | 82 | 79 | 93 | 84 | 96 |
| Average males/lek | 23 | 29 | 20 | 17 | 21 | 34 | 24 | 51 |
| Median males/lek | 7 | 13 | 11 | 11 | 12 | 15 | 15 | 34 |
| Average males/active lek | 33 | 34 | 23 | 21 | 26 | 37 | 29 | 53 |
| Median males/active lek | 18 | 19 | 12 | 14 | 16 | 16 | 16 | 40 |

[1] Averaged over each year for each period.

Fig. A5.15.  Change in the population index for Dinosaur UT/CO subpopulation, 1965-2003.



BLM_0040363

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**          *Connelly et al.*

Table A5.17.  Sage-grouse monitoring and population trends in Fall River SD/E Edge WY subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 5 | 1 | 1 | 1 | 2 | 0 | 0 | 0 |
| Number of active leks[1] | 5 | 1 | 1 | 1 | 2 | 0 | 0 | 0 |
| Percent active leks | 100 | 100 | 100 | 100 | 100 | | | |
| Average males/lek | 16 | 9 | 7 | 6 | 25 | | | |
| Median males/lek | 8 | 9 | 6 | | | | | |
| Average males/active lek | 16 | 9 | 7 | 6 | 25 | | | |
| Median males/active lek | 8 | 9 | 6 | | | | | |

[1] Averaged over each year for each period.

Fig. A5.16.  Change in the population index for Fall River SD/E Edge WY subpopulation, 1982-2003.



BLM_0040364

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats** *Connelly et al.*

Table A5.18.  Sage-grouse monitoring and population trends in NE WY/SE MT subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 197 | 87 | 77 | 76 | 78 | 25 | 15 | 7 |
| Number of active leks[1] | 132 | 52 | 56 | 62 | 71 | 23 | 15 | 7 |
| Percent active leks | 67 | 59 | 73 | 81 | 92 | 91 | 97 | 100 |
| Average males/lek | 11 | 8 | 13 | 16 | 22 | 25 | 23 | 36 |
| Median males/lek | 6 | 3 | 8 | 11 | 17 | 19 | 20 | 31 |
| Average males/active lek | 17 | 14 | 18 | 20 | 24 | 28 | 24 | 36 |
| Median males/active lek | 12 | 10 | 13 | 15 | 18 | 21 | 21 | 31 |

[1] Averaged over each year for each period.

Fig. A5.17.  Change in the population index for NE WY/SE MT subpopulation, 1967-2003.



BLM_0040365

Table A5.19.  Sage-grouse monitoring and population trends in North Park CO/WY subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 33 | 32 | 29 | 33 | 29 | 23 | 12 | 14 |
| Number of active leks[1] | 28 | 26 | 23 | 24 | 26 | 20 | 11 | 13 |
| Percent active leks | 85 | 82 | 80 | 72 | 91 | 89 | 95 | 90 |
| Average males/lek | 39 | 24 | 24 | 21 | 39 | 42 | 47 | 44 |
| Median males/lek | 19 | 15 | 21 | 13 | 30 | 33 | 39 | 44 |
| Average males/active lek | 46 | 30 | 30 | 29 | 42 | 47 | 49 | 49 |
| Median males/active lek | 23 | 22 | 28 | 24 | 34 | 41 | 44 | 50 |

[1] Averaged over each year for each period.

Fig. A5.18.  Change in the population index for North Park CO/WY subpopulation, 1965-2003.



BLM_0040366

Table A5.20.  Sage-grouse monitoring and population trends in S-Central MT/N-Central WY subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 159 | 114 | 108 | 93 | 68 | 30 | 24 | 20 |
| Number of active leks[1] | 133 | 86 | 85 | 78 | 62 | 25 | 14 | 6 |
| Percent active leks | 84 | 75 | 78 | 83 | 91 | 82 | 57 | 28 |
| Average males/lek | 16 | 13 | 15 | 16 | 19 | 18 | 12 | 8 |
| Median males/lek | 12 | 9 | 10 | 11 | 14 | 15 | 4 | 0 |
| Average males/active lek | 19 | 17 | 19 | 19 | 21 | 22 | 20 | 26 |
| Median males/active lek | 15 | 12 | 14 | 14 | 15 | 18 | 15 | 19 |

[1] Averaged over each year for each period.

Fig. A5.19.  Change in the population index for S-Central MT/N-Central WY subpopulation, 1969-2003.



BLM_0040367

Table A5.21.  Sage-grouse monitoring and population trends in S-Central WY/N-Central CO subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 491 | 372 | 283 | 268 | 199 | 106 | 66 | 81 |
| Number of active leks[1] | 323 | 225 | 180 | 174 | 118 | 70 | 52 | 64 |
| Percent active leks | 66 | 60 | 63 | 65 | 59 | 66 | 79 | 79 |
| Average males/lek | 20 | 12 | 15 | 16 | 20 | 27 | 32 | 41 |
| Median males/lek | 11 | 5 | 8 | 10 | 8 | 16 | 24 | 27 |
| Average males/active lek | 31 | 19 | 23 | 25 | 34 | 41 | 41 | 51 |
| Median males/active lek | 25 | 14 | 18 | 20 | 26 | 34 | 32 | 36 |

[1] Averaged over each year for each period.

Fig. A5.20.  Change in the population index for S-Central WY/N-Central CO subpopulation, 1965-2003.



BLM_0040368

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**     *Connelly et al.*

Table A5.22.  Sage-grouse monitoring and population trends in SW WY/NW CO/NE UT/SE ID subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 282 | 207 | 166 | 100 | 58 | 31 | 17 | 10 |
| Number of active leks[1] | 203 | 132 | 95 | 79 | 53 | 26 | 15 | 9 |
| Percent active leks | 72 | 64 | 57 | 79 | 92 | 86 | 84 | 86 |
| Average males/lek | 22 | 18 | 14 | 22 | 26 | 38 | 29 | 34 |
| Median males/lek | 15 | 8 | 5 | 16 | 19 | 21 | 21 | 26 |
| Average males/active lek | 31 | 28 | 25 | 28 | 28 | 44 | 34 | 39 |
| Median males/active lek | 24 | 20 | 19 | 22 | 20 | 29 | 26 | 31 |

[1] Averaged over each year for each period.

Fig. A5.21.  Change in the population index for SW WY/NW CO/NE UT/SE ID subpopulation, 1965-2003.



BLM_0040369

Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats                    *Connelly et al.*

## Yellowstone Watershed Population

Table A5.23.  Sage-grouse monitoring and population trends in Central MT subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 239 | 111 | 95 | 116 | 96 | 75 | 52 | 8 |
| Number of active leks[1] | 175 | 79 | 72 | 94 | 88 | 67 | 47 | 8 |
| Percent active leks | 73 | 71 | 76 | 81 | 91 | 90 | 91 | 97 |
| Average males/lek | 17 | 14 | 16 | 17 | 27 | 23 | 23 | 23 |
| Median males/lek | 12 | 10 | 11 | 13 | 23 | 19 | 18 | 14 |
| Average males/active lek | 24 | 20 | 21 | 21 | 30 | 25 | 25 | 23 |
| Median males/active lek | 19 | 16 | 15 | 16 | 26 | 21 | 20 | 15 |

[1] Averaged over each year for each period.

Fig. A5.22.  Change in the population index for Central MT subpopulation, 1966-2003.



BLM_0040370

Table A5.24.  Sage-grouse monitoring and population trends in E Interior MT/NE tip WY subpopulation, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 102 | 19 | 35 | 23 | 32 | 13 | 2 | 0 |
| Number of active leks[1] | 61 | 10 | 24 | 15 | 28 | 13 | 2 | 0 |
| Percent active leks | 60 | 53 | 69 | 66 | 88 | 97 | 100 | 100 |
| Average males/lek | 9 | 4 | 9 | 8 | 15 | 14 | 18 | 32 |
| Median males/lek | 3 | 2 | 7 | 6 | 13 | 11 | 20 | 32 |
| Average males/active lek | 15 | 8 | 13 | 13 | 17 | 14 | 18 | 32 |
| Median males/active lek | 10 | 7 | 12 | 10 | 14 | 12 | 20 | 32 |

[1] Averaged over each year for each period.

Fig. A5.23.  Change in the population index for E Interior MT/NE tip WY subpopulation, 1974-2003.



BLM_0040371

# APPENDIX 6

## Characteristics of Greater Sage-Grouse Within Floristic Regions

### Methods

The identified populations (Table 6.16, Appendix 4) and subpopulations (Table 6.16, Appendix 5) were divided into six floristic regions (Miller and Eddleman 2001) for a general analysis. An additional Great Plains Region was defined to include populations east and north of the area encompassed by Miller and Eddleman's research. Because some populations/subpopulations straddled the lines between floristic regions, they were included within the region where they had most of their leks.

### Literature Cited

Miller, R. F., and L. L. Eddleman. 2001. Spatial and temporal changes of sage grouse habitat in the sagebrush biome. Oregon State University, Agricultural Experiment Station, Technical Bulletin 151, Corvallis, Oregon.

BLM_0040372

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats** *Connelly et al.*

Table A6.1. Sage-grouse monitoring and population trends in Colorado Plateau region, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 4 | 7 | 10 | 12 | 9 | 1 | 2 | 2 |
| Number of active leks[1] | 3 | 6 | 4 | 4 | 7 | 1 | 1 | 1 |
| Percent active leks | 80 | 86 | 39 | 34 | 78 | 67 | 67 | 63 |
| Average males/lek | 11 | 9 | 4 | 5 | 6 | 10 | 8 | 3 |
| Median males/lek | 8 | 5 | 0 | 0 | 5 | 10 | 5 | 3 |
| Average males/active lek | 14 | 11 | 10 | 14 | 8 | 14 | 12 | 5 |
| Median males/active lek | 13 | 7 | 8 | 11 | 6 | 13 | 8 | 5 |

[1] Averaged over each year for each period.

