*Objective 2:* To utilize new research and the best judgment of Working Group members to select and implement appropriate treatment options suitable for the site characteristics and treatment objectives when planning for vegetation restoration/improvement projects that provide the structural habitat required for breeding, summer-fall, and winter GUSG habitats.

| Strategies  and Tactics | Who | When |
|---|---|---|
| 1. Meet at least once a year to discuss new research and techniques for habitat improvement. | Working Group | Yearly |
| 2. Adjust plans for habitat improvement projects as needed to reflect new information. | Working Group | As needed |

In addition to the above habitat improvement plans, there are several other plans that include habitat management proposals for the Crawford area GUSG habitats. These plans include the North Rim Landscape Strategy plan (http://www.northrimlandscapestrategy.org);  the Gunnison Gorge National Conservation Area-Area of Critical Environmental Concern (ACEC) (http://www.blm.gov/co/st/en/nca/ggnca.html); the BLM Uncompahgre Field Office Resource Management Plan (RMP) (http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html); and the Black Canyon National Park plan (http://www.nps.gov/blca/parkmgmt/index.htm).

## D. Information, Education, and Publicity

One of the primary functions of the Working Group involves the sharing of information and coordination of efforts. The Coordinator serves as the hub for distribution of information provided by Working Group members. The Coordinator is also responsible for keeping abreast of news about grouse and sharing with members, the media, school children, and the general public.

In addition to emails, letters and phone calls; regular meetings of the Working Group and its committees foster coordination of efforts. This helps to avoid duplication of efforts or operating at cross purposes. It also provides a forum for agencies and organizations to bring their expertise and funds together for projects that benefit the grouse and its habitat.

Goal: To inform and educate people about GUSG and the Working Group in order to gain their support and assistance in conservation of grouse and their habitat and to facilitate communication between individuals and organizations involved in GUSG conservation.

*Objective 1:* Distribute information and publicity on GUSG and the Working Group.

| Strategies  and Tactics | Who | When |
|---|---|---|
| 1. To maintain a website that is updated at least quarterly with current information on GUSG and the Working Group. | Coordinator | Quarterly |
| 2. To send out press releases or do TV and radio interviews as appropriate. | Coordinator | As needed |

BLM_0040823

*Objective 2:* To continue to serve as a clearinghouse and hub in the Crawford area for GUSG information.

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. Keep the Working Group members informed of GUSG news, meetings, and projects via email and/or regular mail. | Coordinator | As needed |
| 2. To meet to share information and make decisions. | Coordinator | As needed |
| a. Have Working Group meetings at least 4 times per year. | Coordinator | At least 4 times per year |

*Objective 3:* To coordinate efforts between agencies and Working Groups.

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. Gather information from Working Group member agencies and organizations by December of each year for the rangewide database of GUSG projects. | Coordinator | December of each year |
| 2. Work with other agencies and Working Groups on projects such as grant writing, habitat improvement, habitat protection, and education as appropriate. | Coordinator | As needed |
| a. Work with the San Miguel Basin Working Group (and any other interested GUSG Working Groups) to plan and produce an educational DVD on GUSG and conservation efforts. | Coordinator, Other WG members and agencies, contractors | Start in 2011 |
| b. Work with other Working Groups and the Rangewide Steering Committee to plan the next GUSG Summit. | Coordinator, Working Group members | As appropriate |

*Objective 4:* To provide educational events or programs to the general public, school children and/or groups each year.

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. Include Crawford in an educational DVD on GUSG and conservation efforts produced by San Miguel Basin working group. | Coordinator | Contact SM WG in 2011 |
| 2. Work with NPS to design GUSG educational program for Delta County schools. | Coordinator, NPS | Start in 2011 |
| 3. Continue to provide programs to the public, school groups, and other interested parties | Coordinator, CDOW | As requested or as time permits |

**E. Land Use and Human-caused Disturbances**

Gunnison sage-grouse require large areas of sagebrush, and anything that destroys or fragments that habitat is likely to negatively impact the grouse. In addition, various human activities have been shown to have an adverse effect on GUSG. These disturbances can be either indirect (e.g., nearby human activity increases predator populations) or direct—see below.

BLM_0040824

<u>1. Physical Disturbance to Populations</u>
This refers to the physical disturbance to sage-grouse. Physical disturbance can result in death or exert stress, particularly if disturbance occurs during biologically critical periods. Continued stress over time can lead to death.

*Issues that affect sage-grouse populations and their habitat:*
Vegetative Habitat
-poor habitat quality and quantity
-lack of grasses and forbs
-condition of winter habitat
-same age class distribution of sagebrush species

Land Planning/Mitigation
-fragmentation
-changes in land uses (e.g., to crops or housing/commercial development)

Land Treatments
-adverse effects of land treatments on habitat, including loss of sagebrush cover
-poor management of land treatments
-lack of habitat management/need for habitat management

Utilities
-power lines (not currently a factor in Crawford)
-roads
-pipelines
-wind turbines (not currently a factor in Crawford)

Loss of Topsoil & Productivity
Timing, Intensity and Duration of Livestock/Big Game Grazing
Predators [Coyotes (*Canis latrans*), foxes (*Vulpes vulpes*), badgers (*Taxidea taxus*), crows (*Corvus brachrhynchos*), ravens, eagles (*Haliaeetus* spp. and *Aquila* spp.) , or other raptors]
Stress Due to Scientific Study
Conflicting Uses during Critical Biological Activity Periods (e.g., activities that cause excess noise near leks in the spring)
Fences, especially sheep fencing or new, unmarked fences
Reservoirs Flooding Leks and Habitat
Recreation


<u>2. New Science on Oil & Gas Development's Impacts to Sage-grouse</u>
In recent years, a number of scientific studies have been published on the effects of oil and gas development on sage-grouse. While the studies have primarily focused on GRSG, we feel that with the lack of specific data on GUSG, the studies on GRSG provide the best available science.

In 2008, the Wyoming Game and Fish Department published a document, *Using the best available science to coordinate conservation actions that benefit GRSG across states affected by*

BLM_0040825

*oil & gas development*. It was developed by science and management advisors from state fish and wildlife agencies and was based on studying recent journal articles and presentations by researchers of their findings.

The studies quoted in the Wyoming report make different recommendations based on whether seasonal grouse habitats are mapped or not. In the Crawford area, seasonal grouse habitats are not mapped out separately. In great part, this is because there has not been enough evaluation of habitat use by grouse using radio-telemetry. This should change in the future with the USGS study currently underway. Based on past information, it is felt that the core, or occupied, habitat is primarily used year-round.

While the Working Group feels that the human disturbance objectives in the RCP (2005) should be followed, the Working group also adds the following recommendations based on the Wyoming report are:

i.    Because breeding, summer, and winter habitats are essential to populations, developments within these areas should be avoided. If development cannot be avoided within core areas, infrastructure should be minimized and the area should be managed in a manner that effectively conserves sagebrush habitats within that area. Information provided in Walker et al. (2007) allows managers and policy makers to estimate trade-offs associated with allowing development within a range of different distance from leks.

ii.   Since impacts to leks from energy development are discernable out to a minimum of four miles, and a four-mile buffer is needed to encompass 74-80% of sage-grouse nests (Moynahan 2004, Holloran and Anderson 2005, Colorado GRSG Conservation Plan Steering Committee 2008), we recommend no surface occupancy within a four-mile radius of leks.

iii.  Timing stipulations to protect nesting hens and their habitat should be in place from approximately March 1 through June 30 within four miles of active lek sites. Ideally, local biologists can give more exact dates each year based on weather and predictions.

iv.   No surface occupancy should also be applied to important wintering habitats (Doherty et al. 2008), but if development occurs, impacts would be reduced if development activities were avoided between approximately December 1 and March 15 (plus through the end of the strutting period–May 15 as determined by a local biologist) and disturbance to sagebrush was minimized.

v.    New roads should not be allowed within 0.8 miles of a lek, since traffic during the strutting period when males are on a lek results in declines in male attendance when road-related disturbance is within 0.8 miles.

vi.   Seed mixes for restoration should be determined by a local biologist, e.g., to include local sagebrush species. A field should not be considered restored until the native plant species have been reestablished.

vii.  The above recommendations represent what is ideal for the grouse, but it makes sense to have review of planned developments by a local biologist (CDOW, BLM, or USFWS). For example, in some cases a four-mile buffer may extend out of occupied sage-grouse habitat and into vegetation that is unsuitable for grouse. This certainly is the case with the Crawford habitat considering it is a long narrow strip not more than

BLM_0040826

four miles wide at its widest point. If there are natural barriers, such as a hill, that block sound and sight of possible raptor perching sites, biologists may feel comfortable with a smaller buffer distance.

### 3. New Science on Utilities and Power Lines' Impacts to Sage-grouse

The placement and existence of power lines in sage-grouse habitat are of concern for several reasons. A primary factor is that they provide perching and nesting sites for avian predators of sage-grouse. According to Williams and Colson (1989), there is a strong association between raptor activity and utility rights-of-way. Following the 1974 construction of a 230-kV transmission line in Colorado, raptor density near the line increased from 4–13 raptors per square kilometer (10–34 per square mile) to 21–32 raptors/km$^2$ (54–83/mi$^2$) after construction (Stahlecker 1978).

Predators of sage-grouse nests and chicks, such as ravens and crows also use power lines for nesting and perching sites. In a Nevada study, common raven counts increased by ~200% along the transmission line corridor and there was a dramatic increase in the number of disturbance events at leks involving common ravens (Atamain et al. 2007). While not scientifically counted, there is much anecdotal evidence from biologists working in the Crawford area that ravens have increased significantly in the Crawford sage-grouse habitat.

Researchers have reported that leks have been abandoned after the placement of power lines within sight of a lek (Ellis 1985, Clait Braun personal communication). This seemed to be due to increased interactions between raptors and sage-grouse.

One potential way to help lessen the problem of raptors and corvids perching on power lines is to install perch deterrents. Currently, the most effective devices studied seem to be long, flexible neoprene spikes (HawkWatch 2008). Since these devices are not 100% effective, some people have suggested providing perching poles for raptors out of the line-of-sight of leks.

Additional concerns include sage-grouse flying into power lines and telephone lines (J. Stiver, personal communication, Borell 1939, Ligon 1951), lekking birds avoiding tall structures (Robel et al. 2004), and the human disturbances caused by the installation of power lines (e.g., noise, disturbance of habitat, and introduction of weeds).

Researchers have suggested a buffer distance of anywhere from 0.5 km to 8 km between power lines and occupied sage-grouse habitat. Keeping power lines out of the line-of-sight of leks has also been recommended.

Other factors need to be considered, as well as the fact that more information is needed regarding sage-grouse and utility line interactions. The following points have been discussed regarding sage-grouse and power lines:

- That very few scientific studies have been conducted on sage-grouse in the proximity of electric power lines in order to determine the effective distance from aboveground structures to sage-grouse use areas. This buffer area is presently unknown and to date, there has been no evidence of population-level impacts to grouse from power lines.
- Preliminary study results from Sierra Pacific Power's and the University of Nevada's

BLM_0040827

10-year study in Nevada on effects to grouse and raptors from power lines show the numbers of raptors documented during surveys did not change significantly or concentrate near active lek sites after construction of the new power line, as was expected. Additionally, there was no correlation between the annual number of lek visits by raptors and the distance of the leks from the transmission line both before and after line construction (Collopy and Lammers 2003; Lammers and Collopy 2005).

- The California Department of Fish and Game (Hall and Haney 1997) examined potential effects to sage-grouse from power lines in northern California. Although Hall and Haney (1997) showed a lower attendance at lek sites closer to power line ROWs, they could not account for other confounding factors that may have influenced utility line placement and/or sage-grouse populations (Atamian et al. 2005).

- The Avian Power Line Interaction Committee's (APLIC's) most recent, Suggested Practices for Avian Protection on Power Lines: The State of the Art in 2006, acknowledges that perch discouragers should only be used in certain situations, since if a bird wants to defeat them, they often can.

Given the difference in suggested buffers and the fact that scientific knowledge changes over time, we recommend the following:

i.  Prior to the design and placement of new power lines, other above-ground facilities, or replacement of existing structures in occupied GUSG habitat (and within line-of sight of occupied habitat), consultation based on the best available science as well as information on applicable and effective mitigation measures should occur between local CDOW biologists and applicable electric utilities or private owners to avoid or minimize impacts to GUSG.

ii. If possible, above-ground power lines should not be located in occupied GUSG habitat or within line-of-sight of GUSG habitat. Exceptions may be allowed based on topography, line-of-sight (viewshed analysis), type of power line, and whether effective perch deterrents are used.

iii. Transmission lines should not be constructed within 1.5 km of a lek (Ellis 1985).

iv. If power lines must be constructed (or are to be removed) within occupied GUSG habitat, this should not take place during the breeding period (generally mid-March through late May). Precise dates should be obtained from a local biologist (Gunnison Sage-grouse Rangewide Steering Committee 2005). In addition, revegetation with local, native species and weed control (if necessary) should take place to restore the original vegetation community.

v.  Where possible and practical, unused power lines within GUSG habitat should be removed.

vi. Further research involving the CDOW, BLM, other partners, and utility companies should be encouraged to aid in answering outstanding questions and resolving concerns. Some examples of potential studies include extensive under-line prey remains searches and subsequent lab identification of remains and/or the use of motion-activated video equipment (e.g., Bird Activity Monitor) to understand how raptor size and behavior influence the effectiveness of perch deterrents. (HawkWatch 2008).

BLM_0040828

4. Current Conditions and Trends in Land Use

The Office of Colorado State Demographer expects the population of Delta and Montrose counties to rise significantly faster than the statewide average over the next 25 years. This results in an increase in development; however, since 76% of the occupied and potential grouse habitat is on public land the threat is not as great as it is on private lands. Conversely, the use of that public land is expected to increase significantly.

The potential for development in the Delta County portion of the grouse habitat is limited to Fruitland Mesa and Scenic & Grandview Mesas north of the Smith Fork. That development is due mainly to the subdividing of larger ranches into home sites. Delta County is not zoned; however subdivisions cannot occur on parcels of 20 acres or less. Because of the past conversion of the landscape to agricultural practices (mainly hay fields) the habitat was of limited value to sage-grouse before increased development.

There is no commercial development anticipated in the Montrose County portion of the Crawford area GUSG habitat which is the major area of occupied habitat. Development density requirements in Montrose County are currently at a 3 acre minimum. No water is available in this area, making subdivisions less desirable due to the fact that the county will not entertain subdivision applications without road and water plans. The current density across the landscape is low; with development only in isolated locations (the existing elk ranch had been subdivided and sold off in smaller parcels). No major infrastructures (water/roads) exist and the county has no plans for future development projects, particularly for water.

5. Mitigation

When looking at the possible consequences of development in sage-grouse habitat, the following steps illustrate a recommended order of actions for mitigating impacts (Note: more than one step may be used):

1. Avoid development in sage-grouse habitat
2. Minimize impacts of development (with stipulations as to placement, timing, etc.)
3. Reclaim areas affected by development
4. Offset impacts that are unavoidable (e.g., protect, or improve GUSG habitat off site).

Goal: To prevent, minimize, and/or mitigate the potential negative impacts from human activities on GUSG and its habitat.

*Objective 1:* To work with county governments to discourage interference of development with sage-grouse habitat requirements.

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. Provide written comments on land uses in GUSG habitat to county governments. | Coordinator | As needed |
| a. If possible, work with Montrose County to develop a method to comment on impacts to GUSG. | Coordinator in conjunction w/ San Miguel WG | 2011–12 |

BLM_0040829

*Objective 2:* To provide information to county governments on status, location, and possible effects of different land uses on sage-grouse in their county, and to provide examples of policy language used by other counties.

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. Make specific recommendations regarding land uses where appropriate. | Coordinator, CDOW | As needed |
| 2. Discuss with the county governments other ways the Working Group can provide information or help with land use issues. | Coordinator, CDOW | 2011 on |

*Objective 3:* Educate and encourage landowners to avoid practices that would harm sage-grouse.

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. Encourage the removal or modification of fencing harmful to grouse (e.g., water structure fences) and encourage grouse-friendly fences. | Coordinator, Working Group Members, Agencies and Organizations | 2011 on |
| 2. Provide information to landowners through the website, DVD, printed material, etc. | Coordinator | 2011 on |

*Objective 4:* Work with developers (e.g., subdivision, energy) in early stages of planning to map out strategies to avoid or minimize development in critical sage-grouse habitat and plan for reclamation and mitigation.

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. If possible, initiate meetings with developers to discuss impacts to sage-grouse and various options. | Coordinator, Working Group Member Agencies and Organizations | 2011 on as needed |
|    a. Consider using The Nature Conservancy's models: Energy by Design and the Offsite Mitigation Design Project (used in the Jonah Natural Gas Field in WY). | Coordinator, Working Group Members et.al. | 2011 on as needed |

## F. Research and Monitoring

There are many unanswered questions when it comes to grouse biology and human impacts on the bird and its habitat. Much of the research is currently being done by the CDOW and USGS/NPS plus the BLM in the Crawford area, but the Working Group can recommend research projects and conduct grant writing to help make more research possible.

Monitoring of projects is critical to ensure that goals and objectives are being met. Data from monitoring adds to our knowledge base and allows the Working Group to adjust plans and make better decisions in the future. Monitoring will be coordinated to insure that data collected will

BLM_0040830

provide the needed information to assess on-the-ground management actions and to measure progress in resolving resource problems and conflicts. This coordination will include appropriate consultation and cooperation with rangeland users, landowners, academia, private organizations, and governmental agencies. Direct involvement by interested parties in the collection of data and in the subsequent evaluations based on these data will add to the credibility of monitoring results.

It is important that all monitoring information be easily accessed by those interested in reviewing the data. Monitoring the response of the GUSG population to conservation actions will, in part, be measured by total number of active leks and the total number of males counted on the various leks in the Crawford area. The number of active leks and total males reflects survival. Chick production and recruitment are more reliable measurements, but collecting the data is labor intensive and will depend on available funding. Changes in habitat quality which result from the implementation of planned actions will be monitored using techniques applicable to the specific project or action.

Monitoring is essential to all aspects of management of sage-grouse and their habitat and to successful collaboration to protect grouse. Sufficient funding for monitoring should be included in all projects, and monitoring data and results should be shared via the Working Group's website and other forums. Monitoring can vary from something very simple (e.g., permanent photo points) to more complex, formal experimental methods (replicates, permanent transects, controls).

Goal: To conduct research and monitor projects to determine the most effective ways to ensure a healthy GUSG population and habitat. (Some monitoring and research activities are listed here, but they may also appear in other sections.)

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. Conduct a yearly field trip to review habitat treatments, view recently protected land, and discuss future plans. | Coordinator, Working Group | Once per year (e.g. late April, early May) |
| 2. Recommend research projects to the Rangewide Steering Committee | Coordinator, Working Group | Winter each year |
| 3. Conduct research projects to gain info. for making effective decisions regarding GUSG, their habitat, and other species that are a part of the sagebrush ecosystem. | W G Member Agencies (e.g. CDOW, BLM | |
| a. Conduct GPS radio-collar research on grouse to determine habitat use and human interaction | USGS, NPS, coordinator | 2010 on |
| b. Develop and implement methods to monitor and evaluate grouse response to habitat treatments, or in unoccupied areas, to monitor key habitat elements (e.g., insect and forb diversity) critical to sage-grouse. | CDOW, USGS, coordinator | TBD |
| 4. Monitor habitat treatments and other projects to determine their effectiveness and the effects on GUSG. | Working Group Members and Agencies | As needed |

BLM_0040831

**G. Coordination and Program Support**

Different kinds of support are needed to enable the Working Group to implement its various projects. This can include grant writing, keeping track of finances, writing reports, attending training, planning, and other administrative duties. Currently, the Coordinator performs many of these tasks under the supervision of the Working Group's Steering Committee.

Goal: Provide support services to enable the Working Group to reach its goals and objectives.

| Strategies  and Tactics | Who | When |
|---|---|---|
| 1. Write and administer grants to provide finances for the Working Group's projects. | Coordinator | As needed |
| 3. Attend training sessions to gain information and skills that will support the Working Groups' efforts. | Coordinator | As needed |
| 4. Update plans to reflect current conditions and update strategies and tactics. | Coordinator, Committees, Working Group | As needed, review yearly |

## IX. IMPLEMENTATION

Plan implementation will be priority-based starting with those actions the Working Group believes to be most effective at accomplishing their goals. This group recognizes the need to be opportunistic and carry out specific conservation actions as situations present themselves. For example, a particular conservation action might be implemented sooner than scheduled if funding became available or a group or individual came forward to help with completing a task. Some actions have already begun or are ongoing. Other actions would need to be done continually throughout the plan.

The adoption of these strategies and tactics will be the responsibility of the Working Group. Additional steps or tasks needed to carry out a conservation action will be developed as the implementation proceeds. Cost estimates, including those for monitoring and evaluation will be identified. Every effort to leverage money and resources will be made. Many actions, such as vegetation treatments are costly, and will be dependent on seeking cooperative funding from many partners.

Because plan accomplishment will require time to complete, it is important to track progress at meeting our goals. At least yearly, the Working Group will convene a meeting to examine accomplishments and keep the plan on track. Completed actions will become part of the yearly progress report and will be entered into the rangewide database. The public will be invited to attend the annual meeting and copies of the progress report will be available to those interested. An important part of the yearly progress report and meeting will be to discuss and document any exceptions or deviations to planned accomplishments. Adjustment to the implementation sequence may be needed. It is important to show continual progress toward accomplishing the plan's goals.

BLM_0040832

## X. PLAN EVALUATION & UPDATES

Evaluations may be conducted anytime during the implementation of this plan. The goal of evaluation is to determine whether progress is occurring and, if not, to identify adjustments. Each year we will review whether this plan (or parts of the plan) needs to be updated based on new science, monitoring of activities, and other influencing factors.

BLM_0040833

**Appendix A: Listing factors considered by the U.S. Fish and Wildlife Service in evaluating possible action under the Endangered Species Act. These factors can be found at www.fws.gov/endangered/laws-policies/section-4**

## Factor 1.   Present or threatened destruction, modification, or curtailment of its habitat or range.

The range of the GUSG in the Crawford Area has been greatly reduced in size and quality through habitat loss caused by plowing, spraying, road construction, and powerlines; habitat fragmentation caused by the same factors, and habitat degradation caused by the same factors as well as inappropriate livestock management. Total range reduction is estimated at greater than 50%.

This Conservation Plan will reduce destruction, modification, or curtailment of the GUSG's range through implementing the following management actions: Eliminating major land disturbances by housing developments and industrial uses (other than farming and ranching); by reducing unnecessary roads; reducing or eliminating disturbed land by livestock operations; using mechanical means for habitat improvement; reducing unnecessary utility lines/ and improving vegetative habitat and soil conditions by reseeding with forbs, by using proper grazing and hay mowing management, by managing noxious weeds, by appropriate big game management, and by appropriate herbicide use.

## Factor 2.   Overutilization for commercial, recreational, scientific, or educational purposes.

No overuse of GUSG in the Crawford Area is apparent as hunting is not permitted, there is no commercial or recreational use, and scientific study (banding, radio marking) only affected a few birds in 1995-96, <10 birds in 2000-2001 and is projected to mark only 10 birds in 2011. Educational field trips may occur but are not likely to cause disturbance to the GUSG if proper viewing protocols are followed.

## Factor 3.   Disease or predation.

No disease/parasite problems have been identified in GUSG in the Crawford Area though West Nile virus is suspected to be possibly affecting sage grouse rangewide. Predation is a natural event and a significant number of the total population disappears (dies) each year. Major identified predators of adults include golden eagles, goshawks, ravens, peregrine falcons, bobcats, and coyotes. Most loss of potential productivity is through nest failure caused by ground predators such as ground squirrels and/or egg predation by ravens. Some accidental loss due to livestock management and road maintenance has been documented.

## Factor 4.   Authorities and existing regulatory mechanisms.

Members of the Crawford area Gunnison sage-grouse Working Group are committed to improving conditions for sage grouse in the Crawford Area. While landowner adoption of the proposed conservation actions is voluntary, the Conservation Plan was developed with the spirit of cooperation and there is broad support for the goals and objectives contained in the Conservation Plan. The Working Group believes existing regulatory mechanisms are adequate to achieve these goals and objectives.

The Colorado Division of Wildlife, a branch of the Colorado Department of Natural Resources, has responsibility for the management and conservation of wildlife resources as defined and directed by state laws. The Division also has enforcement authority for poaching and harassment.

The Boards of County Commissioners of Montrose and Delta Counties, Colorado have authority to regulate land use, land planning, and protection of the environment in these Counties. Montrose and Delta Counties have regulations to exercise such authorities including the review, approval or denial of proposed activities and uses of land.

BLM_0040834

The USDA Forest Service (USFS) has direction and authority for the maintenance of biological diversity on National Forests and for the protection and management of wildlife species and habitats as defined and directed by various Federal Laws and Regulations.

The USDA Natural Resources Conservation Service (NRCS) also has authority for conservation of the GUSG through various Federal Laws.

The USDI Bureau of Land Management (BLM) has authority for conservation of the GUSG and the management of natural resources and land uses on Public Lands through a number of Federal Laws and Regulations.

The USDI Fish and Wildlife Service (USFWS) has authority for conservation of the GUSG through the Endangered Species Act of 1973 and other Federal Laws.

Two other authorities for agencies working on GUSG conservation include a Memorandum of Understanding and a Memorandum of Agreement. In 1994, several federal agencies, including those listed here, signed a Memorandum of Understanding to establish a general framework for better cooperation and participation among these agencies in the management and conservation of species at risk, which are tending towards federal listing as threatened or endangered. In 1995, the state of Colorado and the U.S. Department of Interior entered into a Memorandum of Agreement which committed agencies in the Department of Interior and the state to collaborate and cooperate in management and conservation of declining populations of fish and wildlife and their habitat. This agreement has two important tasks: "The state and the Department agree to develop and implement programs to determine and monitor the status of species at risk;" and "The state and the Department will encourage partners and stake holders to take a leadership role in working with the state and the Department to develop and implement conservation actions through Conservation Agreements and Recovery Agreements." A list of species for which the Department and the state would initially focus conservation actions on was written. This list specifically mentioned declining populations of sage grouse. Several Candidate Conservation Agreements with Assurances (CCAA) are in the development stage in the Crawford area.

## Factor 5. Other natural or manmade factors affecting its continued existence.

Natural factors affecting the continued existence of GUSG in the Crawford Area include natural fragmentation and severe weather conditions during the nesting and early brood periods. Fire suppression is a manmade threat leading to changes in habitat through invasion of pinyon-juniper and allowing sagebrush habitat types to become decadent. Other manmade factors that affect sage grouse include continuous noise that impairs the acoustical components of males on leks; disturbance from construction or other projects; harassment from pets; and disturbance, death, or habitat degradation from use of off-highway-vehicles (OHV's)

To address these threats, fire or other habitat management may be prescribed for areas in the Crawford Area population range to remove invasive trees and restore native plants and vitality to the sagebrush habitats used by sage grouse. Additionally, noise ordinances or restrictions during critical periods near leks may be enforced, construction start up dates may be delayed or modified, pets may be encouraged to be controlled or limited, and OHV use areas and other travel management in key sage grouse areas may be enforced. There is currently a closure of C-77 road which goes right through the middle of the main grouse habitat. That closure is in effect from December 1 to April 30. However, there may be new access through private land that could negate that closure.

