

**Above:** Beautiful highway vista near the San Juan Mountains. *Photo: Katherine Timm.*

- Horsetooth Mountain Park Fuels Reduction, Larimer County, $80,000
- Platte Canyon Fire/Forest Restoration and Water Protection Project, Park County, $70,000
- Santa Fe Trails Ranch Fuel Break Project, Las Animas County, $125,000
- Straight Creek Forest Restoration Project, Summit County, $10,895
- Summit County Hazardous Fuels Reduction Project, Summit County, $140,000
- Upper South Platte Watershed Forest Health Initiative, Park and Teller counties, $80,000

- West Vail and Lower Gore Creek Fuel Reduction Project, Eagle County, $50,000

HB 07-1130 required only a 40-percent matching contribution; however, funds provided by this legislation leveraged another $2.8 million in matching funds. All but one of the projects was completed by April 30, 2009 (uncooperative weather canceled Larimer County's plans to burn slash piles, as safety to resources and the community is non-negotiable). The 12 projects funded used a total of $876,450 provided by the grant to treat 3,115 acres. The 12 communities contributed an additional $1,355,004 in matching funds to accomplish their respective management objectives.

Since the advent of the pilot Forest Restoration Program authorized by HB07-1130, SB08-071 (SB 71) extended forest management efforts and continued community-based approaches to forest restoration across Colorado's watersheds. Three severance tax increments provide $1 million annually through 2012 to fund forest restoration projects. SB 71 is funding $1.97 million for 29 projects scheduled for completion by September 2010.

BLM_0040922

# Forecasting the Future

What does the future hold for Colorado's forests? Historical evidence suggests that the presence of large numbers of less aggressive bark beetles, as seen in some of our lodgepole pine forests in 2009, may signal the decline of the current MPB epidemic. However, MPB activity is increasing in ponderosa pine forests along the Front Range, which has suffered major outbreaks in the past. The introduction of exotic pests, or those that are expanding their ranges (such as the walnut twig beetle), also will continue to pose a threat. Effective management of insect and disease outbreaks and wildfire will continue to challenge resource management agencies and private forest landowners.

All of the state's forests, regardless of ownership, provide a wealth of diverse benefits —clean water, recreation, wildlife habitat, wood products,







**Top:** Elk bugling in Rocky Mountain National Park. **Above:** Colorado columbines. **Left:** Western tiger swallowtail *(Papilio rutulus)*. **Opposite:** A ponderosa pine forest restoration project on the Upper South Platte. *Photo: Jen Chase.*

wilderness and range for livestock. Our forests require management and protection to meet the needs of present and future generations of Coloradans and the thousands of people who visit our state each year.

The level of insect and disease activity that currently exists in Colorado's forests may be unprecedented, at least in recent history. Changes in the structure and composition of forests often are imperceptible to humans, as we are only present on the landscape for a portion of a forest's life cycle. As forests grow and mature, the changes we observe seem to accelerate, although most of the changes are continuous and subtle to the human eye. Whether the changes are acceptable to us is a function of our values and needs. We have the ability to shape our future forests through sound management to ensure they meet individual and societal needs based on the best available scientific information.

BLM_0040923



BLM_0040924



## References and Further Reading

Agee, J.K., 1998. Fire and pine ecosystems. In: Richardson, D.M., Ecology and Biogeography of Pinus. Cambridge University Press, pp. 193-218.

Ciesla, W.M., 2009. Aerial forest health survey, portions of Colorado, 2009. Forest Health Management International, Fort Collins, Colo., 25 pp.

Ciesla, W.M., and E. Donaubauer, 1994. Decline and dieback of trees and forests: A global overview. FAO, Rome, Italy, Forestry Paper 120, 90 pp.

Ciesla, W.M., and A.C. Mason, 2005. Disturbance events in America's forests: An analysis of Criterion 3, Indicator 15 of the Montreal process – Criteria and indicators of sustainable forestry – 2003. USDA Forest Service, Forest Health Technology Enterprise Team, Fort Collins, Colo. Report FHTET-05-02, 89 pp.

Ciesla, W.M., and I.R. Ragenovich, 2008. Western tent caterpillar. USDA Forest Service, Forest Insect and Disease Leaflet 119, 7 pp.

Ciesla, W.M., and J.J. Kruse, 2009. Large aspen tortrix. USDA Forest Service, Forest Insect and Disease Leaflet 139, 8 pp.

Colorado Natural Heritage Program, 2005. Biodiversity tracking and conservation system. Colorado State University, Fort Collins, Colo. Southern Rocky Mountain Pinyon-Juniper Woodland, Revised September 2005. http://www.cnhp.colostate.edu/download/projects/eco_systems/pdf/SRM_Pinyon-Juniper_Woodland.pdf.

Colorado Natural Heritage Program, 2005. Biodiversity tracking and conservation system. Colorado State University, Fort Collins, Colo. Colorado Plateau Pinyon-Juniper Woodland, Revised September 2005. http://www.cnhp.colostate.edu/download/projects/eco_systems/pdf/CP_Pinyon-Juniper_Woodland.pdf.

Colorado State University, 2004. Insects and diseases of woody plants in the Central Rockies. Cooperative Extension Service, Bulletin 506A, 292 pp.

Colorado State University, n.d. Pest alert: Walnut twig beetle and thousand cankers disease of black walnut. http://wci.colostate.edu/

BLM_0040925



Photo: Ingrid Aguayo.

Assets/pdf/ThousandCankers. pdf. Site visited 19 August 2009.

DeRose, R.J., and J.N. Long, 2009. Wildfire and spruce beetle outbreak: Simulation of interacting disturbances in the Central Rocky Mountains. Ecoscience 16: 28-39.

Evenden. J.C., and A.L. Gibson, 1940. A destructive infestation in lodgepole pine stands by the mountain pine beetle. Journal of Forestry 38: 271-275.

Furniss, R.L., and V.M. Carolin, 1977. Western forest insects. USDA Forest Service, Miscellaneous Publication 1339, 654 pp.

Graham, R.T., Technical Editor, 2003. Hayman Fire case study. USDA Forest Service, Rocky Mountain

Research Station, General Technical Report RMRS-GTR-114., 396 pp.

Jahnke, J., 2009. Final one-year report on HB07–1130, the Pilot Forest Restoration program. Colorado Department of Natural Resources, 6 pp.

LeMaster, D.; Goufan Shao; and J. Donnay, 2006. Protecting Front Range watersheds from high severity wildfire. Pinchot Institute for Forest Conservation, 47 pp.

Lotan, J.E., and W.B. Critchfield, 1990. *Pinus contorta* Dougl. ex Loud., Lodgepole pine. In: R.M. Burns, and B.H. Honkanla. Silvics of North America, Volume 1, Conifers. USDA Forest Service, Agriculture Handbook 654: 302-315.

Lynch, D. L., and K. H. Mackes, 2001. Wood use in Colorado at the turn of the twenty-first century. Research Paper RMRS-RP-32. Fort Collins, Colo.: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 23 pp. Available online at http://www.fs.fed.us/rm/pubs/rmrs_rp32.pdf.

Lynch, H.J.; R.A. Renken; R.L. Crabtree; and P.R. Moorcraft, 2006. The influence of previous mountain pine beetle (*Dendroctomus ponderosae*) activity on the 1988 Yellowstone Fires. Ecosystems 9: 1318-1327.

Manion, P.D., 1991. Tree disease concepts. Prentice Hall International, 402 pp.

Mesa Verde National Park, n.d. Fire history at Mesa Verde. http://www. nps.gov.archive/meve/fire/firehistory. htm. Accessed 20 November 2009.

Negrón, J.F.; J.J. Witcosky; R.J. Cain; J.R. LaBonte; D.A. Duerr II; S.J. McElwey; J.C. Lee; and S.J. Seybold, 2005. The banded elm bark beetle: A new threat to elms in North America. American Entomologist 51: 84-94.

North American Plant Protection Organization, 2008. *Geosmithia spp.* and *Pityophthorus juglandis*. Beetle-fungus

infestation threatens black walnut (*Juglans nigra*) trees. http://www.pest. alert.org. Site visited 17 August 2009.

Oliver, W.W., and R.A. Ryker, 1990. *Pinus ponderosa* Dougl. ex . Laws. Ponderosa pine. In: R.M. Burns, and B.H. Honkanla. Silvics of North America, Volume 1, Conifers. USDA Forest Service, Agriculture Handbook 654: 413-424.

Romme, W.H.; C.D. Allen; J.D. Bailey; W.L. Baker; B.T. Bestelmeyer; P.M. Brown; K.S. Eisenhart; L. Floyd-Hanna; D.W. Huffman; B.F. Jacobs; R.F. Miller; E.H. Muldavin; T.W. Swetnam; R.J. Tausch; and P.J. Weisberg, 2008. Historical and modern disturbance regimes, stand structures, and landscape dynamics in piñon-juniper vegetation of the western U.S. Fort Collins, Colo.: Colorado Forest Restoration Institute, 35 p. Available online at http://warnercnr.colostate. edu/images/docs/cfri/PJSynthesis.pdf.

Smalley, J.C. (editor), 2003. Protecting life and property from wildfire. National Fire Protection Association, Quincy Mass., 388 pp.

Wood, S.L., 1982. The bark and ambrosia beetles of North and Central America (Coleoptera: Scolytidae), a taxonomic monograph. Great Basin Naturalist Memoirs 6, 1359 pp.

Worrel, J.J.; L. Egeland; T. Eager; R.A. Mask; E.W. Johnson; P.A. Kemp; and W.D. Shepperd, 2008. Rapid mortality of *Populus tremuloides* in southwestern Colorado, USA. Forest Ecology and Management 255: 686-696.

USDA Forest Service 2004. Forest insect and disease conditions in the United States. Forest Health Protection, Washington, D.C., 142 pp.

BLM_0040926



Colorado State University
Foothills Campus
5060 Campus Delivery
Fort Collins, CO 80523-5060
(970) 491-6303
www.csfs.colostate.edu



Division of Forestry
1313 Sherman Street, Room 718
Denver, Colorado  80203
(303) 866-3311
www.dnr.state.co.us



Printed on Recycled Paper

BLM_0040927

Environ Biol Fish (2008) 82:237–249
DOI 10.1007/s10641-007-9277-7

# Biogeography, ecoregions, and geomorphology affect fish species composition in streams of eastern Oklahoma, USA

**Daniel C. Dauwalter · Dale K. Splinter ·
William L. Fisher · Richard A. Marston**

Received: 8 March 2007 / Accepted: 4 June 2007 / Published online: 31 August 2007
© Springer Science + Business Media B.V. 2007

**Abstract** Stream fish assemblages are structured by biogeographical, physical and biological factors acting on different spatial scales. We determined how physical factors, geomorphology and stream habitat, influenced fish species composition (presence–absence) in eastern Oklahoma, USA relative to the ecoregion and biogeographic effects previously reported. We sampled fish assemblages and surveyed geomorphology and habitat at 107 stream sites in the Boston Mountains, Ouachita Mountains, and Ozark Highlands ecoregions in eastern Oklahoma. Partial canonical correspondence analyses (pCCAs) and variance partitioning showed that patterns of endemism related to drainage basins and ecoregions explained important variation in fish species composition in all streams, but stream size and local channel morphology explained more variation overall. Stream size effects were most important in explaining variability in fish species composition in both northeastern and southeastern Oklahoma streams. Local channel morphology and substrate characteristics were secondarily important. Variables typically considered important as fish habitat (aquatic vegetation, etc.) had little effect on fish species composition.

**Keywords** Fluvial geomorphology ·
River Continuum Concept ·
Process Domains Concept · Spatial scale ·
Stream fish assemblage · Habitat filters

D. C. Dauwalter
Oklahoma Cooperative Fish and Wildlife Research Unit and Department of Zoology, Oklahoma State University, Stillwater, OK, USA

D. K. Splinter
Department of Geography and Geology, University of Wisconsin–Whitewater, Whitewater, WI, USA

W. L. Fisher
United States Geological Survey, Oklahoma Cooperative Fish and Wildlife Research Unit and Department of Natural Resource Ecology and Management, Oklahoma State University, Stillwater, OK, USA

R. A. Marston
Department of Geography, Kansas State University, Manhattan, KS, USA

*Present address:*
D. C. Dauwalter (✉)
Department of Zoology and Physiology, Dept. 3166, University of Wyoming, 1000 East University Avenue, Laramie, WY 82071, USA
e-mail: ddauwalt@uwyo.edu

## Introduction

Stream fish communities are structured by three sequential factors: biogeography, physical habitat, and biological interactions. Poff (1997) unified these factors in a framework describing how functional species traits allow species in the regional species pool (resulting



from biogeography) to pass through hierarchically nested habitat filters that determine which species are present in a local locality. Biotic interactions act as additional filters on local community composition.

The longitudinal profile of a stream has long provided a spatial context for stream ecology theory (Shelford 1911). Sheldon (1968) reported that species richness increased downstream in a New York stream system as a result of species additions to headwater assemblages. Horwitz (1978) found that streamflow variability changed predictably from upstream to downstream. He suggested that a decrease in stream-flow variability downstream allowed additional fish species to join the species pool that consisted of those already present upstream (sensu Sheldon 1968). The rate of species additions reflected the temporal constancy of specific rivers. Subsequently developed stream ecology theories, such as the River Continuum Concept, emphasized longitudinally varying process-es (e.g., heterotrophy versus autotrophy, energy processing and transport, physical and biological stability and diversity) and how longitudinal changes influenced fish community composition (Vannote et al. 1980). However, the predictions of the concept sometimes proved untenable when applied to regions other than those they were developed for (Minshall et al. 1985) and in river systems with anthropogenic interruptions (e.g., dams) of the continuum itself (Ward and Stanford 1983).

The influence of longitudinal processes on local habitat conditions and fish community composition varies among streams and rivers. A recent theory, the Process Domains Concept (Montgomery 1999), sug-gests that spatial and temporal variability in geomor-phic processes (e.g., hydrology, sediment transport, woody debris recruitment) often creates homogenous zones within the river continuum, and that those zones may contrast with expectations from the River Continuum Concept. The spatial structure of these zones can strongly influence stream ecosystem struc-ture and function and how ecosystems respond to disturbance. For example, patchy, local (i.e., reach scale) geomorphic processes, such as reach slope and bed mobility, influenced stream disturbance regimes and fish assemblage structure more than longitudinal processes in a Piedmont river drainage in the southeastern United States (Walters et al. 2003b). However, the dominance of local processes may have reflected the spatial scale of their study (see Wiens

1989). Studies focusing on a small range of stream sizes from a single river basin may show little variation in longitudinal process such that local processes dominate (Sheldon 1968; Walters et al. 2003b), whereas longitudinal processes may be more evident in studies with a larger spatial extent (Horwitz 1978).

We determined how stream size, local channel morphology, and stream habitat affected fish species composition relative to the known effects of ecoregions and biogeography in eastern Oklahoma streams. Under-standing the effects of geomorphology and stream habitat is imperative given that much stream ecology theory and stream restoration principles have a geomor-phic basis. Moreover, determining the magnitude of geomorphic effects relative to previously reported large-scale ecoregion differences and biogeographic effects will further reveal mechanisms influencing fish species composition and aid in conservation and management of eastern Oklahoma fishes.

## Materials and methods

### Study area

The Boston Mountains, Ouachita Mountains, and Ozark Highlands ecoregions are upland regions in eastern Oklahoma (Omernik 1987; Woods et al. 2005). The Boston Mountains ecoregion in northeast-ern Oklahoma is a dissected mountainous plateau composed of flat-lying shale and sandstone lithology and oak-hickory forest. Annual rainfall is 112 to 130 cm and land is used mostly for logging and recreation (Woods et al. 2005). The Ozark Highlands in northeastern Oklahoma are dominated by flat-lying cherty limestone, but shale, limestone, and dolostone are present in valley bottoms. Annual precipitation is 104 to 124 cm, and land use is primarily logging, recreation, and cattle and poultry farming, including pastureland and hayfields (Rabeni and Jacobson 1993; Woods et al. 2005). The Ouachita Mountains in southeastern Oklahoma consist of folded, Paleozoic sandstone, shale, and chert. Oak-hickory-shortleaf pine forests in this region receive from 109 to 145 cm of annual rainfall. Common land uses are: logging, pastureland, hayfields, farming, and recrea-tion (Rutherford et al. 1992; Woods et al. 2005). All Boston Mountains and Ozark Highlands streams lie within the Arkansas River basin. A few Ouachita

BLM_0040929

Environ Biol Fish (2008) 82:237–249                                                           239

Mountains streams flow north into the Arkansas River, but the majority of them flow south into the Red River. Fish assemblages are known to differ among these ecoregions (Rohm et al. 1987; Howell 2001; Fisher et al. 2004), and some fish species are endemic to certain ecoregions and drainage basins in the region (Miller and Robison 2004).

Stream survey

We used a geographic information system (GIS) to randomly select 175 stream sites for an inventory of fluvial geomorphology, habitat, and fishes in streams of the Boston Mountains, Ouachita Mountains, and Ozark Highlands level III ecoregions in eastern Oklahoma (Omernik 1987). Sites were allocated among the three ecoregions approximately in proportion to their areas in Oklahoma and equally distributed among stream orders 1 to 4 within each ecoregion. Forty sites were selected in the Boston Mountains and Ozark Highlands ecoregions, and 95 were selected in the Ouachita Mountains ecoregion in Oklahoma.

Watershed characteristics for each site were measured using ArcGIS 9.1 GIS software (ESRI, Redlands, California) and the National Elevation Dataset (30 m resolution; USGS 1999). Watersheds were delineated upstream of each site, and their areas and elongation ratios were measured (Morisawa 1968).

From May 2003 to August 2005 we measured channel morphology at the reach scale. A global positioning system (GPS) receiver was used to navigate to each randomly selected stream site. Stream reaches were defined as 20 times the mean channel width (Rosgen 1994). We classified channel units (e.g., riffles and pools) in each reach (Hawkins et al. 1993). Transects were surveyed across two riffles and two pools when available, with a maximum of two transects in a single channel unit. Bankfull channel width:depth ratios were calculated for transects (Arend and Bain 1999), as were entrenchment ratios (Rosgen 1994). Median particle sizes ($D_{50}$) were calculated from 100 particles collected along each transect (Bain 1999). Channel unit slopes were measured individually and cumulatively represented reach slope. Sinuosity was measured as thalweg length:valley length. Width:depth ratios and median particle sizes were calculated as weighted averages based on the cumulative lengths of riffles and pools in each reach.

Instream habitat variables were estimated or measured in each channel unit. Channel units were mapped with a GPS reciever, and dimensions were measured in a GIS (Dauwalter et al. 2006). Thalweg depths were measured systematically. We visually estimated substrate distributions (modified Wentworth scale; Wolman 1954; Bain 1999). We visually estimated, and enumerated when logistically feasible, rootwads and large woody debris (10+ cm diameter, 4+ m in length) in each channel unit, and estimated the percent coverage of aquatic vegetation. Channel unit data were combined for reach estimates.

Fish species composition was estimated using snorkeling and electrofishing (Reynolds 1996; Dolloff et al. 1996). Most stream reaches were snorkeled by one to three persons depending on stream size and water clarity, and observed species were noted on a diving cuff. Five groups of species could not be identified to species while snorkeling, and were placed into species groups: redhorses *Moxostoma spp.*, spotted bass *Micropterus punctulatus* and large-mouth *M. salmoides* (both recorded as *M. salmoides*), lampreys *Ichthyomyzon spp.*, buffalo fishes *Ictiobus spp.*, and *Lythrurus spp.* When streams were too turbid to snorkel (visibility <1 m), they were electrofished with a Smith Root, Inc. model 15-D backpack electrofisher, or a Smith-Root 2.5 GPP model electrofisher mounted in a 3 m jon boat with a portable anode or a 4.3 m jon boat with a ring anode; a combination of electrofishing gears was sometimes used to sample all habitats. Electrofishing power density was standardized at 1,000 $\mu S \cdot cm^{-3}$. When electrofishing, unidentifiable fish species were preserved in 10% formalin and later identified in the laboratory.

Fish species associations with geomorphology and stream habitat

Using CANOCO for Windows software version 4.5 (Biometris-Plant Research International, Wageningen, The Netherlands), we performed partial canonical correspondence analysis (pCCA) to determine how fish species composition (presence–absence) was affected by drainage basins, ecoregions, geomorphology, and stream habitat in eastern Oklahoma streams. Canonical correspondence analysis is a direct gradient analysis that uses weighted averaging and a unimodal species model to explain species composition using environmental variables (ter Braak 1986). Using pCCA, variation

BLM_0040930

Environ Biol Fish (2008) 82:237–249

attributed to certain environmental variables can be factored out to focus on the variables of interest.

We used forward stepwise selection procedures and pCCA to select the geomorphic and habitat variables that best explained fish species composition in eastern Oklahoma streams. Although stepwise selection procedures were used, basin area was included in all analyses a priori as a surrogate for stream size because fish occurrences are known to change with stream size in these regions (Matthews and Robison 1998). Ecoregion and basin (Arkansas and Red River basins) variables were also included a priori because they influence species occurrences also (Rohm et al. 1987; Miller and Robison 2004). All remaining variables were entered when $P \leq 0.05$ in a Monte Carlo permutation test with 9,999 permutations (Lepš and Šmilauer 2003). Sampling gear was included as a covariable to remove gear bias effects on species detectability. We used biplot scaling conducted on inter-species differences and downweighted rare species in all pCCAs. We ran additional analyses for variance partitioning (Økland 2003) after

important geomorphic and stream habitat variables were selected.

## Results

### Stream survey

We surveyed fluvial geomorphic features, stream habitat, and stream fishes at 107 of the 175 selected stream sites in the Boston Mountains, Ouachita Mountains, and Ozark Highlands ecoregions. Seventeen stream sites were inaccessible or access was denied by landowners. Four streams had primary channel disturbances (e.g., gravel mining, concrete channels) and were not sampled, and no definable channel was found at three sites. Nineteen streams were dry. Trained personnel were not available to snorkel and identify fish species at 20 sites, and no fish were observed at four. Presence–absence data on fishes were collected at 107 stream sites (Fig. 1); 23 sites in the Boston Mountains, 64 in the Ouachita Mountains, and 20 in

**Fig. 1** Locations of randomly selected stream sites used for an inventory of fluvial geomorphology, stream habitat, and stream fishes in eastern Oklahoma, of which presence–absence of fish species was estimated at 107





BLM_0040931

Environ Biol Fish (2008) 82:237–249 241

the Ozark Highlands. Seventeen sites in the Ouachita Mountains, 3.9 to 54.6 m mean channel width, were electrofished because water clarity prohibited effective snorkeling. Streams among ecoregions differed mostly in substrate and some channel morphology characteristics (Table 1).

We observed 59 fish species total during stream surveys (Appendix 1). Thirty-four species were observed at 23 stream sites in the Boston Mountains. When fish were present, richness ranged from 3 to 20 (mean=10.0). In the Ozark Highlands, 42 species were observed at 20 stream sites, and richness ranged from 1 to 26 (mean 12.0). In the Ouachita Mountains, 41 species were observed at 64 sites; richness ranged from 1 to 18 (mean=7.6). Richness was 51 and 39 in the Arkansas and Red River basins, respectively. Twenty species were observed only in the Arkansas River basin and eight were observed only in the Red River basin.

Fish species associations with geomorphology and stream habitat

Fish species composition was explained by several factors. In addition to the known effects of ecoregion, drainage basin, and basin area on fish species composition, width:depth ratio ($p=0.001$), slope ($p=0.002$), large woody debris density ($p=0.009$), sinuosity ($p=0.021$), and $D_{50}$ ($p=0.030$) also explained

fish species composition in all streams. Variance inflation factors showed no redundancy among variables. Entrenchment ratio was not tested for its effect because very few sites had ratios <2.2, the maximum measured. Axis 1 explained 42.0% of the species-environment correlation, whereas axes 2 and 3 explained 21.9 and 9.5%, respectively (Table 2). Axis 1 reflected patterns of endemism in species composition (Fig. 2). The ecoregion and drainage basin centroids both aligned with axis 1. Several species were correlated with the northeastern ecoregions and Arkansas River basin (distance between species optima and variable centroids). The northern hog sucker *Hypentelium nigricans* and banded sculpin *Cottus carolinae* are endemic to the Boston Mountains and Ozark Highlands ecoregions in the Arkansas River basin (Miller and Robison 2004), and short distances between their optima and ecoregion centroids reflected this. The southern redbelly dace *Phoxinus erythrogaster* also does not occur in the Ouachita Mountains and was strongly associated with northeastern ecoregions. Substrate size was correlated with ecoregions and basins (direction of vector in relation to centroids) and reflected generally larger substrates in southeastern Oklahoma streams. The degree of parallelism between basin area and channel slope vectors suggested negative correlation and both aligned with axis 2. This axis reflected the influence of stream size and local channel morphology on fish

**Table 1** Summary (mean±1 SD) of geomorphology and habitat from streams in the Boston Mountains ($n=23$), Ouachita Mountains ($n=64$), Ozark Highlands ($n=20$), Oklahoma

| Variable | Boston Mountains | | Ouachita Mountains | | Ozark Highlands | |
|---|---|---|---|---|---|---|
| | Mean | SD | Mean | SD | Mean | SD |
| Basin area (km²) | 127.9 | 167.8 | 70.0 | 91.4 | 184.4 | 235.8 |
| Channel width (m) | 22.1 | 12.6 | 16.6 | 9.4 | 21.8 | 14.1 |
| $D_{50}$ (mm) | 37.6 | 19.0 | 78.3 | 69.3 | 27.4 | 7.5 |
| Elongation ratio | 0.57 | 0.09 | 0.52 | 0.14 | 0.50 | 0.11 |
| Large woody debris density (#/m²) | 0.003 | 0.008 | 0.003 | 0.005 | 0.003 | 0.003 |
| Mean thalweg depth (m) | 0.30 | 0.15 | 0.39 | 0.21 | 0.42 | 0.18 |
| % Bedrock | 20.9 | 25.5 | 11.2 | 16.7 | 8.7 | 17.9 |
| % Pool | 61.5 | 25.9 | 87.9 | 16.9 | 65.2 | 24.7 |
| % Silt-Clay | 4.2 | 7.6 | 7.5 | 10.5 | 4.9 | 5.9 |
| % Vegetation | 1.3 | 2.2 | 7.9 | 10.8 | 3.9 | 4.9 |
| Rootwad density (#/m²) | 0.004 | 0.008 | 0.006 | 0.010 | 0.008 | 0.013 |
| Sinuosity | 1.13 | 0.13 | 1.19 | 0.28 | 1.17 | 0.22 |
| Slope | 0.007 | 0.006 | 0.006 | 0.007 | 0.005 | 0.004 |
| Width:depth ratio | 23.5 | 7.9 | 17.2 | 6.4 | 25.3 | 11.9 |



BLM_0040932

Environ Biol Fish (2008) 82:237–249

**Table 2** Cumulative percent variance of species data and species-environment data explained by axes from pCCAs of fish species (presence–absence) and drainage basins, ecoregions, geomorphology and stream habitat from 107 eastern Oklahoma streams

| Region/Variance component | Axis 1 | Axis 2 | Axis 3 | Axis 4 |
|---|---|---|---|---|
| All regions | | | | |
| Species data | 10.3 | 15.7 | 18.0 | 19.9 |
| Species-environment data | 42.0 | 63.9 | 73.4 | 81.4 |
| Northeast | | | | |
| Species data | 11.3 | 15.6 | 18.7 | 20.9 |
| Species-environment data | 53.9 | 74.8 | 89.5 | 100.0 |
| Southeast | | | | |
| Species data | 6.9 | 9.2 | 11.2 | 21.2 |
| Species-environment data | 62.0 | 82.1 | 100.0 | |

species composition (Fig. 2). The southern redbelly dace most often occurred in small, high gradient streams, whereas the banded darter *Etheostoma zonale*, smallmouth bass *Micropterus dolomieu*, and logperch *Percina caprodes* were found in larger, low gradient streams. The Boston Mountains and Ozark Highlands centroids separated along axis 3, a sinuosity gradient (sinuosity vector parallel to axis 3). Examples of species correlated with this gradient were banded sculpin and western mosquitofish *Gambusia affinis* in Ozark Highland streams.

Variance partitioning showed geomorphology to collectively explain the most variation in fish species composition in eastern Oklahoma streams, but only after effects of ecoregion and drainage basin were accounted for (Table 3). Not surprisingly, there was some indistinguishable variation between ecoregions and drainage basins (i.e., their intersection) because the Ouachita Mountains ecoregion is primarily represented by the Red River drainage. Variation was also indistinguishable between geomorphology and ecoregions because some geomorphology was unique to ecoregions.

As a result of the strong differences between northeastern and southeastern Oklahoma streams, we conducted additional analyses to assess the influences of geomorphology and stream habitat within each region. Forward stepwise selection of variables was again used as explained above. Selection of environmental variables for northeastern streams was done in a pCCA with data from both ecoregions but with ecoregion as a covariable. Variable selection for Ouachita Mountains streams was done in a pCCA in which drainage basin and gear type were included as covariables. Again, basin area was included a priori in

both analyses due to its known effect on species composition.

In analysis of northeastern streams, reach slope ($p = 0.001$), width:depth ratio ($p = 0.001$), and $D_{50}$ ($p = 0.032$) were entered during forward stepwise procedures. Axis 1 explained 53.9% of the species-environment correlation (Table 2), and represented a notable stream size gradient whereby there was nearly a direct, inverse relationship between basin area and reach slope (Fig. 3). Southern redbelly dace were associated with small, higher gradient streams, and rock bass *Ambloplites rupestris*, redhorses *Moxostoma* spp., logperch, and banded darters were associated with larger, lower gradient streams. Axis 2 explained 20.9% of the species-correlation (Table 2), and represented a substrate-size gradient with southern redbelly dace associated with smaller substrates and multiple species with larger substrates. Larger variation in substrate size among sites in the Boston Mountains appeared to influence this gradient (Fig. 3). The ubiquitous green sunfish *Lepomis cyanellus* was not strongly associated with any factor.

There also were stream size and substrate gradients in the Ouachita Mountains. $D_{50}$ ($p = 0.009$) and slope ($p = 0.017$) were entered during the forward stepwise selection of variables. Axis 1 explained 62.0% of the species-environment correlation and represented stream size effects (Table 2, Fig. 4), whereas axis 2 explained 20.1% of the species-environment correlation and reflected a reach slope gradient that was not correlated with stream size. Southeastern Oklahoma streams lack an indicative headwater stream species, although several species were associated with larger streams. Again, green sunfish was not strongly associated with any factor.

Springer

BLM_0040933

Environ Biol Fish (2008) 82:237–249                                                  243





**Fig. 2** Biplots of pCCA axes 1 and 2 (*top*) and pCCA axes 1 and 3 (*bottom*). Biplots of fish species and basin area, channel width:depth ratio, median particle size ($D_{50}$), reach slope, and large woody debris density summarize the differences in fish species composition in streams of the Boston Mountains, Ouachita Mountains and Ozark Highlands ecoregions and Red and Arkansas River basins in eastern Oklahoma. Species having weights greater than 5% are displayed. Species codes represent genus for species groupings, or the first three letters of genus and first five of species

## Discussion

Several factors associated with different spatial scales influenced fish species presence, and hence composition, in upland streams of eastern Oklahoma. Historical biogeography and resulting endemism explained an important component of variation in fish species composition in the region. Collectively, however, the geomorphic factors of stream size and local reach morphology accounted for more variation overall. And although woody debris was selected by stepwise procedures in one analysis, its effect on fish species composition was small relative to other factors, and it was unimportant in separate regional analyses. Other fish habitat variables did not explain the presence or absence of fishes.

Historical biogeography and resulting endemism explained important variation in fish species presence. Many fish species were found only in streams of the Arkansas River or Red River basins, confirming well-known distributional patterns of Oklahoma fishes (Miller and Robison 2004). These patterns also corresponded to ecoregions, as the Ouachita Mountains in southeastern Oklahoma consist primarily of streams in the Red River basin. However, Ouachita Mountains streams within the Arkansas River basin south of the Arkansas River mainstem lacked some species found only north of the mainstem in Ozark Highlands and Boston Mountains streams. This likely led to ecoregions explaining more variation in fish species composition than did basins, although much variation was indistinguishable between the two.

Although some ecoregion effects were not separable from basins, ecoregions themselves explained more variation in fish species composition than did drainage basins. Ozark Highlands streams are clear, cool, and spring-fed as a result of a cherty-limestone geology and karst topography. Boston Mountains streams are also less turbid than those in the Ouachita Mountains. Large-scale properties associated with ecoregions cause regional streams to have unique physicochemical properties and corresponding habitat irrespective of channel form and stream size (Woods et al. 2005). However, some streams cross ecoregion boundaries and may be more indicative of upstream than downstream ecoregions because of unidirectional water and sediment routing processes. Streams crossing ecoregion boundaries may further blur boundaries that are already best described as 'complex' (Omernik



Environ Biol Fish (2008) 82:237–249

**Table 3** Variance in fish species composition (presence–absence) attributable to ecoregions, drainage basins, geomorphic variables, or variance shared in the Boston Mountains, Ouachita Mountains, and Ozark Highlands ecoregions in eastern Oklahoma

| Factor | Number of variables | $\sum$ canonical eigenvalues | % of variance | Mean % per variable |
|---|---|---|---|---|
| Geomorphology | 6 | 0.232 | 44.4 | 7.4 |
| Ecoregions | 1 | 0.134 | 25.6 | 25.6 |
| Basins | 1 | 0.028 | 5.4 | 5.4 |
| Geomorph∩Ecoregions | 7 | 0.014 | 2.7 | 0.4 |
| Geomorph∩Basins | 7 | 0.004 | 0.8 | 0.1 |
| Ecoregions∩Basins | 2 | 0.039 | 7.5 | 3.7 |
| Geomorph∩Ecoregions∩Basins | 8 | 0.072 | 13.8 | 1.7 |
| Sum | | 0.523 | | |

2004) and may be why some ecoregion boundaries have recently been redefined in the region (Woods et al. 2005). These boundary effects have been noted in Mid-Atlantic Highlands streams that cross ecoregion boundaries (McCormick et al. 2000), and may make it difficult to assess stream and fish assemblage patterns in smaller level IV ecoregions. The sporadic occurrence and low detectability of rare species endemic to ecoregions and drainage basins, as well as not sampling the downstream extent of regional rivers where some additional endemics may occur, might have led to a slight underestimate of the importance of both ecoregions and drainage basins in explaining fish species composition.

Some variation in fish species composition in eastern Oklahoma was indistinguishable between geomorphology and ecoregions. This shared variation reflected differences in geomorphology (including rates of change with stream size for some variables) among ecoregions (Splinter 2006). Previously reported differences in fish assemblages among ecoregions may have reflected, to some degree, unmeasured differences in local channel morphology among ecoregions (Rohm et al. 1987; Matthews and Robison 1988).

Despite the prevalence of biogeography and large-scale effects, geomorphology collectively explained more variation in fish species composition overall. Placing species into groups may have masked the effects of some geomorphic variables on those species, underestimating the total variance explained. However, important relationships between geomorphology and fish species composition were still revealed. Longitudinal processes related to stream size were most important. These stream size effects were reflected by the presence of southern redbelly

dace, a notable headwater species, in small streams in northeastern Oklahoma. Interestingly, Ouachita Mountains streams showed strong stream size effects on species composition despite the fact that it has no species indicative of small headwater streams. This effect likely resulted from the many species that were only observed in larger streams. These effects of stream size on species composition and richness have been reported previously for these regions (Matthews and Robison 1998; Dauwalter et al. 2003; Dauwalter and Jackson 2004; Tejan 2004).

Reach morphology also influenced fish species composition. Stream slope was important, but differentially so among regions. It was directly but negatively correlated with basin area in northeastern Oklahoma streams. However, it had a weak, negative relationship with basin area in the Ouachita Mountains, suggesting at least some local, reach-scale influence on stream gradient; for example, some reaches of small streams were in the mountains and others were in floodplains of larger regional streams and rivers. Species like the Ouachita Mountain shiner *Lythrurus snelsoni* have been reported to occur in lower gradient reaches of higher elevation streams in the Ouachita Mountains (Taylor and Lienesch 1995). High gradient stream reaches are typically less turbid and have less siltation that is detrimental to many fishes residing in these upland streams (Dauwalter et al. 2003; Dauwalter and Jackson 2004). Substrate size ($D_{50}$) was also important. In northeastern Oklahoma streams it was relatively independent of basin area, and reflected spatial variability in sediment dynamics within the stream-size continuum. Ouachita Mountains streams typically had larger substrates. Substrate size showed a weak, positive correlation with basin area in southeastern streams. Variability in substrate

Springer

BLM_0040935

Environ Biol Fish (2008) 82:237–249
245





Fig. 3 pCCA biplots of fish species (a) and sample sites (b) and basin area, reach slope, channel width:depth ratio, and median particle size ($D_{50}$) summarizing differences in fish species composition along stream size and local geomorphic gradients in Boston Mountains (*filled circles*) and Ozark Highlands (*open squares*) streams. Species having weights greater than 5% are displayed. Species codes represent genus for species groupings, or the first three letters of genus and first five of species

size was much higher in Ouachita Mountains streams and explained the presence of species that typically are found in large streams that have larger substrates, such as the leopard darter *Percina pantherina*. Width:

depth ratio only explained fish species composition in northeastern streams where it was somewhat positively correlated with stream size. Larger width:depth ratios typically indicate more alluvial, less stable stream channels (Rosgen 1994). Apparently these local stream conditions were favorable to some fishes. For example, channel instability may ensure that at least some local woody debris recruitment occurs and creates habitat for species that associate with woody cover (e.g., rock bass).

Surprisingly, variables typically considered instream habitat explained little or no variation in fish species composition in eastern Oklahoma streams. Large woody debris was selected during stepwise procedures in analysis of all streams only, but was not strongly related to primary ordination axes that explained fish species composition. Its effect also was not evident in separate analyses of regional streams. Stream habitat has long been considered a dominant factor in structuring fish communities (Gorman and Karr 1978), and the lack of explanatory power of habitat variables likely reflected our use of presence–absence data instead of abundance. Our analyses suggested that certain large- and reach-scale factors determine species presence



Fig. 4 pCCA biplot of fish species and basin area, median particle size ($D_{50}$), and reach slope summarizing differences in fish species composition along stream size and local geomorphic gradients in Ouachita Mountains streams. Species having weights greater than 5% are displayed. Species codes represent genus for species groupings, or the first three letters of genus and first five of species

BLM_0040936

Environ Biol Fish (2008) 82:237–249

within the region. However, other studies from these regions have suggested that stream habitat (Bart 1989; Taylor 2000; Peterson and Rabeni 2001; Wilkinson and Edds 2001) and biotic interactions (Harvey 1991; Taylor 1996) are important in structuring fish assemblages. When considered together, these studies suggest that species within the regional species pools have traits that allow them to pass through nested hierarchical habitat filters at the basin and reach scales (sensu Poff 1997). These filters determine fish assemblage composition at the reach scale, and their abundances (that we did not measure) are then primarily affected by local habitat and interactions with other biota.

Both stream size and local channel morphology affected fish species composition and suggest that both the River Continuum Concept and Process Domains Concept apply to eastern Oklahoma streams. Beyond the effects of biogeography and endemism related to both drainage basins and ecoregions, stream size explained an important component of variation in fish species composition in all analyses. This suggests that concomitant changes in the stream environment with stream size, and related to the River Continuum Concept (Vannote et al. 1980), were the primary factors in structuring fish species composition within regions. Channel morphology and substrate size within reaches were conditions that influenced the presence of fish species at the reach scale. These local-scale effects were sometimes independent of stream size, and suggest that spatial variability in geomorphic processes exists within the longitudinal continuum of these streams and were of secondary importance. This spatial variability is the focal point of the Process Domains Concept (Montgomery 1999). However, it is unknown whether these local effects on species composition independent of stream size were related to changes in valley morphology, underlying geology, bedrock outcroppings, or tributaries (Montgomery 1999; Poole 2002; Benda et al. 2004).

The spatial and temporal distribution of natural or anthropogenic disturbances within channel networks can impart specific impacts on local geomorphic processes. This can lead to habitat patches that disrupt the longitudinal processes of rivers. Floods, fires, and debris flows are spatially and temporally explicit natural disturbances that affect local geomorphic processes, especially at tributary junctions (Benda et al. 2004). We did not document specific anthropogenic disturbances that might have resulted in changes in channel morphology or substrates, but land use changes alter the hydrology and sediment regimes that can change channel form and sediment inputs (Marston et al. 2003; Walters et al. 2003a). Pastureland dominates the landscape in northeastern Oklahoma (Balkenbush and Fisher 2001; Fisher et al. 2004), but a legacy of previous logging activity may still be impacting geomorphic processes in certain watersheds (Rabeni and Jacobson 1993; Harding et al. 1998). Silviculture activity has and continues to dominate the landscape in the Ouachita Mountains in southeastern Oklahoma (Rutherford et al. 1992; Balkenbush and Fisher 2001). Gravel mining and removal of riparian vegetation, which occurs in the Ozark Highlands and Boston Mountains ecoregions, can cause local bank instability and result in wider, less sinuous channels having higher slopes (Rosgen 1994). Such changes in channel morphology adversely affect stream habitat and sensitive fish species (Brown et al. 1998). Understanding variability in hydrology, geomorphology, and disturbance history (e.g., landslides, floods, land use) is important in understanding processes affecting fish habitat (Montgomery and Bolton 2003), and this is why geomorphic evaluations are at the forefront of stream restoration practices and need to be considered in fish conservation efforts (Rosgen 1996; Chessman et al. 2006).

Fish species composition in eastern Oklahoma streams reflected known regional biogeography and varied longitudinally and with local channel morphology. Consequently, historical and large-scale factors dictate the regional species pool, but geomorphic processes determine which of those fish species are found locally within a stream reach. Accordingly, changes in geomorphic processes should lead to predictable changes in stream habitat and the presence of selected fish species. Application of watershed or local restoration principles that restore geomorphic processes and channel morphology should produce specific responses from the fish community if individual species are available for recolonization. However, quantifying exactly how each species will respond to geomorphic change remains unknown, and should be the focus of future research in streams of eastern Oklahoma and similar regions.

**Acknowledgements**  We thank V. Horncastle, A. Krystyniak, B. Marston, R. Ary, K. Winters, M. Murray, and J. Morel for

🍃 Springer

BLM_0040937

field assistance. M. Palmer, J. Bidwell, A. Echelle and two anonymous reviewers commented on manuscript drafts. Project funding was provided by a Federal Aid in Sport Fish Restoration Act grant under Project F-55-R of the Oklahoma Department of Wildlife Conservation and the Oklahoma Cooperative Fish and Wildlife Research Unit. The Oklahoma Cooperative Fish and Wildlife Research Unit is jointly sponsored by the United States Geological Survey; Oklahoma State University; the Oklahoma Department of Wildlife Conservation; the Wildlife Management Institute, and the United States Fish and Wildlife Service. D. Dauwalter was supported by a Fellowship for Water, Energy, & the Environment from the Environmental Institute, Oklahoma State University.

## Appendix 1

Fish species by Boston Mountains (BM), Ouachita Mountains (OM), and Ozark Highlands (OH) ecoregions and Arkansas (AR) and Red (RR) River basins observed during snorkeling surveys of eastern Oklahoma streams. Nomenclature adopted from Miller and Robison (2004).

| Family/Species | Common name | Ecoregion | | | Basin | |
|---|---|---|---|---|---|---|
| | | BM | OM | OH | AR | RR |
| Petromyzontidae | | | | | | |
| *Ichthyomyzon spp.* | lampreys | | x | x | x | x |
| Lepisosteidae | | | | | | |
| *Lepisosteus oculatus* | spotted gar | x | x | x | x | x |
| *Lepisosteus osseus* | longnose gar | | x | x | x | x |
| Clupeidae | | | | | | |
| *Dorosoma cepedianum* | gizzard shad | | x | x | x | x |
| Cyprinidae | | | | | | |
| *Campostoma anomalum* | central stoneroller | x | x | x | x | x |
| *Cyprinella lutrensis* | red shiner | | x | | x | |
| *Cyprinella whipplei* | steelcolor shiner | x | x | x | x | x |
| *Cyprinus carpio* | common carp | | x | x | x | x |
| *Dionda nubila* | Ozark minnow | x | | x | x | |
| *Luxilus cardinalis* | cardinal shiner | x | | x | x | |
| *Lythrurus spp.* | lythrurus shiners | | x | | x | x |
| *Nocomis asper* | redspot chub | x | | x | x | |
| *Notropis boops* | bigeye shiner | x | x | x | x | x |
| *Phoxinus erythrogaster* | southern redbelly dace | x | | x | x | |
| *Pimephales notatus* | bluntnose minnow | x | | x | x | x |
| *Semotilus atromaculatus* | creek chub | x | | x | x | |
| Catostomidae | | | | | | |
| *Catostomus commersoni* | white sucker | x | x | x | x | x |
| *Ictiobus spp.* | buffalos | | | x | x | |
| *Hypentelium nigricans* | northern hogsucker | x | | x | x | |
| *Minytrema melanops* | spotted sucker | | | x | x | |
| *Moxostoma spp.* | redhorses | x | x | x | x | x |
| Ictaluridae | | | | | | |
| *Ameiurus melas* | black bullhead | x | x | | x | x |
| *Ameiurus natalis* | yellow bullhead | x | x | x | x | x |
| *Ictalurus punctatus* | channel catfish | | | x | x | x |
| *Noturus exilis* | slender madtom | x | x | x | x | |
| *Noturus nocturnus* | freckled madtom | | x | | | x |
| *Pylodictis olivaris* | flathead catfish | | x | | | x |
| Esocidae | | | | | | |
| *Esox americanus* | redfin pickerel | | x | | | x |
| Salmonidae | | | | | | |
| *Oncorhynchus mykiss* | rainbow trout | | | x | x | |
| Aphredoderidae | | | | | | |
| *Aphredoderus sayanus*[1] | pirate perch | | x | | | x |
| Fundulidae | | | | | | |
| *Fundulus catenatus* | northern studfish | | | x | x | |
| *Fundulus olivaceus* | blackspotted topminnow | x | x | x | x | x |
| Poeciliidae | | | | | | |
| *Gambusia affinis* | western mosquitofish | x | x | x | x | x |
| Atherinopsidae | | | | | | |
| *Labidesthes sicculus* | brook silverside | x | x | | x | x |
| Cottidae | | | | | | |
| *Cottus carolinae* | banded sculpin | x | | x | x | |
| Centrarchidae | | | | | | |
| *Ambloplites rupestris* | rock bass | x | | x | x | |
| *Lepomis cyanellus* | green sunfish | x | x | x | x | x |
| *Lepomis gulosus* | warmouth | | x | | x | x |
| *Lepomis humilis* | orangespotted sunfish | | x | | | x |



| Family/Species | Common name | Ecoregion | | | Basin | |
|---|---|---|---|---|---|---|
| | | BM | OM | OH | AR | RR |
| *Lepomis macrochirus* | bluegill | x | x | x | x | x |
| *Lepomis megalotis* | longear sunfish | x | x | x | x | x |
| *Lepomis microlophus* | redear sunfish | x | x | x | x | x |
| *Micropterus dolomieu* | smallmouth bass | x | x | x | x | x |
| *Micropterus salmoides*[2] | largemouth bass | x | x | x | x | x |
| *Pomoxis annularis* | white crappie | x | x | x | x | x |
| *Pomoxis nigromaculatus* | black crappie | | | x | x | |
| Percidae | | | | | | |
| *Etheostoma blennioides* | greenside darter | x | x | x | x | x |
| *Etheostoma flabellare* | fantail darter | x | x | | x | |
| *Etheostoma punctulatum* | stippled darter | x | | x | x | |
| *Etheostoma radiosum* | orangebelly darter | | x | | | x |
| *Etheostoma spectabile* | orangethroat darter | x | x | x | x | x |
| *Etheostoma whipplei* | redfin darter | | x | | x | |
| *Etheostoma zonale* | banded darter | x | | x | x | |
| *Percina caprodes* | logperch | x | x | x | x | x |
| *Percina copelandi* | channel darter | | x | | | x |
| *Percina maculata* | blackside darter | | x | | x | x |
| *Percina pantherina* | leopard darter | | x | | | x |
| *Percina phoxocephala* | slenderhead darter | | x | | x | x |
| Sciaenidae | | | | | | |
| *Aplodinotus grunniens* | freshwater drum | | | x | x | |

[1] Only collected in stream sites that were electrofished.

[2] Included spotted bass *Micropterus punctulatus*.

## References

Arend KK, Bain MB (1999) Stream reach surveys and measurements. In: Bain MB, Stevenson NJ (eds) Aquatic habitat assessment: common methods. American Fisheries Society, Bethesda, MD

Bain MB (1999) Substrate. In: Bain MB, Stevenson NJ (eds) Aquatic habitat assessment: common methods. American Fisheries Society, Bethesda, MD

Balkenbush PE, Fisher WL (2001) Population characteristics and management of black bass in eastern Oklahoma streams. Proc Southeast Assoc Fish Wildl Agencies 53:130–143

Bart HL Jr (1989) Fish habitat association in an Ozark stream. Environ Biol Fisches 24:173–186

Benda L, Poff NL, Miller D et al (2004) The network dynamics hypothesis: how channel networks structure riverine habitat. BioScience 54:413–427

Brown AV, Lyttle MM, Brown KB (1998) Impacts of gravel mining on gravel bed streams. Trans Am Fish Soc 127:979–994

Chessman BC, Fryirs KA, Brierly GJ (2006) Linking geomorphic character, behaviour and condition to fluvial biodiversity: implications for river management. Aquat Conserv Mar Freshw Ecosyst 16:267–288

Dauwalter DC, Jackson JR (2004) A provisional fish Index of Biotic Integrity for assessing Ouachita Mountains streams in Arkansas, U.S.A. Environ Monit Assess 91:27–57

Dauwalter DC, Pert EJ, Keith WE (2003) An Index of Biotic Integrity for fish assemblages in Ozark Highland streams of Arkansas. South Nat 2:447–468

Dauwalter DC, Fisher WL, Belt KC (2006) Mapping stream habitats with a global positioning system: accuracy, precision, and comparison with traditional methods. Environ Manag 37:271–280

Dolloff A, Kershner J, Thurow R (1996) Underwater observation. In: Murphy BR, Willis DW (eds) Fisheries techniques, 2nd edn. American Fisheries Society, Bethesda, MD

Fisher WL, Tejan EC, Balkenbush PE (2004) Regionalization of stream fisheries management using Geographic Information Systems. In: Nishida T, Kailola PJ, Hollingworth CE (eds) Proceedings of the second international symposium on GIS/spatial analyses in fishery and aquatic sciences. Fishery-Aquatic GIS Research Group, Kawagoe, Saitama, Japan

Gorman OT, Karr JR (1978) Habitat structure and stream fish communities. Ecology 59:507–515

Harding JS, Benfield EF, Bolstad PV et al (1998) Stream biodiversity: the ghost of land use past. Proc Natl Acad Sci USA 95:14843–14847

Harvey BC (1991) Interaction of abiotic and biotic factors influences larval fish survival in an Oklahoma stream. Can J Fish Aquat Sci 48:1476–1480

Hawkins CP, Kershner JL, Bisson PA et al (1993) A hierarchical approach to classifying stream habitat features. Fisheries 18(6):3–12

Horwitz RJ (1978) Temporal variability patterns and the distributional patterns of stream fishes. Ecol Monogr 48:307–321



BLM_0040939

Howell CE Jr (2001) Correspondence between aquatic eco-regions and the distribution of fish communities of eastern Oklahoma. MSc, University of North Texas

Lepš J, Šmilauer P (2003) Multivariate analysis of ecological data using CANOCO. Cambridge University Press, UK, p 269

Marston RA, Bravard J-P, Green T (2003) Impacts of reforestation and gravel mining on the Malnant River, Haute-Savoie, French Alps. Geomorphology 55:65–74

Matthews WJ, Robison HW (1988) The distribution of the fishes of Arkansas: a multivariate analysis. Copeia 1988: 358–374

Matthews WJ, Robison HW (1998) Influence of drainage connectivity, drainage area and regional species richness on fishes of the interior highlands in Arkansas. Am Midl Nat 139:1–19

McCormick FH, Peck DV, Larsen DP (2000) Comparison of geographic classification schemes for Mid-Atlantic stream fish assemblages. J North Am Benthol Soc 19:385–404

Miller RJ, Robison HW (2004) Fishes of Oklahoma. University of Oklahoma Press, Norman, OK

Minshall GW, Cummins KW, Petersen RC Jr et al (1985) Developments in stream ecosystem theory. Can J Fish Aquat Sci 42:1045–1055

Montgomery DR (1999) Process domains and the river continuum. J Am Water Resour Assoc 36:397–410

Montgomery DR, Bolton SM (2003) Hydrogeomorphic variability and river restoration. In: Wissmar RC, Bisson PA (eds) Strategies for restoring river ecosystems: sources of variability and uncertainty in natural and managed systems. American Fisheries Society, Bethesda, MD

Morisawa M (1968) Streams: their dynamics and morphology. McGraw-Hill Book Company, New York

Økland RH (2003) Partitioning the variation in a plot-by-species data matrix that is related to n sets of explanatory variables. J Veg Sci 14:693–700

Omernik JM (1987) Ecoregions of the conterminous United States. Ann Assoc Am Geogr 77:118–125

Omernik JM (2004) Perspectives on the nature and definition of ecological regions. Environ Manag 34(Suppl 1):S27–S38

Peterson JT, Rabeni CF (2001) The relation of fish assemblages to channel units in an Ozark stream. Trans Am Fish Soc 130:911–926

Poff NL (1997) Landscape filters and species traits: towards mechanistic understanding and prediction in stream ecology. J North Am Benthol Soc 16:391–409

Poole GC (2002) Fluvial landscape ecology: addressing uniqueness within the river discontinuum. Freshw Biol 47:641–660

Rabeni CF, Jacobson RB (1993) Geomorphic and hydraulic influences on the abundance and distribution of stream centrarchids in Ozark USA streams. Pol Arch Hydrobiol 40:87–99

Reynolds JB (1996) Electrofishing. In: Murphy BR, Willis DW (eds) Fisheries techniques, 2nd edn. American Fisheries Society, Bethesda, MD

Rohm CM, Giese JW, Bennett CC (1987) Evaluation of an aquatic ecoregion classification of streams in Arkansas. J Freshw Ecol 4:127–141

Rosgen DL (1994) A classification of natural rivers. Catena 22:169–199

Rosgen DL (1996) Applied river morphology. Wildland Hydrology, Pagosa Springs, CO

Rutherford DA, Echelle AA, Maughan OE (1992) Drainage-wide effects of timber harvesting on the structure of stream fish assemblages in southeastern Oklahoma. Trans Am Fish Soc 121:716–728

Sheldon AL (1968) Species diversity and longitudinal succession in stream fishes. Ecology 49:193–198

Shelford VE (1911) Ecological succession. I. Stream fishes and the method of physiographic analysis. Biol Bull 21:9–35

Splinter DK (2006) Spatial patterns in the fluvial system: comparisons among three eastern Oklahoma ecoregions. PhD, Oklahoma State University

Taylor CM (1996) Abundance and distribution within a guild of benthic stream fishes: local processes and regional patterns. Freshw Biol 36:385–396

Taylor CM (2000) A large-scale comparative analysis of riffle and pool fish communities in an upland stream system. Environ Biol Fishes 58:89–95

Taylor CM, Lienesch PW (1995) Environmental correlates of distribution and abundance for Lythrurus snelsoni: a range-wide analysis of an endemic fish species. South Nat 40:373–378

Tejan F. (2004) Landscape-scale influences on stream fish assemblages in eastern Oklahoma. MSc, Oklahoma State University

ter Braak CJF (1986) Canonical correspondence analysis: a new eigenvector technique for multivariate direct gradient analysis. Ecology 67:1167–1179

USGS (1999) National elevation dataset, 1st edn. U.S. Geological Survey, Sioux Falls

Vannote RL, Minshall GW, Cummins KW et al (1980) The river continuum concept. Can J Fish Aquat Sci 37:130–137

Walters DM, Leigh DS, Bearden AB (2003a) Urbanization, sedimentation, and the homogenization of fish assemblages in the Etowah River Basin, USA. Hydrobiologia 494:5–10

Walters DM, Leigh DS, Freeman MC et al (2003b) Geomorphology and fish assemblages in a Piedmont river basin, U.S.A. Freshw Biol 48:1950–1970

Ward JV, Stanford JA (1983) The serial discontinuity concept of lotic ecosystems. In: Fontaine TDI, Bartell SM (eds) Dynamics of lotic ecosystems. Ann Arbor Science, Ann Arbor, MI

Wiens JA (1989) Spatial scaling in ecology. Funct Ecol 3:385–397

Wilkinson CD, Edds DR (2001) Spatial pattern and environmental correlates of a midwestern stream fish community: including spatial autocorrelation as a factor in community analyses. Am Midl Nat 146:271–289

Wolman MG (1954) A method of sampling coarse river-bed material. Trans Am Geo Union 35:951–956

Woods AJ, Omernik JM, Butler DR et al (2005) Ecoregions of Oklahoma (color poster with map, descriptive text, summary tables, and photographs). U.S. Geological Survey, Reston, VA (map scale 1:1,250,000)


Springer

BLM_0040940



# DELTA COUNTY MASTER PLAN

### FINAL DRAFT

### OCTOBER, 1996

Over the past two years, the citizens of Delta County have been involved in a grassroots planning process to revise the 1990 Delta County Master Plan. The primary purpose of this effort was to address the impacts of growth on the rural lifestyle and natural resource base of Delta County. The approach considered resource conservation and management as the basis for planning in Delta County rather than traditional urban planning models.

The process divided the County into seven planning areas based on watersheds and communities within each watershed. Citizens within each planning area volunteered to serve on a resource team. Each team defined its community vision, identified its natural and human resources and recommended strategies to achieve the vision for its desired social and physical landscape. Public meetings were held throughout the process in each planning area to get input from area residents.

The revised Delta County Master Plan is the result of this grassroots effort and addresses the five concerns shared by all seven planning areas. The Plan may not incorporate all of the desires and recommendations of each planning area, but it does represent the common ground among them.

The revised Delta County Master Plan will serve as an advisory document to guide both public and private entities in making sound decisions, based on a shared community vision for the future growth and development of Delta County.

### PUBLIC HEARING SCHEDULE

The Delta County Planning Commission, Future Growth Steering Committee and Planning Area Committees will host public hearings on the draft of the Revised Delta County Master Plan on the following dates.

| Area | Date | Time | Location |
|---|---|---|---|
| Escalante Planning Area | Tues., Nov. 12, 1996 | 7:00 p.m. | Delta High School Commons |
| Peach Valley Planning Area | Tues., Nov. 12, 1996 | 7:00 p.m. | Delta High School Commons |
| Uncompahgre Planning Area | Tues., Nov. 12, 1996 | 7:00 p.m. | Delta High School Commons |
| Crawford Country Planning Area | Wed., Nov. 13, 1996 | 7:00 p.m. | Crawford Town Hall |
| Surface Creek Planning Area | Tues., Nov. 19, 1996 | 7:00 p.m. | Cedaredge Com. Center |
| Leroux Creek Planning Area | Wed., Nov. 20, 1996 | 7:00 p.m. | Memorial Hall, Hotchkiss |
| Upper North Fork Planning Area | Thurs., Nov. 21, 1996 | 7:00 p.m. | Paonia Town Hall |

## INTRODUCTION

The Delta County Master Plan is a blueprint for the County's future. It is a tool for providing coordinated guidance and direction for meeting such challenges as population and economic growth, provision for public services and natural resource protection. The Master Plan provides a look at the natural resources and infrastructure of Delta County; at the issues, needs and opportunities the County and its citizens are facing; and recommended activities the County can undertake to implement citizens' visions for the future of this area.

In 1990, Delta County adopted a Master Plan to guide future growth and development in the unincorporated area of Delta County. At that time, the County's population was less than in 1980. The County's economy is just beginning to recover from the mining bust and agricultural decline of the mid-80's. The 1990 Master Plan set forth broad based goals and objectives addressing the future growth and development but it did not suggest or recommend implementation strategies to realize the goals or objectives of the Plan.

Since 1990, Delta County has experienced considerable growth. In 1994, a citizens' ad hoc committee conducted two series of meetings throughout the County to discuss the impacts of growth on the rural landscape and quality of life. At the conclusion of the meetings, the ad hoc committee submitted recommendations to the Board of County Commissioners. One recommendation was to review and revise the 1990 Master Plan to address the County's current issues and to provide a framework for planning the future of Delta County.

Any plan is only a prologue. Its usefulness lies in its implementation. What is essential therefore, is the willingness of the community to concern itself with its own future. Building on that concern, the Master Plan can be a catalyst for responsible and productive measures to guide the changes that inevitably will come.

Finally, a master plan is an advisory document only and has no regulatory or restrictive powers. It is not written in stone but is meant to be evaluated by the community at large at least every five years to reflect changing circumstances within the community.

BLM_0040941

## PART ONE

## COMMUNITY PROFILE AND PLANNING PROCESS

Part I contains a general profile of Delta County as it exists today and a description of the planning process that was utilized to revise the 1990 Delta County Master Plan. The community profile provides a very broad snapshot of the current conditions and resources within the County and describes some of the current growth trends. The planning process outlines the two year citizen-based process that addressed three questions: (1) what does the County look like today? (2) what does the County want to look like in the future? and (3) how will the County accomplish its vision for the future?

## COMMUNITY PROFILE

### Geographic Resources

Delta County is located in the west central part of Colorado and has a land area of 1,157 square miles. The County has unique and diverse land forms and a varied topography: flattop mesa and "adobe" badlands, river canyons, flat irrigated farm lands, and high mountain peaks. Elevations range from 4,750 feet in the Gunnison River Valley to well over 11,000 feet In the West Elk Mountains. Escalante and Dominguez Canyons are outstanding landscape features to the west, and Grand Mesa dominates the northern landscape at an elevation of 10,000 feet.

The North Fork of the Gunnison River enters the County from the east, the Gunnison River and the Uncompahgre River flow from the south. These rivers and their tributaries provided a force that helped shape and enrich the character of the unique land forms cut from the geologic landscape of Delta County.

### Economic Resources

Traditionally, Delta County's economy has been based on agriculture and mining. Earnings: from mining employment within Delta County have declined by more than 50% within the past decade as a result of mine closures and the implementation of technological efficiencies within the industry. Agriculture has cushioned the busts of the mining industry and agriculture remains the mainstay of the County's economy. But it is challenged by declining cattle market prices and pressures from population growth.

Delta County now is facing a transition from Its traditional resource-based industries of agriculture, mining and timbering to the "New West" economy of tourism and recreation. Wedged between the resort areas of Aspen, Crested Butte, and Telluride, the County is experiencing an in-migration of urbanites and more tourists. This is bringing economic opportunities, but at a price: it will inevitably change the County's social fabric and rural landscape.

### Population Resources

The County experienced its first significant population growth in the 1970s. This was followed by a decline in the latter half of the 1980s caused by mine shutdowns in the North Fork Valley. Now the County is growing again: Since 1990 its population has shot up by nearly 20 percent, to 25,023 from 20,980. The new residents are retirees, "lone eagle" telecommuters, service employees who cannot afford to live where they work, and "baby boomers" seeking a better quality of life.

The County's Hispanic community also is growing. About 6,000 Hispanic farm workers now reside in the Delta and Montrose areas. Farm workers used to come for the harvest season and then return to Mexico. Now. they stay because of the growth of the winter job market in the region's ski resorts.

### Natural Resources

Delta County has a variety of natural resources which have been the basis for its economy over time. 55 percent of the County's 740,000 acres of land is federally owned and managed by the Grand Mesa, Uncompahgre and Gunnison National Forest and the Uncompahgre Resource Area of the Bureau of Land Management. Early settlers in Delta County developed and improved the land in order to irrigate fields for produce, fruit orchards and cattle ranching: Over the years other farm products (sugar beets, barley, broccoli, and poultry) have been introduced. Today, of the 330,900 privately owned acres, most remain in some form of agricultural production - either fruit orchards, row crops or pasture. This has led to an agricultural diversity within the County and has allowed the County to be a major producer of agricultural products within the State.

Two other natural resources have played an important role in the history of Delta County: forests and coal. National forestry began in 1893 with the establishment of the Battlement Mesa Forest Reserve. This area was later divided to establish the Grand Mesa National Forest and the Gunnison National Forest. Today, controlled grazing, lumber production and a multitude of recreational opportunities abound on the national forests within Delta County. Coal mining has been cyclical in nature, but current mine production in the North Fork Valley is at its highest production level, although mining employment has declined due to technological efficiencies within the industry.

Wildlife is another natural resource that adds value to the rural character of Delta County and contributes significantly to the local economy particularly during hunting seasons: The Division of Wildlife has estimated that the total economic value of wildlife exceeds $18 million annually for Delta County.

BLM_0040942

## Cultural Resources

Delta County has a history rich In Indian lore, mining, railroads and agriculture. Preservation of the cultural heritage of this area has been identified as an important value and is ensured by a variety of initiatives: Delta County has two state designated Scenic and Historic Byways. Both Scenic Byways are developing corridor management plans to provide for the protection and interpretation of the cultural heritage and natural resources of the areas.

Local communities are trying to capture tourists by marketing the history and cultural heritage of the area. Pioneer Town in Cedaredge is a collection of historical buildings that provides a replica of early living in the Surface Creek Valley. Fort Uncompahgre in Delta is a living history museum that captures the early fur trading days at the confluence of the Gunnison and Uncompahgre rivers: All communities host annual summer festivals that highlight the heritage unique to their community.

## Government Resources

Delta County is comprised of six Incorporated municipalities, each with its own governing body. The County's current philosophy of governance relies heavily upon citizen participation and advisory groups. The County Commissioners convene quarterly meetings with the elected officials of each community to discuss common issues and seek cooperative solutions. In addition, the County has actively initiated and supported regional coalitions to address issues of regional concern and impact, e.g. air quality, public lands policy and management, housing, transportation and growth issues.

## Community Infrastructure and Services

Each of the incorporated municipalities is responsible for providing basic infrastructure and services to their residents. Most residents in the unincorporated areas of the County are served by small domestic water companies and individual sewage disposal systems. With the exception of the City of Delta, communities are experiencing pressure on their existing water and sewer systems and have either imposed moratoriums on water taps or are making substantial improvements to their water and wastewater systems to accommodate the new growth.

Electrical services are provided by both Delta-Montrose Electric Association and the City of Delta. Telephone service is provided by Delta County TeleComm in part of the County and US West in the greater Delta area. Both electrical and telephone providers say they have the capacity for a moderate rate of growth.

Health care services are provided by area physicians, medical clinics, three independent ambulance services, area nursing homes and the Delta Memorial Hospital. Educational. needs are addressed by the public school system and the Delta/Montrose Area Vocational-Technical Center. The Delta County Library system has libraries in the communities of Cedaredge, Crawford, Delta, Hotchkiss and Paonia.

The residential growth pattern has increased demand for public safety, fire protection, rural health care, social services, transportation, housing and road systems. A variety of local and regional efforts are underway to address many of the impacts on the various community systems that are not the direct responsibility of local governments or special districts.

## PLANNING PROCESS

### Background

Delta County currently has no zoning or land use plan in place that guides land use decisions on a county-wide basis. There are three existing special planning districts within the. County that have adopted zoning regulations for properties within their boundaries. In addition, the County does have regulations that govern the subdivision of land, development in floodplains, mobile home parks and utility and access permits.

In 1993, a diverse group of citizens approached the County Commissioners to sponsor a series of community meetings on the impacts of growth and how citizens would like to address the issues. The Commissioners supported this citizen effort because they believed that any new planning initiative should come from the people of Delta County. The Ad Hoc Growth Committee conducted two series of meetings in each of six geographic areas of the County during late 1993 and 1994. In the summer of 1994 the Committee presented its recommendations to the County Commissioners.

In response to the Committee recommendations, the Commissioners appointed a Growth Steering Committee to work with the County Planning Commission and the County Commissioners to rewrite the County's Master Plan. The Growth Steering Committee is comprised of about 25 members who represent not only different interests but different geographic areas of the County and each municipality. Its primarily function is to help with the public process and to act as a sounding board for the staff, and Planning Commission as the Master Plan is rewritten.

The County was then divided into seven planning areas based on watersheds and social communities within each planning area. The seven areas are Escalante (north Delta area), Uncompahgre (river valley floors and mesas lying to the east, west and south of the City of Delta from 1800 Road to Delta/Montrose County line),

BLM_0040943

Peach Valley, Surface Creek Valley, Leroux Creek (Hotchkiss and Redlands mesa area), North Fork (Paonia area), Crawford Country (see Appendix A for a map of the planning areas).

At public meetings held throughout the County in the spring of 1995, each planning area was presented with 14 issues related to growth and development that had been identified within the region since 1992. The areas were asked to prioritize the issues they felt were most important.   The results of those public meetings identified the following as the most important county-wide issues:

1) Preservation of agricultural lands and open space
2) Protection of private property rights
3) Maintaining the rural lifestyle
4) Scarcity of availability of domestic water
5) Lack of land use planning

Following the public meetings, each planning area identified a work team to work with County staff and technical resource persons, e.g. DOW, water companies, Soil Conservation, irrigation companies, to begin to define their vision for the future social and natural landscape of their area.   Over 350 people attended the various public planning area meetings and some 75 citizen volunteers have worked with the Future Growth Steering Committee and Planning Commission.

During the spring and summer of 1995 the planning area resource teams defined their future visions, identified natural and manmade community resources, and developed strategies to recommend to the County Commissioners to achieve their goals.   In November 1995 the planning areas met with the Future Growth Steering Committee and Planning Commission to report on the progress in each planning area and to identify any common concerns. The planning areas listed five:

- Preservation of agriculture
- Maintaining the rural lifestyle
- Require new development to pay its own way and be directed to areas with adequate infrastructure
- Protection of private property rights
- Economic development

During the winter and spring of 1996 representatives of each planning area and the Planning Commission have met in monthly work sessions to develop goals, objectives and implementation strategies that provide a framework for addressing those common concerns.

The five common concerns noted above represent the basis for the rewriting of the 1990 Delta County Master Plan.  The Plan may not incorporate all of the desires and recommendations of each planning area, but it does provide a starting point and it represents a minimum level of standards to be considered for the County.

Individual planning areas may wish to develop more comprehensive plans for their area that address the concerns specific to their area.    The County Commissioners have agreed to consider the level of planning each community wants when reviewing development proposals within the respective planning areas.  When and if each planning area elects to develop a separate plan to achieve its vision for the future, the plan will be incorporated as an appendix to this County Master Plan. The revised Delta County. Master Plan and individual planning area plans, as developed and adopted by the residents of each planning area, will serve as the basis for future land use decisions.

BLM_0040944

# DELTA COUNTY MASTER PLAN

## PART TWO

## GOALS, POLICIES AND IMPLEMENTATION STRATEGIES

PART II contains the goals to realize Delta County's vision for the future and represent the common concerns that were identified by the seven planning areas. These goals reflect the values that are important to the citizens of Delta County. They establish the direction to be followed in the future to protect and enhance our quality of life.

The specific policies provide a framework for achieving the goals. The implementation strategies are recommended actions that can be taken by the County's citizens, community and business leaders, and elected officials. They are not regulations or a final commitment but could lead to the adoption of the necessary regulatory tools after the Master Plan is approved.

## MASTER PLAN GOALS:

### I. Preservation of Agricultural Land and Agricultural Operations

### Introduction

Delta County is an agricultural County where the. importance of the agricultural economy is real and not merely a symbol of a western life style. In 1995 the market value of agricultural products grown in Delta County was $44,593,000. The total economic impact of agriculture and related industries was an estimated $134,760,840. Agriculture, including forestry, and agricultural related business directly employ an estimated 23 percent of the total County workforce. Agriculture accounts for approximately 40 percent of the total workforce, when indirect employment is included.

Agriculture is critical to the economy of Delta County. The seven planning area committees all recognized that any threats to the agricultural base resulting from development could be a major detriment to the overall economic well being of the County. They also recognized that agriculture, more than any other factor, defines the rural character of the County. The planning area committees want a viable agricultural economy. In addressing this concern, these issues emerged.

### Issues

- **Equity**. The preservation of agricultural land through land use regulation puts the economic burden of preservation on the farmer or rancher. An agricultural preservation program must also provide voluntary incentives and flexible land use approaches that recognize and fairly compensate landowners for keeping land in agriculture.

**Definition**. Not all open space is agricultural land, nor Is all agricultural land prime agricultural land as defined by the Natural Resource Conservation Service. An agricultural preservation program must focus on agricultural land and identify the land that can support a viable agricultural operation.

- **Interrelationships**. The economic viability of agriculture is dependent, in part, upon the continued multipal use philosophy of the public lands that have historically provided summer grazing lands for Delta County's cattle and sheep ranchers. This interdependency between agriculture and public lands has been a cultural tradition and custom within Delta County. Any weakening of the current multiple use philosophy will threaten the viability of this agricultural community. The County also should promote businesses and industries that support agricultural land use. This would include activities that add value to existing raw products as well as the promotion of new marketing mechanisms.

- **Incompatibility**. If maintaining a critical mass of agricultural land use is the County's highest priority, the County must be willing to restrict other uses that are incompatible with agriculture and related business. This means residential subdivisions and other types of development adjacent to agricultural operations may have to be denied or required to mitigate adverse impacts on existing agricultural land use.

The concern over the future of agriculture in Delta County and the issues that are associated with that concern resulted in a goal statement that went beyond the land preservation issue.

> ### Goal Statement
>
> **Maintain Delta County as an agricultural community by preserving agricultural land, enhancing the viability of agricultural operations and encouraging a social, economic and political environment that reflects a positive attitude toward agriculture.**

### Policies

A. **An agricultural preservation program must identify the lands that are important to agriculture and focus on the preservation of land that is critical to the agricultural economy of Delta County.**

### Implementation Strategy

Establish the criteria for identification of important agricultural land and, perform the analysis necessary to identify and map the important agricultural lands and agricultural uses within each planning area.

BLM_0040945

**B. An agricultural preservation program should be equitable by providing a variety of options and incentives to landowners who keep lands in agriculture.**

<u>Implementation Strategies</u>

1. Fully explore the potential for a successful Transferable Development Rights (TDR) program for the County that includes the possible sources of funding for both pilot programs and a TDR Bank.

2. Establish a strong liaison with the private and public agencies that advocate agricultural land preservation in order to fully utilize conservation easements and other tools to preserve agricultural land.

3. Provide flexibility in the subdivision review process for those landowners who are willing to cluster development to preserve agricultural lands.

**C. An agricultural preservation program must include efforts to preserve and enhance the overall agricultural economy through programs that promote the County's agricultural products and provide support to those related industries and businesses' critical to agriculture.**

<u>Implementation Strategies</u>

I. Provide financial support for promotional and marketing programs.

2. Identify the economic contribution of those industries and businesses that are agriculturally related and publicize their contributions.

3. Conduct research and develop programs that will add value to existing agricultural products.

4. Encourage local economic development organizations to support and recruit value-added processing and food and fiber manufacturing opportunities.

**D. An agricultural preservation program must Include provisions that protect viable agricultural operations from development that would have adverse impacts on the operation.**

<u>Implementation Strategies</u>

1. The County Commissioners should recognize that preserving agricultural land and sustaining the agricultural economy have primary status in the adoption or revision of County regulations.

2. The County staff should work with agricultural organizations and representatives of agricultural related businesses to identify those types of land uses that have or may have a direct and negative impact on agriculture, agricultural infrastructure and agricultural industries. Methods of mitigating the adverse impacts of new development on agriculture should be developed as part of the regulation and review of new development.

3. The County should utilize its authority under state laws to develop a local planning area review process for any change in land use from agricultural use to residential, commercial or industrial use, and to develop mitigation standards to minimize the potential negative impacts on agricultural lands.

4. The County should consider including preservation of agriculture in the "Purpose" or "Intent" sections of existing regulations.

5. The County should direct growth and infrastructure development to protect productive agricultural lands.

6. The County should strengthen its Right-to-Farm policy by adopting a Right-to-Farm ordinance.

7. The County should educate people moving in next to ranches and farms about agricultural practices.

**E. An agricultural preservation program should discourage the conversion of irrigation water for agricultural use to domestic or municipal use.**

<u>Implementation Strategy</u>

Explore alternative mechanisms and methods to ensure that development of water for municipal, or domestic uses does not adversely affect irrigation water resources.

**II. Preservation of the Rural Lifestyle and Landscape. The Natural Environment and Unique Physical Characteristics of Delta County.**

<u>Introduction</u>

Delta County is a rural community as defined by both objective and subjective measurements. 23 percent of the County workforce is employed in agriculture. 54 percent of the County residents live in the unincorporated area which has a population density of 26 persons per

BLM_0040946

square mile. All of these are objective criteria for defining a rural community.

But a rural lifestyle is not measured solely by objective criteria. There is a sense of community, e.g. how people view the community in which they live, their relationships with their neighbors, their philosophy of how community interrelationships work and the pace of their daily activities. The residents of Delta County perceive themselves as living in a community that values hard work, self-reliance, honesty, involvement in civic activities and a caring attitude about their neighbors.

A rural lifestyle also includes the natural resources that are associated with a rural landscape. The planning areas identified wildlife habitat and migration corridors, open space, agricultural lands, clean air, scenic viewsheds, wetlands and riparian areas. In addition, Delta County has unique and diverse land forms and a topography that varies from high mountain peaks to semi-arid adobe badlands. The two major rivers, the Gunnison and the Uncompahgre, add to this unique landscape through the constant reshaping of the land.

## Issues

The area planning committees were virtually unanimous in their desire to preserve and maintain the County's rural character. The major issues are:

- **Density**. A rural community is defined, in part, by its population density. The current population density in the unincorporated areas of Delta County is 26 persons per square mile. However, given the different resources and values within each of the planning areas, opinions differ as to what the density level should be. What density level can be supported by the County road system and services? What is the carrying capacity of the local landscape and natural resource base?

- **Natural Resources**. Development can change the rural landscape and natural resources if measures are not taken to protect these resources. Does the County have the tools and resources available to preserve the environmental character of the County and still accommodate a reasonable rate of growth and respect individual property rights?

- **Rural Sprawl**. Few things change the rural character or affect its natural resources more than the conversion of the natural areas to development. Although most residents take such resources for granted in their daily lives, they are strongly affected when such lands and resources begin to sprout buildings and parking lots. Rural sprawl impacts agricultural viability, reduces open space and increases wildlife pressure on remaining agricultural lands. It is difficult and expensive for local governments to provide services for rural sprawl.

---

> **Goal Statement**
>
> **Preserve the rural character and natural environment, and protect the unique physical resources of Delta County through programs that provide an equitable balance of preservation and respect for individual property rights**

**Policies:**

A. **Establish a range of densities appropriate for each planning area within the County.**

   Implementation Strategies

   1. Undertake the research and analysis necessary to objectively define a rural population and recommend that each planning area establish density levels appropriate for its community vision and the carrying capacity of its natural and manmade resources.

   2. Prepare an objective public information program on the advantages and disadvantages of a density limitation for Delta County. Use reasonable growth rates or target year population limits (year 2020?) as a basis for the density calculations. Present alternatives including, (a) no new regulations, (b) voluntary growth management strategies and (c) additional and more restrictive land use regulations such as zoning.

   3. Undertake infrastructure (capital improvements) planning and service delivery programs for the designated rural areas that are tailored to meet only rural needs.

B. **Inventory and classify the physical features and environmental resources of the County..**

   Implementation Strategies

   1. Collect and analyze the data necessary to map the significant physical features and environmental characteristics of the County. The data base should include, at a minimum; areas of steep or unstable slopes, soils, floodplains, wetlands and riparian areas, critical watersheds, wildlife migration paths and (critical) winter habitat, important scenic viewsheds and areas with a high potential for wildfires.

Page 7

2. Develop criteria for assessing the impact of new development on the significant physical features and critical environmental resources. Utilize mapped data and impact assessments to designate areas as "more" and "less" suitable for development.

**C. Identify the developmental pressures that could threaten the preservation of the Important physical features and environmental resources of the County.**

**Implementation Strategies**

1. The County staff should work with agencies and/or groups associated with the different resources to identify those types of land uses that may have direct and negative impact on the significant physical features or resources.

2. Develop mitigation standards or development restrictions to minimize the adverse impact of development on each specific resource.

**D. Develop programs and resources that provide compensation and/or incentives to landowners who preserve resources and restrict development.**

**Implementation Stgrategies**

1. Prepare a resource manual that includes the full range of incentives and compensation available to landowners who withhold land from development. This would include programs from other agencies such as: the Colorado Division of Wildlife, federal and state agricultural programs, land trusts, the Nature Conservancy and private foundations.

2. Develop a Resource Preservation Program to provide landowners who elect to preserve specific natural resources an expedited development review process.

3. Develop a Landowner Outreach Program that is designed to educate landowners about all the development options before they proceed to develop their land.

**E. Utilize existing regulations to preserve and protect the significant physical features and environmental resources of Delta County,**

**Implementation Strategies**

1. Inventory and review existing regulations, i.e., subdivision, floodplain, Area of State Interest (1041 powers), to determine their effectiveness in preventing or mitigating the adverse impacts of new development.

2. Develop a local planning area review process for any change of land use or new development and develop mitigation standards to minimize the potential negative impacts on resources identified as important to maintaining a rural character, e.g. wildlife, agricultural lands, riparian areas and open space.

**III. Encourage New Development to Locate In Areas with Adequate Infrastructure and Require that Development Pay Its Own Way**

**Introduction**

This position is derived from concerns that were reflected in the planning area committees' meetings and draft plans. The intent is to deal with the pace and impact of growth as it relates to public infrastructure and services, and, to identify the real costs of growth in order to require that those who cause or benefit from growth also pay the costs.

The concern over the impacts of growth and the financial responsibility for those impacts is supported by the costs of corresponding improvements to the infrastructure and the increased demand for County services. According to current information released by the Census Bureau, the County's 1995 population has increased by 19.6 percent since 1990 or an average annual growth rate of 4 percent. The State Demographer's office has projected that Delta County's average annual growth rate will be at 2.5 percent through the year 2010. For the past several years, however, Delta County has exceeded the State Demographer's estimates. The planning area committees have expressed major concerns over the impacts of an annual growth rate that exceeds 2 percent.

**Issues:**

- **County Infrastructure and Services**. The increasing population and residential development is outstripping the County's ability to improve and maintain the County road system. A road system designed to accommodate traditional farm-to-market demands is now expected to accommodate commuter traffic. The Sheriff's Department, staffed to deal with the level and complexity of rural crime, is now expected to respond to calls that are more urban in character. Emergency services are finding it more and more difficult to access and properly fight fires that are occurring in areas attractive for new development but isolated from adequate infrastructure.

- **Domestic Water**. The unincorporated areas of the County are mostly served by small water providers that are designed to serve a rural, farm or ranch community. They have limited available water resources and lack financial capability to expand services. Most cannot meet current minimum water pressures for fire protection. The result has been moratoriums or limitations on domestic water taps, which has resulted in requests to approve sources of domestic water that are generally not acceptable.

BLM_0040948

- **Sewage Disposal**. The common sewage disposal method in the unincorporated area is individual septic tank/leach field systems. This is adequate for areas of low density and suitable soils. The growing demand for smaller lots without regard to soils suitability is creating concern about the possibility of groundwater and surface water contamination. Compounding this, problem is the inability of some municipalities to expand their municipal sewer service.

- **Fire Protection**. The inability of many water providers to supply adequate pressure, and undersized water lines place unusual burdens on the local Fire Protection Districts. In addition, some County roads are not always able to handle modern fire trucks because they are too narrow, are not constructed to meet all-weather road standards and have steep grades.

- **Schools**. The school enrollment in Delta County increased by 838 students between 1990 and 1995. This is an annualized rate of over 4.2 percent which exceeds the population growth rate. The School District presently has classroom capacity for 444 students. The overall system is at 91 percent of capacity but there are several schools that are in excess of 96 percent. Garnet Mesa and Delta High School are over their rated capacity.

- **Housing**. Affordable housing and safe housing were issues that were raised at the County level. At this time there is a county-wide housing task force that is addressing the lack of affordable housing, senior housing and safe housing issues. This was not seen as an issue to be addressed at this time in the Master Plan.

  The lack of standards for mobile homes in Delta County and the influx of older mobile homes that have been restricted from neighboring counties was raised in most planning areas. Mobile homes were recognized as an acceptable form of affordable housing that should be integrated into a community rather than segregated in mobile home parks, if health and safety standards are met.

- **Transportation**. The automobile is the primary source of transportation in Delta County and is likely to remain so. Public transportation is unlikely to become a significant factor in the County within the near future. Delta County participates in the Gunnison Valley Transportation Planning Region. The Region has developed a 20 year plan for addressing public transit and intermodal transportation issues, and meets regularly to review and implement the local and regional objectives of the Plan.

The County's current transportation issues concern the County road system. The County road system is managed by three separate Road and Bridge Districts that are responsible for road improvements and road maintenance. Transportation as an issue separate from the County road system and capital improvements program is not addressed in this Master Plan.

---

<u>Goal Statement</u>

**The growth policies of Delta County should ensure that the financial impacts of new development are paid by those who benefit, and that development is directed to those areas *where* there is adequate infrastructure and services.**

---

Policies

A. **New development must be fiscally equitable in that the investment in public facilities and services is an obligation of the developer and not subsidized by existing residents.**

   <u>Implementation Strategies</u>

   1. Develop a fiscal impact model that assesses the costs and benefits of new development and the cumulative effect of all subdivisions on rural services and facilities.
   2. Require that any fiscal inequities be addressed as part of the development review process.

B. **Development should occur in and near municipalities where adequate infrastructure is available and services can be efficiently provided.**

   <u>Implementation Strategies</u>

   1. the County and the municipalities should establish joint planning areas that define the urban service boundaries around each town.

   2. Municipalities should be encouraged to allow the expansion of their water and sewer service areas, to accommodate a reasonable rate of growth.

   3. The County should require that residents who benefit from any extension of municipal utility services must pay the costs of those extensions.

   4. Utility service districts should be formed to finance the improvements necessary for the expansion of municipal utility services.

   5. The County should explore an "Adequate Public Facilities" requirement for new development.

BLM_0040949

C. **The County Capital Improvement Plan should help implement the Master Plan by directing capital investment in ways that encourage sound growth management and by ensuring that the population standards for public infrastructure and services are adequate.**

<u>Implementation Strategies</u>

1. Develop a county-wide road improvement plan with input from local planning areas to prioritize road improvements and develop a long-range schedule for such improvements.

2. Develop a county-wide water and sewer plan that contains an inventory of existing domestic water and sewer resources and identifies opportunities and constraints for expansion of such systems throughout the County.

3. Update the existing County Capital Improvements Plan to ensure that existing public infrastructure, e.g. parks, libraries, roads, water, sewer, fire protection, administrative and maintenance facilities meet the standards for current and projected population growth.

D. **In areas of less intensive development emphasis should be placed on the adequacy of the existing County roads and fire protection services.**

<u>Implementation Strategies</u>

1. Develop a county road classification system that establishes minimum travel safety and grade thresholds for existing County roads. New development should keep within these thresholds. If not, such development should pay for upgrading the road(s).

2. Where water main sizes, storage or pressure is inadequate for minimal fire safety standards, alternative mitigation standards should be established.

## IV   Protect Private Property Rights

<u>Introduction</u>

All of the Planning Area Committees call for the preservation of property rights for all property owners. This is a value strongly embraced by the citizens of Delta County. Land use planning and land use controls, however, limit property rights. Land use planning reflects community goals that may conflict with property rights. The Planning Area Committees, in recognizing this conflict, have identified these issues.

<u>Issues</u>

- How can the County ensure the preservation of basic property rights and still engage in responsible planning and management of growth?

- How can the right of a property owner to use and enjoy his property be balanced with the rights of neighboring property owners to be protected against potentially adverse impacts on their property or their property values?

- How can individual property owners' rights to use and enjoy their land be balanced against the need and desire to protect and preserve the physical, economic and environmental resources that are valued by the majority of the residents of Delta County?

- How can individual property owner be protected against land use controls that demand unrealistic compliance and processing requirements?

- How can the County ensure that land use regulations that are designed to implement the Master Plan are responding to a real problem or the high potential of a real problem?

---

**Goal Statement**

**The right to use, enjoy and protect property should not be diminished by policies and regulations that are not consistent with the goals and objectives of this Master Plan**

---

<u>Policies</u>

A. **Any land use regulation or restriction adopted by the County must necessarily either:**
   **(a) protect the public health and safety,**
   **(b) make fair and efficient use of public funds or**
   **(c) provide for the orderly division, sale, development and financing of private property consistent with the goals and objectives of this Master Plan.**

<u>Implementation Strategies</u>

1. **<u>Burden of Proof</u>**. Implementation of the subdivision regulations and other County land use regulations will assume that a particular division or use of land should be authorized unless the division of land or use would violate existing regulations, would adversely impact neighboring property owners or residents, or contradict the goals and objectives of the Master Plan.

BLM_0040950

2. The County should offer a variety of development options and incentives to landowners who develop, or who pursue the goals and objectives of this Plan.

**B. The right to develop and improve private property _does not_ constitute the right to physically damage or adversely impact the property or property value or neighboring landowners.**

**Implementation Strategies**

1. In the implementation of the County's land use regulations the compatibility of _a_ new development with the existing land uses should be given priority consideration.

2. In cases where there is incompatibility between an existing and _a_ proposed land use, the property right of the existing use should be given priority.

**C. The right to own and use private property should not be adversely affected by unreasonably complex land use regulations or an unreasonable time frame for review.**

**Implementation Strategies**

I. All land use regulations should have a precise statement of intent and purpose and should be written clearly and concisely.

2. Land use cases should include findings and be processed within a reasonable time frame. This time should be directly proportional to the complexity of the case and available staff resources.

3. The County should develop a faster mechanism for property transfers within families, yet provide for the eventuality, that such parcels may be sold on the open market.

**V. Promote an economic climate that increases job opportunity and overall economic _well_ being.**

**Introduction**

The preservation and enhancement of the County's economic base is a prerequisite to achieving the goals of the Master Plan. The environment and rural lifestyle valued by the County residents depend on the availability of employment, jobs that pay _a_ "living wage", and an economy that can provide basic goods and services. Experience has shown that the planning vision of a community suffers in economic downturns when planning standards are sacrificed for economic reasons.

The planning area committees recognize the critical interrelationship between the planning vision and the economy, and have identified these issues.

**Issues**

- Colorado's Western Slope economy has a history of "boom and bust" caused primarily by the cyclical nature of resource extraction industries such as mining. Delta County has been more fortunate than some areas because its strong agricultural base has cushioned the impact of these cycles. While mining will continue to be an important part of the County's economy, technological advances have increased production with fewer miners. Recently, the timbering and wood products industry in Delta County have declined. So the future of the traditional natural resource industries in the County is unpredictable and will be influenced more by national policy decisions and global economic trends than local efforts.

- There can be conflicts between the County's landscape and environmental goals and its economic development. Care must be taken to balance sound physical planning to protect environmental resources with realistic economic development.

> **Goal Statement**
>
> **Promote and maintain a stable and diversified economic base that builds on local resources to sustain and expand existing businesses and create new business opportunities that are compatible with the quality of life valued by the residents of Delta County.**

**Policies**

**A. Encourage retention and expansion of existing businesses. Encourage new and different business opportunities and commercial, industrial and recreational activities that enhance existing resources and support and stimulate the County's economic base.**

**Implementation Strategy**

The County should support the research necessary to determine how small local businesses can be assisted in their expansion efforts and how new enterprises could be started. The County should also support the business outreach programs designed to assist existing or potential new businesses.

**B. Recognize that economic, development planning requires different skills and experience from land use planning, and that the primary responsibility for economic development lies with the focal and regional economic development organizations and the private sector.**

BLM_0040951

<u>**Implementation Strategy**</u>

The County should give clear direction to the area planning committees and County staff that the responsibility for economic development planning lies with those local organizations that possess the necessary skills and experience.

**C. Provide for cooperation between those involved in the planning process and the economic development organizations in order to coordinate economic development with the goals of the Master Plan.**

<u>**Implementation Strategies**</u>

1. Provide for liaison between those involved in economic development planning and the planning area committee involved in the Master Plan.

2. Provide the economic development planners with the general criteria that has been established by the planning area committees concerning what types of economic growth to encourage and what types to avoid.

BLM_0040952

## PART THREE:  IMPLEMENTATION SCHEDULE

Part III contains a suggested implementation schedule for completing the strategies recommended in Part II to accomplish the goals of the Master Plan.  The strategies are condensed and listed under each major goal.  The page number is noted where each strategy is stated in more specific detail.  A time frame suggested to complete each strategy.  For strategies that are on-going, no specific date is noted.  The Implementation schedule suggests entities or organization that may be responsible for implementing each strategy.  The Implementation schedule is not carved in stone and is only a suggested schedule to provide guidance to the County, its citizens and other entities that have a stake in the implementation of this Master Plan.

### GOAL 1:  PRESERVATION OF AGRICULTURAL LANDS AND AGRICULTURAL OPERATION

| | RECOMMENDED STRATEGIES | PAGE | TIME FRAME | RESPONSIBILITY |
|---|---|---|---|---|
| 1. | Identify and map important agricultural lands in each planning area | 4 | 1997-1998 | County/Planning. Areas |
| 2. | Explore the feasibility of a Transferable Development Rights Program/ Pilot Project | 4 | When funding/ grant allows | County/Planning Area ' |
| 3. | Establish liaison with agencies that advocate agricultural land preservation | 5 | 1997-1998 | Land Trust/GOCO/County |
| 4. | Provide flexibility in subdivision review process | 5 | 1996-1997 | County |
| 5. | Provide financial support for promotional and marketing programs | 5 | On-going | County/Ec. Dev. Orgs. /Try River Extension |
| 6. | Identify & publicize economic contributions of agricultural related businesses | 5 | On-going | County/Ec. Dev. Orgs. /Tri River Extension |
| 7. | Conduct research/develop programs to add value to agricultural products | 5 | | |
| 8. | Encourage local economic development organizations to support value-added industries | 5 | On-going | DADI, Region 10 |
| 9. | County should recognize primary status of agriculture in adopting or revising County regulations | 5 | On-going | County |
| 10. | Work with ag organizations to Identify land uses that have negative impact on agriculture | 5 | Immediate | County/local agricultural assns. |
| 11. | Develop local review process for a change of land use or new development | 5 | Immediate | County, Planning Areas |
| 12. | Include preservation of agriculture In the "Purpose" of existing regulations | 5 | Immediate | County |
| 13. | Direct growth and infrastructure to protect productive agricultural lands | 5 | Immediate | County |
| 14. | Adopt a "Right to Farm" ordinance and educate newcomers about agricultural practices | 5 | Immediate | County |

### GOAL 2:  PRESERVATION OF RURAL LILFESTYLE AND RURAL LANDSCAPE

| | RECOMMENDED STRATEGIES | PAGE | TIME FRAME | RESPONSIBILITY |
|---|---|---|---|---|
| 1. | Define a rural population and establish density levels for each planning area | 6 | 1997-1999 | Planning areas/County |
| 2. | Prepare an objective public Information program on density limitations in Delta County | 6 | 1997 | County |
| 3. | Undertake capital improvements planning for rural areas that meets rural needs | 6 | On-going | County/Planning areas |
| 4. | Map the significant physical features and natural resources of each Planning Area | 6 | 1997-1998 | County/Planning. Areas |
| 5. | Develop criteria for assessing impact of new development on physical features/environmental Resources | 6 | 1997-1998 | County/Planning Areas |
| 6. | Work with resource representatives to Identity land uses that may have adverse impact on resources, | 6 | 1997-1998 | County/Area Resource & Public Agencies |
| 7. | Develop mitigation standards to minimize adverse Impact of development on resources | 6 | 1997-1998 | County/Planning Areas/Resource Agencies |
| 8. | Prepare resource manual of incentives available to landowners who. protect resources | 7 | 1998 | County Planning |
| 9. | Develop a Resource Preservation Program to provide expediated review process | 7 | 1996-1997 | County |
| 10. | Develop a Landowner Outreach Program to educate landowners of development options | 7 | 1997-1998 | County |
| 11. | Review existing regulations to determine effectiveness In mitigating Impacts on resources | 7 | 1997 | County Planning/Staff/Attorney |
| 12. | Develop local review process for any change of land use/new development | 7 | 1998 | County/Planning Areas |

### GOAL 3:  ENCOURAGE NEW DEVELOPMENT TO LOCATE IN AREAS WITH ADEQUATE INFRASTRUCTURE/PAY OWN WAY

| | RECOMMENDED STRATEGIES | PAGE | TIME FRAME | RESPONSIBILITY |
|---|---|---|---|---|
| 1. | Develop a fiscal Impact model to assess costs/benefits of new development | 8 | 1998 | Planning Staff |
| 2. | Address fiscal inequities as part of development review process | 8 | On-going | County |
| 3. | Establish joint planning areas with County and municipalities | 8 | 1997-2000 | Planning Commission/Muncipalities |
| 4. | Encourage municipalities to allow expansion of water and sewer service areas to accomodate reasonable rate of growth | 8 | On-going | County/Municipalities |
| 5. | Require residents who benefit from utility extensions pay for the extensions | 8 | On-going | County |
| 6. | Establish utility service districts to finance improvements for municipal extensions | 8 | As needed | Residents/Developers |
| 7. | Consider an "Adequate Public Facilities" ordinance to direct new development | 8 | 1998 | Attorney/Planning Staff |
| 8. | Develop a county-wide road improvement plan | | 1997-1998 | Road and Bridge/Commissioners/Planning Areas |
| 9. | Develop a county-wide water and sewer plan | 8 | 1998-1999 | Planning Staff/Water/Sewer Providers |
| 10. | Update the existing County Capital Improvements Plan | 8 | 1997 | County/Planning Areas |
| 11. | Develop a County road classification system | 9 | 1997 | Road & Bridge/Commissioners |
| 12. | Establish minimum mitigation standards for fire safety in areas with inadequate water supply | 9 | 1996-1997 | FireDept/Planning/Commissioners |

### GOAL 4:  PROTECT PRIVATE PROPERTY RIGHTS

| | RECOMMENDED STRATEGIES | PAGE | TIME FRAME | RESPONSIBILITY |
|---|---|---|---|---|
| 1. | Assume new development/change of land use Is permissable unless it violates regulations, adversely impacts neighboring property owners or contradicts goals of the Master Plan | 9 | Ongoing | Planning Commission/Commissioners |
| 2. | Offer a variety of development options and incentives to landowners | 9 | Ongoing | Planning Commission/Commissioners |
| 3. | Give priority consideration to the compatibility of new development with existing development | 9 | Ongoing | Planning Commission/Commissioners |
| 4. | Give priority to property right of existing land use when there is incompatibility with new | 9 | Ongoing | Planning Commission/Commissioners |
| 5. | Land use regulations should have statement of intent and purpose and be written clearly and concisely | 9 | Ongoing | Planning Commission/Commissioners |
| 6. | Provide findings and process land use cases in a timely manner | 10 | Ongoing | Planning Commission/Commissioner |
| 7. | Develop a faster mechanism for property transfers within families | 10 | 1996-1997 | County |

### GOAL 5:  PROMOTE AN ECONOMIC CLIMATE THAT INCREASES OVERALL ECONOMIC WELL BEING

| | RECOMMENDED STRATEGIES | PAGE | TIME FRAME | RESPONSIBILITY |
|---|---|---|---|---|
| 1. | Support new and existing business development to stimulate the County's economic base | 10 | Ongoing | Government/Private Sector/Education/SBDC |
| 2. | Acknowledge that economic development planning ties with organizations with those skills | 10 | Ongoing | County/Planning Area/EcDevAssn |
| 3. | Provide for liaison between economic development organizations and planning areas | 10 | Ongoing | County/Planning Area/EcDevAssn. |
| 4. | Provide economic development planners with economic development criteria established by planning areas | 10 | On-going | County/Planning Area/EcDevAssn. |

BLM_0040953



BLM_0040954

# DELTA COUNTY NOXIOUS WEED MANAGEMENT PLAN
## Adopted April 5 , 2010

I      **INTRODUCTION**

1.01    <u>Purpose</u>

The purpose of the Delta County Noxious Weed Management Plan is to protect effectively against designated noxious weeds which constitute a present threat to the continued economic and environmental value of lands in the unincorporated County.  This Plan implements the mandates of the Colorado Noxious Weed Act, and includes setting forth management objectives, plans, methods or practices which utilize a variety of techniques for the integrated management of noxious weeds. In establishing a coordinated program for the integrated management of noxious weeds, it is the County's intent to encourage all appropriate and available management methods, promoting those methods which are the most environmentally benign and which are practical and economically feasible, consistent with the noxious weed management objectives and plans mandated by the State Department of Agriculture and the Colorado Noxious Weed Act.

1.02    <u>Enactment Authority</u>

This plan complies with the Colorado Noxious Weed Act (Title 35, Article 5.5, C.R.S) as revised by the 2004 Colorado Legislature. The purpose of the Delta County Noxious Weed Management Plan is to coordinate the control of targeted noxious weeds within Delta County as determined by the Colorado Noxious Weed Act. The targeted noxious weeds to be controlled are designated within this plan. Control is aimed at eradicating, reducing, suppressing or containing populations of non-native, invasive noxious weeds which pose a threat to the environment and economy of Delta County by reducing wildlife habitat, agricultural production, property values, and threatening the native plant populations unique to Delta County.

1.03    <u>Jurisdiction and Scope</u>

Upon acceptance of this plan, the Delta County Board of County Commissioners will approve the new Delta County Noxious Weed Management Plan (CRS§35-5.5-105).  The Delta County Noxious Weed Program (the Program) will then implement the Delta County Noxious Weed Plan.  The Program will monitor and control weeds on county properties, on governmental properties and right of ways under intergovernmental cooperative agreements between the federal and state governments found within the county, and on private property under contract with the private property owner. Municipalities in Delta County are not covered by this Plan and must implement their own weed control strategies.

The Colorado Noxious Weed Act provides a mechanism to enforce weed control on private lands. A summary of this act is found in Attachment A. However, the Delta County Commissioners have historically preferred to pursue a policy of voluntary weed control by property owners. Enforcement procedures for control of selected species on the Colorado Department of Agriculture A and B list will be implemented when necessary. These species, as of January 1, 2010, are yellow starthistle, purple loosestrife and leafy spurge.

1.04   <u>Severity of Noxious Weeds in Delta County</u>
Delta County currently has some well established weed problems that cannot be solved in the near term. The primary weeds in this category are Russian knapweed, Canada, musk and scotch thistles and hoary cress (whitetop). A second group of weeds can be controlled in a very short period of time with prompt identification and diligent control. These include oxeye daisy, yellow toadflax and escaped ornamentals such as myrtle spurge and purple loosestrife. The largest infestation of yellow starthistle in Colorado was found northwest of Paonia in 2008. This infestation will get the highest priority for control. The increased soil disturbance through the subdivision of land into residential and recreational areas, as well as increased use of public and private lands may create new noxious weed problems. It is imperative that the Delta County Weed Control Program continues to monitor weed populations throughout the county and initiate control programs before weed densities of new infestations become unmanageable.

1.05   <u>Operating Budget</u>
The Delta County Noxious Weed Program is administered by Delta County Board of County Commissioners. Funding sources include the Delta County General Fund, cooperative funding with public agencies, grants, and revenue producing contracts. Memorandums of Understanding (MOUs) are currently in place between Delta County and the US Forest Service, Bureau of Land Management and the Colorado Division of Wildlife.

1.06   <u>Public Comment</u>
Public comment and participation is encouraged. Public comments may be directed to the Program Coordinator in the Hotchkiss Courthouse Annex, members of the Weed Advisory Board or to the Board of County Commissioners.

1.07   <u>Delta County Weed Advisory Board</u>
The Delta County Commissioners will appoint the Delta County Weed Advisory Board (CRS§35-5.5-107). The Delta County Weed Advisory Board will provide policy and advice for weed control in Delta County with the approval of the Delta County Board of County Commissioners. Powers for the Weed Advisory Board are outlined in the Colorado Noxious Weed Act under the provision of CRS§35-5.5-107.

1.08   <u>Weed Lists: State of Colorado</u>
Under the Colorado Noxious Weed Act, the Colorado Department of Agriculture
has appointed a Colorado State Noxious Weed Advisory Board.  The Colorado
State Noxious Weed Advisory Board and the Department of Agriculture
Commissioner have designated the following classifications and management
goals for the noxious weed species below:

# List A Species

List A species in Colorado are designated by the Commissioner for <u>eradication</u>.
These weeds are either relatively rare or have not been found in Colorado.
Species that are in **bold print** are known to exist in Delta County as of January 1,
2009**.**

African rue (*Peganum harmala*)
Camelthorn (*Alhagi pseudalhagi*)
Common crupina (*Cupina vulgaris*)
Cypress spurge (*Euphorbia cyparissias*)
Dyers woad (*Isatis tinctoria*)
Giant salvinia (*Salvinia molesta*)
Hydrilla (*Hydrilla verticillata*)
Meadow knapweed (*Centaurea pratensis*)
Mediterranean sage (*Salvia aethopsis*)
Medusahead (*Taeniatherum caput-medusae*)
**Myrtle spurge (*Euphorbia myrsinites*)**
Orange hawkweed *(Hieracium aurantiacum)*
**Purple loosestrife (*Lythrum salicaria*)**
Rush skeletonweed (*Chondrilla juncea*)
Sericea lespedeza (*Lespedeza cuneata*)
Squarrose knapweed (*Centaurea virgata*)
Tansy ragwort (*Senecio jabobaea*)
**Yellow starthistle (*Centaurea solstitialis*)**

# List B Species

List B weed species are species for which the Commissioner (in consultation with
the state noxious weed advisory committee, local governments, and other
interested parties) develops and implements state noxious weed management
plans designed to <u>stop the continued spread of these species</u>.  Species that are in
**bold print** are known to exist in Delta County as of January 1, 2009

Absinth wormwood (*Artemisia absinthium*)
Black henbane *(Hyoscyamus niger)*
**Bouncingbet (*Saponaria officinalis*)**

**Bull thistle *(Cirsium vulgare)***
**Canada thistle *(Cirsium arvense)***
Chinese clematis *(Clematis orientalis)*
**Common tansy *(Tanacetum vulgare)***
Common teasel (*Dipsacus fullonum*)
Dalmatian toadflax *(Linaria dalmatica)*
**Dame's rocket *(Hesperis matronalis)***
Diffuse knapweed *(Centaurea diffusa)*
Eurasian watermilfoil *(Myriophyllum spicahim)*
**Hoary cress or Whitetop *(Cardaria draba)***
**Houndstongue *(Cynoglossum officinale)***
**Leafy spurge *(Euphorbia esula)***
**Moth mullein *(Verbascum blattaria)***
**Musk thistle *(Carduus nutans)***
**Oxeye daisy *(Chrysantheum leucanthemum)***
**Perennial pepperweed *(Lepidium latifolium)***
**Plumeless thistle *(Carduus acanthoides)***
**Quackgrass *(Elytrigian repens)***
**Redstem filaree *(Erodium cicutarium)***
**Russian knapweed *(Centaurea repens)***
**Russian olive *(Elaeagnus angustifolia)***
**Saltcedar *(Tamarix ramossissima)***
**Scentless chamomile *(Matricaria perorate)***
**Scotch thistle *(Onopordum acanthium)***
**Spotted knapweed *(Centaurea maculosa)***
**Spurred anoda *(Anoda cristata)***
Sulfur cinquefoil (*Potentilla recta*)
**Venice mallow *(Hibiscus trionum)***
**Wild caraway *(Carum carvi)***
**Yellow nutsedge *(Cyperus esculentus)***
**Yellow toadflax *(Linaria vulgaris)***

# List C Species

   List C weed species are species for which the Commissioner (in consultation with the state noxious weed advisory committee, local governments, and other interested parties) will develop and implement state noxious weed management plans designed to support the efforts of local governing bodies to facilitate more effective integrated weed management on private and public lands. <u>The goal of such plans will be to stop the continued spread of these species and provide additional education, research, and biological control resources to jurisdictions that choose to require management of List C species.</u>  Species that are in **bold print** are known to exist in Delta County as of January 1, 2009

   **Cheatgrass *(Bromus tectorum)***
   **Chicory *(Cichorium intybus)***

BLM_0040958

**Common burdock (*Arctium minus*)**
**Common mullein *(Verbascum thapsus)***
**Field bindweed *(Convolvulus arvensis)***
**Halogeton (*Halogeton glomeratus*)**
**Johnsongrass (*Sorghum halepense*)**
**Jointed goatgrass (*Aegilops cylindrica*)**
**Perennial sowthistle (*Sonchus arvensis*)**
**Poison hemlock (*Conium maculatum*)**
**Puncturevine (*Tribulus terrestris*)**
**St. Johnswort (*Hypericum perforatum*)**
**Velvetleaf *(Abutilon theophrasti)***
**Volunteer rye (*Secale cereale*)**
**Wild-prose millet (*Panicum miliaceum*)**

1.09   <u>Delta County Noxious Weed List</u>

    Yellow starthistle (*Centaurea solstitialis*)
    Purple loosestrife (*Lythrim salicaria*)
    Myrtle spurge *(Euphorbia myrsinites)*
    Common burdock (*Arctium minus*)
    Diffuse knapweed *(Centaurea diffusa)*
    Spotted knapweed (*Centaurea maculosa*)
    Russian knapweed *(Centaurea repens)*
    Hoary cress or Whitetop *(Cardaria draba)*
    Leafy spurge *(Euphorbia esula)*
    Canada thistle *(Cirsium arvense)*
    Musk thistle *(Carduus nutans)*
    Scotch thistle (*Onopordum acanthium*)
    Bull thistle *(Cirsium vulgare)*
    Yellow toadflax *(Linaria vulgaris)*
    Oxeye daisy *(Chrysantheum leucanthemum)*
    Poison hemlock (*Conium maculatum*)
    Halogeton (*Halogeton glomeratus*)
    Russian olive (*Elaeagnus angustifolia*)
    Saltcedar *(Tamarix ramossissima)*

**II:   GEOGRAPHICAL OVERVIEW OF COUNTY DESIGNATED NOXIOUS WEED INFESTATIONS IN DELTA COUNTY**

2.01   <u>Description of Delta County</u>

    1. Major Natural Features:
       a.  Lakes and Reservoirs:  Crawford Reservoir, Sweitzer Lake, Fruitgrowers Reservoir, numerous Grand Mesa lakes and reservoirs.

BLM_0040959

b.  Major River Drainages: Gunnison River, North Fork Gunnison River, Uncompaghre River, Surface Creek, Escalante Creek.
c. Major Mountain Ranges:  West Elks, Grand Mesa (south side) lower Uncompaghre Plateau (east side).  Highest elevation approximately 11,300 feet
d.  National Forests:  Grand Mesa National Forest, Gunnison National Forest
e.  Wilderness:  Gunnison Gorge

2.  Land Use Statistics:
a.  Total acreage 735,532 acres (1149 square miles)
b.  Federal or state ownership- 415,749 acres acres (56 %)
c.  Agricultural lands-254,144 acres (36%)
d.  Residential land-25,743 acres (3.5%)
e.  Other:  33,099 acres (4.5%)

2.02   County-wide Infestations
The most common County designated noxious weeds on private, Bureau of Land Management and County lands (primarily county roads) are Russian knapweed, whitetop, and Canadian thistle.  The most widely spread listed weed on U.S. Forest Service managed lands is Canadian thistle.

2.03   State Highways
Russian knapweed and whitetop are the most common.  Yearly spray treatments were made from 1996 until 2006.  Infestation densities were reduced about 80 percent.  Colorado Department of Transportation (CDOT) budget reallocations curtailed this program in 2007-2008.  The primary weed problem currently is kochia (not a listed noxious weed).

2.04   North Fork River
The North Fork has scattered infestations of whitetop, Russian knapweed, oxeye daisy, yellow toadflax and scotch thistle.  There are dense concentrations of tamarisk and Russian Olive.  The property on most of the river is private.  Control efforts for all species has been minimal.

2.05   Gunnison River:  Smith Fork-Pleasure Park-Lawhead Gulch
The primary weed species are Russian knapweed, tamarisk and whitetop.  Control efforts for all species has been ongoing since 2002.  Approximately 90 percent of tamarisk has been removed between the Smith Fork and Lawhead Gulch (16 miles).  There are minor infestations of yellow toadflax and oxeye daisy between Pleasure Park and Delta.  Russian olive is the main invader downstream from Austin to the Highway 65 bridge.

2.06   Gunnison River:  Delta to Mesa County
Russian knapweed and tamarisk are the primary invaders.

2.07   West and Southwest Delta County

The dominating invasive species are Russian knapweed, whitetop and halogeton. Halogeton will be first to take hold in disturbed areas such as pipelines and utility corridors

2.08  <u>Upper Surface Creek Area</u>
Scotch thistle, Canadian thistle, Russian knapweed and whitetop are common. There is also a large population of myrtle spurge on the west side of Cedaredge within the city limits.

2.09  <u>Northeastern Delta County</u>
Large portions of this area are within the Grand Mesa and Gunnison National Forests.  There are also some large parcels of private land.  This area is much higher in altitude than the rest of Delta County.  Weeds that thrive in this alpine setting are Canadian thistle, musk thistle, oxeye daisy and scentless chamomile. There are a few spots of plumeless thistle.  In the West Muddy drainage, there are some oxeye daisy populations that cover hundreds of acres.  Most of these are on open ground such as pastures and meadows.  Joint control efforts between the U.S. Forest Service, Delta County and private landowners have been ongoing since 2001 for oxeye daisy.  Much of the work on private land was funded by Colorado Division of Wildlife and conducted by the Program.

2.10  <u>Fruitland and Redlands Mesa</u>
Both of these mesas have very large, long established populations of Russian knapweed on private land and county roads.  Whitetop is a secondary infestation. Control of knapweed in parts of these areas is prohibitively expensive.  A second problem is that when knapweed is controlled, whitetop tends to replace it.

2.11  <u>Special Weed Concern # 1:  Yellow starthistle</u>
Yellow starthistle is located northwest of Paonia on Stucker Mesa ½ mile west of Roatcap Creek.  The estimated acreage is 75 infested acres spread out over about 400 total acres.  The majority if the starthistle is on private land.  Several small, scattered patches are on the surrounding BLM land.

2.13  <u>Special Weed Concern # 2:  Purple loosestrife</u>
Purple loosestrife is located on private land southwest of Cedaredge, three quarters of a mile west of Highway 65 and directly south of Melinda Way.  There are two main infestation covering 20 acres and several groups of plants scattered along neighboorhood ponds and ditches.

2.13  <u>Special Weed Concern # 3:  Leafy spurge</u>
Leafy spurge is found primarily east and south of Paonia.  Private lands on both sides of Minnesota Creek Road as well as the BLM land south of this road were the original seed source of the infestation.  Transportation vectors for spreading leafy spurge seed have been the Turner, Minnesota and Stewart Ditches.  Plants have been found on the Stewart Mesa extension as far southwest at Back River Road and Slate Road.  Plants have been found on Stewart Mesa as far south as L

75 Road.  Except for two portions of private land along Minnesota Creek, infestations are spotty and small.  Usually they appear along irrigation laterals or adjacent to irrigation gated pipe.  Smaller outbreaks of this weed are treated by the Program at no charge to the landowner.  This problem weed is persistent but has been contained.

2.14    Special Weed Concern # 4:  Yellow toadflax on Coal Creek  (Gunnison County)
There were 640 acres of inventoried toadflax in the Coal Creek/Anthracite drainage in 2005.  Coal  Creek  is one of the headwaters of the North Fork of the Gunnison River.  The North Fork joins the Gunnison River 3 miles west of Hotchkiss.  Toadflax has been found along irrigation systems in eastern Delta County that get water from the North Fork and as far downstream on the Gunnison as Delta (42 miles downstream from Coal Creek). The Coal Creek drainage is the seed source.  There are no other large toadflax infestations in the area that could be a source.  The Delta County Weed Program and the U.S. Forest Service worked on a joint program from 2004-2007 to control this weed.  As of September 2007, expenditures amounted to $103,000.  Toadflax populations have been reduced by 75-80 percent.  This project  continued in 2008 and  included the Paonia Dam and the Fire Mountain ditch.  In 2008 the Program received $26,000 in grant funding for this project.

2.15    Endangered or Rare Plant Species
Delta County hosts two plants that are on the Federal Endangered Species list.  These are Clay Loving Buckwheat (*Eriogonum pelinophilum*) and the Uinta Basin Hookless Cactus.(*Sclerocactus glaucus*).  Thirteen more species are considered to be rare according to a Colorado Natural Heritage Program survey conducted in 1997.  This survey is on file at the Program's Hotchkiss office.  These survey maps are checked before herbicide treatments begin each year in order to avoid further disturbance of these rare plant populations.

**III:     PLAN IMPLEMENTATION STRATEGIES**

3.01    Goals of the Plan

The goals of this Delta County Weed Management Plan are to comply with and execute the requirements of the .Colorado Noxious Weed Act.  The Program will accomplish these goals by instituting county-wide programs that address the following fundamentals:
•    Awareness, education and training
•    Prevention and detection
•    Inventory, survey and mapping
•    Integrated control (biological, chemical, cultural and mechanical)
•    Monitoring and evaluation
•    Reporting

It is essential to develop a spirit of cooperation among landowners (federal, state, county, municipal or private) and Delta County by working with these landowners to understand and institute integrated weed management.

3.02   Public Awareness and Education

The Delta County Noxious Weed Program and Colorado State University Cooperative Extension Office will place timely articles in local papers, newsletters and other local publications.  Additionally, a spokesperson will be provided for local community and civic organizations as part of the educational program.  On-site visits to landowners to identify weed problems and improvise control strategies will be provided at no charge to landowners.  A Delta County Weed Program website will be placed within the existing Delta County official site with links to information on identifying and controlling noxious weeds.

3.03   Prevention Measures

The first priority is to prevent the introduction of any noxious weed to any area not previously infested. The most obvious method is to stop transporting viable seed or propagating plant parts by mechanical means. All equipment should be cleaned when leaving all infested areas to prevent contaminating rights-of-way and the next area entered.

Along these lines, it is strongly recommended that everyone use noxious weedfree certified seed.  Feed containing viable noxious weed seeds should not be purchased, transported, or used:  Since designated weeds will set seed prior to normal harvest dates, crops need to be treated if they are to be moved from the infested area.

Also to be considered is once seed has reached maturity, it can remain viable for years. During this time, it can re-infest the same area long after the weed problemappears to have been solved, or it can be transported to other areas. This can occur naturally by wind and water or mechanically by movement of vehicles or equipment.  Seeds are also transported great distances by domestic animals and wildlife.

Many of the most common weed problems occur in response to disturbed soils. Disturbances can result from a number of conditions including overgrazed pastures, overused turf, clear cut woodlands, pipeline construction and energy/gravel development, improperly maintained road edges, and land development. Land management practices that minimize soil disturbance are invaluable in prevention and control of undesirable plant species.

3.04   Surveying and Mapping

It is the long term goal of the Program to map the major infestations of noxious weeds on the county and state roads using GIS and GPS technology that will allow integration into a layer on the Delta County GIS map.

3.05   Mechanical Control

Mechanical control includes cultivation, mowing, hand pulling and burning.  All of these measures, when used correctly, can be of great help when used in conjunction with another type of control. When used alone, they rarely have a positive long-range effect due to the excellent survival ability of noxious weeds. It may, in fact, make the problem worse through spreading seed or plant parts and by eliminating the desirable competitive species on site.

3.06   Biological Control

Biological control is the control of undesirable plants through the use of living organisms. The organism may be an insect, plant, pathogen or livestock, such as sheep, goats or cattle.  Recent programs have shown livestock to be very valuable in controlling many weed species. This is especially true in instances of large infestations and in environmentally sensitive areas. When moving livestock from such an infested area for biological control, care should be taken to prevent transportation of seeds to a clean area. If possible, when applicable, livestock should be quarantined for five days to allow all seed to pass through the digestive track. Seed may also need to be sterilized or removed from the animals' hair or wool.

Several varieties of insects which can be used on various plants are commercially available.  They may be purchased by individuals to be used as part of an integrated plan.  This type of control is still in its infancy.  It is being researched and directed by the Colorado Department of Agriculture Insectary in Palisade, Colorado.  Ideally, insects will provide an economical and environmentally safe control method.  However, there are certain problems associated with this type of control.  First, there is a limited supply of all species and purchasing insects may require a large initial investment.  The compatibility of herbicides and insects is not well known.  Also, participation in this project may preclude the use of certain types of control, which would allow infestations to multiply and set seed.  To prevent this, land operators must prepare an integrated plan to effectively control these infestations.  Research indicates insects may be a valuable control method to be used in integrated pest management plans in the future.

3.07   Chemical Control

All chemical application must be done according to the label for each individual product. The choice of chemicals and application rates that are used should be the least environmentally damaging as determined by information currently available. This determination may come first from the recommendations in the Colorado Pesticide Guide from Colorado State University Cooperative Extension.  It may

BLM_0040964

also be tempered by the wishes of land owners and the experience of trained personnel associated with the program.

While chemicals are a powerful tool, it must be realized that they are just a tool and must be used only as a part of an integrated management plan.

3.08   Cultural Control

Cultural control means those methodologies or management practices conducted to favor the growth of desirable plants over undesirable plants, including, but not limited to, maintaining an optimum fertility and plant moisture status in an area, planting at optimum density and spatial arrangement in an area, and planting species most suited to an area.

3.09   Environmental Considerations

Environmental concerns including human interactions, water, air, wildlife, fisheries, amphibians, soil, plants and beneficial insects will be considered when selecting and implementing a specific weed control program.  Delta County has a large number of vineyards and organic agricultural operations.  These will be identified and mapped in order to avoid herbicide applications near these sites.

The Colorado Pesticide Sensitivity list will be periodically checked for the names and addresses of chemically sensitive people.  No herbicides will be applied near their locations.  Whenever possible, these people will be contacted prior to any herbicide application in their general area so that they can avoid traveling in that vicinity.

## IV.   RESPONSIBILITIES OF THE NOXIOUS WEED PROGRAM

4.01   Strive to identify and contain, reduce or eradicate current weed infestations and reduce or eliminate weed seed production in certain species.

4.02   Monitor for new infestations and new invasive species so as to prevent new encroachments on unincorporated lands in the County.

4.03   Develop and implement Integrated Weed Management Plans for noxious weeds on County owned property, easements, and rights-of-way.

4.04   Protect agricultural production, native plant ecosystems, watersheds, and recreational lands from degradation by noxious weeds by enforcing the Noxious Weed Act and working through cooperative agreements with city, state and federal agencies and adjacent counties and states.

4.05   Preserve the quality of life in rural areas of unincorporated Delta County through desirable plant stewardship and noxious weed management to enhance human health aspects, land values and esthetics.

4.06    Provide technical support and recommendations for noxious weed management and work with landowners, including state and federal agencies, to develop their Integrated Weed Management Plans.

4.07    Educate Delta County citizens on the impact of noxious weeds on the economy and the environment and provide information on Best Management Practices for noxious weeds.

BLM_0040966

# ATTACHMENT A

**Authority: Colorado Weed Management Act: C.R.S. Title 35, Article 5.5, as amended**

**Purpose of C.R.S. Title 35, Article 5.5**

Because certain undesirable plants, primarily aggressive non-native invaders, constitute a threat to the "continuous economic and environmental value of the lands of the state", these species must be managed on private and public lands, using integrated management techniques which are the least damaging to the environment and which are practical and economically reasonable.

**A Brief Abstract**

As mandated by the Colorado Noxious Weed Act, all persons must control noxious weeds on their property if such plants are a threat to neighboring landowners or natural ecosystems. Weed control programs should be integrated in their approach, using all available technologies for effective weed control. To comply with the Law, the Board of County Commissioners must adopt a noxious weed management plan for all unincorporated lands within its jurisdiction. The Commissioners may use employees or contractors to enforce noxious weed control on county lands. Costs for aid control on county property are to be paid from the county noxious weed management fund, if one exists. The Commissioners may enter into cooperative weed management agreements with other governmental agencies.

The Noxious Weed Advisory Board, a commission of resident private landowners, must develop a management plan to be reviewed at least once every three years. At least a majority of the members of the Board must own forty or more acres of property. The Board designates which species are to be managed within the County, thereby establishing the County Noxious Weed List. Additional plants can be added to the list, after a public hearing with 30 days prior notice. The Board can require identified landowners to submit weed management plans when species on the list are found on their property.

The County has the right to inspect premises under at least one of the following conditions:

(a) the landowner requests inspection;
(b) a neighbor files a complaint or report; or
(c) the Weed Program  Manager makes a visual observation of a weed infestation from a public right of way (ROW) or a public area.

Before entering private property, the landowner or occupant must be notified of the problem by certified mail. If entry is refused, an inspection warrant may be obtained by the Weed Program. A landowner cannot deny entry to inspect if a warrant is secured. After inspection, a notice of the problem and control recommendations must be sent by mail. Within 10 days of notification, the landowner or occupant must comply with the

BLM_0040967

recommendations, submit an acceptable weed management plan, or request an arbitration panel hearing. The county has the authority to act in the case of failure to comply with the Act, with an assessment of the cost of control plus overhead expenses, up to 20 percent, charged against the land. Noxious weeds may be declared a public nuisance, subject to all applicable laws and remedies for abatement, including removal or destruction of the weeds.

The County cannot force a private owner to control weeds without first having equal or greater successful control measures on county-owned lands adjacent to the private property in question.

State agencies have the same responsibility as private landowners. Notification by the county is the same as for private landowners. The county has the power to enforce and charge state agencies for weed control on state lands. The county may enter into cooperative agreements for weed management with State and Federal agencies. Public rights-of-way (ROWs), easements, utilities, mining operations, etc., must be in compliance with the management plan and must bear the financial responsibility of weed control.

The Colorado Noxious Weed Act established a state weed coordinator position to oversee implementation of the Law. A State Noxious Weed Management Fund was established to fund grants or contracts for weed management practices, with procedures for allocation of funds to appropriate entities. The fund was broadened in 2000 to include grants for educational programs. Counties may levy a tax, upon voter approval, to fund noxious weed management programs.

BLM_0040968

**ATTACHMENT B**

**Herbicide Guide: The 5 Most Common Noxious Weeds of Delta County
January 1, 2009**

Note:  All herbicides listed are labeled for roadsides and range and pasture.  They are not labeled for turf (yards), golf courses, and public areas.  Different formulations of the active ingredients are available for turf use.  See your dealer for more information on these products.

| Common Target Weeds | Preferred Herbicides (based on experience by Delta County Weed Program) | Application Timing |
|---|---|---|
| | | |
| Whitetop/hoary cress | • Telar + 24D (amine)<br>• Escort/Ally | Spring: late bud-early flower |
| Russian knapweed | • Milestone<br>• Curtail, Transline, Stinger<br>• Redeem R & P | Spring: Rosette to early flower.<br>Fall:  Apply up until first hard freeze.<br>Applications under drought conditions will not be effective. |
| Canada thistle | Same as Russian knapweed | |
| Scotch thistle, musk thistle | Same as Russian knapweed, or<br>• Telar<br>• Banvel + 24D (amine)* | Spring:  Rosette to early flower.<br>Fall: Rosette<br>Spring:  These species are biennials and be controlled by chopping/digging |
| | | |

*Banvel  and 24d are very volatile in weather above 85 degrees.  Vapor drift can occur and damage non-target species up to ¼ mile away!!

**WARNING!!!!**

Herbicides must be used with extreme caution. They are poisons and should be treated carefully.  Most herbicides can be purchased without an applicator license.  Tordon requires a license for purchase.  The label is a legal document that outlines the uses and restrictions of the chemical.

READ THE LABEL before buying, before applying and again after using an herbicide. READ THE LABEL before buying to determine if the herbicide is the right one for your situation, if it is labeled for the weeds you are trying to control, for information on the

addition of adjuvant or surfactants, and for other restrictions, such as for grazing and planting.

READ THE LABEL before applying to get the correct rate to use, how to mix and apply the product, what personal protection you may need while mixing and applying the herbicide, and for information on how to dispose of left over mix.  READ THE LABEL after applying to check reentry intervals, to check planting and grazing restrictions, and for disposal and clean-up information.  Never use more than the recommended rate on the label. Higher rates will cause the tops of the plants to burn down quickly. The herbicide may not have the chance to move into the root zone and the weed may sprout again.  And you are wasting money!

Pre-emergent herbicides prevent the germination of seeds and do not work on established perennial weeds. Application timing of pre-emergents is critical; they are usually applied in the spring.  Precipitation or irrigation may be needed to move the chemical into the germination zone (the top 3-5 inches of soil).

Post-emergent herbicides work on the growing parts of the weed, including roots. Therefore post-emergent herbicides work on annuals, biennials, and perennials.  Drought and heat may reduce the effectiveness of these herbicides. The use of herbicides may be the only effective control method for some species.  However, herbicides should be used in conjunction with other methods for the highest level of control.  Herbicide use is determined by restrictions and instructions on the product label. Materials or products mentioned in this Plan are based on experience in Delta County or recommendations of Colorado State University Cooperative Extension Service and should not be construed as endorsement by Delta County.

BLM_0040970

# ATTACHMENT C

# NOXIOUS WEED INFORMATION RESOURCES

**Contacts**

- **Delta County Weed Program Coordinator**
  Delta County Fairgrounds
  P.O Box 729
  Hotchkiss, CO. 81419
  970-872-3090
  Fax: 970-872-1250
  e-mail: wcallicutt@deltacounty.com

- **Colorado State University Extension**
  Dr. Curtis E. Swift, Area Extension Agent, Horticulture
  Colorado State University Extension
  2775 US Hwy 50, Grand Junction, CO. 81503
  voice: 970-244-1840
  fax: 970-244-1700

  **Delta Office CSU Extension**:
  525 Dodge Street:
  970-874-2195

  **State Weed Coordinator**
  Colorado Department of Agriculture
  Division of Plant Industry
  700 Kipling St., Suite 400
  Lakewood, CO 80215-5894
  303-239-4182
  steve.ryder@ag.state.co.us

- **Colorado Department of Agriculture: Noxious Weed Management Program**
  http://www.colorado.gov/cs/Satellite/Agriculture-Main/CDAG/1167928159176

  **Colorado Department of Agriculture**
  Division of Plant Industry
  Biological Control Section
  Palisade Insectary
  P.O. Box 400
  Palisade, CO 81526
  970-464-7916

**On Line Information:**

Note:  There are more on-line sites than can be listed here.  These sites have links to dozens of the most useful sites for weed identification and control.

- Colorado Weed Management Association: http://www.cwma.org/

- Colorado State University Extension-Tri River Area:
  http://westernslopegardening.org/

- Weed Fact Sheets:
  http://www.colostate.edu/Dept/CoopExt/Adams/weed/factsheet.htm

- Colorado Department of Agriculture:  Noxious Weed Management Program
  http://www.colorado.gov/cs/Satellite/Agriculture-Main/CDAG/1167928159176

- National Invasive Species Information Center:
  http://www.invasivespeciesinfo.gov/index.shtml

- Center for Invasive Plant Management: http://www.weedcenter.org/

- Managing Invasive Plants:
  http://www.fws.gov/invasives/staffTrainingModule/index.html

- Weed Science Society of America: http://www.wssa.net/

BLM_0040972

# Journal of Veterinary Diagnostic Investigation

http://vdi.sagepub.com/

**Mycoplasmas of Goats and Sheep**
Al J. DaMassa, Patricia S. Wakenell and Dale L. Brooks
*J VET Diagn Invest* 1992 4: 101
DOI: 10.1177/104063879200400126

The online version of this article can be found at:
http://vdi.sagepub.com/content/4/1/101

Published by:
$SAGE

http://www.sagepublications.com

On behalf of:



Official Publication of the American Association of Veterinary Laboratory Diagnosticians, Inc.

Additional services and information for *Journal of Veterinary Diagnostic Investigation* can be found at:

**Email Alerts:** http://vdi.sagepub.com/cgi/alerts

**Subscriptions:** http://vdi.sagepub.com/subscriptions

**Reprints:** http://www.sagepub.com/journalsReprints.nav

**Permissions:** http://www.sagepub.com/journalsPermissions.nav

**Citations:** http://vdi.sagepub.com/content/4/1/101.refs.html

>> Version of Record - Jan 1, 1992

What is This?

Downloaded from vdi.sagepub.com by guest on November 23, 2014

BLM_0040973

J Vet Diagn Invest 4:101-113 (1992)

# REVIEW ARTICLE
## Mycoplasmas of goats and sheep

Al J. DaMassa, Patricia S. Wakenell, Dale L. Brooks

The goat is an important commodity in many areas of the world, where it is kept as a source of meat, milk, and fiber. Often described as the "poor man's cow," the goat can survive in areas where a cow cannot and, therefore, replaces the cow in importance for a large segment of the world's population. Improved goat husbandry will help maximize human food supplies from marginal agricultural lands under restrictive climatologic circumstances.

Among the important goat diseases, mycoplasmal infections result in significant losses on the African continent and in countries such as Greece, France, India, Israel, Italy, Portugal, Spain, and the United States. Morbidity and mortality can reach 100%. Several important outbreaks have been described, including 1 that required the destruction of an entire herd of 700 goats in the United States.[43]

Clinical mycoplasmosis often lacks pathognomonic characteristics, and symptoms can be shared by or can mimic other clinically significant infections. As a consequence, the diagnosis of an acute caprine mycoplasmal infection can be easily misinterpreted, even by the veterinarian. For example, in acute or peracute infections with *Mycoplasma capricolum* or caprine strains of *M. mycoides* ssp. *mycoides,* the animal can die suddenly without premonitory signs. In such cases, the histologic changes are slight, and cases that are presented for routine diagnostic analysis without any suspicion of mycoplasmal infection can easily be categorized as being of undetermined etiology.

Many mycoplasmas have been isolated from goats and sheep. Some strains have been isolated only once or a few times, and their role in disease, if any, is unknown. This communication includes a current list of the different known mycoplasma serotypes that have been isolated from these hosts and gives a brief description of their pathology and role (if any) in the disease process.

In this list, serologically similar mycoplasma strains that have not been classified to species have been assigned an arbitrary serotype number, except for ureaplasmas, which will be referred to as *Ureaplasma* spp. under a single serotype. To retain continuity with previous reports, serotype numbers for unclassified mycoplasmas are retained as originally listed in other reports.[23,48]

Three strains, *Mycoplasma* spp. G, U, and V, were first isolated from the external ear canals of clinically normal goats in Australia[31,32] but also occur in the ear canals of goats in the United States (strains GM274B or GM790A, GM623, and GM257A, respectively) and are probably new mycoplasma species.[33,35,44] New evidence suggests that one of these serotypes (identical to *Mycoplasma* sp. G or the US serologic equivalents [strains GM274B or GM790A]) are pathogenic for the goat.[44]

The list of mycoplasma serotypes given herein represents only those that differ from the other serotypes named in this report, with the exception of strain Al 343, which could not be obtained for comparison. Thus, some publications list isolates as "unclassified" or "unspeciated" mycoplasma of goat or sheep origin.[14,67,91] These mycoplasmas, and undoubtedly many others, are not included here because they were not serologically compared with all the caprine/ovine serotypes listed herein.

This communication reviews and updates mycoplasma species or serotypes previously reported[24,25] but is not intended as a complete reference for the role of each mycoplasma. Additional information on most of the mycoplasmas reported herein can be found in the reviews of Cottew[24,26] and in other significant publications referenced here under the description of each agent. Biochemical reactions of the mycoplasmas reported herein are given in Table 1.

### Mycoplasma species
#### Mycoplasma agalactiae

This important mycoplasma causes natural disease in both goats and sheep. It occurs primarily in Mediterranean countries but is also reported from many other areas of the world.[24,55] The agent has been noted on only 2 occasions in the United States.[34,53]

*Mycoplasma agalactiae* disease is often described as

From the Departments of Epidemiology and Preventive Medicine (DaMassa, Wakenell) and Medicine (Brooks), School of Veterinary Medicine, University of California, Davis, CA 95616.

Received for publication August 16, 1991.

Downloaded from vdi.sagepub.com by guest on November 23, 2014

BLM_0040974

102                                      DaMassa, Wakenell, Brooks

**Table 1.** Biochemical characteristics of mycoplasmas isolated from goats and sheep.

| Mycoplasma | Type strain | G | A | T | P | I | F | D | Serotype number |
|---|---|---|---|---|---|---|---|---|---|
| *Mycoplasma agalactiae* | PG2 | − | − | + | + | − | + | + | ... |
| *M. arginini* | G230 | − | + | V | − | − | − | + | ... |
| *M. bovirhinis* | PG43 | + | − | + | − | − | − | + | ... |
| *M. bovis* | Donetta | − | − | + | + | − | v | + | ... |
| *M. capricolum* | Calif. Kid | + | + (s) | + | − (w) | + | − | + | ... |
| *M. conjunctivae* | HRG581 | + | − | + | − | − | − | + | ... |
| *M. gallinarum* | PG16 | − | + | + | − | − | + | + | ... |
| *M. mycoides* ssp. *capri* | PG3 | + | − | + | − (w) | + | − | + | ... |
| *M. m.* ssp. *mycoides* | | | | | | | | | |
|   Small-colony type | PG1 | + | − | − | − (w) | − (w) | − | + | ... |
|   Large-colony type | Y (GM12†) | + | − | − | +‡ | + | − | + | ... |
| *M. ovipneumoniae* | Y98 | + | − | + | − | − | − | + | ... |
| *M. putrefaciens* | KS1 | + | v | s | + | − | − | + | ... |
| *M.* sp. HRCG145 | G145 | − | + | + | − | − | − | + | 5 |
| *M.* sp. A1343 | A1343 | − | − | + | + | − | − | + | 7 |
| *M.* sp. 2D | 2D | − | − | + | + | − | + | + | 11 |
| *M.* sp. F38 | F38 | + | − | + | − | w | − | + | 16 |
| *M.* sp. G | G (GM274B†) | s | + | + | − | − | v | + | 17 |
| *M.* sp. U | U (GM623†) | − | + | v | + | − | − | + | 19 |
| *M.* sp. V | V (GM257A†) | − | − | + | − | − | − | + | 20 |
| *Acholeplasma axanthum* | S743 | + | − | + | − | − | − | − | ... |
| *A. granularum* | BTS39 | + | − | + | − | − | − | − | ... |
| *A. laidlawii* | PG8 | + | − | + | − | − | − | − | ... |
| *A. oculi* | 19L | + | − | + | − | − | − | − | ... |
| *Ureaplasma* spp. | ... | NT | NT | NT | NT | NT | NT | NT | ... |

* G = glucose; A = arginine; T = tetrazolium; P = phosphatase; I = digestion of inspissated serum; F = film and spot formation; D = digitonin. Reactions are scored as v = variable, s = slow, w = weak. NT = not tested.

† US isolates that are the serologic and biochemical equivalents of the respective type strains.

‡ Most, if not all, large colony isolates are phosphatase negative if the determination is made by the plate test (even if plates are incubated for 3 wk). However, all of 43 US isolates tested in this laboratory by the more sensitive broth procedures were phosphatase positive.

"contagious agalactia of sheep and goats," a particularly unfortunate designation because 1) there is no compelling evidence indicating that the disease is particularly contagious among mature goats or sheep, 2) the term "agalactia" suggests that only the female is affected when actually both sexes are susceptible, and 3) many authors now include other mycoplasmas as causes of "contagious agalactia," i.e., *M. capricolum, M. mycoides* ssp. *capri, M. mycoides* ssp. *mycoides* (caprine or large-colony biotype), and *M. putrefaciens,* because all can produce mastitis leading to agalactia.

The disease caused by *M. agalactiae* is of considerable economic importance because of high morbidity rather than high mortality. Clinical disease can be unapparent, mild, acute, or chronic.[26] In the female, acute clinical signs often are first noticed after freshening at the beginning of lactation.[115] Usually, there is general malaise, fever, and mastitis that leads to decreased milk yield and agalactia. Large numbers of the organism can be shed in the milk, and the blood can contain the organism for a short time. Severe keratoconjunctivitis may develop. Often, the organism settles in the joints, causing arthritis that may involve one or several

joints (polyarthritis). Although experimental evidence is lacking, suckling kids may acquire the infection by ingesting colostrum or milk containing the organism. The dam can easily become infected by the introduction of even a few organisms into the teat canal either as a result of unsanitary procedures either in the milking parlor or during hand milking. Similar infections of the udder via the teat canal occur with *M. capricolum*[40] and with caprine strains of *M. mycoides* ssp. *mycoides* (A. J. DaMassa and D. L. Brooks, unpublished data) and *M. putrefaciens.*[15,42]

*Mycoplasma agalactiae* has also been associated with cases of granular vulvovaginitis in goats.[106] Lung lesions are not a normal feature of *M. agalactiae* infection, although outbreaks of pleurisy among goats from which the mycoplasma was isolated have been reported.[24,28]

### Mycoplasma arginini

This mycoplasma occurs in goats and sheep and can be isolated from various anatomical sites of other hosts.[60] Most often the organism is considered nonpathogenic. In 1 experimental trial,[54] *M. arginini* was

Downloaded from vdi.sagepub.com by guest on November 23, 2014

not mastitogenic when injected into the lactating mammary gland of goats, but it did persist in sheep udders at high titer for at least 9 days, causing lacteal neutrophilia without alteration in milk consistency and/or appearance.

*Mycoplasma arginini* has been isolated from cases of ovine keratoconjunctivitis.[68] Cottew[24] reported this organism's frequent occurrence in pneumonic sheep lungs, mouth, and esophagus, a finding that has been confirmed in our laboratory on many occasions (A. J. DaMassa, unpublished data). In our laboratory, *M. arginini* has also been isolated from the joints of goats dying of experimental septicemia caused by either *M. mycoides* ssp. *mycoides* (caprine or large-colony biotypes) or *M. capricolum.*

## Mycoplasma bovirhinis

Little information is available concerning the isolation of *M. bovirhinis* from goats. Cottew,[22] however, reported the isolation of this organism from goats on at least 1 occasion, which represents the only known isolation of *M. bovirhinis* from goats or sheep.

## Mycoplasma bovis

This mycoplasma can occasionally be isolated from the lungs of goats. During a survey of the bacterial flora of the diseased caprine lung in Nigeria, an isolate representing *Mycoplasma agalactiae* ssp. *bovis* was recovered.[86] The mycoplasma has since been elevated to species rank and is now known as *Mycoplasma bovis.* Because *M. bovis* is often associated with mastitis in cattle, the investigators[86] elected to examine the pathogenicity of that agent following its introduction into the teat canal of lactating goats. Pyrexia was evident by the third day postinoculation, and the infected gland was swollen, firm, and pale. By the fifth day postinoculation, the gland had increased in size to about 4 times normal. Abnormal milk secretion, showing occasional clots, was evident by the first day postinoculation; milk changed to a yellow serous fluid after 3-5 days. Counts of the mycoplasma attained a titer of $4 \times 10^7$ colony-forming units (CFU)/ml of milk. Histologically, a purulent exudate was found in the lactiferous duct and sinus and in the interlobular ducts. The epithelial lining remained intact, but neutrophils and macrophages were seen in the lamina propia of the lactiferous sinus and in the connective tissue around the interlobular ducts and within the alveoli. No appreciable systemic reaction (other than pyrexia) was noticed, and the mycoplasma was not recovered from other sites at necropsy 5 days postinoculation.

In our laboratory, *M. bovis* has been identified on 3 occasions from the lungs of goats at necropsy (A. J. DaMassa, unpublished data). The agent was isolated in other laboratories, and no information is available regarding the cause of death of the goats.

The isolation of *M. bovis* from goats is not unusual. Bovine milk is often used as a feed supplement for young goat kids, providing an opportunity for the agent to seed the mouth, oropharynx, lower trachea, and lung.

## Mycoplasma capricolum

*Mycoplasma capricolum* is primarily a goat pathogen but has also been encountered in sheep, cows, and alpine ibex *(Capra ibex ibex).*

In goats, *M. capricolum* is highly destructive, causing high morbidity and mortality. Described first as a virulent form of "PPLO" from goat kids in California,[21] the primary clinical sign was a severe arthritis (polyarthritis) affecting nearly every diarthrodial joint. In later studies,[19,20] parenteral inoculation of this organism caused high morbidity and mortality in sheep and pigs. The agent was later named *M. capricolum.* [113]

*Mycoplasma capricolum* causes acute to peracute disease when inoculated parenterally[18,19,21,37,40,108] or when given orally.[37,40] The organism initiates a definite, progressive pathologic process best described as septicemia with severe joint localization.[21] Pyrexia is a cardinal sign in kids but may be of short duration and go unnoticed in adults. Hot, swollen, painful joints can occur within 3 days of exposure, causing inability to stand. Upon necropsy, the lymph nodes of kids dying of acute disease are swollen and diffusely reddened and may show discrete hemorrhages. In chronic cases, joints may be only moderately enlarged, moist, firm, and infrequently reddened. Epicardial, myocardial, and endocardial petechiae and fibrinous pericarditis and peritonitis can be present. Fibrin deposits can also be found in the scrotal cavity and covering the liver. Prominent lung changes were not a feature of the 1955 outbreak,[21] but more recent reports describe collapsed lungs with a rubbery consistency and patchy, depressed, red areas of consolidation.[37] Histopathologic changes in the lung are best described as an acute diffuse interstitial pneumonia.[18,37,38] Fibrinous adhesions between lung lobes can occur. Kidneys may show medullary edema, hyperemia, pink amorphous material in the tubules, and a degeneration of the convoluted tubules. Hepatic necrosis, conjunctivitis, and/or keratoconjunctivitis have been observed. Cellulitis is common at the site of experimental inoculation. In all but acute cases, severe fibrinopurulent polyarthritis affects nearly all joints, which are surrounded by congestion and edema. Fibrin masses can be found within the joints, and hemorrhagic erosions of the articular cartilages can occur.

In an experimental study,[37] young kids acquired a lethal *M. capricolum* infection by the ingestion of $\geq 1$

Downloaded from vdi.sagepub.com by guest on November 23, 2014

BLM_0040976

104                                                                            DaMassa, Wakenell, Brooks

x $10^5$ CFU/ml in the milk, and kids in close confinement with infected penmates also quickly acquired the infection. Septicemia (mycoplasmemia) was present as early as 24 hours after oral exposure, and the blood of all kids was positive for *M. capricolum* by the fifth day postinoculation, with counts as high as 1 x $10^6$ CFU/ml. In an additional study,[42] the primary histologic change was fluid leakage from the vasculature, with moderate to marked leukocyte exudation. All kids had diffuse interstitial pneumonia, with high-protein edema fluid in the alveoli and diffuse monocyte-macrophage accumulation in the alveolar walls and alveoli. Many kids had a histiocytic meningitis over most areas of the brain, and 1 kid had an acute vessel wall necrosis. Spleens had moderate necrosis of sinusoidal cells. Fibrin and neutrophil exudation were present in the joint cavity, and necrosis of the synovial lining and foci of coagulative necrosis in the collagenous stroma surrounding the joints were found. Diffuse neutrophilic infiltration was found in the hepatic sinusoids and in the glomeruli. Two kids showed fibrinous or fibrin-leukocyte thrombi in the lungs, liver, and meningeal vessels.

Experimentally, mastitis is easily produced by the introduction of *M. capricolum* into the teat canal, which can lead to agalactia and death.[40] As many as 1 x $10^8$ CFU/ml can be shed in the milk, and the infection spreads from 1 udder half to the other. Udders harden, and the supramammary lymph nodes become enlarged. Does that receive small numbers of the organism into the teat may become mastitic but not agalactic and can shed small numbers of the organism for about 4 months. The *M. capricolum* -infected udder contains a pronounced neutrophilic exudate within the ductal system, and there is a progressive epithelial cell necrosis of the acini.[40] In one study;[42] there was interstitial pneumonia, acute fibrinopurulent arthritis, and vascular thrombosis in various organs. Thrombi, composed of fibrin or fibrin and leukocytes, were seen in adrenal glands, heart, meninges, lung, liver, and spleen. Unlike kids, no meningitis was observed in adults. Two goats had neutrophilic epicarditis, with extension into the heart muscle. Glomerulonephritis was present in most adult goats. Necrosis of lymphoid follicles and multifocal necrosis of the sinusoids of the spleen were noted in 1 animal. Epidemiologically, many adult does probably become infected by the infusion of the organism into the teat canal, probably because of unsanitary milking procedures either in the milking parlor or during hand milking (as with caprine strains of *M. mycoides* ssp. *mycoides* and *M. putrefaciens*). [2,42] Horizontal transmission of *M. capricolum* among adult goats has not been demonstrated, although young kids readily acquire the infection from diseased penmates.[37]

Other than the 1955 epidemic in kids,[21] only sporadic outbreaks of *M. capricolum* disease have occurred. In a previously unreported study, an organism that most probably represents *M. capricolum* or an *M. capricolum-* like mycoplasma was responsible for an incidence of severe mastitis in the Central Valley of California that resulted either in death or culling of about 200 lactating does (A. J. DaMassa and D. L. Brooks, unpublished data). In that outbreak, kids were not affected, probably because they were fed heat-treated colostrum or milk replacer.

Other outbreaks of natural disease attributable to *M. capricolum* include disease in sheep in Zimbabwe[107] and a septicemic disease in lambs in the United States that was initiated by an organism closely related to *M. capricolum*.[45] This agent has also been isolated from cases of mastitis in cows, [109] from bull semen, [13] from septicemic disease in alpine ibex,[104] and from vulvar scabs of ewes in the United Kingdom.[60]

*Mycoplasma capricolum* is a heterogeneous mycoplasma[25] (A. J. DaMassa, unpublished data), and antisera to several isolates may be necessary to identify all strains. In the United States, isolates similar to the type strain (California Kid) of *M. capricolum* are now considered unusual mycoplasmas and are being replaced by serologic types such as *Mycoplasma* sp. GM262G[33,45] (A. J. DaMassa, unpublished data). In our laboratory, strain GM262G is considered a strain of *M. capricolum,* based on 1) its weak reactions with polyclonal antiserum to the type strain of *M. capricolum,* 2) a definite but delayed ability (4-6 weeks) to hydrolyze arginine, and 3) possession of the enzyme omithine transcarbamylase. Isolates similar to strain GM262G cannot often be identified serologically using polyclonal antisera to the type strain of *M. capricolum* but do respond variably with polyclonal antiserum to *Mycoplasma* sp. F38. *Mycoplasma capricolum* and *Mycoplasma* sp. F38 share a DNA homology of about 80%.[17]

### Mycoplasma conjunctivae

*Mycoplasma conjunctivae* causes caprine and ovine conjunctivitis/keratoconjunctivitis[8,10] and can be isolated frequently from the eye and the nasopharynx.[8] Hosts infected with this agent show lacrimation, conjunctival hyperemia, pannus, neovascularization, iritis, and keratitis.[8,24] Chamois can also become infected and show more severe clinical symptoms, leading to total blindness[83]

The disease is usually mild, lasting about 1 week or, in more severe cases, > 1 month. In our laboratory, some cases of keratoconjunctivitis were presumably caused by *M. conjunctivae,* which was isolated from the eyes of both goats and sheep that recovered without

Downloaded from vdi.sagepub.com by guest on November 23, 2014

BLM_0040977

treatment (A. J. DaMassa, unpublished data).

In an experimental study, cloned cultures of *M. conjunctivae* given subconjunctivally caused injection of the vessels of the bulbar and palpebral conjunctiva and increased lacrimation.[111] The clinical disease was similar to natural outbreaks among goats.

In another experimental study,[110] inoculated and contact sheep all developed keratoconjunctivitis. Clinical signs were generally moderate and transient and recurred in some sheep. Grossly, there was increased lacrimation, an increase of lymph follicles of the third eyelid, hyperemia of the conjunctiva, and corneal opacity. In some cases, a rim of vessels was present that extended from the limbus into the cornea. The microscopic lesions included conjunctivitis of the upper, lower, and third eyelids characterized by extensive subepithelial infiltration of mononuclear cells, hyperemia, endothelial swelling, and a greater than average number and size of lymph follicles.

### Mycoplasma gallinarum

*Mycoplasma gallinarum* has been isolated at least once from sheep and goats.[24] In our laboratory, *M. gallinarum* has been isolated twice from goat placentas recovered in the barnyard (A. J. DaMassa, unpublished data). The significance of these isolations is unknown, because the mycoplasma may have been acquired by contamination from fowl.

### Mycoplasma mycoides ssp. capri

This mycoplasma, long believed to be the etiologic agent of contagious caprine pleuropneumonia (CCPP), is now considered by many investigators to be either unusual or rare, although a recent report[61] revealed that the agent may be prevalent in Oman.

The type strain (PG3) of *M. mycoides* ssp. *capri* is serologically distinct from *M. m.* ssp. *mycoides* (large-colony strains Y and GM12 and small-colony types such as PG1). High-resolution, 2-dimensional gel electrophoresis has shown, however, that strains of *M. m.* ssp. *capri* are more closely related to large-colony types than to small-colony types of *M. m.* ssp. *mycoides*.[94]

Significant cross-reactions between some strains of *M. m.* ssp. *capri* and *M. m.* ssp. *mycoides* can occur with some antisera, but some strains of *M. mycoides* from goats are difficult to assign to either subspecies because they share serological properties with both.

Little information is available concerning the pathogenicity of *M. m.* ssp. *capri*, either from natural or experimental cases. Few isolations of the organism have been made in recent years,[61] especially from cases of CCPP, indicating that this organism is not the etiologic agent of that disease.

*Mycoplasma m.* ssp. *capri* given endobronchially initiated a pleuropneumonia in goats that closely resembled the disease initiated by caprine strains of *M. m.* ssp. *mycoides*.[84] Infected animals developed high fever and were unable to eat. Gross lesions were confined to the lungs, pleura, and pericardium. Lung lobes showed various degrees and stages of hepatization, with dilated interlobular septa. The pleura of the affected lung was often covered with fibrin and adhered to the diaphragm, chest wall, and pericardium. Excess thoracic fluid and fibrinous pericarditis was common. The associated lymph nodes, especially the bronchial, mediastinal, mandibular, and retropharyngeal, were enlarged, edematous, and hemorrhagic. The important histopathologic lesions included edema of the lung, congested alveolar septa, acute pyogenic bronchopneumonia, and acute purulent pleurisy.

*Mycoplasma m.* ssp. *capri* has also been isolated from natural cases of caprine mastitis.[90] In an experimental study,[79] the inoculation of the organism into the teat canal resulted initially in decreased milk production and progressed to an agalactic syndrome. At necropsy, there was purulent material in the inoculated udder side, and the supramammary lymph node on the affected side was enlarged. Initial histopathologic changes included a diffuse purulent mastitis with marked infiltration of neutrophils within the luminal acini. These lesions progressed to a chronic interstitial mastitis with atrophy of the glandular parenchyma and subsequent replacement by fibrosis. As with infections caused by *M. putrefaciens*, the organism did not spread to the opposite udder half. Body temperature and appetite remained normal. In another study,[84] Nigerian strain goats infected with *M. m.* ssp. *capri* did not develop either arthritis or mastitis.

*Mycoplasma m.* ssp. *capri* is considered exotic to the United States.

### Mycoplasma mycoides ssp. mycoides
(large-colony or caprine biotypes)

*Mycoplasma m.* ssp. *mycoides* is best known as the causative agent of contagious bovine pleuropneumonia, a highly destructive disease of cattle that was eradicated from the United States in 1892. Since 1978,[30] however, mycoplasmas of goat origin serologically indistinguishable from the bovine type of *M. m.* ssp. *mycoides* (strain PG1) have caused severe disease in goats.

Based principally on morphologic and cultural characteristics, *M. m.* ssp. *mycoides* is divided into large-colony (LC) and small-colony (SC) types. In general, LC types (also called caprine biotypes by some authors) have more robust cultural characteristics than do SC (bovine) biotypes. LC types grow to a significantly larger diameter on agar, grow more extensively in liquid broth, rapidly digest inspissated serum and casein more

Downloaded from vdi.sagepub.com by guest on November 23, 2014

BLM_0040978

106                  DaMassa, Wakenell, Brooks

rapidly, and survive for a longer period at 45 C than do SC types.[30] Exceptions do occur,[114] but these parameters have been useful for separating these 2 types.

SC types of *M. m.* ssp. *mycoides* are almost exclusively found in bovines. On 3 occasions, however, SC types designated strains O, P, and Vom have been recovered from goats in New Guinea, Sudan, and Nigeria, respectively.[24,30] Conversely, LC types are almost exclusively found in goats but have been recovered from cattle in Australia,[30] France,[88] and India.[63] In 1 instance this mycoplasma has been associated with natural disease in sheep in Nigeria.[87]

*Mycoplasma m.* ssp. *mycoides* is a member of the *Mycoplasma mycoides* cluster, a group of mycoplasmas that are notable pathogens of cattle, goats, and sheep and that share serologic, genomic, and antigenic characteristics.[27] Six mycoplasmas make up the *M. mycoides* cluster: *M. m.* ssp. *mycoides* (LC), *M. m.* ssp. *mycoides (SC), M. m.* ssp. *capri, M. capricolum,* and 2 undetermined mycoplasmas designated bovine serogroup 7 and *Mycoplasma* sp. F38. These[6] organisms currently pose the most prominent taxonomic problems within the genus *Mycoplasma.*

Caprine strains of *M. m.* ssp. *mycoides* are the dominant disease-producing mycoplasmas affecting milk goats worldwide. These strains are particularly important and widespread pathogens m the goat populations of the United States and many other countries.

In 1 study,[84] the gross and histological lung lesions in goats caused by caprine strains of *M. m.* ssp. *mycoides* were remarkably similar to those caused by *M. m.* ssp. *capri* (see section under *M. m.* ssp. *capri*). In other studies, pulmonary changes depended on the route of inoculation of the agent,[64] causing CCPP when given endobronchially[84] but causing only pleuritis, mild interstitial pneumonia, and pulmonary edema when given intravenously.[64]

In goats infected endobronchially with a Canadian strain of *M. m.* ssp. *mycoides,*[96] all animals ( n = 6) died due to mycoplasmal septicemia within 1 week of exposure. At necropsy, there was cellulitis in the ventral neck region and pulmonary edema, and in 4 goats there was excess serosanguinous fluid in the pleural cavity. All goats had acute pneumonia that ranged from localized areas in the hilar region to scattered areas 2 x 2 cm in all lobes. Fibrin was seen covering areas of the lung. One goat had pale and distended interlobular septa. Hyperemic and edematous pulmonary lymph nodes were found in all goats. Excess turbid synovial fluid was present in the carpal and hock joints of most goats. Histologically, all goats showed congested and edematous lungs, and early stages of necrosis were observed in the pneumonic tissue. Proteinaceous fluid, exfoliated cells, macrophages, and neutrophils were seen

in the alveolar spaces. The lungs of 2 goats had arterial and arteriolar vasculitis with necrosis of the vessel wall and thrombosis. In 1 goat, there was necrosis of the interlobular septa, and in 4 goats there was necrosis in the periarteriolar lymphatic tissue in the spleen. One goat had focal necrosis in the adrenal cortex.

In many areas of the world where milk goats are kept, mastitis and arthritis initiated by *M. m.* ssp. *mycoides* are common.[9,36,47,93,97] Some strains of this mycoplasma that are known to produce arthritis and mastitis in European and North American milk goats do not, however, elicit those manifestations in African goat breeds.[1,84]

In milk goats, the clinical signs caused by caprine strains of *M. m.* ssp. *mycoides* include arthritis or polyarthritis, conjunctivitis, lymphadenitis, peritonitis, pericarditis, mastitis, septicemia, some form of pneumonia (interstitial, fibrinous), and pyrexia.[39,41,42,64,82,84,85,95,96] In the United States, disease outbreaks caused by *M. m.* ssp. *mycoides* have produced 90% morbidity and mortality in the new kid crop.[36] Cellulitis at the site of experimental inoculation is common.

Young kids readily acquire *M. m.* ssp. *mycoides* by many routes, including orally.[36,41,47] Oral transmission occurs because does infected with this agent are often mastitic and routinely shed large numbers of this pathogen in their mammary secretions. With strains of low virulence, however, infection via the oral route may not occur.[12]

In an experimental study,[41] a 1-time oral dose of ≥ 1 x 10[6] CFU of *M. m.* ssp. *mycoides* (caprine strain GM 12) was sufficient to induce clinical mycoplasmosis ( n = 37) terminating in fatal septicemia in 73% (37/ 51) of the inoculated kids. The disease was contagious; 8/14 noninoculated control kids (57%) kept in close confinement with affected kids developed mycoplasmosis and died. The organism could be isolated from the blood of the affected kids as early as 24 hours after ingestion of the organism, with counts as high as 1 x 10[8] CFU/ml. Counts of the organism in the urine reached 1 x 10[6] CFU/ml. Pyrexia as high as 42.3 C could be detected in about 95% of the affected kids. Hot, swollen joints occurred within 4 or 5 days after oral exposure. At necropsy, all affected kids had a fibrinopurulent polyarthritis and areas of consolidation in the lungs. Excess pleural fluid and fibrinous adhesions between the lungs and the thoracic wall also were noticed. Atelectasis and areas of patchy to diffuse red consolidation, often overlayed with a fibrinous exudate, were seen in 1 or more lung lobes. Lung lesions included bronchiectasis and extensive pulmonary edema. Subcutaneous periarticular tissues often contained a fluid that was reddish and gelatinous. An exudate was frequently seen extending proximally and distally

Downloaded from vdi.sagepub.com by guest on November 23, 2014

BLM_0040979

into the tendon sheaths (tenosynovitis). The joint spaces contained exudate ranging from variable amounts of stringy yellow fluid to copious amounts of a fibrinopurulent deposit. Erosions of the articular cartilages were seen in kids surviving $\geq$ 7 days. Four of the 37 kids had a generalized peritonitis. The kidneys, liver, and spleen were congested and enlarged, and the gallbladder was distended with bile. Pericarditis was also found. All kids had congestion of the meningeal vessels. In about 50% of the kids, the regional lymph nodes of the lungs and the prescapular and mesenteric ileocecal lymph nodes were enlarged 2-3 times. Histologic changes in tissue samples from the major organ systems were limited primarily to an acute vascular phenomenon. There was diffuse fluid leakage into the alveoli of the lungs, with a modest accumulation of leukocytes in the alveolar walls. In older kids necropsied at 48 and 72 days of age, the leukocytes found in the alveolar walls were macrophages. In younger kids necropsied at 20 and 12 days of age, the leukocytes were primarily neutrophils. Acute thrombi were seen occasionally in various organs. Meningeal, pleural, and peritoneal surfaces often had evidence of acute vascular leakage, with an early minimal perivascular accumulation of leukocytes. Meningeal vascular fluid leakage with a slight perivascular leukocyte accumulation were the only changes present in the brain and spinal cord.

### Mycoplasma ovipneumoniae

Mycoplasma ovipneumoniae plays a role in disease of goats and sheep. This mycoplasma can be isolated frequently from the lung, trachea, and nose and occasionally from the eyes of sheep with pneumonia but can also be found in the respiratory tract of healthy sheep. Sheep inoculated intravenously and 1-day old lambs infected by aerosol developed an interstitial pneumonia.[101] Significant microscopic lesions in lambs sacrificed between 1 and 56 days postinoculation consisted of proliferation of the alveolar walls and of the epithelium of the terminal bronchioles. Atelectasis was present. The organisms were not recovered at necropsy.

Natural disease caused by M. ovipneumoniae has been often reported.[11,16,102,103] Later studies have suggested that M. ovipneumoniae and Pasteurella hemolytica biotype A serotypes act synergistically to produce a chronic disease (atypical pneumonia) principally affecting lambs up to 12 months of age.[58] Mortality rarely exceeds 10%,[59] even under experimental conditions, but considerable economic loss due to unthriftiness can occur.[57]

Goats can also harbor M. ovipneumoniae, and growing evidence incriminates this mycoplasma in goat disease. In an experimental study,[49] young goats infected with this agent developed pneumonic signs. The organism was recovered, but not regularly, from the infected goats. In a later study,[80] the experimental infection of goats and sheep with M. ovipneumoniae resulted in similar disease patterns. The thymus was enlarged, but there were no clinical signs or gross lesions in the lungs, trachea, or pleural lymph nodes; however, animals examined at later periods following intratracheal inoculation showed patchy areas of lung collapse. Histopathologic changes in the lungs included mild pneumonia, alveolar collapse, and a thickening of the interalveolar septa with neutrophils and mononuclear cells. The interstitial pneumonia was more prominent late in the experiment. No Pasteurella sp. or other bacteria of importance were isolated.

Mycoplasma ovipneumoniae displays an uncharacteristic morphology on solid medium containing the usual concentration of agar (1.5-2.0%). Colonies do not have the "fried egg" appearance because they lack the central downgrowth that gives most mycoplasma colonies that morphology. Rather, the colonies on such agar appear granular. On medium with lower agar concentrations, the normal appearance is reestablished.

### Mycoplasma putrefaciens

This mycoplasma, described by Tully in 1974,[113] was named for its characteristic of producing in its growth medium (particularly liquid medium) a strong odor of putrefaction. The organism was probably first isolated and designated as strain "KS" from the joints of goats in California in 1956.[3] In 1980, this mycoplasma was identified as a cause of caprine mastitis leading to agalactia.[2] As few as 0.5 x $10^2$ CFU of the GM1 strain of M. putrefaciens introduced into the teat canal induced mastitis and agalactia. Normal lactation usually does not resume until the next freshening.[15] Often, there are no clinical signs other than mastitis and agalactia. This mycoplasma does not appear to induce pyrexia. The organism remains localized on the affected udder side only, without spreading to the opposite udder half, and confers immunity to the affected udder half only.[15] Young kids given the GM1 strain orally, intranasally, intramuscularly, or intraperitoneally exhibited no abnormal clinical signs.[40] Pyrexia did not occur, and the organism could not be isolated from the blood.

No published studies attest to mycoplasmemia in M. putrefaciens -infected goats nor to the establishment of disease in young kids given the organism orally. In recent observations (A. J. DaMassa and D. L. Brooks, unpublished data), however, the organism was recoverable from the blood, sporadically in low numbers, and kids nursing on a dam that was shedding large numbers of the GM499 strain developed severe arthritis affecting principally the carpal, hock, and stifle

Downloaded from vdi.sagepub.com by guest on November 23, 2014

BLM_0040980

108                                           DaMassa, Wakenell, Brooks

joints. Aspirates of affected joints confirmed the presence of *M. putrefaciens*.

For several years, *M. putrefaciens* was thought to only cause mastitis leading to agalactia. In 1987, however, *M. putrefaciens* caused a severe outbreak of mastitis and arthritis/polyarthritis in a herd located in the Central Valley of California, requiring the destruction of 700 goats.[43] The milk of nearly all 400 lactating does contained almost pure cultures of *M. putrefaciens,* up to 1 x 10[9] CFU/ml. At postmortem examination, the joints of both the adults and kids contained a fibrinopurulent discharge. *Mycoplasma putrefaciens* was isolated in pure cultures and in large numbers from joints, tissues, and fluid not previously known to harbor the agent: brain, kidneys, lungs, lymph nodes, uterus, and urine. Bulk milk tank samples emitted an odor of putrefaction, with counts of *M. putrefaciens* up to 1 x 10[7] CFU/ml. The outbreak was milkborne and was initiated by the infusion of the pathogen into the teat canal by poor hygiene in the milking parlor and by feeding raw colostrum containing large numbers of the organism to kids. In 14-day-old kids infected with this strain of *M. putrefaciens,* the prominent histopathologic lesions were acute fibrinopurulent exudation into the joint cavities and synovial lining necrosis. In older kids necropsied at 21 and 63 days of age, a lymphocytic-plasmacytic infiltration of connective tissue was found in joints having intact synovial linings. In 2 lactating does necropsied during the outbreak, the udder showed severe mastitis, which included neutrophilic exudation, mild fibrosis, and an occasional lymphoid nodule. The mastitis was more severe at the alveolar level than in the ducts.

### Undetermined species of *Mycoplasma*

#### Serotype 5
#### (representative strain: *Mycoplasma* sp. HRCG145)

Little is known about this mycoplasma, except that it was isolated from a caprine foot. It represents a serologic type different from any other mycoplasma of goat and sheep origin listed in this report. Pathogenicity, if any, is unknown.

#### Serotype 7
#### (representative strain: *Mycoplasma* sp. A1343)

Mycoplasma sp. A1343 has only been reported in 2 prior studies.[23,48] According to those reports,[23,48] strain A1343 originated from the lung of a goat in West Virginia. No data concerning its pathogenicity, if any, exists.

(This mycoplasma is included here because it has been isolated from goats. However, this agent has not been examined in our laboratory because we could not obtain samples of the organism. Strain A1343 may represent a currently known mycoplasma.)

#### Serotype 11
#### (representative strain: *Mycoplasma* sp. 2D)

This serotype has been demonstrated only from sheep. In Australia, several vaginal and preputial isolates from sheep were described, and an isolate called 2D was designated as the biotype? Several similar isolates were later recovered that appeared to represent this serotype,29 but some also showed a serologic relationship to caprine strains of *M. mycoides* ssp. *mycoides,* a characteristic that was not found in other studies of strain 2D.[5]

Studies in Texas revealed isolates from the genital tract of sheep that were serologically indistinguishable from strain 2D.[72] One of the strains, designated 3301, has been examined in our laboratory and exhibited, like some strains examined in another study,[23] a serologic relationship to *M. m.* ssp. *mycoides* (A. J. DaMassa, unpublished data). Pathogenicity studies have not been conducted.

#### Serotype 16
#### (representative strains: *Mycoplasma* sp. F38, G69, SGPI)

*Mycoplasma* sp. F38 is listed here as a distinct serotype only for convenience; this designation is tentative and used primarily to separate it from *M. capricolum* and/or other members of the *M. mycoides* cluster. As stated under the description of *M. capricolum,* studies have reported that *Mycoplasma* sp. F38 often reacts serologically with polyclonal antiserum to the type strain of *M. capricolum,* and there is a high degree of DNA relatedness between the two agents.[17] A later study,[100] showed that the important cross-reactions between these 2 mycoplasmas (and also with mycoplasma serogroup 7) were eliminated using a monoclonal antibody to *Mycoplasma* sp. F38, therefore supporting the possible elevation of *Mycoplasma* sp. F38 to species or subspecies rank.

*Mycoplasma* sp. F38 is now considered the etiologic agent of "true" or "classical" CCPP. In Kenya, CCPP has been initiated by at least two distinct mycoplasmas.[73,75] In one case, designated the "chronic" form, the causative agent was *M. mycoides* ssp. *mycoides* (strain F30), there was no spread of the disease among mature goats.[73] In the other case ("acute" CCPP), caused by strain F38, there was widespread dissemination of the disease to contact goats.[75]

Contagious caprine pleuropneumonia, initiated by *Mycoplasma* sp. F38 or an F38-like mycoplasma, causes major economic losses in Africa and Asia.[100] One study[74] reported up to 100% morbidity and 68% mortality; another study stated both values as 100%.[99] Body temperature reached 41.5 C. Close contact among goats was necessary for spread of the disease.[74] Generally, pathologic changes are confined to the lung, which may develop pale yellow foci approximately 4-5 mm in

Downloaded from vdi.sagepub.com by guest on November 23, 2014

BLM_0040981

diameter surrounded by a spherical red congested zone. Lesions may occur in any part of the lung, or they can coalesce so that the entire lobe or lung becomes solid. Chronically affected lungs can show a fibrinous pleuritis with occasional adhesions to the chest wall. In 1 study,[62] emphysema and/or atelectasis and excess serosanguinous or serous thoracic fluid were usually found. Histologic lesions were those of a focal fibrinous pleuropneumonia with variable involvement of the interstitial connective tissue. In acute cases, many alveolar wall capillaries were congested, and alveoli contained a serous exudate containing occasional neutrophils and macrophages. In the chronic stages of the disease, the lesions became organized with an increase in connective tissue and a proliferation of mononuclear inflammatory cells. In most cases, there was no enlargement of the interlobular septa. Unlike M. capricolum and LC strains of M. mycoides ssp. mycoides, the subcutaneous or intramuscular inoculation of Mycoplasma sp. F38 does not elicit local cellulitis and subcutaneous edema at the point of inoculation. Mycoplasma sp. F38 does not appear to cause pathology in animals other than goats; 52 however, it has been isolated from the milk of mastitic cows in India,[66] and a culturally, serologically, and biochemically similar organism has been isolated from sheep in Kenya.[70]

Thus far, Mycoplasma sp. F38 (or an F38-like mycoplasma) has been isolated in Chad,[69] India,[66] Kenya,[70] Oman,[61] South Yemen,[98] Sudan[51] Tunisia,[89] and (by implication) Turkey.[61] Additionally, an F38 polysaccharide was detected by latex agglutination in the sera of Mali goats.[98]

More detailed information regarding the disease in goats caused by Mycoplasma sp. F38 or by F38-like mycoplasmas is available.[51,56,61,62,75-78]

## Serotype 17
(representative strains:
Mycoplasma sp. G, GM274B, GM790A)

Serotype 17, represented by Mycoplasma sp. G, was first isolated from the external ear canals of goats in Australia.[30] Since then, a serologic type indistinguishable from Mycoplasma sp. G (designated GM274B) has been isolated on many occasions from the external ear canals of goats in the United States (A. J. DaMassa, unpublished data). Serotype 17 has usually been isolated from the external ear canal of goats, although isolation from a retropharyngeal lymph node of that species,[30] and isolation of another similar serologic type (GM790A) from spleen, lung, and mastitic milk of 2 goats in the United States[44] has been reported. In our laboratory, this mycoplasma has been isolated occasionally from the nasal tracts of goats and once from the external ear canal of a young calf. The calf was housed in close contact with a small herd of young

goats known to harbor strain GM274B in their ears (A. J. DaMassa and D. L. Brooks, unpublished data).

## Serotype 19
(representative strains: Mycoplasma sp. U, GM623)

In a survey of the external ear canals of goats in Australia, an additional isolate was described and designated Mycoplasma sp. U.[32] No information is available concerning its prevalence or pathogenicity. On 1 occasion, an isolate serologically similar to Mycoplasma sp. U was isolated from the external ear of a goat in California. The isolate was designated GM623 (A. J. DaMassa, unpublished data).

## Serotype 20
(representative strains: Mycoplasma sp. V, GM257A)

Mycoplasma sp. V was first isolated from the external ear canals of goats in Australia.[32] In the United States, a serologic type represented by strain GM257A[33] is identical with Mycoplasma sp. V and is a frequently isolated mycoplasma whenever the external ears of goats are cultured (A. J. DaMassa, unpublished data). It has not been isolated from other anatomical sites and its pathogenicity, if any, has not been established. This mycoplasma is easily distinguished from many other known mycoplasmas by the production of an intense black pigment on agar, rendering some, particularly older, colonies black. Pigmentation is not seen in liquid media nor is it evident when colonies are young or are crowded on agar; it develops best when colonies are widely separated. Preliminary data suggest that pigmentation develops only on agar supplemented with thallous acetate.

## Acholeplasma

### Acholeplasma axanthum

In 1 report,[60] A. axanthum was isolated from vulvar scabs of ewes in the United Kingdom, representing the only isolation of this mycoplasma from sheep or goats. Its pathogenicity, if any, has not been established.

### Acholeplasma granularum

The 2 isolations of A. granularum, from a goat and sheep,[25] are the only known isolations of these mycoplasmas from these hosts. The significance of these isolations is unknown.

### Acholeplasma laidlawii

This organism is ubiquitous and is not specific to sheep or goats. In our laboratory, A. laidlawii has been isolated from, the respiratory tract of these hosts on many occasions (A. J. DaMassa, unpublished data).

In 1 study,[105] however, the inoculation of this organism into the teat canal of lactating goats resulted

Downloaded from vdi.sagepub.com by guest on November 23, 2014

BLM_0040982

110                                          DaMassa, Wakenell, Brooks

in clinical mastitis leading to 90% milk loss in most goats tested and agalactia in others. Milk abnormality was observed only in the inoculated udder half and persisted for 19 days postinoculation (the longest period tested). In goats necropsied on the third day postinoculation, the udder and the supramammary lymph node on the inoculated side were slightly enlarged. Goats necropsied at subsequent intervals had udders that were smaller and had mammary lymph nodes that were larger than those of the uninoculated side. Histologically, mastitis was present only in the inoculated udder half. Acute diffuse purulent mastitis characterized by marked exudation of neutrophils into the luminal acini began on the third day postinoculation. Within 1 week, the mastitis became less purulent, with a decrease in the number of neutrophils in the lumina of the acini. The acinar epithelial cells were vacuolated and exfoliated, and there was mild fibrosis and an infiltration of lymphocytes in the interstitial tissue. By days 18 and 19 postinoculation, the mastitis was chronic and characterized by a severe parenchymal infiltration of lymphocytes and plasma cells. A marked fibrosis replaced the glandular parenchyma. The supramammary lymph nodes on the affected udder side showed acute to chronic lymphadenitis, with marked hyperplasia of lymphoid tissue.

### Acholeplasma oculi

This mycoplasma has been isolated from cases of conjunctivitis or keratoconjunctivitis in goats,[4,6] sheep,[7] and other animals. It has also been isolated from pigs,[24] as a cell culture contaminant,[112] from horses and camels,[92] and from cows and calves.[65,92]

Only 1 investigation has supported a pathogenic role for *A. oculi*. In a natural outbreak of the disease in goats in Minnesota, there was severe keratoconjunctivitis;[6] upon reinoculation of the agent, mild to severe conjunctivitis, pneumonic lesions, and death in some goats resulted.

### Ureaplasma species

*Ureaplasma* species have been cultivated from both goats and sheep. There is, however, a general lack of specific information on these organisms from these hosts, and little is known about their role, if any, in disease. Strains of these organisms have been isolated from the urogenital tract or from urine of goats and sheep.[50,71] In a later study,[46] sheep with granular vulvitis contained ureaplasmas in the vulva, and inoculation of the organisms into healthy sheep resulted in granularity and hyperemia of the vulva.

Thus far, the *Ureaplasma* species of sheep and goats have not been characterized, and their serologic relationships have not been investigated. Future studies will probably show that the ureaplasmas of sheep and goats represent a spectrum of serologic types similar to *U. gallorale, U. diversum,* and *U. urealyticum.*

## References

1. Adesotoye AI, Ojo MO:  1990, Failure to induce experimental arthritis in Nigerian goats by *Mycoplasma mycoides* subsp. *mycoides* (LC Type). IOM Letters, Program and Abstracts, 8th Int Congr IOM, July 8-12, Istanbul, Turkey, 1:343-344.
2. Adler HE, DaMassa AJ, Brooks DL: 1980, Caprine mycoplasmosis: *Mycoplasma putrefaciens,* a new cause of mastitis in goats. Am J Vet Res 41:1677-1679.
3. Adler HE, Yamamoto R, Cordy DR:  1956, The effect of certain antibiotics and arsenicals in inhibiting growth of pleuropneumonialike organisms isolated from goats and sheep. Cornell Vet 46:206-216.
4. Al-Aubaidi JM:  1975, Orthographic error in the name *Acholeplasma oculusi.* Int J Syst Bacteriol 25:221.
5. Al-Aubaidi JM, Dardiri AII, Fabricant J: 1972, Biochemical characterization and antigenic relationship of *Mycoplasma mycoides* subsp. *mycoides* Freundt and *Mycoplasma mycoides* subsp. *capri* (Edward) Freundt. Int J Syst Bacteriol 22:155-164.
6. Al-Aubaidi JM, Dardiri AH, Muscoplatt CC, McCauley EH: 1973, Identification and characterization of *Acholeplasma oculusi* spec. nov. from the eyes of goats with keratoconjunctivitis. Cornell Vet 63(Suppl 3):117-129.
7. Arbuckle JBR, Bonson MD:  1979, The isolation of *Acholeplasma oculi* from an outbreak of ovine keratoconjunctivitis. Vet Rec 106:15.
8. Baas EJ, Trotter SL, Franklin RM, Barile MF: Epidemic caprine keratoconjunctivitis: recovery of *Mycoplasma conjunctivae* and its possible role in pathogenesis. Infect Immun 18: 806-815.
9. Banga HS, Gupta PP: 1988, Pathogenicity of *Mycoplasma mycoides* subsp. *mycoides* (large colony type) for sheep udder. Aust Vet J 65:361-362.
10. Barile MF, Del Giudice RA, Tully G: 1972, Isolation and characterization of *Mycoplasma conjunctivae* sp. n. from sheep and goats with keratoconjunctivitis. Infect Immun 5:70-76.
11. Black SR, Barker IK, Mehren KG, et al.:  1988, An epizootic of *Mycoplasma ovipneumoniae* infection in captive Dall's sheep *(Ovis dalli dalli).* J Wild1 Dis 24:627-635.
12. Bolske G, Engvall A, Renstrom LHM, Wierup M:  1989, Experimental infections of goats with *Mycoplasma mycoides* subspecies *mycoides* LC type. Res Vet Sci 46:247-252.
13. Breard A, Poumarat F:  1988, Isolement de *Mycoplasma capricolum* à partir d'un sperme de taureau. [Isolation of *Mycoplasma capricolum* from bull semen.] Rev Elev Med Vet Pays Trop 41:149-150.
14. Brogden KA, Rose D, Cutlip RC, et al.:  1988, Isolation and identification of mycoplasmas from the nasal cavity of sheep. Am J Vet Res 49:1669-1672.
15. Brooks DL, DaMassa AJ, Adler HE: 1981, Caprine mycoplasmosis: immune response in goats to *Mycoplasma putrefaciens* after intramammary inoculation. Am J Vet Res 42: 1898-1900.
16. Carmichael LE, St. George TD, Sullivan ND, Horsfall N:  1972, Isolation, propagation, and characterization studies of an ovine *Mycoplasma* responsible for proliferative interstitial pneumonia. Cornell Vet 62:654-679.
17. Christiansen C, Emo H:  1982, Classification of the F38 group of caprine mycoplasma strains by DNA hybridization. J Gen Microbiol 128:2523-2526.
18. Cordy DR:  1984, Septicaemia and pneumonia in *Mycoplasma capricolum* infections in young goats. Aust Vet J 61:201.

Downloaded from vdi.sagepub.com by guest on November 23, 2014

BLM_0040983

Review article: Mycoplasmas of goats and sheep                                                111

19. Cordy DR, Adler HE: 1960, Patterns of reaction in infection with a virulent form of PPLO from goats. Ann NY Acad Sci 79:686-695.

20. Cordy DR, Adler HE, Berg J: 1958, The pathogenicity for swine of a pleuropneumonialike organism from goats. Cornell Vet 48:25-30.

21. Cordy DR, Adler HE, Yamamoto R: 1955, A pathogenic pleuropneumonialike organism from goats. Cornell Vet 45: 50-68.

22. Cottew GS: 1970, Diseases of sheep and goats caused by mycoplasmas. In: The role of mycoplasmas and L forms of bacteria in disease, ed. Sharp JT, pp. 198-211. Charles C Thomas, Springfield, IL.

23. Cottew GS: 1974, The mycoplasmas of sheep and goats. Colloq Inst Natl Sante Rech Med (INSERM) 33:357-362.

24. Cottew GS: 1979, Caprine-ovine mycoplasmas. In: The mycoplasmas. II. Human and animal mycoplasmas, ed. Tully JG, Whitcomb RF, pp. 103-132. Academic Press, San Francisco, CA.

25. Cottew GS: 1983. Recovery and identification of caprine and ovine mycoplasmas. Diagnostic mycoplasmology. In: Methods in mycoplasmology, ed. Tully JG, Razin S, vol. 2, pp. 91-104. Academic Press, San Francisco, CA.

26. Cottew GS: 1985, Infections with mollicutes in sheep and goats. In: Infektionen durch Mycoplasmatales, ed. Gylstorff I, pp. 368-386. Ferdinand Enke, Stuttgart.

27. Cottew GS, Breard A, DaMassa AJ, et al.: 1987, Taxonomy of the Mycoplasma mycoides cluster. Isr J Med Sci 23:632-635.

28. Cottew GS, Lloyd LC: 1965, An outbreak of pleurisy and pneumonia in goats in Australia attributed to a mycoplasma species. J Comp Pathol 75:363-374.

29. Cottew GS, Lloyd LC, Parsonson IM, Hore DE: 1974, Isolation of a mycoplasma from vulvovaginitis in sheep. Aust Vet J 50:576-577.

30. Cottew GS, Yeats FR: 1978, Subdivision of Mycoplasma mycoides subsp. mycoides from cattle and goats into two types. Aust Vet J 54:293-296.

31. Cottew GS, Yeats FR: 1981, Occurrence of mycoplasmas in clinically normal goats. Aust Vet J 57: 52-53.

32. Cottew GS, Yeats FR: 1982, Mycoplasmas and mites in the ears of clinically normal goats. Aust Vet J 59:77-81.

33. DaMassa AJ: 1983a, Prevalence of mycoplasmas and mites in the external auditory meatus of goats. Calif Vet 37:10-13, 17.

34. DaMassa AJ: 1983b, Recovery of Mycoplasma agalactiae from mastitic goat milk. J Am Vet Med Assoc 183:548-549.

35. DaMassa AJ, Brooks DL: 1991, The external ear canal of goats and other animals as a mycoplasma habitat. Small Ruminant Res 4:85-93.

36. DaMassa AJ, Brooks DL, Adler HE: 1983a, Caprine mycoplasmosis: widespread infection in goats with Mycoplasma mycoides subsp. mycoides (large colony type). Am J Vet Res 44:322-325.

37. DaMassa AJ, Brooks DL, Adler HE, Watt DE: 1983b, Caprine mycoplasmosis: acute pulmonary disease in newborn kids given Mycoplasma capricolum orally. Aust Vet J 60: 125-126.

38. DaMassa AJ, Brooks DL, Cordy DR: 1984a, Septicaemia and pneumonia in Mycoplasma capricolum infections in young goats-reply. Aust Vet J 61:202.

39. DaMassa AJ, Brooks DL, East NE, Moe AI: 1984b, Brief account of caprine mycoplasmosis in the United States with special reference to Mycoplasma mycoides subsp. mycoides. Proc Annu Meet US Anim Health Assoc, Fort Worth, TX, 88:291-302.

40. DaMassa AJ, Brooks DL, Holmberg CA: 1984c, Pathogenicity of Mycoplasma capricolum and Mycoplasma putrefaciens. Isr J Med Sci 20:975-978.

41. DaMassa AJ, Brooks DL, Holmberg CA: 1986, Induction of mycoplasmosis in goat kids by oral inoculation with Mycoplasma mycoides subsp. mycoides. Am J Vet Res 47:2084-2089.

42. DaMassa AJ, Brooks DL, Holmberg CA: 1987a, Comparison of caprine mycoplasmosis caused by Mycoplasma capricolum, Mycoplasma mycoides subsp. mycoides and Mycoplasma putrefaciens. Isr J Med Sci 23:636-640.

43. DaMassa AJ, Brooks DL, Holmberg CA, Moe AI: 1987b, Caprine mycoplasmosis: an outbreak of mastitis and arthritis requiring the destruction of 700 goats. Vet Rec 120:409-413.

44. DaMassa AJ, Nascimento ER, Khan MI, et al.: 1991, Characteristics of an unusual mycoplasma isolated from a case of caprine mastitis and arthritis with possible systemic manifestations. J Vet Diagn Invest 3:55-59.

45. DaMassa AJ, Porter TL: 1987, Acute disease in lambs caused by a mycoplasma species. Vet Rec 121:166-167.

46. Doig PA, Ruhnke HL: 1977, Isolation of ureaplasma from sheep with granular vulvitis. Vet Rec 100:179-180.

47. East NE, DaMassa AJ, Logan LL, et al.: 1983, Milkborne outbreak of Mycoplasma mycoides subspecies mycoides infection in a commercial goat herd. J Am Vet Med Assoc 182: 1338-1341.

48. Erno H, Al-Aubaidi JM, Ojo MO, et al.: 1978, Classification and identification of ovine and caprine mycoplasmas. Acta Vet Scand 19:392-406.

49. Goltz JP, Rosendal S, McGraw BM, Ruhnke HL: 1986, Experimental studies on the pathogenicity of Mycoplasma ovipneumoniae and Mycoplasma arginini for the respiratory tract of goats. Can J Vet Res 50:59-67.

50. Gourlay RN, Brownlie J, Howard CJ: 1973, Isolation of T-mycoplasmas from goats, and the production of subclinical mastitis in goats by the intramammary inoculation of human T-mycoplasmas. J Gen Microbiol 76:251-254.

51. Harbi MSMA, El-Tahir MS, MacOwan KJ, Nayil AA: 1981, Mycoplasma strain F38 and contagious caprine pleuropneumonia in the Sudan. Vet Rec 108:261.

52. Harbi MSMA, El-Tahir MS, Salim MO, et al.: 1983, Experimental contagious pleuropneumonia. Trop Anim Health Prod 15:51-52.

53. Jasper DE, Dellinger JD: 1979, Isolation of exotic mycoplasma from goats. Proc Annu Meet Am Assoc Vet Lab Diagn 22:119-124.

54. Jones GE: 1985, The pathogenicity of some ovine or caprine mycoplasmas in the lactating mammary gland of sheep and goats. J Comp Pathol 95:305-318.

55. Jones GE: 1987, Contagious agalactia and other mycoplasmal diseases of small ruminants. Agric, Comm Eur Communities, September 19-20, 1985, Nice, France.

56. Jones GE: 1989, Contagious caprine pleuropneumonia. Off Int Epizoot, Paris, France, Tech Ser 9:7-19.

57. Jones GE, Field AC, Gilmour JS, et al.: 1982, Effects of experimental chronic pneumonia on body weight, feed intake and carcass composition of lambs. Vet Rec 110:168-173.

58. Jones GE, Gilmour JS: 1983a. In: Diseases of sheep, ed. Martin WB, pp. 17-23. Blackwell Scientific Co., Oxford.

59. Jones GE, Gilmour JS, Rae AG, et al.: 1986. A review of experiments on the reproduction of chronic pneumonia of sheep by the use of pneumonic lung homogenate suspensions. Vet Bull 56:251-253.

60. Jones GE, Rae AG, Holmes RG, et al.: 1983b, Isolation of exotic mycoplasmas from sheep in England. Vet Rec 113:540.

Downloaded from vdi.sagepub.com by guest on November 23, 2014

BLM_0040984

DaMassa, Wakenell, Brooks

61. Jones GE, Wood AR: 1988, Microbiological and serological studies on caprine pneumonias in Oman. Res Vet Sci 44:125-131.
62. Kaliner G, MacOwan KJ: 1976. The pathology of experimental and natural contagious caprine pleuropneumonia in Kenya. Zentralbl Veterinaermed Reihe B 23:652-661.
63. Kapoor PK, Garg DN, Mahajan SK: 1989, Isolation of *Mycoplasma mycoides* subsp. *mycoides* (LC variant, Y goat) from naturally aborted bovine fetuses. Theriogenology 32:683-691.
64. Kasali OB, Ojo MO: 1981, Pathogenicity of *Mycoplasma mycoides* for goats. Int Goat Sheep Res 1:269-273.
65. Kelly JI, Jones GE, Hunter AG: 1983, Isolation of *Mycoplasma bovoculi* and *Acholeplasma oculi* from outbreaks of infectious bovine keratoconjunctivitis. Vet Rec 112:482.
66. Kumar A, Garg DN: 1991. Isolation *of Mycoplasma* F38 from the milk of mastitic cows. Vet Rec 128:429.
67. Kumar A, Pathak RC: 1978, Isolation and characterization of some members of *Mycoplasma* and *Acholeplasma* from uterus of sheep and goats. Indian J Exp Biol 16:1011-1013.
68. Leach RH: 1970, The occurrence of *Mycoplasma arginini* in several animal hosts. Vet Rec 87:319-320.
69. Lefevre PC, Breard A, Alfarouk I, Buron S: 1987, *Mycoplasma* species F38 isolated in Chad. Vet Rec 121:575-576.
70. Litamoi JK, Wanyangu SW, Siman PK: 1990, Isolation of *Mycoplasma* biotype F38 from sheep in Kenya. Trop Anim Health Prod 22:260-262.
71. Livingston CW Jr, Gauer BB: 1974, Isolation of T-strain mycoplasma from sheep and goats in Texas. Am J Vet Res 36:313-314.
72. Livingston CW Jr, Gauer BB: 1983, Occurrence of *Mycoplasma* sp. 2D in Texas sheep flocks. Am J Vet Res 44:868-869.
73. MacOwan KJ: 1976, A mycoplasma from chronic contagious caprine pleuropneumonia. Trop Anim Health Prod 8:28-36.
74. MacOwan KJ: 1984, Role of *Mycoplasma* strain F38 in contagious caprine pleuropneumonia. Isr J Med Sci 20:979-981.
75. MacOwan KJ, Minette JE: 1976, A mycoplasma from acute contagious caprine pleuropneumonia in Kenya. Trop Anim Health Prod 8:91-95.
76. MacOwan KJ, Minette JE: 1977a, Contact transmission of experimental contagious caprine pleuropneumonia (CCPP). Trop Anim Health Prod 9:185-188.
77. MacOwan KJ, Minette JE: 1977b, The role of *Mycoplasma* strain F38 in contagious caprine pleuropneumonia (CCPP) in Kenya. Vet Rec 101:380-381.
78. McMartin DA, MacOwan KJ, Swift LL: 1980, A century of classical contagious caprine pleuropneumonia: from original description to aetiology. Br Vet J 136:507-515.
79. Misri J, Gupta PP, Sood N: 1988, Experimental *Mycoplasma capri* mastitis in goats. Aust Vet J 65:33-35.
80. Mohan K, Obwolo MJ: 1990, *Mycoplasma ovipneumoniae* pathogenesis in experimentally infected sheep and goats. IOM Letters, Program and Abstracts, 8th Int Congr IOM, July 8-12, Istanbul, Turkey, 1:355-356.
81. Nascimento ER, Nascimento M da GF, Freundt EA, Andersen H: 1986, Isolation of *Mycoplasma mycoides* from outbreaks of caprine mycoplasmosis in Brazil. Br Vet J 142:246-257.
82. Nayak NC, Bhowmik MK: 1988, Pathology of spontaneous mycoplasmal polyarthritis in goats. Indian J Vet Pathol 12:1-6.
83. Nicolet J, Freundt EA: 1975, Isolation of *Mycoplasma conjunctivae* from chamois and sheep affected with keratoconjunctivitis. Zentralbl Veterinaermed Reihe B 22:302-307.
84. Ojo MO: 1976, Caprine pneumonia. IV. Pathogenicity of *Mycoplasma mycoides* subspecies *capri* and caprine strains of *My-*

*coplasma mycoides* subsp. *mycoides* for goats. J Comp Pathol 86:519-529.
85. Ojo MO: 1987, Pathology of young goats: respiratory disease. Proc IV Int Conf Goats, March 8-13, Brasilia, Brasil, 1:389-403.
86. Ojo MO, Ikede BO: 1976, Pathogenicity of *Mycoplasma agaZactiae* subsp. *bovis* in the goat mammary gland. Vet Microbiol 1:19-22.
87. Okoh AEJ, Ocholi RA: 1986, Disease associated with *Mycoplasma mycoides* subspecies *mycoides* in sheep in Nigeria. Vet Rec 118:212.
88. Perreau P, Bind, JL: 1981, Infection naturelle du veau par *Mycoplasma mycoides* subsp. *mycoides* (biotype chevre). Bull Acad Vet France 54:491-496.
89. Perreau P, Breard A, LeGoff C: 1984, Infection experimentale de la chevre par les souches de mycoplasme de type F38 (pleuropneumonie contagieuse caprine). [Experimental infection of goats by F38-type strains of mycoplasma (contagious caprine pleuropneumonia).] Ann Microbiol (Paris) 135A:119-124.
90. Perreau P, Cuong T, Vallee A: 1972, Isolement d'un mycoplasme du groupe *Mycoplasma mycoides* var. *capri* à partir d'un lait de mammite chez la chevre. [Isolation of a mycoplasma strain of the group *Mycoplasma mycoides* var. *capri* from mastitic goat milk.] Bull Acad Vet France 45:109-116.
91. Radwan AI, Al-Zeftawi NM, Al-Issa MA, et al.: 1985, Mycoplasmas isolated from goats and sheep with pleuropneumonia in Saudi Arabia. Trop Anim Health Prod 17:233-238.
92. Rae AG, Jones GE, Wood AR: 1987, Isolation of *Acholeplasma oculi* from calves. Vet Rec 120:144.
93. Rapoport E, Bar-Moshe B: 1984, *Mycoplasma mycoides* in goats in Israel: clinical epidemiology and preventive aspects. *In:* Les maladies de la chevre, Oct. 9-11, no. 28. Les Colloques de l'INRA, Niort, France.
94. Rodwell AW, Rodwell FS: 1978, Relationship between strains of *Mycoplasma mycoides* subsp. *mycoides* and *capri* studied by two-dimensional gel electrophoresis of cell proteins. J Gen Microbiol 109:259-263.
95. Rosendal S: 1981, Experimental infection of goats, sheep, and calves with the large colony type of *Mycoplasma mycoides* subsp. *mycoides*. Vet Pathol 18:71-81.
96. Rosendal S: 1983, Susceptibility of goats and calves after experimental inoculation or contact exposure to a Canadian strain of *Mycoplasma mycoides* subsp. *mycoides* isolated from a goat. Can J Comp Med 47:484-490.
97. Ruhnke HL, Rosendal S, Goltz J, Blackwell TE: 1983. Isolation of *Mycoplasma mycoides* subspecies *mycoides* from polyarthritis and mastitis of goats in Canada. Can Vet J 24:54-56.
98. Rurangirwa FR, Kouyate B, Niang M, McGuire TC: 1990, CCPP: antibodies to F38 polysaccharide in Mali goats. Vet Rec 127:353.
99. Rurangirwa FR, Masiga WN, Muriu DN, et al.: 1981, Treatment of contagious caprine pleuropneumonia. Trop Anim Health Prod 13:177-182.
100. Rurangirwa FR, McGuire TC, Musoke AJ, Kibor A: 1987, Differentiation of F38 mycoplasmas causing contagious caprine pleuropneumonia with a growth-inhibiting monoclonal antibody. Infect Immun 55:3219-3220.
101. St. George TD, Horsfall N: 1973a, A proliferative interstitial pneumonia of sheep associated with mycoplasma infection. 1. Natural history of the disease in a flock. Aust Vet J 49:57-62.
102. St. George TD, Horsfall N: 1973b, A proliferative interstitial pneumonia of sheep associated with mycoplasma infection. 2. The experimental exposure of young lambs to infection. Aust Vet J 49:63-68.

Downloaded from vdi.sagepub.com by guest on November 23, 2014

BLM_0040985

103. St. George TD, Sullivan ND, Love JA, Horsfall N: 1971, Experimental transmission of pneumonia in sheep with a mycoplasma isolated from pneumonic sheep lung. Aust Vet J 47: 282-283.

104. Schweighardt H, Pechan P, Lauermann E, Krassnig G: 1989. *Mycoplasma* capricolum-infektion beim alpensteinbock *(Capra ibex ibex)* - eine fallbeschreibung. *[Mycoplasma capricolum* infection in alpine ibex *(Capra ibex ibex)-a* case description.] Kleintierpraxis 34:297-299.

105. Singh A, Gupta PP, Banga HS: 1990, Pathogenicity of Acholeplasma laidlawii for the goat udder. Aust Vet J 67:155-156.

106. Singh N, Rajya BS, Mohanty GC: 1974, Granular vulvovaginitis (GVV) in goats associated with *Mycoplasma agalactiae.* Cornell Vet 64(Suppl4-5):435-442.

107. Swanepoel R, Efstratiou S, Blackburn NK: 1977, *Mycoplasma capricolum* associated with arthritis in sheep. Vet Rec 101: 446-447.

108. Taoudi A, Johnson DW, Kheyyali D: 1987, Pathogenicity of *Mycoplasma capricolum* in sheep after experimental infection. Vet Microbiol 14:137-144.

109. Taoudi A, Kirchoff H: 1986, Isolation of *Mycoplasma capricolum* from cows with mastitis. Vet Rec 119:247.

110. ter Laak EA, Schreuder BEC, Kimman TG, Houwers DJ: 1988, Ovine keratoconjunctivitis experimentally induced by instillation of *Mycoplasma conjunctivae.* Vet Q 10:217-224.

111. Trotter SL, Franklin RM, Baas EJ, Barile MF: 1977, Epidemic caprine keratoconjunctivitis: experimentally induced disease with a pure culture of *Mycoplasma conjunctivae.* Infect Immun 18:816-822.

112. Tully JG: 1973, Biological and serological characteristics of the acholeplasma. Ann NY Acad Sci 225:74-75.

113. Tully JG, Barile MF, Edward DG, et al.: 1974, Characterization of some caprine mycoplasmas, with proposals for new species, *Mycoplasma capricolum* and *Mycoplasma putrefaciens.* J Gen Microbiol 85:102-120.

114. Valdivieso-Garcia A, Rosendal S: 1982, Variation in colony size of *Mycoplasma mycoides* subspecies *mycoides* isolated from goats. Vet Rec 110:470-471.

115. Zavagli V: 1951, L'agalaxie contagieuse des brebis et des chevres. [Contagious agalactia of sheep and goats.] Bull Off Int Epizoot 6:336-362.

Downloaded from vdi.sagepub.com by guest on November 23, 2014

BLM_0040986



**Promoting the Science of Ecology**

Grazing Optimization and Nutrient Cycling: When Do Herbivores Enhance Plant Production?
Author(s): Claire de Mazancourt, Michel Loreau and Luc Abbadie
Reviewed work(s):
Source: *Ecology*, Vol. 79, No. 7 (Oct., 1998), pp. 2242-2252
Published by: Ecological Society of America
Stable URL: http://www.jstor.org/stable/176819
Accessed: 22/05/2012 18:06

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of
content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms
of scholarship. For more information about JSTOR, please contact support@jstor.org.



*Ecological Society of America* is collaborating with JSTOR to digitize, preserve and extend access to *Ecology.*

http://www.jstor.org

BLM_0040987

*Ecology*, 79(7), 1998, pp. 2242–2252
© 1998 by the Ecological Society of America

# GRAZING OPTIMIZATION AND NUTRIENT CYCLING: WHEN DO HERBIVORES ENHANCE PLANT PRODUCTION?

Claire de Mazancourt, Michel Loreau, and Luc Abbadie

*Laboratoire d'Ecologie, UHR 7625, Ecole Normale Supérieure, 46, rue d'Ulm,
F-75 230 Paris Cedex 05, France*

*Abstract.* In a general theoretical ecosystem model, we investigate the conditions under which herbivores increase primary production and lead to grazing optimization through recycling of a limiting nutrient.

Analytical and simulation studies of the model lead to several general results. Grazing optimization requires that (1) the proportion of nutrient lost along the herbivore pathway be sufficiently smaller than the proportion of nutrient lost throughout the rest of the ecosystem; and that (2) inputs of nutrient into the system be greater than a threshold value, which depends on the sensitivity of plant uptake rate to an increase in soil mineral nutrient.

An increase in nutrient turnover rate is not sufficient to explain grazing optimization in the long term. When a nutrient is the single limiting factor, plant biomass and productivity at equilibrium are determined only by the balance of ecosystem inputs and outputs of nutrient. Processes that do not have an impact on these inputs or outputs have no effect on primary producers.

On the other hand, turnover rates are important for the transient dynamics of the system, and the equilibrium analysis is relevant only if it can be reached in a reasonable time scale. The equilibrium is not reached by a compartment with a very slow turnover rate, such as the resistant soil organic matter, before several centuries. On a small time scale, such a compartment can be considered constant, and the trend of the system is predicted with a simplified system.

The results at equilibrium are insensitive to the functional form used to describe herbivore consumption: the results obtained for simple, linear, donor-controlled herbivory also apply to most forms of more realistic, recipient-controlled herbivory.

We conclude that grazing optimization is most likely to occur in systems with large losses of the limiting nutrient during recycling of plant detritus, or where herbivores bring nutrient from outside the ecosystem considered (which acts to reduce, or even make negative, the fraction of nutrient lost along the herbivore detritus pathway).

*Key words: detritus pathway; grazing optimization; herbivory; input–output balance; nutrient cycling; primary production; turnover rate.*

## INTRODUCTION

Traditionally in ecology, plant–herbivore interactions have been considered antagonistic, i.e., herbivores have a negative effect on plants. This assumption has been questioned for some years. Indeed, many authors have suggested that herbivory can have a positive effect on plants and their productivity (Dyer 1975, Dyer and Bokhari 1976, McNaughton 1976, 1979, 1983, Owen and Wiegert 1976, 1981, Stenseth 1978, Hilbert et al. 1981, Dyer et al. 1986, Paige and Whitham 1987). This body of work has resulted in the so-called "grazing optimization hypothesis," which states that primary productivity or plant fitness at first increases with grazing and reaches a maximum at a moderate rate of herbivory (McNaughton 1979, Hilbert et al. 1981, Dyer et al. 1986).

Several mechanisms have been put forward to ac-

count for such a beneficial effect, including (1) ecological mechanisms, such as nutrient cycling; and (2) physiological mechanisms, such as plant growth promotion due to increased light intensities reaching more active underlying tissues, or to hormonal redistribution. The experimental evidence for this hypothesis has been criticized (Belsky 1986), sparking a controversy that has lasted for a decade (McNaughton 1986, Belsky 1987, Westoby 1989, Belsky et al. 1993, Dyer et al. 1993, Milchunas and Lauenroth 1993, Bergelson et al. 1996). Should the traditional view of antagonistic plants and herbivores be changed, can they even be mutualists, and under what conditions? These relationships can have important consequences for the functioning of ecosystems and plant–herbivore evolution.

Several models have been used to show that nutrient cycling by herbivores is a plausible theoretical explanation for grazing optimization of plant primary production. Simulation models show that it is theoretically possible for specific systems, such as a grassland grazed by prairie dogs (Holland et al. 1992), a lacus-

Manuscript received 23 January 1997; revised 22 September 1997; accepted 24 October 1997; final version received 1 December 1997.

BLM_0040988



FIG. 1. Model of the cycle of a limiting nutrient in an ecosystem. A unit of the nutrient in the plant can follow either the plant detritus pathway (dashed arrows), or the herbivore pathway (dotted arrows). Definitions of parameters are found in Table 1.

trine system (Carpenter and Kitchell 1984), or a simple plant–herbivore system (Dyer et al. 1986). However, these models do not allow the analysis of necessary conditions and critical assumptions needed to obtain grazing optimization. Using a general model, De-Angelis (1992) concluded that the combinations of parameter values required to cause primary production to increase with grazing intensity are unusual. This conclusion, however, was based on an incomplete analysis of the parameter space. Loreau (1995) thoroughly analyzed these conditions in another model and reached the opposite conclusion, i.e., that grazing optimization is likely in stable, natural ecosystems. According to Loreau's model, grazing optimization occurs if herbivores sufficiently increase the ecosystem's nutrient turnover rate and if the total amount of nutrient in the ecosystem is sufficiently high.

In the present work, we develop a generalized nutrient cycle model that is simple enough to permit mathematical analysis. It leads to conditions for grazing optimization that are much more general than Loreau's (1995). We show that the effect of herbivores on plant productivity hinges, first, on the fraction of nutrient lost along the various recycling pathways rather than on the nutrient turnover rate along these pathways; and, second, on the amount of nutrient inputs into the ecosystem and the strength of plant nutrient limitation.

THE MODEL

Our compartment model of an ecosystem is as simple as possible (Fig. 1), to keep it mathematically tractable (Loreau 1995). The model differs from Loreau's (1995) in that it allows different inputs and outputs from the various compartments. All stocks and fluxes are expressed in units of the limiting nutrient. They may be thought of as representing annual averages for the limiting nutrient, in which case the model is an average annual description of an ecosystem.

Plants absorb nutrient from a pool of inorganic nutrient (Fig. 1), which is assumed to constrain primary production. Plant nutrient can be recycled through two different pathways, termed the "plant pathway" and the "herbivore pathway." The former represents the fate of nutrient that is not consumed by the herbivore: plant dead matter either supplies plant detritus or is exported out of the ecosystem. Plant detritus is mineralized, but a fraction leaves the ecosystem through leaching or other processes.

Nutrient consumed by herbivores follows the herbivore pathway. Herbivores might immigrate (resulting in an input of herbivores into the system), leave the ecosystem, defecate in other places, or be removed from the system (resulting in an output of nutrient for the system). Herbivores produce detritus, which can be mineralized or leached from the system. Herbivore detritus may be decomposed partly by the same bacteria that act upon plant detritus. However, because the dynamics of mineralization and leaching for these two types of detritus are different, they are represented in the model by separate pathways.

Inputs of nutrient into the system are assumed to be constant. They occur as inorganic nutrient or as organic nutrient, such as plant detritus, herbivore detritus, or through immigration of herbivores.

Most functions used for the fluxes are linear, except for plant nutrient uptake and herbivore consumption. These functions can be found in Fig. 1. Parameter definitions and units are given in Table 1.

Plant nutrient uptake $u(N)$ is proportional to plant biomass and is a function of the soil mineral nutrient

BLM_0040989

TABLE 1.  Variables and parameters of the model.

| Variable or parameter | Dimension | Definition |
|---|---|---|
| $N$ | kg nutrient/ha | nutrient stock in the soil mineral nutrient pool |
| $P$ | kg nutrient/ha | plant biomass in terms of the limiting nutrient |
| $D_p$ | kg nutrient/ha | plant detritus biomass in terms of the limiting nutrient |
| $H$ | kg nutrient/ha | herbivore biomass in terms of the limiting nutrient |
| $D_h$ | kg nutrient/ha | herbivore detritus biomass in terms of the limiting nutrient |
| $I_N$ | kg nutrient·ha$^{-1}$·yr$^{-1}$ | input of mineral nutrient into the system |
| $I_{D_p}$ | kg nutrient·ha$^{-1}$·yr$^{-1}$ | input of organic nutrient in the form of plant detritus |
| $I_h$ | kg nutrient·ha$^{-1}$·yr$^{-1}$ | input of nutrient with immigration of herbivores |
| $I_{D_h}$ | kg nutrient·ha$^{-1}$·yr$^{-1}$ | input of organic nutrient in the form of herbivore detritus |
| $l$ | yr$^{-1}$ | mineral nutrient leaching rate |
| $u(N)$ | yr$^{-1}$ | plant uptake rate of mineral nutrient |
| $m_p$ | yr$^{-1}$ | plant mortality rate |
| $m_{D_p}$ | yr$^{-1}$ | plant detritus mineralization rate |
| $m_h$ | yr$^{-1}$ | rate of herbivore detritus production |
| $m_{D_h}$ | yr$^{-1}$ | herbivore detritus mineralization rate |
| $\alpha_p$ | dimensionless | fraction of plant dead matter that stays within the system and goes to plant detritus |
| $\alpha_{D_p}$ | dimensionless | fraction of the nutrient released by plant detritus that stays within the system and goes to the mineral pool |
| $\alpha_h$ | dimensionless | fraction of the nutrient released by herbivores that stays within the system and goes to herbivore detritus |
| $\alpha_{D_h}$ | dimensionless | fraction of the nutrient released by herbivore detritus that stays within the system and goes to the mineral pool |
| $c$ | yr$^{-1}$ | rate of plant consumption by herbivores (donor-controlled herbivory) |

pool, $N$. This function describes the effect of available nutrient on the growth rate (DeAngelis 1992). Here we do not specify this function. We only assume that it is monotonic and increasing with the available nutrient.

Herbivore consumption is represented by a consumption function $f(P, H)$. Numerous functions have been used for plant–herbivore interactions (DeAngelis 1992). We first study the case of a donor-controlled trophic function, in which the consumption function depends on the donor only, here the plant. In this case, the herbivores, however numerous, graze only a given proportion of plant biomass. We chose the simplest donor-controlled trophic function, proportional to the plant compartment:

$$f(P, H) = cP \qquad (1)$$

where $c$, the rate of plant consumption by herbivores, is a measure of grazing intensity.

We also study the case of a recipient-controlled trophic function, in which the consumption function is proportional to the herbivore compartment:

$$f(P, H) = \gamma g(P)H \qquad (2)$$

where $\gamma$ is a parameter used to measure grazing intensity, and $g(P)$ is the herbivore functional response (see Appendix). Recipient-controlled interactions, widely used in ecology, are considered more realistic for plant–herbivore interactions (DeAngelis 1992).

The model equations read as follows:

$$\frac{dN}{dt} = I_N - lN - u(N)P + \alpha_{D_p}m_{D_p}D_p + \alpha_{D_h}m_{D_h}D_h \qquad (3)$$

$$\frac{dP}{dt} = u(N)P - m_pP - f(P, H) \qquad (4)$$

$$\frac{dD_p}{dt} = I_{D_p} + \alpha_p m_p P - m_{D_p}D_p \qquad (5)$$

$$\frac{dH}{dt} = I_h + f(P, H) - m_hH \qquad (6)$$

$$\frac{dD_h}{dt} = I_{D_h} + \alpha_h m_h H - m_{D_h}D_h. \qquad (7)$$

## RESULTS

### Donor-controlled herbivory, equilibrium analysis

Under donor-controlled herbivory, grazing is proportional to plant biomass (Eq. 1). We are interested in how plant biomass and production vary with grazing intensity, as measured by the parameter $c$, the rate of plant consumption by herbivores. The equilibrium stocks of the compartments as a function of the model

TABLE 2. Lumped variables and parameters of the models.

| Variable or parameter | Dimension | Meaning | Equation |
|---|---|---|---|
| $\Phi$ | kg nutrient·ha$^{-1}$·yr$^{-1}$ | primary production in terms of the limiting nutrient | $\Phi = u(N)P$ |
| $S_n$ | kg nutrient·ha$^{-1}$·yr$^{-1}$ | net nutrient supply to the system | $S_n = I_N + \alpha_{D_p}I_{D_p} + \alpha_{D_h}I_{D_h} + \alpha_h\alpha_{D_h}I_h$ |
| $\beta_p$ | dimensionless | fraction of nutrient following the plant detritus pathway that leaves the system on its way to the mineral nutrient pool | $\beta_p = (1 - \alpha_p\alpha_{D_p})$ |
| $\beta_h$ | dimensionless | fraction of nutrient following the herbivore detritus pathway that leaves the system on its way to the mineral nutrient pool | $\beta_h = (1 - \alpha_s\alpha_{D_h})$ |
| $\beta_t$ | dimensionless | total fraction of nutrient that leaves the system on its way from the plant compartment to the mineral nutrient pool | $\beta_t = (\beta_p m_p + \beta_h c)/(m_p + c)$ |
| $N_0^*$ | kg nutrient/ha | soil mineral nutrient pool in the ungrazed system at equilibrium | $N_0^* = u^{-1}(m_p)$ |
| $c_{max}$ | yr$^{-1}$ | grazing intensity for which plant biomass becomes zero | $c_{max} = u\left(\frac{S_n}{l}\right) - m_p$ |
| $\Delta N_0$ | kg nutrient/ha | see Fig. 3 | $\Delta N_0 = \dfrac{m_p}{u'(N_0^*)}$ |

parameters are obtained by solving the system of Eqs. 1 and 3–7 after all time derivatives are set to 0. They are noted with an asterisk sign (*):

$$N^* = u^{-1}(m_p + c) \quad (8)$$

$$D_p^* = \frac{I_{D_p} + \alpha_p m_p P^*}{m_{D_p}} \quad (9)$$

$$H^* = \frac{cP^* + I_h}{m_h} \quad (10)$$

$$D_h^* = \frac{I_{D_h} + \alpha_s m_h H^*}{m_{D_h}} \quad (11)$$

$$P^* = \frac{S_n - lN^*}{\beta_p m_p + \beta_h c}. \quad (12)$$

Primary production at equilibrium is

$$\Phi^* = uN^*P^* = \frac{S_n - lN^*}{\beta_t}. \quad (13)$$

In these equations, $u^{-1}$ is the inverse function of $u$, the plant growth rate as a function of the amount of available nutrient; $S_n$ is the net supply of nutrient to the system; $\beta_p$ is the fraction of nutrient lost along the plant detritus pathway; $\beta_h$ is the fraction of nutrient lost along the herbivore detritus pathway; and $\beta_t$ is the fraction of nutrient lost along both plant and herbivore detritus pathways. These lumped parameters are defined in Table 2.

*Plant biomass and production as a result of input–output balance.*—The equilibrium plant biomass, as given by Eq. 12, can be interpreted as the result of the ecosystem input–output balance only. Eq. (12) can be rewritten as

$$S_n = (\beta_p m_p + \beta_h c)P^* + lN^*$$

which keeps the equilibrium balance between nutrient inputs and outputs. $S_n$ represents the net nutrient input to the ecosystem. Losses occur through mineral nutrient leaching, $lN^*$. All other losses of nutrient occur as organic nutrient during decomposition, which is equal to $P^*$ times the rate of nutrient lost during decomposition along both plant and herbivore pathways.

Without herbivores, plant persistence requires that the net nutrient supply, $S_n$, be greater than the amount of mineral nutrient leached:

$$S_n > lN_0^* \quad (14)$$

where $N_0^* = u^{-1}(m_p)$ is the size of the soil mineral nutrient pool in the system without herbivores.

The equilibrium stock of soil mineral nutrient (Eq. 8) depends only on the plant parameters; it is independent of the amount of nutrient that flows into, flows out of, or is mineralized within the ecosystem. Its increase with grazing intensity is due not to an increased fraction of nutrient recycled by herbivores, as one would intuitively believe (DeAngelis 1992), but to the increased consumption of plants, which reduces their ability to deplete soil nutrient (Tilman 1988).

As grazing intensity increases, the losses through leaching of mineral nutrient eventually balance the net nutrient supply for a value of the grazing intensity that we call $c_{max}$:

$$c_{max} = u\left(\frac{S_n}{l}\right) - m_p. \quad (15)$$

For this value, both equilibrium plant biomass $P^*$ and primary production $\Phi^*$ reach zero (Eqs. 12 and 13).

Primary production can also be interpreted in terms



FIG. 2. Primary production (solid line) and plant biomass (dashed line) at equilibrium as a function of grazing intensity. A grazing optimization curve for primary production is obtained here, but plant biomass decreases with grazing intensity. Parameter values are the same as in Fig. 5b. The fraction lost along the herbivore pathway is $\beta_h = 0.1$.

of the ecosystem input–output balance only. It is equal to the net nutrient supply minus leaching losses of mineral nitrogen divided by the fraction of nutrient flowing through the plant compartment that is lost during decomposition (Eq. 13).

*Nutrient cycling as a mechanism for grazing optimization.*—A grazing optimization curve is obtained if and only if $\Phi^*$ increases for low values of grazing intensity (Fig. 2), i.e., if

$$\left(\frac{d\Phi^*}{dc}\right)_{c=0} > 0. \tag{16}$$

This condition becomes, after some algebraic manipulation,

$$\beta_h < \beta_p\left(1 - \frac{l\Delta N_0}{S_n - lN_0^*}\right) \tag{17}$$

where $\beta_h$ and $\beta_p$ represent the fractions of nutrient lost along the herbivore and plant pathway, respectively. $S_n$ is the net nutrient supply to the ecosystem; $lN_0^*$ corresponds to the leaching of mineral nutrient at equilibrium without herbivores; $\Delta N_0$ is inversely proportional to the sensitivity of plant uptake rate to an increase in the soil mineral nutrient stock when the latter is at its equilibrium without herbivores (Fig. 3).

The term in brackets is <1. Thus, condition (17) says that the fraction of nutrient lost along the herbivore pathway must be sufficiently smaller than the fraction of nutrient lost along the plant pathway if herbivores are to increase primary production.

The fraction of nutrient lost along the herbivore pathway, $\beta_h$ may even be negative in the case of herbivores that feed in another system and bring nutrient into the system. This seems to be the case for some fishes that feed on benthic and littoral prey and bring phosphorus to pelagic systems (Schindler et al. 1996). In such a case, condition (17) is easily fulfilled and grazing op-

timization is likely to occur. If this is not the case and herbivores do not bring nutrient into the system, the fraction of nutrient lost along the herbivore pathway, $\beta_h$, is positive. Condition (17) cannot be fulfilled if the term in brackets is negative. Thus, condition (17) can be fulfilled only if

$$S_n > lN_0^* + l\Delta N_0. \tag{18}$$

Condition (18) says that the nutrient supply to the ecosystem must be sufficient to cover leaching of mineral nutrient and a supplementary term that depends on the sensitivity of plant growth to the soil mineral nutrient stock (Fig. 3).

The full condition (17) is illustrated in Fig. 4 as a function of the net nutrient supply and the sensitivity of plant growth to an increase in soil mineral nutrient. Fig. 4a shows that once the net nutrient supply, $S_n$, exceeds the threshold given by condition (18), the limiting fraction of losses along the herbivore pathway, as defined by (17), rapidly tends toward the fraction of losses along the plant detritus pathway. As a consequence, when the nutrient inputs in the system are sufficiently high, the condition for grazing optimization reduces to $\beta_h < \beta_p$.

To summarize, grazing optimization occurs (1) if the fraction of nutrient lost along the herbivore pathway is sufficiently smaller than the fraction of nutrient lost in the rest of the ecosystem, and (2) if nutrient inputs into the system are greater than a threshold, which decreases with the sensitivity of plant uptake rate to an increase in soil mineral nutrient. The two conditions are easily fulfilled if herbivores bring additional nutrient into the system.

Note that the equilibrium plant biomass, $P^*$ (Eq. 12),



FIG. 3. Plant nutrient uptake rate, $u(N)$, as a function of the soil mineral nutrient pool. The slope of this curve, $u'(N)$, represents plant sensitivity to an increase in soil mineral nutrient. The parameter $\Delta N_0$ appears in the condition of grazing optimization (Eqs. 17 and 18). $\Delta N_0 = m_p/u'(N_0^*)$ is inversely proportional to plant uptake sensitivity at the equilibrium value of the soil mineral nutrient pool without herbivores, $N_0^*$. Conditions for grazing optimization are more easily fulfilled if plant uptake rate is highly sensitive to an increase in soil mineral nutrient.





FIG. 4. Grazing optimization occurs if the fraction of nutrient lost along the herbivore pathway, $\beta_h$, is sufficiently smaller than the fraction of nutrient lost along the plant pathway, $\beta_p$ (Eq. 17). This condition further requires that the net nutrient supply to the system, $S_n$, be sufficient (a), and that the sensitivity of plant growth rate to an increase in soil mineral nutrient, $u'(N_0^*)$, be sufficient (b). Parameter values are those for the model given in Fig. 5b ($S_n = 10.5$ kg N·ha$^{-1}$·yr$^{-1}$, $l = 0.05$/yr, $u'(N_0^*) = 0.014$, $N_0^* = 20$ kg N/ha, $m_p = 0.275$/yr, $\beta_p = 0.33$). The vertical dotted lines are (a) the net nutrient supply, and (b) the plant growth rate sensitivity for the system of Fig. 5b.

decreases with grazing intensity (Fig. 2) as long as the fraction of nutrient lost along the herbivore pathway, $\beta_h$, is positive. Even when primary production increases with grazing, the supplementary primary production is diverted towards the herbivore's profit. The equilibrium plant biomass, $P^*$, might increase, however, if herbivores were to introduce a new source of nutrient to the ecosystem; accordingly, the fraction of nutrient lost along herbivore pathway, $\beta_h$, would be negative.

*Donor-controlled herbivory: dynamical analysis*

Several authors and models (Floate 1981, Cargill and Jefferies 1984, Bazely and Jefferies 1985, Dyer et al. 1986, Ruess and McNaughton 1987, Loreau 1995) suggest that primary production depends on the rate of nutrient mineralization: the more slowly that nutrient is released by decomposition, the less nutrient is available to plants, and the less productive the ecosystem is. Nutrient turnover rates are represented by the pa-

rameters $m_{D_p}$ for plant detritus and $m_{D_h}$ for herbivore detritus. Their inverses, $1/m_{D_p}$ and $1/m_{D_h}$, are the mean residence times of the nutrient in the respective compartments of plant detritus and herbivore detritus. It is striking that, counter to expectations, these parameters do not even appear in the equilibrium values of plant biomass and primary production (Eqs. 12 and 13) and, hence, do not appear in the conditions for grazing optimization. In the long run, it is not the turnover rate, but the input–output balance that matters.

Although they do not affect the equilibrium state, turnover rates are major determinants of the system's dynamics. Transient dynamics are very complex and cannot be studied thoroughly in any simple way. Here, we illustrate this with a simulation study of a model of the nitrogen cycle in a grassland ecosystem (Fig. 5a), using data following Woodmansee et al. (1981).

Residence times in the different compartments are given in Fig. 5. They can be viewed as indicators of the time scales of the response to disturbance. The longest time scale is driven by the resistant soil organic matter, with 492 yr. Equilibrium analysis of the model only gives the trend of the system after several times the longest residence time, here after 2000 yr (Fig. 6a).

If we are interested in the dynamics of the model at a shorter time scale, e.g., 100 yr, we may consider that the nutrient that goes to resistant soil organic matter is lost for the system. At such a small time scale, SOM remains relatively constant and we may approximate its decomposition by a constant input. The system is then equivalent to the simplified system depicted in Fig. 5b. In this system, the longest time scale is that of plant detritus, 10 yr. The two systems have the same dynamics at <100 yr. In this case, the equilibrium analysis of the simplified model is a good approximation of the dynamics of the system after several times its longest time scale, ~100 yr (Fig. 6b). Dynamics of the system at a shorter time scale, such as 10 yr, depend on the turnover rates along the herbivore cycle (Fig. 6c). A study of the dynamics of the system at such a small time scale would require a much finer description of the nutrient cycle than the present model, in which recycling processes with different time scales are aggregated.

In summary, the equilibrium analysis is relevant only at a sufficiently long time scale. If we want to consider the effect of herbivores on the nutrient cycle at a time scale relevant for most ecosystem studies, i.e., several decades, the equilibrium analysis should apply to a simplified system in which resistant soil organic matter is considered constant. Turnover rates are important for the transient dynamics of the system. Herbivores may increase primary production through an increase in nutrient turnover rate, but only during transient dynamics. Such a beneficial effect may not be sustainable in the long term, the effect of herbivores on primary production being determined ultimately by the input–output balance of the system.

BLM_0040993

Case No. 1:20-cv-02484-MSK   Document 38-9   filed 04/27/21   USDC Colorado   pg 73 of 193





FIG. 5.   (a) Model of the nitrogen cycle in a grassland ecosystem, from data after Woodmansee et al. (1981) for a short-grass prairie ecosystem. (b) Simplified model for the dynamics of the system on a "short" (<100-yr) time scale. Here, the resistant soil organic matter is assumed to be fixed at a constant value. Nutrient mean residence time is indicated in brackets in each compartment.

### Recipient-controlled herbivory

An exhaustive study of the case of recipient-controlled herbivory (Eq. 2) is given in the Appendix. In the case of recipient-controlled herbivory, plant biomass and primary production at equilibrium are not easily interpreted from the equations (see Appendix) and do not seem to be simply the result of the input–output balance of the system.

In spite of that, the necessary and sufficient condition to obtain grazing optimization is the same as for donor-controlled herbivory (Eq. 17), and the equilibrium state of the system at the optimum productivity is identical: at the optimum, both the equilibrium values of the various compartments and the flows between them are the same. This stems from the fact that the function chosen for describing herbivore consumption has no influence on either the inputs of nutrient into the system or the fraction of nutrient lost along the herbivore pathway. Therefore, it has no influence on grazing optimization. The change in the trophic function of herbivore con-

sumption is equivalent to a change in the scale of grazing intensity. On the other hand, the form of the function does affect the transient dynamics of the system.

### DISCUSSION

#### General theoretical conclusions

We find that the occurrence of grazing optimization through nutrient cycling relies on a simple criterion: an additional consumer should increase primary production and generate grazing optimization at equilibrium if (1) the fraction of nutrient lost along this new consumer pathway is sufficiently smaller than the fraction of nutrient lost in the rest of the ecosystem, and (2) the inputs of nutrient in the system are greater than a threshold value, which depends on the sensitivity of plant uptake rate to an increase in soil mineral nutrient.

This criterion should be tested with the knowledge of the inputs and the major sources of losses of nutrient in the ecosystem. When it is fulfilled, at equilibrium, primary production increases but plant biomass de-

BLM_0040994



FIG. 6. Dynamics of the system in Fig. 5a, where herbivores are added (the fraction of nitrogen lost along the herbivore pathway is $\beta_h = 0.1$; grazing intensity $c = 0.5$/yr). The initial conditions are the equilibrium for the system without herbivores. At $t = 0$, grazing is introduced at a constant grazing intensity. Simulation time is 2000 yr in (a); 100 yr in (b); and 10 yr in (c). Three curves are drawn for three different residence times along the herbivore pathway: (1) 0.1 yr; (2) 1 yr; (3) 10 yr. Dashed and dotted lines, respectively, represent the equilibrium values for (A) the full system of Fig. 5a, $\Phi^* = 25$ kg N·ha$^{-1}$·yr$^{-1}$, and (B) the simplified system of Fig. 5b, $\Phi^* = 42$ kg N·ha$^{-1}$·yr$^{-1}$. The system of Fig. 5a tends to its equilibrium only after ~2000 yr. Equilibrium (B) is a good approximation of the system after 100 yr. When grazing occurs, plant biomass decreases. The plant detritus pool releases more nutrient than it absorbs, whereas herbivores first increase their biomass and thus absorb more nutrient than they release. The longer the residence time in the herbivore pathway, the longer the time required for herbivore biomass to reach a stationary value. Once the herbivore biomass reaches a sufficient value, the herbivore pathway no longer acts as a nutrient sink. Because the plant detritus pool is still above its equilibrium value, it still acts as a source of nutrient, and primary production is higher than its equilibrium value (curves 1 and 2).

creases, because all of the supplementary primary production is diverted toward the consumer's profit. Additional consumers may increase plant biomass only if they bring a new source of nutrient into the ecosystem. As a consequence, we can expect grazing optimization to be more likely in ecosystems in which large losses of the limiting nutrient occur during recycling of plant detritus. This is the case, for example, in ecosystems where fires cause large losses of nutrient (de Mazancourt et al., *in press*).

Another prediction of the model is that herbivores are likely to have a strong, positive effect on plant production if they introduce a new source of the limiting nutrient in the system (which would result in a negative fraction of nutrient being lost along their detritus pathway). This seems to be the case in some lacustrine systems, where fishes provide an additional supply of nutrient to the pelagic system by feeding on benthic and littoral prey (Schindler et al. 1996).

*Fraction of nutrient lost vs. nutrient turnover rate as a determinant of grazing optimization.*—Contrary to previous suggestions (Floate 1981, Cargill and Jefferies 1984, Bazely and Jefferies 1985, Dyer et al. 1986, Ruess and McNaughton 1987, Loreau 1995), we show that, in the long term, it is not nutrient turnover rate that determines primary production, but the fraction of nutrient lost along the various cycling pathways. Apart from Loreau (1995), previous models did not take nutrient turnover rate explicitly into account, because the various detritus compartments were not represented. Loreau showed that grazing optimization requires, first, that herbivores increase the overall nutrient turnover rate and, second, that the total amount of nutrient in the ecosystem be sufficient. The model presented here leads to different and more general results, because it is based on fewer restrictive assumptions. In particular, Loreau (1995) assumed that the loss rates toward the outside world were identical for all compartments, as in a chemostat. In this case, an acceleration of nutrient circulation could only decrease the fraction of nutrient lost from a compartment. Moreover, it was the only way to decrease it. This is because an acceleration of nutrient circulation decreases the mean residence time of nutrient in a compartment and, thus, the probability that nutrient is lost from that compartment. In real systems, however, nutrient loss rates are likely to vary a great deal among compartments, as in our present model. In this case, we showed that, at equilibrium, acceleration of nutrient cycling may have no influence on primary producers if it does not result in a decrease in nutrient losses.

On a smaller time scale, an increase in nutrient turnover rate does play a role in the transient dynamics of the system, but not at equilibrium, i.e., in the long run. On the other hand, the equilibrium analysis is relevant only if it can be reached in a reasonable time scale. Turnover rates do play a role in the speed at which the equilibrium is reached. In particular, resistant soil or-

ganic matter has a very long turnover time in most terrestrial systems (Rosswall 1976). In order to evaluate an equilibrium that can be reached on an ecological time scale of years, such resistant soil organic matter should be considered as constant.

*Independence of the results from the consumption function.*—As we prove in the Appendix, our results are robust to the form of interaction between plant and grazers, as long as the equilibrium is stable. Recipient-controlled herbivory is usually considered to be more realistic. Had we adopted such a function, we would not have been able to analyze the system as we did here with the simpler donor-controlled interaction, because it would have been too complicated. Therefore, it is interesting that the equilibrium state of our ecosystem model is the same, whether herbivory is a simple, linear, donor-controlled process or any form of more complex, recipient-controlled process. Changing the consumption function is then equivalent to a mere change in the scale of variation of the grazing intensity.

### Limitations of the model

Our model is highly simplified and was not designed to account for all consequences of the arrival of herbivores in a system. Herbivores affect plants by trampling, by inducing physiological changes, by changing competition parameters between species, and so on (Huntly 1995). Plant regrowth after a defoliation event is unpredictable, depending on numerous factors (McNaughton 1979, Kotanen and Jefferies 1987, van der Meijden et al. 1988, Bazely and Jefferies 1989). Herbivores are known to alter the species composition of the vegetation as well (McNaughton 1985, Bazely and Jefferies 1986, Milchunas and Lauenroth 1993). These responses of vegetation to herbivory are not analyzed here, because the plants' new functional characters following herbivory cannot be predicted on the basis of present data. Therefore, the present model assumes that plant parameters are not affected by grazing.

### Optimization and evolution

Our model shows that herbivores can maximize primary productivity of an ecosystem for some intermediate value of the grazing intensity. However, this does not mean that this optimal value will be reached in the evolution of plant–herbivore interactions. According to Crawley (1987), the grazing optimization controversy derives from a debate between evolutionary ecologists and ecosystem ecologists. The latter conceive that some plants may benefit from herbivory: some grasslands would not exist if herbivores did not interrupt ecological succession, and herbivores can also play a beneficial role in altering rates of nutrient cycling in an ecosystem. Conversely, evolutionary ecologists consider the fate of individual plants; for them, being consumed can only be a bad thing, and they find it hard to imagine how a strategy attracting herbivores could

be selected. Belsky et al. (1993) argue that plants always have an interest in developing a defense strategy.

In general, we argue that the grazing intensity parameter can be assumed to derive from the coevolution of plants and herbivores. Is there a potential mechanism leading to the evolution of plant–herbivore systems in such a way that primary production and, thus, energy flow in the ecosystem would be maximized? That issue should be investigated using an appropriate model that takes into account different potential levels of selection (Wilson 1976, 1980). We need more work on this aspect of coevolution between plants and herbivores before the debate can be closed.

### Acknowledgments

We thank S. Barot, I. Dajoz, J. Durand, L. Garnier, J. C. Lata, X. Le Roux, M. Lepage, and J. C. Menaut for valuable discussions and for providing data. J. S. Clark, D. L. DeAngelis, M. I. Dyer, M. Hochberg, P. C. de Ruiter, and three anonymous reviewers provided helpful comments on an earlier version of the manuscript.

### Literature Cited

Arnaudiès, J. M., and H. Fraysse. 1989 . Cours de mathématiques—2. Analyse. Paris, Bordas, France.
Bazely, D. R., and R. L. Jefferies. 1985. Goose faeces: a source of nitrogen for plant growth in a grazed salt marsh. Journal of Applied Ecology **22**:693–703.
Bazely, D. R., and R. L. Jefferies. 1986. Changes in the composition and standing crop of salt-marsh communities in response to the removal of a grazer. Journal of Ecology **74**:693–706.
Bazely, D. R., and R. L. Jefferies. 1989. Leaf and shoot demography of an arctic stoloniferous grass, *Pucinellia phryganodes*, in response to grazing. Journal of Ecology **77**:811–822.
Belsky, A. J. 1986. Does herbivory benefit plants? A review of the evidence. American Naturalist **127**:870–892.
———. 1987. The effects of grazing: confounding of ecosystem, community, and organism scales. American Naturalist **129**:777–783.
Belsky, A. J., W. P. Carson, C. L. Jense, and G. A. Fox. 1993. Overcompensation by plants: herbivore optimization or red herring? Evolutionary Ecology **7**:109–121.
Bergelson, J., T. Juenger, and M. J. Crawley. 1996. Regrowth following herbivory in *Ipomopsis aggregata*: compensation but not overcompensation. American Naturalist **148**:744–755.
Cargill, S. M., and R. L. Jefferies. 1984. The effects of grazing by lesser snow geese on the vegetation of a sub-arctic salt marsh. Journal of Applied Ecology **21**:669–686.
Carpenter, S. R., and J. F. Kitchell. 1984. Plankton community structure and limnetic primary production. American Naturalist **124**:159–172.
Crawley, M. J. 1987. Benevolent herbivores? Trends in Ecology and Evolution **2**:167–168.
DeAngelis, D. L. 1992. Dynamics of nutrient cycling and food webs. Chapman and Hall, London, UK.
de Mazancourt, C., M. Loreau, and L. Abbadie. *In press.* Grazing optimization and nutrient cycling: potential impact of large herbivores in a savanna ecosystem. Ecological Applications.
Dyer, M. I. 1975. The effects of Red-winged Blackbird (*Agelaius phoeniceus* L.) on biomass of corn grains (*Zea mays* L.). Journal of Applied Ecology **12**:719–726.
Dyer, M. I., and U. G. Bokhari. 1976. Plant–animal interactions: studies of the effects of grasshopper grazing on blue grama grass. Ecology **57**:762–772.

BLM_0040996

Dyer, M. I., D. L. DeAngelis, and W. M. Post. 1986. A model of herbivore feedback on plant productivity. Mathematical Biosciences 79:171–184.

Dyer, M. I., C. L. Turner, and T. R. Seastedt. 1993. Herbivory and its consequences. Ecological Applications 3:10–16.

Floate, M. J. S. 1981. Effects of grazing by large herbivores on nitrogen cycling in agricultural ecosystems. Pages 585–601 in F. E. Clark and T. Rosswall, editors. Terrestrial Nitrogen Cycles, Stockholm, Sweden.

Hilbert, D. W., D. M. Swift, J. K. Detling, and M. I. Dyer. 1981. Relative growth rates and the grazing optimization hypothesis. Oecologia 51:14–18.

Holland, E. A., W. J. Parton, J. K. Detling, and D. L. Coppock. 1992. Physiological responses of plant populations to herbivory and their consequences for ecosystem nutrient flow. American Naturalist 140:685–706.

Huntly, N. 1995. How important are consumer species to ecosystem functioning? Pages 72–83 in J. Lawton, editor. Linking species and ecosystems. Chapman and Hall.

Kotanen, P., and R. L. Jefferies. 1987. The leaf and shoot demography of grazed and ungrazed plants of Carex subspathacea. Journal of Ecology 75:961–975.

Loreau, M. 1995. Consumers as maximizers of matter and energy flow in ecosystems. American Naturalist 145:22–42.

McNaughton, S. J. 1976. Serengeti migratory wildebeest: facilitation of energy flow by grazing. Science 191:92–94.

———. 1979. Grazing as an optimization process: grass–ungulate relationships in the Serengeti. American Naturalist 113:691–703.

———. 1983. Compensatory plant growth as a response to herbivory. Oikos 40:329–336.

———. 1985. Ecology of a grazing ecosystem: the Serengeti. Ecological Monographs 55:259–294.

———. 1986. On plants and herbivores. American Naturalist 128:765–770.

Milchunas, D. G., and W. K. Lauenroth. 1993. Quantitative effects of grazing on vegetation and soils over a global range of environments. Ecological Monographs 63:327–366.

Owen, D. F., and R. G. Wiegert. 1976. Do consumers maximize plant fitness? Oikos 27:488–492.

Owen, D. F., and R. G. Wiegert. 1981. Mutualism between grasses and grazers: an evolutionary hypothesis. Oikos 36:376–378.

Paige, K. N., and T. G. Whitham. 1987. Overcompensation in response to mammalian herbivory: the advantage of being eaten. American Naturalist 129:407–416.

Rosswall, T. 1976. The internal nitrogen cycle between microorganisms, vegetation and soil. Pages 157–167 in B. H. Svensson and R. Söderlund, editors. Nitrogen, phosphorus and sulphur. Global cycles. SCOPE Report 7. Ecological Bulletins, Stockholm, Sweden.

Ruess, R. W., and S. J. McNaughton. 1987. Grazing and the dynamics of nutrient and energy regulated microbial processes in the Serengeti grasslands. Oikos 49:101–110.

Schindler, D. E., S. R. Carpenter, K. L. Cottingham, X. He, J. R. Hodgson, J. F. Kitchell, and P. A. Soranno. 1996. Food web structure and littoral zone coupling to pelagic trophic cascades. Pages 96–105 in G. A. Polis and K. O. Winemiller, editors. Food webs; integration of patterns and dynamics. Chapman and Hall, New York, New York, USA.

Stenseth, N. C. 1978. Do grazers maximize individual plant fitness? Oikos 31:299–306.

Tilman, D. 1988. Plant strategies and the dynamics and structure of plant communities. Princeton University Press, Princeton, New Jersey, USA.

van der Meijden, E., M. Wijn, and H. J. Verkaar. 1988. Defense and regrowth, alternative plant strategies in the struggle against herbivores. Oikos 51:355–363.

Westoby, M. 1989. Selective forces exerted by vertebrate herbivores on plants. Trends in Ecology and Evolution 4:115–117.

Wilson, D. S. 1976. Evolution on the level of communities. Science 192:1358–1360.

———. 1980. The natural selection of populations and communities. Benjamin/Cummings, Menlo Park, California, USA.

Woodmansee, R. G., I. Vallis, and J. J. Mott. 1981. Grassland nitrogen. Pages 443–462 in F. E. Clark and T. Rosswall, editors. Terrestrial nitrogen cycles. Ecological Bulletins, Stockholm, Sweden.

## APPENDIX

In this Appendix, we show how the equilibrium for a system with recipient-controlled herbivory (Eq. 2) is obtained from a system with a simple, linear, donor-controlled herbivory (Eq. 1). We prove that the results obtained at equilibrium with a linear, donor-controlled herbivory can be generalized to any form of recipient-controlled herbivory.

Recipient-controlled herbivory may be written as

$$f(P, H) = \gamma g(P)H \qquad (A.1)$$

where parameter $\gamma$ represents a maximum rate of plant consumption per unit herbivore and will be used as a measure of grazing intensity; $g(P)$ is the herbivore's functional response. Classical functional responses (DeAngelis 1992) include the Holling type-1 functional response,

$$g(P) = P \qquad (A.2)$$

as well as the Holling type-2 functional response, or Monod function,

$$g(P) = \frac{P}{K + P} \qquad (A.3)$$

and the Holling type-3 or "sigmoidal" response,

$$g(P) = \frac{P^2}{K^2 + P^2} \qquad (A.4)$$

where $K$ is the half-saturation constant.

First, we investigate the case in which plant nutrient uptake has the form of a Lotka-Volterra interaction

$$u(N)P = uNP$$

and herbivore immigration is zero: $I_h = 0$. Solving Eqs. 3–7 at equilibrium gives

$$P^* = g^{-1}\left(\frac{m_h}{\gamma}\right) \qquad (A.5)$$

$$D_p^* = \frac{I_{D_2} + \alpha_p m_p P^*}{m_{D_2}} \qquad (A.6)$$

$$D_h^* = \frac{I_{D_3} + \alpha_h m_h H^*}{m_{D_3}} \qquad (A.7)$$

$$N^* = \frac{m_p}{u} + \frac{m_h}{u}\frac{H^*}{G^*} = N_0^* + \frac{m_h}{u}\frac{H^*}{G^*} \quad (A.8)$$

$$H^* = \frac{S_n - lN_0^* - \beta_p m_p P^*}{\dfrac{l}{u}\dfrac{m_h}{P^*} + \beta_h m_h} \quad (A.9)$$

$$\Phi^* = m_p P^* + m_h H^* \quad (A.10)$$

where $g^{-1}$ is the inverse function of $g$, and remaining parameters are defined in Tables 1 and 2.

These equilibrium values are biologically feasible only for $\gamma$ greater than a minimum value, $\gamma_{min}$. Herbivores must be sufficiently efficient to deplete their resource and have a positive biomass ($H^* > 0$ in Eq. A.9). The minimum value $\gamma_{min}$ is that for which the herbivore population cannot be sustained, and the equilibrium is $H^* = 0$ in Eq. A.9:

$$\gamma_{min} = \frac{m_h}{g\left(\dfrac{S_n - lN_0^*}{\beta_p m_p}\right)}. \quad (A.11)$$

In the case of recipient-controlled herbivory, we see that plant biomass at equilibrium is controlled by the herbivore parameters (Eq. A.5). It is then independent of the nutrient input–output balance of the ecosystem. Primary production (Eq. A.10) is not easily interpreted from the equations.

However, it is possible to prove formally that changing the consumption function is equivalent to simply changing the scale of grazing intensity, where parameter $c$ is replaced by a function $h(\gamma)$, which is a function of $P^*(\gamma)$. We will show that $P^*$ decreases with $\gamma$, and $h$ varies between 0 and $c_{max}$. Then $h(\gamma)$ represents the rate of plant consumption and is constrained by the balance between nutrient inputs and outputs. Thus, in a recipient-controlled interaction, the rate of consumption $h(\gamma)$ is constrained by the input–output balance, given a certain plant biomass $P^*(\gamma)$, whereas in a donor-controlled interaction, plant biomass at equilibrium $P^*$ (Eq. 12) is constrained by the input–output balance for a given rate of consumption $c$. The function chosen to describe herbivore consumption has no influence on either nutrient inputs or the percentage of nutrient lost along each pathway. Therefore, the equilibrium state of the ecosystem describes the same states in the case of a recipient-controlled herbivory when $\gamma$ varies in the interval $[\gamma_{min}, +\infty]$, as in the case of the donor-controlled herbivory when $c$ varies in the interval $[0, c_{max}]$. Hence, the optimum values for recipient-controlled herbivory are the same as those for donor-controlled herbivory. The results obtained for a simple, linear, donor-controlled herbivory can be generalized to any recipient-controlled herbivory, as long as the equilibrium is stable in the latter case.

We prove this for the general case of any continuous, monotonic, increasing functional response, such that $g(0) = 0$, and the derivative of $g$ exists and is strictly positive. Classical functional responses (Eqs. A.2–A.4) all satisfy these conditions.

From Eqs. 1 and 2, we see that the equations for the system with recipient-controlled herbivory at equilibrium can be obtained from the corresponding equations for the system with donor-controlled herbivory by replacing $c$ in the latter with

$$h(\gamma) = \gamma\frac{g[P^*(\gamma)]}{P^*(\gamma)}H^*(\gamma) = m_h\frac{H^*(\gamma)}{P^*(\gamma)}. \quad (A.12)$$

This can be written as long as $P^*(\gamma)$ is different from zero, which is true for every value of $\gamma$ in the domain $[\gamma_{min}, +\infty]$, as we will see.

Substituting Eq. A.9 into Eq. A.12, we have

$$h(\gamma) = \frac{S_n - lN_0^* - \beta_p m_p P^*(\gamma)}{\dfrac{l}{u} + \beta_h P^*(\gamma)}. \quad (A.13)$$

To help understand this function, let us first investigate the equilibrium plant biomass $P^*$ as a function of $\gamma$ (Eq. A.5).

The inverse function of $g$, $g^{-1}$, is defined, continuous, and increasing (Arnaudiès and Fraysse 1989). When $\gamma$ varies in the domain $[\gamma_{min}, +\infty]$, $P^*(\gamma)$ (Eq. A.5) is continuous and monotonic.

According to Eqs. A.9 and A.11, we have

$$P^*(\gamma_{min}) = g^{-1}\left(\frac{m_h}{\gamma_{min}}\right) = \frac{S_n - lN_0^*}{\beta_p m_p}. \quad (A.14)$$

Substituting into Eq A.13, we obtain

$$h(\gamma_{min}) = 0. \quad (A.15)$$

Assuming $g(0) = 0$, we have

$$\lim_{\gamma \to +\infty} [P^*(\gamma)] = \lim_{\gamma \to +\infty} g^{-1}\left(\frac{m_h}{\gamma}\right) = 0. \quad (A.16)$$

Substituting into Eq. A.13 yields

$$\lim_{\gamma \to +\infty} [h(\gamma)] = \frac{u}{l}S_n - m_p \quad (A.17)$$

where we recognize the lumped parameter $c_{max}$ (Eq. 15 and Table 2). Thus,

$$\lim_{\gamma \to +\infty} [h(\gamma)] = c_{max}. \quad (A.18)$$

Further, let $\Phi_d^*(c)$ be the primary productivity as a function of $c$ in the case of donor-controlled herbivory, and $\Phi_r^*(\gamma)$ be the primary productivity as a function of $\gamma$ in the case of recipient-controlled herbivory. Because the equations for the system in the first case can be obtained from the corresponding equations for the second case by replacing $c$ in the latter with $h(\gamma)$, we have

$$\Phi_r^*(\gamma) = \Phi_d^*[h(\gamma)]. \quad (A.19)$$

Therefore, $\Phi_r^*(\gamma)$ varies in the range $[\gamma_{min}, +\infty]$ in the same way as $\Phi_d^*(c)$ varies in the range $[0, c_{max}]$. This implies that their optimum values exist under the same conditions and, hence, are the same for donor- and recipient-controlled herbivory.

A similar proof can be done for the case in which plant nutrient uptake again has a Lotka-Volterra form, herbivore immigration $I_h$ is not zero, and the plant–herbivore interaction has a Lotka-Volterra form ($f(P, H) = \gamma PH$).

Simulation studies showed that the same conclusion is obtained for different combinations of plant nutrient uptake (Monod or Holling type-3 growth), herbivore immigration, and herbivore functional response (Eqs. A.2–A.4).

BLM_0040998

## Elk Creek Mine in Somerset will go idle

*Updated: 12/03/2013 12:40:40 AM MST*

DenverPost.com

Oxbow Mining said Monday it will idle its Elk Creek Mine in Somerset and lay off 115 workers, retaining 20 to look over what was once one of the country's most productive underground coal mines.

The reduction, reported to the state via a WARN Act notice, follows the loss of 142 jobs in October at the Paonia-area mine, which has struggled since a fire that started one year ago crippled production.

"I am deeply concerned about the effect the Elk Creek Mine closure will have on the families supported by this mine as well as the North Fork Valley community as a whole," state Rep. Don Coram, R-Montrose, said in a statement.

Mining workers can earn two to three times the average wage in that part of the state, which is about $33,000 a year, according to the Colorado Department of Labor and Employment.

A year ago, the mine suffered a collapse that ignited a fire that continues to burn despite efforts to seal off the oxygen supply. Dangerous air levels have prevented the retrieval of expensive machinery needed to restore production.

The Elk Creek Mine, which Oxbow opened up in 2001, produced more than 6 million tons of low-sulfur coal and employed 350 people at its peak in 2008, when it ranked as one of the country's largest underground coal operations, according to the company.

"We are idling the mine until we are able to install a replacement longwall and other equipment," Oxbow Mining president Mike Ludlow said in a statement. "We are working on the engineering and procurement of a replacement longwall and other equipment as quickly as possible."

The company also is exploring other coal reserves in the Oak Mesa area north of Hotchkiss.

Aside from operational issues, the demand for coal, even cleaner varieties, continues to fall as electricity is increasingly generated from natural gas and renewable sources.

Colorado coal production for the first six months of the year fell 20 percent, to 11.45 million tons, compared with the same period in 2012, according to state figures.

The company said it would honor its agreements to supply coal locally and abroad, using its stockpiles and third-party suppliers.

Oxbow Mining is a subsidiary of Oxbow Carbon, a company founded and run by Bill Koch, brother of David and Charles Koch.

*Aldo Svaldi: 303-954-1410, asvaldi@denverpost.com*

**BUSINESS**

# Colorado coal jobs drop to fewer than 1,000 as Tri-State New Horizon mine shuts

## But federal government's draft plan signals West Elk mine will expand into roadless forest



RJ Sangosti, The Denver Post

A coal train makes its way through the town of Hotchkiss, Colorado after getting its load from the West Elk Mine, March 8, 2017. The West Elk Mine's corporate owner Arch Coal has recently pulled out of bankruptcy.

By **BRUCE FINLEY** | bfinley@denverpost.com | The Denver Post
PUBLISHED: June 8, 2017 at 7:27 pm | UPDATED: June 9, 2017 at 11:11 am

Operators of the New Horizon coal mine in western Colorado shut down production Thursday and prepared to start restoring land — continuing coal's collapse as a source of electricity.

Meanwhile, the federal government indicated it will allow expansion of another Colorado coal mine, Arch Coal's West Elk mine, allowing access into roadless forests.

Coal production around Colorado has dwindled to record low levels, due in part to competition from wind power and other renewable sources of energy that can be cheaper and cleaner.

Closing the New Horizon dropped the number of active coal mines in Colorado to seven and the total employment to 995. That's down from 2,118 jobs in 2003. Colorado mines produced 12.8 million tons of coal in 2016, down from 18.7 million in 2015, continuing a 67 percent decrease since 2004.

The Tri-State Generation and Transmission Association that owns the New Horizon mine confirmed the end of production as part of a deal with state health authorities to help reduce air pollution – an effort to comply with federal regional haze regulations. The mine supplied a Tri-State power plant at Nucla that will close by 2022, so less coal is needed.

The 23 workers at the New Horizon are expected to retire, seek work elsewhere or retrain for work on required land restoration, Tri-State officials said. The company negotiated a deal with the United Mine Workers of America to help employees.

"We have coal stockpiled at the Nucla station that can supply the plant," Tri-State spokesman Lee Boughey said. Whether it lasts until 2022 "depends on how often we operate the plant. And there are also other coal suppliers in the region."

Tri-State is a wholesale power provider supplying 43 utilities. The utilities provide electricity for more than 1 million people in Colorado, Nebraska, New Mexico and Wyoming. Last year, 27 percent of Tri-State's electricity came from renewable sources — hydro-power, wind and solar. Tri-State relied on natural gas for 2 percent of its electricity and on coal for 51 percent.

The West Elk Mine has been struggling in the face of competition from cheaper sources of energy, but more trains loaded with coal have been rolling this year as miners supply fuel to power plants in other countries. A U.S. Forest Service draft environmental plan unveiled this week allows leased access to 1,700 acres of roadless Gunnison National Forest to extract an estimated 17 million tons more coal. The mine is located about 40 miles southwest of Aspen, the last coal mine in western Colorado's North Fork Valley.

"We're pleased the process is moving ahead and we look forward to advancement of the project," Arch Coal spokeswoman Logan Bonacorsi said. "While we won't know definitively how much coal is located on the lease modifications until we conduct exploration, we expect the addition of these reserves to extend the life of the West Elk Mine, which currently supports more than 200 direct and many more indirect jobs."

Environment groups welcomed New Horizon's closure and said they plan to challenge the West Elk expansion.

"If coal was a profitable way to generate electricity, then Tri-State would not be moving to shutter its mine and power plant," WildEarth Guardians attorney Jeremy Nichols said. "While the state and federal governments are trying to open the door for coal, utilities like Tri-State are steadily moving away from it."

## Popular In the Community

Fisheries and Oceans Canada | Pêches et Océans Canada

# DIRECTIONAL DRILLING

**Fisheries and Oceans Canada**
**Quebec Operational Statement**

**Version 3.0**

For the purpose of this Operational Statement, the term Directional Drilling (DD) means trenchless methods of crossing a watercourse using pressurized mud systems. DD is used to install cables and pipelines for gas, oil, telecommunications, fibre optics, power, sewer, oil and water lines underneath watercourses and roads. This method is preferable to open-cut and isolated crossings since the cable or pipeline is drilled underneath the watercourse with very little disturbance to the bed or banks, to fish and fish habitat. DD involves drilling a pilot bore hole underneath the watercourse towards a surface target, back-reaming the bore hole to the drill rig while pulling the pipe along through the hole. This process typically uses the freshwater gel mud system composed of a mixture of clean, freshwater as the base, bentonite (clay-based drilling lubricant) as the viscosifier and synthetic polymers.

The general order of preference for carrying out a cable or pipeline stream crossing in order to protect fish and fish habitat is: a) a punch or bore crossing (see *Punch & Bore Crossing* Operational Statement), b) DD crossing, c) dry open-cut crossing, and d) isolated open-cut crossing (see *Isolated or Dry Open-cut Stream Crossings* Operational Statement). This order must be balanced with practical considerations at the site.

One of the risks associated with DD is the escape of drilling mud into the environment as a result of a spill, tunnel collapse or the rupture of mud to the surface, commonly known as "frac-out". A frac-out is caused when excessive drilling pressure results in drilling mud propagating toward the surface. The risk of a frac-out can be reduced through proper geotechnical assessment practices and drill planning and execution. The extent of a frac-out can be limited by careful monitoring and having appropriate equipment and response plans ready in the event that one occurs. DD can also result in a disturbance of riparian vegetation and sedimentation and erosion due to operation of equipment on the shoreline or fording to access the opposite bank.

Fisheries and Oceans Canada (DFO) is responsible for protecting fish and fish habitat across Canada. Under the *Fisheries Act* no one may carry out a work or undertaking that will cause the harmful alteration, disruption or destruction (HADD) of fish habitat unless it has been authorized by DFO. By following the conditions and measures set out below you will be in compliance with subsection 35(1) of the *Fisheries Act*.

The purpose of this Operational Statement is to describe the conditions under which it is applicable to your project and the measures to incorporate into your project in order to avoid negative impacts to fish habitat. You may proceed with your high-pressure directional drill project without a DFO review when you meet the following conditions:

- there is a low risk of frac-out, supported by a geo-technical assessment,

- the crossing is not a wet open-cut crossing,
- you have an emergency frac-out response plan and a contingency crossing plan in place that outline the protocol to monitor, contain and clean-up a potential frac-out and an alternative method for carrying out the crossing, and
- you incorporate the *Measures to Protect Fish and Fish Habitat when Directional Drilling* listed below in this Operational Statement.

If you cannot meet all of the conditions listed above and cannot incorporate all of the measures listed below then your project may result in the violation of subsection 35(1) of the *Fisheries Act* and you could be subject to enforcement action. In this case, you should contact the DFO office in your area if you wish to obtain DFO's opinion on the possible options you should consider to avoid contravention of the *Fisheries Act*.

**You are required to respect all municipal, provincial, territorial or federal legislation that applies to the work being carried out in relation to this Operational Statement.** The activities undertaken in this Operational Statement must also comply with the *Species at Risk Act* (**www.sararegistry.gc.ca**). If you have questions regarding this Operational Statement, please contact DFO by telephone at 418-775-0726 or by email at **Habitat-qc@dfo-mpo.gc.ca**.

We ask that you notify DFO, preferably 10 working days before starting your work by filling out and sending the Quebec Operational Statement **notification form (http://www.dfo-mpo.gc.ca/oceans-habitat/habitat/modernizing-moderniser/epmp-pmpe/qc/form_e.asp** ) to : Fisheries and Oceans Canada, Fish habitat management branch, 850 route de la Mer, C.P. 1000, Mont-Joli, Québec, G5H 3Z4; Fax: 418-775-0658. This information is requested in order to evaluate the effectiveness of the work carried out in relation to this Operational Statement.

---

## Measures to Protect Fish and Fish Habitat when Directional Drilling

1. Use existing trails, roads or cut lines wherever possible, as access routes to avoid disturbance to the riparian vegetation.

2. Design the drill path to an appropriate depth below the watercourse to minimize the risk of frac-out and to a depth to prevent the line from becoming exposed due to natural scouring of the stream bed. The drill entry and exit points are far enough from the banks of the watercourse to have minimal impact on these areas.


Canada

3. While this Operational Statement does not cover the clearing of riparian vegetation, the removal of select plants may be necessary to access the construction site. This removal should be kept to a minimum and within the road or utility right-of-way.

4. Machinery fording the watercourse to bring equipment required for construction to the opposite side is limited to a one-time event (over and back) and should occur only if an existing crossing at another location is not available or practical to use. A *Temporary Stream Crossing* Operational Statement is also available.

   4.1. If minor rutting is likely to occur, stream bank and bed protection methods (e.g., swamp mats, pads) should be used provided they do not constrict flows or block fish passage.

   4.2. Grading of the stream banks for the approaches should not occur.

   4.3. If the stream bed and banks are steep and highly erodible (e.g., dominated by organic materials and silts) and erosion and degradation are likely to occur as a result of equipment fording, then a temporary crossing structure or other practice should be used to protect these areas.

   4.4. Time the one-time fording to prevent disruption to sensitive fish life stages by adhering to appropriate fisheries timing windows (between June 27 and September 1, unless it is clearly established that the work schedule will not interfere with the fish species life cycles).

   4.5. Fording should occur under low flow conditions and not when flows are elevated due to local rain events or seasonal flooding.

5. Operate machinery on land (above the high water mark and in a manner that minimizes disturbance to the banks of the watercourse.

   5.1. Machinery is to arrive on site in a clean, condition and is to be maintained free of fluid leaks.

   5.2. Wash, refuel and service machinery and store fuel and other materials for the machinery away from the water to prevent any deleterious substance from entering the water.

   5.3. Keep an emergency spill kit on site in case of fluid leaks or spills from machinery.

   5.4. Restore banks to original condition if any disturbance occurs.

6. Construct a dugout/settling basin at the drilling exit site to contain drilling mud to prevent sediment and other deleterious substances from entering the watercourse. If this cannot be achieved, use silt fences or other effective sediment and erosion control measures to prevent drilling mud from entering the watercourse. Inspect these measures regularly during the course of construction and make all necessary repairs if any damage occurs.

   6.1. Dispose of excess drilling mud, cuttings and other waste materials at an adequately sized disposal facility located away from the water to prevent it from entering the watercourse.

7. Monitor the watercourse to observe signs of surface migration (frac-out) of drilling mud during all phases of construction.

**Emergency Frac-out Response and Contingency Planning**

8. Keep all material and equipment needed to contain and clean up drilling mud releases on site and readily accessible in the event of a frac-out.

9. Implement the frac-out response plan that includes measures to stop work, contain the drilling mud and prevent its further migration into the watercourse and notify all applicable authorities, including the closest DFO office in the area (telephone 418-775-0726 and FAX 418-775-0658). Prioritize clean up activities relative to the risk of potential harm and dispose of the drilling mud in a manner that prevents reentry into the watercourse.

10. Ensure clean up measures do not result in greater damage to the banks and watercourse than from leaving the drilling mud in place.

11. Implement the contingency crossing plan including measures to either re-drill at a more appropriate location or to isolate the watercourse to complete the crossing at the current location. See Isolated or Dry Open-cut Stream Crossings Operational Statement for carrying out an isolated trenched crossing.

12. Stabilize any waste materials removed from the work site to prevent them from entering the watercourse. This could include covering spoil piles with biodegradable mats or tarps or planting them with preferably native grass or shrubs.

13. Vegetate any disturbed areas by planting and seeding preferably with native trees, shrubs or grasses and cover such areas with mulch to prevent erosion and to help seeds germinate. If there is insufficient time remaining in the growing season, the site should be stabilized (e.g., cover exposed areas with erosion control blankets to keep the soil in place and prevent erosion) and vegetated the following spring.

   13.1. Maintain effective sediment and erosion control measures until revegetation of disturbed areas is achieved.

*Aussi disponible en français*

**http://www.dfo-mpo.gc.ca/oceans-habitat/habitat/ modernizing-moderniser/epmp-pmpe/index_f.asp**

DFO/2007-1283

©Her Majesty the Queen in Right of Canada 2007

This Operational Statement (Version 3.0) may be updated as required by Fisheries and Oceans Canada. It is your responsibility to use the most recent version. Please refer to the Operational Statements web site at **http://www.dfo-mpo.gc.ca/oceans-habitat/habitat/modernizing-moderniser/epmp-pmpe/index_e.asp** to ensure that a more recent version has not been released.

BLM_0041003

 Fisheries and Oceans    Pêches et Océans
Canada                 Canada

# NOTIFICATION FORM

**Fisheries and Oceans Canada**
**Quebec Operational Statement**

**Version 3.0**

## PROPONENT INFORMATION

| | |
|---|---|
| NAME: | STREET ADDRESS: |
| CITY/TOWN: | PROVINCE/TERRITORY:     POSTAL CODE: |
| TEL. NO. (RESIDENCE): | TEL. NO. (WORK): |
| FAX NO: | EMAIL ADDRESS: |

## CONTRACTOR INFORMATION (provide this information if a Contractor is working on behalf of the Proponent)

| | |
|---|---|
| NAME: | STREET ADDRESS: |
| CITY/TOWN: | PROVINCE/TERRITORY:     POSTAL CODE: |
| TEL. NO. (RESIDENCE): | TEL. NO. (WORK): |
| FAX NO: | EMAIL ADDRESS: |

## PROJECT INFORMATION

**Select Operational Statements that are being used (check all applicable boxes):**

- ☐ Aquatic Vegetation Removal
- ☐ Beach Creation for Residential Use
- ☐ Bridge Maintenance
- ☐ Clear-Span Bridges
- ☐ Dock Construction
- ☐ Directional Drilling
- ☐ Ice Bridges and Snow Fills
- ☐ Isolated Pond Construction
- ☐ Isolated or Dry Open-cut Crossing
- ☐ Maintenance of Riparian Vegetation in Existing Rights-of-Way
- ☐ Moorings
- ☐ Overhead Lines
- ☐ Public Beach Maintenance
- ☐ Punch & Bore Crossings
- ☐ Routine Maintenance Dredging
- ☐ Submerged Log Salvage
- ☐ Temporary Stream Crossing
- ☐ Underwater Cables

**Select the type of water body or watercourse at or near your project:**

- ☐ River, Stream, Creek
- ☐ Lake (8 hectares or greater)
- ☐ Marine (Ocean or Sea)
- ☐ Estuary
- ☐ Pond or wetland (pond is less than 8 hectares)

## PROJECT LOCATION (S) (fill out this section if the project location is different from Proponent Information; append multiple project locations on an additional sheet if necessary)

| | |
|---|---|
| Name of water body or watercourse | Coordinates of the Project (UTM co-ordinate or Degrees, Minutes, Seconds), if available<br>Easting:      Northing:<br>Latitude:      Longitude: |
| Legal Description<br>(Plan, Block, Lot, Concession, Township, Section, Range) | Directions to Access the Project Site<br>(i.e., Route or highway number, etc.) |
| Proposed Start Date<br>(YYYY/MM/DD): | Proposed Completion Date<br>(YYYY/MM/DD): |

We ask that you notify DFO, preferably 10 working days before starting your work, by filling out and sending in, by mail or by fax, this notification form to: Fisheries and Oceans Canada, Fish habitat management branch, 850 route de la Mer, C.P. 1000, Mont-Joli, Quebec, G5H 3Z4: Fax: 418-775-0658. This information is requested in order to evaluate the effectiveness of the work carried out in relation to the Operational Statement.

I, _____ (print name) certify that the information given on this form is, to the best of my knowledge, correct and complete.

Signature _____   Date _____

**Note:** If you cannot meet all of the conditions and cannot incorporate all of the measures in the Operational Statement then your project may result in a violation of Subsection 35(1) of the *Fisheries Act* and you could be subject to enforcement action. In this case, you should contact the DFO office in your area if you wish to obtain DFO's opinion on the possible options you should consider to avoid contravention of the *Fisheries Act.*

Information about the above-noted proposed work or undertaking is collected by DFO under the authority of the Fisheries Act for the purpose of administering the fish habitat protection provisions of the Fisheries Act. Personal information will be protected under the provisions of the Privacy Act and will be stored in the Personal Information Bank DFO-SCI-605. Under the Privacy Act, individuals have a right to, and on request shall be given access to, any personal information about them contained in a personal information bank. Instructions for obtaining personal information are contained in the Government of Canada's Info Source publications available at **www.infosource.gc.ca** or in Government of Canada offices. Information other than "personal" information may be accessible or protected as required by the provisions of the *Access to information Act.*

 Canadä

*Aussi disponible en français*

**http://www.dfo-mpo.gc.ca/oceans-habitat/habitat/
modernizing-moderniser/epmp-pmpe/index_f.asp**

DFO/2007-1283

©Her Majesty the Queen in Right of Canada 2007

This Operational Statement (Version 3.0) may be updated as required by Fisheries and Oceans Canada. It is your responsibility to use the most recent version. Please refer to the Operational Statements web site at: **http://www.dfo-mpo.gc.ca/oceans-habitat/habitat/modernizing-moderniser/epmp-pmpe/index_e.asp** to ensure that a more recent version has not been released.

BLM_0041005

# DESERT BIGHORN COUNCIL TRANSACTIONS



# VOLUME 34

# 1990

# Desert Bighorn Council

BLM_0041006

This Volume of
The Desert Bighorn
Council Transactions
is Dedicated to the Memory of
Lowell Sumner, 1907–1989



THE DESERT BIGHORN COUNCIL TRANSACTIONS: ISBN 0-9620159-0-3

PAUL R. KRAUSMAN, *Editor,* School of Renewable Natural Resources University of Arizona, Tucson, AZ 85721.

MARK C. WALLACE, *Editorial Assistant,* School of Renewable Natural Resources, University of Arizona, Tucson, AZ 85721.

The Desert Bighorn Council Transactions is published yearly by the Desert Bighorn Council, 1500 N. Decatur Blvd., Las Vegas, NV 89108. Manuscripts for publication, books, and papers for review or special comment should be sent to the Editor as explained in the "Instructions for Contributions to the Desert Bighorn Council Transactions" in the back of this volume.

**Illustrations by Pat Hansen. Printed by Allen Press, Inc., 1041 New Hampshire Street, Lawrence, KS 66044.**

BLM_0041007

# Desert Bighorn Council
# 1990 Transactions

## A Compilation of Papers Presented and Submitted at the 34th Annual Meeting
### 4–6 April 1990, Hermosillo, Sonora, Mexico



Copies Available
for $15.00 to members
($20.00 plus postage to nonmembers)
by writing the Desert Bighorn Council
1500 N. Decatur Blvd.
Las Vegas, NV 89108

Paul R. Krausman, Editor

BLM_0041008

# TABLE OF CONTENTS

## TECHNICAL REPORTS

INFLUENCE OF FORAGE QUANTITY ON MICROHABITAT USE BY DESERT BIGHORN SHEEP
Terri L. Steel and Gar W. Workman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

RADIOTELEMETRY COLLARS AND MOUNTAIN SHEEP: A CAUTIONARY NOTE
Vernon C. **Bleich,** J. D. Wehausen, Jeffrey A. Keay, Julia G. Stahmann, and Martin W. Berbach . . . . . . . . . .  *6*

NUMBERS, MOVEMENTS, AND DISEASE STATUS OF BIGHORN IN SOUTHWESTERN ARIZONA
Joan E. Scott, Richard R. Remington, and James C. **deVos**, Jr. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  9

A REVIEW OF DESERT BIGHORN SHEEP IN THE SAN ANDRES MOUNTAINS, NEW MEXICO
**Patricia A. Hoban** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **14**

## STATUS REPORTS AND COMMENTS

STATUS OF BIGHORN SHEEP IN ARIZONA, **1989**
**Raymond M. Lee** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **23**

STATUS OF BIGHORN SHEEP IN CALIFORNIA, **1989** AND TRANSLOCATIONS FROM **1971** THROUGH **1989**
Vernon C. Bleich, John D. Wehausen, Karen R. Jones, and Richard A. Weaver . . . . . . . . . . . . . . . . . . . . . . .  **24**

STATUS OF DESERT BIGHORN SHEEP IN COLORADO, **1989**
**Jerry Wolfe** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **27**

STATUS OF DESERT BIGHORN SHEEP IN NEVADA, **1989**
**William R. Brigham** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **28**

STATUS OF DESERT BIGHORN SHEEP IN NEW MEXICO, **1989**
Amy S. Fisher and Doug Humphreys . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **29**

STATUS **OF** DESERT BIGHORN SHEEP IN UTAH, **1989**
Joe Cresto, Jim Karpowitz, and Linda Seibert . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **31**

GUIDELINES FOR MANAGEMENT OF DOMESTIC SHEEP IN THE VICINITY OF DESERT BIGHORN HABITAT
Technical Staff, Desert Bighorn Council . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **33**

BLM_0041009

**RECENT BIGHORN SHEEP LITERATURE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **36**

**OBITUARY** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3'7**





BLM_0041011

# TECHNICAL REPORTS

# INFLUENCE OF FORAGE QUANTITY ON MICROHABITAT USE BY DESERT BIGHORN SHEEP

TERRI L. STEEL,[1] Department of Fisheries and Wildlife, Utah State University, Logan, UT 84322
GAR W. WORKMAN, Department of Fisheries and Wildlife, Utah State University, Logan, UT 84322

*Desert Bighorn Counc. Trans. 34:1–5.*

Abstract:   We examined microhabitat use related to forage availability for desert bighorn sheep (Ovis canadensis nelsoni). Forage availability was examined in 370 random plots throughout the composite home ranges of 5 radio-collared ewes. Each plot was classified as used or unused. No differences were found between used and unused plots in terms of percent cover of shrubs, grasses, forbs and forage species. We found 7 of 24 forage species in greater or lesser quantity in high sheep use areas. We conclude that forage quantity does not influence micro-habitat use.

Key words:   habitat, microhabitat, Utah.

A knowledge of habitat use patterns of bighorn sheep is essential to understanding their ecology. Habitat is a template for ecological strategies (Southwood 1977). These strategies may be appropriately analyzed only in the context of a specific habitat. Analysis of habitat variables can provide insight into the animal's life requisites and behavioral strategies (Partridge 1978). Although habitat use patterns of desert bighorn sheep are extensively documented in the literature, and have been quantified recently in a variety of locations (Bates 1982, Elenowitz 1983, Risenhoover and Bailey 1985, Gionfriddo and Krausman 1986, Krausman and Leopold 1986), these patterns are still not adequately understood. Characteristic desert bighorn habitat has often been described as areas with ample forage, water, security, and thermal cover. There are, however, discrepancies in the literature as to the interactions and importance of these components. At a time when management agencies are developing predictive habitat models, these discrepancies may prevent the formulation of predictive models beyond the most general sense.

Habitat use of a specific site is based upon real or perceived needs of the animal. These needs vary with the condition of the range, population, and individuals. Factors affecting habitat use patterns include the size and density of the population (Fowler 1981), the degree of sociality and traditional occupation (Geist 1971:176, Festa-Bianchet 1986), and the present and past level of disturbance to the population and its individuals (King 1984). Thus, when interpreting the results of habitat studies, it may be important to examine the behavior of the population with respect to the above factors before drawing generalized conclusions.

Forage availability is considered 1 of the most important habitat requirements for bighorn sheep (Wilson et al. 1980, Van Dyke et al.

1983). Bates (1982) showed that for a resident population in Canyonlands National Park, sheep preferred areas with high forage availability. Krausman and Leopold (1986) demonstrated that vegetational parameters account in part for macrohabitat use. Other studies also infer that forage availability is important in influencing habitat use patterns (Ferrier and Bradley 1970, McQuivey 1978, Holl 1982). Thus, forage availability is generally accepted as an important habitat requisite.

We examined microhabitat use of a recently reintroduced population of desert bighorn. A statistical model was formulated using 4 forage factors and 13 other habitat components (Steel and Workman, unpubl. rep., Utah State University, Logan, Utah, 1987). Our model was developed using a nonparametric discrimination technique that accounted for interaction between bighorn components (CART, Breiman et al. 1984). The final results of the model will not be presented here due to ongoing tests of the model's predictive ability. Preliminary tests indicate that forage factors are unimportant variables in our model of microhabitat use. This forms the basis of the hypotheses proposed herein.

Funding was provided by Capitol Reef National Park and Utah State University. The Utah Division of Wildlife Resources assisted in radio collaring and aerial telemetry flights. The logistic and technical assistance by John Bissonette, Norm Henderson, and Penny Hoge is greatly appreciated.

## STUDY AREA

Desert bighorn sheep were reintroduced into Capitol Reef National Park in 1984 and 1985. Habitat use patterns were examined from April to October 1987. The study area (182 km²) is part of the Canyonland complex located in Garfield County, Utah, and is comprised of 2 distinct regions: the canyons and cliffs of the Moody Creeks in Glen Canyon National Recreational Area, and the massive monocline of the Waterpocket Fold in Capitol Reef National Park (Fig. 1). Elevations range from 1,300 to 2,100 m. Temperatures range from −13 to 36 C. Mean annual precipitation is 18 cm, predominantly occurring from mid-July through October.

The study area contains 6 geologic formations and 7 vegetation communities that are highly mosaic in distribution. The 6 geologic formations are composed of mudstones, siltstones, and sandstones that vary in thickness and erodability, greatly affecting the topography and vegetation. Dominant vegetation in areas of lower elevation include sagebrush (Artemisia bigelovii), blackbrush (Coleogyne ramosissima), Mormon tea (Ephedra spp.), and hilaria (Hilaria jamesii). In areas of higher elevation the overstory is dominated by pinyon pine (Pinus edulis), Utah juniper (Juniperus osteosperma), and littleleaf mountain mahogany (Cercocarpus intricatus), while the understory is dominated by stipa (Stipa spp.) and Indian ricegrass (Oryzopsis hymenoides). Natural water catchments provide year-round water sources.

## METHODS

Forage availability, estimated by relative percent coverage, was sampled on 16 randomly chosen units (2.5 km²) located within the composite home ranges of 2 bighorn sheep herds. In each unit, 15 to 30 systematically located plots were sampled. Microhabitat was examined by restricting sampling to areas within the composite home ranges (Johnson 1980, Morris 1987). Composite home ranges were defined using the convex polygon method (Southwood 1966) based on 120 aerial relocations of 5 radio-collared ewes.

Coverage of perennial vegetation (shrubs, forbs, and grasses) and potential forage species was measured on each plot using 4 randomly placed 25 m intercept transect lines (Canfield 1941). Potential forage species are those plants that have been reported in the diet of bighorn sheep in southern Utah (Bates 1982). The reliability of applying the line-intercept method to estimate coverage in the study area was

Deceased.

BLM_0041012

**2   FORAGE QUANTITY • *Steel and Workman***



**Fig. 1.   *Study area in Capitol Reef National Park and Glen Canyon National Recreation Area, Utah, 1987.***

examined before application. The Student's t-test (Sokal and Rohlf 1969) was conducted on data obtained from 20 plots in 4 vegetation communities to compare the effectiveness of using 4 intercept lines/plot versus 8 intercept lines/plot. No significant difference was found (P ≤ 0.05). Method precision was also tested on the 20 plots. Tests (t-tests) showed that any 2 sets of 4 intercept lines were not significantly different (P ≤ 0.05).

Each plot sampled was classified as used or unused. Plot classification within each unit was based on a predefined criterion: if the plot contained ≥2 pellet groups the plot was classified as used, otherwise the plot was classified as unused. Pellet groups as indicators of microhabitat use have been satisfactorily used in studies of desert bighorn (Breyen 1971, Merritt 1974), elk (*Cervus elaphus*) and mule deer (*Odocoileus hemionus*) (Wambolt and McNeal 1987). There is the possibility that a plot classified as unused may have been used in the past or may be used in the future, leading to misclassification. However, preliminary results of our statistical model show a 75% probability of correct identification based on 2 habitat components: distance to escape terrain and degrees of unobstructed visibility. This indicates that our plot classification criterion is valid.

A "sheep use" class was assigned to all 16 sampling units. Assignment of the use class was based on the percentage of used plots found in the unit. Sheep use classes included minimal (0–10%), low (11–20%), moderate (21–40%) and high (41+%).

Differences between forage use and availability on used and unused sites were evaluated. Data were analyzed without interaction between components. Used and unused plots were compared using Student's unpaired t-test (Sokal and Rohlf 1969) to assess statistical significance of the differences. Differences between used and unused plots were also assessed using 95% confidence intervals to examine the potential bio-

**Table 1.   *Mean cover (%) by site class for shrubs, grasses, forbs, and potential forage species, Capitol Reef National Park, Utah, 1987.***

| Vegetation cover | Mean cover (%) | | 95% Confidence interval level | % Similarity |
|---|---|---|---|---|
| | Unused | Used | | |
| Shrubs | 9.4 ± 4.9 | 9.5 ± 6.0 | −1.4–1.3 | |
| Grasses | 4.8 ± 3.2 | 4.4 ± 1.2 | 0.3–0.5 | |
| Forbs | 0.9 ± 1.0 | 1.1 ± 1.5 | 0.0–0.6 | |
| Total | 15.1 ± 6.5 | 15.0 ± 7.2 | −4.8–5.0 | 85 |
| Forage species | 12.2 ± 5.6 | 12.5 ± 2.9 | −1.0–1.3 | 96 |

logical differences (Booth 1987). Percent similarity between used and unused plots (Whittaker 1972:40) were also calculated using percent similarity = $1 - \sqrt{\Sigma(a - b)^2}$, where a and b equal relative coverage.

To analyze differences in the mean coverage of individual potential forage species among sheep use classes, percent cover of each forage species was averaged over the sampling unit. One-way ANOVA (Sokal and Rohlf 1969) was used to test for differences among the classes; if significant differences were found, Duncan's multiple range test was used to detect which classes differed. All statistical tests were conducted at the P ≤ 0.05 significance level.

### RESULTS

Forage availability does not statistically differ with plot class (Table 1) or sheep use class (Table 2). No biologically significant differences are detected. Based on the 95% confidence interval testing there are maximums of 1.3%, 0.5%, 0.6%, and 1.3% differences between used and unused plots for shrubs, grasses, forbs, and potential forage species, respectively (Table 1). There is no indication from the literature that these small differences are biologically significant. For 50% of the forage species, significant differences between sheep use classes were found. Duncan's multiple range test indicated that 7 of 12 species shows an increasing or decreasing trend in coverage with a corresponding increase of sheep use in the area. Four-wing salt bush (*Atriplex canescens*), buckwheats (*Eriogonum* spp.), and snakeweed (*Gutierrezia sarothrae*) are found in significantly higher quantities on minimal to low sheep use areas than on moderate to high sheep use areas. Conversely, shadscale (*Atriplex confertifolia*), short saltbush (*Atriplex cuneata*), little leaf mountainmahogany, and blackbrush are found in greater quantity on high sheep use areas.

### DISCUSSION

Our results do not support the generally accepted views of desert bighorn habitat use. In general, microhabitat use does not differ with respect to forage availability. If forage quantity is characteristically selected at the microhabitat level, as inferred by other habitat use studies (Ferrier and Bradley 1970, McQuivey 1978, Holl 1982, Van Dyke et al. 1983, Bates 1982), our results indicate 3 possible scenarios to explain why this population does not select forage at the microhabitat level: the forage base is homogeneous, therefore site selection cannot occur; plots with low forage quantity supply adequate nutrition for individual growth and reproduction; or the need for security factors is large due to reintroduction stress, and has priority in dictating microhabitat use.

A basic premise in site selection is that the resources that are the basis for selection will vary in degree of acceptability from patch to patch (Fagen 1988). If heterogeneity in resource dispersion does not occur in an area, selection of the microhabitat level cannot occur. Homogeneity of forage throughout our study area is not likely, given the mosaic of substrate types (e.g., talus slope, slickrock, bare ground), geologic formations and vegetation communities. Forage availability on the various vegetation communities and geologic formations is extremely variable. For individual forage species coverage ranges from 0–3.8% and 0–2.7%, respectively (T. L. Steel and G. W. Workman 1987). The standard

*Table 2.  Mean cover (%) for each potential forage species by desert bighorn sheep use classes (minimal, low, moderate and high), Capitol Reef National Park, Utah, 1987.*

| Plant species | Relative cover | Mean cover (%) | | | | |
|---|---|---|---|---|---|---|
| | | Degree of sheep use | | | | |
| | | Minimal | Low | Moderate | High | F |
| *Artemisia utahensis* | 1.5 | 0.0 | 0.0 | 0.3 | 0.0 | 1.90 |
| *Artemisia bigelovii* | 3.7 | 0.1 | 0.4 | 0.5 | 0.4 | 1.26 |
| *Atriplex canescens* | 1.4 | 0.6 | 0.1 | 0.1 | 0.1 | 5.44** |
| *Atriplex confertifolia* | 1.7 | 0.0 | 0.2 | 0.1 | 0.4 | 3.78** |
| *Atriplex cuneata* | 1.4 | 0.0 | 0.0 | 0.1 | 0.4 | 5.26** |
| *Aristida fendleriana* | 0.7 | 0.1 | 0.0 | 0.1 | 0.1 | 0.89 |
| *Cercocarpus intricatus* | 6.3 | 0.0 | 0.2 | 0.9 | 0.8 | 2.84* |
| *Chrysothamnus nauseosus* | 3.9 | 0.5 | 0.7 | 0.3 | 0.5 | 4.11** NT[a] |
| *Coleogyne ramosissima* | 3.6 | 0.0 | 0.0 | 0.2 | 1.3 | 6.94** |
| *Cowania mexicana* | 3.2 | 0.2 | 0.1 | 0.5 | 0.3 | 2.04 |
| *Ephedra* spp. | 10.3 | 0.8 | 1.4 | 1.1 | 1.4 | 1.51 |
| *Eriogonum* spp. | 1.6 | 0.7 | 0.3 | 0.1 | 0.1 | 6.43** |
| *Fallugia paradoxa* | 1.9 | 0.8 | 0.0 | 7.3 | 0.5 | 4.81** NT |
| *Fraxinus anomala* | 3.7 | 1.8 | 0.0 | 0.3 | 0.5 | 18.02** NT |
| *Grayia spinosa* | 1.0 | 0.0 | 0.0 | 0.2 | 0.0 | 1.78 |
| *Gutierrezia sarothrae* | 12.2 | 2.2 | 1.5 | 1.2 | 1.5 | 2.97* |
| *Hilaria jamesii* | 5.7 | 1.0 | 0.5 | 0.6 | 0.8 | 1.74 |
| *Machaeranthera* spp. | 0.9 | 0.0 | 0.2 | 0.1 | 0.0 | 0.79 |
| *Oryzopsis hymenoides* | 10.0 | 0.8 | 1.3 | 1.1 | 1.3 | 0.88 |
| *Poa* spp. | 4.6 | 0.1 | 1.8 | 0.4 | 0.4 | 13.68** NT |
| *Rhus trilobata* | 4.5 | 1.8 | 0.2 | 0.5 | 0.4 | 7.64** NT |
| *Sphaeralcea* spp. | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.90 |
| *Stipa* spp. | 15.7 | 0.6 | 1.6 | 2.1 | 1.6 | 2.47 |
| *Symphoricarpus longifolius* | 1.1 | 0.0 | 0.1 | 0.1 | 0.1 | 0.58 |
| TOTAL | 100.6 | 11.7 | 13.1 | 11.9 | 13.0 | 0.41 |

\* $P \leqslant 0.05$.
\*\* $P \leqslant 0.01$.
[a]NT indicates that there is no trend from high to minimal, or visa versa.

deviations associated with each mean (Table 1) indicate the variability of forage at each plot.

The possibility of the second scenario, that plots with low forage quantity contain enough for growth and reproduction, is difficult to grasp given our knowledge of bighorn sheep energetics and nutritional needs. The hypothesis may be plausible because we studied a low density population. We assume that since the population is recently reintroduced the population level is below that which can be supported in the area. With low population density, there is a tendency for group size to be small (Caughley 1977, Elenowitz 1983) and smaller group sizes require less forage per site to meet the needs of their members. Given this, we do not expect to find forage availability affecting site use. We do expect that as the population size and density increases, group sizes will increase, and so will the need for greater forage abundance on microhabitat sites. This would result in forage availability influencing site selection. Also, the forage base and the sheep may be linked in a negative feedback system: as sheep increase, forage will decrease (Caughley 1977). These density-dependent effects might then increase the impact forage availability has on microhabitat use.

Previous stressful experiences, such as those resulting from capture, transport, and placement into a foreign environment, may influence the present behavior of a population. Such effects on the behavior may be exhibited in the observed bighorn use patterns. In an attempt to reduce or adapt to stress resulting from disturbance (Miller and Gunn 1979), a population may change habitat use patterns. Such changes in habitat use by bighorn sheep have occurred as a response to disturbance (Leslie and Douglas 1979, Campbell and Remington 1981) and differences in habitat use patterns between disturbed and undisturbed populations are

documented (King 1984). Holl and Bleich (1983), and Wehausen (1983), note that response to disturbance can be affected by habitat characteristics; areas affording greater security will reduce the intensity of the disturbance response. Risenhoover and Bailey (1985) show that sites close to escape terrain with high visibility enable sheep to forage more efficiently. A population that has been captured and transported to a new environment, such as the Capitol Reef population, would likely be placed under a great deal of stress and would respond to reduce this stress. Perhaps the habitat use patterns observed in this study reflect this response. Forage availability may not have priority in selection of microhabitat sites; the need for security may be of overriding importance. If this is the case, with time we expect a reduction in the role of security factors and an increase in the role of forage factors in influencing site selection.

If forage quantity is not characteristically a basis for microhabitat use, 2 other explanations may account for the results of our study. First, forage availability, as evaluated in terms of percent coverage, may not adequately represent the basis of selection by sheep. Forage nutrition (Hull 1984), edible forage biomass, or variability in forage abundance (Regelmann 1986) may be better indicators of the forage component being selected. Secondly, selection for forage may not be occurring at the microhabitat level, but at the macrohabitat level; i.e., by placement of an animal's home range. Johnson (1980), Peek et al. (1983), and Morris (1987) contend that selection of forage and other life requisites may be at this higher level. If this hypothesis is true, we expect those areas containing vegetation communities with the highest forage abundance to be selected. Several use versus availability studies (Bates 1982, Elenowitz 1983, Gionfriddo and Krausman 1986), examining macro-

habitat use, show that desert bighorn do "prefer" certain habitat types over others. Perhaps this preference is due to greater forage abundance in certain habitat types than others.

## MANAGEMENT IMPLICATIONS

Rarely are biological systems easily understood making it difficult to draw conclusions about an animal population and its habitat use. To increase our understanding of a system, specific hypotheses need to be formulated and tested. Hypotheses about the nature of forage availability and habitat use have been formulated for desert bighorn sheep in this study and are in need of testing. Conclusions such as ours serve as a reminder of the problems associated with the interpretation of habitat use studies. In considering habitat use studies as a basis for predictive model development, site and population specific conditions need to be examined. This may be laboring an obvious point; certainly it is no surprise that individual populations will use the habitat according to their real and perceived needs and that these needs will vary under differing conditions. While habitat is a template for ecological strategies, this template is flexible (Southwood 1977), allowing for individual and population variation in the expression of their strategies (Fagen 1988). Phenotypic responses of an animal to changing environmental conditions result in tradeoffs between life requisites. The level at which these tradeoffs occur are impossible to predict given present knowledge of bighorn sheep habitat use patterns. We believe that no matter how intuitively obvious this point may be, it has not always been taken into consideration in management of desert bighorn sheep. Region-wide management plans and habitat models may not adequately address the needs of all populations.

Evaluation of the success of bighorn sheep reintroductions requires long-term studies. Short-term survival and population expansion does not necessarily imply long-term population success. A successful population is one that can reproduce and maintain itself through self-regulation without intensive population management, such as culling or supplemental restocking. Initial population growth is most likely assuming low disturbance, predation and disease, due to the abundance of available habitat and forage relative to the population density. Most reintroduction efforts are judged successful after only 5 to 10 years (Rowland and Schmidt 1981, Dodd 1983) and are usually based on ewe-lamb ratios in the first several years and/or fidelity to an area. Elenowitz (1983) considered short-term sheep use of specific habitat components to evaluate transplant success, which may be a better indicator of long-term success than current population characteristics. Annual ewe-lamb ratios have been found to be highly correlated with weather conditions (Douglas and Leslie 1986, Wehausen et al. 1987); thus, annual population characteristics may be extremely variable, and may not accurately reflect the state of the population and its ability for success. The study of the habitat use patterns after initial population expansion and behavioral acclimation to the reintroduction, can provide valuable insight into the likelihood of population success.

## LITERATURE CITED

Bates, J. W., Jr. 1982. Desert bighorn sheep habitat utilization in Canyonlands National Park. M.S. Thesis, Utah State Univ., Logan, Utah. 114pp.

Booth, G. D. 1987. Confidence intervals: an old idea whose time has come. Statistical Notes. U.S. For. Serv., Ogden, Utah 47-49.

Breiman, L., J. H. Friedman, R. A. Olsen, and C. J. Stone. 1984. Classification and regression trees. Wadsworth Inter. Group, Belmont, Calif. 358pp.

Breyen, L. J. 1971. Desert bighorn habitat evaluation in the Eldorado Mountains of southern Nevada. M.S. Thesis, Univ. Nevada, Las Vegas. 96pp.

Campbell, B. H. and R. Remington. 1981. Influence of construction activities on water-use patterns of desert bighorn sheep. Wildl. Soc. Bull. 9:63–65.

Canfield, R. H. 1941. Application of the line intercept in sampling range vegetation. J. Forestry 39:388–394.

Caughley, G. 1977. Analysis of vertebrate populations. John Wiley and Sons, Chichester, U.K. 234pp.

Dodd, N. L. 1983. Ideas and recommendations for maximizing desert bighorn transplant efforts. Desert Bighorn Counc. Trans. 27:12–16.

Douglas, C. L. and D. M. Leslie, Jr. 1986. Influence of weather and density on lamb survival of desert mountain sheep. J. Wildl. Manage. 50:153–156.

Elenowitz, A. S. 1983. Habitat use on population dynamics of transplanted desert bighorn sheep in the Peloncillo Mountains, New Mexico. M.S. Thesis, New Mexico State Univ., Las Cruces. 118pp.

Fagen, R. 1987. Phenotypic plasticity and social environment. Evol. Ecol. 1:263–271.

———. 1988. Population effects of habitat change: a quantitative assessment. J. Wildl. Manage. 52:41–46.

Ferrier, G. J. and W. G. Bradley. 1970. Bighorn sheep habitat evaluation in the Highland range of southern Nevada. Desert Bighorn Counc. Trans. 14:66–93.

Festa-Bianchet, M. 1986. Site fidelity and seasonal range use by bighorn rams. Can. J. Zool. 64:2126–2132.

Fowler, C. W. 1981. Density dependence as related to life history strategy. Ecology 62:602–610.

Geist, V. 1971. Mountain sheep: a study in behavior and evolution. Univ. Chicago Press, Chicago, Ill. 383pp.

Gionfriddo, J. P. and P. R. Krausman. 1986. Summer habitat use by mountain sheep. J. Wildl. Manage. 50:331–335.

Holl, S. A. 1982. Evaluation of bighorn sheep habitat. Desert Bighorn Counc. Trans. 26:47–49.

——— and V. C. Bleich. 1983. San Gabriel mountain sheep: biological and management considerations. U.S. For. Serv. Publ., San Bernardino, Calif. 136pp.

Hull, W. B. 1984. Seasonal nutrition of desert bighorn sheep in Canyonlands National Park, Utah. M.S. Thesis, Utah State Univ., Logan. 88pp.

Johnson, D. H. 1980. The comparison of usage and availability measurements for evaluating measurements for evaluating resource preference. Ecology 61:65–71.

King, M. M. 1984. Behavioral response of desert bighorn sheep to human harassment: a comparison of disturbed and undisturbed populations. Ph.D. Thesis, Utah State Univ., Logan. 136pp.

Krausman, P. R. and B. D. Leopold. 1986. Habitat components for desert bighorn in the Harquahala Mountains, Arizona. J. Wildl. Manage. 50:504–508.

Leslie, D. M. and C. L. Douglas. 1979. Desert bighorn sheep of River Mountains, Nevada. Wildl. Monogr. 66. 56pp.

McQuivey, R. P. 1978. The bighorn sheep of Nevada. Nevada Dep. Fish and Game. Biol. Bull. 6. 81pp.

Merritt, M. F. 1974. Measurement of utilization of bighorn sheep habitat in the Santa Rosa Mountains. Desert Bighorn Counc. Trans. 18:4–17.

Miller, F. L. and A. Gunn. 1979. Responses of Peawry caribou and musk oxen to helicopter harassment. Can. Wildl. Serv. Occas. Paper 40. Edmonton, Alta. 60pp.

Morris, D. W. 1987. Ecological scale and habitat use. Ecology 68:362–369.

Partridge, L. 1978. Habitat selection. Pages 351–375 In J. R. Krebs and N. B. Davies, eds. Behavioral ecology. Blackwell Scientific Publ., Oxford, U.K.

Peek, J. M., M. D. Scott, L. J. Nelson, and D. J. Pierce. 1983. Role of cover in habitat management for big game in northwestern United States. Trans. North Amer. Wildl. Conf. 49:363–373.

Regelmann, K. 1986. Learning to forage in a variable environment. J. Theor. Biol. 120:321–324.

Risenhoover, K. L. and J. A. Bailey. 1985. Foraging ecology of mountain sheep: implications for habitat management. J. Wildl. Manage. 49:777–784.

Rowland, M. M. and J. L. Schmidt. 1981. Transplanting desert bighorn sheep—a review. Desert Bighorn Counc. Trans. 22:43–44.

Sokal, R. R. and F. J. Rohlf. 1969. Biometry: the principles and practices of statistics in biological research. W. H. Freeman and Co., San Francisco, Calif. 776pp.

BLM_0041015

Southwood, T. R. E. 1966. Ecological methods. Methuen Co., London, U.K. 262 pp.

———. 1977. Habitat, the template for ecological strategies? Presidential Address to the British Ecological Society J. Anim. Ecol. 46: 337–365.

Van Dyke, W. A., A. Sands, J. Yoakum, A. Polenz, and J. Blaisdell. 1983. Wildlife habitats in managed rangelands—the Great Basin of southeastern Oregon—bighorn sheep. U.S. For. Serv. Gen. Tech. Rep. PNW-159. 37pp.

Wambolt, C. L. and A. F. McNeal. 1987. Selection of winter foraging sites by elk and mule deer. J. Env. Manage. 25:285–291.

Wehausen, J. D. 1983. White Mountain bighorn sheep: an analysis of current knowledge and management alternatives. Admin. Rep. Inyou National For., Contract No. 53-95C9-032. 123pp.

———, V. C. Bleich, B. Blong, and T. L. Russi. 1987. Recruitment dynamics in a southern California mountain sheep population. J. Wildl. Manage. 51:86–98.

Whittaker, R. H. 1972. Communities and ecosystems. Macmillan Co., New York, N.Y. 157pp.

Wilson, L. O., J. Blaisdell, G. Welsh, R. Weaver, R. Brigham, W. Kelly, J. Yoakum, M. Hinkes, J. Turner, and J. DeForge. 1980. Desert sheep habitat requirements and management recommendations. Desert Bighorn Counc. Trans. 24:1–7.



# RADIOTELEMETRY COLLARS AND MOUNTAIN SHEEP: A CAUTIONARY NOTE

VERNON C. BLEICH,[1] Institute of Arctic Biology, University of Alaska Fairbanks, Fairbanks, AK 99775

JOHN D. WEHAUSEN, University of California, White Mountain Research Station, Bishop, CA 93514

JEFFREY A. KEAY,[2] U.S. National Park Service, Yosemite National Park, CA 95389

JULIA G. STAHMANN, Institute of Arctic Biology, University of Alaska Fairbanks, Fairbanks, AK 99775

MARTIN W. BERBACH,[3] Department of Biological Sciences, California Polytechnic State University, Pomona, CA 91768

*Desert Bighorn Counc. Trans. 34:6–8.*

*Abstract:* We describe several types of injuries associated with loose-fitting telemetry collars in male and female mountain sheep (Ovis *canadensis* ssp.), and 1 injury incurred by a male from an overly tight telemetry collar. The potential proximate and ultimate effects of poorly fitting collars include serious injuries to osseous and dermal tissues, altered foraging behavior, and decreases in the fitness of otherwise dominant males. Researchers are encouraged to use extreme caution when marking mountain sheep, and other species, with telemetry collars, because of the potential ramifications for the animals and for future research.

*Key words:* collars, injuries, Ovis canadensis, radiotelemetry, techniques, telemetry.

The use of collars for marking large, wild mammals has a long history, beginning with the use of "bells" (Taylor 1947) and made more popular by Progulske (1957). Indeed, the advent of reliable telemetry packages and increased funding for research have resulted in large numbers of collars being placed on wildlife. Researchers have developed expandable collars or breakaway collars (Jordan 1978, Hamilton 1962, Kolz and Johnson 1980, Steigers and Hinders 1980, Keister et al. 1988, Hellgren et al. 1988), to allow for neck-swelling during the rut by male cervids, or expansion for growth if young animals are collared. Historically, the intent has been to minimize the effects of collars and/or telemetry packages on animals being studied, and recent guidelines (Committee on Acceptable Field Methods 1987) suggest that methods used to mark wild animals not abrade or restrict body parts.

Cochrane (1980) noted that researchers may be faced with difficult choices when collaring wild animals. For example, should one use a tight-fitting collar, placed near the head, or a loose-fitting collar, that may slide back and forth, placed lower on the neck? He emphasized



*Fig. 1. Ventro-lateral view of the mandible of a 7-year-old mountain sheep ram, originally collared as a 5-year-old. The ram wore a loose-fitting radio collar from November 1984 through August 1986. Note the osteophytes along the ventral surfaces of the rami.*

that trial and error, coupled with a knowledge of anatomy and behavior, are factors that, ultimately, result in optimal attachment methods. Practical and ethical considerations make it imperative that safe and humane methods are used in field investigations. We describe injuries to mountain sheep in California that were associated with poorly fitted collars.

We thank R. T. Bowyer for comments on an early version of the manuscript, and T. Manning for preparing Figure 3. Preparation of this paper was supported in part by grants from the Society for the Conservation of Bighorn Sheep, Sacramento Safari Club, California Association of Professional Scientists, and M. P. Northam, while the senior author, on a leave of absence from the California Department of Fish and Game, was at the Institute of Arctic Biology, University of Alaska Fairbanks.

The first translocation of telemetered mountain sheep in California occurred in 1979. By 1983, opportunities to handle and mark animals increased markedly (Wehausen et al. 1987). Because of an aggressive translocation program (Bleich et al. 1990), approximately 30 sheep have been collared each year from 1983 through 1989.

Initially, telemetry collars were placed very loosely on the study animals, because of concern that snug collars might be life-threatening. Collars were so loose that they continually slid up and down the necks of the animals as they fed. In 1983, it was noticed that such loose-fitting collars resulted in substantial hair loss on necks. At that time, we raised the issue of (1) heat loss associated with decreased insulation on sheep wintering high in the Sierra Nevada, and (2) potential injuries to the lower jaws of clashing rams from loose collars. Subsequently, we detected dermal lesions on the dorsal neck surfaces of rams and ewes fitted with loose collars, and swelling under the lower jaws of some rams.

*Table 1. Collar circumferences (cm) for female mountain sheep (O. c. nelsoni and O. c. californiana) collared from 1983 to 1988 in California.*

| Years | n | $\bar{x}$ | SD | Range | CV |
|---|---|---|---|---|---|
| | | | | *Collar circumference (cm)* | |
| 1983 | 2 | 50.3 | 10.0 | 43.2–57.3 | 19.6 |
| 1984 | 8 | 48.1 | 3.0 | 44.5–53.5 | 6.2 |
| 1985 | 8 | 38.8 | 3.6 | 33.7–43.5 | 9.2 |
| 1988 | 9 | 35.8 | 1.6 | 33.0–38.1 | 4.3 |
| 1983–88 | 27 | 41.4 | 6.6 | 33.0–57.3 | 15.9 |

[1] Present address: California Department of Fish and Game, 407 W. Line St., Bishop, CA 93514.

[2] Present address: U.S. National Park Service, P.O. Box 9, Denali Park, AK 99755.

[3] Present address: Department of Forestry and Resource Management, University of California, Berkeley, CA 94720.

BLM_0041017

Table 2.  Differences (cm) between collar circumferences and neck circumferences for male and female mountain sheep (O. c. nelsoni and O. c. californiana) collared from 1984 to 1988 in California.

| Year | n | x̄ | SD | Range | CV |
|---|---|---|---|---|---|
| | | | | Collar circumference-neck circumference (cm) | |
| 1984 | 10 | 14.3 | 3.5 | 8.4–20.0 | 24.3 |
| 1985 | 2 | 4.2 | 1.3 | 3.2–5.1 | 30.1 |
| 1988 | 10 | 3.1 | 1.4 | 1.3–5.1 | 45.2 |
| 1984–88 | 22 | 8.3 | 6.1 | 1.3–20.0 | 73.8 |



Fig. 3.  Neck circumference, as a function of age, for 20 mountain sheep rams and 40 ewes for which neck measurements are available. Neck circumferences in females become asymptotic at an earlier age than in rams.

Several ram carcasses were recovered shortly thereafter, 3 of which exhibited significant injuries that we attributed to loose-fitting telemetry collars. The 3 rams discussed here ranged in age (at time of collaring) from 3 to 5. Two wore telemetry collars for 2 years, and one for 4 years, prior to their deaths. Mandibles from these animals exhibited substantial proliferation of bone along the ventral, lateral, and medial surfaces of the rami (Fig. 1). Numerous small osteophytes were present on the lateral and ventral surfaces, with the lesions up to 1 cm long. Such lesions are consistent with those that would be expected to result from chronic irritation of bone in the areas of their occurrence. We believe these injuries were caused by a loose-fitting transmitter hitting the lower jaw (where it is covered by only a thin layer of tissue) during episodes of feeding, running, and horn clashing. The extreme forces associated with the latter activity (Schaffer 1968, Schaffer and Reed 1972, Kitchener 1988) may explain the absence of similar lesions in female sheep.

Between 1983 and 1988, the incidence of such injuries decreased markedly. We observed no such lesions on animals collared after 1985; trial and error (Cochrane 1980) had caused us to place collars on more tightly. There is a significant decrease (Kruskall-Wallace One-way Analysis of Variance, χ² = 19.0813, 3 df, P = 0.0003) in circumferences of collars installed between 1983 and 1988, for which we have measurements (Table 1). Similarly, the difference between collar circumference and neck circumference decreased significantly (Kruskall-Wallace One-Way Analysis of Variance, χ² = 15.9403, 2 df, P = 0.0003) between 1984 and 1988 (Table 2). We surmise that snug-fitting collars greatly reduce the risk of injuries associated with radio collars. Similarly, Fancy et al. (1988) noted a decrease in injuries to caribou (Rangifer tarandus) when collars were placed more tightly around necks.

In our experience, most sheep researchers tend to install collars loose-



Fig. 2.  Ventral view of the neck of a 4-year-old mountain sheep ram that had worn an overly-tight radio collar from September 1987 through December 1989. Note the severe dermal lesions associated with the collar.

ly. We believe that injuries are more likely to occur when that is the case, and recommend that the collars be installed as high up on the neck as possible, and as tightly as possible, without constricting the neck. However, in 1989 we documented injuries associated with an overly tight collar. That collar had been placed on a 2-year-old ram in 1987, at a circumference appropriate for an adult ewe. As the ram grew, severe lesions developed on the neck under the collar (Fig. 2). These lesions were not visible, however, without removing the collar; they were discovered only when the animal was captured to replace its non-functional telemetry collar. This problem occurred because future neck growth was not considered when the original collar was installed.

Because of the extended growth period of rams compared to ewes, the 2 sexes attain maximum neck circumferences at different ages (Fig. 3). For 23 ewes >3 years of age, minimum neck circumference varied from 30.5 to 38 cm, with an average of 33.4 cm. For the same populations, the asymptotic neck circumference for rams was 47 cm. We now use these values as guidelines when collaring sheep that have significant body growth to complete.

Aside from the obvious potential for loose-fitting collars to cause injuries, other ramifications exist. Loose-fitting collars frequently strike sheep under the chin during feeding bouts (Berbach 1987). Such events may alter feeding behavior and nutrient intake, and may cause researchers to record nonrepresentative foraging data. Alteration of male dominance behavior also is likely. Further, an otherwise dominant male, debilitated by an improperly fitting telemetry collar, may not fully realize his evolutionary fitness because of painful jaw injuries incurred during horn clashes.

Finally, the ramifications of injuries associated with wildlife research must be considered in the context of their potential effects on future research projects. Animal rights proponents, and others associated with the humane movement, will be quick to seize upon any opportunity to discredit the wildlife management profession. The Committee on Acceptable Field Methods of the American Society of Mammalogists (1987) has addressed the question of properly-fitted telemetry packages; careful adherence to that policy is urged because of the potential for impacting future research opportunities should concerned individuals take issue with the problems created by ill-fitting collars.

LITERATURE CITED

Berbach, M. W.  1987.  The behavior, ecology, and nutrition of a reintroduced mountain sheep population in the Whipple Mountains,

**8   COLLARS AND SHEEP •** *Bleich* **et** *al.*

San Bernardino County, California. M.S. Thesis, California State Polytechnic Univ., Pomona. 135pp.

Bleich, V. C., J. D. Wehausen, K. R. Jones, and R. A. Weaver. 1990. Status of bighorn sheep in California, 1989 and translocations from 1971 through 1989. Desert Bighorn Counc. Trans. 34:24–26.

Cochrane, W. W. 1980. Wildlife telemetry. Pages 507–520 In S. D. Schemnitz, ed. Wildlife techniques manual. The Wildlife Society, Washington, D.C.

Committee on Acceptable Field Methods. 1987. Acceptable field methods in mammalogy. J. Mammal. 68(Suppl.):1–18.

Fancy, S. G., L. F. Pank, D. C. Douglas, C. H. Curby, G. W. Gamer, S. C. Amstrup, and W. L. Regelin. 1988. Satellite telemetry: a new tool for wildlife research and management. U.S. Fish and Wildl. Serv. Res. Publ. 172. 54pp.

Hamilton, R. 1962. An expandable collar for male white-tailed deer. J. Wildl. Manage. 26:114–115.

Hellgren, E. C., D. W. Carney, N. P. Gamer, and M. R. Vaughan. 1988. Use of breakaway cotton spacers on radio collars. Wildl. Soc. Bull. 16:216–218.

Jordan, P. A. 1958. Marking deer with bells. California Fish and Game 44:183–189.

Keister, G. P., Jr., C. E. Trainer, and M. J. Willis. 1988. A self-adjusting collar for young ungulates. Wildl. Soc. Bull. 16:321–323.

Kitchener, A. 1988. An analysis of the forces of fighting of the black-buck (Antilope cervicapra) and the bighorn sheep (Ovis canadensis) and the mechanical design of the horns of bovids. J. Zool., London 214:1–20.

Kolz, A. L. and R. E. Johnson. 1980. Self adjusting collars for wild mammals equipped with transmitters. J. Wildl. Manage. 44:273–275.

Progulske, D. R. 1957. A collar for identification of big game. J. Wildl. Manage. 21:251–252.

Schaffer, W. M. 1968. Intraspecific combat and the evolution of the Caprini. Evolution 22:817–825.

——— and C. A. Reed. 1972. The co-evolution of social behavior and cranial morphology in sheep and goats (Bovidae, Caprini). Fieldiana (Zool.) 61:1–88.

Steigers, W. D., Jr. and J. T. Flinders. 1980. A breakaway expandable collar for cervids. J. Mammal. 61:150–152.

Taylor, W. P. 1947. Some new techniques—hoofed mammals. North Amer. Wildl. Conf. Trans. 12:293–324.

Wehausen, J. D., V. C. Bleich, and R. A. Weaver. 1987. Mountain sheep in California: a historical perspective on 108 years of full protection. West. Sec. Wildl. Soc. Trans. 23:65–74.



PAT HANSEN

# NUMBERS, MOVEMENTS, AND DISEASE STATUS OF BIGHORN IN SOUTHWESTERN ARIZONA

JOAN EVELYN SCOTT, Arizona Game and Fish Department, Phoenix, AZ 85023

RICHARD R. REMINGTON, Arizona Game and Fish Department, Yuma, AZ 85365

JAMES C. DEVOS, JR., Arizona Game and Fish Department, Phoenix, AZ 85023

*Desert Bighorn Counc. Trans. 34:9–13.*

Abstract: We studied population size, movements, and presence of disease in desert bighorn sheep (Ovis canadensis mexicana) on the Cabeza Prieta National Wildlife Refuge (CPNWR) and the Barry M. Goldwater Air Force Range (BMGAFR) in southwestern Arizona. We estimated the population size by aerial survey to be 462 in 1986 and 504 in 1987. Mean home range of radio-collared bighorn was 22.0 ± 4.1 km² (range = 7.3–48.3 km²) for 10 ewes and 115.1 ± 70.1 km² (range = 14.9–319.7 km²) for 4 rams. Although 1 ram (3.5-yr-old) was documented to make an intermountain movement, bighorn did not move regularly between mountain ranges or between Arizona and Mexico. Disease exposure was low in 7 bighorn examined. Only 1 bighorn was seropositive to any known bighorn pathogen; she had a 1:320 titer to contagious ecthyma virus.

Key words: Arizona, desert bighorn sheep, disease, movements, Ovis canadensis mexicana.

In fall 1986 the Arizona Game and Fish Department (AGFD) began a study of desert bighorn sheep in southwestern Arizona. The study area encompassed the land that is under the management of the CPNWR and the BMGAFR. This study area is virtually without roads and development and has few human visitors because of military operations, extreme summer temperatures, and lack of water. As a result, little was known about the bighorn population here.

Management agencies needed accurate population estimates to ensure the stability of bighorn herds while providing hunts in stable populations. Previous population estimates for the study area were mainly based on waterhole counts, random observations, and insufficient survey data. No systematic surveys had been conducted here to derive reliable population estimates. The AGFD estimated the bighorn population of the study area at 178 animals in 1985 (Ariz. Big Game Investigations, 1984–85, AGFD). The CPNWR estimated that 250 bighorn inhabited the refuge portion of the study area (U.S. Fish and Wildl. Serv., CPNWR Master Plan, 1970). Annually from 1985 to 1987, 7 bighorn hunting permits were allotted in the study area.

Additionally, we did not know much about the movements of these herds. Ecologists have speculated that desert bighorn sheep historically ranged over larger areas before travel corridors through valleys were blocked by roads and developments (DeForge et al. 1979). Early reports on the Cabeza Prieta area, northern Sonora, and Arizona in general allude to the bighorn moving great distances: from 1 mountain range to another, crossing in and out of Mexico, and regularly moving back and forth from the Cabeza Prieta area to the Pinacate region of Mexico

(Nichol 1937:7–9, 1938:3; CPNWR Narrative Reports 1939, 1943, 1944, 1946 [unpubl.]; Buechner 1960:50, 52, 145, 147; Simmons 1969:70–74; O'Connor 1974, 1977:74, 90–91; Tinker 1978). This reported movement was often attributed to a need for water.

The Cabeza Prieta and Goldwater herds provided an opportunity to study bighorn movements under conditions similar to those before man's intervention. With lack of roads and development blocking corridors between mountain ranges, we expected to see migrations similar to those reported in the early literature. Not only would we get information on present day movements of these herds, but the data could be compared to other areas where intermountain movements are now blocked by man's developments.

In addition to information of population numbers and movements, we desired some information on the disease status of the bighorn here. Contact with bighorn and livestock from Mexico could expose these herds to diseases.

The objectives of this study were to estimate the bighorn population size, study bighorn movements, and analyze the disease status of the population. This project was jointly funded by AGFD, the Arizona Desert Bighorn Sheep Society, the U.S. Fish and Wildlife Service, and the U.S. Air Force.

## STUDY AREA

The study area encompasses the CPNWR and that portion of the BMGAFR west of Highway 85. The Goldwater Range overlaps most of the Cabeza Prieta Refuge. The study area is bound on the north by the northern boundary of BMGAFR just south of Interstate 8; on the northeast by Highway 85; on the southeast by Organ Pipe Cactus National Monument; on the south by the Mexican border; and on the west by the western boundary of the BMGAFR, running south from approximately Yuma to the Mexican border (Fig. 1).

This land was generally unsettled because of extreme summer temperatures and aridity. Cattle were grazed on the land in the 1800s and the early 1900s, with livestock numbering several thousand at the peak. The range was always marginal for grazing, and degradation of the vegetational resources occurred during this period. The establishment of the CPNWR in 1939 and the Air Force range in 1942 progressively curtailed mining, mineral leasing, and livestock grazing, resulting in eventual protection of the entire area.

The study area is characterized by northwest–southeast trending mountain ranges separated by broad alluvial valleys. Valleys range in elevation from 150 to 350 m, and some mountain peaks rise to 800–900 m. The vegetation of the alluvial valleys is characteristic of the Lower Colorado River Valley Subdivision, and that in the mountains and bajadas is characteristic of the Arizona Upland Subdivision, both of the Sonoran Desertscrub Biome (Turner and Brown 1982).

The study area has high summer temperatures, moderate winter temperatures, and low rainfall. From mid-May to mid-September, afternoon temperatures are normally >37 C and daily maximums are commonly >43 C. Annual precipitation varies from 10 cm on the western portions of the study area to 22 cm on the eastern portions (Sellers and Hill 1974). Two distinct rainy seasons occur. The summer monsoons of July–August contribute ≥50% of the total precipitation in the eastern portions of the range. Winter storms of December–mid-March supply ≤100% of the precipitation in the western portions of the study area.

The study area has no permanent or intermittent streams, but is drained by a number of ephemeral desert washes. Only 2 intermittent springs occur in the study area. Most water available to bighorn is in tinajas. Natural tinajas are scattered throughout each mountain range, some so small as to hold water for only a few days after a rain, others large enough to last through long droughts. Throughout history, man has enhanced these natural tinajas and built other catchments to hold rain and runoff water. With the establishment of the wildlife refuge, catchment development increased. Currently, AGFD and CPNWR maintain 70 developed surface waters on the refuge and military range (Nat. Resourc. Planning Team 1986).

Military use of the area has caused some range degradation, but compared to other bighorn habitat, the study area is virtually pristine. Some military debris remains on the range, and a few isolated areas show

BLM_0041020



Fig. 1.  *Home ranges (shaded areas) of 14 radio-collared desert bighorn on the Cabeza Prieta National Wildlife Refuge and the Barry M. Goldwater Air Force Range based on aerial locations from November 1986 to March 1988. Mountain ranges are outlined with narrow lines. The study area is outlined with a wider line.*

excessive abuse from military vehicle tracks, but virtually all development and most visitation has been eliminated. A few dirt roads traverse the study area; these are generally ungraded or rarely graded.

It is not known whether noise disturbance from low-flying military aircraft has significant negative effects on bighorn. There is evidence showing that bighorn move and change behavior in response to aircraft noise (Krausman and Hervert 1983).

## METHODS

From 31 October to 2 November 1986, we captured, sampled, radio-collared, and released 10 female and 4 male bighorn sheep in 9 mountain ranges in the study area. From November 1986 to March 1988, these 14 radio-collared bighorn were located every 2–4 weeks from fixed wing aircraft to monitor movements and document home range size.

Home-range size was determined by the minimum convex polygon method (Mohr 1947). This method is simple and gives a relative figure for comparison to other bighorn studies that used this method. Only 14–25 locations for each bighorn were documented during the 17 months of this study, so more complex analysis of the data was not justified. The minimum convex polygon method gave an estimated figure of home range size and provided a visual outline of the area used by the bighorn, which met our purpose of determining if the herds moved between mountain ranges and between Arizona and Mexico.

During the capture operation, we collected blood samples from 7 bighorn for disease testing at the National Veterinary Services Laboratory in Ames, Iowa. These samples were serologically tested for infectious bovine rhinotracheitis (IBR), parainfluenza-III (PI3), conta-

gious ecthyma (CE), bluetongue (BT), respiratory syncytial virus (RSV), epizootic hemorrhagic disease (EHD), and leptospirosis.

From 31 October to 2 November 1986 and 30 October to 2 November 1987, helicopter surveys were conducted to estimate population size. Thirty-three and 36 hours of flight time were used for the 1986 and 1987 surveys, respectively. Bighorn habitat in each mountain range was mapped and divided into blocks, and blocks to be surveyed were determined randomly. Approximately 66% of mountainous sheep habitat was surveyed.

Population estimates were derived by a method developed by AGFD on the Kofa National Wildlife Refuge (R. Miller et al., Ariz. Game and Fish Dep., unpubl. data). The Kofa study used 2 consecutive helicopter flights to determine the percentage of bighorn that are sighted under various survey conditions. That study determined that survey intensity, time of day, bighorn group size, and terrain type had the most effect on the ability of surveyors to sight bighorn, and they calculated "sighting rates" under various survey conditions.

Surveys on the Cabeza Prieta and Goldwater ranges were only flown over mountainous terrain. Mountainous terrain sighting rates were applied from the Kofa study for rams, ewes, lambs, and mixed groups, depending on time of day, group size, and survey intensity. Survey intensity was classed as either "high grade" (emphasizing survey effort over areas most likely to contain bighorn, covering approximately 26 $km^2/hr$) or "complete" (surveying all ground in the survey block completely, covering 15–23 $km^2/hr$). The sighting rate for groups of $\geq 5$ bighorn is always 1.000. Sighting rates for groups of <5 bighorn are listed in Table 1.

*Table 1. Sighting rates for groups of 1–4 bighorn sheep used to estimate desert bighorn sheep population numbers, as determined from a study in the Kofa National Wildlife Refuge (R. Miller et al., Ariz. Game and Fish Dep., unpubl. data). The sighting rate for groups of ≥ 5 bighorn is always 1.000.*

| | Morning[a] | | Afternoon | |
|---|---|---|---|---|
| | High grade[b] | Complete | High grade | Complete |
| Mixed groups | 0.353 | 0.459 | 0.349 | 0.841 |
| Rams | 0.373 | 0.424 | 0.467 | 0.900 |
| Ewes | 0.341 | 0.493 | 0.297 | 0.824 |
| Lambs | 0.444 | 0.571 | 0.444 | |

[a]Morning = 0900–1200. Afternoon = 1300–1600.

[b]High grade = emphasizing survey effort over areas most likely to contain bighorn, covering approximately 26 km²/hr. Complete = surveying all areas in the survey block completely, covering 15–23 km²/hr.

The population was estimated as:

$$N = \sum \left(\frac{n}{r}\right) \cdot \frac{a_t}{a_s}$$

where

N = population estimate,
n = number of bighorn sighted in each group,
r = corresponding sighting rate for that group,
$a_t$ = total area of bighorn habitat in a mountain range, and
$a_s$ = area surveyed.

## RESULTS

### Population Estimate

During the 1986 survey, mechanical problems with 1 helicopter prevented us from surveying the Gila Mountains, and during 1987 inclement weather prevented us from surveying the Mohawk and Tinajas Atlas Mountains. Therefore, population estimates for both years excluded some areas. We estimated the population size to be 397 and 409 in 1986 and 1987, respectively (Table 2). If population estimates for those mountain ranges not surveyed each year are added from the other year's count, the population estimate for the study area would be 462 and 488 for 1986 and 1987, respectively.

In 1987, very few Class III and IV rams were counted. There is no evidence of large numbers of older rams dying. The survey period probably missed the height of the rut; older rams that were not with ewe groups were not as likely to be seen. If the 1987 ram population is adjusted to reflect an age ratio representative of that found in 1986, 16 more animals would be added, resulting in a population estimate for the study area in 1987 of 504.

### Movements

Of 14 collared bighorn, only 1 3-year-old ram crossed a major valley, traversing a 10 km valley from the Crater Range to the Aguila Mountains (Fig. 1). This ram crossed the valley in August–September 1987, then was legally taken by a hunter in December 1987. We can only speculate on whether this move would have been repeated. With this 1 exception, no other collared bighorn crossed a major valley during the 17 months of the study. There was some movement between ranges that are nominally different (between the Tinajas Altas and the Gilas and between the Cabeza Prietas and the Tules), but these mountains are really continuum–where sheep cross < 1 km of flats between mountains.

We recorded some movements between Mexico and Arizona, but they were not intermountain movements, only movements within a mountain complex that spans the Mexico–Arizona border. Of the 14 collared bighorn, 3 moved in and out of Mexico.

*Table 2. Estimates of the desert bighorn population size on the Cabeza Prieta National Wildlife Refuge and Barry M. Goldwater Air Force Range from surveys by helicopter on 31 October–2 November 1986 and 30 October–2 November 1987.*

| | 1986 | 1987 |
|---|---|---|
| Estimate for mountain ranges surveyed | 397 | 409 |
| Estimate for ranges not surveyed[a] | 65 | 79 |
| Total | 462 | 488 |
| Adjustment for Class III and IV rams[b] | 0 | 16 |
| Total | 462 | 504 |

[a]In 1986 add Gila Mountains estimate from 1987 survey (Gilas not surveyed in 1986). In 1987 add Tinajas Altas Mountains and Mohawk Mountains estimates from 1986 survey (Tinajas Altas and Mohawks not surveyed in 1987).

[b]In 1987, few older rams were counted, probably because the survey missed the height of the rut. Adjustment is based on ram age ratios in 1986 survey.

Home range sizes varied from 7.3 to 48.3 km² for 10 collared ewes and from 14.9 to 319.7 km² for 4 collared rams. Mean home range for ewes was 22.0 ± 4.1 km² (n = 10) and for rams was 115.1 ± 70.1 km² (n = 4). Home range was based on 14–25 locations for each bighorn over the 17 month period. Mean home range of rams was large due to the inclusion of the 1 ram that crossed a valley. His home range, as calculated by the minimum convex polygon method, includes a large area of valley floor that was not likely used by the animal. If this ram is deleted from calculations, mean home range of 3 rams was 46.8 ± 22.9 km² (range = 14.9–91.2 km²).

### Disease Studies

Of 7 bighorn tested, only 1 ewe had a titer to any virus known to be a pathogen in bighorn. This bighorn, a 5-year-old ewe from the Tinajas Altas Mountains, was seropositive to CE at a 1:20 dilution. Contagious ecthyma is an infectious dermatitis that has been documented in other bighorn populations (Connell 1954, Samuel et al. 1975, Lance et al. 1981, King and Workman 1983a, Jessup 1985). No disease symptoms were observed on the seropositive ewe, and the titer alone is not an indication of a disease state. Nevertheless, a 1:320 titer is relatively high, probably indicative of a recent or active infection.

The same ewe with the CE titer was also seropositive to Leptospira *interrogans* serovar hardjo at a 1:100 titer. Leptospirosis is a contagious bacterial disease (Siegmund 1973). Positive titers to Leptospira have been found in other desert bighorn populations where no pathologic evidence was present (DeForge 1980, Chilelli et al. 1982, DeForge et al. 1982, Turner and Payson 1982). A 1:100 titer to leptospirosis is not relatively high. This 1 titer cannot be interpreted that leptospirosis is a significant disease factor of the bighorn in this area.

Two ewes (1 in the Tinajas Altas Mountains and 1 in the Gila Mountains) were seropositive to RSV at a 1:20 dilution by indirect fluorescent antibody (IFA) tests, but negative by serum neutralization (SN) tests. All other Cabeza Prieta and Goldwater bighorn were negative to RSV by both SN and IFA. These data would best be interpreted that this herd may have had exposure to this potential respiratory pathogen. Serum neutralization titers to RSV are often found in bighorn serum, but the significance is not known (D. A. Jessup, Calif. Fish and Game Dep., pers. commun.). All of the bighorn tested were seronegative to IBR, PI3, BT, and EHD.

## DISCUSSION

### Population Estimate

The population estimates for the study area were similar for the 2 years. These estimates can be used as a basis for establishing and sup-

BLM_0041022

porting management goals and hunt recommendations for the study area.

Although >30 hours of flight time were used during each year's survey, this level of survey intensity did not result in sample sizes that gave reliable population estimates for individual mountain ranges. Funds will not likely be available in the near future to survey these ranges at a greater intensity, so reliable population estimates by mountain range may not be a reasonable goal.

## Movements

Our movement studies do not support the theory that bighorn commonly make intermountain movements, nor that they range between the Cabeza Prieta and Pinacate areas. Our study confirms data from other bighorn studies (Witham and Smith 1979, Elenowitz 1982, Cochran and Smith 1983, Ough and deVos 1984) that bighorn can, and sometimes do, make intermountain movements, but it is not common for the majority of animals. Home range size was similar to that documented for most desert bighorn (Leslie 1977, Leslie and Douglas 1979, Witham and Smith 1979, Seegmiller and Ohmart 1981, King and Workman 1983*b*, Ough and deVos 1984, Elenowitz 1984), but here it is notable because intermountain movements are not blocked by man's developments.

There are several hypothetical explanations of why movement data from this study might conflict with historical reports.

1. It is possible that bighorn never moved between mountain ranges or to Mexico. Because early observers did not see bighorn during some times of year, they may have mistakenly thought they moved to another area. Early observers did not have the advantage of modern telemetry and biweekly aerial locations.
2. Animals that early observers saw moving across valleys may have only been a few young or very old rams, those same animals we find most likely to wander today.
3. Intermountain movements may be related to long-term cycles that will only be recorded with extended studies of radio-collared animals. Movement cycles could be responses to changes in climatic conditions, such as atypically dry or wet periods.
4. Water development may have eliminated the need to search for water and thus the motivation for moving between ranges.
5. Some management or land-use activity in the study area may be limiting bighorn movements. Some researchers have speculated that noise disturbance from military aircraft may be creating "noise corridors" that are restricting intermountain movements (J. E. Scott, Tyndall Air Force Base, pers. commun.). It is also possible that Highway 2 in Mexico or the intermittent fence along the Mexico/Arizona border has restricted movement.
6. Movements may be related to density-dependent factors. Continued monitoring of these populations may provide documentation of changes in movements related to changes in bighorn density.

Data collected from this study can neither eliminate nor substantiate any of these hypotheses. We cannot determine if bighorn really did migrate in earlier times, if more intermountain movement would be documented by studying this population for a longer period of time, or if bighorn have actually decreased their intermountain movements in recent times.

Any management or land-use action (e.g., water development, military use) that might decrease intermountain movements in the Cabeza Prieta and Goldwater bighorn populations should be evaluated as to its ultimate effect on bighorn. Positive aspects of decreasing intermountain movements in these herds might include (1) less disease exposure in Mexico, (2) less loss to hunting in Mexico, (3) less chance of predation while crossing valleys, and (4) a possible increase in the carrying capacity if forage and space is available but water was a limiting factor in a range. Negative aspects of decreasing intermountain movements might include less mixing of the gene pool.

Our movement studies give support to using these population estimates for managment plans and actions. We know that large fluctuations in population size do not occur because of hypothetical migrations between mountain ranges or to Mexico.

## Disease Studies

We theorized that disease exposure would be high in the Cabeza Prieta and Goldwater bighorn population because of potential for contact with domestic livestock in Mexico and contact in the United States with trespass livestock from Mexico. However, serology on samples collected during the radio-collaring operation showed disease exposure to be low.

Disease data from our study contrast considerably with other desert bighorn serological surveys. No bighorn tested in this study were seropositive for BT or PI3, 2 major mortality-causing diseases of bighorn (Hailey et al. 1972, Parks et al. 1972, Blaisdell 1975, DeForge et al. 1982, Jessup 1985, Sandoval et al. 1987). Twenty-five blood samples from bighorn at the Kofa National Wildlife Refuge were processed concurrently with these 7 Cabeza Prieta and Goldwater samples. In contrast to the Cabeza Prieta and Goldwater study, 14/20 of the Kofa samples were seropositive for PI3, 19/25 were seropositive for RSV, and 11/25 were seropositive for leptospirosis, indicating in general a greater disease exposure in the Kofa bighorn populations (R. Remington and J. C. deVos, unpubl. data).

With a sample size of only 7, we cannot conclude that those diseases to which we found no reactors do not exist here, but these data indicate <35% of the population has been exposed to those disease organisms (Wehausen 1987).

## LITERATURE CITED

Blaisdell, J. A. 1975. Progress report: the Lava Beds reestablishment program. Desert Bighorn Counc. Trans. 19:36–37.

Buechner, H. K. 1960. The bighorn sheep in the United States: its past, present, and future. Wildl. Monogr. 4. 174pp.

Chilelli, C., M. Marshall, and J. G. Songer. 1982. Antileptospiral agglutinins in sera of desert bighorn sheep. Desert Bighorn Counc. Trans. 26:15–18.

Cochran, M. H. and E. L. Smith. 1983. Intermountain movements by a desert bighorn ram in western Arizona. Desert Bighorn Counc. Trans. 27:1–2.

Connell, R. 1954. Contagious ecthyma in Rocky Mountain bighorn sheep. Can. J. Comp. Med. 18:59.

DeForge, J. R. 1980. Ecology, behavior, and population dynamics of desert bighorn sheep, Ovis canadensis nelsoni, in the San Gabriel Mountains of California. M.S. Thesis, California State Polytechnic Univ., Pomona. 133pp.

———, C. W. Jenner, A. J. Plechner, and G. W. Sudmeier. 1979. Decline of bighorn sheep (Ovis canadensis), the genetic implications. Desert Bighorn Counc. Trans. 23:63–66.

———, D. A. Jessup, C. W. Jenner, and J. E. Scott. 1982. Disease investigations into high lamb mortality of desert bighorn in the Santa Rosa Mountains, California. Desert Bighorn Counc. Trans. 26:76–81.

Elenowitz, A. 1982. Preliminary results on a desert bighorn transplant in the Peloncillo Mountains, New Mexico. Desert Bighorn Counc. Trans. 26:8–11.

———. 1984. Group dynamics and habitat use of transplanted desert bighorn sheep in the Peloncillo Mountains, New Mexico. Desert Bighorn Counc. Trans. 28:1–8.

Hailey, T. L., R. G. Margurger, R. M. Robinson, and K. A. Clark. 1972. Disease losses in desert bighorn sheep—Black Gap area. Desert Bighorn Counc. Trans. 16:79–83.

Jessup, D. A. 1985. Diseases of domestic livestock which threaten bighorn sheep populations. Desert Bighorn Counc. Trans. 29:29–33.

King, M. M. and G. W. Workman. 1983*a*. Occurrence of contagious ecthyma in desert bighorn sheep in southeastern Utah. Desert Bighorn Counc. Trans. 27:11–12.

——— and ———. 1983*b*. Preliminary report on desert bighorn movements on public lands in southeastern Utah. Desert Bighorn Counc. Trans. 27:4–5.

Krausman, P. R. and J. J. Hervert. 1983. Mountain sheep responses to aerial surveys. Wildl. Soc. Bull. 11:372–375.

Lance, W., W. Adrian, and B. Widhalm. 1981. An epizootic of con-

tagious ecthyma in Rocky Mountain bighorn sheep in Colorado. J. Wildl. Dis. 17:601–603.

Leslie, D. M., Jr. 1977. Home range, group size, and group integrity of desert bighorn sheep in the River Mountains, Nevada. Desert Bighorn Counc. Trans. 21:25–28.

——— and C. L. Douglas. 1979. Desert bighorn sheep of the River Mountains, Nevada. Wildl. Monogr. 66. 56pp.

Mohr, C. O. 1947. Table of equivalent populations of North American small mammals. Am. Midl. Nat. 37:223–249.

Natural Resources Planning Team. 1986. Natural resources management plan for Luke Air Force Range. School of Renewable Natural Resources, Univ. Arizona, Tucson.

Nichol, A. A. 1937. Desert bighorn sheep study, June to November, 1937 inclusive. Field Reports, U.S. Fish and Wildl. Serv., Rec. Unit 7176, Box 28, Folder 6, Smithsonian Inst. Arch.

———. 1938. Desert bighorn sheep. Ariz. Wildl. Mag. Jan.—Feb., pp. 3 and 12.

O'Connor, J. 1974. Sheep and sheep hunting. Winchester Press, New York, N.Y. 308pp.

———. 1977. Game in the desert, revisited. Amwell Press, Inc., Clinton, N.J. 306pp.

Ough, W. D. and J. C. deVos, Jr. 1984. Intermountain travel corridors and their management implications for bighorn sheep. Desert Bighorn Counc. Trans. 28:32–36.

Parks, J., G. Post, T. Thorne, and P. Nash. 1972. Parainfluenza-3 virus infection in Rocky Mountain bighorn sheep. J. Am. Vet. Med. Assoc. 161:669–672.

Samuel, W. M., G. A. Chalmers, J. G. Stelfox, A. Loewen, and J. J. Thomsen. 1975. Contagious ecthyma in bighorn sheep and mountain goats in western Canada. J. Wildl. Dis. 11:26–31.

Sandoval, A. W., A. S. Elenowitz, and J. R. DeForge. 1987. Pneumonia in a transplanted population of bighorn sheep. Desert Bighorn Counc. Trans. 31:18–22.

Seegmiller, R. F. and R. D. Ohmart. 1981. Ecological relationships of feral burros and desert bighorn sheep. Wildl. Monogr. 78. 58pp.

Sellers, W. D. and R. H. Hill. 1974. Arizona climate 1931–1972. Univ. Arizona Press, Tucson.

Siegmund, O. H., editor. 1973. The Merck veterinary manual. Merck and Co., Inc., Rahway, N.J. 1,600pp.

Simmons, N. M. 1969. The social organization, behavior, and environment of the desert bighorn sheep on the Cabeza Prieta Game Range, Arizona. Ph.D. Thesis, Univ. Arizona, Tucson. 145pp.

Tinker, B. 1978. Mexican wilderness and wildlife. Univ. Texas Press, Austin. 131pp.

Turner, J. C. and J. B. Payson. 1982. Prevalence of antibodies of selected infectious disease agents in the peninsular desert bighorn sheep (*Ovis canadensis cremnobates*) of the Santa Rosa Mountains, California. J. Wildl. Dis. 18:243–245.

Turner, M. R. and D. E. Brown. 1982. Sonoran desertscrub. Pages 181–221 *In* D. A. Brown, ed. Biotic communities of the American Southwest—United States and Mexico. Desert Plants, Vol. 4.

Wehausen, J. D. 1987. Some probabilities associated with sampling for diseases in bighorn sheep. Desert Bighorn Counc. Trans. 31:8–10.

Witham, J. H. and E. L. Smith. 1979. Desert bighorn movements in a southwestern Arizona mountain complex. Desert Bighorn Counc. Trans. 23:20–24.



# A REVIEW OF DESERT BIGHORN SHEEP IN THE SAN ANDRES MOUNTAINS, NEW MEXICO

PATRICIA A. HOBAN, U.S. Fish and Wildlife Service, San Andres National Wildlife Refuge, P.O. Box 756, Las Cruces, NM 88004

*Desert Bighorn Counc. Trans. 34:14–22.*

Abstract:   Management of desert bighorn sheep (Ovis canadensis *mexicana*) in the San Andres Mountains has been primarily directed toward control or eradication of the scabies mite (Psoroptes ovis) since the 1978–79 scabies-related die-off. Sheep have not responded to management and the population has not increased (n = 25 ± 5) since 1979. Scabies were directly responsible for 2 of all known radio-collared mortalities (n = 43) since 1980. Other causes of mortality included accidental falls (n = 4), capture (n = 2), disease (n = 3), lambing (n = 1), mountain lion predation (n = 22), old age (n = 2), and undetermined natural causes (n = 7). Based on recent information regarding minimum viable population size, extinction is the anticipated outcome for San Andres sheep at their current population level. Transplants are a feasible alternative to re-establish a viable, self-sustaining population of desert bighorn sheep in the San Andres Mountains.

Key words:   desert bighorn sheep, New Mexico, Psoroptes, San Andres, scabies.

The San Andres National Wildlife Refuge (SANWR) was established in 1941 for the conservation and development of natural wildlife resources with emphasis on restoring a remnant population of desert bighorn sheep. This subspecies is a New Mexico-listed endangered species. Current state distribution of the 130 free-ranging desert bighorn sheep include populations in the Hatchet, Peloncillo, Alamo Hueco, and San Andres Mountains of southern New Mexico. A major scabies-related die-off occurred in the bighorn sheep herd in 1978–79 in the San Andres Mountains resulting in an estimated loss of >50% of the population (Sandoval 1980). Despite various management strategies directed at controlling or eradicating scabies, the bighorn sheep population has not increased. Whether or not scabies has contributed as a direct or indirect factor in bighorn sheep mortalities in the San Andres Mountains (SAM) since the 1978–79 die-off remains a primary management concern. My objective is to review the status of desert bighorn sheep in the SAM in terms of disease history, past management, mortality, reproduction, and recruitment. Other factors affecting population increase since the 1978–79 scabies-related die-off are also discussed.

## HISTORY

In 1941, 33 sheep inhabited SANWR. By 1967, the population increased to 270, the highest number of sheep ever recorded in SANWR. There have been 2 documented desert bighorn sheep declines in the SAM since 1941. In 1955, the population estimate was 70, following a peak of 140 individuals in 1950. The decline was attributed to severe drought, an overpopulation of desert mule deer (Odocoileus *hemionus* crooki) on the refuge, overgrazing by domestic livestock, and human disturbance during the annual deer hunts (Lang 1956). Livestock grazing was completely eliminated in 1951 with the establishment of White Sands Missile Range (WMSR). At that time, all lands fell under the primary jurisdiction of the Department of Army and all forms of appropriation including mining, mineral leasing, and grazing were prohibited.

The other significant population decline occurred in 1978–79 and was attributed to a widespread scabies epizootic (Lange et al. 1980). Prior to the disease outbreak, the bighorn sheep population had stabilized at an estimated 200 ± 18 individuals (Sandoval 1979). The actual number of sheep observed in aerial and ground surveys in 1976 was 180. The October 1978 sheep hunt revealed the presence of scabies mites in the ears of 5 rams harvested. Mites from these lesions were identified as Psoroptes ovis (Hering) (Lange et al. 1980). The population was monitored over the next several months and it was apparent the infestation was widespread. Attempts to treat the sheep with dust bags containing 5% coumaphos were not effective and in November 1979 the U.S. Fish and Wildlife Service (USFWS), New Mexico Department of Game and Fish (NMDGF) and WSMR initiated a salvage and treatment operation. The population estimate in November 1979 was 80 individuals (Sandoval 1980). During the salvage operation 49 sheep were tranquilized and transported to a central treatment facility. Each animal was dipped twice in a 0.5% toxaphene solution at 14 day intervals. Thirty-five sheep survived the capture and subsequent treatment. Seven rams were sent to New Mexico State University for experimental control of P. ovis and cross-transmission studies. The remaining 28 sheep (23 F, 5 M) were relocated to the New Mexico Department of Game and Fish bighorn sheep captive breeding facility at Red Rock, New Mexico where they remained for 13 months. While in captivity, sheep from the SAM experienced a second disease-related die-off that resulted in a loss of 60% of the remaining population (Sandoval 1981). Serological tests confirmed the presence of viral blue-tongue in the adult population, while contagious ecthyma (CE) was implicated in the deaths of 5 of 7 lambs that had been born at Red Rock (Sandoval 1981). Resident, captive-bred desert bighorn sheep at Red Rock did not experience a similar decline. Survivors (n = 14) of the blue-tongue epidemic were captured, inoculated, radio-collared, and transported back to the SAM on 23 January 1981. Two rams died in transport. The population estimate in 1981, following reintroduction, was 40 sheep. As of March 1990, the population estimate was 23 individuals (6 M, 10 F, 4 yearlings and 3 lambs).

The origin of scabies in desert bighorn sheep in the SAM remains unanswered. No records exist to indicate prior evidence of scabies infestation in the population. Speculation on origin includes transmission by domestic livestock co-inhabiting ranges with the sheep, the existence of other wildlife reservoir hosts, or the possibility that mites are endemic in bighorn sheep populations and manifest themselves in varying degrees of virulence when conditions of either the host or environment are optimal for mite reproduction and survival (Lange et al. 1980, Welsh and Bunch 1983).

The ecology of the mite and its involvement as a proximal and/or predisposing mortality factor in bighorn sheep is also unknown. There are ≥3 factors that may have contributed to the severity of the 1978 outbreak: adverse weather conditions preceding the San Andres epizootic (Sandoval 1980), evolution of a more virulent strain of mite (Roberts and Meleney 1971, Kinzer et al. 1983), and the presence of CE in the population (Lange 1980). Blood sera collected from captured sheep in November 1979 revealed the presence of antibodies against CE (a disease that has been associated with mortality in B.C., Mont., and Calif.) (Lange 1980). Twenty-eight percent of the captured sheep (n = 49) in 1979 exhibited epidermal lesions of the muzzle and lips. Lange (1980) posed 2 vital questions, neither of which were answered: 1) Is CE the actual cause of mortality in the San Andres? and 2) was mortality the result of a synergistic relationships between scabies and the virus of CE?

## STUDY AREA

The SAM are located approximately 32 km northeast of Las Cruces, New Mexico, and are situated within the boundaries of White Sands Missile Range (Fig. 1). The San Andres National Wildlife Refuge includes approximately 230 km$^2$ of the southern portion of the SAM and encompasses 23,172 ha. Desert bighorn sheep range throughout the southern half of the mountain range.

BLM_0041025



*Fig. 1    San Andres National Wildlife Refuge and vicinity, New Mexico.*

## METHODS

From 1985 to 1989 I collected and summarized data on movements, mortalities, and distribution of desert bighorn sheep in the SAM through the use of radio telemetry and actual observation. During 5 years, I documented 353 observations of desert bighorn sheep. These observations were made primarily from the ground using a portable receiver and hand-held, directional H-antenna. Information summarized for each

observation included: date, time, weather, location, habitat, percent slope, aspect, elevation, group size, group composition, physical condition, behavior, food habits, reaction to observer, and distance to escape terrain. Additional information for population analysis was gathered by D. Munoz from 1980–84 and included data from 127 observations. Nine captures of 64 sheep (16 ad M, 33 ad F, 8 F lambs, and 7 M lambs) have been conducted since 1980. Chemical immobi-



*Fig. 2.   Number of desert bighorn sheep in the San Andres Mountains, New Mexico.*

lization and net gun were the principal means of capture. Each animal was instrumented with a radio telemetry collar containing a 2-hour time delay mortality sensor (Telonics, Inc., Mesa, Ariz.). Blood samples were collected from 44 sheep for serologic and electrophoretic analysis.

## SCABIES

### Prevalence

Until attention was drawn to the 1978 San Andres scabies epizootic, little effort was made to regularly survey for the presence of mites in bighorn sheep populations. Historically, scabies epizootics have been documented in Rocky Mountain *(Ovis canadensis canadensis)* and desert bighorn sheep in California, Colorado, Idaho, Montana, Nevada, Oregon, and Wyoming (Hornaday 1901, Seton 1929, Wright et al. 1933, Honess and Frost 1942, Packard 1946, Hansen 1967, Cater 1968, Decker 1970, Lange et al. 1980). Effects of scabies within a population have ranged from coexistence between the mite and host (Cater 1968, Decker 1970) to widespread population mortality and decline (Hornaday 1901, Honess and Frost 1942, Packard 1946, Lange et al. 1980, Welsh and Bunch 1982). Recent outbreaks have been documented in Idaho, California, Washington, and Oregon in 1984, 1987, 1988, and 1988, respectively (Foreyt 1985, Clark et al. 1988). Prior to 1987, scabies had not been documented in California since 1950. It had been 15 years since the last documented incidence in Idaho and 50 years since previous reported cases in Washington and California. Although it is possible that recent outbreaks are due to newly introduced parasites, it is more likely, based on recent evidence and lack of contact with domestic livestock, that scabies is endemic in bighorn sheep populations (Clark et al. 1988). Because manifestation of clinical signs is not always ap-

parent, perfection of serological tests for mite antibody levels will be the most reliable method in the future to determine the prevalence of subclinical scabies in various herds (DeVos 1980, Clark et al. 1988).

### Taxonomy

Although specific taxonomic identification of mites within the genus *Psoroptes* is inconclusive, the work of Sweatman (1958) is still considered as the most recent and comprehensive study of the problem. According to Sweatman (1958), all stages of *P. soroptes* are morphologically indistinguishable except for the adult males that are separated primarily on the length of the outer opisthosomal seta. Mites of bighorn sheep have been identified as *P. ovis, P. cervinae, P. cervinus, P. communis* var. *cervinae, P. equi* var. *ovis* and more recently as *P. cuniculi* (Lange 1980; W. M. Boyce, Univ. California at Davis, pers. commun.). Sweatman (1958) further differentiates between species of mites based on their location on the host's body. *P. cervinus* and *P. cuniculi* are classified as ear mites, while *P. ovis* is classified as a body mite. Mites collected from bighorn sheep in the SAM have been classified as *P. ovis* and *P. cuniculi* (Lange 1980; W. M. Boyce, pers. commun.). Identification of mites isolated from bighorn sheep in Wyoming indicate similar taxonomic inconsistencies; 1 laboratory identified the mite as *P. cervinus,* while another laboratory identified the same mite as *P. equi* (Muschenheim 1988). It appears that mite taxonomy, based only on morphological characteristics, is inadequate. To further complicate the issue, Wright et al. (1983) found that cross-matings between *P. ovis* and *P. cuniculi* produced viable hybrid offspring, questioning the validity of 2 separate species. More sensitive techniques such as deoxyribonucleic acid (DNA) analysis, should be used to differentiate between species. Cross-trans-



*Fig. 3.   Mortalities recorded for 43 radio-collared desert bighorn sheep in the San Andres Mountains, New Mexico, 1980–89.*

mission studies will be another important test in determining whether or not mites of a particular species are capable of infesting >1 host.

**Alternate Hosts**

The existence or probability of alternate hosts in the San Andres Mountains was not documented until 1989. Results of preliminary cross-transmission studies, conducted by Kinzer et al. (1983), suggested mites were host-specific based on the difficulty or failure to successfully transfer mites from bighorn sheep to cattle, domestic sheep, mule deer, Barbary sheep (Ammotragus lervia), or oryx (Oryx gazella). During the fall and winter of 1989–90, scabies was discovered on 5 mule deer, 3 from within the San Andres Mountains and 2 from within the Oscura Mountains (a range located approximately 12.8 km northeast of the San Andres Mountains) (Fig. 1). Two mule deer, captured and sampled in conjunction with a mountain lion (Felis concolor) study in the SAM in October 1989, tested positive for scabies, based upon examination of deep ear canal swabs. Neither animal, however, exhibited clinical signs. Two other mule deer, harvested in the November 1989 Oscura Mountain deer hunt, had visible scabies lesions in the ears. In January 1990, mountain lion researchers found a lion-killed mule deer male (> 10 yr) on the west slope of San Andres Peak. Scabies lesions were apparent in both ear canals, at the base of each antler, and on the tops of both shoulders. Live mites from both mule deer and bighorn sheep were identified as Psoroptes and both had opisthosomal setae lengths within the range of P. ovis and P. cuniculi according to Sweatman's 1958 classification (W. M. Boyce, pers. commun.). Based on morphometric comparisons, Boyce et al. (1990) concluded bighorn sheep and mule deer mites were not significantly different, suggesting the possibility of a single interbreeding population. Additional studies, including DNA analysis and cross-transmission studies, have been proposed for 1991 to provide further insight into the relationship between these 2 mite populations.

**Treatment**

Management of desert bighorn sheep following the 1978–79 epizootic has focused on efforts to eradicate scabies in the population. These efforts were based on assumptions that attainment of a mite-free environment was a realistic long-term goal and that no known alternate hosts existed. Since the die-off, the degree and severity of scabies infestation has varied widely among individuals within the population, ranging from total absence of clinical signs in some to infestation of >50% of the body in others. The ability of certain individuals to recover has also been documented through the subsequent absence of previously observed lesions. Lange et al. (1980) and DeVos (1980) found that yearling or older males suffer a higher incidence of scabies and a greater pathogenicity than females; however, there is little evidence to suggest females are capable of passing on acquired immunity to their offspring.

Over the years, sheep in the SAM have been experimentally treated (both on-site and remotely) with various formulations of Ivermectin. Although treatment has been successful in temporarily reducing clinical symptoms, it has not succeeded in eradicating the mite, nor has it had a positive effect on increasing population size. Kinzer et al. (1983) concluded that the primary objective of treatment should be management of the mite only during critical periods rather than complete eradication. In his opinion, bighorn sheep need to support low level, endemic populations of mites to maintain a level of resistance. When virulent strains emerge, they must then develop resistance to the new strain.

*POPULATION CHARACTERISTICS*

Following the 1978–79 die-off, the desert bighorn sheep population in the SAM has not increased. Instead, the resident herd has remained relatively stable at approximately 25 ± 5 individuals (Fig. 2). In 1981, following the reintroduction of 12 sheep (9 F, 3 M) from the 1979 salvage operation, the population estimate was 40 individuals; however, after experiencing high mortalities, the herd again stabilized at 25 ± 5 sheep in 1982 and remained within that range for the next 8 years. Mortality, longevity, reproduction, lamb survival, health status, and population size are all significant factors influencing long-term population growth and viability.

**Mortality**

Twenty to 86% (n = 6–25) of the remaining population has been radio-collared and monitored on a regular basis. Sixty-four desert bighorn sheep have been radio-collared since 1981. Forty-three radio-collared sheep mortalities have been documented. These mortalities have been attributed to a variety of causes including accidental falls, capture, disease, lambing, mountain lion predation, old age, and undetermined natural causes (Figs. 3, 4).

BLM_0041028

18    BIGHORN SHEEP IN THE SAN ANDRES • Hoban



*Fig. 4.    Annual mortality of 43 radio-collared desert bighorn sheep in the San Andres Mountains, New Mexico.*

Scabies was attributed as the primary cause of death in 2 of the 43 documented radio-collared sheep mortalities (SANWR files). Although it has been argued that scabies has contributed indirectly to high population mortality by predisposing sheep (through impaired hearing and balance) to death by other causes (i.e., accidental falls and mountain lion predation) observations obtained from the San Andres herd and available literature do not coincide with this theory. Falls have accounted for 9% of all known mortalities in the San Andres population, while mountain lion predation has accounted for 51%. Fatal falls of bighorn sheep with no associated physical impairment have been documented and attributed to other causes including fleeing from aircraft (R. Kearns, Kofa NWR, Arizona, pers. commun.) and lost footing by lambs or adults in precipitous terrain (Festa-Bianchet 1987, Brundige 1987). Loss of balance and accidental falls may also result from sheep attempting to flee from predators, dogs or people, rams pursuing estrous ewes, and aggressive interactions among rams during the rut (Festa-Bianchet 1987).

Group size, rather than the prevalence of scabies, may have a more



*Fig. 5.    Group size and number of observations of desert bighorn sheep in the San Andres Mountains, New Mexico, 1985–89.*

BLM_0041029



*Fig. 6.   Age, sex, and individual cause of death for 43 radio-collared desert bighorn sheep in the San Andres Mountains, New Mexico, 1980–89.*

significant effect on sheep survival relative to mountain lion predation. Bighorn sheep rely primarily on visual rather than auditory or olfactory senses to detect danger (Monson 1980, Lawson and Johnson 1982). Several studies have shown that foraging in large groups reduces individual risk and enhances detection of predators (Berger 1978, Simmons 1982, Risenhoover and Bailey 1985). Sheep in small groups forage less efficiently and spend more time alert (Berger 1978). Increased individual alertness, however, does not always result in increased ability to detect predators. Simmons (1982) found that sheep foraging efficiency increased with group sizes up to 20 animals. Even though solitary sheep were 3 x more alert than sheep foraging in a group of 20, the combined alertness of sheep foraging in a group of 20 animals provided almost 7 x the number of alert postures/minute. Larger groups, therefore, were more likely to detect approaching predators or other threats than sheep confined to smaller groups. Two studies indicated that a band size of 5 was most efficient with respect to predator avoidance (Berger 1978, Risenhoover and Bailey 1985). Annual mean group size during the past 5 years at San Andres ranged from 4.75 in 1985 to 3.65 in 1989. Fifty-eight percent of all observations from 1985 to 1989 were composed of ≤4 individuals (Fig. 5).

## Longevity

Analysis of 43 radio-collared bighorn sheep mortalities from 1980 to 1989 indicate average age at time of death was 6.6 years old (Fig. 6). The number of mortalities in females as compared to males is in proportion to the number of females to males in the radio-collared segment of the population. Individual age at time of death ranged from 0.75 to 17 years. Although sheep may live to be 15–17 years of age, 10–12 years is a more realistic estimate (Hansen 1967, Clark 1970, Bunnell 1978, Monson 1980). Twenty-eight percent (n = 43) of all known radio-collared bighorn sheep mortalities in the SAM were ≥10 years old at the time of death.

## Group Composition, Reproduction, and Lamb Survival

Population composition of bighorn sheep in the SAM has remained stable since 1985 and is consistent with population ratios prior to the 1978–79 die-off (Tables 1, 2). Minor fluctuations in herd size and com-position since 1985 reflect changes relative to reproductive success in a given year.

Composition estimates in Table 1 (Sandoval 1979) are based on ground surveys and/or aerial surveys. Data in Table 1 should be viewed with caution because population ratios in some years were based on only 1 survey. Since 1985, proportion reproduction among breeding age females has ranged from 0.46 to 0.89, averaging 0.63 (Table 3). Lambing has been documented in both young females (age 2) and older females (≧10 yr). One female, SAE-021, successfully lambed until the age of 15. This particular individual was present on the mountain prior to, during, and for 10 years following the scabies epizootic. According to Monson (1980) average proportion survival of desert bighorn lambs from birth to age 6 months is 0.55. Over the past 5 years, lamb survival to 1 year in the SAM has averaged 0.79 (range = 0.55 to 1.00) (Table 3).

## Health

A study was initiated in 1988 to determine whether or not there were underlying health problems in bighorn sheep in the SAM that predisposed them to mite infestation and/or clinical manifestation of the disease. Preliminary results of the first year capture and sampling efforts were categorized as: physical condition, individual health screening, immunology, infectious disease screening, pathogen isolation, and pathology (R. K. Clark, status of psoroptic scabies in and health of bighorn sheep in the San Andres Mountains of New Mexico, Rep. to U.S. Fish Wildl. Serv., 14pp., 1989). Of the 9 live sheep sampled, all but 1 yearling ewe were described as being "in good flesh" and "sturdy." Fecal cortisol levels ranged from 6.3 to 21.4 ng/mg dry matter feces with a mean of 10.8 and standard error of 1.7. In comparison, tame Rocky Mountain bighorn sheep have a mean of 7.0 ng/mg while stressed Rocky Mountain have a mean of 12.0 ng/mg. Immunology testing indicated there were more antibodies and other globulin fractions produced relative to albumin as compared to other sheep populations. Infectious disease findings were negative for antibodies to immunosuppression diseases normally associated with declining bighorn sheep populations such as bovine leukemia virus, bovine lentivirus, and progressive pneumonia-maedi visna virus. Additional serology for epizootic hemorrhagic disease virus,

BLM_0041030

*Table 1.   Numbers and composition of desert bighorn sheep in the San Andres Mountains, New Mexico, from 1941 to 1976 (Sandoval 1979).*

| Year | No. | Composition | | | Year | No. | Composition | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Ram : Ewe | Lamb : Ewe | Yearling : Ewe | | | Ram : Ewe | Lamb : Ewe | Yearling : Ewe |
| 1941 | 27 | 50:100 | 75:100 | 00:100 | 1959 | 121 | 142:100 | 92:100 | 42:100 |
| 1942 | 31 | 52:100 | 52:100 | 22:100 | 1960 | 130 | 175:100 | 50:100 | 00:100 |
| 1943 | 62 | 57:100 | 63:100 | 43:100 | 1961 | 142 | 72:100 | 50:100 | 25:100 |
| 1944 | 71 | 82:100 | 73:100 | 54:100 | 1962 | 150 | 32:100 | 37:100 | 10:100 |
| 1945 | 78 | 63:100 | 33:100 | 47:100 | 1963 | 165 | 70:100 | 53:100 | 36:100 |
| 1946 | 85 | 71:100 | 33:100 | 23:100 | 1964 | 175 | 61:100 | 21:100 | 00:100 |
| 1947 | 100 | 51:100 | 34:100 | 19:100 | 1965 | 190 | 79:100 | 49:100 | 01:100 |
| 1948 | 112 | 67:100 | 46:100 | 35:100 | 1966 | 251 | 88:100 | 50:100 | 16:100 |
| 1949 | 130 | 41:100 | 91:100 | 29:100 | 1967 | 270 | 107:100 | 40:100 | 32:100 |
| 1950 | 140 | 100:100 | 43:100 | 26:100 | 1968 | 250 | 77:100 | 55:100 | 07:100 |
| 1951 | 100 | 68:100 | 29:100 | 10:100 | 1969 | 200 | 90:100 | 62:100 | 26:100 |
| 1952 | 112 | 68:100 | 31:100 | 26:100 | 1970 | 200 | 109:100 | 53:100 | 23:100 |
| 1953 | 53 | 48:100 | 34:100 | 17:100 | 1971 | 200 | 40:100 | 88:100 | 33:100 |
| 1954 | 62 | 65:100 | 39:100 | 35:100 | 1972 | 200 | 106:100 | 74:100 | 36:100 |
| 1955 | 70 | 58:100 | 42:100 | 42:100 | 1973 | 200 | 69:100 | 68:100 | 53:100 |
| 1956 | 86 | 60:100 | 50:100 | 00:100 | 1974 | 225 | 31:100 | 29:100 | 16:100 |
| 1957 | 92 | 70:100 | 41:100 | 30:100 | 1975 | 200 | 82:100 | 46:100 | 26:100 |
| 1958 | 100 | 50:100 | 59:100 | 32:100 | 1976 | 182 | 47:100 | 36:100 | 34:100 |

ovine border disease virus, ovine progressive pneumonia virus, and parainfluenza 3 virus were also negative. Pathogen isolation included both bacterial and viral analyses. *Pasteurella haemolytica* (non-hemolytic) was isolated from 1 individual. No virus was isolated from either nasal or whole blood samples. *Psoroptes* mites were isolated from the body and/or ears of 9 of 10 individuals in 1988 and 10 of 10 individuals in 1989. Gastrointestinal parasites included low levels of *Balantidium coli, Trichuris* spp., and *Nematodirus* spp. A pathological study was performed on SAR-053, a ram that died as a result of a fall during the 1988 capture. All pathological abnormalities were attributed to the traumatic death. R. K. Clark (1989) concluded "major deviations from normal were not evident in most areas of investigation based on the animals sampled to date" and suggested further research was needed.

## Population Size

From 1980 to 1989 mortalities canceled recruitment in the bighorn sheep population in the SAM, resulting in a stable population (Fig. 7). This suggests that the problem affecting long-term population increase may be associated with population size, rather than current health status or reproductive success of the San Andres herd. The minimum number of desert bighorn sheep necessary to sustain a viable population is debatable. A viable population, as defined by Soulé (1987:1–2), is "one which maintains its vigor and its potential for evolutionary adaptation . . . without significant demographic or genetic manipulation for the foreseeable ecological future with a certain, agreed upon, degree of certitude, say 95%." Franklin (1980) suggested that the short-term effective

population size should not be <50 and the long-term effective population size should be 500 individuals. Soulé (1987) discounts 50 as a viable number because it does not protect the population against loss of genetic variation. Berger (1990) studied demographic and weather data for 122 bighorn sheep populations in southwestern North America and found that all populations with <50 individuals became extinct within 50 years, those with >100 animals persisted for up to 70 years, and rapid extinctions were not likely to be caused by food shortages, severe weather, predation, or interspecific competition. Berger (1990) concluded that population size is a marker of persistence trajectories and extinction cannot be overcome because 50 individuals, even in the short term do not constitute a minimum viable population size.

## DISCUSSION

Since the 1978 epizootic, scabies has been directly responsible for 2 (5%) of the 43 documented San Andres desert bighorn sheep mortalities. Other causes of mortality have been attributed to accidental falls (9%), capture (5%), disease (7%), lambing (2%), mountain lion predation (51%), old age (5%), and undetermined natural causes (16%). Past management has focused primarily on eradication of the scabies mite, followed by limited efforts to control mountain lions.

*Table 3.   Reproduction by female bighorn sheep in the San Andres Mountains, New Mexico, and lamb survival to 1 year from 1985 to 1989.*

| Year | Females ≥3 years of age | No. females[a] reproducing | Proportion reproducing | Proportion of lambs surviving from age 0 to 1 year |
|---|---|---|---|---|
| 1985 | 13 | 9 | 0.69 | 0.55 |
| 1986 | 13 | 6 | 0.46 | 0.83 |
| 1987 | 9 | 8 | 0.89 | 0.78 |
| 1988 | 8 | 5 | 0.62 | 0.80 |
| 1989 | 6 | 3 | 0.50 | 1.00 |

[a]Two additional females, not included in this column, produced a lamb at age 2 in 1987 and 1989.

*Table 2.   Group composition of desert bighorn sheep in the San Andres Mountains, New Mexico, based on fall–winter surveys, 1985–89.*

| Year | Rams | | Ewes | | Yearlings | | Lambs | | Ram : Ewe : Lamb |
|---|---|---|---|---|---|---|---|---|---|
| | No. | % | No. | % | No. | % | No. | % | |
| 1985 | 7 | 24 | 13 | 45 | 4 | 14 | 5 | 17 | 54:100:38 |
| 1986 | 6 | 26 | 10 | 44 | 4 | 17 | 3 | 13 | 60:100:30 |
| 1987 | 7 | 23 | 10 | 33 | 5 | 17 | 8 | 27 | 70:100:80 |
| 1988 | 7 | 24 | 9 | 31 | 8 | 28 | 5 | 17 | 78:100:56 |
| 1989 | 6 | 26 | 10 | 44 | 4 | 17 | 3 | 13 | 60:100:30 |



*Fig. 7.   Annual recruitment and mortality of desert bighorn sheep in the San Andres Mountains, New Mexico, 1981–89.*

From 1980 to 1983, 20 lions were trapped and removed from the southern half of the San Andres Mountains in an effort to minimize mountain lion predation on desert bighorn sheep. Such efforts, however, were not successful in reducing the number of lion-related sheep mortalities. In the SAM bighorn sheep mortalities are not simply the result of random encounters between mountain lions and desert bighorn sheep. Individual lions, on 2 separate occasions, have shown a definite preference for desert bighorn sheep. In 1981, 5 radio-collared desert bighorn sheep were killed by 1 female within 4 months. In 1989, 3 desert bighorn sheep were killed by male lion no. 23 in 11.5 weeks, accounting for 100% of all known radio-collared mortalities that year. Because it is unlikely any radio-collared individuals are being selected, it is probable similar losses are also occurring in the uncollared segment of the population. "Problem" lions, therefore, if not controlled can have a significant impact on a small population. The difficulty, obviously, is in identifying and removing these lions before further losses are incurred. This may in part explain why indiscriminate lion control efforts were not successful in reducing the number of lion-related sheep mortalities from 1980 to 1983. Unless "problem" lions are caught and removed simply by random chance, desired results of such operations may never be realized.

Attempts to eradicate scabies were initiated before fully understanding mite and host specificity, mite and host interaction, and mite pathogenicity. Although treatment with Ivermectin was effective in temporarily reducing clinical symptoms, it did not eliminate the infestation and may instead have been detrimental to certain individuals within the population. Nine capture sessions, involving 101 sheep, have been conducted since 1978 in the SAM. Stress-related impacts associated with repeated capture, handling, and treatment of desert bighorn sheep in the SAM have never been evaluated in relation to population welfare and long-term survival. Kock et al. (1987) stated, "Although the net-gun appears to be one of the safest methods of capturing individual bighorn sheep, based on evaluation of capture data and biological parameters, it may not be associated with the best long-term survival in some bighorn sheep."

Sufficient documentation as to whether or not scabies has been a major predisposing factor to other types of mortalities, particularly accidental falls and mountain lion predation, remains to be proven. Recent evidence, however, suggests Psoroptes mites are endemic in other bighorn sheep populations and have co-existed with sheep for several years. The persistence of bighorn sheep in the SAM since the 1978 decline tends to support these findings through the observed absence of a second scabies epizootic. Factors responsible for the sudden virulence of scabies in the San Andres population in 1978–79 may never be completely understood.

## MANAGEMENT IMPLICATIONS

The most significant factor affecting a long-term population increase of desert bighorn sheep in the SANWR appears to be population size. Direct effects of small population size range from a reduction in the number of breeding individuals to a loss of genetic variation within the population. Indirect effects may be evident in the number of mortalities attributed to mountain lion predation, based on predator avoidance strategies relative to group size.

Based on recent information regarding minimum viable population size, extinction is the anticipated outcome for desert bighorn sheep in the SAM. Supplemental transplants into the existing herd will be necessary if reestablishing a viable, self-sustaining population is the desired goal. The source for such transplants would likely involve desert bighorn sheep from Red Rock, New Mexico, a state-managed captive bred herd derived from SAM and Sonora, Mexico desert bighorn sheep. The feasibility of such a transplant was viewed with caution until genetic similarity and disease exposure between the 2 populations were adequately researched. Results of genetic tests indicate very little difference between Red Rock and San Andres sheep (Ramey 1989), while disease history also appears similar, with the exception of scabies (Sandoval 1986). Any transplant, however, is contingent upon first establishing a mite-free environment prior to the introduction of sheep from the Red Rock facility (a requirement of the NMDGF). Realistic attainment of this goal will ultimately depend on the existence and/or certainty of alternate hosts.

There are 2 important advantages associated with transplanting bighorn sheep into currently occupied habitat, the first being increased survival among transplants. Native sheep may show naive transplants existing escape routes, feeding areas, migration routes, and waterholes.

BLM_0041032

The second advantage is in maintaining the existing distribution of sheep through the mountain range. Transplanting bighorn sheep into unoccupied habitat has often resulted in small, isolated, non-migratory herds (Geist 1971, Risenhoover et al. 1988). The inability to colonize new areas results from learned behavior, passed down through generations, which favors traditional use of home ranges (Geist 1971). Every effort, therefore, should be made to maintain sheep in their native habitat to preserve the migratory traditions associated with that herd.

Additional research can adequately answer questions concerning scabies mite and host interactions and alternate hosts; however, persistence of desert bighorn sheep in the SAM since 1982 at a stable population level demonstrates their ability to coexist with the scabies mite. After reviewing past reproduction, lamb survival, adult longevity and health status, it appears that desert bighorn sheep in the SAM are compromised largely from the standpoint of having reached a level below the minimum viable number necessary to sustain themselves.

## LITERATURE CITED

Berger, J. 1978. Group size, foraging, and antipredator ploys: an analysis of bighorn sheep decisions. Behav. Ecol. Sociobiol. 4:91–99.

———. 1990. Persistence of different-sized populations: an empirical assessment of rapid extinctions in bighorn sheep. Conser. Biol. 4:91–98.

Boyce, W. M., L. Elliot, R. K. Clark, and D. A. Jessup. 1990. Morphometric analysis of Psoroptes mites from bighorn sheep, mule deer, cattle, and rabbits. J. of Parasit. In Press.

Bunnell, F. L. 1978. Horn growth and population quality in Dall sheep. J. Wildl. Manage. 42:764–775.

Brundige, G. 1987. Fatal fall by bighorn lamb. J. Mammal. 68:425–429.

Cater, B. 1968. Scabies in desert bighorn sheep. Desert Bighorn Counc. Trans. 12:76–77.

Clark, L. J. 1970. The great Arc of the wild sheep. Univ. Oklahoma Press, Norman, Okla. 274pp.

Clark, R. K., D. A. Jessup, and R. A. Weaver. 1988. Scabies mite infestation in desert bighorn sheep from California. Desert Bighorn Counc. Trans. 32:13–15.

Decker, J. 1970. Scabies in desert bighorn sheep of the Desert National Wildlife Refuge. Desert Bighorn Counc. Trans. 14:107–108.

DeVos, J. 1980. Scabies (Psoroptes ovis) in Nelson desert bighorn sheep of north-western Arizona. Desert Bighorn Counc. Trans. 24:44–46.

Festa-Bianchet, M. 1987. Bighorn sheep, climbing accidents, and implications for mating strategy. Mammalia 51:618–620.

Foreyt, W. J. 1985. Psoroptes ovis (Acarina: Psoroptidae) in a rocky mountain bighorn sheep (Ovis canadensis canadensis) in Idaho. J. Wildl. Diseases 21:456–457.

Franklin, I. A. 1980. Evolutionary change in small populations. Pages 135–149 In M. E. Soulé and B. A. Wilcox, eds. Conservation biology: an evolutionary-ecological perspective. Sinauer Associates, Sutherland, Mass.

Geist, V. 1971. Mountain sheep: a study in behavior and evolution. Univ. Chicago Press, Chicago, Ill. 383pp.

Hansen, C. G. 1967. Bighorn sheep populations of the desert game range. J. Wildl. Manage. 31:693–706.

Honess, R. F. and N. M. Frost. 1942. A Wyoming bighorn sheep study. Wyoming Game and Fish Dep. Bull. 1. 127pp.

Hornaday, W. T. 1901. Notes on the mountain sheep of N. America, with a description of a new species. N.Y. Zool. Soc. Ann. Rept. 5: 77–122.

Kinzer, H. G., W. E. Houghton, and J. M. Reeves. 1983. Psoroptes ovis research with bighorn sheep in New Mexico. Desert Bighorn Counc. Trans. 27:6–8.

Kock, M. D., R. K. Clark, C. E. Franti, D. A. Jessup, and J. D. Wehausen. 1987. Effects of capture on biological parameters in free-ranging bighorn sheep (Ovis canadensis): evaluation of normal, stressed and mortality outcomes and documentation of postcapture survival. J. Wildl. Diseases 23(4):652–662.

Lang, E. M. 1956. Sheep survey. Performance report. New Mexico Dep. Game and Fish. Fed. Aid in Wildl. Restor. Proj. W-75-R-3, Job 8. 29pp.

Lange, R. E. 1980. Psoroptic scabies in the United States and Canada. Desert Bighorn Counc. Trans. 24:18–20.

———, A. V. Sandoval, and W. P. Meleney. 1980. Psoroptic scabies in bighorn sheep (Ovis canadensis mexicana) in New Mexico. J. Wildl. Diseases 16:77–82.

Lawson, B. and R. Johnson. 1982. Mountain sheep. Pages 1036–1055 In J. A. Chapman and G. A. Feldhamer, eds. Wild mammals of North America: biology, management, and economics. Johns Hopkins Univ. Press, Baltimore, Md.

Monson, G. 1980. The desert bighorn. Univ. Arizona Press, Tucson. 370pp.

Munoz, R. 1983. San Andres National Wildlife Refuge annual narrative report. U.S. Fish and Wildl. Serv. 27pp.

Muschenheim, A. 1988. Ivermectin for the treatment of psoroptic scabies in elk (Cervus elaphus nelsoni) and rocky mountain bighorn sheep (Ovis canadensis canadensis). M.S. Thesis, Univ. Wyoming, Laramie. 108pp.

Packard, F. M. 1946. An ecological study of the bighorn sheep in Rocky Mt. National Park, Colo. J. Mammal. 27:3–28.

Ramey, R. R., II. 1989. Preliminary report on genetic variation in North American mountain sheep. Cornell Univ. progress rept. submitted to New Mexico Dep. of Game and Fish. 10pp.

Risenhoover, K. L. and J. A. Bailey. 1985. Foraging ecology of mountain sheep: implications for habitat management. J. Wildl. Manage. 49:797–804.

———, J. A. Bailey, and L. A. Wakelyn. 1988. Assessing the rocky mountain bighorn sheep management problem. Wildl. Soc. Bull. 16: 346–352.

Roberts, I. H. and W. P. Meleney. 1971. Variations among strains of Psoroptes ovis (Acarina: Psoroptidae) on sheep and cattle. Ann. Entomol. Soc. Amer. 64:109–116.

Sandoval, A. V. 1979. Preferred habitat of desert bighorn sheep in the San Andres Mountains, New Mexico. M.S. Thesis, Colorado State Univ., Ft. Collins. 314pp.

———. 1980. Management of a psoroptic scabies epizootic in bighorn sheep, Ovis canadensis mexicana. Desert Bighorn Counc. Trans. 24: 21–28.

———. 1981. New Mexico bighorn sheep status report. Desert Bighorn Counc. Trans. 25:66–68.

———. 1986. Bighorn sheep research. Performance report. New Mexico Game and Fish. Fed. Aid in Wildl. Restor. Proj. W-127-R-2. 7pp.

Seton, E. T. 1929. Lives of game animals. Vol. III. Doubleday, Page, and Co., New York, N.Y. 780pp.

Simmons, B. W. 1982. Summer-fall ecology and behavior of bighorn sheep, Waterton Canyon, Colorado. M.S. Thesis, Colo. State Univ., Ft. Collins. 211pp.

Soulé, M. E. 1987. Introduction. Pages 1–10 In M. E. Soulé, ed. Viable populations for conservation. Cambridge Univ. Press, New York, N.Y.

Sweatman, G. K. 1958. On the life history and validity of the species in Psoroptes, a genus of mange mites. Can. J. Zool. 36:905–929.

Welsh, G. W. and T. D. Bunch. 1982. Three-year observation of psoroptic scabies in desert bighorn sheep from northwestern Arizona. Desert Bighorn Counc. Trans. 26:42–44.

——— and ———. 1983. Census of psoroptic scabies in desert bighorn sheep (Ovis canadensis nelsoni) from northwestern Arizona during 1979–1982. Desert Bighorn Counc. Trans. 27:8–10.

Wright, F. C., J. C. Riner, and F. S. Guillot. 1983. Cross-mating studies with Psoroptes ovis (Hering) and Psoroptes cuniculi (Defond) (Acarina: Psoroptidae). J. Parasitol. 69:696–700.

Wright, G. M., J. S. Dixon, and B. H. Thompson. 1933. A preliminary study of the faunal relations in National Parks. Washington Govt. Print. Off., U.S. Nat. Park Service, Fauna Series 1. 159pp.

BLM_0041033

# Status Reports and Comments

## STATUS OF BIGHORN SHEEP IN ARIZONA, 1989

Raymond M. Lee
Arizona Game and Fish Department
2222 W. Greenway Road
Phoenix, AZ 85023

### CURRENT STATUS

Arizona's desert bighorn sheep population (Ovis canadensis mexicana and O. c. nelsoni) is estimated to be 4,500 animals. The 1989 winter helicopter surveys produced 2,266 observations of sheep in 254 hours (8.9 sheep/hour). These survey results yield ratios of 53 rams: 100 ewes: 28 lambs: 20 yearlings. The 1989 survey results may have been affected by drought; the observation rate was 21% lower than last year. Calculated sex and age ratios are indicative of a population that is merely capable of maintaining its current level.

The Rocky Mountain bighorn sheep (O. c. canadensis) population, estimated to be 250 animals, is steadily increasing in numbers and range. These sheep are residing near the release site in the San Francisco River drainage, but are moving southward into areas generally considered representative of desert bighorn sheep habitat. During the winter surveys 147 sheep were observed, with ratios of 51 rams: 100 ewes: 57 lambs: 80 yearlings. These ratios are indicative of a productive population.

### HUNTING

Bighorn sheep permits remain Arizona's most sought after hunting permits. There were 3,693 applicants for the 80 regular season permits. This continues a 13% annual increase in the application rate with over 46 people applying for each permit, with individual unit odds varying from 8:1 to 318:1.

Two special permits were issued to raise funds for bighorn sheep management programs. Only 81 of the 82 potential hunters participated, harvesting 74 rams, 1 fewer than Arizona's record harvest set last year. Despite this harvest success of only 91%, the last 5 years' mean hunter success remains above 93%.

The 1989 season produced 26 animals (35% of the harvest) qualifying for the Arizona Trophy Book (min. score of 162 Boone and Crockett points). Of these rams, 11 scored >170 points. During the previous 5 years, 46% of the harvest scored > 162 points, while 14% of the harvest scored > 170 points. The slight decrease in mean score can be attributed to the drought-induced difficulty finding trophy rams during this hunting period.

As a result of this year's surveys, and an increase in observed mortalities, permits for the 1990 season were reduced from 80 to 74. Two additional permits will again be issued for alternative funding purposes.

### ALTERNATIVE FUNDING

For the seventh consecutive year, the Arizona Game and Fish Department (AGFD) and the Arizona Desert Bighorn Sheep Society have entered into an agreement whereby the Society auctions 1 permit (at the Foundation for North American Wild Sheep convention) and raffles another to raise funds for bighorn sheep management programs in Arizona. In 1989, these 2 permits produced >$140,000. Since 1984, this program has produced over $900,000. Arizona's bighorn sheep management program is dependant upon the funds derived from these permits.

### TRANSPLANTING

Since 1980, a mean of 80 bighorn sheep have been transplanted annually, with a mean of only 3 mortalities. In 1989, using drop-nets and net-guns fired from helicopters, 80 bighorn sheep were successfully captured and released. Similar transplant efforts are planned for 1990, with desert bighorn sheep going to Colorado in return for Rocky Mountain bighorn sheep.

Due to the need for increased documentation required to meet environmental concerns and to better coordinate transplant efforts with other agencies, the AGFD recently developed guidelines to facilitate transplant efforts.

### RESEARCH

The AGFD has, until recently, been emphasizing research work that provides wildlife managers with more effective management tools. A compendium of these results, coupled with some theories, and even opinions, was recently completed. "The Desert Bighorn Sheep in Arizona" is now available from the AGFD.



BLM_0041034

# STATUS OF BIGHORN SHEEP IN CALIFORNIA, 1989 AND TRANSLOCATIONS FROM 1971 THROUGH 1989

Vernon C. Bleich
California Department of Fish and Game
407 W. Line Street
Bishop, CA 93514

John D. Wehausen
University of California
White Mountain Research Station
Bishop, CA 93514

Karen R. Jones
California Department of Fish and Game
1701 Nimbus Road
Rancho Cordova, CA 95670

Richard A. Weaver
California Department of Fish and Game
1416 Ninth Street
Sacramento, CA 95814

## POPULATION STATUS

Three subspecies of bighorn sheep occur in California: California bighorn (Ovis canadensis *californiana*; n = 300) in the Sierra Nevada of eastern California; Peninsular bighorn (*O. c. cremnobates*; n = 600) in the Peninsular ranges of southwestern California; and Nelson bighorn (*O. c. nelsoni*; n = 3,800) in suitable habitat throughout the eastern Sonoran Desert, the eastern Mojave Desert, the Transverse ranges, and the Great Basin of Mono and Inyo counties. California and Peninsular bighorn are classified as threatened by the California Fish and Game Commission and all populations, except 2 populations of Nelson bighorn, are fully protected by state law.

## HUNTING

Since bighorn sheep hunting was authorized by the California Legislature in 1986, 3 hunting seasons have been held. Nine permits were issued in each year from 1987 to 1989. Two hunters in 1988 were unable to complete their hunts, but all others were successful. Hunting is restricted to Old Dad Peak and the Kelso Mountains (30 km SE Baker, San Bernardino Co.), and the Marble Mountains (110 km W Needles, San Bernardino Co.). Animals shot during annual hunts have ranged from 6 to 13 years of age; 8 qualified for the Boone and Crockett Records Book. No difference exists between the ages of sheep taken on an annual basis (Kruskall-Wallis 1-way analysis of variance, $\chi^2 = 3.113$, 2 df, P = 0.222) or between the scores of sheep taken on an annual basis (Kruskall-Wallis 1-way analysis of variance, $\chi^2 = 1.234$, 2 df, P = 0.539). Similarly, no differences exist between the ages of sheep taken in either hunt zone (Mann-Whitney U-test, $Z = 1.557$, P = 0.119). Animals shot in the Marble Mountains were larger than those taken at Old Dad Peak (Mann-Whitney U-test, $Z = 2.066$, P = 0.039). The harvests in both hunt zones are dominated by large, old rams.

A legal mandate required the California Department of Fish and Game (CDFG) to prepare a comprehensive environmental document to assess the anticipated effects of the proposed 1990 bighorn sheep hunting season. This is the first time that a state wildlife management agency has been required to prepare the equivalent of an environmental impact report for hunting. The CDFG prepared a comprehensive document designed to address and fully disclose the potential impacts of a limited harvest of mature male bighorn sheep on the local (hunted) populations and on the statewide population. The document complied with mandates of the California Environmental Quality Act, and has not been challenged.

State law limits the number of tags to be issued to ≤15% of the mature rams (≥2 yr old) actually counted in each hunt zone on an annual basis. Because of the variance inherent in aerial survey from year to year, it is anticipated that the number of tags similarly will vary on an annual basis. For hunting purposes, legal rams are those possessing ≥¾ curl. Six permits have been proposed for the 1990 season: 5 at Old Dad Peak, 1 in the Marble Mountains, and 1 special fundraising (auction) tag, to be valid in either zone. Hunting of bighorn sheep in California will terminate 31 December 1992, unless legislation authorizing the continuation of hunting is passed in 1992.

During each of the past 3 seasons, hunters have experienced some problems with individuals affiliated with the anti-hunting and animal-rights movements. Tactics of those protesters have centered largely around attempting to scare bighorn sheep out of the range of hunters through the use of airhorns or other noise-making devices. Such activities have been largely ineffective and in ≥2 cases have facilitated the harvest of large rams that were diverted toward hunters.

In 1988, the California Legislature passed a hunter harassment law that became effective on 1 January 1989. The law makes it an infraction for persons to willfully interfere with the legal take of game species by individuals appropriately authorized to do so. Conviction of such an infraction carries a fine of ≥$100 ≤ $500. Upon conviction of an individual of a first offense, such a violation becomes a misdemeanor, carrying with it a fine of ≥$100 ≤ $1,000, and/or imprisonment for ≤1 year in county jail. The law was in effect for the bighorn sheep season for the first time during 1989.

During the 1989 season no citations were issued and hunt protestors seemed unwilling to challenge the new law. However, CDFG wardens identified 8 protestors during the 1989 season: 2 were on probation for civil disturbances, and ≥3 had been arrested several times for disturbing the peace, interfering with a peace officer, or assault. Seven warnings were issued to protesters. Given the past records of these individuals, the law appears to have been successful in curtailing hunter harassment. Furthermore, there appears to be declining interest on the part of the media in the potential for confrontations to develop between sportsmen and those with hopes of disrupting lawfully sanctioned activities. As media coverage declines or becomes less sensational, we expect a concomitant decline in the illegal activities of animal-rights activists.

## MANAGEMENT AND TRANSLOCATIONS FROM 1971 THROUGH 1989

The management objectives of CDFG are to maintain, improve and expand bighorn sheep habitat; reestablish bighorn sheep populations on historic ranges; increase bighorn sheep populations so that all subspecies become numerous enough to no longer require classification as threatened or fully-protected; and provide for aesthetic, educational, and recreational uses of bighorn sheep.

In 1972, approximately 3,700 bighorn sheep occurred in California. In 1989, that estimate was 4,700. In some cases, population increases were realized in areas formerly deficient in water through the implementation of an aggressive and effective water development program (Bleich 1983). Population increases also may have occurred because of good forage production resulting from greater than normal rainfall in some locations (Bleich 1986, Wehausen 1989). At least 4 populations of bighorn sheep not known to exist prior to 1985 have been discovered recently, bringing the total number of populations of bighorn sheep in California to 61. Management direction in California emphasizes the importance of populations of mountain sheep, in lieu of total numbers, to the continued well-being of this species (Schwartz et al. 1986; Wehausen et al. 1987; Bleich et al. 1990).

BLM_0041035

*Table 1.* *Summary of mountain sheep translocated within California from 1979 through 1989. Numbers in parentheses are additional animals removed from the source populations as mortalities during the capture efforts. Animals translocated from Sand Mountain and Sawmill Canyon are California bighorn; all others are Nelson bighorn.*

| Date | Source[a] | Females | | | Males | | | Moved to[b] |
|---|---|---|---|---|---|---|---|---|
| | | Ad | Yearling | Lamb | Ad | Yearling | Lamb | |
| Mar 79 | SC | 4 | 0 | 0 | 0 | 1 | 2 | WC |
| Mar 79 | SM | 0 | 0 | 0 | 2 | 0 | 0 | WC |
| Mar 80 | SM | 7 | 0 | 1 | 0 | 1 | 1 | WC |
| Mar 80 | SC + SM | 6 | 0 | 1 | 4 | 0 | 0 | ML |
| Mar 80 | SC + SM | 3 | 1 | 2 | 2 | 0 | 2 | WA |
| Mar 82 | SC | 5 | 0 | 1 | 3 (1) | 0 | 0 | ML |
| Apr 82 | SM | 0 | 0 | 0 | 0 | 0 | 0 | ML |
| Apr 82 | SM | 0 | 0 | 0 | 4 | 0 | 0 | WC |
| Jul 83 | MM | 8 (1) | 0 | 2 | 1 | 1 | 0 | WM |
| Jul 83 | OD | 2 | 3 | 0 | 1 | 1 | 2 | WM |
| Nov 83 | LC | 11 (1) | 6 | 1 | 1 | 2 | 1 | PF |
| Dec 83 | MM | 7 | 1 | 0 | 0 | 0 | 0 | EC |
| Dec 83 | MM | 0 | 0 | 0 | 2 | 0 | 0 | WM |
| Dec 83 | OD | 5 | 0 | 4 | 3 | 1 | 4 | EC |
| Nov 84 | MM | 8 | 0 | 2 | 0 | 2 | 1 | WM |
| Nov 84 | OD | 6 (3) | 2 (1) | 2 | 4 | 1 | 1 | WM |
| Nov 84 | OD | 7 | 0 | 0 | 3 | 0 | 1 | SH |
| Jul 85 | MM | 11 | 1 | 2 | 2 | 2 | 1 | WM |
| Jul 85 | OD | 4 (1) | 1 | 2 | 1 | 1 | 0 | WM |
| Jul 85 | OD | 8 | 1 | 3 | 2 | 0 | 2 | SH |
| Dec 85 | CC | 15 (1) | 1 | 0 | 4 | 1 | 0 | SR |
| Mar 86 | SM | 2 | 1 | 0 | 0 | 0 | 0 | WC |
| Mar 86 | SM | 13 (1) | 0 | 2 | 3 | 4 | 5 | LV |
| Sep 86 | OD | 16 (2) | 3 | 2 | 5 | 0 | 2 | AR |
| Jan 87 | CC | 13 (2) | 3 (1) | 0 | 6 (1) | 0 | 0 | SR |
| Oct 87 | OD | 7 | 2 | 2 | 3 | 1 | 1 | EC |
| Mar 88 | SM | 7 | 1 | 0 | 3 | 0 | 0 | LV |
| Mar 88 | LT | 4 | 1 | 1 | 0 | 2 | 2 | SC |
| Dec 89 | OD | 28 | 9 | 0 | 2 | 4 | 0 | CM |
| Totals | | 207 (12) | 37 (2) | 30 | 67 (2) | 27 | 27 | |

[a]SC = Sawmill Canyon, Inyo Co.; SM = Sand Mountain, Inyo Co.; SC + SM = Sawmill Canyon and Sand Mountain combined; MM = Marble Mountains; OD = Old Dad Peak, San Bernardino Co.; LC = Lytle Creek, San Bernardino Co.; CC = Cattle Canyon, Los Angeles Co.; LT = Lone Tree Canyon, Mono Co.

[b]WC = Wheeler Crest, Inyo Co.; ML = Mt. Langley, Inyo Co.; WA = Warner Mtns., Modoc Co.; WM = Whipple Mtns., San Bernardino Co.; PF = Prairie Fork, Los Angeles Co.; EC = Eagle Crags, San Bernardino Co.; SH = Sheephole Mtns., San Bernardino Co.; SR = San Rafael Peak, Los Angeles Co.; LV = Lee Vining Canyon, Mono Co.; AR = Argus Range, Inyo Co.; SC = Silver Canyon, Inyo Co.; CM = Chuckwalla Mtns., Riverside Co.

From 1971 through 1989, 11 California bighorn sheep were translocated to California from British Columbia (n = 10) and Nevada (n = 1). Additionally, 411 mountain sheep were captured from 7 native California populations, and 395 of those were translocated to 12 historical ranges; 16 animals died during capture. We summarize the two initial efforts to reestablish mountain sheep (*O. c. californiana*) in northeastern California in an effort to provide a complete translocation history to date.

The first translocation of bighorn sheep in California occurred in 1971, when 8 female and 2 male California bighorn sheep were captured in British Columbia, and released at Lava Beds National Monument, Siskiyou County (Blaisdell 1972, Weaver 1972). In 1972, 1 Lava Beds ram was shot and killed; a second ram was thought to have been shot at the same time, and died several weeks later (Blaisdell 1974, 1975). As a result of the loss of those males, a ram was captured at the Charles Sheldon National Wildlife Refuge, Nevada, and translocated to the Lava Beds (Blaisdell 1974).

Subsequently, in February 1980, 1 male and 3 females from the apparently healthy population at the Lava Beds were translocated to the Warner Mountains, Modoc County, as part of an effort to reestablish bighorn sheep (Sleznick 1980). In March 1980, 10 sheep from the Sand

Mountain population in the Sierra Nevada of Inyo County also were translocated to the Warner Mountains to increase the biotic potential of that newly founded population (Camilleri and Thayer 1982).

During summer 1980, all of the sheep at Lava Beds succumbed to pneumonia. Circumstantial evidence implicated domestic sheep as the source of the pathogens involved (Foreyt and Jessup 1982, Weaver 1983). Similarly, the entire Warner Mountains population was extirpated in 1988 by pneumonia attributed to pathogens transferred to the wild sheep from domestic sheep (Weaver and Clark 1988). That incident, thus, eliminated the remaining wild sheep in northeastern California.

Beginning in 1979, the CDFG, in cooperation with the U.S. Forest Service, the National Park Service, the Bureau of Land Management, and the City of Los Angeles, initiated an effort to reestablish California bighorn sheep in historically occupied areas of the Sierra Nevada in Inyo and Mono counties (Wehausen et al. 1987). In 1983, the first translocation of desert-dwelling mountain sheep took place (Clark 1983) and, since that time, the CDFG has carried out an active translocation program with cooperating land management agencies (e.g., the U.S. For. Serv., Bur. Land Manage., and Dep. Defense). The results of these efforts, excluding the initial translocation of mountain sheep to the Lava

Beds and the subsequent translocation of 4 sheep from the Lava Beds to the Warner Mountains in 1980, are presented in Table 1.

The CDFG currently is finalizing plans for 2 additional translocations: bighorn sheep will be reintroduced into the Bullion and Bristol mountains, San Bernardino County in cooperation with the Department of Defense and the Bureau of Land Management, respectively. A third effort, to reestablish bighorn sheep on the Great Western Divide in Sequoia–Kings Canyon National Park will begin when translocation stock are available from the Sierra Nevada.

The CDFG is mandated to complete management plans for each population of bighorn sheep by 31 December 1992. To date, 17 of approximately 60 plans have been completed. All plans should be completed before legislation authorizes the extension of bighorn sheep hunting.

## FUNDING

Funding for bighorn sheep management in California has been relatively consistent over the past 6 years. The Legislature has provided approximately $270,000/year from the special automobile license plate fund; those dollars are spent to maintain bighorn sheep populations, to investigate diseases and other limiting factors, and for reintroduction purposes. One-third ($90,000) of the annual $270,000 appropriation is given to the Bighorn Institute.

Additional revenues from the sale of bighorn hunting applications, permits, and the sale of the special fundraising permit are deposited in a special bighorn sheep account established by the Legislature. Those funds have totaled approximately $250,000 since the inception of bighorn sheep hunting in California, and represent a significant portion of the funding available to CDFG on an annual basis.

The public is instrumental in bighorn sheep management projects (Bleich et al. 1982; Bleich 1990). Volunteer programs are a popular facet of California's overall management effort, and are involved primarily with habitat management projects. Since its inception in 1970, participants in the Volunteer Desert Water and Wildlife Survey have donated approximately $2,000,000 worth of labor, materials, and services to the CDFG. These cooperative efforts are helping to achieve the CDFG's goals for bighorn sheep management.

We thank J. A. Keay for providing detailed field notes on several translocation projects in which he participated and, especially, C. Jones, S. McBain, and M. W. Berbach for recording data during translocation projects.

## LITERATURE CITED

Blaisdell, J. A. 1972. Progress report: Lava Beds bighorn reestablishment. Desert Bighorn Counc. Trans. 16:84–87.

———. 1974. Lava Beds California bighorn: was 1973 typical? Desert Bighorn Counc. Trans. 18:46–47.

———. 1975. Progress report: the Lava Beds reestablishment program. Desert Bighorn Counc. Trans. 19:36–37.

Bleich, V. C. 1983. Big game guzzlers and mountain sheep. Outdoor Calif. 44(6):10.

———. 1986. Early breeding in free-ranging mountain sheep. Southwest. Natur. 31:530–531.

———. 1990. Affiliations of volunteers participating in California wildlife water development projects. Pages 187–192 *in* G. K. Tsukomoto and S. J. Stiver, eds. Wildlife water development. Nev. Dep. Wildl., Reno.

———, L. J. Coombes, and G. W. Sudmeier. 1982. Volunteer participation in California wildlife habitat improvement projects. Desert Bighorn Counc. Trans. 26:56–58.

———, J. D. Wehausen, and S. A. Holl. 1990. Desert-dwelling mountain sheep: conservation implications of a naturally-fragmented distribution. Cons. Biol. 4:383–390.

Camilleri, E. P. and D. Thayer. 1982. Status of California bighorn in the South Warner Wilderness of California. Desert Bighorn Counc. Trans. 26:116–118.

Clark, J. 1983. California bighorn on the move. Outdoor California 44(6):1–7.

Foreyt, W. J. and D. A. Jessup. 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. J. Wildl. Dis. 18:163–168.

Schwartz, O. A., V. C. Bleich, and S. A. Holl. 1986. Genetics and the conservation of mountain sheep *Ovis canadensis nelsoni*. Biol. Cons. 37:179–190.

Sleznick, J. 1980. Lava Beds bighorn sheep transplant to South Warner Mountains, Modoc National Forest. Desert Bighorn Counc. Trans. 24:62.

Weaver, R.A. 1972. Conclusion of the bighorn investigation in California. Desert Bighorn Counc. Trans. 16:56–65.

———. 1983. The status of bighorn sheep in California. Desert Bighorn Counc. Trans. 27:44–45.

——— and R. K. Clark. 1988. Status of bighorn sheep in California, 1987. Desert Bighorn Counc. Trans. 32:20.

Wehausen, J. D. 1989. Cattle impacts on mountain sheep in the Mojave Desert: report III. Final Rep., Interagency Agreement FG 7468-A1, California Dep. Fish and Game.

———, V. C. Bleich, and R. A. Weaver. 1987. Mountain sheep in California: a historical perspective on 108 years of full protection. West. Soc. Wildl. Soc. Trans. 23:65–74.



# STATUS OF DESERT BIGHORN SHEEP IN COLORADO, 1989

Jerry Wolfe
Colorado Division of Wildlife
2271 Cheyenne Drive
Grand Junction, CO 81503

## POPULATION STATUS

The Colorado Division of Wildlife (CDOW) initiated the reintroduction of desert bighorn sheep (Ovis canadensis) in 1979. Since 1979, 133 sheep from Arizona and Nevada have been released in Colorado.

The releases have established 3 populations of desert bighorn sheep in the Colorado National Monument (CNM): Rattlesnake Canyon, west of Grand Junction; Dominguez Canyon, northwest of Delta; and Dolores Canyon, south of Slick Rock. In 1989, approximately 250 sheep inhabited these areas.

The CNM population (n = 110) continues to grow although reproduction appears to be slowing. The Dominguez Canyon population (n = 60) is increasing slowly due to low reproduction. Causes for low reproduction rates are unknown. The Dolores Canyon population (n = 80) is increasing.

## TRANSPLANTS

The CDOW is planning to establish herds in 3 additional areas as sheep become available: the Dolores River Canyon from Slick Rock to Bedrock, Roubideau Canyon, southwest of Delta, and the lower Dolores River Canyon near Gateway. Planning has been initiated to trap and translocate sheep from the CNM and Rattlesnake Canyon herd to Mee and Knowles canyons immediately west of Rattlesnake Canyon to expand the range and abundance (from 110 to 400) of the existing herd.

## HUNTING

The CDOW recommended, and the Colorado Wildlife Commission approved, Colorado's first desert bighorn sheep hunting season in 1988. The season dates were 18 November through 15 December. A legal animal was defined as a ram with horns >½ curl to conform with existing regulations for Rocky Mountain bighorn sheep (O. c. canadensis). The 2 permits, for residents only, which were authorized attracted 486 applicants. The successful applicants shot 2 rams. The first ram scored >150 Boone and Crockett points. The second ram scored >135 points. In 1989, 2 permits were authorized and 236 persons applied. The suc-

cessful applicants shot 2 rams that scored >150 Boone and Crockett points. The Colorado Wildlife Commission authorized 4 permits for desert bighorn sheep in 1990. Colorado also issues permits for Rocky Mountain bighorn sheep. In 1989, 3,221 persons applied for 366 permits available in 42 sheep management units; 366 permits are available in 1990.

The Colorado Wildlife Commission beginning in 1989 authorized the auction of 1 Rocky Mountain bighorn sheep permit and 1 Rocky Mountain goat (Oreamnas americanus) permit. The Commission also authorized a raffle for 1 permit for each species. The proceeds from the auction and raffle were $67,697. The special auction permit for sheep produced a bid of $43,000 and the raffle raised $12,875. Funds derived from the auction and raffle are dedicated to the management of wild sheep and goats.

## MONITORING AND RESEARCH

The CDOW is not conducting any research related to desert bighorn sheep. However, a landowner west of CNM has proposed to fund a study of livestock and wild sheep interactions. The CDOW research section and Colorado State University will evaluate the proposal.

Monitoring of existing sheep herds will continue with the use of radio telemetry, ground, and aerial locations. The herd has 4 sheep with active collars. There are no active collars in the Dominguez Canyon herd. Seven collars are active on sheep in the Dolores Canyon.

## WATER DEVELOPMENTS

Lack of water is not considered a major limiting factor for distribution of desert bighorn sheep in Colorado. However, 1 water development was installed in 1989 to attract sheep into ranges with available forage not currently being used. The development was a cooperative project between the CDOW and the Bureau of Land Management (BLM). The influence this water source has on the population will be examined in 1990.

## POTENTIAL MANAGEMENT PROBLEMS

Landowners controlling BLM grazing allotments in the vicinity of the CNM herd are attempting to convert from cattle to sheep grazing. Contact between domestic and wild sheep are possible.

The CDOW is working with the landowners and BLM to resolve this problem and prevent interaction between domestic and wild sheep.

The introduction of exotic sheep, specifically Barbary sheep (Ammotragus lervia), has occurred in the DeBeque area approximately 40 km east of the CNM herd. The exotics were illegally imported and released in 1986. Approximately 25 sheep have been killed in the past year by CDOW personnel and public hunters. The current population is estimated at 65–70 animals. An eradication program has been initiated but success is doubtful. The CDOW will continue to monitor the status of exotics.



BLM_0041038

# STATUS OF DESERT BIGHORN SHEEP IN NEVADA, 1989

William R. Brigham
Wildlife Biologist
Bureau of Land Management
1535 Hot Springs Road, Suite 300
Carson City, NV 89706

## THE DESERT BIGHORN PROGRAM

There are 3 subspecies of bighorn sheep in Nevada: Rocky Mountain (Ovis canadensis canadensis), California (*O. c. californiana*) and Nelson's (0. c. nelsoni). Desert bighorn populations are located in the southern half of Nevada. This report summarizes Nevada's desert bighorn sheep program. The program is divided into 4 categories: surveys, water developments, trapping and transplanting, and harvest.

### Surveys

Nevada Department of Wildlife (NDOW) personnel counted 1,321 desert bighorns in 18 of 40 mountain ranges surveyed. Each range is counted biennially. Counts included 707 females, 170 lambs, and 444 rams (24 lambs: 100 ewes, 62 rams: 100 ewes). Nevada has been dry for the past several years; lamb production is down, but no lamb losses have been reported. The NDOW estimates the desert bighorn sheep population at 5,200 to 5,300 animals.

### Water Developments

In 1989, water catchments were constructed in the Spectre Mountains (n = 3) and the Muddy Mountains (n = 1), in the Las Vegas area. In the northern part of desert bighorn range, 2 catchments were constructed in the Gabbs Valley Range east of Hawthorne. Capacities of the catchment storage range between 11,500 and 23,000 L. The Fraternity of the Desert Bighorn, Reno Chapter of Nevada Bighorns Unlimited, Fallon Chapter of Nevada Bighorns Unlimited, and Foundation for North American Wild Sheep funded the water projects. Each group has an annual fundraiser; i.e., a dinner followed by an auction. Two harvest permits were auctioned off in Nevada in 1989: 1 at the Foundation for North American Wild Sheep convention and 1 at the Nevada Bighorns Unlimited, Reno banquet.

### Trapping and Transplanting

Forty desert bighorns were captured in the River Mountains near Las Vegas and released in the Last Chance Mountains (n = 25) and used to augment existing populations in several mountain ranges (n = 15). Two groups of sheep were captured in the Black Mountains near Las Vegas and released in the Stillwaters (n = 15) and Clan Alpine Mountains (n = 11) in northern Nevada. In the past decade ≤66% of all collared sheep have been killed by mountain lions (Felis concolor). Desert sheep captured in the Las Vegas area are released in habitats that have trees and mountain lions; both are absent from the native habitat of these sheep.

### Harvest

In 1989 111 rams were harvested in Nevada (82% hunter success). Fifteen rams had green scores that would qualify them for the Boone and Crockett Record Book.

## FUTURE PLANS

In 1990 sheep habitat will be enhanced with the construction of 6 water catchments in the Las Vegas area, and 3 in the northern part of desert bighorn habitat in Churchill and Mineral counties. Sheep trapped in summer 1990 will be released in 3 mountain ranges: 2 near Las Vegas and the Gabbs Valley Range east of Hawthorne. Since 1968, 706 desert bighorns have been trapped and transplanted in Nevada. The NDOW made a concerted effort to have 11 1990 permits be for any ram, as it was felt the trophy requirements in place since legal harvest began in the 1950s had served their purpose but were outdated, but public opposition to the proposal forced them to maintain current trophy requirements. In 1990 131 permits will be issued. Legal rams must be ≥7 years old or score ≥144 Boone and Crockett points (doubling the score of the longest horn) except in the Lone Mountain and Silver Peak management units, where the minimum score is 138 points.



BLM_0041039

# STATUS OF DESERT BIGHORN SHEEP IN NEW MEXICO, 1989

Amy S. Fisher
New Mexico Department of Game and Fish
Villagra Building–State Capitol
Santa Fe, NM 87503

Doug Humphreys
New Mexico Department of Game and Fish
Villagra Building–State Capitol
Santa Fe, NM 87503

In 1989, 200 desert bighorn sheep (Ovis canadensis mexicana) occur in New Mexico based on fall helicopter surveys (Table 1). The population trend between 1984 and 1989 indicate that the Hatchet population is declining; the Alamo Hueco, Peloncillo, and San Andres populations are stable; and the Red Rock captive herd is increasing. Drought may be responsible for the decline of the Hatchet population and low lamb survival in the Alamo Hueco and Peloncillo mountains. Psoroptic scabies (Psoroptes ovis) is still considered the primary predisposing cause limiting population growth in the San Andres Mountains.

## POPULATION STATUS

### Hatchet Mountains

The 1989 Hatchet population (n = 37) declined by 50% since 1987 (Fig. 1). The greatest proportion of the decrease was due to the low number of lambs observed (20 lambs: 100 ewes). In the last 5 years, this population generally exhibited high fall ratios ($\geq$50 lambs: 100 ewes).

Weather may be a causative factor in the 1989 decline. When the population was increasing during 1983–88, mean annual precipitation was 36 $\pm$ 7 cm (SD). The population decline in 1989 corresponded with a 50% decrease in precipitation. In comparison, the 30 year average for this area was 25 cm. Also, 1989 was the only year between 1983 and 1989 that negative Palmer Drought Severity Index (PDSI) values were recorded (National Oceanic and Atmospheric Administration climatological data, Hachita weather station).

The PDSI is a measure of soil moisture availability relative to normal conditions based on total precipitation, average temperature, and soil moisture-holding capacity (Palmer 1965). Values from $-1$ to $+1$ describe approximately normal moisture conditions. Lower negative values indicate drier conditions and higher positive values indicate wetter conditions. The PDSI illustrates the possible correlation between weather and population fluctuation in the Hatchets. Low negative PDSI values in 1953 and 1956 corresponded with the decline of the population, high positive values between 1983 and 1988 corresponded with population

increase, and negative values in 1989 corresponded with population decline (Fig. 1).

Low and variable precipitation in desert ecosystems affect survival of lambs through its influence on vegetative availability and quality (Douglas and Leslie 1986, Wehausen et al. 1987). Still, the relationship is not well understood. An attempt will be made to model the Hatchet population using 20 years of available data. This may help elucidate the relationship between weather and lamb survival.

### Alamo Hueco Mountains

The Alamo Hueco population has remained stable at an estimated 30 bighorn since it was established in 1986. As in past years, bighorn that originated from the Hatchets were identified in the Alamo Huecos in 1989.

No lambs were observed during the 1989 fall survey compared 10, 50, and 23 lambs: 100 ewes in 1986, 1987, and 1988, respectively. Although the Alamo Huecos looked relatively green compared to the desiccated vegetation in the Hatchets, the mountain received little moisture until late summer 1989. As in the Hatchets, there may be a positive relationship between precipitation and lamb survival.

### Peloncillo Mountains

The Peloncillo Mountain population has remained stable at an estimated 30 bighorn since it was established in 1981–82. Also, the age and sex composition of the population has remained about the same since the original transplants.

Fall lamb: ewe ratios have been variable ($\leq$14:100 in 1982, 1984, 1985, and 1989 and $\geq$30:100 in 1981, 1983, 1986, and 1987). It is still unknown if pneumonia is playing a role in low lamb recruitment.

### San Andres Mountains

Due to a scabies mite epizootic, the San Andres desert bighorn sheep decreased from 200 in the mid 1970s to an estimated 25 in 1989. The population has remained stable at 25–30 sheep since 1982.

International Wildlife Veterinary Services (IWVS), under contract by the U.S. Fish and Wildlife Service (USFWS), completed 2 years of a mite-bighorn study designed to determine prevalence of scabies, overall herd health, and optimal management strategies. All bighorn captured in fall 1988 (n = 10) and 1989 (n = 9) were clinically and/or serologically positive for scabies (Clark 1989). The degree of infestation ranged from relatively mild, in which scabies was confined to the ears, to severe in which scabies invaded the head, neck, chest, and flanks. Overall, the physical condition of the sheep was poor in 1989, evidenced by low body weights and endurance. A 9-year-old ram, for example, weighed approximately 50 kg (R. Clark, IWVS, pers. commun.).

Results of laboratory analysis of blood and sera were similar in both years. Abnormalities that were detected (e.g., high hematocrits, reversed ratios of neutrophils to lymphocytes, and low globulin levels) suggested immune suppression and/or stress response, possibly due to scabies. The bighorn also lacked antibodies to most common livestock viruses. These results should be interpreted with caution as they are based on 2 years of sampling 19 animals (Clark 1989).

The lamb: ewe ratio in winter 1989 was 30:100 and 3 radio-collared

*Table 1.* *Status of desert bighorn sheep in New Mexico, fall 1989.*

| Area | Population history | Estimated | Actual[a] | Trend[b] |
|---|---|---|---|---|
| Hatchet Mountains | Indigenous, supplemented 30 in 1979, 1982 | 45 | 37 | Decreasing |
| Alamo Hueco Mountains | Transplanted 21 in 1986 | 30 | 25 | Stable |
| Peloncillo Mountains | Transplanted 38 in 1981, 1982 | 30 | 25 | Stable |
| San Andres Mountains | Indigenous | 25 | 20 | Stable |
| Red Rock | Propagating facility, supplemented 21 in 1972, 1973, 1975 | 70 | 70 | Increasing |

[a] Actual no. based on aerial and ground surveys fall 1989.
[b] Trend based on change from previous year's survey.



Fig. 1.   *Relationship between population size and Palmer Drought Severity Index (PDSI) in the Hatchet Mountains, New Mexico, 1953–89.*

mortalities (1 male, 2 female) were documented during 1989. The proximate cause of death was mountain lion (*Felis concolor*) predation; however, the 2 females had ears plugged with scabies at death and the male, although totally consumed when found (P. Hoban, USFWS, pers. commun.), was observed with aural scabies plugs when captured 4 months previous to death (Clark 1989). The possible predisposing role of scabies in attributed mortality factors was discussed by Elenowitz and Humphrey (1989).

The cooperators (IWVS, USFWS, New Mexico Department of Game and Fish [NMGF], and the U.S. Army White Sands Missile Range [WSMR]) have concurred that the San Andres population has lost viability and will probably go extinct if left alone. Negotiations are underway to determine if a viable population can be restored to the San Andres Mountains.

**Red Rock Propagating Facility**

The captive population at Red Rock increased to 70 bighorn in 1989. The ram-segregation project, in which 15 rams were segregated into a 41 ha pasture (Elenowitz and Humphreys 1989), produced the expected result of reducing excessive harassment of ewes by rams during the breeding season (A. Ford, NMGF, pers. commun.). Several more years of monitoring will be needed to determine if early lamb survival improves.

Four rams (3–4 yr) died in 1989 after being segregated, presumably due to fighting during the rut (prior to segregation about 1 ram died each yr during the rut). Infighting may be reduced when rams are removed for experiments. The expansion of Red Rock from 300 to 600 ha, projected to be completed in spring 1990, will also reduce density of rams and ewes.

*LITERATURE CITED*

Clark, R. K.  1989.  Status of psoroptic scabies in and health of bighorn sheep in the San Andres Mountains of New Mexico. Internat. Wildl. Vet. Serv. 6-mo. Prog. Rep. submitted to U.S. Fish and Wildl. Serv., Albuquerque. 31 pp.

Douglas, C. L. and D. M. Leslie, Jr.  1986.  Influence of weather and density on lamb survival of desert mountain sheep. J. Wildl. Manage. 50:153–156.

Elenowitz, A. S. and D. Humphreys.  1989.  Status of bighorn sheep in New Mexico, 1988. Desert Bighorn Counc. Trans. 33:15–17.

Palmer, W. C.  1965.  Meteorological drought. U.S. Weather Bur. Res. Pap. 45:1–58.

Wehausen, J. D., V. C. Bleich, B. Blong, and T. L. Russi.  1987.  Recruitment dynamics in a southern California mountain sheep population. J. Wildl. Manage. 51:86–98.



# STATUS OF DESERT BIGHORN SHEEP IN UTAH, 1989

Joe Cresto
Bureau of Land Management
Grand Resource Area Office
Moab, UT 84532

Jim Karpowitz
Utah Div. of Wildlife Resources
455 West Railroad Avenue
Price, UT 84501

Linda Seibert
Bureau of Land Management
Moab District Office
82 E. Dogwood Avenue
Moab, UT 84532



*Fig. 1. Trend of desert bighorn sheep surveys on the North San Juan Unit, Utah, 1971–89.*

## POPULATION TRENDS

Desert bighorn sheep (Ovis canadensis nelsoni) were aerially surveyed from helicopter on 7 geographic areas in 1989; 418 bighorn were counted on 6 areas. An additional 155 bighorn were located in Canyonlands National Park, during helicopter and ground surveys conducted by park personnel (Table 1). The apparent trends of these populations varied by area. Increased numbers of bighorns were documented on some units while decreased numbers were observed in other areas. Increased numbers of bighorn and good lamb: ewe ratios were observed on some of the transplanted herds including the San Rafael, Escalante and Kaiparowits units. The native bighorn herds doing well include the Island in the Sky and the Potash units.

The North San Rafael Unit now has the largest population in the state. An increase of 32 bighorn were observed over the 1988 survey with 66:100 ewes. The South San Rafael Unit was surveyed for the first time. Locating bighorn sheep was difficult because of the terrain and habitat. Surveys were funded by the Bureau of Land Management (BLM).

The survey of the Potash Unit was very encouraging and lamb survival was good (52 lambs: 100 ewes) in 1989 (Table 1). Fourteen more bighorn were observed than in 1988 (Table 2).

The native bighorn herds east of the Colorado River had 12 lambs: 100 ewes and decreased numbers of sheep. In the South San Juan 15 fewer bighorn were counted than in 1988 (Table 2). This herd is following the trend of the North San Juan Unit and will continue to decline.

The North San Juan herd was not counted because there are too few bighorn to be cost effective. In 1976, 259 bighorn were observed on this same unit but the population has declined (Fig. 1). Population trends increased in other areas since 1988 (Tables 1, 2).

In Canyonlands National Park, Island in the Sky, bighorn sheep were counted (131 lambs: 100 ewes). This is a slight increase from 1988 (Tables 1, 2). The Needles was partly surveyed. Only 10 bighorn were counted (Table 1) as compared to 21 in 1988 (Table 2). Lambs were seen for the first time since 1986. Twenty-three bighorn were counted in the Maze District (42 lambs: 100 ewes). Twenty-two bighorn were counted in Arches National park (Table 1).

The Utah Division of Wildlife Resources (UDWR) surveyed 79 Rocky Mountain bighorn in 1989 on the east side of the Green River. Forty-five bighorn, including 21 rams, were on BLM land between the Ute Indian reservation boundary and Tusher Canyon. Thirty-four bighorn were located on Ute Tribal lands above Coal Creek.

*Table 1. Desert bighorn sheep observed in Utah aerial survey, November and December 1989.*

| Area | Trend | Rams | Ewes | Lambs | Unclassified | Total | Lambs : 100 ewes | Rams : 100 ewes |
|------|-------|------|------|-------|--------------|-------|------------------|-----------------|
| North San Rafael | Up | 38 | 56 | 37 | 2 | 133 | 66 | 68 |
| South San Rafael | Unknown | 10 | 12 | 5 | | 27 | 42 | 83 |
| Potash | Up | 27 | 31 | 16 | | 74 | 52 | 87 |
| South San Juan | Down | 17 | 33 | 4 | | 54 | 12 | 52 |
| Lockhart | | 6 | 9 | 6 | | 21 | 67 | 67 |
| Escalante | Up | 14 | 32 | 16 | | 62 | 50 | 44 |
| Kaiparowits | Up | 6 | 23 | 12 | | 41 | 52 | 26 |
| Little Rockies | Unknown | | | | | | | |
| Total | | 118 | 296 | 96 | 2 | 412 | | |
| National park | | | | | | | | |
|   Island in the Sky | Stable | 44 | 25 | 12 | 19 | 100 | | |
|   Needles | Down | | | | 10 | 10 (Incomplete survey) | | |
|   Maze | Up | | | | 23 | 23 (Incomplete survey) | | |
|   Arches | Down | 6 | 14 | 2 | | 22 (Incomplete survey) | | |
| Total | | 50 | 39 | 14 | 52 | 155 | | |

BLM_0041042

32  *STATUS UTAH • Cresto et al.*

*Table 2.   Desert bighorn sheep observed in Utah aerial survey, November and December 1988.*

| Area | Trend | Rams | Ewes | Lambs | Unclassified | Total | Lambs : 100 ewes | Rams : 100 ewes |
|------|-------|------|------|-------|--------------|-------|------------------|-----------------|
| North San Rafael | Up | 35 | 43 | 23 | | 101 | 53 | 81 |
| Potash | Up | 22 | 22 | 16 | | 60 | 73 | 100 |
| South San Juan | Down | 22 | 41 | 6 | | 69 | 14 | 53 |
| North San Juan | Unknown | 3 | 5 | 0 | | 8 | 0 | 60 |
| Escalante | Up | 13 | 25 | 13 | | 51 | 52 | 52 |
| Kaiparowits | Up | 11 | 14 | 9 | | 34 | 64 | 79 |
| Little Rockies | Unknown | 2 | 7 | 1 | | 10 | | |
| Total | | 108 | 157 | 68 | | 333 | | |
| National park | | | | | | | | |
| Island in the Sky | Stable | 39 | 39 | 12 | 3 | 93 | | |
| Needles | Down | | | 0 | 21 | 21 (Incomplete survey) | | |
| Arches | Stable | | | | 27 | 27 (Incomplete survey) | | |
| Total | | 39 | 39 | 12 | 51 | 144 | | |

This herd originated from 9 bighorn obtained from Wyoming in 1970 and 13 bighorn from Canada in 1973. The original release sites were on the Ute Indian Reservation.

## HUNTING

Twelve permits were authorized for the 1989 hunt, including 1 non-resident permit and 1 bid permit that sold for $20,000. Ten rams were harvested.

Rams were taken on all 5 hunted units: Escalante (n = 1), Kaiparowits (n = 1), South San Juan (n = 3), Potash (n = 3), San Rafael (n = 2). Thirteen permits will be authorized for the 1990 hunting season.

## TRANSPLANTS

Since 1973 the UDWR has had an active transplant program to reintroduce desert bighorn sheep into historic range. In the past 17 years, > 250 desert bighorn sheep have been relocated into suitable habitats to begin new herds. The transplant program has been instrumental in maintaining bighorn sheep in Utah.

A meeting was held in January 1990, between UDWR, BLM, and agricultural interest groups, to discuss conflicts between bighorn sheep and domestic sheep and potential bighorn release sites. A tentative agreement was reached to drop some proposed bighorn release sites where there are existing domestic sheep permits. It was also tentatively agreed that present bighorn populations should be maintained.

Based on this meeting, UDWR proposes to concentrate its transplant efforts to maintain existing populations. Translocations will be scheduled for Dirty Devil–Happy Canyon, Horseshoe Canyon (West side of Lower Green River), Westwater Canyon–Professor Valley, Lower Lake Powell, Virgin River Mountains, and New Foundland Mountains. A similar list of areas was developed for Rocky Mountain bighorn. Utah's transplant program has been entirely funded by sale of the high bid permit, which has not sold for more than $20,000 over the last 4 years.

## LAND USE PLANNING BENEFITTING BIGHORN

A Resource Management Plan (RMP) Amendment was completed for the Elliott Mountain Area (Desolation–Gray Canyons, on the west side of the Green River). This amendment retired livestock grazing privileges on over 40,469 ha and will allow the area to be managed for Rocky Mountain bighorn. The amendment resolved an on-going problem with domestic sheep permits in the area. The permits were purchased by private parties and UDWR. An RMP amendment was also completed in the Grand Resource Area that raised numerical constraints for bighorn sheep to the numbers outlined by the Bureau and District desert bighorn plans. The amendment also identified geographic areas to be managed for desert and Rocky Mountain bighorn, and outlined how these areas would be managed. One of the management constraints deals with domestic sheep. Conversions from cattle permits to sheep permits will not be allowed in those areas.

## WATER CATCHMENTS

Two water catchments were installed in the Escalante Unit, and 2 water catchments were placed in the Beaver Dam Mountains to help expand bighorn range northward. This area is near the Utah–Arizona stateline in southwest Utah. All four water developments were completed through a cooperative effort by UDWR and BLM. Three additional catchments were installed with funds provided by Foundation for North American Wild Sheep.

Two catchments were completed by BLM and sportsman volunteers in South San Juan Unit. One catchment was installed in the Potash Unit by BLM and the Canyonlands Wildlife Federation. This sportsman group has accepted the maintenance responsibility for 26 wildlife catchments in the Grand Resource Area.

# GUIDELINES FOR MANAGEMENT OF DOMESTIC SHEEP IN THE VICINITY OF DESERT BIGHORN HABITAT

Technical Staff
Desert Bighorn Council

The Bureau of Land Management (BLM) requested that the Technical Staff (Tech Staff) of the Desert Bighorn Council (DBC) prepare management guidelines for domestic sheep in the vicinity of desert bighorn habitat. Desert bighorn habitat includes all geographic areas that would provide for the life requisites of desert bighorn sheep, as defined by state wildlife and/or land management agencies. This request followed a meeting of BLM biologists concerned with problems resulting from interactions between bighorn sheep (Ovis canadensis ssp.) and domestic sheep (O. aries).

The Tech Staff understands that 2 additional factors should be considered. First, the BLM has prepared, or is preparing, land use planning documents in several western states (Nev., Ariz., Colo., and Ut.) that would allow reintroduction of desert bighorns (O. c. nelsoni, O. c. mexicana, and O. c. cremnobates) into suitable historic habitat. Several potential bighorn reintroductions in Nevada have been contested by the livestock industry; e.g., woolgrowers and cattlemen. They contend that bighorn reintroductions will seriously hamper their ability to graze livestock of their choice on public lands. Second, in 1989, the BLM issued a "Rangewide Plan for Managing Habitat of Desert Bighorn Sheep on Public Lands," which states "Livestock grazing on desert bighorn habitats will be managed via land-use or activity plans to mitigate impacts to desert bighorns and their habitats to ensure objectives for desert bighorn are achieved."

The DBC is comprised of state fish and game and federal agency biologists, private research organizations, academia, and the public. The 4 primary objectives of the DBC are to: provide for the exchange of information on the needs and management of desert bighorns; stimulate and coordinate studies in all phases of the life history, ecology, management and protection, recreational, and economic uses of desert bighorns; provide a clearinghouse for information among all agencies, organizations, and individuals professionally engaged in work on the desert bighorn; and function in a professional advisory capacity, where appropriate, on local, national, and international questions involving the management and protection of desert bighorn.

The DBC's Tech Staff is comprised of 7 elected members. One of the functions of the Tech Staff is to answer requests from agencies and organizations such as the BLM, regarding desert bighorn management.

This document describes problems associated with domestic sheep and bighorn interactions, with emphasis on diseases. Recommendations are then provided to minimize interaction, especially physical contact between domestic and bighorn sheep.

The Tech Staff appreciates the opportunity to consider the problems and develop these guidelines, with the underlying goal of eliminating domestic sheep and bighorn conflicts on public lands.

## BACKGROUND

Current bighorn numbers are <2% of what they were prior to the coming of European man and his livestock and firearms (Wagner 1978). Following enormous population declines in the late 1800s and early 1900s, bighorn populations did not recover, in contrast to other wildlife species such as mule deer (Odocoileus hemionus) and elk (Cervus elaphus). Bighorns have demonstrated much less tolerance than other native North American ungulates to poor range conditions, interspecific competition, overhunting, and stress caused by loss of habitat. Furthermore, they have shown a much greater susceptibility to diseases (Goodson 1982).

Bighorns have died from a wide variety of diseases that they have contracted from domestic sheep. These include scabies (a major cause of mortality in the 1800s and as late as the 1970s in New Mexico), chronic frontal sinusitis, internal nematode parasites (worms), pneumophilic bacteria, footrot, parainfluenzaIII, bluetongue, and soremouth (contagious echthyma) (Jessup 1985). Documented bighorn die-offs were recorded as early as the mid-1800s and have continued up to the present (Jessup 1985, Goodson 1982, Foreyt and Jessup 1982, Sandoval 1988, Weaver 1988). Die-off documentation covers not only desert bighorns, but also California bighorns (O. c. californiana) and Rocky Mountain bighorns (O. c. canadensis). Bighorn die-offs have occurred in every state in the western United States.

In broad perspective, when there has been contact between apparently healthy bighorns and domestic sheep, the bighorns die within a few days to a few weeks. While many diseases or stress factors may be involved, bighorns exposed to domestic sheep almost invariably die from pneumonia.

Little is known about the actual mechanism(s) that lead to the demise of bighorns after they have come into contact with domestic sheep. In all of the cases of bighorn die-offs following direct contact with domestic sheep or overlap of grazing in bighorn ranges, 2 things are apparent.

1. There is a preponderance of evidence (Table 1) strongly linking the presence of domestic sheep with the subsequent loss of part or all of the affected bighorn population. Of the 25 documented cases (Table 1) 4 of the situations were in controlled laboratory experiments in 3 states, and 2 were in situations where bighorns were penned in large paddocks.

2. The effects have all been 1 way—bighorns have died, while domestic sheep never have suffered ill effects because of coming into contact with bighorn. The prevailing theory on why this has occurred can be summed up as follows: New World sheep (bighorns) are so susceptible to diseases of Old World sheep (domestics) because the bighorns did not co-evolve with the above-listed diseases, as did domestic sheep. Bighorns have not developed effective immunity against these diseases. Domestic sheep are inoculated or, through natural selection over hundreds of years, have developed a resistance against some of these diseases, but carry blood titers for most of them. When there is contact between bighorns and domestic sheep, the bighorns have little defense. This theory is analogous to the accepted explanation for the transmission of human diseases carried to the Native Americans by Europeans. The Native American populations had no immunity to Old World diseases and suffered many documented die-offs.

## RECOMMENDATIONS

The DBC Tech Staff has reviewed the bighorn sheep problem and developed recommendations for eliminating domestic and bighorn sheep conflicts on public lands. They consist of 1 general recommendation and 4 specific recommendations dealing with buffer strips, livestock supervision, trailing, and reintroductions. Each recommendation is preceded by a statement of the issue, followed by a justification.

### General Recommendation

Issue.—Desert bighorn that come into contact with domestic sheep die as a result of the contact.

Recommendation.—Domestic sheep in the vicinity of desert bighorn ranges should be managed so that desert bighorn never come into contact with domestic sheep nor the disease organisms that domestic sheep carry.

Justification.—Evidence (Table 1) indicates that contact with domestic sheep is almost invariably lethal to desert bighorn. The recommendations that follow deal with methods to minimize interaction, especially physical contact between domestic and bighorn sheep.

BLM_0041044

**34   GUIDELINES**

*Table I.  Bighorn declines and die-offs resulting from contracts with domestic sheep.*

| Location | Cause of die-off | Results | Year(s) | Source |
|---|---|---|---|---|
| Sun River, Mont. | | >70 died | 1910–35 | Goodson (1982) |
| Upper Rock Ck., Mont. | | All died | 1965–70s | Goodson (1982) |
| Thompson Falls, Mont. | | All died | 1940–60 | Goodson (1982) |
| Kootenay National Park, B.C., Can. | Pneumonia | | 1939 | Goodson (1982) |
| Bull River, B.C., Can. | Pneumonia | 96% died | 1965 | Bandy (1968) in Goodson (1982) |
| MacQuire Creek, B.C., Can. | Pneumonia | | 1981–82 | Davidson in Goodson (1982) |
| Lava Beds National Monument, Calif.[a] | Pneumonia | All died | 1980 | Blaisdell (1982) |
| Mormon Mts., Nev. | Pneumonia | 50% died | 1980 | Jessup (1981) |
| Dinosaur National Monument, Colo. | | All died | 1950 | Barmore (1962) in Goodson (1982) |
| Rock Creek, Mont. | | 8 left | 1900–20 | Goodson (1982) |
| Rocky Mtn. National Park, Colo. | Pneumonia | All died | 1917–30 | Packard (1939a, 1939b) in Goodson (1982) |
| Methow Game Range, Wash.[a] | Pneumonia | 13 of 14 died | 1979–81 | Foreyt and Jessup (1982) |
| Warner Mt., Calif. | Pneumonia | All died | 1988 | Weaver (1988) |
| Oregon | Scabies | | 1936 | Lange (1980) |
| California | Scabies | | 1870–79, 1898 | Jones (1900) in Lange (1980) |
| Grey Bull River, Wyo. | | | 1881 | Honess and Frost (1942) in Lange (1980) |
| Wyo., Mont. | | | 1885 | Hornaday (1901 in Lange (1980) |
| Colo. | Scabies | | 1859–31 | Packard (1946) in Lange (1980) |
| Rocky Mtn. National Park, Colo. | Scabies | | 1878–1903 | Lange (1980) |
| Latir Parks, N.M. | Pneumonia | All died | 1978–82 | Sandoval (1988) |
| Utah St. Univ., Utah[b] | Pneumonia | All died | 1970s | Spillett in Goodson (1982) |
| Univ. B.C., Can.[b] | Pneumonia | All died | 1970s | Hebert in Goodson (1982) |
| Colorado St. Univ., Colo.[b] | Pneumonia | All died | 1970s | Hibler in Goodson (1982) |
| Utah St. Univ., Utah[b] | Pneumonia | 4 of 5 died | 1988 | T. D. Bunch (Utah State Univ., pers. commun.) |

[a]Large pen or paddock.
[b]University controlled conditions.

**Specific Recommendation 1: Buffer Strips**

Issue.—Desert bighorn and domestic sheep must be spatially separated to minimize the possibility of these 2 species coming into contact.

No domestic sheep grazing should be authorized or allowed within buffer strips ≥13.5 km wide surrounding desert bighorn habitat, except where topographic features or other barriers prevent any interaction.

*Justification.*—Armentrout and Brigham (1988) recommended a 13.5-km-wide separation strip as optimum, based on 9 cited literature sources. Bighorn and domestic sheep separation distances cited in the literature range from 3.2 to 32 km. The California Department of Fish and Game (1983), in its discussion of conflicting land uses, recommended that domestic sheep grazing be eliminated within 3.2 km of bighorn habitat where feasible. The 3.2-km buffer strip also is included in the Mina Habitat Management Plan in Nevada (U.S. Dep. Interior, BLM 1988a) in ≥1 land-use plan in the Boise, Idaho BLM District (Goodson 1982); and in the Winnemucca, Nevada BLM 1978 grazing Environmental Impact Statement for the Sonoma-Gerlach Resource Area. A 9.6-km-wide buffer strip was recommended in the Lahontan Resource Management Plan (RMP) and the Stillwater Habitat Management Plan in Nevada (U.S. Dep. Interior, BLM 1985, 1986b). The widest recommended buffer (32 km) was used in Arizona. A 32-km buffer was agreed upon in the original Memorandum of Understanding (MOU) between the BLM and Arizona Game and Fish Department. However, when the master MOU was redrafted in 1976, the section relating to domestic sheep grazing in bighorn habitat was not included (Gallizioli 1980). Situations involving potential bighorn and domestic sheep conflicts in Arizona now are handled on a case-by-case basis.

The reason for the 32-km buffer strip was concern over the chronic frontal sinusitis in desert bighorn. This disease occurs when bot fly (*Oestrus* ovis) larvae enter the sinus cavities of bighorns, grow too large to get out, and die, thus infecting the bighorn (Bunch 1978). Sinus cavities in desert bighorns are much larger than those in domestic sheep. The major unanswered question asked by biologists in the 1970s was "what is the range of the bot fly?" Although the U.S. Department of

Agriculture has investigated this question, there is no definitive answer, as it depends upon variables such as temperature, precipitation, and wind. The 32-km buffer strip, however, was felt to be adequate (Gallizioli 1980).

Another problem when considering buffer strips is that young (3–4 yr old) desert bighorn, especially rams, tend to travel extensively (≤64 km). Extensive travel by bighorns increases the potential for nose-to-nose contact with domestic sheep. Nose-to-nose contact and resultant transmission of disease(s) was blamed for the catastrophic loss of penned bighorns at the Lava Beds National Monument, California in 1980 (Blaisdell 1982) and in the total population loss of transplanted bighorns in the Warner Mountains, California, in 1988 (Weaver 1988).

Considering all the evidence presented above and cited in Armentrout and Brigham (1988), the Tech Staff feels that buffer strips of ≥13.5-km are needed to minimize the potential of disease transmission, including chronic frontal sinusitis, and to avert nose-to-nose contact between wandering bighorns and domestic sheep.

**Specific Recommendation 2: Livestock Supervision**

Issue.—Domestic sheep must be closely and carefully herded to prevent them from straying into desert bighorn range.

Recommendation.—Domestic sheep that are trailed or grazed outside the 13.5-km buffer, but in the vicinity of desert bighorn ranges, should be closely supervised by competent, capable, and informed herders.

*Justification.*—There is virtually no practical way to control movements of young bighorns, but control of domestic sheep is possible. The key to minimizing impacts by domestic sheep upon bighorns is very close supervision of domestic bands by herding, both while trailing and grazing. Both the Warner Mountains and Lava Beds bighorn die-offs were attributed to stray domestic sheep. Had domestic sheep herding been more intensive, neither of these catastrophes probably would have occurred.

Sheep herders and their control of domestic sheep bands vary considerably. Many herders come to the United States from other countries,

especially South America. Many have never herded sheep before their arrival in the U.S. Permittees who graze domestic sheep on public lands should ensure that their herders are competent and capable and that herders understand the potential problems that may be caused by straying domestic sheep.

The Tech Staff recognizes that the BLM's grazing regulations may need modification to further implement this recommendation. Existing regulations provide that the authorized officer can require herders. The regulations also could be strengthened to allow impoundment of stray domestic sheep, whenever they are found in occupied bighorn habitat. This recommendation could be partially implemented by directives requiring that BLM area managers, range conservationists, and wildlife biologists meet with the permittees and their herders to explain the importance of close supervision by the herders and what could result if domestic sheep are allowed to stray.

**Specific Recommendation 3: Trailing**

Issue.—Domestic sheep being trailed near desert bighorn range are likely to transmit diseases to bighorns, especially when ewes are in estrus.

Recommendation.—Domestic sheep should be trucked rather than trailed, when trailing would bring sheep closer than 13.5 km to bighorn range. Trailing should never occur when domestic ewes are in estrus.

Justification.—Many domestic sheep are still trailed between grazing allotments. The Tech Staff recommends that domestic sheep be trucked whenever possible to minimize possible contact with bighorns. Close supervision by herders is essential. The time of trailing also is important. When domestic ewes are in estrus, they will attract bighorn rams from distances >3.2 km. The Tech Staff recommends, therefore, that domestic sheep not be trailed closer than 13.5 km to occupied bighorn habitat. Domestic sheep also should not be trailed when ewes are in estrus, to reduce potential for bighorn sheep contact. This prescription should be included in BLM grazing regulations as part of the supervision and husbandry requirements.

**Specific Recommendation 4: Reintroduction**

Issue.—Ranges formerly occupied by domestic sheep can harbor diseases detrimental to desert bighorn.

Recommendation.—Bighorn sheep should not be reintroduced into areas where domestic sheep have grazed during the previous 4 years.

Justification.—Our concern involves bighorn reintroductions into habitats formerly occupied by domestic sheep. The Tech Staff does not advocate the co-use of bighorn habitat by both bighorn and domestic sheep. Two diseases that could be transmitted to bighorn after domestic sheep have been removed are footrot and soremouth (Jessup 1985, Kistner 1982). Both of these diseases can lie in the soil and, when conditions are right, be transmitted to bighorns. The soremouth virus can remain viable in the soil for 10 to 20 years (Jessup 1985, Lance 1980).

*SUMMARY*

The DBC Tech Staff herein has identified some of the problems associated with bighorn and domestic sheep interactions, and has rec-

ommended procedures that should eliminate or reduce contact between domestic and desert bighorn sheep. These recommendations include: no nose-to-nose contact between bighorn and domestic sheep; a minimum of a 13.5-km-wide buffer strip between ranges used by domestic sheep and bighorns; trucking of domestic sheep in preference to trailing, and no trailing when domestic ewes are in estrus; and no bighorn reintroductions onto areas that have been grazed by domestic sheep during the previous 4 years.

*REFERENCES CITED*

Armentrout, D. J. and W. R. Brigham. 1988. Habitat suitability rating system for desert bighorn sheep in the Basin and Range Province. U.S. Dep. Interior, Bur. Land Manage. Tech. Note 384. 18pp.

Blaisdell, J. A. 1982. Lava beds wrap-up—what did we learn? Desert Bighorn Counc. Trans. 26:32–33.

Bunch, T. D., S. R. Paul, and H. Crutchen. 1978. Chronic sinusitis in the desert bighorn (Ovis canadensis nelsoni). Desert Bighorn Counc. Trans. 22:16–20.

California. 1983. A plan for bighorn sheep in California. Calif. Dep. Fish and Game. 11pp.

Foreyt, W. J. and D. A. Jessup. 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. J. Wildl. Diseases 18:163–168.

Gallizioli, S. 1980. Memo from the Arizona Game and Fish Dep. to Clair M. Whitlock, BLM State Director, Arizona. 3pp.

Goodson, N. 1982. Effects of domestic sheep grazing on bighorn sheep populations: a review. Northern Sheep and Goat Counc. 3:287–313.

Jessup, D. A. 1981. Pneumonia in bighorn sheep: effects on populations. Transactions of Cal-Neva Wildlife (Annual meeting of the Western Section of the Wildlife Society and California-Nevada Chapter of the American Fisheries Society). 72–78pp.

———. 1985. Diseases of domestic livestock which threaten bighorn sheep populations. Desert Bighorn Counc. Trans. 29:29–33.

Kistner, T. P. 1982. Letter to Josh Warburton, BLM, Burns, Oregon. 11pp.

Lance, W. E. 1980. Implications of contagious ecthyma in bighorn sheep. Northern Sheep and Goat Counc. 2:16–18.

Lange, R. E., Jr. 1980. Psoroptic scabies in wildlife in the United States and Canada. Desert Bighorn Counc. Trans. 24:18–20.

Sandoval, A. V. 1988. Bighorn sheep die-off following association with domestic sheep: case history. Desert Bighorn Counc. Trans. 32:36–37.

U.S. Dep. Interior, BLM. 1985. Lahontan resource management plan, Carson City District, Nevada. 150pp.

———. 1988a. Mina habitat management plan, Carson City District, Nevada. 60pp.

———. 1988b. Stillwater habitat management plan, Carson City District, Nevada. 40pp.

Wagner, F. H. 1978. Western rangeland: troubled American resource. Trans. North Amer. Wildl. Conf. 43:453–461.

Weaver, R. A. 1988. Status of bighorn sheep in California, 1987. Desert Bighorn Counc. Trans. 31:20.

BLM_0041046

# RECENT DESERT BIGHORN SHEEP LITERATURE

Berbach, M. W. 1987. The behavior, nutrition, and ecology of a population of reintroduced desert bighorn sheep in the Whipple Mountains, San Bernardino County, California. M.S. Thesis, California State Univ., Pomona. 112pp.

Berger, J. 1990. Persistence of different-sized populations: an empirical assessment of rapid extinctions in bighorn sheep. Conserv. Biol. 4: 91–98.

Bleich, V. 1990. Costs of translocating mountain sheep. Pages 67–75 In P. R. Krausman and N. S. Smith, eds. Managing wildlife in the Southwest. Ariz. Chap. Wildl. Soc., Phoenix.

———, J. D. Wehausen, and S. A. Hall. 1990. Desert-dwelling mountain sheep; conservation implications of a naturally fragmented distribution. Cons. Biol. 4:383–390.

Brundidge, G. 1988. Fatal fall by bighorn lamb. J. Mammal. 68:423–425.

Etchberger, R. C., P. R. Krausman, and R. Mazaika. 1990. Effects of fire on desert bighorn sheep habitat. Pages 53–57 In P. R. Krausman and N. S. Smith, eds. Managing wildlife in the Southwest. Ariz. Chap. Wildl. Soc., Phoenix.

Festa-Bianchet, M. and V. Geist. 1990. Forage characteristics and bighorn sheep phenotype. J. Mammal. 71:697–699.

———. 1989. Survival of male bighorn sheep in southwestern Alberta. J. Wildl. Manage. 53:259–263.

Haas, C. C. 1990. Alternative maternal-care patterns in two herds of bighorn sheep. J. Mammal. 71:24–35.

Haas, S. C. 1990. An analysis of composition, distribution, and habitat use of reintroduced bighorn sheep in Arches National Park, Utah. Natl. Park Serv. Proj. PX 1200-6-0012. 179pp.

Krausman, P. R. 1989. Distribution, status, and conservation of desert bighorn sheep. Pages 91–102 in A. Linn, ed. Symp. the wild sheep of the world. Int. Counc. for Games and Wildl. Conserv., Prague, Czechoslovakia.

Lee, R. M., ed. 1989. The desert bighorn sheep in Arizona. Ariz. Game and Fish Dep., Phoenix. 265pp.

Mazaika, R. 1989. Desert bighorn sheep and nutritional carrying capacity in Pusch Ridge Wilderness, Arizona. M.S. Thesis, Univ. Arizona, Tucson. 25pp.

Murphy, E. C., F. J. Singer, and L. Nichols. 1990. Effects of hunting on survival and productivity of Dall sheep. J. Wildl. Manage. 54: 284–290.

Onderka, D. K. and W. D. Wishart. 1988. Experimental contact transmission of Pasteurella haemolytica from clinically normal domestic sheep causing pneumonia in Rocky Mountain bighorn sheep. J. Wildl. Dis. 24:663–667.

———, S. A. Rawluk, and W. D. Wishart. 1988. Susceptibility of Rocky Mountain bighorn sheep and domestic sheep to pneumonia induced by bighorn and domestic livestock strains of Pasteurella haemolytica. Can. J. Vet. Res. 52:439–444.

Risenhoover, K. L. and J. A. Bailey. 1988. Growth rates and birthing of bighorn sheep in low-elevation environments in Colorado. J. Mammal. 69:592–597.

——— and ———. 1990. A response to "Forage characteristics and bighorn sheep phenotype." J. Mammal. 71:700–701.

Seegmiller, R. F., P. R. Krausman, W. H. Brown, and F. M. Whiting. 1990. Nutritional composition of desert bighorn sheep forage in the Harquahala Mountains, Arizona. Desert Plants 10:87–90.

Shaw, H. G. 1986. Evaluation of desert bighorn sheep reintroductions. Arizona Game and Fish Department. Final Rep. 12pp.

Wakeling, B. F. and W. H. Miller. 1990. A modified habitat suitability index for desert bighorn sheep. Pages 58–66 In P. R. Krausman and N. S. Smith, eds. Managing wildlife in the Southwest. Ariz. Chap. Wildl. Soc., Phoenix.

Compiled by Richard C. Etchberger, School of Renewable Natural Resources, 210 Biological Sciences East, University of Arizona, Tucson, AZ 85721. Material for inclusion on this list should be submitted to the compiler.

# REVIEWERS FOR THE 1990 TRANSACTIONS

| | | |
|---|---|---|
| R. Terry Bowyer | Charles L. Douglas | David Smith |
| Thomas D. Bunch | Doug Humphreys | Steven G. Torres |
| Rick Clark | John R. Morgart | Mark C. Wallace |
| Donald DeYoung | Brenda Smith | Bruce Zoeller |

BLM_0041047

# OBITUARY



**LOWELL SUMNER**
1907–1989

Lowell Sumner, a long-time member of the Desert Bighorn Council and co-editor of *The Desert Bighorn,* died on 1 October 1989 in Silver City, New Mexico. Lowell was born in New York City on 7 December 1907. He spent his early childhood in North Kingston, Rhode Island, then moved to southern California with his family. He attended Pomona High School and Pomona Junior College. He attended the University of California at Berkeley where he received a Master's degree and also worked toward a doctorate.

Almost his entire working career was spent with the National Park Service (NPS). He accomplished important exploratory work in Alaska while attached to the San Francisco Regional Office, and was the senior author of *Birds and Mammals of the Sierra Nevada.* Later he became Chief Research Biologist for the NPS in Washington, D.C. where he retired in 1967. Then he and his wife, Marietta, lived in Friendship, Maine, and Glenwood, New Mexico. Since 1971 they had made their home in Glenwood.

Besides his wife, Lowell is survived by a daughter, Ruth Crandall of San Dimas, California. Memorial services were held in Glenwood on 21 October where Dick Weaver delivered a eulogy as a representative of the Desert Bighorn Council.

Lowell was deeply interested in desert bighorn and constantly worked for their welfare. He carried out bighorn research, especially in Death Valley and Joshua Tree national monuments. He possessed a deeply held conservation ethic, and was widely known as a man of integrity and idealism. He was well-respected by the Desert Bighorn Council; we will miss him.—G. *Monson, 8831 N. Riviem Drive, Tucson, AZ 85737.*

BLM_0041048

# DESERT BIGHORN COUNCIL 1990-1991

## OFFICERS:

| | |
|---|---|
| **Chairman:** | Raul Valdez, New Mexico State University |
| **Vice-chairman:** | Carlos Manterola, National Wildlife Council, Mexico |
| **Past Chairman:** | Jerry L. Wolfe, Colorado Division of Wildlife |
| **Secretary-Treasurer:** | Donald Armentrout, Bureau of Land Management |

## TECHNICAL STAFF:

James A. Blaisdell, William R. **Brigham**, James R. **DeForge**, Mark Jorgensen, Andrew V. Sandoval, J. Juan Spillett, Richard A. Weaver (Chairman), George Welsh

## COMMITTEE CHAIRMEN:

| | |
|---|---|
| **Nominations:** | Andrew V. **Sandoval** |
| **Program:** | Raul Valdez and Carlos Manterola |
| **Arrangements:** | Carlos Manterola |
| **Transactions:** | Paul R. **Krausman** |
| **Publicity:** | William R. Brigham |
| **Burro:** | Michael Coffey |
| **Awards:** | William R. Brigham |
| **Resolutions:** | Richard A. Weaver |



BLM_0041049

# DESERT BIGHORN COUNCIL MEETINGS AND OFFICERS 1957–1990 ANNUAL MEETINGS

| Year | Location | Chairman | Secretary-Treasurer |
|------|----------|----------|---------------------|
| 1957 | Las Vegas, Nevada | M. Clair Aldous | |
| 1958 | Yuma, Arizona | Gale Monson and Warren Kelly | |
| 1959 | Death Valley, California | M. Clair Aldous | Fred Jones |
| 1960 | Las Cruces, New Mexico | Warren Kelly | Fred Jones |
| 1961 | Hermosillo, Sonora, Mexico | Jon Van Den Akker | Ralph Welles |
| 1962 | Grand Canyon, Arizona | James Blaisdell | Charles Hansen |
| 1963 | Las Vegas, Nevada | Al Ray Jonez | Charles Hansen |
| 1964 | Mexicali, Baja Calif., Mexico | Rudolfo Hernandez Corzo | Charles Hansen |
| 1965 | Redlands, California | John D. Goodman | John P. Russo |
| 1966 | Silver City, New Mexico | Cecil Kennedy | John P. Russo |
| 1967 | Kingman, Arizona | Claud Lard | John P. Russo |
| 1968 | Las Vegas, Nevada | Ray Brechbill | John P. Russo |
| 1969 | Monticello, Utah | Ralph and Buddy Welles | W. Glen Bradley |
| 1970 | Bishop, California | William Graf | W. Glen Bradley |
| 1971 | Santa Fe, New Mexico | Richard Weaver | Tillie Barling |
| 1972 | Tucson, Arizona | George W. Welsh | Doris Weaver |
| 1973 | Hawthorne, Nevada | Warren Kelly | Doris Weaver |
| 1974 | Moab, Utah | Carl Mahon | Lanny Wilson |
| 1975 | Indio, California | Bonnar Blong | Lanny Wilson |
| 1976 | Bahia Kino, Mexico | Mario Luis Cossio | Lanny Wilson |
| 1977 | Las Cruces, New Mexico | Jerry Gates | Peter Sanchez |
| 1978 | Kingman, Arizona | Kelly Neal | Peter Sanchez |
| 1979 | Boulder City, Nevada | Bob McQuivey | Peter Sanchez |
| 1980 | St. George, Utah | Carl Mahon | Peter Sanchez |
| 1981 | Kerrville, Texas | Jack Kilpatric | Peter Sanchez |
| 1982 | Borrego Springs, California | Mark Jorgensen | Rick Brigham |
| 1983 | Silver City, New Mexico | Andrew Sandoval | Rick Brigham |
| 1984 | Bullhead City, Arizona | Jim de Vos, Jr. | Rick Brigham |
| 1985 | Las Vegas, Nevada | David E. Pulliam, Jr. | Rick Brigham |
| 1986 | Page, Arizona | Jim Guymon | Bill Dunn |
| 1987 | Van Horn, Texas | Jack Kilpatric | Bill Dunn |
| 1988 | Needles, California | Vernon C. Bleich | Donald Armentrout |
| 1989 | Grand Junction, Colorado | Jerry L. Wolfe | Donald Armentrout |
| 1990 | Hermosillo, Sonora, Mexico | Raul Valdez | Donald Armentrout |

BLM_0041050

# INSTRUCTIONS FOR CONTRIBUTIONS TO THE DESERT BIGHORN COUNCIL TRANSACTIONS

**GENERAL POLICY:** Original papers in the field of desert sheep ecology and management are published in the DESERT BIGHORN COUNCIL TRANSACTIONS. All papers presented at the Council's annual meetings are eligible for publication. Additional papers may be published when reviewed and approved by the Editorial Board. Costs for papers ≥10 printed pages will be charged to the author at the current cost per page unless authorized by the Editorial Board. Papers must be submitted to the Editor at or before the Council's annual meeting to be considered for the current edition of *The Transactions*.

**COPY:** Use good quality white paper 215 × 280 mm (8.5 × 11 inches), or size A4. Do not use "erasable," light weight, or mimeo bond paper. Double space throughout, with 3-cm margins. Do not hyphenate at the right margin. Type the name and complete address of the person who is to receive editorial correspondence in the top left corner of page 1. On succeeding pages type the senior author's last name in the top left corner and the page number in the top right corner. The author's name and affiliation at the time the study was performed follows the title. Present address, if different, should be indicated in a footnote on the first page. Keep 1 copy. Submit 4 good xerographic copies. Do not fold any copy.

**STYLE:** Proceed from a clear statement of purpose through introduction, study area, methods, results, and discussion. Sequence of contents: title, authors, abstract, key words, introduction, study area, methods, results, discussion, literature cited, tables, and figures. Follow the *CBE Style Manual: a guide for authors, editors, and publishers in the biological sciences*, Fifth edition revised and expanded, 1983 (Counc. Biol. Eds., Inc., Bethesda, MD 20814), except for specific style items that differ in recent issues of *The Transactions*. Consult the 1988 TRANSACTIONS and Manuscript guidelines for the Journal of Wildlife Management (J. Wildl. Manage. 52[1, Suppl.]) for example of prevailing style.

**TITLE:** The title should be concise, descriptive, and ≤10 words. Use vernacular names of organisms.

**FOOTNOTES:** Use only for an author's address if it differs from the byline address, and in tables.

**ACKNOWLEDGMENTS:** Include acknowledgments at the end of the introduction as an untitled paragraph.

**SCIENTIFIC NAMES:** Vernacular names of plants and animals should be accompanied by the appropriate scientific names (in parentheses) the first time each is mentioned.

**ABSTRACT:** An abstract of about 1–2 typed lines per typed page of text should accompany all articles. The abstract should be an informative digest of significant content. It should be able to stand alone as a brief statement of problems examined, the most important findings, and their utility.

**KEY WORDS:** Place key words below the abstract. Supply 6–12 key words for indexing: vernacular and scientific names of principal organisms, geographic area, phenomena and entities studied, and methods.

**REFERENCES:** Authors are responsible for accuracy and completeness and must use the style in *The Transactions* since 1986. Avoid unnecessary references. Order multiple references consecutively by date. Show page numbers for quotations, paraphrases, and for citations in books or bulletins unless reference is to the entire publication. Cite unpublished reports only if essential. Include source, paging, type of reproduction, and place unpublished reports are filed parenthetically in the text.

**LITERATURE CITED:** Use capital and lower case letters for authors' last names, initials for given names. Abbreviate titles of serial publications according to references endorsed in the 1983 *CBE* manual, p. 54. Show issue number or month only if pagination is not consecutive throughout the volume. Consult *The Transactions* since 1986 for examples of correct style.

**TABLES:** Prepare tables in keeping with the size of the pages. Tables should be self-explanatory and referenced in the text. Short tables with lists of pertinent comments are preferred to long tables. Start each table on a separate page and continue onto 1 or more pages as necessary. Double space throughout. Omit vertical lines. Identify footnotes by roman letters. Do not show percentages within small samples ($N$ or $n$ ➤ 26).

**ILLUSTRATIONS:** Illustrations and drawings must be in india ink or equivalent on 215 × 280 mm (8.5 × 11 inches) white drafting paper or tracing cloth. Make all letters and numbers large enough to be ≥1.5 mm tall when reduced. Lettering size and style when reduced should be the same in all figures. Only essential photographs for half-tone illustrations will be acceptable. Submit prints of good contrast on glossy paper. Type captions on a separate page in paragraph form. On the back of each illustration, lightly write the senior author's name, figure number, and "Top."

**PROOF:** All papers will be reviewed for acceptability by the Editorial Board and 2 outside reviewers. Submit papers to Dr. Paul R. Krausman, Desert Bighorn Transactions, 108 Biological Sciences East Building, University of Arizona, Tucson, AZ 85721. When papers are returned to authors for revision, please return corrected manuscripts within 30 days. Galley proofs should be returned within 72 hours.

**TRANSMITTAL LETTER:** When the manuscript is submitted, send a letter to the Editor, stating the intent to submit the manuscript exclusively for publication in *The Transactions*. Explain any similarities between information in the manuscript and that in other publications or concurrent manuscripts by the same author(s), and furnish a copy of such manuscripts or publications.

DEPARTMENT OF THE INTERIOR
UNITED STATES GEOLOGICAL SURVEY



GEOLOGIC

QUADRANGLE MAPS

OF THE

UNITED STATES

GEOLOGIC MAP
OF THE
CERRO SUMMIT QUADRANGLE
MONTROSE COUNTY, COLORADO
By
Robert G. Dickinson



QUADRANGLE LOCATION

PUBLISHED BY THE U. S. GEOLOGICAL SURVEY
WASHINGTON, D. C.
1965

MAP GQ-486

BLM_0041052



Search WorldCat

[                                        ]

Search    Advanced Search  Find a Library

| | | | | | |
|---|---|---|---|---|---|
| | | | Cite/Export | Print | E-mail | Share | Permalink |

| | | | | | |
|---|---|---|---|---|---|
| Add to list | Add tags | Write a review | Rate this item: | 1  2  3  4  5 |

## The fishery of the lower Colorado River.

| | | Nearby libraries to 80301 |
|---|---|---|
| Author: | William A Dill | |
| Publisher: | Sacramento : California State Print. Office, 1944. | |
| Edition/Format: | 📗 Print book : English | |
| Database: | WorldCat | |
| Rating: | (not yet rated) | |
| | 0 with reviews - Be the first. | |
| Subjects | Fishes -- Colorado River. | |
| More like this | Similar Items | |

**Nearby libraries to 80301**

Boulder College of Massage Therapy
Boulder, Colorado 80301-3295, United States
< 1 m / km

Southwest Acupuncture College
Boulder, Colorado 80301, United States
2m / 2.3km

Front Range Community College

Librarian? Claim your library

Borrow / obtain a copy

### ▬ Find a copy in the library

| Enter your location: | 80301 | Find libraries |
|---|---|---|

Displaying libraries 1-2 out of 2          Show libraries holding **just this edition**

| Library | Held formats | Distance | |
|---|---|---|---|
| 1. **Northern Arizona University** Cline Library Flagstaff, AZ 86001 United States | 📗 Book | 487 miles MAP IT | Library info Ask a librarian Add to favorites |
| 2. **Ohio State University Libraries** Columbus, OH 43210 United States | 📗 Book | 1100 miles MAP IT | Library info Search at this library Ask a librarian Add to favorites |

### ▬ Details

| Document Type: | Book |
|---|---|
| All Authors / Contributors: | William A Dill |
| | Find more information about: [ William A Dill ▼ ] Go |
| OCLC Number: | 42077115 |
| Notes: | Reprint from California fish and game, v. 30, no. 3, 1944. |

BLM_0041053







# Preliminary Draft Uranium Leasing Program Programmatic Environmental Impact Statement

DOE/EIS 0472-D
May 2012



U.S. DEPARTMENT OF **ENERGY** | Legacy Management

BLM_0041055

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                   *Do Not Distribute*

1    **COVER SHEET**
2
3
4    ***Lead Agency:*** U.S. Department of Energy (DOE)
5
6    ***Cooperating Agencies:*** U.S. Department of Interior, Bureau of Land Management (BLM),
7    Colorado Department of Transportation (CDOT), Colorado Division of Reclamation, Mining,
8    and Safety (CDRMS), Colorado Division of Wildlife (CDOW), U.S. Environmental Protection
9    Agency, Mesa County Commission, Montrose County Commissioners, San Juan County
10   Commission, San Miguel County Board of Commissioners, Southern Ute Tribe, and the Navajo
11   Nation
12
13   ***Title:*** Preliminary Draft Uranium Leasing Program Programmatic Environmental Impact
14   Statement (DOE/EIS-0472D)
15

| For additional information on this Draft Programmatic Environmental Impact Statement (PEIS), contact: | For general information on the DOE National Environmental Policy Act (NEPA) process, contact: |
| --- | --- |
| Dr. Laura Kilpatrick, PEIS Document Manager | Carol M. Borgstrom, Director |
| Office of Legacy Management | Office of NEPA Policy and Compliance |
| U.S. Department of Energy | U.S. Department of Energy |
| 11025 Dover Street, Suite 1000 | 1000 Independence Avenue, SW |
| Westminster, CO 80021 | Washington, DC 20585 |
| Telephone: (720) 880-4338 | Telephone: (202) 585-4600, or leave a message |
| Fax: (720) 377-3829 | At 1-800-472-2756 |
| Email: ulpeis@anl.gov | |

16
17   ***Abstract:*** The U.S. Department of Energy (DOE) has prepared this Draft *Uranium Leasing*
18   *Program Programmatic Environmental Impact Statement* (Draft ULP PEIS) pursuant to the
19   National Environmental Policy Act of 1969 (NEPA), the Council on Environmental Quality's
20   (CEQ's) NEPA regulations (40 CFR Parts 1500–1508), and DOE's NEPA implementing
21   procedures (10 CFR Part 1021), to analyze the reasonably foreseeable environmental impacts,
22   including the site-specific impacts, of the range of reasonable alternatives for the management of
23   the ULP. DOE's ULP administers 31 tracts of land covering an aggregate of approximately
24   25,000 acres (10,000 ha) in Mesa, Montrose, and San Miguel Counties in western Colorado for
25   exploration, mine development and operations, and reclamation of uranium mines. There are
26   currently 29 existing leases; two of the lease tracts have not been leased.
27
28          DOE has evaluated five alternatives that address the range of reasonable alternatives for
29   the management of the ULP. These alternatives address the range of reasonable options, which
30   involve terminating the leases and conducting reclamation where needed, with DOE continuing
31   to maintain oversight of the lands; terminating the leases and conducting reclamation where
32   needed, restoring the lands to public domain under BLM's administrative control and
33   terminating the DOE ULP; and continuing the ULP with associated exploration, mine
34   development and operations, and reclamation at some or all of the 31 lease tracts.
35

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                   *Do Not Distribute*

1   **Preferred Alternative:** DOE's preferred alternative is for continued management of the ULP
2   with exploration, mine development and operations, and reclamation at the 31 lease tracts for the
3   next 10-year period or for another reasonable period of time. This alternative is discussed in this
4   Draft PEIS as Alternative 4.
5
6   **Public Comments:** DOE issued a Notice of Intent (NOI) to prepare the ULP PEIS in the *Federal*
7   *Register* on June 21, 2011, and a supplement was issued on July 21, 2011, to announce the four
8   public scoping meetings and their locations and to announce the extension of the public scoping
9   period to September 9, 2011. Meetings were held in Montrose, Naturita, and Telluride in
10  Colorado and in Monticello, Utah. DOE has used all input received during the scoping process to
11  prepare this Draft ULP PEIS.
12
13  A 90-day public comment period on this Draft ULP PEIS begins with the publication of the EPA
14  Notice of Availability in the *Federal Register*. This Draft ULP PEIS is available on the ULP web
15  site at http://ulpeis.anl.gov and on the DOE NEPA web site at http://nepa.energy.gov. DOE will
16  consider all comments postmarked or received during the comment period in preparing the Final
17  ULP PEIS. DOE will consider any comments postmarked after the comment period to the extent
18  practicable. The locations and times of the public hearings on the Draft ULP PEIS will be
19  identified in the *Federal Register* and through other media, such as local press notices. In
20  addition to the public hearings, multiple mechanisms for submitting comments on the Draft ULP
21  PEIS are available.
22
23

        *Web site:*    http://ulpeis.anl.gov

        *U.S. mail:*    Laura Kilpatrick, PEIS Document Manager
                       Office of Legacy Management
                       U.S. Department of Energy
                       11025 Dover Street, Suite 1000
                       Westminster, CO 80021

        *Email:*    ulpeis@anl.gov

24

BLM_0041057

# CONTENTS

NOTATION ............................................................................................................. xxvii

CONVERSION TABLE .......................................................................................... xxxv

1   INTRODUCTION ............................................................................................   1-1

    1.1   Background .............................................................................................   1-1
    1.2   Current Status of the ULP.....................................................................   1-4
        1.2.1   Lease Requirements ..................................................................   1-9
    1.3   Purpose and Need for Agency Action .................................................   1-10
    1.4   Proposed Action ...................................................................................   1-11
    1.5   Scope of This Draft PEIS.....................................................................   1-11
    1.6   NEPA Process for the ULP ..................................................................   1-13
        1.6.1   Public Participation on the PEIS...............................................   1-13
        1.6.2   Comments Determined To Be within PEIS Scope .....................   1-14
        1.6.3   Comments Determined To Be outside PEIS Scope.....................   1-15
    1.7   Other Related Federal Actions .............................................................   1-17
        1.7.1   Draft Denison Mines Sunday Mines Complex Assessment ......   1-17
        1.7.2   Draft Programmatic Environmental Impact Statement and Possible
                Land Use Plan Amendments for Allocation of Oil Shale and Tar
                Sands Resources on Lands Administered by the Bureau of Land
                Management in Colorado, Utah, and Wyoming .........................   1-17
    1.8   Consultation .........................................................................................   1-18
    1.9   Cooperating Agencies...........................................................................   1-19
    1.10 Organization of This Draft PEIS...........................................................   1-20

2   PROPOSED ACTION AND ALTERNATIVES ...............................................   2-1

    2.1   Uranium Mining Methods and Phases...................................................   2-3
        2.1.1   Exploration................................................................................   2-3
        2.1.2   Mine Development and Operations ...........................................   2-4
              2.1.2.1   Surface-Plant Area Construction and Operations......   2-5
              2.1.2.2   Underground Mining Operations..............................   2-11
              2.1.2.3   Surface Open-Pit Mining Operations .......................   2-12
        2.1.3   Reclamation................................................................................   2-13
        2.1.4   Ore Processing ...........................................................................   2-13
              2.1.4.1   Piñon Ridge Mill......................................................   2-14
              2.1.4.2   White Mesa Mill .......................................................   2-14
    2.2   Five Alternatives Evaluated..................................................................   2-15
        2.2.1   Alternative 1...............................................................................   2-15
              2.2.1.1   Basis for Impacts Analyses for Alternatives 1 and 2..   2-17
        2.2.2   Alternative 2...............................................................................   2-18

BLM_0041058

# CONTENTS (Cont.)

|   |   |   |   |   |
|---|---|---|---|---|
| 4 | | 2.2.3 | Alternative 3 | 2-19 |
| 5 | | | 2.2.3.1 Basis for Impacts Analyses for Alternative 3 | 2-21 |
| 6 | | 2.2.4 | Alternative 4 | 2-23 |
| 7 | | | 2.2.4.1 Basis for Impact Analyses for Alternative 4 | 2-24 |
| 8 | | 2.2.5 | Alternative 5 | 2-26 |
| 9 | | | 2.2.5.1 Basis for Impacts Analyses for Alternative 5 | 2-27 |
| 10 | 2.3 | Alternatives Considered but Not Evaluated in Detail | | 2-28 |
| 11 | 2.4 | Summary and Comparison of the Potential Impacts from the Five Alternatives | | 2-29 |
| 12 | | 2.4.1 | Air Quality | 2-29 |
| 13 | | 2.4.2 | Acoustic Environment | 2-45 |
| 14 | | 2.4.3 | Soil Resources | 2-46 |
| 15 | | 2.4.4 | Water Resources | 2-47 |
| 16 | | 2.4.5 | Human Health | 2-47 |
| 17 | | 2.4.6 | Ecological Resources | 2-50 |
| 18 | | | 2.4.6.1 Vegetation | 2-50 |
| 19 | | | 2.4.6.2 Wildlife | 2-51 |
| 20 | | | 2.4.6.3 Aquatic Biota | 2-51 |
| 21 | | | 2.4.6.4 Threatened, Endangered, and Sensitive Species | 2-52 |
| 22 | | 2.4.7 | Land Use | 2-52 |
| 23 | | 2.4.8 | Socioeconomics | 2-52 |
| 24 | | 2.4.9 | Environmental Justice | 2-53 |
| 25 | | 2.4.10 | Transportation | 2-53 |
| 26 | | 2.4.11 | Cultural Resources | 2-54 |
| 27 | | 2.4.12 | Visual Resources | 2-55 |
| 28 | | 2.4.13 | Waste Management | 2-56 |
| 29 | | 2.4.14 | Cumulative Impacts | 2-57 |
| 30 | 2.5 | Irreversible and Irretrievable Commitment of Resources | | 2-57 |
| 31 | 2.6 | Preferred Alternative Identified | | 2-58 |
| 33 | 3 | AFFECTED ENVIRONMENT | | 3-1 |
| 35 | 3.1 | Air Quality | | 3-1 |
| 36 | | 3.1.1 | Climate | 3-1 |
| 37 | | | 3.1.1.1 General Climate | 3-1 |
| 38 | | | 3.1.1.2 Wind | 3-2 |
| 39 | | | 3.1.1.3 Temperature | 3-4 |
| 40 | | | 3.1.1.4 Precipitation | 3-4 |
| 41 | | | 3.1.1.5 Severe Weather | 3-6 |
| 42 | | 3.1.2 | Existing Air Emissions | 3-7 |
| 43 | | 3.1.3 | Existing Air Quality | 3-9 |
| 44 | | 3.1.4 | Regulatory Environment | 3-12 |
| 45 | | | 3.1.4.1 Prevention of Significant Deterioration | 3-12 |

BLM_0041059

# CONTENTS (Cont.)

3.1.4.2 Visibility Protection ....................................................................... 3-14
3.1.4.3 General Conformity ....................................................................... 3-15
3.2 Acoustic Environment ....................................................................................... 3-15
3.2.1 Sound Fundamentals .............................................................................. 3-15
3.2.2 Background Noise Levels ....................................................................... 3-17
3.2.3 Noise Regulations .................................................................................. 3-17
3.3 Geological Setting and Soil Resources ............................................................. 3-17
3.3.1 Geological Setting .................................................................................. 3-17
3.3.1.1 Physiography ................................................................................. 3-17
3.3.1.2 Bedrock Geology ........................................................................... 3-21
3.3.1.3 Seismicity ...................................................................................... 3-25
3.3.1.4 Site Geology .................................................................................. 3-27
3.3.2 Soil Resources ....................................................................................... 3-32
3.3.2.1 Gateway Lease Tracts .................................................................... 3-34
3.3.2.2 Uravan Lease Tracts ...................................................................... 3-34
3.3.2.3 Paradox Lease Tracts ..................................................................... 3-34
3.3.2.4 Slick Rock Lease Tracts ................................................................. 3-38
3.4 Water Resources ................................................................................................ 3-40
3.4.1 Surface Water ........................................................................................ 3-42
3.4.2 Groundwater .......................................................................................... 3-47
3.4.3 Water Management ................................................................................. 3-52
3.5 Human Health .................................................................................................... 3-53
3.6 Ecological Resources ......................................................................................... 3-56
3.6.1 Vegetation .............................................................................................. 3-56
3.6.2 Wildlife .................................................................................................. 3-74
3.6.2.1 Amphibians and Reptiles ............................................................... 3-75
3.6.2.2 Birds .............................................................................................. 3-75
3.6.2.3 Mammals ....................................................................................... 3-90
3.6.3 Aquatic Biota ......................................................................................... 3-111
3.6.4 Threatened, Endangered, and Sensitive Species .................................... 3-113
3.6.4.1 Species Listed under the Endangered Species Act ........................ 3-130
3.6.4.2 Sensitive Species Not Listed under the Endangered
Species Act .................................................................................... 3-140
3.7 Land Use ............................................................................................................ 3-142
3.7.1 Specially Designated Areas and Lands with Wilderness
Characteristics ....................................................................................... 3-143
3.7.2 Agriculture ............................................................................................. 3-143
3.7.3 Rangeland Resources ............................................................................. 3-147
3.7.3.1 Livestock Grazing .......................................................................... 3-147
3.7.3.2 Wild Horse and Burros .................................................................. 3-148
3.7.4 Mineral Resources and Mining .............................................................. 3-149
3.7.4.1 Uranium ......................................................................................... 3-149

*v*

BLM_0041060

# CONTENTS (Cont.)

|  |  |  |
|---|---|---|
| | 3.7.4.2 | Coal | 3-149 |
| | 3.7.4.3 | Oil and Gas Leasing | 3-152 |
| | 3.7.4.4 | Other Mineral Materials | 3-153 |
| 3.7.5 | Timber Harvest | | 3-153 |
| 3.7.6 | Recreation | | 3-154 |
| 3.8 | Socioeconomics | | 3-154 |
| | 3.8.1 | Economic Environment | 3-155 |
| | | 3.8.1.1 ROI Employment and Unemployment | 3-155 |
| | | 3.8.1.2 Employment by Sector | 3-156 |
| | | 3.8.1.3 Personal Income | 3-156 |
| | 3.8.2 | Social Environment | 3-161 |
| | | 3.8.2.1 Population | 3-161 |
| | | 3.8.2.2 ROI Housing | 3-162 |
| | | 3.8.2.3 ROI Community and Social Services | 3-162 |
| | 3.8.3 | Recreation and Tourism Economy | 3-165 |
| 3.9 | Environmental Justice | | 3-168 |
| 3.10 | Transportation | | 3-171 |
| 3.11 | Cultural Resources | | 3-175 |
| | 3.11.1 Cultural History of Southwestern Colorado | | 3-177 |
| | 3.11.2 Cultural Resource Inventories | | 3-181 |
| | 3.11.3 Traditional Cultural Properties | | 3-188 |
| 3.12 | Visual Resources | | 3-190 |
| | 3.12.1 Regional Setting | | 3-190 |
| | 3.12.2 Lease Tract Areas | | 3-197 |
| | | 3.12.2.1 North Group | 3-197 |
| | | 3.12.2.2 North Central Group and South Central Group | 3-200 |
| | | 3.12.2.3 South Group | 3-202 |
| | 3.12.3 Visual Resource Management | | 3-202 |
| 3.13 | Waste Management | | 3-208 |
| **4** | **ENVIRONMENTAL IMPACTS** | | **4-1** |
| 4.1 | Alternative 1 | | 4-1 |
| | 4.1.1 Air Quality | | 4-1 |
| | 4.1.2 Acoustic Environment | | 4-2 |
| | 4.1.3 Soil Resources | | 4-4 |
| | | 4.1.3.1 Potential Soil Impacts Common to All Alternatives | 4-4 |
| | 4.1.4 Water Resources | | 4-8 |
| | 4.1.5 Human Health | | 4-9 |
| | | 4.1.5.1 Worker Exposure – Reclamation Workers | 4-10 |
| | | 4.1.5.2 General Public Exposure – Residential Scenario | 4-11 |
| | | 4.1.5.3 General Public Exposure – Recreationist Scenario | 4-14 |

BLM_0041061

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                   *Do Not Distribute*

**CONTENTS (Cont.)**

4.1.5.4   General Public Exposure – Individual Receptor Entering an Inactive Underground Mine Portal ......................................... 4-15
4.1.6   Ecological Resources ............................................................. 4-16
  4.1.6.1   Vegetation ...................................................................... 4-16
  4.1.6.2   Wildlife .......................................................................... 4-17
  4.1.6.3   Aquatic Biota ................................................................. 4-19
  4.1.6.4   Threatened, Endangered, and Sensitive Species ........................ 4-19
4.1.7   Land Use ............................................................................. 4-34
4.1.8   Socioeconomics .................................................................... 4-35
  4.1.8.1   Recreation and Tourism ................................................... 4-35
4.1.9   Environmental Justice ............................................................ 4-37
4.1.10  Transportation ...................................................................... 4-38
4.1.11  Cultural Resources ................................................................ 4-38
4.1.12  Visual Resources .................................................................. 4-41
  4.1.12.1  Vegetation and Landform Alterations ................................. 4-42
  4.1.12.2  Removal of Structures and On-Site Materials ...................... 4-43
  4.1.12.3  Roads .......................................................................... 4-43
  4.1.12.4  Workers, Vehicles, and Equipment ................................... 4-44
  4.1.12.5  Lighting ........................................................................ 4-44
  4.1.12.6  Impacts on Lands surrounding the Lease Tract Areas ............ 4-44
4.2   Alternative 2 ............................................................................... 4-54
  4.2.1   Air Quality .......................................................................... 4-54
  4.2.2   Acoustic Environment ........................................................... 4-54
  4.2.3   Soil Resources ..................................................................... 4-55
  4.2.4   Water Resources .................................................................. 4-55
  4.2.5   Human Health ...................................................................... 4-55
  4.2.6   Ecological Resources ............................................................ 4-55
    4.2.6.1   Vegetation .................................................................... 4-55
    4.2.6.2   Wildlife ........................................................................ 4-55
    4.2.6.3   Aquatic Biota ................................................................ 4-56
    4.2.6.4   Threatened, Endangered, and Sensitive Species ................... 4-56
  4.2.7   Land Use ............................................................................ 4-56
  4.2.8   Socioeconomics ................................................................... 4-56
  4.2.9   Environmental Justice ........................................................... 4-56
  4.2.10  Transportation ..................................................................... 4-57
  4.2.11  Cultural Resources ............................................................... 4-57
  4.2.12  Visual Resources ................................................................. 4-57
  4.2.13  Waste Management ............................................................... 4-57
4.3   Alternative 3 ............................................................................... 4-57
  4.3.1   Air Quality .......................................................................... 4-58
    4.3.1.1   Exploration .................................................................... 4-58
    4.3.1.2   Mine Development and Operations .................................... 4-58

*vii*

BLM_0041062

# CONTENTS (Cont.)

| | | | | |
|---|---|---|---|---|
| | | 4.3.1.3 | Reclamation | 4-60 |
| | 4.3.2 | Acoustic Environment | | 4-61 |
| | | 4.3.2.1 | Exploration | 4-61 |
| | | 4.3.2.2 | Mine Development and Operations | 4-61 |
| | | 4.3.2.3 | Reclamation | 4-64 |
| | 4.3.3 | Soil Resources | | 4-64 |
| | | 4.3.3.1 | Exploration | 4-64 |
| | | 4.3.3.2 | Mine Development and Operations | 4-65 |
| | | 4.3.3.3 | Reclamation | 4-65 |
| | 4.3.4 | Water Resources | | 4-65 |
| | | 4.3.4.1 | Exploration | 4-66 |
| | | 4.3.4.2 | Mine Development and Operations | 4-66 |
| | | 4.3.4.3 | Reclamation | 4-68 |
| | 4.3.5 | Human Health | | 4-68 |
| | | 4.3.5.1 | Worker Exposure – Uranium Miners | 4-69 |
| | | 4.3.5.2 | Worker Exposure – Reclamation Workers | 4-71 |
| | | 4.3.5.3 | General Public Exposure – Resident Scenario | 4-71 |
| | | 4.3.5.4 | General Public Exposure – Recreationist Scenario | 4-78 |
| | 4.3.6 | Ecological Resources | | 4-79 |
| | | 4.3.6.1 | Vegetation | 4-79 |
| | | 4.3.6.2 | Wildlife | 4-81 |
| | | 4.3.6.3 | Aquatic Biota | 4-89 |
| | | 4.3.6.4 | Threatened, Endangered, and Sensitive Species | 4-91 |
| | 4.3.7 | Land Use | | 4-110 |
| | 4.3.8 | Socioeconomics | | 4-110 |
| | | 4.3.8.1 | Recreation and Tourism | 4-112 |
| | 4.3.9 | Environmental Justice | | 4-115 |
| | | 4.3.9.1 | Exploration | 4-115 |
| | | 4.3.9.2 | Mine Development and Operations | 4-115 |
| | | 4.3.9.3 | Reclamation | 4-116 |
| | 4.3.10 | Transportation | | 4-117 |
| | | 4.3.10.1 | General Approach and Assumptions | 4-117 |
| | | 4.3.10.2 | Routine Transportation Risk | 4-117 |
| | | 4.3.10.3 | Accident Transportation Risk | 4-124 |
| | | 4.3.10.4 | Accidental Release of Uranium during Transportation | 4-125 |
| | 4.3.11 | Cultural Resources | | 4-125 |
| | | 4.3.11.1 | Exploration | 4-126 |
| | | 4.3.11.2 | Mine Development and Operations | 4-127 |
| | | 4.3.11.3 | Reclamation | 4-129 |
| | 4.3.12 | Visual Resources | | 4-129 |
| | | 4.3.12.1 | Exploration | 4-129 |
| | | 4.3.12.2 | Mine Development and Operations | 4-130 |

BLM_0041063

# CONTENTS (Cont.)

| | | |
|---|---|---|
| 4.3.12.3 | Reclamation | 4-133 |
| 4.3.12.4 | Impacts on Surrounding Lands | 4-134 |
| 4.3.13 | Waste Management | 4-141 |
| 4.4 | Alternative 4 | 4-142 |
| 4.4.1 | Air Quality | 4-142 |
| 4.4.1.1 | Exploration | 4-142 |
| 4.4.1.2 | Mine Development and Operations | 4-142 |
| 4.4.1.3 | Reclamation | 4-144 |
| 4.4.2 | Acoustic Environment | 4-144 |
| 4.4.2.1 | Exploration | 4-145 |
| 4.4.2.2 | Mine Development and Operations | 4-145 |
| 4.4.2.3 | Reclamation | 4-147 |
| 4.4.3 | Soil Resources | 4-147 |
| 4.4.3.1 | Exploration | 4-147 |
| 4.4.3.2 | Mine Development and Operations | 4-147 |
| 4.4.3.3 | Reclamation | 4-148 |
| 4.4.4 | Water Resources | 4-148 |
| 4.4.4.1 | Exploration | 4-148 |
| 4.4.4.2 | Mine Development and Operations | 4-148 |
| 4.4.4.3 | Reclamation | 4-148 |
| 4.4.5 | Human Health | 4-149 |
| 4.4.5.1 | Worker Exposure – Uranium Miners | 4-149 |
| 4.4.5.2 | Worker Exposure – Reclamation Workers | 4-150 |
| 4.4.5.3 | General Public Exposure – Residential Scenario | 4-150 |
| 4.4.5.4 | General Public Exposure – Recreationist Scenario | 4-155 |
| 4.4.6 | Ecological Resources | 4-155 |
| 4.4.6.1 | Vegetation | 4-155 |
| 4.4.6.2 | Wildlife | 4-156 |
| 4.4.6.3 | Aquatic Biota | 4-157 |
| 4.4.6.4 | Threatened, Endangered, and Sensitive Species | 4-157 |
| 4.4.7 | Land Use | 4-157 |
| 4.4.8 | Socioeconomics | 4-159 |
| 4.4.8.1 | Recreation and Tourism | 4-160 |
| 4.4.9 | Environmental Justice | 4-161 |
| 4.4.9.1 | Exploration | 4-161 |
| 4.4.9.2 | Mine Development and Operations | 4-161 |
| 4.4.9.3 | Reclamation | 4-161 |
| 4.4.10 | Transportation | 4-161 |
| 4.4.10.1 | Routine Transportation Risk | 4-162 |
| 4.4.10.2 | Accident Transportation Risk | 4-164 |
| 4.4.11 | Cultural Resources | 4-165 |
| 4.4.12 | Visual Resources | 4-166 |

BLM_0041064

1
**CONTENTS (Cont.)**
2
3

4     4.4.12.1 Exploration, Mine Development and Operations,
5          and Reclamation ................................................................4-166
6     4.4.12.2 Impacts on Surrounding Lands .......................................4-166
7   4.4.13 Waste Management..........................................................................4-178
8 4.5 Alternative 5..........................................................................................................4-178
9   4.5.1 Air Quality ..........................................................................................4-178
10     4.5.1.1 Exploration.......................................................................4-178
11     4.5.1.2 Mine Development and Operations ..................................4-178
12     4.5.1.3 Reclamation .....................................................................4-179
13   4.5.2 Acoustic Environment ........................................................................4-181
14     4.5.2.1 Exploration.......................................................................4-181
15     4.5.2.2 Mine Development and Operations ..................................4-181
16     4.5.2.3 Reclamation .....................................................................4-183
17   4.5.3 Soil Resources.....................................................................................4-183
18   4.5.4 Water Resources .................................................................................4-183
19     4.5.4.1 Exploration.......................................................................4-183
20     4.5.4.2 Mine Development and Operations ..................................4-183
21     4.5.4.3 Reclamation .....................................................................4-184
22   4.5.5 Human Health .....................................................................................4-184
23     4.5.5.1 Worker Exposure – Uranium Miners...............................4-184
24     4.5.5.2 Worker Exposure – Reclamation Workers ......................4-185
25     4.5.5.3 General Public Exposure – Residential Scenario ...........4-186
26     4.5.5.4 General Public Exposure – Recreationist Scenario.........4-191
27   4.5.6 Ecological Resources ..........................................................................4-191
28     4.5.6.1 Vegetation ........................................................................4-191
29     4.5.6.2 Wildlife ............................................................................4-192
30     4.5.6.3 Aquatic Biota ...................................................................4-193
31     4.5.6.4 Threatened, Endangered, and Sensitive Species.............4-193
32   4.5.7 Land Use .............................................................................................4-193
33   4.5.8 Socioeconomics ..................................................................................4-194
34     4.5.8.1 Recreation and Tourism ..................................................4-195
35   4.5.9 Environmental Justice ........................................................................4-195
36     4.5.9.1 Exploration.......................................................................4-195
37     4.5.9.2 Mine Development and Operations ..................................4-196
38     4.5.9.3 Reclamation .....................................................................4-196
39   4.5.10 Transportation ...................................................................................4-196
40     4.5.10.1 Routine Transportation Risk ...........................................4-197
41     4.5.10.2 Accident Transportation Risk .........................................4-199
42   4.5.11 Cultural Resources .............................................................................4-199
43   4.5.12 Visual Resources ...............................................................................4-200
44     4.5.12.1 Exploration, Mine Development and Operations,
45          and Reclamation ................................................................4-201

BLM_0041065

# CONTENTS (Cont.)

4.5.12.2  Impacts on Surrounding Lands ....................................................4-201
4.5.12.3  Potential Mitigation Measures ...................................................4-201
4.5.13  Waste Management......................................................................4-201
4.6  Best Management Practices .....................................................................4-201
4.6.1  Air Quality and Noise .................................................................4-202
4.6.2  Soil Resources ............................................................................4-202
4.6.3  Water Resources ........................................................................4-203
4.6.4  Ecological Resources ..................................................................4-204
4.6.5  Human Health ............................................................................4-205
4.6.6  Transportation............................................................................4-205
4.6.7  Cultural Resources ......................................................................4-206
4.6.8  Visual Resources.........................................................................4-206
4.7  Cumulative Impacts .................................................................................4-207
4.7.1  Reasonably Foreseeable Future Actions ....................................4-208
4.7.1.1  Piñon Ridge Mill.........................................................4-208
4.7.1.2  Planned Uranium Exploration ....................................4-211
4.7.1.3  Coal Mining.................................................................4-214
4.7.1.4  Fry Canyon Mill CERCLA Remediation ...................4-214
4.7.1.5  Reforestation Projects ................................................4-216
4.7.1.6  Western Area Power Administration ROW Maintenance..........4-217
4.7.1.7  Reconstruction of the Hanging Flume Replica............4-217
4.7.1.8  Construction of Agricultural Water Facilities  ...........4-217
4.7.1.9  Other Future Projects..................................................4-218
4.7.2  Past and Present Actions ............................................................4-219
4.7.2.1  White Mesa Mill ........................................................4-219
4.7.2.2  Uranium Mining .........................................................4-221
4.7.2.3  Coal and Other Mineral Mining .................................4-227
4.7.2.4  Oil and Gas Exploration and Extraction ....................4-228
4.7.2.5  Long-Term Grazing Permits and Allotments .............4-228
4.7.2.6  Power Generation and Transmission ..........................4-230
4.7.2.7  Potash Exploration......................................................4-232
4.7.2.8  Lisbon Natural Gas Processing Plant .........................4-232
4.7.2.9  Paradox Valley Desalinization Plant ..........................4-233
4.7.2.10 Cameo Station Power Plant ........................................4-233
4.7.3  Cumulative Impacts from the Proposed Action.........................4-233

5  APPLICABLE LAWS AND REQUIREMENTS ....................................................   5-1

5.1  Background .................................................................................................   5-1
5.2  Applicable Federal Laws and Regulations ................................................   5-2
5.3  Applicable Executive Orders .....................................................................   5-7
5.4  Applicable U.S. Department of Energy Directives.................................... 5-10

BLM_0041066

**CONTENTS (Cont.)**

5.5   State of Colorado Environmental Laws ................................................................. 5-12
5.6   County Environmental Ordinances and Plans ........................................................ 5-15

6   CONSULTATION PROCESS FOR THE DOE ULP PEIS .......................................... 6-1

6.1   Tribal Government to Government Consultation ..................................................... 6-1
6.2   Consultation with the U.S. Fish and Wildlife Service ............................................ 6-2

7   INDEX ............................................................................................................................ 7-1

8   REFERENCES ................................................................................................................ 8-1

APPENDIX A:   Examples of Existing Leases for the Uranium Leasing Program ................. A-1

APPENDIX B:   Summary of the Public Scoping Process for the ULP PEIS ........................ B-1

APPENDIX C:   Emission Inventories, Costs, and Other Estimates Used as a Basis
                        for the ULP PEIS Impact Analyses .............................................................. C-1

APPENDIX D:   Impact Assessment Methodologies .............................................................. D-1

APPENDIX E:   Species Accounts for Species Listed under the Endangered Species Act .... E-1

APPENDIX F:   List of Preparers ............................................................................................ F-1

APPENDIX G:   Contractor Disclosure Statement .................................................................. G-1

**FIGURES**

1.4-1   Locations of the 31 Lease Tracts To Be Managed under Alternative 4,
             DOE's Preferred Alternative ......................................................................... 1-12

1.6-1   NEPA Process for This PEIS .............................................................................. 1-13

2-1      Thirteen Human Health and Environmental Resource Areas That Are
             Evaluated for Potential Impacts from Exploration, Mine Development
             and Operations, and Reclamation ..................................................................... 2-2

2.1-1   Photograph of Mine Plant Surface Configuration at Lease Tract 5 ........................ 2-6

BLM_0041067

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                    *Do Not Distribute*

# FIGURES (Cont.)

2.1-2    Photograph of Mine Plant Surface Configuration at Lease Tract 7 ........................ 2-7

2.1-3    Photograph of Mine Plant Surface Configuration at Lease Tract 8 ....................... 2-8

2.1-4    Photograph of Mine Plant Surface Configuration at Lease Tract 13A ................. 2-9

2.1-5    Schematic of a Generic Mine Plant Surface Configuration ................................... 2-10

2.2-1    Locations of Lease Tracts Evaluated under Alternatives 1 and 2 ........................... 2-16

2.2-2    Locations of Lease Tracts Evaluated under Alternative 3 ..................................... 2-20

3.1-1    Wind Roses at the Proposed Piñon Ridge Mill, Montrose County,
         Colorado, April 2008–March 2011: (a) Site 1, 33-ft Level and
         (b) Site 2, 98-ft Level ............................................................................................ 3-3

3.1-2    Monitored $PM_{10}$ Concentrations at Sites 1 and 2 of the Proposed Piñon
         Ridge Mill, April 2008–March 2010 ...................................................................... 3-13

3.3-1    Physiographic Map of the Colorado Plateau ........................................................ 3-19

3.3-2    Physiographic Features of the Canyon Lands Section ........................................... 3-20

3.3-3    Geologic Map of the Uravan Mineral Belt Region ................................................ 3-22

3.3-4    Generalized Stratigraphy of the Paradox Basin ..................................................... 3-23

3.3-5    Extent of the Uravan Mineral Belt ......................................................................... 3-26

3.3-6    Topography of the Gateway Lease Tracts Area ...................................................... 3-28

3.3-7    Topography of the Uravan Lease Tracts Area ........................................................ 3-29

3.3-8    Topography of the Paradox Lease Tracts Area ...................................................... 3-31

3.3-9    Topography of the Slick Rock Lease Tracts Area .................................................. 3-33

3.3-10   Soils within and around the Gateway Lease Tracts ............................................... 3-35

3.3-11   Soils within and around the Uravan Lease Tracts ................................................. 3-36

3.3-12   Soils within and around the Paradox Lease Tracts ................................................ 3-37

*xiii*

BLM_0041068

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                    *Do Not Distribute*

**FIGURES (Cont.)**

3.3-13    Soils within and around the Slick Rock Lease Tracts ............................................. 3-39

3.4-1     Average Annual Precipitation in Colorado from 1961–1990 ................................. 3-41

3.4-2     Map of Surface Water Features in the Region of the DOE ULP Lease Tracts ...... 3-43

3.4-3     Seasonal Hydrograph and Monthly Discharge Values in the Dolores River
          near Bedrock, Colorado, 1990–2010 ........................................................ 3-44

3.4-4     Seasonal Hydrograph and Monthly Discharge Values in the San Miguel River
          near Uravan, Colorado, 1990–2010 ........................................................... 3-45

3.4-5     Conceptual Diagram of the Hydrogeologic Stratigraphy of the Paradox Basin ..... 3-49

3.5-1     Location of the Proposed Piñon Ridge Mill ............................................... 3-55

3.6-1     Ecoregions in the Vicinity of DOE ULP Lease Tracts ........................................... 3-59

3.6-2     Land Cover Types in the Vicinity of DOE ULP Lease Tracts ............................... 3-61

3.6-3     Snow Goose Activity Areas within the Three-County Study Area
          That Encompasses the Lease Tract Boundaries ....................................... 3-79

3.6-4     Wild Turkey Activity Areas within the Three-County Study Area
          That Encompasses the Lease Tract Boundaries ....................................... 3-91

3.6-5     American Black Bear Activity Areas within the Three-County Study Area
          That Encompasses the Lease Tract Boundaries ....................................... 3-95

3.6-6     Bighorn Sheep Activity Areas within the Three-County Study Area
          That Encompasses the Lease Tract Boundaries ....................................... 3-97

3.6-7     Elk Activity Areas within the Three-County Study Area That
          Encompasses the Lease Tract Boundaries ............................................. 3-100

3.6-8     Mule Deer Activity Areas within the Three-County Study Area
          That Encompasses the Lease Tract Boundaries ....................................... 3-102

3.6-9     Pronghorn Activity Areas within the Three-County Study Area
          That Encompasses the Lease Tract Boundaries ....................................... 3-104

BLM_0041069

*Preliminary Draft PEIS*        *PEIS Privileged Information*        *May 2012*
*PEIS Team Use Only*          *Do Not Distribute*

**FIGURES (Cont.)**

3.6-10   Locations of Designated Critical Habitat for the Colorado River
Endangered Fishes in the Vicinity of the ULP Lease Tracts ..................................3-133

3.6-11   Distribution of Potentially Suitable Habitat for the Gunnison
Sage-Grouse in the Vicinity of the ULP Lease Tracts...........................................3-135

3.6-12   Recorded Occurrences and Distribution of Potentially Suitable Habitat
for the Mexican Spotted Owl in the Vicinity of the ULP Lease Tracts.................3-136

3.6-13   Distribution of Potentially Suitable Habitat for the Southwestern
Willow Flycatcher in the Vicinity of the ULP Lease Tracts ..................................3-138

3.6-14   Distribution of Potentially Suitable Habitat for the Western Yellow-Billed
Cuckoo and Canada Lynx in the Vicinity of the ULP Lease Tracts.......................3-139

3.6-15   Distribution of Potentially Suitable Habitat for the Gunnison's
Prairie Dog in the Vicinity of the ULP Lease Tracts.............................................3-141

3.7-1   Specially Designated Areas on Public Lands near the ULP Lease Tracts..............3-144

3.7-2   Land Use and Land Cover within 25 mi of the ULP Lease Tracts.........................3-146

3.7-3   Permitted Oil and Gas Wells and Mines within 25 mi of the
ULP Lease Tracts....................................................................................................3-150

3.9-1   Minority Populations within the 50-mi Radius surrounding the
Proposed Leasing Areas..........................................................................................3-172

3.9-2   Low-Income Populations within the 50-mi Radius surrounding the
Proposed Leasing Areas..........................................................................................3-173

3.10-1   Road Network in Colorado in the Area of the Lease Tracts and the
Proposed Piñon Ridge Mill.....................................................................................3-174

3.12-1   Locations of the Four Lease Tract Groups: North, North Central,
South Central, and South ........................................................................................3-191

3.12-2   View from the Western Edge of Lease Tract 26 Facing South .............................3-194

3.12-3   View from Mesa Top near Lease Tract 20 .............................................................3-195

3.12-4   View of Lease Tract 16A........................................................................................3-196

BLM_0041070

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                 *Do Not Distribute*

1
2
3

# FIGURES (Cont.)

4  3.12-5   View of Lease Tract 11 at Cotter Mine ...................................................................3-197
5
6  3.12-6   View of New Verde Mine Reclamation Site ...........................................................3-198
7
8  3.12-7   View of Lease Tract 19 ...........................................................................................3-199
9
10 3.12-8   View of Entrance to Underground Mine at Lease Tract 18 ...................................3-200
11
12 3.12-9   Composite Viewshed of Four Lease Tract Groups .................................................3-201
13
14 3.12-10  Combined Viewshed with Overlay of Sensitive Visual Resource Areas ...............3-203
15
16 4.1-1    Viewshed Analysis for Portions of the North Lease Group under
17          Alternative 1 ........................................................................................................... 4-47
18
19 4.1-2    Viewshed Analysis for the North Central Lease Group under Alternative 1 ......... 4-48
20
21 4.1-3    Viewshed Analysis for the South Central Lease Group under Alternative 1 ......... 4-50
22
23 4.1-4    Viewshed Analysis for the South Lease Group under Alternative 1 ...................... 4-53
24
25 4.3-1    Viewshed Analysis for the North Central Lease Group under Alternative 3 .........4-135
26
27 4.3-2    Viewshed Analysis for the South Central Lease Group under Alternative 3 .........4-138
28
29 4.3-3    Viewshed Analysis for the South Lease Group under Alternative 3 ......................4-140
30
31 4.4-1    Viewshed Analysis for the North Lease Group under Alternative 4 ......................4-168
32
33 4.4-2    Viewshed Analysis for the North Central Lease Group under Alternative 4 .........4-170
34
35 4.4-3    Viewshed Analysis for the South Central Lease Group under Alternative 4 .........4-173
36
37 4.4-4    Viewshed Analysis for the South Lease Group under Alternative 4 ......................4-176
38
39 4.7-1    Region of Cumulative Impacts for the Proposed Action ........................................4-209
40
41 4.7-2    Uranium Mining and Oil/Gas Wells in the Region of Cumulative Impacts ...........4-210
42
43 6.1-1    Letter to White Mesa Ute Board Chairperson .......................................................  6-5
44
45 6.1-2    Letter to Chairwoman, Southern Ute Indian Tribe .................................................  6-7
46

BLM_0041071

# FIGURES (Cont.)

6.1-3      Letter to Chairperson, Ute Business Committee .................................................... 6-9

6.1-4      Letter to President of the Navajo Nation ................................................................ 6-11

6.1-5      Letter to Chairman of the Hopi Tribal Council ...................................................... 6-13

6.1-6      Letter to Chairman of the Ute Mountain Ute Tribe ................................................ 6-15

6.2-1      Letter to U.S. Fish and Wildlife Service Initiating the Informal Consultation ....... 6-17

6.2-2      Letter of Response from the U.S. Fish and Wildlife Service .................................. 6-22

D.5-1     Schematic Presentation of the Uranium Lease Tract Groups ................................ D-10

# TABLES

1.1-1      Summary of Uranium Ore Production from 1974 to 2008 ...................................... 1-5

1.2-1      Summary of the 31 DOE ULP Lease Tracts in 2011 ............................................. 1-7

2.2-1      Lease Tracts Evaluated under Alternatives 1 and 2 ................................................ 2-17

2.2-2      Lease Tracts Evaluated under Alternative 3 .......................................................... 2-21

2.2-3      Number of Mines, Ore Production Rate, Disturbed Surface Area,
           Number of Workers, and Water Usage Assumed for the Peak Year of
           Operations under Alternative 3 .............................................................................. 2-23

2.2-4      Number of Mines, Ore Production Rate, and Disturbed Surface Area
           Assumed for the Peak Year of Operations for Alternative 4 ................................... 2-25

2.2-5      Amount of Water To Be Utilized per Mine under Alternative 4 ............................. 2-27

2.2-6      Number of Mines, Ore Production Rate, and Disturbed Surface
           Area Assumed for the Peak Year of Operations for Alternative 5 .......................... 2-28

2.2-7      Assumed Amount of Water To Be Utilized per Mine for Alternative 5 ................. 2-29

2.4-1      Comparison of the Potential Impacts on Air Quality, the Acoustic
           Environment, and Soil Resources from Alternatives 1 through 5 .......................... 2-30

BLM_0041072

*Preliminary Draft PEIS*                    *PEIS Privileged Information*                    *May 2012*
*PEIS Team Use Only*                              *Do Not Distribute*

**TABLES (Cont.)**

2.4-2   Comparison of the Potential Impacts on Water Resources, Land Use,
        and Waste Management from Alternatives 1 through 5 ......................................... 2-32

2.4-3   Comparison of the Potential Impacts on Human Health from
        Alternatives 1 through 5................................................................................... 2-34

2.4-4   Comparison of the Potential Impacts on Ecological Resources
        from Alternatives 1 through 5............................................................................ 2-37

2.4-5   Comparison of the Potential Impacts on Socioeconomics,
        Environmental Justice, and Transportation from Alternatives 1 through 5 ........... 2-40

2.4-6   Comparison of the Potential Impacts on Cultural Resources and Visual
        Resources from Alternatives 1 through 5 .............................................................. 2-43

3.1-1   Temperature and Precipitation Data Summaries at Selected Meteorological
        Stations around the ULP Lease Tracts, in Order of Meteorological Station
        Starting from North to South .............................................................................. 3-5

3.1-2   Annual Emissions of Criteria Pollutants and Volatile Organic Compounds
        in Mesa, Montrose, and San Miguel Counties, Colorado, Encompassing
        the ULP Lease Tracts, 2008 ................................................................................. 3-8

3.1-3   National Ambient Air Quality Standards and Colorado State Ambient Air
        Quality Standards and Background Concentration Levels Representative
        of the ULP Lease Tracts in Mesa, Montrose, and San Miguel Counties,
        Colorado.............................................................................................................. 3-10

3.1-4   Maximum Allowable PSD Increments for PSD Class I and Class II Areas........... 3-14

3.2-1   Colorado Limits on Maximum Permissible Noise Levels ..................................... 3-18

3.4-1   Range in Reported Peak Discharge Values for Intermittent and
        Ephemeral Streams in the Region of the DOE ULP Lease Tracts ........................ 3-47

3.4-2   Depths to Groundwater Observed in USGS Monitoring Wells Located
        within the Upper Dolores, San Miguel, and Lower Dolores Basins....................... 3-50

3.4-3   Monitoring Data Collected at Springs Located within the Vicinity
        of the DOE ULP Tracts....................................................................................... 3-51

BLM_0041073

# TABLES (Cont.)

3.4-4    Water Use by Category for Mesa, Montrose, and San Miguel Counties in 2005 ........................................................................ 3-52

3.5-1    Comparison of Radiation Exposures from U.S. Natural Background Sources: DOE Lease Tract Area Versus the National Average ............................. 3-54

3.5-2    Estimated Radiation and Chemical Exposures for Receptors in the DOE Lease Tract Area Based on Energy Fuel's Environmental Monitoring Data ......... 3-57

3.6-1    Land Cover Types within DOE ULP Lease Tracts ................................................ 3-62

3.6-2    Descriptions of Land Cover Types .......................................................................... 3-67

3.6-3    Wetlands Mapped by the National Wetlands Inventory within ULP Lease Tracts ....................................................................................................... 3-70

3.6-4    Noxious Weeds Occurring in the Vicinity of ULP Lease Tracts ........................... 3-74

3.6-5    Number of Wildlife Species in the Three-County Study Area ............................... 3-75

3.6-6    Amphibian and Reptile Species Expected to Occur within the Lease Tract Boundaries ........................................................................................ 3-76

3.6-7    Acreages of Snow Goose Activity Areas within the Three-County Study Area and the Combined Boundary for the Lease Tract ......................................... 3-80

3.6-8    Songbird Species Expected to Occur within the Lease Tract Boundaries ............. 3-81

3.6-9    Raptor Species Expected to Occur within the Lease Tract Boundaries .................. 3-88

3.6-10    Upland Game Bird Species Expected to Occur within the Lease Tract Boundaries ....................................................................................................... 3-90

3.6-11    Acreages of Wild Turkey Activity Areas within the Three-County Study Area and the Combined Boundary for the Lease Tracts .............................. 3-92

3.6-12    Descriptions of Big Game Activity Areas in Colorado .......................................... 3-93

3.6-13    Habitat Information for Big Game Species Expected to Occur within the Lease Tract Boundaries ...................................................................................... 3-94

BLM_0041074

*Preliminary Draft PEIS*       *PEIS Privileged Information*       *May 2012*
*PEIS Team Use Only*       *Do Not Distribute*

**TABLES (Cont.)**

3.6-14   Acreages of American Black Bear Activity Areas within the Three-County Study Area and the Combined Boundary for the Lease Tracts. .............................. 3-96

3.6-15   Acreages of Bighorn Sheep Activity Areas within the Three-County Study Area and the Combined Boundary for the Lease Tracts ........................................ 3-98

3.6-16   Acreages of Elk Activity Areas within the Three-County Study Area and the Combined Boundary for the Lease Tracts .................................................... 3-101

3.6-17   Acreages of Mule Deer Activity Areas within the Three-County Study Area and the Combined Boundary for the Lease Tracts ......................................... 3-103

3.6-18   Acreages of Pronghorn Activity Areas within the Three-County Study Area and the Combined Boundary for the Lease Tracts ......................................... 3-105

3.6-19   Small Game, Furbearer, and Nongame Mammal Species Expected to Occur within the Lease Tract Boundaries ........................................................... 3-106

3.6-20   Threatened, Endangered, and Sensitive Species That May Occur in the ULP Project Counties .................................................................... 3-114

3.6-21   Eleven Species Listed, Proposed for Listing, or Candidates for Listing under the ESA That May Occur in the Vicinity of the ULP Lease Tracts ...................... 3-131

3.6-22   Number of Sensitive Species That May Occur on or near ULP Lease Tracts ........ 3-142

3.7-1   Public Land Designations within 25 mi of the ULP Lease Tracts ......................... 3-145

3.7-2   Number of Farms and Acreage of Agricultural Lands per County ......................... 3-147

3.7-3   Active Uranium Mining Permits in Colorado on June 13, 2011 ............................ 3-151

3.7-4   Uranium Projects in Utah, 2010 ......................................................................... 3-152

3.8-1   ROI Employment, 2001–2010 ........................................................................... 3-157

3.8-2   ROI and State Unemployment Data, 2001–2011 .................................................. 3-157

3.8-3   ROI Employment by Sector, 2009 ...................................................................... 3-158

3.8-4   ROI Personal Income, 2000–2009 ...................................................................... 3-159

*xx*

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                  *Do Not Distribute*

# TABLES (Cont.)

3.8-5      ROI Urban Population and Income, 1999–2010.................................................3-160

3.8-6      ROI Population, 2000–2023 ....................................................................3-161

3.8-7      ROI Housing Characteristics, 2000 and 2009.........................................3-163

3.8-8      ROI Jurisdictions ..................................................................................3-164

3.8-9      ROI School District Data, 2010 .............................................................3-164

3.8-10     ROI Physicians, 2010.............................................................................3-165

3.8-11     ROI Public Safety Employment, 2009....................................................3-166

3.8-12     ROI and County Crime Rates, 2009 ......................................................3-166

3.9-1      Minority and Low-Income Populations within the 50-mi Radius
           Surrounding the Proposed Leasing Areas..............................................3-171

3.10-1     Annual Average Daily Traffic Volumes for Major Roads in the
           Lease Tract Area, 2010...........................................................................3-176

3.11-1     Cultural Resource Survey Coverage of the Lease Tracts ......................3-182

3.11-2     Cultural Resource Survey Coverage, Site Tallies, and Site Density within
           15 mi of Lease Tract Clusters ................................................................3-183

3.11-3     Cultural Resource Survey Coverage, Site Tallies, and Site Density within
           Each Lease Tract Cluster ........................................................................3-183

3.11-4     Eligible and Potentially Eligible Sites in the Lease Tracts ....................3-185

3.12-1     Sensitive Visual Resource Areas with Potential Views of the North Group..........3-204

3.12-2     Sensitive Visual Resource Areas with Potential Views of the North Central
           Group ......................................................................................................3-205

3.12-3     Sensitive Visual Resource Areas with Potential Views of the South Central
           Group ......................................................................................................3-206

3.12-4     Sensitive Visual Resource Areas with Potential Views of the South Group..........3-207

BLM_0041076

# TABLES (Cont.)

4.1-1     Peak-Year Air Emissions from Reclamation Activities under Alternative 1 ......... 4-3

4.1-2     Potential Impacts of Mining Activities on Soil Resources ..................................... 4-5

4.1-3     Dimensions of the Waste-Rock Piles Assumed for Human Health
          Impact Analysis ..................................................................................... 4-10

4.1-4     Estimated Emission Rates of Particulates, Radon, and Radionuclides
          for the Four Assumed Waste-Rock Pile Sizes ........................................... 4-12

4.1-5     Potential Maximum Radiation Doses and LCF Risks to a Resident
          as a Result of the Emission of Radon from the Four Assumed
          Waste-Rock Pile Sizes ........................................................................... 4-12

4.1-6     Potential Maximum Radiation Doses and LCF Risks to a Resident
          as a Result of the Emission of Particulates from the Four Assumed
          Waste-Rock Pile Sizes ........................................................................... 4-13

4.1-7     Potential Maximum Total Doses and LCF Risks to a Resident
          as a Result of the Emission of Radon and Particulates from the Four
          Waste-Rock Pile Sizes ........................................................................... 4-13

4.1-8     Seed Mixture Approved for Reseeding on the DOE ULP Lease Tracts................. 4-17

4.1-9     Potential Effects of the Uranium Leasing Program under Alternative 1
          on Threatened, Endangered, and Sensitive Species................................. 4-21

4.1-10    Socioeconomic Impacts of Uranium Mining Reclamation in the Region
          of Influence under Alternative 1 .......................................................... 4-36

4.1-11    Summary of Known and Expected Cultural Resource Sites by Lease
          Tract Group........................................................................................... 4-39

4.1-12    Summary of Estimated Indirect and Direct Impacts on Cultural
          Resource Sites....................................................................................... 4-40

4.3-1     Peak-Year Air Emissions from Mine Development and Operational and
          Reclamation under Alternative 3 ............................................................ 4-60

4.3-2     Radiation Doses and LCF risks Received by Underground Uranium Miners
          under Alternative 3 ............................................................................... 4-70

BLM_0041077

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                   *Do Not Distribute*

**TABLES (Cont.)**

4.3-3    Radon Emission Rates during the Operational Phase of Mining
         Assumed for Alternative 3 ........................................................................... 4-73

4.3-4    Potential Maximum Radon Levels, Radiation Doses, Radon Concentrations,
         and LCF Risks to a Resident Associated with the Emission of Radon from
         Four Uranium Mine Sizes under Alternative 3 ....................................... 4-74

4.3-5    Collective Doses to and LCF Risks to the General Public from Radon
         Emissions from Uranium Mines under Alternative 3 ............................... 4-76

4.3-6    Potential Effects of the Uranium Leasing Program under Alternative 3
         on Threatened, Endangered, and Sensitive Species ................................. 4-92

4.3-7    Socioeconomic Impacts of Uranium Mining Development and Operations
         and Reclamation in the Region of Influence under Alternative 3 ...........4-111

4.3-8    Recreation Sector Activity in the Region of Influence, 2012 .................4-113

4.3-9    Impacts from Reductions in Recreation Sector Employment Resulting
         from Uranium Mining Development in the Region of Influence, 2012 ...4-114

4.3-10   Distances from Lease Tracts to Ore Processing Mills ...........................4-119

4.3-11   Peak-Year Collective Population Transportation Impacts under Alternative 3 ......4-120

4.3-12   Potential Haul Truck Traffic on Local Roads ........................................4-121

4.3-13   Single-Shipment Collective Population Impacts from Transporting Ore
         from Lease Tracts to Piñon Ridge Mill ..................................................4-122

4.3-14   Single-Shipment Collective Population Impacts from Transporting Ore
         from Lease Tracts to White Mesa Mill ...................................................4-123

4.3-15   Hypothetical Single-Shipment Radiological Impacts on Individual Receptors .....4-124

4.3-16   Expected Cultural Resource Sites To Be Directly Affected under
         Alternative 3 ...........................................................................................4-128

4.4-1    Peak-Year Air Emissions from Mine Development, Operational, and
         Reclamation Activities under Alternative 4 ...........................................4-143

BLM_0041078

*Preliminary Draft PEIS*                    *PEIS Privileged Information*                    *May 2012*
*PEIS Team Use Only*                              *Do Not Distribute*

**TABLES (Cont.)**

4.4-2    Radon Emission Rates during the Operational Phase of Mining Assumed
         for Alternative 4 .................................................................................................4-152

4.4-3    Collective Doses and LCF Risks to the General Public from Exposures
         to Radon Emitted from Uranium Mines during the Peak Year of Operations
         under Alternative 4 ..............................................................................................4-153

4.4-4    Potential Effects of the Uranium Leasing Program under Alternative 4
         on Threatened, Endangered, and Sensitive Species That Would Not Be
         Affected under Alternative 3 ...............................................................................4-158

4.4-5    Socioeconomic Impacts of Uranium Mine Development and Operations
         and Reclamation in the Region of Influence under Alternative 4 ........................4-160

4.4-6    Peak-Year Collective Population Transportation Impacts under Alternative 4......4-163

4.4-7    Cultural Resource Sites Expected To Be Directly Affected under
         Alternative 4.........................................................................................................4-166

4.5-1    Peak-Year Air Emissions from Mine Development and Operational and
         Reclamation Activities under Alternative 5..........................................................4-180

4.5-2    Radon Emission Rates during the Operational Phase of Mining Assumed
         for Alternative 5...................................................................................................4-186

4.5-3    Potential Maximum Radiation Doses, Radon Concentrations, and LCF
         Risks to a Resident Associated with the Emission of Radon from Three
         Uranium Mine Sizes .............................................................................................4-188

4.5-4    Collective Doses and LCF Risks to the General Public from Exposures
         to Radon Emitted from Uranium Mines during the Peak Year of Operations
         under Alternative 5 ..............................................................................................4-189

4.5-5    Socioeconomic Impacts of Uranium Mine Development and Operations
         and Reclamation in the Region of Influence under Alternative 5 ........................4-194

4.5-6    Peak-Year Collective Population Transportation Impacts under Alternative 5......4-198

4.5-7    Cultural Resource Sites Expected To Be Directly Affected under
         Alternative 5.........................................................................................................4-200

4.7-1    Potential Environmental Impacts of the Proposed Piñon Ridge Mill ...................4-212

BLM_0041079

*Preliminary Draft PEIS*           *PEIS Privileged Information*           *May 2012*
*PEIS Team Use Only*                      *Do Not Distribute*

## TABLES (Cont.)

4.7-2      Potential Environmental Impacts of the Proposed Uranium Exploration...............4-215

4.7-3      Potential Environmental Impacts from Operation of the White Mesa Mill...........4-220

4.7-4      Potential Environmental Impacts of the Daneros Mine .........................................4-222

4.7-5      Potential Environmental Impacts of the Whirlwind Mine .....................................4-224

4.7-6      Potential Environmental Impacts of Oil and Gas Exploration and
           Development.........................................................................................................4-229

4.7-7      Potential Environmental Impacts of Livestock Grazing........................................4-231

4.7-8      Summary of Major Projects and Activities in the Region of Cumulative
           Impacts.................................................................................................................4-234

4.7-9      Potential Impacts of Select Projects Considered with the DOE ULP Proposed
           Action...................................................................................................................4-238

5.5-1      Potentially Applicable State Requirements ............................................................ 5-13

5.6-1      Potentially Applicable County Requirements........................................................ 5-16

B-1        Public Scoping Meeting Locations, Dates, and Attendance ................................... B-4

B-2        Public Scoping Comments Considered To Be within the Scope of the PEIS ........ B-5

B-3        Public Scoping Issues Considered To Be Out of the Scope of the PEIS............... B-12

C.1-1      Number of Mines Considered per Mine Size and Alternative................................ C-3

C.1-2      Estimated Mine Development Materials and Labor Time per Mine Size .............. C-4

C.1-3      Estimated Mine Development Materials and Labor Time per Alternative............. C-4

C.1-4      Number of Workers per Mine Size and Worker Salary per Labor Category ......... C-5

C.1-5      Annual Worker Salaries per Labor Category and Mine Size ................................. C-5

C.1-6      Number and Cost of Capital Equipment Units per Mine Size................................ C-6

C.1-7      Total Capital Equipment Costs per Alternative ..................................................... C-7

*xxv*

BLM_0041080

1
## TABLES (Cont.)
2
3
4    C.1-8    Estimated Total Capital Costs per Mine Size ........................................................... C-8
5
6    C.1-9    Estimated Total Capital Costs per Alternative ....................................................... C-9
7
8    C.1-10   Estimated Emissions during Mine Development per Alternative ........................... C-9
9
10   C.1-11   Types and Amounts of Wastes Generated during Mine Development
11            per Alternative ..................................................................................................... C-10
12
13   C.1-12   Total Worker Annual Wages per Mine Size and Alternative ................................ C-10
14
15   C.1-13   Estimated Air Emissions during Mine Operations per Alternative ....................... C-11
16
17   C.2-1    Estimated Reclamation Workforce per Labor Category, Team,
18            JD-7 Mine, and Alternative ................................................................................... C-12
19
20   C.2-2    Estimated Total Reclamation Costs per Alternative .............................................. C-13
21
22   C.2-3    Equipment for Reclamation Activities per Mine Size and Alternative ................. C-14
23
24   C.2-4    Estimated Mine Reclamation Materials per Alternative ......................................... C-15
25
26   D.5-2    Comparison of the Radon Doses Calculated by CAP88-PC and
27            Those Calculated by COMPLY-R ........................................................................ C-14
28
29   D.10-1   Individual Exposure Scenarios ............................................................................... C-30
30
31   F-1      DOE Management Team .......................................................................................... F-3
32
33   F-2      ULP PEIS Preparers ................................................................................................ F-4
34

BLM_0041081

*Preliminary Draft PEIS*        *PEIS Privileged Information*        *May 2012*
*PEIS Team Use Only*                   *Do Not Distribute*

# NOTATION

The following is a list of acronyms and abbreviations, chemical names, and units of measure used in this document. Some acronyms used only in tables may be defined only in those tables.

## ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| AADT | annual average daily traffic |
| AEA | Atomic Energy Act |
| ACEC | area of critical environmental concern |
| AEC | Atomic Energy Commission |
| AIRFA | American Indian Religious Freedom Act |
| APE | area of potential effect |
| AQRV | air-quality-related value |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| AUM | animal unit month |
| | |
| BLM | Bureau of Land Management |
| BMP | best management practice |
| BOR | Bureau of Reclamation |
| | |
| CAA | Clean Air Act |
| CDMG | Colorado Division of Minerals and Geology |
| CDNR | Colorado Department of Natural Resources |
| CDOT | Colorado Department of Transportation |
| CDOW | Colorado Division of Wildlife |
| CDPHE | Colorado Department of Public Health and Environment |
| CDRMS | Colorado Division of Reclamation Mining and Safety |
| CDWR | Colorado Division of Water Resources |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act |
| CEQ | Council on Environmental Quality |
| CFR | *Code of Federal Regulations* |
| CNHP | Colorado Natural Heritage Program |
| COGCC | Colorado Oil and Gas Conservation Commission |
| CPW | Colorado Parks and Wildlife (formerly CDOW) |
| CRMP | cultural resources management plan |
| CRS | *Colorado Revised Statutes* |
| CWA | Clean Water Act |
| CWCB | Colorado Water Conservation Board |
| | |
| DOE | U.S. Department of Energy |
| DOE-LM | DOE-Office of Legacy Management |

BLM_0041082

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                    *Do Not Distribute*

| | | |
|---|---|---|
| 1 | DOI | U.S. Department of Interior |
| 2 | DNL | day-night average sound level |
| 3 | DPS | distinct population segment (USFWS) |
| 4 | | |
| 5 | EIS | environmental impact statement |
| 6 | EF | enhanced Fujita (scale) |
| 7 | EMF | electromagnetic field |
| 8 | E.O. | Executive Order |
| 9 | EPA | U.S. Environmental Protection Agency |
| 10 | EPCRA | Emergency Planning and Community Right-to-Know Act |
| 11 | ESA | Endangered Species Act |
| 12 | ERNA | Ecological Research Natural Area |
| 13 | ESA | Endangered Species Act |
| 14 | | |
| 15 | FIFRA | Federal Insecticide, Fungicide, and Rodenticide Act |
| 16 | FLM | Federal Land Manager |
| 17 | FLMPA | Federal Land Policy and Management Act of 1976 |
| 18 | FOIA | Freedom of Information Act |
| 19 | FONSI | Finding of No Significant Impact |
| 20 | FR | *Federal Register* |
| 21 | | |
| 22 | GHG | greenhouse gas |
| 23 | GIS | geographic information system |
| 24 | | |
| 25 | HA | herd area |
| 26 | HAP | hazardous air pollutant |
| 27 | HEAST | Health Effect Assessment Summary Tables |
| 28 | HFC | hydrofluorocarbon |
| 29 | HMA | herd management area |
| 30 | HMR | hazardous materials regulation (DOT) |
| 31 | HQ | hazard quotient |
| 32 | | |
| 33 | I- | Interstate (Highway) |
| 34 | ICRP | International Commission on Radiation Protection |
| 35 | IPaC | Information, Planning, and Conservation System (USFWS) |
| 36 | IRIS | Integrated Risk Information System |
| 37 | ISL | in situ leasing |
| 38 | ISM | Integrated Safety Management |
| 39 | | |
| 40 | KOP | key observation point |
| 41 | | |
| 42 | L90 | sound level exceeded 90% of the time |
| 43 | LCF | latent cancer fatality |
| 44 | $L_{dn}$ | day-night average sound level |
| 45 | $L_{eq}$ | equivalent continuous sound level |

BLM_0041083

| | | |
|---|---|---|
| 1 | Lg | surface wave? Sec 3.3.1.3 |
| 2 | LHA | landscape health assessment |
| 3 | LR2000 | Land and Mineral Rehost 2000 System (BLM) |
| 4 | LSA | low specific activity |
| 5 | | |
| 6 | MLg | surface wave magnitude |
| 7 | MOA | Memorandum of Agreement |
| 8 | MOU | Memorandum of Understanding |
| 9 | MSHA | Mine Safety and Health Administration |
| 10 | | |
| 11 | NAAQS | National Ambient Air Quality Standard(s) |
| 12 | NAGPRA | Native American Graves and Repatriation Act |
| 13 | NAICS | North American Industry Classification System |
| 14 | NCA | National Conservation Area |
| 15 | NCRP | National Council on Radiation Protection |
| 16 | NED | National Elevation Data |
| 17 | NEPA | National Environmental Policy Act |
| 18 | NESHAP | National Emission Standards for Hazardous Air Pollutants |
| 19 | NHPA | National Historic Preservation Act |
| 20 | NLCS | National Landscape Conservation System (BLM) |
| 21 | NMFS | National Marine Fisheries Service |
| 22 | NOI | Notice of Intent |
| 23 | NP | National Park |
| 24 | NPDES | National Pollutant Discharge Elimination System |
| 25 | NRC | U.S. Nuclear Regulatory Commission |
| 26 | NRCS | Natural Resources Conservation Service |
| 27 | NRHP | *National Register of Historic Places* |
| 28 | NWI | National Wetlands Inventory |
| 29 | | |
| 30 | OAHP | Office of Archeology and Historic Preservation (Colorado) |
| 31 | OHV | off-highway vehicle |
| 32 | OMP | operations and maintenance plan |
| 33 | ONA | Outstanding Natural Area |
| 34 | OSHA | Occupational Safety and Health Act |
| 35 | OSTS | oil shale and tar sands |
| 36 | | |
| 37 | PEA | programmatic environmental assessment |
| 38 | PEIS | programmatic environmental impact statement |
| 39 | PFC | perfluorocarbon |
| 40 | P.L. | Public Law |
| 41 | PLO | Public Land Order |
| 42 | PLS | pure live seed |
| 43 | PM | particulate matter |
| 44 | $PM_{2.5}$ | particulate matter with a mean aerodynamic diameter of 2.5 μm or less |
| 45 | $PM_{10}$ | particulate matter with a mean aerodynamic diameter of 10 μm or less |

BLM_0041084

*Preliminary Draft PEIS*        *PEIS Privileged Information*                    *May 2012*
*PEIS Team Use Only*              *Do Not Distribute*

| 1 | PSD | Prevention of Significant Deterioration |
| 2 | | |
| 3 | RCRA | Resource Conservation and Recovery Act |
| 4 | RfC | reference concentration |
| 5 | Rfd | reference dose |
| 6 | RILOR | reclamation in lieu of royalties (plan) |
| 7 | RNA | Research Natural Area |
| 8 | ROC | reactive organic compound |
| 9 | ROD | Record of Decision |
| 10 | ROI | region of influence |
| 11 | ROW | right-of-way |
| 12 | | |
| 13 | SAAQS | State Ambient Air Quality Standard(s) |
| 14 | SDWA | Safe Drinking Water Act |
| 15 | SH | State Highway |
| 16 | SHPO | State Historic Preservation Officer |
| 17 | SIP | State Implementation Plan |
| 18 | SPCC | spill prevention, control, and countermeasures (plan) |
| 19 | SRMA | Special Recreation Management Area |
| 20 | SVRA | sensitive visual resource area |
| 21 | SWCTR | Southwest Colorado Travel Region |
| 22 | SWReGAP | Southwest Regional Gap Analysis Project |
| 23 | SDWA | Safe Drinking Water Act |
| 24 | | |
| 25 | TDS | total dissolved solids |
| 26 | THC | total hydrocarbons |
| 27 | TSCA | Toxic Substances Control Act |
| 28 | TSP | total suspended particulates |
| 29 | | |
| 30 | UDEQ | Utah Department of Environmental Quality |
| 31 | UDOT | Utah Department of Transportation |
| 32 | UFO | Uncompahgre Field Office (BLM, in Colorado) |
| 33 | UGS | Utah Geological Survey |
| 34 | ULMP | Uranium Lease Management Program |
| 35 | ULP | Uranium Leasing Program |
| 36 | UNSCEAR | United Nations Scientific Committee on the Effects of Radiation |
| 37 | US | U.S. Highway |
| 38 | USACE | U.S. Army Corps of Engineers |
| 39 | USC | *United States Code* |
| 40 | USDA | U.S. Department of Agriculture |
| 41 | USFWS | U.S. Fish and Wildlife Service |
| 42 | USFS | U.S. Forest Service |
| 43 | USGS | U.S. Geological Survey |
| 44 | | |
| 45 | VOC | volatile organic compound |

*xxx*

BLM_0041085

| 1 | VRI | visual resource inventory |
| 2 | VRM | visual resource management |
| 3 | | |
| 4 | WA | Wilderness Area |
| 5 | WAPA | Western Area Power Administration |
| 6 | WL | working level |
| 7 | WLM | working level month |
| 8 | WSA | Wilderness Study Area |
| 9 | | |
| 10 | | |

11 **CHEMICALS**

12

| 13 | $CH_4$ | methane |
| 14 | CO | carbon monoxide |
| 15 | $CO_2$ | carbon dioxide |
| 16 | $CO_2e$ | carbon dioxide equivalent |
| 17 | | |
| 18 | $NO_2$ | nitrogen dioxide |
| 19 | $N_2O$ | nitrous oxide |
| 20 | $NO_x$ | nitrogen oxides |
| 21 | | |
| 22 | $O_3$ | ozone |
| 23 | | |
| 24 | Pb | lead |
| 25 | | |
| 26 | $SF_6$ | sulfur hexafluoride |
| 27 | $SO_2$ | sulfur dioxide |
| 28 | | |
| 29 | $V_2O_5$ | vanadium pentoxide (divanadium pentoxide) |
| 30 | $U_3O_8$ | uranium oxide (triuranium octoxide) |
| 31 | | |
| 32 | | |

33 **UNITS OF MEASURE**

34

| 35 | ac-ft | acre-foot (feet) |
| 36 | | |
| 37 | bbl | barrel(s) |
| 38 | | |
| 39 | °C | degree(s) Celsius |
| 40 | cm | centimeter(s) |
| 41 | $cm^3$ | cubic centimeter(s) |
| 42 | | |
| 43 | d | day(s) |
| 44 | dB | decibel(s) |
| 45 | dBA | a-weighted decibel(s) |

BLM_0041086

*Preliminary Draft PEIS*        *PEIS Privileged Information*        *May 2012*
*PEIS Team Use Only*                *Do Not Distribute*

| | | |
|---|---|---|
| 1 | °F | degree(s) Fahrenheit |
| 2 | ft | foot (feet) |
| 3 | ft$^3$ | cubic foot (feet) |
| 4 | | |
| 5 | gal | gallon(s) |
| 6 | | |
| 7 | h | hour(s) |
| 8 | ha | hectare(s) |
| 9 | hp | horsepower |
| 10 | Hz | hertz |
| 11 | | |
| 12 | in. | inch(es) |
| 13 | in.$^3$ | cubic inch(es) |
| 14 | | |
| 15 | kg | kilogram(s) |
| 16 | km | kilometer(s) |
| 17 | km$^2$ | square kilometer(s) |
| 18 | | |
| 19 | L | liter(s) |
| 20 | lb | pound(s) |
| 21 | | |
| 22 | m | meter(s) |
| 23 | m$^2$ | square meter(s) |
| 24 | m$^3$ | cubic meter(s) |
| 25 | mg | milligram(s) |
| 26 | mGy | milligray |
| 27 | mi | mile(s) |
| 28 | mi$^2$ | square mile(s) |
| 29 | min | minute(s) |
| 30 | mm | millimeter(s) |
| 31 | mo | month(s) |
| 32 | mph | mile(s) per hour |
| 33 | mrem | millirem |
| 34 | MW | megawatt(s) |
| 35 | | |
| 36 | pCi | picocurie(s) |
| 37 | ppb | part(s) per billion |
| 38 | ppm | part(s) per million |
| 39 | | |
| 40 | rem | roentgen equivalent man |
| 41 | | |
| 42 | s | second(s) |
| 43 | | |

BLM_0041087

1  yd          yard(s)
2  yd³         cubic yard(s)
3  yr          year(s)
4
5  μg          microgram(s)
6  μm          micrometer(s)
7  μS          microsievert(s)
8
9
10

*xxxiii*

*Preliminary Draft PEIS*
*PEIS Team Use Only*

*PEIS Privileged Information*
*Do Not Distribute*

*May 2012*

1
2
3
4
5
6
7
8
9
10
11
12
13            *This page intentionally left blank*
14

BLM_0041089

1
2
3
4
5

# CONVERSION TABLE
## ENGLISH/METRIC AND METRIC/ENGLISH EQUIVALENTS

The following table lists the appropriate equivalents for English and metric units.

| Multiply | By | To Obtain |
|---|---|---|
| ***English/Metric Equivalents*** | | |
| acres | 0.004047 | square kilometers ($km^2$) |
| acre-feet (ac-ft) | 1,234 | cubic meters ($m^3$) |
| cubic feet ($ft^3$) | 0.02832 | cubic meters ($m^3$) |
| cubic yards ($yd^3$) | 0.7646 | cubic meters ($m^3$) |
| degrees Fahrenheit (ºF) –32 | 0.5555 | degrees Celsius (ºC) |
| feet (ft) | 0.3048 | meters (m) |
| gallons (gal) | 3.785 | liters (L) |
| gallons (gal) | 0.003785 | cubic meters ($m^3$) |
| inches (in.) | 2.540 | centimeters (cm) |
| miles (mi) | 1.609 | kilometers (km) |
| miles per hour (mph) | 1.609 | kilometers per hour (kph) |
| pounds (lb) | 0.4536 | kilograms (kg) |
| short tons (tons) | 907.2 | kilograms (kg) |
| short tons (tons) | 0.9072 | metric tons (t) |
| square feet ($ft^2$) | 0.09290 | square meters ($m^2$) |
| square yards ($yd^2$) | 0.8361 | square meters ($m^2$) |
| square miles ($mi^2$) | 2.590 | square kilometers ($km^2$) |
| yards (yd) | 0.9144 | meters (m) |
| ***Metric/English Equivalents*** | | |
| centimeters (cm) | 0.3937 | inches (in.) |
| cubic meters ($m^3$) | 0.00081 | acre-feet (ac-ft) |
| cubic meters ($m^3$) | 35.31 | cubic feet ($ft^3$) |
| cubic meters ($m^3$) | 1.308 | cubic yards ($yd^3$) |
| cubic meters ($m^3$) | 264.2 | gallons (gal) |
| degrees Celsius (ºC) +17.78 | 1.8 | degrees Fahrenheit (ºF) |
| hectares (ha) | 2.471 | acres |
| kilograms (kg) | 2.205 | pounds (lb) |
| kilograms (kg) | 0.001102 | short tons (tons) |
| kilometers (km) | 0.6214 | miles (mi) |
| kilometers per hour (kph) | 0.6214 | miles per hour (mph) |
| liters (L) | 0.2642 | gallons (gal) |
| meters (m) | 3.281 | feet (ft) |
| meters (m) | 1.094 | yards (yd) |
| metric tons (t) | 1.102 | short tons (tons) |
| square kilometers ($km^2$) | 247.1 | acres |
| square kilometers ($km^2$) | 0.3861 | square miles ($mi^2$) |
| square meters ($m^2$) | 10.76 | square feet ($ft^2$) |
| square meters ($m^2$) | 1.196 | square yards ($yd^2$) |

BLM_0041090

1
2
3
4
5
6
7
8
9
10
11
12
13    *This page intentionally left blank*
14

BLM_0041091

1
2

**PRELIMINARY DRAFT URANIUM LEASING PROGRAM
PROGRAMMATIC ENVIRONMENTAL IMPACT STATEMENT**

3
4
5

# 1  INTRODUCTION

6
7
8    The U.S. Department of Energy (DOE) has prepared this Uranium Leasing Program
9  (ULP) Programmatic Environmental Impact Statement (PEIS) pursuant to the National
10  Environmental Policy Act of 1969 (NEPA) (Title 42, Section 4321 and following sections of the
11  *United States Code* [42 USC 4321 et seq.]), the Council on Environmental Quality's (CEQ's)
12  NEPA regulations found in Title 40 of the *Code of Federal Regulations* (40 CFR Parts 1500–
13  1508), and DOE's NEPA implementing procedures (10 CFR Part 1021) in order to analyze the
14  reasonably foreseeable environmental impacts, including the site-specific impacts, of alternatives
15  for the management of the ULP. DOE's ULP administers tracts of land located in Mesa,
16  Montrose, and San Miguel Counties in western Colorado for the exploration, mine development
17  and operations, and extraction of uranium and vanadium ores.

18
19
20  **1.1  BACKGROUND**
21
22    Congress directed DOE's predecessor agency, the U.S. Atomic Energy Commission
23  (AEC), to develop a supply of domestic uranium that would adequately meet the nation's
24  defense needs (42 USC 2096–2097). That responsibility was met through the Ore Purchase
25  Program, the Exploration Program, and the Mineral Leasing Program. Congress gave the AEC
26  the authority to withdraw federal lands for the exploration and development of a viable domestic
27  uranium source under a variety of programs that were carried forward in the Atomic Energy Act
28  of 1954. Around the same time, the Bureau of Land Management (BLM) issued Public Land
29  Order (PLO) 459, which stated, "Subject to valid existing rights and existing withdrawals, the
30  public lands and the minerals reserved to the United States in the patented lands in the following
31  areas in Colorado are hereby withdrawn from all forms of appropriation under the public-land
32  laws, including the mining laws but not the mineral-leasing laws, and reserved for the use of the
33  United States Atomic Energy Commission." The areas under consideration are located in
34  western Colorado in Mesa, Montrose, and San Miguel Counties. Subsequently, other PLOs
35  increased or decreased the total acreage in withdrawn status. In addition, the federal government,
36  through the Union Mines Development Corporation, acquired a substantial number of patented
37  and unpatented mining claims, milling, tunnel sites, and agricultural patents, until the aggregated
38  acreage managed by AEC totaled approximately 25,000 acres (10,000 ha).

39
40    The Mineral Leasing Program, which was in operation from approximately 1949 to
41  1962, produced more than 1.2 million lb (250,000 million kg) of uranium and 6.8 million lb
42  (3.1 million kg) of vanadium and generated $5.9 million in royalties to the federal government.
43  When the program ended in 1962, the AEC directed the lessees to close the mines, but little was
44  done to reclaim the mine sites. The AEC initiated a second leasing program in 1974 under the
45  Domestic Uranium Program regulations (10 CFR 760.1) that was called the Uranium Lease

BLM_0041092

1  Management Program (ULMP). This program was designed to address the lack of production
2  capacity for uranium- and vanadium-bearing ores for the nation's defense needs, and it also
3  emphasized the need for uranium in the expanding commercial nuclear energy market. The two
4  main goals of the ULMP were to recover the resources that had been developed initially by the
5  AEC and to improve the prospects for continued mill operations, thereby encouraging further
6  exploration and development on privately held land. In 1972, in preparation for the ULMP, the
7  AEC evaluated potential environmental and economic impacts related to the ULMP in *Leasing*
8  *of AEC Controlled Uranium Bearing Lands* (AEC 1972). AEC and its successor agencies, the
9  U.S. Energy Research and Development Administration and DOE, administered the ULMP, and
10 44 lease tracts (38 in Colorado, 5 in Utah, and 1 in New Mexico) were included in the program.
11 In 1974, 43 lease tracts were offered for lease through a competitive bid process; 1 lease tract
12 (located in Utah) was excluded from the leasing process in 1974 and was never leased. The
13 38 lease tracts in Colorado were located in an area known as the Uravan Mineral Belt, which
14 includes a significant, if not dominant, portion of the known domestic uranium ore reserves.
15 DOE was responsible for monitoring lease tract activities and enforcing the lease agreements.
16 Lease language required the lease holders, at their expense, to comply with all applicable statutes
17 and regulations. Noncompliance could result in lease termination. To ensure that lease sites were
18 adequately reclaimed, DOE required the lease holders to secure a reclamation performance bond
19 for each lease tract, payable to DOE upon default. These bonds were adjusted periodically to
20 reflect the actual conditions present on each lease tract.
21
22      In 1984, lease agreements were renewed (for a second 10-year term) for 33 of the original
23 43 lease tracts. The renewed lease agreements were the same as the original agreements signed in
24 1974. The only difference was that a renewal clause and amendments modified the methods for
25 calculating royalties. The lease holders of the other 10 lease tracts whose agreements were not
26 renewed completed the full reclamation of their respective operations. Between 1984 and 1994,
27 3 additional lease agreements were relinquished to DOE or terminated by DOE, and the lease
28 holders of these three lease tracts completed the full reclamation of their respective sites.
29 In 1994, the remaining 30 leases were allowed to expire.
30
31      Between 1974 and 1994, the ULMP lease holders produced approximately 6.5 million lb
32 (3.0 million kg) of uranium and 33 million lb (15 million kg) of vanadium. That production
33 generated $53 million in royalties to the federal government. By comparison, domestic annual
34 uranium production peaked in 1980 at about 44 million lb (20 million kg), of which production
35 from the DOE lease tracts (at 1.1 million lb or 500,000 million kg) represented about 2.5% of the
36 total.
37
38      In July 1995, DOE prepared a programmatic environmental assessment (PEA) to supply
39 information for DOE to use in its determination of whether the leasing program should continue.
40 DOE then issued a Finding of No Significant Impact (FONSI) in August 1995, in which it
41 determined to continue the ULMP. DOE subsequently entered into negotiations with the
42 previous lessees. Seven of the lessees informed DOE that they did not wish to continue with the
43 program and began reclamation of their lease tracts. DOE then entered into 13 new lease
44 agreements with the remaining lessees.
45

BLM_0041093

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                      *Do Not Distribute*

1   In 1994, the remaining 30 leases were allowed to expire. Of the 30 lease holders, 8
2   notified DOE that they did not want to continue with the program and initiated final reclamation
3   activities at their sites. Once these lease tracts were fully reclaimed, they were relinquished to
4   DOE. Accordingly, the PEA focused on the ultimate disposition of only 22 lease tracts. DOE's
5   preferred alternative in the PEA was the continued leasing of these 22 lease tracts for an
6   additional 10-year period. The *Final Environmental Assessment for the Uranium Lease*
7   *Management Program* (DOE 1995a) was approved in July 1995, and DOE issued the *Finding of*
8   *No Significant Impact, Uranium Lease Management Program* (DOE 1995b) on August 22, 1995.
9   The 21 reclaimed lease tracts were excluded indefinitely from further leasing activities. The
10  single lease tract located in New Mexico was restored to the public domain by BLM in
11  November 1994. The 5 lease tracts located in Utah were restored to the public domain by BLM
12  in July 1999.
13
14      After the FONSI, DOE prepared new lease agreements and entered into negotiations with
15  the 22 previous lease holders. Of these 22 lease holders, 7 immediately notified DOE that they
16  did not want to continue with the program and began final reclamation activities at their lease
17  tracts. Once reclamation was completed, these 7 lease holders relinquished their lease tracts to
18  DOE. Following negotiations, new lease agreements were executed for 12 lease tracts (effective
19  on March 20, 1996) and for 3 additional lease tracts (effective on January 27, 1997). This current
20  leasing program is identified as the DOE ULP. In October 2000, the lease holders of 2 lease
21  tracts requested relinquishment of their respective tracts and initiated final reclamation activities.
22  Once these sites were fully reclaimed, DOE approved the relinquishment.
23
24      In October 1994, DOE initiated a significant mine-site reconnaissance and reclamation
25  project on the lease tracts. Each lease tract was thoroughly inspected to identify all the
26  abandoned mine sites that resulted from pre-1974 leasing activities. After this identification
27  process, all the mining-related features associated with each site were quantified and assessed for
28  their historic importance.
29
30      In 1995, in the absence of specific guidance pursuant to the reclamation of abandoned
31  uranium mine sites, DOE initiated discussions with BLM officials (state and local) that
32  culminated in the establishment of a guidance document, *Uranium Closure/Reclamation*
33  *Guidelines* (BLM 1995) for such sites. DOE's objective in establishing this guidance document
34  was to ensure that DOE's lease tracts were reclaimed in a manner that was acceptable to BLM
35  so that the lands could be restored to the public domain under BLM's jurisdictional authority.
36  Subsequently, DOE's "legacy" mine sites were prioritized and systematically reclaimed. DOE
37  consistently applied the aforementioned guidance document to its reclamation activities; in
38  many cases, DOE exceeded the objectives that were used to establish those specific guidelines.
39  Reclamation at the final legacy site was completed in May 2001. DOE reclaimed a total of
40  161 separate mine sites on 22 lease tracts at a total cost of $1.25 million.
41
42      In 2007, 13 lease tracts were active and 25 lease tracts were inactive; all were located in
43  southwestern Colorado. Ore production on the active lease tracts resumed in May 2003 and
44  continued into early November 2005, when production operations were suspended at the 4 lease
45  tracts with active mining operations. During that time frame, operations at those 4 tracts

BLM_0041094

1   produced approximately 65,500 tons of ore and generated $4.0 million in royalties to the federal
2   government. The world market is anticipated to produce approximately 100 million lb
3   (45 million kg) of uranium annually and consumes nearly twice that amount.
4
5       In 2008, DOE took a series of site-specific agency actions in its management of the
6   ULP. These actions included (1) entering into new lease agreements for 31 lease tracts after
7   reconfiguring the expanded number of tracts from 38 to 31 (currently, 29 tracts are actively held
8   under lease, and the remaining 2 tracts are not leased), (2) approving exploration plans on some
9   leases, and (3) approving reclamation in lieu of royalties (RILOR) plans on some leases (under
10  which a lessee agreed to perform necessary reclamation services on its lease, and, in return, DOE
11  agreed to reduce the amount of royalties that the lessee must pay to the federal government).
12  DOE reviewed each of the exploration plans and RILOR plans in accordance with DOE's NEPA
13  regulations and determined that each of the plans was excluded from further environmental
14  evaluation under categorical exclusions set forth in those regulations. DOE has not received any
15  mining plans from any of its ULP lessees, and no mining activities are currently being performed
16  on any of the ULP leases.
17
18      Table 1.1-1 summarizes production rates between 1974 and 1990 and between 2003 and
19  2006. A total of 42 mines were operated under the ULP between 1974 and 1990, producing a
20  total of approximately 1.2 million tons of ore. Between 2003 and 2008, there were 4 mines
21  operating that produced a total of approximately 65,000 tons of ore. To date, 14 of the original
22  42 operating mines are currently permitted with the Colorado Division of Reclamation Mining
23  and Safety (CDRMS).
24
25
26  **1.2  CURRENT STATUS OF THE ULP**
27
28      As of 2011 when the Notice of Intent (NOI) to prepare this PEIS was issued (see
29  Volume 76, page 36097 of the *Federal Register* [76 FR 36097]), the DOE ULP managed
30  31 lease tracts. Of these 31 lease tracts, 29 have active leases, and 2 do not. Lease Tracts 8A and
31  14 (Tracts 14-1, 14-2, and 14-3) are currently not leased. Lease Tract 8A is a small tract that is
32  isolated and may be located entirely below (or outside) the uranium-bearing formation, which
33  could indicate a lack of ore. Lease Tract 14 is comprised of three parcels (14-1, 14-2, and 14-3).
34  There was some interest in tracts 14-1 and 14-2 by potential lessees in the past; however, the
35  third tract (14-3, which lies east of 14-1) is located almost entirely within the Dolores River
36  corridor and was never leased. Table 1.2-1 lists the 31 lease tracts and the dimension(s), current
37  lease holder(s), and field status of each.
38
39      Currently, no activity is allowed at these lease tracts until the PEIS process is completed.
40  The lease period of the current leases will be extended to account for the time taken up for the
41  preparation of this PEIS. The lease holders are also not required to pay royalties during this
42  period. In the meantime, DOE has continued to manage the lease tracts to ensure that conditions
43  remain protective of human health and the environment.
44
45

BLM_0041095

1

**TABLE 1.1-1  Summary of Uranium Ore Production from 1974 to 2008**

| Lease Tract | Dates of Operation 1974–1994 | No. of Mines in Operation within Lease Tract 1974–1994 | Total Production (tons) 1974–1994 | Dates of Operation 1996–2008 | No. of Mines in Operation within Lease Tract 1996–2008 | Total Production (tons) 1996–2008 |
|---|---|---|---|---|---|---|
| 5 | 5/77–6/90 | 1 | 100,318 | Did not operate | 0 | Did not operate |
| 5A | Did not operate | 0 | 0 | NA[a] | 0 | NA |
| 6 | 5/76–8/80 | 1 | 91,859 | 9/04–2/06 | 1 | 14,773 |
| 7 | 7/79–5/81 | 2 | 12,441 | Did not operate | 0 | Did not operate |
| 8 | Did not operate | 0 | 0 | 6/05–2/06 | 1 | 9,236 |
| 8A | Did not operate | 0 | 0 | NA | 0 | NA |
| 9 | 9/78–9/80 | 1 | 34,056 | 5/03–2/06 | 1 | 20,671 |
| 10 | 5/75–8/90 | 4 | 66,623 | NA | 0 | NA |
| 11 | 9/75–12/80 | 2 | 46,720 | Did not operate | 0 | Did not operate |
| 11A | Did not operate | 0 | 0 | NA | 0 | NA |
| 12 | 8/77–12/79 | 1 | 7,287 | NA | 0 | NA |
| 13 | 6/75–10/84 | 3 | 85,863 | Did not operate | 0 | Did not operate |
| 13A | 12/75–10/80 | 1 | 38,158 | Did not operate | 0 | Did not operate |
| 14 | Did not operate | 0 | 0 | NA | 0 | NA |
| 15 | 9/76–4/80 | 3 | 4,646 | Did not operate | 0 | Did not operate |
| 15A | 9/79–1/81 | 2 | 8,842 | NA | 0 | NA |
| 16 | 12/76–6/79 | 4 | 5,709 | NA | 0 | NA |
| 16A | 8/75–11/80 | 3 | 3,503 | NA | 0 | NA |
| 17 | Did not operate | 0 | 0 | NA | 0 | NA |
| 18 | 2/80–9/80 | 1 | 6,654 | 3/05–1/06 | 1 | 20,085 |
| 19 | 7/74–7/90 | 1 | 920,018 | NA | 0 | NA |
| 19A | Did not operate | 0 | 0 | NA | 0 | NA |
| 0 | Did not operate | 0 | 0 | NA | 0 | NA |
| 21 | 10/78–12/80 | 1 | 46,542 | Did not operate | 0 | Did not operate |
| 22 | 3/77–5/82 | 1 | 8,578 | NA | 0 | NA |
| 22A | 10/79–7/82 | 1 | 21,369 | NA | 0 | NA |
| 23 | 5/77–12/81 | 2 | 9,867 | NA | 0 | NA |
| 24 | Did not operate | 0 | 0 | NA | 0 | NA |

Preliminary Draft PEIS
PEIS Team Use Only

PEIS Privileged Information
Do Not Distribute

May 2012

*Preliminary Draft PEIS*
*PEIS Team Use Only*

*PEIS Privileged Information*
*Do Not Distribute*

*May 2012*

**TABLE 1.1-1  (Cont.)**

| Lease Tract | Dates of Operation 1974–1994 | No. of Mines in Operation within Lease Tract 1974–1994 | Total Production (tons) 1974–1994 | Dates of Operation 1996–2008 | No. of Mines in Operation within Lease Tract 1996–2008 | Total Production (tons) 1996–2008 |
|---|---|---|---|---|---|---|
| 25 | 8/78–8/80 | 1 | 14,135 | Did not operate | 0 | Did not operate |
| 26 | 12/75–12/80 | 2 | 2,547 | NA | 0 | NA |
| 27 | 8/75–4/83 | 4 | 15,923 | NA | 0 | NA |
| Totals | | 42 | 1,551,658 | | 4 | 64,765 |

[a]  NA indicates not available.

1

1-9-1

1     **TABLE 1.2-1  Summary of the 31 DOE ULP Lease Tracts in 2011**

| | Lease Tract No. | Acreage | Lessee | County | Status |
|---|---|---|---|---|---|
| 1 | 10 | 638 | Golden Eagle Uranium, LLC | San Miguel | No recent (post-1995) activity conducted; no reclamation needed. |
| 2 | 11 | 1,303 | Cotter Corp. | San Miguel | One new underground mine permitted and being developed; reclamation needed. |
| 3 | 11A | 1,297 | Golden Eagle Uranium, LLC | San Miguel | No recent (post-1995) activity conducted; no reclamation needed. |
| 4 | 12 | 641 | Colorado Plateau Partners | San Miguel | No recent (post-1995) activity conducted; no reclamation needed. |
| 5 | 13 | 1,077 | Gold Eagle Mining, Inc. | San Miguel | Three existing, permitted underground mines; reclamation needed. |
| 6 | 13A | 420 | Cotter Corp | San Miguel | Exploration plan (one hole) approved; drilling and reclamation of the explored area completed; reclamation needed for some portions of the lease tract. |
| 7 | 14 (1, 2, 3) | 971 | Not applicable | San Miguel | Lease tracts have not been leased. |
| 8 | 15 | 350 | Gold Eagle Mining, Inc. | San Miguel | One existing underground mine; reclamation needed. |
| 9 | 15A | 172 | Golden Eagle Uranium, LLC | San Miguel | No recent (post-1995) activity conducted; no reclamation needed. |
| 10 | 16 | 1,790 | Golden Eagle Uranium, LLC | San Miguel | No recent (post-1995) activity conducted; no reclamation needed. |
| 11 | 16A | 585 | Energy Fuels Resources | San Miguel | No recent (post-1995) activity conducted; no reclamation needed. |
| 12 | 5 | 151 | Gold Eagle Mining, Inc. | Montrose | One existing, permitted underground mine; reclamation needed. |
| 13 | 5A | 25 | Golden Eagle Uranium, LLC | Montrose | No recent (post-1995) activity conducted; no reclamation needed. |
| 14 | 6 | 530 | Cotter Corp | Montrose | One existing permitted underground mine; reclamation needed. |
| 15 | 7 | 493 | Cotter Corp | Montrose | Two existing permitted mines; one underground mine and one large open pit mine; reclamation needed. |

2

BLM_0041098

**TABLE 1.2-1  (Cont.)**

| | Lease Tract No. | Acreage | Lessee | County | Status |
|---|---|---|---|---|---|
| 16 | 8 | 955 | Cotter Corp | Montrose | One existing permitted underground mine; reclamation needed. |
| 17 | 8A | 78 | NA | Montrose | Lease tract has not been leased. |
| 18 | 9 | 1,037 | Cotter Corp | Montrose | One existing permitted underground mine; reclamation needed. |
| 19 | 17 (1, 2) | 475 | Golden Eagle Uranium, LLC | Montrose and San Miguel | No recent (post-1995) activity conducted; no reclamation needed. |
| 20 | 18 | 1,181 | Cotter Corp | Montrose | One existing permitted underground mine; reclamation needed. |
| 21 | 19 | 662 | Energy Fuels Resources | Montrose | No recent (post-1995) activity conducted; no reclamation needed. |
| 22 | 19A | 1,204 | Energy Fuels Resources | Montrose | No recent (post-1995) activity conducted; no reclamation needed. |
| 23 | 20 | 627 | Energy Fuels Resources | Montrose | No recent (post-1995) activity conducted; no reclamation needed. |
| 24 | 21 | 651 | Cotter Corp | Montrose | Exploration plan (two holes) approved; drilling and reclamation of the explored area completed; no reclamation needed. |
| 25 | 22 | 224 | Golden Eagle Uranium, LLC | Montrose | No recent (post-1995) activity conducted; no reclamation needed. |
| 26 | 22A | 409 | Golden Eagle Uranium, LLC | Montrose | No recent (post-1995) activity conducted; no reclamation needed. |
| 27 | 23 (1, 2) | 596 | Golden Eagle Uranium, LLC | Montrose | No recent (post-1995) activity conducted; no reclamation needed. |
| 28 | 24 | 201 | Energy Fuels Resources | Montrose | Exploration plan (eight holes) approved; drilling and reclamation of explored area completed; no reclamation needed. |
| 29 | 25 | 639 | Cotter Corp | Montrose | Exploration plan (one hole) approved; drilling and reclamation of explored area completed; no reclamation needed. |

BLM_0041099

**TABLE 1.2-1  (Cont.)**

|  | Lease Tract No. | Acreage | Lessee | County | Status |
|---|---|---|---|---|---|
| 30 | 26 | 3,989 | Energy Fuels Resources | Mesa | Exploration plan (six holes) approved; drilling and reclamation of the explored area completed; mine-reentry plan approved, bulkhead partially removed and assessment completed; portal re-secured; reclamation needed. |
| 31 | 27 | 1,766 | Energy Fuels Resources | Mesa | No recent (post-1995) activity conducted; no reclamation needed. |
| Total |  | 25,137 |  |  |  |

### 1.2.1  Lease Requirements

Facsimiles of two generic leases for the DOE ULP are shown in Appendix A. These two leases are the same except for how the royalty payment is determined. A summary of the lease requirements follows here. A lease extended through the ULP is granted for the purpose of exploring and/or mining uranium, vanadium, and associated materials within the lease property lines. The current leases are granted for a 10-year term; at the end of that period, DOE would reevaluate the lease and determine whether or not it should continue. DOE reserves the right to cancel the lease at any time if it feels the lessee is not in full compliance with the terms of the lease. Conversely, the lessee can relinquish a lease at any time with approval from the realty officer, if the property has been reclaimed and is left in satisfactory condition.

Before conducting any exploratory or mining activity, the lessee is required to file a "Notice of Intent to Conduct Prospecting Operations" or "Reclamation Permit Application" with the Colorado Mined Land Reclamation Board. The lessee is then required to submit three copies of a detailed Exploration Plan or Mining Plan to the realty officer. This plan must include a site-specific environmental analysis and a description of measures to be taken to assure compliance with all federal, state, and local laws. In addition, the lessee must consult with all pertinent federal, state, and local agencies — including, but not limited to, the BLM, U.S. Fish and Wildlife Service (USFWS), Corps of Engineers (COE), U.S. Environmental Protection Agency (EPA), Colorado Department of Wildlife (CDOW), and State Historic Preservation Officer (SHPO) — to determine the presence and/or location of all endangered, threatened, and sensitive plant and wildlife species; known cultural resources; and floodplain and wetland areas. Plans are reviewed by DOE, and upon DOE's approval, the project described in the plan can commence. The realty officer, DOE, and other appropriate agencies must be notified in writing if the lessee wishes to change part of the plan, and no change can take place until approval is given.

BLM_0041100

1    After the plan is approved, but before any ground-disturbing activity can commence, the
2  lessee must file a performance bond set by the realty office. A lessee is required to pay a royalty
3  fee established by DOE, as described in the leases (see Appendix A). For leases completed
4  before 2008, the lease holder must also pay a base royalty fee on the value of the ore delivered to
5  a mill or receiving facility. Lessees cannot utilize or sell profitable materials that accumulate as a
6  result of ground-disturbing activities without the consent of DOE and without purchasing them
7  from DOE. All applicable environmental and cultural surveys and studies must be conducted
8  prior to any ground-disturbing activities.
9
10    The lease indemnifies the government from any liability for any adverse actions that
11  occur during the implementation of the lease and requires the lessee to comply with all
12  environmental regulations and mining best practices, including controlling mine waste and
13  exposure to radioactivity, using room-and-pillar or timber mining techniques, and adhering to
14  safety guidelines. The lessee must maintain existing improvements to the land (if they so exist)
15  and should minimize improvements to only those needed for mining activities. The lessee is
16  required to provide detailed haul-route information to the Colorado Department of
17  Transportation (CDOT) and to provide accurate documentation of exploratory shafts, mine adits,
18  and land improvements, as well as ore excavation estimates, to the realty officer. The lessee is
19  required to negotiate a fair price with DOE to repair any damage to the land from pre-1974
20  mining activities. DOE reserves the right to enter the premises at any reasonable time to view
21  and inspect any part of the mine. If, at any time, the grounds are inspected by any local, state, or
22  federal agency other than DOE, the lessee is required to provide the realty officer with a copy of
23  the inspection results.
24
25    Upon termination of the lease, the lessee has 180 days to reclaim and return the land to
26  DOE. The lessee is required to remove all equipment, stockpiles, and evidence of mining, unless
27  the improvement is a structural support needed to maintain the mine. For 3 years after the
28  termination of the lease, DOE has the right to access any transaction records related to the lease.
29  This stipulation is required to be listed in any agreement made between the lessee and its
30  subcontractors. All information obtained from the lessee by DOE during operation of the lease is
31  subject to Freedom of Information Act (FOIA) requirements.
32
33
34  **1.3  PURPOSE AND NEED FOR AGENCY ACTION**
35
36    Public Law (P.L.) 109-58 (i.e., the Energy Policy Act of 2005) emphasizes the
37  reestablishment of nuclear power (Sections 601 through 657). In support of this, DOE is
38  preparing this PEIS to evaluate the reasonably foreseeable environmental impacts, including the
39  site-specific impacts, of the range of reasonable alternatives for managing the ULP.
40
41    Managing the ULP would include continued leasing of the 31 lease tracts for the
42  exploration and production of uranium and vanadium ores. The Domestic Uranium Program
43  regulation (10 CFR 760.1) gives DOE the flexibility to continue leasing these DOE-managed
44  lands via a competitive bidding process to achieve the highest returns for the government. A key
45  element in this determination is the analysis of environmental impacts attributable to lease tract

BLM_0041101

1  operations and associated activities. Therefore, DOE has prepared this PEIS to provide such
2  information to decision makers, as well as to the public.
3
4
5  **1.4  PROPOSED ACTION**
6
7      DOE's proposed action is to continue the ULP for the next 10-year period or for another
8  reasonable period as described for the preferred alternative in this Draft PEIS. The proposed
9  action would involve management of the 31 lease tracts for exploration, development, and
10 operations of uranium mines. Reclamation would also be completed once operations were
11 terminated at any particular mine on the various leases. Figure 1.4-1 shows the location of the
12 lease tracts.
13
14     The lessees would be responsible for preparing project-specific exploration, mine
15 development and mine operations, and reclamation plans for submittal to DOE prior to any
16 implementation. DOE would approve these plans if the activities and expected potential impacts
17 were consistent with the scope of this PEIS. If they were not, the lessees could be required, as
18 appropriate, to conduct further project-specific NEPA evaluation before DOE approval.
19
20
21 **1.5  SCOPE OF THIS DRAFT PEIS**
22
23     This Draft PEIS evaluates five alternatives for managing the ULP for which there are
24 31 lease tracts located in Mesa, Montrose, and San Miguel Counties in western Colorado. These
25 alternatives address the range of reasonable options, which involve terminating the leases and
26 conducting reclamation where needed, with DOE continuing to maintain oversight of the lands;
27 terminating the leases and conducting reclamation where needed, restoring the lands to public
28 domain under BLM's administrative control and terminating the DOE ULP; and continuing the
29 ULP with associated exploration, mine development and operations, and reclamation at some or
30 all of the 31 lease tracts. At the time that this Draft PEIS was being prepared, 29 of the 31 lease
31 tracts were actively held under lease, and the remaining 2 tracts had not been leased.
32
33     Of the 31 lease tracts, 11 are located in San Miguel County, 17 are located in Montrose
34 County, 2 are located in Mesa County, and 1 is located in both San Miguel and Montrose
35 Counties. The lease tracts vary in size from as small as 25 acres (10 ha) to as large as about
36 4,000 acres (1,600 ha).
37
38     The 29 active leases are held by five companies: (1) The Golden Eagle Uranium, LLC;
39 (2) Cotter Corporation; (3) Gold Eagle Mining, Inc.; (4) Colorado Plateau Partners; and
40 (5) Energy Fuels Resources.
41
42     This Draft PEIS evaluates the three mining phases associated with the underground and
43 surface open-pit mining methods. These phases are the exploration phase, mine development and
44 operations phase, and the reclamation phase. Resource areas evaluated are discussed in
45 Chapter 2. Since there have been no mine plans submitted currently to DOE by the lessees, the

BLM_0041102



1

2 **FIGURE 1.4-1  Locations of the 31 Lease Tracts To Be Managed under Alternative 4, DOE's**
3 **Preferred Alternative**

BLM_0041103

*Preliminary Draft PEIS*      *PEIS Privileged Information*     *May 2012*
*PEIS Team Use Only*     *Do Not Distribute*

1   location of where future potential mining would take place and other associated details are not
2   currently known. Hence, the evaluation conducted in this Draft PEIS incorporated assumptions
3   for creating a reasonable scenario that could represent an upper bound level of possible future
4   mining activity for each of the alternatives, as appropriate. These assumptions are discussed in
5   Chapter 2.
6
7
8   **1.6  NEPA PROCESS FOR THE ULP**
9
10       After this PEIS is completed and at least 30 days after the EPA issues a notice of
11   availability of the Final PEIS, DOE may issue a Record of Decision (ROD) announcing DOE's
12   selection of an alternative for the continued management of the ULP. Section 2.6 of this Draft
13   PEIS identifies DOE's preferred alternative (i.e., Alternative 4, to continue with exploration,
14   mine development and operations, and reclamation on the 31 DOE ULP lease tracts for 10 years
15   or another reasonable time period). After the ROD is issued, as plans (exploration, mining, and
16   reclamation) are submitted by the lessees to DOE for approval, further NEPA review for a given
17   site-specific action would be conducted. The level of follow-on NEPA review to be done
18   (e.g., categorical exclusion, environmental assessment, or environmental impact statement)
19   would depend on the action being proposed by the lessees as indicated in the plans submitted.
20   This NEPA review would be conducted to inform DOE's decision on approval of the plans. As
21   discussed in Section 1.2.1 (where requirements of current
22   leases are summarized), no activity can be undertaken by
23   these lessees until DOE has approved the plans submitted.
24   DOE's review would be conducted in consultation with
25   federal, state, and local agencies. Tribal consultation would
26   also be undertaken for site-specific actions, as appropriate.
27   Public participation on the follow-on NEPA review would
28   occur in a manner consistent with the level of review
29   conducted and with DOE and CEQ guidelines. Section 1.6.1
30   discusses the public participation process for this PEIS.
31
32
33   **1.6.1  Public Participation on the PEIS**
34
35       During the preparation of this PEIS, several
36   opportunities for public participation are being provided (see
37   Figure 1.6-1). Consistent with CEQ requirements
38   (40 CFR 1501.7) and DOE NEPA implementation procedures
39   (10 CFR 1021.311), an early and open scoping process was
40   carried out to determine the scope of the PEIS and identify
41   significant issues related to the proposed action. An NOI was
42   issued for public review, and a public scoping process was
43   conducted. Public participation is also solicited during the
44   review of the Draft PEIS during the public comment period.
45   NEPA requires that comments on the Draft PEIS be evaluated



**FIGURE 1.6-1  NEPA Process for This PEIS**

BLM_0041104

1  and considered during the preparation of the Final PEIS and that a response to comments be
2  provided.
3
4  The NOI (76 FR 36097) to prepare this PEIS was issued on June 21, 2011, and a
5  supplemental notice was issued on July 21, 2011, to announce the four public scoping meetings
6  and their locations and to announce the extension of the public scoping period to September 9,
7  2011. Public scoping meetings were scheduled to be held in Montrose, Naturita, and Telluride in
8  Colorado and in Monticello, Utah.
9
10  In addition to presenting comments at the scoping meetings, stakeholders could
11  also mail comments directly to DOE or submit comments through the project web site
12  (http://ulpeis.anl.gov/) by completing and submitting a scoping comment form. A total of
13  287 unique "comment documents" were submitted by individuals, organizations, and
14  government agencies to provide comments on the scope of the PEIS. A comment document is a
15  written document, an email submission, or an oral presentation given during a scoping meeting
16  that provided comments on the scope and content of the PEIS. A single comment document may
17  contain multiple comments on one or more issues. There were 61 comment documents provided
18  at the scoping meetings; 164 were mailed to DOE (counting both e-mails and regular mail); and
19  62 were submitted electronically through the project web site. Of these comment documents,
20  8 were received from federal, state, or local government agencies; 6 came from environmental
21  groups; and the remainder were from individuals or other organizations. Comment documents
22  were received from 13 states; of the 262 comments for which a state of origin was identified,
23  approximately 88% were from Colorado within the potentially affected areas.
24
25  Comments received during the public scoping period focused on whether or not the ULP
26  or uranium mining at the lease tracts should be continued. Representative comments and DOE
27  responses are provided as follows. The first set of comments (Section 1.6.2) presents those
28  comments determined to be within the PEIS scope, and the second set (Section 1.6.3) presents
29  those determined to be outside the scope of the PEIS. A detailed discussion on the comments
30  received is presented in Appendix B.
31
32
33  **1.6.2 Comments Determined To Be within PEIS Scope**
34
35  • *The current leases should be terminated and reclamation conducted, after*
36  *which uranium mining should not be conducted on the lands. The lands could*
37  *be restored to the public domain under BLM oversight and the DOE ULP*
38  *terminated.*
39
40  Alternatives 1 and 2 evaluated in this Draft PEIS address this comment. Under
41  Alternative 1, all existing leases (there are 29) would be terminated, and
42  reclamation would be conducted where needed. The lands would then be
43  maintained per DOE oversight without leasing for uranium mining.
44  Alternative 2 evaluated in this Draft PEIS is similar to Alternative 1, except
45  that after reclamation was completed, the lands would be restored to the

BLM_0041105

1   public domain with the approval of BLM, and the DOE ULP would be
2   terminated. Further, under Alternative 2, the lands could be leased for
3   uranium mining while under BLM oversight.
4
5   • *DOE should continue with the ULP and continue to make the 31 lease tracts*
6     *available for exploration, mine development and operations, and reclamation*
7     *as was the case before the preparation of the PEIS was initiated.*
8
9   Alternatives 4 and 5 evaluated in this Draft PEIS address this comment. Under
10  Alternative 4, DOE would continue the ULP with the 31 lease tracts for the
11  next 10-year period or for another reasonable period. Alternative 5 is similar
12  to Alternative 4 except that the lease period is limited to the remainder of the
13  10-year lease period, as the leases were when they were issued in 2008.
14
15  • *DOE should prohibit any further mining or exploration until reclamation has*
16    *been completed on existing or old leases.*
17
18  As mentioned above, reclamation would be conducted where needed as part of
19  the alternatives evaluated in this Draft PEIS. In addition, all legacy mine sites
20  located on the DOE lease tracts have been reclaimed.
21
22  • *DOE should stipulate protection of the Dolores and San Miguel River*
23    *watersheds.*
24
25  There is currently a requirement for future mines to be at least 0.25 mi
26  (0.40 km) from the Dolores River. The San Miguel River is quite a distance
27  from the lease tracts. The evaluation for water quality discussed in this Draft
28  PEIS considered both the Dolores and San Miguel Rivers.
29
30  • *Potential impacts from uranium mining at the DOE ULP lease tracts to air*
31    *quality, water quality, human health, socioeconomics, transportation, views*
32    *from sensitive areas, and cultural resources should be evaluated.*
33
34  Chapter 4 of this Draft PEIS discusses the impact analyses conducted for
35  human health and the environmental resource areas listed. Potential impacts
36  on noise, soil resources, land use, ecology, environmental justice, and waste
37  management are also discussed.
38
39  • *DOE should undertake its duties under Section 7 of the Endangered Species*
40    *Act (ESA).*
41
42  DOE is engaged in consultation with the USFWS per Section 7 of the ESA. A
43  biological assessment (BA) is also being prepared as part of this consultation.
44  Chapter 6 of this Draft PEIS presents a summary of this consultation.
45

BLM_0041106

1  • *DOE should collaborate with other agencies, including the Colorado Division*
2  *of Reclamation Mining and Safety (CDRMS), BLM, and EPA.*
3
4  DOE is collaborating with various agencies, including CDRMS, BLM, and
5  EPA, on this PEIS process.  Section 1.9 presents a list of the cooperating
6  agencies and the commenting agencies.
7
8  • *The review and approval process must include a site-specific NEPA review*
9  *for each proposed mining operation.*
10
11  Section 1.6 of this Draft PEIS contains a discussion of the NEPA process that
12  would be conducted once site-specific and project-specific mine plans were
13  submitted by the lessees to DOE for approval.
14
15
16  **1.6.3  Comments Determined To Be outside PEIS Scope**
17
18  • *Because of unstable uranium markets and the uncertainty of future*
19  *commercial development of nuclear power facilities, uranium should be*
20  *preserved for the future use by the American people until it becomes critical*
21  *for national strategic energy purposes.*
22
23  The timing of uranium mining for the purposes described does not meet the
24  purpose and need for DOE's action (described in Section 1.3 of this Draft
25  PEIS).
26
27  • *Analyze a no action alternative that would allow the leases to lapse with no*
28  *reclamation conducted.*
29
30  The option of not performing reclamation when leases lapse or are terminated
31  is not consistent with the requirements of the leases or the ULP and is
32  therefore not considered as a reasonable alternative to evaluate in this Draft
33  PEIS.
34
35  • *Analyze the economic benefits of fully reclaiming and rehabilitating all*
36  *federal and state lands in the Uravan Mineral Belt and compare that to the*
37  *economic benefit of maintaining the existing uranium leases over the next 5*
38  *years.*
39
40  The economic study suggested is outside the scope of this Draft PEIS. It does
41  not meet the purpose and need for DOE's action (described in Section 1.3 of
42  this Draft PEIS).
43
44

BLM_0041107

1  **1.7  OTHER RELATED FEDERAL ACTIONS**
2
3        Other NEPA documents were reviewed to identify concurrent or proposed NEPA actions
4   that relate or could be connected to the DOE ULP proposed action of continued leasing of lands
5   for the purpose of potential future uranium mining. The relevant NEPA proposed actions are
6   described fully in the two documents summarized here in Sections 1.7.1 and 1.7.2.
7
8
9   **1.7.1  Draft Denison Mines Sunday Mines Complex Assessment**
10          **(CO-800-2007-104EA/November 2008)**
11
12        The *Denison Mines (USA) Corp. Sunday Mines Environmental Assessment* (Denison
13   Mines EA) of November 2008 (BLM 2008w) proposes conducting exploratory drilling at the
14   Sunday Mines Complex and adding ventilation holes at various mine locations. The Denison
15   Mines EA also proposes expanding existing operations at the Topaz Mine. The Sunday Mines
16   Complex consists of Sunday, St. Jude, and Carnation Mines.
17
18        The mines in the Sunday Mines Complex and the Topaz Mine are uranium/vanadium
19   mines located in Big Gypsum Valley, southwest of the town of Naturita in San Miguel County,
20   Colorado. They are located on lands currently under the jurisdiction of the BLM's Dolores
21   Public Lands Office. Claim rights and permitting responsibility are held by Denison Mines
22   (USA) Corporation, which operates the Sunday Mines Complex. Denison Mines has also
23   consulted with the BLM's San Juan Public Lands Office.
24
25        Activities involved with expanding operations at the Topaz Mine will consist of
26   rehabilitating existing mines, extending underground declines, expanding the waste rock area,
27   and reestablishing mine ventilation. At the end of rehabilitation, the mine is expected to produce
28   approximately 5,000 to 6,000 tons of ore per month.
29
30        The exact placement of vent holes throughout the Sunday Mines Complex is not yet
31   known, but the vent holes will be placed in locations that have undergone resource surveys
32   conducted for the EA.
33
34        Exploratory drilling is expected to occur based on the market demand for uranium. No
35   more than 60 exploratory sites would be open at any given time. It is estimated that no more than
36   10 acres (4.0 ha) of surface disturbance would be present at any given time.
37
38
39   **1.7.2  Draft Programmatic Environmental Impact Statement and Possible Land**
40          **Use Plan Amendments for Allocation of Oil Shale and Tar Sands Resources**
41          **on Lands Administered by the Bureau of Land Management in Colorado,**
42          **Utah, and Wyoming (DOI No. DES 12-01/January 2012)**
43
44        The *Draft Programmatic Environmental Impact Statement and Possible Land Use Plan*
45   *Amendments for Allocation of Oil Shale and Tar Sands Resources on Lands Administered by the*

BLM_0041108

1   *Bureau of Land Management in Colorado, Utah, and Wyoming* (OSTS Draft PEIS) of
2   January 2012 (BLM 2012w) proposes to amend 10 land use plans for Colorado, Wyoming, and
3   Utah to reassess land use with respect to OSTS leasing and potential development. The scope of
4   the PEIS considers only public lands managed by the BLM on which the federal government
5   owns both the surface land rights and subsurface mineral rights. With regard to oil shale, these
6   lands include the Green River Formation within the Piceance, Uinta, Green River, and Washakie
7   Basins. With regard to tar sands, these lands are 11 designated Special Tar Sands Areas in Utah:
8   (1) Argyle Canyon–Willow Creek, (2) Asphalt Ridge Whiterocks and vicinity, (3) Circle Cliffs
9   East and West Flanks, (4) Hill Creek, (5) Pariette, (6) P.R. Spring, (7) Raven Ridge Rim Rock
10  and vicinity, (8) San Rafael Swell, (9) Sunnyside and vicinity, (10) Tar Sand Triangle, and
11  (11) White 1 Canyon (BLM 2012w).
12
13       The OSTS resources described above fall within lands under the responsibility of
14  10 jurisdictional BLM field offices: the (1) Colorado River Valley, (2) Grand Junction, and
15  (3) White River offices in Colorado; the (4) Monticello, (5) Price, (6) Richfield, and (7) Vernal
16  offices in Utah; and the (8) Kemmerer, (9) Rawlins, and (10) Rock Springs offices in Wyoming
17  (BLM 2012w).
18
19       The 2012 OSTS Draft PEIS is similar in scope to the 2008 OSTS PEIS in that it supports
20  only resource-allocation decision making that identifies the BLM-managed lands for which
21  applications to lease OSTS resources would or would not be accepted in the future. Although
22  applications would be accepted for areas that might be identified as available for commercial
23  leasing, the BLM would have to comply with all applicable laws, regulations, and policies—
24  including, but not limited to, the requirements of NEPA, the National Historic Preservation Act
25  (NHPA), and the Endangered Species Act (ESA)—before any leasing of the area would be
26  considered (BLM 2012w).
27
28
29  **1.8  CONSULTATION**
30
31       For the Draft ULP PEIS, DOE is complying with Executive Order (E.O.) 13175 and with
32  Section 7 of the ESA by engaging in consultation on a government-to-government basis with
33  Native American tribes and with the USFWS, respectively. Chapter 7 of this Draft PEIS presents
34  a discussion of the consultation activities to date.
35
36       As a part of the government's "treaty and trust" responsibilities, the government-to-
37  government relationship was formally recognized by the federal government with E.O. 13175 on
38  November 6, 2000. DOE is coordinating and consulting with tribal governments, Native
39  American communities, and tribal individuals whose interests might be directly and substantially
40  affected by activities on the ULP lands. DOE will strive to provide the tribes with sufficient
41  opportunities for productive participation in planning and resource-management decision
42  making. DOE initiated consultation and communication on the Draft ULP PEIS with
43  five potentially affected American Indian tribal governments.
44

BLM_0041109

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                      *Do Not Distribute*

In the NOI (76 FR 36097) to prepare the ULP PEIS, DOE stated that it is preparing to enter into consultation with the USFWS, in compliance with Section 7 of the ESA, concerning DOE's management of the ULP. Section 7 of the ESA requires federal agencies to consider the effect of their undertakings on species listed under the ESA and to consult with the USFWS to ensure that the action or actions that they fund, authorize, or permit are not likely to jeopardize the continued existence of any listed species or result in the destruction or adverse modification of the critical habitat of such species.

## 1.9  COOPERATING AGENCIES

DOE invited various federal, state, and county agencies and tribal nations to participate either as a cooperating agency in the preparation of this Draft PEIS. The following government agencies and tribal groups are participating as cooperating agencies by providing their expertise and required knowledge about various areas during the preparation of the Draft PEIS:

1. *Bureau of Land Management (BLM):* Jurisdictional responsibilities in land use planning, designations, or restrictions on and surrounding DOE-withdrawn lands; and an understanding of the potential impacts from increased mining and oil and gas exploration and development.

2. *Colorado Department of Transportation (CDOT):* Knowledge of local and regional transportation systems including primary and secondary highways.

3. *Colorado Division of Reclamation Mining and Safety (CDRMS):* Expertise in mining and reclamation and the safety requirements attendant to these activities.

4. *Colorado Parks and Wildlife (CPW):* Expertise in addressing the protection of wildlife.

5. *U.S. Environmental Protection Agency (EPA):* Expertise in addressing the protection of human health and the environment (e.g., water quality, air quality, and radiation protection).

6. *Mesa County Commission:* Expertise in identifying limits to mitigate potential impacts that energy development activities, such as uranium mining, would have on the county's economy, residents, and the environment, including its primary and secondary roadways.

7. *Montrose County Commissioners:* Expertise in socioeconomic, transportation, and water quality issues related to the county.

8. *San Juan County Commission:* Expertise in identifying limits to mitigate potential impacts that energy development activities, such as uranium mining,

BLM_0041110

1  would have on the county's economy, residents, and the environment,
2  including its primary and secondary roadways.
3
4  9. *San Miguel County Board of Commissioners:* Expertise in identifying limits to
5  mitigate potential impacts that energy development activities, such as uranium
6  mining, would have on the county's economy, residents, and the environment,
7  including its primary and secondary roadways, land use and planning.
8
9  10. *Southern Ute Tribe:* Knowledge of cultural resources in the area.
10
11  11. *Navajo Nation:* Knowledge of cultural resources in the area.
12
13  The following agencies and tribal groups chose to participate as commenting agencies
14  and are included in the project distribution list to receive the Draft ULP PEIS for review and
15  comment:
16
17  1.  U.S. Fish and Wildlife Service (USFWS),
18  2.  U.S. Nuclear Regulatory Commission (NRC),
19  3.  Utah Department of Transportation (UDOT),
20  4.  Colorado Department of Public Health and Environment (CDPHE),
21  5.  Ute Mountain Ute Tribe,
22  6.  Ute Indian Tribe,
23  7.  White Mesa Ute Tribe, and
24  8.  Hopi Nation.
25
26
27  **1.10  ORGANIZATION OF THIS DRAFT PEIS**
28
29  The remainder of this Draft PEIS is composed of the following chapters and appendices:
30
31  •  Chapter 2 describes the alternatives evaluated in the Draft PEIS and compares
32  them with regard to their potential environmental and human health impacts.
33
34  •  Chapter 3 presents a discussion of the affected environment for each of the
35  resource areas analyzed in this Draft PEIS.
36
37  •  Chapter 4 provides the results of the evaluation of potential environmental and
38  human health impacts.
39
40  •  Chapter 5 summarizes applicable laws and requirements relative to the
41  proposed action.
42
43  •  Chapter 6 summarizes all consultation activities conducted for the proposed
44  action.
45

BLM_0041111

1
2          •   Chapter 7 presents an index for the Draft PEIS.

3          •   Chapter 8 lists references cited in the preparation of this Draft PEIS.
4
5          •   Appendix A provides an example of a lease.
6
7          •   Appendix B provides a summary of comments received during the public
8              scoping period.
9
10         •   Appendix C describes the assumptions for the impacts analyses.
11
12         •   Appendix D describes the methodology used for the impacts analyses.
13
14         •   Appendix E provides a list and discussion of threatened and endangered
15             species.
16
17         •   Appendix F provides a list of preparers.
18
19         •   Appendix G provides the contractor disclosure statement.
20

BLM_0041112

1
2
3
4
5
6
7
8
9
10
11
12
13          *This page intentionally left blank*
14

BLM_0041113

# 2 PROPOSED ACTION AND ALTERNATIVES

Consistent with the purpose and need discussed in Chapter 1, DOE has evaluated five alternatives that address the range of reasonable options for managing the ULP. These options range from terminating all the leases and conducting reclamation where needed, with DOE continuing to maintain oversight of the lands; terminating the leases and conducting reclamation where needed, restoring the lands to public domain under BLM's administrative control and terminating the DOE ULP; and continuing the ULP with associated exploration, mine development and operations, and reclamation at some or all of the 31 lease tracts. Table 1.2-1 in Chapter 1 lists the 31 lease tracts and provides information on the current status of each.

DOE developed the range of alternatives after carefully considering (1) the need for uranium reserves to support energy development (consistent with the Energy Policy Act of 2005), (2) other mining considerations, and (3) comments received during the public scoping period for this PEIS. In the Notice of Intent (NOI) to prepare this PEIS (76 FR 36098), DOE proposed to evaluate five alternatives. The public scoping process did not identify any additional alternatives that DOE considered to be within the reasonable range of options for determining how the ULP should be managed. The five alternatives are as follows:

1. *Alternative 1:* DOE would terminate all leases, and all operations would be reclaimed by lessees. DOE would continue its management of the withdrawn lands, without leasing, in accordance with applicable requirements.

2. *Alternative 2:* Same as Alternative 1, except once reclamation was completed by lessees, all lands would be restored to the public domain with the approval of BLM and be put under BLM's administrative control, and DOE's uranium leasing program would end.

3. *Alternative 3:* DOE would continue the ULP as it existed before July 2007 with the 13 then-active leases, for the next 10-year period or for another reasonable period, and then DOE would terminate the remaining leases.

4. *Alternative 4:* This is the preferred alternative under which DOE would continue the ULP with the 31 lease tracts for the next 10-year period or for another reasonable period.

5. *Alternative 5:* This is the No Action Alternative, under which DOE would continue the ULP with the 31 lease tracts for the remainder of the 10-year period, as the leases were when they were issued in 2008.

In this PEIS, DOE has evaluated each alternative for its potential impacts on the following 13 human health and environmental resource areas (see Figure 2-1):

BLM_0041114