

1

2  **FIGURE 2-1  Thirteen Human Health and Environmental Resource Areas That Are Evaluated for**
3  **Potential Impacts from Exploration, Mine Development and Operations, and Reclamation**

4
5
6          1.  Air quality,
7          2.  Acoustic environment,
8          3.  Geology and soils,
9          4.  Water resources,
10         5.  Human health,
11         6.  Ecological resources,
12         7.  Land use,
13         8.  Socioeconomics,
14         9.  Environmental justice,
15         10. Transportation,
16         11. Cultural resources,
17         12. Visual resources, and
18         13. Waste management.
19
20         In addition to the above resource areas, DOE has evaluated cumulative impacts
21  (see Section 4.7) that could occur when potential impacts from the proposed action are

BLM_0041115

1   considered with past, present, and reasonably foreseeable future actions in the region of
2   influence (ROI) for this PEIS. The five alternatives are also analyzed for the three phases of
3   uranium mining: exploration, mine development and operations, and reclamation, as applicable
4   to the given alternative. Section 2.1 discusses the three phases of mining, and Section 2.2
5   describes each alternative and the associated assumptions developed as basis for the evaluation
6   of the alternatives presented in this PEIS.

7
8
9   **2.1 URANIUM MINING METHODS AND PHASES**
10
11       The uranium mining methods that have been used on the DOE ULP lease tracts have
12   included both underground and surface open-pit mining. However, underground mining was
13   used most often in the past and would very likely be used most in the near future. The mining
14   activities are conducted in three phases as follows: (1) exploration, (2) mining development and
15   operations, and (3) reclamation. These three phases are described in Sections 2.1.1 through 2.1.3.
16   Although ore processing is not part of the proposed action for this Draft PEIS, Section 2.1.4
17   discusses the mills to which the ore that is generated from the DOE ULP lease tracts could be
18   transported for processing.

19
20
21   **2.1.1 Exploration**
22
23       The exploration phase is considered a preoperational activity and includes mine site
24   preparation. This phase is typically conducted in a relatively short period of time (i.e., several
25   weeks). It involves planning, obtaining access to the lease tracts, constructing temporary roads as
26   required, and performing exploratory drilling. Exploration holes are drilled to determine the
27   exact location and grade of uranium ore present. A temporary access road is typically prepared to
28   give a drill truck, a pipe truck, and a water truck access to the location identified for exploration;
29   such temporary roads are generally less than 20 ft (6.1 m) in width.

30
31       During the exploration phase, surface disturbance would be limited to the minimum area
32   required to obtain a grade and to a condition that would provide for the safe transportation of
33   drilling equipment and personnel. The surface area disturbance would typically include the
34   removal of vegetation and the leveling of high points in the rights-of-way (ROWs). Excavated
35   surface soil material would be stockpiled for use during reclamation. Borrow ditches, crowning,
36   water bars, culverts, side-slope stabilization measures, and riprap would be used to control
37   erosion.

38
39       Typically, access to a drilling location is established first, and then a site that is about
40   15 × 50 ft (4.6 × 15 m) is leveled to allow a drill rig to operate. Typically four to six exploration
41   holes are drilled by a driller and an assistant. This activity is carried out by the two workers
42   essentially over a 2- to 3-day period. The exploration holes are typically about 6 in. (15 cm) in
43   diameter and could be as deep as 700 ft (210 m). After the exploration holes have been drilled, a
44   probe rig manned by one worker is used to collect grab samples every 5 ft (15 m) or so to
45   determine the ore zone and ore grade. The ore grade is determined based on the color of and the

BLM_0041116

1   percent of uranium in the grab samples that are sent to the laboratory for analysis. After probing
2   is completed, reclamation via plugging of the exploration holes is performed. However, the
3   temporary roads may or may not be reclaimed immediately. This approach allows exploration to
4   be repeated in the same area if necessary, depending on the results of the probe or grab samples.
5   Reclamation of the temporary roads typically involves contouring the surface, followed by
6   revegetation.
7
8       Before this phase can be conducted, an exploration plan must be submitted by the lessees
9   to DOE for approval. In addition, a "notice of intent for prospecting" must be submitted to the
10  Colorado Division of Reclamation Mining and Safety (CDRMS) for approval. The exploration
11  plans are to include descriptions of (1) the specific areas to be explored and designated proposed
12  access roads (existing or new) to be used, accompanied by maps and aerial photos, as available;
13  (2) the exploration method to be employed; (3) how compliance with NEPA or other applicable
14  environmental requirements is being achieved; and (4) the reclamation to be conducted on the
15  disturbed areas.
16
17      In addition, the lessees would be required to obtain authorization for access to the lease
18  tracts. BLM would administer off-lease access, while DOE would administer on-lease access.
19
20
21  **2.1.2  Mine Development and Operations**
22
23      As previously mentioned, the most commonly used mining methods for recovering
24  uranium and vanadium ore in the area where the DOE ULP lease tracts are located have been
25  either underground or surface open pit mining. It is expected that most future mining on the DOE
26  ULP lease tracts would be done by using the underground method because of the location of the
27  anticipated resources in the area. Activities common to both underground and surface open pit
28  mining include accessing the ore deposits, controlling possible pollutants, conducting mine
29  maintenance, hauling ore and waste rock, and transporting ore to the mills for processing.
30
31      When the underground mining method is used, the ore and waste rock from the mine
32  workings is transported through adits (almost horizontal mine entrances) to the aboveground
33  storage and waste rock pile areas by using rubber-tired (trackless) equipment. The ore and mine
34  waste rock can also be transported by similar means to the ore skip and hoisted to the surface
35  though the main production shafts. When the surface open-pit mining method is used,
36  overburden consisting of mudstone, shale, and sandstone is removed first to expose the ore
37  deposit. This material is considered mine waste rock and is removed with conventional heavy
38  equipment (such as backhoes, front-end loaders, scrapers, bulldozers, and haul trucks),
39  transported to the surface, and stockpiled at an area designated for such material. Typically,
40  about 30% of such waste rock material is placed back or "gobbed" into mine workings. The
41  waste rock pile that remains on the surface eventually is sloped and revegetated as part of the
42  reclamation activities. The ore is also removed by using similar equipment.
43
44      The mine plans that the lessees are to submit to DOE for approval are expected to provide
45  a description of the operational activities to be conducted. These operational activities typically

BLM_0041117

*Preliminary Draft PEIS*          *PEIS Privileged Information*                    *May 2012*
*PEIS Team Use Only*                    *Do Not Distribute*

1  involve (1) surface-plant area construction and (2) mine development and operations. These two
2  activities are discussed in more detail in Sections 2.1.2.1 and 2.1.2.2.
3
4
5  **2.1.2.1  Surface-Plant Area Construction and Operations**
6
7      The following types of infrastructure are typically located at the plant area of a surface
8  mine site: buildings, utilities, a service area, a storage area, mine water discharge and treatment
9  ponds, a mine waste-rock pile, and other waste containment areas. These make up the
10  infrastructure that supports mining operations. This surface area footprint could take up to
11  25 acres (10 ha), depending on the size of the mine in operation. The surface mine plant
12  configurations would vary depending on the specific project needs and locations of the lease
13  tracts. Figures 2.1-1 through 2.1-4 show the surface mine plant configurations that are present at
14  several of the lease tracts. Figure 2.1-5 is a schematic of a generic mine plant surface
15  configuration.
16
17      Buildings to be constructed could vary, from offices to maintenance shops to storage
18  sheds. They would be constructed and maintained in accordance with federal, state, and local
19  regulations. Utility needs could include electricity, air, and water. Electricity to operate mining
20  equipment, lighting, and ventilation fans could be supplied by aboveground lines or through
21  generators. Air compressors could be used to supply the air needed. Water would likely be
22  hauled to the mine site from a water supplier. Sewage and wastewater would be disposed of
23  through a septic system or a portable facility.
24
25      A service area would also be developed to service vehicles, bulldozers, water trucks, and
26  other heavy equipment used for the mining operations. Fuel storage tanks, water tanks, and
27  55-gal (210 L) oil barrels, if needed for the operations, would be located in this area. As part of
28  maintenance activities, hoses, fuel lines, tank exteriors, and equipment parts stored in the service
29  area would be routinely inspected by the lease holders operating the mines. In addition, berms
30  and secondary containment for gasoline, solvent, and oil storage facilities would be installed. If
31  there was a petroleum spill or leak that required notification of federal and state agencies, the
32  lease holder would be required to conduct containment and cleanup activities that were
33  consistent with spill prevention and control provisions in the approved mine plan.
34
35      Materials and chemicals needed for mine operations would be stored in compliance with
36  federal, state, and local regulations. Chemicals primarily include solvents, oils, degreasers, and
37  other substances used to maintain vehicles. Explosives would also be stored away from areas
38  where volatile substances were located. The approved mine plan would also contain a
39  contingency plan that would outline which types of stored material spills would be reported.
40  Emergency equipment (e.g., first aid supplies, liquid spill response supplies, and fire
41  extinguishers) would also be kept on hand. Emergency equipment, such as mine rescue
42  equipment, would be maintained on site in a centralized location that would allow for quick
43  response times in accordance with Mine Safety and Health Administration (MSHA)
44  requirements.
45

BLM_0041118

BLM_0041119



**FIGURE 2.1-1  Photograph of Mine Plant Surface Configuration at Lease Tract 5**

1

2

*Preliminary Draft PEIS*
*PEIS Team Use Only*
    *PEIS Privileged Information*
    *Do Not Distribute*
    *May 2012*

BLM_0041120



**FIGURE 2.1-2  Photograph of Mine Plant Surface Configuration at Lease Tract 7 (JD-7 Surface Open-Pit Mine)**

1

2

BLM_0041121



**FIGURE 2.1-3  Photograph of Mine Plant Surface Configuration at Lease Tract 8**

1

2

*PEIS Privileged Information*
*Do Not Distribute*

BLM_0041122



**FIGURE 2.1-4  Photograph of Mine Plant Surface Configuration at Lease Tract 13A**

1

2



**FIGURE 2.1-5  Schematic of a Generic Mine Plant Surface Configuration**

Mine water discharge and/or treatment ponds for receiving discharge water from the mines might have to be built. Before construction, the lease holders would have to consult with the U.S. Fish and Wildlife Service (USFWS) to address any concerns that the agency might have. Regulations might require that the ponds be adequately lined, fenced, and netted to ensure that wildlife and livestock and the surrounding environment would not be adversely affected. Water would be pumped into discharge ponds from mine sumps constructed in mine areas where there was an accumulation of water. Mine water would be treated to meet applicable discharge standards, as necessary. Water would then be allowed to flow into a settling pond, where it could be evaporated or discharged to the environment at a discharge location specified per a state water discharge permit and National Pollutant Discharge Elimination System (NPDES) requirements. The state permits are issued and enforced by the Colorado Department of Public Health and Environment (CDPHE), Water Quality Control Division. Maintenance of these ponds would

BLM_0041123

1  include replacing the liners and, if required, reclaiming the ponds after removing the precipitated
2  sediments and liners. Sediment and liners would be disposed of at a state-approved disposal
3  facility. Pond inspection would be conducted by CDPHE as part of its enforcement of the permit.
4
5       The surface-plant area would also hold a mine waste-rock pile. Mining operations (both
6  underground and surface open-pit) would involve the removal of low-grade rock materials to
7  allow access to the ore deposits of interest. This would result in large amounts of mine waste
8  rock that would end up in a pile on the surface even though, as mentioned previously, about 30%
9  of the waste rock would be gobbed back into the mine workings. Because it is impractical to
10 separate them, these waste rocks could contain small quantities of miscellaneous mining-related
11 debris (remnants of mine timbers, drill steels, and other materials used during the ore removal
12 process). Most of the waste rock pile, however, would be composed of large fractions of coarse
13 rock. The uranium content of the waste rock pile would be lower than 0.05%. State requirements
14 stipulate that any material containing greater than 0.05% of uranium be considered radioactive
15 material and be handled accordingly. In this case, the lease holders would take the material to the
16 mills for disposition. DOE requires lease holders to construct diversion channels and berms
17 around the waste rock piles to prevent storm-water runoff from entering or leaving the piles. In
18 addition, because of the low liquid-to-solid ratio, rainwater percolating through the coarse rock
19 would not leach significant amounts of uranium.
20
21      Lastly, mining operations would also generate various types of other waste, including
22 domestic trash (e.g., from lunch rooms) used timbers, old mining equipment, empty 44-gal
23 (170-L) petroleum barrels, and other mining debris. These waste materials would be contained
24 temporarily on the surface plant until taken off site to a disposal facility. In addition, the lease
25 holder would be required to store and dispose of any hazardous waste that was generated. Similar
26 to the nonhazardous waste, the hazardous waste would also be taken off site for disposal per
27 federal, state, and local requirements.
28
29
30    **2.1.2.2  Underground Mining Operations**
31
32      Underground mining would typically be accomplished by a random room-and-pillar
33 method. This method involves leaving random pillars of ore and waste rock in place to provide
34 support while ore material is removed. Two different techniques could be used to mine the ore:
35 (1) the conventional drill, blast, and then muck technique (muck refers to the loading and
36 removal of ore or mine waste rock from the mine) and (2) the continuous-miner technique.
37
38      The conventional technique could include the use of jackleg drills or similar devices to
39 drill holes 2 in. (5 cm) in diameter and 6- to 10-ft deep (1.8- to 3.0-m) in the rock face. The holes
40 would then be filled with explosives that would be detonated. The broken material would be
41 removed with shuttle equipment, such as multi-ton haul trucks or buggies. Split-shooting might
42 also be used in areas with narrow ore seams. With this technique, waste rock would be drilled,
43 blasted, and mucked. The same process would then be used to remove the ore seam. After this,
44 shot-creting, rock-bolting, timbering, or other methods would be used to support the mined areas.
45

BLM_0041124

1　　The continuous-miner technique would use a machine referred to as a "miner" that
2　removes ore and waste rock without disturbing the surrounding host rock. The miner would
3　deliver the ore and the waste rock directly to haul trucks for removal. The mined-out areas would
4　then be supported in a manner similar to that used for the conventional method just discussed.
5
6　　Water would be needed during mining operations. For example, water would be required
7　for underground drilling to suppress airborne dust and to remove cuttings from drill bits. Most
8　underground mines are dry, but some mines, depending on their location, receive seepage from
9　nearby shallow aquifers. This seepage could be one of the sources of water supply for these
10　mines; other sources could include nearby municipal water supplies, springs, rivers, small ponds,
11　and reservoirs. If water was not available on site, it would be obtained from the closest available
12　source and hauled to the mines by using water trucks. The amount of water needed would
13　depend on the level of mining activity and the number of workers involved. Applicable federal,
14　state, or local agency requirements would be met, and permits would be obtained, as appropriate.
15
16　　During underground mining operations, the safety of mine workers and protection of the
17　environment would be of primary concern. Lease holders would be required to do the following:
18
19　　　•　Routinely monitor the mine for air quality and noise level. Ventilation shafts
20　　　　　to the surface or other ventilation systems would be constructed, as needed, to
21　　　　　ensure that the air quality was protective of the workers.
22
23　　　•　Protect the workers from cave-ins by using steel or timber sets and other
24　　　　　cribbing materials to brace mine walls, backs (or ceilings), and other surfaces.
25
26　　　•　Secure mine entrances during periods of temporary shutdown and during
27　　　　　periods of daily inactivity. Only authorized individuals would be allowed to
28　　　　　enter the mines; the public and wildlife would be discouraged from entry by
29　　　　　means of fences, gates, posting, and other barriers.
30
31
32　**2.1.2.3  Surface Open-Pit Mining Operations**
33
34　　The surface open-pit mining that could be conducted at the ULP lease tracts would
35　consist of relatively small mining operations and would generally use a trenching method. This
36　method involves the removal of small amounts of waste rock to expose the ore. The ore would
37　then be removed by conventional techniques.
38
39　　Larger operations would generally be conducted via a traditional, benched open pit. The
40　depth and size of the ore deposit would dictate the surface dimensions of the pit and benches.
41　Underground mines could be used to access ore deposits around the periphery of the main
42　deposit. The maintenance required for the open-pit mine operations would be done primarily to
43　maintain the side walls of the pit, since they are subject to slope failure and erosion from storm-
44　water runoff.
45
46

BLM_0041125

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                    *Do Not Distribute*

### 2.1.3 Reclamation

When mining activities were completed and no future intended lease activities remained, the lease holder would be required to initiate reclamation activities consistent with the reclamation provisions included in the approved mining plan. The reclamation provisions would have to be consistent with BLM's reclamation closure guidelines (BLM 1995).

Reclamation would include recontouring the land to restore it to its original topography as closely as would be practicable, replacing surface soil, implementing erosion-control measures, and revegetating disturbed areas with appropriate native and adapted species (a seed mix has been established for the ULP; see Table 3.6-2 for the list of species included in the seed mix). Surface-plant improvements would be removed in accordance with DOE and other agency requirements. Open shafts, adits, and inclines would be closed. Mine waste-rock piles would be graded to 3:1 slopes or less, contoured, covered with surface soil, and seeded in accordance with an approved reclamation plan. Residual ores and other radioactive materials inherent to the site but not taken to the mill for processing would be placed back into the mine workings. In areas where stockpiled surface soil material was insufficient, surface soil might be borrowed from other areas of the lease tract or from areas preapproved by the BLM. DOE would monitor reclamation success each year and would require the lease holder to correct problems until the reclamation met DOE requirements.

At mine sites, debris and waste (other than waste rock) would be managed according to waste management procedures defined in the mine plans (e.g., waste would either be placed back into mine workings or be transported to permitted landfills or licensed disposal facilities (as in the case of waste containing low-level radioactivity). Consideration would be given to recycling or returning the materials to the manufacturers, as appropriate. Leaseholders would be required to comply fully with applicable U.S. Department of Transportation (DOT) requirements (49 CFR Parts 100−180).

Appropriate agencies (e.g., Colorado Division of Wildlife [CDOW], USFWS, BLM) would be contacted before reclamation activities began to ensure that wildlife species that might have taken up residence (e.g., bat or bird species listed as sensitive) would not be adversely affected by permanent shutdown activities. Ecosystem concerns associated with wetland areas would be addressed if a determination was made that wetlands were created as a result of mining operations.

### 2.1.4 Ore Processing

The ore generated from the DOE ULP lease tracts could be taken to two mills for processing. The analysis in this Draft PEIS assumes that the proposed Piñon Ridge Mill and the White Mesa Mill would be available for processing the ore.

BLM_0041126

### 2.1.4.1 Piñon Ridge Mill

In January 2011, CDPHE issued the final radioactive materials license to Energy Fuels Resources Corporation, Inc. (Energy Fuels) for the development of Piñon Ridge Mill. Piñon Ridge Mill, the first new uranium mill constructed within 30 years, will process uranium and vanadium into uranium oxide concentrate (yellowcake) and vanadium oxide concentrate, respectively, by using the solvent extraction process (Piñon Ridge Mill 2012; Edge Environmental 2009).

Construction was anticipated to begin in early 2012 but had not started as of early May 2012. The mill site lies approximately 7 mi (11 km) east of Bedrock and 12 mi (19 km) west of Naturita, southwest of State Highway (SH) 90, in Paradox Valley, Montrose County, Colorado. The facility will be constructed on approximately 400 acres (160 ha) of an 880-acre (360-ha) property boundary. Facilities at the mill will consist of mill buildings including a stockpile pad, mill/leach tank building, a boiler building, a solvent extraction building, and a drying/packaging building; administration and maintenance buildings; waste management facilities such as tailing cells and evaporation ponds; and ancillary facilities such as access roads, an administration building, secondary mill buildings (warehouse, offices, and laboratory), parking facilities, power and heating systems, a fueling station, water pumps, a septic system, and a fence. Construction is anticipated to last 21 months and employ between 125 and 200 workers at its peak. Upon opening, the mill is projected to employ approximately 85 people, working three 8-hour shifts, 24 hours per day, 7 days per week, for 350 days per year. Operations are expected to last for 40 years (Piñon Ridge Mill 2012; Edge Environmental 2009).

Host rock will be mined mostly from existing operations (owned and operated by Energy Fuels) throughout Colorado. Ore will be shipped to Piñon Ridge Mill and received and stored at the ore stockpile pad. From here, the ore will be mixed with water to create a fine slurry and then leached with sulfuric acid, resulting in the precipitation of uranium oxide concentrate (yellowcake) and vanadium oxide concentrate, produced at a rate of 500 tons per day. Uranium oxide concentrate will then be shipped to a conversion plant, while the vanadium oxide concentrate will be shipped to a plant that produces ferro-vanadium products (Edge Environmental 2009). Energy Fuels is also the lease holder to several of the DOE ULP lease tracts.

### 2.1.4.2 White Mesa Mill

The White Mesa Mill is the only conventional uranium mill operating in the United States. The mill, under the operation of Dennison Mines, is located off SH 191, 6 mi (10 km) south of Blanding, Utah. It processes ore from the Colorado Plateau and Arizona Strip as well as from alternate feeds. The mill uses sulfuric acid leaching and solvent extraction to precipitate uranium oxide concentrate (yellowcake) and vanadium oxide concentrate. In addition, the White Mesa Mill is licensed to process 18 different uranium-bearing alternate feed materials, which are processed parallel to conventional uranium ore. Alternate feed materials are uranium-bearing

BLM_0041127

1  materials other than conventional ores, which are classified as waste products by the generators
2  of the materials (Denison Mines 2012a).
3
4       The mill was originally licensed to Energy Fuels, Inc., by the U.S. Nuclear Regulatory
5  Commission on March 31, 1980, and was renewed in 10-year increments in 1987 and 1997. The
6  State of Utah took over regulatory oversight of the mill in 2004, and the mill license was reissued
7  as a State of Utah Radioactive Materials License on February 16, 2005. In addition, the mill
8  possesses 15 license amendments that allow it to process 18 different alternative feeds. White
9  Mesa Mill also operates under a groundwater discharge permit and an air quality approval order.
10 Air quality, groundwater, surface water, soil, and vegetation monitoring are conducted at regular
11 intervals, and the results of radiometric scans are reported biannually (Denison Mines 2012a).
12
13      Denison Mines took ownership of the mill in December 2006. In February 2007, Denison
14 Mines submitted a formal application and all required documents for license renewal to the Utah
15 Department of Radiation Control, which is currently reviewing public comments received during
16 the public review process. The license remains valid during the license renewal process (Utah
17 DEQ 2012; Denison Mines 2012a). In April 2012, Energy Fuels announced the purchase of all
18 Dennison Mines U.S. assets, including the White Mesa Mill. The transaction is expected to close
19 in June 2012, allowing Energy Fuels immediate access to the mill (Klingsporn 2012).
20
21      White Mesa Mill is licensed to process an average of 2,000 tons of ore per day and
22 produce 8.0 million lb (3.6 million kg) of uranium oxide per year (Denison Mines 2012a). The
23 mill began processing conventional ore in November 2011, after years of processing only
24 alternate feeds. In 2011, the mill produced approximately 1.0 million lb (0.5 million kg) of
25 uranium oxide and 1.3 million lb (0.6 million kg) of vanadium oxide (Dennison Mines 2012b).
26 In full operation, the mill employs approximately 150 people (Denison Mines 2012a).
27
28
29 **2.2  FIVE ALTERNATIVES EVALUATED**
30
31      As discussed previously, DOE evaluated five alternatives for this Draft PEIS; these
32 alternatives are similar to those presented in the NOI (76 FR 36098).
33
34
35 **2.2.1  Alternative 1**
36
37      Alternative 1 would involve terminating the existing leases, of which there are currently
38 29, and conducting reclamation as needed. Of the 31 lease tracts, 2 have not been leased. There
39 are currently no ongoing operations on any of the lease tracts, so none will need to be terminated.
40 Reclamation would need to be conducted at 10 of the 31 lease tracts. These 10 lease tracts (11,
41 13, 15, 5, 6, 7, 8, 9, 18, and 26) shown on Figure 2.2-1 have areas that were disturbed in the past
42 either for exploration or from operations. Table 2.2-1 presents a list of these lease tracts, the
43 lease holders, and the approximate acreage that would have to be reclaimed at each lease tract.
44

BLM_0041128

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                    *Do Not Distribute*



1

2      **FIGURE 2.2-1  Locations of Lease Tracts Evaluated under Alternatives 1 and 2**

BLM_0041129

*Preliminary Draft PEIS*          *PEIS Privileged Information*                    *May 2012*
*PEIS Team Use Only*                  *Do Not Distribute*

1    **TABLE 2.2-1  Lease Tracts Evaluated under Alternatives 1 and 2**

| Lease Tract | Lease Tract Acreage[a] | Approximate Acreage of Mine Site Surface To Be Reclaimed | Structures That Need To Be Removed or Reclaimed | Lease Holder |
|---|---|---|---|---|
| 5 | 151 | 7 | Head frame, hoist house, vent fan, timbered ore bins | Gold Eagle Mining, Inc. |
| 6 | 530 | 8 | Two vent fans | Cotter Corp |
| 7 | 493 | 210 | Small and large shop buildings, three water treatment ponds, 6,000-gal water tank, vent fan, substation | Cotter Corp |
| 8 | 955 | 5 | None | Cotter Corp |
| 9 | 1,037 | 8 | Shop building, four water treatment ponds, three vents, hoist house, pump house, substation | Cotter Corp |
| 11 | 1,303 | 5 | Office trailer, 6,000-gal water tank | Cotter Corp |
| 13 | 1,077 | 8 | Grated vent | Gold Eagle Mining, Inc. |
| 15 | 350 | 1 | None | Gold Eagle Mining, Inc. |
| 18 | 1,181 | 4 | Shop building, vent fan | Cotter Corp |
| 26 | 3,989 | 1 | None | Energy Fuels |
| Total | | 257 | | |

[a]   Indicates total acreage for the lease tract; only disturbed areas need to be reclaimed as listed in next column.

2
3
4    Existing structures that would have to be removed during reclamation are also listed.
5    Reclamation plans would have to be submitted to DOE for approval before implementation.
6
7          After the leases were terminated and reclamation was completed, DOE would continue to
8    manage the withdrawn lands and not lease these lands for uranium mining purposes. Under
9    Alternative 1, after reclamation was complete, essentially no activity would occur on the lease
10   tracts aside from continued maintenance to ensure conditions would remain consistent with
11   federal, state, and local requirements. Surface rights would be held by the BLM, and current
12   activities approved or permitted by the BLM would continue under BLM oversight.
13
14
15       **2.2.1.1  Basis for Impacts Analyses for Alternatives 1 and 2**
16
17         The affected environment for resource areas evaluated in this Draft PEIS is discussed in
18   Sections 3.1 through 3.13. Impacts discussed in Chapter 4 are based on assumptions summarized
19   in this section and in Appendix C.
20
21         It is assumed that the 29 leases would be terminated and that reclamation would
22   commence on the lease tracts where it was needed. Since reclamation plans have not been
23   developed for any of the lease tracts, assumptions regarding how reclamation would be

BLM_0041130

1 accomplished have been developed for the purposes of the evaluations presented in this Draft
2 PEIS. It is assumed that reclamation would span a 3-year period, with field work assumed to be
3 completed for all 10 lease tracts within 1 year. Although reclamation would be required to
4 commence within 180 days of the termination of the leases, for the purposes of the analyses in
5 this PEIS, it is assumed that all reclamation field activities would be completed within a year in
6 order to analyze a "peak year" that could represent the most potential impacts within a given
7 year. An additional time period of about 2 years is incorporated in the assumption to allow an
8 adequate amount of time for the re-seeding to take hold and for the subsequent final approval and
9 release from the state.
10
11      A workforce of 29 workers would be employed for 1 year to perform the reclamation
12 field work. It is assumed that a team of five workers would be employed for about 3 to 4 months
13 to conduct the reclamation needed per lease tract. After completing one lease tract, the teams
14 would then proceed to reclaim the remaining lease tracts. Hence, three teams of five workers
15 each are assumed for the reclamation of the 9 lease tracts, excluding Lease Tract 7, where the
16 JD-7 mine is located. It is assumed that an additional 14 workers would be required to complete
17 the reclamation of JD-7 in 1 year. It is also assumed that field work associated with all
18 reclamation would be conducted during the day to mitigate potential noise concerns.
19
20      Reclamation undertaken for Alternative 1 would require various types of equipment,
21 including front-end loaders, backhoes, dump trucks, bulldozers, flat-bed trailers with a tractor,
22 pick-up trucks, large track hoes, and scrapers (see Appendix C for details).
23
24      Existing waste rock piles present in some lease tracts would be graded to a slope
25 consistent with the surrounding area (e.g., a 3:1 slope), covered with top material (soil or dirt
26 material originally excavated from the lease tract itself), and seeded.
27
28      A seed mix for revegetating the disturbed surface areas, including the sloped waste rock
29 piles, has been developed. The list of species included in the seed mix was developed in
30 consultation with BLM and is generally approved for use within the Slick Rock, Naturita,
31 Uravan, and Gateway, Colorado, areas. Seed selection criteria were based on climate and
32 elevation ranges within these areas. Because surface soil conditions, nutrients, and available
33 moisture can vary within these areas, the successful establishment of 6 or more of the 12 species
34 is considered adequate. The species making up the seed mix are presented in Table 4.1-8.
35 Revegetation efforts on the disturbed areas would be considered satisfactory when soil erosion
36 resulting from the operation was stabilized, and when both a vegetative cover at least equal to
37 that present prior to the disturbance and a plant species composition at least as desirable as that
38 present prior to the disturbance were established.
39
40
41 **2.2.2  Alternative 2**
42
43      Under this alternative, the same 29 leases addressed in Alternative 1 would be
44 terminated. The primary difference between Alternative 1 and 2 is that under Alternative 2, after
45 reclamation was completed on the 10 lease tracts listed in Table 2.2-1 and shown on

BLM_0041131

1 Figure 2.2-1, DOE would turn over the land to BLM for management (i.e., relinquish to BLM for
2 restoration to the public domain). DOE would then terminate the ULP. The process for transfer
3 of the land would be consistent with applicable requirements.
4
5          BLM management of the lands transferred from DOE could include leasing for uranium
6 mining in the future. The potential impact from any future potential uranium mining under BLM
7 management is outside the scope of this PEIS because it would not constitute a DOE action.
8 However, potential impacts from future uranium mining under BLM lease authority would likely
9 be similar to those discussed in this PEIS (e.g., those discussed for Alternatives 3 through 5,
10 depending on the level of mining activity).
11
12          The basis for the analysis of impacts for Alternative 2 in this PEIS is the same as that for
13 Alternative 1 (discussed in Section 2.2.1). Activities that could contribute to potential impacts
14 would primarily be from the reclamation activities that would need to be conducted. Therefore,
15 resource needs (e.g., number of workers, equipment) for Alternative 2 are assumed to be the
16 same as those indicated for Alternative 1. Reclamation achieved by DOE's lessees for this
17 alternative is expected to meet the reclamation requirements of BLM, since DOE's requirements
18 are similar to those of BLM's.
19
20
21 **2.2.3  Alternative 3**
22
23          Under Alternative 3, DOE would continue with uranium exploration, mine development
24 and operations, and reclamation at the 13 lease tracts for which leases existed prior to July 2007.
25 The remainder of the current 29 leases would be terminated. The 13 leases then were on Lease
26 Tracts 5, 6, 7, 7A, 8, 9, 11, 13, 13A, 15, 18, 21, and 25. Lease Tracts 7 and 7A (separate tracts at
27 that time) were since combined (prior to 2011) into Lease Tract 7 (held by Cotter Corporation).
28 The lease tracts, which now number 12 (as shown in Figure 2.2-2), either have approved
29 exploration drill holes and/or have existing inactive mines or permits for new underground
30 mines. Nine of the 12 lease tracts are leased to Cotter Corporation, and the remaining 3 are
31 leased to Golden Eagle Mining, Inc. Table 2.2-2 presents a list of the lease tracts evaluated under
32 Alternative 3. Other relevant information about these lease tracts is also presented.
33
34          This alternative assumes future mine development and operations would occur on the
35 12 lease tracts for the next 10 years or for another reasonable period of time, with subsequent
36 reclamation to be conducted after the operations were considered complete. Leases could be
37 extended after the 10-year period was met. It is expected that all mines to be developed at the
38 12 lease tracts would be underground mines, with the exception of Lease Tract 7, where a very
39 large open-pit mine currently exists and would likely be operated when this PEIS process is
40 completed. This expectation is consistent with the current status of the 12 leases summarized in
41 Table 2.2-2. Since project-specific plans have not been submitted to DOE by the lessees, for the
42 purposes of the analyses for this PEIS, additional assumptions have been developed to form the
43 basis of the impacts analyses for Alternative 3, as discussed in Section 2.2.3.1.
44
45

BLM_0041132



FIGURE 2.2-2  Locations of Lease Tracts Evaluated under Alternative 3

BLM_0041133

1     **TABLE 2.2-2  Lease Tracts Evaluated under Alternative 3**

| Lease Tract | Acreage | Location (County) | Lessee | Current Status |
|---|---|---|---|---|
| 5 | 151 | Montrose | Gold Eagle Mining, Inc. | One existing permitted underground mine. |
| 6 | 530 | Montrose | Cotter Corp. | One existing permitted underground mine. |
| 7 | 493 | Montrose | Cotter Corp. | Two existing permitted mines: one underground and one very large open pit mine. |
| 7A[a] | – | – | – | – |
| 8 | 955 | Montrose | Cotter Corp. | One existing permitted underground mine. |
| 9 | 1,037 | Montrose | Cotter Corp. | One existing permitted underground mine. |
| 11 | 1,303 | San Miguel | Cotter Corp. | New permit for one underground mine yet to be developed. |
| 13 | 1,077 | San Miguel | Gold Eagle Mining, Inc. | Three existing permitted underground mines. |
| 13A | 420 | San Miguel | Cotter Corp. | Exploration of one hole approved: drilling and reclamation of the explored area completed. |
| 15 | 350 | San Miguel | Gold Eagle Mining, Inc. | One existing permitted underground mine. |
| 18 | 1,181 | Montrose | Cotter Corp. | One existing underground mine. |
| 21 | 651 | Montrose | Cotter Corp. | Exploration of two holes approved: drilling and reclamation of the explored area completed. |
| 25 | 639 | Montrose | Cotter Corp. | Exploration of one hole approved: drilling and reclamation of the explored area completed. |

[a]    Lease Tract 7A, which existed in 2007, has since (before 2011) been combined with Lease Tract 7.

4     **2.2.3.1  Basis for Impacts Analyses for Alternative 3**

6          It is assumed that activities associated with the exploration phase would be minor, given
7     that at all 12 lease tracts involved under Alternative 3, either (1) there are existing permitted
8     mines or (2) exploration has been conducted.

10         For the mine development and operations phase, it is assumed that a total of eight mines
11    (two small, four medium, one large, and one very large) would be in operation at the same time
12    for the peak year of operations. It is further assumed that there would be a smaller number of
13    mines in operation in the years other than the peak year, and that this peak year could occur more
14    than once (that is, there could be multiple years with the same number of mines operating at
15    similar ore production rates). It is expected that the potential impacts for years other than the
16    peak year(s) would fall within the range of impacts discussed in this PEIS in Chapter 4. The
17    assumptions related to the peak year are considered reasonable given the number of lease tracts
18    involved, and given that they reflect reasonable expectations regarding potential mining that
19    could be conducted in the near future. For the purposes of the impact analyses in this Draft PEIS,
20    a "peak year" of activity representing a reasonable upper-bound level of activity has been
21    analyzed in order to provide conservative yet reasonable estimates for Alternative 3, addressing

BLM_0041134

1   impacts that could result from the largest number of mines that could be operated at the same
2   time.
3
4          It is assumed that the lease holder companies would develop and operate multiple mines
5   at the same time, but start with at least one mine at a time per company, and move to initiate the
6   second mine after about 8 months or so from the start of the first one, and so on, until all of the
7   mines assumed to operate at the same time would be in operation. This approach would allow the
8   lease holders to optimize their resources.
9
10         Given that permits have already been obtained for most of the lease tracts and assuming
11  that these permits hold, the peak year of operations for Alternative 3 could occur as early as
12  Year 5 or 6 after the first mine development commenced. Some upfront time would be needed
13  for the lessees to submit a plan to DOE for approval. There could be several peak years,
14  depending on how much ore was available on the lease tracts. It is also expected that some of the
15  mines would be terminated before others, depending on the availability of ore deposits. A
16  10-year lease period would allow for, on average, about 6 years of operations for each of the
17  mines, and that might not be enough time to exhaust the ore that would be available from some
18  of the lease tracts. However, under Alternative 3, the lease period would be for the next 10 years
19  or for another reasonable period, which would then allow additional time for mining operations,
20  as needed.
21
22         Other assumptions made to estimate potential impacts from this alternative include the
23  tonnage that would be generated by each mine, the size of the surface area that would be
24  disturbed per mine, the number of workers needed per mine, and the amount of water needed
25  (it is assumed that this water would be trucked into the work site and used as potable water and
26  for showers). These assumptions are generally based on past uranium mining experiences in the
27  area and are summarized in Table 2.2-3.
28
29         The ore that would be generated is not expected to be stockpiled for any great length of
30  time that would adversely affect human health and the environment. It is expected that stockpiled
31  ore would not remain at the mine sites for long periods of time because it is prohibited by
32  Colorado State regulations. The continual existence of ore stockpiles during active mining
33  operations is to be expected; it gives the mining companies and their ore transportation
34  contractors the flexibility to operate in an efficient manner. The amount of ore stockpiled would
35  typically be on the order of about a week's ore production.
36
37         For the reclamation phase, a workforce of 29 workers would be employed for a 1-year
38  period to perform the reclamation field work for a given peak year (see Appendix C for
39  additional details). It is assumed that a team of five workers would be employed for about 3 to
40  4 months (adjusting for seasonal considerations) to conduct the reclamation needed per lease
41  tract. Hence, three teams of five workers each are assumed for the reclamation of the 9 lease
42  tracts, excluding the JD-7 mine. It is assumed that an additional 14 workers would work on the
43  reclamation of the JD-7 mine for 1 year. The peak year of reclamation has been analyzed to
44  address a reasonable upper-bound scenario to provide a conservative estimate of potential
45  impacts; however, it is expected that reclamation could be conducted for a given lease tract when

BLM_0041135

TABLE 2.2-3  Number of Mines, Ore Production Rate, Disturbed Surface Area, Number of Workers, and Water Usage Assumed for the Peak Year of Operations under Alternative 3

| Parameter Assumed | Measures of Parameter per Size of Mine | | | | Total of All Sizes |
|---|---|---|---|---|---|
| | Small | Medium | Large | Very Large | |
| Number of mines | 2 | 4 | 1 | 1[a] | 8 |
| Ore production total (tons/d) | 100 (50 per mine) | 400 (100 per mine) | 200 | 300 | 1000[b] |
| Total disturbed acreage | 20 (10 per mine) | 60 (15 per mine) | 20 | 200[c] | 300[d] |
| Number of workers[e] | 12 (6 per mine) | 40 (10 per mine) | 16 | 50 | 98 |
| Water usage (gal/d) | 520 (250 per mine) | 1,600 (1,400 per mine) | 600 | 200 | 2,900[f] |

[a]  This is the large open-pit mine that currently exists on Lease Tract 7, also known as the JD-7 mine.

[b]  This amounts to a total of 20,000 tons per month, assuming 20 days per month of operations.

[c]  The 200 acres is already disturbed at the JD-7 mine. In addition, about 80 acres of topsoil storage area and 160 acres of overburden storage area have been affected already. However, additional 240 acres of disturbed land are on private property and not on the lease tract.

[d]  After accounting for the 200 acres already disturbed at the JD-7 mine, there would be 100 acres of additional disturbance under Alternative 3, based on the assumptions made for the purposes of this PEIS.

[e]  It is assumed that the number of workers at each small mine would work for one shift and that the workers at the medium, large, and very large mines would work for two to three shifts.

[f]  This amounts to 58,000 gal per month, assuming 20 days of operations per month (i.e., about 0.18 acre-ft per month).

mining operations were considered complete. Similar to Alternatives 1 and 2, it is assumed that field work associated with reclamation would be conducted during daytime work hours.

Reclamation undertaken for Alternative 3 would require the same equipment as that discussed for Alternatives 1 and 2. Details on assumptions related to (1) other materials needed for both the mine development and operations and reclamation phases, (2) the cost of equipment and materials needed, and (3) the sanitary and other waste generated are provided in Appendix C. Data on the emissions generated from these phases of mining for Alternative 3 are also provided in Appendix C.

## 2.2.4  Alternative 4

All 31 lease tracts (see Table 1.2-1 and Figure 1.4-1 in Chapter 1) are assumed to be available for potential exploration and mining of uranium ores under Alternative 4. The existing leases for 29 of the 31 lease tracts would be continued for the next 10 years or for another reasonable period, as appropriate. As discussed previously in Section 1.7, Lease Tracts 8A and 14 (Tracts 14-1, 14-2, and 14-3) are currently not leased. Lease Tract 8A is a small tract that is

BLM_0041136

1  isolated and may be located entirely below or outside the uranium-bearing formation, which
2  could indicate a lack of ore. Lease Tract 14 is composed of three parcels (14-1, 14-2, and 14-3).
3  There was some interest in Lease Tracts 14-1 and 14-2 by potential lessees in the past; however,
4  the third tract (14-3, which lies east of 14-1) is located almost entirely within the Dolores River
5  corridor and was never leased.
6
7       As is the case for Alternative 3, project-specific plans have not been submitted to DOE
8  by the lessees with regard to where and how many mines might be developed and operated in the
9  near future. For the purposes of the analyses for this PEIS, various assumptions have been
10  developed to form the basis of the impacts analyses for Alternative 4. These assumptions are
11  discussed in Section 2.2.4.1. Current expectations indicate that most, if not all, of the mines
12  would be underground, with the exception of the JD-7 mine on Lease Tract 7, which is a very
13  large surface open-pit mine.
14
15
16  **2.2.4.1  Basis for Impact Analyses for Alternative 4**
17
18       It is assumed that under Alternative 4, there would be a total of 19 mines operating at
19  various production rates at the same time during what would be considered the peak year of
20  operations. Similar to Alternative 3, it is further assumed for Alternative 4 that there would be a
21  smaller number of mines in operation in the years other than the peak year, and that this peak
22  year could occur more than once (that is, there could be multiple years with the same number of
23  mines operating at similar ore production rates). It is expected that the potential impacts for years
24  other than the peak year(s) would fall within the range of impacts discussed in this PEIS in
25  Chapter 4. Table 2.2-4 presents the assumed number of mines and associated production rates.
26  The size of the mine (i.e., small, medium, large, or very large) was assigned based on the
27  assumed ore production rate. The disturbed surface area, which varies somewhat depending on
28  the size of the mine, is also presented in the table.
29
30       These assumptions were developed based on a review of historical information and
31  current expectations regarding potential mining that could be conducted in the near future. For
32  Alternative 4, an additional important factor taken into account for the assumed ore production
33  rate in the peak year was the milling capacity at the White Mesa Mill and the proposed Piñon
34  Ridge Mill. The maximum capacities were estimated to be 2,000 tons/d for White Mesa Mill and
35  1,000 tons/d for Piñon Ridge Mill. However, the proposed Piñon Ridge Mill is expected to
36  process only up to 500 tons/d in its initial operating period once constructed and to reach its
37  maximum capacity of 1,000 tons/d only after several years of operation. Appropriate approvals
38  would also have to be obtained before the proposed Piñon Ridge Mill could increase its milling
39  capacity. Also, the proposed Piñon Ridge Mill is expected to process uranium ore from other
40  mines in addition to the ore generated from the DOE ULP lease tracts, and that could take up at
41  least 65% of its milling capacity. The White Mesa Mill also processes ores from other sources.
42  Hence, the assumption of 2,000 tons/d of total ore production on the DOE ULP lease tracts in the
43  peak year could be considered reasonably conservative in that it takes into account the optimal
44  milling capacity that could be available if the mills operated 7 days per week.
45

BLM_0041137

**TABLE 2.2-4  Number of Mines, Ore Production Rate, and Disturbed Surface Area Assumed for the Peak Year of Operations under Alternative 4**

| Parameter Assumed | Measure of Parameter per Size of Mine | | | | |
|---|---|---|---|---|---|
| | Small | Medium | Large | Very Large (JD-7)[a] | Total of All Sizes |
| Number of mines | 6 | 10 | 2 | 1 | 19 |
| Ore production rate (tons/d) | 300 | 1000 | 400 | 300 | 2000[b] |
| | (50 per mine) | (100 per mine) | (200 per mine) | | |
| Total disturbed surface area (acres) | 60 | 150 | 40 | 200[a] | 450[c] |
| | (10 per mine) | (15 per mine) | (20 per mine) | | |

[a]  The one very large mine that is assumed is the JD-7 open-pit mine (on Lease Tract 7), which has been explored and developed but is currently not in operation. The area developed is about 200 acres.

[b]  Total tonnage per day that is assumed to be produced exceeds the assumed milling capacity of 1,500 tons per day, but it is further assumed that the excess tonnage produced could be stockpiled for a few days, since the mills process ore 7 days per week, while production typically occurs only on 5 days per week.

[c]  Total additional area that would be disturbed would be 250 acres, since 200 acres from the JD-7 mine is already accounted for from previous disturbance.

        The peak year could occur as early as the 7th year after operations began, for each of the five companies holding the leases. It is assumed that each company would begin mine development and operations at one mine at a time, with the second mine being developed about 8 months after the first one, and so on, until the number of mines planned to operate at the same time are all in operation. It is also likely that the resources for some of the mines would be exhausted after several years (e.g., the resources for the mines that were placed into operation first could be exhausted after 6 years, so the potential impacts for the years before and after the peak year(s) would be less). This assumption allows for 2 to 3 years to obtain permits and plan approvals.

        Other assumptions developed for these alternatives include those associated with the number of workers needed; the number and types of equipment utilized; utilities, water, and other materials (including diesel fuel and explosives) consumed; and overall capital and operational costs (including worker compensation). Waste generated from operations would include a relatively large amount of waste rock, in addition to rubbish from supplies and materials used at the mines and trash generated by the workers (such as lunch room garbage). Details are provided in Appendix C.

        As discussed in Section 2.1, some amount (about 30%) of waste-rock would be placed back or "gobbed" into the mine workings after ore generation was completed for a particular phase of operations. The remaining waste rock would be brought to the surface and stockpiled and ultimately graded to be consistent with the slope of the area, then seeded to conform to its

BLM_0041138

1   surroundings. Waste-rock material is defined as that containing a uranium concentration of
2   0.05% or less. Other waste material or trash would be collected and transported to a waste dump
3   or landfill located in nearby Naturita.
4
5       The number of workers needed for mine development and operations would depend on
6   the size of the mine and could vary from 7 to 52 workers. It is assumed that 7, 12, 18, and
7   52 workers would be needed for each small, medium, large, and very large mine, respectively.
8   These workers would consist mostly of mine workers, with part-time support (as appropriate)
9   provided by administrative, environmental specialist, mechanic, geologist, and engineering staff.
10  Larger mine operations, such as those at a very large open-pit mine, might require a full-time
11  mechanic on staff. Appendix C presents additional information on the number and types of
12  workers assumed for the analysis.
13
14      Equipment needed for mine development and operations would include both underground
15  and surface equipment. The number and types of equipment assumed are listed in Appendix C.
16  The equipment included diesel skid steer loaders, diesel trucks or buggies, development drills,
17  production drills, exploration drills, backhoes, highway haul trucks, scrapers, and power
18  generators. The equipment needs for mine development and operations at the one very large
19  mine evaluated (the JD-7 surface open-pit mine on Lease Tract 7) are different than the needs for
20  underground mines assumed for this alternative in that primarily surface equipment would be
21  needed.
22
23      Water would also be needed and would be trucked in. The volume of water assumed to
24  be needed for a given size mine is presented in Table 2.2-5. The total amount of water needed for
25  the 19 mines assumed for Alternative 4 would be about 138,000 gal per month, or 0.42 ac-ft per
26  month.
27
28      Reclamation of the mine operations for Alternative 4 would involve 39 workers over the
29  course of a peak year. It is also assumed that there would be a waiting period of about 1 or
30  2 years to account for following up on the revegetation and obtaining the necessary release and
31  approval from the state. The equipment required would be similar to that discussed for
32  Alternatives 1 through 3; details are presented in Appendix C.
33
34
35  **2.2.5 Alternative 5**
36
37      The primary difference between Alternatives 4 and 5 is that the leases for Alternative 5
38  would be for the remainder of the 10-year period as the leases were in 2008. This is the No
39  Action Alternative and reflects the current status for the management of the ULP. The ULP is
40  administering the 29 leases that existed in 2008. So far, the 10-year period for these leases has
41  been extended for a time period equivalent to the time taken to prepare and complete this PEIS.
42  It is currently projected that the leases would be extended by about 3 years, which means that
43  instead of expiring in 2018, as originally stipulated, the leases would now be expiring in 2021.
44  The lease tracts are listed in Table 1.2-1 and the locations are shown on Figure 1.4-1. The basis
45  for the impacts analyses for Alternative 5 is discussed next in Section 2.2.5.1.

BLM_0041139

*Preliminary Draft PEIS*                    *PEIS Privileged Information*                    *May 2012*
*PEIS Team Use Only*                               *Do Not Distribute*

**TABLE 2.2-5  Amount of Water To Be Utilized per Mine under Alternative 4**

| Parameter Assumed | Measure of Parameter per Size of Mine | | | | Total of All Sizes |
|---|---|---|---|---|---|
| | Small | Medium | Large | Very Large (JD-7)[a] | |
| Number of mines | 6 | 10 | 2 | 1 | 19 |
| Amount of water utilized per mine (gal/d) | 250 | 400 | 600 | 200[b] | – |
| Total amount of water utilized (gal/d) | 1,500 | 4,000 | 1,200 | 200 | 6,900[c] |

[a]  The "very large" mine category applies to the JD-7 open-pit mine only.

[b]  The 200 gal/d used at the JD-7 mine (since showers are not provided for surface workers) is for shop use, drinking, and other purposes.

[c]  This amounts to 138,000 gal or 0.42 acre-ft per month.

### 2.2.5.1  Basis for Impacts Analyses for Alternative 5

It is assumed that because the lease period is shorter for Alternative 5 than for Alternative 4, a similar number of mines could be operated in a peak year but more larger-sized mines (no small mines but more medium mines) might be developed to increase ore production. This would enable the production of as much uranium ore as reasonable within the shorter time frame of Alternative 5. Assuming a starting year of 2014, the peak year could reasonably occur after 6 to 7 years from when mine development and operation commenced (i.e., in 2020 or 2021). The end of the lease period could be in Year 2021, accounting for 3 years that elapsed from 2008 (when the leases were signed) to 2011 (when the PEIS was started) and the additional 7 years after 2014 when the PEIS is expected to be completed. Assumptions for the number of mines in the peak year, ore production rate, and surface area disturbed per mine of a given size are summarized in Table 2.2-6.

The number of workers assumed for Alternative 5 is similar to that assumed for Alternative 4 per a given mine size. It is also assumed that workers for the medium, large, and very large mines would work for two to three shifts.

Water would also be required and would be trucked in. The volume of water assumed to be needed for a given size mine is presented in Table 2.2-7.

Reclamation for Alternative 5 is also assumed to involve 39 workers over the course of a peak year, similar to the assumption for Alternative 4. It is also assumed that there would be a waiting period of about 1 to 2 years to account for following up on the revegetation and obtaining the necessary release and approval from the state. The equipment required would be similar to that discussed for Alternatives 1 through 4.

BLM_0041140

1   **TABLE 2.2-6  Number of Mines, Ore Production Rate, and Disturbed Surface Area**
2   **Assumed for the Peak Year of Operations under Alternative 5**

| | Measure of Parameter per Size of Mine | | | |
|---|---|---|---|---|
| Parameter Assumed | Medium | Large | Very Large (JD-7)[a] | Total of All Sizes |
| Number of mines | 16 | 2 | 1 | 19 |
| Ore production rate (tons/d) | 1600 (100 per mine) | 400 (200 per mine) | 300 | 2300[b] |
| Total disturbed surface area (acres) | 240 (15 per mine) | 40 (20 per mine) | 200[a] | 480[c] |

[a]   The one very large mine that is assumed is the JD-7 open-pit mine (on Lease Tract 7), which has been explored and developed but is currently not in operation. The area developed is about 200 acres.

[b]   The total tonnage per day that is assumed to be produced exceeds the assumed milling capacity of 1,500 tons per day, but it is further assumed that the excess tonnage produced could be stockpiled for a few days, since the mills process ore 7 days per week, while production typically occurs on only 5 days per week.

[c]   Total additional area that would be disturbed would be 280 acres, since 200 acres from the JD-7 mine is already accounted for from previous disturbance.

3
4
5   **2.3  ALTERNATIVES CONSIDERED BUT NOT EVALUATED IN DETAIL**
6
7       DOE identified the range of alternatives for detailed analysis based on the rationale
8   provided in the NOI for the ULP PEIS (76 FR 43678). Comments received during the scoping
9   period did not identify any additional alternative for consideration.
10
11      DOE has focused this PEIS on its authority to manage the leasing of land with known
12  uranium resources withdrawn by Congress under the Atomic Energy Act of 1954 (i.e., DOE
13  ULP). Although the extracted ore would be processed at currently licensed mills; converted,
14  enriched, and fabricated into nuclear fuel; used in commercial reactors; possibly reprocessed;
15  and ultimately result in the generation of various radioactive wastes requiring specialized
16  disposal, this PEIS does not discuss the impacts of these actions. All components of the nuclear
17  fuel cycle are independent actions that have been and will continue to be addressed by action-
18  specific and site-specific National Environmental Protection Act (NEPA) documentation by the
19  federal agencies having jurisdictional authority. The quantity of uranium available on the DOE
20  ULP lease tracts (estimated to be 13.5 million lb or 6.1 million kg) represents approximately
21  1.5% of the available domestic uranium reserves (said to be nearly 900 million lb or
22  410 million kg). These domestic reserves represent approximately 7% of the world's known
23  uranium reserves. Uranium mining on the DOE ULP lease tracts would have little to no impact
24  on the nuclear fuel cycle, because this small percentage would not dictate whether or not
25  uranium ore processing would continue.

BLM_0041141

**TABLE 2.2-7  Assumed Amount of Water To Be Utilized per Mine under Alternative 5**

| Parameter Assumed | Measure of Parameter per Size of Mine | | | Total of All Sizes |
| --- | --- | --- | --- | --- |
| | Medium | Large | Very Large (JD-7)[a] | |
| Number of mines | 16 | 2 | 1 | 19 |
| Amount of water utilized per mine (gal/d) | 400 | 600 | 200[b] | – |
| Total amount of water utilized (gal/d) | 6,400 | 1,200 | 200 | 7,800[c] |

[a]  The very large mine category applies to the JD-7 open-pit mine (on Lease Tract 7) only.

[b]  The 200 gal/d used at the JD-7 mine (since showers are not provided for surface workers) is for shop use, drinking, and other purposes.

[c]  This amounts to 156,000 gal or 0.44 acre-ft per month.

DOE did not evaluate the in situ leaching (ISL) method for mining uranium in this PEIS. The ISL method is not suitable considering the geology of the DOE ULP area and how the uranium ore is located on the lease tracts. Past mining operations (and current permits) on the lease tracts, where primarily underground mining has been conducted, are a good indication that it would be highly unlikely that ISL method would be implemented.

## 2.4  SUMMARY AND COMPARISON OF THE POTENTIAL IMPACTS FROM THE FIVE ALTERNATIVES

The following sections describe the potential impacts from the five alternatives evaluated for each of the environmental resource areas and human health (see Tables 2.4-1 to 2.4-6, which are presented consecutively following the discussions in Sections 2.4.1 through 2.4.14).

### 2.4.1  Air Quality

Potential air quality impacts under the alternatives evaluated are presented in Sections 4.1.1, 4.2.1, 4.3.1, 4.4.1, and 4.5.1. Under Alternatives 1 and 2, the potential impacts on ambient air quality from reclamation activities are anticipated to be minor and temporary. The primary source of emissions could be engine exhaust from heavy equipment used during reclamation and from fugitive dust that would result from earth-moving activities and exposed ground and stockpiles. Criteria pollutants evaluated indicate particulate matter (PM) emissions would be at about 0.5% and 0.9% of the three-county (Mesa, Montrose, and San Miguel Counties) total emissions for $PM_{2.5}$ and $PM_{10}$, respectively. Among the non-PM emissions (carbon monoxide [CO], nitrogen oxides [$NO_x$], sulfur dioxide [$SO_2$], volatile organic compounds [VOCs], and greenhouse gases [e.g., carbon dioxide or $CO_2$]), $NO_x$ emissions from

BLM_0041142

1  **TABLE 2.4-1  Comparison of the Potential Impacts on Air Quality, the Acoustic Environment,**
2  **and Soil Resources from Alternatives 1 through 5**

| Alternative | Air Quality | Acoustic Environment | Soil Resources |
|---|---|---|---|
| Alternative 1: Terminate the 29 existing leases and conduct reclamation on the 10 lease tracts where reclamation is needed. DOE would not lease the land further for uranium mining. | Potential impacts on ambient air quality anticipated to be minor and temporary in nature. It is estimated that $PM_{10}$ emissions would be about 0.9% of emission totals for the three counties and $NO_x$ emissions would be about 0.07% of the three-county totals. | Noise levels would attenuate to about 55 dBA (the Colorado daytime maximum permissible limit) at a distance of 1,650 ft (500 m) from the reclamation sites. Most area residences are located beyond this distance. However, if reclamation activities were conducted near the boundary of Lease Tract 13, noise levels at nearby residences could exceed the Colorado limit. | Ground disturbances from reclamation activities could result in small impacts due to soil compaction, soil horizon mixing, soil contamination (from oil and fuel releases related to use of trucks and other equipment), and soil erosion. |
| Alternative 2: Same as Alternative 1 except the land would be returned to the public domain under BLM oversight. DOE would terminate the ULP. BLM can lease the land for future uranium mining. | Same as Alternative 1. However, if the land is leased for future uranium mining by BLM, there could be additional potential impacts on air quality similar to those described for Alternatives 3 through 5, depending on the amount of mining that could occur. | Same as Alternative 1. However, if the land was leased for future uranium mining by BLM, there could be additional potential impacts on air quality similar to those described for Alternatives 3 through 5, depending on the amount of mining that could occur. | Same as Alternative 1. However, if the land was leased for future uranium mining by BLM, there could be additional potential impacts on soil resources, similar to those described for Alternatives 3 through 5, depending on the amount of mining that could occur. |
| Alternative 3: Exploration, mine development and operations, and reclamation for the next 10-year period or for another reasonable period at 12 of the lease tracts that had leases in 2007. | Potential impacts from the exploration phase would be minimal and temporary in nature.  Peak-year emission rates estimates would be small during mine development and operations compared with the emission totals for the three counties. $PM_{10}$ and $PM_{2.5}$ emissions could contribute about 1.5% and 0.66 % of the three county total, respectively. $NO_x$ emissions could be highest during operations, contributing about 1% of the three-county total emissions. | Noise impacts during the exploration phase on neighboring residences or communities would be minimal and intermittent in nature.  During mine development and operations, noise levels at about 55 dBA would be limited to distances of 1,650 ft (500 m) from the mine sites and 120 ft (37 m) from the haul routes. Most area residences are located beyond this distance. If activities were conducted near the boundary of Lease Tract 13, noise levels at nearby residences could exceed the Colorado limit.  For reclamation, some unavoidable but localized short-term and minor noise impacts on neighboring | Ground disturbances from reclamation activities could result in small impacts due to soil compaction, soil horizon mixing, soil contamination (from oil and fuel releases related to use of trucks and other equipment), and soil erosion. Potential impacts from Alternative 3 would likely be greater than those from Alternative 1 since there would be impacts from mine development and operations, which would also be conducted. |

BLM_0041143

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                    *Do Not Distribute*

**TABLE 2.4-1  (Cont.)**

| | Air Quality | Acoustic Environment | Soil Resources |
|---|---|---|---|
| Alternative 3 *(Cont.)* | During reclamation, $PM_{10}$ emissions could be highest, at about 0.84% of the three-county total emissions. | residences or communities could occur. | |
| Alternative 4: Exploration, mine development and operations, and reclamation for the next 10-year period or for another reasonable period at the 31 lease tracts. | Similar to Alternative 3 in that potential impacts from the exploration phase would be minimal and temporary in nature.<br><br>Peak-year emission rates could be small during mine development and operations compared with the emission totals for the three counties. $PM_{10}$ and $PM_{2.5}$ emissions could contribute about 3.0% and 1.3% of the three-county total, respectively. Estimates indicate $NO_x$ emissions would contribute about 2% of the three-county total emissions.<br><br>During reclamation, $PM_{10}$ estimates emissions could be highest at about 2.0% of the three-county total emissions. | Noise impacts for the three phases would be similar to those from Alternative 3. Activities conducted near Lease Tracts 13, 13A, 16, and 16A could exceed the Colorado limit of 55 dBA. In addition, noise from haul trucks could exceed the Colorado and EPA limits within 350 ft (107 m) from the haul route, and possibly any residences within this distance could be affected. | Potential impact could be greater than that from Alternative 3 since more mines would be developed and operated. |
| Alternative 5: The No Action Alternative; exploration, mine development and operations, and reclamation for the next 10-year period at the 31 lease tracts. | Peak-year mine development and operations emission rates are estimated to be higher than those under Alternative 4. $PM_{10}$ and $PM_{2.5}$ emissions could contribute about 3.2% and 1.4% of the three-county total, respectively. $NO_x$ emissions would contribute about 2.3% of the three-county total.<br><br>During reclamation, $PM_{10}$ estimates emissions could be highest at about 2.3% of the three-county total emissions. | Similar to Alternative 4. | Similar to Alternative 4. |

1
2
3

BLM_0041144

1　**TABLE 2.4-2  Comparison of the Potential Impacts on Water Resources, Land Use, and Waste**
2　**Management from Alternatives 1 through 5**

|  | Water Resources | Land Use | Waste Management |
|---|---|---|---|
| Alternative 1: Terminate the 29 existing leases and conduct reclamation on the 10 lease tracts where reclamation is needed. DOE would not lease the land further for uranium mining. | Of the 10 lease tracts evaluated for Alternative 1, reclamation activities on Lease Tracts 13 and 18 have the greatest potential to affect water resources due to the proximity to the Dolores River and San Miguel River, respectively. Soil erosion by water is considered to be moderate in some areas, such as the northwest corner of Lease Tract 18, which is adjacent to Atkinson Creek. | Potential impacts due to land use conflicts are expected to be small under Alternative 1; the lands would continue to be closed to mineral entry, and all other activities, like recreation within the lease tracts, would continue. | Amounts of waste or trash generated would be small and either placed back into mine workings, or taken to a mill for recovery, or taken to a permitted landfill in a nearby town (e.g., Nucla or Naturita). |
| Alternative 2: Same as Alternative 1 except the land would be returned to the public domain under BLM oversight. DOE would terminate the ULP. BLM can lease the land for future uranium mining. | Same as Alternative 1. Potential impacts from future lease of the lands for uranium mining by BLM are outside the scope of this PEIS. However, potential impacts could be similar to those discussed for Alternatives 3 through 5, depending on the level of mining. | Same as Alternative 1. Potential impacts from future lease of the lands for uranium mining by BLM are outside the scope of this PEIS. However, potential impacts could be similar to those discussed for Alternatives 3 through 5, depending on the level of mining. | Same as Alternative 1. Potential impacts from future lease of the lands for uranium mining by BLM are outside the scope of this PEIS. However, potential impacts could be similar to those discussed for Alternatives 3 through 5, depending on the level of mining. |
| Alternative 3: Exploration, mine development and operations, and reclamation for the next 10-year period or for another reasonable period at 12 of the lease tracts that had leases in 2007. | Potential impacts (e.g., runoff generation and erosion) associated with exploration would be minor because of the small spatial extent involved. For mine development and operations, activities on lease tracts closest to the Dolores River and San Miguel River (e.g., Lease Tracts 13 and 18) pose the greatest potential to affect water quality due to erosion. Potential groundwater contamination impacts would be fairly uniform across the lease tracts. Impacts from reclamation activities would be similar to those for Alternative 1. | Potential impacts due to land use conflicts are expected to be small under Alternative 3; the lands would continue to be closed to mineral entry, and all other activities, like recreation within the lease tracts, would continue. | Amounts of waste that would be generated during exploration, mine development and operations, and reclamation would be small and managed in a manner similar to that described for Alternative 1. Any waste-rock piles that would remain at the mine surface would be graded to be consistent with the surrounding area, provided with a top cover of soil or other material from the mine site, and seeded. |

BLM_0041145

**TABLE 2.4-2  (Cont.)**

|  | Water Resources | Land Use | Waste Management |
|---|---|---|---|
| Alternative 4: Exploration, mine development and operations, and reclamation for the next 10-year period or for another reasonable period at the 31 lease tracts. | Similar to the potential impacts under Alternative 3, potential impacts associated with exploration (e.g., runoff generation and erosion) would be minor because of the small spatial extent involved. Also, mine development and operations on the lease tracts closest to the Dolores River and San Miguel River (e.g., Lease Tracts 13 and 18) would have the greatest potential to affect water quality due to erosion. Potential groundwater contamination impacts would be fairly uniform across the lease tracts. Impacts from reclamation activities would be similar to those under Alternative 1. | Potential impacts due to land use conflicts are expected to be small under Alternative 4; the lands would continue to be closed to mineral entry, and all other activities, like recreation within the lease tracts, would continue. | Amounts of waste or trash generated during the three phases would be small but more than those generated under Alternative 3. They would be managed in a manner similar to that described for Alternatives 1 and 3. |
| Alternative 5: The No Action Alternative; exploration, mine development and operations, and reclamation for the next 10-year period at the 31 lease tracts. | Similar to Alternative 4. | Similar to Alternative 4. | Same as Alternative 4. |

BLM_0041146

1    **TABLE 2.4-3  Comparison of the Potential Impacts on Human Health from Alternatives 1 through 5**

| Phase of Activities | Receptor | Assessment Endpoint[a] | Alternative 1 | Alternative 2 | Alternative 3 | Alternative 4 | Alternative 5 |
|---|---|---|---|---|---|---|---|
| Mine development and operations | Uranium miner | Individual rad dose (mrem/yr) | NA[b] | NA | 430[c] | Same as Alt. 3 | Same as Alt. 3 |
| | | Individual LCF risk (1/yr) | NA | NA | $4 \times 10^{-4}$ c | Same as Alt. 3 | Same as Alt. 3 |
| | | Chemical risk (hazard index or HI) | NA | NA | NC[d] | Same as Alt. 3 | Same as Alt. 3 |
| | General public – resident | Individual rad dose (mrem/yr) | NA | NA | 16–1.9[e] (WL: 0.0013–0.00016) | Same as Alt. 3 | Same as Alt. 3 |
| | | Individual LCF risk (1/yr) | NA | NA | $2 \times 10^{-5}$ to $3 \times 10^{-6}$ e | Same as Alt. 3 | Same as Alt. 3 |
| | | Collective rad dose (person-rem/yr) | NA | NA | 7.5–39[f] | 7–94[f] | 20–110[f] |
| | | Collective LCF risk (1/yr) | NA | NA | 0.01–0.05[f] | 0.02–0.1[f] | 0.03–0.1[f] |
| | | Chemical risk (HI) | NA | NA | NC[e] | Same as Alt. 3 | Same as Alt. 3 |
| Reclamation | Reclamation worker | Individual rad dose (mrem/yr) | 4.7 (WL: $<5 \times 10^{-5}$) | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 |
| | | Individual LCF risk (1/yr) | $4 \times 10^{-6}$ | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 |
| | | Chemical risk (HI) | 0.043 | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 |
| | General public – resident | Individual rad dose (mrem/yr) | 1.9–0.040[g] (WL: $<5 \times 10^{-5}$) | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 |
| | | Individual LCF risk (1/yr) | $9 \times 10^{-7}$ to $4 \times 10^{-8}$ g | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 |
| | | Chemical risk (HI) | < 0.02 | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 |

Preliminary Draft PEIS
PEIS Team Use Only

PEIS Privileged Information
Do Not Distribute

BLM_0041147

Preliminary Draft PEIS
PEIS Team Use Only

PEIS Privileged Information
Do Not Distribute

May 2012

**TABLE 2.4-3  (Cont.)**

| Phase of Activities | Receptor | Assessment Endpoint[a] | Alternative 1 | Alternative 2 | Alternative 3 | Alternative 4 | Alternative 5 |
|---|---|---|---|---|---|---|---|
| Post reclamation | General public – recreationist | Individual rad dose (mrem/yr) | 0.28[h] (WL: $<2.2 \times 10^{-5}$) | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 |
| | | Individual LCF risk (1/yr) | $3 \times 10^{-7}$ | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 |
| | | Chemical risk (HI) | 0 | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 |
| | General public – individual entering an inactive underground mine | Individual rad dose (mrem/h) | 7.4–86.3[i] (WL: 3–9) | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 |
| | | Individual LCF risk (1/h) | $3 \times 10^{-4}$ to $9 \times 10^{-6i}$ | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 |
| | | Chemical risk (HI) | 0 | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 | Same as Alt. 1 |

[a]   Radiation dose and chemical risk (HI) estimates are rounded to two significant figures; LCF risk is rounded to one significant figure. For some radiation doses, the corresponding radon levels in terms of working level (WL) are also listed in parentheses.

[b]   NA = not applicable; continued uranium mining would not occur under Alternatives 1 and 2.

[c]   The listed values are based on historical data on the average exposures of underground uranium miners.

[d]   NC = not calculated. Human health impacts during the mine development and operations phase would result primarily from exposures to radon. The impact associated with exposure to particulates containing uranium and vanadium compounds during this phase would be relatively small; therefore, potential chemical risks were not evaluated in this Draft PEIS.

[e]   Potential individual radiation dose and LCF risk for the general public – resident scenario would depend on the location of the residence. The dose and risk are functions of the distance and direction from the residence to the radon emission source. The listed range is associated with a residence located in the most dominant wind direction at a distance of 1,630 to 16,400 ft (500 to 5,000 m) to the emission source, which is a medium-underground mine. Potential dose and LCF risk associated with a small underground mine would be about half of the listed values; those associated with a large underground mine would be about twice the listed values. Potential dose and LCF risk associated with a very large open-pit mine would be greater than those associated with a small underground mine, but less than those associated with a medium-sized underground mine. Detailed calculation results are provided in Sections 4.1.5, 4.2.5, 4.3.5, 4.4.5, and 4.5.5 for the five alternatives.

[f]   The collective dose and LCF risk were estimated for the entire population living at a distance of 3.1 to 50 mi (5 km to 80 km) from the center of each lease tract group. The collective dose and LCF risk correspond to the peak year of operations. In any other year, the collective dose/LCF risk is expected to be lower than the listed value.

**Footnotes continued on next page.**

1

**TABLE 2.4-3  (Cont.)**

g   Potential individual radiation dose and LCF risk for the general public – resident scenario would depend on the location of the residence. The dose and risk are functions of the distance and direction from the residence to the source of radon and particulate emissions. The listed range is associated with a residence located in the most dominant wind direction at a distance of 1,640 to 16,400 ft (500 to 5,000 m) to the emission source, which is a waste-rock pile at a scale ranging from small to very large. The waste-rock pile is assumed to be generated by the development and operations of an underground mine for 10 years. Detailed calculation results are provided in Sections 4.1.5, 4.2.5, 4.3.5, 4.4.5, and 4.5.5 for the five alternatives.

h   The recreationist dose and LCF risk results were obtained based on the assumption that the emission source (i.e., a waste-rock pile) would be covered by 1 ft (0.3 m) of soil materials.

i   Potential individual radiation dose and LCF risk for the general public – individual entering an inactive underground mine –  were calculated on the basis of radon levels that were measured in three abandoned mines in the United Kingdom (Denman et al. 2003).

BLM_0041149

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                 *Do Not Distribute*

1  **TABLE 2.4-4  Comparison of the Potential Impacts on Ecological Resources from Alternatives 1**
2  **through 5**

| Alternative | Vegetation | Wildlife | Aquatic Biota | Threatened, Endangered, and Sensitive Species |
|---|---|---|---|---|
| Alternative 1: Terminate the 29 existing leases and conduct reclamation on the 10 lease tracts where reclamation is needed. DOE would not lease the land further for uranium mining. | It is expected that impacts under Alternative 1 would generally be small and short-term. Areas affected by Alternative 1 activities would generally consist of previously disturbed areas, and reclamation would generally include relatively small surface areas (approximately 1 to 8 acres per mine, other than the JD-7 mine). Reclamation would establish plant communities on disturbed areas, including waste rock; however, resulting plant communities might be considerably different from those of adjacent areas. The successful reestablishment of desirable plant communities, such as sagebrush shrubland or pinyon-juniper woodland, would likely require decades.

Indirect impacts associated with reclamation activities could include the deposition of fugitive dust, erosion, sedimentation, and the introduction of non-native species, including noxious weeds. However, because of the small areas involved and short duration of reclamation activities, these would generally constitute a short-term impact. The establishment of invasive species, including the potential alteration of fire regimes, could result in long-term impacts, although monitoring and vegetation management programs would likely control invasive species. | Reclamation activities would cause a short-term, localized disturbance of wildlife in the area of the 13 mine sites on 10 lease tracts. Reclamation of 257 acres would result in long-term, localized improvement of wildlife habitats within the 10 lease tracts. Negligible impacts on wildlife would occur during DOE's long-term management of the withdrawn lands. | Reclamation activities could cause sediment deposition in ephemeral streams and possibly the Dolores River and Atkinson Creek. The potential for sediments to enter the perennial streams is negligible to minor due to the limited amount of land undergoing reclamation in any given area. Reclaimed areas would be less prone to erosion as vegetation would become established. | Reclamation activities would generally cause small, short-term impacts on threatened, endangered, and sensitive species. The small scale of reclamation activities on previously disturbed areas would generally have a negligible to minor impact on sensitive terrestrial species. Erosion and sedimentation might have a small short-term impact on sensitive aquatic species. |
| Alternative 2: Same as Alternative 1 except the land would be returned to the public domain | Same as Alternative 1. Potential impacts from future lease of the lands for uranium mining by BLM are outside the scope of this PEIS. However, potential impacts could be similar to those discussed for Alternatives 3 through 5. | Similar to Alternative 1. However, long-term localized impacts on wildlife within the reclaimed mine-site areas could range from negligible to moderate, | Similar to Alternative 1. However, long-term localized impacts on aquatic resources once BLM would obtain administrative control would depend on the use | Same as Alternative 1. Potential impacts from future lease of the lands for uranium mining by BLM are outside |

3

BLM_0041150

**TABLE 2.4-4  (Cont.)**

| Alternative | Vegetation | Wildlife | Aquatic Biota | Threatened, Endangered, and Sensitive Species |
|---|---|---|---|---|
| Alternative 2 (Cont.)<br><br>under BLM oversight. DOE would terminate the ULP. BLM can lease the land for future uranium mining. | | depending on whether use other than that of natural habitat occurs once BLM obtains administrative control. | of the reclaimed areas and their proximity to ephemeral or perennial aquatic habitats and could range from negligible to moderate. | the scope of this PEIS. However, potential impacts could be similar to those discussed for Alternatives 3 through 5. |
| Alternative 3: Exploration, mine development and operations, and reclamation for the next 10-year period or for another reasonable period at 12 of the lease tracts that had leases in 2007. | Impacts under Alternative 3 would range from small to moderate, and short-term to long-term. Impacts from exploration would result from disturbance of vegetation and soils, the removal of trees or shrubs, compaction of plants and soils, burial of vegetation under waste material, or erosion and sedimentation. Exploration activities are expected to affect relatively small areas, and impacts would generally be short-term. The localized destruction of biological soil crusts, where present, would be considered a longer-term impact, particularly where soil erosion has occurred.<br><br>Ground disturbance from mine development and operations would range from 10 to 20 acres, except for the 200-acre JD-7 open-pit mine. Impacts would include the destruction of habitats during site clearing and excavation, as well as the loss of habitat in additional use areas. Affected areas might include high-quality mature habitats or previously degraded areas. Wetlands present on project sites could be directly or indirectly affected. Indirect impacts from mining would be associated with fugitive dust, invasive species, erosion, sedimentation, and impacts due to changes in surface water or groundwater hydrology or water | There could be impacts on a total of 300 acres of wildlife habitat at 8 mine sites within one or more of the 13 formerly active lease tracts. Additional habitats could be affected by any access roads or utility lines required for the mines. Impacts on wildlife could occur from habitat disturbance, wildlife disturbance, and wildlife injury or mortality. Overall, localized impacts on wildlife would range from negligible to moderate and would not affect the viability of wildlife populations. | Impacts on aquatic resources could result from increases in sedimentation and turbidity from soil erosion and runoff during mine development and operations. There would be a very low likelihood of an accidental ore spill into a perennial stream or river. Overall, localized impacts on aquatic biota would range from negligible to moderate and would not affect the viability of any aquatic species. | Potential impacts on threatened, endangered, and sensitive species could range from small to moderate and short term to long term, depending on the location of the mines and amount of surface disturbance. Direct impacts could result from the destruction of habitats during site clearing, excavation, and operations. Indirect impacts could result from fugitive dust, erosion, sedimentation, and impacts related to altered groundwater hydrology. |

BLM_0041151

**TABLE 2.4-4  (Cont.)**

| Alternative | Vegetation | Wildlife | Aquatic Biota | Threatened, Endangered, and Sensitive Species |
|---|---|---|---|---|
| Alternative 3 (Cont.) | quality. The deposition of fugitive dust and the establishment of invasive species, including the potential alteration of fire regimes, could result in long-term impacts. | | | |
| Alternative 4: Exploration, mine development and operations, and reclamation for the next 10-year period or for another reasonable period at the 31 lease tracts. | Similar to Alternative 3 | Impacts would be similar to those from Alternative 3, except that a total of 450 acres of wildlife habitat at 19 mine sites could be disturbed within any of the 31 lease tracts. Overall, localized impacts on wildlife would range from negligible to moderate and would not affect the viability of wildlife populations. | Impacts on aquatic resources would be similar to those under Alternative 3, except that 19 mines could be in operation on any of the 31 lease tracts. Overall, localized impacts on aquatic biota would range from negligible to moderate and would not affect the viability of any aquatic species | Similar to Alternative 3. However, there would be more lease tracts available for mining under this alternative, thereby increasing the area that could be disturbed or developed and the potential for impacts on threatened, endangered, and sensitive species. |
| Alternative 5: The No Action Alternative; exploration, mine development and operations, and reclamation for the next 10-year period at the 31 lease tracts. | Similar to Alternatives 3 and 4 | Impacts on a total of 480 acres of wildlife habitat at 19 mine sites within any of the 31 lease tracts. Impacts on wildlife would be similar to, but for a shorter time period than those for Alternative 4. Overall, localized impacts on wildlife would range from negligible to moderate and would not affect the viability of wildlife populations. | Impacts on aquatic resources would be similar to those under Alternative 4, except that the mines would be in operation for a shorter length of time. Overall, localized impacts on aquatic biota would range from negligible to moderate and would not affect the viability of any aquatic species. | Similar to Alternative 4, but the total disturbed surface area is somewhat larger than that under Alternative 4. |

1
2
3
4

BLM_0041152

1  **TABLE 2.4-5  Comparison of the Potential Impacts on Socioeconomics, Environmental Justice, and**
2  **Transportation from Alternatives 1 through 5**

| | Socioeconomics | Environmental Justice | Transportation |
|---|---|---|---|
| Alternative 1: Terminate the 29 existing leases and conduct reclamation on the 10 lease tracts where reclamation is needed. DOE would not lease the land further for uranium mining. | Potential impact is expected to be small. Reclamation activities would require 15 direct jobs and generate 10 indirect jobs. Reclamation would produce $1 million in income. There would likely be a small positive impact on recreation and tourism because of the reclamation that would be completed. | Potential impacts on environmental justice are likely to be small. There are no minority populations, as defined by Council on Environmental Quality (CEQ) guidelines within the 50-mi (80-km) radius around the boundaries of the lease tracts, and any adverse impacts from ULP activities would not disproportionately affect minority populations. | No transportation of uranium ore would occur. There would be no radiological transportation impacts, and no changes in current traffic trends near the DOE ULP lease tracts would be anticipated. |
| Alternative 2: Same as Alternative 1 except the land would be returned to the public domain under BLM oversight. DOE would terminate the ULP. BLM can lease the land for future uranium mining. | Same as Alternative 1. Potential impacts from future lease of the lands for uranium mining by BLM are outside the scope of this PEIS. However, potential impacts could be similar to those discussed for Alternatives 3 through 5, depending on the level of mining. | Same as Alternative 1. Potential impacts from future lease of the lands for uranium mining by BLM are outside the scope of this PEIS. However, potential impacts could be similar to those discussed for Alternatives 3 through 5, depending on the level of mining. | Same as Alternative 1. Potential impacts from future lease of the lands for uranium mining by BLM are outside the scope of this PEIS. However, potential impacts could be similar to those discussed for Alternatives 3 through 5, depending on the level of mining. |
| Alternative 3: Exploration, mine development and operations, and reclamation for the next 10-year period or for another reasonable period at 12 of the lease tracts that had leases in 2007. | Potential impact is expected to be small. Mine development and operations would create 163 direct jobs, 113 indirect jobs, $6.5 million in direct income, and $44.5 million in indirect income. In-migration could include up to 87 people moving into the ROI. However, there is an adequate workforce currently available in the ROI that could supply the labor needed, so there would be no in-migration as a result. Reclamation activities would require 31 direct jobs and generate 13 indirect jobs. Reclamation would produce $1.8 million in income. | Potential impacts on environmental justice are likely to be small. There are no minority populations, as defined by CEQ guidelines within the 50-mi (80-km) radius around the boundaries of the lease tracts, and any adverse impacts from ULP activities would not disproportionately affect minority populations. | There would be an average of approximately 40 round-trip uranium ore truck shipments per weekday under Alternative 3. For the sample case considered, the total annual distance travelled in the peak year by the haul trucks would be about 0.87 million mi (1.4 million km), primarily on State Highways CO 90 and CO 141 and on US 141 and US 191. The estimated attendant traffic accident injuries and fatalities would be about 0.26 and 0.024, respectively. The resultant collective radiological population dose to those individuals living and working near the haul routes was estimated to be approximately 0.11 person-rem, a dose that could potentially result in $7 \times 10^{-5}$ LCFs. The potential annual collective dose estimated for the |

3

BLM_0041153

**TABLE 2.4-5  (Cont.)**

| Alternative | Socioeconomics | Environmental Justice | Transportation |
|---|---|---|---|
| Alternative 3 (Cont.) | | | truck drivers is 0.57 person-rem, with an associated risk of 0.0003 LCFs. Dependent on which lease tracts have mining operations and which mill was used in each case, the total annual distance in the peak year could range from about 485,000 to 2.0 million mi (780,000 to 3.2 million km), with impacts roughly proportional to the distance travelled. |
| Alternative 4: Exploration, mine development and operations, and reclamation for the next 10-year period or for another reasonable period at the 31 lease tracts. | Potential impact is expected to be small. Mine development and operations would create 333 direct jobs, 188 indirect jobs, and $27.3 million in income. In-migration could include up to 166 people moving into the ROI. However, there is an adequate workforce currently available in the ROI that could supply the labor needed, so there would be no in-migration as a result. Reclamation activities would require 39 direct jobs and generate 17 indirect jobs. Reclamation would produce $2.4 million in income. | Similar to Alternative 3 | There would be an average of approximately 80 round-trip uranium ore truck shipments per weekday under Alternative 4. For the sample case considered, the total annual distance travelled in the peak year by the haul trucks would be about 2.1 million mi (3.4 million km), primarily on State Highways CO 90 and CO 141 and on US 141 and US 191. The estimated attendant traffic accident injuries and fatalities would be about 0.63 and 0.057, respectively. The resultant collective radiological population dose to those individuals living and working near the haul routes was estimated to be approximately 0.26 person-rem, a dose that could potentially result in 0.0002 LCFs in the population. The potential annual collective dose estimated for the truck drivers is 1.4 person-rem, with an associated risk of 0.0008 LCFs. Dependent on which lease tracts have mining operations and which mill was used in each case, the total annual distance in the peak year could range from about 1.2 million to 4.2 million mi (2.0 million to 6.7 million km), with impacts roughly proportional to the distance travelled. |

BLM_0041154

**TABLE 2.4-5  (Cont.)**

| Alternative | Socioeconomics | Environmental Justice | Transportation |
|---|---|---|---|
| Alternative 5: The No Action Alternative; exploration, mine development and operations, and reclamation for the next 10-year period at the 31 lease tracts. | Potential impact is expected to be small. Mine development and operations would create 371 direct jobs, 191 indirect jobs, and $28.2 million in income. In-migration could include up to 178 people moving into the ROI. However, there is an adequate workforce currently available in the ROI that could supply the labor needed, so there would be no in-migration as a result. Reclamation activities would require 38 direct jobs and generate 25 indirect jobs. Reclamation would produce $2.4 million in income. | Similar to Alternative 3 | There would be an average of approximately 92 round-trip uranium ore truck shipments per weekday under Alternative 5. For the sample case considered, the total annual distance travelled in the peak year by the haul trucks would be about 2.7 million mi (4.3 million km), primarily on State Highways CO 90 and CO 141 and on US 141 and US 191. The estimated attendant traffic accident injuries and fatalities would be about 0.79 and 0.071, respectively. The resultant collective radiological population dose to those individuals living and working near the haul routes is estimated to be approximately 0.33 person-rem, a dose that could potentially result in 0.0002 LCFs in the population. The potential annual collective dose estimated for the truck drivers was 1.7 person-rem, with an associated risk of 0.001 LCFs. Depending on which lease tracts have mining operations and which mill was used in each case, the total annual distance in the peak year could range from about 1.5 million to 4.8 million mi (2.4 million to 7.8 million km), with impacts roughly proportional to the distance travelled. |

1
2

BLM_0041155

1    **TABLE 2.4-6  Comparison of the Potential Impacts on Cultural Resources and Visual Resources**
2    **from Alternatives 1 through 5**

| Alternative | Cultural Resources | Visual Resources[a] |
|---|---|---|
| Alternative 1 | Under Alternative 1, indirect impacts could occur on all known cultural resources located within the 10 lease tracts. It is estimated that there are 111 resources within the 10 lease tracts (see Table 4.1-12). Direct impacts are not expected because areas to be reclaimed have already been disturbed, and no new land disturbance is expected. Indirect impacts under Alternative 1 would include the increased potential for vandalism related to road or footpath expansion and for the disturbance of a cultural resource from fugitive dust. Significant cultural properties that could be adversely affected by the proposed action would be identified before any ground-disturbing activities occurred, and plans would be modified to avoid or mitigate impacts on cultural resources. | Potential visual impacts that could occur under Alternative 1 would include vegetation clearing, landform alteration, removal of structures and materials, changes to existing roadways, vehicular and worker activity, and light pollution.<br><br>Under Alternative 1, one or more of the 10 lease tracts would be visible from portions of the Sewemup WSA, Palisade ONA ACEC, Palisade WSA, Unaweep/Tabeguache Scenic and Historic Byway, Tabeguache WA, Dolores River Canyon WSA, Dolores River SRMA, McKenna Peak WSA, San Miguel ACEC, and Trail of the Ancient Byways, which are located within zero to 25 mi of the lease tracts. Visual contrast of visible activities occurring within the lease tracts would range from none to strong, depending on the viewer's location with respect to the SVRA. |
| Alternative 2 | Same as Alternative 1. Potential impacts from the future lease of the lands for uranium mining by BLM are outside the scope of this PEIS. However, potential impacts could be similar to those discussed for Alternatives 3 through 5. | Similar to Alternative 1. Potential impacts from the future lease of the lands for uranium mining by BLM are outside the scope of this PEIS. However, potential impacts could be similar to those discussed for Alternatives 3 through 5. |
| Alternative 3 | Under Alternative 3, indirect impacts could occur on all known cultural resource sites located within the 12 lease tracts. It is estimated that there are 89 resources within the 12 lease tracts. Direct impacts could occur on 8 of these resources (see Table 4.1-12). Potential direct impacts would include the disturbance of buried cultural resources or surface deposits as a result of excavation, vibration from equipment, and fugitive dust. Indirect impacts would include visual disturbance to resources; the introduction of noise to traditional sacred areas; and an increased potential for vandalism, erosion, trampling, and nonauthorized collecting related to road or footpath expansion. Significant cultural properties that would be adversely affected by the proposed actions would be identified before any ground-disturbing activities occurred, and plans would be modified to avoid or mitigate impacts on cultural resources. | Potential visual impacts that could occur under Alternative 3 include vegetation clearing, exploratory drilling, road construction, support facility construction, worker and equipment presence, and lighting in the form of skyglow, light trespass, or glare.<br><br>Under Alternative 3, one or more of the 12 lease tracts would be visible from portions of the Sewemup WSA, Unaweep/Tabeguache Scenic and Historic Byway, Tabeguache WA, Dolores River Canyon WSA, Dolores River SRMA, McKenna Peak WSA, San Miguel ACEC, and Trail of the Ancient Byways, which are located within zero to 25 mi of the lease tracts. Visual contrast of visible activities occurring within the lease tracts would range from none to strong, depending on the viewer's location with respect to the SVRA. |

BLM_0041156

**TABLE 2.4-6  (Cont.)**

| Alternative | Cultural Resources | Visual Resources[a] |
|---|---|---|
| Alternative 4 | Under Alternative 4, indirect impacts could occur to all known cultural resources located within the 31 lease tracts. It is estimated that there are 1,798 resources within the 31 lease tracts. Direct impacts could occur to 21 of these resources (See Table 4.1-12). Potential impacts would be the same as those under Alternative 3. Significant cultural properties that would be adversely affected by the proposed action would be identified before ground-disturbing activities occurred, and plans could be modified to avoid or mitigate impacts on cultural resources. | Potential visual impacts under Alternative 4 would be the same as those under Alternative 3.<br><br>Under Alternative 4, 1 or more of the 31 lease tracts would be visible from portions of the Sewemup, Palisade, Squaw/Papoose Canyon, McKenna Peak, Dolores River Canyon, and Cahone Canyon WSAs; the Palisade ONA and San Miguel ACECs; the Unaweep/Tabeguache Scenic and Historic Byway; the Tabeguache WA; the Dolores River SRMA; Canyon of the Ancients National Monument; and Trail of the Ancient Byways, which are located within zero to 25 mi of the lease tracts. Visual contrast of visible activities occurring within the 31 lease tracts would range from none to strong, depending on the viewer's location with respect to the SVRA. |
| Alternative 5 | Similar to Alternative 4 | Similar to Alternative 4 |

[a]  ACEC = Area of Critical Environmental Concern, ONA = Outstanding Natural Area, SRMA = Special Recreation Management Area, SVRA = special visual resource area, WA = Wilderness Area, WSA = Wilderness Study Area.

diesel combustion of heavy equipment and trucks could be highest at 0.07% of the three-county total emissions. These low emission levels are not anticipated to cause measurable impacts on regional ozone ($O_3$), and potential impacts to climate change would be negligible.

Under Alternative 3, air quality impacts for the three phases associated with uranium mining (exploration, mine development and operations, and reclamation) were evaluated. For the exploration phase, a relatively short duration of time and little ground disturbance would be involved, and potential impacts on ambient air quality would be minimal and temporary. During the peak year of mine development and operations, it is estimated that total peak-year emission rates would be small compared with the three-county total emissions. PM emissions would be about 1.5% and 0.66% of the three-county total for $PM_{10}$ and $PM_{2.5}$, respectively. $NO_x$ emissions would be the highest of the non-PM emissions, at about 1% of the three-county total emissions. Potential impacts on regional ozone would not be of concern. Air emissions from the mine development and operations phase could result in minor impacts on air quality related values (AQRVs) at nearby Class 1 areas, but implementation of best management and good industry practices (e.g., fugitive dust mitigation measures) could minimize these potential impacts. Potential impacts on climate change would be negligible. During the reclamation phase, $PM_{10}$, $PM_{2.5}$, and $NO_x$ emissions would be at 0.8%, 0.5%, and 0.1% of the three-county total emissions, respectively. Potential impacts on ozone and climate change would likewise be negligible during the reclamation phase.

Air quality impacts under Alternatives 4 and 5 were evaluated for the exploration, mine development and operations, and reclamation phases in a manner similar to that done for

BLM_0041157

1   Alternative 3. As was assumed for Alternative 3, a relatively short duration of time for field
2   activities and little ground disturbance would be involved and potential impacts on ambient air
3   quality would be minimal and temporary. $PM_{10}$ and $PM_{2.5}$ emissions from mine development
4   and operations under Alternative 4 are estimated to be about 3% and 1.3% of the three-county
5   total emissions, respectively; $NO_x$ emissions would be highest of the non-PM emissions,
6   contributing about 2% of the three-county total emissions. As was discussed for Alternative 3
7   above, potential impacts to regional ozone would not be of concern. Likewise, air emissions
8   from the mine development and operations phase could result in minor impacts on AQRVs at
9   nearby Class 1 areas, but implementation of best management and good industry practices could
10  minimize these potential impacts. Potential impacts on climate change would be negligible.
11  During the reclamation phase, $PM_{10}$, $PM_{2.5}$, and $NO_x$ emissions would be at 1.6%, 0.9%, and
12  0.17% of the three-county total emissions, respectively. Potential impacts on ozone and climate
13  change would likewise be negligible for the reclamation phase under Alternative 4.
14
15          Potential air quality impacts under Alternative 5 would be slightly greater than under
16  Alternative 4. $PM_{10}$ and $PM_{2.5}$ emissions for mine development and operations are estimated to
17  be about 3.2% and 1.4% of the three-county total emissions, respectively; $NO_x$ emissions would
18  be highest of the non-PM emissions, contributing about 2.3% of the three-county total emissions.
19  As was discussed for Alternative 3 and 4, potential impacts on regional ozone would not be of
20  concern. Likewise, air emissions from the mine development and operations phase could result
21  in minor impacts on AQRVs at nearby Class 1 areas, but implementation of best management
22  and good industry practices could minimize these potential impacts. Potential impacts on climate
23  change would be negligible. During the reclamation phase, $PM_{10}$, $PM_{2.5}$, and $NO_x$ emissions
24  would be 1.7%, 0.96%, and 0.18% of the three-county total emissions, respectively, and potential
25  impacts on ozone and climate change would be negligible.
26
27
28  **2.4.2  Acoustic Environment**
29
30          Potential noise impacts under the five alternatives are discussed in Sections 4.1.2, 4.2.2,
31  4.3.2, 4.4.2, and 4.5.2.
32
33          Under Alternatives 1 and 2, noise levels would attenuate to about 55 dBA at a distance of
34  1,650 ft (500 m) from a reclamation site, which is the Colorado daytime maximum permissible
35  limit in a residential zone. Reclamation conducted near the boundary of Lease Tract 13 could
36  exceed the Colorado limit.
37
38          For the exploration phase under Alternatives 3 to 5, potential noise impacts on
39  neighboring residences or communities would be minimal and intermittent due to the short
40  duration of the activities conducted.
41
42          During the mine development and operations phase under Alternative 3, noise levels at
43  about 55 dBA would be limited to distances of 1,650 ft (500 m) from the mine sites and 120 ft
44  (37 m) from the haul routes. Activities conducted near the boundary of Lease Tract 13 could
45  exceed the Colorado limit of 55 dBA established for residential areas.
46

1    Under Alternatives 4 and 5, activities conducted near the boundaries of Lease Tracts 13,
2  13A, 16, and 16A could exceed the Colorado limit of 55 dBA. Noise from haul trucks could
3  exceed the Colorado limit within 350 ft (107 m) from the haul route.
4
5    Potential noise impacts from reclamation activities under Alternatives 3 to 5 would be
6  similar to those discussed above for the mine development and operations phase.
7
8
9  **2.4.3  Soil Resources**
10
11    Potential impacts on soil resources under the five alternatives are discussed in
12  Sections 4.1.3, 4.2.3, 4.3.3, 4.4.3, and 4.5.3. Potential impacts on soil resources, both on the lease
13  tracts and on adjacent lands where haul roads and utilities would be used, are anticipated to be
14  minor in the exploration and reclamation phases; mine development and operations would
15  involve more ground disturbance and could result in moderate soil impacts, such as soil
16  compaction, soil horizon mixing, soil erosion and deposition by wind, soil erosion by water and
17  surface runoff, and sedimentation of nearby surface water bodies. Soils could also be
18  contaminated by the accidental release of chemicals (fuels, solvents, oils). These potential
19  impacts would be reduced by the implementation of best management practices and mitigation
20  measures.
21
22    Under Alternatives 1 and 2, reclamation would result in ground-disturbing activities, such
23  as the removal of structures and foundations; backfilling of portals; grading of the disturbed
24  surfaces; and spreading of topsoil over waste-rock piles. Direct impacts from these reclamation
25  activities would be smaller than those from mine development and operations because
26  reclamation activities would occur over a shorter duration. The use of existing access roads
27  would reduce impacts like soil compaction and erosion (e.g., fugitive dust generation).
28
29    Under Alternatives 3 through 5, exploration activities would occur over relatively small
30  areas; in addition, potential impacts would be small, especially with the implementation of good
31  industry practices and mitigation measures.
32
33    Mine development and operations under Alternatives 3 to 5 would involve various
34  degrees of potential ground disturbance because the number of lease tracts and number and sizes
35  of mines that would be developed and operated vary among these alternatives. It is expected that
36  potential impacts would be small under all three alternatives. Hence, potential impacts from
37  Alternative 3 would be less than those from Alternatives 4 and 5. The number of mines assumed
38  to be developed and operated is the same under Alternatives 4 and 5, with mine sizes under
39  Alternative 5 resulting in slightly greater ground disturbance because mines would mostly be
40  medium to large, with no small mines assumed for Alternative 4. The assumed disturbed areas
41  for Alternatives 3, 4, and 5 are about 300 acres (120 ha), 450 acres (180 ha), and 480 acres
42  (190 ha), respectively.
43
44    Potential impacts on soil resources during the reclamation phase under Alternatives 3 to 5
45  would be similar to those under Alternatives 1 and 2.
46

BLM_0041159

## 2.4.4  Water Resources

Potential impacts on water resources under the five alternatives are discussed in Sections 4.1.4, 4.2.4, 4.3.4, 4.4.4, and 4.5.4. Potential impacts on water resources are anticipated to be minor for the exploration and reclamation phases; mine development and operations would involve more ground disturbance and could result in increased soil erosion and surface runoff. Surface water and groundwater could also be contaminated by the accidental release of chemicals (fuels, solvents, oils). These potential impacts would be reduced by the implementation of best management practices and mitigation measures. Consumptive water use (potable water supply) would be negligible.

Under Alternatives 1 and 2, reclamation activities on Lease Tracts 13 and 18 would have the greatest potential to affect water resources due to the proximity of the Dolores River and San Miguel River. Soil erosion by water is considered to be small in general and moderate in some areas, such as the northwest corner of Lease Tract 18, which is adjacent to Atkinson Creek.

For Alternatives 3 through 5, exploration activities, such as vegetation clearing, drilling, and construction of access roads and drill pads, would occur over small areas. Impacts on water resources associated with runoff generation and erosion would be minor.

The mine development and operations phase for Alternatives 3 through 5 has the greatest potential (of the three phases) to affect water resources, due primarily to ground disturbance activities, erosion, mine water runoff, the staging of ores and waste rock, alteration of aquifers, use of chemicals (oil, grease, lubricant), consumptive water use, and wastewater generation. Activities near lease tracts closest to the Dolores and San Miguel Rivers would have the greatest potential to affect water quality due to erosion. Potential groundwater contamination impacts would be fairly uniform across the lease tracts. Based on the assumptions made for Alternatives 3 through 5, potential impacts from Alternative 3 from mine development and operations would be less than from Alternatives 4 and 5. Potential impacts from reclamation under Alternatives 3 through 5 would be similar to those under Alternative 1.

## 2.4.5  Human Health

Potential human health impacts under the alternatives evaluated are presented in Sections 4.1.5, 4.2.5, 4.3.5, 4.4.5, and 4.5.5. The potential impact during the exploration phase would be minimal and limited to only a few workers, because the exploration would excavate only small amounts of soil, which would be placed back to fill the drill holes in a short period of time (less than a few weeks). Therefore, the analyses of potential human health impacts focus on the mine development and operations phase, reclamation phase, and post-reclamation phase. For the mine development and operations phase, potential impacts are analyzed for the mine workers, the general public living close to the uranium lease tracts, and the general public living within 50 mi (80 km) around the uranium lease tracts. For the reclamation phase, potential impacts are analyzed for the reclamation workers as well as the general public living close to the uranium lease tracts. After the reclamation phase, potential impacts are analyzed for

BLM_0041160

1   recreationists would unknowingly camp in a uranium mine area and individuals entering an
2   inactive underground mine (e.g., state mine inspectors who check on the status of uranium mines
3   after their closure). The analyses involve the estimates of potential human health risks associated
4   with both radiation and chemical exposures.
5
6        Under Alternatives 1 and 2, potential radiation exposures for reclamation workers were
7   estimated to be about 4.7 mrem, resulting primarily from the external radiation incurred while
8   working on a waste-rock pile; the uranium isotopes and their decay products in the waste rocks
9   were the source of the radiation. The corresponding latent cancer fatality (LCF) risk associated
10  with this exposure is estimated to be $4 \times 10^{-6}$; i.e., the probability of developing a latent fatal
11  cancer is about 1 in 250,000. The DOE dose limit for protection of the general public is
12  100 mrem/yr from all exposure pathways. No adverse health effect would result from the
13  chemical toxicity of the uranium and vanadium minerals contained in the waste rocks. The
14  hazard index associated with the potential chemical risk is estimated to be 0.043, which is well
15  below the threshold value of 1.
16
17       The potential radiation exposure of the general public living close to the lease tracts
18  would result from airborne emissions of radioactive particulates and radon from the surfaces of
19  waste-rock piles. The level of exposure would depend on the distance and direction between the
20  residence and the radiation sources. It is estimated that during the reclamation phase, the
21  potential dose to a member of the general public would be less than 2 mrem/yr, if he lived
22  1,600 ft (500 m) or farther from a waste-rock pile, which is less than the dose limit of
23  10 mrem/yr promulgated by the EPA for airborne emissions of radionuclides. The LCF risk
24  would be less than 1 in 1,000,000. The hazard index estimated for the chemical exposure is less
25  than 0.02.
26
27       It is estimated that after the reclamation phase, a recreationist who unknowingly came
28  close to a waste-rock pile would incur a radiation dose of 0.28 mrem through external radiation
29  and radon inhalation, assuming he camped on top of the waste-rock pile for 2 weeks. The
30  corresponding LCF risk was estimated to be about $3 \times 10^{-7}$ for each camping trip. No potential
31  chemical risk would be incurred because the surface of the waste-rock pile would be covered by
32  soil materials to facilitate the growth of vegetation, rendering potential exposures through the
33  inhalation of particulates and incidental soil ingestion unlikely.
34
35       Based on measurement data collected in abandoned underground uranium mines, radon
36  levels could range from 3 to 39 work levels (WLs) at different locations within the mine.
37  Therefore, the potential radiation exposure to an individual receptor entering an inactive
38  underground uranium mine for an extended period of time after its closure could be high. Based
39  on the measurement data, a radon dose rate of 7.4 to 86.4 mrem/h was estimated, with a
40  corresponding LCF risk ranging from $9 \times 10^{-6}$ to $3 \times 10^{-4}$/h.
41
42       Potential human health impacts for individual receptors during and after the reclamation
43  phase under Alternatives 3, 4, and 5 are expected to be similar to those under Alternatives 1
44  and 2. This is because for individual receptors, their potential radiation and chemical exposures
45  would be dominated by the contamination sources (i.e., waste-rock piles in this case) that are

BLM_0041161

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                 *Do Not Distribute*

1   closest to them. If the radiation sources closest to a receptor are the same, the potential health
2   impact on the receptor would depend only on the distances and directions between the sources
3   and the receptor, regardless of the alternative being evaluated. Therefore, the analytical results
4   obtained for the reclamation phase and post-reclamation phase under Alternatives 1 and 2 are
5   applicable for Alternatives 3, 4, and 5. For this same reason, estimates under Alternative 3 for the
6   nearby individual receptor during the mine development and operations phase would be
7   applicable to the same receptors under Alternatives 4 and 5 as well.
8
9       Under Alternative 3, the potential radiation exposures for uranium miners were estimated
10  with historical monitoring data from 1985 to 1989. The average radiation dose for underground
11  uranium miners would be about 433 mrem/yr, the majority of which would result from radon
12  exposures. The corresponding LCF risk was estimated to be $3 \times 10^{-4}$/yr, which translates to a
13  probability of about 1 in 2,500 of developing a latent fatal cancer from 1 year of exposure. The
14  potential chemical exposure for the uranium miners would be insignificant when compared to the
15  potential radiological exposure; hence, it was not analyzed further. Radiation and chemical
16  exposures for individual miners under Alternatives 4 and 5 are expected to be similar to those
17  under Alternative 3.
18
19      In addition to radiation and chemical exposures, potential physical injuries and fatalities
20  were analyzed for the uranium miners. Based on the estimates, 2 nonfatal injuries and illnesses
21  could occur during the peak year of operations under Alternative 3, and 5 and 6 nonfatal injuries
22  could under Alternatives 4 and 5, respectively.
23
24      During the mine development and operations phase, potential radiation exposure of
25  members of the general public who live close to the uranium lease tracts would result primarily
26  from the emissions of radon associated with mining. The potential radiation dose incurred by an
27  individual would depend on the number and size of the closest uranium mine operation as well as
28  the distance and direction between the residence and each of the uranium mines. Based on the
29  estimates, the maximum radiation dose would be about 5.6 mrem/yr at a distance of 3,300 ft
30  (1,000 m) from a small underground uranium mine; at a distance of 6,600 ft (2,000 m), the dose
31  would decrease to less than 3 mrem/yr. If a medium or a large underground uranium mine was
32  close by, the radiation dose would be two or four times the dose estimated from a small
33  underground uranium mine. Based on the estimates, a nearby resident located downwind from a
34  uranium mine in the most dominant wind direction could receive a radiation dose of more than
35  10 mrem/yr. The collective dose estimated for the population within 50 mi (80 km) from the
36  uranium lease tracts ranges from 6.6 to 38.4 person-rem, with a corresponding LCF risk of
37  0.01 to 0.05 under Alternative 3. Under Alternative 4, the collective dose is estimated to range
38  from 16 to 93.5 person-rem, with a corresponding LCF risk of 0.02 to 0.1. The collective dose
39  estimated under Alternative 5 is 19.7 to 111 person-rem, with a corresponding LCF risk of
40  0.03 to 0.1.
41
42

BLM_0041162

**2.4.6 Ecological Resources**

Potential impacts on ecological resources for the five alternatives are discussed in Sections 4.1.6, 4.2.6, 4.3.6, 4.4.6, and 4.5.6. Potential impacts on vegetation are anticipated to be minor to moderate and range in duration from short term to long term. Mining activities could result in moderate impacts such as the degradation and loss of habitats. Potential impacts on wildlife (including threatened, endangered, and sensitive species) are anticipated to be negligible to minor and would result from the degradation and loss of habitats, wildlife disturbance, and wildlife injury or mortality. These impacts would be localized; the viability of wildlife populations would not be affected. Potential impacts on aquatic biota (including threatened, endangered, and sensitive species) are anticipated to be negligible to moderate and would result from increases in sedimentation and turbidity or an accidental ore spill into a perennial stream or river. These impacts would be localized; the viability of aquatic biota would not be affected.

**2.4.6.1 Vegetation**

Under Alternatives 1 and 2, potential impacts to vegetation would generally be small and short-term. Areas affected by Alternative 1 activities would generally consist of previously disturbed areas, and reclamation would generally include relatively small surface areas (approximately 1 to 8 acres [0.4 to 3.2 ha] per mine, other than the JD-7 mine). Reclamation would establish plant communities on disturbed areas, including waste rock; however, resulting plant communities might be considerably different from those of adjacent areas. The successful reestablishment of desirable plant communities, such as sagebrush shrubland or pinyon-juniper woodland, would likely require decades.

Indirect impacts associated with reclamation activities could include the deposition of fugitive dust, erosion, sedimentation, and the introduction of non-native species, including noxious weeds. However, because of the small areas involved and short duration of reclamation activities, these would generally constitute a short-term impact. The establishment of invasive species, including the potential alteration of fire regimes, could result in long-term impacts, although monitoring and vegetation management programs would likely control invasive species.

Impacts under Alternatives 3 through 5 would be similar and would range from small to moderate and short term to long term. Impacts from exploration would result from disturbance of vegetation and soils, the removal of trees or shrubs, compaction of plants and soils, burial of vegetation under waste material, or erosion and sedimentation. Exploration activities are expected to affect relatively small areas, and impacts would generally be short term. The localized destruction of biological soil crusts, where present, would be considered a longer-term impact, particularly where soil erosion has occurred. Impacts would include the destruction of habitats during site clearing and excavation, as well as the loss of habitat in additional use areas. Affected areas might include high-quality mature habitats or previously degraded areas. Wetlands present on project sites could be directly or indirectly affected. Indirect impacts from mining would be associated with fugitive dust, invasive species, erosion, sedimentation, and impacts due to changes in surface water or groundwater hydrology or water quality. The

BLM_0041163

deposition of fugitive dust and the establishment of invasive species, including the potential
alteration of fire regimes, could result in long-term impacts.

### 2.4.6.2  Wildlife

Under Alternatives 1 and 2, reclamation activities would cause a short-term, localized
disturbance of wildlife in the area of the 13 mine sites on 10 lease tracts. Reclamation of
257 acres (104 ha) would result in long-term, localized improvement of wildlife habitats within
the 10 lease tracts. Negligible impacts on wildlife would occur during DOE's long-term
management of the withdrawn lands.

Under Alternative 3, there could be impacts on a total of 300 acres (120 ha) of wildlife
habitat at 8 mine sites within 1 or more of the 13 formerly active lease tracts. Additional habitats
could be affected by any access roads or utility lines required for the mines. Impacts on wildlife
could occur from habitat disturbance, wildlife disturbance, and wildlife injury or mortality.
Overall, localized impacts on wildlife would range from negligible to moderate and would not
affect the viability of wildlife populations.

Under Alternatives 4 and 5, impacts would be similar to those under Alternative 3, except
that , under Alternative 4, a total of 450 acres (180 ha) and, under Alternative 5, 480 (190 ha) of
wildlife habitat at 19 mine sites could be disturbed within any of the 31 lease tracts. Overall,
localized impacts on wildlife would range from negligible to moderate and would not affect the
viability of wildlife populations.

### 2.4.6.3  Aquatic Biota

Under Alternatives 1 and 2, reclamation activities could cause sediment deposition in
ephemeral streams and possibly the Dolores River and Atkinson Creek. The potential for
sediments to enter the perennial streams would be negligible to minor due to the limited amount
of land undergoing reclamation in any given area. Reclaimed areas would become less prone to
erosion as vegetation would become established.

Under Alternative 3, impacts on aquatic resources could result from increases in
sedimentation and turbidity from soil erosion and runoff during mine development and
operations. There would be a very low likelihood of an accidental ore spill into a perennial
stream or river. Overall, localized impacts on aquatic biota would range from negligible to
moderate and would not affect the viability of any aquatic species.

Under Alternatives 4 and 5, impacts on aquatic resources would be similar to those under
Alternative 3, except that 19 mines could be in operation on any of the 31 lease tracts. Overall,
localized impacts on aquatic biota would range from negligible to moderate and would not affect
the viability of any aquatic species.

BLM_0041164

#### 2.4.6.4  Threatened, Endangered and Sensitive Species

Under Alternatives 1 and 2, reclamation activities would generally cause small, short-term impacts on threatened, endangered, and sensitive species. The small scale of reclamation activities on previously disturbed areas would generally have a negligible to minor impact on sensitive terrestrial species. Erosion and sedimentation might have a small short-term impact on sensitive aquatic species.

Under Alternative 3, potential impacts on threatened, endangered, and sensitive species could range from small to moderate and short term to long term, depending on the location of the mines and amount of surface disturbance. Direct impacts could result from the destruction of habitats during site clearing, excavation, and operations. Indirect impacts could result from fugitive dust, erosion, sedimentation, and impacts related to altered groundwater hydrology.

Under Alternatives 4 and 5, potential impacts would be similar to those under Alternative 3. However, there would be more lease tracts available for mining under this alternative, thereby increasing the area that could be disturbed or developed and the potential for impacts on threatened, endangered, and sensitive species. The total disturbed area for Alternative 5 is slightly greater than that for Alternative 4.

### 2.4.7  Land Use

Potential impacts on land use from the five alternatives are discussed in Sections 4.1.7, 4.2.7, 4.3.7, 4.4.7, and 4.5.7. Potential land use impacts are anticipated to be minor for Alternatives 1 through 5. Withdrawn lands would continue to be closed to mineral entry but would remain open for ROW authorizations and oil and gas leasing. Mining activities would likely preclude some land uses, such as recreation or grazing, but surrounding lands would offer opportunities for these activities.

### 2.4.8  Socioeconomics

Potential impacts on socioeconomics from the five alternatives are discussed in Sections 4.1.8, 4.2.8, 4.3.8, 4.4.8, and 4.5.8. The impact analyses for socioeconomics indicate that potential socioeconomic effects would generally be small and positive, in that a few jobs would be created and the completion of reclamation activities could have a small, positive impact on recreation and tourism. It is also likely that there would be no in-migration of people to work in the mining jobs created from the alternatives, since there would likely be unemployed workers in the local community to fill these newly created jobs.

Under Alternatives 1 and 2, reclamation activities would require 15 direct jobs and generate 10 indirect jobs. Reclamation would produce $1 million in income. There would likely be a small positive impact on recreation and tourism because of the reclamation that would be completed.

BLM_0041165

1    Under Alternative 3, the potential impact is expected to be small. Mine development and
2  operations would create 163 direct jobs, 113 indirect jobs, $6.5 million in direct income, and
3  $44.5 million in indirect income. In-migration could include up to 87 people moving into the
4  ROI. However, as was discussed above, there is an adequate workforce currently available in the
5  ROI that could supply the labor needed, so there would be no in-migration as a result.
6  Reclamation activities would require 31 direct jobs and generate 13 indirect jobs. Reclamation
7  would produce $1.8 million in income.

8
9    Potential impacts under Alternatives 4 and 5 would be almost the same and are expected
10  to be small. Under Alternative 4, mine development and operations would create 333 direct jobs,
11  188 indirect jobs, and $27.3 million in income. In migration could include up to 166 people
12  moving into the ROI. Reclamation activities would require 39 direct jobs and generate
13  17 indirect jobs. Reclamation would produce $2.4 million in income. Under Alternative 5, mine
14  development and operations would create 371 direct jobs, 191 indirect jobs, and $28.2 million in
15  income. In-migration could include up to 178 people moving into the ROI. Reclamation
16  activities would require 38 direct jobs and generate 25 indirect jobs. Reclamation would produce
17  $2.4 million in income.

18
19
20  **2.4.9  Environmental Justice**
21
22    Potential impacts on environmental justice from the five alternatives are discussed in
23  Sections 4.1.9, 4.2.9, 4.3.9, 4.4.9, and 4.5.9. Potential impacts on the general population could
24  result from the uranium mining activities, but for the majority of resources evaluated, impacts
25  would likely be small. Specific impacts on low-income and minority populations as a result of
26  participation in subsistence or certain cultural and religious activities would be small. There are
27  no minority populations, as defined by Council on Environmental Quality (CEQ) guidelines,
28  within the 50-mi (80-km) radius around the boundaries of the lease tracts, and any adverse
29  impacts from ULP activities would not disproportionately affect minority populations.

30
31
32  **2.4.10  Transportation**
33
34    Potential impacts on transportation from the five alternatives are discussed in
35  Sections 4.1.10, 4.2.10, 4.3.10, 4.4.10, and 4.5.10.
36
37    Under Alternatives 1 and 2, no transportation of uranium ore would occur. There would
38  be no radiological transportation impacts, and no changes in current traffic trends near the DOE
39  ULP lease tracts is anticipated.
40
41    Under Alternative 3, there would be an average of approximately 40 round-trip uranium
42  ore truck shipments per weekday. For the sample case considered, the total annual distance
43  travelled in the peak year by the haul trucks would be about 0.87 million mi (1.4 million km),
44  primarily on State Highways CO 90 and CO 141 and on US 141 and US 191. The estimated
45  attendant traffic accident injuries and fatalities would be about 0.26 and 0.024, respectively. The

BLM_0041166

1   resultant collective radiological population dose to those individuals living and working near the
2   haul routes was estimated to be approximately 0.11 person-rem, a dose that could potentially
3   result in $7 \times 10^{-5}$ LCFs. The potential annual collective dose estimated for the truck drivers is
4   0.57 person-rem, with an associated risk of 0.0003 LCF. Dependent on which lease tracts have
5   mining operations and which mill was used in each case, the total annual distance in the peak
6   year could range from about 485,000 to 2.0 million mi (780,000 to 3.2 million km), with impacts
7   roughly proportional to the distance travelled.
8
9       Under Alternative 4, there would be an average of approximately 80 round-trip uranium
10  ore truck shipments per weekday. For the sample case considered, the total annual distance
11  travelled in the peak year by the haul trucks would be about 2.1 million mi (3.4 million km),
12  primarily on State Highways CO 90 and CO 141 and on US 141 and US 191. The estimated
13  attendant traffic accident injuries and fatalities would be about 0.63 and 0.057, respectively. The
14  resultant collective radiological population dose to those individuals living and working near the
15  haul routes was estimated to be approximately 0.26 person-rem, resulting in an LCF of 0.0002 in
16  the population. The potential annual collective dose estimated for the truck drivers is 1.4 person-
17  rem, with an associated risk of 0.0008 LCF. Dependent on which lease tracts have mining
18  operations and which mill was used in each case, the total annual distance in the peak year could
19  range from about 1.2 million to 4.2 million mi (2.0 million to 6.7 million km), with impacts
20  roughly proportional to the distance travelled.
21
22      Under Alternative 5, there would be an average of approximately 92 round-trip uranium
23  ore truck shipments per weekday. For the sample case considered, the total annual distance
24  travelled in the peak year by the haul trucks would be about 2.7 million mi (4.3 million km),
25  primarily on State Highways CO 90 and CO 141 and on US 141 and US 191. The estimated
26  attendant traffic accident injuries and fatalities would be about 0.79 and 0.071, respectively. The
27  resultant collective radiological population dose to those individuals living and working near the
28  haul routes is estimated to be approximately 0.33 person-rem, a dose that could potentially result
29  in 0.0002 LCF in the population. The potential annual collective dose estimated for the truck
30  drivers was 1.7 person-rem, with an associated risk of 0.001 LCF. Depending on which lease
31  tracts have mining operations and which mill was used in each case, the total annual distance in
32  the peak year could range from about 1.5 million to 4.8 million mi (2.4 million to 7.8 million
33  km), with impacts roughly proportional, to the distance travelled.
34
35
36  **2.4.11  Cultural Resources**
37
38      Cultural resources include archaeological sites, historic buildings and structures
39  (including mining features), historic landscapes, culturally important natural features, and
40  properties important to specific social or cultural groups.
41
42      Impacts on a cultural resource are evaluated based on the likely effect each alternative
43  would have on its integrity. A cultural resource could be affected positively or negatively
44  through direct modification to the resource or its surroundings. BLM and DOE require that areas
45  to be developed be surveyed for cultural resources before the ground surface is disturbed.

BLM_0041167

1  Through these surveys, significant cultural properties that could be adversely affected by the
2  proposed action would be identified, and plans would be modified to avoid or mitigate negative
3  impacts on cultural resources. Potential impacts on cultural resources are discussed in
4  Section 4.1.11, 4.2.11, 4.3.11, 4.4.11, and 4.5.11.
5
6          Under Alternatives 1 and 2, direct impacts are not expected to occur. However, indirect
7  impacts, such as an increased potential for vandalism related to road or footpath expansion or
8  damage to cultural resources from fugitive dust, could occur on all 111 estimated resources
9  within the 10 lease tracts. Positive impacts could also result, since the termination of uranium
10 mining might result in reduced fugitive dust and ground vibration from heavy equipment and
11 traffic.
12
13         Under Alternative 3, indirect impacts could occur on all of the estimated 89 cultural
14 resources located within the 12 lease tracts. Direct impacts are expected on 8 of these resources.
15 Potential direct impacts would include the disturbance of buried cultural resources or surface
16 deposits as a result of excavation, vibration from equipment, and fugitive dust. Indirect impacts
17 would include visual disturbance to resources; the introduction of noise to traditional sacred
18 areas; potential damage to traditional plant and animal species; and an increased potential for
19 vandalism, erosion, trampling, and unauthorized collecting related to road or footpath expansion.
20
21         Under Alternatives 4 and 5, indirect impacts could occur on the 1,798 estimated cultural
22 resources located within the 31 lease tracts. Direct impacts could occur on 21 of these resources.
23 Potential impacts would be the same as those under Alternative 3.
24
25
26 **2.4.12  Visual Resources**
27
28         Visual impacts are expressed as contrasts between an existing landscape and a proposed
29 project or activity in terms of form, line, color, and texture. Visual impacts can be either positive
30 or negative, depending on the type and degree of visual contrasts introduced into an existing
31 landscape. Potential impacts on visual resources are analyzed in 4.1.12, 4.2.12, 4.3.12, 4.4.12,
32 and 4.5.12.
33
34         Under Alternatives 1 and 2, one or more of the 10 lease tracts would be visible from
35 portions of the Sewemup WSA, Palisade ONA ACEC, Palisade WSA, Unaweep/Tabeguache
36 Scenic and Historic Byway, Tabeguache WA, Dolores River Canyon WSA, Dolores River
37 SRMA, McKenna Peak WSA, San Miguel ACEC, and Trail of the Ancient Byways, which are
38 located within 0 to 25 mi (0 to 8 km) of the lease tracts. Visual contrast of visible activities
39 occurring within the lease tracts would range from none to strong, depending on the viewer's
40 location within the SVRA. Potential visual impacts that could occur under Alternative 1 would
41 include vegetation clearing, landform alteration, removal of structures and materials, changes to
42 existing roadways, vehicular and worker activity, and light pollution in the form of skyglow,
43 light trespass, or glare.
44

BLM_0041168

Under Alternative 3, 1 or more of the 12 lease tracts would be visible from portions of the Sewemup WSA, Unaweep/Tabeguache Scenic and Historic Byway, Tabequache WA, Dolores River Canyon WSA, Dolores River SRMA, McKenna Peak WSA, San Miguel ACEC, and Trail of the Ancient Byways, which are located within 0 to 25 mi (0 to 8 km) of the lease tracts. Visual contrast of visible activities occurring within the lease tracts would range from none to strong, depending on the viewer's location within the SVRA. Potential visual impacts that could occur under Alternative 3 include vegetation clearing, exploratory drilling, road construction, support facility construction, worker and equipment presence, and lighting in the form of skyglow, light trespass, or glare. Visual impacts resulting from activities associated with mine development and operations would vary in frequency and duration, given that mining activity could last 10 years or more.

Under Alternatives 4 and 5, 1 or more of the 31 lease tracts would be visible from portions of the Sewemup, Palisade, Squaw/Papoose Canyon, McKenna Peak, Dolores River Canyon, and Cahone Canyon WSAs; the Palisade ONA and San Miguel ACECs; the Unaweep/Tabeguache Scenic and Historic Byway; the Tabequache WA; the Dolores River SRMA; Canyon of the Ancients National Monument; and Trail of the Ancient Byways, which are located within 0 to 25 mi (0 to 8 km) of the lease tracts. Visual contrast of visible activities occurring within the 31 lease tracts would range from none to strong, depending on the viewer's location within the SVRA. Potential visual impacts under Alternative 4 would be the same as those under Alternative 3.

## 2.4.13  Waste Management

In addition to waste rock, other waste materials would also be generated from the exploration, mine development and operations, and reclamation phases of uranium mining. The waste could include solid residue from the treatment of mine water, chemical waste from used oil, antifreeze, and solvents from maintenance activities. Other solid waste materials generated could include concrete from ore pads and foundations, drill steel, mill timbers, and vent bags. Materials exceeding standards would either be put back into mine workings, taken to a mill for uranium recovery, or transported to a licensed low-level radioactive waste facility. Inert materials, such as the foundation and concrete, would be broken up and buried on the site. Wastes could also be taken to a recycling or a permitted landfill (e.g., the landfill located in nearby Nucla or Naturita, Colorado).

Potential impacts on the waste management or disposal practices just discussed would be minor, since the capacity is available at the permitted landfills or licensed facilities. Waste that would remain at the mine site would be placed in a manner that is protective to human health and the environment, in compliance with federal, state, and local requirements.

BLM_0041169

## 2.4.14 Cumulative Impacts

In Section 4.7, potential impacts from the preferred alternative in this Draft PEIS are considered in combination with impacts of past, present, and reasonably foreseeable future actions. For the cumulative impacts analysis, past projects are generally assumed to be reflected in the affected environment discussion. Ongoing and planned projects or activities in the region of cumulative impacts are discussed in Sections 4.7.1 and 4.7.2 and summarized in Table 4.7-9. The region of cumulative impacts is conservatively assumed to be a 50-mi (80-km) radius. The regions of influence or ROIs for the various resource areas are listed in Chapter 3. For most of these resource areas, a 25-mi (40-km) radius was identified as the ROI. The analyses for environmental justice and human health addressed a 50-mi (80-km) radius, which is why the region of cumulative impacts was extended to the 50-mi (80-km) radius.

Although the various present, ongoing and planned projects identified in the region of cumulative impacts could contribute on impacts on the various environmental resource areas evaluated, it is expected that uranium-mining-related projects would be most similar with respect to the types of potential environmental impacts that could occur and that most are located closer (within 25 mi or 40 km) to the lease tracts. Potential impacts from the preferred alternative are generally small to moderate. Those related to noise, land use, soil quality, cultural resources, visual resources, waste management, and environmental justice are considered to be more localized within the vicinity of the lease tracts; hence, the potential cumulative impacts tabulated in Table 4.7-10 focus on air quality, water quality, human health, ecological resources, socioeconomics, and transportation.

Based on the information presented in Sections 4.7.1 and 4.7.2 and on the potential impacts of the preferred alternative discussed in this Draft PEIS, the potential cumulative impacts on air quality, water quality, ecological resources, socioeconomics, transportation, and human health from uranium-mining-related projects would result in overall impacts that would not exceed applicable standards, with the use of best management practices or mitigation measures. Contributions to environmental impacts from the other non-uranium-related projects are also not expected to result in exceedence of applicable federal, state, and local requirements.

## 2.5 IRREVERSIBLE AND IRRETRIEVABLE COMMITMENT OF RESOURCES

Uranium mining activities associated with the alternatives evaluated in this Draft PEIS would result in irreversible and irretrievable commitment of resources. Approximately 500,000 tons/yr of uranium ore would be removed from the DOE ULP lease tracts for processing at the mills and ultimately used for various energy purposes. In addition, about 1.9 million gal (7.2 million L) of water could be utilized during the peak year of mine operations. Other materials that would be expended during operations would include about 5,000 tons of explosives, 1.4 million kWh of electricity, about 11,000 tons of steel, 200,000 gal (760,000 L) of fuel and lubricant, and 2,400 board feet of lumber.

BLM_0041170

## 2.6  PREFERRED ALTERNATIVE IDENTIFIED

DOE's preferred alternative for the management of the ULP is Alternative 4. DOE would continue to allow the exploration, mine development and operations, and reclamation of uranium mines on the 31 lease tracts that are being managed under the DOE ULP. As stated in previous sections, the primary difference between Alternative 4 (the preferred alternative) and Alternative 5 (the No Action Alternative for this Draft PEIS) is primarily the lease period associated with these alternatives. Under Alternative 4, the lease period would be for the next 10 years or for another reasonable period; under Alternative 5, the lease period would be for the 10-year period stipulated in the leases in 2008. Hence, the number of years available for ore generation would be shorter under Alternative 5 and might not give the lessees enough flexibility to time their mining activities to coincide with periods when the economic market for uranium ore was favorable. The shorter period of time associated with Alternative 5 could also mean that the ore in some of the mines might not be exhausted by the time the lease(s) expired, resulting in the premature shutdown of activities, termination, and reclamation.

The comparison and summary of potential impacts in Section 2.4 indicates that in general, the impacts from Alternative 4 would be similar to those from Alternative 5. The exception is that it is assumed that a slightly greater quantity of ore would be generated each year under Alternative 5. This assumption was made to simulate conditions in which the lessees would expedite the ore production by operating medium-sized to large mines (and not any small mines, which are considered under Alternative 4). The slightly higher amount of ore generated under Alternative 5 would result in slightly greater potential impacts than those under Alternative 4.

Potential impacts from reclamation activities would be similar under all the alternatives, 1 through 5. Potential impacts under Alternatives 1 and 2 would result only from reclamation. Potential impacts from mine operations would be slightly less under Alternative 3 than under Alternative 4 because it is assumed fewer mines (with fewer leases—12 versus 31) would be operated under Alternative 3. The assumptions developed for Alternative 4 are considered more realistic based on historical experience and based on the outlook for future uranium mining in the area.

BLM_0041171

# 3  AFFECTED ENVIRONMENT

The regions of influence (ROI) affected by the proposed action presented in this PEIS are described for each resource area evaluated. This information will be used as the basis for evaluating the potential impacts from the alternatives discussed in Chapter 4.

## 3.1  AIR QUALITY

### 3.1.1  Climate

#### 3.1.1.1  General Climate

Wide variations in elevation and topographic features within the area surrounding the ULP lease tracts have an impact on wind patterns, temperatures, and storm tracks in all seasons (NCDC 2011a). The area has a semiarid, mid-continental climate characterized by abundant sunshine, low humidity, low precipitation, and cold, snowy winters. Strong, outgoing terrestrial radiation provides cool nights. In midwinter, air temperatures are often low, but strong solar radiation and dry air combine to provide generally pleasant conditions.

The local climate is strongly influenced by microclimatic features such as slope, aspect, and elevation. The prevailing wind direction aloft over the region is from the west or the southwest (the westerlies) as it is in most of the United States; however, complex terrains in western Colorado are responsible for deflecting these winds. Accordingly, wind patterns are sometimes dissimilar even over short distances.

The ULP lease tracts are located in southwestern Mesa County and in western Montrose and San Miguel Counties in southwestern Colorado. The elevations of lease tracts range from 5,075 ft (1,547 m) to 8,001 ft

---

**Regions of Influence (ROIs) for the Various Resource Areas Evaluated in This PEIS**

*Air Quality:* Montrose, Mesa, and San Miguel counties

*Noise:* Montrose, Mesa, and San Miguel Counties

*Soil Resources:* The lease tract areas and any other areas on adjacent lands (e.g., unpaved access roads) that could be affected by mining activities

*Water Resources:* Montrose, Mesa, and San Miguel Counties, primarily on the lease tracts; also the Dolores River, San Miguel River, and their tributaries

*Human Health:* 50-mi (80-km) radius of the lease tracts

*Land Use:* The lease tract areas and land within a 25-mi (40-km) radius of each lease tract, with an emphasis on specially designated public land areas

*Ecological Resources:* Montrose, Mesa, and San Miguel Counties, primarily on the lease tracts; the Dolores River, San Miguel River, and Colorado River (for threatened and endangered species evaluation only)

*Socioeconomics:* Montrose, Mesa, and San Miguel Counties

*Environmental Justice:* 50-mi (80-km) radius of the lease tracts

*Transportation:* 25-mi (40-km) radius from the boundary of the lease tracts

*Cultural Resources:* Lease tract areas and any other areas on adjacent lands that could be affected by mining activities

*Visual Resources:* 25-mi (40-km) from the lease tracts

*Waste Management:* Surface mine plants on the lease tracts

BLM_0041172

1   (2,439 m) with an average elevation of about 6,401 ft (1,951 m). The area surrounding the ULP
2   lease tracts is characterized by a complex topography with valleys, canyons, and plateaus, so the
3   climate varies considerably from place to place.
4
5
6   **3.1.1.2  Wind**
7
8          Wind roses (which graphically display the distribution of wind speed and direction) are
9   described here based on data available from weather stations in place for the proposed Piñon
10  Ridge Mill, since they are the nearest ones to the ULP lease tracts. These stations are referred to
11  as Site 1 (33-ft [10-m] level) and Site 2 (98-ft [30-m] level). Data for a 3-year period
12  (April 2008–March 2011) are shown in Figure 3.1-1 (Rogers 2011). The proposed Piñon Ridge
13  Mill site is located in the eastern Paradox Valley in western Montrose County, which is roughly
14  at the center of ULP lease tracts. The Paradox Valley runs in the northwest-southeast direction.
15  Winds are controlled in large part by the valley and ridge topography. At Site 1 (33-ft [10-m]
16  level), winds blew more frequently from the northwest and southeast, reflecting the channeling
17  of winds parallel to the valley axis. The annual average wind speed was about 6.3 mph (2.8 m/s).
18  Average wind speeds were highest in spring at 7.9 mph (3.5 m/s) and lowest in winter at 4.6 mph
19  (2.1 m/s). Prevailing wind directions are from the southeast (about 13.8% of the time) and the
20  east-southeast (about 13.6% of the time). Secondary prevalent wind directions are from the
21  northwest and west-northwest about 18.3% of the time combined. Thus, about half of the time,
22  upslope and downslope winds along the valley axis prevail. However, effects of prevailing
23  westerlies aloft are relatively minor at the surface. Northwesterly upslope winds blow more
24  frequently during daytime, while southeasterly downslope winds (also called drainage winds)
25  prevail at night.
26
27         Wind rose at Site 2 (98-ft [30-m] level) of the proposed Piñon Ridge Mill site, which is
28  located about 1.3 mi (2.1 km) south-southeast of Site 1 on the same valley floor but closer to
29  valley wall, is provided in Figure 3.1-1(b). Wind patterns are somewhat different from those at
30  Site 1 (33-ft [10-m]) level. Daytime upslope winds observed are like those at Site 1, while
31  nighttime downslope winds are relatively weak. Typically, downslope winds are shallower than
32  upslope winds, with little or no turbulence because of the stable temperature structure of the air.
33  Throughout the year, westerly or southwesterly winds prevail at Site 2, especially during
34  nighttime hours, which suggests it is more affected by regional winds than local flows. Average
35  wind speed at Site 2 was about 5.9 mph (2.6 m/s). As it was at Site 1, wind speed at Site 2 was
36  highest in spring and lowest in winter. Prevailing wind direction at Site 2 is from the west-
37  northwest (about 12.2% of the time) and is secondarily from the west (about 11.5% of the time).
38  Winds that ranged from the southeast clockwise to northwest sectors, which is the lower-left half
39  of the valley axis, accounted for more than three-fourths of the time.
40
41         Typically, wind speeds at higher elevations are higher than those at lower elevations
42  because of surface friction. However, the reverse is observed at the proposed Piñon Ridge Mill.
43  The upslope-downwind speed at Site 2 is lower than that at Site 1, which is located on the central
44  valley floor, due to friction with the nearby valley wall at Site 2, and because local flows seem
45  somewhat stronger than regional westerly winds.

BLM_0041173



FIGURE 3.1-1  Wind Roses at the Proposed Piñon Ridge Mill, Montrose County, Colorado, April 2008–March 2011: (a) Site 1, 33-ft (10-m) Level, and (b) Site 2, 98-ft (30-m) Level (Source: Rogers 2011)

*Preliminary Draft PEIS*
*PEIS Team Use Only*

*PEIS Privileged Information*
*Do Not Distribute*

*May 2012*

3-3

1
2
3
4
5

1       Aside from the weather stations at the proposed Piñon Ridge Mill, there is also a BLM
2   Remote Automated Weather Station at Nucla near the ULP lease tracts. Nucla station is located
3   near the southeastern edge of Paradox Valley and about 11 mi (18 km) west of the proposed
4   Piñon Ridge Mill site. However, wind patterns are quite different from those at Piñon Ridge Mill
5   (wind rose not shown here). Prevailing wind directions are from the east throughout the year due
6   to predominant nighttime drainage winds from the valley to the east (DRI 2011). During daytime
7   hours, effects of the river valley parallel to the Paradox Valley and regional westerly winds are
8   more prominent.
9
10
11      **3.1.1.3  Temperature**
12
13      Temperatures in the region vary widely with elevation, latitude, season, and time of day.
14   In western Colorado, topography plays a large role in determining the temperature of any
15   specific location (NCDC 2011a). The ULP lease tracts sit at a higher elevation; thus
16   temperatures there are lower than at lower elevations of comparable latitude. Historical annual
17   average temperatures measured at selected meteorological stations around the ULP lease tracts
18   range from 45.3°F (7.4°C) in Northdale (about 10 mi [16 km] south of the southernmost ULP
19   lease tract at an elevation of 6,680 ft [2,036 m]), to 53.9°F (12.2°C) in Gateway 1 SE (about 6 mi
20   [10 km] northwest of the northernmost ULP lease tract at an elevation of 4,550 ft [1,387 m]), as
21   presented in Table 3.1-1 (WRCC 2011a; DRI 2011). Typically, January is the coldest month,
22   ranging from 9.0 to 18.0°F (from −12.8 to −7.8°C), and July is the warmest month, ranging from
23   86.5°F to 98.6°F (from 30.3 to 37.0°C). During the reporting period, the highest temperature of
24   110°F (43.3°C) was reached in June 1950 at Paradox 1 E and in July 1989 at Uravan, and the
25   lowest of −42°F (−41.1°C) was reached in February 1933 at Northdale. Each year, about
26   17–76 days had a maximum temperature of ≥ 90°F (32.2°C), while about 132–205 days had
27   minimum temperatures at or below freezing with subzero temperatures of about 3–18 days.
28
29
30      **3.1.1.4  Precipitation**
31
32      In Colorado, precipitation patterns are largely controlled by mountain ranges and
33   elevation (NCDC 2011a). The interior, continental location, ringed by mountains on all sides,
34   results in low precipitation in all seasons. Air masses crossing the region, which gather moisture
35   over the Pacific Ocean and traverse several hundred miles of mountainous terrain, have
36   precipitated a large percentage of inherent moisture, and thus the Colorado region receives little
37   precipitation. For the reporting period, annual precipitation ranged from about 9.55 in. (24.3 cm)
38   at Nucla to 16.02 in. (40.7 cm) at Paradox 1 W (WRCC 2011). Precipitation is relatively evenly
39   distributed throughout the year. In general, precipitation is greatest in fall, and lowest in winter
40   months around the ULP lease tracts. Snowfall is quite variable by location (ranging on average
41   from about 11 in. [28 cm] in Uravan to about 41 in. [104 cm] in Northdale), with the snowiest
42   months being December through February. In general, snowfall tends to increase with increasing
43   elevation, while precipitation has no clear relationship with respect to latitude and elevation in
44   the area.
45

BLM_0041175

*Preliminary Draft PEIS*
*PEIS Team Use Only*

*PEIS Privileged Information*
*Do Not Distribute*

*May 2012*

1  **TABLE 3.1-1  Temperature and Precipitation Data Summaries at Selected Meteorological Stations around the ULP Lease Tracts, in**
2  **Order of Meteorological Station Starting from North to South**

| Station[c] | County | Temperature (°F) | | | | | | | Precipitation (in.) | | Period of Record | Elev. (ft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Average Monthly Minimum[a] | Average Monthly Maximum[a] | Annual Mean | Extreme Low | Extreme High | No. Days with Max. Temp. ≥90°F | No. Days with Min. Temp. ≤32°F (≤0°F) | Total Water Equiv. | Snowfall | | |
| Gateway 1 SE | Mesa | 18.0 | 93.2 | 53.9 | −28 | 106 | 61.9 | 132.3 (3.1) | 11.40 | 15.9 | 1947–2010 | 4,550 |
| Paradox 1 W[b] | Montrose | 17.4 | 90.1 | 50.9 | −14 | 106 | 43.8 | 153.6 (3.1) | 16.02 | 27.5 | 1977–1995 | 5,530 |
| Paradox 1 E[b] | Montrose | 12.0 | 92.5 | 49.7 | −21 | 110 | 57.6 | 181.4 (9.9) | 11.73 | 23.4 | 1948–1977 | 5,280 |
| Uravan[c] | Montrose | 15.5 | 95.6 | 53.2 | −23 | 110 | 75.9 | 149.1 (3.8) | 12.61 | 11.1 | 1960–2010 | 5,010 |
| Nucla | Montrose | 12.6 | 98.6 | 52.1 | −10 | 104 | NA[c] | NA | 9.55 | NA | 1998–2011 | 5,860 |
| Northdale | Dolores | 9.0 | 86.5 | 45.3 | −42 | 103 | 17.3 | 205.0 (17.8) | 12.49 | 40.9 | 1930–2002 | 6,680 |

[a]  "Average Monthly Minimum" denotes the monthly average of daily minimum values during the period of record, which normally occurs in January. "Average Monthly Maximum" denotes the monthly average of daily maximum values during the period of record, which normally occurs in July.

[b]  Paradox 1 W and 1 E and Uravan are located at almost the same latitude.

[c]  NA denotes not available.

Sources: DRI (2011); WRCC (2011a)

3

BLM_0041176

### 3.1.1.5  Severe Weather

Because mountain ranges surrounding ULP lease tracts block air masses from penetrating into the area, severe weather events, such as tornadoes, are a rarity, but floods, hail, high winds, winter storms, and wildfires do occur frequently (NCDC 2011b).

In the western valleys, localized flood-producing storms are more frequent. Occasionally, remnants from a decayed Pacific hurricane may dump heavy, widespread rains in Colorado (NCDC 2011a). Flash flooding from localized intense thunderstorms is more severe than flooding caused by snowmelt. Since 1994, 88 floods (with 61 flash floods) were reported in Mesa, Montrose, and San Miguel Counties combined (NCDC 2011b). Most occurred in towns along Interstate 70 (I-70), including Grand Junction and Gateway in Mesa County; Montrose, Naturita, Nucla, Uravan, and Bedrock in Montrose County; and Telluride and Placerville in eastern San Miguel County. These floods occurred mostly during summer months and caused some property and crop damage.

In these three counties, a total of 58 hail events were reported since 1962; some of these caused property and crop damage (NCDC 2011b). Hail events occurred mostly from May through September. Hail measuring 1.75 in. (4.4 cm) in diameter was reported in nine incidents.

Since 1962, 130 high wind events occurred in the three counties. Most were reported in Mesa County (NCDC 2011b). These high wind events occurred more frequently from May through September, with peak occurrence in June, and a high wind with a maximum wind speed of 122 miles per hour or mph (54.5 m/s), which created blizzard conditions, was reported in January 1999 in Mesa County.

Winter snows are fairly frequent but are mostly light and quick to melt. Heavy snows in the high mountains are much more common. Since 1993, 410 snow and ice events were reported in Mesa County alone (NCDC 2011b). These caused some property damage and several deaths and injuries resulting from avalanches and traffic accidents.

Since 1999, 24 wild/forest fires were reported in the three counties, mostly during summer months, and they caused some property damage (NCDC 2011b). These fires were triggered by lightning in the area.

Complex terrain typically disrupts the mesocyclones associated with tornado-producing thunderstorms; thus, tornadoes are less frequent and destructive in this region than they are in tornado alley (in the central United States) or Colorado's eastern plains. Tornado frequencies per area in counties within the ULP lease tracts are less than one-tenth of those in the rest of the state. In the period April 1950 to August 2011, a total of 12 tornadoes (0.2 per year) were reported in the three counties. (NCDC 2011b): 9 tornadoes in Mesa County, 3 tornadoes in Montrose County, and no tornados in San Miguel County. However, most tornadoes occurring in

BLM_0041177

1    the area were relatively weak (eight F0 and four F1 on the Fujita tornado scale[1]), but one caused
2    injury, and some minor property damage was reported. Most of these tornadoes occurred in
3    either northern Mesa County around the I-70 or northeastern Montrose County. However, in
4    October 2005, one F1 tornado hit Bedrock, which is located several miles from ULP lease tracts.
5
6
7    **3.1.2  Existing Air Emissions**
8
9         Mesa, Montrose, and San Miguel Counties have many small-scale industrial emission
10   sources and two coal-fired power plants—one in Palisade, Mesa County, and the other in Nucla,
11   Montrose County. The absolute amount of emissions except for emissions from the two coal-
12   fired power plants is relatively low. The population is sparse, and the population centers and
13   many of the industrial facilities are located along the handful of major roads such as I-70, US 50,
14   and US 550. Several state highways (SHs) exist around the ULP lease tracts, such as SH 90 and
15   SH 141. Onroad mobile and industrial source emissions are concentrated along these routes.
16
17        Data on annual emissions of criteria pollutants and volatile organic compounds (VOCs)
18   in Mesa, Montrose, and San Miguel Counties are presented in Table 3.1-2 for 2008
19   (CDPHE 2011a). Among the three counties, emissions are the highest in Mesa County and the
20   lowest in San Miguel County. Emission data are categorized by type of source: point, area,
21   onroad mobile, nonroad mobile, road dust, construction, biogenic, fires (forest/agricultural fires
22   and structural fires), etc. In 2008, onroad vehicle sources were primary contributors to total
23   carbon monoxide (CO) emissions in three counties (about 38%), followed by forest/agricultural
24   fires (about 21%). Onroad vehicle sources and point sources were primary and secondary
25   contributors to total emissions of nitrogen oxides ($NO_x$) in three counties (about 31% and 22%,
26   respectively). Point sources accounted for most of sulfur dioxide ($SO_2$) emissions in the three
27   counties (over 94%), due to the two coal-fired power plants. Road dust was the primary
28   contributor to $PM_{10}$ emissions[2] (about 29%), with construction being a secondary contributor
29   (about 27%). Biogenic sources (i.e., vegetation—including trees, plants, and crops—and soils)
30   that release naturally occurring emissions accounted for a significant portion of the VOC

---

[1]  The Fujita tornado scale is classified with the fastest 0.40-km (0.25-mi) wind speeds: F0 (gale), F1 (moderate), and F2 through F5 (incredible) tornadoes are classified with wind speeds of 40 to 72 mph (19 to 32 m/s), 73 to 112 mph (33 to 50 m/s), and 113 up to 261 to 318 mph (34 up to 117 to 142 m/s). The new Enhanced Fujita (EF) scale based on 3-second wind gusts was implemented on February 1, 2007. Similar to the original Fujita scale, the ratings are from EF0 to EF5. However, historical tornadoes are still categorized with the original Fujita scale, as are those in the NCDC's *Storm Events* database.

[2]  Particulate matter, or PM, is dust, smoke, and other solid particles and liquid droplets in the air. The size of the particulate is important and is measured in micrometers ($\mu m$), which is 1 millionth of a meter (0.00004 inch). $PM_{2.5}$ is PM with an aerodynamic diameter that is less than or equal to 2.5 $\mu m$, and $PM_{10}$ is PM with an aerodynamic diameter that is less than or equal to 10 $\mu m$. "Respirable" $PM_{2.5}$ is released into atmosphere through combustion-related sources, such as motor vehicles, power plants, and forest fires, and it can penetrate deep into the lungs. In contrast, sources of "inhalable" $PM_{10}$ include crushing and grinding operations and fugitive dust from vehicles traveling on roads, and this pollutant can enter the respiratory system. These particles can cause or aggravate respiratory, heart, and lung diseases.

BLM_0041178

1
2
3

**TABLE 3.1-2  Annual Emissions of Criteria Pollutants and Volatile Organic Compounds in Mesa, Montrose, and San Miguel Counties, Colorado, Encompassing the ULP Lease Tracts, 2008**

| Pollutant[a] | Annual Emissions (tons/yr) | | | |
| --- | --- | --- | --- | --- |
| | Mesa County | Montrose County | San Miguel County | Three-County Total |
| CO | 40,688 | 19,533 | 5,548 | 65,769 |
| $NO_x$ | 9,048 | 3,665 | 1,093 | 13,806 |
| VOCs | 39,828 | 21,220 | 13,065 | 74,113 |
| $PM_{2.5}$[b] | 2,838 | 2,316 | 370 | 5,524 |
| $PM_{10}$ | 8,050 | 5,823 | 1,504 | 15,377 |
| $SO_2$ | 2,879 | 1,358 | 9 | 4,246 |

[a]  Notation: CO = carbon monoxide; $NO_x$ = nitrogen oxides; $PM_{2.5}$ = particulate matter with an aerodynamic diameter of ≤2.5 μm; $PM_{10}$ = particulate matter with an aerodynamic diameter of ≤10 μm; $SO_2$ = sulfur dioxide; and VOCs = volatile organic compounds.

[b]  $PM_{2.5}$ emissions were not included in the CDPHE's 2008 air pollutant emissions inventory database, so they were estimated by using available $PM_{2.5}/PM_{10}$ ratios (ARB 2011; Countess Environmental 2006).

Source: CDPHE (2011a)

4
5
6    emissions (about 83%). Forest/agricultural fires were the primary contributor (about 31%) to
7    total $PM_{2.5}$ emissions of three counties, followed by point sources (about 21%).
8
9           Most of the Paradox Valley is utilized for open ranching, but some agricultural sources
10   exist near Bedrock, Paradox, and Nucla, Montrose County. There are several minor sources
11   throughout the valley, including aggregate processing operations, concrete batch plants, and
12   uranium/vanadium ore mining (EEI 2009). These operations are primarily sources of PM but can
13   also utilize processes and/or equipment that emit $NO_x$, $SO_2$, CO, and some hazardous air
14   pollutants (HAPs). Tri-State Generation and Transmission Association, Inc., operates a 100-MW
15   coal-fired power plant in Nucla, which receives its coal supply exclusively from a coal strip
16   mine, New Horizon Mine, by tractor-trailer truck (Tri-State 2011). The mine is located about
17   5 mi (8 km) south of the plant. The mining activities and coal transportation are sources of PM,
18   while the power plant is a primary source of $SO_2$, $NO_x$, PM, CO, and some HAPs.
19
20

BLM_0041179

1  In 2010, Colorado produced about 129 million metric tons of *gross*[3] carbon dioxide
2  equivalent ($CO_2e$)[4] emissions (Strait et al. 2007). Gross greenhouse gas (GHG) emissions in
3  Colorado increased by about 50% from 1990 to 2010, an increase more rapid than that in the
4  nation as a whole that was attributable to Colorado's population growth. In 2010, consumption-
5  based electricity use (37%) followed by transportation (24%) were the primary contributors to
6  gross GHG emissions in Colorado. Electricity use from coal-fired power plants is the single
7  largest contributor to GHG emissions in Colorado (about 31%). Fossil fuel use (in the residential,
8  commercial, and industrial sectors) and fossil fuel industry accounted for about 18% and 9%,
9  respectively, of total state emissions. Non-energy-related emissions from agriculture, industrial
10 processes, and waste management accounted for the rest of the GHG emissions in Colorado.
11 These gross emissions in Colorado equate to about 1.9% of total GHG emissions of
12 6,633 million metric tons of $CO_2e$ in the United States during 2009 (EPA 2011a). Colorado's *net*
13 emissions were about 103 million metric tons of $CO_2e$, considering carbon sinks from forestry
14 land use and agricultural soils throughout the state.
15
16
17 **3.1.3  Existing Air Quality**
18
19 Under the Clean Air Act (CAA) which was last amended in 1990, the
20 U.S. Environmental Protection Agency (EPA) has set National Ambient Air Quality Standards
21 (NAAQS) for pollutants considered harmful to public health and the environment (EPA 2011b).
22 NAAQS have been established for six criteria pollutants—CO, lead (Pb), nitrogen dioxide
23 ($NO_2$), ozone ($O_3$), PM (both $PM_{2.5}$ and $PM_{10}$), and sulfur dioxide ($SO_2$), as shown in
24 Table 3.1-3. The CAA established two types of NAAQS: primary standards to protect public
25 health including sensitive populations (e.g., asthmatics, children, and the elderly) and secondary
26 standards to protect public welfare, including protection against degraded visibility and damage
27 to animals, crops, vegetation, and buildings. Any individual state can have its own State Ambient
28 Air Quality Standards (SAAQS), but SAAQS must be at least as stringent as the NAAQS. If a
29 state has no standard that corresponds to one of the NAAQS, or if the SAAQS are not as
30 stringent as the NAAQS, then the NAAQS apply. Colorado has a more stringent standard than
31 the NAAQS for 3-hour $SO_2$ (CDPHE 2011b), as shown in Table 3.1-3.
32
33 An area where a criteria pollutant concentration exceeds NAAQS levels is called a
34 nonattainment area. Previous nonattainment areas where air quality has improved to meet the
35 NAAQS are redesignated as maintenance areas and are subject to an air quality maintenance
36 plan. States must have State Implementation Plans (SIPs) that demonstrate how nonattainment
37 areas will meet the NAAQS and how the NAAQS will be maintained in maintenance areas.

---

[3]  Excluding GHG emissions removed by agricultural soils and as a result of forestry and land use.

[4]  This is a measure used to compare the emissions from various GHGs on the basis of their global warming
potential, defined as the cumulative radiative forcing effect of a gas over a specified time horizon resulting from
the emission of a unit mass of gas relative to a reference gas, $CO_2$. For example, global warming potentials used
for GHG emission calculations and reporting are 1 for $CO_2$, 21 for methane ($CH_4$), and 310 for nitrous oxide
($N_2O$) over a 100-year time horizon. For other GHGs, including sulfur hexafluoride ($SF_6$), hydrofluorocarbons
(HFCs), and perfluorocarbons (PFCs), global warming potentials are typically much higher. The $CO_2e$ for a gas
is derived by multiplying the mass of the gas by the associated global warming potential.

BLM_0041180

1  **TABLE 3.1-3  National Ambient Air Quality Standards (NAAQS) and Colorado State Ambient Air**
2  **Quality Standards (SAAQS) and Background Concentration Levels Representative of the ULP**
3  **Lease Tracts in Mesa, Montrose, and San Miguel Counties, Colorado**

| Pollutant[a] | Averaging Time | NAAQS[b] Standard Value | NAAQS[b] Standard Type[c] | Colorado SAAQS | Background Concentration Levels Value[d,e] | Background Concentration Levels Location[f] (Year) |
|---|---|---|---|---|---|---|
| CO | 1-hour | 35 ppm | P | –[g] | 7 ppm (20%) | Grand Junction, Mesa County (2008–2010) |
| | 8-hour | 9 ppm | P | – | 2 ppm (22%) | Grand Junction, Mesa County (2008–2010) |
| Pb | Rolling 3-month | 0.15 $\mu g/m^3$ | P, S | – | 0.037 $\mu g/m^3$ (25%) | Denver (2008–2010) |
| $NO_2$ | 1-hour | 100 ppb | P | – | 38 ppb (38%) | Durango, La Plata County (2008–2010) |
| | Annual | 53 ppb | P, S | – | 3 ppb (6%) | Durango, La Plata County (2006–2008) |
| $O_3$ | 8-hour | 0.075 ppm | P, S | – | 0.067 ppm (90%) | Palisade, Mesa County (2008–2010) |
| $PM_{2.5}$ | 24-hour | 35 $\mu g/m^3$ | P, S | – | 34.3 $\mu g/m^3$ (98%) | Grand Junction, Mesa County (2008–2010) |
| | Annual | 15 $\mu g/m^3$ | P, S | – | 9.2 $\mu g/m^3$ (62%) | Grand Junction, Mesa County (2008–2010) |
| $PM_{10}$ | 24-hour | 150 $\mu g/m^3$ | P, S | – | 131 $\mu g/m^3$ (87%) | Grand Junction, Mesa County (2008–2010) |
| | | | | | 89 $\mu g/m^3$ (59%) | Piñon Ridge Mill, Montrose County (April 2008–March 2010) |
| $SO_2$ | 1-hour | 75 ppb | P | – | 38 ppb (50%) | Denver (2008–2010) |
| | 3-hour | 0.5 ppm | S | 700 $\mu g/m^3$ (0.267 ppm) | 0.01 ppm (4%) | Denver (2006–2008) |

a    CO = carbon monoxide; $NO_2$ = nitrogen dioxide; $O_3$ = ozone; Pb = lead; $PM_{2.5}$ = particulate matter with an
     aerodynamic diameter of ≤ 2.5 $\mu m$; $PM_{10}$ = particulate matter with an aerodynamic diameter of ≤ 10 $\mu m$;
     $SO_2$ = sulfur dioxide; ppm = part(s) per million; ppb = part(s) per billion.

**Footnotes continued on next page.**

BLM_0041181

**TABLE 3.1-3  (Cont.)**

---

b   Refer to 40 CFR Part 50 and EPA (2011b) for detailed information on attainment determination and the reference method for monitoring.

c   P = primary standards, which set limits to protect public health, including the health of "sensitive" populations such asthmatics, children, and the elderly. S = secondary standards, which set limits to protect welfare, including protection against decreased visibility and damage to animals, crops, vegetation, and buildings.

d   Monitored concentrations are 2nd-highest for 1-hour and 8-hour CO and 3-hour $SO_2$; the highest for 24-hour Pb (no rolling 3-month averages available at the time of this writing); 3-year average of 98th percentile of 1-hour $NO_2$ and 24-hour $PM_{2.5}$; highest annual mean over 3 years for annual $NO_2$; 3-year average of annual 4th-highest daily maximum 8-hour average for $O_3$; 3-year average of annual means for annual $PM_{2.5}$; 4th-highest over 3 years for $PM_{10}$ for Grand Junction data but highest over 2 years for Piñon Ridge Mill data; and 3-year average of 99th percentile of 1-hour daily maximum for 1-hour $SO_2$.

e   Values in parentheses are background concentration levels as a percentage of NAAQS or SAAQS (for 3-hour $SO_2$ only).

f   For each pollutant, the location shown is the closest monitoring station from the ULP lease tracts. For Pb and $SO_2$, values for Denver are presented to show that even the highest monitored values in Colorado are still well below the standard and thus not a concern.

g   A hyphen indicates that no standard exists.

Sources: CDPHE (2011b); EPA (2011b,d)

1
2
3          Mesa, Montrose, and San Miguel Counties, which encompass the ULP lease tracts, are
4   located administratively within the Grand Mesa Intrastate Air Quality Control Region (AQCR)
5   (see 40 CFR 81.173), along with other west-central counties in Colorado. Mesa County is within
6   Colorado State AQCR 11, while Montrose and San Miguel Counties are within Colorado State
7   AQCR 10. Currently, Colorado State AQCRs 10 and 11 are designated as being in
8   unclassifiable/attainment for all criteria pollutants (EPA 2011c). However, Telluride in San
9   Miguel County, which is located about 58 mi (93 km) east of the southernmost ULP lease tract,
10   has been designated as a moderate maintenance area for $PM_{10}$ since 2001.
11
12          The western counties generally have smaller towns, usually located in fairly broad river
13   valleys. Because of the relatively low population density, low level of industrial activities, and
14   relatively low traffic volume in the area, the quantity of anthropogenic emissions is small, and
15   ambient air quality is thus relatively good.
16
17          Except for $PM_{10}$ data at the proposed Piñon Ridge Mill, there are no recent measurement
18   data for criteria air pollutants around the ULP lease tracts. Currently, CO, $O_3$, $PM_{2.5}$, and $PM_{10}$
19   data are collected around the Grand Junction area in Mesa County (CDPHE 2011c). In addition,
20   $PM_{10}$ data are collected in Telluride in San Miguel County, which is designated as a $PM_{10}$
21   maintenance area. No monitoring stations are operating in Montrose County.
22
23          In addition to the standards, Table 3.1-3 presents background levels for criteria
24   pollutants. The background level is intended to represent the levels of pollutants that would even

BLM_0041182

1  without the sources being considered for a particular purpose, frequently modeling in support of
2  a permit application. The background level is generally measured at a remote location, where the
3  influences of nearly large sources would not be expected to dominate the measured values.
4
5        The highest background concentration levels that are related to the NAAQS for CO, Pb,
6  $NO_2$, annual $PM_{2.5}$, and $SO_2$ and representative of the ULP lease tracts in the statewide
7  monitoring network were less than or equal to 62% of their respective standards, as shown in
8  Table 3.1-3 (EPA 2011d). However, 8-hour $O_3$ and 24-hour $PM_{2.5}$ and $PM_{10}$ concentrations
9  were approaching or close to the applicable standard (maximum at about 98% for 24-hour
10  $PM_{2.5}$).
11
12        In addition, the Energy Fuels air monitoring program collected $PM_{10}$ data for 24 hours
13  every 6 days at Sites 1 and 2, which are collocated with 10-m (33-ft) and 30-m (98-ft)
14  meteorological towers of the proposed Piñon Ridge Mill, respectively. The 24-hour average
15  $PM_{10}$ data collected at Sites 1 and 2 are presented as a function of time for the period of
16  April 2008 through March 2010 in Figure 3.1-2 (Rogers 2011) and are also presented in
17  Table 3.1-3. The monitored highest 24-hour $PM_{10}$ concentration of 89 $\mu g/m^3$ at the proposed
18  Piñon Ridge Mill was well below the NAAQS of 150 $\mu g/m^3$.
19
20
21  **3.1.4  Regulatory Environment**
22
23
24      **3.1.4.1  Prevention of Significant Deterioration (PSD)**
25
26        The Prevention of Significant Deterioration (PSD) regulations (see 40 CFR 52.21),
27  which are designed to limit the growth of air pollution in clean areas, apply to a new major
28  source or a modified existing major source within an attainment or unclassified area. PSD
29  regulations limit increases in ambient concentrations above legally established baseline levels for
30  selected criteria pollutants, as shown in Table 3.1-4. Incremental increases in PSD Class I areas,
31  such as national parks (NPs) or wilderness areas (WAs), are strictly limited, while those in
32  Class II areas (the rest of the country) allow for moderate growth in emission levels. Most of the
33  area surrounding the ULP lease tracts is classified as PSD Class II. Major (large) new and
34  modified stationary sources must meet the requirements for the area in which they are located
35  and the areas they affect.
36
37        As a matter of policy, the EPA recommends that the permitting authority notify the
38  Federal Land Managers (FLMs) when a proposed PSD source would locate within 62 mi
39  (100 km) of a Class I area for a determination of the potential impact to air-quality-related values
40  (AQRVs). There are several Class I areas around the ULP lease tracts, five of which are situated
41  within 62 mi (100 km). The permit may still be issued even if the FLM determines that there
42  may be an adverse impact to AQRVs. The nearest Class I area is the Arches NP in Utah
43  (40 CFR 81.430), about 32 mi (51 km) west of northernmost lease tract. The other four Class I
44  areas within this range include Canyonlands NP in Utah, which is about 34 mi (55 km) west of
45  the southernmost lease tract, and Mesa Verde NP, Black Canyon of the Gunnison WA, and

BLM_0041183

Preliminary Draft PEIS
PEIS Team Use Only

PEIS Privileged Information
Do Not Distribute

May 2012

3-13

1

2   **FIGURE 3.1-2  Monitored PM$_{10}$ Concentrations at Sites 1 and 2 of the Proposed Piñon Ridge Mill, April 2008–March 2010 (Rogers 2011)**

3

BLM_0041184

1
2
3

**TABLE 3.1-4  Maximum Allowable PSD Increments for PSD Class I and Class II Areas**

| Pollutant | Averaging Time | PSD Increment ($\mu g/m^3$) | |
|---|---|---|---|
| | | Class I | Class II |
| $NO_2$ | Annual | 2.5 | 25 |
| $PM_{2.5}$ | 24-hour | 2 | 9 |
| | Annual | 1 | 4 |
| $PM_{10}$ | 24-hour | 8 | 30 |
| | Annual | 4 | 17 |
| $SO_2$ | 3-hour | 25 | 512 |
| | 24-hour | 5 | 91 |
| | Annual | 2 | 20 |

Source: 40 CFR 52.21; 75 FR 64864.

4
5
6   Weminuche WA in Colorado (40 CFR 81.406); these WAs are located about 47 mi (76 km)
7   south-southeast of the southernmost lease tract, 50 mi (81 km) east-northeast of the central lease
8   tract, and 62 mi (100 km) east-southeast of the southernmost lease tract, respectively. The ULP
9   lease tracts are designated as a PSD Class II area by EPA and the State of Colorado.
10
11
12      **3.1.4.2  Visibility Protection**
13
14          Visibility was singled out for particular emphasis in the Clean Air Act Amendments of
15   1977. Visibility in a Class I area is protected under two sections of the Act. Section 165 provides
16   for the PSD program (described above) for new sources. Section 169(A), for older sources,
17   describes requirements for both reasonably attributable single sources and regional haze that
18   address multiple sources. FLMs have a particular responsibility to protect visibility in Class I
19   areas. Even sources located outside a Class I area may need to obtain a permit that assures they
20   have no adverse impact on visibility within the Class I area, and existing sources may need to
21   retrofit controls. The EPA's 1999 Regional Haze Rule set goals of preventing future impairments
22   and remedying existing impairments to visibility in Class I areas. States had to revise their SIPs
23   to establish emission-reduction strategies to meet a goal of natural conditions by 2064.
24
25

BLM_0041185

### 3.1.4.3  General Conformity

Federal departments and agencies are prohibited from taking actions in nonattainment and maintenance areas unless they first demonstrate that the actions would conform to the SIP as it applies to criteria pollutants. Transportation-related projects are subject to requirements for transportation conformity. General conformity requirements (40 CFR Parts 51 and 93, 75 FR 17254, dated April 5, 2010) apply to stationary sources. Conformity addresses only those criteria pollutants for which the area is in nonattainment or maintenance (e.g., VOCs and $NO_x$ for $O_3$). If annual source emissions are below specified threshold levels, no conformity determination is required. If the emissions exceed the threshold, a conformity determination must be done to demonstrate how the action will conform to the SIP. The demonstration process involves public notification and response and may require extensive analysis.

## 3.2  ACOUSTIC ENVIRONMENT

### 3.2.1  Sound Fundamentals

Any pressure variation that the human ear can detect is considered "sound," and "noise" is defined as unwanted sound. Sound is described in terms of amplitude (perceived as loudness) and frequency (perceived as pitch). Sound pressure levels are typically measured with a logarithmic decibel (dB) scale.[5] To account for human sensitivity to frequencies of sound (i.e., less sensitive to lower and higher frequencies, and most sensitive to sounds between 1,000 and 5,000 Hz),[6] A-weighting (denoted by dBA) (Acoustical Society of America 1983, 1985) is widely used. This scale has a good correlation to a human's subjective reaction to sound. Most noise standards, guidelines, and ordinances use the A-weighted scale.

To account for variations of sound with time, several sound descriptors are used. $L_{90}$ is the sound level exceeded 90% of the time. It is called the residual sound level (or background level), and it is a fairly steady, lower sound level on which discrete single events are superimposed. The equivalent-continuous sound level ($L_{eq}$) is the level that, if it were continuous during a specific time period, would contain the same total energy as the actual time-varying sound. In addition, human responses to noise differ depending on the time of the day. People are more annoyed by noise during nighttime hours when there are lower background noise levels.

---

[5]  Scales for measuring most familiar quantities such as length, distance, and temperature are linear. Logarithmic scales, such as dB, compress the values of the measurements and are useful for measuring quantities like sound levels that can vary over a large range. For example, two linear measurements of 10 units and 1,000,000,000 units might correspond to values of 1 and 9, respectively, on a logarithmic scale. Logarithmic units also add differently than do linear units. For example, if one object is 6 ft long and a second is twice as long, the second object is 12 ft long. For sounds, however, if one sound level is 50 dB and a second is twice as loud, the second sound level will be 60 dB, not 100 (50 + 50) dB.

[6]  The frequency is defined as the number of cycles per second, which is denoted by the unit of hertz (Hz). The normal hearing for a healthy young person ranges in frequency from about 20 to 20,000 Hz. The higher the frequency of the waveform, the higher the pitch of the sound you hear.

BLM_0041186

1   The day-night average sound level ($L_{dn}$ or DNL) is the average over a 24-hour period, with the
2   addition of 10 dB to sound levels from 10 p.m. to 7 a.m. to account for the greater sensitivity of
3   most people to nighttime noise. The $L_{dn}$ scale is widely used for community noise assessment
4   and has been adopted by several government agencies (e.g., Federal Aviation Administration,
5   Department of Housing and Urban Development, and Nuclear Regulatory Commission).
6   Generally, a 3-dB change over an existing noise level is considered a barely discernable
7   difference, and a 10-dB increase is subjectively perceived as a doubling in loudness and almost
8   always causes an adverse community response (NWCC 2002).
9
10
11   **3.2.2 Background Noise Levels**
12
13       Background noise is defined as the noise from all sources other than the source of
14   interest. The background noise level can vary considerably, depending on the location, season,
15   and time of day. Background noise levels in a busy urban setting can be as high as 80 dBA
16   during the day. In isolated outdoor locations with no wind, vegetation, animals, or running water,
17   background noise may be under 10 dBA. Typical noise levels in rural settings are about 40 dBA
18   during the day and 30 dBA during the night, which correspond to an $L_{dn}$ of 40 dBA; in
19   wilderness areas, typical noise levels are on the order of 20 dBA (Harris 1991).
20
21       SH 90 and SH 141 run through or near the ULP lease tracts, and many county roads are
22   scattered all over the ULP lease tracts. The nearest railroad runs as close as about 27 mi (43 km)
23   from the northernmost ULP lease tracts. The nearest airport is Hopkins Field Airport in Nucla,
24   about 7 mi (11 km) east of central ULP lease tracts. Other nearby public airports within a 50-mi
25   (80-km) range include Grand Junction Regional Airport and Mack Mesa Airport in Mesa
26   County, Montrose Regional Airport in Montrose County, and Telluride Regional Airport in San
27   Miguel County. In addition, many private airports and heliports are scattered over the counties
28   encompassing the ULP lease tracts. Most of Paradox Valley, which is located in the center of the
29   ULP lease tracts, is utilized for open ranching, but some agricultural activities occur near
30   Bedrock, Paradox, and Nucla in Montrose County. There are several minor noise sources
31   throughout the valley, including aggregate processing operations, concrete batch plants, and
32   uranium and vanadium ore mining (EEI 2009). There is a 100-MW coal-fired power plant in
33   Nucla, which receives its coal supply exclusively from a coal strip mine, New Horizon Mine, by
34   tractor-trailer truck (Tri-State 2011). In addition, agricultural activities occur near Egnar in San
35   Miguel County, south of the southernmost ULP lease tracts. Accordingly, in addition to natural
36   sound sources (e.g., wind, rain, wildlife), noise sources around the ULP base tracts include road
37   traffic, aircraft flyovers, animal noise, agricultural activities, industrial activities, and nearby
38   community activities and events. Other potential noise sources are recreational all-terrain
39   vehicles being driven across the ULP lease tracts and ventilation shaft noise from underground
40   mines. In summary, ULP lease tracts are remote, sparsely populated, and undeveloped; their
41   overall character is mostly rural or wilderness.
42
43       No sensitive receptors (e.g., hospitals, schools, or nursing homes) exist within a range of
44   3 mi (5 km) from the ULP lease tracts. Only 17 residences exist within 1 mi (1.6 km) of the
45   38 lease tracts; 7 of the 17 residences are adjacent to the 13 lease tracts. To date, no

BLM_0041187

1  environmental noise survey has been conducted around the ULP lease tracts. It is likely that
2  noise levels along the state highways and near agricultural/industrial activities would be
3  relatively higher (about 50–60 dBA), while levels in areas far removed from manmade noise
4  sources would be similar to wilderness background noise levels (below 30 dBA). On the basis of
5  county population density data, $L_{dn}$ noise level estimates around the ULP lease tracts would be
6  about 38 dBA for Mesa County, 35 dBA for Montrose County, and 30 dBA for San Miguel
7  County (Miller 2002). For comparison, rural and undeveloped areas typically have $L_{dn}$ levels in
8  a range of 33–47 dBA (Eldred 1982).
9
10
11  **3.2.3  Noise Regulations**
12
13        At the federal level, the Noise Control Act of 1972 and subsequent amendments (Quiet
14  Communities Act of 1978, 42 USC 4901–4918) delegate the authority to regulate noise to the
15  states and direct government agencies to comply with local noise regulations. EPA guidelines
16  recommend an $L_{dn}$ of 55 dBA as sufficient to protect the public from the effect of broadband
17  environmental noise in typically quiet outdoor and residential areas and farms (EPA 1974). For
18  protection against hearing loss in the general population from nonimpulsive noise, the EPA
19  recommends an $L_{eq}$ of 70 dBA or less over a 40-year period.
20
21        ULP activities would have to follow applicable federal, state, or local guidelines and
22  regulations on noise. Colorado has a noise statute with quantitative noise limits by zone and time
23  of day, as shown in Table 3.2-1 (Colorado Revised Statutes, Title 25, "Health," Article 12,
24  "Noise Abatement," Section 103, "Maximum Permissible Noise Levels"). However, Mesa,
25  Montrose, and San Miguel Counties, which encompass the ULP lease tracts, do not have
26  quantitative noise guidelines and regulations applicable to the ULP activities.
27
28
29  **3.3  GEOLOGICAL SETTING AND SOIL RESOURCES**
30
31
32  **3.3.1  Geological Setting**
33
34
35      **3.3.1.1  Physiography**
36
37        The lease tracts are located within the Canyon Lands section of the Colorado Plateau
38  physiographic province in southwestern Colorado (Figure 3.3-1). The plateau is an extensive
39  region of nearly horizontal sedimentary formations covering an area of about 130,000 mi$^2$
40  (340,000 km$^2$) in the four corners region of Utah, Colorado, Arizona, and New Mexico. It is
41  characterized by high elevation (the general plateau surface has an average elevation of about
42  5,200 ft [1,600 m], with plateaus and peaks as high as 14,000 ft [4,300 m]) and a deeply incised
43  drainage system, forming steep-walled canyons that expose geologic formations of upper
44  Paleozoic and lower Mesozoic age. Most of the Colorado Plateau is drained by the Colorado

BLM_0041188

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                 *Do Not Distribute*

**TABLE 3.2-1  Colorado Limits on Maximum Permissible Noise Levels**

|  | Maximum Permissible Noise Levels (dBA)[a] | |
|---|---|---|
| Zone | 7 a.m. to next 7 p.m.[b] | 7 p.m. to next 7 a.m. |
| Residential | 55 | 50 |
| Commercial | 60 | 55 |
| Light industrial | 70 | 65 |
| Industrial | 80 | 75 |

[a]  At a distance of 25 ft or more from the property line. Periodic, impulsive, or shrill noises are considered a public nuisance at a level of 5 dBA less than the levels tabulated. Construction projects shall be subject to the maximum permissible noise levels specified for industrial zones for (1) the period within which construction is to be completed pursuant to any applicable construction permit issued by the proper authority or (2) if no time limitation is imposed, for a reasonable period of time for completion of the project.

[b]  The tabulated noise levels may be exceeded by 10 dBA for a period not to exceed 15 minutes in any 1-hour period.

Source: Colorado Revised Statutes, Title 25, "Health," Article 12, "Noise Abatement," Section 103, "Maximum Permissible Noise Levels."

River and its tributaries, the Green, San Juan, and Little Colorado Rivers (Hunt 1974; Chronic and Williams 2002; Foos 1999).

Major structural features of the Colorado Plateau include depressions (basins), large monoclines (one-sided folds), salt anticlines, normal faults, and laccolithic mountains. The lease tracts are located in the southeastern part of the Paradox Basin, within the Paradox fold and fault belt, where major folds are broad and open. The basin is an elliptical-shaped structural depression that covers about 14,000 mi$^2$ (36,000 km$^2$) of the plateau and extends from the San Juan Mountains westward into Utah. It has little surface expression, but it is defined as the area on the plateau that is underlain by thick accumulations of evaporites (mainly halite) of Pennsylvanian age; its extent is shown on Figure 3.3-2. Paradox Valley is the largest of several salt anticlines within the basin (Big Gypsum Valley is another example). The valley was formed by the dissolution of the central salt core and subsequent collapse of the anticline. Strata along the valley sides indicate that diapirism of the salt core occurred as recently as the late Jurassic (about 145 million years ago) (Hite and Lohman 1973; Chenoweth 1987; Whitfield et al. 1983).

To the northwest of the Paradox Basin is the Uncompahgre uplift, a northeast-tilting monoclinal structure (Figure 3.3-2). It is composed of Precambrian igneous and metamorphic rocks overlain by Mesozoic sedimentary rocks. The uplift extends from the San Juan Mountains

BLM_0041189

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                *Do Not Distribute*



1

**FIGURE 3.3-1  Physiographic Map of the Colorado Plateau
(modified from Foos 1999)**

6   northwestward into the Uinta Basin section (Utah) and is bounded on the southwest by the
7   Dolores and San Miguel Rivers. The Gunnison and Uncompahgre Rivers flow along its northeast
8   side (Hunt 1974; Kirkham and Rogers 1981; Scott et al. 2002).

10      The Colorado Plateau is dissected by several north-trending normal faults, most of which
11  occur in the High Plateaus section. The faults indicate extension along the western edge of the
12  plateau and suggest that this region is transitional to the Basin and Range province to the west
13  (Foos 1999; Hunt 1974). In the Canyon Lands section, faults are associated with the
14  Uncompahgre uplift and the collapsed salt anticlines of the Paradox Basin (see Section 3.3.1.3).

16      Some of the most prominent topographic features on the plateau interior are related to
17  igneous activity. Relatively young laccolithic intrusions (Oligocene to Miocene age) form
18  several mountain ranges, including the Henry, LaSal, and Abajo Mountains in southeastern Utah,
19  and the Ute and La Plata Mountains in southwestern Colorado. Younger volcanic fields (ranging

BLM_0041190

Preliminary Draft PEIS              PEIS Privileged Information                May 2012
PEIS Team Use Only                      Do Not Distribute



FIGURE 3.3-2  Physiographic Features of the Canyon Lands Section

BLM_0041191

1  in age from 6 million to 1,200 years old) are typically concentrated along the margins of the
2  plateau (Foos 1999; Hunt 1974).
3
4
5  ### 3.3.1.2 Bedrock Geology
6
7  The surficial geology in the ULP lease tracts region is shown in Figure 3.3-3.
8
9
10  **3.3.1.2.1  Stratigraphy.** The general stratigraphy of the Paradox Basin is shown in
11  Figure 3.3-4. Bedrock formations cropping out in the lease tract areas—from the Chinle
12  Formation (late Triassic) to the Dakota Sandstone (lower Cretaceous)—are described below in
13  ascending order (oldest to youngest). Quaternary surficial deposits (alluvium, colluvium, and
14  talus) occur throughout the basin and are found in abundance in river valleys and canyons.
15
16
17  **Chinle Formation (Upper Triassic).** The Chinle Formation is composed predominantly
18  of siltstone, shale, conglomerate, and sandstone. Sediments of the formation were deposited on
19  the southwestern edge of a nonmarine back-arc basin centered on the four corners region about
20  250 million years ago (Hazel 2000). Outcrops of the formation occur along side slopes of
21  Summit and Dolores River Canyons. Its lowest unit, the Moss Back Member, is a fine-grained
22  sandstone with thin layers of mudstone, siltstone, shale, and conglomerate. The unit is about
23  60 ft (18 m) thick and unconformably overlies the Moenkopi and Cutler Formations (lower
24  Triassic to Permian). In the Slick Rock area, the Moss Back Member is thought to comprise a
25  system of coalescing channel-fill deposits with a northwestward trend. It is the only unit in the
26  Chinle Formation that is known to be a host rock for uranium deposits (Shawe et al. 1968;
27  Shawe 2011).
28
29
30  **Entrada Sandstone (Middle Jnrassic).** The Entrada Sandstone is a fine-grained unit that
31  is moderately well sorted, with thick to very thin crossbedded units and wavy-parallel laminated
32  units. It is normally a reddish-brown color but is bleached to a yellowish brown in areas where it
33  is overlain by the Pony Express Limestone Member of the Wanakah Formation. In the lease tract
34  areas, it has a whitish appearance in outcrop that makes it a good marker bed for discerning the
35  approximate base of the Salt Wash Member of the Morrison Formation. Near Uravan, the
36  formation sits unconformably atop the Kayenta Formation (upper Triassic), with much of the
37  middle and lower Jurassic section absent. This unconformity, known as the J-2, is traceable
38  throughout the U.S. western interior. Vanadium-uranium-chromium mineralization has been
39  well-documented in the upper part of the Entrada Sandstone (e.g., to the southeast of Uravan
40  near Placerville) (Steele 1985).
41
42
43  **Wanakah (also known as the Summerville) Formation (Middle Jurassic).** The
44  Wanakah Formation unconformably overlies the Entrada Sandsone and is of marine and
45  marginal marine origin. It is composed of three members—the upper Marl Member, the middle

BLM_0041192

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                  *Do Not Distribute*



**FIGURE 3.3-3  Geologic Map of the Uravan Mineral Belt Region (Stoeser et al. 2007;
Tweto 1979)**

BLM_0041193

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                    *Do Not Distribute*

| Era | Period | Million Years before Present | Stratigraphic Unit | | Unit Thickness (feet) | Physical Characteristics |
|---|---|---|---|---|---|---|
| Cenozoic | Quaternary | 0 | Alluvium | | 0–100 | Alluvium sands and gravels, loess, colluvium, windblown sands |
| | | 2.6 / 65.5 | | | | |
| Mesozoic | Upper Cretaceous | | Mancos Shale | | 1,000–5,000 | Shales interbedded with minor sandstone |
| | Lower Cretaceous | 99.6 | Dakota Sandstone | | 0–200 | Fine- to coarse-grained cross-bedded sandstone |
| | | | Burro Canyon Fm | | 0–250 | Conglomerate, sandstone and shale |
| | Upper Jurassic | 145.5 | Morrison Formation | Brushy Basin Member | 400–500 | Shales interbedded with minor sandstone |
| | | | | Saltwash Member | 300 | Medium-grained sandstone interbedded with red shale |
| | Lower and Middle Jurassic | 161 | Wanakah Fm (Summerville Fm) | | 0–120 | Shales interbedded with minor sandstone |
| | | | Entrada Sandstone | | 15–170 | Buff to grayish-white cross-bedded sandstones |
| | | | Carmel Formation | | 0–40 | Siltstone and mudstone interbedded with fine-grained sandstone |
| | | | Navajo Sandstone | | 0–125 | Fine-grained, cross-bedded quartz sandstone |
| | | | Kayenta Formation | | 0–200 | Sandstone interbedded with siltstone and thin-bedded shale |
| | Upper Triassic | 201.6 | Wingate Sandstone | | 0–400 | Medium-grained, poorly cemented, cross-bedded sandstone |
| | | | Dolores Formation | | 150–230 | Pink to red mudstone and fine-grained sandstone. Not present in all areas |
| | | | Chinle Formation | | 0–500 | Shale, siltstones, interbedded with minor fine-grained sandstone |
| | Lower Triassic | 235 | Moenkopi Formation | | 0–480 | Mudstone interbedded with minor sandstone |
| Paleozoic | Permian | 251 | Cutler Formation | | 0–3,500 | Fine-grained sandstone interbedded with minor conglomerate and mudstone |
| | Pennsylvanian | 299 | Hermosa Formation | | 0–3,900 | Shales, limestones, salt and gypsum; includes the Paradox Member |
| | Mississippian | 318 | Leadville Limestone | | 20–100 | Massive to thinly laminated, gray buff and yellow limestone |
| | Devonian to Cambrian | 359 / 542 | Ouray, Elbert, and Ignacio Formations | | 0–150 | Limestone, shale dolomite; Ignacio is a quartzite |

MP011202

**FIGURE 3.3-4  Generalized Stratigraphy of the Paradox Basin (based on Topper et al. 2003 and Walker and Geissman 2009)**

BLM_0041194

1    Bilk Creek Sandstone Member, and the lower Pony Express Limestone Member—but is
2    undifferentiated in places. The upper unit (Marl) consists of alternating thin lenticular beds of
3    fine-grained sandstone, siltstone, mudstone, and claystone; the middle unit (Bilk Creek) consists
4    of a moderately well sorted, fine-grained sandstone and an upper unit of well-indurated carnelian
5    sandstone. These units are underlain by a limestone unit (Pony Express) with scattered silt-sized
6    quartz and feldspar grains (Steele 1985).

9    **Morrison Formation (Upper Jurassic).** The Morrison Formation occurs throughout the
10   U.S. western interior and its greatest known thickness is in the Slick Rock area where a cored
11   section near the Disappointment syncline is more than 1,100 ft (340 m) thick. In the lease tracts
12   area, the formation consists of two members: the lower Salt Wash Member and the upper Brushy
13   Basin Member. Sediments of the Salt Wash Member are composed of interbedded, fluvial
14   sandstones and mudstones deposited in stream channels and floodplains. These sediments were
15   laid down in an area of downwarping that resulted in a fan-shaped apron of thick sediment within
16   the main alluvial plane of deposition. This sediment apron, with its continuous sandstone beds and
17   abundant carbonized plant material, is the host rock for most of the uranium-vanadium
18   deposits in the Paradox Basin. In the Slick Rock area, the Salt Wash Member is about 300 ft
19   (90 m) thick. The Brushy Basin Member conformably overlies the Salt Wash Member. It
20   consists predominantly of bentonitic mudstones, suggesting deposition in a low-energy lacustrine
21   environment. The sediments of the Brushy Basin Member contain a high content of devitrified
22   volcanic glass (from ashfalls). Some investigators have suggested that the volcanic glass was
23   originally uranium-rich and that uranium was released during the devitrification process. This
24   would make the Brushy Basin Member the source of uranium in the underlying Salt Wash
25   Member ore deposits (Shawe 2011; Breit and Fisher 1988; Mullins and Freeman 1954).

28   **Burro Canyon Formation (Lower Cretaceous).** The Burro Canyon Formation overlies
29   the Brushy Basin Member of the Morrison Formation. Its type locality is near Slick Rock in San
30   Miguel County. The formation is composed of alternating beds of conglomeritic sandstone and
31   mudstone, with minor chert and limestone. Sandstone units are most abundant in the lower part
32   of the formation, forming ledges and vertical cliffs in outcrop; mudstones predominate in the
33   upper units and tend to form gentle to steep slopes. Together these units are thought to reflect a
34   sequence of high-energy deposition in a fluvial environment during a period of tectonic uplift
35   (lower sandstone) followed by a period of tectonic quiescence and low-energy deposition (upper
36   mudstones). The thickness of the formation is variable across short distances, but in the lease
37   tract areas, it is consistently 130 ft (40 m) or more thick (with a maximum thickness of about
38   300 ft (90 m) measured in a drill hole within Disappointment Valley) (Craig 1982).

41   **Dakota Sandstone (Lower Cretaceous).** The Dakota Sandstone unconformably overlies
42   the Burro Canyon Formation and consists mainly of fine- to medium-grained sandstone with a
43   basal unit of conglomerate and a middle unit of carbonaceous shale and mudstone (fossil plants,
44   pyrite, and coal are also present) (Shawe et al. 1968; Simmons 1957). Along with the Burro
45   Canyon Formation, this unit forms the caprock of several mesas in the lease tract areas.

BLM_0041195

**3.3.1.2.2  Uranium Deposits.** The uranium deposits of the Salt Wash Member are known as "sandstone-type" deposits. These are epigenetic (formed after the host rock) concentrations of uranium minerals that occur in fluvial, lacustrine, and deltaic sandstone formations in either continental or marginal marine environments. The dominant host rocks are fine- to medium-grained sandstones of various composition; uranium minerals are typically very fine-grained and occupy the intergranular spaces of the host rock or locally replace fossil wood. Other ore-grade minerals, such as vanadium, copper, and trace metals (molybdenum, selenium, chromium, and radium), are found in association with uranium deposits in the Salt Wash Member (Finch and Davis 1985).

The most productive uranium-vanadium deposits are concentrated within an area known as the Uravan mineral belt. The mineral belt stretches from north to south in an arcuate band across the Paradox Basin and encompasses all the lease tract areas (Figure 3.3-5). Most of the mineralized zones in the Salt Wash Member are tabular (lenticular) and concordant with bedding planes; however, some deposits cut across bedding in smooth curves to form rolls or roll fronts, especially near the edge of the ore body. Tabular deposits are thought to have precipitated at chemical interfaces between connate pore waters and infiltrating groundwater solutions; in contrast, roll-front deposits likely precipitated at a redox interface of oxidizing recharge waters enriched with uranium passing through a reducing pyrite-bearing sandstone. Sedimentary features have an important influence on the shape and distribution of deposits in the Salt Wash Member. Most of the Salt Wash deposits are elliptical in plain view and tend to cluster along the margins of major channels. More locally, individual deposits concentrate along features that produce permeability changes, such as shale horizons. Faults also play a role in mineral deposition by providing conduits for mineralizing solutions to access the host rock (Chenoweth 1981; Finch and Davis 1985; Shawe 2011).

**3.3.1.3  Seismicity**

The lease tracts are located in the southeastern region of the Paradox Basin known as the Paradox fold and fault belt (Figure 3.3-2). In this region, faulting is associated with salt anticlines that have collapsed along their crests to form graben-like structural features. An example of such a fault is U.S. Geological Survey (USGS) No. 2286, a high-angle normal fault that trends northwestward along the Paradox Valley graben following the general trend of the valley (Figure 3.3-2). Faults along the edges of the graben are well-defined, and Quaternary movement has been inferred by several investigators. However, no evidence has been found to suggest Holocene age movement has occurred (Widman 1997; Kirkham and Rogers 1981).

Since 2000, only 12 earthquakes have been recorded within a 62-mi (100-km) radius of Paradox Valley. The largest earthquake occurred on May 27, 2000. It was located along the Dolores River in the central part of the valley and registered a surface wave magnitude (MLg)[7] of 4.3 (Figure 3.3-2). Since 1980, only 10 of the 27 recorded earthquakes (37%) within a 62-mi

---

[7]  Surface wave magnitude (MLg) is used for earthquakes with magnitudes of 5 to 8 and is based on the amplitude of the Lg surface wave (USGS 2011c).

BLM_0041196

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                 *Do Not Distribute*



1

2    **FIGURE 3.3-5  Extent of the Uravan Mineral Belt (Fischer and Hilpert 1952)**
3

BLM_0041197

1  (100-km) radius of Paradox Valley had surface wave magnitudes that were equal to or greater
2  than 3.0 (USGS 2011c).
3
4
5      **3.3.1.4  Site Geology**
6
7
8      **3.3.14.1  Gateway Lease Tracts.** The Gateway lease tracts are located to the southeast of
9  the town of Gateway at the northern end of the Uravan mineral belt (Figures 3.3-2 and 3.3-5).
10  The four lease tracts (26, 26A, 27, and 27A) are located on the tops and side slopes of Outlaw
11  and Calamity Mesas. Sedimentary rocks cropping out on side slopes below the mesa rims range
12  in age from Triassic to Cretaceous; the Burro Canyon Formation (lower Cretaceous) caps the
13  mesas (Figure 3.3-3). Uranium-vanadium deposits occur in the Salt Wash Member of the
14  Morrison Formation (upper Jurassic) and this unit has been mined extensively for nearly
15  100 years. Surface runoff from the mesas drains to Maverick and Calamity Creeks, tributaries of
16  the Dolores River. Elevations of the Gateway lease tracts range from 5,700 to 7,000 ft (1,700 to
17  2,100 m) above sea level (Figure 3.3-6).
18
19
20      **3.3.1.4.2  Uravan Lease Tracts.** The six Uravan lease tracts are located immediately
21  west of the town of Uravan on the tops and side slopes of Atkinson Mesa (Lease Tracts 19, 19A,
22  and 20), Spring Creek Mesa (Lease Tract 18), and Club Mesa (Lease Tracts 24 and 25) in the
23  central part of the Uravan mineral belt (Figures 3.3-2 and 3.3-5). The lease tracts in this region
24  sit on the northeastern flank of the Paradox Valley anticline where regional folds have a
25  northwestern trend. There are no known major faults in the region (Joesting and Byerly 1958;
26  Boardman et al. 1957).
27
28      Sedimentary rocks exposed in the Club Mesa area dip slightly to the northeast and are of
29  Mesozoic age (Figure 3.3-3). These include the pre-Morrison Formations of Triassic and Jurassic
30  age, the Morrison Formation (upper Jurassic), and remnants of the Burro Canyon Formation
31  (lower Cretaceous). In this region, the Morrison Formation is the host rock for all uranium-
32  vanadium deposits. The Salt Wash Member of the formation ranges in thickness from about
33  200 to 300 ft (61 to 91 m); the overlying Brushy Basin Member is about 400 to 450 ft
34  (120 to 140 m) thick. Most of the uranium-vanadium deposits occur in the Salt Wash Member;
35  small deposits also occur near the base of the Brushy Basin Member (Boardman et al. 1957).
36
37      The Dolores River and its main tributary, the San Miguel River, flow in the valley
38  bottoms below the lease tracts. The canyon bottoms consist of unconsolidated fluvial deposits.
39  Bedrock formations exposed along the lower slopes of the canyons are the Wanakah Formation
40  (formerly the Summerville Formation) and the Entrada Sandstone (both middle Jurassic). Below
41  the Entrada Sandstone are rocks of the Kayenta Formation (lower Jurassic), and the Wingate and
42  Chinle Formations (upper Triassic). Elevations of the Uravan lease tracts range from 5,700 to
43  6,200 ft (1,700 to 1,900 m) above sea level (Figure 3.3-7).
44
45

BLM_0041198

2   **FIGURE 3.3-6  Topography of the Gateway Lease Tracts Area**

BLM_0041199

FIGURE 3.3-7  Topography of the Uravan Lease Tracts Area

Preliminary Draft PEIS
PEIS Team Use Only

PEIS Privileged Information
Do Not Distribute

May 2012

1   **3.3.1.4.3 Paradox Lease Tracts.** The Paradox lease tracts are located on the high
2   plateaus that flank Paradox Valley in the central part of the Uravan mineral belt (Figures 3.3-2
3   and 3.3-5). Lease Tracts 5, 5A, 6, and 7, and portions of Lease Tracts 8 and 8A are on the steep
4   northeast aspect of Monogram Mesa along the southwestern flank of the valley. The remainder
5   of Lease Tract 8 and all of Lease Tract 9 sit on the top of Monogram Mesa. The steep northeast
6   aspect of Monogram Mesa is formed by a series of structurally complex, faulted slump blocks
7   composed of the Brushy Basin and Salt Wash Members of the Morrison Formation (upper
8   Jurassic). Overlying the Morrison Formation and forming the caprock of the mesa are the Burro
9   Canyon Formation and the Dakota Sandstone (lower Cretaceous) (Figure 3.3-3).
10
11   Lease Tracts 21, 22, 22A, and 23 are on the Long Park Plateau, along the northeastern
12   flank of Paradox Valley. Lease Tracts 17-1 and 17-2 are located farther to the southwest on top
13   of Radium Mountain and Wedding Bell Mountain, respectively. The geology of the Long Park
14   Plateau is similar to that of Monogram Mesa, except that the formations underlying Long Park
15   Plateau (capped by the Brushy Basin Member of the Morrison Formation) dip to the northeast.
16   Elevation of the Paradox Valley floor is 5,500 to 5,600 ft (1,680 to 1,700 m) above sea level,
17   about 1,000 ft (300 m) below the tops of the adjacent mesas (Figure 3.3-8).
18
19
20   **3.3.1.4.4 Slick Rock Lease Tracts.** The Slick Rock lease tracts are located in the Slick
21   Rock mining district at the southern end of the Uravan mineral belt (Figures 3.3-2 and 3.3-5).
22   Major faults in the region have a northwest trend and run parallel to the collapsed Gypsum
23   Valley salt anticline that lies to the northeast. The Disappointment syncline is just to the
24   southwest of the Gypsum Valley anticline (Shawe 1970, 2011).
25
26   Sedimentary rocks cropping out in the region range in age from Permian to Cretaceous
27   and are at least 4,700 ft (1,400 m) thick (Figure 3.3-3). These rocks and the older Paleozoic
28   sedimentary rocks that underlie them together are about 13,000 ft (4,000 m) thick. Uranium and
29   vanadium deposits occur in the Moss Back Member of the Chinle Formation (upper Triassic) and
30   several levels of the Morrison Formation (upper Jurassic); however, most of the important ore
31   production has been from the Salt Wash Member of the Morrison Formation (Shawe et al. 1968;
32   Shawe 2011).
33
34   The 11 lease tracts in the Slick Rock area are located near the Dolores River, which flows
35   northward through the narrow and steep-walled Dolores River Canyon. The canyon bottom and
36   lower slopes consist of unconsolidated fluvial deposits and alluvial/colluvial deposits,
37   respectively. In this region, the canyon floor is underlain by the Entrada Sandstone. Bedrock
38   formations exposed along the canyon walls and adjoining mesas include, in ascending order, the
39   Salt Wash and Brushy Basin Members of the Morrison Formation (upper Jurassic), and the
40   Burro Canyon Formation and the Dakota Sandstone (lower Cretaceous). Lease Tracts 13, 13A,
41   and 14 lie within the Dolores River Canyon or on adjacent ridges. Lease Tracts 15 and 15A are
42   located west of and above the Dolores River on the first topographic bench. Lease Tracts 11 and
43   11A are to the southwest of the town of Slick Rock on the western flank of Summit Canyon, near
44   the top of Summit Point. Lease Tracts 10, 12, 16, and 16A lie just south of the top of Slick Rock
45   Hill. Elevations of the Slick Rock lease tracts range from 5,700 ft (1,740 m) above sea level

BLM_0041201

*Preliminary Draft PEIS*            *PEIS Privileged Information*            *May 2012*
*PEIS Team Use Only*                   *Do Not Distribute*

1



2    **FIGURE 3.3-8  Topography of the Paradox Lease Tracts Area**

BLM_0041202

1　along the Dolores River to nearly 8,000 ft (2,400 m) above sea level on the mesa top east and
2　north of Egnar, Colorado (Figure 3.3-9).
3
4
5　**3.3.2 Soil Resources**
6
7　　　Soil formation results from the complex interactions among parent (geologic) material,
8　climate, topographic relief, natural vegetation, and soil organisms over long periods of time. The
9　classification of soils is based on their degree of development into distinct layers or horizons and
10　their dominant physical and chemical properties. In this section, soils in the lease tract areas are
11　represented by map units from soil surveys (originally mapped at the 1:24,000 scale) available
12　through the Natural Resources Conservation Service's (NRCS's) online web survey. Map units
13　consist of soils of different series or of different phases within one series. On the maps that
14　follow, the map units are typically of two types: soil complexes (two or more soils intermingled)
15　or soil associations (adjacent soils that commonly occur together and are difficult to delineate).
16　Rocky areas that have shallow or severely eroded soils are classified as rock outcrops on the
17　maps (Spears and Kleven 1978; Hawn 2003).
18
19　　　Most of the soils in the lease tract areas are formed in the residuum of weathered
20　sandstone or shale. Soils that formed in weathered sandstone are generally sandy; soils formed in
21　weathered shale are generally clayey. Soils formed in mixed alluvium (derived from both
22　sandstone and shale) in major valleys and bordering uplands tend to be loamy (Spears and
23　Kleven 1978). The potential for wind and water erosion of soils on the relatively flat mesa tops is
24　slight to moderate (but can be higher in localized areas); however, the potential for soil erosion
25　on steep side slopes is severe.
26
27　　　Biological soil crusts are commonly found throughout the Colorado Plateau. They
28　consist of surface crusts formed by soil particles bound together by living organisms and their
29　by-products. Most of the biological soil crusts on the plateau are composed of *Microcoleus*
30　*vaginatus* (a cyanobacteria). Lichens (*Collema* spp.) and mosses (*Tortula* spp.) are also common.
31　Landscapes in which cyanobacteria predominate have a "pinnacle-type" microtopography
32　created by soil heaving in response to winter freezing. Pinnacled crusts may reach heights of
33　3.9 in. (10 cm). Soil crusts play an important ecological role within an ecosystem (e.g., carbon
34　and nitrogen fixation, solar energy absorption, and seed germination), and their presence can
35　affect water infiltration rates and stabilize soil surfaces against wind and water erosion.
36　Biological soil crusts are highly susceptible to compressional disturbance (from vehicles and
37　trampling by people or animals), especially in sandy soils. Disturbance can affect their
38　composition and may reduce the number and diversity of crust organisms found on the surface.
39　In areas where biological crusts are abundant, these changes may increase the rate of soil loss
40　due to surface runoff or wind erosion (USGS Canyonlands Research Station 2006;
41　Belnap et al. 2001; Rosentreter et al. 2007).
42
43

BLM_0041203

1

2    **FIGURE 3.3-9  Topography of the Slick Rock Lease Tracts Area**

BLM_0041204

### 3.3.2.1  Gateway Lease Tracts

Soils within the Gateway lease tracts (26 and 27) are predominantly the clay to gravelly loams of the following complexes: Bodot-Sili-rock outcrop (5–25% slopes), Gladel-Bond-rock outcrop (3–25% slopes), Wrayha-Dollard-Fergus (25–65% slopes), and Fergus-Zoltay (3–12% slopes). Together they make up about 55% of the soil coverage at the two lease tracts (on Calamity and Outlaw mesas) (Figure 3.3-10). These soils are derived from residuum weathered from clayey shale and sandstone, and they form on mesa tops and benches. On mesa tops, soils are moderately deep to very deep and well-drained, with slow to moderate infiltration rates when wet, and with slow to moderate rates of water transmission. Strewn cobbles, stones, and boulders are common on the surface. Available water-holding capacity is high for soils like the Fergus-Zolay and Barx-Progress complexes that have a relatively high organic content. Water erosion potential is moderate, with the highest potential occurring for soils with steep slopes (e.g., Map Units 904 and 27). The susceptibility to wind erosion is low to moderate, but it could be high in localized areas where vegetation is sparse. Except for outcrop areas, soils have a moderate to severe rutting hazard. None of the soils are classified as prime or unique farmland by the NRCS (NRCS 2012a).

### 3.3.2.2  Uravan Lease Tracts

Soils within the Uravan lease tracts (18, 19, 19A, and 20) are predominantly the loams and cobbly clay loams of the Piñon-Bowdish-rock outcrop complex (3–30% slopes) and the Bodot, dry-Ustic Torriorthents complex (5–50% slopes), which together make up about 96% of the soil coverage at the four lease tracts (on Atkinson and Spring Creek mesas). To the south, within Uravan Lease Tracts 24 and 25 (on Club mesa), the dry-Ustic Torriorthents complex (5–50% slopes) predominates, making up about 42% of the soil coverage (Figure 3.3-11). Soils are derived from residuum weathered from shale and from interbedded sandstone and shale, and they form on mesas, escarpments, and benches. They are moderately deep and well-drained, with slow to very slow infiltration (i.e., high surface runoff) rates when wet, and with slow to very slow rates of water transmission. Available water-holding capacity is low to very low. Water erosion potential is slight for all soils, but it may be high in localized areas depending on topography. The susceptibility to wind erosion is low to moderate, but it could be high in localized areas where vegetation is sparse. Except for outcrop areas, soils have a moderate to severe rutting hazard. None of the soils are classified as prime or unique farmland by the NRCS (NRCS 2012b).

### 3.3.2.3  Paradox Lease Tracts

Soils within the lease tracts along the northeast aspect of Monogram Mesa (5, 5A, 6, 7, 8, and 8A) are predominantly the cobbly clay loams and sandy loams of the Bodot, dry-Ustic Torriorthents complex (5–50% slopes) and Gladel-Bond-rock outcrop complex (1–50% slopes), which together make up about 46% of the five lease tract areas; rock outcrops are also prevalent (Figure 3.3-12). Soils are derived from residuum weathered from sandstone and shale, and they

BLM_0041205



**FIGURE 3.3-10  Soils within and around the Gateway Lease Tracts (NRCS 2009)**

Preliminary Draft PEIS
PEIS Team Use Only

PEIS Privileged Information
Do Not Distribute

May 2012

Preliminary Draft PEIS
PEIS Team Use Only

PEIS Privileged Information
Do Not Distribute

May 2012

1

2    **FIGURE 3.3-11  Soils within and around the Uravan Lease Tracts (NRCS 2009)**

BLM_0041207

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                  *Do Not Distribute*



FIGURE 3.3-12  Soils within and around the Paradox Lease Tracts (NRCS 2009)

BLM_0041208

1   form on mesas, escarpments, and benches. They are shallow to moderately deep and well-
2   drained, with slow to very slow infiltration (i.e., high surface runoff) rates when wet, and with
3   slow to very slow rates of water transmission. Available water-holding capacity for most soils is
4   low to very low. Water erosion potential is moderate to high. The susceptibility to wind erosion
5   is low to moderate, but it could be high in areas where vegetation is sparse. Portions of Lease
6   Tracts 8, 9 and 17 are covered by the Monogram loam (1–8% slopes), a deep and well-drained
7   soil formed in eolian deposits on mesa tops and benches (Figure 3.3-12). The loam has a
8   moderate erosion potential (by both water and wind) (NRCS 2012c).
9
10       Soils within the Long Park area lease tracts (21, 22, 22A, and 23) are predominantly the
11   cobbly clay loams and loams of the Bodot, dry-Ustic Torriorthents complex (5–50% slopes) and
12   Piñon-Bowdish-rock outcrop complex (3–30%) and the Paradox fine sandy loam (1–4% slopes),
13   which together make up about 85% of the soil coverage at the four lease tracts (Figure 3.3-12).
14   Soils of the Bodot, dry-Ustic Torriorthents and the Piñon-Bowdish-rock outcrop are derived
15   from residuum weathered from shale and interbedded sandstone and shale, and they are formed
16   on mesas, escarpments, and benches. The Paradox fine sandy loam is derived from mixed
17   alluvium (from sandstone and shale) and occurs along the gently sloping surfaces of alluvial fans
18   and valley floors. Soils are moderately deep to deep and well-drained, with slow to very slow
19   infiltration (i.e., high surface runoff) rates when wet, and with slow to very slow rates of water
20   transmission. The Paradox fine sandy loam is characterized by a more moderate infiltration rate.
21   Available water-holding capacity for most soils is low to very low, but it is high for the Paradox
22   fine sandy loam. Water erosion potential is slight for all soils, but it may be high in localized
23   areas depending on topography. The susceptibility to wind erosion is low to moderate, but it
24   could be high is localized areas where vegetation is sparse (NRCS 2012d).
25
26       Except for outcrop areas, soils have a moderate to severe rutting hazard. Only the
27   Paradox fine sandy loam is classified as prime farmland, if irrigated (NRCS 2012d).
28
29
30   **3.3.2.4  Slick Rock Lease Tracts**
31
32       Soils within the Slick Rock lease tracts can be divided into those that occur on the flanks
33   of Summit Canyon (11, 11A, 16, and 16A), those that occur in Dolores Canyon (13, 13A, and
34   14), those that sit on a topographic bench above the Dolores River (15 and 15A), and those that
35   sit on hilltops to the south of Slick Rock (10 and 12). Soils along Summit Canyon and on the
36   topographic bench above the Dolores River have compositions and characteristics similar to
37   those of soils previously described that form on mesa tops (NRCS 2012e, f). They are
38   predominantly Piñon-Bowdish-Progress loams, cool (1–12% slopes) and the sandy loams of the
39   Gladel-Bond-rock outcrop complex (1–50% slopes) and the Gladel-Bond-rock outcrop complex,
40   cool (3–25% slopes); rock outcrops are also prevalent (Figure 3.3-13).
41
42       Soils within the Dolores Canyon are predominantly the sandy loams of the Farb-rock
43   outcrop complex; rock outcrops are also prevalent (Figure 3.3-13). Soils in the canyon are
44   formed in residuum weathered from sandstone and in colluvium and slope alluvium from
45   sandstone and shale sources. They are shallow and well to excessively drained, with very slow

BLM_0041209

Preliminary Draft PEIS
PEIS Team Use Only

PEIS Privileged Information
Do Not Distribute

May 2012

3-39



1

2    **FIGURE 3.3-13  Soils within and around the Slick Rock Lease Tracts (NRCS 2009)**

1  infiltration (i.e., high surface runoff) rates when wet. Available water-holding capacity is very
2  low for most soils. Water erosion potential is moderate to high. The susceptibility to wind
3  erosion is low to moderate. Soils in the canyon bottom (Fluvaquents; Map Unit 43) are poorly
4  drained and prone to flooding. These soils have a moderate water erosion potential
5  (NRCS 2012e).
6
7      Soils within Lease Tract 10 are predominately the very stony loams of the Borolls-rock
8  outcrop complex (40–90% slopes) and the Beje fine sandy loam (3–25% slopes), which together
9  make up about 74% of the soil coverage at the site (Figure 3.3-13). The Borolls-rock outcrop
10  complex is derived from colluvium and residuum weathered from sandstone and shale; Beje fine
11  sandy loams are derived from residuum weathered from sandstone. The soils are shallow and
12  well drained, with very slow infiltration (i.e., high surface runoff) rates when wet, and with slow
13  to very slow rates of water transmission. The Borolls-rock outcrop complex is characterized by a
14  more moderate infiltration rate. Available water-holding capacity is low to very low. Water
15  erosion potential is slight to moderate for all soils, but it may be high in localized areas
16  depending on topography. The susceptibility to wind erosion is low to moderate, but it could be
17  high in localized areas where vegetation is sparse (NRCS 2012f).
18
19      Soils with Lease Tract 12 are predominantly the Nortez loam (1–6% slopes), the Nortez-
20  Fivepine loams (1–12% slopes), and the Nortez-Acree loams (1–12% slopes), which together
21  make up about 87% of the soil coverage at the site (Figure 3.3-13). These soils are derived mixed
22  alluvium (from sandstone and shale sources), and they are formed on mesas, ridges, and hills.
23  They are moderately deep and well drained, with a slow infiltration rate when wet. Available
24  water-holding capacity is low to very low. The soils have a moderate erosion potential (by both
25  water and wind). None of the soils are classified as prime or unique farmland by the NRCS
26  (NRCS 2012g).
27
28
29  **3.4 WATER RESOURCES**
30
31      Water resources in southwestern Colorado are primarily governed by semiarid climate
32  conditions and rugged topography. The DOE ULP tracts are located in the Colorado Plateaus
33  physiographic region, which contains characteristic, high-elevation plateaus and vast canyon
34  regions (USGS 2003). The lease tracts span the Upper Dolores (14030002), San Miguel
35  (14030003), and Lower Dolores (14030004) hydrologic cataloging units (Hydrologic Unit
36  Codes, HUC8), which cover a combined 4,550 mi$^2$ (11,785 km$^2$) in southwestern Colorado and
37  portions of eastern Utah (USGS 2011a). The surficial geology of the region is described in
38  Section 3.3. The climatic conditions of southwestern Colorado can vary over sort distances
39  because of the mountainous terrain; they can be generally characterized as having cold winters
40  with snow cover and high summer temperatures (WRCC 2011b). Average annual precipitation
41  patterns are higher in the Rocky Mountains, with decreasing precipitation heading west across
42  the study area, as shown in Figure 3.4-1. Monthly precipitation and snowfall amounts have been
43  recorded at Uravan, Colorado (CO-OP ID 58560; NCDC 2011c) since 1961. Average monthly
44  precipitation totals range from 0.5 to 1.5 in. (1.3 to 3.8 cm), and snowfall occurs between
45

BLM_0041211

Preliminary Draft PEIS
PEIS Team Use Only

PEIS Privileged Information
Do Not Distribute

May 2012



**Legend (in inches)**

| | | | |
|---|---|---|---|
| 🟥 | Under 10 | 🟦 | 35 to 40 |
| 🟧 | 10 to 15 | 🟦 | 40 to 45 |
| 🟨 | 15 to 20 | 🟦 | 45 to 50 |
| 🟩 | 20 to 25 | 🟪 | 50 to 55 |
| 🟩 | 25 to 30 | 🟪 | Above 55 |
| 🟩 | 30 to 35 | | |

Period: 1961–1990

This map is a plot of 1961–1990 annual average
precipitation contours from NOAA Cooperative
stations and (where appropriate) USDA–NRCS
SNOTEL stations. Christopher Daly used the PRISM
model to generate the gridded estimates from
which this map was derived; the modeled grid was
approximately 4x4 km latitude/longitude, and was
resampled to 2x2 km using a Gaussian filter.
Mapping was performed by Jenny Weisburg.
Funding was provided by USDA–NRCS National
Water and Climate Center.

12/8/97

MP011204

3-41

1

2    **FIGURE 3.4-1  Average Annual Precipitation in Colorado, 1961–1990 (WRCC 1997)**

*Preliminary Draft PEIS*                    *PEIS Privileged Information*                    *May 2012*
*PEIS Team Use Only*                         *Do Not Distribute*

1   October and April, with monthly totals averaging 0.2 to 4.4 in. (0.5 to 11.2 cm), but with
2   maximum monthly snowfalls exceeding 30 in. (76.2 cm).
3
4
5   **3.4.1  Surface Water**
6
7           The Dolores River and its tributary, the San Miguel River, are the main perennial rivers
8   that flow through the lease tract area, as shown in Figure 3.4-2. The Gunnison River flows into
9   the Colorado River near Grand Junction, Colorado, but it is on the order of 50 mi (80.5 km)
10  northeast of the lease tract area and separated by a drainage divide. The Dolores and San Miguel
11  Rivers originate in the Rico, La Plata, and San Juan Mountains of southwest Colorado, with
12  topographic elevations ranging from 14,200 ft (4,328 m) near the Dolores River headwaters to
13  4,100 ft (1,250 m) at their combined confluence with the Colorado River near the Colorado–Utah
14  border. The Dolores River flows north and northwest through the Slick Rock lease tract area and
15  flows northwest adjacent to the Uravan lease tract area near its confluence with the San Miguel
16  River, which flows through the Uravan region. The Dolores River and San Miguel River flow
17  primarily through canyons, with the exception being in low-relief alluvial regions of Paradox
18  Valley that are crossed by the Dolores River. Several ephemeral streams drain the uranium lease
19  tract areas and eventually reach the Dolores River and the San Miguel River (Figure 3.4-2).
20
21          The Dolores River reach that flows through the lease tract areas is regulated by the
22  McPhee Dam and reservoir located upstream of the lease tract areas in was Montezuma County,
23  Colorado. The McPhee Dam was constructed in 1984, and its reservoir was filled by 1987 as a
24  part of the Dolores Project for irrigation and water supply (BOR 2009). Downstream of McPhee
25  Dam, flow in the Dolores River is affected by reservoir releases and runoff in the surrounding
26  watershed. Surface runoff below McPhee Dam was estimated to be 2.5 in./yr (64 mm/yr)
27  representing 15% of the precipitation in this region (Weir et al. 1983). Flow in the San Miguel
28  River is largely unregulated except for some water extractions and is primarily controlled by
29  snowmelt in the spring and heavy, short-duration rains in the late summer (Allred and
30  Andrews 2000). Surface runoff in the lower part of the San Miguel River watershed was
31  estimated to range between 2.4 and 9.8 in./yr (60 to 250 mm/yr) (Ackerman and Rush 1984).
32
33          Both the Dolores and San Miguel Rivers have large seasonal fluctuations in flow, with
34  high runoff in spring and low flow in winter (Figures 3.4-3 and 3.4-4). Flows are largest during
35  the snowmelt period of April through June each year, with daily-averaged discharges ranging
36  between 1,000 and 3,500 ft$^3$/s (28 and 99 m$^3$/s) in the Dolores River near Bedrock (USGS Gage
37  09171100), and between 500 and 2,000 ft$^3$/s (14 and 57 m$^3$/s) in the San Miguel River near
38  Uravan (USGS Gage 09177000). Instantaneous peak discharges can often exceed daily-averaged
39  discharge records, and historical peak discharges in the Dolores River near Bedrock, Colorado
40  (USGS Gages 09169500 and 09171100) ranged between 1,300 and 10,000 ft$^3$/s (37 and
41  283 m$^3$/s) before the McPhee Dam was built in the mid-1980s, and between 500 and 5,400 ft$^3$/s
42  (14 and 153 m$^3$/s) after the dam was built (USGS 2011b). Discharge in the Dolores River
43  typically increases as it flows downstream as a result of groundwater discharge
44  (Weir et al. 1983), with the exception being as the river flows through Paradox Valley, where
45  groundwater extraction associated with the Paradox Valley Unit (Bureau of Reclamation [BOR])

BLM_0041213



FIGURE 3.4-2  Map of Surface Water Features in the Region of the DOE ULP Lease Tracts

BLM_0041214

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                  *Do Not Distribute*





1

2  **FIGURE 3.4-3  Seasonal Hydrograph and Monthly Discharge Values in the Dolores River near**
3  **Bedrock, Colorado (USGS Gage 09171100), 1990–2010 (Top shows seasonal hydrographs; bottom**
4  **shows monthly percentile; 50% = tick mark; 25% and 75% = grey box; minimum and maximum**
5  **values = vertical line)**
6

BLM_0041215

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                 *Do Not Distribute*





FIGURE 3.4-4  **Seasonal Hydrograph and Monthly Discharge Values in the San Miguel River near Uravan, Colorado (USGS Gage 09177000), 1990–2010 (Top shows seasonal hydrographs; bottom shows monthly percentile; 50% = tick mark; 25% and 75% = grey box; minimum and maximum values = vertical line)**

BLM_0041216

1 reduces river flow (Golder Associates 2009). Discharge in the San Miguel River typically
2 increases as it moves downstream, with localized regions that lose flow to groundwater recharge
3 (Ackerman and Rush 1984). Peak discharges in the San Miguel River near Uravan, Colorado
4 (USGS Gage 09177000) occurred throughout the spring, summer, and fall between 1954 and
5 2010 and ranged between 1,000 and 9,000 ft$^3$/s (28 and 255 m$^3$/s) (USGS 2011b).

6
7        Intermittent and ephemeral streams, which primarily flow in response to seasonal
8 snowmelt and precipitation events, occur throughout many of the lease tract areas. More than
9 150 intermittent and ephemeral stream segments occur within the DOE ULP lease tracts
10 (Figure 3.4-2). Total intermittent and ephemeral stream channel lengths within each lease tract
11 area are 18 mi (29 km) in Gateway, 11 mi (18 km) in Uravan, 9 mi (14 km) in Paradox, and
12 20 mi (32 km) in Slick Rock. Peak discharges in these intermittent and ephemeral stream
13 channels have been reported to vary from 2 to 5,660 ft$^3$/s (0.06 to 160 m$^3$/s), as shown in
14 Table 3.4-1. Precipitation and snowmelt runoff conveyed overland primarily in intermittent and
15 ephemeral streams within the Dolores River basin was estimated to be as high as
16 270 million m$^3$/yr (Weir et al. 1983).

17
18        Water quality in surface waters of the lease tract areas is typically impaired by dissolved
19 solids (salinity) and sediments. The total dissolved solids (TDS) content is a primary concern in
20 the Dolores River because of the highly saline groundwater discharge that occurs as it crosses
21 Paradox Valley, which has a geologic structure that naturally causes the saline groundwater
22 (more details on the geology are provided in Section 3.3). The resulting discharge of saline
23 groundwater to the Dolores River propagates through the river, and it historically increases the
24 TDS loading of the Colorado River by 115,000 to 205,000 tons/yr (Watts 2000; Chafin 2003).
25 The Paradox Unit was built by the BOR in order to capture the high TDS groundwater before it
26 could enter the Dolores River (further information on the Paradox Unit is provided in the
27 Section 3.4.3 on water management). By 2001, the Paradox Unit had reduced TDS loads to the
28 Dolores River to 10,600 tons/yr (Chafin 2003). Surface water samples collected in the Dolores
29 River downstream of the drainage basin containing the Piñon Ridge Mill site (west of DOE ULP
30 Lease Tracts 21, 22, and 23) had concentrations of dissolved uranium ranging from 0.0015 to
31 0.0035 mg/L and dissolved vanadium ranging from 0 to 0.008 mg/L (EFR 2010).

32
33        Available information regarding sediment transport near the lease tract areas is limited;
34 however, the average suspended sediment load (sediment transported in the water column) for
35 the San Miguel River near Naturita (USGS Gage 09175500), Colorado, was 27,700 tons/yr from
36 1950 to 1981, with a single-year maximum sediment load of 102,000 tons recorded in 1958
37 (Elliot and Defayter 1986; USGS 2011b). Total annual bedload transport (sediment transported
38 along riverbed) in middle reaches of the San Miguel River was estimated at 5,000 tons/yr, but it
39 was only 205 tons/yr at a downstream reach; the reduction in sediment load was suspected to be
40 the result of deposition within the channel margins (Allred and Andrews 2000). Ephemeral
41 tributaries to the Dolores River and San Miguel also contribute significant sediment loads as the
42 result of snowmelt and storm runoff events. Average suspended sediment loads were estimated at
43 29,700 tons/yr in Salt Creek (Dolores River tributary downstream of lease tracts) and between
44 173 and 275 tons/yr in Naturita Creek and Beaver Creek (San Miguel River tributaries located
45 upstream of lease tracts) (Elliot and Defayter 1986).

BLM_0041217

*Preliminary Draft PEIS*            *PEIS Privileged Information*            *May 2012*
*PEIS Team Use Only*                    *Do Not Distribute*

**TABLE 3.4-1  Range in Reported Peak Discharge Values for Intermittent and Ephemeral Streams in the Region of the DOE ULP Lease Tracts**

| Stream | USGS Gage | Peak Discharge (ft$^3$/s) |
|---|---|---|
| Disappointment Creek Tributary near Slick Rock, CO | 9168700 | 36–260 |
| East Paradox Creek Tributary near Bedrock, CO | 9169800 | 26–368 |
| West Paradox Creek near Bedrock, CO | 9171000 | 16–5,200 |
| West Paradox Creek near Paradox, CO | 9170500 | 18–678 |
| Cottonwood Creek near Nucla, CO | 9174500 | 32–321 |
| Dead Horse Creek near Naturita, CO | 9175800 | 10–1,250 |
| Dry Creek near Naturita, CO | 9175900 | 290–5,660 |
| Tabeguache Creek near Nucla, CO | 9176500 | 114–303 |
| Deep Creek near Paradox, CO | 9178000 | 2–22 |
| Salt Creek near Gateway, CO | 9179200 | 25–2,670 |
| Taylor Creek near Gateway, CO | 9177500 | 13–555 |
| West Creek Tributary near Gateway, CO | 9179400 | 19–277 |

Heavy metals associated with bedload sediments were assessed by the USGS for the Dolores River Canyon Wilderness Study Area in the mid-1980s (located along the Dolores River between Slick Rock and Bedrock, Colorado). At several sites, testing did not detect any sediment-associated heavy metals, with the exception being an unnamed ephemeral tributary to the Dolores River that had a uranium concentration of 24.6 parts per million (ppm) and another ephemeral tributary that contained a gold concentration of 20 ppm (Bullock et al. 1989). Four headwater reaches of the San Miguel River (located upstream of the lease tract area) were identified as being impaired by the Colorado Department of Public Health and the Environment (CDPHE) because of their zinc and cadmium concentrations, which resulted from mining activities (CDPHE 2008). The CDPHE also identified the McPhee Reservoir on the Dolores River as being impaired because of elevated concentrations of mercury in fish tissue, which resulted from surrounding geologic features and mining activities (CDPHE 2003).

## 3.4.2 Groundwater

Groundwater is primarily located in bedrock aquifers and small, isolated alluvial aquifers in the region of the uranium lease tract areas. The alluvial aquifers within the study region are primarily composed of gravel, silts, and clays of Quaternary age and located in isolated canyon margins of the Dolores River and San Miguel River (Topper et al. 2003). Mapped alluvial aquifers near the lease tract areas are concentrated along a 19-mi (31-km) reach of the Dolores River west of the Gateway lease tract area, a 20-mi (32-km) reach of West Creek north of the Gateway lease tract area, and a 7-mi (11-km) segment of the San Miguel River east of the Paradox lease tract area (CDWR 2011). The alluvial aquifers of the Dolores River and San Miguel River are under unconfined conditions, with depths to groundwater ranging from 2 to 90 ft (0.6 to 27 m) below the surface (Topper et al. 2003). Groundwater yields in the alluvial aquifers of the Dolores River and San Miguel River range between 1 and 200 gal/min (4.5 and 909 L/min) (CDWR 2011).

BLM_0041218

1    The bedrock aquifers within the region of the uranium lease tract areas are a part of the
2    regional Paradox Basin, which consists of upper and lower groundwater systems that are
3    separated by confining layers, including salt beds (Topper et al. 2003). Figure 3.4-5 depicts the
4    hydrogeologic stratigraphy of the Paradox Basin, which shows the lower groundwater system as
5    the Paleozoic carbonate aquifer and the upper groundwater system as the Mesozoic sandstone
6    aquifer. The lower groundwater system consists of fractured limestone units overlain by
7    confining salt beds in the Hermosa formation. Groundwater from the lower system is typically
8    saline (Weir et al. 1983). The upper groundwater system consists of layered sedimentary rock
9    beds overlain by a confining shale layer in certain regions and unconsolidated alluvial material in
10   other parts of the basin. Groundwater in the upper sandstone units is typically unconfined where
11   the units outcrop along the eastern edge of the Paradox Basin, whereas confined conditions exist
12   farther into the basin (Topper et al. 2003). Groundwater in the sandstone units is typically low in
13   salinity, and these units vary with respect to the amount of fracturing, which controls their
14   groundwater yields (Weir et al. 1983). Reported groundwater yields in the sandstone units are
15   typically less than 20 gal/min (91 L/min), except for isolate regions of high fracturing, which
16   have groundwater yields up to 225 gal/min (1,023 L/min) (CDWR 2011).
17
18   Depth to groundwater and groundwater surface elevations are highly dependent on their
19   locations between mesas and valley regions. Depth to groundwater in alluvial aquifers along the
20   rivers ranges from 2 to 90 ft (0.6 to 27 m) below the ground surface, with shallow depths quite
21   commonly found (Topper et al. 2003). Depth to groundwater is greatest beneath mesas; the local
22   groundwater table can be more than 650 ft (200 m) below ground surface in the San Miguel
23   River basin (Ackerman and Rush 1984). However, there are numerous, locally perched aquifers
24   found throughout the Paradox Basin with much shallower groundwater tables (Weir et al. 1983).
25   Table 3.4-2 lists values for the depth to groundwater for USGS monitoring wells within the
26   HUC8 basins of the study region. Wells with a surface elevation of 5,500 ft (1,700 m) or less are
27   typically located in canyon areas or valleys, while wells located at greater than 5,500 ft
28   (1,700 m) are typically located on the mesa tops.
29
30   Groundwater flow in the alluvium is typically toward the Dolores River and the
31   San Miguel River. Regionally, groundwater from the upper groundwater system flows to the
32   northwest, discharging to the rivers and providing base flow (Weir et al. 1983; Golder
33   Associates 2009). Disruptions of groundwater flow by folds and faults are common in the upper
34   groundwater system, but the effects of similar geologic structures on flow in the lower
35   groundwater system are not known (Weir et al. 1983). Groundwater recharge in the upper
36   groundwater system is primarily from precipitation infiltration, with interbasin inflow considered
37   to be minor (Weir et al. 1983). Groundwater discharge occurs through evapotranspiration and
38   discharge to springs in the study area, but groundwater is primarily discharged to the base flow
39   of the Dolores River and San Miguel River (Topper et al. 2003). Springs are typically found at
40   high elevations on the flanks of mesas, with more than 200 springs identified in the Dolores
41   River watershed that have an average discharge of 14 gal/min (53 L/min) (Weir et al. 1983).
42   Additional monitoring data for springs in the vicinity of the DOE ULP tracts collected by the
43   USGS is shown in Table 3.4-3.
44
45

BLM_0041219

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                  *Do Not Distribute*



| Era | Period | Million Years before Present | Stratigraphic Unit | Unit Thickness (feet) | Hydrogeologic Unit | Hydrologic Characteristics |
|---|---|---|---|---|---|---|
| Cenozoic | Quaternary | 0 / 2.6 | Alluvium | 0–100 | Alluvium | Yields large quantities for domestic, stock, and municipal |
| Mesozoic | Upper Cretaceous | 65.5 / 99.6 | Mancos Shale | 1,000–5,000 | Cretaceous confining beds | Confining unit; none |
| Mesozoic | Lower Cretaceous | | Dakota Sandstone | 0–200 | Mesozoic sandstone aquifer (Upper Aquifer) | Yields some water, stock and domestic |
| Mesozoic | Lower Cretaceous | 145.5 | Burro Canyon Fm | 0–250 | Mesozoic sandstone aquifer (Upper Aquifer) | Yields water to springs |
| Mesozoic | Upper Jurassic | | Morrison Formation — Brushy Basin Member | 400–500 | Mesozoic sandstone aquifer (Upper Aquifer) | None |
| Mesozoic | Upper Jurassic | 161 | Morrison Formation — Saltwash Member | 300 | Mesozoic sandstone aquifer (Upper Aquifer) | Yields small quantities, stock and domestic |
| Mesozoic | Lower and Middle Jurassic | | Wanakah Fm (Summerville Fm) | 0–120 | Mesozoic sandstone aquifer (Upper Aquifer) | None |
| Mesozoic | Lower and Middle Jurassic | | Entrada Sandstone | 15–170 | Mesozoic sandstone aquifer (Upper Aquifer) | Yields water |
| Mesozoic | Lower and Middle Jurassic | | Carmel Formation | 0–40 | Mesozoic sandstone aquifer (Upper Aquifer) | None |
| Mesozoic | Lower and Middle Jurassic | | Navajo Sandstone | 0–125 | Mesozoic sandstone aquifer (Upper Aquifer) | Small to moderate amounts from fractures, stock and domestic |
| Mesozoic | Lower and Middle Jurassic | | Kayenta Formation | 0–200 | Mesozoic sandstone aquifer (Upper Aquifer) | Yields little to no water |
| Mesozoic | Lower and Middle Jurassic | 201.6 | Wingate Sandstone | 0–400 | Mesozoic sandstone aquifer (Upper Aquifer) | Yields water to numerous springs |
| Mesozoic | Upper Triassic | | Delores Formation | 150–230 | Mesozoic-Upper Paleozoic confining beds | Not water bearing |
| Mesozoic | Upper Triassic | | Chinle Formation | 0–500 | Mesozoic-Upper Paleozoic confining beds | Yields small quantities where fractured, stock and domestic |
| Mesozoic | Lower Triassic | 235 | Moenkopi Formation | 0–480 | Mesozoic-Upper Paleozoic confining beds | Yields small quantities stock and domestic |
| Paleozoic | Permian | 251 / 299 | Cutler Formation | 0–3,500 | Mesozoic-Upper Paleozoic confining beds | Yields small quantities where fractured, stock and domestic |
| Paleozoic | Pennsylvanian | 318 | Hermosa Formation | 0–3,900 | Confining salt beds | None |
| Paleozoic | Mississippian | 359 | Leadville Limestone | 20–100 | Lower Paleozoic carbonate aquifer (Lower Aquifer) | Transmits saltwater through fractures |
| Paleozoic | Devonian to Cambrian | 542 | Ouray, Elbert, and Ignacio Formations | 0–150 | Lower Paleozoic carbonate aquifer (Lower Aquifer) | Transmits saltwater through fractures |

MP011201

**FIGURE 3.4-5  Conceptual Diagram of the Hydrogeologic Stratigraphy of the Paradox Basin (based on Topper et al. 2003 and Walker and Geissman 2009)**

BLM_0041220

1
2
3

**TABLE 3.4-2  Depths to Groundwater Observed in USGS Monitoring Wells Located within the Upper Dolores, San Miguel, and Lower Dolores Basins (HUC8)**

| USGS Well No. | Elevation[a] (ft) | Well Depth (ft) | No. of Observations | Depth to Groundwater (ft) |
|---|---|---|---|---|
| *Upper Dolores* | | | | |
| 382025108530401 | 5,010 | 91 | 10 | 32.78–39.24 |
| 381932108542801 | 5,130 | 205 | 10 | 107.09–132.03 |
| 380258108544400 | 5,450 | 125 | 7 | 12.88–19.96 |
| 375733108370501 | 6,190 | 65 | 1 | –7.25 |
| 375504108353201 | 6,370 | 115 | 1 | –42.5 |
| 372742108300901 | 6,930 | 240 | 11 | 6–12.99 |
| 372930108244800 | 7,110 | 132 | 11 | 7.25–12.51 |
| 375115108242601 | 7,400 | 80 | 4 | 12.97–41 |
| 382043109110201 | 7,535 | 160 | 1 | 50 |
| 373515108094901 | 8,060 | 63 | 4 | 25–37.27 |
| 374242108020501 | 8,955 | 49 | 5 | 36.68–38.33 |
| *San Miguel* | | | | |
| 382145108434401 | 5,020 | 516 | 1 | 58 |
| 382229108442101 | 5,032.75 | 550 | 1 | 117 |
| 382131108413901 | 5,115 | 200 | 1 | 106 |
| 381452108321201 | 5,770 | 290 | 1 | 165 |
| 381817108335601 | 5,802 | 202 | 5 | 90.91–97.83 |
| 381212108270301 | 6,230 | 92 | 1 | 17.2 |
| 381029108250801 | 6,470 | 50 | 1 | 32 |
| 381028108243001 | 6,510 | 53 | 10 | 5.47–22.62 |
| 380400108300601 | 6,880 | 448 | 2 | 106–106.35 |
| 380844108163601 | 7,030 | 58 | 8 | 5.48–19.27 |
| 380945108164001 | 7,102 | 250 | 1 | 74.3 |
| 380356108274501 | 7,125 | 80 | 4 | 5.83–22.3 |
| 380646108172001 | 7,220 | 96.1 | 1 | 60.65 |
| 380620108131701 | 7,450 | 123 | 1 | 41.42 |
| 381203108103301 | 7,830 | 80 | 10 | 34–45.15 |
| 380512108083401 | 8,030 | 80 | 1 | 4.45 |
| 375606107482801 | 8,765 | 116 | 1 | 2.67 |
| 375604107483001 | 8,768 | 89.8 | 1 | 4.22 |
| 375534108005801 | 8,960 | 180 | 1 | 41.75 |
| 375602108004401 | 9,230 | 180 | 1 | 73.1 |
| *Lower Dolores* | | | | |
| 384026108575701 | 4,595 | 140 | 4 | 30–95.45 |
| 384531108470501 | 6,230 | 47 | 4 | 17.07–20 |
| 390421106533400 | 7,984 | 40 | 1 | 18 |

[a] Surface elevations of the wells below 5,500 ft are typically located in canyons and along alluvial areas, and wells located above 5,500 ft are typically located on mesas.

Source: USGS 2011b

4

BLM_0041221

1    **TABLE 3.4-3  Monitoring Data Collected at Springs Located within the Vicinity of the**
2    **DOE ULP Tracts**

| USGS Site Number | Elevation (ft) | No. of Observations | Temperature (°C) | Conductivity (µS/cm) | Flow (gal/min) |
|---|---|---|---|---|---|
| *Upper Dolores (HUC8 Basin)* | | | | | |
| 375433108244301 | 9,675 | 1 | 15 | 500 | —[a] |
| 375435108244401 | 9,635 | 1 | 10 | 140 | — |
| 375802108362601 | 6,320 | 1 | 11.5 | 3600 | 15 |
| 381957109051601 | 6,160 | 3 | 11–15 | 315–332 | 2–5 |
| 382446109022101 | 7,152 | 1 | 8 | 343 | — |
| | | | | | |
| *San Miguel (HUC8 Basin)* | | | | | |
| 375710108170901 | 8,230 | 1 | 8.5 | 290 | — |
| 375744108252601 | 8,385 | 1 | 7 | 498 | 10 |
| 375930108274101 | 7,315 | 1 | 7 | 2,380 | |
| 380205108215401 | 7,798 | 2 | 6.5–7.5 | 420–590 | 4 |
| 380324108214001 | 7,490 | 1 | 6.5 | 680 | 2 |
| 380439108185901 | 7,780 | 1 | 17 | 417 | 0.32 |
| 381427108304201 | 5,795 | 1 | 10 | 1,400 | — |
| 381616108212101 | 6,235 | 1 | 8 | 775 | 3 |
| 381821108455001 | 6,615 | 1 | 16 | 700 | — |
| 381950108202001 | 8,425 | 1 | 16 | 220 | — |
| 382154108160801 | 9,485 | 1 | 28 | 180 | — |
| 382432108312801 | 7,400 | 1 | 9 | 490 | — |
| 382503108363101 | 6,470 | 1 | 16 | 600 | — |
| 382714108304101 | 9,265 | 1 | 15 | 600 | — |
| 382817108325801 | 9,385 | 1 | 5 | 440 | — |
| | | | | | |
| *Lower Dolores (HUC8 Basin)* | | | | | |
| 382756108522001 | 4,750 | 1 | 12 | 860 | 20 |
| 383326108384801 | 9,180 | 1 | 16 | 522 | — |
| 383521108385301 | 9,300 | 1 | 6 | 372 | — |

[a]    A dash indicates not available.

3
4
5        Groundwater quality in the Paradox Basin is variable, with the best quality typically
6   found in the shallower or more productive units, and the TDS content typically increases with
7   depth (Topper et al. 2003). The sandstone units of the upper groundwater system are typically
8   calcium-or sodium-bicarbonate in nature, with several units containing TDS and sulfate
9   concentrations that exceed secondary drinking water standards (Weir et al. 1983). The limestone
10  unit of the lower groundwater system is brackish (high salinity) and is not suitable to drink
11  without substantial desalinization treatment (Topper et al. 2003). As described previously, the
12  Paradox Valley's geologic structure generates a highly saline groundwater discharge to the
13  Dolores River, where the brine has a higher salinity than does seawater (Chafin 2003).
14
15

BLM_0041222

1   **3.4.3  Water Management**
2
3        Water resources and water rights are primarily the responsibility of the Colorado Division
4   of Water Resources (CDWR), but several other agencies also address water management issues,
5   including the CDPHE, which oversees dealing with stormwater management and water quality
6   issues. Water rights in Colorado are governed by using the Doctrine of Prior Appropriation as the
7   cornerstone; water rights are granted by a water court system and administered by the CDWR
8   (BLM 2001). The DOE ULP lease tracts are located within the boundaries of Divisions 4 and 7
9   of the CDWR, where both surface water and groundwater are considered overappropriated
10  (CDWR 2007). In addition, instream flow water rights (nonconsumptive water rights for
11  ecological benefits, which are administered by the Colorado Water Conservation Board
12  [CWCB]) have been established on segments of the Dolores River and San Miguel River in the
13  vicinity of the DOE ULP lease tracts (CWCB 2012). Surface waters are the dominant water
14  supply source used in southwestern Colorado, and they are primarily used for irrigation
15  (Table 3.4-4).
16
17        One of the major water management issues associated with the Dolores River Basin
18  regards the Paradox Valley Unit, which was constructed under authorization of the Salinity
19  Control Act (P.L. 93-320) of 1974 in order to help alleviate the high TDS concentrations that
20  occur in the Dolores River. The Paradox Valley Unit captures highly saline groundwater in the
21  Paradox Valley area before it enters the Dolores River, treats the saline water, and then disposes
22  of the brine by deep well injection (BOR 2012). The Paradox Valley Unit consists of a series of
23  shallow production wells that intercept saline groundwater and send it to a surface treatment
24  facility, where the brine is removed and re-injected to the lower groundwater system (Paleozoic
25  carbonate aquifer, Figure 3.4-5) that lies 14,068–15,857 ft (4,300–4,800 m) below the land
26  surface (Chafin 2003). The Paradox Valley Unit was built and operated by BOR, and it removes
27  128,000 tons of salt per year at a cost of approximately $71 per ton (BOR 2012).
28
29
30        **TABLE 3.4-4  Water Use by Category for Mesa, Montrose, and San Miguel Counties**
31        **in 2005**

| Daily Water Withdrawals ($10^6$ gal) | Mesa County | Montrose County | San Miguel County |
|---|---|---|---|
| Irrigation | 866.3 | 679.1 | 27.3 |
| Public supply | 14.6 | 8.9 | 0.8 |
| Domestic | 0.2 | 0.4 | 0.1 |
| Industrial | 0.6 | 1.8 | 0 |
| Livestock | 0.6 | 0.6 | 0.1 |
| Mining | 0.2 | 0.6 | 0 |
| Thermo-electric | 43.9 | 1.7 | 0 |
| Total surface water withdrawals | 925.2 | 691.5 | 28.0 |
| Total groundwater withdrawals | 1.1 | 1.5 | 0.3 |

Source: Ivahnenko and Flynn (2010)

32
33

BLM_0041223

1    The **BOR** also built and operates the McPhee Dam located on the Dolores River, which
2    was built in 1984 as a part of the Dolores Project (**BOR 2009**). The Dolores Project provides
3    water for irrigation (90,900 ac-ft/yr) and municipal and industrial use (8,700 ac-ft/yr). In
4    addition, the McPhee Dam provides water for recreation and hydroelectric power generation by
5    the McPhee Reservoir (**BOR 2011**).
6
7
8    **3.5  HUMAN HEALTH**
9
10    Terrestrial radioactive materials in rocks and soils are one of the causes of the natural
11    background radiation that people are exposed to daily. The radionuclides of concern in the area
12    where DOE uranium lease tracts are located are mainly uranium-238 and uranium-235 and their
13    decay products. Among the decay products of uranium isotopes, radium-226 is of primary
14    concern because of the radon gas it generates when it decays. The radon gas generated
15    underground can diffuse through the pore space in soils and become airborne. The hazard from
16    radon arises from its decay products, which are not gases; when they are inhaled, they deposit on
17    the interior surfaces of the lungs and affect human health.
18
19    The radiation exposure an individual could incur by working or living in the DOE
20    uranium lease tract area could be greater than the national average exposure from background
21    sources, which was estimated to be about 310 mrem per year per person (NCRP 2009).
22    Table 3.5-1 compares the radiation doses estimated for the lease tract area with the national
23    average doses.
24
25    The information in Table 3.5-1 provides a baseline for gauging human health
26    consequences that could result from the potential increase in human radiation exposures
27    associated with the alternatives evaluated in this PEIS. An additional perspective on background
28    radiation levels in this area can be obtained by studying the environmental monitoring data
29    collected for the proposed Piñon Ridge Mill. The plant would be located in Paradox Valley in
30    western Montrose County, approximately 7 mi (11 km) east of the unincorporated community of
31    Bedrock and 12 mi (19 km) west of the town of Naturita (Figure 3.5-1). The environmental data
32    collected during 2007–2009 (EEIs 2009) include samples of on-site and off-site surface soils,
33    surface water, groundwater, radon, airborne radionuclides, and ambient gamma levels.
34
35    To estimate potential radiation exposures from background sources by using the
36    monitoring data, two hypothetical exposure scenarios were developed. The first one considers an
37    individual who lives within the ULP lease tract area and is exposed to radiation for 24 hours a
38    day and 350 days a year. This individual was also assumed to pump out groundwater from a well
39    for drinking. Potential dose estimates reveal that this individual could receive a dose of about
40    121 mrem/yr from ambient gamma radiation contributed by terrestrial radioactivity and cosmic
41    and cosmogenic radioactivity, a dose of about 288 mrem/yr from inhalation of radon, a dose of
42    about 0.47 mrem/yr from breathing in airborne radionuclides that are contained in resuspended
43    dust particles, and a dose of about 25 mrem/yr from drinking untreated well water. In total, this
44    hypothetical resident could receive a radiation dose of up to 434 mrem/yr, which is about the
45    same as the total listed in Table 3.5-1. Inhalation of radon is the predominant exposure pathway,

BLM_0041224

1    **TABLE 3.5-1  Comparison of Radiation Exposures from Natural Background Sources: DOE**
2    **Lease Tract Area versus the U.S. National Average**

| Source | Exposure Pathway | U.S. Average Natural Background Radiation Dose (mrem/yr)[a] | DOE Lease Tract Area Background Radiation Dose (mrem/yr) |
|---|---|---|---|
| Cosmic and cosmogenic radioactivity[b] | External radiation | 30 | 68[c] |
| Terrestrial radioactivity[d] | External radiation | 20 | 74[c] |
| Internal radioactivity[e] | Food ingestion | 30 | 30[f] |
| Radon and airborne particulates | Inhalation | 230 | 260[g] |
| Rounded total | | 310 | 430 |

[a]    Data for the national averages are from NCRP (2009).

[b]    Radiation exposures are from cosmic rays from outer space filtered by the atmosphere.

[c]    Based on data for Blanding, Utah.

[d]    Radiation exposures are caused by external radiation from radioactive materials in soils, primarily the uranium and thorium decay series.

[e]    The internal dose accounts for radiation caused by radionuclides (mainly potassium-40 [K-40]) deposited inside human bodies through food ingestion.

[f]    Radiation exposure from internal radioactivity for the DOE lease tract area is expected to be about the same as the national average.

[g]    Based on IUC (2003). The radiation dose is primarily from radon exposure.

3
4
5    followed by the external gamma radiation pathway. The contribution to the dose from the
6    inhalation of dust particles is insignificant compared with that from the inhalation of radon. The
7    dose estimate for drinking contaminated groundwater is conservative (i.e. it is greater than the
8    dose that would actually be incurred by an on-site resident) because (1) no treatment was
9    assumed for the groundwater, (2) the water quality and yield of many wells in the area do not
10    meet the requirements for making them a potable water source, and (3) the estimated dose is
11    associated with the monitoring well that would result in the greatest exposure.
12
13         The second hypothetical scenario considers a recreationist who camps, bikes, or hunts in
14    the uranium lease tract area. In addition to camping, biking, or hunting, this recreationist was
15    also assumed to raft, float, or fish in the Dolores River. An exposure duration of 14 days per year
16    was assumed for the inland activities. For the surface water activities, an exposure duration of
17    100 hours per year was assumed. When the same monitoring data collected by Energy Fuels
18    were used, it was estimated that the recreationist would receive a total dose of 8.53 mrem/yr
19    from inland activities, with 6.1 mrem/yr coming from ambient gamma radiation, 2.4 mrem/yr
20    from inhalation of radon, and 0.03 rem/yr from inhalation of radionuclides contained in the
21    airborne dust particles. For the activities in Dolores River, a total dose of 0.75 mrem/yr was
22    estimated, resulting mainly from incidental ingestion of the surface water, for which an ingestion
23    rate of 2.6 gal/yr (10 L/yr) was assumed. (For comparison with these dose estimates, the DOE

*3-54*



**FIGURE 3.5-1  Location of the Proposed Piñon Ridge Mill (EEI 2009)**

BLM_0041226

1  radiation dose limit for the general public resulting from DOE activities is 100 mrem/yr for an
2  individual from all sources of ionizing radiation and exposure pathways that could contribute
3  significantly to the total dose [DOE 2011].)
4
5      In addition to resulting in radiation exposures, uranium could also affect human health
6  because of its chemical toxicity. Another chemical of concern is vanadium, which is found to
7  have higher concentrations than uranium in the ore. Potential chemical risks that could result
8  from potential exposure to uranium and vanadium were assessed by comparing the estimated
9  exposures with threshold values. The threshold values used are reference concentrations (RfCs)
10 for inhalation exposures and reference doses (RfDs) for ingestion exposures. On the basis of the
11 monitoring data obtained by Energy Fuels (EEI 2009) and by using the same exposure
12 parameters as those used for calculating radiation doses, hazard quotients (HQs) for the
13 inhalation of particulates and ingestion of water pathways were calculated (Table 3.5-2). The
14 estimates indicate that potential risks from inhaling suspended dust particles containing the
15 uranium and vanadium compounds would be very small. The potential exposures would result
16 primarily from water ingestion; with a total HQ of 0.0085 for the recreationist scenario and 0.66
17 for the resident scenario. Because the hazard index is less than 1 for all pathways combined for
18 both scenarios, potential deleterious effects on human health are not expected from exposures to
19 the uranium and vanadium in the background environment.
20
21
22 **3.6 ECOLOGICAL RESOURCES**
23
24
25 **3.6.1 Vegetation**
26
27      The ULP lease tracts are located within the Colorado Plateaus Level III ecoregion
28 (Figure 3.6-1) (Chapman et al. 2006). An ecoregion is an area in which there is a general
29 similarity in ecosystems. Ecoregions are characterized by the spatial patterns and compositions
30 of biotic and abiotic features. Ecoregions of North America have been mapped in a hierarchy of
31 four levels, with Level I being the broadest classification. Each level consists of subdivisions of
32 the previous (next-highest) level. Appendix C includes descriptions of each ecoregion.
33
34      The Colorado Plateaus ecoregion is characterized by a rugged tableland of mesas,
35 plateaus, mountains, and canyons, often with abrupt changes in local relief
36 (Chapman et al. 2006). Habitat types within this ecoregion include Douglas-fir forest and
37 woodlands of pinyon-juniper or Gambel oak, as well as sagebrush steppe, desert shrubland, and
38 salt desert scrub. Within the Colorado Plateaus ecoregion, each of the tracts is located, at least in
39 part, within the Semiarid Benchlands and Canyonlands Level IV ecoregion. Sandy soils support
40 sagebrush steppe with warm season grasses, such as galleta grass (*Pleuraphis jamesii*) and blue
41 grama (*Bouteloua gracilis*), and shrubs, primarily black sagebrush (*Artemisia nova*), winterfat
42 (*krascheninnikovia lanata*), mormon tea (*Ephedra viridis*), fourwing saltbush (*Atriplex
43 canescens*), and shadscale (*Atriplex confertifolia*). Stony soils support pinyon-juniper woodlands
44 of two-needle pinyon pine (*Pinus edulis*) and Utah juniper (*Juniperus osteosperma*). Scattered
45 woodlands of Gambel oak (*Quercus gambelii*) occur at the higher elevations. Woodlands have

BLM_0041227

PEIS Privileged Information
Do Not Distribute

1
2

**TABLE 3.5-2  Estimated Radiation and Chemical Exposures for Receptors in the DOE Lease Tract Area Based on Energy Fuel's Environmental Monitoring Data[a]**

| Receptor | Radiation Source | Exposure Pathways | Dose to Individual (mrem/yr) | Total Hazard Quotient |
|---|---|---|---|---|
| Recreationist[b] | Ambient gamma radiation (including terrestrial radioactivity and cosmic and cosmogenic radioactivity) | External radiation and air submersion | 6.05[c] | NA[d] |
| | Radon | Inhalation | 2.41[e] | NA[d] |
| | Contaminated airborne dust particles | Inhalation | 0.031[f] | $3.4 \times 10^{-5}$ [g] |
| | Contaminated surface water | External radiation and incidental ingestion while rafting/boating/fishing in Dolores River | <0.75[h] | < 0.085[i] |
| Resident[j] | Ambient gamma radiation (including terrestrial radioactivity and cosmic and cosmogenic radioactivity) | External radiation and air submersion | 121[c] | NA[d] |
| | Radon | Inhalation | 288[e] | NA[d] |
| | Contaminated airborne dust particles | Inhalation | 0.47[f] | $8.6 \times 10^{-4}$ [g] |
| | Contaminated groundwater | Ingestion | <25[k] | <0.66[i] |

[a]  The environmental monitoring data were obtained from EEI (2009).

[b]  The recreationist scenario considers a receptor spending a total of 14 days per year camping, biking, or hunting in the DOE lease tract area, and 100 hours per year rafting, floating, or fishing in the Dolores River.

[c]  The external dose was estimated based on the average monitoring data from five different monitoring stations installed to measure ambient gamma radiation. A conversion factor of 0.9 rem/R was used to convert the measured exposure to radiation dose. A shielding factor of 0.7 was assumed for indoor exposure.

**Footnotes continued on next page.**

BLM_0041228

**TABLE 3.5-2  (Cont.)**

d   Exposure pathway is not applicable.

e   The radon inhalation dose was calculated based on the average measured Rn-222 concentration of 1.4 pCi/L. A soil concentration corresponding to the measured radon concentration was derived with the RESRAD computer code (Yu et al. 2001), which was then used to calculate the potential outdoor and indoor radon exposures. For a resident, the resulting outdoor dose was 20.7 mrem/yr, and the resulting indoor dose was 267 mrem per yr. For a recreationist, the resulting dose was 2.4 mrem/yr, considering outdoor exposure. A dose conversion factor of 388 mrem per working level month (WLM) (UNSCEAR 2010) was used to estimate the radon dose.

f   The radiation dose from inhalation of dust particles was calculated with the monitoring data for airborne radionuclide concentrations and ICRP-60 dose conversion factors (ICRP 1991). An inhalation rate of 8,000 $m^3$/yr and a dust filtration factor of 0.4 for indoor exposure were assumed. The average radiation dose associated with the concentrations measured for each radionuclide at each monitoring station was calculated first. The individual doses were then summed together to obtain the total dose for each monitoring station. The maximum among the five monitoring stations was then reported in this table.

g   The total inhalation HQ was the sum of the HQs for exposures to uranium and vanadium. The reference concentrations (RfCs) used in the calculation were 0.0001 mg/m³ for $V_2O_5$ (ATSDR 2012) and 0.0008 mg/m³ for uranium (ATSDR 2012).

h   The radiation dose was estimated by using the maximum measured concentration of each radionuclide in Dolores River. The radiation dose estimated includes exposure from external radiation, assuming the receptor sits inside a boat in the middle of the river, and from incidental ingestion of surface water, assuming a total ingestion rate of 10 L/yr.

i   The total ingestion HQ was the sum of the HQs for exposures to uranium and vanadium. The reference doses (RfDs) used in the calculation were 0.009 mg/kg-d for $V_2O_5$ from the Integrated Risk Information System (IRIS) (EPA 2012a) and 0.003 mg/kg-d for uranium, also from IRIS.

j   The resident scenario assumes a receptor stays in the uranium lease tract area for 350 days per year and uses groundwater for drinking.

k   The radiation dose was obtained with the measured groundwater concentrations from different monitoring wells and ICRP-60 dose conversion factors (ICRP 1991). The radiation dose associated with the average concentrations for each monitoring well was calculated, and the maximum value among the monitoring wells was then reported in this table. A water ingestion rate of 700 L/yr was assumed for the dose calculation.

1

BLM_0041229

*Preliminary Draft PEIS*      *PEIS Privileged Information*      *May 2012*
*PEIS Team Use Only*          *Do Not Distribute*



FIGURE 3.6-1  Ecoregions in the Vicinity of DOE ULP Lease Tracts (Source: Chapman et al. 2006)

*3-59*

BLM_0041230

1  expanded beyond their original range because of fire suppression and erosion. The average
2  annual precipitation is about 10 to 18 in. (25 to 46 cm) in lower areas and 20 to 25 in. (51 to
3  64 cm) at the highest elevations.
4
5          Western portions of Lease Tracts 11, 11A, and 12 include the Monticello-Cortez Uplands
6  and Sagebrush Valleys Level IV ecoregion. Sagebrush steppe occurs on broad areas of silty soils
7  and is characterized by Wyoming big sagebrush (*Artemisia tridentata* ssp. *wyomingensis*),
8  western wheatgrass (*Pascopyrum smithii*), and Indian ricegrass (*Achnatherum hymenoides*)
9  (Chapman et al. 2006). Scattered pinyon-juniper woodlands occur on shallow or stony soils
10  along the rims of benches and minor escarpments. Two-needle pinyon pine, bitterbrush (*Purshia*
11  *tridentata*), and serviceberry (*Amelanchier* sp.) also occur in some areas.
12
13          A small area in the eastern portion of Lease Tract 13 is located within the Shale Deserts
14  and Sedimentary Basins Level IV ecoregion. This arid ecoregion generally supports sparse mat
15  saltbush shrubland and salt desert scrub (Chapman et al. 2006). Characteristic species include
16  mat saltbush (*Atriplex corrugata*), shadscale, Nuttall's saltbush (*Atriplex nuttallii*), blackbrush
17  (*Coleogyne ramosissima*), fourwing saltbush, Wyoming big sagebrush, bud sagebrush
18  (*Picrothamnus desertorum*), galleta grass, desert trumpet (*Baileya multiradiata*). The alkaline
19  soils of floodplains support greasewood (*Sarcobatus vermiculatus*), alkali sacaton (*Sporobolus*
20  *airoides*), seepweed (*Suaeda* sp.), and shadscale. Badland areas support little or no vegetation.
21
22          A small portion in the northeast corner of Lease Tract 26 is located within the
23  Sedimentary Mid-Elevation Forests Level IV ecoregion of the Southern Rockies Level III
24  ecoregion. This ecoregion supports ponderosa pine (*Pinus ponderosa*) forest, aspen (*Populus*
25  *tremuloides*) forest, and Gambel oak woodland (Chapman et al. 2006). Some areas include
26  mountain mahogany (*Cercocarpus* sp.) and two-needle pinyon pine. Shrubs occurring within the
27  habitats of this ecoregion include antelope bitterbrush (*Purshia tridentata*), fringed sage
28  (*Artemisia frigida*), serviceberry, and snowberry (*Symphoricarpos* sp.). Grasses within these
29  habitats include Arizona fescue (*Festuca arizonica*), bluegrass (*Poa* sp.), junegrass (*Koeleria*
30  *macrantha*), needlegrasses (*Stipa* spp.), mountain muhly (*Muhlenbergia montana*), pine
31  dropseed (*Blepharoneuron tricholepis*), and mountain brome (*Bromus marginatus*).
32
33          Land cover types described and mapped under the Southwest Regional Gap Analysis
34  Project (USGS 2004) were used to evaluate plant communities in and near the lease tracts
35  (Figure 3.6-2). Each cover type encompasses a range of similar plant communities. Land cover
36  types occurring within the lease tracts are given in Table 3.6-1. Summary descriptions of land
37  cover types are given in Table 3.6-2. The predominant land cover type in most of the tracts is
38  Colorado Plateau Pinyon-Juniper Woodland. Large areas of Inter-Mountain Basins Big
39  Sagebrush Shrubland occur in Lease Tracts 9, 12, 19A, 20, and 21; Colorado Plateau Pinyon-
40  Juniper Shrubland occurs over large areas of Lease Tracts 13, 13A, 14 (T1), and 18; and large
41  areas of Rocky Mountain Gambel Oak-Mixed Montane Shrubland occur in Lease Tracts 10
42  and 12.
43
44          Lease Tracts 19A, 20, and 21 consist primarily of a composite of Colorado Plateau
45  Pinyon-Juniper Woodland and Inter-Mountain Basins Big Sagebrush Shrubland. Lease

BLM_0041231

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                   *Do Not Distribute*



1

2    **FIGURE 3.6-2  Land Cover Types in the Vicinity of DOE ULP Lease Tracts (USGS 2004)**

3

BLM_0041232

1     **TABLE 3.6-1  Land Cover Types within DOE ULP Lease Tracts**

| Lease Tract | Land Cover Type[a] | Acreage |
|---|---|---|
| 5 | Colorado Plateau Pinyon-Juniper Woodland | 151 |
| 5A | Colorado Plateau Pinyon-Juniper Woodland | 23 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 2 |
| 6 | Colorado Plateau Pinyon-Juniper Woodland | 522 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 8 |
| | Colorado Plateau Mixed Bedrock Canyon and Tableland | 1 |
| 7 | Colorado Plateau Pinyon-Juniper Woodland | 354 |
| | Quarries, Mines, Gravel Pits and Oil Wells | 107 |
| | Colorado Plateau Pinyon-Juniper Shrubland | 21 |
| | Inter-Mountain Basins Mixed Salt Desert Scrub | 8 |
| | Inter-Mountain Basins Shale Badland | 2 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 1 |
| 8 | Colorado Plateau Pinyon-Juniper Woodland | 876 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 62 |
| | Colorado Plateau Mixed Low Sagebrush Shrubland | 11 |
| | Colorado Plateau Mixed Bedrock Canyon and Tableland | 4 |
| | Rocky Mountain Gambel Oak–Mixed Montane Shrubland | 2 |
| | Cultivated Cropland | 1 |
| | Disturbed/Successional–Recently Chained Pinyon-Juniper | <1 |
| 8A | Colorado Plateau Pinyon-Juniper Woodland | 75 |
| | Colorado Plateau Pinyon-Juniper Shrubland | 4 |
| | Inter-Mountain Basins Greasewood Flat | <1 |
| 9 | Colorado Plateau Pinyon-Juniper Woodland | 635 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 369 |
| | Colorado Plateau Mixed Bedrock Canyon and Tableland | 25 |
| | Colorado Plateau Mixed Low Sagebrush Shrubland | 5 |
| | Rocky Mountain Gambel Oak–Mixed Montane Shrubland | 1 |
| | Colorado Plateau Pinyon-Juniper Shrubland | 1 |
| 10 | Colorado Plateau Pinyon-Juniper Woodland | 417 |
| | Rocky Mountaim Gambel Oak–Mixed Montane Shrubland | 109 |
| | Cultivated Cropland | 71 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 31 |
| | Rocky Mountain Lower Montane–Foothill Shrubland | 5 |
| | Colorado Plateau Mixed Bedrock Canyon and Tableland | 2 |
| | Southern Rocky Mountain Mesic Montane Mixed Conifer Forest and Woodland | 2 |
| | Southern Rocky Mountain Dry–Mesic Montane Mixed Conifer Forest and Woodland | <1 |

2

BLM_0041233

**TABLE 3.6-1  (Cont.)**

| Lease Tract | Land Cover Type | Acreage |
|---|---|---|
| 11 | Colorado Plateau Pinyon-Juniper Woodland | 1,289 |
| | Colorado Plateau Pinyon-Juniper Shrubland | 4 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 4 |
| | Introduced Upland Vegetation–Annual Grassland | 2 |
| | Cultivated Cropland | 2 |
| | Colorado Plateau Mixed Bedrock Canyon and Tableland | <1 |
| | Inter-Mountain Basins Greasewood Flat | <1 |
| 11A | Colorado Plateau Pinyon-Juniper Woodland | 1,242 |
| | Rocky Mountaim Gambel Oak–Mixed Montane Shrubland | 29 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 15 |
| | Cultivated Cropland | 4 |
| | Rocky Mountain Lower Montane–Foothill Shrubland | 2 |
| | Introduced Upland Vegetation–Annual Grassland | 2 |
| | Introduced Upland Vegetation–Perennial Grassland and Forbland | 1 |
| 12 | Rocky Mountaim Gambel Oak–Mixed Montane Shrubland | 304 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 156 |
| | Inter-Mountain Basins Montane Sagebrush Steppe | 112 |
| | Colorado Plateau Pinyon-Juniper Woodland | 59 |
| | Cultivated Cropland | 10 |
| | Southern Rocky Mountain Ponderosa Pine Woodland | <1 |
| 13 | Colorado Plateau Pinyon-Juniper Shrubland | 340 |
| | Colorado Plateau Pinyon-Juniper Woodland | 200 |
| | Inter-Mountain Basins Shale Badland | 163 |
| | Inter-Mountain Basins Greasewood Flat | 143 |
| | Inter-Mountain Basins Mixed Salt Desert Scrub | 136 |
| | Colorado Plateau Mixed Bedrock Canyon and Tableland | 29 |
| | Inter-Mountain Basins Semidesert Grassland | 26 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 21 |
| | Rocky Mountain Lower Montane Riparian Woodland and Shrubland | 13 |
| | Cultivated Cropland | 6 |
| | Inter-Mountain Basins Semidesert Shrub Steppe | 2 |
| | Colorado Plateau Mixed Low Sagebrush Shrubland | <1 |
| 13A | Colorado Plateau Pinyon-Juniper Woodland | 154 |
| | Colorado Plateau Pinyon-Juniper Shrubland | 112 |
| | Inter-Mountain Basins Greasewood Flat | 67 |
| | Inter-Mountain Basins Mixed Salt Desert Scrub | 34 |
| | Inter-Mountain Basins Shale Badland | 28 |
| | Inter-Mountain Basins Semidesert Grassland | 12 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 8 |
| | Inter-Mountain Basins Mat Saltbush Shrubland | 3 |
| | Colorado Plateau Mixed Bedrock Canyon and Tableland | 2 |
| | Cultivated Cropland | 1 |

BLM_0041234

**TABLE 3.6-1  (Cont.)**

| Lease Tract | Land Cover Type | Acreage |
|---|---|---|
| 14 | Colorado Plateau Pinyon-Juniper Woodland | 596 |
| | Colorado Plateau Pinyon-Juniper Shrubland | 238 |
| | Inter-Mountain Basins Mixed Salt Desert Scrub | 77 |
| | Inter-Mountain Basins Shale Badland | 24 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 14 |
| | Inter-Mountain Basins Greasewood Flat | 14 |
| | Colorado Plateau Mixed Bedrock Canyon and Tableland | 8 |
| | Inter-Mountain Basins Semidesert Grassland | 2 |
| 15 | Colorado Plateau Pinyon-Juniper Woodland | 279 |
| | Colorado Plateau Pinyon-Juniper Shrubland | 53 |
| | Inter-Mountain Basins Mixed Salt Desert Scrub | 18 |
| 15A | Colorado Plateau Pinyon-Juniper Woodland | 168 |
| | Inter-Mountain Basins Mixed Salt Desert Scrub | 3 |
| | Colorado Plateau Mixed Low Sagebrush Shrubland | 1 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 1 |
| 16 | Colorado Plateau Pinyon-Juniper Woodland | 1,726 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 56 |
| | Southern Rocky Mountain Mesic Montane Mixed Conifer Forest and Woodland | 4 |
| | Cultivated Cropland | 1 |
| | Rocky Mountain Lower Montane-Foothill Shrubland | 1 |
| | Southern Rocky Mountain Dry-Mesic Montane Mixed Conifer Forest and Woodland | 1 |
| 16A | Colorado Plateau Pinyon-Juniper Woodland | 563 |
| | Cultivated Cropland | 14 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 7 |
| 17 | Colorado Plateau Pinyon-Juniper Woodland | 454 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 18 |
| | Cultivated Cropland | 2 |
| | Southern Rocky Mountain Mesic Montane Mixed Conifer Forest and Woodland | 1 |
| 18 | Colorado Plateau Pinyon-Juniper Woodland | 761 |
| | Colorado Plateau Pinyon-Juniper Shrubland | 284 |
| | Colorado Plateau Mixed Bedrock Canyon and Tableland | 62 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 46 |
| | Inter-Mountain Basins Mixed Salt Desert Scrub | 21 |
| | Inter-Mountain Basins Semidesert Shrub Steppe | 4 |
| | Inter-Mountain Basins Semidesert Grassland | 1 |
| | Introduced Upland Vegetation–Annual Grassland | 1 |
| | Inter-Mountain Basins Mat Saltbush Shrubland | <1 |
| | Introduced Riparian and Wetland Vegetation | <1 |

BLM_0041235

**TABLE 3.6-1  (Cont.)**

| Lease Tract | Land Cover Type | Acreage |
|---|---|---|
| 19 | Colorado Plateau Pinyon-Juniper Woodland | 534 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 91 |
| | Inter-Mountain Basins Mixed Salt Desert Scrub | 24 |
| | Colorado Plateau Mixed Bedrock Canyon and Tableland | 12 |
| | Colorado Plateau Pinyon-Juniper Shrubland | 2 |
| | Inter-Mountain Basins Greasewood Flat | 1 |
| 19A | Colorado Plateau Pinyon-Juniper Woodland | 684 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 487 |
| | Colorado Plateau Pinyon-Juniper Shrubland | 16 |
| | Colorado Plateau Mixed Bedrock Canyon and Tableland | 14 |
| | Inter-Mountain Basins Shale Badland | 2 |
| | Inter-Mountain Basins Mat Saltbush Shrubland | 1 |
| | Inter-Mountain Basins Mixed Salt Desert Scrub | <1 |
| 20 | Colorado Plateau Pinyon-Juniper Woodland | 361 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 162 |
| | Colorado Plateau Pinyon-Juniper Shrubland | 62 |
| | Colorado Plateau Mixed Bedrock Canyon and Tableland | 37 |
| | Inter-Mountain Basins Mixed Salt Desert Scrub | 4 |
| | Inter-Mountain Basins Semidesert Shrub Steppe | 1 |
| | Introduced Upland Vegetation–Annual Grassland | 1 |
| | Inter-Mountain Basins Mat Saltbush Shrubland | 1 |
| 21 | Colorado Plateau Pinyon-Juniper Woodland | 449 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 178 |
| | Quarries, Mines, Gravel Pits and Oil Wells | 6 |
| | Inter-Mountain Basins Semidesert Grassland | 6 |
| | Inter-Mountain Basins Mixed Salt Desert Scrub | 4 |
| | Colorado Plateau Mixed Bedrock Canyon and Tableland | 4 |
| | Colorado Plateau Pinyon-Juniper Shrubland | 2 |
| | Inter-Mountain Basins Greasewood Flat | 2 |
| 22 | Colorado Plateau Pinyon-Juniper Woodland | 145 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 74 |
| | Quarries, Mines, Gravel Pits and Oil Wells | 3 |
| | Introduced Upland Vegetation–Annual Grassland | 1 |
| 22A | Colorado Plateau Pinyon-Juniper Woodland | 287 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 94 |
| | Colorado Plateau Mixed Bedrock Canyon and Tableland | 21 |
| | Inter-Mountain Basins Semidesert Grassland | 4 |
| | Inter-Mountain Basins Mixed Salt Desert Scrub | 2 |

BLM_0041236

**TABLE 3.6-1  (Cont.)**

| Lease Tract | Land Cover Type | Acreage |
|---|---|---|
| 23 | Colorado Plateau Pinyon-Juniper Woodland | 442 |
| | Colorado Plateau Mixed Bedrock Canyon and Tableland | 60 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 55 |
| | Inter-Mountain Basins Mixed Salt Desert Scrub | 20 |
| | Inter-Mountain Basins Shale Badland | 5 |
| | Cultivated Cropland | 5 |
| | Quarries, Mines, Gravel Pits and Oil Wells | 4 |
| | Inter-Mountain Basins Semidesert Grassland | 2 |
| | Introduced Upland Vegetation–Annual Grassland | 2 |
| | Colorado Plateau Pinyon-Juniper Shrubland | 1 |
| 24 | Colorado Plateau Pinyon-Juniper Woodland | 196 |
| | Colorado Plateau Pinyon-Juniper Shrubland | 5 |
| 25 | Colorado Plateau Pinyon-Juniper Woodland | 624 |
| | Colorado Plateau Mixed Bedrock Canyon and Tableland | 5 |
| | Inter-Mountain Basins Mixed Salt Desert Scrub | 4 |
| | Colorado Plateau Pinyon-Juniper Shrubland | 3 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 2 |
| | Inter-Mountain Basins Semidesert Shrub Steppe | 2 |
| 26 | Colorado Plateau Pinyon-Juniper Woodland | 3,838 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 54 |
| | Rocky Mountain Lower Montane Riparian Woodland and Shrubland | 22 |
| | Colorado Plateau Pinyon-Juniper Shrubland | 20 |
| | Colorado Plateau Mixed Bedrock Canyon and Tableland | 13 |
| | Rocky Mountain Gambel Oak–Mixed Montane Shrubland | 4 |
| | Inter-Mountain Basins Greasewood Flat | 1 |
| 27 | Colorado Plateau Pinyon-Juniper Woodland | 1,696 |
| | Inter-Mountain Basins Big Sagebrush Shrubland | 65 |
| | Rocky Mountain Lower Montane–Foothill Shrubland | 1 |
| | Rocky Mountain Lower Montane Riparian Woodland and Shrubland | <1 |

[a]   Source: USGS (2004)

1
2

BLM_0041237

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                 *Do Not Distribute*

1     **TABLE 3.6-2  Descriptions of Land Cover Types**[a]

---

**Colorado Plateau Pinyon-Juniper Woodland:** Occurs on foothills, ridges, and low-elevation mountain slopes. Two-needle pinyon (*Pinus edulis*), Utah juniper (*Juniperus osteosperma*), or both, are the dominant species. Understory layers, if present, may be shrub- or grass-dominated.

**Inter-Mountain Basins Big Sagebrush Shrubland:** Dominated by basin big sagebrush (*Artemisia tridentata tridentata*), Wyoming big sagebrush (*Artemisia tridentata wyomingensis*), or both. Other shrubs may be present. Perennial herbaceous plants are present but not abundant.

**Rocky Mountaim Gambel Oak–Mixed Montane Shrubland:** Occurs on dry foothills and lower mountain slopes. Gambel oak (*Quercus gambelii*) may be the only dominant species or share dominance with other shrubs.

**Inter-Mountain Basins Montane Sagebrush Steppe:** Occurs on flats, ridges, level ridgetops, and mountain slopes. Mountain big sagebrush (*Artemisia tridentata vaseyana*) and related taxa such as big sagebrush (*Artemisia tridentata spiciformis*) are typically the dominant species. Perennial herbaceous species, especially grasses, are usually abundant, although shrublands are also present.

**Colorado Plateau Pinyon-Juniper Shrubland:** Occurs on rocky mesatops and dry slopes, often upslope of pinyon-juniper woodland. Stunted two-needle pinyon (*Pinus edulis*) or Utah juniper (*Juniperus osteosperma*), or both, are the dominant species. Other shrubs may be present. Herbaceous species are sparse to moderately dense.

**Inter-Mountain Basins Greasewood Flat:** Dominated or co-dominated by greasewood (*Sarcobatus vermiculatus*) and generally occurring in areas with saline soils, a shallow water table, and intermittent flooding, although remaining dry for most growing seasons. This community type generally occurs near drainages or around playas. These areas may include, or may be co-dominated by, other shrubs, and may include a graminoid herbaceous layer.

**Inter-Mountain Basins Shale Badland:** Typically occurs on rounded hills and plains. Consists of barren and sparsely vegetated areas (<10% plant cover) with high rate of erosion and deposition. Vegetation consists of sparse dwarf shrubs and herbaceous plants.

**Inter-Mountain Basins Mixed Salt Desert Scrub:** Generally consists of open shrublands which include at least one species of Atriplex along with other shrubs. Perennial grasses dominate a sparse to moderately dense herbaceous layer.

**Rocky Mountain Lower Montane Riparian Woodland and Shrubland:** Occurs on streambanks, islands, and bars, in areas of annual or episodic flooding, and often occurs as a mosaic of tree-dominated communities with diverse shrubs.

**Introduced Riparian and Wetland Vegetation:** Vegetation dominated (typically >60% canopy cover) by introduced species. These are spontaneous, self-perpetuating, and not (immediately) the result of planting, cultivation, or human maintenance. Land occupied by introduced vegetation is generally permanently altered (converted) unless restoration efforts are undertaken. Specifically, land cover is significantly altered/disturbed by introduced riparian and wetland vegetation.

**Colorado Plateau Mixed Bedrock Canyon and Tableland:** Includes barren and sparsely vegetated (generally <10% plant cover) steep cliff faces, narrow canyons, and open tablelands. Composed of a very open coniferous tree canopy or scattered trees and shrubs. Herbaceous species are typically sparse.

BLM_0041238

**TABLE 3.6-2  (Cont.)**

---

**Quarries, Mines, Gravel Pits and Oil Wells:** Includes open pit mines and quarries.

**Colorado Plateau Mixed Low Sagebrush Shrubland:** Occurs in canyons, draws, hilltops, and dry flats. Consists of open shrubland and steppe habitats. Black sagebrush (*Artemisia nova*) or Bigelow sage (*A. bigelovii*) are the dominant species, with Wyoming big sagebrush (*A. tridentata* ssp. *wyomingensis*) co-dominant in some areas. Semiarid grasses are often present and may exceed 25% cover.

**Cultivated Cropland:** Areas where pasture/hay or cultivated crops account for more than 20% of total vegetation cover.

**Disturbed/Successional–Recently Chained Pinyon-Juniper:** Areas that have recently been chained to remove Pinyon-Juniper (*Pinus edulis-Juniperus* sp.).

**Rocky Mountain Lower Montane–Foothill Shrubland:** Occurs on dry foothills, canyon slopes, and lower mountains. These areas are typically dominated by a variety of shrubs. Scattered trees or patches of grassland or steppe may occur.

**Southern Rocky Mountain Mesic Montane Mixed Conifer Forest and Woodland:** Occurs in cool, moist areas of ravine slopes, stream terraces, and north- or east-facing slopes. A dense layer of diverse deciduous shrubs is often present. A high diversity of herbaceous species, including grasses, sedges, and forbs are present.

**Southern Rocky Mountain Dry–Mesic Montane Mixed Conifer Forest and Woodland:** Occurs on all aspects of mountain slopes, ridges, canyon slopes, and plateaus. Consists of a mix of trees, as well as shrubs and grasses on dry to mesic soils.

**Introduced Upland Vegetation–Annual Grassland:** Dominated by non-native annual grass species.

**Introduced Upland Vegetation–Perennial Grassland and Forbland:** Dominated by non-native perennial grass and forb species.

**Southern Rocky Mountain Ponderosa Pine Woodland:** Occurs on dry slopes. Ponderosa pine (*Pinus ponderosa*) is the dominant species. Other tree species may be present. The understory is usually shrubby and grasses may be present.

**Inter-Mountain Basins Semidesert Grassland:** Consists of perennial bunchgrasses as dominants or co-dominants. Scattered shrubs or dwarf shrubs may also be present.

**Inter-Mountain Basins Semidesert Shrub Steppe:** Generally consists of perennial grasses with an open shrub and dwarf shrub layer.

**Inter-Mountain Basins Mat Saltbush Shrubland:** Occurs on gentle slopes and rolling plains. Mat saltbush (*Atriplex corrugata*) or Gardner's saltbush (*Atriplex gardneri*) are typically dominant in these dwarf-shrublands. Other dwarf-shrubs may be dominant or co-dominant. Low shrubs may be present and herbaceous species are usually sparse.

---

[a]   Land cover descriptions are from USGS (2005b)

1
2

BLM_0041239

1   Tracts 13A, 14, and 18 are primarily composed of Colorado Plateau Pinyon-Juniper Woodland
2   and Colorado Plateau Pinyon-Juniper Shrubland. Lease Tract 12 is a mosaic of Inter-Mountain
3   Basins Montane Sagebrush Steppe, Inter-Mountain Basins Big Sagebrush Shrubland, and Rocky
4   Mountaim Gambel Oak-Mixed Montane Shrubland. Lease Tract 13 is a mosaic of Colorado
5   Plateau Pinyon-Juniper Woodland, Colorado Plateau Pinyon-Juniper Shrubland, Inter-Mountain
6   Basins Greasewood Flat, Inter-Mountain Basins Shale Badland, and Inter-Mountain Basins
7   Mixed Salt Desert Scrub.
8
9         Rocky Mountain Lower Montane Riparian Woodland and Shrubland occurs along
10  segments of Calamity Creek in Lease Tracts 26 and 27, and along the Dolores River in Lease
11  Tract 13 and the withdrawn area of the northwest section of Lease Tract 13A. A small area of
12  Introduced Riparian and Wetland Vegetation occurs in the northwest corner of Lease Tract 18
13  along Atkinson Creek.
14
15        Wetland areas are typically inundated or have saturated soils for at least a portion of the
16  growing season (Cowardin et al. 1979). Wetlands generally support plant communities that are
17  adapted to saturated soil conditions; however, streambeds, mudflats, gravel beaches, and rocky
18  shores are wetland areas that may not be vegetated. Although surface flows provide the water
19  source for some wetlands (such as many riverine marshes) other wetlands (such as springs and
20  seeps) are supported by groundwater discharge. Wetlands are often associated with perennial
21  water sources, such as springs, perennial segments of streams, or lakes and ponds. However,
22  some wetlands, such as vernal pools, have seasonal or intermittent sources of water. Wetlands in
23  the area of the lease tracts are mapped by the National Wetlands Inventory (NWI)
24  (USFWS 2009a). Digital data is not available for this area of Colorado, however, wetlands are
25  mapped and identified by type. Some wetlands occurring in these areas may not be mapped
26  because of the inherent limitations of high-altitude image interpretation. Riverine wetlands occur
27  in many canyon areas within the tracts, including along the Dolores River and named creeks.
28  Small palustrine wetlands occur in several tracts, typically as a result of a dike or impoundment,
29  and may represent livestock watering ponds. Table 3.6-3 lists the NWI mapped wetlands for each
30  tract.
31
32        Noxious weeds and invasive plant species occur in each of the counties containing
33  uranium lease tracts. The Colorado Department of Agriculture (CDA) maintains an official state
34  list of weed species that are designated noxious species (CDA 2011). Table 3.6-4 provides a
35  summary of the noxious weed species regulated in Colorado that are known to occur in the
36  vicinity (within approximately 20 mi or 32 km) of lease tracts (CDA 2010).
37
38        The CDA classifies noxious weeds into one of three lists (CDA 2011):
39
40  •    "List A species in Colorado that are designated by the Commissioner for
41        eradication."
42
43  •    "List B weed species are species for which the Commissioner, in consultation
44        with the state noxious weed advisory committee, local governments, and other
45

BLM_0041240

1    **TABLE 3.6-3  Wetlands Mapped by the National Wetlands Inventory within ULP Lease Tracts**

| Tract Number | Wetland Type |
|---|---|
| 5 | Palustrine, Unconsolidated Shore, Seasonally Flooded, Diked/Impounded |
| 5A | No NWI Wetlands |
| 6 | Palustrine, Emergent, Temporarily Flooded, Diked/Impounded |
| 7 | Palustrine, Unconsolidated Bottom, Semipermanently Flooded, Excavated |
| 8 | Palustrine, Unconsolidated Shore, Seasonally Flooded, Diked/Impounded<br>Palustrine, Unconsolidated Shore, Temporarily Flooded, Diked/Impounded |
| 8A | No NWI Wetlands |
| 9 | Palustrine, Unconsolidated Bottom, Semipermanently Flooded, Excavated<br>Palustrine, Emergent, Temporarily Flooded<br>Riverine, Intermittent, Streambed, Temporarily Flooded |
| 10 | Riverine, Intermittent, Streambed, Temporarily Flooded – Bishop Canyon<br>Palustrine, Aquatic Bed, Semipermanently Flooded, Diked/Impounded |
| 11 | Riverine, Intermittent, Streambed, Intermittently Flooded – Summit Canyon<br>Riverine, Intermittent, Streambed, Temporarily Flooded – Summit Canyon<br>Palustrine, Unconsolidated Shore, Seasonally Flooded, Diked/Impounded |
| 11A | Riverine, Intermittent, Streambed, Intermittently Flooded – Summit Canyon<br>Riverine, Intermittent, Streambed, Temporarily Flooded – Summit Canyon |
| 12 | Palustrine, Aquatic Bed, Semipermanently Flooded, Diked/Impounded |
| 13 | Palustrine, Unconsolidated Shore, Temporarily Flooded, Diked/Impounded – 2 occurrences<br>Riverine, Intermittent, Streambed, Temporarily Flooded – Burro Canyon<br>Riverine, Upper Perennial, Unconsolidated Bottom, Permanently Flooded – Dolores River – 3 occurrences<br>Palustrine, Scrub-Shrub, Temporarily Flooded – Dolores River - 7 occurrences<br>Riverine, Upper Perennial, Unconsolidated Shore, Temporarily Flooded – Dolores River – 4 occurrences<br>Riverine, Upper Perennial, Unconsolidated Shore, Seasonally Flooded – Dolores River – 5 occurrences<br>Riverine, Intermittent, Streambed, Temporarily Flooded – Bush Canyon |
| 13A | Riverine, Upper Perennial, Unconsolidated Shore, Seasonally Flooded Dolores River<br>Palustrine, Scrub-Shrub, Temporarily Flooded – Dolores River<br>Palustrine, Scrub-Shrub, Temporarily Flooded – Dolores River<br>Riverine, Upper Perennial, Unconsolidated Bottom, Permanently Flooded – 2 occurrences<br>Riverine, Upper Perennial, Unconsolidated Shore, Seasonally Flooded |

2

BLM_0041241

**TABLE 3.6-3  (Cont.)**

| Tract Number | Wetland Type |
|---|---|
| 14 | Riverine, Intermittent, Streambed, Temporarily Flooded – Morrison Canyon<br>Riverine, Intermittent, Streambed, Temporarily Flooded – Bush Canyon<br>Palustrine, Aquatic Bed, Semipermanently Flooded, Diked/Impounded – 2 occurrences<br>Palustrine, Emergent, Seasonally Flooded, Diked/Impounded<br>Riverine, Upper Perennial, Unconsolidated Bottom, Permanently Flooded – Dolores River |
| 15 | Riverine, Intermittent, Streambed, Temporarily Flooded |
| 15A | No NWI Wetlands |
| 16 | Palustrine, Emergent, Semipermanently Flooded, Diked/Impounded<br>Riverine, Intermittent, Streambed, Temporarily Flooded |
| 16A | Riverine, Intermittent, Streambed, Temporarily Flooded |
| 17 | No NWI Wetlands |
| 18 | Riverine, Intermittent, Streambed, Seasonally Flooded -Atkinson Creek<br>Palustrine, Unconsolidated Shore, Temporarily Flooded, Diked/Impounded<br>Palustrine, Unconsolidated Shore, Seasonally Flooded, Diked/Impounded – 2 occurrences<br>Palustrine, Emergent, Temporarily Flooded, Diked/Impounded – 2 occurrences<br>Palustrine, Aquatic Bed, Semipermanently Flooded, Diked/Impounded |
| 19 | Palustrine, Aquatic Bed, Semipermanently Flooded, Diked/Impounded |
| 19A | Palustrine, Unconsolidated Shore, Seasonally Flooded, Diked/Impounded<br>Palustrine, Emergent, Temporarily Flooded, Diked/Impounded<br>Palustrine, Aquatic Bed, Semipermanently Flooded, Diked/Impounded – 2 occurrences |
| 20 | Palustrine, Unconsolidated Shore, Temporarily Flooded, Diked/Impounded |
| 21 | Riverine, Intermittent, Streambed, Temporarily Flooded – 2 occurrences<br>Palustrine, Unconsolidated Shore, Seasonally Flooded, Excavated<br>Palustrine, Emergent, Temporarily Flooded, Diked/Impounded |
| 22 | Palustrine, Aquatic Bed, Semipermanently Flooded, Diked/Impounded |
| 22A | Palustrine, Emergent, Seasonally Flooded, Diked/Impounded<br>Palustrine, Aquatic Bed, Semipermanently Flooded, Diked/Impounded |
| 23 | Palustrine, Unconsolidated Shore, Temporarily Flooded, Diked/Impounded<br>Palustrine, Aquatic Bed, Semipermanently Flooded, Diked/Impounded<br>Palustrine, Unconsolidated Shore, Seasonally Flooded, Diked/Impounded |
| 24 | Palustrine, Emergent, Temporarily Flooded, Diked/Impounded<br>Palustrine, Aquatic Bed, Semipermanently Flooded, Diked/Impounded |

BLM_0041242

**TABLE 3.6-3  (Cont.)**

| Tract Number | Wetland Type |
|---|---|
| 25 | Palustrine, Unconsolidated Shore, Temporarily Flooded, Diked/Impounded<br>Palustrine, Aquatic Bed, Semipermanently Flooded, Diked/Impounded – 2 occurrences |
| 26 | Riverine, Intermittent, Streambed, Temporarily Flooded - 2 Maverick Canyon, Calamity Creek<br>Riverine, Upper Perennial, Unconsolidated Bottom, Semipermanently Flooded - Calamity Creek<br>Palustrine, Aquatic Bed, Semipermanently Flooded, Diked/Impounded – 2 occurrences<br>Palustrine, Unconsolidated Shore, Temporarily Flooded, Diked/Impounded |
| 27 | Palustrine, Unconsolidated Shore, Seasonally Flooded, Diked/Impounded<br>Palustrine, Aquatic Bed, Semipermanently Flooded, Diked/Impounded – 2 occurrences<br>Palustrine, Emergent, Seasonally Flooded, Diked/Impounded<br>Palustrine, Emergent, Temporarily Flooded, Diked/Impounded |

Riverine: This system includes all wetlands and deepwater habitats contained in natural or artificial channels periodically or in continuously containing flowing water or that form a connecting link between the two bodies of standing water. Upland islands or Palustrine wetlands may occur in the channel, but they are not part of the Riverine System.

Palustrine: This system includes all nontidal wetlands dominated by trees, shrubs, emergents, mosses, or lichens. Wetlands lacking such vegetation are also included if they exhibit all of the following characteristics: (1) are less than 20 acres (8 ha); (2) do not have an active wave-formed or bedrock shoreline feature; (3) have, at low water, a depth of less than 6.6 ft (2 m) in the deepest part of the basin; and (4) have salinity due to ocean-derived salts that is less than 0.5 part per trillion.

Intermittent: This subsystem includes channels that contain flowing water only part of the year, but it may contain isolated pools when the flow stops.

Upper Perennial: This subsystem is characterized by a high gradient and a fast water velocity. Some water flows throughout the year. This substrate consists of rock, cobbles, or gravel, with occasional patches of sand. There is very little floodplain development.

Streambed: Includes all wetlands contained within the Intermittent Subsystem of the Riverine System.

Aquatic Bed: Includes wetlands and deepwater habitats dominated by plants that grow principally on or below the surface of the water for most of the growing season in most years.

Unconsolidated Shore: Includes all wetland habitats having two characteristics: (1) unconsolidated substrates with less than 75% areal cover of stones, boulders, or bedrock and (2) less than 30% areal cover of vegetation. Landforms such as beaches, bars, and flats are included in this class.

Unconsolidated Bottom: Includes all wetlands and deepwater habitats with a cover of at least 25% consisting of particles smaller than stones (less than 6–7 cm or 2.4–2.8 in.), and a vegetative cover of less than 30%.

Emergent: Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants.

BLM_0041243

**TABLE 3.6-3  (Cont.)**

| Tract Number | Wetland Type |
| --- | --- |

Temporary Flooded: Surface water is present for brief periods the during growing season, but the water table usually lies well below the soil surface for most of the growing season. Plants that grow both in uplands and wetlands may be characteristic of this water regime.

Intermittently Flooded: This water regime is limited to describing habitats in the arid western portions of the United States. Substrate is usually exposed, but surface water is present for variable periods without detectable seasonal periodicity. These habitats are very climate-dependent. Weeks or months or even years may intervene between periods of inundation. Flooding or inundation may come from spring snowmelt or sporadic summer thunderstorms. The dominant plant communities under this regime may change as soil moisture conditions change. Some areas exhibiting this regime do not fall within the Cowardin et al. (1979) definition of wetland because they do not have hydric soils or support hydrophytes. This water regime has been used extensively in vegetated and nonvegetated situations, including identifying some shallow depressions (playa lakes), intermittent streams, and dry washes in the arid west.

Semipermanently Flooded: Surface water persists throughout the growing season in most years. When surface water is absent, the water table is usually at or very near the land's surface.

Permanently Flooded: Water covers the land surface throughout the year in all years.

Seasonally Flooded: Surface water is present for extended periods, especially early in the growing season, but is absent by the end of the growing season in most years. The water table after flooding ceases is variable, extending from saturated at the surface to a water table well below the ground surface.

Diked/Impounded: These wetlands have been created or modified by a human-made barrier or dam that obstructs the inflow or outflow of water. The descriptors "diked" and "impounded" have been combined into a single modifier, since the observed effect on wetlands from either a dike or an impoundment is similar. They have been combined here because of image interpretation limitations.

Source: Definitions are from Cowardin et al. (1979)

interested parties, develops and implements state noxious weed management plans designed to stop the continued spread of these species."

• "List C weed species are species for which the Commissioner, in consultation with the state noxious weed advisory committee, local governments, and other interested parties, will develop and implement state noxious weed management plans designed to support the efforts of local governing bodies to facilitate more effective integrated weed management on private and public lands. The goal of such plans will not be to stop the continued spread of these species but to provide additional education, research, and biological control resources to jurisdictions that choose to require management of List C species."

BLM_0041244

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                  *Do Not Distribute*

1
2

**TABLE 3.6-4  Noxious Weeds Occurring in the Vicinity[a] of ULP Lease Tracts**

| Scientific Name | Common Name | List |
|---|---|---|
| *Cirsium vulgare* | Bull thistle | B |
| *Euphorbia cyparissias* | Cypress spurge | A |
| *Linaria dalmatica* | Dalmatian toadflax | B |
| *Hesperis mattronalis* | Dame's rocket | B |
| *Centaurea diffusa* | Diffuse knapweed | B |
| *Isatis tinctoria* | Dyer's woad | A |
| *Cardaria draba* | Hoary cress | B |
| *Cynoglossum officinale* | Houndstongue | B |
| *Euphorbia esula* | Leafy spurge | B |
| *Carduus nutans* | Musk thistle | B |
| *Chrysanthemum leucanthemum* | Oxeye daisy | B |
| *Lepidium latifolium* | Perennial pepperweed | B |
| *Lythrum salicaria* | Purple loosestrife | A |
| *Acroptilon repens* | Russian knapweed | B |
| *Elaeagnus angustifolia* | Russian-olive | B |
| *Tamarix ramosissima* | Salt cedar | B |
| *Matricaria perforata* | Scentless chamomile | B |
| *Onopordum acanthium* | Scotch thistle | B |
| *Centaurea maculosa* | Spotted knapweed | B |
| *Potentilla recta* | Sulphur cinquefoil | B |
| *Linaria vulgaris* | Yellow toadflax | B |
| *Cirsium arvense* | Canada thistle | B |
| *Bromus tectorum* | Downy brome/cheatgrass | C |
| *Convolvulus arvensis* | Field bindweed | C |

[a]   Mapped within approximately 20 mi (32 km) of lease tracts.

3
4
5  **3.6.2  Wildlife**
6
7      As discussed in Section 3.6.1 the various ecoregions within the three-county study area
8  within which the lease tracts are located include a diversity of land cover, plant communities,
9  and plant species, which, in turn, provide a wide range of habitats supporting diverse
10  assemblages of terrestrial wildlife species (Table 3.6-5). Many of these species may be expected
11  to occur within or near the lease tracts, depending upon the plant communities and habitats
12  present.
13
14      The BLM and other federal agencies that administer public lands have active wildlife
15  management programs. These programs are aimed largely at habitat protection and
16  improvement. The general objectives of wildlife management are to (1) maintain, improve, or
17  enhance wildlife species diversity while ensuring healthy ecosystems; (2) restore disturbed or
18  altered habitat with the objective of obtaining desired native plant communities while providing
19  for wildlife needs and soil stability; and (3) protect and maintain wildlife and associated wildlife
20  habitat by addressing and mitigating impacts from authorized and unauthorized uses of
21

BLM_0041245

**TABLE 3.6-5  Number of Wildlife Species in the Three-County Study Area**[a]

| County | Amphibians | Reptiles | Birds | Mammals |
|--------|-----------|----------|-------|---------|
| Mesa | 10 | 20 | 343 | 83 |
| Montrose | 10 | 20 | 260 | 82 |
| San Miguel | 9 | 19 | 224 | 81 |

[a]  Excludes native species that have been extirpated and not subsequently reintroduced into the wild, and feral domestic species.

Sources: CDOW (2011a); Colorado Field Ornithologists (2010a,b,c).

BLM-administered lands. Federal agencies such as the BLM are primarily responsible for managing habitats, while state agencies (e.g., Colorado Department of Natural Resources) are responsible for managing the big game, small game, and nongame wildlife species in cooperation with the BLM. The U.S. Fish and Wildlife Service (USFWS) has responsibility for oversight of migratory bird species and most federal threatened, endangered, proposed, or candidate species. Management of threatened and endangered species is discussed in Section 3.6.4.

### 3.6.2.1  Amphibians and Reptiles

The three-county study area supports a number of amphibian and reptile species (Table 3.6-5). However, amphibian species are not expected to occur throughout most of the lease tracts due to the limited abundance of water bodies and wetlands capable of supporting breeding populations of amphibians. Some of the lease tracts (e.g., 7 and 9) that have mine-water treatment systems (ponds) to receive discharge water from underground mines or other depressions that may hold standing water for extended periods of time that could support amphibians. A number of lizard and snake species would occur on the lease tracts. Turtles would not be expected on the lease tracts. Table 3.6-6 lists the amphibian and reptile species expected to occur within the lease tract boundaries. Threatened, endangered, and other special status amphibian and reptile species are addressed in Section 3.6.4.

### 3.6.2.2  Birds

Several hundred species of birds occur in the three-county study area (Table 3.6-5). The following discussion focuses on major groups of birds that occur within the three-county study area. These include birds that have key habitats within the study area, are important to humans (e.g., waterfowl and upland game species), and/or are representative of other species that share

BLM_0041246

1 **TABLE 3.6-6  Amphibian and Reptile Species Expected to Occur within the Lease Tract**
2 **Boundaries**

| Species | Elevation (ft) | Habitat |
|---------|----------------|---------|
| **Amphibians** | | |
| Canyon treefrog (*Hyla arenicolor*) | 4,500–6,300 | Within permanent or semipermanent intermittent pools and streams with hard, rocky substrates. Primarily in deep, rocky canyons. |
| Great Basin spadefoot (*Spea intermontana*) | 4,500–7,000 | Pinyon-juniper woodlands, sagebrush, and semidesert shrublands. Breeds in temporary and permanent waters including rain pools, pools in intermittent streams, and flooded areas along streams. |
| New Mexico spadefoot (*Spea multiplicata*) | 3,000–6,500 | Desert grassland, shortgrass prairie, sagebrush, mixed grassland, pinyon-juniper, pine-oak woodlands, and open pine forests. Breeding habitat includes ephemeral artificial impoundments (e.g., stock tanks and pools that form along roads or railroad grades), ephemeral pools and playas, and isolated pools in temporary streams. |
| Red-spotted toad (*Bufo punctatus*) | 3,000–7,000 | Usually associated with rocky canyons, occasionally along streams and in canyon bottoms without large rocks. |
| Tiger salamander (*Ambystoma tigrinum*) | 3,000–12,000 | Any habitat that has a body of water nearby for breeding (e.g., ponds, lakes, and impoundments ranging from a few meters in diameter to several hectares in area). Virtually any water source may be used for breeding |
| **Reptiles** | | |
| Collared lizard (*Crotaphytus collaris*) | 3,000–8,000 | Rocky canyons, slopes, and gullies; rocky ledges above cliffs; bedrock exposures; and areas with scattered large rocks and sparse vegetation. |
| Fence lizard (*Sceloporus undulatus*) | 3,000–9,500 | Rocky habitats including cliffs, talus, old lava flows and cones, canyons, hogbacks, and outcroppings. Adjacent vegetation includes pinyon-juniper woodland, mountain shrubland, semidesert shrubland, and various grasses and forbs. May occur in riparian habitats, but not known to make significant use of aquatic habitat. |
| Gopher snake (*Pituophis catenifer*) | 3,000–8,500 | Multitude of habitats including plains grasslands, sandhills, riparian areas, marshes, pond and lake edges, rocky canyons, semidesert and mountain shrublands, pinyon-juniper woodlands, ponderosa pine, and rural and suburban areas. |
| Milk snake (*Lampropeltis trianulum*) | 3,000–8,000 | Various habitats including shortgrass prairie, sandhills, shrubby hillsides, canyons, pinyon-juniper woodlands, and arid river valleys. |
| Night snake (*Hypsiglena torquata*) | 3,000–8,000 | Rocky slopes and canyons sparsely vegetated with pinyon-juniper woodland and/or various shrubs and grasses. |

3

BLM_0041247

**TABLE 3.6-6  (Cont.)**

| Species | Elevation (ft) | Habitat |
|---------|----------------|---------|
| ***Reptiles (Cont.)*** | | |
| Plateau striped whiptail (*Cnemidophorus velox*) | 4,500–7,500 | Mainly pinyon-juniper woodland, but also a wide variety of other grassland, shrubland, and forest habitats. |
| Sagebrush lizard (*Sceloporus graciosus*) | 4,500–8,500 | Various habitats including pinyon-juniper woodlands, semidesert shrublands, and shale hills with sparse grasses and low shrubs. |
| Short-horned lizard (*Phrynosoma hernandesi*) | 3,000–11,000 | Various habitats including short-grass prairie, sagebrush, semidesert shrubland, shale barrens, and pinyon-juniper woodland. |
| Side-blotched lizard (*Uta stansburiana*) | 4,500–6,000 | Washes, arroyos, boulder-strewn ravines, rocky canyon slopes, bedrock exposures, rimrock outcroppings, rocky cliff bases, and shrubby areas in canyon bottoms where soils are soft and deep. Usually found where there is an abundance of bare ground. |
| Striped whipsnake (*Masticophis taeniatus*) | 4,500–8,500 | Semidesert shrublands, pinyon-juniper woodlands and shrublands on mesa tops and rocky slopes, and intermittent stream courses and arroyos in the bottoms of canyons. |
| Tree lizard (*Urosaurus ornatus*) | 4,500–8,000 | Cliffs, canyon walls, steep bedrock exposures, talus slopes with large boulders, and other areas strewn with huge rocks. Vegetation present includes pinyon pine, juniper, and various shrubs. |
| Western rattlesnake (*Crotalus viridis*) | 3,000–9,500 | Various habitats including plains grasslands, sandhills, semidesert shrubland, mountain shrubland, riparian zones, and pinyon-juniper woodland. |
| Western whiptail (*Cnemidophorus tigris*) | 4,500–6,000 | Canyon bottoms to adjacent low mesa tops, preferring open spaced stands of shrubs such as greasewood, sagebrush, or pinyon-pine and juniper of friable soils. |

Sources: CDOW (2011a); USGS (2007)

1
2
3  important habitats. Threatened, endangered, and other special status bird species are addressed in
4  Section 3.6.4.
5
6
7      **3.6.2.2.1  Waterfowl, Wading Birds, and Shorebirds.** Waterfowl (ducks, geese, and
8  swans), wading birds (herons and cranes), and shorebirds (plovers, sandpipers, and similar
9  birds) are among the more abundant groups of birds in the three-county study area. Many of
10 these species migrate extensive distances from breeding areas in Alaska and Canada to wintering
11 grounds in Mexico and southward (Lincoln et al. 1998). Most are ground-level nesters, and many

BLM_0041248

1　forage in flocks (sometimes relatively large) on the ground or water. Within the study area,
2　migration routes for these birds are often associated with riparian corridors and wetland or lake
3　stopover areas.
4
5　　　Common to abundant waterfowl and shorebird species that occur within the three-county
6　study area include Canada goose (*Branta canadensis*), green-winged teal (*Anas crecca*), mallard
7　(*Anas platyrhynchos*), northern shoveler (*Anas clypeata*), gadwall (*Anas strepera*), ring-necked
8　duck (*Aythya collaris*), great blue heron (*Ardea herodias*), killdeer (*Charadrius vociferous*),
9　spotted sandpiper (*Actitis macularius*), and snow goose (*Chen caerulescens*) (CDOW 2011a).
10　Major waterfowl species harvested in the three counties include mallard and Canada goose.
11　Other species commonly harvested include gadwall, American widgeon (*Anas americana*), teal
12　(*Anas* spp.), northern pintail (*Anus acuta*), and northern shoveler (USFWS 2003). In Colorado,
13　no hunting season for the sandhill crane (*Grus canadensis*) occurs west of the Continental Divide
14　(CDOW 2011b).
15
16　　　Habitat for most waterfowl, wading birds, and shorebirds in the three-county study area
17　occurs within the larger permanent water bodies, such as the Dolores and San Miguel Rivers.
18　These birds do not occur to any extent within the lease tract boundaries because there are zero to
19　a limited number of suitable habitats there.
20
21　　　Figure 3.6-3 shows the activity areas for the Snow Goose in the three-county study area
22　(CDOW 2011a). Table 3.6-7 provides the acreage of snow goose activity areas within the
23　three-county study area and within the combined boundary for the lease tracts.
24
25
26　　　**3.6.2.2.2  Songbirds.** Songbirds (also referred to as perching birds) of the order
27　Passeriformes represent the most diverse category of birds, with the warblers and sparrows
28　representing the two most diverse groups of passerines. The passerines exhibit a wide range of
29　seasonal movements, with some species remaining as year-round residents in some areas and
30　being migratory in others, and with still other species migrating hundreds of miles or more
31　(Lincoln et al. 1998). Nesting occurs in vegetation from near ground level to the upper canopy of
32　trees. Some songbirds, such as the thrushes and chickadees, are relatively solitary throughout the
33　year, while others, such as swallows and blackbirds, may occur in small to large flocks at various
34　times of the year. Foraging may occur in flight (e.g., swallows and swifts) or on vegetation or the
35　ground (e.g., warblers, finches, and thrushes). Table 3.6-8 lists the songbird species that are
36　expected to occur within the lease tract boundaries and that are considered by CDOW (2011a) to
37　be fairly common to abundant within the three-county study area.
38
39
40　　　**3.6.2.2.3  Birds of Prey.** The birds of prey include the raptors (hawks, falcons, eagles,
41　kites, and osprey), owls, and vultures. These species represent the top avian predators in many
42　ecosystems. The raptors and owls vary considerably among species with regard to their seasonal
43　migrations, with some species being nonmigratory (year-round residents), others being migratory
44

BLM_0041249



1

2    **FIGURE 3.6-3  Snow Goose Activity Areas within the Three-County Study Area That**
3    **Encompasses the Lease Tract Boundaries**
4

BLM_0041250

*Preliminary Draft PEIS*            *PEIS Privileged Information*            *May 2012*
*PEIS Team Use Only*                      *Do Not Distribute*

TABLE 3.6-7  Acreages of Snow Goose Activity Areas within the Three-County Study Area and the Combined Boundary for the Lease Tract

| Activity Area | Acreage | | |
|---|---|---|---|
| | Three-County Study Area | Lease Tract Boundaries | Lease Tracts |
| Winter range | 327,496 | 0 | None |
| Winter concentration area | 21,016 | 0 | None |
| Production area | 86,827 | 0 | None |
| Foraging area | 190,188 | 0 | None |
| Concentration area | 6,478 | 0 | None |
| Molting area | 45 | 0 | None |

Source: CDOW (2011a).

in the northern portions of their ranges and nonmigratory in the southern portions of their ranges, and still other species being migratory throughout their ranges.

Raptors forage on a variety of prey, including small mammals, reptiles, other birds, fish, invertebrates, and, at times, carrion. They typically perch on trees, utility support structures, highway signs, and other high structures that provide a broad view of the surrounding topography, and they may soar for extended periods at relatively high altitudes. The raptors forage from either a perch or on the wing (depending on the species), and all forage during the day. The owls also perch on elevated structures and forage on a variety of prey, including mammals, birds, and insects. Forest-dwelling species typically forage by diving on a prey item from a perch, while open-country species hunt on the wing while flying low over the ground. While generally nocturnal, some owl species are also active during the day. The vultures, of which only the turkey vulture (*Cathartes aura*) occurs in the three-county study area, are large, soaring scavengers that feed on carrion.

Table 3.6-9 lists the raptor species expected to occur within the lease tract boundaries.

**3.6.2.2.4  Upland Game Birds.** Upland game birds that are native to the three-county study area include dusky grouse (*Dendragapus obscurus*), greater sage-grouse (*Centrocercus urophasianus*), Gunnison sage-grouse (*C. minimus*), Gambel's quail (*Callipepla gambelii*), mourning dove (*Zenaida macroura*), white-winged dove (*Z. asiatica*), and wild turkey (*Meleagris gallopavo*). Introduced species include ring-necked pheasant (*Phasianus colchicus*) and chukar (*Alectoris chukar*). All of the upland game bird species are year-round residents. Most concerns about upland game birds have focused on the potential impacts on the sage grouse because of the reduction, fragmentation, and modification of grassland and shrubland habitats. Sage grouse are addressed in Section 3.6.4.

BLM_0041251

1    **TABLE 3.6-8  Songbird Species Expected to Occur within the Lease Tract Boundaries**

| Species | Elevation (ft) | Habitat |
|---|---|---|
| American crow (*Corvus brachyrhynchos*) | 3,000–10,000 | Occurs mostly in riparian, agricultural, and urban areas, but also coniferous forests, shrublands, and Cholla grasslands. |
| American robin (*Turdus migratorius*) | 3,000–11,500 | In summer, it occurs in urban areas around farmhouses and windbreaks, riparian areas, coniferous and aspen forests, and krummholz. During migration, it occurs in most wooded habitats and bare or sparsely vegetated fields. In winter, it occurs in urban, riparian, and agricultural areas, pinyon-juniper woodlands, and ponderosa pine forests. |
| Ash-throated flycatcher (*Myiarchus cinerascens*) | 3,000– 9,000 | Occurs in pinyon-juniper woodlands and open riparian forests. |
| Bewick's wren (*Thryomanes bewickii*) | 3,000–7,000 | Occurs in dry canyon and pinyon-juniper woodlands and semidesert shrublands. Often found in tamarisk in summer, and occurs mostly in tamarisk in winter. |
| Black-billed magpie (*Pica pica*) | 3,000–13,000 | Most common in riparian forests, agricultural, and urban areas, but also occurs regularly in shrublands, pinyon-juniper woodlands, and cholla grasslands. |
| Black-chinned hummingbird (*Archilochus alexandri*) | 3,000–7,000 | Occurs in pinyon-juniper woodlands, lowland and foothill riparian forests, Gambel oak shrublands, and urban areas. |
| Black-headed grosbeak (*Pheucticus melanocephalus*) | 3,000–11,500 | Breeds primarily in ponderosa pine, aspen, and foothill riparian forests, pinyon-juniper woodlands, and Gambel oak shrublands. Needs to be near water. |
| Black-throated gray warbler (*Dendroica nigrescens*) | 3,000–7,500 | Breeds in pinyon-juniper woodlands, especially in taller and denser woodlands. Occasionally found in other coniferous forest types adjacent to pinyon-juniper. Migrates primarily in pinyon-juniper woodlands, but occasionally occurs in shrublands and lowland riparian forests. |
| Blue-gray gnatcatcher (*Polioptila caerulea*) | 5,000–7,000 | Breeds in pinyon-juniper woodlands, Gambel oak, mountain mahogany and riparian shrublands. During migration, it occurs in most wooded or brushy habitats. Winter birds occur in shrublands on dry, sunny slopes or along open streams. |
| Brewer's blackbird (*Euphagus cyanocephalus*) | 3,000–12,000 | Occurs in meadows, grasslands, and riparian, agricultural, and urban areas. Occasionally occurs in sagebrush or other shrublands. During winter, most often occurs near open water (streams and irrigation canals) and farmyards with livestock. |

2

BLM_0041252

**TABLE 3.6-8  (Cont.)**

| Species | Elevation (ft) | Habitat |
|---|---|---|
| Brewer's sparrow (*Spizella breweri*) | 3,000–10,000 | Breeds primarily in sagebrush shrublands, but also occurs in mountain mahogany or rabbitbrush. May occur in large openings in pinyon-juniper woodlands or large parklands within coniferous forests. During migration, it frequents wooded, brushy, and weedy agricultural and urban areas. |
| Brown-headed cowbird (*Molothrus aster*) | 3,000–12,000 | Breeds mostly in open areas such as grasslands, shrublands, agricultural areas, mountain meadows, and adjacent open forests. During winter, it mostly occurs around feedlots or farmyards. |
| Bushtit (*Psaltriparus minimus*) | 5,000–8,500 | Primarily occurs in pinyon-juniper woodlands and in upland and riparian shrublands. Also occurs in rabbitbrush in fall. |
| Canyon wren (*Catherpes mexicanus*) | 5,000–8,500 | Occurs in cliffs and on rocky slopes, and in river canyons, river bluffs, cliffs, and rock slides. Often occurs in canyons with streams at the bottom. |
| Chipping sparrow (*Spizella passerine*) | 3,000–11,000 | Breeds in ponderosa pine forests, riparian and pinyon-juniper woodlands, and shrublands. May also occur occasionally in Douglas-fir, lodgepole pine, aspen, or spruce-fir forests, especially adjacent to meadows. During migration, it occurs in weedy fields, agricultural areas, grasslands, and urban areas. |
| Clark's nutcracker (*Nucifraga columbiana*) | 5,500–12,000 | Breeds in spruce-fir, Douglas-fir, and limber pine forests, and also occurs in aspen forests at all seasons. It wanders to alpine tundra in spring, summer, and fall, and to Gambel oak and mountain mahogany shrublands, riparian, and agricultural areas in fall and early winter. In years of large cone crops, it often occurs in large numbers in ponderosa pine forests and pinyon-juniper woodlands. |
| Cliff swallow (*Petrochelidon pyrrhonota*) | 3,000–10,000 | Breeds on cliffs and human-made structures such as buildings, bridges, culverts, and dams (mostly in or near open habitats). During migration, it occurs widely over and around lakes, marshes, and open agricultural areas. |
| Common nighthawk (*Chordeiles minor*) | 3,000–10,000 | Inhabits grasslands, sagebrush and semidesert shrublands, open riparian and ponderosa pine forests, pinyon-juniper woodlands, agricultural areas, and urban areas. Occurs over other habitats while foraging. |
| Common raven (*Corvus corax*) | 5,000–14,000 | Breeds on cliffs, and wanders (mostly outside of the breeding season) to adjacent lowlands, mostly in grasslands and shrublands but also in riparian and agricultural areas. Also nests in tall trees and on power poles. |

BLM_0041253

**TABLE 3.6-8  (Cont.)**

| Species | Elevation (ft) | Habitat |
|---|---|---|
| Dark-eyed junco (*Junco hyemalis*) | 3,000–10,000 | Occurs in a variety of wooded habitats that have openings with dense herbaceous ground cover. Winters in coniferous and riparian forests and thickets, shrublands, and wooded urban areas. |
| Dusky flycatcher (*Empidonax oberholseri*) | 5,500–11,000 | Breeds in fairly open or brushy habitats, such as ponderosa pine forest, hillside shrublands (Gambel oak, mountain mahogany, serviceberry), shrubby openings in pinyon-juniper woodlands, montane and foothill riparian forests, small willow thickets, and aspen forests. During migration, it occurs in all wooded or brushy habitats. |
| Green-tailed towhee (*Pipilo chlorurus*) | 3,000–11,500 | Breeds most commonly in dry, hillside shrublands (Gambel oak, mountain mahogany, serviceberry, sagebrush), and also in riparian shrublands and pinyon-juniper woodlands. Migrates in wooded or brushy riparian and urban areas and shrublands. |
| Hermit thrush (*Catharus guttatus*) | 3,000–11,500 | Summer habitat primarily includes spruce-fir forests, but also all other coniferous forest types. In some areas, it is most common in lodgepole pine forests and may be fairly common in dense upper elevation pinyon-juniper woodlands. Locally may occur in Gambel oak shrublands, especially those with scattered conifers. During migration, it occurs in all wooded habitats. |
| Horned lark (*Eremophila alpestris*) | 3,000–9,000 | Breeds in grasslands, sagebrush and semidesert shrublands, and alpine tundra. In migration and winter, it occurs in the same habitats (except tundra), and also in agricultural areas. It is especially common in stubble and fallow fields and also occurs around feedlots and farmyards in winter. Almost always occurs where plant density is low and there is exposed soil. Can be found in association with prairie dog colonies. |
| House finch (*Carpodacus mexicanus*) | 3,000–10,000 | Most common in urban areas and lower pinyon-juniper woodlands, but also occurs in agricultural areas, riparian forests, shrublands (sagebrush and rabbitbrush), and cholla grasslands. |
| Juniper titmouse (*Baeolophus griseus*) | 2,250–8,000 | Found in dry habitats of open woodlands. Most common where large mature junipers are present. Mostly found in pinyon-juniper woodlands, but will forage in shrub and riparian habitats. |
| Lark sparrow (*Chondestes grammacus*) | 3,000–9,000 | Inhabits grasslands, shrublands, open riparian areas, and agricultural areas. Sometimes occurs in open pinyon-juniper woodlands. Can be found in association with prairie dog colonies. |

BLM_0041254

**TABLE 3.6-8  (Cont.)**

| Species | Elevation (ft) | Habitat |
|---|---|---|
| Lazuli bunting (*Passerina amoena*) | 3,000–9,500 | Breeds most commonly in Gambel oak shrublands, but also in other hillside shrublands (mountain mahogany, serviceberry, etc.), lowland and foothill riparian forests and shrublands, brushy meadows, sage shrublands, and pinyon-juniper woodlands. In all habitats, it requires low shrubs, and during migration, it occurs in wooded or brushy areas. |
| Mountain bluebird (*Sialia currucoides*) | 3,000–13,500 | In summer, it occupies mountain grasslands and sage shrublands adjacent to open coniferous forests (especially ponderosa pine and pinyon-juniper) and aspen forests. Alpine tundra adjacent to krummholz, and Gambel oak and mountain mahogany shrublands also provide excellent habitat. During migration, it occurs in grasslands, open shrublands, and agricultural areas. In winter, it is most common in pinyon-juniper woodlands, but is also found in shrublands and agricultural areas. |
| Mountain chickadee (*Poecile gambeli*) | 5,500–11,500 | Inhabits coniferous and aspen forests. Also occurs in pinyon-juniper woodlands. In winter, wandering birds also occur in shrublands, urban areas, and lowland riparian forests. |
| Northern flicker (*Colaptes auratus*) | 3,000–11,500 | Occurs in a variety of grassland, shrubland, forestland, riparian/wetland, and urban/cropland habitats. |
| Orange-crowned warbler (*Vermivora celata*) | 3,000–9,000 | In migration, it occurs in riparian and urban areas, but it is also in most other forest and shrubland habitats. In summer, it frequents Gambel oak shrublands, foothill riparian and aspen forests, pinyon-juniper woodlands, and montane riparian willow shrublands. |
| Pine siskin (*Carduelis pinus*) | 3,000–11,500 | Breeds primarily in coniferous forests (especially spruce-fir) and rarely in riparian areas, aspen forests, and shrublands. Also uses ponderosa, lodgepole, and pinyon pine. In winter and during migration, it frequents coniferous forests, riparian areas, shrublands, agricultural, and urban areas. |
| Pinyon jay (*Gymnorhinus cyanocephalus*) | 5,000–7,000 | Inhabits pinyon-juniper woodlands. Wandering birds occur in riparian areas, grasslands, shrublands, coniferous forests, isolated aspen stands, and alpine tundra. |
| Plumbeous vireo (*Vireo plumbeus*) | 3,000–8,000 | Inhabits ponderosa pine forests and pinyon-juniper woodlands, especially denser woodlands at the upper elevational range of pinyon-juniper and aspen forests, foothill riparian forests, and Gambel oak shrublands with scattered tall trees. Occasionally breeds in lowland riparian forests adjacent to foothills. |

BLM_0041255

**TABLE 3.6-8  (Cont.)**

| Species | Elevation (ft) | Habitat |
|---|---|---|
| Pygmy nuthatch (*Sitta pygmaea*) | 5,500–10,000 | Inhabits ponderosa pine forests, but may also nest in lodgepole pines and aspens. Wanders rarely to Douglas-fir and pinyon-juniper woodlands, and even more rarely to spruce-fir forests and lowland riparian forests. |
| Rock wren (*Salpinctes obsoletus*) | 3,000–12,000 | Habitat includes open, rocky slopes and around cliffs. During migration, it occurs in grasslands, brushy slopes, riparian areas, and urban areas. |
| Ruby-crowned kinglet (*Pegulus calendula*) | 3,000–11,500 | Breeds in coniferous forests, primarily in spruce-fir, and is common in lodgepole pine forests in some areas. During migration, it occurs in all wooded habitats. In winter, it inhabits pinyon-juniper woodlands, ponderosa pine forests, planted conifers, urban areas, and lowland riparian forests. |
| Sage sparrow (*Amphispiza belli*) | 3,000–7,000 | Breeds in big sagebrush or mixed big sagebrush and greasewood habitats. During migration, it occurs in grasslands and other types of shrublands. |
| Sage thrasher (*Oreoscoptes montanus*) | 3,000–14,000 | Breeds in sagebrush shrublands and occasionally in other shrublands or cholla grasslands. In migration and winter, it occurs in open agricultural areas, pastures, grasslands, shrublands, open riparian areas, and pinyon-juniper woodlands. |
| Say's phoebe (*Sayornis saya*) | 3,000–9,500 | Breeds in most open habitats such as grasslands and shrublands, often near buildings (especially if abandoned) and bridges. It generally does not breed in agricultural areas except those adjacent to uncultivated areas. In migration, it occurs in all open habitats, including cultivated and riparian areas. In winter, it is usually found around the open water of streams and sewage ponds. Can be found associated with prairie dog colonies. |
| Spotted towhee (*Pipilo maculatus*) | 3,000–8,000 | Prefers scrub oak, shrubby pinyon-pine woodlands, and riparian thickets. |
| Vesper sparrow (*Pooecetes gramineus*) | 3,000–13,000 | Breeds in grasslands, open shrublands mixed with grasslands, and open pinyon-juniper woodlands. During migration, it occurs in open riparian and agricultural areas. |

BLM_0041256

**TABLE 3.6-8  (Cont.)**

| Species | Elevation (ft) | Habitat |
|---|---|---|
| Virginia's warbler (*Vermivora virginiae*) | 3,000–10,000 | Breeds in dry, dense hillside shrublands, especially Gambel oak. Habitat includes mountain mahogany and riparian thickets, ponderosa pine forests, and pinyon-juniper woodlands, especially with shrubby understories. Occasionally occurs in aspen or Douglas-fir forests, especially those with an understory of shrubs. During migration, it frequents riparian and urban areas and shrublands. |
| Western bluebird (*Sialia mexicana*) | 3,000–8,000 | Breeds primarily in ponderosa pine forests (or mixed ponderosa pine/aspen) and less often in pinyon-juniper woodlands and Gambel oak shrublands. During migration, it occurs in most open forest types and adjacent open areas. In winter, it frequents pinyon-juniper woodlands, but also occurs in riparian areas and shrublands, generally where fruits are abundant. |
| Western kingbird (*Tyrannus verticalis*) | 3,000–10,000 | Breeds mostly in open riparian and agricultural areas, but also in pinyon-juniper woodlands adjacent to fields and in urban areas. Occurs in grasslands or desert shrublands, mostly in the vicinity of streams, isolated trees, shelterbelts, and houses. Often associated with prairie dog colonies in areas of juniper and cholla or sagebrush. |
| Western meadowlark (*Sturnella neglecta*) | 3,000–12,000 | Most common in agricultural areas, especially in winter when it often occurs around farmyards. Also occurs in grasslands, croplands, weedy fields, and, less commonly, in semidesert and sagebrush shrublands. |
| Western scrub-jay (*Aphelocoma californica*) | 5,000–7,000 | Occurs in scrub-oak and pinyon-juniper woodlands, ponderosa pine forests, wooded creek bottoms, and brushy ravines. |
| Western tanager (*Piranga ludoviciana*) | 3,000–10,500 | Breeds most commonly in ponderosa pine and Douglas-fir forests. It also occurs regularly in Gambel oak shrublands, especially those with trees, and in pinyon-juniper woodlands and aspen forests. During migration, it occurs in lowland riparian forests and wooded urban areas. |
| Western wood-pewee (*Contopus sordidulus*) | 3,000–10,000 | Commonly breeds in aspen forests and also occurs in ponderosa pine and foothill riparian forests. It is generally less common in lodgepole pine, Douglas-fir, lowland riparian forests, and pinyon-juniper woodlands. During migration, it frequents wooded riparian and urban areas. |

BLM_0041257

**TABLE 3.6-8  (Cont.)**

| Species | Elevation (ft) | Habitat |
|---|---|---|
| White-breasted nuthatch (*Sitta carolinensis*) | 3,000–11,500 | Most common in ponderosa pine forests and pinyon-juniper woodlands. It also occurs regularly in foothill and lowland riparian forests, and can be found in urban areas, especially in fall and winter. |
| White-throated swift (*Aeronautes saxatalis*) | 5,500–10,000 | Nests in crevices in cliffs, canyon walls, pinnacles, and large rocks, and in human-made structures that provide crevice-like openings. |
| Yellow-rumped warbler (*Dendroica coronate*) | 3,000–11,000 | Nests in forests and open woodlands. During migration and winter, it occurs in open forests, woodlands, savannas, roadsides, pastures, and scrub habitats. |

Sources: CDOW (2011a); USGS (2005)

Table 3.6-10 lists the upland game bird species expected to occur within the lease tract boundaries.

Figure 3.6-4 shows the activity areas for the wild turkey in the three-county study area (CDOW 2011a). Table 3.6-11 provides the acreage of the wild turkey activity areas within the three-county study area and within the combined boundary for the lease tracks.

**3.6.2.2.5  Regulatory Framework for Protection of Birds.** The federal regulatory framework for protecting birds includes the Endangered Species Act (ESA), Migratory Bird Treaty Act, Bald and Golden Eagle Protection Act, and Executive Order (E.O.) 13186, "Responsibilities of Federal Agencies to Protect Migratory Birds." The ESA is discussed in Section 6.6.4, and the other regulations are discussed briefly here:

- The Migratory Bird Treaty Act implements a variety of treaties and conventions in the United States, Canada, Mexico, Japan, and Russia. This treaty makes the take, killing, or possession of migratory birds, their eggs, or nests unlawful, except as authorized under a valid permit. ("Take" includes pursue, shoot, shoot at, poison, wound, kill, capture, collect, molest, or disturb.) Most of the bird species reported from the Upper Great Plains Region are classified as migratory under this act.

- The Bald and Golden Eagle Protection Act provides for the protection of bald and golden eagles by prohibiting the take, possession, sale, purchase or barter, offer to sell, transport, export, or import of any bald or golden eagle, alive or dead, including any part, nest, or egg, unless allowed by permit.

BLM_0041258

1    **TABLE 3.6-9  Raptor Species Expected to Occur within the Lease Tract Boundaries**

| Species | Elevation (ft) | Habitat |
|---|---|---|
| American kestrel (*Falco sparverius*) | 3,000–10,000 | Most often observed in agricultural areas, grasslands, riparian forest edges, and urban areas. Can also occur in virtually all other habitats, especially during migration. |
| Cooper's hawk (*Accipiter cooperi*) | 3,000–10,000 | Breeding birds mostly found in ponderosa pine, Douglas-fir, lodgepole pine, and aspen forests. Some may also occur in riparian and spruce-fir forests and pinyon-juniper woodlands. Migrants and winter residents occur in the same habitats plus lowland riparian forests and urban areas. Migrants also occur over open areas such as shrublands, grasslands, and agricultural areas. |
| Ferruginous hawk (*Buteo regalis*) | 3,000–9,500 | Occurs in grasslands and semidesert shrublands, and is rare in pinyon-juniper woodlands. Nests in isolated trees, on rock outcrops, on structures such as windmills and power poles, or on the ground. Winter residents concentrate around prairie dog towns. Migrants and winter residents may also occur in shrublands and agricultural areas. |
| Golden eagle (*Aquila chrysaetos*) | 3,000–14,000 | Occurs in grasslands, shrublands, pinyon-juniper woodlands, and ponderosa pine forests. Occasionally occurs in most other habitats, especially during migration and in winter. Nests are located on cliffs and sometimes in trees in rugged areas. Breeding birds range widely over surrounding habitats. |
| Long-eared owl (*Asio otus*) | 3,000–9,000 | In lowlands, it primarily occurs in riparian forests and windbreaks, but also in urban areas and tamarisk thickets. In mountains, it primarily occurs in dense Douglas-fir forests. In all areas, it primarily occurs where there are dense, tall shrubs and/or trees. Also recorded from foothill shrublands, pinyon-juniper woodlands, aspen forests, and spruce-fir forests. |
| Northern harrier (*Circus cyaneus*) | 3,000–9,500 | Occurs in grasslands, shrublands, agricultural areas, and marshes; also observed on alpine tundra in the fall. Breeds mainly in wet habitats. |
| Northern pygmy-owl (*Glaucidium gnoma*) | 5,000–10,000 | Occurs in coniferous forests, pinyon-juniper woodlands, aspen forests, and foothills and montane riparian forests. Prefers canyons with running water and ecotonal areas. |
| Northern saw-whet owl (*Aegolius acadicus*) | 5,500–10,000 | Prefers dense forests or woodlands associated with water. Mostly occurs in ponderosa pine, Douglas-fir forests, lodgepole pine, spruce-fir and montane riparian forests, and pinyon-juniper woodlands. |

BLM_0041259

**TABLE 3.6-9  (Cont.)**

| Species | Elevation (ft) | Habitat |
|---|---|---|
| Prairie falcon (*Falco mexicanus*) | 3,000–14,000 | Breeding birds nest on cliffs or bluffs in open areas, and range widely over surrounding grasslands, shrublands, and alpine tundra. Migrants and winter residents occur mostly in grasslands, shrublands, and agricultural areas. |
| Red-tailed hawk (*Buteo jamaicensis*) | 3,000–13,500 | Occurs in open areas with scattered, elevated perch sites in a wide range of altitudes and habitats such as scrub desert, plains and montane grasslands, agricultural fields, pastures, urban parklands, and broken coniferous and deciduous woodlands. |
| Sharp-shinned hawk (*Accipiter striatus*) | 3,000–11,500 | Breeding birds occur in ponderosa pine, Douglas-fir, aspen, lodgepole pine, and spruce-fir forests; some may also occur in riparian forests or pinyon-juniper woodlands. Migrants and winter residents occur in most types of forests and in urban areas and are often seen over open areas, such as shrublands, grasslands, and agricultural areas. |
| Spotted owl (*Strix occidentalis*) | 5,500–9,000 | Occurs in large, steep canyons with exposed cliffs and dense old-growth mixed forest of Douglas-fir, white fir, and ponderosa pine; and canyons in pinyon-juniper areas with small and widely scattered patches of old Douglas-firs. Summer roost sites are in cool microclimates, generally with a closed canopy and/or on a north-facing slope. |
| Swainson's hawk (*Buteo swainsoni*) | 3,000–10,000 | Occurs in grasslands, agricultural areas, shrublands, and riparian forests. Nests in trees in or near open areas. Migrants often appear in treeless areas. |
| Turkey vulture (*Cathartes aura*) | 3,000–9,000 | Migrants and foraging birds occur over most open habitats such as grasslands, shrublands, and agricultural areas. Nests on cliffs. Nests are located on the ground under vegetation; fallen, hollow logs; broken tree stumps; or in caves. |
| Western screech-owl (*Otus kennicottii*) | 3,000–9,000 | Occurs in mature lowland and foothill riparian forests with shrubby undergrowth and rural woodlots; also recorded from aspen and coniferous forests and from pinyon-juniper woodlands. |

Sources: CDOW (2011a); USGS (2005)

1
2
3

BLM_0041260

1    **TABLE 3.6-10  Upland Game Bird Species Expected to Occur within the Lease Tract Boundaries**

| Species | Elevation (ft) | Habitat |
|---|---|---|
| Chukar (*Alectoris chukar*) | 4,500–6,000 | Desert areas with rocky canyons, steep hillsides, scattered bushes, and blankets of cheatgrass. |
| Gambel's quail (*Callipepla gambelii*) | 4,500–7,000 | Semidesert sagebrush and rabbitbrush shrublands, and adjacent agricultural areas. Requires tall shrubs such as greasewood and tamarisk. |
| Gunnison sage-grouse (*Centrocercus minimus*) | 5,500–9,500 | Sagebrush shrublands. |
| Mourning dove (*Zenaida macroura*) | 3,000–11,500 | Grasslands, shrublands, croplands, lowland and foothill riparian forests, ponderosa pine forests, and urban areas. Rarely occurs in aspen forests, coniferous woodlands, forests other than ponderosa pine, and in alpine tundra. In winter it occurs mostly in lowland riparian forests adjacent to cropland. |
| Wild turkey (*Meleagris gallopavo*) | 3,000–8,000 | Primarily in ponderosa pine forests with an understory of Gambel oak. Tall pines used during all seasons for roosting. Also found in foothill shrublands (mountain mahogany), pinyon-juniper woodlands, foothill riparian forests, and agricultural areas. |

Sources: CDOW (2011a)

2
3
4    •    Under E.O. 13186, each federal agency that is taking an action that has or is
5         likely to have negative impacts on migratory bird populations must work with
6         the USFWS to develop an agreement to conserve those birds. The protocols
7         developed by this consultation are intended to guide future agency regulatory
8         actions and policy decisions.
9
10
11   **3.6.2.3  Mammals**
12
13         More than 245 mammal species occur in the three-county study area (Table 3.6-5). The
14   following discussion emphasizes big game and other mammal species that (1) have key habitats
15   within or near the lease tract areas, (2) are important to humans (e.g., big and small game and
16   furbearer species), and/or (3) are representative of other species that share important habitats.
17   Special status mammal species are addressed in Section 3.6.4.
18
19



1

2   **FIGURE 3.6-4  Wild Turkey Activity Areas within the Three-County Study Area That**
3   **Encompasses the Lease Tract Boundaries (CDOW 2011a)**
4

BLM_0041262

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                *Do Not Distribute*

**TABLE 3.6-11  Acreages of Wild Turkey Activity Areas within the Three-County Study Area and the Combined Boundary for the Lease Tracts**

| Activity Area | Acreage | | |
|---|---|---|---|
| | Three-County Study Area | Lease Tract Boundaries | Lease Tracts |
| Overall range | 2,202,563 | 5,000 | 26, 27 |
| Production area | 125,555 | 0 | None |
| Roost sites | 11,020 | 0 | None |
| Winter range | 928,954 | 5,000 | 26, 27 |
| Winter concentration area | 62,694 | 0 | None |

Source: CDOW (2011a).

**3.6.2.3.1  Big Game.** The big game species within the three-county study area include elk (*Cervis canadensis*), mule deer (*Odocoileus hemionus*), white-tailed deer (*O. virginianus*), pronghorn (*Antilocapra americana*), bighorn sheep (*Ovis canadensis*), American black bear (*Ursus americanus*), cougar (*Puma concolor*), and moose (*Alces americanus*). A number of the big game species migrate when seasonal changes reduce food availability, when movement within an area becomes difficult (e.g., due to snow pack), or when local conditions are not suitable for calving or fawning. Established migration corridors for these species provide an important transition habitat between seasonal ranges and provide food for the animals during migration (Feeney et al. 2004). Maintaining genetic interchange through landscape linkages among subpopulations is also essential for the long-term survival of species. Maintaining migration corridors and landscape linkages, especially when seasonal ranges or subpopulations are far removed from each other, can be difficult because of the various land ownership mixes that often need to be traversed (Sawyer et al. 2005).

Table 3.6-12 provides a description of the various activity areas that have been mapped for the big game species in Colorado. Table 3.6-13 provides habitat information for the big game species expected to occur within the lease tract boundaries.

The following paragraphs present a generalized overview of the primary big game species.

**American Black Bear.** The American black bear occurs mostly within forested or brushy mountain environments and woody riparian corridors (UDWR 2008). It is considered secure in Colorado (common, widespread, and abundant) (NatureServe 2011). The omnivorous

BLM_0041263

1   **TABLE 3.6-12  Descriptions of Big Game Activity Areas in Colorado**

| Activity Area | Activity Area Description |
|---|---|
| Concentration area | That part of the overall range where densities are at least 200% greater than they are in the surrounding area during a season other than winter. |
| Fall concentration area | That part of the overall range occupied from August 15 until September 30 for the purpose of ingesting large quantities of mast and berries to establish fat reserves for the winter hibernation period. Applies to the American black bear. |
| Migration corridor | Specific mappable site through which large numbers of animals migrate and the loss of which would change migration routes. |
| Overall range | Area that encompasses all known seasonal activity areas for a population. |
| Production area | That part of the overall range occupied by females from May 15 to June 15 for calving. Applies to ungulates. |
| Resident population area | Area used year-round by a population (i.e., an individual could be found in any part of the area at any time of the year). |
| Severe winter range | That part of the winter range where 90% of the individuals are located when the annual snowpack is at its maximum and/or temperatures are at a minimum during the 2 worst winters out of 10. Applies to ungulates. |
| Summer concentration area | That portion of the overall range where individuals congregate from mid-June through mid-August. |
| Summer range | That portion of the overall range where 90% of the individuals are located between spring green-up and the first heavy snowfall. |
| Winter concentration area | That part of the winter range where densities are at least 200% greater than in the surrounding winter range during an average of 5 winters out of 10. |
| Winter range | That part of the overall range where 90% of the individuals are located during an average of 5 winters out of 10 from the first heavy snowfall to spring green-up. |

Source: CDOW (2011a)

2
3
4

BLM_0041264

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                  *Do Not Distribute*

1  **TABLE 3.6-13  Habitat Information for Big Game Species Expected to Occur within the Lease**
2  **Tract Boundaries**

| Species | Elevation (ft) | Habitat |
|---|---|---|
| American black bear (*Ursus americanus*) | 4,500–11,500 | Montane shrublands and forests, and subalpine forests at moderate elevations. Dens in mixed conifer forests, pinyon-juniper woodlands, spruce-fir forests, ponderosa pine forests, and oak shrublands. |
| Bighorn sheep (*Ovis canadensis*) | 4,500–14,500 | High-visibility habitats dominated by grass, low shrubs, and rock cover, areas near open escape terrain, and topographic relief. Typically occur only on steep, precipitous terrain, although a number of herds are habituated to areas adjacent to busy highways. |
| Cougar (*Puma concolor*) | 3,000–12,500 | Most common in rough, broken foothills and canyon country, often in association with montane forests, shrublands, and pinyon-juniper woodlands. |
| Elk (*Cervis canadensis*) | 6,000–13,000 | Semi-open forests or forest edges adjacent to parks, meadows, and alpine tundra. |
| Mule deer (*Odocoileus hemionus*) | 3,000–13,000 | All ecosystems from grasslands to alpine tundra. Highest densities in shrublands on rough, broken terrain, which provide abundant browse and cover. |
| Pronghorn (*Antilocapra americana*) | 3,000–9,500 | Grasslands and semidesert shrublands on rolling topography that affords good visibility. Most abundant in shortgrass or midgrass prairies, and least common in xeric habitats. |

Sources: CDOW (2011a); USGS (2005)

3
4
5  American black bear will feed on forbs and grasses, fruits and acorns, insects, small vertebrates,
6  and carrion depending on their seasonal availability (CDOW 2011a). Breeding occurs in June or
7  July, with young born in January or February (UDWR 2008). American black bears are generally
8  nocturnal and have a period of winter dormancy (UDWR 2008). They are locally threatened by
9  habitat loss and disturbance by humans (NatureServe 2011). The home range size of American
10 black bears varies, depending on the area and the bear's gender, and has been reported to be from
11 about 1,250 to nearly 32,200 acres (500 to 13,000 ha) (NatureServe 2011).
12
13     Figure 3.6-5 shows the activity areas for the American black bear in the three-county
14 study area (CDOW 2011a). Table 3.6-14 provides the acreage of the American black bear
15 activity areas within the three-county study area and within the combined boundary for the lease
16 tracks.
17
18
19     **Bighorn Sheep.** The bighorn sheep is considered apparently secure in Colorado
20 (uncommon, but not rare, some cause for long-term concern due to declines or other factors)
21

BLM_0041265

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                    *Do Not Distribute*



1

2   **FIGURE 3.6-5  American Black Bear Activity Areas within the Three-County Study Area That**
3   **Encompasses the Lease Tract Boundaries (CDOW 2011a)**

BLM_0041266

1
2
3

**TABLE 3.6-14  Acreages of American Black Bear Activity Areas within the Three-County Study Area and the Combined Boundary for the Lease Tracts**

| Activity Area | Acreages | | |
| --- | --- | --- | --- |
| | Three-County Study Area | Lease Tract Boundaries | Lease Tracts |
| Overall range | 4,377,502 | 25,909 | All |
| Summer concentration area | 645,821 | 0 | None |
| Fall concentration area | 759,012 | 0 | None |

Source: CDOW (2011a)

4
5
6  (NatureServe 2011). It is considered to be a year-long resident; it does not make seasonal
7  migrations as do elk and mule deer. However, it does migrate vertically in response to an
8  increasing abundance of vegetative growth at higher elevations in the spring and summer and
9  when snow accumulates in high-elevation summer ranges (NatureServe 2011). Also, ewes move
10 to reliable water courses or water sources during the lambing season, with lambing occurring on
11 steep talus slopes within 1 mi to 2 mi (1.6 km to 3.2 km) of water. Bighorn sheep prefer open
12 vegetation such as low shrub, grassland, and other treeless areas with steep talus and rubble
13 slopes. Unsuitable habitats include open water, wetlands, dense forests, and other areas without
14 grass understory (NatureServe 2011). Their annual home ranges can be up to 23 $mi^2$ (37 $km^2$)
15 for males and 12 $mi^2$ to 17 $mi^2$ (19 to 27 $km^2$) for females (NatureServe 2011).
16
17       The diet of the bighorn sheep consists of shrubs, forbs, and grasses. In the early 1900s,
18 bighorn sheep experienced significant declines due to disease, habitat degradation, and hunting.
19 Threats to bighorn sheep include habitat changes resulting from fire suppression, interactions
20 with feral and domestic animals, and human encroachment (NatureServe 2011). Bighorn sheep
21 are very vulnerable to viral and bacterial diseases carried by livestock, particularly domestic
22 sheep. Therefore, the BLM has adopted specific guidelines regarding domestic sheep grazing in
23 or near bighorn sheep habitat. In appropriate locations, reintroduction efforts, coupled with water
24 and vegetation improvements, have been conducted to restore bighorn sheep to their native
25 habitat.
26
27       Figure 3.6-6 shows the activity areas for the bighorn sheep in the three-county study area
28 (CDOW 2011a). Table 3.6-15 provides the acreage of the bighorn sheep activity areas within the
29 three-county study area and within the combined boundary for the lease tracks.
30
31
32       **Cougar.** Cougars (also known as mountain lions or puma) inhabit most ecosystems in the
33 three-county study area but are most common in the rough, broken terrain of foothills and
34

BLM_0041267

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                   *Do Not Distribute*



1

2   **FIGURE 3.6-6  Bighorn Sheep Activity Areas within the Three-County Study Area That**
3   **Encompasses the Lease Tract Boundaries (CDOW 2011a)**
4

BLM_0041268

1    **TABLE 3.6-15  Acreages of Bighorn Sheep Activity Areas within the Three-County Study Area**
2    **and the Combined Boundary for the Lease Tracts**

| Activity Area | Three-County Study Area | Lease Tract Boundaries | Lease Tracts |
|---|---|---|---|
| Overall range | 614,792 | 4,263 | 8, 9, 10, 11, 11A, 13, 13A, 14, 15, 16, 17, 19 |
| Migration corridor | 4,087 | 0 | None |
| Production area | 33,875 | 709 | 13, 13A, 14 |
| Winter range | 417,412 | 3,695 | 8, 9, 10, 11, 11A, 13, 13A, 16, 17, 19, 19A, 20 |
| Winter concentration area | 34,838 | 2,621 | 10, 11, 11A, 13, 13A, 16, 19A, 20 |
| Severe winter range | 0 | 0 | None |
| Summer range | 440,008 | 3,276 | 8, 9, 10, 11, 11A, 13, 13A, 14, 15, 16, 17, 19, 19A, 20 |
| Summer concentration area | 17,350 | 0 | None |
| Water source | 160,954 | 2,420 | 13, 13A14, 15, 19, 19A, 20 |

Source: CDOW (2011a)

3
4
5    canyons, often in association with montane forests, shrublands, and pinyon-juniper woodlands
6    (CDOW 2011a). They mostly occur in remote and inaccessible areas (NatureServe 2011). They
7    are considered apparently secure in Colorado (uncommon but not rare, some cause for long-term
8    concern due to declines or other factors) (NatureServe 2011). Their annual home range can be
9    more than 560 mi$^2$ (1,450 km$^2$), while densities are usually not more than 10 adults per 100 mi$^2$
10   (259 km$^2$) (NatureServe 2011). The cougar is generally found where its prey species (especially
11   mule deer) are located. In addition to preying on deer, cougars prey upon most other mammals
12   (which sometimes include domestic livestock) and some insects, birds, fishes, and berries
13   (CDOW 2011a). They are active year-round. Their peak periods of activity are within 2 hours of
14   sunset and sunrise, although their activity peaks after sunset when they are near humans
15   (NatureServe 2011; UDWR 2008). In some states, they are hunted on a limited and closely
16   monitored basis (NatureServe 2011).
17
18        The three-county study area, including all of the lease tracts, occur within the overall
19   range of the cougar; and 122,133 acres (302,000 ha) of cougar peripheral range habitat occurs
20   within Mesa County. Peripheral range is the part of the overall range where habitat is limited and
21   populations are isolated. Population density may also be lower there than in the central part of
22   the cougar's range (CDOW 2011a). None of the tract leases in Mesa County is located near
23   cougar peripheral range habitat.
24

BLM_0041269

1     **Elk.** The elk is considered secure in Colorado (common, widespread, and abundant)
2 (NatureServe 2011). Elk generally migrate between their summer and winter ranges, although
3 some herds remain within the same area year-round (UDWR 2005). Their summer range occurs
4 at higher elevations. Aspen and conifer woodlands provide security and thermal cover, while
5 upland meadows, sagebrush/mixed grass, and mountain shrub habitats are used for forage. Their
6 winter range occurs at mid to lower elevations, where they forage in sagebrush/mixed grass, big
7 sagebrush/rabbitbrush, and mountain shrub habitats. They are highly mobile within both their
8 summer and winter ranges as they search for the best forage conditions. In winter,
9 they congregate into large herds of 50 to more than 200 individuals. The crucial winter range
10 is considered to be the part of the local elk range where about 90% of the local population is
11 located during an average of 5 winters out of 10 from the first heavy snowfall to spring. Elk
12 calving generally occurs in aspen-sagebrush parkland vegetation and habitat zones during late
13 spring and early summer. Calving areas are located mostly where cover, forage, and water are
14 nearby. Migratory herds may move up to 60 mi (97 km) annually, while nonmigratory herds
15 have a home range of 0.7 $mi^2$ to 2.0 $mi^2$ (1.8 $km^2$ to 5.3 $km^2$) (NatureServe 2011). Elk are
16 susceptible to chronic wasting disease.
17
18     Figure 3.6-7 shows the activity areas for the elk in the three-county study area
19 (CDOW 2011a). Table 3.6-16 provides the acreage of the elk activity areas within the three-
20 county study area and within the combined boundary for the lease tracks.
21
22
23     **Mule Deer.** Mule deer occur within most ecosystems in the three-county study area but
24 attain their highest densities in shrublands characterized by rough, broken terrain with abundant
25 browse and cover. The deer are considered secure in Colorado (common, widespread, and
26 abundant) (NatureServe 2011). The size of their home range can vary from 74 acres to 593 acres
27 (180 ha to 1,500 ha) or more, depending on the availability of food, water, and cover
28 (NatureServe 2011). Some populations of mule deer are resident (particularly those that inhabit
29 plains), but those in mountainous areas generally migrate between their summer and winter
30 ranges (NatureServe 2011). In arid regions, they may migrate in response to rainfall patterns
31 (NatureServe 2011). In mountainous regions, they may migrate more than 62 mi (100 km)
32 between high summer and lower winter ranges (NatureServe 2011). Their summer range is at
33 higher elevations that contain aspen and conifers and mountain browse vegetation. Fawning
34 occurs during the spring while the mule deer are migrating to their summer range. This normally
35 occurs in aspen-mountain browse intermixed vegetation.
36
37     Mule deer have a high fidelity to specific winter ranges, where they congregate within a
38 small area at a high density. Their winter range is at lower elevations within sagebrush
39 and pinyon-juniper vegetation. Winter forage is primarily sagebrush, but Colorado birchleaf
40 mountain-mahogany (*Cercocarpus montanus*), fourwing saltbush (*Atriplex canescens*), and
41 antelope bitterbrush (*Purshia tridentata*) are also important. Pinyon-juniper provides emergency
42 forage during severe winters. Overall, mule deer habitat is characterized by areas of thick brush
43 or trees (used for cover) interspersed with small openings (for forage and feeding areas); mule
44 deer do best in habitats that are in the early stage of succession (UDWR 2003). Prolonged
45 drought and other factors can limit mule deer populations. Several years of drought can limit
46

BLM_0041270

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                  *Do Not Distribute*



1

2   **FIGURE 3.6-7  Elk Activity Areas within the Three-County Study Area That Encompasses the**
3   **Lease Tract Boundaries (CDOW 2011a)**
4

BLM_0041271

1  **TABLE 3.6-16  Acreages of Elk Activity Areas within the Three-County Study Area and the**
2  **Combined Boundary for the Lease Tracts**

| Activity Area | Acreage | | Lease Tracts |
| --- | --- | --- | --- |
| | Three-County Study Area | Lease Tract Boundaries | |
| Overall range | 3,859,070 | 25,909 | All |
| Migration corridor | 99,611 | 0 | None |
| Production area | 287,244 | 0 | None |
| Winter range | 2,515,281 | 16,371 | 5, 5A, 6, 7, 8, 8A, 9, 13, 13A, 14, 15, 18, 19, 19A, 20, 21, 22, 22A, 23, 24, 25, 26, 27 |
| Winter concentration area | 533,978 | 1,994 | 7, 8A, 19A, 20, 26, 27 |
| Severe winter range | 1,155,714 | 16,846 | 5, 5A, 6, 7, 8, 8A, 9, 13, 13A, 14, 15, 17, 18, 19, 19A, 20, 21, 22, 22A, 23, 24, 25, 26, 27 |
| Summer range | 1,531,501 | 1,060 | 12, 19A, 20, 26, 27 |
| Summer concentration area | 432,072 | 0 | None |
| Resident population area | 133,097 | 758 | 10, 11, 11A, 19A, 20 |

Source: CDOW (2011a)

3
4
5  forage production, which can substantially adversely affect the animals' condition and fawn
6  production and survival. Severe drought conditions were responsible for declines in the
7  population of mule deer in the 1980s and early 1990s. In arid regions, they are seldom found
8  more than 1.0 mi to 1.5 mi (1.6 km to 2.4 km) from water. Mule deer are also susceptible to
9  chronic wasting disease. When the disease is present, up to 3% of a herd's population can be
10  affected. Some deer herds in Colorado have experienced significant outbreaks of chronic wasting
11  disease.
12
13      Figure 3.6-8 shows the activity areas for the mule deer in the three-county study area
14  (CDOW 2011a). Table 3.6-17 provides the acreage of the mule deer activity areas within the
15  three-county study area and within the combined boundary for the lease tracks.
16
17
18      **Pronghorn.** Pronghorns inhabit nonforested areas such as desert, grassland, and
19  sagebrush habitats. They are considered apparently secure in Colorado (uncommon but not rare,
20  some cause for long-term concern due to declines or other factors) (NatureServe 2011). Herd
21

BLM_0041272

*Preliminary Draft PEIS*  　　*PEIS Privileged Information*  　　*May 2012*
*PEIS Team Use Only*  　　　*Do Not Distribute*



**FIGURE 3.6-8  Mule Deer Activity Areas within the Three-County Study Area That Encompasses the Lease Tract Boundaries (CDOW 2011a)**

BLM_0041273

1   **TABLE 3.6-17  Acreages of Mule Deer Activity Areas within the Three-County Study Area**
2   **and the Combined Boundary for the Lease Tracts**

| | Acreage | | |
|---|---|---|---|
| Activity Area | Three-County Study Area | Lease Tract Boundaries | Lease Tracts |
| Overall range | 4,389,942 | 25,909 | All |
| Migration corridor | 57,159 | 0 | None |
| Winter range | 2,583,851 | 25,909 | All |
| Winter concentration area | 690,210 | 5,817 | 5A, 12, 13, 14, 18, 19, 19A, 20, 26, 27 |
| Severe winter range | 1,186,029 | 14,524 | 5A, 7, 8A, 12, 13, 13A, 14, 15, 18, 19, 19A, 20, 21, 22, 22A, 23, 24, 25, 26, 27 |
| Summer range | 2,267,402 | <1 | 27 |
| Concentration area | 155,470 | 0 | None |
| Resident population area | 487,478 | 656 | 10, 12 |

Source: CDOW (2011a)

3
4
5   size can commonly exceed 100 individuals, especially during winter. Pronghorns consume a
6   variety of forbs, shrubs, and grasses, with shrubs being most important in winter. Some
7   pronghorns are year-long residents and do not have seasonal ranges. Fawning occurs throughout
8   the species range. However, some seasonal movement within their range occurs in response to
9   factors such as extreme winter conditions and water or forage availability. Other pronghorns are
10  migratory. Most herds range within an area 5 mi (8 km) or more in diameter, although the
11  separation between summer and winter ranges has been reported to be as much as 99 mi
12  (159 km) or more (NatureServe 2011). Pronghorn populations have been adversely affected in
13  some areas by historic range degradation and habitat loss and by periodic drought conditions.
14
15      Figure 3.6-9 shows the activity areas for the pronghorns in the three-county study area
16  (CDOW 2011a). Table 3.6-18 provides the acreage of the pronghorn activity areas within the
17  three-county study area and within the combined boundary for the lease tracks.
18
19
20      **3.6.2.3.2  Other Mammals.** Other mammals that occur in the three-county study area
21  include small game, furbearers, and nongame species. Small game species that occur within the
22  three-county study area include black-tailed jackrabbit (*Lepus californicus*), white-tailed
23

BLM_0041274

*Preliminary Draft PEIS*              *PEIS Privileged Information*              *May 2012*
*PEIS Team Use Only*                      *Do Not Distribute*



1

2   **FIGURE 3.6-9  Pronghorn Activity Areas within the Three-County Study Area That**
3   **Encompasses the Lease Tract Boundaries (CDOW 2011a)**

BLM_0041275

1
2
3

**TABLE 3.6-18  Acreages of Pronghorn Activity Areas within the Three-County Study Area and the Combined Boundary for the Lease Tracts**

| Activity Area | Acreage | | |
|---|---|---|---|
| | Three-County Study Area | Lease Tract Boundaries | Lease Tract |
| Overall range | 290,431 | 30 | 13 |
| Winter range | 257,064 | 30 | 13 |
| Winter concentration area | 30,152 | | |
| Severe winter range | 15,469 | 0 | |
| Concentration area | 3,551 | 0 | |
| Resident population area | 93,020 | 30 | 13 |

Source: CDOW (2011a)

4
5
6 jackrabbit (*Lepus townsendii*), desert cottontail (*Sylvilagus audubonii*), mountain cottontail
7 (*S. nuttallii*), squirrels (*Sciurus* spp.), snowshoe hare (*L. americanus*), and yellow-bellied marmot
8 (*Marmota flaviventris*). Furbearers include American badger (*Taxidea taxus*), American marten
9 (*Martes americana*), American beaver (*Castor canadensis*), bobcat (*Lynx rufus*), common
10 muskrat (*Ondatra zibethicus*), coyote (*Canis latrans*), red fox (*Vulpes vulpes*), gray fox
11 (*Urocyon cinereoargenteus*), raccoon (*Procyon lotor*), striped skunk (*Mephitis mephitis*), and
12 long-tailed weasel (*Mustela frenata*). Nongame species include bats, shrews, mice, voles,
13 chipmunks, and many other rodent species. Bats are of particular importance because they
14 consume insects such as mosquitos, because bat populations have declined in many parts of
15 North America, and because a number of bat species may roost or hibernate in mines.
16
17      A number of the lease tracts (e.g., 5, 6, 7. 9, 11, 13, 13A, 15, 18, 26, and 27) contain mine
18 shafts, adits, and incline/declines that could provide roosting habitat for bats. No evidence of bat
19 habitation has been observed in these lease tracts; however, the spotted bat (*Euderma
20 maculatum*), fringed myotis (*Myotis thysanodes*), long-eared myotis (*M. evotis*), long-legged
21 myotis (*M. volans*), western small-footed myotis (*M. ciliolabrum*), California myotis
22 (*M. californicus*), and Yuma myotis (*M. yumanensis*) have been observed in abandoned uranium
23 mines in Colorado (DOE 1995). Some of the DOE-reclaimed sites have bat gate closures to
24 protect these potential bat habitats. No known maternity roosts occur on any of the lease tracts.
25
26      Table 3.6-19 provides habitat information for the small game, furbearer, and nongame
27 mammal species expected to occur within the lease tract boundaries.
28

BLM_0041276

1   **TABLE 3.6-19  Small Game, Furbearer, and Nongame Mammal Species Expected to Occur within**
2   **the Lease Tract Boundaries**

| Species | Elevation (ft) | Habitat |
|---|---|---|
| **Small Game and Furbearers** | | |
| American badger (*Taxidea taxus*) | 4,500–14,500 | Grasslands, meadows in subalpine and montane forests, alpine tundra, and semidesert shrublands. |
| Black-tailed jackrabbit (*Lepus californicus*) | 3,000–7,000 | Grasslands and semidesert shrublands. |
| Bobcat (*Lynx rufus*) | 3,000–14,500 | Most common in the rocky, broken terrain of foothills and canyonlands. Preferred habitats are pinyon-juniper woodlands and montane forests, although it occurs in all ecosystems. |
| Coyote (*Canis latrans*) | 3,000–14,500 | All terrestrial habitats, but least abundant in dense coniferous forests. |
| Desert cottontail (*Sylvilagus audubonii*) | 3,000–7,000 | Variety of habitats, including montane shrublands, riparian lands, semidesert shrublands, pinyon-juniper woodlands, and various woodland-edge habitats. It can exist in areas with minimal vegetation provided that adequate cover is present in the form of burrows, scattered trees and shrubs, or crevices and spaces under rocks. |
| Gray fox (*Urocyon cinereoargenteus*) | 5,500–13,000 | Usually rough, broken terrain in semidesert shrublands, montane shrublands, pinyon-juniper and riparian woodlands, orchards, and weedy margins of croplands. |
| Kit fox (*Vulpes macrotis*) | 4,500–6,500 | Semidesert shrubland and margins of pinyon-juniper woodlands. Saltbush, shadscale, sagebrush, and greasewood are common woody plants of typical habitat. |
| Long-tailed weasel (*Mustela frenata*) | 3,000–14,500 | All habitat types. Distribution is probably more dependent on availability of prey species than on vegetation or topography. |
| Mountain cottontail (*Sylvilagus nuttallii*) | 6,000–11,500 | Montane shrublands and semidesert shrublands and on the edges of pinyon-juniper woodlands and montane and subalpine forests. Also inhabits open parklands with sufficient shrub, rock, or tree cover. |
| Red fox (*Vulpes vulpes*) | 3,000–14,500 | Most common in open woodlands, pasturelands, and riparian and agricultural lands. Favors areas with a mixture of these vegetation types. Also occurs on the margins of urbanized areas and is common in open spaces and other undeveloped areas adjacent to cities. In the mountains, it occurs in montane and subalpine meadows as well as in alpine and forest edges, usually near water. |

3

BLM_0041277

**TABLE 3.6-19  (Cont.)**

| Species | Elevation (ft) | Habitat |
|---|---|---|
| ***Small Game and Furbearers (Cont.)*** | | |
| Ringtail (*Bassariscus astutus*) | 3,000–9,500 | Arid and semiarid habitats. Typically associated with rocky canyon country and foothills areas of pinyon-juniper woodlands, montane shrublands, and mixed conifer-oakbrush. |
| Striped skunk (*Mephitis mephitis*) | 3,000–10,000 | Wide range of grassland, shrubland, forestland, wetland, and riparian habitats. |
| Western spotted skunk (*Spilogale gracilis*) | 4,000–8,000 | Common in shrub habitats in broken country. Also found in montane forest and shrublands, semidesert shrublands, and pinyon-juniper woodlands. Frequents rocky habitats. |
| White-tailed jackrabbit (*Lepus townsendii*) | 4,000–14,500 | Mostly semidesert shrublands, but does occur in many grassland, shrubland, and forestland habitats. |
| ***Nongame (Small) Mammals*** | | |
| Big brown bat (*Eptesicus fuscus*) | 3,000–10,000 | Variety of shrublands, forestlands, wetlands, and riparian areas. Roosts in dwellings and other structures, hollow trees, rock crevices, caves, under bridges, and in practically any other location that offers concealment and cover from the elements. |
| Big free-tailed bat (*Nyctinomops macrotis*) | 3,000–12,500 | Various shrublands, pinyon-juniper woodlands, and ponderosa pine forests. Roosts in crevices on cliff faces or in buildings. |
| Botta's pocket gopher (*Thomomys bottae*) | 4,000–8,500 | Various vegetation types, including agricultural land, grasslands, roadsides, open parklands, pinyon-juniper woodlands, open montane forest, montane shrublands, and semidesert shrublands. |
| Brazilian free-tailed bat (*Tadarida brasiliensis*) | 3,000–9,500 | Pinyon-juniper woodlands, arid grasslands, and semidesert shrublands. Typically roosts in caves, mines, rock fissures, or buildings. |
| Brush mouse (*Peromyscus boylii*) | 4,000–8,500 | Montane shrublands, pinyon-juniper woodlands, riparian cottonwood stands, willow thickets, and brushy salt-cedar (tamarisk) bottoms. Usually occurs in areas of rough, broken terrain with boulders and heavy brush. |

BLM_0041278

**TABLE 3.6-19  (Cont.)**

| Species | Elevation (ft) | Habitat |
|---|---|---|
| ***Nongame (Small) Mammals (Cont.)*** | | |
| Bushy-tailed woodrat (*Neotoma cinerea*) | 4,500–14,000 | Montane and subalpine forests, ponderosa pine forests, aspen communities, and alpine talus. The animal is quite common around old mining camps and diggings at higher elevations. It also occurs in lower-elevation canyon country in semidesert shrublands, and in pinyon-juniper woodlands, typically in rimrock, rock outcrops, and similar geologic features. |
| California myotis (*Myotis californicus*) | 4,500–7,500 | Most common in semidesert shrublands and pinyon-juniper woodlands. Night roosts include abandoned structures, mines, caves, and cracks and crevices in cliff faces. Day roosts are similar but also include hollow trees and spaces under bark. |
| Canyon mouse (*Peromyscus crinitus*) | 4,500–8,000 | Inhabits talus and outwash rubble, or eroded, exposed sandstone. Habitat includes pinyon-juniper woodlands and montane and semidesert shrublands. |
| Common porcupine (*Erethizon dorsatum*) | 3,000–14,500 | Associated with conifers in montane and subalpine forests and pinyon-juniper woodlands. Also occupies cottonwood-willow forests in river bottoms, aspen groves, and semidesert shrublands. |
| Deer mouse (*Peromyscus maniculatus*) | 3,000–14,000 | Occurs in most native habitats except well-developed wetlands where cover occurs. Cover types include burrows of other animals, cracks and crevices in rocks, surface debris and litter, and human structures. |
| Fringed myotis (*Myotis thysanodes*) | 3,000–7,500 | Coniferous woodlands and shrublands. |
| Golden-mantled ground squirrel (*Spermophilus lateralis*) | 5,200–12,500 | Open woodlands, shrublands, mountain meadows, and forest-edge habitat. |
| Gunnison's prairie dog (*Cynomys gunnisoni*) | 6,000–12,000 | Grasslands and semidesert and montane shrublands. |
| Hoary bat (*Lasiurus cinereus*) | 3,000–10,000 | Variety of riparian/wetland, shrubland, and forestland habitats. |
| Hopi chipmunk (*Tamias rufus*) | 4,500–8,000 | Canyon and slickrock pinyon-juniper country. Highest densities found in areas with an abundance of broken rock or rubble at the base of cliff faces or in rock formations with deep fissures and crevices suitable for den sites. |

BLM_0041279

**TABLE 3.6-19  (Cont.)**

| Species | Elevation (ft) | Habitat |
|---|---|---|
| ***Nongame (Small) Mammals (Cont.)*** | | |
| Least chipmunk (*Tamias minimus*) | 5,500–12,000 | Low-elevation semidesert shrublands, montane shrublands and woodlands, forest edges, and alpine tundra. |
| Little brown myotis (*Myotis lucifugus*) | 5,000–11,000 | Roosts are under bark, in trees, under rocks, in wood piles, buildings, and other structures, and less frequently in caves and mines. |
| Long-eared myotis (*Myotis evotis*) | 4,000–9,000 | Most common in ponderosa pine woodlands and is also found in pinyon-juniper woodlands and subalpine forests. Day roosts found in tree cavities, under loose bark, and in buildings. These sites, as well as caves and mines, are used for night roosts. |
| Long-legged myotis (*Myotis volans*) | 4,000–12,500 | Relatively common in ponderosa pine forests and pinyon-juniper woodlands. Roosts in a variety of sites including trees, buildings, crevices in rock faces, and even fissures in the ground in severely eroded areas. |
| Mexican woodrat (*Neotoma mexicana*) | 4,000–8,500 | Rocky slopes and cliffs in montane shrublands, pinyon-juniper woodlands, and montane forests. Usually dens and nests beneath ledges or in fissures of cliffs. Also uses abandoned or seasonally occupied buildings or mine tunnels. |
| Northern grasshopper mouse (*Onychomys leucogaster*) | 4,500–8,000 | Semiarid grasslands, sand hills, and open semidesert shrublands. Highest densities found on overgrazed rangelands, which typically have high populations of insects and numerous blowouts (patches of windblown soil) that are loose enough for burrowing and for dust bathing. |
| Northern pocket gopher (*Thomomys talpoides*) | 5,000–14,500 | Variety of habitats including agricultural and pasture lands, semidesert shrublands, and grasslands at lower elevations and upward into alpine tundra. |
| Ord's kangaroo rat (*Dipodomys ordii*) | 3,000–8,000 | Variety of habitats from semidesert shrublands and pinyon-juniper woodlands to shortgrass or mixed prairie and silvery wormwood. Also dry, grazed, riparian areas if vegetation is sparse. Most common on sandy soils that allow for easy digging and construction of burrow systems. |

BLM_0041280

**TABLE 3.6-19  (Cont.)**

| Species | Elevation (ft) | Habitat |
|---------|----------------|---------|
| ***Nongame (Small) Mammals (Cont.)*** | | |
| Pallid bat (*Antrozous pallidus*) | 3,000–7,000 | Semidesert and montane shrublands, pinyon-juniper woodlands, and riparian woodland in the foothills and canyon country. Day roosts are crevices and fissures in cliff faces, sallow caves and grottos, and buildings. |
| Pinyon mouse (*Peromyscus truei*) | 4,500–8,000 | Pinyon-juniper woodlands and occasionally sagebrush stands and rocky canyon country. |
| Rock squirrel (*Spermophilus variegatus*) | 3,000–8,300 | Mostly in pinyon-juniper woodlands and montane shrublands in rocky hillsides, rimrock, and canyons. It requires boulders, talus, or dense tangles of vegetation under which it burrows. |
| Silver-haired bat (*Lasionycteris noctivagans*) | 4,500–9,500 | Prefers forest edges. Forages over open areas or over streams and ponds. Generally uses tree cavities or crevices under loose bark for summer roosts but also uses buildings, caves, and woodpiles during migration or hibernation. |
| Spotted bat (*Euderma maculatum*) | | Ponderosa pine forests, pinyon-juniper woodlands, and open semidesert shrublands. Cracks and crevices of rocky cliffs are used for roosting. Access to water is needed. |
| Townsend's big-eared bat (*Plecotus townsendii*) | 3,000–9,500 | Semidesert shrublands, pinyon-juniper woodlands, and open montane forests. |
| Western pipistrelle (*Pipistrellus hesperus*) | 3,000–6,000 | Canyon and desert country. Roosts under loose rocks, in crevices or caves, and occasionally in buildings. Also uses the burrows of animals in open desert scrub communities. |
| Western small-footed myotis (*Myotis ciliolabrum*) | 4,000–8,500 | In summer, it roosts in rock crevices, caves, dwellings, burrows, among rocks, under bark, and beneath rocks scattered on the ground. Generally found in the broken terrain of canyons and foothills, commonly in places with a cover of trees or shrubs. |
| White-tailed antelope squirrel (*Ammospermophilus leucurus*) | 4,500–7,000 | Semidesert shrublands, pinyon-juniper woodlands, montane shrublands, and occasionally lowland riparian areas. Occupies burrows dug by other species such as kangaroo rats or small ground squirrels, but can also dig its own burrow under bushes, clumps of grasses, or at the base of trees, often in sandy soils near rock outcrops. |
| White-tailed prairie dog (*Cynomys leucurus*) | 3,000–10,000 | Most often encountered in semidesert shrublands. Occasionally the animals invade pastures and agricultural lands at lower elevations. |

BLM_0041281

**TABLE 3.6-19  (Cont.)**

| Species | Elevation (ft) | Habitat |
|---|---|---|
| ***Nongame (Small) Mammals (Cont.)*** | | |
| White-throated woodrat (*Neotoma albigula*) | 3,000–7,000 | Shrublands and pinyon-juniper and juniper woodlands. |
| Yuma myotis (*Myotis yumanensis*) | 3,000–6,000 | Associated with riparian lands, although some of these areas may be relatively dry and shrubby. Day roosts are rock crevices, buildings, caves, and mines. Night roosts include buildings, under ledges, or similar shelters. |

Sources: CDOW (2011a); USGS (2005)

### 3.6.3  Aquatic Biota

The three-county study area contains a variety of freshwater aquatic habitats, which, in turn, support a wide diversity of aquatic biota. Aquatic habitats range in size and permanency from ephemeral ponds and streams to the Dolores and San Miguel Rivers. Sport fish in the three-county study area include trout (family Salmonidae), catfish (family Ictaluridae), sunfish and black basses (family Centrarchidae), suckers (family Catostomidae), perch and walleye (family Percidae), and pike (family Esocidae). In addition to fish, aquatic habitats also support a large variety of aquatic invertebrates, including crustaceans and insects.

Valdez et al. (1992) identified 11 orders of macroinvertebrates in the Dolores and San Miguel Rivers. Diptera (true flies), Ephemeroptera (mayflies), and Trichoptera (Caddisflies) made up more than 85% of the macroinvertebrates in the Dolores River and more than 70% of the macroinvertebrates in the San Miguel River. The crayfish *Orconectes virilis* was abundant in the Dolores River. Valdez et al. (1992) reported that macroinvertebrate diversity was very low in the Dolores and San Miguel Rivers in the 1970s and 1980s. Biotic Condition Index values for the Dolores and San Miguel Rivers for 1991 rated the rivers as excellent and fair to poor, respectively (Valdez et al. 1992).

Historically, only 12 species of fish were native to the Upper Colorado River Basin, including 5 minnow species, 4 sucker species, 2 salmonids, and the mottled sculpin (*Cottus bairdii*, family Cottidae). Four of these native species (humpback chub [*Gila cypha*], bonytail [*Gila elegans*], Colorado pikeminnow [*Ptychocheilus lucius*], and razorback sucker [*Xyrauchen texanus*]) are now federally listed as endangered, and critical habitat for these species has been designated within the Upper Colorado River Basin (see Section 3.6.4). In addition to native fish species, more than 25 non-native fish species are now present in the basin, often as a result of intentional introductions (e.g., for establishment of sport fisheries) (Muth et al. 2000; McAda 2003). Most of the trout species found within the Upper Colorado River Basin are introduced non-natives (e.g., rainbow trout [*Oncorhynchus mykiss*], brown trout [*Salmo trutta*],

BLM_0041282

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                    *Do Not Distribute*

and some strains of cutthroat trout [*Oncorhynchus clarkii*]). However, the mountain whitefish (*Prosopium williamsoni*) and Colorado River cutthroat trout (*Oncorhynchus clarkii pleuriticus*) are native to the basin. Although the Colorado River cutthroat trout was once common within the upper Green River and upper Colorado River watersheds, it now occurs only in isolated subdrainages in Colorado, Utah, and Wyoming and is a species of concern in those states (Hirsch et al. 2006, see Section 3.6.4).

In 1990 and 1991, Valdez et al. (1992) collected 19 species of fish in the 177-mi (285-km) reach of the Dolores River between its confluence with the Colorado River and Bradfield Bridge (about 13.5 mi [21.7 km] downstream of McPhee Reservoir). Native fish collected included the Colorado pikeminnow, roundtail chub, flannelmouth sucker (*Catostomus latipinnis*], bluehead sucker (*Catostomus discobolus*), speckled dace (*Rhinichthys osculus*), and mottled sculpin. The red shiner (*Cyprinella lutrensis*), sand shiner (*Notropis stramineus*), fathead minnow (*Pimephales promelas*), common carp (*Cyprinus carpio*), and channel catfish (*Ictalurus punctatus*) were the most abundant non-native species. The other non-native species collected included the white sucker (*Catostomus commersonii*), bluegill (*Lepomis macrochirus*), green sunfish (*Lepomis cyanellus*), largemouth bass (*Micropterus salmoides*), plains killifish *Fundulus zebrinus*), black bullhead (*Ameiurus melas*), channel catfish, brown trout, and rainbow trout (Valdez et al. 1992). Native species made up only 19% of the numbers of fish collected; however, this percentage is relatively higher here than it is in other upper Colorado River basins, indicating that predation and competition by non-native species was not a limiting factor for native fish species in the river system. Fish composition was similar to that found in a survey conducted in 1981, indicating that the fish community was somewhat stable over that 10-year period (Valdez et al. 1992).

Four Colorado pikeminnows were collected within 1.2 mi (2 km) of the confluence with the Colorado River. The species was reported in the lower 60 mi (100 km) of the Dolores River in the 1950s and 1960s, but spills of uranium mill wastes in the lower San Miguel River in the mid-1960s killed most of the fish in the Dolores River. While no Colorado pikeminnows were collected in the Dolores River in 1971 and 1981, there were unconfirmed reports of seven individuals collected in the lower 6 mi (10 km) of the San Miguel River in 1973 (Valdez et al. 1992). See Section 3.6.4 for additional information on the Colorado pikeminnow and other special status fish species.

Altered base flow releases from McPhee Dam (constructed in 1984 and located 200 mi [320 km] upstream of the Dolores River confluence with the Colorado River) accounted for reduced native fish habitat in the lower 170 mi (274 km) of the river, which resulted from decreased fish holding areas, dewatered nursery backwaters, impeded movement, and enhanced sedimentation (Valdez et al. 1992).

The Colorado Department of Wildlife collected fish from the Dolores River in Big Gypsum Valley near the Montrose/San Miguel County border (Anderson and Stewart 2006). This site is less than 1.5 mi (2.4 km) west of Lease Tract 17. A total of 13 fish species were

BLM_0041283

1  collected in 2000, 2001, 2004, and 2005. These included four native species—flannelmouth
2  sucker, bluehead sucker, roundtail chub, and speckled dace—and nine nonnative species—
3  channel catfish, black bullhead, common carp, green sunfish, pumpkinseed (*Lepomis gibbosus*),
4  red shiner, sand shiner, fathead minnow, and brown trout (Anderson and Stewart 2006).
5  Increasing drought and sedimentation problems over the course of the study resulted in an
6  increased number of black bullheads and a decreased number of flannelmouth suckers. Low-
7  velocity pools that dominated the study area were favorable to bullhead and not favorable to
8  native species. The absence of quality riffle habitats accounted for low numbers of bluehead
9  suckers observed in the later years of the study (Anderson and Stewart 2006). Degraded or more
10  silted riffle habitats observed after 2002 may have decreased invertebrate production and, as a
11  result, caused the decreases observed for roundtail chub and channel catfish. The roundtail chub,
12  flannelmouth sucker, and bluehead sucker appear to mature at a younger age and smaller size in
13  the Dolores River than is typical in other larger rivers (Anderson and Stewart 2006). Several of
14  the species may also occur in the tributary streams to the Dolores and San Miguel Rivers where
15  flows are sufficient to provide habitat.

## 3.6.4  Threatened, Endangered, and Sensitive Species

        The counties where the DOE lease tracts are located (Mesa, Montrose, and San Miguel)
are utilized by 7 species of plants and animals that are listed as threatened, endangered, or
sensitive by state and federal agencies (Table 3.6-20). The known or potential distribution and
habitat requirements for these species were determined from the U.S. Fish and Wildlife Service
(USFWS) Information, Planning, and Conservation System (IPaC) (USFWS 2011a), USFWS
Critical Habitat Portal (USFWS 2011b), NatureServe Explorer (NatureServe 2011), Colorado
Natural Heritage Program (CNHP) Rare Plant Guide List (CNHP 2011a), CNHP Element
Occurrence Records (CNHP 2011b), Colorado Division of Wildlife (CDOW 2011a), and the
Southwest Regional Gap Analysis Project (SWReGAP) (USGS 2007). The following types of
species are considered in this assessment:

- Species that are listed as threatened or endangered under the ESA, or that are
  proposed or candidates for listing under the ESA;

- Species that are listed by the BLM as sensitive;

- Species that are listed by the U.S. Forest Service (USFS) as sensitive;

- Species that are listed as threatened or endangered by the state of Colorado.

BLM_0041284

*Preliminary Draft PEIS*
*PEIS Team Use Only*

*PEIS Privileged Information*
*Do Not Distribute*

*May 2012*

1   **TABLE 3.6-20  Threatened, Endangered, and Sensitive Species That May Occur in the ULP Project Counties (Mesa, Montrose, and**
2   **San Miguel)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near ULP Lease Tracts (Y/N)[b] | Habitat and Occurrence in the ULP Project Area[c] |
|---|---|---|---|---|
| **Plants** | | | | |
| Canyonlands biscuitroot | *Aletes latilobus* | BLM-S | Y | In Colorado, known only from Mesa County. Inhabits pinyon-juniper and desert shrub communities on sandy soils derived from the Entrada Formation. Elevation range is 5,000–7,000 ft. Not known to occur in any lease tracts, but suitable habitat could occur on or near lease tracts in Mesa County. |
| Cathedral Bluff meadow-rue | *Thalictrum heliophilum* | BLM-S; FS-S | N | Endemic to northwestern Colorado in Garfield, Mesa, and Rio Blanco Counties. Inhabits sparsely vegetated, steep shale talus slopes of the Green River Formation. Elevation range is 6,300–8,800 ft. Known to occur in northern Mesa County; unlikely to occur near any of the lease tracts. |
| Clay-loving wild buckwheat | *Eriogonum pelinophilum* | ESA-E | N | Endemic to western Colorado in Delta and Montrose Counties. Inhabits Mancos Shale badlands in salt desert shrub communities. Elevation range is 5,200–6,400 ft. Known to occur in eastern Mesa County; unlikely to occur near any of the lease tracts. |
| Colorado hookless cactus | *Sclerocactus glaucus* | ESA-T | Y | Rocky hills, mesa slopes, and alluvial benches; in desert shrub communities. Elevation range is 4,500–6,000 ft. Not known to occur in any lease tracts, but suitable habitat could occur on or near lease tracts in Mesa and Montrose Counties. |
| Debeque milkvetch | *Astragalus debequaeus* | BLM-S | N | Varicolored, fine textured, seleniferous, saline soils of the Wasatch Formation-Atwell Gulch Member. Barren outcrops of dark clay interspersed with lenses of sandstone. Elevation range is 5,100–6,400 ft. Known to occur in northern Mesa County; unlikely to occur near any of the lease tracts. |

3
4
5

BLM_0041285

TABLE 3.6-20  (Cont.)

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near ULP Lease Tracts (Y/N)[b] | Habitat and Occurrence in the ULP Project Area[c] |
|---|---|---|---|---|
| **Plants (Cont.)** | | | | |
| Debeque phacelia | *Phacelia submutica* | ESA-T | N | Sparsely vegetated, steep slopes on clay substrates. Occurs on Atwell Gulch and Shire Members of the Wasatch Formation. Soils often have large cracks because of the high shrink-swell potential of the clays. Elevation range is 4,700–6,200 ft. Known to occur in northern Mesa County; unlikely to occur near any of the lease tracts. |
| Dolores River skeletonplant | *Lygodesmia doloresensis* | BLM-S | Y | Juniper-desert shrub or juniper-grassland communities on alluvial soils derived from sandstone outcrops associated with the undivided lower portion of the Cutler Group. Elevation range is 4,400–4,700 ft. Known occurrences of habitat for this species on Lease Tract 13; quad-level occurrences for this species also intersect Lease Tract 26. Suitable habitat could occur on or near lease tracts in Mesa, Montrose, and San Miguel Counties. |
| Eastwood's monkeyflower | *Mimulus eastwoodiae* | BLM-S | Y | Shallow caves and seeps on steep canyon walls. Elevation range is 4,700–5,800 ft. Known to occur in western Mesa, Montrose, and San Miguel Counties. Quad-level occurrences intersect Lease Tracts 11, 13, 13A, 14(1), 14(2), 15, 15A, 16, 16A, 18, 19, 19A, 20, 24, and 26. Suitable habitat could occur on or near lease tracts in Mesa, Montrose, and San Miguel Counties. |
| Ferron's milkvetch | *Astragalus musiniensis* | BLM-S | N | Gullied bluffs, knolls, benches, and open hillsides, in pinyon-juniper woodlands or desert shrub communities, mostly on shale, sandstone, or alluvium derived from them. Elevation range is 4,700–7,000 ft. Known to occur in northwestern Mesa County; unlikely to occur near any of the lease tracts. |
| Fisher milkvetch | *Astragalus piscator* | BLM-S | Y | In Colorado, known only from Mesa County on sandy, sometimes gypsiferous, soils of valley benches and gullied foothills. Elevation range is 4,300–5,600 ft. Quad-level occurrences intersect Lease Tract 26 in Mesa County. Suitable habitat could occur on or near lease tracts in Mesa County. |

BLM_0041286

**TABLE 3.6-20  (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near ULP Lease Tracts (Y/N)[b] | Habitat and Occurrence in the ULP Project Area[c] |
|---|---|---|---|---|
| **Plants (Cont.)** | | | | |
| Grand buckwheat | *Eriogonum contortum* | BLM-S | N | Mancos Shale badlands, with shadscale and other salt desert shrub communities. Elevation range is 4,500–5,100 ft. Known to occur in northwestern Mesa County; unlikely to occur near any of the lease tracts. |
| Grand Junction milkvetch | *Astragalus linifolius* | BLM-S | Y | Grows on the Chinle and Morrison Formations, with pinyon-juniper and sagebrush. Elevation range is 4,800–6,200 ft. Known to occur in Mesa and Montrose Counties. Quad-level occurrences intersect Lease Tracts 19, 19A, 20, 21, 22, 23(1), 23(2) 23(3), 24, 26, and 27. Suitable habitat could occur on or near lease tracts in Mesa and Montrose Counties. |
| Grand Junction suncup | *Camissonia eastwoodiae* | BLM-S | Y | Occurs in adobe hills in the lower valleys of western Colorado. Inhabits saltbush, shadscale, blackbrush, and juniper communities at 3,900–5,900 ft. Not known to occur in any lease tracts, but suitable habitat could occur on or near lease tracts in Mesa County. |
| Gypsum Valley cateye | *Cryptantha gypsophila* | BLM-S | Y | Endemic to western Colorado. Inhabits gypsum outcrops. Quad-level occurrences intersect Lease Tracts 12, 13, 14(1), and 26. Suitable habitat could occur on or near lease tracts in Mesa, Montrose, and San Miguel Counties. |
| Helleborine | *Epipactis gigantea* | BLM-S; FS-S | Y | Inhabits seeps on sandstone cliffs and hillsides; also occurs along springs. Elevation range is 4,800–8,000 ft. Quad-level occurrences intersect Lease Tracts 18, 19, 19A, 20, and 24. Suitable habitat could occur on or near lease tracts in Mesa, Montrose, and San Miguel Counties. |
| Horseshoe milkvetch | *Astragalus equisolensis* | BLM-S | Y | In Colorado, known only from Mesa County. Occurs in shrubland communities. Quad-level occurrences intersect Lease Tract 26. Suitable habitat could occur on or near lease tracts in Mesa County. |

BLM_0041287

TABLE 3.6-20  (Cont.)

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near ULP Lease Tracts (Y/N)[b] | Habitat and Occurrence in the ULP Project Area[c] |
|---|---|---|---|---|
| ***Plants (Cont.)*** | | | | |
| Jones' bluestar | *Amsonia jonesii* | BLM-S | N | Unlikely to occur near any of the lease tracts. |
| Kachina daisy | *Erigeron kachinensis* | BLM-S | Y | Endemic to the Colorado Plateau in western Colorado and eastern Utah. Inhabits saline soils in alcoves and seeps in canyon walls. Elevation range is 4,800–5,600 ft. Quad-level occurrences intersect Lease Tracts 18, 19, 19A, 20, and 24. Suitable habitat could occur on or near lease tracts in Montrose County. |
| Narrow-stem gilia | *Gilia stenothyrsa* | BLM-S | N | In Colorado, known only from Mesa County. Occurs on silty to gravelly loam soils derived from the Green River or Uinta Formations. Inhabits grasslands, mountain-mahogany, or pinyon-juniper communities. Elevation range is 5,000–6,000 ft. Known to occur in northern Mesa County; unlikely to occur near any of the lease tracts. |
| Naturita milkvetch | *Astragalus naturitensis* | BLM-S | Y | Inhabits sandstone mesas, ledges, crevices, and slopes in pinyon-juniper woodlands. Elevation range is 5,000–7,000 ft. Known occurrences and habitat for this species are on Lease Tract 13 near Paradox Valley lease tracts and near Uravan. Quad-level occurrences also intersect Lease Tracts 6, 7, 8, 8A, 9, 12, 13, 13A, 14(1), 14(2), 15, 15A, 17(1), 17(2), 18, 19, 19A, 20, and 24. Suitable habitat could occur on or near lease tracts in Mesa, Montrose, and San Miguel Counties. |
| Osterhout's cryptantha | *Cryptantha osterhoutii* | BLM-S | Y | Known from Mesa County, Colorado, as well as eastern Utah. Inhabits dry, barren sites, on sandstone substrates. Elevation range is 4,500–6,100 ft. Not known to occur in any lease tracts, but suitable habitat could occur on or near lease tracts in Mesa County. |
| Parachute beardtongue | *Penstemon debilis* | ESA-C; BLM-S | N | Endemic to Colorado in Garfield County; may potentially occur in northern Mesa County. Inhabits sparsely vegetated, south-facing, steep, white shale talus of the Parachute Creek Member of the Green River Formation. Elevation range is 8,000–9,000 ft. Unlikely to occur near any of the lease tracts. |

**TABLE 3.6-20  (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near ULP Lease Tracts (Y/N)[b] | Habitat and Occurrence in the ULP Project Area[c] |
|---|---|---|---|---|
| **Plants (Cont.)** | | | | |
| Paradox breadroot | *Pediomelum aromaticum* | BLM-S | Y | Known from adobe hills in Mesa and Montrose Counties, Colorado. Not known to occur in any lease tracts, but suitable habitat could occur on or near lease tracts in Mesa, Montrose, and San Miguel Counties. |
| Paradox lupine | *Lupinus crassus* | BLM-S | Y | Endemic to western Montrose County, Colorado. Inhabits pinyon-juniper woodlands or clay barrens along draws and washes with sparse vegetation. Elevation range is 5,000–8,000 ft. Occurs near Paradox Valley lease tracts and near Uravan. Quad-level occurrences also intersect Lease Tracts 18, 21, 22, 22A, 23(1), 23(2), 23(3), 24, and 25. Suitable habitat could occur on or near lease tracts in Montrose County. |
| Piceance bladderpod | *Lesquerella parviflora* | BLM-S | N | Endemic to the Piceance Basin in Garfield, Mesa, and Rio Blanco Counties, Colorado. Inhabits shale outcrops of the Green River Formation, on ledges and slopes of canyons in open areas. Elevation range is 6,200–8,600 ft. Unlikely to occur near any of the lease tracts. |
| San Rafael milkvetch | *Astragalus rafaelensis* | BLM-S | Y | Inhabits hillsides, washes, and talus under cliffs on clay, silty, or sandy substrates. Elevation range is 4,400–6,500 ft. Known to occur near Uravan lease tracts. Quad-level occurrences intersect Lease Tracts 5, 5A, 6, 7, 8, 8A, 9, 18, 19, 19A, 20, 22, 22A, 24, 26, and 27. Suitable habitat could occur on or near lease tracts in Mesa and Montrose Counties. |
| Sandstone milkvetch | *Astragalus sesquiflorus* | BLM-S | Y | Occurs on sandstone rock ledges, fissures of domed siltrock, talus, and sometimes in sandy washes. Elevation range is 5,000–5,500 ft. Quad-level occurrences intersect Lease Tracts 5, 5A, 6, 7, 8, 8A, 9, 18, 19, 19A, 20, 22, 22A, and 24. Suitable habitat could occur on or near lease tracts in Montrose County. |

TABLE 3.6-20  (Cont.)

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near ULP Lease Tracts (Y/N)[b] | Habitat and Occurrence in the ULP Project Area[c] |
|---|---|---|---|---|
| **Plants (Cont.)** | | | | |
| Wetherill's milkvetch | *Astragalus wetherillii* | FS-S | Y | Occurs on steep slopes, canyon benches, and talus under cliffs. Elevation range is 5,250–7,400 ft. Quad-level occurrences intersect Lease Tracts 5, 5A, 6, and 7. Suitable habitat could occur on or near lease tracts in Mesa, Montrose, and San Miguel Counties. |
| **Invertebrates** | | | | |
| Great Basin silverspot butterfly | *Speyeria nokomis nokomis* | BLM-S | Y | Inhabits streamside meadows, open seepage areas, and other riparian areas with an abundance of violets. Not known to occur in any lease tracts, but suitable habitat could occur on or near lease tracts in Mesa, Montrose, and San Miguel Counties. |
| Uncompahgre fritillary butterfly | *Boloria acrocnema* | ESA-E | N | Narrowly endemic to alpine habitats (above 12,000 ft) of the San Juan Mountains in southwestern Colorado. May rarely occur in other alpine habitats in western Colorado. Inhabits alpine slopes with extensive amounts of snow willow (*Salix nivalis*), which serve as the larval food plant. This species may rarely occur in alpine habitats in San Miguel County, but it is unlikely to occur near any of the lease tracts. |
| **Fish** | | | | |
| Bluehead sucker | *Catostomus discobolus* | BLM-S; FS-S | Y | Found in a variety of aquatic habitats from headwater streams to large rivers. The bluehead sucker requires water moving at a moderate to fast velocity, preferably over rock substrates. This species does not occur on any of the lease tracts; however, it could occur in the Dolores and San Miguel Rivers, which are downstream of lease tracts in Mesa, Montrose, and San Miguel Counties; these rivers also flow through portions of Lease Tracts 13A, 13, and 14. |

BLM_0041290

**TABLE 3.6-20 (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near ULP Lease Tracts (Y/N)[b] | Habitat and Occurrence in the ULP Project Area[c] |
|---|---|---|---|---|
| *Fish (Cont.)* | | | | |
| Bonytail chub | *Gila elegans* | ESA-E; CO-E | Y | Found historically throughout the Colorado River drainage; currently known only from the Green River in Utah and Lakes Havasu and Mohave. Inhabits large river systems in eddies and pools. The bonytail chub does not occur on any of the lease tracts; however, it could inhabit the Colorado River downstream from the Dolores River, which flows through Lease Tracts 13A, 13, and 14. |
| Colorado pikeminnow | *Ptychocheilus lucius* | ESA-E; CO-T | Y | Restricted to large rivers of the Colorado River basin. The Colorado pikeminnow does not occur on any of the lease tracts; however, it could inhabit downstream areas, including the Dolores River, which flows through Lease Tracts 13A, 13, and 14. |
| Colorado River cutthroat trout | *Oncorhynchus clarki pleuriticus* | BLM-S; FS-S | N | Found in the Colorado River drainage. Current distribution is limited to a few small headwater streams and lakes in northwestern Colorado. This species is unlikely to occur near or downstream from any lease tracts. |
| Flannelmouth sucker | *Catostomus latipinnis* | BLM-S; FS-S | Y | Inhabits moderate to large rivers, is seldom in small creeks, and is absent from impoundments. Prefers pools and deep runs. Spawns in riffles, usually over a substrate of coarse gravel. In Colorado, the flannelmouth is found only in large rivers on the western slope. The flannelmouth sucker does not occur on any of the lease tracts; however, it could occur in the Dolores and San Miguel Rivers, which are downstream from lease tracts in Mesa, Montrose, and San Miguel Counties; these rivers also flow through portions of Lease Tracts 13A, 13, and 14. |
| Greenback cutthroat trout | *Oncorhynchus clarki stomias* | ESA-T; CO-T | N | Found only in a few headwater streams in the Arkansas and South Platte River drainages. This species is unlikely to occur near or downstream from any lease tracts. |

**TABLE 3.6-20  (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near ULP Lease Tracts (Y/N)[b] | Habitat and Occurrence in the ULP Project Area[c] |
|---|---|---|---|---|
| **Fish (Cont.)** | | | | |
| Humpback chub | *Gila cypha* | ESA-E; CO-T | Y | Historically ranged throughout the Colorado River system. Current distribution in Colorado is limited to the Yampa, Gunnison, Green, and Colorado Rivers in the western portion of the state. Inhabits slow eddies and pools over rock, sand, or gravel substrates. The humpback chub does not occur on any of the lease tracts; however, it could inhabit the Colorado River downstream from the Dolores River, which flows through Lease Tracts 13A, 13, and 14. |
| Razorback sucker | *Xyrauchen texanus* | ESA-E; CO-E | Y | Historically ranged throughout the Colorado River system. Current distribution in Colorado is limited to the lower mainstem Colorado, Gunnison, lower Yampa, and Green Rivers. The razorback sucker does not occur on any of the lease tracts; however, it could inhabit the Colorado River downstream from the Dolores River, which flows through Lease Tracts 13A, 13, and 14. |
| Roundtail chub | *Gila robusta* | BLM-S; FS-S | Y | Found in the Colorado River mainstem and larger tributaries. Prefers slow-moving waters adjacent to areas of faster water. The roundtail chub does not occur on any of the lease tracts; however, it could inhabit downstream areas, including the Dolores River, which flows through Lease Tracts 13A, 13, and 14. |
| **Amphibians** | | | | |
| Boreal toad | *Bufo boreas* | CO-E | Y | Generally associated with montane riparian habitats at elevations from 8,500–11,500 ft. Habitats include marshes, meadows, streams, beaver ponds, and lakes. Not known to occur on or near any of the lease tracts. However, according to the SWReGAP habitat model, potentially suitable habitat may occur on or near the Calamity Mesa, Outlaw Mesa, and Uravan lease tracts (19, 26, and 27). |
| Canyon treefrog | *Hyla arenicolor* | BLM-S | Y | Occurs along intermittent streams in deep, rocky, canyons. Elevation typically ranges from 4,500–6,300 ft. Quad-level occurrences for this species intersect Lease Tracts 6, 7, 8, 8A, 9, 11, 13, 13A, 14(1), 14(2), 15, 15A, 16, 16A, and 26. Suitable habitat could occur on or near lease tracts in Mesa, Montrose, and San Miguel Counties. |

BLM_0041292

**TABLE 3.6-20  (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near ULP Lease Tracts (Y/N)[b] | Habitat and Occurrence in the ULP Project Area[c] |
|---|---|---|---|---|
| **Amphibians (Cont.)** | | | | |
| Great Basin spadefoot | *Spea intermontana* | BLM-S | Y | Inhabits pinyon-juniper woodlands, sagebrush communities, and semidesert shrublands at elevations generally below 7,000 ft. Not known to occur in any lease tracts. However, according to the SWReGAP habitat model, potentially suitable habitat could occur within 1 mile to the west of Lease Tracts 11 and 11A. |
| Northern leopard frog | *Rana pipiens* | BLM-S; FS-S | Y | Inhabits wet meadows, marshes, ponds, lakes, and reservoirs, as well as streams and irrigation ditches. Elevation range is 3,000–11,000 ft. Not known to occur in any lease tracts, and suitable habitat does not occur on the lease tracts. However, according to the SWReGAP habitat model, potentially suitable habitat could occur in the vicinity of Uravan lease tracts (18, 19, 19A, 24, and 25) and lease tracts in Disappointment Valley (13, 13A, 14, 15, and 15A). |
| **Reptiles** | | | | |
| Longnose leopard lizard | *Gambelina wislizenii* | BLM-S | Y | Inhabits flat or gently sloping shrublands in sparse vegetation. Quad-level occurrences intersect Lease Tract 26. According to the SWReGAP habitat model, potentially suitable habitat could occur on or near Calamity Mesa, Outlaw Mesa, and Uravan lease tracts (18, 19, 19A, 20, 24, 26, and 27). |
| Midget-faded rattlesnake | *Crotalus oreganus concolor* | BLM-S | Y | Quad-level occurrences for this species intersect Lease Tracts 26 and 27. According to the SWReGAP habitat model, potentially suitable habitat for this species occurs on or near all lease tracts. |
| Milk snake | *Lampropeltis triangulum* | BLM-S; FS-S | N | Inhabits prairies, sandhills, shrublands, canyons, pinyon-juniper woodlands, and riparian areas. Usually found at elevations below 8,000 ft. Not known to occur in any lease tracts. According to the SWReGAP habitat model, the nearest potentially suitable habitat is north and east of all lease tracts in eastern Mesa County and northeastern Montrose County. Unlikely to occur near any of the lease tracts. |

TABLE 3.6-20  (Cont.)

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near ULP Lease Tracts (Y/N)[b] | Habitat and Occurrence in the ULP Project Area[c] |
|---|---|---|---|---|
| **Birds** | | | | |
| American white pelican | *Pelecanus erythrorhynchos* | BLM-S | N | A rare summer resident in western Colorado. Usually seen in large reservoirs. May be observed as a migratory transient in several lease tracts; however, suitable habitat for this species is unlikely to occur near any of the lease tracts. |
| Bald eagle | *Haliaeetus leucocephalus* | BLM-S; FS-S; CO-T | Y | Preferred habitat includes reservoirs and large rivers. In winter, bald eagles may occur locally in semidesert and grassland habitats, especially near prairie dog towns. May forage in arid shrubland environments. Bald eagles winter in riparian habitat along the Dolores River and in Dry Creek Basin. A winter nocturnal roost area is located in Disappointment Valley. Eagles probably forage for carrion in deer and elk winter concentration areas such as Atkinson Mesa (Lease Tracts 18, 19, 19A and 20), Disappointment Valley (Lease Tracts 13, 13A, and 14), Paradox Valley (Lease Tracts 21, 22A, and 23A), Monogram Mesa (Lease Tracts 5, 6, 7, 7A, 8, and 9), and Calamity Mesa (Lease Tracts 26, 26A, 27, and 27A). |
| Brewer's sparrow | *Spizella breweri* | BLM-S | Y | A summer resident on mesas and foothills of western Colorado; occurs primarily in sagebrush shrublands but also occurs in mountain mahogany communities. Not known to occur in any lease tracts; however, according to the SWReGAP habitat model, potentially suitable summer breeding habitat could occur on or near all lease tracts. |
| Burrowing owl | *Athene cunicularia* | BLM-S; CO-T | Y | A year-round resident in western Colorado in grasslands near prairie dog towns. This species may occur in association with prairie dog towns on or near the Gateway lease tracts (26 and 27). According to the SWReGAP habitat model, potentially suitable summer breeding habitat could occur on or near all lease tracts. |
| Ferruginous hawk | *Buteo regalis* | BLM-S; FS-S | Y | A winter resident in western Colorado in grasslands and semidesert shrublands. Occasionally found in pinyon-juniper woodlands. Winter residents concentrate around prairie dog towns. This species may use portions of the lease tracts during winter migration. According to the SWReGAP habitat model, potentially suitable winter habitat could occur on or near all lease tracts. |

**TABLE 3.6-20  (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near ULP Lease Tracts (Y/N)[b] | Habitat and Occurrence in the ULP Project Area[c] |
|---|---|---|---|---|
| ***Birds (Cont.)*** | | | | |
| Gunnison sage-grouse | *Centrocercus minimus* | ESA-C; BLM-S; FS-S | Y | Inhabits sagebrush shrublands, but will sometimes occur in meadows, grasslands, and thickets adjacent to sagebrush communities. Occupied habitat for this species overlaps with the western portion of Lease Tract 9. According to the SWReGAP habitat model, potentially suitable year-round habitat could occur on or near all lease tracts. |
| Long-billed curlew | *Numenius americanus* | BLM-S; FS-S | N | A rare spring and fall migrant in western Colorado. Inhabits shoreline areas of short-grass prairies and fallow fields. Not known to occur near any of the lease tracts. According to the SWReGAP habitat model, potentially suitable habitat for this species does not occur near any of the lease tracts. |
| Mexian spotted owl | *Strix occidentalis lucida* | ESA-T; CO-T | Y | Inhabits large steep canyons with dense old-growth mixed coniferous forest. Quad-level occurrences for this species intersect Lease Tract 12. According to the SWReGAP habitat model for the spotted owl (*S. occidentalis*), potentially suitable migratory habitat may occur on all lease tracts. |
| Mountain plover | *Charadrius montanus* | BLM-S; FS-S | N | A rare summer resident in western Colorado. Found in grasslands and prairies along foothills and mountain sides. Not known to occur near any of the lease tracts. According to the SWReGAP habitat model, potentially suitable habitat for this species does not occur near any of the lease tracts. |
| Northern goshawk | *Accipiter gentilis* | BLM-S; FS-S | Y | A rare migrant and winter resident in western Colorado, the northern goshawk inhabits various forest types including coniferous, pinyon-juniper, and riparian habitats. May also forage in shrubland areas. According to the SWReGAP habitat suitability model, potentially suitable year-round habitat may occur on or near all lease tracts. Although the lease tracts may provide foraging habitat, it is unlikely that the lease tracts provide any nesting habitat for this species. |

**TABLE 3.6-20  (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near ULP Lease Tracts (Y/N)[b] | Habitat and Occurrence in the ULP Project Area[c] |
|---|---|---|---|---|
| **Birds (Cont.)** | | | | |
| Peregrine falcon | *Falco peregrinus* | BLM-S; FS-S | Y | A summer breeding resident in western Colorado, this species occurs near cliffs and bluffs that overlook grasslands and shrublands. Breeding birds nest on cliff faces. Quad-level occurrences for this species intersect Lease Tracts 12, 22, 22A, 24, 25, and 26. Nesting is known to occur close to Paradox Valley lease tracts. According to the SWReGAP habitat model, potentially suitable summer breeding habitat could occur on or near all lease tracts. |
| Sage sparrow | *Amphispiza belli* | FS-S | Y | Local and irregular summer resident on mesas of western Colorado. Breeds in sagebrush shrublands. Quad-level occurrences for this species intersect Lease Tracts 5, 5A, 6, 7, 8, 8A, 9, 18, 19, 19A, 20, 22, 22A, 24, and 25. According to the SWReGAP habitat model, potentially suitable summer breeding habitat could occur on or near all lease tracts. |
| Southwestern willow flycatcher | *Empidonax traillii extimus* | ESA-E; CO-E | Y | An uncommon summer resident in western Colorado. Breeds in montane riparian thickets dominated by willow. Not known to occur in any of the lease tracts; however, potentially suitable breeding habitat could occur along the Dolores and San Miguel Rivers, which are downstream from lease tracts in Mesa, Montrose, and San Miguel Counties; these rivers also flow through portions of Lease Tracts 13A, 13, and 14. |
| Western snowy plover | *Charadrius alexandrinus nivosus* | BLM-S | N | Shorelines along alkali flats and reservoirs. Unlikely to occur near any of the lease tracts. According to the SWReGAP habitat model, potentially suitable habitat does not occur near any of the lease tracts. |

BLM_0041296

Preliminary Draft PEIS
PEIS Team Use Only

PEIS Privileged Information
Do Not Distribute

May 2012

**TABLE 3.6-20  (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near ULP Lease Tracts (Y/N)[b] | Habitat and Occurrence in the ULP Project Area[c] |
|---|---|---|---|---|
| **Birds (Cont.)** | | | | |
| Western yellow-billed cuckoo | *Coccyzus americanus occidentalis* | ESA-C; BLM-S; FS-S | Y | An uncommon summer breeding resident in western Colorado. Inhabits riparian woodlands, particularly those consisting of cottonwood and willow. Not known to occur on any of the lease tracts. According to the SWReGAP habitat model, potentially suitable breeding habitat may occur along the Dolores River in southern Mesa County and northern Montrose County, downstream from the Calamity Mesa, Outlaw Mesa, and Uravan Lease Tracts (18, 19, 19A, 20, 24, 25, 26, and 27). Potentially suitable habitat may occur on or near other lease tracts along the Dolores and San Miguel Rivers. |
| White-faced ibis | *Plegadis chihi* | BLM-S; FS-S | Y | A rare fall migrant in western Colorado, this species inhabits wet meadows, marshlands, and reservoir shorelines. This species is not known to occur on any of the lease tracts. According to the SWReGAP habitat model, however, potentially suitable migratory habitat could occur on or near some Disappointment Valley lease tracts (13, 13A, 14, 15, and 15A). |
| **Mammals** | | | | |
| Big free-tailed bat | *Nyctinomops macrotis* | BLM-S; FS-S | Y | Forages primarily on moths in a variety of habitats, including montane forests and shrublands. Roosts in crevices on cliff faces or in buildings. Not known to occur near any of the lease tracts. According to the SWReGAP habitat model, potentially suitable year-round habitat intersects all lease tracts. |
| Black-footed ferret | *Mustela nigripes* | ESA-E; ESA-XN; CO-E | Y | Believed to be extirpated from the state of Colorado since the 1950s. Experimental populations were reintroduced to the northwestern portion of Colorado beginning in 2001. Historically, it inhabited prairies and semiarid shrublands, where it preyed on prairie dogs. According to the SWReGAP habitat model, potentially suitable habitat does not occur near any lease tracts; however, this species could occur on or near some lease tracts that support prairie dog towns. |

BLM_0041297

**TABLE 3.6-20 (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near ULP Lease Tracts (Y/N)[b] | Habitat and Occurrence in the ULP Project Area[c] |
|---|---|---|---|---|
| **_Mammals (Cont.)_** | | | | |
| Canada lynx | _Lynx canadensis_ | ESA-T; CO-E | N | Inhabits montane coniferous habitats with a dense understory that supports snowshoe hare populations. In Colorado, currently known from extremely isolated mountainous habitats in the central part of the state. Not known to occur near any of the lease tracts. According to the SWReGAP habitat model, potentially suitable habitat does not occur near any of the lease tracts. |
| Fringed myotis | _Myotis thysanodes_ | BLM-S | Y | A snag-dependent bat species that occurs in a wide variety of forest types including ponderosa pine, oak, and pinyon-juniper. Also forages in grasslands and shrublands. Roosts in snags and rock crevices. Quad-level occurrences for this species intersect Lease Tracts 26 and 27. According to the SWReGAP habitat model, potentially suitable year-round habitat intersects all lease tracts. |
| Gunnison's prairie dog | _Cynomys gunnisoni_ | ESA-C; BLM-S; FS-S | Y | In Colorado, this species is restricted to the southwestern and south-central portion of the state. Inhabits grasslands and semiarid shrublands. This species is not known to occur near any of the lease tracts. According to the SWReGAP habitat model, however, potentially suitable habitat could occur on or near all lease tracts. |
| Kit fox | _Vulpes macrotis_ | BLM-S; FS-S; CO-E | N | Inhabits semiarid shrubland and margins of pinyon-juniper woodlands. In Colorado, this species is known from only one population near Delta. Not known to occur near any of the lease tracts. According to the SWReGAP habitat model, potentially suitable habitat could occur on or near all lease tracts. However, the kit fox is unlikely to occur near any of the lease tracts. |

BLM_0041298

**TABLE 3.6-20  (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near ULP Lease Tracts (Y/N)[b] | Habitat and Occurrence in the ULP Project Area[c] |
|---|---|---|---|---|
| ***Mammals (Cont.)*** | | | | |
| Nelson's bighorn sheep | *Ovis canadensis nelsoni* | BLM-S; FS-S | Y | Inhabits visually open, steep, rocky terrain in mountainous habitats of the southwestern United States. Rarely uses valleys and lowlands, except as travel corridors between mountain ranges. Not known to occur near any of the lease tracts. According to the SWReGAP habitat suitability model, however, potentially suitable habitat for this species could occur on or near all lease tracts. Winter concentration areas occur on or near lease tracts in Disappointment Valley (10, 11, 11A, 12, 13, 13A, 14, 15, 15A, 16, and 16A). |
| North American wolverine[d] | *Gulo gulo luscus* | ESA-C; BLM-S; FS-S | N | Inhabits high-elevation habitats, including aspen, spruce-fir, Douglas fir, lodgepole pine, limber pine, ponderosa pine, and white fir, as well as tundra, subalpine meadows, and xeric shrublands at elevations between 6,000 and 14,500 ft. This species could potentially occur in Mesa, Montrose, and San Miguel Counties, although it is not known to occur near any of the lease tracts. According to the SWReGAP habitat model, potentially suitable habitat for this species does not occur near any of the lease tracts. |
| Spotted bat | *Euderma maculatum* | BLM-S; FS-S | Y | Occurs near forests and shrubland habitats. Uses caves and rock crevices for day roosting and winter hibernation. This species is not known to occur in the vicinity of the ULP lease tracts; however, it is known to use other uranium mines in Colorado. According to the SWReGAP habitat model, potentially suitable year-round habitat could occur on or near all lease tracts. |
| Townsend's big-eared bat | *Corynorhinus townsendii pallescens* | BLM-S; FS-S | Y | Inhabits semiarid shrublands, pinyon-juniper woodlands, and montane forests below elevations of 10,000 ft. Roosts in caves, mines, rock crevices, under bridges, or within buildings. Quad-level occurrences for this species intersect Lease Tracts 10, 11, 12, 16, 16A, 19, 19A, 20, 24, 26, and 27. According to the SWReGAP habitat model, potentially suitable year-round habitat for this species could occur on or near all lease tracts. |

BLM_0041299

TABLE 3.6-20  (Cont.)

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near ULP Lease Tracts (Y/N)[b] | Habitat and Occurrence in the ULP Project Area[c] |
|---|---|---|---|---|
| **Mammals (Cont.)** | | | | |
| White-tailed prairie dog | *Cynomys leucurus* | BLM-S; FS-S | Y | In Colorado, this species is known from the northwestern and west-central portion of the state. Inhabits open shrublands, semidesert grasslands, and mountain valleys. Not known to occur near any of the lease tracts. According to the SWReGAP habitat model, however, potentially suitable year-round habitat could occur on or near the Gateway and Uravan lease tracts (18, 19, 19A, 24, 25, 26, and 27). |

[a]   BLM-S = listed as sensitive by the BLM; CO-E = listed as endangered by the state of Colorado; CO-T = listed as threatened by the state of Colorado; ESA-C = candidate for listing under the ESA; ESA-E = listed as endangered under the ESA; ESA-T = listed as threatened under the ESA; ESA-XN = experimental, nonessential population under the ESA; FS-S = listed as sensitive by the USFS.

[b]   The potential to occur on or near ULP lease tracts is based on the known or potential distribution and availability of suitable habitat in the vicinity of the ULP lease tracts. Sources that were considered included USFWS (2011a,b), CNHP (2011a,b), CDOW (2011), and USGS (2007).

[c]   The availability of potentially suitable habitat was determined by using SWReGAP habitat suitability models (USGS 2007). Quad-level occurrences were obtained from CNHP (2011b). Habitat and natural history information was obtained from NatureServe (2011), CNHP (2011a), and CDOW (2011).

[d]   The North American wolverine is a candidate for listing under the ESA that may occur in the project counties; however, suitable habitat for this species is not likely to occur in the vicinity of the ULP lease tracts.

BLM_0041300

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                 *Do Not Distribute*

### 3.6.4.1  Species Listed under the Endangered Species Act

There are 13 species that are listed as threatened or endangered under the ESA and 5 species that are candidates for listing under the ESA that are known to occur in the project counties (Table 3.6-20). The following definitions are applicable to the species listing categories under the ESA:

- *Endangered:* Any species that is in danger of extinction throughout all or a significant portion of its range.

- *Threatened:* Any species that is likely to become endangered within the foreseeable future throughout all or a significant part of its range.

- *Proposed for listing:* Species that has been formally proposed for listing by the USFWS by a notice in the *Federal Register*.[8]

- *Candidate:* Species for which the USFWS has sufficient information on its biological status and threats that it could propose the species as threatened or endangered under the ESA, but for which development of a proposed listing regulation is precluded by other higher-priority listing actions.

- *Critical habitat:* Critical habitat for a listed species consists of
  - Specific areas within the geographical area occupied by the species at the time it is listed in accordance with the provisions of Section 4 of the ESA, on which are found those physical or biological features (constituent elements) (a) that are essential to the conservation of the species and (b) that may require special management considerations or protection; and
  - Specific areas outside the geographical area occupied by the species at the time it is listed in accordance with the provisions of Section 4 of the ESA, upon a determination by the Secretary of the Interior that such areas are essential for the conservation of the species.

  Designated critical habitats are described in 50 CFR Parts 17 and 226.

Of the 18 ESA-listed, proposed, and candidate species listed in Table 3.6-20, there are 8 ESA-listed species and 3 candidate species that could occur on the DOE ULP lease tracts or that may occur in areas affected by ULP activities. These species are listed in Table 3.6-21 and are further discussed below. For these ESA-listed, proposed, and candidate species, project-specific assessments, which may include consultation with the USFWS, would be conducted to

---

[8] Within 1 year of a proposal for listing, the USFWS or National Marine Fisheries Service (NMFS) must take one of three possible courses of action: (1) finalize the listing rule (as proposed or revised); (2) withdraw the proposal if the biological information on hand does not support the listing; or (3) extend the proposal for up to an additional 6 months because, at the end of 1 year, there is substantial disagreement within the scientific community concerning the biological appropriateness of the listing. After the extension, the USFWS or NMFS must make a decision on whether to list the species on the basis of the best scientific information available.

BLM_0041301

Preliminary Draft PEIS
PEIS Team Use Only

PEIS Privileged Information
Do Not Distribute

May 2012

1  **TABLE 3.6-21  Eleven Species Listed, Proposed for Listing, or Candidates for Listing under the ESA That May Occur in the Vicinity of**
2  **the ULP Lease Tracts**

| Common Name | Scientific Name | ESA Status | Potential ULP County Occurrence | Designated Critical Habitat (Y/N) | ULP Counties in Which Critical Habitat Occurs | Recovery Plan (Y/N) |
|---|---|---|---|---|---|---|
| **Plants** | | | | | | |
| Colorado hookless cactus | *Sclerocactus glaucus* | Threatened | Mesa, Montrose | N | NA | Y |
| **Fish** | | | | | | |
| Bonytail chub | *Gila elegans* | Endangered | Mesa, Montrose, San Miguel | Y | Mesa | Y |
| Colorado pikeminnow | *Ptychocheilus lucius* | Endangered | Mesa, Montrose, San Miguel | Y | Mesa | Y |
| Humpback chub | *Gila cypha* | Endangered | Mesa, Montrose, San Miguel | Y | Mesa | Y |
| Razorback sucker | *Xyrauchen texanus* | Endangered | Mesa, Montrose, San Miguel | Y | Mesa | Y |
| **Birds** | | | | | | |
| Gunnison sage-grouse | *Centrocercus minimus* | Candidate | Mesa, Montrose, San Miguel | N | NA | N |
| Mexican spotted owl | *Strix occidentalis lucida* | Threatened | Montrose, San Miguel | Y | NA | Y |
| Southwestern willow flycatcher | *Empidonax traillii extimus* | Endangered | Mesa, Montrose, San Miguel | Y | NA | Y |
| Western yellow-billed cuckoo | *Coccyzus americanus occidentalis* | Candidate | Mesa, Montrose, San Miguel | N | NA | N |
| **Mammals[a]** | | | | | | |
| Black-footed ferret | *Mustela nigripes* | Endangered | Mesa, Montrose, San Miguel | N | NA | Y |
| Gunnison's prairie dog | *Cynomys gunnisoni* | Candidate | Montrose, San Miguel | N | NA | N |

[a]  The Canada lynx is a federally threatened species, and the North American wolverine is a candidate for listing under the ESA. Both of these species have the potential to occur in the project counties. However, suitable habitat for these species is not likely to occur in the vicinity of the ULP lease tracts.

Source: USFWS (2011a)

3

1  comply with Section 7 of the ESA prior to approval of project development and subsequent
2  ground-disturbing activities. Additional information on the status, ecology, and natural history of
3  these species is provided in Appendix E.
4
5
6      **3.6.4.1.1 Plants.** There is one listed plant species that may occur on the ULP lease tracts
7  or may have suitable habitat occurring on or near the ULP lease tracts: the Colorado hookless
8  cactus. The Colorado hookless cactus was listed as a threatened species under the ESA on
9  November 13, 1979. This species is endemic to western Colorado where it inhabits desert shrub
10 communities on rocky hills, mesa slopes, and alluvial benches at elevations between 4,500 and
11 6,000 ft (1,830 m). It is most often found along the Colorado and Gunnison Rivers and their
12 tributaries. Critical habitat for the Colorado hookless cactus has not been designated. The
13 Colorado hookless cactus is not known to occur near any of the lease tracts, but suitable habitat
14 could occur on or near lease tracts in Mesa and Montrose Counties (Table 3.6-20).
15
16
17     **3.6.4.1.2 Fish.** There are four listed species of fish that may have suitable habitat
18 occurring on or near the ULP lease tracts: the bonytail chub, Colorado pikeminnow, humpback
19 chub, and razorback sucker. Collectively, these fish species are referred to as the Colorado River
20 endangered fishes. Each of these fish species historically inhabited tributaries of the Colorado
21 River system, including portions of the Dolores and San Miguel Rivers in the ULP project
22 counties. Current populations of the Colorado River endangered fishes no longer inhabit these
23 rivers in the vicinity of the lease tracts. However, suitable habitat and populations may occur in
24 the Colorado River downstream from the Dolores River, which is downgradient from several
25 lease tracts and flows through Lease Tracts 13, 13A, and 14 (Table 3.6-20). Designated critical
26 habitat for the Colorado River endangered fishes also occurs in the Colorado River in Mesa
27 County, downstream from the Dolores River (Table 3.6-21). The location of the ULP lease tracts
28 relative to designated critical habitat for the Colorado River endangered fishes is shown in
29 Figure 3.6-10.
30
31     The bonytail chub was listed as an endangered species under the ESA on April 23, 1980.
32 Critical habitat for this species was designated within 312 mi (500 km) of the Colorado River
33 basin on March 21, 1994. Designated critical habitat spans five states and includes portions of
34 the Colorado, Green, and Yampa Rivers in the Upper Basin of the Colorado River. Currently,
35 there are no self-sustaining populations of bonytail chub in the wild; only a small number of
36 adults exist in the wild in the Green River and upper Colorado River. Hatchery-reared adults
37 have been released into these rivers, but results indicate a low survival rate and no reproduction
38 or recruitment (USFWS 2002a).
39
40     The Colorado pikeminnow was listed as an endangered species under the ESA on
41 March 11, 1967. Critical habitat for this species was designated within 1,148 mi (1,850 km) of
42 the Colorado River basin on March 21, 1994. Designated critical habitat spans three states and
43 includes portions of the Colorado, Green, Yampa, White, and San Juan Rivers in the Upper
44 Basin of the Colorado River. Currently, three wild reproducing populations of Colorado

BLM_0041303

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                  *Do Not Distribute*



**FIGURE 3.6-10  Locations of Designated Critical Habitat for the Colorado River Endangered Fishes in the Vicinity of the ULP Lease Tracts (USFWS 2011b)**

BLM_0041304

1  pikeminnow occur in the Green River, San Juan River, and upper Colorado River subbasins
2  (USFWS 2002b).

4      The humpback chub was listed as an endangered species under the ESA on
5  March 11, 1967. Critical habitat for this species was designated within 379 mi (610 km) of the
6  Colorado River basin on September 19, 1990. Designated critical habitat spans three states and
7  includes portions of the Colorado, Green, and Yampa Rivers in the Upper Basin of the Colorado
8  River. The humpback chub is presently restricted to remote white water canyons. It is known to
9  occur in the upper Colorado River (USFWS 1990).

11      The razorback sucker was listed as an endangered species under the ESA on October 23,
12  1991. Critical habitat for this species was designated within 1,724 mi (2,800 km) of the Colorado
13  River basin on March 21, 1994. The critical habitat spans six states and includes portions of the
14  Colorado, Duchesne, Green, Gunnison, San Juan, White, and Yampa Rivers in the Upper Basin
15  of the Colorado River. Currently, the razorback sucker inhabits only about 25% of its historic
16  range in the upper Colorado River basin (USFWS 2002c). In the upper basin of the Colorado
17  River, the species is found in small numbers in the Green River, upper Colorado River, and San
18  Juan River.

21      **3.6.4.1.3  Birds.** There are four listed species of birds that could occur on the ULP lease
22  tracts or may have suitable habitat occurring on or near the ULP lease tracts: the Gunnison sage-
23  grouse, Mexican spotted owl, southwestern willow flycatcher, and western yellow-billed cuckoo
24  (Table 3.6-21). These species are discussed individually here.

26      The Gunnison sage-grouse is a candidate species for listing under the ESA. This species
27  occurs in sagebrush-dominated habitats in southwestern Colorado, northwestern New Mexico,
28  northeastern Arizona, and southeastern Utah. This species is known to occur in Mesa, Montrose,
29  and San Miguel Counties. It is known to occupy habitats that intersect the western portion of
30  Lease Tract 9. In addition, according to the SWReGAP habitat suitability model, potentially
31  suitable year-round habitat for this species could occur on or near all lease tracts (Table 3.6-20;
32  Figure 3.6-11).

34      The Mexican spotted owl was listed as a threatened species under the ESA on March 16,
35  1993. Critical habitat for this species was designated by the USFWS on June 6, 1995 (revised on
36  February 1, 2001, and August 31, 2004). However, critical habitat for this species does not occur
37  in the vicinity of any of the lease tracts. The Mexican spotted owl is known to occur in Montrose
38  and San Miguel Counties, where it is considered to be a rare transient. It inhabits steep canyons
39  with dense old-growth coniferous forests. It is not known to occur on any of the lease tract, but,
40  according to the CNHP (2011b), quad-level occurrences for this species intersect Lease Tract 12
41  in southern San Miguel County. According to the SWReGAP habitat suitability model,
42  potentially suitable nonbreeding migratory habitat intersects and occurs in the vicinity of all
43  lease tracts (Table 3.6-20; Figure 3.6-12).

BLM_0041305

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                 *Do Not Distribute*



FIGURE 3.6-11  Distribution of Potentially Suitable Habitat for the Gunnison Sage-Grouse in the Vicinity of the ULP Lease Tracts (USGS 2007)

BLM_0041306

*Preliminary Draft PEIS*  *PEIS Privileged Information*  *May 2012*
*PEIS Team Use Only*  *Do Not Distribute*



FIGURE 3.6-12  **Recorded Occurrences and Distribution of Potentially Suitable Habitat for the Mexican Spotted Owl in the Vicinity of the ULP Lease Tracts (CNHP 2011b; USGS 2007)**

BLM_0041307

1       The southwestern willow flycatcher was listed as an endangered species under the ESA
2   on March 29, 1995. Critical habitat for this species was designated by the USFWS on July 22,
3   1997 (revised on October 19, 2005). However, critical habitat for this species does not occur in
4   the vicinity of any of the lease tracts. The southwestern willow flycatcher is known to occur in
5   San Miguel County, where it is an uncommon summer breeding resident. It nests in thickets,
6   scrubby and brushy areas, open second growth, and riparian woodlands. This species is not
7   known to occur in the vicinity of any of the lease tracts; however, according to the SWReGAP
8   habitat suitability model for the species, potentially suitable summer nesting habitat may occur
9   along the Dolores and San Miguel Rivers as well as their tributaries in Mesa, Montrose, and San
10  Miguel Counties. These potentially suitable habitat areas occur downslope from and in the
11  vicinity of all lease tracts; they also intersect lease tracts in Disappointment Valley (13, 13A, and
12  14) along the Dolores River (Table 3.6-20; Figure 3.6-13).
13
14      The western yellow-billed cuckoo is considered by the USFWS as a "distinct population
15  segment" (DPS) (subspecies *occidentalis*) of the yellow-billed cuckoo. This species became a
16  candidate for listing under the ESA on October 30, 2001. It inhabits deciduous riparian
17  woodlands, particularly cottonwood and willow. The western yellow-billed cuckoo is known to
18  occur in Mesa and Montrose Counties, where it is an uncommon summer breeding resident. This
19  species is not known to occur in the vicinity of any of the lease tracts; however, according to the
20  SWReGAP habitat suitability model for the species, potentially suitable summer nesting habitat
21  may occur along the Dolores River in southern Mesa and northern Montrose Counties. These
22  potentially suitable habitat areas do not intersect any of the lease tracts, but they do occur
23  downslope from and in the vicinity of Calamity Mesa, Outlaw Mesa and Uravan lease tracts in
24  Sinbad Valley (Table 3.6-20; Figure 3.6-14).
25
26
27      **Mammals.** There are two listed species of mammals that could occur on the ULP lease
28  tracts or may have suitable habitat occurring on or near the ULP lease tracts: the black-footed
29  ferret and the Gunnison's prairie dog (Table 3.6-21). Suitable habitat for the Canada lynx may
30  occur in the three project counties. However, given the strict habitat requirements for this species
31  (high-elevation coniferous forests), suitable habitat for this species is not expected to occur near
32  any of the ULP lease tracts (Figure 3.6-14).
33
34      The black-footed ferret was listed as an endangered species under the ESA on March 11,
35  1967. It is the only ferret species native to North America. Black-footed ferrets historically
36  occurred in western Colorado, but it is believed it has been extirpated from the state since the
37  1950s. Experimental, nonessential populations have been established in the northwestern portion
38  of Colorado as well as elsewhere throughout its historic range. This species inhabits prairies and
39  semiarid shrublands where it preys upon prairie dogs. Black-footed ferrets are not known to
40  occur in the vicinity of any of the lease tracts, and the SWReGAP model for the species indicates
41  that no suitable habitat for the species occurs in the vicinity of the lease tracts. However, the
42  species may occur on or near some of the lease tracts that support prairie dog towns
43  (Table 3.6-20). The lease tracts have not been surveyed for prairie dog towns that might meet
44  criteria for ferret habitat. Critical habitat for this species has not been designated.
45

BLM_0041308



1

2  **FIGURE 3.6-13  Distribution of Potentially Suitable Habitat for the Southwestern Willow**
3  **Flycatcher in the Vicinity of the ULP Lease Tracts (USGS 2007)**

BLM_0041309

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                  *Do Not Distribute*



FIGURE 3.6-14  **Distribution of Potentially Suitable Habitat for the Western Yellow-billed Cuckoo and Canada Lynx in the Vicinity of the ULP Lease Tracts (USGS 2007)**

BLM_0041310

1    The Gunnison's prairie dog became a candidate for listing under the ESA on February 5,
2    2008. It inhabits mountain valleys, plateaus, and open brush habitats at elevations between
3    6,000 and 12,000 ft (3,700 m). This species is known to occur in Montrose and Mesa Counties as
4    a year-round resident, although it is not known to occur on any of the lease tracts. However,
5    according to the SWReGAP habitat suitability model for the species, potentially suitable habitat
6    may occur on and in the vicinity of all lease tracts (Table 3.6-20; Figure 3.6-15).

9    **3.6.4.2  Sensitive Species Not Listed under the Endangered Species Act**

11   In addition to species listed under the ESA, there are several sensitive species that may
12   occur in the vicinity of the ULP lease tracts. For this assessment, these species include those that
13   are designated as sensitive by the BLM and USFS, as well as those listed as threatened or
14   endangered by the State of Colorado.

16   The BLM has established a policy, as specified in BLM Manual 6840, *Special Status*
17   *Species Management* (BLM 2008a), that is designed "to provide policy and guidance for the
18   conservation of BLM special status species and the ecosystems upon which they depend on
19   BLM-administered lands." BLM special status species are identified in that manual as
20   "(1) species listed or proposed for listing under the ESA, and (2) species requiring special
21   management consideration to promote their conservation and reduce the likelihood and need for
22   future listing under the ESA, which are designated as Bureau sensitive by the State Director(s).
23   All Federal candidate species, proposed species, and delisted species in the 5 years following
24   delisting will be conserved as Bureau sensitive species." In addition, each BLM state director
25   maintains a list of sensitive species, and impacts on these species would have to be considered in
26   project-specific assessments developed before any activity that would affect listed or proposed
27   species or critical habitat could be approved.

29   The USFS has identified species considered sensitive under USFS Manual 2670
30   (USFS 2005). Many of these species are also listed as sensitive by the BLM.

32   The State of Colorado has also identified species that are threatened or endangered with
33   extinction from the state under the Colorado Revised Statute 33-2-101. Many state-listed species
34   are also listed as BLM sensitive species or USFS sensitive species, and some are also listed
35   under the ESA. In cooperation with the USFWS, states are required to monitor, for no less than
36   5 years, the status of all species that have recovered to a point at which they are no longer listed
37   as threatened or endangered (e.g., bald eagle).

39   Of the 69 sensitive species identified previously in Table 3.6-20, there are 51 that may
40   occur on or near the ULP lease tracts. A summary of sensitive species by taxonomic group is
41   provided in Table 3.6-22. Many of these species are protected under one or more regulatory
42   statute (e.g., Bald and Golden Eagle Protection Act, Migratory Bird Treaty Act), and some are
43   listed under the ESA.

BLM_0041311

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                  *Do Not Distribute*



FIGURE 3.6-15  Distribution of Potentially Suitable Habitat for the Gunnison's Prairie Dog in the Vicinity of the ULP Lease Tracts (USGS 2007)

BLM_0041312

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                   *Do Not Distribute*

1
2
3

**TABLE 3.6-22  Number of Sensitive Species That May Occur on or near ULP Lease Tracts**

| Taxonomic Group | Number of Sensitive Species[a] |
|---|---|
| Plants | 17 |
| Insects | 1 |
| Fish | 7 |
| Amphibians | 4 |
| Reptiles | 3 |
| Birds | 11 |
| Mammals | 8 |

[a]  Sensitive species are those that have been designated as sensitive by the BLM or USFS, as well as those species listed as threatened or endangered by the state of Colorado under *Colorado Revised Statutes* 33-2-101. Note: Sensitive species may also be listed under the ESA.

4
5
6   **3.7  LAND USE**
7
8        The ULP lease tracts are located on public land administered by the BLM. The BLM
9    manages its lands within a framework of numerous laws, the most comprehensive of which is the
10   Federal Land Policy and Management Act of 1976 (FLPMA). The FLPMA established the
11   "multiple use" management framework for public lands so that "public lands and their various
12   resource values … are utilized in the combination that will best meet the present and future needs
13   of the American people" (from Section 103(a) of FLPMA). The FLPMA ensures that no
14   predominant or single use overrides the multiple-use concept of any of the lands managed by the
15   BLM. Various ways that BLM-administered lands (and resources) can be used include for
16   domestic livestock grazing; fish and wildlife development and utilization; mineral exploration,
17   development, and production; rights-of-way (ROWs); outdoor recreation; and timber production.
18
19       In 1948, land within 38 lease tracts (including the subject 31 lease tracts) within the
20   Uravan Mineral Belt in Colorado were withdrawn from mineral entry under Public Land Order
21   (PLO) 459 to reserve them for the exploration and development of uranium and vanadium
22   resources. These lands are currently managed under the ULP. Under the ULP, DOE maintains
23   jurisdiction and authority over all mining-related activities on the lease tracts (exploration,
24   development, mining, and transportation); the BLM maintains jurisdiction over all other surface
25   uses. During the term of the land withdrawal, the lands can not be appropriated, sold, or
26   exchanged, and new mining claims cannot be filed. However, the lands remain open to mineral

BLM_0041313

1  leasing (e.g., oil and gas) and mineral material laws. They also remain open to ROW
2  authorizations (for pipelines, transmission lines, and roads).
3
4
5  **3.7.1 Specially Designated Areas and Lands with Wilderness Characteristics**
6
7  Most of the lands surrounding the lease tracts are administered by the BLM
8  (Figure 3.7-1). Some of these lands are components of the BLM's National Landscape
9  Conservation System (NLCS), which includes more than 886 federally recognized areas and
10 about 27 million acres (11 million ha) of specially designated areas, mainly in the western
11 United States. The purpose of the NLCS is to "conserve, protect, and restore nationally
12 significant landscapes with outstanding cultural, ecological, and scientific values for the benefit
13 of current and future generations" (BLM 2011g). Specially designated areas are those areas
14 designated by an Executive Order, an Act of Congress, or by the BLM through its land use
15 planning process, as being deemed to possess unique or important resource values. Examples
16 include Areas of Critical Environmental Concern (ACECs), Special Recreation Management
17 Areas (SRMAs), and Wilderness Study Areas (WSAs). Table 3.7-1 lists the types of specially
18 designated areas and their acreages within 25 mi (40 km) of the lease tract areas; lands managed
19 by the USFS are also provided.
20
21
22 **3.7.2 Agriculture**
23
24 According to the 2007 agriculture census (USDA 2009), about 844,514 acres (3,418 ha)
25 in Colorado counties within 25 mi (40 km) of the ULP lease tracts (Mesa, Montrose, and
26 San Miguel) are classified as farmland[9] (Table 3.7-2). Most farmland in these counties (about
27 58%) is permanent pasture and rangeland, with the remainder classified as cropland (29%),
28 woodland (8.3%), and land in farmsteads, buildings, and livestock facilities (4.6%). About 67%
29 of cropland in these counties is irrigated. While there are far fewer farms in San Miguel County
30 than in Mesa and Montrose Counties, the average farm size in San Miguel County is four to five
31 times larger.
32
33 About 1.6 million acres (0.65 million ha) in Utah counties within 25 mi (40 km) of the
34 ULP lease tracts (Grand and San Juan) are classified as farmland, with most of the farmland
35 (about 97%) occurring in San Juan County (Table 3.7-2). Most of the farmland in these counties
36 (about 87%) is permanent pasture and rangeland, with the remainder classified as cropland
37 (9.5%), woodland (2.2%), and land in farmsteads, buildings, and livestock facilities (<1%). Only
38 a small portion of cropland (6.5%) in Grand and San Juan Counties is irrigated.
39
40 There are 329,280 acres (1,333 ha) of farmland estimated to be within 25 mi (40 km) of
41 the ULP lease tracts (Figure 3.7-2); most of this land occurs to the southwest of the lease tracts in
42 San Juan County (Utah) and Dolores County (Colorado). There are no agricultural activities

---

[9]  A farm is defined by the U.S. Department of Agriculture (USDA 2009) as any place from which agricultural
products worth $1,000 or more were produced or sold during the census year.

BLM_0041314

*Preliminary Draft PEIS*      *PEIS Privileged Information*      *May 2012*
*PEIS Team Use Only*          *Do Not Distribute*



1

2    **FIGURE 3.7-1  Specially Designated Areas on Public Lands near the ULP Lease Tracts**

BLM_0041315

1     **TABLE 3.7-1  Public Land Designations within 25 mi (40 km) of the ULP Lease Tracts**

| Name | Acreage | Name | Acreage |
|---|---|---|---|
| Areas of Critical Environmental Concern | | U.S. Forest Service Lands | |
| 12-Ec | 1,441 | Grand Mesa, Uncompahgre, and | 411,767 |
| Alkali Ridge | 1,713 | Gunnison National Forests | |
| Gunnison Gravels RNA[a] | 40 | Manti-Lasal National Forest | 176,752 |
| Rough Canyon RNA | 79 | San Juan National Forest | 121,532 |
| San Miguel | 2,959 | | |
| The Palisade ONA[a] | 23,648 | Wilderness Study Areas | |
| Unaweep Seep RNA | 78 | Cahone Canyon | 9,153 |
| | | Dolores River Canyon | 29,166 |
| BLM Wilderness Areas | | Dominguez | 39,903 |
| Dominguez Canyons Wilderness Area | 37,530 | McKenna Peak | 19,337 |
| Tabeguache Wilderness Area | 8,1860 | Sewemup | 19,637 |
| | | Squaw/Papoose Canyon | 2,460 |
| Colorado State Park | | The Palisade | 26,656 |
| Lone Mesa State Park | 1,689 | Westwater Canyon | 1,398 |
| National Monument | | | |
| Canyons of the Ancients | 15,944 | | Mileage |
| | | Name | |
| National Park Service Land | | National Historic Trails | |
| Colorado National Monument | 14 | High Potential Old Spanish Trail | 17 |
| | | Old Spanish Trail | 173 |
| *National Register of Historic Places* Sites | | Scenic Byways | |
| Coates Creek Schoolhouse | 1 | Dinosaur Diamond Prehistoric | 0.3 |
| Dolores River Bridge | 1 | Highway (Colorado) | |
| Frederick Isaac and Mary M. Jones | 1 | Dinosaur Diamond Prehistory | 0.3 |
| House | | Highway (Utah) | |
| Hanging Flume | 4 | Indian Creek Corridor Scenic Byway | 11 |
| Hyland Hotel | 1 | Trail of the Ancients (Colorado) | 11 |
| Pinhook Battleground | 8 | Trail of the Ancients (Utah) | |
| | | Unaweep/Tabeguache Scenic | 108 |
| Special Recreation Management Areas | | and Historic Byway | |
| Bangs Canyon | 23,579 | Upper Colorado River Scenic | 0.3 |
| Cameo Cliffs | 9,941 | Byway (U-128)[b] | |
| Canyon Rims | 274 | | |
| Colorado Riverway | 30,056 | | |
| Dolores River | 65,270 | | |
| Dolores River Canyons | 31,670 | | |
| Indian Creek | 566 | | |
| Two Rivers | 3,788 | | |

[a]   RNA = Research Natural Area; ONA = Outstanding Natural Area.

[b]   U = Utah.

2
3

BLM_0041316

*Preliminary Draft PEIS*        *PEIS Privileged Information*        *May 2012*
*PEIS Team Use Only*            *Do Not Distribute*



1

2    **FIGURE 3.7-2  Land Use and Land Cover within 25 mi (40 km) of the ULP Lease Tracts**

BLM_0041317

1          **TABLE 3.7-2  Number of Farms and Acreage of Agricultural Lands per County**

| Agriculture Lands | Acreage of County | | | | |
|---|---|---|---|---|---|
| | Mesa | Montrose | San Miguel | Grand | San Juan |
| Number of farms | 1,767 | 1,045 | 123 | 90 | 758 |
| Average farm size | 211 | 307 | 1,227 | 561 | 2,041 |
| Total land in farms | 372,511 | 321,056 | 150,947 | 52,729[a] | 1,546,914 |
| Total cropland | 131,178 | 93,262 | 17,807 | 7,956 | 143,231 |
| Harvested | 47,438 | 60,094 | 6,769 | 3,623 | 48,168 |
| Pasture/grazing | 68,769 | 27,740 | 5,104 | NA[b] | 14,999 |
| Other (fallow, etc.) | 14,971 | 5,428 | 5,934 | NA | 80,064 |
| Total woodland | 30,223 | 25,698 | 15,013 | 623 | 34,606 |
| Pastured | 25,106 | 21,237 | 13,470 | NA | 20,196 |
| Not Pastured | 5,117 | 4,461 | 1,543 | NA | 14,410 |
| Permanent pasture and rangeland | 197,682 | 179,935 | 115,143 | 37,109[a] | 1,360,534 |
| Land in farmsteads, buildings, livestock facilities, ponds, roads, wasteland, etc. | 13,428 | 22,161 | 2,984 | 3,012 | 8,543 |
| Pastureland, all types | 291,557 | 228,912 | 133,717 | 40,355[a] | 1,414,748 |
| Irrigated land | 64,272 | 85,656 | 12,694 | 4,712 | 5,177 |

[a]   Data for Grand County are from the 2002 census (2007 data were withheld to avoid disclosing data for individual farms).

[b]   NA = not available (2007 data were withheld to avoid disclosing data on individual farms).

4    associated with any of the ULP lease tracts. A few soil types within the ULP lease tracts have
5    been classified by the NRCS as prime or unique farmland, if irrigated (see Section 3.3.2).

8    **3.7.3  Rangeland Resources**

11          **3.7.3.1  Livestock Grazing**

13          Domestic livestock grazing is a major and widespread way that public lands managed by
14    the BLM is used. Grazing is authorized either through a grazing permit or lease issued by the
15    BLM to ranchers on public land. The BLM administers its grazing program in accordance with
16    the Taylor Grazing Act of 1934; regulations governing grazing are contained in 43 CFR

BLM_0041318

1  Part 4100. As of October 2010, the BLM had issued 1,510 grazing permits and leases in
2  Colorado (BLM 2011h).
3
4  The lease tract areas provide some forage for livestock grazing but do not support
5  concentrated grazing. The BLM has determined that in the lease tract areas, 30 to 50 acres
6  (12 to 20 ha) of forage constitute one animal unit month (AUM). Nearly all of the lease tracts are
7  within areas designated by the BLM as livestock management area (Hurshman 1994).
8
9
10  **3.7.3.2  Wild Horses and Burros**
11
12  The Wild Free-Roaming Horse and Burro Act of 1971 (16 USC 1331 et seq.) (the Act)
13  gave the BLM and other federal land management agencies the responsibility for protecting,
14  managing, and controlling wild horses and burros. The general objectives for managing wild
15  horses and burros are to (1) protect, maintain, and control viable, healthy herds with diverse age
16  structures while retaining their free-roaming nature; (2) provide adequate habitat through the
17  principles of multiple use and environmental protection; (3) maintain a thriving natural
18  ecological balance with other resources; (4) provide opportunities for the public to view wild
19  horses and burros; and (5) protect wild horses and burros from unauthorized capture, branding,
20  harassment, or death.
21
22  Wild horses and burros are managed within herd management areas (HMAs), with the
23  goal being to maintain both the natural ecological balance of public lands and the ability to
24  support multiple herds (BLM 2011i). An HMA is usually some portion of a herd area (HA),
25  which is an area that was wild horse or burro habitat at the time of the passage of the Act but has
26  not been designated for long-term management of wild horses or burros. The exterior boundaries
27  of both HAs and HMAs can include private or state lands, but BLM has management authority
28  over only the public lands. Herd population management is important for balancing herd
29  numbers with forage resources and with other uses of the public and adjacent private lands.
30
31  There are four HAs in Western Colorado. These occur in Rio Blanco, Mesa, Montrose,
32  and San Miguel Counties. There are also four HMAs, but only three coincide with the HAs:
33  Piceance-East Douglas Creek (Rio Blanco County), Little Book Cliffs (Mesa County), and
34  Spring Creek Basin (San Miguel County). Another HMA, Sand Wash Basin, is located in Moffat
35  County. The HMA that is nearest to the lease tracts is in Spring Creek Basin, about 20 mi
36  (32 km) to the east of the Slick Rock lease tract area (on the east side of Disappointment Valley).
37  There is an HA that straddles the Montrose-San Miguel County line in the canyons south of
38  Paradox Valley near the southern part of the Paradox lease tract area.
39
40
41

BLM_0041319

1  **3.7.4  Mineral Resources and Mining**
2
3       Mineral resources in southwestern Colorado and southeastern Utah include uranium,
4  vanadium, oil, natural gas, coal, and other metallic and nonmetallic mineral materials
5  (Figure 3.7-3). These resources are discussed in the following subsections.
6
7
8       **3.7.4.1  Uranium**
9
10       As of June 13, 2011, there were 34 actively permitted uranium mining projects in
11  Colorado, none of which were producing ore (CDNR 2011). The mines and their status are
12  shown in Table 3.7-3; with a few exceptions, most of the permitted projects in Colorado are in
13  the lease tracts area (in Mesa, Montrose, and San Miguel Counties). The most recent ore
14  production occurred at three mines operated by Denison Mines (USA) Corp. in San Miguel
15  County, which operated from 2007 to 2009. Uranium prospecting activities have declined in
16  recent years,[10] but the CDNR expects an increase in these activities once the Piñon Ridge Mill in
17  Paradox Valley is constructed.
18
19       There were 23 uranium projects in Utah in 2010, a few of which were producing ore
20  (UGS 2011). The mines and their status are shown in Table 3.7-4; most of the projects in Utah
21  are in the lease tracts area (in Grand and San Juan Counties). Two mines operated by Denison
22  Mines (USA) Corp. (Pandora and Beaver mines) in San Juan County produced 371,700 lb
23  (168,600 kg) of $U_3O_8$ and 2,080,000 lb (943,500 kg) of $V_2O_5$ in 2010. White Canyon's Dañeros
24  mine (also in San Juan County) also produced uranium ore in 2010 (UGS 2011).
25
26
27       **3.7.4.2  Coal**
28
29       Coal-bearing areas in the Colorado Plateau region are extensive, and a lot of these areas
30  (about 50%) occur beneath lands administered by various federal agencies (BLM, NPS, and
31  USFS). About 23% of the areas are beneath Native American tribal lands; another 26% are
32  administered by state agencies or are privately owned (USGS 2001). In 2011, Colorado counties
33  within 25 mi (40 km) of the ULP lease tracts produced about 2.6 million tons of coal from both
34  surface and underground mines, with most of the production coming from Delta County
35  (CDRMS 2011).[11] During that same year, there was no coal production in the two Utah counties
36  (Grand and San Juan) within 25 mi (40 km) of the lease tracts (most coal production in Utah is to
37  the west, in Carbon and Emery Counties) (UGS 2012).
38
39

---

[10] As measured by the number of uranium prospecting notices of intent filed with the state (CDNR 2011).

[11] Coal production was estimated by adding the production numbers reported in CDRMS (2011) for counties
    falling within 25 mi (40 km) of the ULP lease tracts. Coal production estimates are from Delta and Montrose
    Counties only; several counties within this range did not produce coal in 2011; these include Mesa, San Miguel,
    Dolores, and Montezuma Counties.

BLM_0041320



**FIGURE 3.7-3  Permitted Oil and Gas Wells and Mines within 25 mi (40 km) of the ULP Lease Tracts**

BLM_0041321

1    **TABLE 3.7-3  Active Uranium Mining Permits in Colorado on June 13, 2011**

| Site Name | Permittee | County | Permit/Site Status[a] |
|---|---|---|---|
| Pitch Project | Homestake Mining Company | Saguache | AC/Reclamation |
| C-JD-5[b] | Gold Eagle Mining, Inc. | Montrose | INT/Maintenance |
| Mineral Joe Claims[b] | Cotter Corporation | Montrose | INT/Tied to JD-6 Mine |
| Sunday Mine | Denison Mines (USA) Corp. | San Miguel | INT-TC/Maintenance |
| Deremo-Snyder | Umetco Minerals Corporation | San Miguel | INT/Reclaimed |
| Monogram-Jo Dandy[b] | Nuvemco, LLC | Montrose | INT/Maintenance |
| Burros Mine[b] | Gold Eagle Mining, Inc. | San Miguel | INT/Maintenance |
| Schwartzwalder | Cotter Corporation | Jefferson | AC/Reclamation |
| C-LP-21 Mine[b] | Cotter Corporation | Montrose | INT/Reclaimed |
| JD-9 Mine[b] | Cotter Corporation | Montrose | INT/Maintenance |
| CM-25 Mine[b] | Cotter Corporation | Montrose | INT/Reclaimed |
| C-JD-7[b] | Cotter Corporation | Montrose | INT/Maintenance |
| JD-6 Mine[b] | Cotter Corporation | Montrose | INT/Maintenance |
| SR-13A Mine[b] | Cotter Corporation | San Miguel | INT/Reclaimed |
| Carnation Mine | Denison Mines (USA) Corp. | San Miguel | INT-TC/Maintenance |
| Sego Mine | Sutherland Drilling | San Miguel | INT/Maintenance |
| Ike No. 1 Mine | Cotter Corporation | San Miguel | INT/Maintenance |
| Tramp Mine | Bluerock Energy Corp. | Montrose | INT/Maintenance |
| St. Jude Mine | Denison Mines (USA) Corp. | San Miguel | INT-TC/Maintenance |
| SM-18 Mine[b] | Cotter Corporation | Montrose | INT/Maintenance |
| Monogram Mines | Nuvemco, LLC | Montrose | INT/Maintenance |
| Hawkeye Mine[b] | Gold Eagle Mining, Inc. | San Miguel | INT/Maintenance |
| Ellison Mine[b] | Gold Eagle Mining, Inc. | San Miguel | INT/Maintenance |
| JD-7 Pit[b] | Cotter Corporation | Montrose | INT/Maintenance |
| Wright Group[b] | Cotter Corporation | Montrose | INT/Maintenance |
| Topaz Mine | Denison Mines (USA) Corp. | San Miguel | INT-TC/Maintenance |
| West Sunday Mine | Denison Mines (USA) Corp. | San Miguel | INT-TC/Maintenance |
| C-JD-8[b] | Cotter Corporation | Montrose | INT/Maintenance |
| Centennial | B-Mining Company | San Miguel | INT/Maintenance |
| Van 4 Shaft | Denison Mines (USA) Corp. | Montrose | AC/Maintenance |
| J Birds | Rimrock Exploration and Development, Inc. | Montrose | INT/Maintenance |
| Whirlwind Mine | Energy Fuels Resources Corp. | Mesa | INT/Maintenance |
| Last Change #3 and #4 | Nuvemco, LLC | Montrose | AW |
| October Ore Pile Reclamation | Nuvemco, LLC | Mesa | AC/Maintenance |

[a]   AC = active; AW = awaiting warranty; TC = temporary cessation; and INT = intermittent. Maintenance includes general upkeep as required for operations with intermittent (INT) status or temporary cessation (TC) status, but it does not include development or production activities.

[b]   Mines that are on the DOE ULP lease tracts.

Source:  CDNR (2011)

2
3

BLM_0041322

1          **TABLE 3.7-4  Uranium Projects in Utah, 2010[a]**

| Site Name | Permittee | County | Site Status |
|-----------|-----------|--------|-------------|
| Whirlwind | Energy Fuels, Inc. | Grand | Permitted resource |
| Thompson Project | Denison Mines Corp. | Grand | Acquired 6,672 acres |
| Dunn Mine | Midasco Captial Corp. | San Juan | Resource quantified |
| Rim-Columbus | Denison Mines Corp. | San Juan | Permitted resource |
| Marcy-Look | Denison Mines Corp | San Juan | Acquired 907 acres |
| Blue Jay | Denison Mines Corp | San Juan | Acquired 289 acres |
| Energy Queen (Hecla Shaft) | Energy Fuels, Inc. | San Juan | Permitted resource |
| North La Sal | Vane Minerals Plc. | San Juan | Acquired 80 acres |
| North Alice Extension | Vane Minerals Plc. | San Juan | Resource quantified |
| Pandora/Snowball/Beaver | Denison Mines Corp. | San Juan | In production |
| Dar | Mesa Uranium Corp. | San Juan | 1,000 acres property |
| Lisbon Mine | Mesa Uranium Corp. | San Juan | 22 holes completed |
| Velvet | Uranium One, Inc. | San Juan | Permitted resource |
| Calliham (J.H. Ranch) | Energy Fuels, Inc. | San Juan | Resource quantified |
| Crain | Uranium Energy Corp. | San Juan | Resource quantified |
| Daneros (Lark Royal) | Denison Mines Corp | San Juan | In production |
| Geitus | Denison Mines Corp | San Juan | Resource quantified |
| Happy Jack | Vane Minerals Plc. | San Juan | 22 holes completed |
| LaSal | Laramide Resources, Ltd. | San Juan | Resource quantified |

[a]   Table lists only projects occurring in San Juan and Grand Counties because these are the only Utah counties within 25 mi (40 km) of the DOE ULP lease tracts.

Source:  UGS (2011)

2
3
4          The New Horizon Mine (operated by Western Fuels Association, Inc.), located near
5     Nucla in Montrose County about 10 mi (16 km) to the east of Paradox Valley, is the only active
6     coal mine near the ULP lease tracts. The surface mine is the exclusive supplier of coal to Nucla
7     Station power plant, a 100-MW power plant in Nucla. The New Horizon Mine produced
8     360,099 tons of coal in 2011, a 23% increase over 2010 production (CDRMS 2012a, 2011). Coal
9     production at the New Horizon Mine is expected to continue for the life of the power plant
10    (Montrose County 2010a).
11
12
13        **3.7.4.3  Oil and Gas Leasing**
14
15        Oil production and natural gas production in the region are concentrated in the Paradox
16    Basin, especially along the Colorado–Utah border (Figure 3.4.7-3). In 2011, Colorado counties
17    within 25 mi (40 km) of the ULP lease tracts produced 254,651 barrels (bbl) of oil and
18    314,097,285 million cubic feet of natural gas (including coalbed methane), with most of the
19    production coming from Montezuma County (COGCC 2012). During that same year,
20    3,575,910 bbl of oil and 11,308,189 million cubic feet of natural gas were produced in the two
21

BLM_0041323

Utah counties (Grand and San Juan) within 25 mi (40 km) of the lease tracts (an 11% and 21% decline in production from the previous year) (UDOGM 2012).

There are several oil and gas leases within most of the lease tracts.[12] According to BLM's Land and Mineral Legacy Rehost 2000 System (LR2000), accessed in December, 2011, most of the oil and gas leases are located along Dolores Canyon in the Slick Rock lease tracts area (San Miguel County); there are also several leases in the Uravan and Paradox lease tract areas, but none in the Gateway lease tracts area (BLM 2011h). None of the oil and gas leases in the lease tracts have produced oil or gas (COGCC 2012b).

### 3.7.4.4 Other Mineral Materials

In addition to uranium and vanadium, metallic minerals mined in the Colorado counties within 25 mi (40 km) of the ULP lease tracts include gold, silver, platinum (San Miguel County only), lead, zinc, copper, cadmium, and rare earths (Montrose County only) (CDRMS 2012b). There are no prior mining claims within any of the lease tracts (BLM 2011h).

Other mineral materials of commercial value mined in the region include sand and gravel, crushed stone, dimension stone, granite, limestone, sandstone (silica, stone, and quartz), shale, clay, aggregate, and gypsum (CDRMS 2012b). Currently, however, there are no free-use permits or mineral materials contracts within any of the lease tracts.

### 3.7.5 Timber Harvest

In 2002 (the latest year for which county-level data are available), the timber harvest in Colorado counties within 25 mi (40 km) of the ULP lease tracts (Mesa, Montrose, and San Miguel) was an estimated 12.7 million board feet, accounting for about 16% of Colorado's timber production during that year. The leading species harvested in Colorado, in decreasing order, were ponderosa pine (31%), spruce (Engelmann and blue spruce; 25%), lodgepole pine (17%), aspen and cottonwood (14%), and douglas fir (10%). Most of these species were harvested for sawlogs. The timber harvest on public lands in Colorado has been in decline since 1982 (with an increasing share being provided by private and tribal land owners) (Morgan et al. 2006).

The timber harvest in Utah counties within 25 mi (40 km) of the ULP lease tracts (Grand and San Juan) was estimated to be about 1.5 million board feet, accounting for only about 3.6% of Utah's timber production in 2002. The leading species harvested in Utah, in decreasing order, were spruce (44%), lodgepole pine (23%), ponderosa pine (13%), aspen and cottonwood (10%), and douglas fir (8%). Most of these species were harvested for sawlogs and house logs. Although

---

[12] The ULP lease tracts are located on withdrawn BLM lands. These lands remain open to mineral leasing and subject to the mineral material laws. An LR2000 search conducted in December 2011 indicated that there were no valid mining claims filed prior to land withdrawal on any of the lease tracts (BLM 2011h).

BLM_0041324

1   National Forests still provide the majority of the state's harvest in Utah, timber harvest on public
2   lands in the state has been in decline since 1992 (with an increasing share being provided by
3   private and tribal land owners) (Morgan et al. 2006).
4
5          There are an estimated 3,891 acres (16 km$^2$) of harvested forest land within 25 mi
6   (40 km) of the ULP lease tracts (Figure 3.7-2); most of this land is concentrated along the
7   southwestern edge of the Uncompahgre Plateau and Piñon Mesa to the northeast and the La Sal
8   Mountains to the west (in Utah). Although there is no commercial timber harvesting within the
9   ULP lease tracts, the lease tracts and adjacent public lands provide piñon pine and juniper trees
10  for small-scale harvesting to use as firewood and fence posts.
11
12
13  **3.7.6  Recreation**
14
15         There are several SRMAs within 25 mi (40 km) of the ULP lease tract areas
16  (Figure 3.7-1). These include Bangs Canyon and Dolores River in Colorado, and Cameo Cliffs,
17  Canyon Rims, Colorado Riverway, Dolores River Canyons, Indian Creek, and Two Rivers in
18  Utah (Table 3.7-1). The SRMA that is the nearest to the lease tracts is a 100-river mile segment
19  of the Dolores River that flows northward from the McPhee Reservoir in Montezuma County to
20  Bedrock, just west of Paradox Valley. The SRMA cuts through the Slick Rock lease tracts area
21  and is a popular rafting destination from late April to early June, except during very dry years
22  (BLM 2010d).
23
24         The Gateway area and surrounding Unaweep Canyon have undergone development in
25  recent years to promote recreational activities in the area. Tourism and activities related to the
26  resort (e.g., river rafting) are expected to increase, especially in the summer months.
27
28
29  **3.8  SOCIOECONOMICS (INCLUDING TOURISM AND RECREATION)**
30
31         The use of federal lands for uranium mining affects local communities in the project area
32  by changing demographic characteristics and local economies and affecting social structures.
33  The ROI referred to here includes the area that could be affected by uranium mining on the
34  31 DOE ULP lease tracts and where workers are expected to reside and spend their wages. For
35  this analysis, the ROI includes the counties where the 31 DOE ULP lease tracts are located:
36  Mesa County, Montrose County, and San Miguel County in western Colorado. These lease tracts
37  are located in the westernmost portions of all three counties. For the ROI, three economic
38  indicators are described: employment, unemployment, and personal income. Measures of social
39  activity considered include population, housing, public service employment, and levels of service
40  for education (schools), healthcare, and public safety.
41
42         For the most part, the communities within the ROI are rural in nature; the exception is the
43  larger town of Grand Junction. The town nearest the DOE ULP lease tracts in Mesa County is
44  Gateway, an unincorporated town of approximately 650 people that lies 6 mi (9.7 km) to the
45  northwest of the lease tracts. The closest incorporated areas in Mesa County are at least 30 mi

BLM_0041325

1  (48 km) to the northeast of the potential lease tracts. In Montrose County, the towns closest to
2  the lease tracts are Nucla and Naturita, at a distance of 7 to 8 mi (11 to 13 km). The population in
3  San Miguel is concentrated almost entirely in the eastern portion of the county; the lease tracts
4  are located about 43 mi (69 mi) west of the populated areas, near the border with Utah.
5
6      Two recent studies have estimated the economic impacts of uranium mining in western
7  Colorado. Using data from a mining operations plan and the associated socioeconomic impact
8  analysis prepared to support an application from Energy Fuels Incorporated (EFI), Economic and
9  Planning Systems (EPS) described the impacts of a uranium mining project in Montrose County
10  that would begin in 2012 (EPS 2010). Up to 500 tons of ore per day (175,000 tons annually)
11  would be produced by 2020, involving between 5 and 9 mines and the operation of a new mill at
12  Piñon Ridge. If half of the uranium mining, milling, and transportation activity occurred in
13  Montrose County, EFI estimated that approximately 200 direct jobs, paying an average of
14  $60,000 per job, and about 500 total jobs (direct plus indirect plus "induced" jobs [the indirect
15  jobs estimated using an IMPLAN model]) would be produced in the county beginning in 2020. If
16  all mining, milling, and transportation activities were located in Montrose County, 310 direct and
17  650 total jobs would be created.
18
19      Power Consulting (2010) suggests that the number of direct jobs created at a new
20  uranium mill would only number about 70, and that the total number of jobs (direct plus indirect
21  plus induced) would be 120, as a result of a smaller percentage of mill construction and
22  operating expenditures assumed to occur in Montrose County, and a smaller proportion of the
23  uranium supplying the Piñon Ridge Mill being mined in the county, resulting in reduced positive
24  economic impacts. It also suggested that a larger proportion of mine and mill workers, and many
25  of the industries supplying the uranium resource developments, would be located outside
26  Montrose County, further reducing the positive economic impacts of mining activities in the
27  county. Power Consulting also suggested that the generation of radioactive waste might
28  discourage the location of new economic activity in the county, particularly income from tourism
29  and retirees, and that economic activity at a level comparable with the development of new
30  mines and milling could be created through uranium mine reclamation activities. Finally, it also
31  suggested that volatility in uranium markets (and the impact this would have on uranium
32  employment in Montrose County) might produce a "boom-and-bust" scenario, creating
33  instability in local labor markets, causing social disruption, and undermining the ability of local
34  governments to plan with regard to providing public and educational services.
35
36
37  **3.8.1  Economic Environment**
38
39
40      **3.8.1.1  ROI Employment and Unemployment**
41
42      The ROI, like Colorado and the rest of the United States, has experienced an increase in
43  unemployment in recent years. It experienced a sharp rise in unemployment between 2000 and

BLM_0041326

1   2010. However, as shown in Table 3.8-1, the overall growth in employment in the ROI (1.9%)
2   was higher than the growth in the state of Colorado as a whole (0.7%). Within the ROI, the
3   average growth rate in employment was higher in Mesa County (2.2 %) than in either Montrose
4   (1.4%) or San Miguel County (0.0%) in the years 2001–2010.
5
6       Although the ROI experienced a greater increase in employment during 2001–2010 than
7   did the state as a whole, the unemployment rate was relatively high in the ROI when compared to
8   that of the state of Colorado during the same period (Table 3.8-2). All of the counties in the ROI
9   experienced higher rates of unemployment in 2010 and 2011, and during that period, the average
10  unemployment rate was higher in the ROI (10.5% and 9.6%, respectively) than in Colorado as a
11  whole (8.9% and 8.8%). Each county in the ROI experienced a slight decline in the
12  unemployment rate between 2010 and 2011. Unemployment rates in Montrose County were the
13  highest in the ROI in both 2010 and 2011 (11.1% and 11.0%, respectively), while San Miguel
14  County had the lowest unemployment rates in 2010 and 2011 (7.7% and 7.6%, respectively). The
15  unemployment rate for in San Miguel County was also lower than the state average in both 2010
16  and 2011. Telluride, Colorado, is located in San Miguel County, and the numerous seasonal jobs
17  provided by the ski resort are likely responsible for the lower rates of unemployment. Because
18  Telluride represents 30% of the entire population of San Miguel County, it contributes toward
19  the lower overall unemployment for the county.
20
21
22      **3.8.1.2  Employment by Sector**
23
24      The services industry represents almost 50% of all employment in the ROI, due to the
25  high level of recreation and tourism in the area (see Section 3.8.3). Wholesale and retail trade
26  provides the second-highest number of jobs, accounting for 19.7% (Table 3.8-3). Construction
27  jobs make up 8.9% of employment in the ROI. San Miguel County has the highest percentage of
28  people working in the services industry (64.5%), while Montrose has the least, at 41.6%. As
29  mentioned above, the Telluride ski area, a popular destination, is located in San Miguel County
30  and brings many service-related jobs to the area. San Miguel County also has a higher percentage
31  of construction-related employment (13%) than either Mesa County (9.8%) or Montrose County
32  (8.3%). Wholesale and retail trade made up the largest percentage of employment in Montrose
33  County (21.4%). Mesa County employed 20.2% of its workforce in wholesale and retail trade,
34  while that category represented only 9.8% of employment in San Miguel County. Montrose
35  County employed a larger percentage of its workforce in agriculture (6.8%) than either Mesa
36  County (3.6%) or San Miguel County (1.3%), which would be expected given that more than
37  700,000 acres (280,000 ha) in Montrose County is farmland, and the county has been referred to
38  as the agricultural hub of Colorado's Western Slope (USDA 2007b).
39
40
41      **3.8.1.3  Personal Income**
42
43      In general, in 2010 per capita income was less in the ROI ($34,898) than in the state of
44  Colorado as a whole ($42,582) (Table 3.8-4), and significantly less than the U.S. average
45  ($52,269). In San Miguel County, however, per capita income in 2010 was $48,611, exceeding

BLM_0041327

1          **TABLE 3.8-1  ROI Employment, 2001–2010**

| Location | 2001 | 2010 | Average Annual Growth Rate, 2001–2010 (%) |
|---|---|---|---|
| Mesa County, Colorado | 58,066 | 78,853 | 2.2 |
| Montrose County, Colorado | 16,203 | 18,338 | 1.4 |
| San Miguel County, Colorado | 4,742 | 4.724 | 0.0 |
| ROI | 79,011 | 93,585 | 1.9 |
| Colorado | 2,303494 | 2,447,712 | 0.7 |

Sources: U.S. Department of Labor (2010a,b)

2
3
4          **TABLE 3.8-2  ROI and State Unemployment Data,**
5          **2001–2011**

| Location | Average 2001–2010 | 2010 Average | 2011 Average |
|---|---|---|---|
| Mesa County | 5.6 | 10.6 | 10.3 |
| Montrose County | 5.9 | 11.1 | 11.0 |
| San Miguel County | 4.8 | 7.7 | 7.6 |
| ROI | 5.6 | 10.5 | 9.6 |
| Colorado | 6 | 8.9 | 8.8 |

[a]    Rates for 2011 are the average for January through September.

Sources: U.S. Department of Labor (2011, 2010a)

6
7

BLM_0041328

**TABLE 3.8-3  ROI Employment by Sector, 2009[a]**

*Preliminary Draft PEIS*
*PEIS Team Use Only*

*PEIS Privileged Information*
*Do Not Distribute*

| Sector | Mesa County, Colorado | | Montrose County, Colorado | | San Miguel County, Colorado | | ROI | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Employment | % of Total | Employment | % of Total | Employment | % of Total | Employment | % of Total |
| Agriculture[a] | 1,970 | 3.6 | 836 | 6.8 | 64 | 1.3 | 2,870 | 4.0 |
| Mining | 1,619 | 2.9 | 114 | 0.9 | 60 | 1.2 | 1,793 | 2.5 |
| Construction | 4,592 | 8.3 | 1,203 | 9.8 | 637 | 13.0 | 6,432 | 8.9 |
| Manufacturing | 2,593 | 4.7 | 1,053 | 8.6 | 136 | 2.8 | 3,782 | 5.2 |
| Transportation and public utilities | 3,022 | 5.5 | 740 | 6.0 | 50 | 1.0 | 3,812 | 5.3 |
| Wholesale and retail trade | 11,151 | 20.2 | 2,628 | 21.4 | 470 | 9.6 | 14,249 | 19.7 |
| Finance, insurance, and real estate | 3,434 | 6.2 | 587 | 4.8 | 285 | 5.8 | 4,306 | 6.0 |
| Services | 26,739 | 48.5 | 5,098 | 41.6 | 3,159 | 64.5 | 34,996 | 48.4 |
| Other | 10 | 0.0 | 10 | 0.1 | 38 | 0.8 | 58 | 0.1 |
| Total | 55,130 | | 12,269 | | 4,899 | | 72,298 | |

[a]   Agricultural employment includes 2007 data for hired farm workers.

Sources: U.S. Bureau of the Census (2011a); USDA (2007a).

*May 2012*

BLM_0041329

1          **TABLE 3.8-4  ROI Personal Income, 2000–2009**

| Location | 2000 | 2009 | Average Annual Growth Rate, 2000–2009 (%) |
|---|---|---|---|
| **Mesa County, Colorado** | | | |
| Total income ($ billion 2010) | 3.8 | 5.2 | 3.5 |
| Per capita income ($) | 32,716 | 35,362 | 0.9 |
| | | | |
| **Montrose County, Colorado** | | | |
| Total income ($ billion 2010) | 1.0 | 1.3 | 3.0 |
| Per capita income ($) | 29,170 | 30,760 | 0.6 |
| | | | |
| **San Miguel County, Colorado** | | | |
| Total income ($ billion 2010) | 0.3 | 0.4 | 2.2 |
| Per capita income ($) | 45,874 | 48,611 | 0.6 |
| | | | |
| **ROI** | | | |
| Total income ($ billion 2010) | 5.1 | 6.8 | 3.3 |
| Per capita income ($) | 32,512 | 34,898 | 0.8 |
| | | | |
| **Colorado** | | | |
| Total income ($ billion 2010) | 186.2 | 214.0 | 1.6 |
| Per capita income ($) | 43,293 | 42,582 | –0.2 |

Sources: U.S. Department of Commerce (2011)

2
3
4     the state average. The towns of Sawpit and Telluride, both located in San Miguel County, had
5     the highest median household incomes in the ROI in 2005–2009, which explains the high per
6     capita income in San Miguel County. The growth rate in Mesa County was higher in 2010 for
7     both total income and per capita income (3.5% and 0.9%, respectively), while growth rates in
8     Montrose County (3.0% and 0.6%) and San Miguel County (2.2% and 0.6%) were slower during
9     that period. The state of Colorado's annual growth rate fell between 2000 and 2009.
10
11           At $91,222, Sawpit had the highest median household income in the ROI in 2005–2009,
12     although, with a population of 23 residents, it is also the smallest town in the ROI. In addition to
13     Sawpit, De Beque, Fruitvale, Fruita, Redlands, Ophir, and Telluride also had average median
14     household incomes higher than the U.S. average of $52,269 during the same period. The town of
15     Naturita had the lowest median household income in the ROI, at $29,452, and it experienced a
16     decline in relative household income from the year 1999. Olathe had the second-lowest median
17     household income ($32,035) and also experienced a moderate decrease in individual earnings
18     from the year 1999. All other towns in the ROI had a median household income of $35,000 or
19     higher in 2005–2009.
20

BLM_0041330

1　　The towns of Sawpit and De Beque experienced the largest growth in median household
2　income between 1999 and 2005–2009, although the populations of both towns were quite small
3　(Table 3.8-5). Exactly half (9 out of 18) of the towns in the ROI experienced a decrease in
4　median household income during that period. The largest town in the ROI, Grand Junction,
5　experienced an average annual growth rate in median household income of 0.69%, and the larger
6　towns of Clifton, Fruita, and Montrose experienced growth rates of –0.25%, 2.80%, and 0.30%,
7　respectively. Fruita, which had the fastest population growth rate between 2000 and 2010, also
8　had one of the highest growth rates in median household income in the ROI.
9
10
11　**TABLE 3.8-5  ROI Urban Population and Income, 1999–2010**

| | Population | | | Median Household Income ($ 2010) | | |
|---|---|---|---|---|---|---|
| City in Colorado | 2000 | 2010 | Average Annual Growth Rate, 2000–2010 (%) | 1999 | 2005–2009 | Average Annual Growth Rate, 2005–2009 (%)[a] |
| Clifton, Colorado | 17,345 | 19,899 | 1.4 | 44,174 | 43,073 | –0.25 |
| Collbran, Colorado[b] | 389 | 439 | 1.2 | 42,538 | 43,985 | 0.34 |
| De Beque, Colorado[b] | 474 | 543 | 1.4 | 38,784 | 59,431 | 4.36 |
| Fruitvale, Colorado | 6,936 | 7,675 | 1.0 | 58,163 | 56,732 | –0.25 |
| Fruita, Colorado | 6,478 | 12,646 | 6.9 | 43,099 | 56,815 | 2.80 |
| Grand Junction, Colorado | 41,986 | 58,566 | 3.4 | 43,391 | 46,460 | 0.69 |
| Orchard Mesa, Colorado | 6,456 | 6,836 | 0.6 | 53,513 | 51,465 | –0.39 |
| Palisade, Colorado[b] | 2,585 | 2,931 | 1.3 | 36,306 | 44,600 | 2.08 |
| Redlands, Colorado | 8,043 | 8,685 | 0.8 | 70,067 | 67,490 | –0.37 |
| Montrose, Colorado | 12,344 | 19,132 | 4.5 | 44,174 | 45,497 | 0.30 |
| Naturita, Colorado[b] | 637 | 669 | 0.5 | 29,777 | 29,452 | –0.11 |
| Nucla, Colorado[b] | 736 | 744 | 0.1 | 37,258 | 49,761 | 2.94 |
| Olathe, Colorado[b] | 1,601 | 1,764 | 1.0 | 34,405 | 32,035 | –0.71 |
| Mountain Village,[b] Colorado | 991 | 1,389 | 3.4 | 40,134 | 35,447 | –1.23 |
| Norwood, Colorado[b] | 438 | 460 | 0.5 | 51,536 | 38,702 | –2.82 |
| Ophir, Colorado[b] | 113 | 128 | 1.3 | 75,805 | 52,345 | –3.64 |
| Sawpit, Colorado[b] | 25 | 23 | –0.8 | 34,358 | 91,222 | 10.26 |
| Telluride, Colorado[b] | 2,254 | 2,400 | 0.6 | 67,980 | 68,970 | 0.14 |

[a]　Data are averages for the period 2005 to 2009.

[b]　Data are for 2009 population estimates.

Source: U.S. Bureau of the Census (2011b,c,d,e)

12
13
14

BLM_0041331

1  ## 3.8.2  Social Environment
2
3
4  ### 3.8.2.1  Population
5
6       Population in the ROI experienced an average annual growth rate of 2.3%, which was
7  higher than the growth rate in the state of Colorado over the same time period (Table 3.8-6).
8  San Miguel County had the smallest population in the ROI, with a 2010 population of 7,359,
9  while Mesa County had the largest population, at 146,723. Mesa County also had the highest rate
10 of population growth between 2000 and 2010 (2.4%), while San Miguel County had the smallest
11 (1.1%). All counties are projected to increase in population size over the next 20 years. By 2023,
12 the ROI population is projected to be more than 250,000, a 29% increase from the 2010 census.
13
14      Population growth rates between 2000 and 2010 were highest for some of the ROI's
15 largest cities, including Fruita (6.9%), Grand Junction (3.4%), and Montrose (4.5%). Fruita
16 experienced the highest rate of population growth (6.9%), almost doubling its population in the
17 10 years between 2000 and 2010. The town of Sawpit was the only town to experience a
18 negative growth rate (–0.8%), although because of its small population size, the impact on the
19 ROI was negligible. Six towns experienced a growth rate of less than 1% (Orchard Mesa,
20 Redlands, Naturita, Nucla, Norwood, and Telluride), and six towns experienced a growth rate
21 between 1% and 2% (Clifton, Collbran, Fruitvale, Palisade, Olathe, and Ophir). Four towns grew
22 at a rate that was more than 2% (Fruita, Grand Junction, Montrose and Mountain Valley). Of
23 these, only the town of Mountain Village had a population of fewer than 6,000 people. The
24 populations of two of the three largest cities in the ROI (Grand Junction and Montrose) increased
25 fairly rapidly at a rate of more than 3.4%. The second-largest city, Clifton, had a population
26 growth rate of 1.4%. Overall, relatively high growth rates in the larger towns contributed to the
27 moderate population growth in the ROI as a whole.
28
29
30     **TABLE 3.8-6  ROI Population, 2000–2023**

| Location | 2000 | 2010 | Average Annual Growth Rate, 2000–2010 (%) | 2021 | 2023 |
|---|---|---|---|---|---|
| Mesa County, Colorado | 116,255 | 146,723 | 2.4 | 174,681 | 180,835 |
| Montrose County, Colorado | 33,432 | 41,276 | 2.1 | 56,245 | 59,228 |
| San Miguel County, Colorado | 6,594 | 7,359 | 1.1 | 10,695 | 11,349 |
| ROI | 156,281 | 195,358 | 2.3 | 241,621 | 251,412 |
| Colorado | 4,301,261 | 5,160,189 | 1.8 | 6,281,388 | 6,491,972 |

Sources: U.S. Bureau of the Census (2011c); Colorado State Demography Office (2011)

31

BLM_0041332

### 3.8.2.2 ROI Housing

On average, vacant housing in the ROI increased from 8.8% in 2000 to 10.0% in 2009 (Table 3.8-7). The ROI had a total of 8,117 total vacant units. As would be expected, Mesa County contained the most housing units, with a total of 58,329 units. Mesa County and Montrose County have similar rates of housing vacancy; in 2009, Mesa County had 6% of its available housing vacant, and Montrose County had a vacancy rate of 8.9%. San Miguel County, however, had the highest vacancy rate by far, at 50%. Many residential units in San Miguel County are used as vacation accommodations or second homes rather than for primary housing. Available units are generally priced too high, and it is estimated that 44% of the households in San Miguel County are living in houses that are not affordable (RRC Associates and Rees Consulting 2011). On the other hand, vacancy rates for rental units are very low; in Telluride, where seasonal housing is in demand, the vacancy rate is only 1.1%. This suggests that most of the vacancy stems from high sale prices, because even though there is a demand for affordable housing, the vacancy rate remains high (RRC Associates and Rees Consulting 2011).

### 3.8.2.3 ROI Community and Social Services

The following sections discuss community and social services, including levels of service, in the ROI. To see the jurisdictions included in the ROI, see Table 3.8-8.

**3.8.2.3.1 Education.** There were a total of 68 schools located within the ROI in 2010. As shown in Table 3.8-9, there was an average student/teacher ratio of 16.7, which was comparable to the state average of 16.9, but somewhat higher than the nationwide average of 15.4. Mesa County had the highest student/teacher ratio at 17 students per teacher, while San Miguel County had the lowest at 11.3. The levels of service (the number of employees per 1,000 population) ranged from 9.12 in Mesa County to 11.67 in San Miguel County. The overall level of service for the ROI was 9.39. The city of Grand Junction contained the largest number of schools in the ROI by far, with 32 schools in its five districts serving 14,681 students. Fruitvale, Orchard Mesa, Redlands, Mountain Village, Ophir, and Sawpit are towns in the ROI that do not contain any schools. Residents of Fruitvale, Orchard Mesa, and Redlands attend schools in Grand Junction, while residents of Mountain Village, Ophir, and Sawpit attend schools in Telluride. Although the student/teacher ratio for each county is comparable to the state average, it varies between towns. For instance, Grand Junction has the highest ratio, but smaller towns, such as Collbran, Telluride, De Beque, and Norwood, have an average of 11.46 students per teacher (NCES 2011).

There was a wide disparity in graduation rates among each of the three counties in the ROI, and even among individual school districts. Two of Mesa County's school districts, De Beque Joint District No. 49 and Plateau Valley No. 50 had graduation rates in the 30th percentile. Mesa 51 Grand Junction, however, had a graduation rate of 74%, which was higher than the state average of 72%. The two school districts in San Miguel had the highest graduation rates at 91% and 93% (Colorado Department of Education 2011). Likewise, the dropout rate was highest for De Beque Joint District No. 49 and Plateau Valley No. 50 (4.1% and

BLM_0041333

1
2

**TABLE 3.8-7  ROI Housing Characteristics, 2000 and 2009**

| Parameter | 2000 | 2009[a] |
|---|---|---|
| **Mesa County, Colorado** | | |
| Owner-occupied | 33,313 | 39,539 |
| Rental | 12,510 | 15,272 |
| Vacant units | 2,604 | 3,518 |
|   Percent vacancy | 5.4 | 6.0 |
| Seasonal and recreational use | 508 | NA[b] |
| Total units | 48,427 | 58,329 |
| | | |
| **Montrose County, Colorado** | | |
| Owner-occupied | 9,773 | 11,875 |
| Rental | 3,270 | 3,765 |
| Vacant units | 1,159 | 1,521 |
|   Percent vacancy | 8.2 | 8.9 |
| Seasonal and recreational use | 194 | NA |
| Total units | 14,202 | 17,161 |
| | | |
| **San Miguel County, Colorado** | | |
| Owner-occupied | 1,556 | 1,894 |
| Rental | 1,459 | 1,159 |
| Vacant units | 2,182 | 3,078 |
|   Percent vacancy | 42 | 50.2 |
| Seasonal and recreational use | 1,741 | NA |
| Total units | 5,197 | 6,131 |
| | | |
| **ROI total** | | |
| Owner-occupied | 44,642 | 53,308 |
| Rental | 17,239 | 20,196 |
| Vacant units | 5,945 | 8,117 |
|   Percent vacancy | 8.8 | 9.9 |
| Seasonal and recreational use | 2,443 | NA |
| Total units | 67,826 | 81,621 |

[a]   2009 data for number of owner-occupied, rental, and vacant units for Colorado counties are not available; data are based on 2009 total housing units and 2000 data on housing tenure.

[b]   NA = data not available.

Source: U.S. Bureau of the Census (2011f)

3
4

BLM_0041334

1    **TABLE 3.8-8  ROI Jurisdictions**

| Type | Governments |
|---|---|
| Counties | Mesa, Montrose, San Miguel |
| Cities | Clifton, Collbran, De Beque, Fruitvale, Fruita, Grand Junction, Orchard Mesa, Palisade, Redlands, Montrose, Naturita, Nucla, Olathe, Mountain Village, Norwood, Ophir, Sawpit, Telluride |
| School Districts | De Beque, Joint District No. 49, Grand Valley Boces, Mesa 51 Grand Junction, Mesa County Valley School District No. 51, Plateau Valley, School District No. 50 In The County Of Mesa, Montrose County School District Re-1j, Montrose Re-1j, West End School District No. Re-2, Norwood School District No. R-2j, Telluride School District No. R-1 |
| Tribal | Jicarilla Apache Nation, New Mexico |

Sources: NCES (2011); Bureau of the Census (2011d); U.S. Department of the Interior (2011)

2
3
4    **TABLE 3.8-9  ROI School District Data, 2010[a]**

| Location | Number of Students | Number of Teachers | Student-Teacher Ratio | Level of Service |
|---|---|---|---|---|
| Mesa County, Colorado | 22,699 | 1,338 | 17 | 9.12 |
| Montrose County, Colorado | 6,867 | 410 | 16.8 | 9.93 |
| San Miguel County, Colorado | 973 | 86 | 11.3 | 11.67 |
| ROI | 30,539 | 1,834 | 16.7 | 9.39 |

[a]   Number of teachers per 1,000 population.

Source: NCES (2011).

5
6
7    12.5%, respectively), and lower for school districts in San Miguel County (0.8% and 0.9%).
8    Colorado Mesa University in Grand Junction is a public university that offers associates,
9    bachelors, and masters degrees; it is the only college or university in the ROI. Until April 2011,
10   the school was known as Mesa State College. The school has an enrollment of 9,000 students.
11
12
13       **3.8.2.3.2  Health Care.** The number of physicians and the level of service are two
14   measures for determining access to adequate health care. In 2010, most of the physicians in the
15   ROI were located in Mesa County (552) (Table 3.8-10). The level of service was the lowest in
16   San Miguel County, which also had the fewest number of physicians (19). The level of service
17   was highest in Mesa County (3.76), and it was 3.51 for the entire ROI. Mesa County has three

BLM_0041335

1

**TABLE 3.8-10  ROI Physicians, 2010[a]**

| Location | No. of Physicians | Level of Service |
|---|---|---|
| Mesa County, Colorado | 552 | 3.76 |
| Montrose County, Colorado | 115 | 2.79 |
| San Miguel County, Colorado | 19 | 2.58 |
| ROI | 686 | 3.51 |

[a]   Number of physicians per 1,000 population.

Source: AMA (2010).

2
3
4   hospitals, all in Grand Junction: Community Hospital (78 beds), St. Mary's Hospital (350 beds,
5   and the largest medical center between Denver and Salt Lake City), and the Grand Junction
6   Veterans Administration Medical Center (53 beds). Montrose County has one hospital, Montrose
7   Memorial Hospital; it has 75 beds and is located in the city of Montrose. There are also clinics in
8   Olathe and Naturita. The Telluride Medical Center, with 7 beds, is the only hospital in
9   San Miguel County.
10
11
12       **3.8.2.3.3  Public Safety.** As shown in Table 3.8-11, in 2009, most of the firefighters in
13   the ROI were located in Mesa County. The level of service was the lowest in San Miguel County
14   (0.40), which also had the fewest number of professional firefighters. The level of service was
15   highest in Mesa County (0.60), and it was 0.57 for the entire ROI.
16
17       Most of the police officers in the ROI were also located in Mesa County (122).The level
18   of service was highest in San Miguel County (4.37), which also had the fewest number of police
19   officers (33). The level of service was lowest in Mesa County (0.84), and it was 1.08 for the
20   entire ROI. The highest crime rates for both violent crimes and property crimes were also in the
21   most populated county, Mesa County, which also had the lowest level of service with regard to
22   police officers (Table 3.8-12). The incidences of crime in Montrose and San Miguel Counties
23   were comparable to one another, although more property crime occurred in San Miguel County.
24   The rates of crime for the ROI were higher than those in the state of Colorado for both property
25   crimes and violent crimes.
26
27
28   **3.8.3  Recreation and Tourism Economy**
29
30       Western Colorado is a major tourist destination. Visitors travel to western Colorado
31   year-round for outdoor sports, including hiking, biking, whitewater rafting, horseback riding,
32   skiing, off-highway vehicle (OHV) trail-riding, hunting, fishing, and snowshoeing. Most of the
33   land in the ROI is managed by the USFS and BLM. The BLM manages more than
34   8.4 million acres (3.4 ha) in Colorado and provides recreation opportunities for more than

BLM_0041336

1          **TABLE 3.8-11  ROI Public Safety Employment, 2009**

| Location | No. of Police Officers | Level of Service[a] | No. of Firefighters[b] | Level of Service |
|---|---|---|---|---|
| Mesa County | 122 | 0.84 | 88 | 0.60 |
| Montrose County | 56 | 1.35 | 21 | 0.51 |
| San Miguel County | 33 | 4.37 | 3 | 0.40 |
| ROI | 211 | 1.08 | 112 | 0.57 |

[a]   Number per 1,000 population.

[b]   Number does not include volunteers.

Sources: U.S. Department of Justice (2010); Fire Departments Network (2011).

2
3
4          **TABLE 3.8-12  ROI and County Crime Rates, 2009[a]**

| Location | Violent Crime[b] | | Property Crime[c] | | All Crime | |
|---|---|---|---|---|---|---|
| | No. of Offenses | Rate | No. of Offenses | Rate | No. of Offenses | Rate |
| Mesa County, Colorado | 185 | 1.3 | 1,467 | 10.0 | 1,652 | 11.3 |
| Montrose County, Colorado | 36 | 0.9 | 136 | 3.3 | 172 | 4.2 |
| San Miguel County, Colorado | 3 | 0.4 | 36 | 4.9 | 39 | 5.3 |
| ROI | 224 | 1.15 | 1,639 | 8.39 | 1,863 | 9.54 |
| Colorado | 21,179 | 0.45 | 177,629 | 3.77 | 198,808 | 4.2 |

[a]   Rates are the number of crimes per 1,000 population.

[b]   Violent crime includes murder and non-negligent manslaughter, forcible rape, robbery, and aggravated assault.

[c]   Property crime includes burglary, larceny, theft, motor vehicle theft, and arson.

Sources: U.S. Department of Justice (2009a).

5
6
7

BLM_0041337

1  5 million visitors annually. Much of the public land in the ROI is accessible for public
2  recreational use. Among the many recreation areas that the BLM manages are numerous SRMAs
3  and NLCS units (BLM undated). SRMAs are areas where recreation is the principle management
4  focus and where the objective is to provide specific "structured" recreational opportunities
5  (BLM 2011k). These can include campgrounds, trails, and boat ramps for river access. The
6  Dolores Canyon SRMA in Montrose County is in close proximity to the lease tracts. The
7  distance from the SRMA to the lease tracts ranges from 0.48 mi (0.77 km) (Lease Tract 17) to
8  8.4 mi (14 km) (Lease Tract 19). In San Miguel County, three of the leases are located within the
9  SRMA. The Dolores Canyon SRMA is a popular location for whitewater rafting and river sports,
10  and its visitors are attracted to the Dolores River's remote character.
11
12      As discussed in Section 3.8.2.1.2, employment in the ROI is concentrated in the service
13  industry, and much of that results from the recreation provided by the publicly managed areas
14  discussed above. The tourism industry is difficult to quantify; it covers multiple job sectors and
15  has direct and indirect impacts on the local economy resulting from increased sales from visitor
16  spending, changes to local employment and income, and induced effects reflected in local goods
17  and services purchased by residents who experience changes in income from new economic
18  activity.
19
20      In September 2001, the Southwest Colorado Travel Region (SWCTR) and the USFS
21  sought to understand the relationship between tourism and employment in the region, including
22  the regional dependency on tourism, the types of jobs that tourism supports, ways to encourage
23  growth in employment, ways to develop complementary economic industries (e.g., real estate
24  and construction), and the connections between the tourism industry and local government
25  services and revenues. The SWCTR comprises 12 counties, including Montrose and San Miguel
26  Counties. The study aimed to identify the types of tourism that drive the local economy. A
27  distinction was made between activities that took place on public lands and those that occurred
28  on private lands. This distinction helped to clarify the difference between the impacts from
29  public parks and outdoor recreation and the impacts from private resort recreation (Information
30  Services 2001).
31
32      In 2000, the tourism industry accounted for 14% of the jobs and 9% of the income
33  generated in Montrose County. In San Miguel County, the percentages of tourism-related jobs
34  and income were 59% and 53%, respectively. Total wages from tourism employment totaled
35  $27 million in Montrose County and more than $80 million in San Miguel County. Employment
36  in the tourism industry related to public lands represented 7% of all employment in Montrose
37  County, 38% in San Miguel County, and 14% in the SWCTR region. Activities on public lands
38  include skiing and touring, visits to parks and monuments, and outdoor recreation. Outdoor
39  recreation includes hiking, biking, fishing, hunting, rafting, and snowmobiling on public land. In
40  Montrose County, outdoor activities were responsible for the most tourism-related employment
41  in 2000, mostly in the summer and fall months. In San Miguel County, the real estate and
42  construction sector was very strong, although the ski resort in Telluride provided the largest
43  number of jobs in the tourism sector. From 1997 to 1999, tourism employment in San Miguel
44  County grew 14% (Information Services 2001). In 2010, 63% of employment in San Miguel

BLM_0041338

1   County came from the tourism industry, an increase of 4% since 2000 (Colorado Department of
2   Local Affairs 2011).
3
4          Black Canyon of the Gunnison National Park is located in the eastern portion of
5   Montrose County, 52 mi (84 km) east of the nearest lease tract. In 2010, 176,344 people visited
6   the national park, which was fewer than the number of visitors in 2000 (191,500) and 2007
7   (219,600) (www.nationalparked.net 2011). A 2010 visitor survey conducted at Black Canyon
8   National Park indicated that out-of-state visitors accounted for more than 65% of those surveyed,
9   which suggests that park visitors probably also spent money outside the park in other sectors,
10  such as for hotel and other accommodations and in eating and drinking establishments.
11
12         The Colorado National Monument is located 25 mi (40 km) north of the nearest lease
13  tracts in Mesa County. Other recreation areas in Mesa County include Bangs Canyon SRMA,
14  Grand Mesa Slopes SRMA, and the James M. Robb Colorado River State Park. Visitation to
15  Colorado National Monument increased over the past few years, achieving a record-high number
16  of annual visitors of 714,000 in 2007, a 9% increase from the previous year (NPS 2008). Hiking
17  use increased 34% in October 2007 compared to that in October 2006, and the park experienced
18  increases in other types of recreation, including biking and rock climbing. An economic analysis
19  of state parks in Colorado estimated that the average vehicle visiting Colorado River State Park
20  spent $312 within 50 mi (80 km) of the park. Total expenditures for all visitors to the park
21  totaled almost $23 million (Corona Research, Inc. 2009).
22
23
24  **3.9  ENVIRONMENTAL JUSTICE**
25
26         On February 11, 1994, the President signed Executive Order (E.O.) 12898, "Federal
27  Actions to Address Environmental Justice in Minority Populations and Low-Income
28  Populations," which formally requires federal agencies to incorporate environmental justice as
29  part of their missions (59 FR 7629, Feb. 11, 1994). Specifically, it directs them to address, as
30  appropriate, any disproportionately high and adverse human health or environmental effects of
31  their actions, programs, or policies on minority and low-income populations.
32
33         The analysis of how mining projects affect environmental justice concerns follows
34  guidelines described in the Council on Environmental Quality's (CEQ's) *Environmental Justice*
35  *Guidance under the National Environmental Policy Act* (CEQ 1997). The analysis method has
36  three parts. First a description of the geographic distribution of low-income and minority
37  populations in the affected area is undertaken. Then an assessment is conducted to determine
38  whether exploration, mine development and operations, and reclamation would produce impacts
39  that are high and adverse. Finally, if impacts are high and adverse, a determination is made as to
40  whether these impacts disproportionately affect minority and low-income populations.
41
42         Exploration, mine development and operations, and reclamation in the proposed leasing
43  areas could affect environmental justice if any adverse health and environmental impacts
44  resulting from any phase would be significantly high and if these impacts would
45  disproportionately affect minority and low-income populations. If the analysis determined that

BLM_0041339

1  health and environmental impacts would not be significant, there could be no disproportionate
2  impacts on minority and low-income populations. In the event impacts were found to be
3  significant, disproportionality would be determined by comparing the proximity of any high and
4  adverse impacts with the location of low-income and minority populations.
5
6        The analysis of environmental justice issues associated with the development of uranium
7  facilities considered impacts within the proposed leasing areas and an associated 50-mi (80-km)
8  radius around the boundary of the proposed leasing areas. A description of the geographic
9  distribution of minority and low-income groups in the affected area was based on Census
10  demographic data (U.S. Bureau of the Census 2011l,m). The following definitions were used to
11  define minority and low-income population groups:
12
13      •   *Minority.* Persons are included in the minority category if they identify
14         themselves as belonging to any of the following racial groups: (1) Hispanic,
15         (2) Black (not of Hispanic origin) or African American, (3) American Indian
16         or Alaska Native, (4) Asian, or (5) Native Hawaiian or Other Pacific Islander.
17
18         Beginning with the 2010 Census, where appropriate, the census form allows
19         individuals to designate multiple population group categories to reflect their
20         ethnic or racial origin. In addition, persons who classify themselves as being
21         of multiple racial origins may choose up to six racial groups as the basis of
22         their racial origins. The term minority includes all persons, including those
23         classifying themselves in multiple racial categories, except those who classify
24         themselves as not being of Hispanic origin and as being White or "Other
25         Race" (U.S. Bureau of the Census 2011l).
26
27         The CEQ guidance proposed that minority populations should be identified
28         where either (1) the minority population of the affected area exceeds 50% or
29         (2) the minority population percentage of the affected area is meaningfully
30         greater than the minority population percentage in the general population or
31         other appropriate unit of geographic analysis.
32
33         This PEIS applies both criteria in using the Census Bureau data for census
34         block groups, wherein consideration is given to the minority population that is
35         both greater than 50% and 20 percentage points higher than in the state (the
36         reference geographic unit).
37
38      •   *Low-income.* Individuals who fall below the poverty line. The poverty line
39         takes into account the family size and the ages of individuals in the family.
40         For example, in 2009, the poverty line for a family of five with three children
41         younger than 18 was $26,023. For any given family below the poverty line, all
42         family members are considered as being below the poverty line for the
43         purposes of analysis (U.S. Bureau of the Census 2011m).
44

BLM_0041340

1      The data in Table 3.9-1 show the minority and low-income composition of the total
2  population located in the proposed leasing areas based on Census data and CEQ guidelines.
3  Individuals identifying themselves as Hispanic or Latino are included in the table as a separate
4  entry. However, because Hispanics can be of any race, this number also includes individuals who
5  also identify themselves as being part of one or more of the population groups listed in the table.
6
7      A large number of minority and low-income individuals are located in the 50-mi (80-km)
8  area around the boundary of the proposed leasing areas. Within the 50-mi (80-km) radius in
9  Colorado, 18.3% of the population is classified as minority, while 11.9% is classified as low-
10 income. Since the number of minority individuals does not exceed 50% of the total population in
11 the 50-mi (80-km) area, and the number of minority individuals does not exceed the state
12 average by 20 percentage points or more, there is no minority population in the Colorado portion
13 of the proposed leasing areas based on Census data and CEQ guidelines. The number of low-
14 income individuals does not exceed the state average by 20 percentage points or more and does
15 not exceed 50% of the total population in the area, meaning that there are no low-income
16 populations in the Colorado portion of the proposed leasing areas.
17
18     Within the 50-mi (80-km) radius in Utah, 25.9% of the population is classified as
19 minority, while 16.1% is classified as low-income. Since the number of minority individuals
20 does not exceed the state average by 20 percentage points or more, and the number of minority
21 individuals does not exceed 50% of the total population in the area, there is no minority
22 population in the Utah portion of the 50-mi (80-km) area based on Census data and CEQ
23 guidelines. The number of low-income individuals does not exceed the state average by
24 20 percentage points or more and does not exceed 50% of the total population in the area,
25 meaning that there are no low-income populations in the Utah portion of the proposed leasing
26 areas.
27
28     Figures 3.9-1 and 3.9-2 show the locations of the minority and low-income population
29 groups within the 50-mi (80-km) radius around the boundary of the proposed leasing areas.
30
31     In the Colorado portion of the 50-mi (80-km) radius, there are single block groups in the
32 cities of Grand Junction, Montrose, and Olathe that are more than 50% minority. One block
33 group in southwestern Montezuma County is also more than 50% minority; it is the location of
34 the Ute Mountain Indian Reservation. In the Utah portion of the 50-mi (80-km) radius, San Juan
35 County has two block groups (one located in the southeastern part of the county, and the other in
36 the central and southwestern part of the county) that are more than 50% minority. There are no
37 block groups in the Utah portion of the 50-mi (80-km) radius that have minority populations that
38 are 20 percentage points higher than the state average but less than 50% minority.
39
40     In the Colorado portion of the 50-mi (80-km) radius, the number of low-income
41 individuals is more than 20 percentage points higher than the state average in four block groups
42 in the city of Grand Junction, in two block groups in Montrose, and in one block group in Delta.
43 There is also a single block group in southwestern Montezuma County, in the Ute Mountain
44 Indian Reservation. In the Utah portion of the 50-mi (80-km) radius, there are block groups in
45 the southeastern part of San Juan County, and in the city of Blanding, that have low-income

BLM_0041341

1  
2

**TABLE 3.9-1  Minority and Low-Income Populations within the 50-mi (80-km) Radius surrounding the Proposed Leasing Areas**

| Parameter | Colorado | Utah |
|---|---|---|
| Total population | 245,460 | 22,727 |
| White, non-Hispanic | 200,585 | 16,837 |
| Hispanic or Latino | 34,682 | 1,575 |
| Non-Hispanic or Latino minorities | 210,778 | 21,152 |
| One race | 207,210 | 20,826 |
| Black or African American | 1,056 | 49 |
| American Indian or Alaskan Native | 3,544 | 3,789 |
| Asian | 1,578 | 129 |
| Native Hawaiian or Other Pacific Islander | 202 | 11 |
| Some other race | 245 | 11 |
| Two or more races | 3,568 | 326 |
| Total minority | 44,875 | 5,890 |
| Low-income | 11,184 | 1,164 |
| Percent minority | 18.3 | 25.9 |
| State percent minority | 30.0 | 19.6 |
| Percent low-income | 11.9 | 16.1 |
| State percent low-income | 12.2 | 10.8 |

Source: U.S. Bureau of the Census (2011l,m)

3  
4  
5  population shares that are more than 20 percentage points higher than the state average. There  
6  are no block groups in either portion of the 50-mi (80-km) radius where the population is more  
7  than 50% low income.  
8  
9  
10  **3.10  TRANSPORTATION**  
11  
12  　　The road network in western Colorado in the area of the lease tracts and the proposed  
13  Piñon Ridge Mill consists of two primary roads, Colorado SH 90 and Colorado SH 141, as  
14  shown in Figure 3.10-1. A number of county roads provide access to the lease tracts from these  
15  highways. A variety of unimproved roads on public lands exist on and around the lease tracts.  
16  Many of these roads were constructed by the mining and ranching industries before the BLM  
17  developed regulations for authorizing road construction and use. However, many of these roads  
18  are currently maintained by county agencies or the BLM.  
19

BLM_0041342

*Preliminary Draft PEIS*   *PEIS Privileged Information*   *May 2012*
*PEIS Team Use Only*   *Do Not Distribute*



1

2   **FIGURE 3.9-1  Minority Populations within the 50-mi (80-km) Radius surrounding the Proposed**
3   **Leasing Areas**
4

BLM_0041343

*Preliminary Draft PEIS*
*PEIS Team Use Only*

*PEIS Privileged Information*
*Do Not Distribute*

*May 2012*



1

2   **FIGURE 3.9-2  Low-Income Populations within the 50-mi (80-km) Radius surrounding the**
3   **Proposed Leasing Areas**

*3-173*

*Preliminary Draft PEIS*      *PEIS Privileged Information*      *May 2012*
*PEIS Team Use Only*             *Do Not Distribute*



**FIGURE 3.10-1  Road Network in Colorado in the Area of the Lease Tracts and the Proposed Piñon Ridge Mill**

BLM_0041345

1     Although most of these roads pass
2 through uninhabited public lands,
3 15 residences among the 31 lease tracts could
4 be affected by ore shipments traveling on
5 these haul roads en route to the state
6 highways and subsequently to the ore-
7 processing mills. Routes that pass 13 of the
8 15 residences have been used in the last
9 10 years to haul uranium ore, and all the
10 routes have been used to haul ore in the last
11 30 years.
12
13     The White Mesa Mill in Utah south of
14 Blanding is served by US 191. Access to the
15 mill from the lease tracts would be via
16 Colorado SH 141 south to US 491 at Dove
17 Creek, then west to US 191. An alternate
18 route from the general lease tract area would
19 be to take Colorado SH 90 west into Utah
20 where it becomes Utah SH 46, which
21 continues westward to US 191. The annual
22 average traffic volume on major roads in the
23 area of the lease tracts each day is listed in
24 Table 3.10-1.
25
26
27 **3.11  CULTURAL RESOURCES**
28
29     Cultural resources are resources
30 important to maintaining the heritage of the
31 people of the United States. They provide a
32 physical connection to our past and
33 contemporary traditional culture. They
34 include archaeological sites; historic buildings
35 and structures or groups of structures;
36 landscapes; culturally important natural
37 features; and traditional cultural properties
38 important to specific social or cultural groups,
39 such as Native American Indian tribes.
40 Cultural resources that meet the eligibility criteria for listing on the *National Register of Historic*
41 *Places* (NRHP) (see text box) are termed "historic properties" under the National Historic
42 Preservation Act of 1966, as amended (NHPA). The NHPA requires federal agencies to take into
43 account the potential effects of their undertakings, such as the leasing of uranium mining tracts,

---

**NRHP Significance Criteria**

"The quality of significance in American history, architecture, archaeology, engineering, and culture is present in districts, sites, buildings, structures, and objects that possess integrity of location, design, setting, materials, workmanship, feeling, and association" and meet one or more of the following criteria for evaluation.

*Criterion A: Associative Value – Event:* "Properties can be eligible for the *National Register* if they are associated with events that have made a significant contribution to the broad patterns of our history."

*Criterion B: Associative Value – Person:* "Properties can be eligible for the *National Register* if they are associated with the lives of persons significant in our past."

*Criterion C: Design or Construction Value:* "Properties can be eligible for the *National Register* if they embody the distinctive characteristics of a type, period, or method of construction, or that represent the work of a master, or that possess high artistic values, or that represent a significant and distinguishable entity whose components may lack individual distinction."

*Criterion D: Information Value:* "Properties can be eligible for the *National Register* if they have yielded, or may be likely to yield information important to prehistory or history."

Also applicable is this special criteria consideration:

*Criteria Consideration G: Properties that have Achieved Significance within the Last Fifty Years.* "A property achieving significance within the last fifty years is eligible if it is of exceptional significance."

(36 CFR 60.4)

BLM_0041346

1  **TABLE 3.10-1  Annual Average Daily Traffic (AADT) Volumes for Major Roads in the Lease**
2  **Tract Area, 2010**

| Road | Mileage Marker | | Location[a] | AADT | |
|------|-------|-----|----------|-----|--------|
|      | Start | End |          | All | Trucks |
| **Colorado**[b] | | | | | |
| SH 90 | 0 | 9.5 | UT/CO state line east toward Paradox | 230 | 30 |
|  | 9.5 | 14.8 | Near Bedrock | 330 | 40 |
|  | 14.8 | 33.9 | Near western junction with SH 141 | 430 | 40 |
|  | 81.7 | 84.9 | East of Shavano Valley Road intersection, western outskirts of Montrose | 190 | 10 |
| SH 141 | 0 | 9.4 | North of intersection with US 491 | 590 | 20 |
|  | 9.4 | 11.3 | North of Monticello Rd./CR H1 intersection in Egnar | 350 | 50 |
|  | 11.3 | 44.1 | North of Egnar, southeast of K8 Rd. | 250 | 40 |
|  | 44.1 | 55.5 | Southeast of junction with SH 145 | 470 | 70 |
|  | 55.5 | 60.2 | Northwest of junction with SH 145 | 1,300 | 130 |
|  | 60.5 | 60.7 | Main St. in Naturita, west of SH 97 (Nucla Rd.) | 2,100 | 110 |
|  | 60.8 | 62.4 | East of junction with SH 90 | 600 | 70 |
|  | 62.4 | 64.4 | West of junction with SH 90 | 270 | 30 |
|  | 64.4 | 110.5 | Southwest of John Brown Rd. (4 4/10 Rd.) in Gateway | 280 | 30 |
|  | 110.5 | 153.8 | Northeast of junction with CR Sx 9/10 Rd. in Gateway | 660 | 80 |
|  | 153.8 | 154.1 | Southwest of junction with SH 50 in Whitewater | 1,100 | 90 |
| US 491 | 68.7 | 69.6 | At UT/CO state line | 2,100 | 460 |
|  | 63.3 | 67.9 | Northwest of SH 141 | 2,300 | 440 |
|  | 61.5 | 63.3 | Southeast of SH 141 | 3,100 | 550 |
| **Utah**[c] | | | | | |
| US 191 | 36.4 | 47.3 | Junction with SH 262 | 2,525 | 270 |
|  | 47.3 | 50.4 | SH 95 junction south of Blanding | 2,820 | 340 |
|  | 50.4 | 51.7 | Blanding, 800 south | 5,025 | 655 |
|  | 51.7 | 65.2 | Blanding, 200 north | 2,970 | 385 |
|  | 65.2 | 71.5 | Verdure | 2,490 | 350 |
|  | 71.5 | 71.9 | Monticello, 400 south | 2,670 | 615 |
|  | 71.9 | 72.4 | Monticello, junction with SH 491 | 5,965 | 1,610 |
|  | 72.4 | 86.1 | Monticello, 600 north | 3,575 | 1,145 |
| US 491 | 0.0 | 0.4 | Monticello, junction with US 191 | 4,620 | 970 |
|  | 0.4 | 2.0 | Monticello, 500 east | 2,430 | 630 |
|  | 2.0 | 17.0 | Monticello Port of Entry at Milepost 2 to UT/CO state line | 2,270 | 770 |

[a]  SH = State Highway; CR = County Road

[b]  Source: CDOT (2012)

[c]  Source: UDOT (2012)

3
4

BLM_0041347

1  on designated and potential historic properties ranging in date from prehistoric times to the
2  development of the Uravan Mineral Belt.
3
4
5  **3.11.1  Cultural History of Southwestern Colorado**
6
7        Although rarely encountered in the region, human presence in western Colorado appears
8  to have begun during the Paleoindian era. Four Paleoindian traditions have been distinguished
9  based on projectile point styles. The earliest remains in western Colorado are part of the Clovis
10  tradition, beginning about 13,400 years ago, sometimes found in association with mammoth or
11  other Pleistocene megafauna. To date no Clovis artifacts have been found in association with
12  megafauna in the study area, but the distribution of Pleistocene megafauna finds and Clovis
13  points elsewhere suggest that major canyons, well suited to megafauna at the end of the
14  Pleistocene, were a likely focus of Clovis hunters (Reed 2006).
15
16        The Clovis tradition appears to have been followed by the Folsom tradition
17  (12,800–11,500 years ago). Likewise focused on big game, Folsom hunters, using finely crafted,
18  fluted lanceolate projectile points, appear to have preferred now-extinct species of bison. Folsom
19  points are relatively rare in the study area, either because Folsom sites have been eroded or
20  because the region was utilized less intensely at this time than in later periods. In the rugged and
21  mountainous environs of southwestern Colorado, the Folsom tradition is followed by the
22  Foothill-Mountain complex (11,500–7,500 years ago). Characterized by unfluted lanceolate
23  points, the Foothill-Mountain complex reflects a broader subsistence base that included smaller
24  game such as deer, bighorn sheep, and pronghorn and showed more regional variability than
25  earlier Paleoindian cultures (Reed 2006).
26
27        The trend toward a broader subsistence base dependent on an increasingly wide array of
28  smaller game and increased evidence of dependence on plant resources continued in the Archaic
29  era. Milling stones, used in plant processing, increased in frequency, and projectile points,
30  thought to be dart or lance points, were smaller and more variable, including corner- and side-
31  notched varieties as well as certain varieties of stemmed points. Reed and Metcalf (1999) divided
32  the Archaic era in west-central Colorado into four periods: Pioneer (7400–5400 B.C.), Settled
33  (5400–3100 B.C.). Transitional (3100–1200 B.C.), and Terminal (1200–250 B.C.). These
34  periods represent an increasing population and an increasing intensity of subsistence use.
35  Archaic people appear to have followed a seasonal round, taking advantage of resources
36  maturing at different times at different elevations. Winters appear to have been spent in the
37  pinyon/juniper woodlands of middle elevations in the winter range of deer and elk. Lower
38  elevations may have been exploited in the spring, and higher elevations exploited in the summer
39  and fall (Reed 2006).
40
41        The Archaic tradition was succeeded by the Formative stage (250 B.C.–A.D. 1300),
42  which was marked by the introduction of maize horticulture, the introduction of the bow and
43  arrow, the construction of more permanent dwellings, and the fabrication of ceramics. In
44  southwestern Colorado, the integration of maize horticulture into subsistence strategies appears

BLM_0041348

to have been incomplete. The growing season in the higher elevations of the project area was too short to support maize horticulture.

Sites representing the following four contemporaneous traditions associated with the Formative stage in western Colorado lie within or adjacent to the lease tracts (Reed 2006).

1. The Anasazi ancestral Puebloan tradition—characterized by distinctive ceramics, highly patterned residential site layouts, pit structures, kivas, water control structures, and complex intraregional relations—is represented in areas near the southernmost Slick Rock lease tracts. It is likely that Anasazi procurement forays from their northernmost settlements included the lease tract areas. Social and environmental factors appear to have resulted in the abandonment of southwestern Colorado by the Anasazi around 1275. Modern Puebloan groups regard the Anasazi and Fremont as their ancestors.

2. The Fremont tradition, centered in Utah, may be minimally represented in the Paradox Valley of western Montrose County and in areas near the Gateway lease tracts. This tradition is represented by distinct coiled pottery, one-rod-and-bundle basketry, moccasins made from deer or mountain sheep hides, and artistic renditions of trapezoidal anthropomorphic figures. The Fremont appear to have abandoned the area about the same time as the Anasazi for reasons that are not fully understood.

3. In western Montrose and San Miguel Counties, near the Paradox Valley and Uravan lease tracts, a third tradition, designated by Reed (2006) as the Gateway tradition, which reflected both Anasazi and Fremont influence, has been recognized. It is characterized by limited reliance on maize horticulture; the manufacture of small arrow points; a lack of ceramic production; short-term use of noncontiguous, circular, masonry habitation structures, granaries, and storage cists constructed in rock shelters; and rock art that reflects both Anasazi and Fremont influence. The Gateway tradition appears to be coterminous with maize horticulture. Gateway sites are clustered in western Montrose and San Miguel Counties near the central portion of the project area.

4. At this time, sites without masonry or evidence of horticulture are more common in west-central Colorado. These sites, often associated with the fourth, or Aspen, tradition, reflect a hunting and gathering lifestyle and are characterized by basin houses, tipi rings, and game drive systems. These sites may reflect a more intensive occupation exploiting areas with too short a growing season for maize, or they may be procurement sites for the Gateway population (Reed 2006).

While there is some debate as to when they first arrived in western Colorado (Fritz 2006), the Utes were the primary inhabitants of the project area between the end of the Formative era

BLM_0041349

1   and their ultimate removal to present-day reservations in the late 19th century. The Utes were
2   one of the Numic-speaking peoples centered in the Great Basin. Linguistic and archaeological
3   evidence suggests that the Ute migrated from southwestern Nevada and southeastern California
4   around A.D. 1100 (Ott et al. 2010). They were highly mobile hunters and gatherers, whose
5   habitation structures were wickiups—brush structures with neither excavated floors nor post
6   holes. They manufactured small amounts of brownware pottery, locally termed Uncompahgre
7   brownware, and desert side-notched projectile points.
8
9       The period between 1100 and the beginning of an equestrian lifestyle in about 1650 is
10  termed the Canalla phase. In this phase, the Utes followed a pedestrian hunting and gathering
11  lifestyle following a seasonal round. During the following Antero phase (1650–1881), the
12  acquisition of horses allowed the Utes to range farther onto the plains to hunt bison and to raid in
13  the south and west, supplying slaves to Spanish immigrants. The Utes begin to take on aspects of
14  Plains culture during this period, and Euroamerican artifacts become increasingly more common
15  at Ute sites.
16
17      The Spanish explorer Juan de Rivera led an expedition through the heart of the area in
18  1765 in search of mineral wealth. Later, in 1776, the Escalante-Dominguez party passed though
19  western Colorado seeking a route from Santa Fe to California, which eventually led to the
20  establishment of the northern branch of the Old Spanish Trail. The trail was followed by Spanish
21  traders and by fur trappers and explorers. Euroamericans began to explore the area's natural
22  resources in the 1820s, when fur trappers such as James Pattie and Antoine Roubideau travelled
23  through the area. The fur trade began to wane in the 1830s due to over-trapping and falling
24  prices. During the next two decades, the Euroamerican presence was limited primarily to
25  U.S.-government-sponsored exploratory expeditions.
26
27      The situation changed in 1859 with the discovery of gold on Cherry Creek near present-
28  day Denver. The resulting influx of Euroamericans into Ute territory led to conflict. In response,
29  the treaty of 1868 established much of western Colorado as a reservation for the Utes, but
30  subsequent discoveries of ore bodies in the San Juan mountains led to further conflict, and the
31  Utes relinquished the San Juans in the Brunot Treaty of 1873, whereby the Moache, Capote, and
32  Weeminuche Ute bands were restricted to the Southern Ute Reservation along the New Mexico
33  border. Hostilities increased, which led to the Meeker Incident in 1879 and the removal of the
34  White River and Uncompahgre Utes to reservations in northeastern Utah and southern Colorado
35  (Reed 2006).
36
37      With the removal of the Utes, a limited amount of Euroamerican farming and ranching
38  increased along the canyon bottoms of the area, but it was the discovery of a parrot-yellow
39  mineralization in a sandstone bed at the confluence of the Dolores River and Roc Creek around
40  1880 that led to the world's first discoveries of radioactive metals, in the form of carnotite ore,
41  and to the development of the Uravan Mineral Belt. Historically, the prosperity of the towns of
42  Bedrock, Nucla, and Naturita can be attributed to the construction of uranium- and vanadium-ore
43  processing plants. As is a common occurrence with mining and mineral extraction, the Uravan
44  Mineral Belt experienced a repeated boom-and-bust cycle tied to the supply of and demand for
45  radioactive metals. Six periods of historical significance have been identified for the Uravan Belt

BLM_0041350

1   (Twitty 2008). The remains of the prospects, mines, roads, mining camps, drill pads, and other
2   modifications of the landscape remain in the Uravan Mineral Belt. Those that retain their
3   integrity and association with significant periods may be eligible for listing on the NRHP.
4
5          In the late 19th century, about the time that the Curies working in France were identifying
6   radioactivity, it was discovered that carnotite ore, unique to the Uravan Mineral Belt, contained
7   the radioactive metals of radium, uranium, and vanadium. The period from 1898 through 1905
8   was a time of interest in radium in Europe. A growing demand for radium, first in the scientific
9   community and then in the medical industry, stimulated a minor wave of prospecting along the
10  San Miguel and Dolores Rivers. Ore bodies were identified, and the first successful uranium
11  extraction mills were built. However, the remoteness of the belt from Europe led Europeans to
12  rely on pitchblende ores from eastern Germany as a more economical source of uranium and
13  radium (Twitty 2008). Production in Montrose and San Miguel Counties collapsed in 1905.
14
15         In the following year, 1906, the construction of the first successful vanadium
16  concentration mill at Newmire (later Vanadium) sparked a revival of mining. Vanadium was in
17  demand as a hardening alloy used in steel production and was especially important for weapons
18  production in Europe during World War I. San Miguel County proved to have rich deposits of
19  roscoelite ore from which vanadium could be extracted. Radium was also in demand, especially
20  after German sources were no longer available in the west. There was a mining boom and
21  associated population growth. However, demand for both radium and vanadium collapsed in the
22  early 1920s when sources were discovered in the Belgian Congo.
23
24         Mining in the Uravan Belt was much reduced until the middle of the Great Depression,
25  when industry had revived enough to create a demand for vanadium. Development of vanadium
26  milling continued, and large-scale companies came to dominate the industry, although smaller
27  operations cumulatively provided a significant amount of ore. The process of vanadium revival
28  accelerated between 1941 and 1945. During World War II, vanadium was in demand. The
29  government aggressively pursued vanadium production as a key component of weaponry and
30  armor. In addition, under the guise of vanadium production, the government sought uranium for
31  use in the development of atomic weapons. The area contributed 15% of the uranium used in the
32  Manhattan Project, mostly from vanadium mill tailings.
33
34         By 1944, however, the U.S. government's uranium production goals had been met, and in
35  1945, the bottom fell out of the uranium market. Some of the slack was taken up by the revival
36  of industrial demand for vanadium. In 1947, the federal government formulated a strategy to
37  stimulate the discovery, production, and milling of uranium from domestic sources. This became
38  increasingly important during the Cold War. The industry was completely dependent on the
39  government, which strictly regulated uranium production. In the early 1960's, the
40  U.S. Department of Defense's needs were almost fulfilled, and the Atomic Energy Commission
41  began to reduce its financial support of the uranium mining industry. The industry declined but
42  then experienced a brief revival in the mid- to late 1970s, when vanadium was once more in
43  demand for industry and uranium was needed for nuclear power production. Uranium prices
44  collapsed once again in 1980, most of the mines closed, and the region lost much of its economic
45  foundation (Twitty 2008).
46

BLM_0041351

**3.11.2  Cultural Resource Inventories**

The cultural resource site information discussed in this section was obtained from the Office of Archaeology and Historic Preservation in the state of Colorado in December 2011.

Cultural resource inventories can include both field surveys and documentary research studying the results of past field work in the area of interest. Archaeological surveys in the area were initiated by George and Edna Woodbury in 1931, but by far the majority of cultural resource surveys have been conducted in response to the requirements of Section 106 of the NHPA. Over time, the rigor and scope of these surveys have increased, so that in general, federal land-managing agencies (such as the BLM, which manages the surface resources of the lease tracts) regard the surveys conducted after about 1985 as adequate. Section 106 surveys provide the data that federal agencies use, in consultation with the State Historic Preservation Officer (SHPO) and affected tribes, to evaluate whether the identified sites meet the eligibility criteria for listing on the NRHP.

A cultural resource survey based on documentary evidence in past surveys and investigations is termed a Class I inventory by the BLM. In 2006, Alan Reed conducted a Class I cultural resource inventory of the lease tract areas for DOE. He identified 126 mostly small-scale surveys conducted on the lease tracts. Since 2006, 13 additional surveys have been conducted. Table 3.11-1 shows the acreage of land that had been surveyed as of 2011. It shows that 2,766 acres (1,100 ha), or about 11%, of the 25,911 acres (10,500 ha) that lie within the lease tracts have been subjected to cultural resource surveys. This is a somewhat lower percentage than the survey coverage of lands in the surrounding 15 mi (24 km). Approximately 314,296 acres (127,191 ha), or about 18%, of the surrounding 1,689,991 acres (683,915 ha) have been surveyed according to geographical information system (GIS) layers provided by the Colorado and Utah SHPOs.

Archaeological site data on surveyed lands within 15 mi (24 km) surrounding the lease tracts are also available from the SHPOs. The tracts cluster into four groups, as described in Section 4.12. The extent of archaeological survey coverage and the numbers of sites contained in the 15-mi (24-km) zones circumscribed around these four groups are listed in Table 4.11-2. Calculated site densities are also listed. Site density ranges from 23.5 to 34.6 sites per square mile, with density increasing from north to south. This increase may reflect a generally greater accumulation of prehistoric sites (especially those dating to the latter parts of prehistory) along a transect from higher to lower elevation and south toward the Anasazi cultural heartland. These site data from the 15-mi-radius (24-km-radius) hinterlands also provide a basis for comparison with data from within the lease tracts proper, as summarized in Table 4.11-3.

Individual inventories in the northern cluster of lease tracts near Gateway reported site densities ranging between 13 and 69 sites per square mile (Reed 2006). This range brackets the average frequency of 23.5 sites per square mile derived from the surrounding 15-mi (24-km) zone. It also brackets the average of 42.6 sites per square mile determined from Colorado SHPO data for all the northern lease tracts. This average should be reliable, considering that the surveys

BLM_0041352

1
2          **TABLE 3.11-1  Cultural Resource Survey Coverage of the
Lease Tracts**

| Lease Tract | Total Acreage of Lease Tract | No. of Acres Surveyed | Percent of Total Surveyed |
|---|---|---|---|
| 5 | 151 | 4 | 2.6 |
| 5A | 25 | —[a] | 0.0 |
| 6 | 530 | 20 | 3.8 |
| 7 | 493 | 259 | 52.5 |
| 8 | 955 | 34 | 3.6 |
| 8A | 79 | 3 | 3.3 |
| 9 | 1,037 | 12 | 1.2 |
| 10 | 638 | 56 | 8.8 |
| 11 | 1,503 | 103 | 6.8 |
| 11A | 1,293 | 51 | 3.9 |
| 12 | 641 | 513 | 80.0 |
| 13 | 1,077 | 128 | 11.9 |
| 13A | 517 | 111 | 21.4 |
| 14 | 972 | 7 | 0.7 |
| 15 | 350 | 11 | 3.3 |
| 15A | 173 | 8 | 4.6 |
| 16 | 2,039 | 8 | 0.4 |
| 16A | 811 | 9 | 1.1 |
| 17 | 475 | 5 | 1.1 |
| 18 | 1,181 | 313 | 26.5 |
| 19 | 664 | 2 | 0.2 |
| 19A | 1,205 | 213 | 17.7 |
| 20 | 629 | — | 0.0 |
| 21 | 651 | 48 | 7.3 |
| 22 | 224 | 66 | 29.3 |
| 22A | 408 | 35 | 8.7 |
| 23 | 596 | 40 | 6.8 |
| 24 | 201 | 1 | 0.4 |
| 25 | 639 | 32 | 5.0 |
| 26 | 3,991 | 523 | 13.1 |
| 27 | 1,763 | 151 | 8.6 |
| Total | 25,911 | 2,766 | 10.6 |

[a]   A dash indicates not surveyed.

3
4     on which it is based cover 79% of the northern lease tracts. The anomalously high site frequency
5     figure of 69 sites per square mile is probably a result of sampling error.
6
7          One cultural resource inventory in the north central tracts around Uravan reported a
8     density of 11 sites per square mile (Reed 2006). This figure is less than half the density number
9     derived from the survey in the surrounding 15-mi (24-km) zone. It is also much lower than the
10    average site density within the tracts of 51.6 sites per square mile derived from SHPO data. The
11    anomalously low number may be attributed to sampling error, however, only 12% of the north

BLM_0041353

**TABLE 3.11-2  Cultural Resource Survey Coverage, Site Tallies, and Site Density within 15 mi (24 km) of Lease Tract Clusters**

| Zone | Surveyed Acreage | Site Tally | No. of Sites per Acre | No. of Sites per Square Mile |
|---|---|---|---|---|
| North | 40,830 | 1,498 | 0.0367 | 23.5 |
| North Central | 99,950 | 4,223 | 0.0423 | 27.0 |
| South Central | 96,451 | 5,029 | 0.0521 | 33.4 |
| South | 77,065 | 4,167 | 0.0541 | 34.6 |
| Total | 314,296 | 14,917 | 0.0475 | 30.4 |

**TABLE 3.11-3  Cultural Resource Survey Coverage, Site Tallies, and Site Density within Each Lease Tract Cluster**

| Lease Tract Cluster | Surveyed Acreage | Site Tally | No. of Sites per Acre | No. of Sites per Square Mile |
|---|---|---|---|---|
| North | 662 | 43 | 0.0650 | 41.6 |
| North Central | 694 | 56 | 0.0807 | 51.6 |
| South Central | 326 | 19 | 0.0584 | 37.3 |
| South | 978 | 103 | 0.1053 | 67.4 |
| Total | 2,659 | 221 | 0.0831 | 53.2 |

central tracts have been surveyed. Averages based on such small sample sizes may be misleading, especially where large numbers of mining-related sites may be clustered in relatively small areas.

Around the Paradox Valley, in the south central lease tracts, individual surveys reported site densities ranging from 21 to 54 sites per square mile (Reed 2006). This range evenly brackets the average of 33.4 sites per square mile determined for the surrounding 15-mi (24-km) zone. It also brackets the average site density of 37.3 sites per square mile derived from all previous surveys in the south central lease tracts. Even though only 11% of the south central lease tracts have received archaeological survey coverage, site density figures generated for this area seem reliable.

In the southern tracts near Slick Rock, individual surveys determined site density figures ranging between 14 and 31 sites per square mile (Reed 2006). Data from the surrounding 15-mi (24-km) zone produced an average of 34.6 sites per square mile. Colorado SHPO data indicated that surveyed land within the southern lease tracts contained an average of 67.4 sites per square mile. There are clear discrepancies among these results. It seems likely that the discrepancies are the result of incomplete survey coverage in the southern lease tracts, where only 10% of the area has been surveyed.

BLM_0041354

1　　　All the lease tracts are near or overlap areas of known prehistoric occupation as well as
2　areas of early Euroamerican settlement, mining, and ranching (Reed 2006). Many of the lease
3　tracts contain structures and artifacts associated with the early uranium mining boom in the
4　United States; some of these features are considered historic and eligible for inclusion in the
5　NRHP. The extent that each lease tract has been inventoried ranges from 0% to 80%. Forty-two
6　individual cultural sites on the lease tracts were eligible for, or potentially eligible for, inclusion
7　in the NRHP. These include sites that have been officially determined to be NRHP-eligible by
8　federal or state agencies, sites that have been recommended as eligible by site recorders but not
9　formally evaluated by the agencies, and sites that are classified by either the agencies or the
10　recorders as "needs data." These last sites require additional investigation to determine whether
11　they are eligible for listing on the NRHP. They must be managed as if they were eligible until it
12　is formerly determined otherwise.
13
14　　　Table 3.11-4 shows the eligible historic and prehistoric sites known from each tract. Of
15　the 42 cultural sites identified within the tracts, 24 are prehistoric, 14 are historic, and 4 have
16　both historic and prehistoric components. Most of the prehistoric sites are classified as either
17　lithic scatters or as camp sites. In addition, one site is a rock art panel, and two are classified as
18　rock shelters. Historic sites are predominantly mines but also include a highway, a cabin, and a
19　mining camp (Reed 2006).
20
21　　　One site associated with carnotite mining, Calamity Camp, is now listed on the NRHP
22　but is excluded from Lease Tract 26. It includes approximately 23 stone and wood structures,
23　many of them constructed prior to 1922. At first, from the early 1900s through the early 1920s,
24　radium was the resource sought. Later the ore was processed for vanadium and uranium. This
25　camp and others on Outlaw and Calamity Mesas, notably Foster Camp, Climax Camp, and
26　Arrowhead Camp, served as community centers for miners and their families during the
27　vanadium and uranium booms in southwest Colorado. To protect the structures and features
28　associated with this camp, BLM and DOE agreed to a "No Surface Occupancy" area that
29　includes and surrounds the camp. No cleanup or remediation work has or will take place within
30　this area, and no remediation or disturbance is allowed within a 30-m (98-ft) buffer zone
31　surrounding the camp boundary.
32
33　　　Cultural site densities within DOE's lease tracts vary greatly. Cultural resource
34　inventories on some of the Slick Rock lease tracts have indicated densities of 14, 31, 22, and
35　24 sites per square mile (Lease Tracts 10, 11, 13A, and 15, respectively) (Reed 2006). There are
36　17 sites in the Slick Rock lease tracts that are eligible or potentially eligible for listing in the
37　NRHP. An open lithic site in Lease Tract 10 is potentially eligible for inclusion in the NRHP. A
38　prehistoric rock art site with a historic inscription is the only potentially eligible site in Lease
39　Tract 11, and an ancestral Puebloan site is the only potentially eligible site in Lease Tract 11A.
40　An Archaic Period site with an ancestral Puebloan component is an eligible site in Lease
41　Tract 12, along with a potentially eligible Archaic site. Four sites in Lease Tract 13 are eligible
42　or potentially eligible: (1) portions of a historic highway also known as State Highway 141,
43　(2) an open lithic site, (3) a historic mining camp, and (4) a multicomponent site with a sheltered
44　lithic component and historic trail. Three prehistoric sites in Lease Tract 13A are potentially
45　eligible: (1) a possible Archaic open lithic site, (2) an open camp site with a historic prospect pit,

BLM_0041355

1
2

**TABLE 3.11-4  Eligible and Potentially Eligible Sites in the Lease Tracts**

| Lease Tract No. | No. of Eligible Sites[a] | Prehistoric | Historic[a] | Multicomponent |
|---|---|---|---|---|
| 5 | 1 | 0 | 1 | 0 |
| 5A | 0 | 0 | 0 | 0 |
| 6 | 0 | 0 | 0 | 0 |
| 7 | 0 | 0 | 0 | 0 |
| 8 | 2 | 1 | 0 | 1 |
| 8A | 0 | 0 | 0 | 0 |
| 9 | 2 | 2 | 0 | 0 |
| 10 | 1 | 1 | 0 | 0 |
| 11 | 1 | 0 | 0 | 1 |
| 11A | 1 | 1 | 0 | 0 |
| 12 | 2 | 2 | 0 | 0 |
| 13 | 4 | 1 | 2 | 1 |
| 13A | 3 | 3 | 0 | 0 |
| 14 | 1 | 1 | 0 | 0 |
| 15 | 2 | 1 | 1 | 0 |
| 15A | 0 | 0 | 0 | 0 |
| 16 | 0 | 0 | 0 | 0 |
| 16A | 1 | 0 | 1 | 0 |
| 17 | 0 | 0 | 0 | 0 |
| 18 | 0 | 0 | 0 | 0 |
| 19 | 0 | 0 | 0 | 0 |
| 19A | 6 | 6 | 0 | 0 |
| 20 | 0 | 0 | 0 | 0 |
| 21 | 3 | 1 | 2 | 0 |
| 22 | 2 | 0 | 2 | 0 |
| 22A | 3 | 1 | 2 | 0 |
| 23 | 2 | 0 | 1 | 1 |
| 24 | 0 | 0 | 0 | 0 |
| 25 | 0 | 0 | 0 | 0 |
| 26 | 4 | 2 | 2 | 0 |
| 27 | 2 | 1 | 1 | 0 |

[a] One site, 5SM3670, straddles the boundary between two sites and appears twice in this table.

Source: Information obtained from the Office of Archaeology and Historic Preservation in the state of Colorado in December 2011.

3
4
5

BLM_0041356

1  and (3) an open camp site with a hearth feature and lithic remains. Lease Tract 14 has one
2  potentially eligible site, it is an open lithic site of unknown cultural affiliation. Two sites in Lease
3  Tract 15 are potentially eligible: (1) a possible Paleoindian open lithic site and (2) the Rimrock
4  Cabins, a historic habitation site. Lease Tract 16A contains portions of the aforementioned
5  eligible historic highway, Site 5SM3670. A survey of historic mine features was conducted by
6  Alpine Archaeological Consultants, Inc. (Moore-McMillian and Omvig 2009) in the Slick Rock
7  tracts; however, none of the mines documented were determined eligible for inclusion in the
8  NRHP.
9
10      Cultural resource inventories on some of the Paradox Valley lease tracts indicate
11  densities of 54, 53, 22, 32, and 21 sites per square mile (Lease Tracts 5, 9, 21, 22, and 22A,
12  respectively) (Reed 2006). Two well-known cultural sites are located about 2 mi (3.2 km)
13  southwest of Lease Tract 9: the Bull Canyon rock shelter, a prehistoric site, and Indian Henry's
14  Cabin, a noneligible, late 19th century site containing a well-preserved log cabin, corral, and
15  grave site. Cultural resource inventories on one of the Uravan lease tracts (Lease Tract 18)
16  indicate a density of 11 sites per square mile. Other lease tracts in this grouping (Lease Tracts 19,
17  19A, 20, 24, and 25) are expected to have similar or higher site densities (Reed 2006). A historic
18  mine, the Joe Dandy #5 site, is the only eligible site located on Lease Tract 5. An open camp site
19  with a historic rock ring is an eligible site on Lease Tract 8, where there is also a potentially
20  eligible open lithic site. The two sites located on Lease Tract 9 are open camp sites that are
21  potentially eligible for inclusion in the NRHP. The Radium Hill No. 10 Mine is an eligible
22  historic site on Lease Tract 17A. Six sites on Lease Tract 19A are eligible or potentially eligible
23  for inclusion in the NRHP: four possible Archaic open camps, an open camp of unknown
24  cultural affiliation, and a rock shelter with an isolated historic find.
25
26      Lease Tract 21 has two eligible historic mine sites and a prehistoric open camp. One
27  historic mine site is the Vanadium King No. 5 Mine; extant features of the mine consist of an
28  inclined shaft, an explosives magazine, a hoist house, a track-and-rail system for ore car
29  transportation, and an ore bin. The most intensive activity at the mine likely took place during
30  the Atomic era (1946–1963), although the mine operated until 1992. The mine has retained
31  enough integrity to illustrate uranium mining during the Atomic era and is therefore eligible for
32  NRHP inclusion (Moore and Horn 2010). Long Park Nos. 1 and 16 Mines make up the other
33  historic mine site. The principal remains of this site consist of a mine shaft, a waste-rock dump,
34  head frame, hoist foundation, hoist house, ore bin, ore chute, blower foundation, storehouse ruin,
35  and refuse dump. The No. 1 mine claim was initially located in 1912, and the No. 16 mine claim
36  was located in 1939, and both claims were active until 1992 (Moore and Horn 2010). The site is
37  considered eligible under Criterion A for its association with the Cold War and under Criterion C
38  because it is an outstanding example of a formally engineered, productive shaft mine
39  (Twitty 2008).
40
41      Two sites in Lease Tract 22 are eligible for NRHP inclusion: the Cripple Creek/Donald L
42  Mine, Shaft No. 1 and Shaft No. 2. The extant features of Shaft No. 1 consist of an inclined
43  shaft, two waste-rock dumps, a hoist house foundation, a hoist house platform, a compressor
44  house platform, two rail line remnants, a trestle remnant, a trestle, an ore bin, an ore loading area,
45  a parking area, and a ventilation stack (Moore and Horn 2010). The remains of Shaft No. 2

BLM_0041357

1  consist of an inclined shaft, waste-rock dump, hoist foundation, rail line remnant, trestle ruin,
2  parking area, trestle segment, and ventilation stack (Moore and Horn 2010). Both of these mines
3  are eligible under Criterion A for their association with the uranium boom in the 1950s as part of
4  the Cold War and under Criterion C because they are excellent examples of inclined shaft mines
5  for surface uranium drilling (Moore and Horn 2010).
6
7         Three sites in Lease Tract 22A are eligible or potentially eligible for the NRHP: Hidden
8  Basin Mine, the Republican Camp historic mining site, and an open camp site. Hidden Basin
9  Mine was initially located in 1944, and the extant remains at the site consist of an inclined shaft,
10 waste-rock dump, hoist house remnant, incline frame, rail line remnant, trestle remnant, ore bin,
11 loading area, utility pole, generator foundation, and low-grade ore piles (Moore and Horn 2010).
12 One site, an open camp and historic sweat lodge on Lease Tract 23(3), is potentially eligible for
13 the NRHP.
14
15        Cultural resource inventories on some of the Gateway lease tracts indicate densities of 32,
16 48, 13, and 69 sites per square mile (Lease Tracts 26, 26A, 27, and 27A, respectively)
17 (Reed 2006). Numerous sites associated with historical uranium mining are present. Lease
18 Tracts 26 and 26A contain four sites that are listed, eligible, or potentially eligible for NRHP
19 inclusion. A late Archaic open camp site has been declared eligible for NRHP inclusion, as has
20 another open camp site. A historic site has been declared eligible for the NRHP; it is known as
21 the New Verde Mine and dates to around the 1940s. The Radium No. 5 Mine is the fourth
22 eligible site located on Lease Tracts 26 and 26A. The mine was first located in 1939 and is
23 eligible under Criterion C because of the presence and integrity of the windlass artifact at the
24 mine site (Horn and Moore-McMillian 2009). A historic mining complex is an eligible site
25 located on Lease Tracts 27 and 27A, and a possibly Archaic open camp is potentially eligible on
26 these lease tracts.
27
28        Taken as a whole, the site distribution pattern found in the lease tract area suggests that
29 prehistoric sites are most likely to be found (1) on level to gently sloping land forms, often on
30 ridge crests or along mesa rims, within the juniper-pinyon woodlands and (2) along benches
31 overlooking rivers and streams. Ranching sites are most likely located along river bottom lands.
32 The distribution of mining sites is dictated by the presence of ore bodies. During the late
33 19th and early 20th centuries, these ore bodies were primarily located visually and tested by
34 prospects, often along rims. Mining camps were located near the mines. Later, with the advent of
35 coring, deeply buried ore bodies were discovered well away from the rims, and improvements in
36 the road system allowed miners and their families to reside in the valley towns. In an area where
37 water is scarce, there is little doubt that the development of the mineral belt resulted in historic
38 mines, and settlements have already destroyed much of the prehistoric record in the area.
39 Networks of roads connecting mines, prospects, and drill pads, along with the leveling done for
40 mine facilities, waste rock disposal, and ore storage are likely to have taken their toll on
41 prehistoric remains as well.
42
43

BLM_0041358

1   **3.11.3  Traditional Cultural Properties**
2
3        Traditional cultural properties are properties that are associated with the cultural practices
4   or beliefs of a community and are significant to the community's history or may be important in
5   maintaining the community's cultural identity. They can include archaeological sites; burial
6   sites; rock art; culturally important resources such as plants important for medicine or in rituals;
7   natural features such as mountain peaks, springs, caves, and distinctive rock formations; and
8   sacred landscapes. In many cases, they cannot be identified without input from the community
9   that considers them sacred or otherwise culturally important.
10
11        Traditional properties may not be readily identifiable during a Class I inventory or a
12   Class III field inventory (required prior to any new surface disturbing activity), alone. A Class III
13   field inventory is an intensive survey of an entire target area, aimed at locating and recording all
14   cultural resources (archaeological sites, historic structures, historic and cultural landscapes, and
15   traditional cultural properties) that have surface indications, and it is performed by walking close
16   interval parallel transects until the area has been thoroughly examined. The NHPA requires that
17   these properties or places be considered by federal agencies in the same manner as are other
18   eligible cultural resources through the Section 106 consultation process.
19
20        In order to help identify traditional cultural properties in the study area that could be
21   affected by the proposed alternatives, DOE contracted a cultural anthropologist in 2006
22   (Fritz 2006). He identified three Native American tribes with potential historical and cultural ties
23   to the lease tract area: the Navajo, the Hopi, and the Utes. These tribes retain cultural ties to their
24   traditional homelands that can lie well beyond the boundaries of their current reservations. They
25   include sacred landscapes, often the settings for traditions regarding tribal emergence. They may
26   feel they have a divinely mandated stewardship over these sacred lands. The tribes and their
27   interests are described briefly here.
28
29   •   *Navajo.* Today's Navajo, along with the Apache, coalesced out of
30       Athabaskan-speaking groups that, according to linguistic and archaeological
31       evidence, probably entered the southwest from the north only relatively
32       recently. One possible migration route is an intermountain one through
33       western Colorado and eastern Utah that would include the lease tract area.
34       Although evidence is scarce, it is likely that at least some Athabaskan groups
35       entered the study area prior to the 15th century. It is possible that early Navajo
36       sites may be found in the area. By the 16th and 17th centuries, traditional
37       Navajo lands included the canyon tributaries of the San Juan River, Los Pinos
38       River, and Animas River. There is evidence that places the Navajo in southern
39       Colorado and Utah as early as the late 18th and early 19th centuries. Some
40       Navajo people were in alliance with the Ute and Paiute peoples in Moab and
41       the Lisbon Valley area close to the lease tract area by the mid-19th century
42       (Fritz 2006). In the 20th century, some Navajos became skilled miners and
43       worked underground in the Uravan Mineral Belt mines. Traditional Navajo
44       hogans and sweat lodges have been documented in the area (Twitty 2008).
45

BLM_0041359

- *Hopi.* The Hopi are a Puebloan people whose traditional villages currently lie on three mesas in northern Arizona. However, their current reservation encompasses only a fraction of their traditional sacred and ancestral homeland or *Tutsqua.* Hopi clans have traditional migration narratives that link them to places north and east of their current home. They are linked to an extensive network of ancestral sites often marked by clan rock art that include burial sites, shrines, medicinal gathering places, ancient farming lands, and the habitat for the animals after which the clans are named. They see themselves as descending from the ancestral Puebloan cultures of the Southwest, including those known to archaeologists as the Fremont and Anasazi cultures. The Hopi feel bound to *Tutsqua* by a long history and a powerful spiritual covenant that includes a divine mandate to act as stewards of the land. The lease tracts fall within the northern extent of *Tutsqua* (Fritz 2006)

- *Ute.* As already discussed, the Ute Indians are the Native Americans that most recently dominated western Colorado. The lease tract area lies within the heart of the Ute homeland. Traditionally, Ute populations have been identified living along the Dolores River, the San Miguel River, in Paradox Valley, and on the Uncompahgre Plateau. Traditional Ute creation and migration narratives and ceremonies, such as the Bear Dance, derive from the natural world. Traditionally, the Utes see the landscape as infused with sacredness and as a source of spiritual power. Utes are traditionally hunters and gatherers, following a seasonal round. Ute ceremonial and subsistence patterns incorporate an extensive array of plants, and more than 100 species have been recorded. These indications suggest a high potential for traditional gathering areas within the lease tracts. In spite of their forced removal from their traditional homeland, the Utes have retained a strong bond to these locations (Fritz 2006).

  A recent BLM project brought Utes from Utah and Colorado to areas that included the northern half of the lease tracts to explore their ties to their traditional homeland. They expressed deeply held values on living landscapes and landforms that once were home to their ancestors or figured in their cultural traditions. They were interested in the preservation of Ute trails and wickiuo sites. They expressed the importance of preserving access to locations of traditional importance as well as to traditional plant resources. Ute archaeological sites often include wooden surface features, including wickiups, tree platforms, ramadas, hunting blinds, brush fences, and corals that, in the past, have not always been recognized as having Ute affiliation (Ott et al. 2010).

In 2006, communication was attempted with Native American tribal members who might have knowledge of such traditional cultural properties being important to the tribes in the lease tract area. During the production of the earlier environmental assessment, DOE formally initiated the NHPA consultation process by notifying potentially interested Native American tribes that

BLM_0041360

resided in or had cultural ties to the project area to inform them of DOE's proposed alternatives and to solicit their concerns or comments. A total of 11 representatives from five Native American tribes—the Ute Mountain Ute Tribe (including the White Mesa Ute Tribe), Southern Ute Tribe, Uintah-Ouray Ute Tribe, Navajo Nation, and Hopi Tribe—were contacted by mail, telephone, and email. All representatives were contacted again in July 2006 and given a copy of the Class I inventory. Follow-up phone calls and emails were made through November 2006. Responses were received from four tribes: the Ute Indian tribe of the Uintah and Ouray Reservation, the Ute Mountain Utes, the Hopi, and the Navajo Nation. Both the Utes and the Navajo both requested additional information. The Hopi responded that the area was not a high priority, while the Ute Mountain Utes indicated that the area involved was too small (Fritz 2006). To date, no tribe has made a determination regarding traditional cultural properties on the lease tracts, primarily because future, site-specific development activities and the cultural sites they might affect have not yet been determined. Section 6 presents a discussion of government-to-government consultations being conducted for this PEIS.

## 3.12  VISUAL RESOURCES

For the purpose of this discussion, the lease tracts were divided into four groups:

1. North Group: Lease Tracts 27 and 26;

2. North Central Group: Lease Tracts 25, 24, 23T-3, 23T-2, 23T-1, 22, 22A, 21, 20, 19, 19A, and 18;

3. South Central Group: Lease Tracts 17T-2, 17T-1, 9, 8, 8A, 7, 6, 5, 5AT-3, and 5AT-2; and

4. South Group: Lease Tracts 16, 16A, 15, 15A, 14T-2, 14T-1, 13, 13A, 12, 11, 11A, and 10.

The North Group is located within Mesa County, east of the Dolores River. The North Central Group and South Central Group are located within Montrose County; however, portions of Lease Tract 17 straddle the borders of Montrose and San Miguel Counties. The South Group is located entirely within San Miguel County adjacent to the Utah–Colorado border (Figure 3.12-1). These groups, as well as portions of these groups, are analyzed for impacts resulting from activities associated with Alternatives 1 through 5.

### 3.12.1  Regional Setting

The lease tracts are located in Mesa, Montrose, and San Miguel Counties in southwestern Colorado; together they cover approximately 25,000 acres (10,000 ha). This region within Colorado historically has been utilized for mining activities, including the exploration and development of coal, oil and gas, sand and gravel, radium, uranium, and vanadium.

BLM_0041361



FIGURE 3.12-1  Locations of the Four Lease Tract Groups: North, North Central, South Central, and South

BLM_0041362

1    The lease tract areas are located within four different ecoregions within the EPA's
2    Colorado Level IV areas (Chapman et al. 2006). These regions consist of the Semi-arid
3    Benchlands and Canyonlands, the Monticello–Cortez Uplands, the Shale Deserts and
4    Sedimentary Basins, and the Sedimentary Mid-elevation Forests. These ecoregions generally are
5    characterized as semi-arid climates with mean annual temperatures of 6°F minimum and
6    40°F maximum in January and 48°F minimum and 92°F maximum in July; precipitation ranging
7    from 8 to 32 in. (20 to 81 cm) per year; and 60 to 150 frost-free days per year
8    (Chapman et al. 2006).
9
10   Natural vegetation within these ecoregions varies from grasses and shrubs to woodlands
11   of pinyon-juniper and Gambel oak. The land forms are characterized by a range of features,
12   including high mountain peaks, rolling plains, basins, valleys, and rock outcrops
13   (Chapman et al. 2006), creating a highly variable landscape with numerous colors, textures,
14   forms, and lines. Detailed ecoregion descriptions are available in Appendix D.
15
16   The region in which the lease tracts are located is generally used for agricultural or
17   industrial purposes (e.g., mining and oil and gas exploration/production). Where cropland is
18   available, major crops include winter wheats, small grains, pinto and Anasazi beans, and forage
19   crops, with small areas of the region providing apples, peaches, pears, and apricots. The largest
20   towns within the surrounding areas are Grand Junction (population estimated at 598,566 [2010])
21   and Montrose (population estimated at 19,132 [2010]); a number of smaller towns have fewer
22   than 1,000 inhabitants (U.S. Bureau of the Census 2010).
23
24   The three counties are characterized by diverse landscapes consisting of valleys, mesas,
25   and plateaus. Within Mesa County, approximately 76% of the land is publicly owned and
26   controlled; however, this area also serves as a center for banking, health care services, and retail
27   trade (Mesa County 2000). It is the largest of the three counties in terms of its overall population
28   and land area (U.S. Bureau of the Census 2010). Portions of Mesa County include the Dolores
29   River and several areas designated by federal and state agencies for their unique and/or specific
30   environmental or recreational qualities (e.g., for their wilderness areas, wilderness study areas, or
31   scenic qualities).
32
33   Montrose County is bisected by the Uncompahgre Plateau. In this county, the area west
34   of the plateau is known traditionally as the West End Planning Area; it contains the towns of
35   Nucla and Naturita as well as several unincorporated communities. In this area, mining has been
36   a longstanding industry, and similar to land in Mesa County, much of the land in this area is
37   publicly administered. The West End has numerous natural resources, including the Dolores
38   River, which cuts across Paradox Valley (Montrose County 2010a). Portions of this county also
39   are designated for their unique and/or specific environmental/recreational qualities
40   (e.g., Tabeguache Wilderness, Dolores River Canyon Wilderness Study Area)
41
42   Portions of the lease tracts within San Miguel County are located in the county's West
43   End, as it also is known locally. In San Miguel County, this area includes locations within the
44   Dry Creek Basin, Disappointment Valley, Slick Rock, and Egnar. This area is noted for its
45   wildlife, historical and archaeological sites, natural resources, and landmarks. One of the main

BLM_0041363

1   goals of the county comprehensive land management plan is to develop the county's natural
2   resources in a way that would maintain the high overall quality of life enjoyed by its citizens. As
3   part of this goal, the county intends to preserve the natural beauty of the San Miguel West End
4   (San Miguel County 2008). Similar to both areas in Mesa and Montrose Counties, areas
5   designated for their unique and/or environmental/recreational qualities also are located within the
6   western portion of the county.
7
8        As previously noted, vegetation within the region consists of a mixture of trees and
9   shrubs. As observed during an October 2011 site visit, vegetation colors included yellows,
10  greens, and browns, with variable textures and heights sufficient to add some visual interest.
11  Varying levels of intermediate and full growth were indicated within the lease tracts, as well.
12  Depending on the season, some or all of the vegetation may be snow-covered or subject to color
13  changes, which could affect the visual qualities of the area. In addition, ongoing reclamation
14  efforts also could alter the existing vegetation.
15
16       Many of the lease tracts are located along the tops and side slopes of broad mesa tops and
17  benches, as well as within Dolores Canyon and Paradox Valley. During the October 2011 site
18  visit, ephemeral streams also were noted, including some located within Paradox Valley. In some
19  locations, such water sources have created deep incisions into the valley floors. The Dolores
20  River is a major feature in this area, as well; it is visible from elevated locations and within the
21  canyon itself.
22
23       Numerous unpaved, dirt and gravel roads cross the areas containing the lease tracts.
24  Many of these roads lead to the individual tracts, providing an interconnected system of state and
25  local roadways. In addition to the roads, other evidence of past mining activities in the region is
26  present, including structures such as ore bins, head frames, gates, and water towers. Similar types
27  of structures likely would be utilized if mining activities were to continue. Views of the lease
28  tracts and surrounding areas, including existing cultural modifications, are shown in
29  Figures 3.12-2 through 3.12-8.
30
31
32  **3.12.2  Lease Tract Areas**
33
34       As indicated, the area of all the lease tracts taken together totals approximately
35  25,000 acres (10,000 ha). The largest lease tract is Lease Tract 26, at 3,989 acres (1,600 ha). It is
36  located approximately 33 mi (53 km) southwest of Grand Junction, Colorado, in Mesa County.
37  The smallest lease tract is Lease Tract 5A 25 acres (10 ha). It is located in Montrose County,
38  approximately 8 mi (13 km) west of Naturita, Colorado. The individual acreage of each lease
39  tract area was provided in Table 1.2-1.
40
41       A viewshed analysis was conducted for each of the four groups of lease tracts. The
42  analyses included lands within 25-mi (40 km) of the lease tract borders. The analyses were
43  conducted by assuming a target height of 30 ft (9 m) and a viewer height of 5 ft (1.5 m)
44  (see Figure 3.12-9).
45

BLM_0041364

**FIGURE 3.12-2  View from the Western Edge of Lease Tract 26 Facing South (the La Sal Mountains are in the background)**

*Preliminary Draft PEIS*
*PEIS Team Use Only*

*PEIS Privileged Information*
*Do Not Distribute*

*May 2012*

*3-194*

1
2
3
4



FIGURE 3.12-3  View from Mesa Top near Lease Tract 20 (showing Highway 141 and the Dolores River in the foreground and middle ground areas)

Preliminary Draft PEIS
PEIS Team Use Only

PEIS Privileged Information
Do Not Distribute

May 2012

BLM_0041366

BLM_0041367



**FIGURE 3.12-4  View of Lease Tract 16A (showing the rubble pile from the previous open pit mining activities)**

1
2



1

2    **FIGURE 3.12-5  View of Lease Tract 11 at Cotter Mine (remnants of previous activities are indicated by the presence of the**
3    **water tower)**

BLM_0041368



1

2    **FIGURE 3.12-6  View of the New Verde Mine Reclamation Site (remnants of mining structures and an ore bin are**
3    **present)**

BLM_0041369

Preliminary Draft PEIS
PEIS Team Use Only

PEIS Privileged Information
Do Not Distribute

May 2012

3-199



FIGURE 3.12-7 View of Lease Tract 19 (a head frame structure is located above the closed shaft of the Golden Cycle underground mine)

BLM_0041370

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                  *Do Not Distribute*



1
2   **FIGURE 3.12-8  View of Entrance to Underground**
3   **Mine at Lease Tract 18 (the Cotter Mine entrance has**
4   **a gate that is covered with fabric to prevent**
5   **unauthorized entrance)**
6
7
8      In addition to the overall viewshed, sensitive visual resource areas (SVRAs) were noted
9   in each of these analyses. These areas included the following:
10
11      •   National Parks, National Monuments, National Recreation Areas, National
12          Preserves, National Wildlife Refuges, National Reserves, National
13          Conservation Areas, and National Historic Sites;
14
15      •   Congressionally authorized Wilderness Areas;
16
17      •   Wilderness Study Areas;
18
19      •   National Wild and Scenic Rivers and Congressionally authorized Wild and
20          Scenic Study Rivers;
21
22      •   National Scenic Trails and National Historic Trails;
23

BLM_0041371

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                 *Do Not Distribute*



1

2    **FIGURE 3.12-9  Composite Viewshed of Four Lease Tract Groups**

3

BLM_0041372

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

- National Historic Landmarks and National Natural Landmarks;

- All-American Roads, National Scenic Byways, State Scenic Highways, and BLM- and USFS-designated Scenic Highways and Byways;

- BLM-designated Special Recreation Management Areas; and

- Areas of Critical Environmental Concern.

Figure 3.12-10 shows the composite viewshed with SVRAs overlaid.

### 3.12.2.1  North Group

The north group of lease tracts is located within the Uncompahgre Plateau, in Maverick Canyon, along the Calamity and Outlaw Mesas. Elevation within this grouping varies between 5,700 and 7,000 ft (1,700 and 2,100 m). Calamity Creek, Indian Creek, and Cow Creek run through the lease tracts in this grouping. The town of Gateway is located approximately 5.5 mi (8.8 km) northwest of the lease tracts. Off-site views from the northern lease tracts include the Uncompahgre Plateau to the northeast-east, the Dolores River to the west, and the La Sal Mountains to the south-southwest (see Figure 3.12-9). Views to the south also include a mountainous area consisting of mesa tops and canyons cut by tributaries of the Dolores River.

A preliminary viewshed analysis was conducted to identify which lands surrounding the North Group would potentially have views of the activities and infrastructure within the lease tracts. The methodology for this reverse viewshed analysis is provided in Appendix E; this analysis considered federal, state, and BLM-designated sensitive visual resources. Table 3.12-1 provides a list of SVRAs that would have potential views of the North Group. As shown, the lease tracts within the North Group would be visible from nearly 38% (7,519 acres or 3,000 ha) of the Sewemup WSA, while the North Group would be visible from less than 1% (2 acres or 0.8 ha) of the Tabequache WA. Figure 3.12-9 illustrates the location of these areas within the 25-mi (40-km) viewshed of the North Group.

### 3.12.2.2  North Central Group and South Central Group

The center two groupings of lease tracts are bisected by Paradox Valley. The Elevation within these groups varies between 5,000 and 7,200 ft (1,500 and 2,200 m). Portions of these two groupings are located along the Atkinson Mesa, Club Mesa, and Monogram Mesa. Atkinson Creek, a tributary of the Dolores River, crosses through Lease Tract 18.

Highway 141 also runs within the grouping, passing between Lease Tracts 24 and 19, 19A, 20, and 18; this roadway follows the Dolores River and San Miguel River. Hanging Flume, a site on the NRHP, is also located within Lease Tract 19 along this highway. Highway 141 in this area is also known as the Unaweep/Tabeguache Scenic and Historic Byway.

BLM_0041373

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                *Do Not Distribute*



1

2  **FIGURE 3.12-10  Composite Viewshed with Overlay of Sensitive Visual Resource Areas**

3

BLM_0041374

1  **TABLE 3.12-1  Sensitive Visual Resource Areas with Potential Views of the**
2  **North Group**

| SVRA | Total Acreage | Acreage Visible within 5 mi | Acreage Visible within 15 mi | Acreage Visible within 25 mi |
|---|---|---|---|---|
| The Palisade ONA ACEC[a] | 23,645 | 0 | 555 | 555 |
| Unaweep/Tabeguache Scenic and Historic Byway | 41,348 | 4 | 67 | 67 |
| Dolores River SRMA | 65,278 | 0 | 0 | 124 |
| Tabequache WA | 8,187 | 0 | 0 | 2 |
| Dolores River Canyon WSA | 29,169 | 0 | 0 | 122 |
| Sewemup WSA | 19,627 | 639 | 7,519 | 7,519 |
| The Palisade WSA | 26,654 | 0 | 387 | 387 |

[a]  The Palisade (ONA) ACEC was designated in part for its high scenic values; and therefore,
it is being considered in this analysis.

3
4
5      Views from the North Central Group include mountainous areas consisting of mesa tops
6  and canyons in all directions, among which is the Paradox Valley to the southwest-south of the
7  lease tracts. The Manti La Sal National Forest is also visible from these lease tracts, especially
8  those lease tracts located closest to the Colorado-Utah border. The town of Uravan is located
9  within the grouping, between Lease Tracts 18 and 25. The lease tracts likely would not be visible
10  from the valley due to the surrounding topography.
11
12      A viewshed analysis was conducted to illustrate areas within the SVRAs that would have
13  views of the lease tracts in the North Central Group. Table 3.12-2 provides a list of these
14  locations. The North Central Group would be visible from 4,802 acres (1,900 ha), or 58.6%, of
15  the Tabequache WA. In addition, four SVRAs would not only have views of the North Central
16  Group but would also have views of the lease tracts within the North Group; they are the Dolores
17  River SRMA, the Tabequache WA, the Dolores River Canyon WSA, and the Sewemup WSA.
18
19      Areas within the South Central Group have views down to the Paradox Valley, the
20  Dolores River SRMA, and the Mt. Pearle Ecological Research Natural Area (ERNA). Portions
21  of the North Central Group are also within view of elevated locations in the South Central
22  Group, and there is intervisibility between the individual lease tracts within the South Central
23  Group.
24
25
26

BLM_0041375

1   **TABLE 3.12-2  Sensitive Visual Resource Areas with Potential Views of the North**
2   **Central Group**

| SVRA | Total Acreages | Acreage Visible within 5 mi | Acreage Visible within 15 mi | Acreage Visible within 25 mi |
|---|---|---|---|---|
| San Miguel ACEC[a] | 24,204 | 0 | 0 | 51 |
| Unaweep/Tabeguache Scenic and Historic Byway | 41,348 | 4,067 | 6,097 | 8,820 |
| Dolores River SRMA | 65,278 | 0 | 879 | 879 |
| Tabeguache WA | 8,187 | 0 | 4,802 | 4,802 |
| Dolores River Canyon WSA | 29,169 | 0 | 860 | 860 |
| Sewemup WSA | 19,627 | 309 | 6,947 | 6,947 |

[a]   The San Miguel ACEC was designated in part for its high scenic values; therefore, it is being considered in this analysis.

5   A preliminary viewshed analysis was conducted to identify which lands surrounding the
6   South Central Group would have views of the lease tracts. As previously noted, this analysis
7   considers federal, state, and BLM-designated sensitive visual resources. Table 3.12-3 provides a
8   list of SVRAs that have potential views of the lease tracts in the South Central Group. As shown,
9   all of the areas listed have views of both the South Central Group and the North Central Group.
10  One additional area, the McKenna Peak WSA, has potential views of the South Central Group.
11  The South Central Group is visible from approximately 715 acres (290 ha), or 3.5%, of this
12  WSA.

14  The SVRAs within the 25-mi (40-km) viewshed of the North Central and South Central
15  Groups are depicted in Figure 3.12-9.

18  **3.12.2.3  South Group**

20  The South Group of lease tracts lies to the west-southwest of Disappointment Valley, Big
21  Gypsum Valley, and Dry Creek Basin near Slick Rock. This grouping is close to the Utah-
22  Colorado border; for instance, Lease Tract 11A is within a mile of the border. Elevation within
23  this part of the region generally varies between approximately 5,400 and 8,000 ft (1,650 and
24  2,400 m). The Dolores River, Disappointment Creek, and Bell Creek all cross various lease tracts
25  within this grouping. Portions of the Dolores Creek SRMA are within these lease tracts as well.
26  Highway 141 also crosses through the South Group within Lease Tract 13 and along the border
27  of Lease Tracts 16 and 16A.

BLM_0041376

1    **TABLE 3.12.2-3  Sensitive Visual Resource Areas with Potential Visibility of the**
2    **South Central Group**

| SRVA | Total Acreages | Acreage Visible within 5 mi[a] | Acreage Visible within 15 mi[a] | Acreage Visible within 25 mi[a] |
|---|---|---|---|---|
| San Miguel ACEC[a] | 24,204 | 0 | 0 | 21 |
| Unaweep/Tabeguache Scenic and Historic Byway | 41,348 | 0 | 1,053 | 3,789 |
| Dolores River SRMA | 65,278 | 3,239 | 8,394 | 8,937 |
| Tabequache WA | 8,187 | 0 | 3,660 | 3,744 |
| Dolores River Canyon WSA | 29,169 | 3,196 | 6,485 | 6,485 |
| McKenna Peak WSA | 19,927 | 0 | 0 | 715 |
| Sewemup WSA | 19,627 | 0 | 0 | 1,580 |

[a]   The San Miguel ACEC was designated in part for its high scenic values; therefore, it is being considered in this analysis.

3
4
5        Off-site views from the southern lease tracts include the Dolores River and the Dolores
6    River SRMA. Views to the north also include the South Central lease tracts; to the northwest,
7    Mt. Peale ERNA is also visible from this group. In addition, views to the south include the
8    Canyon of the Ancients National Monument; views to the southeast include McKenna Peak
9    WSA and areas within the San Juan National Forest. There is intervisibility among the individual
10   lease tracts within the group as well.
11
12       Similar to the analyses for other three groups, a preliminary viewshed analysis was
13   conducted to determine which lands would have potential views of the lease tracts within the
14   South Group. Table 3.12-4 provides a list of these SVRAs. The South Group is visible from
15   seven of the SVRAs. Of these seven SVRAs, three also have potential views of locations in
16   another lease tract group; they are the Dolores River SRMA, the Dolores River Canyon WSA,
17   and the McKenna Peak WSA. Figure 3.12-9 shows the location of these areas within the South
18   Group lease tracts.
19
20
21   **3.12.3  Visual Resource Management**
22
23       The lease tracts are located within three BLM field offices: the Dolores, Grand Junction,
24   and Uncompahgre Field Offices. In 2009, the Uncompahgre and Grand Junction Field Offices
25   conducted visual resource inventories (VRIs). These inventories included an evaluation of lands

BLM_0041377

Preliminary Draft PEIS *PEIS Privileged Information* May 2012
PEIS Team Use Only *Do Not Distribute*

1    **TABLE 3.12-4  Sensitive Visual Resource Areas with Potential Views of the South**
2    **Group**

| SRVA | Total Acreages | Acreage Visible within 5 mi | Acreage Visible within 15 mi[a] | Acreage Visible within 25 mi[a] |
|---|---|---|---|---|
| Canyons of the Ancients National Monument | 181,629 | 0 | 0 | 1,111 |
| Dolores River SRMA | 65,278 | 7,098 | 8,283 | 8,391 |
| Cahone Canyon WSA | 9,154 | 0 | 0 | 794 |
| Dolores River Canyon WSA | 29,169 | 0 | 1,100 | 1,205 |
| McKenna Peak WSA | 19,927 | 0 | 246 | 5,421 |
| Squaw/Papoose Canyon WSA | 5,017 | 0 | 0 | 46 |
| Trail of the Ancients | 46,181 | 0 | 0 | 1,748 |

3
4
5    contained within some of the lease tracts in the North, North Central, and South Central Groups
6    (Otak 2009).[13]
7
8         A BLM VRI evaluates BLM-administered lands in terms of their scenic quality,
9    sensitivity level (in terms of public concern for preservation of scenic values in the evaluated
10   lands), and distance from travel routes or key observation points (KOPs). On the basis of these
11   three factors, BLM-administered lands are placed into one of four VRI classes, which represent
12   the relative value of the visual resources. Class I and II are the most valued; Class III represents a
13   moderate value; and Class IV represents the least value. Class I is reserved for specially
14   designated areas, such as national wildernesses and other Congressionally and administratively
15   designated areas for which decisions have been made to preserve a natural landscape. Class II is
16   the highest rating for lands without special designation. More information about the VRI
17   methodology is available in *Visual Resource Inventory, BLM Manual Handbook 8410-1*
18   (BLM 1986a).
19
20        Within the Grand Junction Field Office, Lease Tracts 26 and 27 (i.e., the North Group)
21   contain lands assigned a value of VRI Class IV, indicating relative low visual values.
22
23        Within the Uncompahgre Field Office, Lease Tracts 5, 5A, 6, 8, 9, 21, 22, 22A, 23, 24,
24   and 25 (i.e., portions of the North Central and South Central Groups) contain lands assigned a
25   value of VRI Class III, indicating relative moderate visual values. These lease tracts are located
26   in areas defined by their exposed rock faces and mixtures of sage, pinyon-juniper, and ponderosa

---

[13] Data were not available for the Dolores Field Office as of April 2012.

BLM_0041378

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                    *Do Not Distribute*

1  vegetation, as well as by their steep elevation grade from the Paradox Valley and existing mining
2  activities (Otak, Inc. 2009).
3
4      Lease Tract 7 (i.e., a lease tract within the South Central Group) primarily contains areas
5  that are assigned to VRI Class III; however, a small portion in the northwest corner is located
6  within an area assigned a value of VRI Class II. The areas contained by this lease tract are
7  defined by an enclosed valley that is surrounded by prominent cliff faces, as well as the presence
8  of the Dolores River and West Paradox Creek.
9
10      Lease Tracts 18, 19, 19A, and 20 (i.e., portions of the North Central Group) primarily
11  include lands that are assigned a value of VRI Class III, although portions of the lease tracts
12  contain areas indicated as VRI Class II. These lease tracts include areas defined by open, rolling
13  landscapes with low hills and gentle drainages, as well as lands characterized by dominant
14  vegetation and a long canyon. The VRI for the areas contained by these lease tracts suggests that
15  former uranium mines and milling are present where reclamation has "significantly reduced
16  visual evidence of human impact" (Otak, Inc. 2009).
17
19      A viewshed analysis was conducted for each of the four groups of lease tracts. The
20  viewshed analyses included lands within 25 mi (40 km) of the lease tract borders.
21
22      Once VRI classes are established, the information obtained can be used, along with
23  considerations for other land uses, to determine the visual resource management (VRM)
24  objectives for the field office. The VRM system provides guidance for future decisions that
25  allow for protection of visual resources (BLM 2010b). The VRM classes are prescribed within
26  the resource management plans (RMPs) for the individual field offices and district offices.
27
28      The Grand Junction RMP includes the North Group lease tracts. The Grand Junction
29  RMP is currently being updated, and the new RMP is anticipated for the spring of 2014
30  (BLM 2011d).
31
32      A majority of the lease tracts within the North Central and South Central Groups are
33  located within lands managed by the Uncompahgre Field Office, while portions of Lease
34  Tracts 9 and 17 are within lands managed by the Dolores Field Office. The South Group lease
35  tracts also are located on lands managed by the Dolores Field Office.
36
37      The Uncompahgre and Dolores Field Offices are participating in ongoing revisions of
38  their 1988 and 1985 land use plans, respectively (BLM 1985, 1988).
39
40      For the Uncompahgre Field Office, the RMP update process began in the winter of 2009–
41  2010. The final RMP is anticipated for completion in the spring of 2013 (BLM 2010a).
42  According to the RMP Planning Fact Sheet on VRM for this field office, VRM classes that were
43  prescribed in the 1985 and 1989 RMPs "are now insufficient to be used as a management tool
44  because of data inconsistencies and the outdated nature of the class designations" (BLM 2010b).
45  As part of the RMP revision process, all land within the planning area was reevaluated and
46  assigned to a VRI class (BLM 2010b).

BLM_0041379

*Preliminary Draft PEIS*          *PEIS Privileged Information*                    *May 2012*
*PEIS Team Use Only*                    *Do Not Distribute*

The Dolores Field Office is involved in the revision of its RMP as part of the San Juan Public Lands RMP revision; that RMP covers the field offices of Dolores, Columbine, and Pagosa (BLM 2007b). The draft environmental impact statement (EIS) for that RMP was prepared in 2007, with a supplement prepared in August 2011. The VRM classes have not yet been established; four alternatives for these classes are presented in the draft EIS (BLM 2007a).

More information about the BLM VRM program is available in *Visual Resource Management*, BLM Manual Handbook 8400 (BLM 1984).

## 3.13  WASTE MANAGEMENT

Waste rock is generated as the ore is segregated from the host and/or cover rock during underground or surface open-pit mining. Mines in the area where the DOE ULP lease tracts are located are expected to generate 2 to 3.5 tons of waste rock per ton of ore (EFRC 2008). Once the waste rock has been generated, it is placed or piled up in a designated area on the mine site that is commonly referred to as the waste-rock area. The optimal locations for waste-rock areas are outside drainages and in flat areas where water runoff can be controlled.  This approach also facilitates subsequent reclamation activities. Typically, some percentage of the waste rock generated is placed back into mine openings; however, about 70% usually remains on the surface, and it is eventually graded to a slope that is consistent with the surrounding area, covered with top material (e.g., displaced material or soil from the mine site), and seeded.

In addition to the waste rock, other waste material is generated while mining activities are conducted. such wastes include

1.  Waste (primarily solids) from the treatment of water containing uranium and other metals in concentrations exceeding those specified in the surface water discharge standards. The treated water is then discharged in a manner consistent with discharge permits, and the solid residue is accumulated, dried out, and packaged for off-site disposal (e.g., to a mill or licensed low-level radioactive waste facility).

2.  Used oil, antifreeze, and solvents from maintenance activities. These wastes are given secondary containment while they are stored on site in accordance with federal and state regulations. Then they are transported to a permitted facility for recycling or for disposal.

3.  Other solid waste materials generated (including concrete from ore pads and foundations, drill steel, mine timbers, and vent bags. Materials exceeding standards are either placed back into mine workings or taken to a mill for uranium recovery. Inert materials, such as the foundation and concrete, are broken up and buried on the site. These wastes can also be taken to a recycling or a permitted landfill (e.g., landfills located in nearby Nucla or Naturita, Colorado).  Pond sediments and associated soils containing contaminants

BLM_0041380

1　　　　inherent in the ore are managed as radioactive material. Pollutants,
2　　　contaminants, wastes, or contaminated media that are not inherent to site
3　　　geology are be removed from the site and managed as waste under state or
4　　　federal regulations.
5
6　　　　With regard to sanitary waste, small mines are typically equipped with portable facilities,
7　and these are removed from the site and disposed of. Leach fields with septic tanks are typically
8　found in larger mine operations so that gray water or sanitary wastewater can be released to a
9　subsurface drain field.  The solids from the septic tanks are pumped out or removed for off-site
10　disposal (e.g., at a landfill).
11

BLM_0041381

# 4 ENVIRONMENTAL IMPACTS

DOE is evaluating potential impacts from the five alternatives discussed in Chapter 2 for the management of the ULP. The affected environments in the region of influence (ROI) for each of the 13 resource areas are discussed in Chapter 3. Other assumptions or bases for the impact evaluation for each of the five alternatives are discussed in Chapter 2 (Sections 2.2.1.1, 2.2.2.1, 2.2.3.1, 2.2.4.1, and 2.2.5.1), with additional details presented in Appendix C. The methodology used to evaluate the potential impacts is summarized in Appendix D for each of the resource areas evaluated. To minimize redundancy in the text presented, information that applies to all five alternatives is presented in the text for the first alternative where it is applicable and not repeated in subsequent sections for the remaining alternatives.

## 4.1 ALTERNATIVE 1

The only mining phase to be implemented as part of Alternative 1 would be reclamation. Under this alternative, existing disturbed areas at 10 lease tracts (5, 6, 7, 8, 9, 11, 13, 15, 18, and 26) totaling about 257 acres (100 ha) would be reclaimed. It is expected that the reclamation would be completed within 1 year of field work, followed by an observation period of about 2 years to gauge revegetation performance and obtain state approval.

> Alternative 1: DOE would terminate all leases, and all operations would be reclaimed by lessees. DOE would continue its management of the withdrawn lands, without leasing, in accordance with applicable requirements.

Reclamation activities would involve (1) removing most, if not all, of the surface-plant area improvements (e.g., equipment, buildings, utilities); (2) removing from the site all wastes, contaminated media, and contaminated structures that were not inherent to the site geology and managing them as waste under state or federal regulations; (3) placing in the mine any residual ores and other radioactive materials inherent to the site; (4) closing open shafts, adits, and inclines; (5) implementing erosion-control measures; (6) grading the waste-rock pile to be consistent with surrounding slopes; (7) replacing surface soils; and (8) revegetating.

### 4.1.1 Air Quality

Under Alternative 1, during reclamation, primary emission sources would include engine exhaust from heavy equipment and trucks, fugitive dust from earth-moving activities, and exposed ground or stockpiles being eroded by the wind. Engine exhaust emissions from heavy equipment and trucks would include criteria pollutants such as carbon monoxide (CO), nitrogen oxides ($NO_x$), particulate matter ($PM_{2.5}$ and $PM_{10}$), and sulfur dioxide ($SO_2$); volatile organic compounds (VOCs); and greenhouse gases (GHGs) (e.g., the primary GHG, carbon dioxide [($CO_2$)]. Soil disturbances and wind erosion would generate mostly PM emissions. Typically, the

BLM_0041382

1 amount of fugitive dust emissions is larger than the amount of engine exhaust emissions during
2 the reclamation phase.
3
4           Emissions during the reclamation year were estimated as shown in Table 4.1-1
5 (see Appendix C for details). $PM_{10}$ emission estimates of 138 tons/yr are highest, accounting for
6 about 0.9% of emission totals for the three counties (Mesa, Montrose, and San Miguel)
7 encompassing the DOE ULP lease tracts. Among non-PM emissions, $NO_x$ emissions from diesel
8 combustion of heavy equipment and trucks are highest, up to 0.07% of three-county total
9 emissions. Good industry practices and fugitive dust mitigation measures would be implemented
10 to ensure compliance with environmental requirements. Thus, it is anticipated that potential
11 impacts on ambient air quality associated with reclamation activities under Alternative 1 would
12 be minor and temporary in nature. These low-level emissions are not anticipated to cause
13 measureable impacts on regional ozone ($O_3$) or air-quality-related values (AQRVs), such as
14 visibility or acid deposition, at nearby Class I areas, as discussed in detail in Section 4.3.1. In
15 addition, $CO_2$ emissions during reclamation are estimated to be about 0.001% of Colorado GHG
16 emissions in 2010 at 129.3 million metric tons of $CO_2$ equivalent ($CO_2e$) and 0.00001% of
17 U.S. GHG emissions in 2009 at 6,633.2 million metric tons $CO_2e$ (EPA 2011a;
18 Strait et al. 2007). Thus, under Alternative 1, potential impacts from reclamation activities on
19 climate change would be negligible.
20
21
22 **4.1.2 Acoustic Environment**
23
24           Reclamation activities would be similar to conventional construction activities in terms of
25 procedures and equipment; however, activities would generally proceed in reverse order from
26 operations and would also proceed more quickly; thus, the associated impacts would last for a
27 shorter time and on a more limited scale. Potential noise impacts on nearby residences or
28 communities would be correspondingly less than those from operational activities. During
29 reclamation, heavy construction equipment that would be used would include a backhoe,
30 bulldozers, a grader, loaders, a track hoe, trucks, and a scraper.
31
32           Heavy equipment used during reclamation is similar to that used during mine
33 development and operations, so it is conservatively assumed that noise levels during reclamation
34 would be the same as they were during the mine development and operations phase. A composite
35 noise level of 95 dBA at a distance of 50 ft (15 m) is assumed, as discussed in detail in
36 Section 4.3.2. When only geometric spreading and ground effects are considered
37 (Hanson et al. 2006), noise levels would attenuate to about 55 dBA at a distance of 1,650 ft
38 (500 m) from the reclamation site, which is the Colorado daytime maximum permissible limit of
39 55 dBA in a residential zone.[1] If a 10-hour daytime work schedule is considered, the EPA
40 guideline level of 55 dBA $L_{dn}$ for residential areas (EPA 1974) would occur about 1,200 ft
41 (360 m) from the site. In addition, other attenuation mechanisms, such as air absorption,

---

[1]   DOE ULP activities might be subject to the much higher levels that pertain to light industrial or industrial zones,
     as in Colorado Revised Statutes, Title 25, "Health," Article 12, "Noise Abatement," Section 103, "Maximum
     Permissible Noise Levels."

BLM_0041383

1  
2

**TABLE 4.1-1  Peak-Year Air Emissions from Reclamation Activities under Alternative 1[a]**

| Pollutant[b] | Three-County Total[c] | Reclamation | |
|---|---|---|---|
| | | Annual Emissions (tons/yr) | |
| CO | 65,769 | 4.6 | (0.01%)[d] |
| $NO_x$ | 13,806 | 10.0 | (0.07%) |
| VOCs | 74,113 | 1.0 | (0.001%) |
| $PM_{2.5}$ | 5,524 | 28.1 | (0.51%) |
| $PM_{10}$ | 15,377 | 138 | (0.90%) |
| $SO_2$ | 4,246 | 1.3 | (0.03%) |
| $CO_2$ | 129.3[e] | 902 | (0.001%) |
| | 6,633.2[f] | | (0.00001%) |

[a]  Under Alternative 1, it is assumed that 10 lease tracts (5–9,11,13,15,18, and 26) with a total area of 257 acres would be reclaimed within a year.

[b]  Notation: CO = carbon monoxide; $CO_2$ = carbon dioxide; $NO_x$ = nitrogen oxides; $PM_{2.5}$ = particulate matter with a mean aerodynamic diameter of $\leq 2.5$ µm; $PM_{10}$ = particulate matter with a mean aerodynamic diameter of $\leq 10$ µm; $SO_2$ = sulfur dioxide; and VOCs = volatile organic compounds.

[c]  Total emissions in 2008 for all three counties encompassing the DOE ULP lease tracts (Mesa, Montrose, and San Miguel Counties), except for $CO_2$ (see footnotes e and f). See Table 3.1-2.

[d]  Numbers in parentheses are percentages of three-county total emissions except for $CO_2$, which are percentages of total Colorado emissions (top line) and total U.S. emissions (bottom line).

[e]  Annual emissions in 2010 for Colorado in million metric tons of $CO_2$ equivalent.

[f]  Annual emissions in 2009 for U.S. in million metric tons of $CO_2$ equivalent.

Source: CDPHE (2011a); EPA (2011a); Strait et al. (2007)

3  
4  
5

BLM_0041384

1    screening effects (e.g., natural barriers by terrain features), and skyward reflection due to
2    temperature lapse conditions typical of daytime hours would reduce noise levels further. Most
3    residences are located beyond these distances; however, if reclamation activities occurred near
4    the boundary of Lease Tract 13, noise levels at nearby residences could exceed the Colorado
5    limit.
6
7        It is assumed that most reclamation activities would occur during the day, when noise is
8    better tolerated, because the masking effects from background noise are better then than at night.
9    In addition, reclamation activities at the lease tracts would be temporary in nature (typically a
10   few weeks to months depending on the size of the area to be reclaimed). Accordingly,
11   reclamation within the lease tracts would cause some unavoidable but localized short-term and
12   minor noise impacts on neighboring residences or communities. The same mitigation measures
13   adopted during the mine development and operations phase could also be implemented during
14   reclamation under Alternative 1.
15
16
17   **4.1.3 Soil Resources**
18
19        Section 4.1.3.1 provides an overview of various potential impacts on soil in and around
20   the lease tract due to ground disturbance from mining activities at the DOE ULP lease tracts.
21   Section 4.1.3.2 discusses the potential impacts on soil resoures under Alternative 1.
22
23
24    **4.1.3.1 Potential Soil Impacts Common to All Alternatives**
25
26        Table 4.1-2 provides a summary of the types of potential soil impacts common to all
27   alternatives (in varying degrees) and the mining activities that could cause them. These impacts
28   include soil compaction, soil horizon mixing, loss of soil organic matter, soil erosion and
29   deposition by wind, soil erosion by water and surface runoff, and sedimentation, as described
30   below. The implementation of mitigation measures and best management practices to preserve
31   the health and functioning of soils within the lease tracts would reduce the likelihood of soil
32   impacts becoming impacting factors on other resources, such as vegetation, air, water, and
33   wildlife, and it would also contribute to the success of future reclamation efforts. Such measures
34   and practices are detailed in Section 4.6.
35
36
37    **4.1.3.1.1 Soil Compaction.** Soil compaction is a form of soil damage that occurs when
38   soil particles are compressed, increasing their density by reducing the pore spaces between them
39   (USDA 2004). It is both (1) an intentional engineering practice that uses mechanical methods to
40   increase the load-bearing capacity of soils underlying roads and site structures and (2) an
41   unintentional consequence of activities occurring in all phases of mining. Unintentional soil
42   compaction is usually caused by vehicular (wheel) traffic on unpaved surfaces but can also result
43   from animal and human foot traffic. Soils are more susceptible to compaction when they are
44   moist or wet. Other soil factors, such as low organic content and poor aggregate stability, also
45   increase the likelihood that compaction will occur. Soil compaction can directly affect vegetation

BLM_0041385

1    **TABLE 4.1-2  Potential Impacts of Mining Activities on Soil Resources**

| Soil Impact | Impacting Mining Activities | Resources Potentially Affected by Soil Impact |
|---|---|---|
| Soil compaction | • Vegetation clearing<br>• Grading soil surface<br>• Excavation and backfilling<br>• Construction of infrastructure (roads and pads, buildings, storage areas, and utilities)<br>• Stockpiling waste rock and ore<br>• Heavy truck and equipment traffic (especially on unpaved roads and surfaces)<br>• Increased foot traffic | • Vegetation (diminished productivity)<br>• Water resources (changes in natural flow systems due to increased surface runoff; degradation of surface water quality) |
| Soil horizon mixing | • Vegetation clearing<br>• Grading soil surface<br>• Excavation and backfilling<br>• Stockpiling waste rock and ore | • Vegetation (diminished productivity; growth of invasive species)<br>• Cultural (disturbance of and/or damage to buried artifacts) |
| Soil contamination | • Fluid releases related to truck and mechanical equipment use<br>• Accidental releases<br>• Chemical stabilizer applications for dust suppression | • Vegetation (diminished productivity)<br>• Wildlife (mortality; injury)<br>• Water resources (degradation of surface water quality) |
| Soil erosion and deposition by wind | • Vegetation clearing<br>• Excavation and backfilling<br>• Stockpiling excavated topsoils<br>• Heavy truck and equipment traffic (especially on unpaved roads and surfaces) | • Vegetation (diminished productivity)<br>• Wildlife (habitat degradation)<br>• Air quality (fugitive dust)<br>• Water resources (degradation of surface water quality)<br>• Cultural (exposure of artifacts from soil erosion) |
| Soil erosion by water and surface runoff | • Vegetation clearing<br>• Excavation and backfilling<br>• Stockpiling excavated topsoils<br>• Constructing road beds<br>• Crossing drainages or wetlands<br>• Heavy truck and equipment traffic (especially on unpaved roads and surfaces) | • Vegetation (diminished productivity)<br>• Wildlife (habitat degradation)<br>• Water resources (changes in natural flow systems and surface water quality)<br>• Cultural (exposure of artifacts from soil erosion) |
| Sedimentation (indirect impact) | • Vegetation clearing<br>• Excavation and backfilling<br>• Stockpiling excavated topsoils<br>• Constructing road beds<br>• Crossing drainages or wetlands<br>• Heavy truck and equipment traffic (especially on unpaved roads and surfaces) | • Vegetation (diminished productivity)<br>• Wildlife (habitat degradation)<br>• Water resources (changes in natural flow systems and surface water quality)<br>• Commercial and recreational fisheries (degradation) |

2
3

BLM_0041386

1  by inhibiting plant growth, because reduced pore spaces restrict the movement of nutrients and
2  plant roots through the soil. Reduced pore spaces can also alter the natural flow of hydrological
3  systems by causing excessive surface runoff, which, in turn, might increase soil erosion and
4  degrade the quality of nearby surface water. Because soil compaction is difficult to correct once
5  it occurs (USDA 2004), the best mitigation is prevention to the extent possible.
6
7
8  **4.1.3.1.2  Soil Horizon Mixing.** Soil horizon mixing is another form of soil damage that
9  occurs as a result of activities like excavation and backfilling that displace topsoil and disturb the
10  existing soil profile. When topsoil is removed, stabilizing matrices, such as biological crusts, are
11  destroyed, increasing the susceptibility of soils to erosion by both wind and water. Burying
12  topsoil is also damaging. Such disturbances directly affect vegetation by disrupting indigenous
13  plant communities and facilitating the growth of invasive plant species. Mixing ore and waste
14  rock into the topsoil can also affect indigenous plant communities by changing the soil
15  composition.
16
17
18  **4.1.3.1.3  Soil Contamination.** Soil contamination within the lease tracts could result
19  from the use of trucks and mechanical equipment (fuels, soils, and the like) during all phases of
20  mining. Fuel tanks and generators stored on site could result in accidental spills, leaks, and fires;
21  however, secondary containment practices would reduce the potential for releases to soil.
22  Maintenance-related activities could also contaminate soils in mining areas. These activities
23  include the applications of herbicides (for weed control) and chemical stabilizers such as
24  magnesium chloride (for dust control) to the soil surface. Releases to soil would likely be
25  localized, but they could be problematic to other resources, including vegetation (through
26  uptake), wildlife (through inhalation and ingestion), and water quality (to surface water, through
27  deposition, and to groundwater, through leaching and infiltration).
28
29
30  **4.1.3.1.4  Soil Erosion and Deposition by Wind.** Exposed soils are susceptible to wind
31  erosion. Wind erosion is a natural process in which the shear force of wind is the dominant
32  eroding agent, resulting in significant soil loss across much of the exposed area. Mining-related
33  activities such as vegetation clearing, excavating, stockpiling soils, and truck and equipment
34  traffic (especially on unpaved roads and surfaces) can significantly increase the susceptibility of
35  soils to wind erosion. In its soil surveys, the Natural Resources Conservation Service (NRCS)
36  rates the susceptibility of soils to wind erosion by assigning them to wind erodibility groups
37  based on soil texture, organic matter content, effervescence of carbonates, rock fragment content,
38  and mineralogy (NRCS 2010). The rating also takes into account factors such as soil
39  moisture, surface cover, soil surface roughness, wind direction and speed, and length of
40  uncovered distance (USDA 2004). Because wind dispersion and the deposition of eroded soils
41  can be geographically widespread, this process is an important impacting factor for air quality,
42  water quality, vegetation, and all wildlife. State and local governments might also have specific
43  air permitting requirements for the control of fugitive dust and windborne particulates. Wind
44  erosion and wind erodibility group designations for soils in the lease tract areas are identified in
45  Section 4.3.2.
46

BLM_0041387

**4.1.3.1.5  Soil Erosion by Water and Surface Runoff.** Exposed soils are also susceptible to erosion by water. Water erosion is a natural process in which water (in the form of raindrops, ephemeral washes, sheets, and rills) is the dominant eroding agent. The degree of erosion by water is generally determined by the amount and intensity of rainfall, but it also affected by the cohesiveness of the soil (which increases with organic content), its capacity for infiltration, vegetation cover, and slope gradient and length (USDA 2004). The ULP lease tracts are located in a semi-arid environment where rainfall is rare; however, occasional heavy rains can cause sudden runoff. Activities such as vegetation clearing, excavating, and stockpiling soils significantly increase the susceptibility of soils to runoff and erosion, especially during heavy rainfall. Surface runoff caused by soil compaction also increases the likelihood of erosion. Soil erosion by surface runoff is an important impacting factor for the natural flow of hydrological systems, surface water quality (due to increased sediment loads), and all wildlife. State and local governments might also have specific requirements about how surface runoff should be controlled. Surface runoff potential and water erosion potential for the soils in the lease tract areas are described in Section 4.3.2.

**4.1.3.1.6  Sedimentation.** Soil loss during construction (by wind or water erosion) is a major source of sediment that ultimately makes its way to surface water bodies such as reservoirs, irrigation canals, rivers, lakes, streams, and wetlands. Sedimentation occurs when sediment settles out of water; this process can clog drainages and block navigation channels, increasing the need for dredging. By raising streambeds and filling in streamside wetlands, sedimentation increases the probability and severity of floods. Sediment that remains suspended in surface water can degrade water quality, damaging aquatic wildlife habitat and commercial and recreational fisheries. Sediment in water also increases the cost of water treatment for municipal and industrial users (USDA 2004).

**4.1.3.2  Soil Impacts under Alternative 1**

Activities during the reclamation phase could result in potential impacts on soil resources because they would involve ground disturbances that would increase the potential for soil compaction, soil horizon mixing, soil contamination, soil erosion and deposition by wind, soil erosion by water and surface runoff, and sedimentation of nearby surface water bodies. Ground-disturbing activities would involve removing most, if not all, equipment, buildings, structures, and portal foundations; backfilling portals; spreading topsoil over the waste pile storage area (using salvaged topsoil from the mining site, if available); and seeding. Direct adverse impacts would be smaller during reclamation than other mining phases (e.g., mine development and operations), because they would occur over a shorter duration (1 year of field activity) and because the use of existing access roads would reduce impacts such as compaction and erosion (e.g., fugitive dust generation). However, given the longer timeframe (1 to 2 years following the field activities) needed to re-establish vegetation, soils would likely remain susceptible to erosion throughout the 2- to 3-year reclamation phase and beyond, especially if subjected to high winds or intense rainfall. Soil contamination is less likely during this phase but could result from fuel and oil releases related to the use of trucks and mechanical equipment and the removal of fuel

BLM_0041388

1 tanks. Implementing good industry practices and mitigation measures (Section 4.6) would reduce
2 the level of potential adverse impacts associated with these activities.
3
4
5 **4.1.4  Water Resources**
6
7 Land disturbance activities associated with reclamation have the potential to affect water
8 resources by eroding soil and by altering the topography and soil conditions that affect
9 hydrologic processes. The short duration of reclamation (2 to 3 years) in comparison to mining
10 operations (on the order of 10 years or more) would reduce direct impacts on water resources;
11 however, given the potentially long time needed to re-establish vegetation and soil conditions
12 after reclamation, indirect impacts of reclamation could be significant.
13
14 Surface runoff, infiltration, and groundwater flow are the key hydrologic processes that
15 affect water quality in the vicinity of a mine site, by controlling the runoff of sediments and
16 contaminants  to nearby rivers and by controlling the transport and geochemical conditions in
17 local and regional groundwater aquifers. The heavy equipment used in reclamation has the
18 potential to compact soils, thereby limiting infiltration and causing an increase in surface runoff
19 and erosion. Reclamation activities involving unconsolidated materials (e.g., waste-rock piles) in
20 upland areas near canyon walls or mesa cliffs could increase the potential for erosion from flash
21 flooding. Backfilling of mine portals could affect groundwater quality through leaching
22 processes and by connecting aquifers if seepage areas were not properly sealed.
23
24 Many direct and indirect impacts on water resources from reclamation activities could be
25 minimized through the implementation of best management practices (BMPs), such as the
26 guidelines proposed by the Colorado Division of Minerals and Geology (CDMG 2002).
27 Reclamation of a mine site does not result in hydrologic conditions that are similar to
28 predisturbance conditions. It is likely that surface runoff will be greater and groundwater
29 recharge will be less because of soil compaction, and it will alter groundwater flow paths and
30 lower groundwater surface elevations in shallow aquifers (National Research Council 2012).
31 In addition, there is evidence from reclaimed coal mine sites in the eastern United States that
32 reclamation alters the ecosystem structure (compared to predisturbance conditions), which can
33 affect surface runoff and nutrient cycling within a watershed, thus affecting both surface water
34 and groundwater quality (Simmons et al. 2008).
35
36 Of the 10 lease tracts that would be reclaimed, Lease Tracts 13 and 18 have the greatest
37 potential to affect water resources because of their proximity to the Dolores River and San
38 Miguel River, respectively. Lease Tract 13 in the Slick Rock region encompasses a 3-mi (5-km)
39 reach of the Dolores River where the canyon slopes are approximately 20% and 90%. Soil
40 erosion by water is considered moderate in this region, with the highest erosion potential
41 occurring along the canyon slopes of the Dolores River. Lease Tract 18 in the Uravan region has
42 a buffer of approximately 1,000 ft (305 m) between the lease tract boundary and the canyon
43 ledge of the San Miguel River. The greatest potential for erosion impacts is along the northwest
44 corner of Lease Tract 18, which is adjacent to Atkinson Creek, an intermittent tributary to the
45 San Miguel River. Soil erosion by water is considered to be moderate in this region
46

BLM_0041389

*Preliminary Draft PEIS*                    *PEIS Privileged Information*                    *May 2012*
*PEIS Team Use Only*                          *Do Not Distribute*

**4.1.5  Human Health**

Under Alternative 1, potential human health impacts could result from implementation of reclamation activities and from the aboveground waste-rock piles that would be sloped, provided with a top layer of soil material, and revegetated but would remain on site after reclamation.

Although the uranium and uranium decay products in the waste-rock piles would be at much lower concentrations than those in the uranium ores, they could still be higher than the concentrations in the undisturbed surface soils (i.e., higher than background levels), because some uranium ores could be intermixed with the waste rocks. Available measurement data for waste rock samples indicate that Ra-226 concentrations range from 2.8 to 4.2 pCi/g (BLM 2008). To incorporate possible intermixing during mining, a concentration of 23.7 pCi/g for Ra-226 was assumed for the analysis discussed in this section. This concentration is the same as the average value reported by the U.S. Environmental Protection Agency (EPA) for residues of uranium mining (EPA 1993). Assuming there is secular equilibrium between U-238 and its decay products, the activity concentrations for U-238, U-234, Th-230, and Pb-210 would also be 23.7 pCi/g. A concentration of 1.09 pCi/g was assumed for U-235, based on the natural radioactivity ratio of 1:1:0.046 among the uranium isotopes U-234, U-238, and U-235. The concentrations for the U-235 decay products, Pa-231 and Ac-227, would be 1.09 pCi/g as well, if the secular equilibrium assumption is applied.

The dimension of the waste-rock pile accumulated over the lifetime of a uranium mine would depend on the cumulative amount of production of uranium ores. Based on available information, the mines in this area have typically averaged 2 to 3.5 tons of waste per ton of ore produced (BLM 2008). For analysis in this PEIS, the dimensions of four sizes of waste-rock piles were developed to correspond to the four mine sizes assumed for evaluation in this PEIS. Other assumptions used to develop the dimensions of the waste-rock piles include these:

1.  The ratio of waste rock to uranium ore produced is 3 to 1.

2.  The waste-rock pile occupies 40% of the total surface plant area, or 5% of the disturbed area for the very large open-pit mine.

3.  Mine development and mining operations would continue for 10 years.

4.  The average bulk density of the waste-rock pile is 2.8 g/cm$^3$ (EPA 2008).

5.  For underground mining, 30% of the waste rock is placed back or "gobbed" into the mine cavities, and only 70% is piled up on the ground surface.

6.  For open-pit mining, 70% of the waste rock produced is used for backfilling, leaving only 30% on the ground surface.

Table 4.1-3 lists the dimensions developed for the four waste-rock piles associated with the four mine sizes assumed. For evaluation purposes, it is assumed that all the waste rock is

BLM_0041390

*Preliminary Draft PEIS*  
*PEIS Team Use Only*  
*PEIS Privileged Information*  
*Do Not Distribute*  
*May 2012*

1  
2

**TABLE 4.1-3  Dimensions of the Waste-Rock Piles Assumed for Human Health Impact Analysis**

| Type of mine | Small[a] | Medium[a] | Large[a] | Very Large[b] |
|---|---|---|---|---|
| Base area (m$^2$) | 16,184 | 24,276 | 32,368 | 40,460 |
| Height (m) | 5.0 | 6.7 | 10.0 | 5.2 |

[a]  Underground mines.

[b]  Surface open-pit mine.

3  
4  
5  placed as one pile. This approach will increase its dimension and will most likely result in  
6  overestimating the potential radiation exposures, especially for the external radiation pathway.  
7  
8

9  **4.1.5.1  Worker Exposure – Reclamation Workers**

10  
11  During the reclamation period, a worker could incur radiation exposures from working on  
12  or near the waste-rock pile. For the calculations here, it is assumed that the worker would work  
13  8 hours a day on top of a waste-rock pile for 20 days. Potential radiation exposures could result  
14  from the following pathways: (1) external radiation, (2) inhalation of particulates and radon, and  
15  (3) incidental ingestion of dust particles.  
16  
17  Based on RESRAD Version 6.5 (Yu et al. 2001) calculation results, the total radiation  
18  dose incurred by a reclamation worker would be about 4.7 mrem from any of the four waste-rock  
19  pile sizes. The radiation exposure would primarily be from the external radiation pathway, which  
20  would contribute about 96% of the total dose, followed by the incidental soil ingestion pathway,  
21  which would account for about 3% of the total dose. The remaining dose would be contributed  
22  by the exposures resulting from inhalation of particulate and radon pathways. The potential latent  
23  cancer fatality (LCF) risk associated with this radiation exposure is estimated to be $4 \times 10^{-6}$;  
24  i.e., the probability of developing a latent fatal cancer is about 1 in 250,000.  
25  
26  In addition to the radiation emitted by the uranium isotopes and their decay products, the  
27  chemical toxicity of the uranium and vanadium minerals in the waste rocks could also affect the  
28  health of a reclamation worker. The potential chemical exposures could result from (1) inhalation  
29  of particulates suspended in the air that came from the waste-rock pile and (2) incidental  
30  ingestion of the particulates. On the basis of past uranium and vanadium production rates from  
31  the DOE lease tracts, the ratio of vanadium to uranium in the waste rock is assumed to be 6 to 1.  
32  The same exposure parameters as those used for estimating the radiation dose were used to  
33  evaluate the potential chemical hazard for the reclamation worker. Based on the evaluation  
34  results, the total hazard index is about 0.043, with 0.041 contributed by vanadium and  
35  0.002 contributed by uranium. Because the hazard index is below 1, potential adverse health  
36  effects from vanadium and uranium (as a chemical) are not expected for the reclamation worker.  
37  
38

BLM_0041391

### 4.1.5.2  General Public Exposure – Residential Scenario

Residents who live close to uranium mines during or after the reclamation phase could be exposed to radiation as a result of radioactive particulates and radon gas being blown off from the waste-rock piles. Potential radiation exposure would depend on the direction and distance between the residence and the waste-rock piles and the emission rates of particulates and radon.

The emission rate for Rn-222 as an input to CAP88-PC (Trinity Engineering Associates, Inc. 2007) was obtained from the RESRAD (Yu et al. 2001) analysis for the exposure of reclamation workers (see previous section). The RESRAD analysis generated the radon flux ($\sim$17 pCi/m$^2$/s) from the surfaces of the four assumed waste-rock piles. The emission rates for particulates were estimated on the basis of the AP-42 emission factor developed for wind erosion from active storage piles in coal mining (EPA 1995). The particulate erosion rate is proportional to the emission factor, which, for a waste-rock pile, is assumed to be 10% of that for active storage piles in coal mining, and the average wind speed, calculated to be 8.9 ft/s (2.72 m/s) on the basis of meteorological data from the lease tract area. Table 4.1-4 lists the annual emission rates calculated for radon and radioactive particulates containing uranium isotopes and their decay products for the four assumed waste-rock pile sizes ranging from small to very large. The emission rates listed in the table are expected to be greater than the actual values because no cover material on top of the waste rocks was considered; as a conservative approach, the entire surface of the waste-rock piles was assumed to be exposed for wind erosion.

Tables 4.1-5 through 4.1-7 list the estimated maximum radiation doses and corresponding LCF risks associated with the emissions of radon, particulates, and both radon and particulates, respectively, from the four assumed sizes of waste-rock piles. The radiation exposures associated with the emissions from a waste-rock pile would decrease with increasing distance because of greater dilution in the air concentrations of radon and radionuclides. The maximum exposure at a fixed distance from the center of a waste-rock pile would occur in the sector that coincides with the most dominant wind direction for the DOE ULP area. In any of the other sectors, the potential exposure would be less than the maximum values.

Comparing the results in Tables 4.1-5 and 4.1-6 reveals that the maximum radiation doses associated with radon emissions would be smaller than those associated with particulate emissions at a shorter distance (<3,300 ft to 4,500 ft or <1,000 m or <1,500 m); however, at a longer distance (>4,500 ft or >1,500 m), the maximum doses caused by radon emissions would exceed those caused by particulate emissions. This is because some airborne particulates would deposit on the ground surface during their transit to downwind locations, whereas radon gas would not be deposited (although it could attach to particulates and plate out from the air). Furthermore, the short-lived progeny of Rn-222 that are responsible for radon dose would be generated along the transit to downwind locations. As a result, the radiation dose associated with a particulate emission would decrease faster with increasing distance than would the radiation dose associated with a radon emission. In terms of potential maximum LCF risks, the exposure to radon is of greater concern than the exposure to radioactive particulates. Based on the CAP88-PC calculation results, the radon level at any downwind location 1,600 ft (500 m) or greater from the center of a waste-rock pile would be less than $5 \times 10^{-5}$ WL.

BLM_0041392

1
2

**TABLE 4.1-4  Estimated Emission Rates of Particulates, Radon, and Radionuclides for the Four Assumed Waste-Rock Pile Sizes**

| Waste-Rock Pile | Small[a] | Medium[a] | Large[a] | Very Large[b] |
|---|---|---|---|---|
| Base area (m$^2$) | 1.62E+04 | 2.43E+04 | 3.24E+04 | 4.05E+04 |
| Dust emission (g/yr)[c] | 7.01E+06 | 1.05E+07 | 1.40E+07 | 1.75E+07 |
| Emission rate of radionuclide (Ci/yr) | | | | |
| U-238 | 1.66E-04 | 2.49E-04 | 3.32E-04 | 4.16E-04 |
| U-234 | 1.66E-04 | 2.49E-04 | 3.32E-04 | 4.16E-04 |
| Th-230 | 1.66E-04 | 2.49E-04 | 3.32E-04 | 4.16E-04 |
| Ra-226 | 1.66E-04 | 2.49E-04 | 3.32E-04 | 4.16E-04 |
| Pb-210 | 1.66E-04 | 2.49E-04 | 3.32E-04 | 4.16E-04 |
| U-235 | 7.65E-06 | 1.15E-05 | 1.53E-05 | 1.91E-05 |
| Pa-231 | 7.65E-06 | 1.15E-05 | 1.53E-05 | 1.91E-05 |
| Ac-227 | 7.65E-06 | 1.15E-05 | 1.53E-05 | 1.91E-05 |
| Emission rate of Rn-222 (Ci/yr)[d] | | | | |
| | 1.04E+01 | 1.56E+01 | 2.08E+01 | 2.60E+01 |

[a]  Small, medium, and large represent the size of the hypothetical underground uranium mine with which the waste-rock pile is associated.

[b]  Very large denotes the waste-rock pile that is associated with the surface open-pit uranium mine in Lease Tract 7.

[c]  The dust emission rates were calculated by using an emission factor that is 10% of that associated with storage piles from coal mining as suggested by the EPA (EPA 1995).

[d]  The emission rates of Rn-222 were calculated with the radon flux from the RESRAD code (Yu et al. 2001).

3
4
5
6

**TABLE 4.1-5  Potential Maximum Radiation Doses and LCF Risks to a Resident as a Result of the Emission of Radon from the Four Assumed Waste-Rock Pile Sizes**

| Distance (m) | Dose (mrem/yr) Associated with the Four Waste-Rock Pile Sizes | | | | LCF Risk (1/yr) Associated with the Four Waste-Rock Pile Sizes | | | |
|---|---|---|---|---|---|---|---|---|
| | Small | Medium | Large | Very Large | Small | Medium | Large | Very Large |
| 500 | 0.37 | 0.51 | 0.55 | 0.67 | 5E-07 | 7E-07 | 7E-07 | 9E-07 |
| 1000 | 0.17 | 0.23 | 0.26 | 0.33 | 2E-07 | 3E-07 | 3E-07 | 4E-07 |
| 1500 | 0.11 | 0.15 | 0.17 | 0.21 | 1E-07 | 2E-07 | 2E-07 | 3E-07 |
| 2000 | 0.08 | 0.11 | 0.13 | 0.16 | 1E-07 | 1E-07 | 2E-07 | 2E-07 |
| 2500 | 0.06 | 0.08 | 0.10 | 0.12 | 8E-08 | 1E-07 | 1E-07 | 2E-07 |
| 3000 | 0.05 | 0.07 | 0.08 | 0.10 | 6E-08 | 9E-08 | 1E-07 | 1E-07 |
| 4000 | 0.03 | 0.05 | 0.06 | 0.08 | 4E-08 | 6E-08 | 8E-08 | 1E-07 |
| 5000 | 0.03 | 0.04 | 0.05 | 0.06 | 3E-08 | 5E-08 | 6E-08 | 8E-08 |

7

BLM_0041393

1   **TABLE 4.1-6  Potential Maximum Radiation Doses and LCF Risks to a Resident as**
2   **a Result of the Emission of Particulates from the Four Assumed Waste-Rock Pile**
3   **Sizes**

| Distance (m) | Dose (mrem/yr) Associated with Different Waste-Rock Pile Sizes | | | | LCF Risk (1/yr) Associated with Different Waste-Rock Pile Sizes | | | |
|---|---|---|---|---|---|---|---|---|
| | Small | Medium | Large | Very Large | Small | Medium | Large | Very Large |
| 500 | 0.64 | 0.91 | 1.00 | 1.24 | 3E-07 | 4E-07 | 4E-07 | 4E-08 |
| 1000 | 0.20 | 0.29 | 0.34 | 0.42 | 8E-08 | 1E-07 | 1E-07 | 2E-08 |
| 1500 | 0.10 | 0.15 | 0.18 | 0.22 | 4E-08 | 6E-08 | 7E-08 | 9E-08 |
| 2000 | 0.06 | 0.09 | 0.11 | 0.14 | 3E-08 | 3E-08 | 5E-08 | 6E-08 |
| 2500 | 0.04 | 0.07 | 0.08 | 0.10 | 2E-08 | 3E-08 | 3E-08 | 4E-08 |
| 3000 | 0.03 | 0.05 | 0.06 | 0.08 | 1E-08 | 2E-08 | 2E-08 | 3E-08 |
| 4000 | 0.02 | 0.03 | 0.04 | 0.05 | 8E-09 | 1E-08 | 2E-08 | 2E-08 |
| 5000 | 0.01 | 0.02 | 0.03 | 0.03 | 5E-09 | 8E-09 | 1E-08 | 1E-08 |

4
5
6   **TABLE 4.1-7  Potential Maximum Total Doses and LCF Risks to a Resident as a**
7   **Result of the Emission of Radon and Particulates from the Four Waste-Rock Pile Sizes**

| Distance (m) | Dose (mrem/yr) Associated with the Four Waste-Rock Pile Sizes | | | | LCF Risk (1/yr) Associated with the Four Waste-Rock Pile Sizes | | | |
|---|---|---|---|---|---|---|---|---|
| | Small | Medium | Large | Very Large | Small | Medium | Large | Very Large |
| 500 | 1.01 | 1.42 | 1.55 | 1.91 | 7E-07 | 1E-06 | 1E-06 | 9E-07 |
| 1000 | 0.37 | 0.52 | 0.60 | 0.75 | 3E-07 | 4E-07 | 5E-07 | 4E-07 |
| 1500 | 0.21 | 0.30 | 0.35 | 0.44 | 2E-07 | 2E-07 | 3E-07 | 4E-07 |
| 2000 | 0.14 | 0.20 | 0.24 | 0.30 | 2E-07 | 2E-07 | 2E-07 | 3E-07 |
| 2500 | 0.10 | 0.15 | 0.18 | 0.23 | 9E-08 | 1E-07 | 2E-07 | 2E-07 |
| 3000 | 0.08 | 0.12 | 0.14 | 0.18 | 7E-08 | 1E-07 | 1E-07 | 2E-07 |
| 4000 | 0.05 | 0.08 | 0.10 | 0.12 | 5E-08 | 8E-08 | 1E-07 | 1E-07 |
| 5000 | 0.04 | 0.06 | 0.08 | 0.09 | 4E-08 | 6E-08 | 7E-08 | 9E-08 |

8
9
10        The total maximum doses listed in Table 4.1-7 provide some insight on the potential
11   exposures. For example, if a resident lived a distance of 1,600 ft (500 m) from a waste-rock pile,
12   then the radiation dose he could receive would be less than 2 mrem/yr; and if the distance
13   increased to 4,900 ft (1,500 m), then the exposure would be less than 0.5 mrem/yr. It should be
14   noted that the maximum doses listed in Table 4.1-7 are estimated based on the assumed
15   dimensions for waste-rock piles presented in Table 4.1-3. If the dimensions of a waste-rock pile
16   were smaller than the assumed dimensions, the potential dose to this resident would be less than
17   the estimated values. On the other hand, if there were two waste-rock piles nearby, then the
18   potential dose that this resident would incur would be the sum of the doses contributed by each
19   waste-rock pile. On the basis of the maximum doses listed in Table 4.1-7, the potential dose
20   incurred by any resident living close to the uranium lease tracts (at a distance of 1,600 ft [500 m]

BLM_0041394

1 or greater) is expected to be much smaller than the National Emission Standards for Hazardous
2 Air Pollutants (NESHAP) dose limit of 10 mrem/yr for airborne emissions (40 CFR Part 61).
3 The potential LCF risk would be less than $1 \times 10^{-6}$/yr, which means the probability of
4 developing cancer from living close to the uranium lease tracts for 1 year during or after
5 reclamation is 1 in 1,000,000. If a resident lived in the same location for 30 years, then the
6 cumulative LCF risk would be less than $3 \times 10^{-5}$.
7

8        In reality, it is expected that waste-rock piles would be covered by a layer of soil material
9 during reclamation to facilitate vegetation growth. Because of this cover, emissions of
10 radioactive particulates would be greatly reduced, if not eliminated completely. Emissions of
11 radon from waste-rock piles could continue, although the emission rate would be reduced. In
12 fact, because the uranium isotopes and their decay products have long decay half-lives, the
13 potential of radon emissions from waste-rock piles could persist for a very long period of time
14 after reclamation was completed.
15

16        In addition to radiation exposure, the residents living close to the uranium lease tracts
17 could incur chemical exposures due to the chemical toxicity of uranium and vanadium minerals
18 contained in the waste rocks. Potential chemical exposures would be associated with the
19 emissions of particulates and through inhalation and incidental dust ingestion pathways. The
20 same exposure parameters as those used for radiation dose modeling were used to evaluate the
21 potential chemical risks to nearby residents. Based on the estimates, the total hazard index (HI)
22 would be less than 0.02 at a distance of 1,600 ft (500 m) from extra very large waste-rock pile,
23 with inhalation being the dominant pathway. Because the HI is much smaller than 1, potential
24 adverse health effects are not expected for the residents.
25
26
27   **4.1.5.3  General Public Exposure – Recreationist Scenario**
28

29        In addition to the residents who might live near the uranium lease tracts and could thus be
30 affected by the emissions from the waste-rock piles left after reclamation was completed, a
31 recreationist who would unknowingly come close to a waste-rock pile could also be exposed to
32 radiation. To model this potential radiation exposure, the recreationist is assumed to camp on top
33 of a waste-rock pile for 2 weeks during each trip. This recreationist could receive radiation
34 exposure through the external radiation and radon inhalation pathways. The inhalation of
35 radioactive particulates and incidental soil ingestion pathways were not considered because it is
36 assumed that the waste-rock pile would be covered by 1 ft (0.3 m) of soil material after
37 reclamation.
38

39        On the basis of the RESRAD calculation results, the radiation dose incurred by the
40 recreationist during the 2-week trip would be about 0.28 mrem. About 91% of the radiation dose
41 would be from the external radiation pathway, and 9% would be from the radon inhalation
42 pathway (with a radon level of about $2.2 \times 10^{-3}$ WL). The corresponding LCF risk that this
43 recreationist would receive from each camping trip would be about $3 \times 10^{-7}$, with 60% being
44 from the external radiation pathway and 40% being from the radon inhalation pathway.

BLM_0041395

1　Therefore, the probability of developing a latent fatal cancer would be about 3 in 10,000,000 for
2　each camping trip.
3
4　　　It should be noted that the above results were obtained based on the assumption that 1 ft
5　(0.3 m) of cover soils would be placed on top of the waste rocks. If the thickness of the cover
6　soils was less or if the cover soils eroded away, the radiation dose incurred by the recreationist
7　could increase. Without any cover material, the potential radiation dose is estimated to be about
8　9.5 mrem, with a corresponding LCF risk of $8 \times 10^{-6}$. More than 94% of that dose would be due
9　to the external radiation pathway.
10
11
12　### 4.1.5.4　General Public Exposure – Individual Receptor Entering an Inactive
13　　　　　　　Underground Mine Portal
14
15　　　During underground uranium mining operations, radon monitoring is required to ensure
16　the safety of mine workers. Specifically, the radon concentration at the worker's breathing zone
17　should be determined at least every 2 weeks and maintained at a level of less than 0.3 WL
18　(30 CFR Part 57). To comply with this requirement, ventilation systems have to be operated
19　efficiently. Without the ventilation systems, potential radon concentrations can accumulate to an
20　unacceptable (high) level. Radon concentrations in bulk-headed areas (where mining is no longer
21　active) have been reported to be from 30,000 to 300,000 pCi/L (EPA 1985). If an equilibrium
22　factor of 0.2 is assumed for radon progenies, this would be equivalent to 60 to 600 WL
23　(compared to the limit of 0.3 WL allowed for worker exposures).
24
25　　　Denman et al. (2003) measured the radon levels in abandoned mines in the
26　United Kingdom and reported the levels to range from 3 to 39 WL in three different mines at
27　different locations within the mines. Using these measurement data, the corresponding radon
28　dose rate was estimated to range from 7.4 to 86.3 mrem/h. The corresponding LCF risk would
29　range from $9 \times 10^{-6}$ to $3 \times 10^{-4}$ per hour. Based on the two sources of data for radon, potential
30　exposure to an individual who enters an inactive underground mine could be high.
31
32
33　## 4.1.6 Ecological Resources
34
35
36　### 4.1.6.1　Vegetation
37
38　　　Under Alternative 1, lessees would complete reclamation on their respective leases.
39　Exploration and mine development and operations would not occur on any of the lease tracts.
40　Reclamation would occur on Lease Tracts 6, 7, 8, 9, 11, 13, 15, 5, 18, and 26. It is assumed that
41　reclamation field activities would occur over a 1-year period and would include grading to create
42　landforms conforming with the surrounding area, the application of topsoil, and seeding.
43
44　　　Upland areas affected by grading would generally consist of previously disturbed areas,
45　although higher-quality undisturbed plant communities near the margins of work areas could

1   potentially be affected. Disturbed areas generally support commonly occurring non-native or
2   weedy native early successional species. Grading operations would include the filling or removal
3   of containment ponds, sedimentation ponds, or other retention basins that can occur on mine
4   sites. Some of these areas might include wetland habitats, requiring compliance with Executive
5   Order (E.O.) 11990, *Protection of Wetlands*, and the DOE implementation in 10 CFR Part 1022,
6   as well as with the Clean Water Act (CWA). Grading would be followed by the placement of a
7   topsoil cap of about 1 ft (0.3 m).
8
9        The topsoil cap would be seeded following final surface preparation. The seed mix
10  approved by DOE, in consultation with BLM, for use in reclamation of all lease tracts is given in
11  Table 4.1-8. Following the second growing season, the establishment of desirable vegetation
12  would be evaluated. The desired plant community at each mine site would depend on site-
13  specific conditions and would be determined on a case-by-case basis. Most of the lease tracts are
14  located in areas of pinyon-juniper woodland and sagebrush shrubland (see Section 3.6.1). The
15  final determination of successful vegetation establishment would be made by the state of
16  Colorado. Satisfactory reclamation would require the successful establishment of at least six of
17  the species on Table 4.1-8, the stabilization of soil erosion resulting from the project, plant cover
18  at least equal to what existed prior to disturbance, and species composition at least as desirable as
19  what existed prior to disturbance. Follow-up activities might be required to correct deficiencies
20  in community composition or cover. Reclamation might result in the establishment of plant
21  communities that would be considerably different from those of adjacent areas (Newman and
22  Redente 2001). Colonization of reclaimed areas by species from nearby plant communities might
23  be slow (Paschke et al. 2005; Newman and Redente 2001; Sydnor and Redente 2000). The
24  successful reestablishment of desirable plant communities, such as sagebrush shrubland or
25  pinyon-juniper woodland, would likely require decades.
26
27        Reclamation activities could result in indirect impacts on habitats in adjacent areas.
28  Indirect impacts associated with reclamation activities could include the deposition of fugitive
29  dust, erosion, sedimentation, and the introduction of non-native species, including noxious
30  weeds.
31
32        Deposition of fugitive dust generated during grading and the use of access roads could
33  reduce photosynthesis and productivity in plant communities near project areas. Prolonged
34  exposure to fugitive dust could alter a plant community's composition, reducing the occurrence
35  of species less tolerant of disturbance and resulting in habitat degradation. However, because of
36  the short duration of reclamation activities, the deposition of fugitive dust would constitute a
37  short-term impact.
38
39        Soils disturbed by equipment or used for waste rock reclamation could be subject to
40  erosion. Soil erosion might also occur in areas where biological soil crusts had been disturbed by
41  equipment or foot traffic. Soil compaction from the operation of heavy equipment could reduce
42  the infiltration of precipitation or snowmelt and result in increased runoff and subsequent
43  erosion. Erosion could result in the localized loss of plant communities in areas where topsoil
44  was lost, and it could include areas outside the mine site. Erosion might result in sedimentation
45  in downgradient upland or wetland habitats and increased sediment deposition in ephemeral

BLM_0041397

1      **TABLE 4.1-8  Seed Mixture Approved for Reseeding on the DOE ULP Lease Tracts**

| Species | | Broadcast Application Rate (lb PLS/acre)[a] |
|---|---|---|
| Scientific Name | Common Name | |
| *Pascopyrum smithii* | Arriba western wheatgrass | 4.0 |
| *Elymus trachycaulus* ssp. *trachycaulus* | Slender wheatgrass | 2.0 |
| *Oryzopsis (=Achnatherum) hymenoides* | Paloma Indian ricegrass | 4.0 |
| *Bouteloua gracilis* | Hachita blue grama | 2.0 |
| *Hilaria (=Pleuraphis) jamesii* (florets) | Galleta grass | 2.0 |
| *Stipa (=Hesperostipa) comata* | Needleandthread grass | 1.0 |
| *Stipa (=Nassella) viridula* | Lodorm green needlegrass | 2.0 |
| *Linum lewisii* | Lewis flax | 1.0 |
| *Penstemon palmeri* | Cedar Palmer penstemon | 0.5 |
| *Sphaeralcea coccinea* or *Sphaeralcea parvifolia* | Scarlet or Parvifolia globemallow | 0.3 |
| *Atriplex canescens* | Rincon fourwing saltbush | 3.0 |
| *Ceratoides (=Krascheninnikovia) lanata* | Winterfat | 1.0 |

a    PLS = pure live seed.

4   drainages or riparian habitats of receiving streams. Effects might include mortality or reduced
5   growth of plants, changes in species composition, or reduced biodiversity. Species more tolerant
6   of disturbance, including invasive species, might become dominant in affected plant
7   communities. Reclamation of mine sites would generally include a working area of
8   approximately 1 to 8 acres (0.4 to 3.2 ha) per mine. However, the reclamation of the open pit
9   mine on JD-7 would involve approximately 200 acres (81 ha).

11         Disturbed soils might provide an opportunity for the introduction and spread of invasive
12   species or noxious weeds. Seeds of these species could be inadvertently brought to a project site
13   from infested areas by vehicles or equipment used at the site. Invasive species or noxious weeds
14   might also colonize disturbed soils from established populations in nearby areas. The
15   establishment of invasive species or noxious weeds might slow or prevent the establishment of
16   desired plant communities. Invasive species or noxious weeds might also alter fire regimes,
17   including increasing the frequency and intensity of wildfires, particularly as a result of the
18   establishment of annual grasses such as cheatgrass. Habitats that were not adapted to frequent or
19   intense fires could experience long-term reductions.

22   **4.1.6.2  Wildlife**

24         Under Alternative 1, reclamation would occur on 10 lease tracts. Altogether, 257 acres
25   (100 ha) would be reclaimed, with most of it (200 acres or 81 ha) involving the surface open-pit
26   mine on Lease Tract 7. As discussed in Section 4.1.6.1, areas affected by reclamation would
27   generally consist of previously disturbed areas, although some higher-quality habitats (mostly

BLM_0041398

1   pinyon-juniper woodlands or sagebrush habitat) could be affected near the outer margins of the
2   areas being reclaimed.
3
4        Reclamation activities could affect wildlife by altering existing habitat characteristics and
5   the species supported by those habitats. These activities would vary among locations, depending
6   on the extent of infrastructure (if any) that would need to be removed, projected future land use,
7   and the amount of site restoration (e.g., amount of recontouring) required. Reclamation activities
8   that could affect wildlife include (1) dismantling of structures, (2) generation of waste materials,
9   (3) recontouring of project areas, (4) revegetation activities, and (5) accidental releases (spills) of
10  potentially hazardous materials. Where mine holes exist, reclamation activities would involve
11  either filling the holes or adding bat gates to the openings. Mine closure would be done with
12  boulders and rocks and/or by backfilling the hole with available mine-waste rock and other
13  surface soil materials, covering those materials with surface soil materials, and reseeding.
14
15       During reclamation activities, localized obstructions of wildlife movement could occur.
16  There would also be an increase in noise and visual disturbance associated with removal of
17  project facilities and site restoration. Traffic and equipment operations during reclamation could
18  result in low levels of wildlife mortality. Most wildlife would avoid areas where reclamation
19  activities were taking place. Avoidance would be a short-term impact. However, animal feeding
20  and nuisance animal issues might become problematic if workers were negligent about the
21  consequences of their actions (e.g., if they left food or other wastes uncontained). Problematic
22  animals (e.g., American black bears) might have to be deliberately displaced to protect lives and
23  property, either through harassment or live-trapping and releasing.
24
25       Other potential environmental concerns resulting from reclamation would include the
26  disposal of solid wastes and hazardous materials and the remediation of any contaminated soils
27  and pond sediments. Some fuel and chemical spills could also occur, but they would be generally
28  confined to access roads and project site areas. The probability of wildlife exposure to such spills
29  would be small and limited to a few individuals. After reclamation activities were complete,
30  there would be no fuel or chemical spills associated with the reclaimed mine areas.
31
32       Permanent mine closure could destroy potential habitat for bats and other wildlife. If
33  feasible, mines to be closed should be surveyed for the presence of bats (Brown et al. 2000). The
34  use of bat gates in the mine openings could increase the availability of such habitats. However,
35  the use of underground habitats in uranium-rich areas or reclaimed uranium mines could expose
36  wildlife species to uranium or other radionuclides through inhalation, ingestion, or direct
37  exposure (BLM 2011). Thus, unless the reclaimed mines have exceptional qualities as
38  hibernacula or roost sites, consideration should be given to evicting bats and permanently sealing
39  the mines in order to remove the threat of their exposure to radionuclides.
40
41       Indirect impacts on wildlife could occur from dust deposition, erosion, sedimentation,
42  and introduction of non-native plant species. Non-native plant species can increase the frequency
43  and intensity of wildfires (Section 4.1.6.1).
44

BLM_0041399

Reclamation would restore habitat and establish ecological conditions suitable for wildlife species. The effectiveness of any reclamation activities would depend on the specific actions taken; the best results, however, would occur where original site topography, hydrology, soils, and vegetation patterns were reestablished. However, this might not be possible under all situations. The establishment of pinyon-juniper woodlands and sagebrush shrublands on the reclaimed sites, which are the generally preferred habitats for the area's representative wildlife species as discussed in Section 3.6.2, could take up to several decades (Section 4.1.6.1).

Overall, impacts on wildlife would be minor during reclamation and would be negligible during DOE's long-term management of the withdrawn lands.

### 4.1.6.3  Aquatic Biota

During reclamation, soil erosion could result in sediment deposition in ephemeral drainages, and, during storm events, the sediments could potentially reach perennial streams and rivers. The potential for this is most likely at Lease Tract 13 through which the Dolores River flows and at Lease Tract 18 through which Atkinson Creek flows. However, a total of only 8 acres (3.2 ha) at three mine sites is being reclaimed in Lease Tract 13, and only 4 acres (1.6 ha) are being reclaimed for one mine site in Lease Tract 18. Thus, the potential for sediments (including those that could contain radioactive or chemical contaminants) to enter either the Dolores River or Atkinson Creek due to reclamation activities is negligible to minor.

Areas being reclaimed would become less prone to erosion over time because site grading would be complete and vegetative cover would be established. Assuming that reclamation activities were successful, restored areas should eventually become similar to natural areas in terms of erosion potential. Following reclamation, the potential for erosion from the reclaimed mine sites would be less than currently exists for the unreclaimed mine site areas.

Overall, impacts on aquatic biota from Alternative 1 would be negligible.

### 4.1.6.4  Threatened, Endangered, and Sensitive Species

Impacts on threatened, endangered, and sensitive species from uranium mining activites are fundamentally similar to, or the same as, those described for impacts on more common and widespread plant communities and habitats, wildlife, and aquatic resources (see Sections 4.1.6.1, 4.1.6.2, and 4.1.6.3). However, because of their low populations, listed species are far more sensitive to impacts than more common and widespread species. Low population size makes these species more vulnerable to the effects of habitat fragmentation, habitat alteration, habitat degradation, human disturbance and harassment, mortality of individuals, and the loss of genetic diversity. Although listed species often reside in unique and potentially avoidable habitats, the loss of even a single individual of a listed species could result in a much greater impact on the population of the affected species than would the loss of an individual of a more common species.

BLM_0041400

Under Alternative 1, potential impacts could result from reclamation activities at Lease Tracts 5, 6, 7, 8, 9, 11, 13, 15, 18, and 26. Table 4.1-9 presents the potential for impacts on threatened, endangered, and sensitive species under Alternative 1. Of the 52 species listed in Table 4.1-9, 45 might be affected by program activities under Alternative 1. Among these species that might be affected are 18 plants, 2 amphibians, 7 fish, 1 reptile, 9 birds, and 8 mammals. Nine of these species are listed as threatened or endangered under the Endangered Species Act (ESA) or are proposed or candidates for listing under the ESA: 1 plant, the Colorado hookless cactus; 4 fish, the bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker; 2 birds, the Gunnison sage-grouse and Mexican spotted owl; and 2 mammals, the black-footed ferret and Gunnison's prairie dog. Impacts on these species are discussed below.

**4.1.6.4.1 Colorado Hookless Cactus.** The Colorado hookless cactus is listed as endangered under the ESA. This species is endemic to western Colorado in desert shrublands on rocky hills, mesa slopes, and alluvial benches at elevations between 4,500 ft and 6,000 ft (1,400 m and 1,800 m). It is most often found along the Colorado and Gunnison Rivers and their tributaries. Potentially suitable habitat might occur on or in the vicinity of all lease tracts in Mesa and Montrose Counties. Under Alternative 1, reclamation activities in Lease Tracts 5, 6, 7, 8, 9, 18, and 26 could affect the Colorado hookless cactus through direct mortality and habitat disturbance, as well as indirect effects resulting from runoff, sedimentation, and the dispersion of fugitive dust.

Predisturbance surveys would be needed to determine the presence of the Colorado hookless cactus and its habitat on the ULP lease tracts. Development of actions to reduce impacts (e.g., reasonable and prudent alternatives, reasonable and prudent measures, and terms and conditions) for the Colorado hookless cactus, including development of a survey protocol, avoidance measures, minimization measures, and, potentially, translocation actions, compensatory mitigation, and the authorization of incidental take permits (if necessary), would require formal consultation with the U.S. Fish and Wildlife Service (USFWS) under Section 7 of the ESA. Consultation with the Colorado Department of Wildlife (CDOW) should also occur to determine any state mitigation requirements.

**4.1.6.4.2 Colorado River Endangered Fishes.** There are four listed species of fish that might be affected by ULP activities under Alternative 1: the bonytail chub, Colorado pikeminnow, humpback chung, and razorback sucker. Each of these fish species historically inhabited tributaries of the Colorado River system, including portions of the Dolores and San Miguel Rivers in the ULP project counties. Current populations of the Colorado River endangered fishes no longer inhabit these rivers in the vicinity of the lease tracts. However, suitable habitat and populations occur in the Colorado River downstream from the Dolores River, which is in the vicinity of and downgradient from several lease tracts and flows through Lease Tracts 13 and 13A. Designated critical habitat for the Colorado River endangered fishes also occurs in the Colorado River, downstream from the Dolores River. Direct impacts on these species or their habitat are unlikely to occur. However, indirect impacts on the Dolores River

BLM_0041401

1   **TABLE 4.1-9  Potential Effects of the Uranium Leasing Program under Alternative 1 on Threatened, Endangered, and Sensitive Species**

*Preliminary Draft PEIS*
*PEIS Team Use Only*

*PEIS Privileged Information*
*Do Not Distribute*

*May 2012*

4-21

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near the Following Lease Tracts[b] | Potential for Effect[c] |
|---|---|---|---|---|
| **Plants** | | | | |
| Canyonlands biscuitroot | *Aletes latilobus* | BLM-S | 26, 27 | Potential for negative impact—direct and indirect effects. Reclamation activities on Lease Tract 26 could affect this species. Impacts could occur through direct effects such as mortality and habitat disturbance resulting from reclamation activities, as well as indirect effects such as runoff, sedimentation, and the dispersion of fugitive dust. |
| Colorado hookless cactus | *Sclerocactus glaucus* | ESA-T | 5, 5A, 6, 7, 8, 8A, 9, 17, 18, 19, 19A, 20, 21, 22, 22A, 23, 24, 25, 26, 27 | Potential for negative impact—direct and indirect effects. Reclamation activities on Lease Tracts 5, 6, 7, 8, 9, 18, and 26 could affect this species. Impacts could occur through direct effects such as mortality and habitat disturbance resulting from reclamation activities, as well as indirect effects such as runoff, sedimentation, and the dispersion of fugitive dust. |
| Dolores River skeletonplant | *Lygodesmia doloresensis* | BLM-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as mortality and habitat disturbance resulting from reclamation activities, as well as indirect effects such as runoff, sedimentation, and the dispersion of fugitive dust. |
| Eastwood's monkeyflower | *Mimulus eastwoodiae* | BLM-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as mortality and habitat disturbance resulting from reclamation activities, as well as indirect effects such as runoff, sedimentation, and the dispersion of fugitive dust. |
| Fisher milkvetch | *Astragalus piscator* | BLM-S | 26, 27 | Potential for negative impact—direct and indirect effects. Reclamation activities on Lease Tract 26 could affect this species. Impacts could occur through direct effects such as mortality and habitat disturbance resulting from reclamation activities, as well as indirect effects such as runoff, sedimentation, and the dispersion of fugitive dust. |

2

BLM_0041402

**TABLE 4.1-9  (Cont.)**

Preliminary Draft PEIS
PEIS Team Use Only

PEIS Privileged Information
Do Not Distribute

May 2012

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near the Following Lease Tracts[b] | Potential for Effect[c] |
|---|---|---|---|---|
| *Plants (Cont.)* | | | | |
| Grand Junction milkvetch | *Astragalus linifolius* | BLM-S | 5, 5A, 6, 7, 8, 8A, 9, 17, 18, 19, 19A, 20, 21, 22, 22A, 23, 24, 25, 26, 27 | Potential for negative impact—direct and indirect effects. Reclamation activities on Lease Tracts 5, 6, 7, 8, 9, 18, and 26 could affect this species. Impacts could occur through direct effects such as mortality and habitat disturbance resulting from reclamation activities, as well as indirect effects such as runoff, sedimentation, and the dispersion of fugitive dust. |
| Grand Junction suncup | *Camissonia eastwoodiae* | BLM-S | 26, 27 | Potential for negative impact—direct and indirect effects. Reclamation activities on Lease Tract 26 could affect this species. Impacts could occur through direct effects such as mortality and habitat disturbance resulting from reclamation activities, as well as indirect effects such as runoff, sedimentation, and the dispersion of fugitive dust. |
| Gypsum Valley cateye | *Cryptantha gypsophila* | BLM-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as mortality and habitat disturbance resulting from reclamation activities, as well as indirect effects such as runoff, sedimentation, and the dispersion of fugitive dust. |
| Helleborine | *Epipactis gigantean* | BLM-S; FS-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as mortality and habitat disturbance resulting from reclamation activities, as well as indirect effects such as runoff, sedimentation, and the dispersion of fugitive dust. |
| Horseshoe milkvetch | *Astragalus equisolensis* | BLM-S | 26, 27 | Potential for negative impact—direct and indirect effects. Reclamation activities on Lease Tract 26 could affect this species. Impacts could occur through direct effects such as mortality and habitat disturbance resulting from reclamation activities, as well as indirect impacts such as runoff, sedimentation, and the dispersion of fugitive dust. |

*Preliminary Draft PEIS*
*PEIS Team Use Only*

*PEIS Privileged Information*
*Do Not Distribute*

*May 2012*

**TABLE 4.1-9  (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near the Following Lease Tracts[b] | Potential for Effect[c] |
|---|---|---|---|---|
| *Plants (Cont.)* | | | | |
| Kachina daisy | *Erigeron kachinensis* | BLM-S | 5, 5A, 6, 7, 8, 8A, 9, 17, 18, 19, 19A, 20, 21, 22, 22A, 23, 24, 25 | Potential for negative impact—direct and indirect effects. Reclamation activities on Lease Tracts 5, 6, 7, 8, 9, and 18 could affect this species. Impacts could occur through direct effects such as mortality and habitat disturbance resulting from reclamation activities, as well as indirect effects such as runoff, sedimentation, and the dispersion of fugitive dust. |
| Naturita milkvetch | *Astragalus naturitensis* | BLM-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as mortality and habitat disturbance resulting from reclamation activities, as well as indirect effects such as runoff, sedimentation, and the dispersion of fugitive dust. |
| Osterhout's cryptantha | *Cryptantha osterhoutii* | BLM-S | 26, 27 | Potential for negative impact—direct and indirect effects. Reclamation activities on Lease Tract 26 could affect this species. Impacts could occur through direct effects such as mortality and habitat disturbance resulting from reclamation activities, as well as indirect effects such as runoff, sedimentation, and the dispersion of fugitive dust. |
| Paradox breadroot | *Pediomelum aromaticum* | BLM-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as mortality and habitat disturbance resulting from reclamation activities, as well as indirect effects such as runoff, sedimentation, and the dispersion of fugitive dust. |
| Paradox lupine | *Lupinus crassus* | BLM-S | 5, 5A, 6, 7, 8, 8A, 9, 17, 18, 19, 19A, 20, 21, 22, 22A, 23, 24, 25 | Potential for negative impact—direct and indirect effects. Reclamation activities on Lease Tracts 5, 6, 7, 8, 9, and 18 could affect this species. Impacts could occur through direct effects such as mortality and habitat disturbance resulting from reclamation activities, as well as indirect effects such as those resulting from runoff, sedimentation, and the dispersion of fugitive dust. |

BLM_0041404

Preliminary Draft PEIS
PEIS Team Use Only

PEIS Privileged Information
Do Not Distribute

May 2012

**TABLE 4.1-9  (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near the Following Lease Tracts[b] | Potential for Effect[c] |
|---|---|---|---|---|
| *Plants (Cont.)* | | | | |
| San Rafael milkvetch | *Astragalus rafaelensis* | BLM-S | 5, 5A, 6, 7, 8, 8A, 9, 17, 18, 19, 19A, 20, 21, 22, 22A, 23, 24, 25, 26, 27 | Potential for negative impact—direct and indirect effects. Reclamation activities on Lease Tracts 5, 6, 7, 8, 9, 18, and 26 could affect this species. Impacts could occur through direct effects such as those resulting from mortality and habitat disturbance resulting from reclamation activities, as well as indirect effects such as those resulting from runoff, sedimentation, and the dispersion of fugitive dust. |
| Sandstone milkvetch | *Astragalus sesquiflorus* | BLM-S | 5, 5A, 6, 7, 8, 8A, 9, 17, 18, 19, 19A, 20, 21, 22, 22A, 23, 24, 25 | Potential for negative impact—direct and indirect effects. Reclamation activities on Lease Tracts 5, 6, 7, 8, 9, and 18 could affect this species. Impacts could occur through direct effects such as those resulting from mortality and habitat disturbance resulting from reclamation activities, as well as indirect effects such as those resulting from runoff, sedimentation, and the dispersion of fugitive dust. |
| Wetherill's milkvetch | *Astragalus wetherillii* | FS-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as those resulting from mortality and habitat disturbance resulting from reclamation activities, as well as indirect effects such as those resulting from runoff, sedimentation, and the dispersion of fugitive dust. |
| *Invertebrates* | | | | |
| Great Basin silverspot butterfly | *Speyeria nokomis nokomis* | BLM-S | All | No impact. Direct or indirect impacts on the species or its habitat (riparian areas) from reclamation activities are unlikely to occur. |
| *Fish* | | | | |
| Bluehead sucker | *Catostomus discobolus* | BLM-S; FS-S | All | Potential for negative impact. Reclamation activites could cause short-term soil erosion and sediment in ephemeral drainages, streams, and rivers. Greatest potential for impact occurs at Lease Tracts 13 and 13A. |

BLM_0041405

*Preliminary Draft PEIS*
*PEIS Team Use Only*

*PEIS Privileged Information*
*Do Not Distribute*

*May 2012*

**TABLE 4.1-9  (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near the Following Lease Tracts[b] | Potential for Effect[c] |
|---|---|---|---|---|
| ***Fish (Cont.)*** | | | | |
| Bonytail chub | *Gila elegans* | ESA-E; CO-E | All | Potential for negative impact. Reclamation activites couild cause short-term soil erosion and sediment in ephemeral drainages, streams, and rivers. Greatest potential for impact occurs at Lease Tracts 13 and 13A. |
| Colorado pikeminnow | *Ptychocheilus lucius* | ESA-E; CO-T | All | Potential for negative impact. Reclamation activites couild cause short-term soil erosion and sediment in ephemeral drainages, streams, and rivers. Greatest potential for impact occurs at Lease Tracts 13 and 13A. |
| Flannelmouth sucker | *Catostomus latipinnis* | BLM-S; FS-S | All | Potential for negative impact. Reclamation activites couild cause short-term soil erosion and sediment in ephemeral drainages, streams, and rivers. Greatest potential for impact occurs at Lease Tracts 13 and 13A. |
| Humpback chub | *Gila cypha* | ESA-E; CO-T | All | Potential for negative impact. Reclamation activites couild cause short-term soil erosion and sediment in ephemeral drainages, streams, and rivers. Greatest potential for impact occurs at Lease Tracts 13 and 13A. |
| Razorback sucker | *Xyrauchen texanus* | ESA-E; CO-E | All | Potential for negative impact. Reclamation activites couild cause short-term soil erosion and sediment in ephemeral drainages, streams, and rivers. Greatest potential for impact occurs at Lease Tracts 13 and 13A. |
| Roundtail chub | *Gila robusta* | BLM-S; FS-S | All | Potential for negative impact. Reclamation activites couild cause short-term soil erosion and sediment in ephemeral drainages, streams, and rivers. Greatest potential for impact occurs at Lease Tracts 13 and 13A. |
| ***Amphibians*** | | | | |
| Boreal toad | *Bufo boreas* | CO-E | 18, 19, 19A, 26, 27 | No impact. Direct or indirect impacts on the species or its habitat (riparian areas) from reclamation activities are unlikely to occur. |

BLM_0041406

**TABLE 4.1-9  (Cont.)**

*Preliminary Draft PEIS*
*PEIS Team Use Only*

*PEIS Privileged Information*
*Do Not Distribute*

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near the Following Lease Tracts[b] | Potential for Effect[c] |
|---|---|---|---|---|
| **Amphibians (Cont.)** | | | | |
| Canyoqn treefrog | *Hyla arenicolor* | BLM-S | All | Potential for negative impact—indirect effects only. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Direct impacts on the species or its habitat (canyonlands and riparian areas) are unlikely to occur. However, indirect effects from runoff, sedimentation, or fugitive dust deposition might be possible. |
| Great Basin spadefoot | *Spea intermontana* | BLM-S | 11, 11A | Potential for negative impact—direct and indirect effects. Reclamation activities on Lease Tract 11 could affect this species. Impacts could occur through direct effects such as those resulting from mortality and habitat disturbance, as well as indirect effects such as those resulting from runoff, sedimentation, and the dispersion of fugitive dust. |
| Northern leopard frog | *Rana pipiens* | BLM-S; FS-S | 13, 13A, 14, 15, 18, 19, 19A, 24, 25 | No impact. Direct or indirect impacts on the species or its habitat (riparian areas) from reclamation activities are unlikely to occur. |
| **Reptiles** | | | | |
| Longnose leopard lizard | *Gambelina wislizenii* | BLM-S | 18, 19, 19A, 20, 24, 26, 27 | No impact. Direct or indirect impacts on the species or its habitat (riparian areas) from reclamation activities are unlikely to occur. |
| Midget-faded rattlesnake | *Crotalus oreganus concolor* | BLM-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as those resulting from mortality and habitat disturbance, as well as indirect effects such as those resulting from runoff, sedimentation, and the dispersion of fugitive dust. |

*May 2012*

**TABLE 4.1-9  (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near the Following Lease Tracts[b] | Potential for Effect[c] |
|---|---|---|---|---|
| **Birds** | | | | |
| Bald eagle | *Haliaeetus leucocephalus* | BLM-S; FS-S; CO-T | 5, 5A, 6, 7, 8, 8A, 9, 13, 13A, 14, 18, 19, 19A, 20, 21, 22, 22A, 23, 26, 27 | Potential for negative impact—direct and indirect effects. Reclamation activities on Lease Tracts 5, 6, 7, 8, 9, 13, 13A, 18, and 26 could affect this species. Direct effects include disturbance of foraging habitat within the lease tracts. Wintering habitat along the Dolores River and Dry Creek Basin is not expected to be directly affected. However, indirect effects on these wintering habitats from noise, runoff, sedimentation, or fugitive dust deposition might be possible. |
| Brewer's sparrow | *Spizella breweri* | BLM-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as those resulting from mortality or disturbance of sagebrush habitats, as well as indirect effects such as those resulting from noise, runoff, sedimentation, and the dispersion of fugitive dust. |
| Burrowing owl | *Athene cunicularia* | BLM-S; CO-T | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as those resulting from mortality or disturbance of habitats (sagebrush, shrublands, and grasslands), as well as indirect effects such as those resulting from noise, runoff, sedimentation, and the dispersion of fugitive dust. |
| Ferruginous hawk | *Buteo regalis* | BLM-S; FS-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as those resulting from mortality or disturbance of habitats (sagebrush, shrublands, and grasslands), as well as indirect effects such as those resulting from noise, runoff, sedimentation, and the dispersion of fugitive dust. |

**TABLE 4.1-9  (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near the Following Lease Tracts[b] | Potential for Effect[c] |
|---|---|---|---|---|
| **Birds (Cont.)** | | | | |
| Gunnison sage-grouse | *Centrocercus minimus* | ESA-C; BLM-S; FS-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as those resulting from mortality or disturbance of habitats (sagebrush, shrublands, and grasslands), as well as indirect effects such as those resulting from noise, runoff, sedimentation, and the dispersion of fugitive dust. |
| Mexian spotted owl | *Strix occidentalis lucida* | ESA-T; CO-T | All | Potential for negative impact—indirect effects only. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Direct impacts on the species or its habitat (canyonlands and coniferous forests) are unlikely to occur. However, indirect effects on suitable habitat from noise, runoff, sedimentation, or fugitive dust deposition might be possible. |
| Northern goshawk | *Accipiter gentilis* | BLM-S; FS-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as those resulting from disturbance of foraging habitats (sagebrush, shrublands, and grasslands), as well as indirect effects such as those resulting from noise, runoff, sedimentation, and the dispersion of fugitive dust. |
| Peregrine falcon | *Falco peregrinus* | BLM-S; FS-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as those resulting from mortality or disturbance of foraging or nesting habitats, as well as indirect effects such as those resulting from noise runoff, sedimentation, and the dispersion of fugitive dust. Nests near Paradox Valley lease tracts might be indirectly affected by reclamation activities. |

**TABLE 4.1-9  (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near the Following Lease Tracts[b] | Potential for Effect[c] |
|---|---|---|---|---|
| **Birds (Cont.)** | | | | |
| Sage sparrow | *Amphispiza belli* | FS-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as those resulting from mortality or disturbance of sagebrush habitats, as well as indirect effects such as those resulting from noise, runoff, sedimentation, and the dispersion of fugitive dust. |
| Southwestern willow flycatcher | *Empidonax traillii extimus* | ESA-E; CO-E | All | No impact. Direct or indirect impacts on the species or its habitat (riparian thickets and woodlands) from reclamation activities are unlikely to occur. |
| Western yellow-billed cuckoo | *Coccyzus americanus occidentalis* | ESA-C; BLM-S; FS-S | All | No impact. Direct or indirect impacts on the species or its habitat (riparian woodlands) from reclamation activities are unlikely to occur. |
| White-faced ibis | *Plegadis chihi* | BLM-S; FS-S | 13, 13A, 14, 15, and 15A. | No impact. Direct or indirect impacts on the species or its habitat (wetlands and water bodies) from reclamation activities are unlikely to occur. |
| **Mammals[d]** | | | | |
| Big free-tailed bat | *Nyctinomops macrotis* | BLM-S; FS-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as those resulting from mortality or disturbance of roosting or foraging habitat, as well as indirect effects such as those resulting from noise, runoff, sedimentation, and the dispersion of fugitive dust to roosting or foraging habitats. |

**TABLE 4.1-9  (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near the Following Lease Tracts[b] | Potential for Effect[c] |
|---|---|---|---|---|
| **Mammals (Cont.)** | | | | |
| Black-footed ferret | *Mustela nigripes* | ESA-E; ESA-XN; CO-E | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as those resulting from mortality or disturbance of habitat, as well as indirect effects such as those resulting from noise, runoff, sedimentation, and the dispersion of fugitive dust to suitable habitats. |
| Fringed myotis | *Myotis thysanodes* | BLM-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as those resulting from mortality or disturbance of roosting or foraging habitat, as well as indirect effects such as those resulting from noise, runoff, sedimentation, and the dispersion of fugitive dust to roosting or foraging habitats. |
| Gunnison's prairie dog | *Cynomys gunnisoni* | ESA-C; BLM-S; FS-S | All | Potential for negative impact—direct and indirect effects. Program activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as those resulting from mortality or disturbance of habitat, as well as indirect effects such as those resulting from noise, runoff, sedimentation, and the dispersion of fugitive dust to suitable habitats. |
| Nelson's bighorn sheep | *Ovis canadensis nelsoni* | BLM-S; FS-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as those resulting from disturbance of habitat, as well as indirect effects such as those resulting from noise, runoff, sedimentation, and the dispersion of fugitive dust to suitable habitat. |

BLM_0041411

*Preliminary Draft PEIS*
*PEIS Team Use Only*

*PEIS Privileged Information*
*Do Not Distribute*

*May 2012*

**TABLE 4.1-9  (Cont.)**

| Common Name | Scientific Name | Status[a] | Potential to Occur on or near the Following Lease Tracts[b] | Potential for Effect[c] |
|---|---|---|---|---|
| **Mammals (Cont.)** | | | | |
| Spotted bat | *Euderma maculatum* | BLM-S; FS-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as those resulting from mortality or disturbance of roosting or foraging habitat, as well as indirect effects such as those resulting from noise, runoff, sedimentation, and the dispersion of fugitive dust to roosting or foraging habitats. |
| Townsend's big-eared bat | *Corynorhinus townsendii pallescens* | BLM-S; FS-S | All | Potential for negative impact—direct and indirect effects. Reclamation activities on all lease tracts under Alternative 1 could affect this species. Impacts could occur through direct effects such as those resulting from mortality or disturbance of roosting or foraging habitat, as well as indirect effects such as those resulting from noise, runoff, sedimentation, and the dispersion of fugitive dust to roosting or foraging habitats. |
| White-tailed prairie dog | *Cynomys leucurus* | BLM-S; FS-S | 18, 19, 19A, 24, 25, 26, and 27 | Potential for negative impact—direct and indirect effects. Reclamation activities on Lease Tracts 18 and 26 could affect this species. Impacts could occur through direct effects such as those resulting from mortality or disturbance of habitat, as well as indirect effects such as those resulting from noise, runoff, sedimentation, and the dispersion of fugitive dust to suitable habitats. |

[a]   BLM-S = BLM-designated sensitive species; ESA-C = candidate for listing under the ESA; ESA-E = listed as endangered under the ESA; ESA-T = listed as threatened under the ESA; ESA-XN = experimental, nonessential population as defined by Section 10 of the ESA; FS-S = U.S. Forest Service (USFS)-designated sensitive species.

[b]   Refer to Table 3.6.4-1 (Section 3.6.4) for a description of species' habitat requirements and potential to occur on or near lease tract areas. Recorded occurrences were obtained as USGS quad-level or township range-level element occurrence records from state natural heritage program offices (CNHP 2011). If available for terrestrial vertebrates, Southwest Regional Gap Analysis Project (SWReGAP) animal habitat suitability models (USGS 2007) were used to determine the presence of potentially suitable habitat in the vicinity of the lease tracts.

**Footnotes continued on next page.**

1

BLM_0041412

**TABLE 4.1-9  (Cont.)**

*Preliminary Draft PEIS*
*PEIS Team Use Only*

c    Potential impacts are based upon the presence of potentially suitable habitat or recorded occurrences in the vicinity of the Alternative 1 lease tracts. Impacts on species might occur as either direct or indirect effects. Direct effects are considered to be physical impacts resulting from ground-disturbing activities; these include impacts such as direct mortality and habitat disturbance. The impact zone for direct effects does not extend beyond the lease tract boundaries. Indirect effects result from factors including, but not limited to, noise, runoff, dust, accidental spills, and potential radiation exposure. The impact zone for indirect effects might extend beyond the lease tract boundaries, but the potential degree of indirect effects would decrease with increasing distance from the lease tracts.

d    Two mammal species, the Canada lynx (ESA-T) and North American wolverine (ESA-C), might occur in the project counties. However, suitable habitat for these species does not occur in the vicinity of the ULP lease tracts and is not likely to be affected by ULP activities.

1

*PEIS Privileged Information*
*Do Not Distribute*

*May 2012*

BLM_0041413

1  from erosion, runoff, and sedimentation might be possible, which might affect the species and
2  their habitat (including designated critical habitat) in the Colorado River (Table 4.4-9).
3
4          As discussed in Section 4.2.6.3, the potential for reclamation activities under
5  Alternative 1 to affect biota such as the Colorado River endangered fishes is considered to be
6  small. Any disturbance to surface features that would result in erosion and sedimentation would
7  be short term; areas being reclaimed would become less prone to erosion over time because of
8  the completion of site grading and establishment of vegetated cover. Development of actions to
9  reduce impacts on the Colorado River endangered fishes, including avoidance and minimization
10  measures (if necessary), would require formal consultation with the USFWS under Section 7 of
11  the ESA. Consultation with the CDOW should also occur to determine any state mitigation
12  requirements.
13
14
15          **4.1.6.4.3 Gunnison Sage-Grouse.** The Gunnison sage-grouse is a candidate species for
16  listing under the ESA. This species occurs in sagebrush-dominated habitats in western and
17  southwestern Colorado. It is known to occupy the western portion of Lease Tract 9, but suitable
18  habitat might occur on or in the vicinity of all ULP lease tracts. Reclamation activities in all lease
19  tracts under Alternative 1 could affect this species through direct effects associated with habitat
20  disturbance, as well as indirect effects resulting from noise, runoff, sedimentation, and the
21  dispersion of fugitive dust (Table 4.2-1).
22
23          Predisturbance surveys would be needed to determine the presence of the Gunnison sage-
24  grouse and its habitat (e.g., sagebrush) on the ULP lease tracts and develop the appropriate
25  avoidance, minimization, and mitigation measures, if necessary. Program activities should also
26  comply with guidelines set forth in the BLM's *Greater Sage-Grouse Interim Management
27  Policies and Procedures* (BLM 2011e) and *BLM National Greater Sage-Grouse Land Use
28  Planning Strategy* (BLM 2011f). Measures to reduce impacts on this species, including
29  development of a survey protocol, avoidance measures, minimization measures, and, potentially,
30  translocation actions, and compensatory mitigation (if necessary), should be determined
31  following consultation with the USFWS and the CDOW.
32
33
34          **4.1.6.4.4 Mexican Spotted Owl.** The Mexican spotted owl is listed as threatened under
35  the ESA. This species is considered to be a rare migrant in Montrose and San Miguel Counties,
36  Colorado. It inhabits steep canyons with dense old-growth coniferous forests. This habitat does
37  not occur on the ULP lease tracts, but suitable habitat might occur in the vicinity of the ULP
38  lease tracts. Reclamation activities in all lease tracts under Alternative 1 would not be likely to
39  directly affect this species. However, indirect impacts on suitable habitat resulting from noise,
40  runoff, sedimentation, or fugitive dust deposition might be possible (Table 4.1-9). The
41  implementation of best reclamation practices should be sufficient to reduce or minimize indirect
42  impacts on this species. Designated critical habitat for this species does not occur in the vicinity
43  of the ULP lease tracts and is not expected to be affected by program activities.
44
45

BLM_0041414

1　　　　**4.1.6.4.5 Black-Footed Ferret.** The black-footed ferret is listed as endangered under the
2　ESA. There are several introduced populations that are listed as experimental and nonessential;
3　however, these populations do not occur in the vicinity of the ULP lease tracts. This species
4　inhabits prairies and shrublands in association with prairie dogs. According to the SWReGAP
5　model, suitable habitat for this species does not occur on or in the vicinity of the ULP lease
6　tracts. However, block clearance surveys for this species have not been conducted in western
7　Colorado (USFWS 2009b), and it might be possible for the species to occur on or near some of
8　the lease tracts that support prairie dog towns. Reclamation activities in all lease tracts under
9　Alternative 1 could affect this species through direct effects associated with habitat disturbance,
10　as well as indirect effects resulting from noise, runoff, sedimentation, and the dispersion of
11　fugitive dust (Table 4.2-1).
12
13　　　　Predisturbance surveys would be needed to determine the presence of the black-footed
14　ferret and its habitat (e.g., prairie dog towns) on the ULP lease tracts. Development of actions to
15　reduce impacts (e.g., reasonable and prudent alternatives, reasonable and prudent measures, and
16　terms and conditions) for this species, including development of a survey protocol, avoidance
17　measures, minimization measures, and, potentially, translocation actions, compensatory
18　mitigation, and the authorization of incidental take permits (if necessary), would require formal
19　consultation with the USFWS under Section 7 of the ESA. Consultation with the CDOW should
20　also occur to determine any state mitigation requirements.
21
22
23　　　　**4.1.6.4.6 Gunnison's Prairie Dog.** The Gunnison's prairie dog is a candidate species for
24　listing under the ESA. This species is known to occur in Montrose and Mesa Counties shrubland
25　habitats at elevations between 6,000 ft and 12,000 ft (1,800 m and 3,700 m). The species is not
26　known to occur on any of the ULP lease tracts. However, according to the SWReGAP habitat
27　suitability model, potentially suitable habitat might occur on and in the vicinity of the lease
28　tracts. Furthermore, information provided by the Colorado Natural Heritage Program
29　(CNHP 2011b) indicated recorded quad-level occurrences of this species near Wild Steer Mesa,
30　which is near the lease tracts in Paradox Valley and Dry Creek Basin. Reclamation activities in
31　all lease tracts under Alternative 1 could affect this species through direct effects associated with
32　habitat disturbance, as well as indirect effects resulting from noise, runoff, sedimentation, and
33　the dispersion of fugitive dust (Table 4.1-9). Predisturbance surveys would be needed to
34　determine the presence of this species and its habitat on the ULP lease tracts and develop the
35　appropriate avoidance, minimization, and mitigation measures, if necessary.
36
37
38　**4.1.7 Land Use**
39
40　　　　Under Alternative 1, the existing 29 leases would be terminated, and DOE would
41　continue to manage the withdrawn lands, without leasing. The lands would continue to be closed
42　to mineral entry; however, all other activities (e.g., recreation) within the lease tracts would
43　continue. As a result, impacts due to land use conflicts are expected to be small.
44
45

BLM_0041415

1  **4.1.8  Socioeconomics**
2
3        The socioeconomic impacts of uranium mining reclamation were assessed for an ROI
4  that comprises three counties in Colorado (Mesa, Montrose, and San Miguel Counties). The ROI
5  corresponds to the area in which workers at the site would reside and spend their wages and
6  salaries.
7
8        The economic impacts of uranium mining reclamation activities were measured in terms
9  of employment and income. Direct impacts would include wages and salaries and the purchase
10  of goods and services required for uranium mining reclamation. Indirect and induced impacts
11  would include project wages and salaries and also the purchase of goods and services required
12  for reclamation that would subsequently circulate through the economy, creating additional
13  employment and income. They could include goods and services sold by retailers in the ROI,
14  which, together with the purchase of equipment and materials required for reclamation, would
15  provide new sources of indirect employment and income to ROI residents.
16
17        The potential socioeconomic impacts from reclamation activities are expected to be
18  small. Reclamation would require 15 direct jobs during the reclamation year for field work and
19  revegetation. It is assumed that the jobs required for reclamation would include laborers,
20  forepersons, equipment operators, truck drivers, and electricians. The entire reclamation period
21  would likely span 2 to 3 years, although only 1 year of reclamation activities would require a
22  workforce. Reclamation would generate 10 indirect jobs (see Table 4.1-10). In total, reclamation
23  activities would constitute 0.1% of total ROI employment and would increase the annual average
24  employment growth rate by less than 0.1% in the ROI. Reclamation under Alternative 1 would
25  also produce $1 million in income.
26
27        As discussed in Section 3.8, the average unemployment rate in the ROI was 9.6% in
28  2010; approximately 10,600 people were unemployed. Based on the number of people that could
29  be available from the unemployed workforce and the ROI's distribution of employment by
30  sector, there could be approximately 2,100 people available for reclamation activities in the ROI.
31  On the basis of on the available labor supply in the ROI as a whole, the current workforce could
32  meet the demand for labor necessary for reclamation of the existing leases; therefore, no
33  in-migration of workers or families would be required. Since no in-migrant labor force would be
34  required for reclamation activities, there would be no social impacts on population, housing,
35  public services, or education expenditures.
36
37
38        **4.1.8.1  Recreation and Tourism**
39
40        As described in Section 3.8.3, the three counties that make up the ROI (Mesa, Montrose,
41  and San Miguel) contain large acreages of public land, both state and federally managed. These
42  public lands include designated wilderness, National Conservation Areas (NCAs), the Colorado
43  National Monument, Special Recreation Management Areas (SRMAs) including the Dolores
44  River SRMA, the Black Canyon National Park, State Parks, Wilderness Study Areas (WSAs),
45  and other areas used for recreation. Recreation and tourism is an economic driver in the area,

BLM_0041416

*Preliminary Draft PEIS*   *PEIS Privileged Information*   *May 2012*
*PEIS Team Use Only*   *Do Not Distribute*

1
2
3

**TABLE 4.1-10  Socioeconomic Impacts of Uranium Mining Reclamation in the Region of Influence under Alternative 1**

| Parameter | Reclamation |
|---|---|
| Employment (no.) | |
| Direct | 15 |
| Indirect | 10 |
| Total | 25 |
| | |
| Income[a] | |
| Total | 1.0 |
| | |
| In-migrants (no.)[b] | 0 |
| | |
| Vacant housing[c] (no.) | 0 |
| | |
| Local community service employment[d] | |
| Teachers (no.) | 0 |
| Physicians (no.) | 0 |
| Public safety (no.) | 0 |

[a]  Unless indicated otherwise, values are reported in $ million 2009.

[b]  Reclamation would not result in in-migrants.

[c]  Reclamation would not affect vacant rental housing or vacant owner-occupied housing.

[d]  Reclamation would not require additional local community employment.

4
5
6  with significant indirect impacts on the local economy. The diverse types of recreation that occur
7  in the area include hunting, fishing, hiking, camping, horseback riding, mountain bike riding,
8  off-highway vehicle (OHV) use, rafting, and cross-country and downhill skiing (BLM 2009).
9  According to the BLM, nearly all public land visitors use vehicles for recreation. For some
10  visitors, their vehicle is just the mode of transportation used to access their recreational activity.
11  For others, vehicle use itself is the activity. For example, the Unaweep/Tabeguache Scenic and
12  Historic Byway passes through many towns in the ROI, including Nucla, Naturita, Redvale,
13  Norwood, Sawpit, and Telluride.
14
15         If recreation and outdoor areas are the drivers of an area's tourism industry, then the
16  condition of the environment is vital to the success of the industry. It is difficult to estimate the
17  impact of any activity on recreation because it is not always clear how it could affect recreational
18  visitation and nonmarket values (i.e., the value of recreational resources for potential or future
19  visits). However, it is clear that land in the ROI that would not be accessible for recreation if
20  uranium mining occurred could be available for recreational purposes after reclamation

BLM_0041417

1  concluded. For example, three of the lease tracts included in this alternative are located within
2  the Dolores Canyon SRMA.
3
4        Impacts on recreation in the area that would result from reclamation activities are likely
5  to be small. There might be a negative perception of uranium mining and its potential impacts on
6  air quality, wildlife habitat, water quality, scenic viewsheds, and local roads from increased truck
7  traffic. Therefore, the cessation of all uranium mining activities and initiation of reclamation on
8  existing leases could have a positive effect on the local recreation economy if more people
9  visited the area after reclamation. Increased mining activity in the area could put a strain on local
10  governments from increased road use and traffic safety issues; the absence of mining activities
11  would eliminate this pressure on local governments. Because reclamation would require such a
12  small workforce, it is unlikely that traffic would affect recreational activities in the area.
13  Reclamation does not require tall structures; therefore, the visual impacts would be limited.
14  Unlike uranium mining development, which would continue 10 years past each mine's
15  development phase, reclamation ground-disturbing activities would last only 1 year, and the
16  expectation is that full reclamation would be completed within 2 to 3 years. The shortened time
17  line, small workforce, and absence of uranium mining would likely result in a small positive
18  impact on recreation and tourism in the ROI.
19
20
21  **4.1.9  Environmental Justice**
22
23        Although there is a potential for radiological exposure pathways unique to the area's
24  population (such as subsistence fish, vegetation, or wildlife consumption or well water use) to
25  cause adverse health and environmental impacts on low-income and minority populations, no
26  radiological impacts are expected during reclamation of uranium mining facilities. Reclamation
27  would not produce any significant radiological risks to workers or any radiological or adverse
28  health impacts on the general public. Air emissions from fugitive dust and from the operation of
29  equipment are expected to be small. Chemical exposure during reclamation would be limited to
30  airborne toxic air pollutants, and it would be at less than standard levels and would not result in
31  any adverse health impacts.
32
33        Water consumption from local sources during reclamation of uranium mining projects is
34  not expected to be large, since water would be trucked in from outside the local area; thus, no
35  diversion of water from domestic, cultural, religious or agricultural uses that might affect low
36  income and minority populations is expected. Potential impacts of mining operations on surface
37  water through runoff and on groundwater contamination could be significant in some leasing
38  areas. Short-term soil erosion impacts could occur during reclamation, with longer-term erosion
39  impacts associated with runoff before revegetation would occur. These longer-term impacts
40  could affect wildlife, water quality, and, if there was sedimentation, recreational fishing, and they
41  could increase the potential for flooding. Both short- and long-term impacts could affect
42  subsistence activities.
43
44        Although reclamation would introduce contrasts in form, line, color, and texture, as well
45  as an increasing degree of human activity, into landscapes with generally low levels of human

BLM_0041418

1   activity, dust mitigation would reduce the visual impact of reclamation activity, while
2   revegetation programs would reduce the longer-term visual impact of mining sites on local
3   communities and religious and cultural sites of importance to low-income and minority
4   populations. Adverse impacts of uranium mining on property values would likely be small, and
5   the proximity to reclamation employment, higher tax revenues, and improved local public
6   service provisions in local communities where there are significant low-income and minority
7   populations would likely have positive impacts.
8
9       Although potential impacts on the general population could result from the reclamation of
10  uranium mining facilities, for the majority of resources evaluated, impacts would likely be small.
11  Specific impacts on low-income and minority populations as a result of participation in
12  subsistence or certain cultural and religious activities would also be small. In addition, there are
13  no minority populations, as defined by CEQ guidelines (Section 10.1.1), within the 50-mi
14  (80-km) radius around the boundary of the lease tracts, meaning that any adverse impacts of the
15  ULP would not disproportionately affect minority populations. Because there are no low-income
16  populations within the 50-mi (80-km) radius, there would not be impacts on low-income
17  populations.
18
19
20  **4.1.10  Transportation**
21
22      No transport of uranium ore would occur under Alternative 1. There would be no
23  radiological transportation impacts, and no changes in current traffic trends near the uranium
24  lease tracts are anticipated.
25
26
27  **4.1.11  Cultural Resources**
28
29      The impacts of the alternatives on cultural resources are analyzed on the basis of the
30  likely effects of each alternative on the integrity of cultural resources. Cultural resources could
31  be affected both through harm to a resource itself and through modifications to its surroundings.
32  For some resources, their visual context is an important part of their integrity. Effects resulting
33  from the exploration, mine development and operations, and reclamation phases of uranium
34  mining are analyzed when applicable to each of the alternatives. Table 4.1-11 summarizes
35  known and expected cultural resource sites by lease tract cluster. Lease tracts cluster into four
36  groups, as described in Section 3.12. Site density estimates are based on projections of average
37  site density. Site densities were calculated for the surveyed areas of each lease tract, then
38  projected over the entire lease tract. Estimates of the acreage to be disturbed under each
39  alternative was based on development scenarios described in Section 2.2.1.1. Since it is not
40  known where specific development would take place, it is assumed that any site within a lease
41  tract might be subject to indirect impacts during the exploration, mine development and
42  operations, and reclamation phases.
43
44      Impacts could either result directly from an action, such as digging into an archaeological
45  site, or result indirectly, such as from the increased access now available to a previously remote

BLM_0041419

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                    *Do Not Distribute*

1    **TABLE 4.1-11  Summary of Known and Expected Cultural Resource Sites by Lease Tract**
2    **Group**

| Lease Tract Group | Known No. of Sites | Acreage of Sites Surveyed | Total Acreage | Estimated No. of Total Sites in Group | Estimated No. of Sites That Could Be Affected by New Development, by Site Size (in acres) | | |
|---|---|---|---|---|---|---|---|
| | | | | | Small (10) | Medium (15) | Large (20) |
| North | 43 | 0.065 | 840 | 55 | 0.6 | 1.0 | 1.3 |
| North Central | 56 | 0.0807 | 6,033 | 487 | 0.8 | 1.2 | 1.6 |
| South Central | 19 | 0.0584 | 3,044 | 178 | 0.6 | 0.9 | 1.2 |
| South | 103 | 0.1053 | 10,240 | 1,078 | 1.0 | 1.6 | 2.1 |
| Average | | 0.0831 | | | 0.8 | 1.2 | 1.7 |
| Total | | | 20,157 | 1,798 | | | |

3
4
5    area. Table 4.1-12 summarizes the number of cultural resource sites likely to be subject to direct
6    and indirect impacts under each alternative.
7
8         Under Alternative 1, as discussed in Section 3.2.11, cultural resources include
9    archaeological sites, historic buildings and structures, historic landscapes, culturally important
10   natural features, and properties important to specific social or cultural groups. Activities that
11   would physically alter the land surface, such as excavating a trench or pit, or that would modify
12   the built environment, such as the alteration or demolition of a building, would have the greatest
13   potential for directly adversely affecting cultural resources. However, an undertaking might have
14   secondary effects as well. Resources in areas surrounding the location of the undertaking itself
15   can be affected by increased human presence. Artifacts on the surface might be subject to
16   displacement or damage by trampling or loss by unrecorded collecting. The noise generated by
17   the presence and operation of a facility might compromise the solitude that is an important part
18   of the integrity of a traditional cultural property. It might also represent a visual intrusion into a
19   cultural landscape.
20
21        Mining features themselves can be historically significant. Mining has had a significant
22   influence on the development of the economic base of the Uravan Mineral Belt. Mining
23   features and artifacts are at risk in reclamation activities. The BLM is responsible for surface
24   management of the lease tracts. DOE procedures require ULP personnel to oversee the lessees'
25   reclamation activities and, prior to reclamation, to consult with the BLM to determine whether
26   historic (eligible for inclusion on the *National Register of Historic Places* [NRHP]) mine
27   structures or features (trash piles, collapsed buildings, old mining equipment) are present on the
28   site, and, if so, how they are to be managed (DOE 2011a).
29
30        Road construction and improvement have the potential to disturb archaeological sites.
31   Access roads already exist for the permitted mines. Disturbance would occur only if new roads
32   were constructed or if existing roads were widened or altered. It is unlikely that construction of

BLM_0041420

1
2
3

**TABLE 4.1-12  Summary of Estimated Indirect and Direct Impacts on Cultural Resource Sites**

| Alternative | Estimated No. of Sites That Could Be Affected | |
| | Indirect Impacts[a] | Direct Impacts |
|---|---|---|
| 1 | 111 | 0 |
| 2 | 111 | 0 |
| 3 | 89 | 8 |
| 4 | 1,798 | 21 |
| 5 | 1,798 | 23 |

[a]   Indirect impacts could occur to all known sites and any newly discovered sites in each lease tract.

4
5
6   new roads beyond lease tract boundaries would be required. Any new road construction activity
7   would need to be approved by the BLM, which would require cultural resource surveys of the
8   area to be disturbed to be completed in advance.
9
10      Under Alternative 1, no undeveloped land surfaces are expected to be affected. Any
11  borrow material needed to cap old mines would come from existing locations. Direct impacts on
12  archaeological sites are expected to be nil under this alternative. Indirect impacts from fugitive
13  dust and from vandalism could still occur since reclamation operations would generate the
14  potential for such impacts. These indirect impacts would occur only in the 10 lease tracts where
15  reclamation is proposed (Lease tracts 5, 6, 7, 8, 9, 11, 13, 15, 18, and 26). A total of 111 sites are
16  known in these lease tracts.
17
18      Impacts from Alternative 1 would be primarily associated with reclamation activities, and
19  adverse impacts are expected to be limited. Reclamation activities would be conducted within
20  Lease Tracts 5, 6, 7, 8, 9, 11, 13, 15, 18, and 26 where there are existing and permitted mines.
21  Adverse impacts would be possible, depending on the amount of land that was disturbed, number
22  of historically significant mining features that were demolished, and number of workers engaged
23  in the reclamation activities.
24
25      All but one of the currently permitted mines are underground, and surface disturbance is
26  restricted to portal and shaft openings. This area would already have been disturbed. Direct
27  disturbance would occur if the already-stockpiled surface soil was not sufficient to complete
28  surface reclamation.
29
30      The presence of reclamation work crews could put cultural resources at risk. The added
31  presence of work crews would increase the risk of surface artifacts being trampled, unauthorized

BLM_0041421

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                    *Do Not Distribute*

1  artifact collecting, and vandalism. This risk could be reduced by the training of work crews and
2  through the on-site oversight of reclamation activities by DOE and BLM personnel.
3
4          There is also the potential for positive consequences on cultural resources to occur under
5  this alternative. The termination of uranium mining would likely result in less heavy equipment
6  and truck traffic, which would, in turn, reduce the potential generation of fugitive dust (i.e.,
7  airborne particulate matter, which has been shown to have negative impacts on prehistoric rock
8  art). Likewise, less heavy vehicle activity would reduce ground vibration, which can also have
9  negative impacts on rock art panels.
10
11
12  **4.1.12  Visual Resources**
13
14          As indicated in Section 3.12, the BLM's visual resource management (VRM) procedures
15  provide a means of systematically describing visual impacts, as well as a method for evaluating
16  potential impacts on the scenic qualities of affected landscapes (BLM 1984). In essence, the
17  BLM is responsible for ensuring that the scenic values of BLM-administered public lands are
18  considered before allowing uses that might have negative visual impacts, such as uranium
19  mining operations.
20
21          The BLM's VRM system defines a visual impact as the contrast that observers perceive
22  between an existing landscape and a proposed project or activity. The BLM's contrast rating
23  system (BLM 1986b) specifies a systematic approach for determining the nature and extent of
24  visual contrasts that might result from a proposed activity and for determining whether those
25  levels of contrast are consistent with the VRM class designation for the area. Contrasts between
26  an existing landscape and a proposed project or activity are expressed in terms of form, line,
27  color, and texture.[2] These basic design elements are routinely used by landscape designers to
28  describe and evaluate landscape aesthetics; these elements have been incorporated into the
29  BLM's VRM system to lend objectivity, integrity, and consistency to the process of assessing
30  visual impacts of proposed projects and activities on BLM-administered lands.
31
32          Visual impacts can be either positive or negative, depending on the type and degree of
33  visual contrasts introduced into an existing landscape. Where modifications repeat the general
34  form, line, color, and texture of the existing landscape, the degree of visual contrast generally is
35  lower, and perceived impacts are lower. Where modifications introduce pronounced changes in
36  form, line, color, and texture, the degree of contrast often is greater, and perceived impacts are
37  greater.
38
39          Visual changes associated with Alternative 1 are associated with the reclamation
40  activities that would be conducted at Lease Tracts 5, 6, 7, 8, 9, 11, 13, 15, 18, and 26.
41

---

[2]  See BLM (1986b) for definitions of form, line, color, and texture, and see BLM (1986a) for the applicability of
these terms to the contrast rating.

BLM_0041422

Impacts resulting from reclamation can be produced through a range of direct and indirect actions or activities occurring on the lands contained within the lease areas. These types of impacts include the following:

- Vegetation and landform alterations,

- Removal and addition of structures and materials,

- Changes to existing roadways,

- Vehicular and worker activity, and

- Light pollution.

Each of these impacts is discussed in further detail in Sections 4.1.12.1 through 4.1.12.5. These sections largely refer to impacts that are associated with the actual mining sites within the individual lease tracts. For this reason, an additional analysis was conducted to determine the impacts on lands surrounding the lease tracts. These impacts generally are perceived as indirect, resulting from views of the activities occurring within the lands contained as part of the lease tracts. This discussion is provided in Section 4.1.12.6. Potential mitigation measures are summarized in Section 4.6.

### 4.1.12.1 Vegetation and Landform Alterations

The reclamation of mining sites might require minimal clearing of vegetation, large rocks, and other objects in order to accommodate large equipment. The nature and extent of clearing are affected by the requirements of the individual mines, the types of vegetation, and the need for other objects to be cleared. The removal of vegetation would result in contrasts in color and texture, because the varied colors and textures of vegetation would be replaced by the more uniform color and texture of bare soil, which also could introduce additional contrasts in form and line, depending on the type of vegetation cleared and nature of the cleared surface. This might occur in areas where stockpiled soil was not sufficient to provide material for reclamation activities (DOE 1995).

Recontouring of the land surface; potential grading, scarifying, seeding, and planting; and, at times, stabilizing disturbed surfaces could also be conducted (DOE 1995). The contours of reclaimed areas might not replicate pre-mining conditions. In the conditions generally found in the lease areas, newly disturbed soils resulting from these activities might create visual contrasts that could persist for many seasons before revegetation would begin to disguise past activity.

In addition, invasive species also might colonize reclaimed areas; this occurrence likely would produce contrasts of color and texture. If a lack of proper management led to the growth of invasive species in the reseeded areas, noticeable color and texture contrasts might remain

BLM_0041423

*Preliminary Draft PEIS*          *PEIS Privileged Information*          *May 2012*
*PEIS Team Use Only*                  *Do Not Distribute*

1 indefinitely. The unsuccessful reclamation of cleared areas also could result in soil erosion, ruts,
2 gullies, or blowouts, which could cause long-term negative visual impacts.
3
4
5 **4.1.12.2  Removal of Structures and On-Site Materials**
6
7 During many reclamation activities, structures associated with mining activities would
8 probably be removed; pond liners would be removed from discharge and treatment ponds; debris
9 and waste would be managed and transported off site; and adits and mine shaft openings would
10 be closed. In some cases, mine waste-rock piles, residual ores, and other radioactive materials
11 would be placed in the mine (DOE 1995).
12
13 These activities might result in some physical ground disturbance, which could produce
14 contrasts of form, line, color, and texture. For instance, any excavating that might be required for
15 the removal of structure foundations could damage or require the removal of vegetation, expose
16 bare soil, and/or suspend dust particles in the air.
17
18 Some additional structures might need to be placed on site in order to conduct
19 reclamation activities, especially at those locations in which little or no activity had occurred in
20 recent times. These structures typically would be temporary and might include safety fences;
21 temporary walks and passageways; signage or posts to prevent interference with traffic and to
22 limit access to the site; and lighting in areas where work might extend into the evening hours.
23
24 More permanent structures might be needed to block off areas where mine shafts were
25 opened. In the case of underground mines, this effort might include the addition of bat gates or
26 other means of closure for open shafts. These types of structures might be visible from outside
27 the lease tracts after reclamation activities were completed (see Figure 3.12-8, View of Entrance
28 to Underground Mine at Lease Tract 18).
29
30
31 **4.1.12.3  Roads**
32
33 In general, no new roads would be needed for the reclamation of the mining areas.
34 However, if additional roads or upgrades to roads were needed, their development might
35 introduce minor visual contrasts to the landscape, depending on the routes selected relative to
36 surface contours and on the widths, lengths, and surface treatments of the roads.
37
38 Likewise, the closure of previously used access roads would have some associated
39 residual impacts (e.g., vegetation disturbance, traffic patterns, and ground disturbance) that could
40 be evident for some years afterward, with a gradual diminishing of impacts over time.
41
42

BLM_0041424

### 4.1.12.4 Workers, Vehicles, and Equipment

The various reclamation activities needed to restore the mine sites to their predevelopment conditions would require work crews, vehicles, and equipment. Each of these components might produce visual impacts. For instance, traffic involving small vehicles to allow worker access and traffic involving large equipment used for reclamation activities would occur.

The movement of workers and heavy machinery would produce visible activity and dust in dry soils. The suspension and visibility of dust would be influenced by the frequency and density of traffic, vehicle speeds and weights, road surface materials, and weather conditions. Visual impacts from truck-created dust typically would be localized to the unpaved roads (BLM 2011g). Temporary parking for vehicles would be needed at or near work locations. If there was unplanned and unmonitored parking, it could expand these areas, producing visual contrast from suspended dust and loss of vegetation. Some of the reclamation equipment could also produce emissions while it operated and thereby create visible exhaust.

Reclamation activities could also proceed in phases, with several crews moving through a given area in succession, giving rise to brief periods of intense activity (and associated visual impacts) followed by periods of inactivity. In many cases, modern mine practice is to carry out continuous reclamation activities throughout the life of an operation (National Research Council 2011).

### 4.1.12.5 Lighting

During reclamation, lighting might be needed around temporary buildings, parking areas, and work areas. Security and other lighting around and on support structures (e.g., temporary trailers) could contribute to light pollution. Section 4.3.12.2 provides an additional discussion on the potential visual impacts that might be created by the use of exterior lighting on mine sites.

### 4.1.12.6 Impacts on Lands surrounding the Lease Areas

Lands outside the lease areas might be subject to visual impacts related to the reclamation activities conducted at the mining sites. The affected areas and the extent of impacts would depend mostly on topography, vegetation, the types of activities conducted, length of exposure, and viewer distance.

Preliminary viewshed analyses were conducted to identify which lands surrounding the four lease groups, as identified in Section 3.12, are visible from within the various lease tracts. An additional viewshed analysis was conducted for a subset of these groups that would include all of the lease tracts in which reclamation activities would be conducted under Alternative 1. This analysis was based upon a reverse viewshed analysis, (for which the methodology is provided in Appendix D); it considered federal, state, and BLM-designated sensitive visual resources. The intent of the analysis was to determine the potential levels of contrasts

BLM_0041425

1 (i.e., changes in form, line, color, and texture from the existing condition to that under
2 Alternative 1) that would be present from within a surrounding land.
3
4       Under Alternative 1, reclamation activities would take place at 10 lease tracts. This
5 analysis provides an overview of the potential visual impacts to those SVRAs surrounding the
6 lease tracts. Due to the number of leases and the potential for increased activity, lands outside the
7 lease tracts that have views of the lease tracts would be subject to visual impacts. For this
8 analysis and subsequent analyses under other alternatives, SVRAs are defined as surrounding
9 lands with a federal, state, or BLM designation that have scenic and visual values and are thereby
10 visually sensitive. SVRAs that surround the lease tracts and have open lines of sight to the
11 mining facilities could be subject to impacts from the visual contrasts that would result,
12 particularly if the distances to the facilities were short or the viewpoints in the SVRAs were
13 elevated with respect to the individual lease tracts. In general, since the public is not allowed
14 access to the mine sites, and since the sizes of the disturbed lease tract areas that need to be
15 reclaimed are relatively small, the viewing duration would be short, especially if the viewer was
16 travelling along local roads near the lease tracts.
17
18       In some locations, views could include multiple mining sites that varied in size, layout,
19 and type of activity being conducted (e.g., underground or open-pit mining). The variety of
20 project sizes, layouts, and associated visual impacts could exceed the visual absorption capability
21 of the landscape, resulting in "visual clutter" that would detract from the experience or
22 enjoyment of scenic or visual qualities for visitors to the SVRAs.
23
24       For the purposes of this analysis, the lease tracts were analyzed in four groups: North,
25 North Central, South Central, and South Groups (as described in Section 3.12). However, since
26 not all lease tracts are evaluated under this alternative, this analysis accounts for only certain
27 portions of these groups.
28
29
30     **4.1.12.6.1  North Group.** Under Alternative 1, the following SVRAs potentially would
31 have views of the North Group (i.e., Lease Tract 26):[3]
32
33     •   Sewemup WSA,
34
35     •   The Palisade Outstanding Natural Area (ONA) (an Area of Critical
36             Environmental Concern or ACEC),
37
38     •   The Palisade WSA, and
39
40     •   Unaweep/Tabeguache Scenic and Historic Byway.
41

---

[3]  For the four groups of lease tracts, the SVRAs are presented in descending order, based on the percentage of the total acreage or mileage visible.

BLM_0041426

Figure 4.1-1 shows the results of the viewshed analysis for the lease tract within the North Group. The colored segments indicate areas in the SVRAs with clear lines of sight to one or more areas within the lease tract and from which reclamation activities conducted within the lease group would be expected to be visible, assuming the absence of screening vegetation or structures and the presence of adequate lighting and other favorable atmospheric conditions.

The North Group lease tract would potentially be visible from approximately 3.2% (624 acres or 250 ha) of the Sewemup WSA; these viewing areas are located within 5 mi (8 km) of this portion of the North Group. The lease tracts also would be visible from approximately 33.8% (6,637 acres or 2,700 ha) of the WSA that is within 15 mi (24 km) or less of the North Group lands. Views of the North Group from the WSA are generally partially or fully screened by the intervening mountains. Visibility of this portion of the North Group is most likely from the locations within the WSA that are higher in elevation than the lease tract. Views of the reclamation activities and site might be limited and include existing structures and possibly equipment used for the reclamation activities. Reclamation activities under Alternative 1 would be expected to cause minimal to weak visual contrast for views from the Sewemup WSA.

Portions of the North Group would be visible from the Palisade ONA ACEC in areas of the ACEC between 5 and 15 mi (8 and 24 km) from the North Group. The North Group would be visible from approximately 390 acres (160 ha) (1.6%) of the total ACEC. Views of the lease tract within the North Group from the ACEC are generally partially or fully screened by the intervening mountains. Only views from the northernmost portions of the ACEC would include this lease tract. Views of the reclamation activities and site might be limited and include existing structures and possibly equipment used for the reclamation activities. As such, reclamation activities under this alternative would be expected to cause minimal to zero contrast levels for views from this ACEC.

Approximately 294 acres (120 ha) (1.1%) of the Palisade WSA would potentially have views of the lease tract, in portions of the WSA that are between 5 and 15 mi (8 and 24 km) from the North Group. The Palisade WSA is contained almost entirely within the Palisade ONA ACEC. As a result, levels of contrasts in this area would be similar to those described for the ACEC.

The North Group would be visible from less than 1% (46 acres or 19 ha) of the Unaweep/Tabeguache Scenic and Historic Byway. Reclamation activities under this alternative would be expected to cause minimal to zero contrast levels for views from this SVRA.

**4.1.12.6.2  North Central Group.** Figure 4.1-2 shows the results of the viewshed analysis for Lease Tract 18 within the North Central Group. The following SVRAs could have views of this lease tract:

- Tabequache Wilderness Area (WA),

- Sewemup WSA, and

- Unaweep/Tabeguache Scenic and Historic Byway.

BLM_0041427

Preliminary Draft PEIS          PEIS Privileged Information          May 2012
PEIS Team Use Only                  Do Not Distribute



**FIGURE 4.1-1  Viewshed Analysis for Portions of the North Lease Group under Alternative 1**

BLM_0041428



**FIGURE 4.1-2  Viewshed Analysis for the North Central Lease Group under Alternative 1**

BLM_0041429

1   The North Central Group would be visible from portions of the Tabequache WA located
2   between 0 and 25 mi (0 and 40 km) from the lease tract . Views of Lease Tract 18 are partially or
3   fully screened by the intervening mountains and vegetation. This lease tract would be visible
4   from approximately 20.3% (1,659 acres or 670 ha) of the WA. Views of the lease tract would be
5   possible from elevated viewpoints within the WA. Views of the reclamation activities and site
6   might be limited and include existing structures and possibly equipment used for the reclamation
7   activities. Reclamation activities under Alternative 1 would be expected to cause minimal to
8   weak levels of contrasts for views from within this area.
9
10  The North Central Group would be visible from approximately 18.8% (3,691 acres or
11  1,500 ha) of the Sewemup WSA. It would be visible from portions of the WSA that are located
12  between 5 and 15 mi (8 and 24 km) of the North Central Group. Views of this lease tract from
13  the WSA are generally partially or fully screened by the intervening mountains. Visibility of this
14  portion of the North Central Group is likely from the locations within the WSA that are higher in
15  elevation than the lease tract. Views of the reclamation activities and site might be limited and
16  include existing structures and possibly equipment used for the reclamation activities.
17  Reclamation activities under this alternative would be expected to cause minimal to weak levels
18  of contrasts for views from this WSA.
19
20  The lease tracts within the North Central Group would be visible from approximately
21  23 mi (37 km) of the Unaweep/Tabeguache Scenic and Historic Byway, 6 mi (10 km) of which
22  is within 1 mi (1.6 km) of the lease tracts. Views of the reclamation activities and existing
23  infrastructure would be visible to visitors driving along the Byway. Views that were level or
24  looking down onto the lease tracts would likely have stronger levels of contrast than those that
25  were lower in elevation. As such, activities conducted under this alternative would be expected
26  to cause minimal to strong contrast levels for views from the byway; however, views from the
27  byway would be relatively short in duration, largely due to the small size of the individual lease
28  tract within the North Central Group.
29
30
31  **4.1.12.6.3  South Central Group.** Figure 4.1-3 shows the results of the viewshed
32  analysis for lease tracts within the South Central Group in which reclamation activities would
33  take place; these include Lease Tracts 5, 6, 7, 8, and 9. The following SVRAs might have views
34  of the South Central Group:
35
36  •   Tabequache WA,
37
38  •   Unaweep/Tabeguache Scenic and Historic Byway,
39
40  •   Dolores River Canyon WSA,
41
42  •   Sewemup WSA,
43
44  •   Dolores River SRMA,
45
46

BLM_0041430