Fig. A6.1. Change in the population index for Colorado Plateau region, 1980-2003.



Table A6.2.  Sage-grouse monitoring and regional trends in Columbia Basin region, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 47 | 31 | 25 | 20 | 18 | 15 | 14 | 3 |
| Number of active leks[1] | 20 | 18 | 16 | 14 | 16 | 14 | 13 | 3 |
| Percent active leks | 41 | 56 | 62 | 71 | 91 | 92 | 99 | 100 |
| Average males/lek | 8 | 11 | 13 | 17 | 26 | 15 | 24 | 33 |
| Median males/lek | 0 | 5 | 4 | 6 | 23 | 13 | 20 | 31 |
| Average males/active lek | 18 | 20 | 20 | 23 | 28 | 16 | 25 | 33 |
| Median males/active lek | 17 | 18 | 14 | 14 | 24 | 14 | 20 | 31 |

[1] Averaged over each year for each period.

Fig. A6.2.  Change in the population index for Columbia Basin region, 1965-2003.



BLM_0040374

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**            *Connelly et al.*

Table A6.3.  Sage-grouse monitoring and regional trends in Great Plains region, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 747 | 315 | 271 | 274 | 255 | 158 | 94 | 44 |
| Number of active leks[1] | 519 | 203 | 203 | 224 | 232 | 145 | 87 | 42 |
| Percent active leks | 69 | 64 | 75 | 82 | 91 | 92 | 93 | 94 |
| Average males/lek | 15 | 10 | 13 | 16 | 22 | 20 | 21 | 22 |
| Median males/lek | 9 | 5 | 9 | 11 | 17 | 16 | 18 | 16 |
| Average males/active lek | 21 | 16 | 18 | 20 | 25 | 22 | 23 | 23 |
| Median males/active lek | 16 | 12 | 13 | 15 | 20 | 18 | 20 | 18 |

[1] Averaged over each year for each period.

Fig. A6.3.  Change in the population index for Great Plains region, 1965-2003.



BLM_0040375

Table A6.4.  Sage-grouse monitoring and regional trends in Northern Great Basin region, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 18 | 32 | 22 | 33 | 48 | 72 | 107 | 156 |
| Number of active leks[1] | 16 | 25 | 11 | 25 | 44 | 64 | 92 | 127 |
| Percent active leks | 91 | 79 | 50 | 76 | 91 | 88 | 86 | 82 |
| Average males/lek | 23 | 21 | 9 | 19 | 29 | 30 | 19 | 22 |
| Median males/lek | 14 | 11 | 1 | 10 | 19 | 17 | 12 | 13 |
| Average males/active lek | 25 | 26 | 17 | 25 | 32 | 34 | 22 | 27 |
| Median males/active lek | 16 | 16 | 14 | 17 | 20 | 20 | 15 | 19 |

[1] Averaged over each year for each period.

Fig. A6.4.  Change in the population index for Northern Great Basin region, 1965-2003.



BLM_0040376

Table A6.5.  Sage-grouse monitoring and regional trends in Snake River Basin region, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 450 | 334 | 195 | 169 | 215 | 172 | 149 | 97 |
| Number of active leks[1] | 364 | 256 | 158 | 136 | 177 | 155 | 130 | 91 |
| Percent active leks | 81 | 77 | 81 | 81 | 83 | 90 | 87 | 93 |
| Average males/lek | 20 | 15 | 21 | 28 | 22 | 32 | 31 | 39 |
| Median males/lek | 13 | 9 | 14 | 18 | 14 | 21 | 21 | 29 |
| Average males/active lek | 25 | 20 | 26 | 34 | 27 | 36 | 36 | 42 |
| Median males/active lek | 18 | 15 | 18 | 25 | 18 | 24 | 26 | 30 |

[1] Averaged over each year for each period.

Fig. A6.5.  Change in the population index for Snake River Basin region, 1965-2003.



BLM_0040377

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats** *Connelly et al.*

Table A6.6.  Sage-grouse monitoring and regional trends in Southern Great Basin region, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 213 | 128 | 121 | 113 | 112 | 98 | 81 | 42 |
| Number of active leks[1] | 166 | 106 | 107 | 99 | 97 | 82 | 69 | 38 |
| Percent active leks | 78 | 83 | 89 | 87 | 87 | 83 | 85 | 90 |
| Average males/lek | 17 | 15 | 17 | 20 | 20 | 21 | 24 | 25 |
| Median males/lek | 10 | 10 | 11 | 14 | 14 | 13 | 16 | 16 |
| Average males/active lek | 22 | 18 | 19 | 23 | 23 | 25 | 28 | 28 |
| Median males/active lek | 15 | 13 | 14 | 16 | 17 | 18 | 22 | 19 |

[1] Averaged over each year for each period.

Fig. A6.6.  Change in the population index for Southern Great Basin region, 1965-2003.



BLM_0040378

**Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats**          *Connelly et al.*

Table A6.7.  Sage-grouse monitoring and regional trends in Wyoming Basin region, summarized over 5-year periods, 1965 - 2003.

| Parameter | 00-03 | 95-99 | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 |
|---|---|---|---|---|---|---|---|---|
| Leks counted[1] | 1229 | 1100 | 819 | 693 | 587 | 381 | 287 | 242 |
| Number of active leks[1] | 892 | 751 | 565 | 511 | 449 | 312 | 237 | 199 |
| Percent active leks | 73 | 68 | 69 | 74 | 76 | 82 | 83 | 82 |
| Average males/lek | 20 | 15 | 16 | 20 | 22 | 30 | 30 | 37 |
| Median males/lek | 12 | 7 | 8 | 11 | 13 | 18 | 19 | 21 |
| Average males/active lek | 28 | 21 | 24 | 27 | 29 | 37 | 36 | 45 |
| Median males/active lek | 22 | 15 | 17 | 19 | 22 | 28 | 27 | 33 |

[1] Averaged over each year for each period.

Fig. A6.7.  Change in the population index for Wyoming Basin region, 1965-2003.



BLM_0040379

Photos courtesy of Sarah Mah

HOME   CALENDAR   NEWS   JOIN   ADVOCACY   ABOUT   SUPPORTERS   PHOTOS   TRAILS   CONTACT

Please support our efforts to build new trails by becoming a member today! COPMOBA is hard at work on many exciting new trail projects, which would not be possible without the valued support of our members and volunteers. Join Now!

# Colorado Plateau Mountain Bike Trail Association

COPMOBA is a group of mountain bikers dedicated to the development and maintenance of regional mountain bike trails on the Colorado Plateau. Our main trails include Kokopelli's, Tabequache, and Paradox, and we also work on all mountain bike trails in the area and are always working to get new trails built.

Donations help COPMOBA accomplish great things for the trails and mountain bike community! Donations allow COPMOBA to build and maintain trails and to advocate for the trails and mountain biking. Thank you for supporting and aiding our efforts!

## Postcards from the President

Posted: Wednesday, August 7, 2013

Hi COPMOBA,
Some number of years ago it dawned on me that I felt possessive or protective of the trails that I often rode. I'd look for errant lines, think about riders staying on or wandering off trail, often ask other riders to follow some simple rules, etc. It turned out not to be limited to my local trails, but was really quite general. Seeing abused and mis-used trails was, and still is, a painful situation. I expect riders to take care of the trails that they use. We all wander off line at times, exhibit less skill that we'd like to, or simply don't pay attention for a moment. And it's easy enough to take a moment and clean up your tracks that are off-trail. But I believe that many riders don't even recognize that riding off-trail is something to notice and take care of - something to be concerned about. And some riders revel in the process of riding off-trail for the pleasure of the moment or the experience. But it's the unaware rider that I'm thinking of here. I believe that we as a riding community need to help keep singletrack single through education. Let's make an effort to graciously improve the situation – thoughtful words both ahead of time with novice riders and in the heat of the moment with an on-trail experience. We work hard to create and maintain these trails, and part of that maintenance is well addressed through education about the benefits of proper trail use. It's a challenge to create and maintain a public discussion about proper trail use – takes a lot of energy, time, and sometimes money for signs, literature, etc. But the benefits are many. Our trails systems are easily overwhelmed by large numbers of riders, and when the general rider is commonly a novice rider, the impacts can be tremendous. What do you think can be done to improve this situation? Let's do it.

## Upcoming Events

See the full calendar:

**Ridgway Trail Construction**
August 23 - 25
Details coming soon
Registration

**Cerro Summit Trail Construction**
September 14, 2013
9am-3pm
Details!

**Mesa Top Trail Construction**
September 21-22
Grand Mesa

**Take a Kid Mountain Biking Day**
October 5
Details to come!

Check out the full calendar

## More Area Information?

Are you looking for even more information about the resources in the Grand Junction area? Interested in doing more volunteer activities within the BLM Grand Junction Field Office area? Here are two links that will get you the information that you need!

Volunteer Information
http://www.blm.gov/co/st/en/fo/gjfo/Volunteer.html

Recreation Information
http://www.blm.gov/co/st/en/fo/gjfo/recreation.html

## COPMOBA Newsletter

Want to stay updated by the most current COPMOBA news? Leave your email address.

**Donate to COPMOBA**

Read more...