BLM_0040835

Appendix B:   Lists of participants

List of participants 2011 plan

Jim Ayer, rancher
James Ayer, rancher
Kyle Banks, Colorado Division of Wildlife
Tanya Banulis, Natural Resource Conservation Service
John Barcus, Black Canyon Audubon Society
Danguole Bockus, National Park Service
Theresa Childers, National Park Service
Guy Clark, citizen
Bill Day, Black Canyon Audubon Society
Cheryl Day, Black Canyon Audubon Society
Brandon Diamond, Colorado Division of Wildlife
Amanda Ewing, Natural Resource Conservation Service
Dennis Garrison, US Forest Service
Jerilee Gibbs, citizen
Shana Harness, Natural Resource Conservation Service
Doug Homan, Crawford area Gunnison sage-grouse working group coordinator
Dan Huisjen, Bureau of Land Management
Ken Hulsinger, BLM
Lynn Keith, citizen
Charles Klaseen, rancher
Larry Kontour, citizen, retired Division of Parks & Outdoor Recreation
Chris Lazo, citizen
Robbie LeValley, CSU Extension, rancher
Hank LeValley, rancher and permittee
Pam Motley, UP Project
Frank Newcomb, citizen
Joe Oglesby, citizen
Doug Ouren, US Geological Survey
Jaylene Park, citizen
Leigh Robertson, San Miguel Basin Gunnison sage-grouse working group coordinator
Andrea Robinsong, Western Slope Environmental Resource Council
Nathan Seward, Colorado Division of Wildlife
Charlie Sharp, Bureau of Land Management
Missy Siders, Bureau of Land Management
Karen Tucker, Bureau of Land Management
J Wenum, Colorado Division of Wildlife

BLM_0040836

List of participants 1998 plan

Larry Allen, Rancher
Ross Allen, Rancher
John Barcus, Black Canyon Audubon
Clait Braun, Colorado Division of Wildlife
Myron Chase, National Park Service
Amanda Clements, Bureau of Land Management
Doug Homan, Colorado Division of Wildlife
Terry Ireland, US Fish and Wildlife Service
Larry Jensen, Rancher
Tom Jones, Natural Resource Conservation Service
Charlie Klaseen, Rancher
Mark LeValley, Rancher
Hank LeValley, Rancher
Don Masden, Colorado Division of Wildlife
Paul Obert, Natural Resource Conservation Service
Jim Sazama, Bureau of Land Management
Danny Todd, Rancher
Tom Ware, Landowner
Bob Welch, Bureau of Land Management

BLM_0040837

Appendix C: High male Gunnison sage-grouse counts by lek, Crawford area, 1978–2010

| Year | F #1 | F #2 | F #3 | F #4 | F #5 | F #6 | F #7 | F #8 | F #1-Sat. | Dam | Middle | Poison Spring | Range Cone | Sec. 35 | Sec. 35-Sat. | Total/yr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1978 | 31 | 10 | | | | | | | | | | | | | | 41 |
| 1979 | 31 | 0 | | | | | | | | | | | | | | 31 |
| 1980 | 23 | nc | 6 | | | | | | | | | | | | | 29 |
| 1981 | 23 | 0 | 15 | | | | | | | | | | | | | 38 |
| 1982 | 13 | nc | 6 | | | | | | | | | | | | | 19 |
| 1983 | 20 | nc | nc | 14 | | | | | | | | | | | | 34 |
| 1984 | 12 | nc | nc | 3 | | | | | | | | | | | | 15 |
| 1985 | 13 | nc | nc | 8 | | | | | | | | | | | | 21 |
| 1986 | 16 | nc | nc | 7 | 0 | 0 | 4 | 8 | | | | | | | | 35 |
| 1987 | 12 | nc | nc | 11 | 0 | 0 | 2 | 7 | | | | | | | | 32 |
| 1988 | 8 | nc | nc | nc | nc | nc | nc | 3 | | | | | | | | 11 |
| 1989 | 23 | nc | nc | (4) | nc | nc | nc | 0 | | | | | | | | 23 |
| 1990 | 13 | 0 | nc | 0 | 0 | 0 | 0 | 0 | | | | | | | | 13 |
| 1991 | 25 | 0 | nc | 0 | 0 | 0 | 0 | 0 | | | | | | | | 25 |
| 1992 | 18 | 0 | 0 | 0 | 3 | 5 | 0 | 0 | | | | | | | | 26 |
| 1993 | 9 | 0 | nc | 3 | 0 | 0 | 0 | 0 | | | | | | | | 12 |
| 1994 | 0 | 0 | 0 | 3 | 0 | 0 | 3 | 0 | | 3 | | | 11 | 8 | | 28 |
| 1995 | 0 | 0 | nc | 7 | 0 | 0 | 0 | 0 | | 6 | | | 9 | 6 | 5 | 33 |
| 1996 | 0 | 0 | nc | 0 | 0 | 0 | 0 | 0 | | 18 | | | 15 | 7 | | 40 |
| 1997 | 0 | 0 | nc | 0 | 0 | 0 | 0 | 0 | | 13 | | | 20 | 8 | | 41 |
| 1998 | 0 | | | | | | | | 6 | 13 | | + | 28 | 4 | | 51 |
| 1999 | 10 | | | | | | | | + | 8 | 0 | | 40 | 6 | | 64 |
| 2000 | 7 | | | | | | | | | 8 | | | 29 | 6 | | 50 |
| 2001 | 6 | | | | | | | | | 0 | | | 22 | 0 | | 28 |
| 2002 | 11 | | | | | | | | | 8 | 1 | | 20 | 2 | | 42 |
| 2003 | 12 | | | | | | | | | 3 | 0 | | 8 | 1 | | 24 |
| 2004 | 7 | | | | | | | | | 6 | 0 | | 9 | 4 | | 26 |
| 2005 | 6 | | | | | | | | | 8 | 0 | | 17 | 8 | | 39 |
| 2006 | 8 | | | 10 | | | | | | 4 | 1 | | 16 | 2 | | 41 |
| 2007 | 5 | | | nc | | | | | | 5 | 2 | | 9 | 2 | | 23 |
| 2008 | 4 | | | 2 | | | | | | 1 | nc | | 11 | 2 | | 20 |
| 2009 | 0 | | | 5 | | | | | | 0 | nc | | 10 | 1 | | 16 |
| 2010 | 0 | | | 0 | | | | | | 0 | 0 | | 4 | 0 | | 4 |

F in the lek designations means Fruitland as in Fruitland #1, Fruitland #2, etc.

Numbers in ( ) means a flush count.

+ indicates that birds were seen but gender was not identified.

Note: During the 1994 count season, a temporary was employed to make counts every other morning which revealed areas where males were strutting but not identified in previous years. As a result of those counts, new leks were brush beat and therefore, counts in subsequent years were focused on those leks as the birds began using those leks instead of some of the old leks designated as Fruitland #'s 2, 3, 5, 6, 7 and 8.

BLM_0040838

Appendix D: Issue descriptions

The following issue descriptions are from the 1998 plan. The working group felt that most of the issues were still valid and didn't spend much time updating the issues. Rather they deferred to the Rangewide plan which can be found at the following location on the internet: http://wildlife.state.co.us/WildlifeSpecies/SpeciesOfConcern/Birds/GunnisonConsPlan.htm

The working group also felt that issues laid out in the North Rim Landscape Strategy document were relevant to the Crawford area population. That document can be found on the internet at: http://www.northrimlandscapestrategy.org.

Vegetative Habitat:

**Poor habitat quality and quantity---**The major factors that drive sage grouse populations are quality and extent of habitat. No other bird is so habitat specific to one particular plant type (sagebrush) in meeting its annual life requirements. Size of habitat is important because sage grouse move seasonally between suitable habitat types. Sage grouse are unable to adjust their life processes to fit a pattern of land use that eliminates or adversely disturbs large tracts of sagebrush.

**Lack of grasses and forbs---**The quality and quantity of residual herbaceous cover have important roles in sage grouse production and survival. Residual herbaceous vegetation (grasses and forbs) in sagebrush areas which provide adequate cover, both horizontal and vertical, is necessary to hide nests and nesting hens, and broods, as well as provide habitat for insects upon which chicks depend. The number and distribution of high quality nesting and early brood-rearing areas appear to be a limiting factor for sage grouse in the Crawford area.

**Condition of winter habitat---**Winter habitat is most critical to Crawford sage grouse because without sufficient areas of exposed sagebrush they cannot survive the winter to reproduce in spring. Although sage grouse are widely distributed in winter, suitable winter feeding sites do not constitute a large proportion of the available land area. Despite improvements made to other habitat types, sage grouse will not survive unless their wintering areas are protected from fragmentation or factors that destroy or degrade them.

Land Treatments:

Land treatments include such projects as: plowing and seeding, prescribed burning, herbicide, and chaining/cabling. The effects of land treatments on sage grouse populations can be either positive or negative, depending upon location, method, objective of the treatment, and follow-up management. Some historic land treatments conducted in the Crawford area have not benefited sage grouse. Effects of poorly designed treatments on sage grouse include reduction of brood carrying capacity of an area, loss of escape cover around leks making birds more vulnerable to predators, elimination of nesting habitat, and loss of winter habitat.

**Effects of land treatments on winter habitat---**Some land treatments which attempt to remove sagebrush to increase livestock and/or big game forage in sage grouse wintering areas, can have a detrimental impact on sage grouse. As snow begins to accumulate, sage grouse winter use areas become limited and are restricted to areas that support taller, dense sagebrush stands. Removal of sagebrush at those sites would force sage grouse to use other terrains where sagebrush forage could be buried by snow. This would reduce survival due to greater exposure to winter weather, predators and starvation. As a result, treatment of sagebrush in critical areas has a disproportionate detrimental effect on winter habitat availability.

**Poor management of land treatments---**A major problem resulting from historic land treatments in the Crawford area involves alteration of plant community structure in each of the sage grouse habitat types. The increases in alterations combined with a lack of subsequent management needed to maintain the health of plants, resulted in treated areas often being overgrazed and reinvaded with sagebrush with little herbaceous understory, especially forbs and native grasses.

BLM_0040839

**Fire suppression**---Wildfires are natural with effects that vary depending upon size of burned areas and the intensity and severity of the fire.  In the past, natural fires were not a problem because they burned relatively small areas and burned areas did not have large numbers of confined grazing animals using them afterwards.  For the past several decades, public land management agency policy was to suppress all natural fires.  Controlling and preventing fires may have resulted in degraded habitat conditions for sage grouse.

## Land Planning/Mitigation:

**Fragmentation**---Habitat fragmentation occurs when areas of suitable habitat are fragmented and divided into smaller areas due to such processes as physical destruction or degradation.  Any patch of habitat isolated from similar habitat or by different habitats and/or unsuitable terrain may be considered fragmented.  As habitat becomes increasingly fragmented, fewer individual birds exist.  Sage grouse are especially sensitive to fragmentation because of their fidelity to lek, nest, winter, and brood-rearing sites.  Even when their habitat is absent or degraded, they will continue to attempt to use these areas and will subsequently be exposed to higher mortality risks further reducing their population size.

**Changes in land uses**---Sage grouse require habitats dominated by sagebrush from October through April.  During May through September they prefer habitats with abundant forbs (food) and grasses (cover plus habitat for insects used as food) with some live sagebrush or adjacent to live sagebrush which is used as escape cover.  Removal of sagebrush cover to benefit livestock grazing and development of hay production areas have changed land uses (in some cases positively or negatively) in the Crawford Area.

## Utilities:

**Powerlines**---The effects of powerlines on sage grouse are severe.  Powerlines have been documented to serve as predator perches in Utah and Colorado with subsequent loss of all leks visible to raptors (primarily golden eagles) from perches on powerline poles.  Further, counts of sage grouse pellets near powerlines decrease as distance to powerlines decrease up to one-half mile.  Thus, a strip about one-half mile on each side of powerlines is generally avoided by sage grouse.  These observations are supported by measurement of distances to powerlines of radio-marked sage grouse throughout sage grouse habitats in Colorado.  Clearly, sage grouse avoid powerlines when possible.

**Pipelines**---Development of pipelines is becoming more common in sage grouse habitats.  Pipeline development (construction) can be negative if not properly managed to avoid adverse effects to breeding (March-mid May), nesting (mid April-early July), and early brood rearing (mid May-mid July).  However, reseeding of areas disturbed by pipelines with desirable forbs and taller grasses can be beneficial to sage grouse especially if the width of the area disturbed is minimal (<100 yards) and roads/trails used during construction are closed and reseeded after completion of the pipeline construction interval.

**Roads**---Roads can be classified as primary, secondary, and as trails.  Primary roads are those that are classified as state and federal highways.  These roads are generally high speed and are paved.  Secondary roads generally have county designations although some BLM and USFS roads can fit in this category.  Some of these roads may be paved but most are generally gravel or dirt.  These roads have moderate to low speed ratings.  Trails generally are unsurfaced, lack formal designation, and have low speed ratings.  Sage grouse prefer to walk to reach useable habitats throughout the year except when snow cover increases their conspicuousness.  Sage grouse that walk across primary and secondary roads are at great risk of death from moving vehicles.  The end result of all primary roads and many secondary roads is reduction in the size of the sage grouse population as those birds adjacent to the road are killed by road traffic.  Because young sage grouse learn from older sage grouse, populations that traditionally used areas prior to road establishment or improvement become smaller over time as the older (and young) birds become fewer in number due to road disturbance (and death).  Thus, traditional movements are often eliminated.  Trails have less impact, depending upon vehicle speed.

**Fence designs**---Fences are necessary for livestock management.  However, wood fence posts can provide perches for predators of sage grouse.  Also, sage grouse have been observed flying into fence wires, especially near preferred use areas such as leks.  Fence management that reduces potential perch sites (metal posts) and allows

BLM_0040840

larger spacing between wires (2 or 3 vs. 4 or 5) could be less negative for sage grouse.

## Loss of Topsoil & Productivity:

Soil is the primary factor determining the potential for vegetation production of a given site. With reduction of the herbaceous understory cover in sagebrush ecosystems, soils have become more vulnerable to wind and water erosion. Accelerated soil erosion has altered soil characteristics and quality by decreasing soil fertility due to loss of plant cover, reduction of organic matter and moisture retention and increased soil compaction. The loss of topsoil reduces the vegetation production on many sites impacting critical nesting and brooding areas through reduced herbaceous plant production.

## Poor Nest and Brood Survival:

Poor nest and brood survival has been attributed to the lack of herbaceous understory within the sagebrush community. This lack of herbaceous cover in sagebrush stands also negatively affects the survival of young sage grouse and nests. Since grouse initiate nesting prior to spring herbaceous vegetation growth, it is important that sufficient herbaceous residue remains from previous years. Such residual cover is lacking in some sites in the Crawford area.

## Timing, Intensity, and Duration of Livestock/Big Game Grazing:

Potentially timing and intensity of livestock/big game grazing may affect sage grouse nesting and brood rearing success. The peak of sage grouse hatch is the last week in May and the first week in June, depending on weather conditions. Concerns are that livestock/big game grazing would directly compete with sage grouse for food (forbs and insects) and nesting cover during this time, or would physically disturb the nests. Fall grazing would remove residual cover needed the following spring for nest and brood cover. Also, persistent early spring and summer grazing would reduce plant vigor of herbaceous species causing undesirable long-term changes in the vegetative composition.

In some areas existing grazing, timing and duration may be having a negative affect on nesting and early brood habitat quantity, especially near and around the water sites. Winter grazing by sheep on lek sites may be beneficial by keeping them free of thick shrubby vegetation, and stimulating grass and forb growth.

The distribution and potential overbrowsing by deer and elk on big game winter ranges have had significant effects on important forage shrubs and associated plant communities which may have influenced sage grouse habitat quality. The large deer herds and resultant overbrowsing between 1940 and the mid 1970's is well documented. Overbrowsing of forage shrubs on the winter range by elk has generally occurred only during winters of heavy snowfall. In some areas shrub canopy and height has been reduced to less than what is desired, and may not be sustainable. Also, heavy winter and early spring grazing by elk has reduced cover, probably affecting nest and brood cover, and possibly influenced long-term vegetative composition too.

## Drought:

Sage grouse production is indirectly affected by drought. While sage grouse are not limited by water in most cases, they are limited by the vegetative growth and insects lost during drought conditions. In the Crawford area, nesting success of females and brood survival declined severely during years with low soil moisture as calculated by the Palmer Drought Index. This effect is probably compounded if land management practices remain unchanged during years with low soil moisture. However, drought does not appear to impact lek attendance of males.

## Predators (coyotes, ground squirrels, badgers, eagles, hawks):

Losses of sage grouse nests and young to predation are often high and can, in some locations, be the most significant factor in determining annual recruitment to the population. Studies have shown that ground squirrels and badgers can destroy up to 50% of the current year's nest and egg production. There is also a concern over coyote populations, which appear to be increasing, and the effects they may have on sage grouse population. Eagles and hawks can be effective predators on sage grouse and some feel that eagle predation is increasing. A difficult issue faces the BLM in trying to manage for Bald eagles (Federally Threatened) and managing for the Gunnison sage-grouse, in which they are trying to protect. The quality and quantity of grasses and forbs and other vegetation cover may influence the rates of predation. Predation is reduced when there is sufficient vegetation to conceal the nests. Predation of males on leks was documented to be a serious problem in the Crawford area in 1994. Removal of

BLM_0040841

pinyon and juniper trees and tall shrubs starting in 1994 in conjunction with brush beating existing and new lek sites was effective in reducing predation risk of sage grouse.

## Scientific Lek Harassment (i.e., Physical Disturbance Resulting From Scientific Studies):

Research on sage grouse frequently requires capture and marking (bands, radios) of individual grouse. Capture of grouse is usually most easily accomplished when birds are concentrated on or near leks for the purpose of display and mating. Methods used range from spotlighting to locate grouse that are then captured using long-handled nets to walk-in traps placed on or near leks. Repeated disturbance of sage grouse on leks has been demonstrated to make individuals more wary and flush more readily. Yearling males may change leks following marking but the available data suggest that this age/gender class commonly investigates a series of leks in their first year of life. Studies of radio-marked male and female sage grouse demonstrate strong attachment to the lek of capture despite repeated trapping activities.

## Conflicting Uses During Critical Biological Activity Periods:

The critical biological activity periods for sage grouse are during winter, breeding, nesting, and early brood rearing (December-mid July). Conflicting uses during this period are those that physically prevent sage grouse from using preferred habitats. These uses range from human disturbance (including pets), motorized vehicles, to herding of livestock and heavy grazing/browsing by deer and elk and by domestic livestock.

## Recognition of Private Landowners Rights:

Most landowners are willing to work collectively toward a goal, as long as the recommendations or actions concerning sage grouse do not impact their efforts to make a living. However, most private landowners are environmentally concerned and appreciate wildlife and try not to negatively affect habitat useful to wildlife. These landowners do good things for the land without having to be forced by an endangered species.

## Monitoring/Research:

Monitoring of sage grouse populations through use of counts of males on leks has been used to estimate trends in population size. This effort requires vehicle access via roads and trail during the late March-mid May interval. Properly conducted, spring counts are not known to affect sage grouse. Research on sage grouse is periodically needed to learn more about specific requirements and responses to habitat treatments. The need for monitoring and periodic research will continue. Monitoring of vegetation in relation to grazing by domestic livestock and big game, especially in response to vegetation treatments, will continue on public lands.

## Reservoirs:

Construction of Gould Reservoir is known to have inundated brood habitat and reduced total sage grouse habitat. However, as the result of the reservoir additional brood habitat was created on the south edge. Reservoirs that flood > 100 acres have been documented to have negative effects on sage grouse. Construction of smaller ponds/reservoirs/irrigation ditches may benefit sage grouse though creation of wet meadows sites and provision of open water.

## National Park Service Conservation Easements:

The Secretary of the Interior is authorized to acquire lands or interests in land within the authorized boundaries of Black Canyon of the Gunnison National Park. Conservation Easements are purchased from willing sellers as a perpetual and assignable right deeded to the United States of America, Department of the Interior, National Park Service. Black Canyon of the Gunnison National Park has approximately 2,000 acres under Conservation Easements. The Terms and Conditions of a Conservation Easement impose restrictions, some of which are as follows:

_ the land shall be used and maintained as open grazing land only, and grazing of livestock may continue,

_ hunting, trapping or other means of taking wildlife is prohibited,

_ no pesticides shall be used, or other practices followed, which would significantly injure or destroy the relatively natural ecosystem,

BLM_0040842

_ the land shall not be used for any mining, quarrying, sand and gravel removal, industrial or commercial activity, nor can there be any change in the character, use of topography of the land which would alter the scenic character of the property, affect the scenic enjoyment of the property by the general public or cause permanent destruction of any significant conservation interest in the land, unless such change is previously approved in writing by the National Park Service,

_ commonly accepted operation and maintenance practices supporting livestock grazing may continue, including the maintenance of existing domestic, livestock or agricultural water conveyance systems, and the construction and maintenance of required fencing and stock ponds; plans for new fencing or stock ponds must be approved by the Secretary of the Interior or his authorized representative; water impoundments shall not exceed one acre in size and shall be located so as to minimize visual impact; fences shall be of standard four or five strand barbed wire or sheep wire only and shall in no case exceed four feet in height,

_ all regular and ordinary maintenance to all existing structures, buildings, ground and access roads may be done; replacement of existing structures with another of the same size and in the same location may be done; and repair, or rebuilding to no greater than former size, and existing buildings or structures which are damaged by fire, storm or other casualty is allowed;

_ selective cutting, trimming, destroying or removal of trees, grasses, brush, or shrubbery on scattered units, shall be permitted on the land, in accordance with sound range management practice provided that individual areas so cleared shall not exceed one acre in size, nor be closer than 300 feet from other areas so cleared during a 10-year cutting interval; and the Secretary or authorized representative shall be notified in writing and provided with a clearing plan at least thirty days prior to initiation of such clearing.

## Recreational Uses:

Sage grouse have been hunted and their mating rituals observed since prior to European settlement based on native American artifacts and ceremonies. Sage grouse are not presently hunted at Crawford and there is no organized watchable wildlife viewing for the species within the boundary of the area. Other recreational use of the area such as big game hunting, blue grouse hunting, and predator hunting are not thought to be negative although accidental take may occur. Use of all terrain vehicles has the potential to negatively impact sage grouse, especially in winter. However, much of the area is seasonally closed to all terrain vehicles, primarily to preclude disturbance of big game.

## Hunting:

Sage grouse hunting in the Crawford area was closed prior to 1953 when the area was opened (2-day season, bag/possession limits of 2/2 for any grouse). The season remained open with limited take (2/2, 3/3. 2/4, 3/6) and short seasons (2-4 days) until 1973 when it was closed until 1989 when it reopened for 30 days with a bag and possession limit of 3/6. The season remained open through 1993 with bag/possession limits of 3/6 or 3/9 and season lengths of 30-45 days. The season was closed in 1994 and has been closed through 2010 as the population does not meet the standard (100 cocks counted in spring for 3 consecutive years) required to be open to hunting. Hunting of sage grouse in this area is not contemplated for the foreseeable future. No information on annual harvest is available for this population for any year. Table 1 shows the Crawford Area sage grouse hunting regulations, 1946-2010.

Table 1. Crawford Area sage grouse hunting regulations, 1946-2010

| Year | Length (Days) | Bag/ Possession Limits | Year | Length (Days) | Bag/ Possession Limits |
|------|------|------|------|------|------|
| 1946-52 | Season Closed | | 1965 | 2 | 2/2 |
| 1953 | 1 | 2/2 | 1966-67 | 2 | 2/4 |
| 1954-57 | 2 | 2/2 | 1968 | 3 | 2/4 |
| 1958 | 3 | 2/2 | 1969 | 4 | 3/6 |
| 1959 | 3 | 3/3 | 1970-72 | 3 | 2/4 |
| 1960 | 4 | 3/3 | 1973-88 | Season Closed | |
| 1961 | 3 | 3/3 | 1989-91 | 30 | 3/6 |
| 1962 | 3 | 2/4 | 1992 | 34 | 3/9 |
| 1963 | 3 | 3/6 | 1993 | 33 | 3/9 |
| 1964 | 3 | 2/4 | 1994-2010 | Season Closed | |

Game management unit designations:
    1953-57, Statewide or area specified by highways, drainages, etc.; 1958-73, Unit 19
    1974-86, Unit 64; 1987-2010, Units 53 and 63

BLM_0040843

## Appendix E:  References

Apa, A.D. 2004. Habitat use, movements, and survival of Gunnison sage-grouse in southwestern
Colorado. Unpublished report to the Colorado Division of Wildlife, Colorado, USA.

Avian Power Line Interaction Committee (APLIC). 2006. Suggested Practices for Avian Protection on
Power Lines: The State of the Art in 2006. Edison Electric Institute, APLIC, and the California
Energy Commission. Washington, D.C. and Sacramento, CA.

Baker, W.L. Fire and Restoration of Sagebrush Ecosystems. 2006. Wildlife Society Bulletin 34(1):177-
185.

Borell, A.E., 1939. Telephone wires fatal to sage grouse. Condor. 41(2): 85-86.

Braun, C.E., 1998. Sage Grouse Declines in Western North America. What are the Problems? Proc
Western Assoc. State Fish and Wildl. Agencies 78:139-156.

Braun, C.E. 1995. Distribution and status of sage-grouse in Colorado. Prairie Nat. 27:1-9.

Braun, C.E., T. Britt, and R. O. Wallestad. 1977. Guidelines for maintenance of sage-grouse habitat.
Wildl. Soc. Bul. 5:99-106.

Coates, P.S., J. W. Connelly, and D. J. Delehany. 2008. Predators of GRSG nests
identified by video monitoring. J. of Field Ornithology, 79(4): 421-428

Colorado GRSG Conservation Plan Steering Committee. 2008. The Colorado GRSG Conservation Plan.
Colorado Division of Wildlife. Denver, CO.

Commons, M.L. 1997. Movement and habitat use by Gunnison sage-grouse (*Centrocercus
minimus*) in southwestern Colorado. M.S. Thesis, Univ. Manitoba, Winnipog. 108 pp.

Ellis, K.L.1985.  Effects of a New Transmission Line on Distribution and Aerial Predation of Breeding
Male Sage Grouse. Final Report for Deseret Generation and Transmission Cooperative. Sandy,
UT.

Gunnison sage-grouse Rangewide Steering Committee. 2005. Gunnison sage-grouse Rangewide
Conservation Plan. Colorado Division of Wildlife, Denver, Colorado, USA.

Halloran, M.J. and S.H. Anderson. 2005. Spatial distribution of GRSG nests in relatively contiguous
sagebrush habitats. Condor 107:742-752.

HawkWatch International, Inc. 2008. FINAL REPORT: Effectiveness of Raptor Perch Deterrents on an
Electrical Transmission Line in Southwestern Wyoming. Salt Lake City, Utah.

Hupp, J.W., and C.E. Braun. 1991. Geographic variation among sage-grouse in Colorado.
Wilson Bull. 103:255-261.

Lammers, W.M. and M.W. Collopy. 2007. Effectiveness of Avian Predator Perch Deterrents on Electric
Transmission Lines. Journal of Wildlife Management 71(8):2752–2758.

BLM_0040844

Ligon, J.S. 1951. Prairie chickens, highways, and powerlines. New Mexico Magazine 29/5:29.

Monsen, S. B. 2005. Restoration Manual for Colorado Sagebrush and Associated Shrubland Communities. Colorado Division of Wildlife, Denver, CO. USA

Moynahan, B.J. 2004. Landscape-scale factors affecting population dynamics of GRSG (*Centrocercus urophasianus*) in northcentral Montana, 2001-2004. Dissertation. The University of Montana. Missoula, USA.

Oyler-McCance, S.J., N.W. Kahn, K.P. Burnham, C.E. Braun and T.W. Quinn. 1999. A population genetic comparison of large-and small-bodied sage grouse in Colorado using microsatellite and mitochondrial DNA markers. Molec. Ecol. 8:1457-1465.

Quinn, T.W., N.W. Kahn, J.R. Young, N.G. Benedict, S. Wood, D. Mata, and C.E. Braun. 1997. Probing the evolutionary history of sage grouse *Centrocercus urophasianus* populations using mitochondrial DNA sequence. Wildl. Biol. 3:291.

Robel, R.J., J.A. Harrington, C.A. Hagen, J.C. Pitman, and R.R. Reker. 2004. Effect of energy development and human activity on the use of sand sagebrush habitat by Lesser Prairie-Chickens in southwest Kansas. Transactions of the North American Wildlife and Natural Resources Conference 68th Edition.

Rogers, G.E. 1964. Sage grouse investigations in Colorado. Colorado Game, Fish, and Parks Department Technical Publication 16, Denver, Colorado, USA.

Schroeder, M. A., C. L. Aldridge, A. D. Apa, J. R. Bohne, C. E. Braun, S. D. Bunnell, J. W. Connelly, P. A. Deibert, S.C. Gardner, M. A. Hilliard, G. D. Kobriger, S. M. McAdam, C.W. McCarthy, J.J. McCarthy, D. L. Mitchell, E.V. Rickerson, and S. J. Stiver. 2004. Distribution of sage-grouse in North America. Condor: 106:363-376.

Stahlecker, D.W. 1978. Effect of a New Transmission Line on Wintering Prairie Raptors. Condor 80:444-446.