## COPMOBA on FB

## COPMOBA stuff you can buy!



Colors

Red ▾



## Get yours today!
## COPMOBA now has limited edition thermal hoodies.



Printable Order Form

You can also order via Pay Pal. Just use the donate button and follow the steps. In the note section, please let me know what you're ordering and the size that you would like. Take a look at the printable order form for more information. Thermal hoodies are $109.

## Grand Valley Trail Alliance

Recreation activities in and around the Grand Valley over the past several decades have involved many facets of our varied outdoor opportunities. Ranked high among the engaging, growing, and successful pursuits, has been the development of trail systems and individual routes in our area for many varied user groups. Building upon the strengths and success of several existing trails organizations and the Bureau of Land Management, Grand Junction Field Office, an effort is underway to establish a new organization with the goal of combining resources, time, and attention in the pursuit of maintaining existing trails and creating new trails in the Grand Valley. This new organization is called the Grand Valley Trail Alliance.

It is anticipated that the GVTA will initially be comprised of representation from user groups including various modes of motorized travel, the mountain bike community, and likely foot and equine users. Importantly, the organization also seeks to include representation from local civic, business, and municipal bodies so that the organization represents diverse concerns and supporting interests regarding trail maintenance, the establishment of new trails, and trail support infrastructure, and is able to thoroughly review and vet concepts at the outset of the planning process with the goal of streamlining project implementation. The breadth of partners in the alliance is also important in providing a critical mass and strength of voice for new

projects.

**Read more..........**

COPMOBA   |   Colorado Plateau Mountain Bike Trail Association   |   ©2012

Home   Calendar   News   Join   Advocacy   About   Supporters   Photos   Trails   Contact

BLM_0040382



2017 REPORT ON

# THE HEALTH OF COLORADO'S FORESTS

• • • • •

MEETING THE CHALLENGE OF DEAD AND AT-RISK TREES



BLM_0040383

# Director's Message



**COLORADO STATE FOREST SERVICE**
COLORADO STATE UNIVERSITY



*Michael B. Lester, State Forester and Director. Photo: Society of American Foresters*

Frequently being outdoors to enjoy Colorado's diverse and scenic environments is one of the reasons many of us call this state home. You don't have to drive, hike, pedal or paddle very far to appreciate the value that forests and trees bring to our lives, our communities and the natural world. Along your way, it may become apparent that many of our forests are overly dense and unhealthy; millions of acres of Colorado forestland also have been impacted by bark beetles in recent decades. But there's a silver lining to the problem of dead and dying trees in our forests: standing dead trees often continue to hold value for years, and currently are being utilized by wood products businesses in efforts that support forest management efforts.

The annual *Report on the Health of Colorado's Forests* provides an overview of current forest conditions, the forces that are shaping them and actions being taken to address challenges. This year, we hope you will find of particular interest the special section on dealing with dead trees and forests at risk of insect mortality.

In the Gunnison Basin, which has been hit harder by bark beetle outbreaks in the past few years than perhaps anywhere else in Colorado, communities and landowners are rallying together to suppress destructive insect activity and take preventive measures. There and all around the state, industry professionals also continue to pursue effective methods of harvesting and marketing standing dead timber.

Working in parallel with these regional, on-the-ground efforts, others are coming together to raise public awareness, advise forestry policy changes and gain stakeholder perspectives on forest challenges and solutions. The state's Forest Health Advisory Council was created by Colorado House Bill 16-1255 to provide a collaborative forum to advise the State Forester on a range of issues, opportunities and threats with regard to Colorado's forests. This 21-member council from across the state convened for the first time in April 2017 and is actively working across organizational boundaries to identify barriers to, and opportunities for, improving Colorado's forest health. To learn more about this council's priorities and membership, visit www.csfs.colostate.edu/forest-health-advisory-council.

Within the Colorado State Forest Service (CSFS), we are proactively realigning our organization to address the evolving needs of our forests and constituents, and will continue with this implementation throughout 2018:

- Four management areas (Northwest, Northeast, Southwest and Southeast) will replace the current CSFS field structure of 15 separate districts. All existing CSFS field offices throughout the state will continue to serve the local needs of landowners and partners in each area.
- Within each of these areas, staff with specialized expertise will apply science and data to forestry programs and projects; plan and implement work on the ground; and provide outreach and community forestry services.
- A new CSFS Science and Data Division will support strategic and project-level planning based on current research and enhance the management and reporting of data.

This restructuring and reprioritization will increase the CSFS's impact and provide tactical definition to the agency's Five-Year Strategic Plan to foster healthy and resilient forests.

The natural and human-induced challenges facing our forests are complex. I encourage you to become aware of the issues, take personal responsibility for forested lands you may own and advocate for effective management of this shared natural resource. Enjoy your travels and experiences in the forest with a greater understanding of how the actions we take now, as citizens, land managers and legislators, will impact those experiences for generations to come.

Michael B. Lester
State Forester and Director
Colorado State Forest Service

## Table of Contents

| | |
|---|---|
| Executive Summary | 2 |
| Statewide Insect and Disease Update | 4 |
| Special Section: Meeting the Challenge of Dead and At-Risk Trees | 13 |
| Effective Forest Management: A Focus on Prevention | 22 |

*Front cover photos, clockwise from top left: CSFS Insect and Disease Technician Katelynn Martinez hanging an MCH packet that repels Douglas-fir beetle. Photo: Dan West, CSFS; Logging operations to improve forest health. Photo: CSFS; Adult spruce beetle. Photo: Dan West, CSFS; A view of the Gunnison Basin. Photo: Dan West, CSFS*

## The Role of the Colorado State Forest Service



*CSFS State Lands Program Specialist Diana Selby working on a forest management project at the Colorado State University Mountain Campus in Larimer County. Photo: Nancy Klasky, CSFS*

Since 1955, the Colorado State Forest Service (CSFS) has been committed to providing timely, relevant forestry information and education to the citizens of Colorado to achieve resilient forests and communities. The CSFS is a service and outreach agency of the Warner College of Natural Resources at Colorado State University. Headquartered in Fort Collins, the agency also provides staffing for the Division of Forestry within the Colorado Department of Natural Resources.

The CSFS was recently reorganized into four areas covering the quadrants of the state, and continues to serve the citizens of Colorado from 19 previously existing field offices.

Using applied science, the CSFS adapts its focus and approach in response to emerging forestry issues. Every year, the agency assists thousands of landowners and hundreds of communities to improve forest health. As the lead state agency providing forest stewardship and wildfire mitigation assistance, the CSFS offers a variety of programs and services, including:

- Forest and timber management for forest health and increased resiliency
- Resources and projects to reduce wildfire risk
- Wood utilization and marketing assistance
- Insect and disease surveys and detection
- Urban and community forestry assistance
- Trees and shrubs for conservation, including advice on tree planting and care
- Workshops for forest landowners, communities and homeowner associations
- Outreach and education for adults and youth

CSFS funding is obtained from the U.S. Forest Service; the state general fund and state service-based revenues; self-generated and other revenues; and severance taxes.

BLM_0040385

# Executive Summary

Each year, the Colorado State Forest Service (CSFS) prepares a report on the health of Colorado's forests to inform Colorado's General Assembly, citizens and other stakeholders. The report provides an overview of current forest conditions, the forces shaping them and some of the actions being taken to address related challenges. This year, the publication also offers a special section describing ways in which the state is dealing with millions of standing dead trees, as well as how it is managing those forests at continued risk of insect mortality.

Native forest insects and diseases are important to the ecology of all of Colorado's forests, often setting the stage for the replacement of older trees with younger, more vigorous ones. However, these same organisms can impact the benefits society derives from forests, including wildlife habitat, recreation, timber production and watershed protection. Regular monitoring for the damage caused by forest insects is a fundamental aspect of forest management, and in Colorado the primary source of this information is an annual aerial forest health survey conducted cooperatively by the CSFS and U.S. Forest Service (USFS), Rocky Mountain Region.

Based on the 2017 survey, spruce beetle was Colorado's most widespread and damaging forest insect pest for the sixth consecutive year. A total of 206,000 acres with active infestations of this bark beetle were observed in high-elevation Engelmann spruce forests, with nearly a third of these acres not previously infested. Counties most significantly impacted by spruce beetle in 2017 included Gunnison, Fremont, Hinsdale, Saguache and Chaffee. Mature Douglas-fir trees also continued to be attacked and killed by Douglas-fir beetle – another



*Sam Pankratz, a CSFS Southwest Area forester, peels the bark off a tree to look for Douglas-fir beetles. Photo: Ryan Lockwood, CSFS*

closely related bark beetle – impacting a total of 14,000 acres in many of the same counties, and several others in the central and southern portions of the state.

Besides the impacts of these bark beetles, in 2017 western spruce budworm defoliated 252,000 acres of Douglas-fir, white fir and spruce in Colorado, with the most heavily impacted areas including the Sawatch, Mosquito and Culebra ranges; Sangre

de Cristo Mountains; and the Tarryall Mountains in Park County. White fir continued to be attacked and killed by fir engraver beetle in Ouray and Archuleta counties, though tree mortality occurred on fewer acres than in 2016. And damage caused by a complex involving western balsam bark beetle and several species of root-decaying fungi continued to be ubiquitous, causing tree mortality on 50,000 acres of high-elevation

BLM_0040386



subalpine fir throughout the state.

Emerging, or currently more localized, insect and disease threats also exist in Colorado's forests. The exotic pest emerald ash borer (EAB), first detected in Colorado in 2013, continues to spread in the urban and community forests of Boulder County, and in 2017 was detected for the first time within the City of Lafayette. A needle cast fungi affecting lodgepole pine forests on Vail and

Monarch passes caused localized areas of premature needle drop, and a rapidly increasing outbreak of roundheaded pine beetle in Dolores County continues to affect more acres of ponderosa pine each year – with more than 10,000 cumulative acres impacted since 2012.