Stiver, J.R., A.D. Apa, T.E. Remington and R.M. Gibson. 2008. Polygyny and female breeding failure reduce effective population size in the lekking Gunnison sage-grouse. Biol. Conserv. 141:472-481.

Williams, R.D., and Colson, E.W. 1989. Raptor associations with linear rights-of-way, in Proc. W. Raptor Mgmt. Symp., Sci. & Tech. Series (B. G. Pendleton, ed.), no. 12, pp. 173-192. Natl. Wildlife Fed., Washington D.C.

Young, J.R. 1994. The influence of sexual selection of phenotypic and genetic divergence among sage-grouse populations. Ph.D. diss., Purdue Univ., West LaFayette, Indiana   123pp.

Young, J.R., C.E. Braun , S.J. Oyler-McCance, J.W. Hupp, and T.W. Quinn. 2000. A new species of sage-grouse (Phasianidae: *Centrocercus*) from SW Colorado. Wilson Bull. 112:445-453.

Young, J.R., J.W. Hupp, J.W. Bradbury, and C.E. Braun. 1994. Phenotypic divergence of secondary sexual traits among sage-grouse, *Centrocercus urophasianus*, populations. Anim. Behav. 47:1353-1362.

BLM_0040845

**Journal of Applied Ecology**

*Journal of Applied Ecology* 2009, **46**, 673–682    doi: 10.1111/j.1365-2664.2009.01635.x

British Ecological Society


# Non-target effects of broadleaf herbicide on a native perennial forb: a demographic framework for assessing and minimizing impacts

**Elizabeth E. Crone[1]\*, Marilyn Marler[2] and Dean E. Pearson[2,3]**

[1]*Wildlife Biology Program;* [2]*Division of Biological Sciences, University of Montana, Missoula, MT 59812, USA; and* [3]*Rocky Mountain Research Station, USDA Forest Service, 800 E. Beckwith Ave., Missoula, MT 59801, USA*

### Summary

**1.** Invasive species are one of the leading threats to biodiversity worldwide. Therefore, chemical herbicides are increasingly used to control invasive plants in natural and semi-natural areas. Little is known about the non-target impacts of these chemicals on native species.

**2.** We conducted an experiment to test the demographic effects of the herbicide picloram on a native dominant forb, arrowleaf balsamroot *Balsamorhiza sagittata*. As reported in earlier studies, picloram did not change leaf area of balsamroot in the short term (5 years). However, a single application of picloram dramatically reduced flowering and seed set, and these effects have persisted for at least 4 years after spraying.

**3.** Matrix population models based on these data suggest that arrowleaf balsamroot is slowly declining in the presence of weeds, rapidly declining in the presence of herbicide, but might experience a release period after the herbicide decays and before weeds reinvade.

**4.** Therefore, from the perspective of persistence of this native wildflower, herbicide use can be beneficial *or* detrimental, depending on how often a site is sprayed and how long the herbicide persists in the soil. In this system, spraying intervals of more than 10 years may be beneficial, but intervals of less than 5 years will be detrimental. In general, our results emphasize the importance of finding ways to combine herbicide use with other weed control techniques to maximize return intervals and minimize non-target impacts.

**5.** *Synthesis and applications.* Herbicide use in natural areas differs fundamentally from herbicide use in agricultural areas, because the non-target species are not directly under management control. Herbicides inevitably will impact non-target species due to limitations in selectivity. Herbicide persistence and reapplication intervals are key factors determining the demographic impacts of herbicides on native plants. Understanding how persistence and reapplication timing interact with native plant demography allows us to develop management prescriptions that minimize non-target effects in natural areas. To date, this interface of ecology and management has received little attention from practitioners or researchers.

**Key-words:** *Balsamorhiza sagittata, Centaurea maculosa*, decision analysis, grassland, matrix model, pesticide, picloram, population dynamics, sensitivity analysis, weed control

## Introduction

Invasive plants are one of the leading threats to biological diversity in natural and managed areas (Mack *et al.* 2000). Because of their devastating ecological and economic impacts, significant resources are spent on their control and management (Duncan *et al.* 2004; Pimentel, Zuniga & Sheley 2005).

Unlike some environmental problems, once invasive plants become established, they often cannot be controlled by simply removing the initial mechanisms for invasion such as human-induced disturbance or by restoring natural processes such as fire. Instead, invasive plants must be controlled directly by using, either alone or in combination, herbicide treatments, manual removal, grazing, burning, biological control agents, or other methods capable of suppressing the target species in its invaded context (Petroff and Sheley 1999).

*Correspondence: E-mail: elizabeth.crone@umontana.edu

© 2009 The Authors. Journal compilation © 2009 British Ecological Society

Herbicide is an effective tool for quickly controlling numerous invasive weed species over local areas (Rice *et al.* 1997; Tyser *et al.* 1998; Sheley *et al.* 2000). However, methods for assessing the impacts of herbicide use come historically from agricultural (crop) systems, where the goal is usually to maximize yield of a single plant species (Smith *et al.* 2006). In agricultural settings, all plants except the crop plant are killed, and not much target specificity is required. In contrast, in natural areas, herbicides are used to target suppression of one or, occasionally, a few species of invasive plants, while attempting to maintain or restore the rest of the native community and/or other desirable species (Hobbs and Humphries 1995). Many commonly used chemicals are broadleaf herbicides that kill or suppress forbs to varying degrees depending on dose and species-specific sensitivity. Thus, these herbicides generally release grasses and the more herbicide-resistant forbs from suppression by the exotic weeds, but they may negatively impact many other forb species. They can potentially shift plant community composition away from forbs and toward grasses depending on application rates, timing, and reapplication (Marrs 1985; Rice *et al.* 1997; Pearson and Ortega 2009), as well as the life histories of the target weeds and non-target forbs. This is an important consideration given the preponderance of forbs in many wildland areas where weed treatments take place (Mueggler and Stewart 1980; Ortega and Pearson 2005; Pokorny *et al.* 2005). Herbicide is only an effective tool for restoration if the net gains from the herbicide suppressing the target weed outweigh its negative effects on non-target native species.

A small but growing number of studies have evaluated the non-target impacts of broadleaf herbicide application on native forbs (Marrs 1985, Rice *et al.* 1997, Rice and Toney 1998, Tyser *et al.* 1998, Sheley, Mangold & Anderson 2006). These are most often used to identify the compounds, timing and application rates that minimize reductions in biomass or cover of native species. This is important information that can greatly improve management programmes targeted at maintaining native forbs and natural areas' values. However, some commonly used broadleaf herbicides can substantially reduce fecundity for many years in relatively robust, long-lived forbs (Rice *et al.* 1997), suggesting that repeated herbicide applications may affect population dynamics of even long-lived species. To our knowledge, no studies have addressed the long-term demographic effects of herbicide applications on perennial species that make up a large component of many native plant communities.

Our research was inspired by the following observations of herbicide use in semi-arid grasslands and other natural areas of western Montana. First, native forbs appear to have declined in several areas with a history of herbicide use (E. Crone, D. Pearson, and M. Marler, personal observation; see also Sheley and Denny 2006), in spite of well-designed experiments to select chemicals, application rates and timing that minimize impacts on native communities (Rice *et al.* 1997; Rice and Toney 1998). Secondly, in many cases, whether or not herbicide directly affects leaf area or biomass of native species, it often alters other life-history traits, such as phenology or

individual reproductive effort (Rice *et al.* 1997; D. Pearson, personal observation). These changes could directly affect long-term population viability of native species, particularly if herbicide is used regularly (e.g. once every 5 to 10 years) to prevent reinvasion by weeds.

In this article, we present results from the first 5 years of an ongoing experiment in which we monitored non-target effects of the herbicide picloram (Tordon®) on a dominant perennial wildflower, arrowleaf balsamroot *Balsamorhiza sagittata* (Pursh). In the area surrounding our experimental site, picloram is used regularly to control invasion by spotted knapweed *Centaurea maculosa* (see Rice *et al.* 1997). These experiments were initiated with herbicide application in 2002, with plans to repeat herbicide application after knapweed reinvades. We anticipate that it will take at least 10 years to accurately estimate the population-dynamic consequences of herbicide application for arrowleaf balsamroot in this system (see Results). However, at this point, it is timely to explore the potential impacts of the most dramatic short-term (2002–2007) results for this species. Additionally, we use a demographic model to explore the possible long-term consequences of herbicide use for long-lived perennial wildflowers, such as balsamroot. This model provides broad rules of thumb for minimizing non-target impacts of herbicide on long-lived native forbs. Together, our data and analyses highlight issues relating to herbicide use in natural areas that have received little attention from the scientific or management communities to date.

## Methods

### STUDY SYSTEM

The native wildflower, arrowleaf balsamroot *Balsamorhiza sagittata* (Asteraceae) is a perennial herb with a large taproot and radiate, sunflower-like heads of yellow flowers. Plants are 20–80 cm tall, with basal leaves up to 30 cm long, and solitary (occasionally 2–3) flower heads on long, upright stalks (Lesica 2002). Flowering in our area occurs over about 3 weeks, beginning in late April or early May. Seeds require cold stratification for germination (Morrison 2002), but do not form a persistent seed bank, based on observation of seed addition plots (D. Pearson, unpublished data ) and searching soil cores for seeds in May, between germination and seed set (A. Gundlach, unpublished data). Arrowleaf balsamroot grows in deep sandy soil in open areas, ranging from grasslands to sagebrush steppe to open Ponderosa pine *Pinus ponderosa* forests, sometimes forming spectacular stands (Taylor 1992). It is an ecologically important species because its relatively large, nutritious seeds are predated by a number of vertebrate and invertebrate species (Amsberry and Maron 2006).

Spotted knapweed *Centaurea maculosa* (= *Centaurea stoebe*) (Asteraceae) is one of the most widely established exotic plants in western North America (Sheley *et al.* 2000). A short-lived perennial herb of Eurasian origin, knapweed invades arid grasslands, prairies, and savannas, displacing diverse native plant communities through a variety of interactions (Tyser 1992; Marler, Zabinski & Callaway 1999; Ridenour and Callaway 2001; Bais *et al.* 2002). Unlike arrowleaf balsamroot and most other native forbs in our study area, knapweed grows and flowers in late summer. Flowering begins in late June, peaks in August, and continues through early September. Attempts to manage knapweed by releasing biological control

© 2009 The Authors. Journal compilation © 2009 British Ecological Society, *Journal of Applied Ecology*, **46**, 673–682

agents have proven problematic (e.g. Pearson, McKelvey & Ruggiero 2000), reinforcing interest in herbicide as a management tool.

Our experiment took place on Mount Jumbo, a city-owned natural area in Missoula, Montana. The plant community was a rough fescue *Festuca scabrella* and bluebunch wheatgrass *Pseudoroegneria spicata* prairie that was heavily infested with spotted knapweed. Other native wildflower species common at the site include but are not limited to spring chickweed *Cerastium arvense*, larkspur *Delphinium bicolor*, shooting star *Dodecatheon conjugens*, paintbrush *Castilleja hispida*, nine-leaved desert parsely *Lomatium triternatum*, western yarrow *Achillea millefolium* and prairie smoke *Geum triflorum*. This is a very common grassland community type in the intermountain regions of Montana and Idaho (Mueggler and Stewart 1980). Our specific study site had no known history of herbicide use. However, the City of Missoula uses a combination of herbicide and other methods (such as grazing and hand-pulling by community groups) to control noxious weeds in the Mount Jumbo natural area, as mandated by Montana's noxious weed law (Montana House Bill 395).

### FIELD EXPERIMENT

We divided the hillside into four $20 \times 20$ m blocks. Two of the blocks were randomly selected to receive picloram application, and two were designated as non-sprayed experimental controls. We applied Tordon 22 k (active ingredient: 4-amino-3,5,6-trichloropicolinic acid, potassium salt 24·4%) at the manufacturer-recommended rate of 1·24 L ha$^{-1}$. We used a four-wheel all terrain vehicle (ATV) with a boomless sprayer to deliver the herbicide. Application was in early October 2002, when most native plants are dormant but knapweed is starting to 'green up' with autumn precipitation (M. Marler, personal observation). This timing is often recommended for conservation areas, because applying the herbicide after the growing season is expected to minimize impacts to native forbs (Rice and Toney 1998).

In June 2002 (prior to treatment), we established two $10 \times 1$ m permanent monitoring transects centred in each of the four blocks. We censused arrowleaf balsamroot plants in these transects using standard demographic methods (following Lesica 1987, except that we added tags at the base of each individual plant as well as mapping plants, to facilitate relocation in particularly dense areas). For each plant, we counted the number of leaves, and the number of inflorescences (i.e. flower heads). Most flowering stalks had just one inflorescence, and thus, we counted browsed flowering stalks as one inflorescence. Plants with single leaves (mostly seedlings) were noticeably smaller than plants with two or more leaves; therefore, we used the number of leaves from mature plants plus 0·25× the number of leaves of seedlings as a measure of leaf density. (This choice was based on visual inspection but use of 0·10 or 0·50 did not change the conclusions; E. Crone, unpublished analyses.) Surveys of balsamroot plants were conducted yearly in late May or early June from 2002–2007. Differences among treatments were analysed with generalized linear mixed models, to account for repeated measures among years. We also used these data to create preliminary matrix models to explore possible management strategies.

Picloram is widely used to kill knapweed, but we verified that knapweed was killed in sprayed plots by visually estimating per cent cover in 2003 and 2007. In 2003, we visually assigned each square metre in balsamroot transects to one of three density classes: no knapweed, 1–20% knapweed cover, and > 20% knapweed cover. In sprayed transects, 39/40 1-m$^2$ plots had no knapweed, and one plot had 1–20% knapweed cover. In the unsprayed transects, 8/40 plots had 1–20% knapweed cover, and 22/40 had > 20% knapweed cover.

We did not observe knapweed in the sprayed plots throughout this study (2003–2007). We confirmed this observation by counting knapweed densities in 2007; the two unsprayed plots had 18·8 ± 4·9 and 20·7 ± 3·7 knapweed plants m$^{-2}$ (> 20% cover) and the two sprayed plots had 1·7 ± 0·3 and 2 ± 0·7 knapweed plants m$^{-2}$ (< 5% cover; M. Ellis, unpublished data).

### DEMOGRAPHIC MODELS

We used a matrix projection model (e.g. Caswell 2001; Morris and Doak 2002) to illustrate the consequences of different herbicide application frequencies on native perennial wildflowers such as arrowleaf balsamroot. We note at the outset that high among-year variability means that it will take several more years of monitoring to quantitatively estimate stochastic population growth rates for this species (c.f., Fieberg and Ellner 2001; Morris and Doak 2002; Tuljapurkar, Horvitz & Pascarella 2003). Nonetheless, analysis of the first 6 years of data with simple models illustrates general features of optimal herbicide use that can be used to guide management until more data are available.

Specifically, we constructed a matrix population model with five stage classes (Fig. 1): small vegetative plants (1–2 leaves; SV), medium vegetative plants (3–14 leaves; MV), large vegetative plants (≥ 15 leaves; LV), medium flowering plants (< 15 leaves; MF) and large flowering plants (≥ 15 leaves; LF). We chose a density-independent population model because intraspecific competition seems to be small relative to interspecific competition in these mixed species communities. Competition with native plants is implicit in our estimates of vital rates; competition with knapweed is explicitly modelled in our analyses (see below).

We chose stage class boundaries based on subjective relationships between plant size and vital rates in the field (biological classification *sensu* Kaye *et al.* 2001). We evaluated our classification numerically by shifting class boundaries by ±1, 2, and 5 leaves. These matrices had similar vital rates. We calculated transition rates by tabulating the proportion of individuals in each stage class that remained the same or moved to a different stage class in the next year. We identified newly recruited plants as plants that had not been marked the previous year; arrowleaf balsamroot does not appear to have prolonged dormancy (*sensu* Lesica and Steele 1994), and all apparent recruits had one or two leaves. We calculated *per capita* recruitment rates for medium and large flowering plants as the ratio of new recruits in 1 year over the number of inflorescences in the previous year, multiplied by the average number of inflorescences of medium and large flowering plants, respectively. This calculation implicitly includes seed predation, seed germination, and seedling survival, because it is the relationship between realized successful recruitment in year $t + 1$ and flowering in year $t$. Arrowleaf balsamroot does not appear to form a persistent seed bank in this area (see Study system, above); thus, we did not include a seed stage class. For these heuristic models, we created one transition matrix each for sprayed and unsprayed plots by tabulating all transitions (within treatments) over all years, then converting these to proportions (equivalent to a weighted average across years based on the number of plants in each class in each year).

Three sets of parameters are needed to simulate long-term effects of herbicide use: (i) vital rates in unsprayed plots with weeds (hereafter, the weed competition period), (ii) vital rates while herbicide is still in the soil (hereafter, the herbicide period), and (iii) vital rates during the years after the herbicide degrades but before weeds reinvade (hereafter, the release period). We measured rates during the weed competition and herbicide periods directly, but have not yet

BLM_0040848

676   *E. E. Crone* et al.



**Fig. 1.** Life cycle of arrowleaf balsamroot. Black arrows indicate transitions of individual plants, and grey arrows indicate fecundity. The width of arrows is proportional to the magnitude of the transition rate. See stage class abbreviations in Table 2.

observed the release period (see Results). Y. Ortega and D. Pearson (unpublished data) conducted a weeding experiment to quantify the effects of knapweed on balsamroot size and recruitment at ecologically similar sites. They found that recruitment was 1·65 times higher in weeded than unweeded (knapweed-invaded) plots. They did not measure effects of weeding on survival of established plants. Therefore, we consider two hypotheses for vital rates during the release period: (i) identical to the weed competition period, but with 65% increase in recruitment; (ii) identical to the weed competition period, but with 65% increase in recruitment plus 5% increase in survival, up to maximum survival of 99·5%. In other words, we multiplied all transition rates except fecundity by 1·05, or the multiplier that would make these transitions sum to 0·995. (Note that this refers to survival in the broad sense of not dying, not longevity as opposed to growth, *sensu* Silvertown *et al.* 1993.)

We used these three matrices to calculate the effects of different herbicide application strategies, where strategy refers only to the number of years between spraying at a particular site, defined as the return interval, *I*. Note that *I* is the only control variable in this analysis, implicitly assuming a pre-determined appropriate spray strategy (dose and timing) which does not vary among the analyses (e.g. Rice *et al.* 1997). We also assumed that repeated application of herbicide has the same effect as the first application. This assumption is reasonable for a starting point in this general model, but is also one of the key hypotheses we will test in our ongoing experiments. Predicting the effects of herbicide application requires two other parameters about system dynamics. The first is how long the herbicide stays in the soil, which we will refer to as the persistence time, *P*. The second is how long it takes weeds to reinvade after the herbicide degrades, which we will refer to as the lag time, *L*. These parameters differ from the return interval, *I*, because they describe background features of the site to be managed, and are not directly under the control of managers. Therefore, we evaluated the effects of background variation in *P* and *L* on the optimal return interval, *I*.

Over one cycle of herbicide use, abundance changes as follows:

$$N_{t+1} = [M_H]^{T_H}[M_R]^{T_R}[M_W]^{T_W} \times N_t$$

where $N_t$ is the population vector in year $t$, $M_H$, $M_R$, and $M_W$, refer to herbicide, release, and weed competition matrices, respectively, and $T_H$, $T_R$, and $T_W$ refer to the number of years in each condition for a given management regime: $T_H = \min(P, I)$, $T_R = \max(0, \min(I - P, L))$, and $T_W = \max(I - P - L, 0)$. If this management cycle is applied repeatedly, the population will eventually change at an average rate, $\lambda_{net}$, equal to the $I$th root of the leading eigenvalue of the projection matrix, $M_{net} = [M_H]^{T_H}[M_R]^{T_R}[M_W]^{T_W}$ (c.f., Tuljapurkar *et al.* 2003, their equation 2, and note that, by definition, $T_H + T_R + T_W = I$). Therefore, we calculated the $\lambda_{net}$ associated with different possible parameter values and strategies, as a simple measure of their relative merits. This measure includes temporal variation in environmental conditions due to management, but does not include environmental stochasticity.

## Results

As expected, picloram applied in the autumn, and at recommended dosages, did not significantly affect the leaf density of arrowleaf balsamroot (Fig. 2, Table 1). However, picloram reduced arrowleaf balsamroot inflorescence production to 33% of the value in unsprayed plots, and densities of new recruits to 5% of that in unsprayed plots (Fig. 2, Table 1). This difference was most notable in 2004, a high-flowering year in unsprayed plots but in which almost no plants flowered in sprayed plots (Fig. 2). At the individual level, sprayed plots had significantly more medium and large vegetative plants, and fewer large flowering plants (Table 1). The density of medium flowering plants did not differ among treatments.

© 2009 The Authors. Journal compilation © 2009 British Ecological Society, *Journal of Applied Ecology*, **46**, 673–682

BLM_0040849

*Non-target herbicide effects on native plants*   **677**



**Fig. 2.** Effects of picloram on densities of leaves, inflorescences, and individual plants by stage class in sprayed (○) and unsprayed (●) plots. The solid line separates counts before and after picloram application. New recruits could not be distinguished from small vegetative plants in 2002 (see Methods), and thus, they are pooled in the 'SV' stage class for matrix models.

Few new recruits were observed in sprayed plots, and small vegetative plants were less abundant in sprayed plots.

Overall, transition rates differed between sprayed and unsprayed plots [chi-square ($\chi^2$) test comparing two sets of rates to one set for each stage class: $\chi^2 = 157.8$, d.f = 20, $P < 0.001$]. This overall significant difference reflects differences between treatments for all stage classes except medium flowering plants. ($\chi^2 = 1.0$, d.f. = 4, $P = 0.91$ for medium

© 2009 The Authors. Journal compilation © 2009 British Ecological Society, *Journal of Applied Ecology*, **46**, 673–682

BLM_0040850

**678**   *E. E. Crone* et al.

**Table 1.** Analysis of effects of picloram on leaf and inflorescence density, and counts of individuals by stage class (see Fig. 2). All data are counts m$^{-2}$. Stage class abbreviations are as indicated in Table 2

| | Before spraying, 2002 | | | | After spraying, 2003–2007 | | | | | |
| | Treatment | | Block* | | Treatment | | Block | | Year | |
| | $\chi^2$ | P | $\chi^2$ | P | $\chi^2$ | P | $\chi^2$ | P | $\chi^2$ | P |
|---|---|---|---|---|---|---|---|---|---|---|
| Plot-level totals | | | | | | | | | | |
| Leaves | | 0·74 | 113·7 | <0·01 | | 0·40 | 1369·8 | <0·01 | 27·8 | <0·01 |
| Inflorescences | | 0·29 | 60·0 | <0·01 | | <0·01 | 563·2 | <0·01 | 1326·8 | <0·01 |
| Number of individual plants, by stage class† | | | | | | | | | | |
| Recruits | | | | | 17·0 | <0·01 | 99·7 | <0·01 | 12·7 | <0·01 |
| SV | 0·0 | 0·97 | 150·4 | <0·01 | 6·7 | 0·01 | 89·0 | <0·01 | 662·8 | <0·01 |
| MV | 3·8 | 0·05 | 13·6 | <0·01 | 3·6 | 0·06 | 4·5 | 0·03 | 117·6 | <0·01 |
| LV | 0·9 | 0·34 | 2·0 | 0·16 | 5·8 | 0·02 | 25·0 | <0·01 | 10·1 | <0·01 |
| MF | 1·1 | 0·29 | 10·6 | <0·01 | 0·0 | 0·89 | 54·8 | <0·01 | 14·6 | <0·01 |
| LF | 0·9 | 0·34 | 0·0 | 0·96 | 4·5 | 0·03 | 27·3 | <0·01 | 8·1 | <0·01 |

*Random effects are listed in italics.

†As in Figure 2, recruits and small vegetative plants are shown separately although they were combined in matrix models (see Methods).

flowering plants; $\chi^2 > 15$, d.f. = 3–5 (depending on possible transitions), $P < 0.01$ for all other classes; see Appendix S1, Supporting Information.)

In unsprayed ('weed competition') plots, we estimated the following transition model:

$$\begin{bmatrix} N_{SV,t} \\ N_{MV,t} \\ N_{LV,t} \\ N_{MF,t} \\ N_{LF,t} \end{bmatrix} = \begin{bmatrix} 0.73 & 0.13 & 0 & 0.41 & 1.23 \\ 0.03 & 0.58 & 0.03 & 0.43 & 0.04 \\ 0 & 0.03 & 0.31 & 0.06 & 0.13 \\ 0 & 0.16 & 0.05 & 0.39 & 0.02 \\ 0 & 0.05 & 0.59 & 0.12 & 0.76 \end{bmatrix} \times \begin{bmatrix} N_{SV,t+1} \\ N_{MV,t+1} \\ N_{LV,t+1} \\ N_{MF,t+1} \\ N_{LF,t+1} \end{bmatrix} \quad \text{eqn 1}$$

(See parameter definitions, Table 2). The asymptotic rate of increase for this matrix, $\lambda_W$, is 0·99, suggesting a stable-to-slowly-declining population in the absence of weed management.

Sprayed plots had similar vital rates, except that flowering and recruitment were much lower:

$$\begin{bmatrix} N_{SV,t} \\ N_{MV,t} \\ N_{LV,t} \\ N_{MF,t} \\ N_{LF,t} \end{bmatrix} = \begin{bmatrix} 0.41 & 0.08 & 0 & 0.05 & 0.14 \\ 0.10 & 0.72 & 0.08 & 0.50 & 0.02 \\ 0 & 0.02 & 0.54 & 0.06 & 0.40 \\ 0 & 0.09 & 0.02 & 0.29 & 0.04 \\ 0 & 0.02 & 0.32 & 0.12 & 0.51 \end{bmatrix} \times \begin{bmatrix} N_{SV,t+1} \\ N_{MV,t+1} \\ N_{LV,t+1} \\ N_{MF,t+1} \\ N_{LF,t+1} \end{bmatrix} \quad \text{eqn 2}$$

The asymptotic rate of increase for this herbicide period matrix, $\lambda_H$, is 0·94, suggesting faster declines in the continuous presence of herbicide than in the presence of knapweed. To simulate the recovery model, we increased recruitment in the weed competition model by 65% (see Methods):

$$\begin{bmatrix} N_{SV,t} \\ N_{MV,t} \\ N_{LV,t} \\ N_{MF,t} \\ N_{LF,t} \end{bmatrix} = \begin{bmatrix} 0.73 & 0.13 & 0 & 0.68 & 2.03 \\ 0.03 & 0.58 & 0.03 & 0.43 & 0.04 \\ 0 & 0.03 & 0.31 & 0.06 & 0.13 \\ 0.00 & 0.16 & 0.05 & 0.39 & 0.02 \\ 0 & 0.05 & 0.59 & 0.12 & 0.76 \end{bmatrix} \times \begin{bmatrix} N_{SV,t+1} \\ N_{MV,t+1} \\ N_{LV,t+1} \\ N_{MF,t+1} \\ N_{LF,t+1} \end{bmatrix} \quad \text{eqn 3a}$$

The asymptotic rate for this release period matrix, $\lambda_{R,1}$, is 1·01. If we add a 5% increase in survival, up to a maximum of 0·995 per stage class (see Methods), this model becomes:

$$\begin{bmatrix} N_{SV,t} \\ N_{MV,t} \\ N_{LV,t} \\ N_{MF,t} \\ N_{LF,t} \end{bmatrix} = \begin{bmatrix} 0.76 & 0.14 & 0 & 0.68 & 2.03 \\ 0.03 & 0.61 & 0.04 & 0.43 & 0.04 \\ 0 & 0.03 & 0.31 & 0.06 & 0.13 \\ 0 & 0.16 & 0.05 & 0.39 & 0.02 \\ 0 & 0.05 & 0.59 & 0.12 & 0.80 \end{bmatrix} \times \begin{bmatrix} N_{SV,t+1} \\ N_{MV,t+1} \\ N_{LV,t+1} \\ N_{MF,t+1} \\ N_{LF,t+1} \end{bmatrix} \quad \text{eqn 3b}$$

with $\lambda_{R,2} = 1.04$. These matrices suggest that balsamroot populations could plausibly grow during the period between picloram degradation and knapweed reinvasion.