The Gunnison Basin has been dealing with the state's most serious bark beetle outbreaks, in part due to prolonged drought conditions. Several programs and methods currently are being employed to deal with this growing concern, including the Western Bark Beetle Program, the use of pheromone treatments to repel attacks on susceptible trees, and use of the Good Neighbor Authority to allow state contracting procedures to be used for management efforts on federally owned lands.

Nearly 3.4 million acres of Colorado's pine forests have been impacted by the mountain pine beetle since 1996, and another 1.78 million acres of Engelmann spruce have been affected by a similar forest insect, the spruce beetle. Together, these bark beetles have caused widespread tree mortality on roughly one-fifth of Colorado's forestland over the past two decades. But the problem of dead and dying trees in the state's forests also offers an opportunity: standing dead trees can hold value for years, and currently are being utilized by wood products businesses in efforts that support forest management efforts.

The CSFS and its partners are working with sawmills and forest products businesses statewide to seize this opportunity. Colorado has more than 100 sawmills, ranging in size from small mobile operations to large-scale permanent facilities, and an estimated one-third of these mills

use beetle-killed trees as part of their wood supply.

Several specific areas and programs related to meeting the challenges of dead trees are addressed in this year's report. More than a decade after the mountain pine beetle epidemic moved through Grand County, dead trees from over 30,000 acres of private and state land have been sustainably harvested and processed into valuable wood products. And cooperative efforts between the CSFS and its partners are providing opportunities to derive value from Colorado's standing dead trees, including research with Colorado State University to determine how long wood remains usable after being killed by beetles or fire. A primary focus of these efforts has been at the site of the 2013 Black Forest Fire.

In locations throughout Colorado, CSFS and USFS efforts also are providing access to capital to support the state's sawmills. These efforts not only help enable forest management, but create jobs in places like the San Luis Valley, where a new mill now employs almost 50 full-time workers from the surrounding area.

Besides the need to address dead trees on the landscape, the need to manage forests with a focus on healthy trees – especially those at higher risk for future insect and disease concerns – remains an ever-present priority. To better deal with ongoing forestry challenges, the CSFS is proactively realigning its organizational structure, with changes beginning in 2018. All CSFS field offices will remain open, and the agency restructure will provide enhanced opportunities to fulfill the CSFS Five-Year Strategic Plan to foster healthy and resilient forests.

BLM_0040387

# Statewide Insect and Disease Update

Forest insects and diseases are important to the ecology of all of Colorado's forests. For example, outbreaks of tree-killing bark beetles can set the stage for the replacement of older trees with younger, more vigorous ones by targeting trees in mature, overly dense forests. However, altered forest conditions impact wildlife habitat, recreation, timber production, watershed protection and other forest values.

Regular monitoring for the damage caused by forest insects is a fundamental aspect of forest management. In Colorado, the primary source of information on forest pest conditions is the annual aerial forest health survey. Aerial detection surveys are conducted cooperatively by specialists from the U.S. Forest Service (USFS), Rocky Mountain Region, and the Colorado State Forest Service (CSFS). Trained observers representing both agencies fly in small aircraft over the state's native forests – covering all land ownerships – to map and classify the intensity of the current year's damage. Some areas flown during the aerial survey also are ground-checked to verify the agent responsible for the damage and the level of severity.

In 2017, aerial survey hardware and software were upgraded to keep up with technological advances, allowing greater precision for observers. While this represents an improvement in aerial survey methods, caution should be used when comparing this year's data to previous years due to slightly differing sampling tools.

Another key source of information for this report is field visits by CSFS foresters, who identify and assess forest pest activity while advising private forest landowners on how to manage their forests. These foresters also are directly responsible for the management of state-owned forest lands and conduct statewide forest inventories, allowing for further knowledge to inform the report. In addition, the CSFS cooperates



*Spruce beetle-killed trees throughout the Rio Grande National Forest. Photo: Dan West, CSFS*

with other agencies such as the Colorado Department of Agriculture, USDA Animal and Plant Health Inspection Service (APHIS) and USFS to design and conduct special surveys to ensure the early detection of exotic insect species that threaten both urban and native forests.

## Highlights for 2017

Long- and short-term temperature and precipitation trends can affect forest insect populations. According to the Colorado Climate Center, the statewide annual temperature over the past two decades has been about two degrees Fahrenheit warmer than the pre-1990s period. This additional warming is one factor that has contributed to large-scale insect and disease impacts in recent years.

The statewide annual temperature during Colorado's water year (Oct. 1 to Sept. 30) was 3.2 degrees F higher than the base period average of 44.6 F in 2017 (average calculated from

1901-2000), continuing a trend of above-normal temperatures. Most of the state received average or above-average precipitation in 2017, with Colorado's water year total of 20.09 inches providing 1.99 inches more moisture than the average. The wettest areas occurred on the Eastern Plains in the southeast quadrant of the state, while the northeast and southwest quadrants received average precipitation. The largely forested northwest quadrant of the state received slightly below-average precipitation for the year. Also of note, a late-season, heavy snowfall occurred in the southeast portion of Colorado in the spring, which caused significant damage to some tree species while also killing many livestock.

These weather and climate-related factors influenced forest insect and disease activity in the state, including the following notable impacts:

- For the sixth consecutive year, Colorado's most widespread and damaging forest insect pest was the spruce beetle. A total of 206,000

BLM_0040388

acres with active infestations were observed in high-elevation Engelmann spruce forests throughout the state. Approximately 67,000 new acres were impacted in 2017, indicating a continued spread of spruce beetles into forests not previously infested. Expanding outbreaks in the northern and central portions of the state have the potential to affect susceptible new areas in the near future.



*Spruce beetle-caused mortality over Wolf Creek Pass, Mineral County. Photo: Dan West, CSFS*

- Mature Douglas-fir continued to be attacked and killed by Douglas-fir beetle in the central and southern portions of the state. Garfield, Gunnison, Hinsdale and Saguache counties were heavily impacted in 2017. Approximately 14,000 acres were impacted statewide, with 11,000 acres being new.
- Western spruce budworm defoliated 252,000 acres of Douglas-fir, white fir and spruce in central and southern Colorado. Custer, Freemont, Gunnison, Huerfano, Las Animas, Park, Rio Blanco and Saguache counties experienced heavy and widespread defoliation.
- White fir continued to be attacked and killed by fir engraver beetle in several areas of the state, particularly in Ouray and Archuleta counties. Tree mortality occurred on 2,500 acres statewide, compared to 6,300 acres in 2016. Fir mortality due to the pest near the community of Ouray declined significantly.
- Western balsam bark beetle and associated root disease fungi continued to be ubiquitous throughout Colorado's spruce-fir forests, causing tree mortality over 50,000 acres of high-elevation subalpine fir.
- Emerald ash borer, first detected in Colorado in 2013, was detected for the first time within the City of Lafayette.
- A needle cast fungi affecting lodgepole pine forests on Vail and Monarch passes caused localized areas of premature needle drop, and noticeable discoloration of needles.
- Roundheaded pine beetle continued to affect more acres of ponderosa pine in Dolores County, with nearly 11,000 acres impacted from 2012 through 2017.

## Indigenous Pests
### Conifer Forests
#### Spruce Beetle
*(Dendroctonus rufipennis)*

Spruce beetles are native bark beetles that infest high-elevation Engelmann spruce and also occasionally Colorado blue spruce. The spruce beetle typically produces a new generation every two years, with larvae growing under the bark of spruce trees, most often at elevations above 9,000 feet. Adults fly to seek new hosts from late May through July, preferring large-diameter trees when they are present.

BLM_0040389



*A spruce beetle and gallery in an Englemann spruce on Marshall Pass, Chaffee County. Photo: Dan West, CSFS*

The spruce beetle was Colorado's most widespread and damaging forest insect for the sixth consecutive year. Severe outbreaks continued in portions of the San Juan/La Garita Mountains, West Elk Mountains, Sawatch Range, Sangre de Cristo Range and Wet Mountains. Significant infestations also were mapped in portions of Grand and Larimer counties in north-central Colorado, and west of the Continental Divide in and around Rocky Mountain National Park.

- 1.78 million cumulative acres have been impacted by spruce beetle outbreaks in Colorado since 1996.
- 206,000 acres of high-elevation Engelmann spruce were impacted in 2017, compared with 350,000 acres in 2016. This was the third consecutive year the state saw a decline in acres with active infestations of spruce beetle.

- As the spruce beetle moves through contiguous stands of Engelmann spruce, the preferred trees are depleted. This is one reason for fewer actively infested acres than recorded in 2016.
- 67,000 previously uninfested acres were impacted statewide in 2017.
- Infestations continued expanding north in the Collegiate Peaks of the Sawatch Range, with 3,800 new acres recorded in Park County.
- Susceptible Engelmann spruce forests exist between expanding outbreaks in the northern and central portions of the state, indicating that the spruce beetle has the potential to affect new areas in the near future.
- Notable counties affected by previously uninfested acres in 2017:

| Colorado County | 2016 Acres Affected | 2017 Acres Affected | 1996-2017 Cumulative Acres Affected | Previously Uninfested Acres |
|---|---|---|---|---|
| Gunnison | 67,000 | 40,000 | 134,000 | 13,000 |
| Freemont | 6,900 | 9,000 | 20,000 | 6,000 |
| Hinsdale | 37,000 | 22,000 | 272,000 | 5,000 |
| Saguache | 39,000 | 18,000 | 217,000 | 4,000 |
| Custer | 18,000 | 11,000 | 34,000 | 4,000 |
| Chaffee | 14,000 | 12,000 | 33,000 | 4,000 |
| Costilla | 3,100 | 4,800 | 9,700 | 3,500 |
| Archuleta | 9,700 | 8,100 | 53,000 | 3,000 |

### Mountain Pine Beetle
### (Dendroctonus ponderosae)

Mountain pine beetle (MPB) is a native bark beetle that infests all pine species native to Colorado. Populations reproduce once per year, requiring new green host trees to complete development. In Colorado, adults typically fly to new host trees from late June into early August.