We used these matrices to predict the long-term consequences of different herbicide return intervals. Based on these models, using herbicide can be beneficial *or* detrimental for balsamroot, depending on how often it is used (Fig. 3). For lower persistence times, $\lambda_{net}$ is highest when herbicide is sprayed every $P + L$ years, that is the number of years that herbicide persists in the soil plus the number of years it takes knapweed to reinvade. If the herbicide persists for a long time in the soil, then all spraying intervals lead to lower population growth rates ($\lambda_{net}$). The switch from potentially-good to always-bad occurs when $\lambda_{net}$ for $[M_H]^P[M_R]^L$ is less than $\lambda_W$. The relationship between $\lambda_{net}$ and return interval is a much steeper slope below the optimum than above it. In other words, it is better to spray too seldom than too often, at least from the perspective of arrowleaf balsamroot. This result occurs as long as the direct effects of the herbicide are worse than the effects of competition with weeds.

## Discussion

To effectively use herbicides and other management tools for natural areas, we need to understand all of their potential implications. Other studies have reported impacts of herbicide

BLM_0040851

**Table 2.** Summary of parameters and variables used in population models

| Parameter | Definition |
|---|---|
| $N_t$ | Total no. of arrowleaf balsamroot plants in year $t$, summed across stage classes |
| $N_{SV,t}$ | No. of plants with 1–2 leaves in year $t$, small vegetative plants + new recruits |
| $N_{MV,t}$ | No. of plants with 3–14 leaves in year $t$, medium vegetative plants |
| $N_{LV,t}$ | No. of plants with ≥ 15 leaves in year $t$, large vegetative plants |
| $N_{MF,t}$ | No. of plants with 3–14 leaves and ≥ 1 inflorescence in year $t$, medium flowering plants |
| $N_{LF,t}$ | No. of plants with ≥ 15 leaves and ≥ 1 inflorescence in year $t$, large flowering plants |
| $M_W$ | Projection matrix for 'weed competition' period, with weeds and no herbicide |
| $M_H$ | Projection matrix for 'herbicide' period, i.e., while herbicide persists in the soil |
| $M_R$ | Projection matrix for 'release' period, after herbicide degrades and before weeds reinvade |
| $\lambda_W$ | Long-term population growth rate of 'weed competition' matrix |
| $\lambda_H$ | Long-term population growth rate of 'herbicide' matrix |
| $\lambda_R$ | Long-term population growth rate of 'release' matrix |
| $M_{net}$ | Projection matrix for change in abundance over one complete cycle of herbicide spraying, recovery, and weed reinvasion |
| $\lambda_{net}$ | Realized average annual rate of change over repeated cycles of herbicide spraying, recovery, and weed reinvasion, i.e., the $I$th root of the leading eigenvalue of $M_{net}$ |
| $I$ | Return interval, total number of years between herbicide application |
| $P$ | Persistence time, number of years herbicide persists in soil after application |
| $L$ | Lag time, number of years between herbicide degradation and weed reinvasion |
| $T_H$ | Length of 'herbicide' period, for a given return interval |
| $T_R$ | Length of 'release' period, for a given return interval |
| $T_W$ | Length of 'weed competition' period, for a given return interval |
| SV | Stage class for plants with 1–2 leaves in year $t$, small vegetative plants |
| MV | Stage class for plants with 3–14 leaves in year $t$, medium vegetative plants |
| LV | Stage class for plants with ≥ 15 leaves in year $t$, large vegetative plants |
| MF | Stage class for plants with 3–14 leaves and ≥ 1 inflorescence in year $t$, medium flowering plants |
| LF | Stage class for plants with ≥ 15 leaves and ≥ 1 inflorescence in year $t$, large flowering plants |



**Fig. 3.** Predicted population growth rate vs. spraying return interval and persistence time in soil. 'None' refers to no herbicide use. (A) 65% increase in fecundity during the release period; (B) 5% increase in survival and 65% increase in fecundity during the release period.

application for invasive plant control on native plant biomass and percentage cover (Marrs 1985; Tyser *et al.* 1998; Rice *et al.* 1997; Rice and Toney 1998; Sheley *et al.* 2006); these studies indicate that some herbicides can affect non-target forbs as much as target weeds, whereas other herbicides kill target species but are non-lethal, or less lethal, to native forbs. As far as we are aware, our study is the first to investigate long-term demographic consequences. We found that non-target effects of herbicide on growth and survival of native plants that seem negligible over a few years have the potential to cause population declines over longer time periods.

Our short-term results are consistent with most previous work in this system. We found that there was no difference in the leaf density between sprayed and unsprayed plots throughout the study, which is consistent with no significant change in leaf area (Rice *et al.* 1997; Rice and Toney 1998). Rice *et al.* (1997) and Rice and Toney (1998) concluded that native plant species and communities, respectively, recover rapidly after a low rate of picloram application, but they only examined percentage cover and biomass or crude indices of species richness (presence or absence in large plots). Y. Ortega and D. Pearson (unpublished data) also showed that herbicide killed balsamroot seedlings and suppressed flowering and seed production for at least 3 years post-treatment, suggesting the potential for herbicides to have important long-term demographic impacts on perennial native forbs. They also noted that picloram did little to release arrowleaf balsamroot from spotted knapweed impacts 3 years after treatment,

© 2009 The Authors. Journal compilation © 2009 British Ecological Society, *Journal of Applied Ecology*, **46**, 673–682

**680**   *E. E. Crone* et al.





**Fig. 4.** Sensitivity and elasticity analyses, based on the transition matrix for unsprayed plots, $M_W$, calculated using the standard analytical formula (Caswell 2001; Morris & Doak 2002). See abbreviations for stage classes in Table 2.

consistent with the persistent effects of picloram we report in this study. Our results, however, emphasize the importance of using population models to interpret short-term impacts in a long-term context.

Our demographic approach to analysing the effects of herbicide application differs from prospective approaches such as sensitivity and elasticity analysis that evaluate management strategies before they are implemented (see reviews by Heppell, Pfister & de Kroon 2000; Menges 2000; Morris and Doak 2002). Most often, these approaches combine demographic models for unmanaged populations (e.g. $M_W$) with qualitative estimates of the direction in which vital rates are likely to be affected by management. For comparison with these studies, we calculated matrix element sensitivities and elasticities using $M_W$, the matrix from unsprayed plots (Fig. 4). Recruitment rates had low sensitivities, and transitions to flowering had only slightly higher sensitivities than transitions to similar-sized vegetative plants (e.g. compare the sensitivity of LF→LF to LF→LV). Elasticities indicated a greater importance of recruitment; flowering by large plants (LF→LF) had the largest elasticity, and elasticity was also relatively high for successful recruitment from these plants (LF→SV; Fig. 4B). Both results are consistent with patterns in most long-lived perennial plants (Silvertown *et al.* 1993; Franco and Silvertown 2004); survival of mature plants is more important than fecundity *per se*. These methods could be used to conclude incorrectly that management that negatively affects fecundity, but not survival, would not severely impact population dynamics, or that the effects are ambiguous. In reality, both analyses compare the impacts of small changes in vital rates, whereas herbicide application led to large

changes in flowering and recruitment rates and subsequent large changes in population growth rates. If they are feasible, short-term experiments, such as ours, that quantify the magnitude of expected changes in vital rates, greatly improve our ability to predict long-term consequences of management (see also Lesica and Shelly 1996; Lesica 1999; Baxter *et al.* 2006; Lubben *et al.* 2008).

In many ways, herbicide management is analogous to the impacts of natural disturbances, such as hurricanes (Horvitz, Tuljapurkar & Pascarella 2005), floods (Menges 1990) and fires (Schultz and Crone 1998; Menges and Quintana-Ascencio 2003). These disturbances have a negative short-term impact, but typically improve conditions for surviving or recolonizing plants, and are often necessary for long-term persistence. In the same way, the net effect of herbicide use is only positive if the short-term negative effects are followed by a period when herbicide is no longer persistent in the soil, but competition by weeds and other native species is reduced. Relatively high flowering in 2007 in sprayed plots indicates that the effects of herbicide are starting to dissipate (Fig. 2). The analogy between our study and these other studies of responses of perennial plants to other disturbances suggests that the general pattern illustrated by our models is likely to extend to changes in abundance of other forbs in response to herbicide management. However, if there is no release period, or if it does not last long enough to make up for the negative impacts of herbicide, herbicide will only accelerate the decline of balsamroot populations. Similarly, use of broad-leaved herbicides may stimulate growth of grasses, which could in principle have larger negative impacts than competition with knapweed. Most studies of herbicide use in natural areas – including ours – assume that this release period will eventually occur, but we are not aware of any that have documented dynamics at these long time-scales.

Throughout this study, we have referred to effects of herbicide on balsamroot as if they reflected continuous effects of persistent soil residues. This assumption reflects our observation that balsamroot flowering may recover faster in areas with more well-drained soils (E. Crone, conversations with local landowners who use Tordon). However, long-lived perennial plants such as balsamroot have the capability to store and reallocate resources over time; reproductive effort in 1 year often reflects environmental conditions over three or more previous years (Primack and Stacy 1998; Ehrlén and van Groenendael 2001; Crone and Lesica 2006). Therefore, persistent effects of herbicide application probably reflect some combination of direct effects of picloram residues in the soil and indirect effects mediated by changes in resource stores in response to stress in previous years. Disentangling these effects is beyond the scope of this study because we did not measure picloram residues in soil or stored resources of individual plants. However, investigation into the physiological mechanisms of herbicide effects on fecundity could help extrapolate results among sites, and would be a valuable avenue of future research.

Our hope is that this case study will raise awareness of the potential long-term non-target effects of herbicide in natural

© 2009 The Authors. Journal compilation © 2009 British Ecological Society, *Journal of Applied Ecology*, **46**, 673–682

areas, and the importance of explicitly evaluating return intervals among years, as well as dose and timing within years. Herbicide use may be a necessary component of natural areas management, especially for areas like our study site, where funds are limited and weed control is legally mandated (Montana House Bill 395). However, even in this context, our models indicate the importance of minimizing non-target impacts of herbicide and 'stretching' the lag period before weed reinvasion as long as possible. At a minimum, the optimal herbicide application interval is $P + L$, the length of time the herbicide persists in the soil plus the number of years between herbicide degradation and weed reinvasion (see Results). As defined in our models, 'weed reinvasion' occurs when the competitive effects of weeds become substantial, not when weed seedlings first appear. Depending on the target weed and the site conditions, hand weeding and grazing may be feasible to prevent weed reinvasion, even if they are not feasible ways to control the initial infestation. Secondly, spot application instead of broadcast spraying could minimize non-target impacts as well as prevent reinvasion. Thirdly, if broadcast application is the only option, the optimal return interval from a site perspective occurs after target weed species becomes dense enough to have competitive impacts on native plant community.

In conclusion, we reiterate that herbicide management of natural areas differs fundamentally from use in agricultural areas, because the dynamics of non-target species in natural and semi-natural areas are rarely under direct management control. This example is only the beginning of a very broad and largely unexplored research area in environmental management. We encourage future research to evaluate herbicide management options in the context of population and community dynamics.

## Acknowledgements

Setup of the initial experiment was contributed by the City of Missoula, and monitoring was partly funded by NSF 02-36427 and DEB 02-40963 to E. E. Crone. We are grateful to numerous assistants who helped monitor plots including B. Christiaens, K. Crider, M. Ellis, J. Gremer, L. Polansky, R. Selbe, M. Valliant, A. Van Eck, and R. Yurkewiscz. P. Lesica and J. Maron provided comments on this manuscript and discussion throughout this project.

## References

Amsberry, L.K. & Maron, J.L. (2006) Effects of herbivore identity on plant fecundity. *Plant Ecology*, **187**, 39–48.

Bais, H.P., Walker, T.S., Shermitz, F.R., Hufbauer, R.A. & Vivanco, J.M. (2002) Enantiomeric-dependent phytotoxic and antimicrobial activity of (6)-catechin. A rhizosecreted racemic mixture from spotted knapweed. *Plant Physiology*, **128**, 1173–1179.

Baxter, P.W.J., McCarthy, M.A., Possingham, H.P., Menkhorst, P.W. & McLean, N. (2006) Accounting for management costs in sensitivity analyses of matrix population models. *Conservation Biology*, **20**, 893–905.

Caswell, H. (2001) *Matrix Population Models: Construction, Analysis, and Interpretation.* Sinauer Associates, Sunderland MA, USA

Crone, E.E. & Lesica, P. (2006) Pollen and water limitation in *Astragalus scaphoides*, a plant that flowers in alternate years. *Oecologia*, **150**, 40–49.

Duncan, C.A., Jachetta, J.J., Brown, M.L., Carrithers, V.F., Clark, J.K., DiTomaso, J.M., Lym, R.G., McDaniel, K.C., Renz, M.J. & Rice, P.M.

(2004) Assessing the economic, environmental and societal losses from invasive plants on rangelands and wildlands. *Weed Technology*, **18**, 1411–1416.

Ehrlén, J. & van Groenendael, J. (2001) Storage and the delayed costs of reproduction in the understorey perennial, *Lathyrus vernus*. *Journal of Ecology*, **89**, 237–246.

Fieberg, J. & Ellner, S.P. (2001) Stochastic matrix models for conservation and management: a comparative review of methods. *Ecology Letters*, **4**, 244–266.

Franco, M. & Silvertown, J. (2004) A comparative demography of plants based upon elasticities of vital rates. *Ecology*, **85**, 531–538.

Heppell, S., Pfister, C. & de Kroon, H. (2000) Elasticity analysis in population biology: methods and applications. *Ecology*, **81**, 605–606.

Hobbs, R.J. & Humphries, S.E. (1995) An integrated approach to the ecology and management of plant invasions. *Conservation Biology*, **9**, 761–770.

Horvitz, C.C., Tuljapurkar, S. & Pascarella, J.B. (2005) Plant–animal interactions in random environments: habitat-stage elasticity, seed predators, and hurricanes. *Ecology*, **86**, 3312–3322.

Kaye, T.N., Pendergrass, K., Findley, K. & Kauffman, J.B. (2001) The effect of fire on the population viability of an endangered prairie plant. *Ecological Applications*, **11**, 1366–1380.

Lesica, P. & Steele, B.M. (1994) Prolonged dormancy in vascular plants and implications for monitoring studies. *Natural Areas Journal*, **14**, 209–212.

Lesica, P. (1987) A technique for monitoring nonrhizomatous perennial plant species in permanent belt transects. *Natural Areas Journal*, **7**, 65–68.

Lesica, P. (1999) Effects of fire on the demography of the endangered, geophytic herb, *Silene spaldingii*. *American Journal of Botany*, **86**, 996–1002.

Lesica, P. (2002) *Flora of Glacier National Park.* Oregon State University Press, Corvallis OR, USA.

Lesica, P. & Shelly, J.S. (1996) Competitive effects of *Centaurea maculosa* on the population dynamics of *Arabis fecunda*. *Bulletin of the Torrey Botanical Club*, **123**, 111–121.

Lubben, J., Tenhumberg, B., Tyre, A. & Rebarer, R. (2008) Management recommendations based on matrix projection models: the importance of considering biological limits. *Biological Conservation*, **141**, 517–523.

Mack, R.N., Simberloff, D., Lonsdale, W.M., Evans, H., Clout, M. & Bazzaz, F.A. (2000) Biotic invasions: causes, epidemiology, global consequences, and control. *Ecological Applications*, **10**, 689–710.

Marler, M.J., Zabinski, C.A. & Callaway, R.M. (1999) Mycorrhizae indirectly enhance competitive effects of an invasive forb on a native bunchgrass. *Ecology*, **80**, 1180–1186.

Marrs, R.H. (1985) The effects of potential bracken and scrub control herbicides on lowland *Calluna* and grass heath communities in East Anglia, UK. *Biological Conservation*, **32**, 13–32.

Menges, E.S. (1990) Population viability analysis for an endangered plant. *Conservation Biology*, **4**, 52–62.

Menges, E.S. (2000) Population viability analyses in plants: challenges and opportunities. *Trends in Ecology & Evolution*, **15**, 51–56.

Menges, E.S. & Quintana-Ascencio, P.F. (2003) Modeling the effects of disturbance, spatial variation and environmental heterogeneity on population viability of plants. *Population Viability in Plants* (eds Brigham, C.A. and Schwartz, M.W.), pp. 289–311. Ecological Studies Series Vol. 165. Springer Verlag Berlin, Heidelberg, Germany.

Morris, W.F. & Doak, D.F. (2002) *Quantitative Conservation Biology: Theory and Practice of Population Viability Analysis.* Sinauer Associates, Sunderland, MA, USA.

Morrison, S. (2002) *The Magic of Montana Native Plants: A Gardener's Guide to Growing Over 150 Species from Seed.* Montana Native Plant Press, Missoula, MT, USA.

Mueggler, W.F. & Stewart, W.L. (1980) *Grassland and Shrubland Habitat types of Western Montana.* General Technical Report INT-66, USDA Forest Service, Ogden, UT, USA.

Ortega, Y.K. & Pearson, D.E. (2005) Strong versus weak invaders of natural plant communities: assessing invasibility and impact. *Ecological Applications*, **15**, 651–661.

Pearson, D.E. & Ortega, Y.K. (2009) Managing invasive plants in natural areas: moving beyond weed control. *Weeds: Management, Economic Impacts and Biology* (ed. F. Columbus), pp. 1–21. Nova Publishers, New York.

Pearson, D.E., McKelvey, K.S. & Ruggiero, L.F. (2000) Non-target effects of an introduced biological control agent on deer mouse ecology. *Oecologia*, **122**, 121–128.

Petroff, J.K. & Sheley, R.L. (1999) *Biology and Management of Noxious Rangeland Weeds.* Oregon State University Press, Corvallis, OR, USA.

Pimentel, D., Zuniga, R. & Morrison, D. (2005) Update on the environmental and economic costs associated with alien-invasive species in the United States. *Ecological Economics*, **52**, 273–288.

© 2009 The Authors. Journal compilation © 2009 British Ecological Society, *Journal of Applied Ecology*, **46**, 673–682

BLM_0040854

Pokorny, M.L., Sheley, R.L., Zabinski, C.A., Engel, R.E., Svejcar, T.J. & Borkowski, J.J. (2005) Plant functional group diversity as a mechanism for invasion resistance. *Restoration Ecology*, **13**, 448–459.

Primack, R. & Stacy, E. (1998) Cost of reproduction in the pink lady's slipper orchid (*Cypripedium acaule*, Orchidaceae): an 11-year experimental study of three populations. *American Journal of Botany*, **85**, 1672–1679.

Rice, P.M. & Toney, J.C. (1998) Exotic weed control treatments for conservation of fescue grassland in Montana. *Biological Conservation*, **85**, 83–95.

Rice, P.M., Toney, J.C., Bedunah, D.J. & Carlson, C.E. (1997) Plant community diversity and growth form responses to herbicide applications for control of Centaurea maculosa. *Journal of Applied Ecology*, **34**, 1397–1412.

Ridenour, W.M. & Callaway, R.M. (2001) The relative importance of allelopathy in interference: the effects of an invasive weed on a native bunchgrass. *Oecologia*, **126**, 444–450.

Schultz, C.B. & Crone, E.E. (1998) Burning prairie to restore butterfly habitat: a modeling approach to management tradeoffs for the Fender's blue. *Restoration Ecology*, **6**, 244–252.

Sheley, R.L. & Denny, M.K. (2006) Community response of nontarget species to herbicide application and removal of the nonindigenous invader *Potentilla recta* L. *Western North American Naturalist*, **66**, 55–63.

Sheley, R.L., Duncan, C.A., Halstvedt, M.B. & Jacobs, J.S. (2000) Spotted knapweed and grass response to herbicide treatments. *Journal of Range Management*, **53**, 176–182.

Sheley, R.L., Mangold, J.M. & Anderson, J.L. (2006) Potential for successional theory to guide restoration of invasive-plant dominated rangeland. *Ecological Monographs*, **76**, 365–379.

Silvertown, J., Franco, M.L., Pisanty, I. & Mendoza, A. (1993) Comparative plant demography – relative importance of life-cycle components to the finite rate of increase in woody and herbaceous perennials. *Journal of Ecology*, **81**, 465–476.

Smith, R.G., Maxwell, B.D., Menalled, F.D. & Rew, L.J. (2006) Lessons from agriculture may improve the management of invasive plants in wildland systems. *Frontiers in Ecology and the Environment* **4**, 428–434.

Taylor, R.J. (1992) *Sagebrush Country: A Wildflower Sanctuary*. Mountain Press Publishing Company, Missoula, MT, USA.

Tuljapurkar, S., Horvitz, C.C. & Pascarella, J.B. (2003) The many growth rates and elasticities of populations in random environments. *American Naturalist*, **162**, 489–502.

Tyser, R.W. (1992) Vegetation associated with two alien plant species in a fescue grassland in Glacier National Park, Montana. *Great Basin Naturalist*, **52**, 189–193.

Tyser, R.W., Asebrook, J.M., Potter, R.W. & Kurth, L.L. (1998) Roadside revegetation in Glacier National Park, USA: effects of herbicide and seeding treatments. *Restoration Ecology*, **6**, 197–206.

*Received 5 September 2008; accepted 6 February 2009*
*Handling Editor: Yvonne Buckley*

## Supporting Information

Additional Supporting Information may be found in the online version of this article:

**Table S1.** Transition frequencies among life stages in sprayed and unsprayed plots

**Table S2.** $\chi^2$ test of homogeneity of transition frequencies (pooled across years) between sprayed and unsprayed plots. Across all stage classes, $\chi^2 = 157.8$, df = 20, $P < 0.001$

Please note: Wiley-Blackwell are not responsible for the content or functionality of any supporting materials supplied by the authors. Any queries (other than missing material) should be directed to the corresponding author for the article.

BLM_0040855

**2005**

# Report on the Health of Colorado's Forests

**Special Issue**

**Aspen Forests**

BLM_0040856

February 2006

The 2005 Report on the Health of Colorado's Forests highlights the ecology and management of the state's aspen forests and provides an expanded insect and disease update, with a particular focus on the mountain pine beetle and spruce bark beetle outbreaks currently spreading throughout Colorado's central mountains. Both sections of the Report underscore the need to address forest management in a proactive, rather than reactive, manner.

Many researchers and land managers attribute the size and intensity of current bark beetle activity, at least partially, to the lack of age diversity in lodgepole pine and some spruce and ponderosa pine forests. This condition leaves forests extremely vulnerable to bark beetle attack.

In the absence of natural cycles of wildfire or other disturbance, forest management treatments can increase age diversity, decrease competition and improve overall resilience among forest stands. But this action needs to occur prior to an insect epidemic in order to be most effective.

Once an insect outbreak has reached epidemic proportions, it is very difficult to slow its expansion. Ultimately, only freezing temperatures will stop the beetles' reproduction. Forest management actions taken in response to an ongoing epidemic should focus on public safety and the protection of homes and other critical infrastructure.

Unlike the mountain pine beetle situation, we still have the opportunity to be proactive in the management of Colorado's trademark aspen forests. Many of the state's aspen stands are reaching the end of their life cycle. In some areas, natural regeneration is not occurring. Strategic forest treatments can stimulate regeneration, but must occur before critical root systems decline beyond the point of recovery.

Colorado's aspen forests provide both residents and visitors with a tremendous range of values, including rich and diverse wildlife habitat, economic opportunities from recreation, tourism and timber harvest and unique cultural and scenic opportunities. If we wish to maintain these and other values, we must support forest management treatments that sustain aspen forests in their full range of natural diversity.

As members of Colorado's Forestry Advisory Board, we encourage all Coloradoans to better understand the natural processes and human decisions that influence the condition of our forests – and to support proactive treatments that improve that condition before negative impacts occur.

Sincerely,

Nancy M. Fishering
Chairperson, Colorado Forestry Advisory Board

*2005 Report on the Health of Colorado's Forests*

**Colorado Forestry Advisory Board Members**

Don Ament
*Commissioner of Agriculture*

Joyce Berry
*Dean, Warner College of Natural Resources Colorado State University*

Tom Borden
*Private Landowner Fort Collins, Colorado*

Nancy Fishering
*Colorado Timber Industry Association*

Russell George
*Director, Colorado Department of Natural Resources*

Doug Robotham
*Trust for Public Land*

Tom Stone
*Commissioner, Eagle County*

# 2005 Report on the Health of Colorado's Forests

## Executive Summary

People enjoy and appreciate Colorado's forests, mountains, wildlife and weather. Although they often seem unchanging, each component of the state's beloved scenery is part of a constantly shifting natural system. Many forests, for example, are dependent on cycles of wildfire and native insects for renewal. The current mountain pine beetle epidemic in Colorado's north-central mountains is giving residents and visitors alike a vivid glimpse of this renewal process in action.

The combination of aging lodgepole pine forests and several years of severe drought has allowed the current mountain pine beetle epidemic to grow to a scale not previously recorded in Colorado. In 2005, over 425,000 acres of Colorado forests were infested with mountain pine beetle. Reducing wildfire hazard has become even more critical in mountain communities with beetle-killed forests.

Since the majority of Colorado's spruce forests have the mature, large-sized trees that are sought by another tree-killing insect, the spruce beetle, the state's spruce forests are also vulnerable to far-reaching change. Not only are spruce beetle outbreaks becoming more numerous, a recently observed shortening of the beetle's life cycle is enabling it to expand faster than previously seen.

Spruce forests are among Colorado's longest-lived, having life cycles of 300 or more years. The onset of widespread spruce beetle infestations could transform this high country scenery in the matter of a few decades. A major turnover of older spruce forests will affect people on



*Skip Edel*

*Mountain pine beetle trapped in pitch. Despite their small size, bark beetles are effecting major changes across the West.*

many levels, dramatically changing the recreational and scenic experience of these special places.

Like lodgepole and spruce, Colorado's aspen also have far more old forests than young. The 2005 Report on the Health of Colorado's Forests continues a series begun in last year's report by providing a detailed look at the ecology, condition and management of aspen forests across the state.

In addition to its glorious fall colors, aspen is a tremendous asset to the state's economy, recreation, wildlife, and watersheds. There are more aspen forests in Colorado than any other state in the West.



1

BLM_0040858

Although fire suppression is not the main cause of vulnerability in Colorado's spruce forests, it has had deleterious effects on the state's aspen and other lower-elevation forests. Continuing to severely restrict fire's role, without the addition of forest management, has serious long-term implications for the sustainability of aspen on the landscape.

Elk, cattle, and other animals pose another threat to aspen throughout the West. Where aspen sprouts are eradicated by browsing animals, young aspen suckers are prevented from growing into trees. More research is being conducted on this serious management dilemma.

Coloradoans enjoy tremendous benefits from the state's forests and, in return, have a responsibility to be good stewards of the land. This may include bringing back disturbance to forests where vital natural processes, like wildfire, have been interrupted. Forest management, including tree cutting and prescribed fire, can play a critical role in keeping, and returning, Colorado's forests to good health.

*Although aspen will dominate the foreground of this photo for many decades, the distant hillside will soon be obscured by conifers in the absence of fires or other disturbances.*



Dan Wand



2

*2005 Report on the Health of Colorado's Forests*

BLM_0040859

# 2005 Insect and Disease Activity Update

## Introduction

Insect and disease activity in 2005 provided a study in contrasts. Expanses of red beetle-killed trees drew tremendous public attention to the insect epidemic spreading through the state's north-central mountains. While in other areas, wetter weather actually reduced the dramatic insect activity seen in recent years.

Mountain pine beetle, an aggressive native insect, is the primary culprit in the death of millions of pines in Colorado and across the West. Like other bark beetles, mountain pine beetle plays a natural role in the life cycle of forest ecosystems, helping to precipitate the change from old stands to young.

The extent, severity and rate-of-spread that characterize the current outbreak may be outside the norms of this natural cycle due to a combination of drought impacts and the generally old, even-aged condition of many Colorado forests.

Colorado's aging spruce forests are poised to host the next big bark beetle epidemic, as spruce beetle populations continue to build in the state's high country. Spruce beetle is a primary agent of change in spruce forests, but researchers are concerned about a recent trend in the beetle's life cycle that has reduced its usual life span from two years to one. This adaptation allows the beetle to proliferate much more quickly, a reality that will likely bring vast changes to Colorado's spruce forests.



Colorado's current mountain pine beetle outbreak, which has been building for 10 years, has killed more trees than any previous epidemic in the state's recorded history.



Mountain pine beetle infestation in Grand County, Colorado.