MPB impacted nearly 3.4 million acres in the state from 1996 to 2014, but populations now remain at endemic, or background, levels statewide. Previous tree mortality is most concentrated in lodgepole pine forests in north-central Colorado, but scattered pockets of fading ponderosa and limber pines continue to be detected at moderate to low levels in the northern and central Sangre de Cristo Mountains. Localized "pocket" activity also occurred in ponderosa and lodgepole pines throughout the Front Range, although the causal agent for visible damage might include other native bark beetles.

- Less than 900 acres of native pine forest were affected by MPB in 2017, which is similar to the acreage impacted in 2016.



**Mountain Pine Beetle and Spruce Beetle-Caused Mortality in Colorado**

BLM_0040390

- 2017 represents the year with the lowest acreage impacted by MPB in more than two decades.
- Notable counties with MPB-caused mortality in 2017:

| Colorado County | 2016 Acres Affected | 2017 Acres Affected | 1996-2017 Cumulative Acres Affected |
|---|---|---|---|
| Douglas | 6 | 270 | 35,000 |
| Larimer | 120 | 100 | 809,000 |
| Park | 50 | 130 | 138,000 |
| Saguache | 280 | 100 | 43,000 |

## Douglas-fir Beetle
### *(Dendroctonus pseudotsugae)*
Douglas-fir beetle is another important native bark beetle, present in mature Douglas-fir forests across most of the West. Outbreaks tend to be associated with overly dense stands of mature Douglas-fir trees, coupled with periods of below-normal local precipitation. Adults seek new trees to attack from late spring through early fall.

In 2017, pocket activity occurred in portions of the Flat Tops Wilderness, Rampart Range and Sangre de Cristo Mountains. Most of the Douglas-fir forests surrounding the communities of Gunnison, Salida, Aspen, Ouray, Telluride and Eagle also were heavily impacted.

- 14,000 acres comprised of Douglas-fir were impacted in 2017, compared with 19,000 acres in 2016.
- 11,000 new, previously uninfested acres were impacted statewide, also a decrease compared to 2016.
- Notable counties with the most newly infested acres in 2017:

| Colorado County | 2016 Acres Affected | 2017 Acres Affected | 1996-2017 Cumulative Acres Affected | Previously Uninfested Acres |
|---|---|---|---|---|
| Saguache | 1,700 | 2,500 | 39,000 | 2,000 |
| Hinsdale | 870 | 1,100 | 15,000 | 1,000 |
| Gunnison | 3,100 | 1,900 | 34,000 | 1,000 |
| Garfield | 3,400 | 2,200 | 35,000 | 1,000 |
| Eagle | 1,400 | 500 | 11,000 | 1,000 |
| Pitkin | 1,600 | 590 | 12,000 | 1,000 |

## Western Balsam Bark Beetle/ Root Disease Complex
Damage caused by western balsam bark beetle (*Dryocoetes confusus*) and several species of fungi that cause root decay continued in high-elevation subalpine fir. Statewide acreage impacted by this bark beetle/root disease complex decreased in 2017 from the previous year. The area affected by this complex may vary from year to year, though the intensity of damage is typically relatively low except during extreme drought conditions.

Several areas with significant damage in 2017 occurred in the Flat Tops Wilderness and Mount Zirkel Wilderness in northwest Colorado; the Sawatch Range near the town of Aspen; forests surrounding the town of Gunnison; and the northern portion of the Front Range.

- 50,000 acres of high-elevation, mixed-conifer forests containing subalpine fir were affected in 2017, compared to 122,000 acres in 2016.
- Notable counties affected in 2017:

| Colorado County | 2016 Acres Affected | 2017 Acres Affected |
|---|---|---|
| Pitkin | 9,600 | 7,900 |
| Gunnison | 6,400 | 6,400 |
| Eagle | 5,200 | 4,600 |
| Larimer | 8,500 | 4,400 |
| Grand | 7,100 | 4,400 |
| Garfield | 9,000 | 3,100 |

## Fir Engraver Beetle
### *(Scolytus ventralis)*
Fir engraver beetle is a native bark beetle that predominantly attacks white fir in Colorado. The adults typically fly to seek new trees in which to lay their eggs in the summer months, peaking in July and August. In 2017, notable tree mortality occurred only in southern Colorado, where white fir grows in mixed-species forests, often with Douglas-fir.

- 2,500 acres of white fir, all in southern Colorado, were impacted in 2017, compared to 6,300 acres in 2016.
- Localized areas affected in 2017 included the Sangre de Cristo

Mountains south to the northern portions of the Culebra Range. The eastern slopes of the Wet Mountains also continued to have mortality ranging from individual trees to pockets of 10 or more trees.

- Fir mortality near the mountain town of Ouray declined after more than five years of infestation. Fir engraver beetle is estimated to have killed more than 85 percent of the white firs in the Uncompahgre River Gorge around the community.
- Notable counties affected in 2017:

| Colorado County | 2016 Acres Affected | 2017 Acres Affected |
|---|---|---|
| Ouray | 3,200 | 1,600 |
| Archuleta | 1,400 | 400 |
| Hinsdale | 580 | 380 |



*A ponderosa pine tree killed by the roundheaded pine beetle on The Glade, Dolores County. Photo: Dan West, CSFS*

## Roundheaded Pine Beetle
### *(Dendroctonus adjunctus)*
The roundheaded pine beetle is an indigenous bark beetle closely related to mountain pine beetle, spruce beetle and Douglas-fir beetle. Southern Colorado is

BLM_0040391

thought to be the northern-most portion of its native range, which extends as far south as Guatemala. Ponderosa pine is considered the primary North American host tree species, and trees are attacked late in the year, from August through November, with the beetle producing one new generation per year.

Roundheaded pine beetle attacks a wide range of tree ages and sizes, most commonly after a prolonged drought period. Outbreaks typically are short in duration, though contiguous ponderosa pine forests in Dolores County have sustained increased mortality for the sixth consecutive year. Roundheaded pine beetles may kill trees solely, or they may be associated with other species of bark beetles in the same tree – including western pine beetle, engraver beetles and mountain pine beetle – in a situation commonly referred to as a "bark beetle complex."

Nearly 11,000 acres of ponderosa pine were affected in 2017, compared to over 6,000 acres in 2016. All of these observed acres were in Dolores County, in southwest Colorado.



*Roundheaded pine beetle and associated native bark beetle-caused mortality in 2016, overlooking the Narraguinnep Canyon in Dolores County. Photo: Dan West, CSFS*

### Roundheaded Pine Beetle and Associated Bark Beetle-Caused Mortality in Colorado





*Roundheaded pine beetle and associated native bark beetle-caused mortality has increased in intensity and area in the southwestern corner of Colorado from 2012 to 2017.*

BLM_0040392



*Douglas-fir trees affected by western spruce budworm in Chaffee County. Photo: Dan West, CSFS*

### Western Spruce Budworm
### (Choristoneura freemani)

Western spruce budworm larvae feed in the buds and on new needles of Douglas-fir, true firs (*Abies* spp.) and spruce, with adult moths most active later in the summer. Larval feeding causes a reddish-brown color in the needles and terminal ends of branches. For a number of consecutive years, this moth has been Colorado's most damaging and widespread forest defoliator, with heavy damage occurring in Douglas-fir forests throughout the southern portions of the state.

- 252,000 acres of Douglas-fir, true firs and spruce were impacted statewide in 2017 – an increase from 226,000 acres in 2016.
- Areas significantly affected in 2017 include the Sawatch Range and West Elk Wilderness in central Colorado; the Culebra Range and much of the Sangre de Cristo Mountains; the Mosquito Range and Tarryall Mountains in Park County; and along the southern portions of the Rampart Range and Front Range.
- Notable counties affected in 2017:

| Colorado County | 2016 Acres Affected | 2017 Acres Affected |
| --- | --- | --- |
| Saguache | 27,000 | 75,000 |
| Gunnison | 15,000 | 42,000 |
| Huerfano | 17,000 | 13,000 |
| Park | 14,000 | 12,000 |
| Rio Blanco | 19,000 | 11,000 |
| Las Animas | 20,000 | 11,000 |
| Fremont | 11,000 | 11,000 |
| Custer | 14,000 | 11,000 |

## Deciduous Forests
### Defoliating Insects of Aspen

Western tent caterpillar (*Malacosoma californicum*) and large aspen tortrix (*Choristoneura conflictana*) are two insect species capable of significantly defoliating Colorado's aspen forests when population levels are high in the summer months. Western tent caterpillars produce protective silk tents, most often seen in the crowns of aspen and cottonwood trees. Mountain mahogany, chokecherry and plums also are sometimes affected. Large aspen tortrix feed on aspen leaves and also roll them into shelters in which they pupate.