2005 Report on the Health of Colorado's Forests

BLM_0040860



*Colorado landowners have already spent millions of dollars to preventively spray trees and clear away dead trees from their properties. Even if logs are removed, piles of tree branches and tops can be expensive to chip or haul away and may create air quality impacts when burned.*

In southwest Colorado, homeowners and land managers are beginning to see the recovery of piñon – juniper forests devastated by a drought-induced piñon ips outbreak in 2002 and 2003. Increased moisture has caused a corresponding decline in insect activity, while also promoting growth of remaining junipers.

A rise in precipitation throughout the state also lead to lush growth of grasses and forbs. Small rodent populations exploded in response to this abundant food source. During winter, voles and other rodents caused widespread damage by chewing the stems of junipers, aspens, small ornamentals and various shrubs.



*Damage to aspen from voles.*

### Impacts to People from Widespread Beetle-Killed Trees

**Increased potential for wildfire which may result in:**
- Loss of life and property
- Reduced real estate values
- Changes to tourism-based economies
- Long-term costs of water supply and reservoir clean-up
- Safety hazards from falling dead trees

**Potential impacts to recreation such as hiking, camping and skiing include:**
- Scenery changes
- Reduced wind protection
- Safety hazards from falling dead trees

**Potential landowner impacts include:**
- Property value reductions
- Erosion issues from increased water yields
- Wood and tree branch disposal challenges



4

*2005 Report on the Health of Colorado's Forests*

BLM_0040861

## Aerial Survey: Art or Science?

Traveling at 100 miles per hour, 1,500 feet above the forest canopy, aerial surveyors have a challenging assignment. They are tasked with capturing the essence of insect activity, intensity and location by sketching their observations on maps. Turbulence, cloud shadows and physical discomfort can increase the job's complexity.

*"Patterns form that you can't see from the ground," said Crystal Tischler, a Colorado State Forest Service aerial surveyor. "Some insects move progressively through an area while others go from spot to spot."*

A few insect signatures, like spruce beetle, are hard to distinguish from the air. Validation, or ground truthing, of causal agent and location is critical.

Despite limitations of the data, aerial surveying is an invaluable tool for examining insect trends over time. Maps and numbers referenced in this report were derived from aerial surveys conducted in the summer of 2005.

Eventually, satellite imagery may replace aerial surveying, but currently the data is too expensive to purchase and interpret. Aerial surveying costs about a half a cent per acre.



Skip Edel

### Mountain Pine Beetle
*(Dendroctonus ponderosae)*

In Colorado, mountain pine beetles primarily attack ponderosa and lodgepole pines. The beetles carry a bluestain fungus that infects their chosen trees. The fungus spreads through and clogs the tree's water-transporting vessels while beetle larvae eat the tree's inner bark. The fungus and the larvae's activities interrupt the tree's nutritional system, causing the tree's death.

*Today, many of Colorado's high country forests are dense, mature, eight inches in diameter or larger lodgepole pine; this is precisely the habitat in which mountain pine beetle thrives.*

The current mountain pine beetle outbreak, which started in a few small areas in the 1990s, has affected over 425,000 acres in 2005, primarily in lodgepole pine forests of north-central Colorado.

Winter Park, Granby and Fraser in Grand County; Vail Valley in Eagle County; and parts of Summit, Jackson and Routt counties saw remarkable rates of mountain pine beetle expansion in 2005. Forest entomologists predict large-scale pine mortality from Vail to the Continental Divide.

Ponderosa pine forests in Colorado also experienced mountain pine beetle outbreaks in 2005. Population build-ups were detected near Salida and Buena Vista in eastern and central Chaffee County; outside Woodland Park in Northern Teller County; and southwest of Bailey in Park County.



USFS

*Mountain pine beetle has a one-year life cycle in Colorado. In the summer, adults leave the dead trees where they developed.*



5

Unseasonably low temperatures during early fall (below 0° F), winter (below -34° F), or mid-spring (below 0° F) can retard outbreaks, but beetle survivors can re-start epidemics where overcrowded mature pine forests remain.

*Extreme weather or lack of remaining mature pines is the only means of stopping an epidemic of this intensity.*

Wildfires in the second half of the 19th century, including several in the dry year of 1851, were widespread in Colorado. Many lodgepole pine forests on the west side of Rocky Mountain National Park and east of Grand Lake regenerated after the 1851 fires. In the late 1800s and early 1900s, settlers harvested trees for mining, railroads and housing. The combination of wildfires and human settlement activity led to large sections of forest starting over at about the same time. These forests have since matured to a size susceptible to mountain pine beetle attack.

Lodgepole pines at about 80 years of age and older are susceptible to mountain pine beetle. Future landscapes will be vulnerable to another outbreak as widespread as this one if a more balanced distribution of ages is not reached.

*Less than a quarter of Colorado's lodgepole pine trees are small enough to be resistant to mountain pine beetle. Without forest management, future landscapes will be vulnerable to another widespread outbreak.*

Recent drought conditions weakened trees and enabled mountain pine beetle populations to swell to record levels.

*2005 Report on the Health of Colorado's Forests*

Fires in some areas of these beetle-killed stands are likely during the next few years. Weather will be a primary influence on the timing, as well as the size, of fires in these areas.

Fire danger increases during the first three to five years after beetles kill a forest, when needles are dry but remain



*Young, small-diameter trees, as seen in the foreground, are not susceptible to mountain pine beetle.*

on the trees. Once needles fall off, wildfire hazard decreases for a period. Fire danger increases again in approximately 15 to 20 years when the trees rot and fall down, adding woody material to the young trees and other fine fuels growing on the forest floor. A fire in this arrangement is difficult to suppress and would pose safety hazards to firefighters. Severe wildfires have higher intensities and longer durations which can be very detrimental to plant communities, soils, and watersheds.



*This graph from the Arapahoe Roosevelt National Forest (located in north-central Colorado) shows a typical age breakdown in Colorado's lodgepole forests.*

6

To lessen wildfire hazard, especially where homes are located in forests, it is critical to reduce the number of dead, dry trees. Removing this material can lower a fire's intensity and thus speed regeneration and recovery. Currently, timber removal is only occurring on a small percentage of lands affected by bark beetles, primarily in wildland urban interface areas.

*There is no practical way to stop a large-scale mountain pine beetle epidemic once it has begun.*

Management strategies may focus on removing standing dead trees (salvage), infested green trees (sanitation) and susceptible host material (thinning or clearcutting) or protecting high-value trees with preventive insecticide sprays. The latter strategy is not recommended for treating entire forests due to its expense and the difficulty of reaching vulnerable tree trunks. Aerial spraying of insecticides is not effective in preventing mountain pine beetles.

As with most insect and disease problems, the best way to reduce unwanted damage is to alleviate stress and extreme competition or otherwise improve forest conditions prior to attack. In bark beetle prone areas, the most effective approach may be a combination of salvage/sanitation harvesting, thinning of green stands and removing selected



**Mountain Pine Beetle - Northern Colorado Infestation in Lodgepole Pine 2005**

*Red areas depict the presence of mountain pine beetle killed trees, and represent varying degrees of mortality. Foresters expect that most lodgepole pine forests in north-central Colorado will be impacted by this epidemic.*

pine trees with diameters above eight inches. In lodgepole pine, clearcutting mimics natural processes and remains one of the best methods to create conditions conducive to regeneration.

Lodgepole pine's wood is typically too solid, whether infested with mountain pine beetle or not, to provide habitat to cavity-nesting birds found in large trees with heart rot. However, other animal populations, such as tree squirrels, pine martens, and woodpeckers, may experience population shifts that correspond with changing habitats.

Because lodgepole pine is a direct competitor to aspen, in sunlit areas of pine mortality aspen should flourish if it is a component in those forests. Where lodgepole pine has been removed, ecologically beneficial stands of aspen will provide rich habitat to many wildlife species.



*The distinctive rusty-red needles on recently killed pine trees increase wildfire potential in the short term. Long-term risk is associated with accumulation of large amounts of deadfall.*

Jen Chase



*2005 Report on the Health of Colorado's Forests*

BLM_0040864

### Community Impacts



Despite actively removing mountain pine beetle infested trees, residents in a subdivision near Granby Reservoir have seen increasing number of trees dying in their neighborhood.

### Spruce Beetle
*(Dendroctonus rufipennis)*

Spruce beetle is a primary ecological change agent that regenerates old spruce forests. A period of 250 years or more may pass between widespread epidemics. Intense wildfire is another disturbance in spruce forests; the moist, high-elevation sites where spruce/fir occur burn on a time scale of about 300-500 years.

Entomologists are concerned about an unusual recent change in the spruce beetle's typical life cycle, reducing the span from two years to one. This change enables the insects to proliferate at much faster rates than previously observed. Many attribute the life cycle change to milder temperatures and possible climate change influences.

Many spruce beetle outbreaks are triggered by blowdown; others have causal events that are less obvious,

such as avalanches, temporary flooding by spring runoff, or root disease. The occurrence of spruce beetle epidemics across the West indicates the presence of large acreages of old, closely-spaced spruce trees as well as several triggering events.

*Unlike mountain pine beetle, which spends few hours outside of its host tree, this tree-killing insect usually takes a week to find a new host. With winds, spruce beetle can fly up to 30-40 miles.*

Many of Colorado's spruce forests are in remote locations that can be difficult to access. Several designated wilderness areas have growing spruce beetle populations.

Forest management efforts can reduce the impacts of spruce beetle by making spruce forests more diverse age-wise. Reintroducing fire in lower-elevation areas abutting spruce forests, and mimicking the effects of fire by cutting different areas over time are two available methods for increasing age diversity.



*Red areas depict the presence of spruce beetle killed trees, and represent varying degrees of mortality. If current spruce beetle outbreaks continue to grow, Colorado's high country spruce forests may look very different in a few decades.*



8

BLM_0040865

### Piñon Ips
*(Ips confusus)*

Piñon ips beetle activity, which killed record numbers of piñon pine trees in 2002 and 2003, decreased for a second year in 2005. This corresponds with the improved winter and monsoon moisture over much of the state since mid-2004. The additional stress of twig beetle activity seen in 2003 and 2004 also decreased with the increased precipitation.

In Colorado, piñon ips beetles impacted over 800,000 acres in 2003 and over 500,000 acres in 2004. Rough estimates suggest that over 9,000,000 piñon trees were killed in this epidemic, mostly in the state's southwestern and southern forests.

The result has been a major shift in piñon-juniper forests in favor of juniper. Some piñons survived the outbreak and will provide the seed for a slow recovery of the species over the next hundred or more years.

### Douglas-fir Beetle
*(Dendroctonus pseudotsugae)*

Douglas-fir beetle increased on Colorado's Western Slope and decreased on the Front Range. Douglas-fir pole beetle and various engraver beetles associated with Douglas-fir beetle activity escalated somewhat as well. Some pockets of Douglas-fir beetle are associated with previous years' wildfires like the 2002 Million Fire outside of South Fork and the 2002 Missionary Ridge Fire near Durango. Douglas-fir beetle tends to populate areas that burned at high temperatures, but not hot enough to ruin the trees' inner bark layers.

### Subalpine Fir Decline
*(Dryocoetes confusus and Armillaria spp, Heterobasidion annosum, etc.)*

Mortality of subalpine fir, which is attributed to the western balsam bark beetle and/or root diseases, continued to be the most widespread forest health issue in Colorado in 2005. Because tree mortality is sporadic and because subalpine fir does not have a high commercial value, it does not draw much attention. This insect and disease combination killed over 600,000 subalpine fir trees in 2005.



USFS

*Spruce beetle populations that exploded after the 13,000-acre Routt Divide Blowdown in 1997 have killed most of the spruce type within many miles of the blowdown area.*



BLM_0040866

## Economics of Dead Trees

After a few months of infestation, a blue-stain fungus associated with mountain pine beetle turns the tree's wood light blue. This blue stain limits the products that can be made from the wood and reduces the wood's value.

Standing dead trees also lose value over time because the wood dries and cracks, making part of the wood unusable. To retain the most value, infested wood should be removed from the forest as soon as possible.



Hans Rinke

### Western Spruce Budworm
*(Choristoneura occidentalis)*

Western spruce budworm is chronic throughout mountainous portions of Colorado, and it increased along the Front Range in 2005, particularly in Jefferson County. Thinning forests can promote tree vigor and may help trees better withstand repeated western spruce budworm attacks. Chemical spraying can be used to protect high-value trees from defoliation and associated damage.

### Douglas-fir Tussock Moth
*(Orgyia pseudotsugata)*

The Douglas-fir tussock moth outbreak detected on the east slope of Doubleheader Mountain in 2004 spread slightly northward in 2005. Additional defoliation occurred near this area on the south side of U.S. Highway 285.

Although Douglas-fir tussock moth was rarely observed for most of the 1900s in Colorado, there have been increased outbreaks over the past few decades. Without fire or active management, the fire sensitive Douglas-fir has proliferated beyond its historical territory, expanding even onto south-facing slopes. Recent Douglas-fir tussock moth outbreaks on these drier, atypical locations may be a result of fire suppression and may prove ecologically beneficial by removing Douglas-fir from inappropriate sites.

### Fir Engraver Beetle
*(Scolytus ventralis)*

Fir engraver beetle typically attacks drought-stressed, pole-size and larger fir trees. A 2004 fir engraver beetle infestation in white fir along the eastern slopes of the Wet Mountains had no apparent new mortality in 2005. Improved moisture conditions likely caused the collapse of this insect population. Another notable fir engraver beetle population, also declining, continues in the area between Durango and Molas Divide.

10

BLM_0040867

### Dwarf Mistletoes
*(Arceuthobium spp.)*

Dwarf mistletoes, a group of parasitic plants, can reduce their host trees' growth and seed production, as well as increase susceptibility to insect attack, root disease and storm damage. Heavily infected trees show decline and mortality. Fire suppression in lower-elevation forests has reduced the number of openings that should serve as barriers to dwarf mistletoes' spread, favoring the development of denser understory stands beneath dwarf mistletoe infested trees.



*Dave Leatherman*

*An important strategy in bark beetle management, as with many forest insects and diseases, is the recognition and prevention of susceptible stand conditions that may lead to epidemics.*



*CSFS*

*Forest workers delimb beetle-killed trees on a run at Steamboat Ski Area.*

### Ski Area Battles Beetle

Intensive efforts to protect small pockets of infestation can be successful. The Steamboat Ski area has been gaining ground in areas affected by spruce beetle through persistent removal of infested trees. Although there is a high cost to aggressive sanitation, spruce beetle populations have abated for the third straight year in the ski area, while increasing on nearby lands.


BLM_0040868

## Other Forest Health Issues

• **Dutch elm disease** losses were much lower in 2005 than in previous years. Despite this positive trend, the value of large-leaved varieties of elms in Colorado's urban and community forests demands continued monitoring of this fungal disease and its two insect vectors, which are from Europe and Asia.

• Colorado State Forest Service set 1,578 **gypsy moth** traps statewide in 2005. No moths were detected. If imported, gypsy moth could threaten Colorado's urban, riparian, and orchard trees.

• Deciduous trees in southeast Colorado sustained **leaf and stem damage** from scales, plant bugs, leafhoppers, aphids, mites, and other sucking pests in 2005.

• The city of Aspen had a new outbreak of **willow scale** on about 100 aspen trees. City managers are effectively controlling the insect incidence with dormant oil treatments.

• **Spruce ips beetle** attacks in urban areas declined in northern Colorado, including Boulder.

• **Gambel oak borer** on oaks in the Denver metro area declined.

• Surveys for **emerald ash borer**, an Asian pest of ash species, will likely begin in a limited number of Colorado locations in 2006.

• **White pine blister rust**, a serious disease of limber and bristlecone pines, continues to spread into Colorado. Its impact and management options remain unknown.

• De-icing and dust control **salts** continued to cause discoloration of trees along Colorado's roadways.



*Dave Leatherman*

BLM_0040869

# Aspen Forests in Colorado

## Overview

Aspen *(Populus tremuloides)* is a hallmark of Colorado. Its stunning autumn colors, the rustling sound of its leaves "quaking" in the wind, and the unique quality of light filtering down through its open canopy have inspired generations of artists, musicians and outdoor adventurers. Its spectacular foliage draws thousands of visitors to forests throughout the state, resulting in a crucial economic boost to adjoining communities. And as Colorado's primary deciduous tree, aspen provides valuable diversity to the state's scenic and recreational experiences.

Aspen's lush understory and nutritious shoots and buds also make it good forage for wildlife and cattle. The biodiversity found in aspen forests, as well as its characteristic soft wood, provide excellent habitat for many species, especially birds.

Prior to European settlement, periodic wildfires rejuvenated declining aspen stands by removing competing conifers and stimulating new growth. In the absence of these cyclic fires, Coloradans may see once golden slopes transformed into carpets of piney green.

***The two primary threats to aspen today are fire suppression and chronic animal browsing of young aspen shoots.***

Many of Colorado's current aspen forests are reaching the end of their natural life cycle and being replaced by faster growing conifers. Because they have not been renewed by fire or other disturbance, aspen stands are also more vulnerable to extensive insect and disease problems and animal browsing.

Although it is unclear to what extent aspen existed on pre-settlement landscapes, researchers and land managers are exploring a variety of management techniques that may mimic natural disturbance cycles and revitalize aging or otherwise declining aspen forests.

In Colorado, the question may not be one of aspen's historic range, but rather where aspen stands are beneficial and what action is needed to ensure they are sustained.



Terry Spivey

*Aspen's majestic foliage brings millions of dollars to Colorado's economy every fall.*



Yvonne Lashmett

BLM_0040870

## Ecological Characteristics of Aspen

Aspen is the most widely distributed tree species in North America and the only major deciduous forest type in the Rocky Mountain region. Pure and mixed stands of aspen cover approximately 4 million acres in Colorado, making aspen the state's second most prevalent forest type after spruce-fir.

Researchers are unsure why Colorado has a relative abundance of aspen. Some cite past climate and disturbance history. Aspen is known to be an early invader of glaciated lands by seeding-in on the moist, bare soil left by receding glaciers. Aspen can grow on a variety of soils, but thrives on the deep clay soils found on the Colorado Plateau.

*A healthy, mature root system can put out 400,000 to a million shoots per acre. They thin themselves as they mature.*

Aspen trees grow in clones that are made up of genetically identical stems. Each stem sprouts from a common ancestral root system through a process known as suckering. This unique ability gives aspen a distinct advantage over species that reproduce only from seed. The established root system provides young shoots, or suckers, with the water and nutrients needed to grow quickly. In ideal, moist conditions, aspen can grow about 10 feet tall in five years

as opposed to lodgepole pine, Colorado's fastest growing conifer species, which might only grow two feet in that time.

Aspen has been a component of Colorado's landscape since the last ice age, moving through cycles of establishment, replacement by conifers, and re-establishment after the conifers are removed through fire or other large-scale disturbance.

Aspen occurs in pure stands of one or more clones or in mixed stands with various species of conifers. Although aspen clones may persist on a site for hundreds or even thousands of years, individual aspen trees are more ephemeral, living from 60 to 150 years of age.

Commonly known as "quaking aspen," the tree's individual leaves have a characteristic flutter which results from leaf stems that are flat in cross-section, rather than round. This adaptation gives the leaves strength while allowing them to twist flexibly in the wind.

Aspen's bark, which can be can be green or yellow in addition to the more common white, is a living layer, capable of photosynthesis. As a result, aspen displays wounds very clearly. Bark injuries, such as bear scratches, heal into black scars, recording the event. Historical aspen carvings by Basque sheepherders from the late 1800s remain in many parts of Colorado and the West.

Aspen occurs at elevations from about 6,900 feet to timberline, approximately

Aspen Distribution in the West

*USFS*

*Although the majority of aspen forests are in Canada and the Lake States, Colorado has more aspen than any of its western neighbors.*



*Jan Chase*

*2005 Report on the Health of Colorado's Forests*

BLM_0040871

10,500 feet. Aspen in the West can grow to about 30 to 70 feet tall, reaching diameters of one to two feet. The least shade tolerant of Colorado's native trees, aspen requires full sunlight to thrive.

Colorado's Western Slope has a much higher proportion of aspen than the Front Range. Extensive stands of pure aspen are located on the state's western mesas, which are outside the natural range of lodgepole pine, a frequent competitor with aspen.

The moisture regime on the Western Slope is also better suited for aspen. A large portion of the Front Range's moisture comes as rain in the summer, much of which is intercepted by the forest floor and subsequently lost to evaporation. The Western Slope receives the majority of its precipitation in the winter as snow. When the snowpack melts, a pulse of moisture saturates the soil, making it available to aspen's roots. The timing of the spring snowmelt precedes aspen's vital leaf-out period.



*Hans Rinke*

*The bark of quaking aspen was used by pioneers and Native Americans as a fever remedy, as well as for scurvy. It contains salicin, which is similar to the active ingredient in aspirin.*

## Biodiversity

In the West, aspen's plant and animal communities are second only to riparian areas in biodiversity richness. This tremendous biodiversity provides critical habitat for a wide variety of wildlife, especially birds. Aspen's tender bark and nutritious foliage also provide important wildlife forage.

*Aspen is a valuable part of many western landscapes. In Colorado and Utah, aspen stands can be extensive and form a major habitat component for many species.*

Aspen forests can have several layers of vegetation. Plant communities associated with aspen include small trees such as chokecherry; shrubs such as snowberry, serviceberry, and common juniper; wildflowers; and grasses. Aspen is also found mixed with spruce/fir, Douglas-fir, lodgepole pine, ponderosa pine, Gambel oak, and sagebrush. Meadows and shrublands, which have decreased over much of Colorado in the last century, are sometimes neighboring communities associated with aspen.



*Keith Wood*

*Aspen clones can be easily distinguished from each other in the spring and fall, when they leaf out, change colors, and lose leaves simultaneously.*



*Wayne Shepperd*

*Aspen occurs in a wide variety of ecosystems and climatic regimes in mixed and pure forests.*

BLM_0040872

## Animals That Use Aspen Habitat

Animals that use aspen as habitat include deer, elk, moose, black bear, mountain lion, snowshoe hare, cottontail rabbit, beaver, porcupine, pocket gophers, bats, snails, insects and butterflies.

Many birds, including songbirds, cavity nesters, birds of prey, and gamebirds, benefit from aspen forests as well. Some avian species feed on aspen buds and seeds. Year-round residents in aspen communities include ruffed grouse, hairy woodpecker, mountain chickadee, red-breasted nuthatch and pine siskin. Bird species in old aspen stands are distinct from and more diverse than those of younger aspen stands.



*Dave Leatherman*

*Northern saw whet owl*

Beaver, which is a keystone species in the West, depends on aspen for food and building materials. A keystone species significantly enriches ecosystem function relative to its abundance. Its removal initiates changes in ecosystem structure and often loss of diversity.






*Elk Calf*
*Dan Binkley*

*Black Bear Cub*
*Terry Spivey*

*Porcupine*
*Joseph O'Brien*

*Beaver*
*Terry Spivey*

## The Aspen Life Cycle

Aspen is considered a pioneer species, being the first to proliferate following fire or other disturbances. Conifers, which start growing more slowly, will out-compete aspen over time. Although conifers often succeed aspen, aspen can persist as a pure forest on sites where either a coniferous seed source is lacking or environmental conditions prevent the establishment of other trees.

Some aspen, called successional aspen, succeed to conifers within one generation without disturbance.

However, even when aspen trees have disappeared from the canopy, its root systems may persist for a long time, ready to re-sprout if a disturbance removes the conifer overstory. Successional aspen are dependant on change agents like wildfire or tree cutting to maintain a presence on the landscape. These aspen forests would eventually disappear in the absence of such disturbance.

Because of its rapid early growth and establishment, successional aspen may dominate a site for about 50 years. Aspen mortality typically begins at 60 to 80



16

*2005 Report on the Health of Colorado's Forests*

BLM_0040873

years of age, when larger conifers begin to significantly shade aspen stems. Most aspen trees die between 80 and 100 years old. Conifers, such as lodgepole pine, may then dominate until the next fire or other large-scale disturbance. However, aspen are more likely to live to 150 years old or more in forests where conifers do not succeed aspen.

Data from a state-wide study indicate that the current average age of aspen trees in Colorado is 120 years, suggesting that many are approaching the end of their life cycle. The oldest recorded aspen in Colorado is 276 years old and is located outside of Paonia.

Although aspen is capable of reproducing from seed, it does not often occur. In order to germinate from seed, aspen needs full sunlight, a constant supply of moisture during the first growing season, and bare mineral soil. The climate in the central Rocky Mountains is typically too dry for aspen to grow from seed; therefore, most aspen propagation is from suckering. Genetic studies indicate that aspen has germinated from seed at least occasionally during the last several centuries; a few instances occurred after Colorado's 2002 wildfires.

*Unlike other western tree species, aspen will not readily regenerate from seed once lost from the intermountain west landscape.*

In select areas where aspen stems and root systems have fully disappeared from the landscape, re-introducing aspen will require planting. Insufficient moisture is a critical challenge to this approach and increases the importance of preventing declining aspen stands from dying altogether.



Dave Powell

*Abundant plant life responds to the sunlight that filters through the aspen canopy.*



Jen Chase

*Aspen and lodgepole pine often compete for the same sites. Aspen will flourish in many open areas created by the mountain pine beetle epidemic in north-central Colorado.*



17

BLM_0040874

## The Aspen Regeneration Triangle



*Jen Chase*

*The 2002 Million Fire that burned outside of South Fork is an example of how fire can maintain aspen on the landscape. Aspen will likely dominate parts of the burn area for the next 100 years because some conifer seed sources were consumed.*

Successful regeneration of aspen through root sprouting involves three components: hormonal stimulation, proper growth environment, and sucker protection.

**1.** Hormonal stimulation could be from any disturbance that interrupts the auxin/cytokinin hormone balance between the roots and stems. The hormone balance is responsible for suppressing or triggering new sucker growth from root buds. Auxin is produced by leaves and transferred to the roots where it suppresses cytokinin from stimulating the sucker buds. When the flow of auxin is interrupted, cytokinin causes buds to sprout.

**2.** The proper growth environment involves sun and water. The initiation of bud growth must be accompanied by sufficient sunlight and warmer temperatures at the forest floor for the new suckers to thrive.

If the clone and root system are healthy, new suckers will grow, but a weak root system may not regenerate. Inadequate carbohydrate reserves, damage from insects and diseases, as well as drought and climate conditions, could all limit the suckering response.

**3.** Protecting suckers from browsing may be necessary until the tender branch tips grow out of browsing animals' reach. Heavy browsing by herbivores can prevent suckers from maturing into overstory trees.



*Dave Powell*

*Wind blew these trees down. Within a year, aspen suckers will abound in the opening.*

## Fire and Other Agents of Disturbance

Like many of Colorado's forests, aspen is a disturbance-driven species that developed in response to natural periodic fires and other landscape scale disturbance events. Prior to extensive human settlement, fire served as the primary agent of change in aspen forests. Fire maintains aspen stands on the landscape either by burning competing conifer stands, thereby allowing aspen to re-establish, or by burning the aspen stands themselves and stimulating regeneration.

Aspen's adaptations to fire include its preference for sunny sites, rapid early growth, prolific seed production and the ability to regenerate through suckers. Although individual trees easily succumb to fire, aspen forests usually contain more succulent, moist plants than conifer forests, making them harder to burn. Also in contrast to conifers, aspens lack resins and volatile compounds that burn easily.

In addition to fire, several secondary factors act as change agents that help regenerate aspen. These include: windthrow (blowdown), fungal diseases, tent caterpillars and other defoliating insects, burrowing animals, avalanches, snow damage, hail, and lightning. Cutting aspen trees or severing lateral roots from parent trees can also act as a regenerating disturbance.

*2005 Report on the Health of Colorado's Forests*

BLM_0040875

## Damaging Agents in Colorado's Aspen Forests in 2005

Aspen is renowned for being susceptible to damaging agents like diseases and defoliating insects. Its thin, living bark is a host to rot and canker disease organisms that can enter through even the smallest bark wounds and may rot or kill the tree.

### • Western Tent Caterpillar

Western tent caterpillar was observed on the San Juan National Forest, between Durango and Durango Mountain Resort (formerly Purgatory Ski Area). On the west side of La Veta Pass, an infestation has the potential for significant expansion. Western tent caterpillar was also detected north of the Molas Divide, outside Silverton.

### • Foliage Disease of Aspen

An orange discoloration of the foliage of aspen from leaf scorch was observed in South Park, outside Idaho Springs, and in the Waugh Mountain area.