- 38,000 acres of aspen forest were defoliated statewide in 2017, compared to 19,000 acres defoliated in 2016.
- Notable counties affected in 2017:

| Colorado County | 2016 Acres Affected | 2017 Acres Affected |
| --- | --- | --- |
| Gunnison | 520 | 4,400 |
| Garfield | 470 | 3,900 |
| Archuleta | 1,900 | 3,400 |
| Mesa | 690 | 2,800 |
| Conejos | 1,700 | 2,300 |
| Dolores | 960 | 2,200 |

BLM_0040393



*A newly emerged emerald ash borer adult on an ash tree leaf in Boulder County. Photo: Dan West, CSFS*

### Leaf Diseases of Aspen and Cottonwoods

Several species of leaf fungi are sometimes responsible for the thinning or discoloration of aspen and cottonwood foliage in Colorado, but their impacts were isolated in 2017. Discoloration of foliage caused by a combination of Marssonina blight and/or Septoria leaf blight (*Septoria* spp.) caused early leaf drop and diseased leaves primarily in the north-central and northwest mountains, where environmental conditions favorable to these fungal pathogens developed. A total of 40,000 acres of aspen forest were affected by foliar fungi statewide, with nearly half of these acres located in Routt County.

- Notable counties affected in 2017:

| Colorado County | 2016 Acres Affected | 2017 Acres Affected |
|---|---|---|
| Routt | 1,300 | 19,000 |
| Rio Blanco | 1,100 | 11,000 |
| Moffat | - | 3,600 |
| Garfield | - | 2,700 |
| Grand | - | 1,200 |
| Eagle | - | 1,100 |

### Other Broadleaf Defoliators

#### Thousand Cankers Disease/ Walnut Twig Beetle
*(Pityophthorus juglandis)*

Thousand cankers disease is found in the Western United States and results from a species of tiny twig beetles (*Pityophthorus juglandis*), feeding primarily on black walnut trees, spreading a canker-causing fungi (*Geosmithia morbida*). Black walnut trees have been impacted in recent years along the Front Range and Eastern Plains of Colorado. The disease has spread especially quickly throughout Fort Morgan, with many symptomatic trees being observed each year from 2015 to 2017. An additional detection occurred in 2017 in the nearby community of Brush, also within Morgan County. No other new detections were located in 2017.

### Exotic Pests

The introduction of exotic insects, fungi, plants and other organisms threatens not only Colorado's forests, but those around the world. Invasive species can cause severe damage in their new habitats, as the newfound host trees that are unfamiliar with the introduced pest may have little or no natural resistance. Also, native predators and parasites may not be present in the new habitat to help keep populations of these exotic species in check. Once established, invasive forest pests can be spread over long distances via the human transport of firewood, nursery stock and other plant materials. Exotic insects and diseases pose a continual threat to Colorado's native and planted forests; of these, emerald ash borer is potentially the most destructive.

### Emerald Ash Borer
*(Agrilus planipennis)*

Emerald ash borer (EAB), an insect native to Asia, is considered the most destructive tree pest ever to be introduced into North America. EAB was initially introduced to the continent roughly two decades ago. First detected in Michigan in 2002, this insect has now killed millions of ash (*Fraxinus* spp.) trees in at least 31 states and two Canadian provinces.

Infestations were first detected in Colorado in 2013, in the City of Boulder, and since then detections have occurred throughout Boulder County. Approximately 15 percent of the trees in Colorado's urban and community forests are ash, making EAB a major threat statewide. Although early detection of this exotic pest remains challenging, an additional detection in the City of Lafayette was confirmed in 2017 – still within the known-infested County of Boulder. Positive detections have also previously occurred in Gunbarrel and Longmont, and in all these areas EAB populations continue to expand.

A collaborative interagency team has been organized to coordinate surveys and pest management activities to help limit the spread and reduce the impacts of this extremely destructive insect. Agencies and organizations represented on the Colorado EAB Response Team include the CSFS, Boulder County, City of Boulder, Colorado Department of

BLM_0040394

Agriculture, Colorado State University Extension, Colorado Tree Coalition, Green Industries of Colorado, University of Colorado, USDA Animal and Plant Health Inspection Service (APHIS) and multiple municipalities. Team members have been leading efforts in evaluating traps designed to attract adult beetles to seek early detection; the release of four species of parasitic wasps that prey on EAB; the establishment of a quarantine zone in Boulder County and surrounding areas; and providing current information on the pest's status and the most effective ways to protect ash trees.

## Other Damaging Agents

### Pine Needle Scale
*(Chionaspis pinifoliae)*

Pine needle scale was the most significant damaging insect to private forestlands in Grand County for the third consecutive year. This insect feeds on the needles of most pine species, and also on Douglas-fir and spruce. During severe outbreaks, the tiny scales can settle over entire needles, robbing the tree of necessary nutrients. Heavy infestations also can cause premature needle drop, crown dieback, increased susceptibility to other insects or disease, and even tree death.

Pine needle scale has been active in many areas throughout the Fraser Valley for several years. This increase in activity likely is a result of heavy and sustained chemical spraying to prevent bark beetle infestation, which kills beneficial insects that feed on the scales. Lodgepole pines of every size, from small saplings to mature trees, are in some areas heavily infested with the scale, and foresters have observed tree mortality even without additional insect or disease impacts.

Assessments conducted in 2017 indicate the Fraser Valley infestation declined slightly in some areas. Yet communities along the I-70 corridor (including Empire, Vail, Breckenridge and Frisco) had severe to moderate impacts on both native and transplanted spruce.

### Dwarf and True Mistletoe

Several species of dwarf mistletoe (*Arceuthobium* spp.) and one additional species of true mistletoe (*Phorodendron* spp.) are naturally present in Colorado. The only true mistletoe in the state, commonly known as the juniper mistletoe (*P. juniperinum*), occurs in the southwest corner of the state and affects several juniper varieties. This mistletoe is considered less aggressive than dwarf mistletoes, though is still impactful in the harsh climates where many junipers occur.

Dwarf mistletoes are leafless parasitic plants that derive nutrients from their host trees by sinking their own roots through the bark of branches and stems. Within six years, developed shoots begin to produce flowers and seeds that allow for reproduction. All of Colorado's native pines and Douglas-fir trees are susceptible to mistletoe species.



*Dwarf mistletoe infection on lodgepole pines is ubiquitous throughout Colorado. Photo: Dan West, CSFS*

BLM_0040395



*Needle cast fungi affecting a lodgepole pine near Vail Pass, Summit County. Photo: Dan West, CSFS*

Dwarf mistletoes are harmful to host trees in that they cause branches to swell at the infection site, eventually forming large "witches brooms" of densely clumped twigs. Infection eventually causes trees to become stunted and deformed. Seeds of the parasite are ejected onto adjacent trees by the shoots, while long-range dispersal is possible via movement by wildlife.

Mistletoe continues to be a persistent problem for communities and native forests statewide. A range of infection severity regularly occurs across the state, from localized pocket and stand impacts to severe infections that impact entire drainages. Infection rates of the only true mistletoe vary and continue to be noticeable in the southwest corner of the state, mainly around Mancos and Dolores in Montezuma County.

• • • • •

*Mistletoe continues to be a persistent problem for communities and forests statewide. A range of infection severity regularly occurs across the state, from localized pocket and stand impacts to severe infections that impact entire drainages.*

• • • • •

### Lodgepole Pine Needle Cast

Lodgepole pine forests along I-70 over Vail Pass, and on Monarch Pass in Saguache County, were discolored by a needle-cast disease in 2017. Premature needle drop of older needles and discoloration of both older and new needles was caused by two species of fungi of the genus *Lophodermella*, triggered by above-average precipitation in the spring. Environmental conditions favorable to the fungi, which require continually wet leaf surfaces, became widespread. The fungi are often seen near streams or areas that experienced a heavy snowpack and resultant greater humidity levels in the spring months.

BLM_0040396

## 2017 Insect and Disease Activity in Colorado Forests



| | |
|---|---|
| **Forestland** | **Spruce Beetle** 205547 acres |
| **Western Spruce Budworm** 252361 acres | **Western Balsam Bark Beetle** 50080 acres |
| **Douglas-fir Beetle** 14000 acres | **Bark Beetle Complex** 12000 acres |
| **Fir Engraver** 2496 acres | **Aspen Diseases and Defoliating Insects** 78421 acres |

### Aerial Survey Data

Due to the nature of aerial surveys, the data on this map only provide rough estimates of location, intensity and the resulting trend information for agents detectable from the air. Some destructive diseases are not represented on the map because these agents are not detectable from aerial surveys. The data presented on this map should only be used as an indicator of insect and disease activity, and should be validated on the ground for actual location and causal agent. Shaded areas show locations where tree mortality or defoliation were apparent from the air. Intensity of damage is variable, and not all trees in shaded areas are dead or defoliated.

The insect and disease data represented on this map are available digitally from the USDA Forest Service, Region 2 Forest Health Management group. The cooperators reserve the right to correct, update, modify or replace GIS products. Using this map for purposes other than those for which it was intended may yield inaccurate or misleading results.

In 2017, aerial survey hardware and software were upgraded to keep up with technology advances, allowing greater precision for observers. While this represents an improvement in aerial survey methods, caution should be used when comparing this year's data to previous years due to slightly differing sampling tools.

Map created December 2017
For more information:
www.csfs.colostate.edu
© CSFS



**Data Source:** United States Department of Agriculture (USDA)
Forest Health Assessment & Applied Sciences Team (FHAAST)

BLM_0040397

## Spruce Beetle Activity in Colorado Forests, 1996-2017



### Spruce Beetle Intensity 2017

- 1-3%
- 4-10%
- 11-29%
- 30-50%
- >50%
- Spruce Beetle 1996-2016
- Spruce-Fir Forest
- Forestland

Spruce beetle intensity percent classes denote the number of dead trees relative to the total forested area within the polygon. Contiguous spruce forests susceptible to spruce beetle exist in the central part of the state, between the advancing fronts of separate ongoing outbreaks in the north and south.