### • Canker Fungi and Rots

Canker fungi are present in almost all aspen stands over 100 years old. Many heart rots, root rots, and butt rots are also present.

### • Defoliators/Other

In 2005, aerial surveyors detected about 20,000 acres of aspen defoliation in the Dolores Canyon area which was not observed in 2004. Whether a short-term defoliation from an insect occurred, or if the trees were killed, will be determined in the spring of 2006.

### • Aspen Decline

A dieback of aspen, including mortality of overstory trees, is widespread in the northern Front Range. In 2005, most of these affected stands appeared to have a dense and healthy understory of aspen regeneration, indicating that new aspen will replace the trees that died.

*Western Tent Caterpillar Defoliation*



CK Morey



Hans Rinke

*Heart-rot*



19

BLM_0040876



*Prior to human settlement aspen stands re-burned on a scale ranging from decades to centuries.*



*While aspen's presence is still widespread in Colorado's forests, some researchers estimate that aspen-dominated stands in other parts of the West have decreased between 50-96%.*

## Consequences of Change

The extent to which aspen covered past landscapes is a current topic of debate and research. Fire suppression, herbivore damage and climate change are three influences that may have altered aspen from its cyclical coverage on the landscape. Although forests can be returned to an aspen-dominated condition, action will likely be needed to bring about this change.

### Fire Suppression

Unlike ponderosa pine, which can live through several fires and record each disturbance in its growth rings, aspen trees either do not burn or are consumed in the fire, leaving no discernable record. This makes fire history in aspen very difficult to determine. The fire history evidence that does exist suggests that frequent, patchy fires occurred on aspen landscapes in western Colorado in the latter half of the 19th century.

While research continues into the extent of fire's role in other parts of the state, it is clear that Colorado's current aspen stands are declining due to lack of disturbance. Fire suppression over the last century has undoubtedly prevented some Colorado landscapes from returning to aspen-dominated forests. Continuing to severely restrict fire's role has serious long-term implications to aspen sustainability.

Many researchers also attribute aspen's current high proportion of older *age classes* to fire suppression. These mature forests (as with all stages of forests) play an important ecological role, but with a majority of Colorado's aspen stands in older age classes, many landscapes are not providing the full range of benefits - from recreation opportunities to wildlife forage - that would be available from a forest with a more diverse mix of ages.

### Herbivore Damage

Since older aspen forests produce less forage than young ones do, many of Colorado's aging stands are at heightened vulnerability to animal browsing. A few aspen stands may even face potential eradication in heavily impacted areas.



*Elk Damage to Aspen*

When aspen suckers are repeatedly browsed, they are not able to grow into trees. An aspen forest with greater age diversity would have an increased number of sprouts and would be less at risk from the impacts of elk, cattle and other browsing animals.

Although there is a lush understory in many aspen stands, elk prefer aspen's nutritious twigs, leaves, and bark. Elk have historically browsed aspen, but chronic, intense browsing is a relatively recent threat. Over the past several decades, some aspen areas in Colorado have been severely impacted by animal browsing. These impacts coincide with an increase



*2005 Report on the Health of Colorado's Forests*

BLM_0040877



*Dan Binkley*

*There are still many elk in Yellowstone, but the threat of re-introduced wolves has changed their browsing habits and aspen suckers now have a chance to grow into trees. Despite the unhealthy appearance of the parent stems, this Lamar Valley photo shows a functioning system with aspen sprouting. The aspen sprouts have not been browsed, indicating a significant improvement in the area's aspen's prospects.*

in elk populations and a decrease in natural predators.

While natural predators can reduce elk populations through mortality, it is the return to natural travel patterns that improves young aspen survival. Elk behavior has changed significantly in the absence of its major predators. Rather than moving from one location to another, elk have become increasingly stationary. This concentrates browsing, allows less time for aspen stands to recover, and reduces survival of aspen suckers. In the ten years since wolves were re-introduced in Yellowstone National Park, aspen sucker survival has visibly improved in the area.

## Climate Change

Many current aspen clones are believed to have established from seed during cooler and wetter times. Aspen will be at a disadvantage in a warming climate because it cannot change its range with seed production, except during rare establishment periods. If temperatures become warmer, researchers expect aspen to decline at its lower elevation limits, particularly in areas of shrubland such North Park and South Park in Colorado.

## Management Options

Various management options can be employed to maintain or re-establish aspen on the landscape for ecological, commercial, and aesthetic reasons. Fencing can eliminate animal browsing and allow suckers to grow into trees. Cutting trees or conducting prescribed fire in areas that are large enough to disperse herbivores can also help some aspen suckers survive. Experience in Colorado has shown that harvesting several 15- to 20-acre clearcut units at one time in a landscape can result in successful aspen regeneration, even if large numbers of browsing animals are present.

*Forest management can alter the succession of aspen forests to coniferous forests just as wildfire did naturally.*

Due to numerous pathologic, biotic, and environmental factors, active monitoring is key to aspen management, especially for the first five years after stand establishment.

### Wildfire Use

Wildfires have had ecological benefits, such as re-establishing aspen, for millennia. Wildfire Use is a type of management that allows wildfire to fulfill its vital role in rejuvenating ecosystems. This important tool can be employed on some lightning-started fires. The benefits of Wildfire Use are increasingly apparent. Its use can be very complex near populated areas.



*Jen Chase*

21

BLM_0040878

## Common Aspen Management Techniques

### 1. No Action

Not taking action is a form of management. In aspen stands that are able to regenerate themselves without disturbance, no action may still result in the retention of aspen on the landscape. Such stands are prevalent on the Western Slope, but are less common in the Front Range. Even if aspen clones are in decline, they may still be able to regenerate successfully.

### 2. Release from Competition

Removing conifers can slow or set back the shift from aspen-dominated to conifer-dominated forests. Removing small conifers is less expensive and can result in less injury to aspen stems than cutting full-sized conifers. Although removing competing conifers does not directly stimulate sucker production, it



does allow sunlight to reach the forest floor. Resulting warmth may encourage the natural sucker production that is already occurring in declining clones.

### 3. Protection from Herbivory

Where browsing animals are present, protecting new suckers may be the key technique needed to achieve successful aspen regeneration. Fencing is the only proven means of directly protecting aspen sprouts from herbivory. It also reduces the risk of herbivores injuring aspen. However, game-proof fencing is costly, labor intensive, and time consuming to construct and maintain.

Stems need to be larger than one and a half inches in diameter and about

*Fencing must be kept functional long enough to allow aspen to outgrow their most susceptible stage to elk damage.*

USFS

15 feet tall to survive under extreme elk browsing pressure. In most cases, eight to 10 years of normal growth are necessary for suckers to attain these sizes.

### 4. Prescribed Fire

Prescribed fire can provide ideal growing conditions for aspen suckers. Fire removes competing vegetation and blackens the soil surface, which absorbs the sunlight's warmth, encouraging sucker production. Prescribed fire can also improve forage quality and small mammal habitat.

Prescribed fires that burn the periphery of aspen stands will stimulate new aspen suckering along clone boundaries, even if the overstory aspen are not killed. This can create a diverse landscape in which some areas will be covered by new suckers while others will have some surviving overstory trees.

When fire regenerates aspen, the clone not only grows back, it expands from one to one and a half times a tree height out from the area previously occupied, because aspen roots extend that far away from trees.

In remote mixed conifer/aspen stands, prescribed crown fire can promote aspen regeneration or development. Crown fire not only rejuvenates aspen and resets vegetation succession, it can also increase understory plant diversity, forage production, and water yields, as well as improve habitat for many wildlife species.

In these cases, conifers carry the crown fire through the forest, killing all the aspen as well as the conifers. If conducted when soil moisture is high, such burns can avoid excessive damage to aspen roots.

Combining fire with other aspen management techniques can greatly benefit aspen regeneration and maximize suckering. Blending this technique with others mimics natural fire disturbance cycles in mixed aspen/conifer ecosystems.



*2005 Report on the Health of Colorado's Forests*

BLM_0040879

### 5. Mechanical Treatments

Harvesting can establish groups of aspen at different ages in otherwise large, single-aged landscapes. Removing all of the aspen in patches, including understory stems if present, will stimulate dense suckering.

An advantage of harvesting aspen is the treatment of black canker. If an infected stand is clearcut, the new suckers



*The Dixie forest in southern Utah used prescribed crown fire in mixed conifer/aspen forests.*

will be free of the canker. However, removing all stems in small stands near elk populations may result in loss of overstory trees as well as the root system if protection from elk is not provided.

Severing lateral roots is another form of mechanical treatment that regenerates aspen. It relies on the wide-spreading root habit of aspen to establish suckers at the edge of aspen stands where they will receive direct sunlight.

A single pass with a ripper along the edge of a clone can effectively stimulate suckering by cutting roots to a depth of about eight inches. To be effective, the roots only need to be separated from parent trees. Multiple passes, or use of discs or rototillers, is not recommended because they cause too much injury to lateral roots.

## Areas of Aspen Management

Because it is a very desirable species, there are many efforts to return aspen to the landscape. The following projects highlight some aspen management efforts in Colorado.

### U.S. Forest Service Fraser Experimental Forest

At the Fraser Experimental Forest, managers are working to enhance aspen in conjunction with mountain pine beetle salvage efforts. While removing dead and infested lodgepole pine trees, they also cut areas of competing conifers surrounding aspen trees, which stimulates aspen suckering.

### West Side Project, Salida

In a cooperative effort called the West Side Project, the U.S. Forest Service, Bureau of Land Management, Colorado State Forest Service, and local landowners are working across property boundaries to reduce mountain pine beetle impacts and mitigate wildfire hazard. Because of its fire-resistant properties, encouraging aspen is a primary goal.



*Clearcutting small patches of aspen increases valuable edge habitat, which gives wildlife cover and access to food that is available in meadows and young forests.*

Thousands of acres have been treated in the few short years since the West Side project started. Thinning and patch-cutting in this landscape-scale effort is changing an unnaturally dense forest to one that favors aspen and increases age class diversity. Specific aspen improvement measures include removing old aspen and cutting conifers in mixed aspen/conifer forests.

*2005 Report on the Health of Colorado's Forests*



23

### San Juan National Forest

In Montezuma and Dolores Counties, foresters have been actively managing aspen for several decades. By harvesting, they mimic how wildfire historically re-set succession. This regenerates older, declining stands and increases the number of younger aspen forests in an area where most are old.

Land managers target areas of mature aspen trees with extensive insect and disease problems. They then design harvest units to break up the forest canopy. Cutting all of the aspen within the five- to 40-acre units allows warm sunlight to reach the ground and maximizes aspen suckering.

Although the smaller material remaining from harvest activities decomposes relatively quickly, large woody debris breaks down slowly and provides habitat for small animals. For this reason, some logs are left on site, distributed through the cutting areas. This can also help protect aspen regeneration, making some sprouts less visible and accessible to elk and cattle.



*Doug Page*

*Long term site productivity is enhanced by leaving some logs and tree branches on the ground.*

The harvested wood is put to many uses. One local mill makes tongue and groove aspen paneling, used for interior walls and ceilings. Another local mill shreds the wood to make erosion control mats, which help stabilize soil and allow plants to establish.

Because mill work is one of the better paying local jobs, the communities of Mancos and Dolores benefit from the mills' employment opportunities and revenue. However, when wood supply decreases, mills struggle. These mills receive about 20 to 50 % of their aspen wood from federal timber sales, about 40 to 50 % from private land, and up to 40 % from state lands.

The 387-acre Upper Lost Timber Sale, planned for 2006, contains about five million board feet of aspen. U.S. Forest Service plans to continue these ecologically and economically beneficial aspen management activities in future years.

### Uncompahgre National Forest and Grand Mesa National Forest

Management efforts in the Uncompahgre and Grand Mesa National Forests help retain the area's aspen stands. When aspen stands are excessively diseased in these National Forests, south and east of Grand Junction, respectively, foresters consider them for harvesting.

Wildlife habitat factors help determine the size and shape of the cutting units. Land managers use patterns that will enhance wildlife habitat over the long term, ensuring that future aspen areas have some mature stands. Currently most aspen stands in the area are nearing the end of their life cycle. If all of these areas were to regenerate at about the same time, there would be vast expanses of young stands with little or no mature cover to provide security for wildlife.

Local markets also benefit from aspen management. Products made locally from aspen timber include paneling, palettes, mine props and commodities from shredded wood. Between the Uncompahgre and Grand Mesa National Forests, about 200 acres of aspen are harvested annually.

*2005 Report on the Health of Colorado's Forests*

BLM_0040881

# References and Additional Reading

Baker, F. S. 1925. Aspen in the central Rocky Mountain Region. USDA Department Bulletin Number 1291.

Barnes, B. V. 1966. The clonal growth habit of American aspens. Ecology 47:439-447.

Bartos, Dale L. 2001. Landscape Dynamics of Aspen and Conifer Forests. In: Sustaining aspen in western landscapes: Symposium Proceedings; 13 - 15 June 2000; Grand Junction, CO. Proceedings RMRS-P-18. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 460 p.

Bartos, D. L. and R.B. Campbell, Jr. 1998b. Water depletion and other ecosystem values forfeited when conifer forests displace aspen communities. In: D. F. Potts (ed), 1998 Proceedings of AWRA Specialty Conference, Rangeland Management and Water Resources. American Water Resource Association. Herndon, Virginia. TPS-98-1. 474 p.

Chong, G.W., S.E. Simonson, T.J. Stohlgren and M.A. Kalkhan. 2001. Biodiversity: aspen stands have the lead, but will nonnative species take over? In: Sustaining aspen in western landscapes: Symposium Proceedings; 13 - 15 June 2000; Grand Junction, CO. Proceedings RMRS-P-18. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 460 p.

Cottam, W.P. 1954. Prevernal leafing of aspen in Utah mountains. Journal of the Arnold Arboretum 35:239-250.

DeByle, N.V. 1985. Wildlife. In: N.V. DeByle and R.P. Winokur, editors. Aspen: ecology and management in the Western United States. General Technical Report RM-119. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station.

DeByle, N.V. and R.P. Winokur, editors. 1985. Aspen: ecology and management in the Western United States, General Technical Report RM-119. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station.

BLM_0040882

Jones, J.R. and N.V. DeByle. 1985. Morphology. In: N.V. DeByle and R.P. Winokur, editors. Aspen: ecology and management in the Western United States. General Tech nical Report RM-119. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station.

Kaye, C.E. 1997. Is aspen doomed? Journal of Forestry. 95:4-11.

Mueggler, W.F. 1985. Vegetation associations. In: N.V. DeByle and R.P. Winokur, editors. Aspen: ecology and management in the Western United States. General Technical Report RM-119. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station: 45-55.

Romme, W. H., L. Floyd-Hanna, D.D. Hanna, and E. Bartlett. 2001. Aspen's ecological role in the West. In: Sustaining aspen in western landscapes: Symposium Proceedings; 13 - 15 June 2000; Grand Junction, CO. Proceed ings RMRS-P-18. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 460 p.

Shepperd, Wayne D.; Binkley, Dan; Bartos, Dale L.; Stohlgren, Thomas J.; and Eskew, Lane G., compilers. 2001. In: Sustaining aspen in western landscapes: Symposium Proceedings; 13 - 15 June 2000; Grand Junction, CO. Proceedings RMRS-P-18. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 460 p.

Shepperd, W. D. and J. R. Jones. 1985. Nurse crop. In: N.V. DeByle and R.P. Winokur, editors. Aspen: ecology and management in the Western United States. General Technical Report RM-119. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station.

BLM_0040883

# Acknowledgements

The 2005 Report on the Health of Colorado's Forests was developed by the Colorado Division of Forestry in conjunction with Colorado State University Publications and Printing. The primary author was Jen Chase.

Significant contributions to the section on Aspen Forests were provided by Dr. Wayne Shepperd of the USDA Forest Service Rocky Mountain Research Station and Drs. William Romme and Dan Binkley of the Department of Forest, Range and Watershed Stewardship at Colorado State University.

The 2005 Insect and Disease Update was compiled with substantial assistance from entomologists Robert Cain with the USDA Forest Service and Dave Leatherman with the Colorado State Forest Service. USDA Forest Service entomologists Tom Eager and Roy Mask also contributed to this report.

Maps were created by Skip Edel, Colorado State Forest Service, using data from the 2005 Aerial Survey of insects and diseases in the Rocky Mountain Region, a cooperative effort between the USDA Forest Service and Colorado State Forest Service.

Special thanks to Paige Lewis, Colorado State Forest Service, and to the Colorado Forestry Advisory Board for their oversight, and to Barbara Dennis for her always tremendous help in facilitating design and production.

BLM_0040884



BLM_0040885



BLM_0040886

## Colorado Department of Natural Resources
## Division of Forestry

1313 Sherman Street, Room 718
Denver, Colorado 80203
(303) 866-3311
www.dnr.state.co.us

**Colorado State FOREST SERVICE**

**COLORADO DEPARTMENT OF NATURAL RESOURCES**

*printed on recycled paper*

BLM_0040887



# The Health of Colorado's Forests

*Special Issue:*
Threats to Colorado's Current and
Future Forest Resources



*2009 Report*

BLM_0040888

## Acknowledgements

**William M. Ciesla, Forest Health Management International, Fort Collins, Colo., and Aerial Survey Coordinator, Colorado State Forest Service (CSFS), is the primary author of the 2009 Report on the Health of Colorado's Forests.**

**Thanks to the following Colorado State Forest Service employees who served on the Report Working Group and/or provided information, guidance and feedback.**

Chuck Dennis, Special Projects Forester, Broomfield, Colo.

Joe Duda, Forest Management Division Supervisor, Fort Collins, Colo.

Jan Hackett, Policy and Legislative Affairs Specialist, Denver, Colo.

Meg Halford, Assistant District Forester, Franktown District, Franktown, Colo.

Ben Pfohl, Assistant District Forester, Boulder District, Longmont, Colo.

Tim Reader, Utilization and Marketing Forester, Durango District, Durango, Colo.

Kelly Rogers, District Forester, Grand Junction District, Grand Junction, Colo.

Dr. S. Sky Stephens, Entomologist, Fort Collins, Colo.

**Thanks to those who reviewed and/or provided information for this report:**

Dr. Donald Bright, C. P. Gillette Museum of Arthropod Biodiversity, Department of Bioagricultural Sciences and Pest Management, Colorado State University, Fort Collins, Colo.

Robert Cain, Entomologist, USDA Forest Service, Lakewood, Colo.

Dr. Tony Cheng, Director, Colorado Forest Restoration Institute, Warner College of Natural Resources, Colorado State University, Fort Collins, Colo.

Patricia M. Ciesla, Forest Health Management International, Fort Collins, Colo.

Brian Howell, Aerial Survey Program Manager, USDA Forest Service, Lakewood, Colo.

Dr. Brian Kent, Research Forester, Human Uses, Economics, and Decision Sciences, Rocky Mountain Research Station, USDA Forest Service, Fort Collins, Colo.

Dave Leatherman, Entomologist, CSFS (retired), Fort Collins, Colo.

Joseph Lohnes, City Forester, Greeley, Colo.

Jeannie Nicholson, Gilpin County Commissioner, Central City, Colo.

Jennifer Ross, GIS Specialist, USDA Forest Service, Monument, Colo.

Irene Shonle, Director, Colorado State University Extension, Gilpin County, Black Hawk, Colo.

Kyle Sylvester, City Forester, Brighton, Colo.

Dr. David R. Smith, Systematic Entomology Laboratory, National Museum of Natural History, Smithsonian Institution, Washington, D.C.

Dr. Ned Tisserat, Professor of Plant Pathology, Colorado State University, Fort Collins, Colo.

Dr. Jim Worrel, Forest Pathologist, USDA Forest Service, Gunnison, Colo.

Ralph Zenz, City Forester, Fort Collins, Colo.

**Special thanks to:** Katherine Timm, Outreach Division Supervisor, Judy Serby, Conservation Education Program Manager, CSFS, for project leadership. Thanks also to Lisa Mason, Outreach Forester, CSFS, for GIS support. Brad Thomas, Graphic Communications Specialist, Communications and Creative Services, Colorado State University, for graphic design, layout, and production. Barbara Dennis, Publications Coordinator, Communications and Creative Services, Colorado State University, for project management.

**Cover Photo:** Ingrid Aguayo. All other photos by Bill Ciesla unless otherwise noted.

BLM_0040889



## January 2010

The *2009 Report on the Health of Colorado's Forests: Threats to Current and Future Forest Resources* provides an overview of insect and disease conditions in all of the state's forests. It also includes sections on urban forests, piñon-juniper woodlands, aspen forests and urban forests. In addition, this report introduces the Statewide Forest Resource Assessment, a new initiative mandated by an amendment to the Federal Cooperative Forestry Assistance Act. Interactions between forests, wildfire, insects, diseases and humans also are reviewed, as is the role forests play in protecting Colorado's watersheds.

This report is the ninth in a series developed by the Colorado State Forest Service (CSFS) on the condition of Colorado's forests. Much of the information contained in this report is derived from the annual forest health aerial survey, a cooperative project between the CSFS and the Rocky Mountain Region of the USDA Forest Service (USFS) that covers all land ownerships. In addition, the 17 CSFS district offices conduct forest insect and disease assessments and provide technical assistance to private forest landowners. These activities supplement the information in this report.

The CSFS, in conjunction with cooperators and stakeholders, is working to minimize the ecological, social and economic impacts of these events, primarily through long-term forest management such as thinning, prescribed burning and timely harvesting of mature forests. These activities are designed to maintain the vigor and health of all of Colorado's forests.

I hope you will find the information contained in this report to be informative and helpful. I invite you to contact your nearest CSFS office to learn more about our forests and what you, as a citizen/landowner, can do to help manage and protect this valuable resource.

Thank you for your interest in Colorado's forests.

Jeff Jahnke
State Forester and Director
Colorado State Forest Service

Director's Letter  1

# Executive Summary

The purpose of the annual forest health report is to provide a credible, scientifically sound basis from which to engage in public dialogue regarding the future of Colorado's forests. It is in this public arena that the needs and values of Colorado's forests will be evaluated so decisions can be made regarding future management and investment of resources. Each annual forest health report investigates critical forest health issues, including the identification of priority areas across the state where current forest conditions demand timely action. The information contained in this report builds on the foundation laid in previous reports by updating readers on issues of current concern and providing additional details for public dialogue. Coloradans can use these documents to better understand how the interactions between natural and human forces shape our forests and how informed citizens can contribute to the decisions made regarding future forest management. To view past issues of the annual forest health report, visit http://csfs.colostate.edu/pages/pub-csfs2.html.

It is important to note that while this year's report provides a broad overview of the numerous insect and disease issues challenging our state, the mountain pine beetle epidemic continues to be the predominant issue due to the threats it presents to human safety, communities, critical infrastructure, recreation and tourism, wildlife habitat, watersheds and water supplies, and Colorado's economy. We anticipate that the impacts of the MPB epidemic will be our primary focus for the next several years, and we will continue to engage in public dialogue to determine how to most effectively mitigate its impacts and create a future forest that is more resilient to catastrophic insect and disease epidemics.

MPB infestations encompassed 1.02 million acres of the state's 1.5 million areas of lodgepole pine forests. Infestations continued to intensify along portions of the Front Range and as far south as Fairplay. Lodgepole

forests west of the Continental Divide have suffered heavy losses from MPB since 1998, and the outbreak has run its course in many areas because most of the susceptible trees have been killed. Evidence suggests that infestations are building in ponderosa pine forests along the Front Range. Increased attacks were seen in ponderosa pines where ponderosa and lodgepole pine forests adjoin. In early 2009, an outbreak was detected in ponderosa pine forests located in northern Larimer County near the Wyoming border.

Spruce beetle infestations continued in high-elevation Engelmann spruce forests in several areas of the state, with a total area of 114,000 acres of active infestations detected in 2009. Tree mortality caused by a combination of western balsam bark beetle and root disease-causing fungi continued in many high-elevation forests, but at a significantly reduced rate from past years. Localized infestations of Douglas-fir beetle occurred in portions of the Rampart Range between Denver and Colorado Springs, and in several other areas of the state.

In 2009, western spruce budworm defoliation of Douglas-fir, white fir and Engelmann spruce increased and intensified to a total of 382,000 acres. Defoliated areas included portions of the Culebra, Flat Top, Sangre de Cristo, San Juan and Rampart ranges.

Special surveys again were conducted for early detection of gypsy moth and emerald ash borer, both exotic pests. Three male gypsy moths were trapped in two locations in Colorado in 2009. Additional cases of thousand cankers disease of black walnut, which is caused by multiple fungi spread by the walnut twig beetle, a native insect that has recently expanded its range, were detected in several Colorado communities.

Aspen decline continues to be a concern, especially at the lower-elevation limits of its natural range. However, after two seasons of normal or above



normal moisture, there are indications that the rate of aspen decline has at least stabilized and may be decreasing. In 2009, 342,000 acres of aspen decline and mortality were mapped, compared to 542,000 acres in 2008.

Although insect and disease outbreaks are normal and contribute to the dynamics of Colorado's forests, they can affect scenic values, alter water quality

BLM_0040891



**Above:** Mountain pine beetle-killed lodgepole pine trees at Michigan Reservoir. *Photo: Ingrid Aguayo*

and quantity, interrupt the availability of forest products and endanger the lives of people working or recreating in these forests. The CSFS and its cooperators and stakeholders are working to minimize the adverse impacts of these agents.

BLM_0040892

# Colorado's Forest Resource Assessment

In response to an amendment to the Federal Cooperative Forestry Assistance Act of 1978 (CFAA), enacted as part of the 2008 Farm Bill, Colorado has embarked on a statewide assessment of its forest resources. This assessment will guide the development of a long-term forest resource strategy for Colorado. The purpose of the assessment and strategy is to ensure that federal and state resources are focused on important landscape areas — those that provide the greatest opportunities to address shared management priorities and achieve measurable benefits.

Colorado's Statewide Forest Resource Assessment identifies important forest landscapes across the state's nearly 19 million acres of forests and woodlands according to three national themes:

- Conserving working forest landscapes
- Protecting forests from harm
- Enhancing public benefits from trees and forests

The Colorado State Forest Service (CSFS) is leading the assessment, with significant assistance from The Nature Conservancy, in partnership with representatives of other land management agencies and stakeholders including indigenous tribes, USFS, State Forest Stewardship Coordinating Committee, State Technical Committee of the Natural Resources Conservation Service and the State Wildlife Committee. All forested lands, regardless of ownership, are included in the assessment.

The overall approach to the assessment is to develop a series of thematic maps based on spatial data from



**Above:** A forest vista from the summit of Mt. Margaret, Larimer County.



Colorado's Forest Area by Forest Type

- 28% — Piñon - Juniper
- 12% — Aspen
- 8% — Ponderosa pine
- 17% — Spruce - Fir
- 4% — Douglas-fir
- 8% — Lodgepole pine
- 21% — Mixed forest types
- 1% — Forested riparian

BLM_0040893

Special Issue



**Left:** Bighorn ram, Big Thompson Canyon.
**Below:** Fritillary butterflies on thistle. **Bottom:** Cones of Douglas-fir, *Pseudotsuga menziesii*.

*Wildlife Habitat*
Areas that provide critical habitat for both economically important and imperiled species are identified.

*Recreation Opportunities*
Forest lands are scored by their ability to provide opportunities for biking, camping, fishing, hiking, hunting, skiing, snow shoeing and water sports.

a variety of sources using a geographic information system (GIS). These include:

## Conserving Working Forest Landscapes

*Forest Legacy Areas*
Private lands are identified that could be set aside to protect environmentally sensitive forests as authorized by a 1990 Farm Bill amendment to the Cooperative Forestry Assistance Act of 1978.

*Spatial Analysis Project*
Identifies non-federal land with high stewardship potential.

*Change in Degree of Human Modification*
Identifies lands with a high susceptibility to undergo modification.

## Protecting Forests from Harm

*Wildfire Susceptibility and Intensity*
Data on vegetation type and fuel conditions are combined with topographic information to identify the probability of wildfire occurrence and the amount of resource damage a wildfire can cause. These data will be used to identify priority areas for wildfire protection.

*Insect and Disease Mitigation Potential*
Cumulative tree mortality caused by insects and disease between 2004 and 2008 based on annual forest health aerial

surveys and stand basal area from the Forest Inventory and Analysis (FIA) are combined to identify areas with relatively low cumulative tree mortality but high potential for future damage.