### Aerial Survey Data

Due to the nature of aerial surveys, the data on this map only provide rough estimates of location, intensity and the resulting trend information for agents detectable from the air. The data presented on this map should only be used as an indicator of insect and disease activity, and should be validated on the ground for actual location and causal agent. Shaded areas show locations where tree mortality or defoliation were apparent from the air. Intensity of damage is variable, and not all trees in shaded areas are dead or defoliated.

The insect and disease data represented on this map are available digitally from the USDA Forest Service, Region 2 Forest Health Management group. The cooperators reserve the right to correct, update, modify or replace GIS products. Using this map for purposes other than those for which it was intended may yield inaccurate or misleading results.

In 2017, aerial survey hardware and software were upgraded to keep up with technology advances, allowing greater precision for observers. While this represents an improvement in aerial survey methods, caution should be used when comparing this year's data to previous years due to slightly differing sampling tools.

Spruce-fir type represents Engelmann and/or blue spruce occurrence with basal area >1 (based on basal area data FHAAST*).

Map created December 2017
For more information:
www.csfs.colostate.edu
©CSFS





0    25    50         100
Miles

*Data Source: United States Department of Agriculture (USDA)
Forest Health Assessment & Applied Sciences Team (FHAAST)

BLM_0040398

# Special Section: Meeting the Challenge of Dead and At-Risk Trees

Colorado's forests contain millions of dead trees, in large part due to the impacts of bark beetles in recent decades. Nearly 3.4 million acres of predominantly lodgepole and ponderosa pine forest have been impacted by the mountain pine beetle since 1996, and another 1.78 million acres of Engelmann spruce have been affected by a similar forest insect, the spruce beetle. Together, these bark beetles have caused widespread tree mortality on roughly one-fifth of Colorado's forestland over the past two decades.

While the affects of bark beetles are a natural form of ecosystem disturbance, and all forests contain a number of dead trees – many of which provide important wildlife habitat – an excessive degree of forest mortality can cause problems. Forests with higher percentages of tree mortality, and unhealthy forests in general, are more likely to fuel large, intense wildfires that threaten public safety, water supplies, wildlife and recreation. Broad-scale tree mortality that is followed by destructive wildfires also can have implications related to climate change, as dead and burned forests become sources of carbon moving into the atmosphere, rather than acting as sinks that absorb carbon from the atmosphere.

Besides the need to address dead trees on the landscape, the need to proactively manage forests with a focus on healthy trees – especially those at high risk for future insect and disease concerns – remains an ever-present priority. Many agencies and organizations are taking actions to address not only the concern of millions of dead trees, but also forest stands at risk to current and future forest insect outbreaks. The Colorado State Forest Service (CSFS) works with numerous key partners to mitigate the potential impacts of bark beetle epidemics, which could lead to many more standing dead trees, and to address dead trees already in the forest from past outbreaks. The following segments cover some of the programs, partnerships and preventive strategies to deal with the growing problem of dead and vulnerable trees in Colorado's forests.

## Working Together to Manage Bark Beetles in the Gunnison Basin

The Gunnison Basin encompasses more than 8,000 square miles of western Colorado in Delta, Gunnison, Hinsdale, Montrose, Ouray and Saguache counties. The region has dealt with some of the state's most serious bark beetle outbreaks over the past five years. Due to prolonged drought conditions from 2010 to 2015, outbreaks of multiple bark beetle species have occurred in pine, mixed-conifer and spruce-fir forests. This creates concerns for fuels management, watershed health, recreation, safety and wildlife habitat, and the need for effective partnerships and strategies to mitigate these impacts. Several programs and methods are currently being employed to deal with this ongoing concern and mitigate its impacts.

### The Western Bark Beetle Program

Western Bark Beetle Program funds from the U.S. Forest Service are administered by the Colorado State Forest Service (CSFS) to implement forest management activities in areas that are threatened by or are currently infested with bark beetles. These projects aim to improve forest conditions at a landscape scale, emphasizing treatments of beetle-caused mortality on private lands. Landscapes are treated by removing or destroying bark beetle-infested trees and by reducing the risk of future beetle infestations through tree thinning and removal. The CSFS Southwest Area has administered the Western Bark Beetle Program for almost two years, and has seen early success in forests threatened by Douglas-fir beetle and spruce beetle.

Bark beetle activity has increased in central and southern Colorado, especially in the Gunnison Basin. Spruce beetle, a native insect of high-elevation Engelmann spruce, has caused widespread mortality. Also, stands containing Douglas-fir in the West Elk and La Garita mountains of the Gunnison National Forest have seen significant infestation levels from the Douglas-fir beetle. These latter native beetles prefer to attack the largest Douglas-fir trees first, resulting in "group kills" of 10 or more trees at a time. In general, susceptible Douglas-fir trees average 120 years in age and 14 inches in diameter, growing in dense stands. In the basin and throughout much of Colorado, Douglas-fir trees prefer to grow on north-facing slopes and in smaller stands adjacent to contiguous Douglas-fir forests at lower

BLM_0040399

 

*Before (left) and after (right) a forest management treatment using Western Bark Beetle Program funds on the Double R Ranch. Photos: J.T. Shaver, CSFS*

elevations. These forest stands are highly valued for watershed protection, recreational uses and wildlife habitat.

The CSFS mitigates bark beetle impacts to Douglas-fir and Engelmann spruce forests under the Western Bark Beetle Program by identifying infested stands in the Gunnison Basin, and then implementing related forest management activities. To improve stand resiliency to future bark beetle disturbance, management treatments remove currently infested trees and thin dense stands to improve individual tree growth. CSFS foresters also meet with private landowners to discuss possible projects and inform them about forest health issues on their properties. Not every site visit results in a completed project, but these visits allow the CSFS to inform the public on local forest health issues and discuss recent trends.

Since 2016, three Western Bark Beetle projects have been completed in Gunnison County. Two of the projects were focused on suppression of insect populations, with pockets of infested Douglas-fir trees removed. The third project focused on both direct suppression of infested trees and preventive tactics that included thinning

the forest to promote species diversity and increase the vigor of the residual forest. Overall, 44 high-priority acres were treated from 2015 to 2017 using Western Bark Beetle Program funding alone in Gunnison County.

The Double R Ranch is one of the locations where the program has been implemented. A project there improved forest health through the removal of infested Douglas-fir trees, and by thinning the forest to a manageable density to allow for the use of pheromone applications to deter bark beetle attacks. Ranch Manager Bill Bavin attributes much of the ranch's forest resiliency to the Western Bark Beetle Program.

"Working with the Colorado State Forest Service has been a very beneficial relationship for the ranch," Bavin said. "Through the Western Bark Beetle Program and the help of CSFS foresters, we were able to get a handle on the infestation of Douglas-fir beetle."

The acres treated thus far are just a start for the program in Gunnison County. There is a high demand within Gunnison and Hinsdale counties for these projects, due to the currently elevated populations of both spruce beetle and Douglas-fir beetle. The CSFS

Southwest Area has three additional projects slated for completion in 2018 and another four projects anticipated to be completed in 2019.

## Pheromone Treatments for Bark Beetles

Douglas-fir beetles are beneficial native insects of Western forests, normally found at low densities attacking trees that have been injured or predisposed to attack from temperature extremes, root diseases, lightning strikes or other stressors. Like other bark beetles, they communicate with one another via chemicals known as pheromones. Pheromones can either attract or repel other individual bark beetles. In the initial attack phase, female Douglas-fir beetles emit attractant, or "aggregation," pheromones to draw additional individuals in to focus on a targeted tree through mass attack. As more beetles arrive and mate, the concentration of aggregation pheromones declines and the anti-aggregation pheromone increases. This prevents overcrowding of offspring in the host tree.

The repellent, or anti-aggregation, pheromone for Douglas-fir beetle is commonly referred to as MCH. MCH

BLM_0040400



Insect Impacts and Forest Management Treatments in the Gunnison Basin

*2012 - 2017*

*Douglas-fir beetle, spruce beetle and western spruce budworm-affected areas from 2012 to 2017 relative to state-managed areas for these insects.*

Meeting the Challenge of Dead and At-Risk Trees  **15**

BLM_0040401

was first isolated from the Douglas-fir beetle in 1971. Since then, several scientific studies have demonstrated the effectiveness of MCH in repelling attacks on susceptible trees under high beetle populations. In 1999, MCH was registered with the EPA to be used on individual trees through slow-release pouches.

MCH pouches have been successfully used by the CSFS in the Gunnison Basin since 2012. By 2015, the MCH program had grown immensely, with 76 landowners participating in the program each year. In the spring of 2017, the CSFS Southwest Area and cooperators applied 3,424 MCH packets for private landowners. Many additional landowners applied their own MCH packets in 2017. Overall, more than 13,000 MCH packets were deployed that year, addressing 650 acres in both Gunnison and Hinsdale counties.

The program continues to be a success, due to the cost-effectiveness of the MCH packets – which at $50 to $75 per acre represent a lower-cost option than removing dead trees after a bark beetle outbreak. This benefit is coupled with the ease of application, providing many private landowners the ability to apply the MCH packets



*A Douglas-fir beetle anti-aggregation MCH pheromone pouch. Photo: Dan West, CSFS*

themselves. Due to the MCH program, entire subdivisions have successfully protected their trees even while the surrounding forest has sustained bark beetle-caused mortality.

The San Juan Ranch Estates, an 80-acre subdivision in Hinsdale County, has applied MCH for the past three years. Dennis Mourning, president of San Juan Ranch, credits the use of MCH in successfully protecting their forested resource.