## Enhancing Public Benefits from Trees and Forests

*Critical Watersheds for Drinking Water*
Data on soil types, slope, existence of water diversions and fire susceptibility are combined to identify areas at high risk of events that could threaten the availability and quality of domestic water supplies.

*Wildland-Urban Interface Zones*
Housing density data are used to define community edges, identify areas where forest management is needed to reduce wildfire risk, and develop evacuation plans in the event of wildfire.





The Colorado Statewide Forest Resource Assessment was initiated in June 2008 and completed in December 2009. The next phase is development of a strategy on how to address treatment of the high-priority landscapes identified in the assessment. This is being accomplished via a series of discussion sessions in several locations across Colorado to solicit public input. The Colorado Forest Restoration Institute is facilitating the sessions. The institute is based at Colorado State University and was chartered in response to the Federal Southwestern Forest Health and Wildfire Prevention Act of 2004. The objective of the institute is to help restore the health of Colorado's forests and reduce catastrophic wildfires by providing forest landowners with the best available science in forest ecology, restoration and management. The statewide assessment will culminate with the development and implementation of the strategy. The

BLM_0040894

strategy will describe how Colorado proposes to invest both competitive and non-competitive federal funding, along with other available resources, to address national and regional priorities, as well as those identified in the assessment. Forest management programs will be further refined and focused to address the management of Colorado's valuable and diverse forest resources, and provide tangible benefits to all Coloradans.

**Right:** Logs harvested from areas damaged by mountain pine beetle will be processed into a variety of wood products. *Photo: Dan Bihn.* **Below:** A hiker takes in a mountain vista. **Bottom:** Biking is a popular recreation activity in Colorado's forests. *Photo: Pat Ciesla.*







BLM_0040895



# Colorado Forest Insect and Disease Update

This section highlights the status of important insect and disease pests in Colorado's forests. Data were derived from several sources, including the Colorado forest health aerial survey, which is conducted through a partnership between the USFS and the CSFS. In 2009, more than 90 percent of Colorado's forests (exclusive of piñon-juniper woodlands) were surveyed over the course of more than 300 hours in a high-wing aircraft. Maps that show the location of pest outbreaks can be accessed on the web at www.fs.fed.us/r2/resources/fhm/aerialsurvey/. In addition, personnel in the 17 CSFS district offices conduct evaluations of forest pest activity on a regular basis and provide advice to forest landowners on how to reduce losses. The information they collect is included in this report.

## Bark Beetles

### Mountain Pine Beetle
*(Dendroctonus ponderosae)*

In 2009, MPB continued to be the dominant forest pest in Colorado. Active infestations continued on 1.02 million acres of the state's 1.5 million acres of lodgepole/limber pine forests. The intensity of infestations again increased in forests east of the Continental Divide, with many stands suffering attack rates of at least 10 trees per acre. Infestations in portions of Grand and Summit counties, where the outbreak began during the late 1990s, have declined due to the death of the most susceptible trees (those over age 60 with diameters of at least 6 inches). In some areas east of the Continental Divide, such as portions



**Top:** Mountain pine beetle outbreaks now cover vast areas of Colorado's landscape.
**Above:** Mountain pine beetle adult.

of North Park, the northern Rawah Range in northwestern Larimer County and Berthoud Pass, many susceptible lodgepole pines have been killed and infestations also are declining. Most areas in which the MPB outbreak has run its course still have young lodgepole pine stands. These stands are less

BLM_0040896



**8** Insect & Disease



# Lodgepole Pine 1996 - 2009

**Mountain Pine Beetle**
(New Acres in 2009)

**Mountain Pine Beetle**
(Previously Affected Acres 1996 - 2009)

Interstate

US Highway

County

Cities

### Mountain Pine Beetle

Tree mortality from the current mountain pine beetle infestation is unprecedented in Colorado's recorded history. Since the infestation began in 1996, approximately 1.5 million acres of lodgepole pine have been infested in Colorado.

Beetle epidemics are a natural part of forest ecosystems, but the old age of many of the state's lodgepole pine forests makes them susceptible to large-scale epidemics. Old forests, drought, warm temperatures all have had a role in fueling this epidemic.

At current rates of spread and intensification, it is likely that MPB will kill the majority of Colorado's mature lodgepole pine forests within the next 3-5 years. However, younger lodgepole pines will survive and seedlings will regenerate naturally.

During the first few years following infestation, needles turn red on infected trees and the trees die. Fifteen to 20 years later, the dead trees fall over. Wildfire is a real threat to life and property in beetle killed areas whether trees are red and dead or years later when they fall over and litter the ground.

### Aerial Survey Data

Due to the nature of aerial surveys, the data on this map will only provide rough estimates of location, intensity and the resulting trend information for agents detectable from the air. Many of the most destructive diseases are not represented on this map because these agents are not detectable from aerial surveys. The data presented on this map should only be used as a partial indicator of insect and disease activity, and should be validated on the ground for actual location and causal agent. Shaded areas show locations where tree mortality or defoliation were apparent from the air. Intensity of damage is variable and not all trees in shaded areas are dead or defoliated.

The insect and disease data represented on this map are available digitally from the USDA Forest Service, Region Two Forest Health Management group. The cooperators reserve the right to correct, update, modify or replace GIS products. Using this map for purposes other than those for which it was intended may yield inaccurate or misleading results.

Map created January 2010
For more information:
http://csfs.colostate.edu/

susceptible to attack, although some trees have died. Young, small-diameter lodgepole pines are too small to produce large numbers of next-generation beetles. In addition, a few larger trees also have survived the outbreak.

An interesting aspect of MPB infestations in 2009 is that the foliage of trees attacked in 2008 did not fade to their typical red-orange color until late summer. Throughout most of the summer, many lodgepole pines dying from MPB attack were a sickly yellow color, which made aerial detection of trees attacked in 2008 more challenging. This phenomenon was probably due to the cool, wet summer of 2009, which delayed fading.

In some areas of Colorado, lodgepole pines were attacked by three species of bark beetles. In addition to MPB, the pine engraver (*Ips pini*) killed primarily small-diameter trees of 5 inches or less. High levels of engraver beetle activity were detected from Meeker Park south to Central City, and in portions of Larimer, Boulder and Gilpin counties. A third species, identified as *Pityogenes plagiatus knechteli*, also attacked lodgepole pines. This insect is considered a common "secondary" invader of lodgepole pines but was seen attacking trees in large numbers at numerous locations. In a few cases, all three bark beetles were invading the same trees.

Many people are concerned that the current outbreak in lodgepole pine

will spread to ponderosa pine forests, especially along the Front Range where MPB historically has been a pest in ponderosa pine forests. Evidence suggests that the potential is high for an MPB outbreak in ponderosa pine as beetles move into forests in which ponderosa and MPB-infested lodgepole pine adjoin. This condition is occurring near Estes Park, parts of Rocky Mountain National Park in Larimer County, near Eldora in Boulder County, and near Empire, Georgetown and Idaho Springs. In addition, CSFS foresters discovered an MPB outbreak in ponderosa pine forests near Virginia Dale in northern Larimer County in early 2009. This outbreak is believed to have originated from infestations in lodgepole pine





**Left:** Lodgepole pines killed by mountain pine beetle. **Below:** The pine engraver beetle, *Ips pini*, is frequently associated with mountain pine beetle in lodgepole pine and can be found killing young trees.



forests immediately west of this area and now extends into Wyoming. Currently, the size of the average infestation in this area is about 50 trees.

In recent years, the demand and availability of markets for forest products has declined. However, continuing efforts are being made to harvest trees killed by MPB to reduce fuels, remove hazard trees and improve aesthetics. Much of this work is occurring near homes, road and power line rights-of-way, and developed recreation sites. Salvaged trees are used for a variety of wood products, including lumber, house logs, furniture, wood pellets for fuel, and bark chips and mulch for landscaping. Blue-stain, a discoloration of wood caused by a fungus associated with bark beetles, produces attractive wood that has become popular for furniture and paneling in homes and offices. Blue-stain pine also is popular for production of wooden bowls, candlesticks and other novelty items.

The CSFS manages state forest trust lands, including the Colorado State Forest, where a major MPB outbreak is underway. The CSFS has increased management activities on the state forest over the last several years to address this epidemic. The CSFS also is involved in local initiatives with organizations such as the Colorado Bark Beetle Cooperative and the Northern Front Range MPB Working Group to identify high-risk areas and implement treatments to reduce the threat of wildfire. CSFS district personnel have advised forest landowners affected by the outbreak about various forest management options available to reduce losses. They also have provided information on available markets for bark beetle-killed trees. In addition, the CSFS is working closely with Colorado State Parks to improve the health of forest land under its jurisdiction through long-term forest management. This cooperative work demonstrates that forest management is compatible with extensive recreation use.

## Spruce Beetle
### *(Dendroctonus rufipennis)*

Spruce beetle affecting high-elevation Engelmann spruce forests has increased throughout the state. A total of 114,000 acres of active spruce beetle infestations were mapped in 2009, compared to



64,000 acres in 2008. Most mature spruce forests on the crest of the Rawah Range in northern Colorado and in the San Juan Mountains near the headwaters of the Rio Grande River have been severely impacted by the outbreak; nearly 100-percent mortality of large-diameter trees has occurred in these areas. In addition, spruce beetle activity was detected in the high mountains south of Wolf Creek Pass, in the vicinity of Crown Point in the Never Summer Range and on the Grand Mesa.

Pure or nearly pure Engelmann spruce forests occur at high elevations. Most of these forests are inaccessible by road and/or are classified as wilderness areas. These factors limit options for pest management or salvage of dead trees. However, in some portions of the northern San Juan Range where mature spruce was harvested about 40 years ago, vigorous young stands of spruce have re-established themselves.

In June 2007, a high-wind event in the Wet Mountains caused patches of blowdown in Engelmann spruce forests. Spruce beetles readily invade wind-thrown trees where they reach outbreak levels and can attack standing trees. The potential for a spruce beetle outbreak in this area is high. On Sept. 12, 2009, another blowdown occurred in forests dominated by Engelmann spruce on the slopes of Del Norte Peak in Rio Grande



**Top:** This area of spruce blowdown occurred on the slopes of Del Norte Peak in Rio Grande County in September 2009. *Photo: Courtesy of the Rio Grande National Forest.* **Above:** Spruce beetle outbreaks in portions of the San Juan Range have killed most of the mature Engelmann spruce.

County. This blowdown also could cause spruce beetle populations to spike.

## Western Balsam Bark Beetle/ Root Disease Complex

Subalpine fir continued to die in high-elevation forests throughout the state. Tree death is caused by western balsam bark beetle (*Dryocoetes confusus*) infestations, in combination with two fungi that cause root disease

(*Armellaria spp. and Heterobasidium annosum*). This condition often is referred to as "subalpine fir decline." In 2009, subalpine fir decline was detected on 184,000 acres of high-elevation forests, a substantial decrease from the 346,000 acres detected in 2008. The decrease may be the result of two seasons of heavy snowpack and normal or above normal precipitation.

BLM_0040901

## Tennessee Mountain
Chronology of a Mountain Pine Beetle Outbreak

This tiny hut with a bright green roof, a shelter used by skiers, is located in a small meadow surrounded by forest on the eastern slope of Tennessee Mountain near Nederland in Boulder County. The site has been photographed each of the past five years as part of the annual forest health aerial survey and shows the progress of the MPB outbreak over time.

In the early stages of the outbreak, MPB attacks were confined primarily to limber pine (*Pinus flexilis*) growing at the edge of the meadow; very few lodgepole pine were affected. Limber and lodgepole pine can be easily distinguished by the broader crowns of limber pine.

The following year, a scattering of lodgepole pine faded due to attacks that occurred in 2005. In 2007, the outbreak increased in intensity and a large number of additional lodgepole pine faded due to MPB attacks in 2006.

In 2008, additional lodgepole pine died and many of the trees attacked in previous years began to lose their needles. Fewer trees faded in 2009, but now a high proportion of the older lodgepole pine in the area are dead. MPB prefers to attack older, large-diameter lodgepole pine. These trees have relatively thick bark and can produce large numbers of next-generation beetles.



2005

2006

2008

2009

BLM_0040902

## Other Bark Beetles

Other important bark beetles include Douglas-fir beetle (*Dendroctonus pseudtsugae*), fir engraver beetle (*Scolytus ventralis*) and several species of ips engraver beetles (*Ips spp.*).

In 2009, an overall reduction occurred in the area affected by Douglas-fir beetle. However, tree mortality increased in portions of the Rampart Range between Denver and Colorado Springs. Several drainages contained stands of 100 or more trees with the red foliage characteristic of trees dying from bark beetle attack. (Local residents were concerned that the MPB had reached epidemic proportions in their area.) Douglas-fir beetle activity also was observed south of Paonia. Statewide, tree mortality caused by the Douglas-fir beetle was detected on 23,000 acres in 2009.

A localized outbreak of a twig beetle, identified as *Pityophthorus boycei*, was detected in a bristlecone pine (*Pinus aristata*) forest near the summit of Thirty-Nine Mile Mountain in southeastern Park County. Approximately 75 percent of the new tree shoots were killed in the most heavily infested areas.





**Above:** Douglas-fir beetle galleries. **Left:** Twig beetle adults, *Pityophthorus boycei*, in twigs of bristlecone pine.

## Defoliators

### Western Spruce Budworm
(*Choristoneura occidentalis*)

Western spruce budworm (WSBW) is a major pest of Douglas-fir, white fir, Engelmann spruce and other conifers throughout western North America. Larvae first bore into the buds of these conifers and later feed on the foliage of new shoots. During outbreaks, WSBW defoliate millions of acres of trees. For over a decade, WSBW has caused tree defoliation in southern Colorado and adjoining areas of New Mexico. In 2009, WSBW defoliation in Colorado more than doubled. Approximately

BLM_0040903



**Left:** Aerial view of the defoliation of Douglas-fir and white fir caused by western spruce budworm in the Culebra Range. **Below Left:** Mature western spruce budworm larva. **Center:** Pine sawfly larva feeding on needles of ponderosa pine in Elbert County. **Bottom:** Gypsy moth detection trap. *Photo: Ingrid Aguayo.*



382,000 acres of defoliation visible from the air were mapped, compared to 155,000 acres in 2008. In 2009, defoliation occurred in portions of the Culebra, Flat Top, Sangre de Cristo, San Juan and Rampart ranges. Damaged forests have an overall brown cast, and years of successive defoliation causes growth loss, top kill and tree death.

### Pine Sawfly
*(Neodiprion autumnalis)*

An outbreak of pine sawfly has been underway in the eastern-most fringes of ponderosa pine forests in Elbert County. This sawfly, identified as *Neodiprion autumnalis*, feeds in colonies on the needles of ponderosa pine and has been active in this area for approximately 8 years. The adult wasp lays eggs inside pine needles during the fall. Winter is spent in the egg stage

and the larvae hatch the following spring. Numerous landowners in the area have sprayed their pines with insecticides to reduce defoliation.

### Ponderosa Pine Needle Miner
*(Coleotechnites ponderosae)*

For the second year, yellow discoloration of ponderosa pine needles caused by ponderosa pine needle miner was detected in several areas along the eastern edge of ponderosa pine forests. The larvae of this insect feed inside pine needles and cause them to turn yellow and die.



## Exotic Pests

### Gypsy Moth
*(Lymantria dispar)*

This significant defoliator of broadleaf trees and forests was introduced into

the eastern United States during the late 1800s. Every year, gypsy moth defoliate large areas of oaks and other broadleaf trees in portions of the northeastern and north central United States, and south into the Appalachian Mountains. Gypsy moth moves easily from place to place because the larvae will pupate almost anywhere — including the hubcaps of cars — and female moths can lay eggs on almost any surface. Spot infestations have appeared in a number of locations in the western United States, including Colorado. If gypsy moth were to become established in the state, many species of broadleaf trees in urban areas would be threatened. In addition, native forests composed of Gambel oak, aspen and other broadleaf trees could experience extensive defoliation.



The CSFS, in partnership with the USDA Animal Plant Health Inspection Service (APHIS) and USFS, uses a network of traps baited with an attractant chemical known as Disparlure that attracts male gypsy moths. Entomologists use traps to determine if and where gypsy moth exist. In 2009, two male gypsy moths were trapped in Adams County and one in Pueblo County. More intensive trapping will occur in these areas in 2010, and will

BLM_0040904

2009 Forest Health Report

help define infestation boundaries and the need for follow-up action.

**Emerald Ash Borer**
*(Agrilus planipennis)*

In 2002, emerald ash borer, native to Asia, was discovered in southeastern Michigan where it was killing ash trees. Foresters believe it may have arrived in the United States via infested wood products from China. This insect killed millions of ash trees in Michigan and since has spread to several other states, including Ohio, Indiana, Illinois, West Virginia, Missouri and Pennsylvania. In 2009, infestations were discovered



**Above:** Emerald ash borer. *Photo: David Cappaert.*

for the first time in Minnesota and western New York. Adult ash borers can fly up to a mile, but long-distance spread generally occurs via interstate transport of infested ash firewood or nursery stock. The insect is of concern to Colorado because several cultivars of green and white ash are popular shade and ornamental trees throughout the state's urban forests. Single leaf ash (*Fraxinus anomala*), native to southwestern Colorado, also is a potential host of this insect.

To facilitate early detection of emerald ash borer, the CSFS, in cooperation with the Colorado Department of Agriculture and APHIS, conducts an annual survey that involves use of intentionally stressed ash trap sites in approximately 140 locations across the state. To date, no infestations of this damaging insect have been found in Colorado.

## Marketing Beetle-Killed Trees

Development of viable markets for wood products from trees killed by bark beetles is an important aspect of managing these forest insects. Today, more than 90 percent of all wood used in Colorado is imported, either from other states, Canada or Mexico. Therefore, many opportunities exist to promote Colorado wood products and several initiatives are underway. For example, the CSFS Colorado Wood Utilization and Marketing Program (CoWood) facilitates retention, expansion and recruitment of forest and wood products businesses. CoWood responsibilities include research, technical and business assistance, and education and outreach. (http://csfs.colostate.edu/cowood/index.html). Colorado Forest Products (http://csfs.colostate.edu/cowood/cfp.html) is a consumer awareness/product branding program funded by the CSFS for marketing wood products from forest restoration and fuels reduction efforts in Colorado forests. The Colorado Forest Products logo can be used by businesses that obtain at least 50 percent of the wood for their products from Colorado forests. The Peak to Peak Wood Program (http://www.peaktopeakwood.org) was created to move wood generated from forest management projects on public and private land in Boulder, Clear Creek, Gilpin, Jefferson and Larimer counties into private markets. The program was expanded to help salvage MPB-killed timber. Peak to Peak operates several public wood collection and sort yards where infested logs can be delivered. Revenues obtained from sale of bark beetle killed trees currently are tax exempt.





**Top:** Cabinets made from blue-stained wood. *Photo: Dan Bihn.* **Above:** the wood of logs from trees infested by mountain pine beetle and other bark beetles is discolored by blue-stain fungi. The stained wood can be used to produce a variety of colorful wood products.





BLM_0040905

Special Issue

# Protecting Colorado's Watersheds

Water is a critical resource for drinking, irrigation, industry and recreation. In Colorado, where the average yearly precipitation is about 17 inches, water is scarce and perhaps is our most critical resource. Two successive years of above-average snowpack, combined with a wet spring and early summer in 2009, turned our hills emerald green and helped fill the state's reservoirs. Early in 2009, reservoir storage volumes were at 116 percent of capacity — the highest storage volume since 1999. However, just a few years ago, our reservoirs were far below capacity, resulting in restricted water use for many Colorado communities. Water is a resource that must be carefully managed to meet the needs of Colorado's residents, as well as those who live in neighboring states.

High-elevation forested watersheds are the source of most of Colorado's water. They form the headwaters of four of America's major rivers — the Arkansas, Colorado, Platte and Rio Grande. These rivers provide water to 18 states, in addition to Colorado. Most of our precipitation arrives during winter as snow and is stored on mountain slopes as snowpack. With the arrival of warm weather in spring, the snow melts and flows downstream into a network of reservoirs that store water for domestic, agricultural and industrial uses. If warm temperatures arrive too quickly, the snowpack melts too fast. As a result, streams become swollen and may flood their banks with resultant damage to property and infrastructure. Forest cover is critical for protection of water quality and quantity. Forests provide shade that slows the rate of spring snow melt, and the roots of trees, shrubs and grasses bind the soil to help prevent erosion, which can significantly reduce water quality.

Protecting forests from damaging agents such as fire, and insect and disease outbreaks will help maintain and enhance water quality and yield. The 2002 Hayman Fire burned more than 138,000 acres in the South Platte River Basin. Burned surface vegetation and the formation of hydrophobic soils caused increased surface runoff, which transported sediment during heavy rains causing severe soil erosion. This, in turn, caused siltation and reduced the drinking water quality of Cheesman and Strontia Springs reservoirs, important sources of domestic water for the greater Denver area. Heavy soil erosion and mudslides in the Hayman burn area have affected the dynamics of the landscape. In July 2009, for example, heavy rains over sections of the burned area caused severe mudslides in the vicinity of Deckers and temporarily blocked State Highway 67. This followed flooding in previous years that caused severe damage to the highway, kept it closed for months and cost $11,000,000 to repair.

The massive MPB outbreak currently underway in lodgepole pine forests of northern Colorado also could affect water quantity and quality. As trees die and fall, forest cover becomes less dense, allowing greater exposure of snowpack to solar radiation, causing faster runoff and increased soil erosion. Grand Lake, west of Rocky Mountain National Park, is at the epicenter of the current MPB outbreak. It also is the source of water



for heavily populated areas on the northern Front Range. Water from Grand Lake is carried eastward via a network of tunnels under Rocky Mountain National Park and national forest lands, and eventually reaches Horsetooth Reservoir west of Fort Collins. The long-term effect of the MPB outbreak on the quality and quantity of domestic water is not yet fully understood.

Effective management and protection of Colorado's forests, based on sound science, is integral to the protection of the state's watersheds and water supplies. These practices will help ensure a sustainable supply of water to meet present and future needs.



**Above:** In addition to providing water, reservoirs provide opportunities for recreation including boating and water skiing. **Left:** Areas burned by the 2002 Hayman Fire are still subject to soil erosion, as this photo indicates. *Photo: Meg Halford.*

BLM_0040906

2009 Forest Health Report

# Piñon-Juniper Woodlands: A Unique Ecosystem

Covering a total land area of more than 48 million acres, the piñon–juniper (PJ) woodland of the Southwest is the most extensive forest cover type in the western United States. Colorado has approximately 5.3 million acres of PJ woodlands, which comprise roughly 28 percent of the state's total forest area. PJ woodlands consist of short, scrubby, often multi-stemmed trees that may appear inhospitable — this is far from accurate. These woodlands provide essential habitat for mule deer, a variety of smaller mammals and many species of birds, reptiles and insects. They also are home to many flowering plants such as the prickly pear cactus with its brilliant red, pink and yellow spring and early summer blossoms. In addition, piñon pine nuts once were a staple food of indigenous tribes that lived in the Southwest. Today, they are considered a delicacy and are an ingredient in many popular regional dishes.

In Colorado, PJ woodlands are found from just south of Colorado Springs, south and west to the Four Corners region. PJ woodland also is a major forest type in the lower elevations of the Western Slope. They occupy low-elevation sites that are too dry for larger trees such as ponderosa pine and Douglas-fir. One species of piñon, the New Mexico piñon (*Pinus edulis*), and three species of junipers constitute Colorado's PJ woodlands. In the eastern-most areas, Rocky Mountain juniper (*Juniperus scopulorum*) and one-seed juniper (*Juniperus monosperma*) are







**Above:** Piñon-juniper woodlands are the dominant vegetation in the Colorado National Monument. **Left:** The collard lizard, *Crotophytus collaris*, is one of the many residents of Colorado's piñon-juniper woodlands. **Above Left:** Prickly pear cactus, with its bright blossoms and many colors, is a common plant in piñon-juniper woodlands.

the dominant junipers. Utah juniper (*Juniperus osteosperma*) with its characteristic dark green foliage is the dominant juniper of PJ woodlands on the Western Slope. In addition, Gambel oak (*Quercus gambelii*) often is found in these woodlands.

Piñon-juniper woodlands are a major component of several of the state's crown jewels, including the Colorado National

BLM_0040907



Monument, Mesa Verde National Park, and the Great Sand Dunes National Park and Preserve. These woodlands also have become popular homesites for people who wish to live in a rural setting.

Like all of Colorado's forests, PJ woodlands are dynamic and subject to disturbances caused by fire, insects and disease. Wildfire is integral to the dynamics of these woodlands. For example, since Mesa Verde National Park was established in 1906, 80 percent of the park's forests have burned. In 2000, wildfires burned more than 20,000 acres of the park's PJ and Gambel oak woodlands. An outbreak of the piñon ips (*Ips confusus*) bark beetle killed large numbers of piñons between 2002 and 2003. The following sections highlight some of the key pests of PJ woodlands.

## Pests of Piñon-Juniper Woodlands

### Piñon Ips
*(Ips confusus)*

This bark beetle, a relative of the MPB, breeds under piñon bark and kills the tree. Attacks occur in weakened trees and outbreaks usually follow periods of below-normal rainfall. During the dry years of 2001-2003, this insect killed millions of piñon in southwestern Colorado and adjoining states. At the peak of the outbreak in 2003, aerial surveys indicated that 4.2 million piñon were killed on approximately 937,000 acres. In southwestern Colorado, many woodlands lost 90 percent of the mature piñon. The heaviest infestations occurred near Durango, Cortez and Dolores. Further north, infestations were more scattered with some areas of localized tree mortality. The outbreak has subsided in recent years as higher levels of precipitation have occurred.

BLM_0040908

**Right:** A lone juniper clings to a rock face at the Colorado National Monument. **Below:** A piñon shoot killed by a twig beetle. **Bottom Left:** The sawfly, *Zadiprion rowheri*, is one of two sawflies known to defoliate piñon pine. **Bottom Right:** Galleries of a juniper bark beetle, *Phloeosinus sp.*



## Twig Beetles
*(Pityopthorus spp.)*

Twig beetles are bark beetles that breed in and feed on the stems and twigs of trees. Several species of twig beetles attack piñon pine and damage often is seen in areas where piñon ips beetle is active. Twig beetles usually do not kill entire trees, but the crown may sustain significant damage during periods of heavy infestation.

## Piñon Needle Scale
*(Matsucoccus acalyptus)*

Nymphs and adults of piñon needle scale feed on the tender shoots and one-year old needles of piñons. The damage causes loss of older foliage, weakens trees and makes them susceptible to attack by piñon ips. During 2009, piñon scale infestations were reported in Huerfano County.





## Sawflies
*(Neodiprion edulicolis and Zapdiprion rowheri)*

The larval stage of a sawfly is similar to a caterpillar, but the adult is a small wasp. Two of these species feed on the needles of piñon pine and occasionally reach epidemic levels. Large numbers of larvae strip the trees of their foliage. In 2007, one of these sawflies, *Zadiprion rohweri*, defoliated piñon in Mesa Verde National Park and other areas of southwestern Colorado.

## Juniper Bark Beetles
*(Phloeosinus spp.)*

Several bark beetles attack junipers, breed under the bark and kill the trees. They usually confine their attacks to recently cut or weakened juniper and may kill healthy trees during extended dry periods.



BLM_0040909



**Left:** Ammons Hall in the summer on the Colorado State University campus oval. Many trees on campus are now over 100 years old. *Photo: Bill Cotton.*

# Colorado's Urban Forests

Trees are essential to our quality of life. They add beauty and harmony to what otherwise would be a harsh, cold landscape. Trees planted along streets, parks and greenbelts provide welcome shade from the summer sun and peaceful places to walk or simply relax. They filter the noise of heavy traffic and fragment "heat islands" created when the sun's radiation is absorbed by tall buildings. Trees help reduce levels of carbon dioxide and other greenhouse gases in the earth's atmosphere that can contribute to global climate change.

In Colorado, urban forest ecosystems are composed almost entirely of exotic trees. Many of our most popular shade and ornamental trees such as linden, white and green ash, honey locust, and Norway and silver maples are native to the eastern United States or Europe. Even our own quaking aspen, a Colorado native, occurs naturally at elevations that are higher than most of our urban forest communities. Many of Colorado's urban forests occupy what once was the short grass prairie, an ecosystem totally devoid of trees except for the occasional cottonwood along stream bottoms.