"We have yet to lose a tree to the Douglas-fir beetle," he said. "Faced with limited options, we are especially thankful to the Colorado State Forest Service for controlling Douglas-fir beetle within our subdivision. Our challenges included location and steep terrain, bordered by public property, and a high percentage of our trees being Douglas-fir. Spraying preventive insecticides was deemed not feasible nor cost effective."

Pheromone treatments continue to offer a good short-term solution to bark beetle outbreaks in the Gunnison Basin, but they are not 100 percent effective and do not replace the need for ongoing forest management.



*J.T. Shaver, a forester in the CSFS Southwest Area, applies MCH anti-aggregation pheromone to a Douglas-fir in Gunnison County. Photo: Dan West, CSFS*

BLM_0040402

## Good Neighbor Authority Leverages Local Resources to Improve Forest Health and Resiliency

A nationwide legislative authority granted through the 2014 Farm Bill, the Good Neighbor Authority (GNA) allows state resources and contracting procedures to be used on federally owned, U.S. Forest Service (USFS) and Bureau of Land Management-administered lands. Because wildfires and insect and disease outbreaks do not respect land ownership boundaries, some of the core operating procedures of the GNA program are to leverage other partnering agencies and organizations to be able to accomplish forest health and resilience treatments across ownership boundaries and cover large landscape-scale areas. The program also allows for greater contracting and staffing efficiencies to address project work, enabling more work to get done on the ground.

The authority is currently helping local Gunnison Basin forest resource managers address recent spruce beetle and aspen decline issues. Perhaps most importantly, it is allowing the USFS to leverage CSFS resources to plan and implement treatments on larger areas of forested land in the basin that have been affected by the spruce beetle.

After the CSFS signed a GNA Master Agreement with the USFS regional office in 2015, numerous Supplemental Project Agreements have been executed throughout Colorado at the more local forest level, between CSFS areas and USFS Forest Supervisor offices. The CSFS has continued building a strong relationship with the Grand Mesa, Uncompahgre and Gunnison National Forests (collectively referred to as "GMUG") and the other resident partners associated with the Spruce Beetle Epidemic and Aspen Decline Management Response (SBEADMR) planning effort. The startup of the partnership's new plan on the GMUG has been a huge local effort with a diverse group of stakeholders that includes conservation and environmental organizations; hunting and recreation interests; local industry; and local, state and federal agencies.

As part of a GMUG East Zone project agreement, the Alpine Plateau GNA project will have three separate timber sale areas, potentially treating up to 3,000 acres over the next five years. These projected sale areas have been spatially laid out by the SBEADMR planning team to locate areas of operable ground and beetle activity. Federal funds will be leveraged with legislatively directed seed money funds from the state, per Colorado House Bill 16-1255, to accomplish management efforts.

This bill's direction included the CSFS's use of the GNA program, along with the USFS, "to implement forest management treatments that improve forest health and resilience and supply forest products to Colorado businesses." In addition to the positive effects to the general health and resilience of the Gunnison Basin's forests, the local forest products industry infrastructure will also benefit through the resultant salvage timber sales.

Working in the Gunnison Basin on National Forest lands also has many benefits with regards to adjacent private and Bureau of Land Management lands. As an example, the Arrowhead Ranch subdivision is a privately owned community located to the north of the Alpine Plateau GNA project. This subdivision will benefit greatly through a reduction in the amount of dead standing timber in the forest near their mountain homes – which might otherwise serve as fuel for an approaching wildfire.

The CSFS and its federal partners are eager to increase use of the GNA throughout Colorado to increase the number of managed acres in areas affected by insects and disease, while increasing forest resilience on a landscape scale.



*The removal of beetle-killed trees is often a preferred management option, as seen in this project that addressed mountain pine beetle impacts in Summit County. Photo: Kristin Garrison, CSFS*

BLM_0040403

# Finding Markets to Utilize Colorado's Dead Trees

**M**any forested areas in the state contain unusually high numbers of dead trees. And in some of these areas, despite the drastic changes to the landscape, forest management is not allowed or a feasible option. For example, some of these areas are designated wilderness – where natural processes are the desired sole driver and impacts from human activities are expected to be minimal – while other areas have steep, untreatable acres, poor access or timber of such low quality that management is not feasible.

However, many other forested areas with high levels of tree mortality can and should be treated. Throughout the state, the Colorado State Forest Service (CSFS) and its partners are working with sawmills and forest products businesses of all sizes to deal with the aftermath of major bark beetle epidemics – and the resultant high number of dead trees. Colorado has 102 sawmills statewide, ranging in size from small mobile operations to large-scale permanent facilities, and it is estimated that nearly one-third of these mills use beetle-killed trees as part of their wood supply.

One of the locations where the state's forest management priorities align with the needs of the forest products business community is the Alpine Plateau of the Gunnison Basin, which, as previously described, is facing large-scale bark beetle outbreaks. Other areas where dead trees are being utilized include northern Colorado communities previously impacted by mountain pine beetle, and mills in the Black Forest and San Luis Valley making use of the wood from trees killed by wildfire or insects.

## Efforts in the Gunnison Basin

The Gunnison Basin produces some of Colorado's most valuable timber species for local wood products businesses. Recently, supply inconsistencies and the economic downturn contributed to an absence of wood products manufacturers to meet the area's forest management needs. Fortunately, new public-private forest management partnerships have the area's mill capacity returning and more profitably sourcing tree removals from forest management activities – including the removal of dead trees. The CSFS Southwest Area participates with the U.S. Forest Service in ongoing Good Neighbor Agreements, described in the previous section, and also with local landowners and homeowner associations that together work toward meeting the region's forest management needs.

"We've been able to successfully market the removals from our forest management projects to several of our local wood products businesses," said Sam Pankratz, forester for the Southwest Area.

From traditional products like lumber to higher-value products for the log and residential home industries, this wood is finding a use across Colorado as well as in out-of-state markets. Good Neighbor agreements, along with the area's active private landowners and homeowner associations, are critical in the management of spruce forests to make them more resistant to spruce beetles, and also to recover value from trees that have already succumbed to the beetles.

"Add to that our active Douglas-fir management efforts, and we're able to offer our forest products business community a diverse range of tree species and a wood quality that allows



*Beetle-killed logs in the log infeed at a sawmill in the San Luis Valley, Colorado. Photo: Edward Brian Perkins*

BLM_0040404

them to be more responsive to their consumer wood product markets," said Pankratz.

Colorado's largest forest products manufacturer is located in Montrose County, at the edge of the Gunnison Basin, and remains a frequent destination for the wood harvested in the basin. Also, several other smaller businesses important to actively managing the area's forests are profitably using some of the area's most valuable timber species.

## Utilizing Beetle-Killed Trees After Mountain Pine Beetle

Around the year 2000, northern Colorado began to experience large-scale mountain pine beetle activity and landscape-level tree mortality in its lodgepole pine forests. More than a decade later, the forest products industry and communities within Grand County take pride in how they've been able to continue to utilize the resultant wood.

"Over the past 15 years, trees from over 30,000 acres of mountain pine beetle mortality on private and state lands have been sustainably harvested, removed and processed into wood products," said Ron Cousineau, CSFS Northwest Area manager.

Ninety percent of the wood from mountain pine beetle-killed trees on these managed state and private acres has been utilized by several local mills and made into wood shavings and pellets, posts and poles, house logs and products for bioenergy markets. This diverse group of forest products manufacturers supported, and was in turn supported by, the communities salvaging mortality from mountain pine beetle.

Although the focus of this past 15 years of work has been to remove dead and dying trees, Cousineau says that forest regeneration, protection of critical infrastructure and enhanced watershed

## Creating Jobs in the San Luis Valley



*An employee working at Blanca Forestry Products, a sawmill that employs almost 50 full-time staff in Costilla County. Photo: Edward Brian Perkins*

When Blanca Forestry Products planned to open a new sawmill in the San Luis Valley, some in the community believed that they'd be facing a challenge finding the employees needed to run the mill. To overcome this challenge, the business took advantage of the resources available through the Colorado Office of Economic Development and International Trade and the Colorado Department of Employment.

"Our local workforce center helped us screen over 200 applicants, and in six months we were confident in the candidates we had available to us," said Ty Ryland, president of Blanca Forestry Products.

Opening in early 2017, the mill employs almost 50 full-time workers from Costilla County and the surrounding area in permanent, well-paying jobs.

"One of the things it's been great to see is some of our kids that left the Valley for employment opportunities elsewhere are returning back due to the employment opportunities that we're able to provide," Ryland said.

To continue to address the challenges in developing specialized sawmill skills in local communities, the CSFS and Trinidad State College's Valley Campus are currently exploring opportunities to link the educational and job-training role that the college offers with career opportunities at businesses like Blanca Forestry Products.

BLM_0040405

resilience have all been key priorities and objectives. Success in utilizing this dead wood also has led to continued investments by Northern Water and Denver Water in the properties these utilities manage in the region, in their larger efforts to maintain the long-term quality of drinking water supplies that millions of downstream residents rely on.

While a great deal of dead wood utilization has been achieved in northern Colorado, it is important to point out that the area is now reaching the point at which the dead trees can no longer be sustainably and economically harvested, to be made into consumable wood products. The trees killed many years ago are starting to fall at increasing rates, and once on the ground the wood becomes much more susceptible to the degrading actions of moisture, fungal attack, cracking and splitting.



*The 2017 Colorado Outstanding Logger of the Year, Mike Jolovich of Windy Gap Logging, receives the award from CSFS Northwest Area Manager Ron Cousineau and forester Matt Schiltz. Photo: CSFS*



*Lumber being processed from trees killed in the 2013 Black Forest Fire. Photo: Evan Mackes, CSFS*

BLM_0040406