The health and vitality of urban forests requires vigilance, care and regular maintenance. Colorado's semi-arid climate requires that urban trees be watered regularly, including during winter months when prolonged dry periods may occur. A variety of biotic and abiotic agents can damage our urban forests.

Because many trees planted in Colorado's urban forests are exotic, most of the pests that damage these trees also are exotic. These trees and pests typically come from the eastern United States and Canada, Europe or Asia. Fortunately, much of the damage these agents cause, such as leaf deformities and galls by insects and mites, is cosmetic; however, significant exceptions do exist. (One such exception is Dutch elm disease. Caused by the fungus *Ophiostoma ulmi*, which was introduced into the eastern United States during the 1930s, Dutch elm disease since has killed thousands of elm trees.) Several recent pest introductions, including the Asian longhorn beetle (*Anoplophora glabripennis*) and the emerald ash borer (*Agrilus planipennis*) have caused significant damage in

parts of the eastern United States and Canada, and pose a significant threat to Colorado's urban forests.

An effective long-term strategy to minimize the impacts of damaging urban tree and shrub pests is to plant as great a variety of species as local conditions will allow. Because biotic pests (insects, mites, fungi, etc.) are relatively host specific, only a portion of the trees would be susceptible should a new pest appear. Many communities learned this lesson firsthand when Dutch elm disease established itself in North America. Prior to the introduction of this devastating disease and its principal insect vector, the smaller European elm bark beetle (*Scolytus multistriatus*), many communities in the central United States relied heavily on the stately American elm (*Ulmus americana*) as a shade tree. Once the disease began to spread, these communities lost all of their shade trees within just a few years.

Damaging or not, urban tree pests are of concern to many homeowners. The CSFS, in partnership with Colorado State University Extension and city foresters, provides technical assistance to communities to identify and manage tree pests. The following section provides brief descriptions of some of Colorado's more common urban tree pests.

## Thousand Cankers Disease of Black Walnut

Thousand cankers disease was recently discovered in Colorado. This potentially significant disease of black walnut has been killing trees in Colorado and other parts of the western United States. The disease is likely caused by multiple fungi (*Geosmithia spp.*) and is spread by a walnut twig beetle (*Pityophthorus juglandis*). The beetle is native to Mexico, Arizona, a small area in southern California and New Mexico where it causes minor damage to Arizona walnut. The range of the disease currently is expanding in California,

BLM_0040910

and now has reached Colorado, Idaho, Oregon, Utah and Washington where it is attacking the ornamental black walnut tree (*Juglans nigra*), a new host. The beetle is more aggressive on black walnut, has developed an association with the *Geosmithia* fungus and carries the fungus from tree to tree. The fungus causes cankers, which restrict the flow of nutrients and can kill trees within a year. This insect/fungus association has killed many black walnut trees in Boulder and Colorado Springs. If this insect spreads east into the natural range of black walnut, where lumber produced from this tree is widely used for furniture, gunstocks and other specialty products, losses could be devastating.

In 2009, new infestations were detected in the Denver Metro area including Arvada, Aurora, Brighton, Denver proper, Golden, Westminster and Wheat Ridge. The disease also has been confirmed in Berthoud, Erie and Longmont. It has been present in Grand Junction for several years and was recently detected in Delta on the Western Slope and in Rocky Ford and Olney Springs east of Pueblo.

## Other Pests of Urban Trees

### Oystershell Scale
(*Lepidosaphes ulmi*)

This insect is one of the most common urban tree pests and can infest a number of species including aspen, ash, cotoneaster and lilac. Large colonies feed on the smooth bark of trunks and branches. After several years of feeding, the infested bark dries and cracks. The scales are armored and when examined under magnification resemble a tiny oyster.







**Left:** Damage caused by lilac ash borer to an ash tree; note pupal cases protruding from bark. **Center:** Yellow foliage and green veins on silver maple are typical symptoms of iron chlorosis. **Below:** Galls on hackberry caused by hackberry nipple gall. **Below Left:** Infestation of oystershell scale on a young aspen.

### Lilac-ash Borer
(*Podesia syringae*)

The larvae of lilac-ash borer tunnel in larger branches and trunks of ash, lilac and privet, and heavy infestations can kill branches. The adults are moths with transparent wings and resemble wasps.



### Iron Chlorosis

This problem is common in many urban trees. Iron is an essential element for plant growth and in Colorado's alkaline soils it is not always available to the plant. Symptoms of iron deficiency include yellow leaves with green veins, subsequent dead patches on leaves and eventual branch die-back. Silver maple and quaking aspen are especially susceptible to iron chlorosis, but the condition can occur on many other trees and shrubs.

### Hackberry Nipple Gall
(*Pachypsylla celtismamma*)

Hackberry nipple gall produces prominent wart-like galls on the leaves of hackberry trees, and nymphs develop inside the galls, which are



present nearly every year. During heavy infestations, the entire leaf may be covered with galls. They are not damaging, but the curled leaves covered with galls are unattractive.

### Banded Elm Bark Beetle
(*Scolytus schevyrewi*)

Native to China, Mongolia, Russia and portions of central Asia, this bark beetle was first detected in Colorado and Utah in 2003. It attacks elms and other broadleaf trees and is closely related to the smaller European elm bark beetle (*Scolytus multistriatus*), which spreads Dutch elm disease. The beetle now is known to occur over much of the central and western United States and has attacked elms in Fort Collins and other Colorado communities during dry summers. Its role as an agent that spreads Dutch elm disease still is unclear.

BLM_0040911



## Mountain Pine Beetle
### An Urban Tree Pest

In many Colorado towns, thousands of homes have been built in lodgepole pine forests. MPB has become a major urban tree pest in these communities and homeowners have used preventive sprays to protect susceptible lodgepole pines. In late summer 2008, MPB made its debut as an urban tree pest in Berthoud, Fort Collins, Loveland and other communities along the Front Range.



How did the beetles arrive? They likely were transported on winds during the beetles' summer flight.

The invading beetles have a definite preference for Scotch pine (*Pinus sylvestris*), a tree native to Europe and a popular ornamental tree in many Front Range communities. Other affected pines included Austrian, eastern white, ponderosa and even mugo pine.

Fortunately, only a small number of beetle-infested trees were discovered in Fort Collins. City foresters inventoried many pine trees and identified more than 300 trees that were attacked by beetle, but only about 20 pines actually were infested. The remaining pines were vigorous enough to repel the invading beetles with resin. (The ability of a tree to evict invading beetles with resin is known as a pitchout.) By mid-winter, successful attacks could be readily identified by missing pieces of bark caused by woodpeckers that feed on the larvae and pupae. Needles of successfully attacked pines began to fade by mid-March; these trees were removed and chipped to ensure that the next generation of beetles was killed before they could emerge, fly and attack additional trees.

MPB continued to invade urban forests in 2009; by August, additional



**Top:** Pine infested by mountain pine beetle is cut and chipped to destroy the beetles developing under the bark. **Above:** An ornamental mugo pine killed by mountain pine beetle in Fort Collins. **Left:** Scotch pine attacked by mountain pine beetle in an urban environment.

MPB attacks were reported in Brighton, northeast Denver, Fort Collins and Greeley. Attacks also were found in pine planted in communities as far east as Sterling. Again, many of the beetles were pitched out before they killed the trees.



# An Update on the Health of Colorado's Aspen Forests

Quaking aspen, *Populus tremuloides*, is one of Colorado's most popular trees. Aspen forests occupy about 2.2 million acres of our state. A Colorado community, myriad streets, children, pets, even a beer, have been named after this legendary tree. Aspen diversifies our forests, otherwise dominated by dark pine, spruce and fir. Aspen forests are open, allowing sunlight to reach the forest floor. In turn, the sunlight encourages many wildflower species including columbine, Colorado's state flower, to thrive. They also are a preferred habitat for elk and other wildlife. Mature aspen stands offer abundant forage for elk while younger stands offer cover for hiding from predators. In autumn, aspen-covered hills are ablaze with brilliant hues of yellow, gold and orange. This spectacular display of fall color attracts thousands of visitors and is one of the key reasons tourists travel to Colorado in autumn.

## Sudden Aspen Decline

During the past decade, many of Colorado's aspen forests have been dying. This has caused concern among forest health and resource management professionals, as well as the general public. Over the past three years, the location and intensity of areas of dead and dying aspens has been mapped during the annual forest health aerial survey.

The recent episode of aspen mortality has been referred to as sudden aspen decline or "SAD." Decline or dieback is a complex condition that usually is caused by several interacting biotic and abiotic factors, and may contribute to

BLM_0040913



**Opposite:** Aspen foliage at the peak of fall color. **Left:** A mountain cabin sits among aspens at the peak of fall color near Pingree Park. **Below:** Aspen in the fall.

the dynamics of some forests. Prolonged drought, outbreaks of defoliating insects or fungi that cause root disease are among the factors that can be involved in forest decline. Decline and dieback of forests are a worldwide phenomena, and occurrences have been reported in North America, Africa, Asia, Europe and South America. Symptoms of decline are progressive and may include reduced growth, smaller than normal foliage, thin crowns, branch dieback and tree death.

Three classes of factors typically are involved in decline: *predisposing, inciting* and *contributing. Predisposing* factors are long-term conditions such as stand age or occurrence of root-infesting fungi, which stress trees and forests over many years. *Inciting* factors are short-term conditions such as drought, excess rainfall, late spring frost or outbreaks of defoliating insects. These conditions place additional stress on already weakened trees and can cause crown thinning or dieback. *Contributing* factors consist of attacks by insects, such as secondary bark beetles or wood-borers, or fungi, which are unable to attack and kill healthy, vigorous trees.

In the American Southwest, quaking aspen colonizes large areas as pure, even-age stands, usually following a disturbance such as fire. Because of Colorado's semi-arid climate, aspen

seeds have a low germination rate. Therefore, aspen forests occur as the result of a few trees that originate from seed and produce runners and sprouts. Aspen forests mature at about age 60, but many aspen forests in the Southwest are over 100 years old. At low elevations, where growing conditions are too dry for conifers, aspen stands are the climax forests. The understory usually consists of a dense cover of aspen seedlings that are ready to replace the older trees as



they die. At higher elevations, aspen is a pioneer species and eventually gives way to spruce, fir and other conifers.

As aspen stands mature, their growth rates decline and they are subject to fungal infections. Recent episodes of below-normal moisture, late spring frost and outbreaks of defoliating insects such

as western tent caterpillar and large aspen tortrix have placed additional stress on aspen forests, thus causing decline. Several fungi and insects such as the bronze poplar borer (*Agrilus liragus*) and at least two species of bark beetles have attacked and killed weakened aspens.

Most aspen forests affected by recent decline occur at the lower elevational limits of tree growth where aspen is a climax species. Dead trees often occur in bands or waves, appearing first at the forest edge and then progressing inward. In other forests, dead and declining trees are scattered throughout the stand. Many affected stands exhibit dense aspen regeneration in the understory. Once exposed to sunlight and space, aspen seedlings grow faster and eventually replace dead and dying trees in the overstory. However, many climax aspen forests lack natural understory regeneration, often because they have been subject to overgrazing by elk, deer or domestic livestock. These stands likely will revert to grassland vegetation when the mature aspens die.

Managing and protecting young seedlings that grow in the understory of aspen climax forests is essential to the future of Colorado's aspen. This includes timely harvesting of mature aspen stands to release the seedlings before stands become too stressed to produce vigorous natural regeneration. In addition, aspen regeneration should be protected from overgrazing by domestic animals, deer and elk.

In 2009, approximately 342,000 acres of aspen overstory mortality were mapped during the forest health aerial survey, compared with 542,000 acres in 2008. In many areas, patches of dead aspen appeared less distinct in 2009 and some aspen forests with previously thin crowns during the past few years appear to have recovered. Additionally, where the aspen overstory had died, the understory regeneration is growing rapidly in many stands. These observations, in addition to

BLM_0040914



two winters of above average snowpack and an unusually wet summer in 2009, suggest that the current episode of aspen decline may be slowing. (*See map page 10 for areas affected by aspen decline.*)

## Other Factors That Affect Aspen Forest Health

### Western Tent Caterpillar (*Malacosoma californicum*)

Western tent caterpillar is the most common insect defoliator of aspen forests in Colorado. The larvae emerge from eggs in spring, just as the buds burst, and build silken tents in the crowns of infested trees to protect them against natural enemies and weather. Larvae feed first in colonies and later as individuals. Outbreaks can strip trees of their foliage within just a few weeks. The larvae then migrate to other sites to continue feeding. During the 1970s, migrating western tent caterpillars made the Cumbres and Toltec Railroad tracks so slick that the engine was unable to gain traction and climb the steep mountain grades. Successive years of defoliation by western tent caterpillar can cause branch dieback and tree death.

Over the past 5 years, western tent caterpillar outbreaks have defoliated aspen forests on thousands of acres in southern Colorado. In 2009, defoliation caused by western tent caterpillar occurred in portions of the Culebra, Sangre de Cristo and San Juan mountains.





BLM_0040915

**Left:** Heavy defoliation of aspen by western tent caterpillar in the Culebra Range in southern Colorado. **Below Left:** A colony of western tent caterpillar on quaking aspen. **Below:** Large aspen tortrix in an aspen leaf. *Photo: Ingrid Aguayo.* **Right:** Aspen foliage damaged by Marssonina leaf blight. *Photo: Kelly Rogers.* **Bottom:** A mosaic of aspen stands in southwestern Colorado affected by sudden aspen decline. *Photo: Jim Worrel.*



In northern Colorado, western tent caterpillar is a common defoliating insect of several woody plants, including bitterbrush, choke cherry, wild currant and mountain mahogany. It is found only occasionally on quaking aspen.



### Large Aspen Tortrix
*(Choristoneura conflictana)*

Large aspen tortrix is related to the WSBW. The larvae roll aspen leaves on which they feed and tie them with silken webs to provide protection from natural enemies. This insect often is associated with western tent caterpillar, but can develop into outbreaks on its own. In 2009, an outbreak of large aspen tortrix was detected on Red Mountain Pass near Ouray.

### Late Spring Frost

Frosts that occur at the time of bud burst or early leaf development can kill buds, damage foliage and destroy flowers of trees and other woody plants. In Colorado, aspen forests, especially those growing at high elevations, often are subject to late spring frosts that essentially have the same effect on trees as defoliating insects. In 2007, a widespread late spring frost affected many aspen forests, especially on Colorado's Western Slope.

### Marssonina Leaf Blight
*(Marssonina populi)*

Marssonina leaf blight is a disease caused by a fungus that infects the leaves of aspen and other cottonwoods. Symptoms include dark brown flecks and yellow margins on the leaves. The infected areas often merge to form blotches of discoloration. Infected aspen stands may have an orange cast during the middle of the growing season when the foliage should be green.

Aspen clones show varying levels of susceptibility to this disease. By the end of the growing season, some clones exhibited near-complete defoliation. In 2009, occurrence of this disease was reported in several areas of the state and was particularly prevalent in the Red Table Mountain and Grand Mesa areas. The development of this fungus undoubtedly was encouraged by the wet weather that characterized the 2009 growing season. Aspen stands affected by this disease likely will recover unless repeated defoliation occurs for several years.



BLM_0040916

# Climate, Forests, Fire, Humans and Insects: A Complex Interaction

Colorado's forests are dynamic; their character is shaped by disturbances caused by climatic events such as drought or severe storms, wildfire, humans and insects. Our forests grow in a semi-arid climate where average annual precipitation is between 11 and 17 inches at the low elevations to about 45 inches near the upper limits of tree growth. As a result, these forests contain relatively few tree species. The most commonly occurring trees are all members of the pine family (*Pinaceae*): ponderosa, lodgepole, limber, bristlecone and piñon pines in addition to conifers, such as Douglas-fir, blue and Engelmann spruce, and white and subalpine fir. Quaking aspen and Gambel oak are among the few broadleaf species found in Colorado's forests. Many of Colorado's forests are composed of stands with only one or two species.

Climate, especially moisture, determines which tree species will grow at a given location. Generally speaking, as elevation increases, so does available moisture. Therefore, trees are confined to specific elevation or moisture zones.

Piñon pine and juniper woodlands dominate the lowest elevations and begin at approximately 4,100 feet. As elevation increases, these woodlands transition into pure forests of ponderosa pine. As elevation and available moisture increase, mixed conifer forests with Douglas-fir, and in southern Colorado, white fir, will occur in combination with ponderosa pine. On north facing slopes, which receive less direct sunlight and have a cooler, moister climate, Douglas-fir appears at lower elevations more so than on south facing slopes, which are warmer and drier. In northern Colorado, ponderosa pine/Douglas-fir forests usually are replaced by pure, even-aged forests of lodgepole pine at around 8,000 feet. At elevations of around 9,500 feet, subalpine fir and Engelmann spruce are the dominant trees. As elevation continues to increase, the proportion





**Distribution of Key Forest Vegetation Types by Elevation and Slope in Northern Colorado**



| | |
|---|---|
| | Above treeline |
| | Engelman spruce |
| | Subalpine fir/Engelmann spruce |
| | Lodgepole pine |
| | Ponderosa pine/Douglas-fir |
| | Douglas-fir |
| | Ponderosa pine |
| | Rocky Mountain juniper |

**Left:** A young lodgepole pine stand develops in the aftermath of a stand-replacing fire in Yellowstone National Park. **Below:** Serotinous cones on lodgepole pine do not open until exposed to high temperatures.



of Engelmann spruce also increases; at approximately 11,500 feet (the upper limit of tree growth), nearly pure stands of this species exist.

Fire is an integral dynamic of Colorado's forests. Size, frequency and intensity of fires are factors that determine the character of our forest landscapes. Colorado's forests are subject to prolonged drought, often accompanied by dry lightning, which may trigger wildfires that can burn either small patches or thousands of acres. Human activities such as leaving campfires unattended or carelessly discarding cigarette butts also cause wildfires.

Our native trees have developed adaptations that allow them to coexist with wildfire. Ponderosa pine, for example, has a relatively long life span, often reaching 300-600 years of age. Large, old ponderosa pines have a thick bark that insulates them from high temperatures and allows them to survive low-intensity surface fires. Prior to human settlement, natural fire intervals of between 1 and 50 years occurred in many ponderosa pine forests. These fires typically were low-intensity surface fires that consumed branches, fallen trees, understory vegetation and small living trees. They produced a landscape of open, park-like forests, composed of large pine trees with a grass understory. Along the Front Range, ponderosa pine forests tended to be a mosaic of forests and meadows. A combination of low-intensity surface fires and hotter stand-replacing fires that killed most or all of the trees may have created these mosaics.

Lodgepole pine, on the other hand, has developed a different adaptation to fire. This tree has a relatively short life span, and most stands are considered mature at about age 60 to 100 years. Higher moisture levels and cooler temperatures mean the natural fire interval in lodgepole pine forests can vary from 60 to well over 100 years. Lodgepole pine bark is thin and, therefore, unable to protect the trees from fire. Lodgepole pine produces both non-serotinous and serotinous cones. Serotinous cones open only when exposed to high temperatures. When wildfire occurs in a lodgepole pine forest, most or all of the trees are killed. As fire burns through the forest, high temperatures cause serotinous cones to open, releasing abundant seeds to start a new forest. High-elevation subalpine fir and Engelmann spruce forests also are subject to large, high-intensity, stand-replacing fires, but the average fire-return interval is much longer — often well over 200 years.

Humans have had a profound impact on natural fire intervals in the forests of the western United States. Indigenous tribes used fire to drive game and clear land to grow food. Many years later, in the early 1900s, an aggressive wildfire suppression program began following a series of disastrous wildfires caused by a combination of drought, human settlement and dense re-growth after timber harvesting. As a result, natural fire was either excluded or the fire return interval changed significantly, especially in areas where fires historically burned every 10-50 years. Consequently, fuel

BLM_0040918



**Above:** Fallen trees from an old mountain pine beetle outbreak provide ground fuels to support a stand-replacing fire in a lodgepole pine forest.

levels, species composition and the number of trees per acre changed. In ponderosa pine forests, their open, park-like character changed due to fire exclusion; these forests now contain many more trees per acre. In other areas, ponderosa pine forests have been replaced by Douglas-fir and white fir as fire exclusion encouraged the growth of less fire-tolerant species.

A recent analysis of the fire history and forest dynamics in areas affected by the 2002 Hayman Fire, the largest wildfire in Colorado's recorded history, illustrates the effect of fire exclusion on western forest landscapes. The analysis indicated that between 1300 and 1880, average interval between naturally occurring fires was about 50 years, although some fires occurred almost every year. The results illustrated a mosaic of both stand-replacing fires and lower-intensity fires in which the larger, older trees survived. No major fires occurred in the area between 1880 and 2002; from 1900 to 2002, a lack of fire activity resulted in a significant change in species composition and an increase in forest density.

Increased fire-return interval periods not only changed the composition of these forests, they also changed susceptibility to insect outbreaks. Ponderosa pine forests, which now are more densely stocked, are more susceptible to MPB outbreaks. In areas where ponderosa pine has given way to Douglas-fir and white fir, outbreaks of defoliating insects such as WSBW and Douglas-fir tussock moth have become more frequent and widespread. Older lodgepole pine forests with a high proportion of trees greater than 6 inches in diameter that have relatively thick bark provide a wealth of excellent host material for MPB.

Climate, fire exclusion and aging lodgepole pine forests have fostered a "perfect storm" resulting in the massive MPB outbreak currently underway in Colorado. Fire exclusion resulted in the occurrence of extensive areas of pine forests with such characteristics as large-diameter trees and dense stands that are susceptible to MPB. The drought that began in the 1990s and severely increased in 2000 stressed the trees and made them more susceptible to beetle attack. In addition, prolonged cold winter temperatures of −30° to −35° F or less, which occurred regularly in high-elevation lodgepole pine forests killing beetles that overwintered under the bark,



**Distribution of Key Forest Vegetation Types by Elevation and Slope in Southern Colorado**

Above treeline
Engelman spruce
Subalpine fir/Engelmann spruce
Mixed conifer
Ponderosa pine
Piñon-juniper

Special Issue

have not occurred during the last decade. Consequently, a higher proportion of overwintering beetles are surviving.

Many people are concerned that the current MPB outbreak will increase the probability of a catastrophic wildfire. Bark beetle epidemics leave thousands of dead trees in their wake and change the character of forest fuels. Dead standing lodgepole pines with red needles and fine dead branches can carry intensive wildfires. However, after a few years, the needles and fine branches drop from the trees. During this period, fires that do occur are likely to be less severe. Over time, many of the beetle-killed trees will fall and new trees will grow, creating conditions favorable for fires capable of burning large areas. An accumulation





**Above:** Relatively frequent low-intensity ground fires help create open, park-like stands of ponderosa pine. **Left:** Small clearcuts in lodgepole pine forests easily regenerate and create a mosaic of stands composed of different age classes including younger stands that are less susceptible to mountain pine beetle attacks.

of downed trees makes fire suppression more difficult and compromises the safety of firefighters and high-country residents and visitors.

The massive wildfires in and around Yellowstone Park in 1988 provide insight into the interaction between MPB outbreaks and wildfire. Approximately 36 percent of Yellowstone's total forest area, dominated by lodgepole pine, burned after the driest period in the park's recorded history. Prior to the 1988 fires, the park and surrounding areas endured two MPB outbreaks — one between 1972 and 1975 and another between 1980

and 1983. An analysis of the relationship between the Yellowstone fires and the earlier MPB outbreaks shows that areas affected by the first outbreak (13 to 16 years prior) were approximately 11 percent more likely to burn. However, no correlation was made between the second MBP outbreak (5 to 8 years prior) and the probability of burning. Scientists who conducted the study contend that one of the reasons the older outbreak areas were more likely to burn was that enough time had passed to allow the understory vegetation to grow, providing ladder fuels that increased fire risk and intensity. A

similar study in Utah suggests that within approximately 10-20 years after a spruce bark beetle outbreak, wildfire risk was lower in those forests that suffered heavy mortality (greater than 95 percent) than in unaffected forests. The potential for a severe fire increases as dead trees fall and young trees become established in the aftermath of the outbreak, thus providing the ladder fuels necessary to support devastating wildfires.

While these studies suggest that the probability of a catastrophic fire in areas affected by bark beetle outbreaks may not be as high as expected in the short term, the potential for wildfire occurrence, especially during periods of prolonged drought, remains a major concern. Prompt detection and effective management of wildfires is critical. Forest management tools also are important and may include prescribed fire to reduce fuels and stocking levels, and thinning and timely harvesting of mature trees to support restoration. This is especially true for those areas in which fire-return intervals have been altered due to active fire suppression.

Interaction   **31**

BLM_0040920

# 2009 Forestry-Related Legislation in Colorado

Colorado values healthy, resilient forest landscapes, and the state's legislature is willing to invest funds in the stewardship of these resources. In 2009, the Colorado General Assembly passed seven bills addressing forest health, fuels mitigation and public safety. This level of legislative activity is evidence of the importance and value of Colorado's forests. The legislation is aimed at creating legislation to promote healthier, more diverse forests that are resilient to insect and disease epidemics for the benefit of present and future generations.

## HB07-1130 Community–Based Forest Restoration

In 2007, the Colorado General Assembly passed HB 07-1130, the Community-Based Forest Restoration Program. This legislation authorized up to $1 million per year over 5 years to fund a cost-share grant program for community-based forest restoration projects in Colorado. The projects are designed to protect critical water supplies and address related forest health issues.

The Colorado Department of Natural Resources (CDNR) appointed a Technical Advisory Panel to review the proposals and recommend project funding. The panel included representatives from the CDNR, two federal agencies (USFS and Bureau of Land Management), two independent scientists with expertise in forest ecosystem restoration, and representatives of conservation organizations, local communities and commodity interests.

Funds were provided to CDNR and subsequently to the CSFS via an interagency agreement. Once the funding mechanism was in place, the CSFS issued a request for proposals in June 2007 and announced the grant awardees that August. The following 12 projects were selected from 43 applications.

- Dalla Park Fire Mitigation, LaPlata County, $24,800
- Forest and Community Wildfire Protection Plan, Lake County, $69,000
- Grand Junction Watershed and Fuel Reduction Program, Mesa County, $140,000
- Grand Lake Beetle Kill Removal Project, Grand County, $140,000
- Heil Valley Ranch 2008 Fuels Reduction–Unit 2, Boulder County, $50,000

## Summary of 2009 Forest Legislation

| Bill Number | Bill Name | Bill Summary |
|---|---|---|
| SB 001 | Community Wildfire Protection Plans | CSFS will establish guidelines and criteria for counties to consider in preparing community wildfire protection plans (CWPPs) to address wildfires in fire hazard areas within the unincorporated portion of a county. |
| SB 013 | Civil Immunity to Persons Engaged in Emergency Response Activities | Enacts the "Marc Mullenix Volunteer Firefighter Protection Act", providing limited civil immunity for fire departments and other entities that donate surplus firefighting equipment for later use; volunteer firefighters, their commanders, and the organizations that employ them; and incident management teams, in connection with fires and other emergencies. |
| SB 020 | Responsibility for Responding to Wild Land Fires | Creates a systematic, proactive approach to the management of wildland fire incidents in Colorado, regardless of cause, size, location, or complexity. |
| SB 021 | Incentives for Volunteer Firefighters | Creates a fund in the division of fire safety to provide tuition vouchers to qualified volunteer firefighters who are enrolled in full-time or part-time study and who agree to serve as volunteer firefighters for 4 years after completing their education. |
| SB 105 | Removal of Statutory Limit on the amount that may be raised for the purpose of fighting fires | Removal of the statutory limit on the amount that can be raised in a year by a special property tax levied by a board of County Commissioners for the purpose of fighting specified types of fires in a county. |
| HB 1162 | Intergovernmental Cooperation for the Purpose of Mitigating Wildfires | On or before a specified date, requires each local government that owns any land area that is located either entirely or partially inside the territorial boundaries of a county and that contains a specified percentage of forest land or land that constitutes a wild land area to enter into an intergovernmental agreement with the county for the purpose of mitigating forest land or wild land fires affecting the contiguous land areas of the local government and county. |
| HB 1199 | Colorado Healthy Forests and Vibrant Communities Act of 2009 | Increases efforts to address wildfire risk, and provides resources to the Colorado State Forest Service to augment its technical outreach capabilities and provide loans and grants for market-based and forest treatment solutions to reduce wildfire risk. |

BLM_0040921