*Final ULP PEIS*                    *Appendix E: ESA Consultation Correspondence, BO, and BA*

*ULP Final Biological Assessment*                                                    *May 2013*



1

2    **FIGURE 3 6  Recorded Quad Level Occurrences and Distribution of Potentially Suitable**
3    **Habitat for the Canada Lynx in the Vicinity of the ULP Lease Tracts**
4

55

1

BLM_0043001

*Final ULP PEIS*                    *Appendix E: ESA Consultation Correspondence, BO, and BA*

### 3.2.2.1 Birds

**3.2.2.1.1 Western Yellow-Billed Cuckoo.** The western yellow-billed cuckoo *(Coccyzus americanus occidentalis)* is one of two subspecies of yellow-billed cuckoo *(C. americanus)*. The western population of this species occurs in Washington, Oregon, California, Idaho, Nevada, Montana, Wyoming, Utah, Arizona, Colorado, New Mexico, Texas, British Columbia, and Mexico. The western yellow-billed cuckoo is around 12 in. (31 cm) in length, with a slender, long-tailed profile (USFWS 2009e). It is brownish above and white below, with rusty colored flight feathers. The upper mandible of the bill is black, and the lower mandible is yellow. The underside of the tail has pairs of large white spots (USFWS 2011j).

Breeding habitat for the western yellow-billed cuckoo consists of large tracts of deciduous riparian woodland, especially dense stands of cottonwood and willow; it can also include mesquite and salt-cedar in some areas. Nests are placed in dense covers of trees, shrubs, or vines; near water; and generally 5 to 42.5 ft (1.5 to 13 m) above the ground. Dense understory foliage appears to be an important factor in nest-site selection, while cottonwood trees are an important foraging habitat (USFWS 2009e). Nonbreeding habitats include various types of forest, woodland, and scrub (NatureServe 2012).

The western yellow-billed cuckoo arrives on breeding grounds in the United States from late May to June and begins fall migration to South America from August to late September (Wiggins 2005). While courting, males will often carry a food item to offer the females during copulation (Wiggins 2005). Clutch size varies from one to five eggs, and both parents build the nest, incubate the eggs, and feed the young. They feed primarily on slow-moving insects, including grasshoppers, caterpillars, and beetles (Wiggins 2005).

The western yellow-billed cuckoo historically bred throughout most of western North America, but it is now extirpated in western Canada, Washington, and Oregon and is rare and patchily distributed throughout most of the United States west of the Rocky Mountains. In western Colorado, the western yellow-billed cuckoo, which was never common in that area, appears to be disappearing (Wiggins 2005). It is estimated that there could be fewer than 2,000 breeding pairs across the entire range of the western yellow-billed cuckoo. It is estimated that this breeding population has declined by at least 90% since the end of the 19th century (NatureServe 2012).

The western yellow-billed cuckoo became a candidate for federal listing on October 30, 2001 (USFWS 2001b). The listing of this species was determined to be warranted but was precluded by higher-priority listing actions. The USFWS assigned a listing priority number of 3.

Primary threats include use of pesticides and loss or degradation of habitat due to agriculture, grazing, encroachment of invasive riparian plant species, and river management (USFWS 2001b). Potential threats to the western yellow-billed cuckoo that may be associated with mining activities include loss or fragmentation of breeding habitat due to construction of facilities or roads, noise disturbances, and impacts on riparian habitat from runoff, sedimentation, or water withdrawals.

56

1

BLM_0043002

*Final ULP PEIS*                    *Appendix E: ESA Consultation Correspondence, BO, and BA*

*ULP Final Biological Assessment*                              *May 2013*

1    According to the CNHP, the nearest recorded occurrences of the western yellow-billed
2    cuckoo are from La Plata County, Colorado, approximately 50 mi (80 km) southeast of the
3    southernmost ULP lease tracts (Figure 3-4). However, according to the CPW (2012), the species
4    is known to occur in Mesa and Montrose Counties, Colorado, as a breeding resident. According
5    to the SWReGAP habitat suitability model, potentially suitable habitat for this species does not
6    occur in the vicinity of any ULP lease tracts. However, it is possible for the species to occur
7    either as a transient or a breeding resident in riparian habitats along the Dolores and San Miguel
8    Rivers in the vicinity of the ULP lease tracts, especially where cottonwood and willow stands are
9    present. Activities associated with the ULP are not likely to directly affect the western yellow-
10   billed cuckoo because direct impacts on this species and its habitat (riparian habitats) will be
11   avoided. It has been determined that with the implementation of all mitigation measures and
12   BMPs identified in Table 2-5, uranium mining under the ULP **may affect, but is not likely to**
13   **adversely affect,** the western yellow-billed cuckoo.
14
15
16   **3.2.2.2 Mammals**
17
18
19        **3.2.2.2.1 Gunnison's Prairie Dog.** The Gunnison's prairie dog (*Cynomys gunnisoni*) is
20   a large rodent that occurs from central Colorado to central Arizona, including small portions of
21   northwest New Mexico and southeastern Utah. The species is divided into montane and prairie
22   populations, which are separated by mountain ranges that almost completely limit prairie dog
23   movement between populations. Genetic testing is currently being conducted to determine
24   whether montane and prairie Gunnison's prairie dogs are populations or subspecies
25   (USFWS 2011l). The Gunnison's prairie dog is darker overall and has less striking facial
26   markings than the white-tailed prairie dog. It reaches a length of 11.8 to 15.4 in. (30 to 39 cm)
27   and a weight of 0.6 to 3 lb (0.3 to 1.4 kg) (Seglund and Schnurr 2010). Females reproduce as
28   yearlings, while only a quarter of males reproduce as yearlings (NatureServe 2012). Polygamous
29   mating usually occurs in April and May, and one litter with an average size of six individuals
30   is produced per year (USFWS 2011l; Seglund and Schnurr 2010). Colonies consist of 50 to
31   100 individuals. Only 50% of females survive their first year, and less than 15% survive to their
32   second year. Their diet consists mainly of grasses, forbs, sedges, and shrubs, but insects are also
33   consumed. Prairie dogs can exhibit months of inactivity during winter, and individuals in some
34   parts of the range hibernate (NatureServe 2012).
35
36        Habitat requirements for the Gunnison's prairie dog include level to gently sloping (less
37   than 30%) grasslands and semi-desert or montane shrublands at elevations of 6,000 to 12,000 ft
38   (1,830 to 3,660 m) in high mountain valleys and plateaus. Burrows require well-drained soils and
39   are usually found on slopes or in hummocks (Seglund and Schnurr 2010; USFWS 2011l). The
40   montane portion of their habitat accounts for about 40% of the total potential habitat
41   (USFWS 2008a).
42
43        The Gunnison's prairie dog has experienced a long-term population decline of 30% to
44   70% rangewide. Its current distribution is estimated to be between 100 and 8,000 mi$^2$ (260 and
45   20,700 km$^2$) in Arizona, Colorado, New Mexico, and Utah (USFWS 2011l). From 1916 to 2008,
46   the habitat occupied by the Gunnison's prairie dog declined from 37,450 mi$^2$ (97,000 km$^2$) to

*57*

1

BLM_0043003

*Final ULP PEIS* *Appendix E: ESA Consultation Correspondence, BO, and BA*

1 525–772 mi$^2$ (1,360–2,000 km$^2$). Only 3.6% of potential habitat is occupied in the montane
2 portion of the range. The montane population of prairie dogs no longer has the metapopulation
3 structure necessary to recover from catastrophic events because of its small size and its isolation
4 in montane habitats (USFWS 2011l). The current total population size for prairie and montane
5 populations is estimated to be between 100,000 and 1,000,000 (NatureServe 2012).
6
7    The Gunnison's prairie dog became a candidate for federal listing on February 5, 2008
8 (USFWS 2008a). The listing of this species was determined to be warranted but was precluded
9 by higher-priority listing actions. The USFWS originally assigned a listing priority number of
10 2 to the species because threats have a high magnitude and are imminent (USFWS 2008a). On
11 December 10, 2008, the listing priority was changed to 3 because listing of the Gunnison's
12 prairie dog is warranted but precluded only in the montane region of its range within Colorado
13 and New Mexico (USFWS 2008b).
14
15    The greatest threats to the Gunnison's prairie dog are habitat loss and fragmentation,
16 overharvesting (e.g., recreational shooting), and the spread of sylvatic plague (USFWS 2010d).
17 Potential threats to the Gunnison's prairie dog that may be associated with mining activities
18 include the construction and presence of infrastructure and traffic, which could be direct sources
19 of mortality and habitat fragmentation.
20
21    According to the CNHP, the nearest recorded occurrences of the Gunnison's prairie dog
22 is from western Montrose County, Colorado, approximately 2 mi (3 km) west of the Paradox
23 lease tracts (Figure 3-7). According to the SWReGAP habitat suitability model, potentially
24 suitable habitat for the Gunnison's prairie dog may occur on or in the vicinity of all ULP lease
25 tracts. According to range data provided by the CPW Natural Diversity Information Source
26 (CPW 2011), the current Gunnison's prairie dog range intersects or is in the vicinity of the
27 Uravan, Paradox, and Slick Rock ULP lease tracts (Figure 3-7). Activities associated with the
28 ULP could directly and indirectly affect populations of the Gunnison's prairie dog through direct
29 effects, such as mortality from vehicles and construction equipment or habitat loss and
30 fragmentation, or through indirect effects, such as noise and visual impacts on behavior and the
31 spread of diseases. However, the implementation of mitigation measures and BMPs identified in
32 Table 2-5 will reduce the potential for these impacts. For these reasons, it has been determined
33 that uranium mining under the ULP **may affect, but is not likely to adversely affect,** the
34 Gunnison's prairie dog.
35
36
37    **3.2.2.2.2 North American Wolverine.** The North American wolverine *(Gulo gulo*
38 *luscus)* is a subspecies of the wolverine *(G. gulo)*, which has a holarctic range. It is the largest
39 terrestrial member of the weasel family; adult males weigh 26.5 to 40 lb (12 to 18 kg), and
40 females weigh 17.5 to 26.5 lb (8 to 12 kg). Its appearance is similar to that of a small bear; it
41 has a bushy tail; round head; short, rounded ears; small eyes; and claws used for digging and
42 climbing (USFWS 2010c). Its body is dark brown and its head is paler, and two broad yellowish
43 stripes run from its shoulders and join on the rump (NatureServe 2012).
44
45    The North American wolverine breeds at 2 years of age from late spring to early fall and
46 has an average of 3.4 kits per litter. Due to high rates of spontaneous abortion, rates of successful

*58*

1

BLM_0043004

*ULP Final Biological Assessment*          *May 2013*



1

2  FIGURE 3-7 Recorded Quad-Level Occurrences and Distribution of Potentially Suitable Habitat
3  for the Gunnison's Prairie Dog and North American Wolverine in the Vicinity of the ULP Lease
4  Tracts
5

59

1

BLM_0043005

*Final ULP PEIS*                    *Appendix E: ESA Consultation Correspondence, BO, and BA*

*ULP Final Biological Assessment*                                        *May 2013*

1   reproduction are among the lowest for mammals. Gestation lasts 30 to 40 days. Wolverines are
2   opportunistic feeders that primarily consume carrion, but they will also eat small animals, birds,
3   fruits, berries, and insects. They naturally occur at low densities, ranging from one wolverine per
4   25 mi$^2$ to one per 130 mi$^2$ (one per 65 km$^2$ to one per 337 km$^2$) (USFWS 2010c). The home
5   range of a wolverine can range from 40 to 350 mi$^2$ (100 to 900 km$^2$) (USFWS 2011m).
6
7           Habitat requirements for the North American wolverine include 5 ft (1.5 m) of snow to
8   excavate natal dens. Rocky sites, such as north-facing boulder talus and subalpine cirques in
9   forest openings above 8,200 ft (2,500 m), are selected for dens. Wolverines occur within a wide
10  variety of cold habitats that receive enough winter precipitation. Their range includes alpine,
11  boreal, and arctic habitats, such as boreal forests, tundra, and high-elevation alpine regions
12  (USFWS 2010c).
13
14          The North American wolverine occurs throughout Alaska, Canada, and high-elevation
15  habitats of Washington, Idaho, Montana, Wyoming, California, and Colorado. The current
16  population of North American wolverines in the contiguous United States is estimated to be
17  between 250 and 300 individuals, with the largest population occurring in the Northern Rocky
18  Mountains. It is believed that wolverines were entirely or nearly extirpated from the contiguous
19  United States in the first half of the twentieth century, and that now, functioning populations
20  have been reestablished in two regions: the North Cascades in Washington and the northern
21  Rocky Mountains in Idaho, Montana, and Wyoming. Wolverines are also present in the southern
22  Rocky Mountains and the Sierra Nevada Mountains, but reestablishment of populations has not
23  occurred in these areas yet (USFWS 2010c).
24
25          The North American wolverine became a candidate for federal listing on December 14,
26  2010 (USFWS 2010c). The listing of this species was determined to be warranted but was
27  precluded by higher-priority listing actions. The USFWS originally assigned a listing priority
28  number of 6 to the species because threats have a high magnitude but are not imminent
29  (USFWS 2011m).
30
31          The main threat to the North American wolverine is habitat loss due to climate change
32  (USFWS 2011m). Other threats include loss of habitat due to human activities, such as winter
33  and summer recreation, housing and industrial development, and extractive industries such as
34  logging (USFWS 2010c). Given the species' preference for high-elevation, forested areas, it is
35  unlikely that the North American wolverine will occur in areas of direct ULP activity.
36
37          According to the CNHP, the nearest recorded occurrences of the North American
38  wolverine are from southern San Miguel County, Colorado, approximately 35 mi (56 km) east of
39  the southernmost ULP lease tracts. According to the SWReGAP habitat suitability model,
40  potentially suitable habitat for the North American wolverine does not occur in the vicinity of the
41  ULP lease tracts (Figure 3-7). Given the species' preference for high-elevation forests, it is
42  unlikely that it will occur in the affected area of the ULP lease tracts. For this reason, it has been
43  determined that uranium mining under the ULP will have **no effect** on the North American
44  wolverine.
45

*60*

1

BLM_0043006

*ULP Final Biological Assessment*                                              *May 2013*

# 4 CUMULATIVE EFFECTS

Consistent with 50 CFR 402.02, for purposes of this BA, "cumulative effects" are defined as "those effects of future Tribal, State or private activities, not involving Federal activities, that are reasonably certain to occur within the action area of the Federal action subject to consultation."

Cumulative impacts result from the incremental impact of the action when added to other past, present, and reasonably foreseeable future actions, regardless of the agency (federal or nonfederal) or person that undertakes such actions. A cumulative impacts assessment accounts for both geographic (spatial) and time (temporal) considerations of past, present, and reasonably foreseeable actions. Geographic boundaries can vary by resource area, depending on the amount of time a potential impact remains in the environment, the extent to which that impact can migrate, and the magnitude of the impact. The region of influence for cumulative impacts for this analysis is defined as 50 mi (80 km) surrounding the ULP lease tracts (Figure 4-1). This area is conservatively defined to account for cumulative impacts on all ecological resources, which may extend beyond the project counties in Colorado (e.g., the Colorado River in Utah). The primary basis for including an action in the cumulative impacts analysis for this BA was whether the action will have some influence on the ecological resources in the same time and space as those affected by the implementation of the proposed action (i.e., which is to continue the ULP for the remainder of the 10-year lease period or for another reasonable period of time).

The primary uses of land within the immediate vicinity (10 mi [16 km]) of the ULP lease tract area are grazing, recreation, wildlife habitat, and uranium/vanadium exploration and development. Most of this land is managed and owned by the BLM. Most of the land that is within 50 mi (80 km) of the ULP lease tract area is owned by either the federal government or the states of Colorado or Utah. At the time of the preparation of this BA, no known large actions on BLM land are being planned.

In the analysis that follows, impacts of the proposed action are considered in combination with the impacts of past, present, and reasonably foreseeable future actions. This section begins with a description of reasonably foreseeable future actions in the area of cumulative effects (Figures 4-1 and 4-2), including those that are ongoing, under construction, or planned/proposed for future implementation.

## 4.1 REASONABLY FORESEEABLE FUTURE ACTIONS

Reasonably foreseeable future actions within the region of cumulative effects are discussed in the following sections. These actions are identified primarily from a review of the Schedule of Proposed Action for the San Juan National Forest and other relevant documents and data sources (Edge Environmental, Inc. 2009; USDA 2011b, 2012a). The actions listed are planned, under construction, or ongoing.

61

BLM_0043007

*ULP Final Biological Assessment*                                              *May 2013*



1

2    FIGURE 4-1  Region of Cumulative Impacts for the Proposed ULP

62

1

BLM_0043008

*Final ULP PEIS*                    *Appendix E: ESA Consultation Correspondence, BO, and BA*

*ULP Final Biological Assessment*                              *May 2013*



1
2   FIGURE 4-2  Uranium Mining and Oil/Gas Wells in the Region of Cumulative Impacts
3

*63*

1

*E-93*                                              *March 2014*

BLM_0043009

*ULP Final Biological Assessment*                                                    *May 2013*

1   **4.1.1 Piñon Ridge Mill**
2
3          Energy Fuels Resources Corporation has planned to construct the Piñon Ridge Mill in
4   Paradox Valley, between Naturita and Bedrock in Montrose County, Colorado. In early 2011, the
5   Colorado Department of Public Health and Environment (CDPHE) issued a final radioactive
6   materials license to Energy Fuels Resources Corporation (which is the main asset of Ontario's
7   Energy Fuels, Inc., located in Lakewood, Colorado), following CDPHE's preparation of a
8   decision analysis and environmental impact analysis (CDPHE 2011). A group of plaintiffs then
9   challenged that license by filing a lawsuit against CDPHE in Colorado's District Court for the
10  City and County of Denver. On June 13, 2012, the court issued a decision in which it held that
11  CDPHE had unlawfully issued the license without conducting the necessary administrative
12  procedures. The court set aside CDPHE's action in issuing the license, remanded the case for
13  further proceedings, and ordered CDPHE to convene an additional hearing  which was scheduled
14  for April 2013. On April 25, 2013, the CDPHE announced Energy Fuels Resources Corporation
15  has met all the regulatory requirements for a radioactive materials license for the Piñon Ridge
16  Uranium Mill in western Montrose County. Colorado State law requires the CDPHE to approve
17  applications when such requirements are met (CDPHE 2013).
18
19         If this recently approved license application results in a license that is similar to the
20  earlier license, Piñon Ridge Mill would process uranium and vanadium into uranium oxide
21  concentrate (yellowcake) and vanadium oxide concentrate, respectively, by using the solvent
22  extraction process (Energy Fuels Resources 2012a; Edge Environmental, Inc. 2009). The mill is
23  expected to process ore from five to nine mines at any one time, and feeder mines are expected
24  to change over the course of the mill's 40-year lifetime. A surge in uranium exploration, mining,
25  and permitting is anticipated if the mill is constructed, including permitting and development of
26  uranium/vanadium deposits controlled by Energy Fuels Resources (CDNR 2012; Energy Fuels
27  Resources 2009; Edge Environmental, Inc. 2009).
28
29         Piñon Ridge Mill would be constructed on approximately 400 acres (162 ha) within
30  an 880-acre (356-ha) property; the licensed (restricted) portion of the site would occupy
31  approximately 300 acres (121 ha). Facilities would consist of a stockpile pad, process buildings,
32  administration and maintenance buildings, waste management facilities (such as tailing cells and
33  evaporation ponds), and ancillary facilities. Construction is expected to last for 21 months and
34  employ 125 to 200 workers (at the peak of construction). During operations, the mill is projected
35  to employ approximately 85 people around the clock. Operations are expected to last for 40 years
36  (Edge Environmental, Inc. 2009; Energy Fuels Resources 2012a).
37
38         Host rock would be mined mostly from existing operations (owned and operated by
39  Energy Fuels Resources) throughout Colorado. Ore would be shipped to Piñon Ridge Mill,
40  stored at the ore stockpile pad, crushed and mixed with water to create a fine slurry, and leached
41  with sulfuric acid, resulting in the precipitation of uranium oxide and vanadium oxide
42  concentrates (500 tons per day). Uranium oxide concentrate would be shipped to a conversion
43  plant, while vanadium oxide concentrate would be shipped to a plant that produces ferro-
44  vanadium products (Edge Environmental, Inc. 2009).
45

*64*

1

BLM_0043010

*Final ULP PEIS*                              *Appendix E: ESA Consultation Correspondence, BO, and BA*

ULP Final Biological Assessment                                                     *May 2013*

1    In general, the proposed Piñon Ridge Mill would have a negligible to minor impact on
2    federally-listed species. There were no federally listed (threatened, endangered, proposed, or
3    candidate) species observed during wildlife surveys conducted during siting characterization.
4    Four habitats of importance to area wildlife are identified on the project site, and the developer
5    (Energy Fuels Resources) has proposed offsets to the proposed impacts. Indirect impacts could
6    occur from degradation of habitat by the facility and increased traffic. Contents of evaporation
7    ponds and tailing cells could be toxic to ecological resources, especially wildlife. No
8    jurisdictional wetlands are located at the site, and no aquatic species or habitats occur at the site.
9    Indirect impacts on vegetation could occur if the project displaced native herbivores or if
10   invasive, non-native species became established in disturbed areas. Soil disturbance, vehicle
11   traffic, and other project activities could promote the spread of invasive plants. Increased traffic
12   and erection of fences would increase the potential for collisions with and mortality of terrestrial
13   wildlife and some threatened and endangered species. Radiation dose rates to plants and animals
14   in the vicinity of the facility would be below recommended limits, and exposures from inhalation
15   would be minimal. Nonradiological impacts on biota would be minimized. Impacts on
16   sagebrush-obligate species, such as the Gunnison sage-grouse, might occur; however, these
17   impacts would be minimized through the implementation of mitigation measures and BMPs
18   similar to those identified in Table 2-5.
19
20
21   **4.1.2  Planned Uranium Exploration**
22
23         Exploration for uranium typically involves the drilling of exploration holes ranging from
24   3 to 6 in. (7.6 to 15 cm) in diameter, and it is typically accompanied by the construction of mud
25   pits (to collect drill cuttings and manage drilling fluids). Monitoring wells might also be required
26   to monitor groundwater presence, quality, and depth. Surface disturbance is typically limited. As
27   noted in Sections 2.2 and 3.1.1, uranium exploration activities are generally short-term
28   (BLM 2009b) and are not expected to have significant impacts on listed species.
29
30
31   **4.1.3  Construction of Agricultural Water Facilities (Ditch Bill Easements)**
32
33         The Colorado Ditch Bill Act of 1986 (Public Law 99-545) authorizes the Secretary of
34   Agriculture to issue permanent easements for water conveyance systems used for agricultural
35   irrigation or livestock watering. Granting easements is not a USDA discretionary decision. An
36   applicant meeting the criteria specified in the act is entitled to an easement, and the decision to
37   grant it does not constitute a federal action subject to NEPA review. However, conditions of the
38   easement (including operations and maintenance) might require NEPA review (USDA 2012b).
39   Similarly, the Moab and Monticello Ditch Bills authorize easements in Utah.
40
41         A number of Ditch Bill easement applications occurring within the Grand Mesa,
42   Uncompahgre, San Juan, and Manti-La Sal National Forest administrative areas are currently in
43   the scoping process or on hold (USDA 2012a,c,d). While the granting of the easement is
44   nondiscretionary, NEPA analysis is often performed on a group of easement applications to
45   document any environmental concerns; determine whether there is a need to establish
46   discretionary terms and conditions in an operations and maintenance plan; and protect

65

1

BLM_0043011

*ULP Final Biological Assessment*           *May 2013*

1   threatened, endangered, and sensitive species (USDA 2011c). The type and magnitude of
2   impacts from Ditch Bill easements will depend on the location and nature of the projects. In
3   many cases, a site visit and site-specific impact analysis will be necessary. Impacts
4   representative of those that could occur as a result of the implementation of terms and conditions
5   on a Ditch Bill easement include beneficial actions to improve resource conditions and habitat in
6   easement areas (e.g., the stabilization of ground to prevent erosion and reduce sedimentation in
7   downstream habitats and the control of noxious weeds) and to protect cultural resources. The
8   establishment of an operations and maintenance plan will not result in incremental adverse
9   impacts (USDA 2009).
10
11
12   **4.1.4  Other Future Projects**
13
14        Other proposed or planned nonfederal activities with the potential to contribute to
15   cumulative impacts relate to utility corridors and ROW maintenance, water use and management,
16   grazing and grazing management, and wildlife management. Some of these projects may not yet
17   have a completed environmental assessment, so environmental impacts have not been quantified.
18
19
20   **4.2  PAST AND PRESENT ACTIONS**
21
22        Some of the activities described in this section are past actions with the potential for
23   future reactivation; they are considered a past action by default.
24
25
26   **4.2.1  White Mesa Mill**
27
28        The White Mesa Mill, located 6 mi (10 km) south of Blanding, Utah, is the only
29   conventional uranium mill currently operating in the United States. The mill precipitates uranium
30   oxide concentrate (yellowcake) and vanadium oxide concentrate from host rock. It is licensed to
31   process 2,000 tons of ore per day and produce 8 million lb (3.6 million kg) of uranium oxide per
32   year. The mill is also licensed to process and reclaim uranium from alternative feed materials,
33   including uranium-bearing waste materials derived from uranium conversion, metal processing
34   facilities, and U.S. government cleanup projects. The mill began processing conventional ore in
35   2011 after years of processing only alternative feeds (Denison Mines 2012a). In 2011, the mill
36   produced approximately 1.0 million lb (0.45 million kg) of uranium oxide and 1.3 million lb
37   (0.6 million kg) of vanadium oxide (Denison Mines 2012b; EIA 2010).
38
39        The mill was originally licensed by the Nuclear Regulatory Commission to Energy Fuels
40   Resources, Inc., on August 7, 1979 (Source Materials License SUA-1358); the license was
41   renewed in 10-year increments in 1987 and 1997. The State of Utah assumed regulatory
42   oversight in 2004, and the license was reissued in 2005. Denison Mines assumed ownership of
43   the mill in 2006, and it submitted an application in 2007 for renewal of the state license (UDEQ
44   2012; Denison Mines 2012a). Denison Mines possesses 15 license amendments allowing the mill
45   to process 18 different alternative feeds (Denison Mines 2012b). At full capacity, the mill
46   employs approximately 150 people (Denison Mines 2012a). In April 2012, Energy Fuels

66

1

BLM_0043012

*Final ULP PEIS*        *Appendix E: ESA Consultation Correspondence, BO, and BA*

*ULP Final Biological Assessment*        *May 2013*

1    Resources and Denison Mines announced that all of Denison's mining assets in the United States
2    (including the White Mesa Mill) will be acquired by Energy Fuels Resources (Energy Fuels
3    Resources 2012a–e; *Denver Post* 2012). This acquisition was completed in June 2012.
4
5         Three other uranium mills exist in the United States; all have been on standby since the
6    end of 2010 (EIA 2012).
7
8         The continued operation of the White Mesa Mill could affect ecological resources. It
9    is expected that impacts from suspended particulate matter will be negligible. Construction noise
10   and increased human activity might cause wildlife to migrate away from the project vicinity.
11   Fencing around the tailings impoundment will exclude large animals, and the acidity/salinity of
12   the water will make it unattractive for waterfowl. However, no impacts on endangered plant or
13   animal species are expected (Denison Mines 2012a).
14
15
16   **4.2.2  Uranium Mining**
17
18
19        **4.2.2.1  Daneros Mine**
20
21        The Daneros project, a conventional underground mine initially proposed by Utah Energy
22   Corporation in 2008, is located in Bullseye Canyon, San Juan County, Utah. The BLM issued
23   final approval for the mine permit in May 2009 for 7 years of mine operations. The Daneros
24   Mine, which is expected to produce 500,000 lb (23,000 kg) of uranium oxide per year for
25   processing at the White Mesa Mill, is the state's first new uranium mine in 30 years. The mine
26   was acquired by Denison Mines through its acquisition of White Canyon Uranium Ltd. in 2011.
27   The Denison's United States uranium mining and milling assets were acquired by Energy Fuels
28   Resources, Inc. in mid-2012.
29
30        Anticipated adverse environmental impacts associated with the mine project include
31   radioactive dust and gas emissions, soil disturbance and vegetation clearing, water use, and the
32   displacement of desert bighorn sheep and degradation of their habitat. None of these impacts are
33   considered significant.. Additional traffic from mining operations is not expected to have a
34   noticeable impact on local roads (BLM 2009b).
35
36
37        **4.2.2.2  La Sal Mines Complex**
38
39        Denison's La Sal Mines complex is a collection of four separate, existing underground
40   uranium mines (Pandora, La Sal, Snowball, and Beaver Shaft) in the vicinity of La Sal, Utah
41   (San Juan County). The complex has been operated since the 1970s and is part of a series of
42   underground mines previously operated by Atlas Minerals and UMETCO Minerals Corporation.
43   Surface facilities are located on both private and public lands administered or managed by the
44   BLM and State of Utah (CDM 2010). As of 2012, the complex is one of two actively producing
45   mines in the state (Edge Environmental, Inc. 2009; UDNR 2012). Ore produced at the complex
46   is shipped to the White Mesa Mill for processing. Denison submitted a request in 2010 to amend

67

1

BLM_0043013

*ULP Final Biological Assessment*                                                      *May 2013*

1    its plan of operations to include the expansion of Pandora Mine, further exploration activities
2    within the complex, and the drilling of vent holes on private and public land. These activities are
3    expected to take place in three phases between 2011 and 2030.
4
5
6        **4.2.2.3  Whirlwind Mine**
7
8            Energy Fuels Resources' Whirlwind Mine is located 5 mi (8 km) southwest of Gateway
9    in Mesa County; it is in the Beaver Mining District and spans the Colorado/Utah border. The
10   mine comprises two formerly closed uranium-vanadium mines: the Urantah Decline Mine and
11   Packrat Mine. The mining claim block encompasses 4,890 acres (1,979 ha), but the mine is
12   underground and is permitted for 24 acres (10 ha) of surface disturbance. Surface facilities
13   include two portal areas containing ore stockpiles, waste-rock stockpiles, topsoil stockpiles, a
14   water treatment plant, fuel and oil storage, support buildings, monitoring areas, ventilation
15   shafts, and power drops (BLM 2008b).
16
17           The BLM completed an environmental assessment for the proposed Whirlwind Mine
18   project in 2008. Having found no significant impact on the surrounding area, the BLM
19   authorized restoration of the mine and the resumption of ore production. Energy Fuels Resources
20   completed construction of the mine in 2009 but announced late that year that the mine will be put
21   into maintenance status (BLM 2008b; Energy Fuels Resources 2012c; CDNR 2011).
22
23           The Whirlwind Mine is one of several mines expected to provide ore to the proposed
24   Piñon Ridge Mill (Edge Environmental, Inc. 2009; CDPHE 2011). Ore could also be transported
25   to the White Mesa Mill for processing. If the mine is reopened and operates at full capacity, it
26   will employ 24 workers covering three 8-hour shifts, 5 days per week. Initial ore production
27   using the room and pillar mining technique is expected to reach 100 tons per day, increasing to
28   200 tons per day as the market demand increases. The life expectancy of the mine is 10 years
29   (BLM 2008b; Energy Fuels Resources 2012c).
30
31
32       **4.2.2.4  Other Uranium Mining and Uranium Exploration**
33
34           The Uravan Mineral Belt in western Colorado includes an estimated 1,200 historic mines,
35   with production dating back to the 1890s. Total uranium ore production in Colorado was
36   estimated to be over 255,000 lb (116,000 kg) in 2005, all originating from four Cotter
37   Corporation mines in the Uravan Mineral Belt near Nucla and Naturita. The Cotter JD-7 open-pit
38   mine is adjacent to the Piñon Ridge Mill site. All four mines ceased production in
39   November 2005, partly due to high energy costs and the high cost of transporting ore to Cañon
40   City for milling. As of December 2011, Cotter was not seeking to renew its radioactive materials
41   license for the Cañon City Mill and had initiated closure of the facility (CDNR 2012).
42
43           Denison's Sunday Mine Complex began producing uranium in San Miguel County in
44   2007; ore from these mines was shipped to the White Mesa Mill near Blanding. Production at
45   these mines ceased in 2009 due to declining uranium prices, but the BLM Tres Rios Field Office
46   is currently preparing an environmental assessment for reopening the complex. Limited uranium

1

BLM_0043014

*ULP Final Biological Assessment*                                                    *May 2013*

1    production began at Bluerock Energy's J-Bird Mine in Montrose County in 2008, but production
2    ceased when the mine was transferred to Rimrock Exploration and Development. The mine
3    remains in maintenance status, and no production is anticipated in the immediate future
4    (CDNR 2011). Bluerock sought approval of a plan of operations for Cone Mountain Mine (south
5    of Gateway), but the company ceased development activity later in the same year
6    (Argus 2008a,b). The Prince Albert, Last Chance, and Return Mines may have had limited
7    production for testing within the last four years. Denison's United States uranium mining and
8    milling assets were acquired by Energy Fuels Resources, Inc. in mid-2012.
9
10          There are 33 actively permitted uranium mine projects in Colorado, and one new permit
11   is under review. No uranium production was reported from 2009 to 2011, and none of the
12   actively permitted mine projects is producing at this time. Of the 33, 24 are in maintenance
13   status, 7 are being (or have been) reclaimed, and 2 are conducting development activities. In
14   September 2011, all uranium operators were notified by the Colorado Division of Reclamation,
15   Mining and Safety of the requirement to submit an environmental protection plan, file for an
16   exemption, or commence final site reclamation by October 2012 (CDNR 2012).
17
18          There are 12 permitted uranium mines in Utah; only 2 (Daneros and La Sal) are actively
19   producing (UDNR 2012). Several former underground uranium mines are located in the Red
20   Canyon watershed (near the operating Daneros Mine) and other areas of the state that are outside
21   the region of cumulative impacts. Small, remote mining operations that have not been reclaimed
22   are not considered to be a significant human health hazard; the impacts on wildlife will be minor,
23   and low precipitation levels make it unlikely that hazardous concentrations of radioactive
24   minerals and other compounds will significantly affect local watershed characteristics
25   (BLM 2011a).
26
27          Although environmental impacts will vary for each uranium mining project, potential
28   environmental impacts from a uranium mine are described in Section 3.1.
29
30          Uranium exploration (i.e., drilling) activities are generally short-term and not expected to
31   have direct or significant cumulative environmental or public health effects, provided there are
32   no extraordinary circumstances (e.g., the presence of federally listed threatened or endangered
33   species in the vicinity of the project area; the presence of floodplains or wetlands that will be
34   affected within the project area; the presence of Wilderness Areas, Wilderness Study Areas, or
35   National Recreation Areas near the project area; the presence of Native American religious or
36   cultural sites, archaeological sites, or historic properties within the project area) (USDA 2011a).
37   Uranium exploration activities typically involve few workers, low traffic volumes, and no
38   emissions (Edge Environmental, Inc. 2009).
39
40
41   **4.2.2.5  Coal Mining**
42
43          The 20-acre (8-ha) New Horizon Mine near Nucla is a surface coal mine owned and
44   managed by Western Fuels Association, a not-for-profit, national fuel supply cooperative. The
45   mine is the exclusive coal supplier to the Nucla Station power plant (5 mi [8 km] southeast),
46   producing approximately 350,000 to 400,000 tons of coal per year (Tri-State 2012a). The coal

*69*

1

BLM_0043015

*Final ULP PEIS*        *Appendix E: ESA Consultation Correspondence, BO, and BA*

*ULP Final Biological Assessment*       *May 2013*

1  mined from the Dakota sandstone is higher in ash and sulfur content than are the types of coal
2  mined in other parts of Colorado. The mine employed 23 miners in 2007 (CDNR 2008).
3
4        As of 2010, there were no actively producing Utah coal mines within the region of
5  cumulative effects (UDNR 2011).
6
7        Other permitted activities in the region of cumulative effects include the mining of
8  sand/gravel, borrow material, sandstone, gold, and quartz/granite (over 4,650 acres or 1,880 ha),
9  as well as the mining and exploration of copper and the mining of limestone quarries
10 (BLM 2011a). The Lisbon Valley Copper Mine resumed operations after receiving BLM
11 approval on its revised plan of operations in 2011.
12
13
14 **4.3 CUMULATIVE IMPACTS FROM THE PROPOSED ACTION**
15
16       Potential impacts from the proposed ULP are considered in combination with impacts
17 from past, present, and reasonably foreseeable future nonfederal actions. As mentioned
18 previously, the region of influence for the cumulative impacts analysis is conservatively assumed
19 to be within a 50-mi (80-km) radius.
20
21       The impacts on federally listed species discussed in Section 3 indicate the proposed ULP
22 activities are expected to have **no effect** on 8 species (clay-loving wild buckwheat, Colorado
23 hookless cactus, Debeque phacelia, Uncompahgre fritillary butterfly, greenback cutthroat trout,
24 black-footed ferret, Canada lynx, and North American wolverine) and on the designated critical
25 habitat for 5 species (clay-loving wild buckwheat, Debeque phacelia, Mexican spotted owl,
26 southwestern willow flycatcher, and Canada lynx). In addition, the proposed ULP activities **may**
27 **affect, but are not likely to adversely affect,** 5 species (Mexican spotted owl, southwestern
28 willow flycatcher, Gunnison sage-grouse, western yellow-billed cuckoo, and Gunnison's prairie
29 dog). It has been determined that ULP activites **may affect, and are likely to adversely affect**
30 the 4 Colorado River endangered fish species (bonytail, Colorado pikeminnow, humpback chub,
31 and razorback sucker) and their critical habitat. For all species, impacts would be reduced by the
32 implementation of BMPs or mitigation measures identified in Table 2-5 and determined in
33 project-specific mine plans.
34
35       The available information on the potential impacts from these various projects is
36 summarized in Sections 4.1 and 4.2; however, information for most of the projects was either not
37 available or was qualitative in nature.
38
39       The ecological evaluations accounted for measures, including compliance measures and
40 mitigation measures described in Section 2.3, to prevent or minimize any adverse impacts and
41 meet applicable federal, state, and local requirements.
42
43       With the implementation of mitigation measures and BMPs identified in Table 2-5, as
44 well as the implementation of any necessary conservation measures determined through
45 consultation with the USFWS, the potential cumulative impacts from uranium-mining-related
46 projects are not likely to jeopardize any federally listed species (including species that are

70

1

BLM_0043016

*ULP Final Biological Assessment*                                    *May 2013*

1  candidates or proposed for listing) or significantly reduce the viability of these populations in the
2  region of cumulative impacts. Cumulative effects of the ULP would not interfere with ongoing
3  USFWS recovery efforts for listed species.
4

1

BLM_0043017

ULP Final Biological Assessment                                                   May 2013

1
2
3
4
5
6
7
8
9
10
11
12
13                          This page intentionally left blank
14

72

1

BLM_0043018

*Final ULP PEIS*                    *Appendix E: ESA Consultation Correspondence, BO, and BA*

*ULP Final Biological Assessment*                                        *May 2013*

# 5 REFERENCES

AMEC Americas Limited, 2005, *Mackenzie Gas Project Effects of Noise on Wildlife*, prepared for Imperial Oil Resources Ventures Limited, July. Available at http://www.ngps.nt.ca/Upload/Proponent/Imperial%20Oil%20Resources%20Ventures%20Limited/birdfield_wildlife/Documents/Noise_Wildlife_Report_Filed.pdf. Accessed Feb. 19, 2010.

Argus (Argus Metals Corp.), 2008a, *Bluerock Updates Mining and Development Project Status of US Uranium Mining Operations*, Sept. 22. Available at http://www.bluerockresources.com/s/NewsReleases.asp?ReportID=320172&_Title=Bluerock-Updates-Mining-And-Development-Project-Status-Of-US-Uranium-Mining. Accessed Feb. 28, 2012.

Argus, 2008b, *Bluerock Receives First Ore Purchase Payment and Continues with Care and Maintenance of US Uranium Mining Operations*, Oct. 31. Available at http://www.bluerockresources.com/s/NewsReleases.asp?ReportID=326342&_Type=News-Releases&_Title=Bluerock-Receives-First-Ore-Purchase-Payment-And-Continues-With-Care-And-Ma. Accessed Feb. 28, 2012.

Arnett, E.B., et al., 2007, *Impacts of Wind Energy Facilities on Wildlife and Wildlife Habitat*, Wildlife Society Technical Review 07-2, The Wildlife Society, Bethesda, Md., Sept.

Belnap, J., et al., 2001, *Biological Soil Crusts: Ecology and Management*, Technical Reference 1730-2, U.S. Department of the Interior, Bureau of Land Management.

BIO-WEST, 2005, Colorado River Backwaters Enhancement, Species Profile Report. Submitted to the U.S. Bureau of Reclamation, Lower Colorado Region, Boulder City, Nevada. October.

BirdLife International, 2003, *Protecting Birds from Powerlines: A Practical Guide on the Risks to Birds from Electricity Transmission Facilities and How to Minimize Any Such Adverse Effects*, T-PVS/Inf (2003) 15, Convention on the Conservation of European Wildlife and Natural Habitats, Standing Committee, 23rd Meeting, Strasbourg, France Dec. 1–4. Available at http://www.coe.int/T/E/Cultural_Co-operation/Environment/Nature_and_biological_diversity/Nature_protection. Accessed Oct. 23, 2006.

BLM, 2008a, *A Review of Black-Footed Ferret Reintroduction in Northwest Colorado, 2001–2006*, Technical Note 426, Aug.

BLM, 2008b, *Decision Record, Finding of No Significant Impact, and Final Environmental Assessment for the Whirlwind Mine Uranium Mining Project*, Grand Junction Field Office, Grand Junction, Colo., and Moab Field Office, Moab, Utah, Sept. Available at http://www.blm.gov/pgdata/etc/medialib/blm/co/field_offices/grand_junction_field/PDF.Par.16552.File.dat/WhirlwinMineEAfinal.pdf. Accessed Feb. 22, 2012.

73

1

BLM_0043019

*Final ULP PEIS*          *Appendix E: ESA Consultation Correspondence, BO, and BA*

*ULP Final Biological Assessment*          *May 2013*

1   BLM, 2009a, *Draft Environmental Impact Statement—Proposed Red Cliff Mine Project*
2   *and Federal Coal Lease by Application*, Jan. 6. Available at http://www.blm.gov/co/st/en/
3   BLM_Programs/land_use_planning/rmp/red_cliff_mine/documents.html. Accessed
4   Feb. 24, 2012.
5
6   BLM, 2009b, *Decision Record, Finding of No Significant Impact, and Environmental*
7   *Assessment for the Daneros Mine Project*, Monticello Field Office, May. Available at
8   https://www.blm.gov/ut/enbb/files/Daneros__EA_FONSI_DR_revised.pdf. Accessed
9   Feb. 28, 2012.
10
11   BLM, 2010, *Sage-Grouse and Sagebrush Conservation*. Available at http://www.blm.gov/wo/
12   st/en/prog/more/sage_grouse_home2.html. Accessed Nov. 28, 2011.
13
14   BLM, 2011a, *Environmental Assessment: East Paradox LHA Grazing Permit Renewals*,
15   Uncompahgre Field Office, DOI-BLM-CO-S050-2011-0023 EA. Available at
16   http://www.blm.gov/pgdata/etc/medialib/blm/co/information/nepa/uncompahgre_field/
17   ufo_nepa_documents0.Par.26626.File.dat/11-23%20EA%20E_Paradox%20LHA%20
18   Grazing%20Permit%20Renewal.pdf. Accessed Feb. 22, 2012.
19
20   BLM, 2011b, *Northern Arizona Proposed Withdrawal Final Environmental Impact Statement*,
21   BLM/AZ/PL-11/002, U.S. Department of the Interior, Oct.
22
23   BLM, 2012, *Environmental Assessment: Dolores River Restoration Treatments*, DOI-BLM-CO-
24   S050-2012-0011 EA, Uncompahgre Field Office, March. Available at http://www.blm.gov/
25   pgdata/etc/medialib/blm/co/information/nepa/uncompahgre_field/ufo_nepa_documents0.
26   Par.39048.File.dat/12-11%20EA%20Dolores%20River Restoration.pdf. Accessed May 8, 2012.
27
28   Brown, B.T., et al., 1999, "The Influence of Weapons-Testing Noise on Bald Eagle Behavior,"
29   *Journal of Raptor Research* 33:227–232.
30
31   CDM (CDM, Inc.), 2010, *Plan of Operations Amendment, Denison Mines (USA) Corp., La Sal*
32   *Mines Complex, San Juan County, Utah*, prepared for Denison Mines (USA) Corp., Nov.
33   Available at http://www.blm.gov/pgdata/etc/medialib/blm/ut/moab_fo/La_Sal_Mines_
34   Complex_Documents.Par.78220.File.dat/La%20Sal%20Mines%20Complex%20Plan%20of
35   %20Operations.pdf. Accessed Feb. 28, 2012.
36
37   CDNR (Colorado Department of Natural Resources), 2008, *Colorado Mineral and Energy*
38   *Industry Activities, 2007*, Colorado Geological Survey. Available at http://geosurvey.state.co.us/
39   SiteCollectionDocuments/EnergyResources/MER_07_FINAL.pdf. Accessed Feb. 22, 2012.
40
41   CDNR (Colorado Department of Natural Resources), 2011, *Uranium Mining in Colorado 2011*,
42   Division of Reclamation Mining and Safety, June 13.
43
44   CDNR, 2012, *Uranium Mining in Colorado 2012*, Division of Reclamation Mining and Safety,
45   Jan. 13.
46

*74*

1

BLM_0043020

*ULP Final Biological Assessment*                                                    *May 2013*

1   CDPHE (Colorado Department of Public Health and Environment), 2011, *Energy Fuels*
2   *Resources Piñon Ridge Uranium Mill License Decision*, Radiation Program, March 7.
3
4   CDPHE, 2012a, *Integrated Water Quality Monitoring and Assessment Report, State of*
5   *Colorado*, 2012 Update to the 2010 305(b) Report, prepared pursuant to Section 303(d) and
6   Section 305(b) of the Clean Water Act, Water Quality Control Division. Available at
7   http://www.colorado.gov/cs/Satellite/CDPHE-WQCC/CBON/1251590894055. Accessed
8   Oct. 22, 2012.
9
10  CDPHE, 2012b, *Colorado's Section 303(d) List of Impaired Waters and Monitoring and*
11  *Evaluation List, Water Quality*, 2012 Update to the 2010 303(d) List, prepared pursuant to
12  Section 303(d) and Section 305(b) of the Clean Water Act, Water Quality Control Division.
13  Available at http://www.colorado.gov/cs/Satellite/CDPHE-WQCC/CBON/1251590894055.
14  Accessed Oct. 22, 2012.
15
16  CDPHE, 2013, April 25: *Piñon Ridge Uranium Mill License Application Meets State Regulatory*
17  *Requirements*, April 25. Available at http://www.colorado.gov/cs/Satellite?c=
18  Page&childpagename=CDPHE-Main%2FCBONLayout&cid=1251641879219&pagename=
19  CBONWrapper. Accessed May 6, 2013
20
21  CDWR (Colorado Division of Water Resources), 2007, *General Information about Well Permits*
22  *in Division IV*, Jan. 17.
23
24  Chapman, S.S., et al., 2006, *Ecoregions of Colorado* (color poster with map, descriptive text,
25  summary tables, and photographs; map scale 1:1,200,000), U.S. Geological Survey, Reston, Va.
26
27  CNHP (Colorado Natural Heritage Program), 2011a, *Endangered Species Act Listed Plants,*
28  *Colorado Hookless Cactus*. Available at http://www.cnhp.colostate.edu/download/
29  projects/rareplants/list.asp?list=esa. Accessed Nov. 25, 2011.
30
31  CNHP, 2011b, *Statewide Elements by Quad (July 2011)*. Available at http://www.cnhp.
32  colostate.edu/download/gis.asp#maps. Accessed April 30, 2012.
33
34  Coleman, M.A., and CNHP (Colorado Natural Heritage Program), 2007, *Life-History and*
35  *Ecology of the Greenback Cutthroat Trout*, prepared for the Greenback Cutthroat Trout
36  Recovery Program, April 26. Available at http://www.cnhp.colostate.edu/download/documents/
37  2007/GBN_Life_History-Coleman-4-26-07.pdf. Accessed Nov. 29, 2011.
38
39  Cowardin, L.M., et al., 1979, *Classification of Wetlands and Deepwater Habitats of the*
40  *United States*, FWS/OBS-79/31, U.S. Fish and Wildlife Service, Dec.
41
42  CPW (Colorado Parks and Wildlife), 2011, *Natural Diversity Information Source FTP Server*,
43  NDIS Data. Available at http://ndis.nrel.colostate.edu/ftp/index.html. Accessed May 4, 2012.
44
45  CPW, 2012, *Natural Diversity Information Source*. Available at http://ndis.nrel.colostate.edu/
46  wildlife.asp. Accessed April 17 and 30, 2012.

75

1

BLM_0043021

*ULP Final Biological Assessment*          *May 2013*

1   CSFS (Colorado State Forest Service), 2009, *Durango District 2009 Annual Report*. Available at
2   http://csfs.colostate.edu/pdfs/FINAL_Durango_AR09.pdf. Accessed Feb. 21, 2012.
3
4   Delaney, D.K., et al., 1999, "Effects of Helicopter Noise on Mexican Spotted Owls," *Journal of*
5   *Wildlife Management* 63(1):60–76. Available at http://www.rmrs.nau.edu/publications/
6   Delaney_1999b/Delaney_1999b.pdf. Accessed Aug. 13, 2009.
7
8   Denison Mines, 2012a, *White Mesa*, Toronto, Ontario. Available at http://www.denisonmines.
9   com/Document/Details/96. Accessed Feb. 21 and May 2, 2012.
10
11   Denison Mines, 2012b, *Denison Outlines 2012 Operating Plans and Releases 2011 Production*
12   *and Sales Volume*, press release, Denison Mines, Toronto, Ontario, Jan. 16. Available at
13   http://www.infomine.com/index/pr/PB148470.PDF. Accessed Feb. 21 and May 2, 2012.
14
15   Denver District Court, 2012, *Judicial Review Order, Sheep Mountain Alliance and Towns of*
16   *Telluride, and Ophir, Colorado v. Colorado Department of Public Health and Environment and*
17   *Energy Fuels Resources*, Case Number 2011CV861, June 13, 2012.
18
19   *Denver Post*, 2012, "Energy Fuels Resources to Buy Utah's White Mesa Uranium Mill,"
20   April 18. Available at http://www.denverpost.com/business/ci_20419970/energy-fuels-buy-
21   utahs-white-mesa-uranium-mill/ixzz1uB8OOibc. Accessed May 7, 2012.
22
23   DOE (U.S. Department of Energy), 2005, *Remediation of the Moab Uranium Mill Tailings,*
24   *Grand and San Juan Counties, Utah, Final Environmental Impact Statement*, DOE/EIS-0355,
25   July. Available at http://www.gjem.energy.gov/moab/eis/feis.htm. Accessed May 8, 2012.
26
27   DOI (U.S. Department of the Interior), 2012, *Final Environmental Impact Statement, Aspinall*
28   *Unit Operations*, Bureau of Reclamation, Jan. Available at http://www.usbr.gov/uc/envdocs/
29   eis/AspinallEIS/Final%20Volume%20I.pdf. Accessed Feb. 27, 2012.
30
31   Driver, C.J., 1994, *Ecotoxicity Literature Review of Selected Hanford Site Contaminants,*
32   PNL-9394, U.S. Department of Energy, Pacific Northwest Laboratory, March.
33
34   Edge Environmental, Inc., 2009, *Piñon Ridge Project Environmental Report, Montrose County,*
35   *Colorado*, prepared for Energy Fuels Resources Corporation, Lakewood, Colo., Nov. Available
36   at http://www.co.montrose.co.us/DocumentView.aspx?DID=857. Accessed Dec. 23, 2011.
37
38   EIA (Energy Information Administration), 2010, *2010 Domestic Uranium Production Report,*
39   June. Available at http://www.eia.gov/uranium/production/annual/pdf/dupr.pdf. Accessed
40   Feb. 23, 2012.
41
42   EIA, 2012, *Annual Energy Outlook 2012 with Projections to 2035*, DOE/EIA-0383(2012), June.
43
44   Energy Fuels Resources (Energy Fuels Resources Corporation), 2009, *Mine Operations Plan:*
45   *Piñon Ridge Mill Facility, Montrose County, Colorado*, Aug.
46

76

1

BLM_0043022

*Final ULP PEIS*                    *Appendix E: ESA Consultation Correspondence, BO, and BA*

1  Energy Fuels Resources, 2012a, *Piñon Ridge Mill*. Available at http://www.pinonridgemill.com/
2  index.html. Accessed Feb. 21, 2012.
3
4  Energy Fuels Resources, 2012b, *Energy Queen Mine*. Available at http://www.energyfuels.com/
5  projects/energy-queen/index.html. Accessed Feb. 24, 2012.
6
7  Energy Fuels Resources, 2012c, *Whirlwind Mine*. Available at http://www.energyfuels.com/
8  projects/whirlwind/index.html. Accessed Feb. 28, 2012.
9
10  Energy Fuels Resources, 2012d, *Piñon Ridge Mill: Schedule*. Available at http://www.
11  pinonridgemill.com/schedule.html. Accessed May 7, 2012.
12
13  Energy Fuels Resources, 2012e, *Energy Fuels Inc. and Denison Mines Corp. Announce
14  Transaction to Create Leading U.S. Uranium Company*, April 16. Available at http://www.
15  energyfuels.com/news/2012/april16-12.html. Accessed May 7, 2012.
16
17  Fleischner, T.L., 1994, "Ecological Costs of Livestock Grazing in Western North America,"
18  *Conservation Biology* 8:629–644.
19
20  Foppen, R., and R. Reijnen, 1994, "The Effects of Car Traffic on Breeding Bird Populations in
21  Woodland. II. Breeding Dispersal of Male Willow Warblers (*Phylloscopus trochilus*) in Relation
22  to the Proximity of a Highway," *Journal of Applied Ecology* 32:95–101.
23
24  Forman, R.T.T., and L.E. Alexander, 1998, "Roads and Their Major Ecological Effects," *Annual
25  Review of Ecology and Systematics* 29:207–231.
26
27  Francis, C.D., et al., 2009, "Noise Pollution Changes Avian Communities and Species
28  Interactions," *Current Biology* 19:1415–1419.
29
30  Fresques, T., 2008, *Programmatic Biological Assessment for BLM's Fluid Minerals Program
31  in Western Colorado Re: Water Depletions and Effects on the Four Endangered Big River
32  Fishes: Colorado Pikeminnow* (Ptychocheilus lucius), *Humpback Chub* (Gila cypha),
33  *Bonytail Chub* (Gila elegans), *and Razorback Sucker* (Xyrauchen texanus). Available at
34  http://westernenergyalliance.org/wp-content/uploads/uploads/Draft_OG_WD_PBA
35  5-5-08%20%282%29.pdf. Accessed Nov. 28, 2011.
36
37  Gelbard, J.L., and J. Belnap, 2003, "Roads as Conduits for Exotic Plant Invasions in a Semiarid
38  Landscape," *Conservation Biology* 17:420–432.
39
40  Gunnison Sage-Grouse Rangewide Steering Committee, 2005, *Gunnison Sage-Grouse
41  Rangewide Conservation Plan*, Colorado Division of Wildlife, Denver, Colo.
42
43  Hels, T., and E. Buchwald, 2001, "The Effect of Road Kills on Amphibian Populations,"
44  pp. 25–42 in *Proceedings of the 2001 International Conference on Ecology and Transportation*,
45  C.L. Irwin et al. (editors), Center for Transportation and the Environment, North Carolina State
46  University, Raleigh, N.C.

77

1

BLM_0043023

*ULP Final Biological Assessment*                                                    *May 2013*

Hinck, J.E., et al., 2010, "Biological Pathways of Exposure and Ecotoxicity Values for Uranium and Associated Radionuclides," Chapter D of *Hydrological, Geological, and Biological Site Characterization of Breccia Pipe Uranium Deposits in Northern Arizona*, A.E. Alpine (editor), Scientific Investigations Report 2010-5025, U.S. Department of the Interior, U.S. Geological Survey.

Hockin, D., et al., 1992, "Examination of the Effects of Disturbance on Birds with Reference to Its Importance in Ecological Assessments," *Journal of Environmental Management* 36:253–286.

Holmes, T.L., et al., 1993, "Responses of Wintering Grassland Raptors to Human Disturbance," *Wildlife Society Bulletin* 21:461–468.

Holsinger, K., 2012, *ULP PEIS; T&E Question*, e-mail from Holsinger (Uncompahgre Field Office, Montrose, Colo.) to G.M. Jones (Bureau of Land Management), Aug. 27.

Ingelfinger, F., and S. Anderson, 2004, "Passerine Response to Roads Associated with Natural Gas Extraction in a Sagebrush Steppe Habitat," *Western North American Naturalist* 64(3):385–395.

Karp, K.E., and D.R. Metzler, 2006, "Moab, Utah, UMTRA Site: The Last Large Uranium Mill Tailings Pile To Be Cleaned Up in the United States," pp. 671–682 in *Uranium in the Environment: Mining Impact and Consequences*, B.J. Merkel and A. Hasche-Berger (editors).

Knight, R.L., and D.N. Cole, 1991, "Effects of Recreational Activity on Wildlife in Wildlands," pp. 238–247 in *Transactions of the Fifty-Sixth North American Wildlife and Natural Resources Conference*, R.E. McCabe (editor), Wildlife Management Institute, Washington, D.C., March 17–22.

Knight, R.L., and J.Y. Kawashima, 1993, "Responses of Raven and Red-Tailed Hawk Populations to Linear Right-of-Ways," *Journal of Wildlife Management* 57(2):266–271.

Larkin, R.P., 1996, *Effects of Military Noise on Wildlife: A Literature Review*, Technical Report 96/21, U.S. Army Construction Engineering Research Laboratory, Champaign, Ill.

Leyda, J.D., 2011, *Ecological Effects of Uranium Mining–Colorado, USA*, Leyda Consulting, Inc. Available at http://uraniumwatch.org/doe_uraniumleasingprogram/exhibitA_LC1_ UranMine-Ecol-Effcts.110908.pdf. Accessed Nov. 28, 2011.

Lyon, A.G., and S.H. Anderson, 2003, "Potential Gas Development Impacts on Sage Grouse Nest Initiation and Movement," *Wildlife Society Bulletin* 31(2):486–491.

Metzler, D.R., et al., 2008, "Ground Water Remediation at the Moab, Utah, USA, Former Uranium-Ore Processing Site," pp. 37–44 in *Uranium Mining and Hydrogeology*, B.J. Merkel and A. Hasche-Berger (editors).

78

1

BLM_0043024

1  Mueller, G.A., 2006, *Ecology of Bonytail and Razorback Sucker and the Role of Off-Channel*
2  *Habitats in Their Recovery*, Scientific Investigations Report 2006-5065, U.S. Department of the
3  Interior, U.S. Geological Survey.
4
5  NatureServe, 2012, *NatureServe Explorer: An Online Encyclopedia of Life*, Arlington, Va.
6  Available at http://www.natureserve.org/explorer. Accessed April 17 and 30, 2012.
7
8  Piñon Ridge Mill, 2012, *The Piñon Ridge Mill.* Available at http://www.Piñonridgemill.com/
9  index.html. Accessed Feb. 21, 2012.
10
11  Red Cliff Mine, 2012, *Red Cliff Mine: EIS Schedule.* Available at http://www.redcliffmine.com/
12  schedule.htm. Accessed Feb. 22, 2012.
13
14  Reijnen, R., and R. Foppen, 1994, "The Effects of Car Traffic on Breeding Bird Populations in
15  Woodland. I. Evidence of Reduced Habitat Quality for Willow Warblers (*Phylloscopus*
16  *trochilus*) Breeding Close to a Highway," *Journal of Applied Ecology* 32:85–94.
17
18  Reijnen, R., et al., 1995, "The Effects of Car Traffic on Breeding Bird Populations in Woodland.
19  III. Reduction of Density in Relation to the Proximity of Main Roads," *Journal of Applied*
20  *Ecology* 32:187–202.
21
22  Reijnen, R., et al., 1996, "The Effects of Traffic on the Density of Breeding Birds in Dutch
23  Agricultural Grasslands," *Biological Conservation* 75:255–260.
24
25  Reijnen, R., et al., 1997, "Disturbance by Traffic of Breeding Birds: Evaluation of the Effects
26  and Considerations in Planning and Managing Road Corridors," *Biodiversity and*
27  *Conservation* 6:567–581.
28
29  Rosentreter, R., et al., 2007, *A Field Guide to Biological Soil Crusts of Western U.S. Drylands—*
30  *Common Lichens and Bryophytes*, U.S. Government Printing Office, Denver, Colo.
31
32  Salt, A.N., and T.E. Hullar, 2010, "Responses of the Ear to Low Frequency Sounds, Infrasound
33  and Wind Turbines," *Hearing Research* 268:12–21.
34
35  Sawyer, H., et al., 2006, "Winter Habitat Selection of Mule Deer before and during Development
36  of a Natural Gas Field," *Journal of Wildlife Management* 70:396–403.
37
38  Seglund, A.E., and P.M. Schnurr, 2010, *Colorado Gunnison's and White-Tailed Prairie Dog*
39  *Conservation Strategy*, Colorado Division of Wildlife, Denver, Colo.
40
41  SENES (SENES Consultants Limited), 2009, *Risk Assessment for Proposed Uranium and*
42  *Vanadium Mill at the Piñon Ridge Property*, prepared by SENES, Englewood, Colo., for Energy
43  Fuels Resources Corporation, Lakewood, Colo., Nov.
44

1

BLM_0043025

*ULP Final Biological Assessment*                                        *May 2013*

1  Strittholt, J.R., et al., 2000, *Importance of Bureau of Land Management Roadless Areas in the*
2  *Western U.S.A.*, prepared by the Conservation Biology Institute, Corvallis, Ore., for the National
3  BLM Wilderness Campaign. Available at http://www.consbio.org/cbi/projects/blm/ blm.htm.
4  Accessed Jan. 28, 2005.
5
6  UDEQ (Utah Department of Environmental Quality), 2012, *Denison/White Mesa Uranium Mill*.
7  Available at http://www.deq.utah.gov/businesses/denison/index.htm. Accessed Feb. 21, 2012.
8
9  UDNR (Utah Department of Natural Resources), 2012, *Utah Minerals Program*, Division of Oil,
10  Gas, and Mining. Available at http://linux1.ogm.utah.gov/WebStuff/wwwroot/minerals/
11  mineralsoperatorsbypermit.php. Accessed Feb. 28, 2012.
12
13  USDA (U.S. Department of Agriculture), 2008, *Gypsy Moth Management in the United States:*
14  *A Cooperative Approach*, U.S. Forest Service, June. Available at http://na.fs.fed.us/pubs/
15  detail.cfm?id=8523. Accessed Feb. 27, 2012.
16
17  USDA, 2009, *Environmental Assessment: Operation and Maintenance Plan for Manti–La Sal*
18  *National Forest Ditch Bill Easements*, U.S. Forest Service, Dec. Available at
19  http://www.fs.fed.us/r4/mantilasal/projects/ditch_bill/final_ea_122109.pdf. Accessed
20  Feb. 28, 2012.
21
22  USDA, 2011a, *Decision Memo: Kimmerle Uranium Exploration Drilling, Manti–La Sal*
23  *National Forest*, U.S. Forest Service, Sept. Available at http://a123.g.akamai.net/7/123/11558/
24  abc123/forestservic.download.akamai.com/11558/www/nepa/78849_FSPLT2_056443.pdf.
25  Accessed Feb. 28, 2012.
26
27  USDA, 2011b, *Schedule of Proposed Actions (SOPA) 10/01/2011 to 12/31/2011, San Juan*
28  *National Forest*, U.S. Forest Service, Oct. Available at http://www.fs.fed.us/sopa/components/
29  reports/sopa-110213-2011-10.html. Accessed Feb. 21, 2012.
30
31  USDA, 2011c, *Decision Memo: Agricultural Irrigation and Livestock Watering System*,
32  U.S. Forest Service, Oct. Available at http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/
33  stelprdb5343833.pdf. Accessed Feb. 28, 2012.
34
35  USDA, 2011d, *Nationwide Aerial Application of Fire Retardant on National Forest System*
36  *Land: Record of Decision*, U.S. Forest Service, Dec. Available at http://a123.g.akamai.net/7/
37  123/11558/abc123/forestservic.download.akamai.com/11558/www/nepa/71615_FSPLT2_
38  066634.pdf. Accessed Feb. 27, 2012.
39
40  USDA, 2012a, *Schedule of Proposed Actions (SOPA) 01/01/2012 to 03/31/2012, San Juan*
41  *National Forest*, U.S. Forest Service. Available at http://www.fs.fed.us/sopa/components/
42  reports/sopa-110213-2012-01.pdf. Accessed Feb. 27, 2012.
43
44  USDA, 2012b, *Colorado Ditch Bill Act*, U.S. Forest Service. Available at http://www.fs.usda.
45  gov/detail/r2/landmanagement/?cid=STELPRDB5177473. Accessed Feb. 28, 2012.
46

*80*

1

BLM_0043026

*ULP Final Biological Assessment*                                           *May 2013*

1   USDA, 2012c, *Schedule of Proposed Actions (SOPA) 01/01/2012 to 03/31/2012, Grand Mesa,*
2   *Uncompahgre and Gunnison National Forests,* U.S. Forest Service. Available at
3   http://www.fs.fed.us/sopa/components/reports/sopa-110204-2012-01.pdf. Accessed
4   Feb. 27, 2012.
5
6   USDA, 2012d, *Schedule of Proposed Actions (SOPA) 01/01/2012 to 03/31/2012, Manti-La Sal*
7   *National Forest,* U.S. Forest Service. Available at http://www.fs.fed.us/sopa/components/
8   reports/sopa-110410-2012-01.pdf. Accessed Feb. 28, 2012.
9
10  USFWS (U.S. Fish and Wildlife Service), 1978, "Endangered and Threatened Wildlife and
11  Plants, Listing of the Greenback Cutthroat Trout as a Threatened Species," *Federal*
12  *Register* 43:16343–16345.
13
14  USFWS, 1979, "Endangered and Threatened Wildlife and Plants; Determination That
15  *Sclerocactus glaucus* is a Threatened Species," *Federal Register* 44:58868–58870.
16
17  USFWS, 1980, "Determination That the Bonytail Chub (*Gila elegans*) is an Endangered
18  Species," *Federal Register* 45:27710–27713.
19
20  USFWS, 1984, "Endangered and Threatened Wildlife and Plants; Final Rule To Determine
21  *Eriogonum Pelinophilum* To Be an Endangered Species and To Designate Its Critical Habitat,"
22  *Federal Register* 49:28562–28565.
23
24  USFWS, 1988, *Black-Footed Ferret Recovery Plan,* Denver, Colo.
25
26  USFWS, 1990, *Humpback Chub Recovery Plan,* Denver, Colo. Available at http://ecos.fws.gov/
27  docs/recovery_plan/900919c.pdf. Accessed Nov. 25, 2011.
28
29  USFWS, 1991a, "Endangered and Threatened Wildlife and Plants; Uncompahgre Fritillary
30  Butterfly Determined To Be Endangered," *Federal Register* 56:28712–28717.
31
32  USFWS, 1991b, "Endangered and Threatened Wildlife and Plants; the Razorback Sucker
33  (*Xyrauchen texanus*) Determined To Be an Endangered Species," *Federal*
34  *Register* 56:54957–54967.
35
36  USFWS, 1993, "Endangered and Threatened Wildlife and Plants; Final Rule To List the
37  Mexican Spotted Owl as a Threatened Species," *Federal Register* 58:14248–14271.
38
39  USFWS, 1994a, *Uncompahgre Fritillary Butterfly Recovery Plan,* Denver, Colo. Available at
40  http://ecos.fws.gov/docs/recovery_plan/940317.pdf. Accessed Nov. 30, 2011.
41
42  USFWS, 1994b, "Endangered and Threatened Wildlife and Plants; Determination of Critical
43  Habitat for the Colorado River Endangered Fishes: Razorback Sucker, Colorado Squawfish,
44  Humpback Chub, and Bonytail Chub," *Federal Register* 59:13374–13400.
45

81

1

BLM_0043027

*ULP Final Biological Assessment*                                    *May 2013*

1  USFWS, 1997, "Endangered and Threatened Wildlife and Plants; Final Determination of Critical
2  Habitat for the Southwestern Willow Flycatcher," *Federal Register* 62:39129–39147.
3
4  USFWS, 1998, *Greenback Cutthroat Trout Recovery Plan*, Denver, Colo.
5
6  USFWS, 2000, "Endangered and Threatened Wildlife and Plants; Determination of Threatened
7  Status for the Contiguous U.S. Distinct Population Segment of the Canada Lynx and Related
8  Rule," *Federal Register* 65:16053–16086.
9
10 USFWS, 2001a, "Endangered and Threatened Wildlife and Plants; Final Designation of Critical
11 Habitat for the Mexican Spotted Owl," *Federal Register* 66:8530–8553.
12
13 USFWS, 2001b, "Endangered and Threatened Wildlife and Plants; Review of Plant and Animal
14 Species That Are Candidates or Proposed for Listing as Endangered or Threatened, Annual
15 Notice of Findings on Recycled Petitions, and Annual Description of Progress on Listing
16 Actions," *Federal Register* 66:54808–54832.
17
18 USFWS, 2002a, *Bonytail (Gila elegans) Recovery Goals: Amendment and Supplement to the
19 Bonytail Chub Recovery Plan*, Mountain-Prairie Region 6, Denver, Colo.
20
21 USFWS, 2002b, *Colorado Pikeminnow (Ptychocheilus lucius) Recovery Goals: Amendment and
22 Supplement to the Colorado Squawfish Recovery Plan*, Mountain-Prairie Region 6, Denver,
23 Colo.
24
25 USFWS, 2002c, *Humpback chub* (Gila cypha) *Recovery Goals: amendment and supplement to
26 the Humpback Chub Recovery Plan*. U.S. Fish and Wildlife Service, Mountain-Prairie
27 Region (6), Denver, Colo..
28
29 USFWS, 2002d, *Razorback Sucker (Xyrauchen texanus) Recovery Goals: Amendment and
30 Supplement to the Razorback Sucker Recovery Plan*. Prairie Region 6. Denver, Colo.
31
32 USFWS, 2002e, *Southwestern Willow Flycatcher Recovery Plan*, Region 2, Albuquerque, N.M.
33
34 USFWS, 2003, "Endangered and Threatened Wildlife and Plants; Establishment of Nonessential
35 Experimental Population Status and Reintroduction of Black-Footed Ferrets in South-Central
36 South Dakota," *Federal Register* 68:26498–26510.
37
38 USFWS, 2004, "Endangered and Threatened Wildlife and Plants; Final Designation of Critical
39 Habitat for the Mexican Spotted Owl," *Federal Register* 69:53182–53298.
40
41 USFWS, 2005a, "Endangered and Threatened Wildlife and Plants; Designation of Critical
42 Habitat for the Southwestern Willow Flycatcher (*Empidonax traillii extimus*)," *Federal
43 Register* 70:60886–61009.
44

*82*

1

BLM_0043028

*ULP Final Biological Assessment*                                    *May 2013*

1   USFWS, 2005b, *Recovery Outline: Contiguous United States Distinct Population Segment of the*
2   *Canada Lynx*, Helena, Mont. Available at http://ecos.fws.gov/docs/recovery_plan/final%
3   20draft%20Lynx%20Recovery%20Outline%209-05.pdf. Accessed Dec. 2, 2011.
4
5   USFWS, 2006a, "Endangered and Threatened Wildlife and Plants: Final Listing
6   Determination for the Gunnison Sage-Grouse as Threatened or Endangered," *Federal*
7   *Register* 71:19954–19982.
8
9   USFWS, 2006b, "Endangered and Threatened Wildlife and Plants: Designation of Critical
10  Habitat for the Contiguous United States Distinct Population Segment of the Canada Lynx,"
11  *Federal Register* 71:66008–66061.
12
13  USFWS, 2007, *The Colorado Pikeminnow and the Razorback Sucker*, San Juan River Basin
14  Recovery Implementation Program. Available at http://www.fws.gov/southwest/sjrip/
15  GB_FS.cfm. Accessed Nov. 28, 2011.
16
17  USFWS, 2008a, "Endangered and Threatened Wildlife and Plants; 12-Month Finding on a
18  Petition To List the Gunnison's Prairie Dog as Threatened or Endangered," *Federal*
19  *Register* 73:6660–6684.
20
21  USFWS, 2008b, "Endangered and Threatened Wildlife and Plants; Review of Native Species
22  That Are Candidates for Listing as Endangered or Threatened; Annual Notice of Findings on
23  Resubmitted Petitions; Annual Description of Progress on Listing Actions," *Federal*
24  *Register* 73:75176–75244.
25
26  USFWS, 2009a, *Eriogonum pelinophilum (Clay-Loving Wild Buckwheat) 5-Year Review:*
27  *Summary and Evaluation*, Grand Junction, Colo.
28
29  USFWS, 2009b, "Endangered and Threatened Wildlife and Plants: Taxonomic Change of
30  *Sclerocactus Glaucus* to Three Separate Species," *Federal Register* 74:47112–47117.
31
32  USFWS, 2009c, *Uncompahgre Fritillary Butterfly (Boloria acrocnema) 5-Year Review:*
33  *Summary and Evaluation*, Grand Junction, Colo.
34
35  USFWS, 2009d, *Greenback Cutthroat Trout (Oncorhynchus clarki stomias) 5-Year Review:*
36  *Summary and Evaluation*, Denver, Colo.
37
38  USFWS, 2009e, "Endangered and Threatened Wildlife and Plants; Review of Native Species
39  That Are Candidates for Listing as Endangered or Threatened; Annual Notice of Findings on
40  Resubmitted Petitions; Annual Description of Progress on Listing Actions," *Federal*
41  *Register* 74:57804–57878.
42
43  USFWS, 2009f, "Endangered and Threatened Wildlife and Plants; Revised Designation of
44  Critical Habitat for the Contiguous United States Distinct Population Segment of the Canada
45  Lynx," *Federal Register* 74:8616–8702.
46

*83*

1

BLM_0043029

*ULP Final Biological Assessment*                                      *May 2013*

1  USFWS, 2009g, "Endangered and Threatened Wildlife and Plants; 12-Month Finding on a
2  Petition To Change the Final Listing of the Distinct Population Segment of the Canada Lynx To
3  Include New Mexico," *Federal Register* 74:66937–66950.
4
5  USFWS, 2009h, *USFWS Block-Cleared Areas for Black-Footed Ferret Surveys in Colorado*,
6  *September 2009*, map. Available at http://www.fws.gov/mountain-prairie/species/mammals/
7  blackfootedferret/statewide_block_clearance_map_090809_final.pdf. Accessed May 2, 2012.
8
9  USFWS, 2009i, *National Wetlands Inventory*. Available at http://www.fws.gov/wetlands.
10
11 USFWS, 2009j, *Consultation Guidance for De Minimis Water Depletions in the Upper Colorado
12 River Basin*, U.S. Fish and Wildlife Service, Mountain-Prairie Region, Denver, Colorado.
13
14 USFWS, 2010a, *Recovery Outline for the Colorado Hookless Cactus (Sclerocactus glaucus)*,
15 Region 6, Denver, Colo.
16
17 USFWS, 2010b, "Endangered and Threatened Wildlife and Plants; Determination
18 for the Gunnison Sage-Grouse as a Threatened or Endangered Species," *Federal
19 Register* 75:59804–59863.
20
21 USFWS, 2010c, "Endangered and Threatened Wildlife and Plants; 12-Month Finding on a
22 Petition To List the North American Wolverine as Endangered or Threatened," *Federal
23 Register* 75:78030–78061.
24
25 USFWS, 2010d, *U.S. Fish and Wildlife Service Species Assessment and Listing Priority
26 Assignment Form, Gunnison's Prairie Dog* (Cynomys gunnisoni). Available at http://ecos.fws.
27 gov/docs/candidate/assessments/2010/r6/A0IB_V01.pdf. Accessed May 4, 2012.
28
29 USFWS, 2011a, *U.S. Fish and Wildlife Service Environmental Conservation Online System,
30 Colorado Hookless Cactus*. Available at http://ecos.fws.gov/speciesProfile/profile/
31 speciesProfile.action?spcode=Q3KI. Accessed Nov. 25, 2011.
32
33 USFWS, 2011b, "Endangered and Threatened Wildlife and Plants; Designation of Critical
34 Habitat for *Ipomopsis polyantha* (Pagosa Skyrocket), *Penstemon debilis* (Parachute
35 Beardtongue), and *Phacelia submutica* (Debeque Phacelia)," *Federal Register* 76:45078–45128.
36
37 USFWS, 2011c, "Endangered and Threatened Wildlife and Plants; Determination of Endangered
38 Status for *Ipomopsis polyantha* (Pagosa Skyrocket) and Threatened Status for *Penstemon debilis*
39 (Parachute Beardtongue) and *Phacelia submutica* (Debeque Phacelia)," *Federal
40 Register* 76:45054–45075.
41
42 USFWS, 2011d, *Species Profile: Uncompahgre Fritillary Butterfly (Boloria acrocnema)*.
43 Available at http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=I01Q.
44 Accessed Nov. 30, 2011.
45

*84*

1

BLM_0043030

*ULP Final Biological Assessment*                                        *May 2013*

1  USFWS, 2011e, *Federally Listed, Proposed and Candidate Species: Colorado River Fish*,
2  Wyoming Ecological Services. Available at http://www.fws.gov/wyominges/Pages/Species/
3  Species_Listed/CORivFish.html. Accessed Nov. 28, 2011.
4
5  USFWS, 2011f, *Species Profile: Greenback Cutthroat Trout (Oncorhynchus clarki ssp. Stomias)*.
6  Available at http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=E00F.
7  Accessed Nov. 29, 2011.
8
9  USFWS, 2011g, *Draft Recovery Plan for the Mexican Spotted Owl (Strix occidentalis lucida)*,
10 *First Revision*, Albuquerque, N.M.
11
12 USFWS, 2011h, *Species Profile: Mexican Spotted Owl (Strix occidentalis lucida)*. Available at
13 http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=B074. Accessed
14 Nov. 30, 2011.
15
16 USFWS, 2011i, *Species Profile: Southwestern Willow Flycatcher (Empidonax traillii extimus)*.
17 Available at http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=B094.
18 Accessed Nov. 28, 2011.
19
20 USFWS, 2011j, *Species Profile: Yellow-Billed Cuckoo (Coccyzus americanus)*. Available at
21 http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=B06R. Accessed
22 Nov. 25, 2011.
23
24 USFWS, 2011k, *Species Profile: Canada Lynx (Lynx canadensis)*. Available at
25 http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=A073. Accessed
26 Dec. 2, 2011.
27
28 USFWS, 2011l, "Endangered and Threatened Wildlife and Plants; Review of Native Species
29 That Are Candidates for Listing as Endangered or Threatened; Annual Notice of Findings on
30 Resubmitted Petitions; Annual Description of Progress on Listing Actions," *Federal
31 Register* 76:66370–66439.
32
33 USFWS, 2011m, *Species Profile: North American Wolverine (Gulo gulo luscus)*. Available at
34 http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=A0FA. Accessed
35 Dec. 1, 2011.
36
37 USFWS, 2012a, *Environmental Conservation Online System*. Available at http://ecos.fws.gov/
38 ecos/indexPublic.do. Accessed April 30, 2012.
39
40 USFWS, 2012b, "Endangered and Threatened Wildlife and Plants; Designation of Critical
41 Habitat for *Ipomopsis polyantha* (Pagosa Skyrocket), *Penstemon debilis* (Parachute Beardtongue),
42 and *Phacelia submutica* (DeBeque Phacelia). Revised Proposed Rule; Reopening of Comment
43 Period," *Federal Register* 77:18157–18172.
44
45 USFWS, 2012c, *Endangered Species: Black-Footed Ferret*. Available at http://www.fws.gov/
46 mountain-prairie/species/mammals/blackfootedferret/. Accessed April 18, 2012.

85

1

BLM_0043031

*ULP Final Biological Assessment*  *May 2013*

1  USFWS, 2012d, "Review of Native Species That Are Candidates for Listing as Endangered or
2  Threatened; Annual Notice of Findings on Resubmitted Petitions; Annual Description of
3  Progress on Listing Actions," *Federal Register* 77:69993–70060.
4
5  USGS (U.S. Geological Survey), 2004, *National Gap Analysis Program, Provisional Digital
6  Land Cover Map for the Southwestern United States,* Version 1.0, RS/GIS Laboratory, College
7  of Natural Resources, Utah State University.
8
9  USGS, 2007, *National Gap Analysis Program, Digital Animal-Habitat Models for the
10  Southwestern United States,* Version 1.0, Center for Applied Spatial Ecology, New Mexico
11  Cooperative Fish and Wildlife Research Unit, New Mexico State University. Available at
12  http://fws-nmcfwru.nmsu.edu/swregap/HabitatModels/default.htm. Accessed March 15, 2010,
13  and Dec. 16, 2011.
14
15  WAPA (Western Area Power Administration), 2012a, *Transmission Line Management Issues on
16  Forested Rights-of-Way: A Brief Overview.* Available at http://ww2.wapa.gov/sites/western/
17  transmission/infrastruct/Documents/Western-FS-EIS/Projectoverview.pdf. Accessed
18  Feb. 22, 2012.
19
20  WAPA, 2012b, *Proposed Project Description Summary.* Available at http://ww2.wapa.gov/
21  sites/western/transmission/infrastruct/Documents/Western-FS-EIS/projectdescription.pdf.
22  Accessed Feb. 22, 2012.
23
24  Wiggins, D., 2005, *Yellow-Billed Cuckoo* (Coccyzus americanus): *A Technical Conservation
25  Assessment,* U.S. Forest Service, Rocky Mountain Region. Available at http://www.fs.fed.us/
26  r2/projects/scp/assessments/yellowbilledcuckoo.pdf. Accessed Nov. 25, 2011.
27

*86*

1

BLM_0043032

1
2
3
4
5
6
7
8
9
10
11
12
13                                **APPENDIX F:**
14
15        **CORRESPONDENCE ASSOCIATED WITH TRIBAL AND NATIONAL**
16              **HISTORIC PRESERVATION ACT (NHPA) CONSULTATION**
17
18

BLM_0043033

1
2
3
4
5
6
7
8
9
10
11
12
13    *This page intentionally left blank*
14

BLM_0043034

1
2
**APPENDIX F:**
3
4
**CORRESPONDENCE ASSOCIATED WITH TRIBAL AND NATIONAL
HISTORIC PRESERVATION ACT (NHPA) CONSULTATION**
5
6
7       Table F-1 lists the consultation correspondence related to the ULP lease tracts discussed
8   in the ULP PEIS. Copies of the correspondence follow this table. The figure that appears on page
9   F-63 was an attachment to all the letters that were sent on September 28, 2012.
10
11
12  **TABLE F-1  Consultation Correspondence**

| Date of Letter | Page | Source | Recipient |
|---|---|---|---|
| January 9, 2012 | F-7 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | White Mesa Ute Board Chairperson |
| January 9, 2012 | F-9 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Chairwoman, Southern Ute Indian Tribe |
| January 9, 2012 | F-11 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Chairperson, Ute Business Committee, Ute Indian Tribe |
| January 9, 2012 | F-13 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | President of The Navajo Nation |
| January 9, 2012 | F-15 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Chairman of the Hopi Tribal Council |
| January 9, 2012 | F-17 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Chairman of the Ute Mountain Ute Tribe |
| May 2, 2012 | F-19 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | President of The Navajo Nation |
| May 2, 2012 | F-20 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Chairman of the Hopi Tribal Council |
| May 2, 2012 | F-21 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Chairman of the Ute Mountain Ute Tribe |
| May 2, 2012 | F-22 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | White Mesa Ute Board Chairperson |
| May 2, 2012 | F-23 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Chairman of the Southern Ute Indian Tribe |
| May 2, 2012 | F-24 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Chairperson of the Ute Business Committee, Ute Indian Tribe |

13

BLM_0043035

*Final ULP PEIS*                           *Appendix F: Tribal and NHPA Consultation Correspondence*

**TABLE F-1  (Cont.)**

| Date of Letter | Page | Source | Recipient |
|---|---|---|---|
| September 28, 2012 | F-25 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | President of the Jicarilla Apache Tribal Council |
| September 28, 2012 | F-27 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Kewa Pueblo Tribe |
| September 28, 2012 | F-29 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Acoma Tribe |
| September 28, 2012 | F-31 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo de Cochiti Tribe |
| September 28, 2012 | F-33 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Isleta Tribe |
| September 28, 2012 | F-35 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Jemez Tribe |
| September 28, 2012 | F-37 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Laguna Tribe |
| September 28, 2012 | F-39 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Nambe Tribe |
| September 28, 2012 | F-41 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Picuris Tribe |
| September 28, 2012 | F-43 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Pojoaque Tribe |
| September 28, 2012 | F-45 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of San Felipe Tribe |
| September 28, 2012 | F-47 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of San Ildefonso Tribe |
| September 28, 2012 | F-49 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Sandia Tribe |
| September 28, 2012 | F-51 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Santa Ana Tribe |
| September 28, 2012 | F-53 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Santa Clara Tribe |
| September 28, 2012 | F-55 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Taos Tribe |
| September 28, 2012 | F-57 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Tesuque Tribe |

BLM_0043036

*Final ULP PEIS*                    *Appendix F: Tribal and NHPA Consultation Correspondence*

**TABLE F-1  (Cont.)**

| Date of Letter | Page | Source | Recipient |
|---|---|---|---|
| September 28, 2012 | F-59 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Zia Tribe |
| September 28, 2012 | F-61 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Zuni Pueblo Tribe |
| November 20, 2012 | F-64 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | President of the Jicarilla Apache Tribal Council |
| November 20, 2012 | F-66 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Kewa Pueblo Tribe |
| November 20, 2012 | F-68 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Jemez Tribe |
| November 20, 2012 | F-70 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Laguna Tribe |
| November 20, 2012 | F-72 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Nambe Tribe |
| November 20, 2012 | F-74 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Picuris Tribe |
| November 20, 2012 | F-76 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Pojoaque Tribe |
| November 20, 2012 | F-78 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of San Felipe Tribe |
| November 20, 2012 | F-80 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of San Ildefonso Tribe |
| November 20, 2012 | F-82 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Sandia Tribe |
| November 20, 2012 | F-84 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Santa Ana Tribe |
| November 20, 2012 | F-86 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Taos Tribe |
| November 20, 2012 | F-88 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Tesuque Tribe |
| November 20, 2012 | F-90 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Pueblo of Zia Tribe |

BLM_0043037

*Final ULP PEIS*                    *Appendix F: Tribal and NHPA Consultation Correspondence*

**TABLE F-1  (Cont.)**

| Date of Letter | Page | Source | Recipient |
|---|---|---|---|
| November 20, 2012 | F-92 | U.S. Department of Energy, Office of Legacy Management (D.W. Geiser, Director) | Governor of the Zuni Pueblo Tribe |

1
2

BLM_0043038



**Department of Energy**
Washington, DC 20585

January 9, 2012

The Honorable Elayne Atcitty
White Mesa Ute Board Chairperson
White Mesa Ute Tribe
P.O. Box 7096
White Mesa, UT 84511

Dear Chairperson Atcitty:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of Legacy Management's (LM) interest in consulting with the White Mesa Ute Tribe on the DOE *Uranium Leasing Program (ULP) Programmatic Environmental Impact Statement (PEIS)* being conducted following the National Environmental Policy Act (NEPA). DOE- LM currently manages this uranium leasing program and administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <<http://ulpeis.anl.gov/>>.

DOE-LM has already sent a request to your office and to the Vice Chair of the White Mesa Ute Tribe asking if the agency would like to be a cooperating agency during the drafting and review of the PEIS. DOE-LM is interested in identifying the White Mesa Ute Tribe's preferences on a consultation approach for the PEIS other than participation as a NEPA cooperating agency. DOE-LM plans to incorporate the consultation activities into its schedule for issuing the PEIS. DOE-LM is in the early stages of developing the PEIS, with plans to issue a Draft PEIS in 2012 and a Final PEIS in 2013.

As summarized below, consultation activities could include staff-to-staff technical briefings, government-to-government consultations between DOE-LM senior officials and elected Tribal leaders, Tribal Government participation during the development of the Draft PEIS, or other activities that the White Mesa Ute Tribe would like to propose consistent with established policies and protocols. These approaches have been successfully used by DOE and Tribal Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Staff-to-staff technical briefings between DOE-LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS


Printed with soy ink on recycled paper

1
2
3

BLM_0043039

process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

• Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft EIS. As mentioned above, DOE-LM has already initiated this process via requests to a Tribal government agency to become a cooperating agency during the PEIS development. This agency has agreed to be a cooperating agency.

I would like to initiate a teleconference with government representatives of the White Mesa Ute Tribe to discuss consultation options. I would appreciate a response as to White Mesa Ute Tribe's interest in participating with DOE-LM in government-to-government consultation by January 31, 2012. If you would like to participate, please provide the dates of your availability in February 2012 with your response. I will send out invitations for our kick-off telephone conference call as soon as we receive this information.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, who is LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:     Thomas C. Pauling, LM
        Tony Carter, LM
        Laura Kilpatrick, LM
        Tracy Ribeiro, LM
        April Gil, LM
        Deborah Sullivan, LM
        David Conrad, CI

1
2
3

BLM_0043040



**Department of Energy**
Washington, DC 20585

January 9, 2012

The Honorable Pearl Casias
Chairwoman
Southern Ute Indian Tribe
P.O. Box 737
Ignacio, CO 81137

Dear Chairwoman Casias:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of
Legacy Management's (LM) interest in consulting with the Southern Ute Indian Tribe on
the DOE *Uranium Leasing Program (ULP) Programmatic Environmental Impact
Statement (PEIS)* being conducted following the National Environmental Policy Act
(NEPA). DOE-LM currently manages this uranium leasing program and administers
thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado.
Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to
these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page
<<http://ulpeis.anl.gov/>>.

DOE-LM has already sent a request to your office asking if the agency would like to be a
cooperating agency during the drafting and review of the PEIS. DOE-LM is interested in
identifying the Southern Ute Indian Tribe's preferences on a consultation approach for
the PEIS other than participation as a NEPA cooperating agency. DOE-LM plans to
incorporate the consultation activities into its schedule for issuing the PEIS. DOE-LM is
in the early stages of developing the PEIS, with plans to issue a Draft PEIS in 2012 and a
Final PEIS in 2013.

As summarized below, consultation activities could include staff-to-staff technical
briefings, government-to-government consultations between DOE-LM senior officials
and elected Tribal leaders, Tribal Government participation during the development of
the Draft PEIS, or other activities that the Southern Ute Indian Tribe would like to
propose consistent with established policies and protocols. These approaches have been
successfully used by DOE and Tribal Governments in developing EIS documents that
include Tribal Nation concerns and perspectives.

- Staff-to-staff technical briefings between DOE-LM and Tribal Government
  representatives can be used to share information, obtain Tribal Government input
  on technical issues, and identify possible topics for discussion during
  government-to-government consultations. Tribal officials would be welcome to
  participate in the technical briefings, although the briefings themselves would not
  be considered formal consultation.

 Printed with soy ink on recycled paper

1
2
3

BLM_0043041

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft EIS. As mentioned above, DOE-LM has already initiated this process via requests to a Tribal government agency to become a cooperating agency during the PEIS development. This agency has agreed to be a cooperating agency.

I would like to initiate a teleconference with government representatives of the Southern Ute Indian Tribe to discuss consultation options. I would appreciate a response as to Southern Ute Indian Tribe's interest in participating with DOE-M in government-to-government consultation by January 31, 2012. If you would like to participate, please provide the dates of your availability in February 2012 with your response. I will send out invitations for our kick-off telephone conference call as soon as we receive this information.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, who is LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:     Thomas C. Pauling, LM
        Tony Carter, LM
        Laura Kilpatrick, LM
        Tracy Ribeiro, LM
        April Gil, LM
        Deborah Sullivan, LM
        David Conrad, CI
        Michael Olguin

1
2
3

BLM_0043042



**Department of Energy**
Washington, DC 20585

January 9, 2012

The Honorable Irene Cuch
Chairperson, Ute Business Committee
Ute Indian Tribe
P.O. Box 190
Fort Duchesne, UT 84026

Dear Chairperson Cuch:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of Legacy Management's (LM) interest in consulting with the Ute Indian Tribe on the DOE *Uranium Leasing Program (ULP) Programmatic Environmental Impact Statement (PEIS)* being conducted following the National Environmental Policy Act (NEPA). DOE-LM currently manages this uranium leasing program and administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <<http://ulpeis.anl.gov/>>.

DOE-LM has already sent a request to your office and to Mr. Rollie Wilson asking if the agency would like to be a cooperating agency during the drafting and review of the PEIS. DOE-LM is interested in identifying the Ute Indian Tribe's preferences on a consultation approach for the PEIS other than participation as a NEPA cooperating agency. DOE-LM plans to incorporate the consultation activities into its schedule for issuing the PEIS. DOE-LM is in the early stages of developing the PEIS, with plans to issue a Draft PEIS in 2012 and a Final PEIS in 2013.

As summarized below, consultation activities could include staff-to-staff technical briefings, government-to-government consultations between DOE-LM senior officials and elected Tribal leaders, Tribal Government participation during the development of the Draft PEIS, or other activities that the Ute Indian Tribe would like to propose consistent with established policies and protocols. These approaches have been successfully used by DOE and Tribal Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Staff-to-staff technical briefings between DOE-LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS


Printed with soy ink on recycled paper

1
2
3

BLM_0043043

process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft EIS. As mentioned above, DOE-LM has already initiated this process via requests to a Tribal government agency to become a cooperating agency during the PEIS development. This agency has agreed to be a cooperating agency.

I would like to initiate a teleconference with government representatives of the Ute Indian Tribe to discuss consultation options. I would appreciate a response as to Ute Indian Tribe's interest in participating with DOE-LM in government-to-government consultation by January 31, 2012. If you would like to participate, please provide the dates of your availability in February 2012 with your response. I will send out invitations for our kick-off telephone conference call as soon as we receive this information.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, who is LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:     Thomas C. Pauling, LM
        Tony Carter, LM
        Laura Kilpatrick, LM
        Tracy Ribeiro, LM
        April Gil, LM
        Deborah Sullivan, LM
        David Conrad, CI
        Rollie Wilson

1
2
3

BLM_0043044



**Department of Energy**
Washington, DC 20585
January 9, 2012

The Honorable Ben Shelley
President
The Navajo Nation
P.O. Box 7440
2000 Tribal Hill Drive
Window Rock, AZ 86515

Dear President Shelley:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of Legacy Management's (LM) interest in consulting with The Navajo Nation on the DOE *Uranium Leasing Program (ULP) Programmatic Environmental Impact Statement (PEIS)* being conducted following the National Environmental Policy Act (NEPA). DOE-LM currently manages this uranium leasing program and administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <<http://ulpeis.anl.gov/>>.

DOE-LM has already sent a request to your office, the Supervisory Anthropologist, and the Tribal Historic Preservation Officer asking if the agency would like to be a cooperating agency during the drafting and review of the PEIS. DOE-LM is interested in identifying the Navajo Nation's preferences on a consultation approach for the PEIS other than participation as a NEPA cooperating agency. DOE-LM plans to incorporate the consultation activities into its schedule for issuing the PEIS. DOE-LM is in the early stages of developing the PEIS, with plans to issue a Draft PEIS in 2012 and a Final PEIS in 2013.

As summarized below, consultation activities could include staff-to-staff technical briefings, government-to-government consultations between DOE-LM senior officials and elected Tribal leaders, Tribal Government participation during the development of the Draft PEIS, or other activities that the Navajo Nation would like to propose consistent with established policies and protocols. These approaches have been successfully used by DOE and Tribal Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Staff-to-staff technical briefings between DOE-LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.


Printed with soy ink on recycled paper

1
2
3

BLM_0043045

process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft EIS. As mentioned above, DOE-LM has already initiated this process via requests to a Tribal government agency to become a cooperating agency during the PEIS development. This agency has agreed to be a cooperating agency.

I would like to initiate a teleconference with government representatives of The Navajo Nation to discuss consultation options. I would appreciate a response as to The Navajo Nation's interest in participating with DOE LM in government-to-government consultation by January 31, 2012. If you would like to participate, please provide the dates of your availability in February 2012 with your response. I will send out invitations for our kick-off telephone conference call as soon as we receive this information.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, who is LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:    Thomas C. Pauling, LM
       Tony Carter, LM
       Laura Kilpatrick, LM
       Tracy Ribeiro, LM
       April Gil, LM
       Deborah Sullivan, LM
       David Conrad, CI
       Tony H. Joe, Jr.
       Dr. Alan Downer

1
2
3

BLM_0043046



**Department of Energy**
Washington, DC 20585
January 9, 2012

The Honorable Leroy Shingoitewa
Chairman
Hopi Tribal Council
P.O. Box 123
Kykotsmovi, AZ 86039

Dear Chairman Shingoitewa:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of Legacy Management's (LM) interest in consulting with the Hopi Tribal Council on the DOE *Uranium Leasing Program (ULP) Programmatic Environmental Impact Statement (PEIS)* being conducted following the National Environmental Policy Act (NEPA). DOE-LM currently manages this uranium leasing program and administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <<http://ulpeis.anl.gov/>>.

DOE-LM has already sent a request to your office and the Directors office asking if the agency would like to be a cooperating agency during the drafting and review of the PEIS. DOE-LM is interested in identifying the Hopi Tribal Council's preferences on a consultation approach for the PEIS other than participation as a NEPA cooperating agency. DOE-LM plans to incorporate the consultation activities into its schedule for issuing the PEIS. DOE-LM is in the early stages of developing the PEIS, with plans to issue a Draft PEIS in 2012 and a Final PEIS in 2013.

As summarized below, consultation activities could include staff-to-staff technical briefings, government-to-government consultations between DOE-LM senior officials and elected Tribal leaders, Tribal Government participation during the development of the Draft PEIS, or other activities that the Hopi Tribal Council would like to propose consistent with established policies and protocols. These approaches have been successfully used by DOE and Tribal Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Staff-to-staff technical briefings between DOE-LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS


Printed with soy ink on recycled paper

1
2
3

BLM_0043047

process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft EIS. As mentioned above, DOE-LM has already initiated this process via requests to a Tribal government agency to become a cooperating agency during the PEIS development. This agency has declined to be a cooperating agency.

I would like to initiate a teleconference with government representatives of the Hopi Tribal Council to discuss consultation options. I would appreciate a response as to Hopi Tribal Council's interest in participating with DOE-LM in government-to-government consultation by January 31, 2012. If you would like to participate, please provide the dates of your availability in February 2012 with your response. I will send out invitations for our kick-off telephone conference call as soon as we receive this information.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, who is LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:     Thomas C. Pauling, LM
        Tony Carter, LM
        Laura Kilpatrick, LM
        Tracy Ribeiro, LM
        April Gil, LM
        Deborah Sullivan, LM
        David Conrad, CI

1
2
3

BLM_0043048



**Department of Energy**
Washington, DC 20585

January 9, 2012

The Honorable Gary Hayes
Chairman
Ute Mountain Ute Tribe
P.O. Box JJ
Towaoc, CO 81137

Dear Chairman Hayes:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of
Legacy Management's (LM) interest in consulting with the Ute Mountain Ute Tribe
on the DOE *Uranium Leasing Program (ULP) Programmatic Environmental Impact
Statement (PEIS)* being conducted following the National Environmental Policy Act
(NEPA). DOE-LM currently manages this uranium leasing program and administers
thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado.
Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to
these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page
<<http://ulpeis.anl.gov/>>.

DOE-LM has already sent a request to your office, the Tribal Historic Preservation
Officer, and the Ute Mountain Ute Agency asking if the agency would like to be a
cooperating agency during the drafting and review of the PEIS. DOE-LM is interested in
identifying the Ute Mountain Ute Tribe's preferences on a consultation approach for the
PEIS other than participation as a NEPA cooperating agency. DOE-LM plans to
incorporate the consultation activities into its schedule for issuing the PEIS. DOE-LM is
in the early stages of developing the PEIS, with plans to issue a Draft PEIS in 2012 and a
Final PEIS in 2013.

As summarized below, consultation activities could include staff-to-staff technical
briefings, government-to-government consultations between DOE-LM senior officials
and elected Tribal leaders, Tribal Government participation during the development of
the Draft PEIS, or other activities that the Ute Mountain Ute Tribe would like to propose
consistent with established policies and protocols. These approaches have been
successfully used by DOE and Tribal Governments in developing EIS documents that
include Tribal Nation concerns and perspectives.

- Staff-to-staff technical briefings between DOE-LM and Tribal Government
  representatives can be used to share information, obtain Tribal Government input
  on technical issues, and identify possible topics for discussion during
  government-to-government consultations. Tribal officials would be welcome to
  participate in the technical briefings, although the briefings themselves would not
  be considered formal consultation.


Printed with soy ink on recycled paper

1
2
3

BLM_0043049

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft EIS. As mentioned above, DOE-LM has already initiated this process via requests to a Tribal government agency to become a cooperating agency during the PEIS development. This agency has declined to be a cooperating agency.

I would like to initiate a teleconference with government representatives of the Ute Mountain Ute Tribe to discuss consultation options. I would appreciate a response as to Ute Mountain Ute Tribe's interest in participating with DOE- LM in government-to-government consultation by January 31, 2012. If you would like to participate, please provide the dates of your availability in February 2012 with your response. I will send out invitations for our kick-off telephone conference call as soon as we receive this information.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, who is LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:     Thomas C. Pauling, LM
        Tony Carter, LM
        Laura Kilpatrick, LM
        Tracy Ribeiro, LM
        April Gil, LM
        Deborah Sullivan, LM
        David Conrad, CI

1
2

BLM_0043050



**Department of Energy**
Washington, DC 20585

MAY 0 2 2012

The Honorable Ben Shelley
President
The Navajo Nation
P.O. Box 7440
2000 Tribal Hill Drive
Window Rock, AZ 86515

Dear President Shelley:

This letter is a follow-up to our letter dated January 9, 2012, and phone calls placed to your office on February 22, 2012, and March 7, 2012. The Department of Energy (DOE) remains interested in consultation with the Navajo Nation on the DOE *Uranium Leasing Program (ULP), Programmatic Environmental Impact Statement (PEIS)*. DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In addition to the request for consultation, we also sent letters to your office, the Supervisory Anthropologist, and the Tribal Historic Preservation Officer asking if the Tribe would be a cooperating agency during the drafting and review of the PEIS. DOE is now in the middle stages of developing the PEIS, with plans to issue a Draft PEIS in the fall of 2012 and a Final PEIS in 2013. We welcome your input and encourage your participation during the public participation portion of the NEPA process that is scheduled to commence this fall.

DOE continues to look for ways to improve the government-to-government consultation process with the Navajo Nation. We invite any suggestions or advice you might have to improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:   Tony H. Joe, Jr., Supervisory Anthropologist
      Dr. Alan Downer, Tribal Historic Preservation Officer and Department Manager
      Historic Preservation

Printed with soy ink on recycled paper

1

2



**Department of Energy**
Washington, DC 20585

MAY 0 2 2012

The Honorable Leroy Shingoitewa
Chairman
Hopi Tribal Council
P.O. Box 123
Kykotsmovi, AZ 86039

Dear Chairman Shingoitewa:

This letter is a follow-up to our letter dated January 9, 2012, and phone calls placed to your office on February 22, 2012, and March 7, 2012. The Department of Energy (DOE) remains interested in consultation with the Hopi Tribal Council on the DOE *Uranium Leasing Program (ULP), Programmatic Environmental Impact Statement (PEIS)*. DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In addition to the request for consultation, we also sent letters to your office and to the Directors Office asking if the Tribe would be a cooperating agency during the drafting and review of the PEIS. DOE is now in the middle stages of developing the PEIS, with plans to issue a Draft PEIS in the fall of 2012 and a Final PEIS in 2013. We welcome your input and encourage your participation during the public participation portion of the NEPA process that is scheduled to commence this fall.

DOE continues to look for ways to improve the government-to-government consultation process with the Hopi Tribal Council. We invite any suggestions or advice you might have to improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management



Printed with soy ink on recycled paper

1

2

BLM_0043052



**Department of Energy**
Washington, DC 20585

MAY 0 2 2012

The Honorable Gary Hayes
Chairman
Ute Mountain Ute Tribe
P.O. Box JJ
Towaoc, CO 81137

Dear Chairman Hayes:

This letter is a follow-up to our letter dated January 9, 2012, and phone calls placed to your office on February 22, 2012, and March 7, 2012. The Department of Energy (DOE) remains interested in consultation with the Ute Mountain Ute Tribe on the DOE *Uranium Leasing Program (ULP), Programmatic Environmental Impact Statement (PEIS)*. DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In addition to the request for consultation, we also sent letters to your office, to the Tribal Historic Preservation Officer, and to the Ute Mountain Ute Agency asking if the Tribe would be a cooperating agency during the drafting and review of the PEIS. DOE is now in the middle stages of developing the PEIS, with plans to issue a Draft PEIS in the fall of 2012 and a Final PEIS in 2013. We welcome your input and encourage your participation during the public participation portion of the NEPA process that is scheduled to commence this fall.

DOE continues to look for ways to improve the government-to-government consultation process with the Ute Mountain Ute Tribe. We invite any suggestions or advice you might have to improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:    Terry Knight, Tribal Historic Preservation Officer
        Priscilla Bancroft, Superintendent, Ute Mountain Ute Agency

Printed with soy ink on recycled paper

1

2

BLM_0043053



**Department of Energy**
Washington, DC 20585

MAY 0 2 2012

The Honorable Elayne Atcitty
White Mesa Ute Board Chairperson
White Mesa Ute Tribe
P.O. Box 7096
White Mesa, UT 84511

Dear Chairperson Atcitty:

This letter is a follow-up to our letter dated January 9, 2012, and phone calls placed to your office on February 22, 2012, and March 7, 2012. The Department of Energy (DOE) remains interested in consultation with the White Mesa Ute Tribe on the DOE *Uranium Leasing Program (ULP), Programmatic Environmental Impact Statement (PEIS)*. DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In addition to the request for consultation, we also sent letters to your office and to the Vice Chair of the White Mesa Ute Tribe asking if the Tribe would be a cooperating agency during the drafting and review of the PEIS. DOE is now in the middle stages of developing the PEIS, with plans to issue a Draft PEIS in the fall of 2012 and a Final PEIS in 2013. We welcome your input and encourage your participation during the public participation portion of the NEPA process that is scheduled to commence this fall.

DOE continues to look for ways to improve the government-to-government consultation process with the White Mesa Ute Tribe. We invite any suggestions or advice you might have to improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

Printed with soy ink on recycled paper

1

2

BLM_0043054



**Department of Energy**
Washington, DC 20585

MAY 0 2 2012

The Honorable Jimmy R. Newton, Jr.
Chairman
Southern Ute Indian Tribe
P.O. Box 737
Ignacio, CO 81137

Dear Chairman Newton:

This letter is a follow-up to our letter dated January 9, 2012, and phone calls placed to your office on February 22, 2012, and March 7, 2012. The Department of Energy (DOE) remains interested in consultation with the Southern Ute Indian Tribe on the DOE *Uranium Leasing Program (ULP), Programmatic Environmental Impact Statement (PEIS).* DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In addition to the request for consultation, we also sent letters to your office asking if the Tribe would be a cooperating agency during the drafting and review of the PEIS. DOE is now in the middle stages of developing the PEIS, with plans to issue a Draft PEIS in the fall of 2012 and a Final PEIS in 2013. We welcome your input and encourage your participation during the public participation portion of the NEPA process that is scheduled to commence this fall.

DOE continues to look for ways to improve the government-to-government consultation process with the Southern Ute Indian Tribe. We invite any suggestions or advice you might have to improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:   Michael Olguin, Vice Chair, Southern Ute Indian Tribe


Printed with soy ink on recycled paper

1

2

BLM_0043055



**Department of Energy**
Washington, DC 20585

**MAY 0 2 2012**

The Honorable Irene Thompson
Chairperson
Ute Business Committee
Ute Indian Tribe
P.O. Box 190
Fort Duchesne, UT 84026

Dear Chairperson Thompson:

This letter is a follow-up to our letter dated January 9, 2012, and phone calls placed to
your office on February 22, 2012, and March 7, 2012. The Department of Energy (DOE)
remains interested in consultation with the Ute Indian Tribe on the DOE *Uranium
Leasing Program (ULP), Programmatic Environmental Impact Statement (PEIS)*. DOE
currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in
southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under
lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed
on the dedicated web page <http://ulpeis.anl.gov/>.

In addition to the request for consultation, we also sent letters to your office and to Mr.
Rollie Wilson of the Ute Indian Tribe asking if the Tribe would be a cooperating agency
during the drafting and review of the PEIS. DOE is now in the middle stages of
developing the PEIS, with plans to issue a Draft PEIS in the fall of 2012 and a Final PEIS
in 2013. We welcome your input and encourage your participation during the public
participation portion of the NEPA process that is scheduled to commence this fall.

DOE continues to look for ways to improve the government-to-government consultation
process with the Ute Indian Tribe. We invite any suggestions or advice you might have
to improve this process. If you have any questions concerning the ULP PEIS, please do
not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my
headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:   Rollie Wilson, Ute Indian Tribe, Fredericks, Peebles & Morgan, LLP

Printed with soy ink on recycled paper

1

2

BLM_0043056



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Levi Pestata
President
Jicarilla Apache Tribal Council
P.O. Box 507
Dulce, NM 87528

Dear President Pestata:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of
Legacy Management's (LM) interest in consulting with the Jicarilla Apache Tribal
Council on the DOE Uranium Leasing Program (ULP) Programmatic Environmental
Impact Statement (PEIS) being conducted in accordance with the National Environmental
Policy Act (NEPA). A PEIS evaluates the environmental impacts of broad agency
actions, such as those that may be associated with the ULP. Under the ULP, the DOE
administers tracts of land for the exploration, development, and extraction of uranium and
vanadium ores. The DOE's ULP includes tracts of land located in Mesa, Montrose, and
San Miguel counties in western Colorado that cover a cumulative area of approximately
25,000 acres. Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the
ULP PEIS website at http://ulpeis.anl.gov/. DOE LM has already begun the NEPA
process for the PEIS by having public scoping meetings and completing the initial,
internal draft of the PEIS. Currently, DOE LM is addressing comments by cooperating
agencies provided during the internal review of the draft PEIS. The Bureau of Land
Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field
Office. Based on the BLM's previous activities in the areas around the ULP lease tracts
and their knowledge of ancestral range of tribes connected with the Mesa Verde region,
the BLM identified the Jicarilla Apache Tribal Council Tribe as a group that we should
contact for tribal consultation.

DOE LM would like to invite you into the process at this point and is interested in
identifying the Jicarilla Apache Tribal Council Tribe's preferences on a consultation
approach for the PEIS. DOE LM plans to incorporate the consultation activities into its
schedule for issuing the PEIS. DOE LM is in the early stages of developing the PEIS,
with plans to issue a Draft PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior
officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal
Government participation during the development of the Draft PEIS, or other activities
that the Jicarilla Apache Tribal Council Tribe would like to propose consistent with
established policies and protocols. These approaches have been successfully used by


Printed with soy ink on recycled paper

1
2

BLM_0043057

DOE and Tribal Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Jicarilla Apache Tribal Council Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Jicarilla Apache Tribal Council Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:     Gifford Velarde, Director, Office of Cultural Indian Affairs
        Dr. Jeff Blythe, THPO, Office of Cultural Indian Affairs
        Thomas C. Pauling, LM
        Tony Carter, LM
        Ray Plieness, LM
        Tracy Ribeiro, LM
        David Conrad, CI

1
2

BLM_0043058



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Sisto Quintana
Governor
Kewa Pueblo Tribe
P.O. Box 99
Santo Domingo Pueblo, NM 87052

Dear Governor Quintana:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of
Legacy Management's (LM) interest in consulting with the Kewa Pueblo Tribe on the
DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact Statement
(PEIS) being conducted in accordance with the National Environmental Policy Act
(NEPA). A PEIS evaluates the environmental impacts of broad agency actions, such as
those that may be associated with the ULP. Under the ULP, the DOE administers tracts
of land for the exploration, development, and extraction of uranium and vanadium ores.
The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel
counties in western Colorado that cover a cumulative area of approximately 25,000 acres.
Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the
ULP PEIS website at http://ulpeis.anl.gov/. DOE LM has already begun the NEPA
process for the PEIS by having public scoping meetings and completing the initial,
internal draft of the PEIS. Currently, DOE LM is addressing comments by cooperating
agencies provided during the internal review of the draft PEIS. The Bureau of Land
Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field
Office. Based on the BLM's previous activities in the areas around the ULP lease tracts
and their knowledge of ancestral range of tribes connected with the Mesa Verde region,
the BLM identified the Kewa Pueblo Tribe as a group that we should contact for tribal
consultation.

DOE LM would like to invite you into the process at this point and is interested in
identifying the Kewa Pueblo Tribe's preferences on a consultation approach for the PEIS.
DOE LM plans to incorporate the consultation activities into its schedule for issuing the
PEIS. DOE LM is in the early stages of developing the PEIS, with plans to issue a Draft
PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior
officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal
Government participation during the development of the Draft PEIS, or other activities
that the Kewa Pueblo Tribe would like to propose consistent with established policies and
protocols. These approaches have been successfully used by DOE and Tribal


Printed with soy ink on recycled paper

1
2

BLM_0043059

Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Kewa Pueblo Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Kewa Pueblo Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:     Thomas C. Pauling, LM
        Tony Carter, LM
        Ray Plieness, LM
        Tracy Ribeiro, LM
        David Conrad, CI

1
2

BLM_0043060



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Randall Vicente
Governor
Pueblo of Acoma Tribe
P.O. Box 309
Acoma, NM 87034

Dear Governor Vicente:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of
Legacy Management's (LM) interest in consulting with the Pueblo of Acoma Tribe on
the DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact
Statement (PEIS) being conducted in accordance with the National Environmental Policy
Act (NEPA). A PEIS evaluates the environmental impacts of broad agency actions, such
as those that may be associated with the ULP. Under the ULP, the DOE administers
tracts of land for the exploration, development, and extraction of uranium and vanadium
ores. The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel
counties in western Colorado that cover a cumulative area of approximately 25,000 acres.
Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the
ULP PEIS website at http://ulpeis.anl.gov/. DOE LM has already begun the NEPA
process for the PEIS by having public scoping meetings and completing the initial,
internal draft of the PEIS. Currently, DOE LM is addressing comments by cooperating
agencies provided during the internal review of the draft PEIS. The Bureau of Land
Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field
Office. Based on the BLM's previous activities in the areas around the ULP lease tracts
and their knowledge of ancestral range of tribes connected with the Mesa Verde region,
the BLM identified the Pueblo of Acoma Tribe as a group that we should contact for
tribal consultation.

DOE LM would like to invite you into the process at this point and is interested in
identifying the Pueblo of Acoma Tribe's preferences on a consultation approach for the
PEIS. DOE LM plans to incorporate the consultation activities into its schedule for
issuing the PEIS. DOE LM is in the early stages of developing the PEIS, with plans to
issue a Draft PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior
officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal
Government participation during the development of the Draft PEIS, or other activities
that the Pueblo of Acoma Tribe would like to propose consistent with established policies
and protocols. These approaches have been successfully used by DOE and Tribal


Printed with soy ink on recycled paper.

1
2

BLM_0043061

Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Pueblo of Acoma Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Pueblo of Acoma Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:    Theresa Pasqual, Director, Historic Preservation Office
       Thomas C. Pauling, LM
       Tony Carter, LM
       Ray Plieness, LM
       Tracy Ribeiro, LM
       David Conrad, CI

1
2

BLM_0043062



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Phillip Quintana
Governor
Pueblo de Cochiti Tribe
P.O. Box 70
Cochiti, NM  87072

Dear Governor Quintana:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of
Legacy Management's (LM) interest in consulting with the Pueblo de Cochiti Tribe on
the DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact
Statement (PEIS) being conducted in accordance with the National Environmental Policy
Act (NEPA).  A PEIS evaluates the environmental impacts of broad agency actions, such
as those that may be associated with the ULP.  Under the ULP, the DOE administers
tracts of land for the exploration, development, and extraction of uranium and vanadium
ores.  The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel
counties in western Colorado that cover a cumulative area of approximately 25,000 acres.
Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the
ULP PEIS website at http://ulpeis.anl.gov/.  DOE LM has already begun the NEPA
process for the PEIS by having public scoping meetings and completing the initial,
internal draft of the PEIS.  Currently, DOE LM is addressing comments by cooperating
agencies provided during the internal review of the draft PEIS.  The Bureau of Land
Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field
Office.  Based on the BLM's previous activities in the areas around the ULP lease tracts
and their knowledge of ancestral range of tribes connected with the Mesa Verde region,
the BLM identified the Pueblo de Cochiti Tribe as a group that we should contact for
tribal consultation.

DOE LM would like to invite you into the process at this point and is interested in
identifying the Pueblo de Cochiti Tribe's preferences on a consultation approach for the
PEIS.  DOE LM plans to incorporate the consultation activities into its schedule for
issuing the PEIS.  DOE LM is in the early stages of developing the PEIS, with plans to
issue a Draft PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior
officials and elected Tribal leaders  could include staff-to-staff technical briefings, Tribal
Government participation during the development of the Draft PEIS, or other activities
that the Pueblo de Cochiti Tribe would like to propose consistent with established
policies and protocols.  These approaches have been successfully used by DOE and



1
2

BLM_0043063

Tribal Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Pueblo de Cochiti Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Pueblo de Cochiti Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:   Vernon Garcia, NAGPRA Representative
      Thomas C. Pauling, LM
      Tony Carter, LM
      Ray Plieness, LM
      Tracy Ribeiro, LM
      David Conrad, CI

1
2

BLM_0043064



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Frank E. Lujan
Governor
Pueblo of Isleta Tribe
P.O. Box 1270
Isleta, NM 87022

Dear Governor Lujan:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of Legacy Management's (LM) interest in consulting with the Pueblo of Isleta Tribe on the DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact Statement (PEIS) being conducted in accordance with the National Environmental Policy Act (NEPA). A PEIS evaluates the environmental impacts of broad agency actions, such as those that may be associated with the ULP. Under the ULP, the DOE administers tracts of land for the exploration, development, and extraction of uranium and vanadium ores. The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel counties in western Colorado that cover a cumulative area of approximately 25,000 acres. Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the ULP PEIS website at http://ulpeis.anl.gov/. DOE LM has already begun the NEPA process for the PEIS by having public scoping meetings and completing the initial, internal draft of the PEIS. Currently, DOE LM is addressing comments by cooperating agencies provided during the internal review of the draft PEIS. The Bureau of Land Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field Office. Based on the BLM's previous activities in the areas around the ULP lease tracts and their knowledge of ancestral range of tribes connected with the Mesa Verde region, the BLM identified the Pueblo of Isleta Tribe as a group that we should contact for tribal consultation.

DOE LM would like to invite you into the process at this point and is interested in identifying the Pueblo of Isleta Tribe's preferences on a consultation approach for the PEIS. DOE LM plans to incorporate the consultation activities into its schedule for issuing the PEIS. DOE LM is in the early stages of developing the PEIS, with plans to issue a Draft PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal Government participation during the development of the Draft PEIS, or other activities that the Pueblo of Isleta Tribe would like to propose consistent with established policies and protocols. These approaches have been successfully used by DOE and Tribal


Printed with soy ink on recycled paper

1
2

BLM_0043065

Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Pueblo of Isleta Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Pueblo of Isleta Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:   Dr. Henry Walt, THPO, Pueblo of Isleta Tribe
      Stephanie Zuni, Administrator for Elders, Pueblo of Isleta Tribe
      Valentino Jaramillo, NAGPRA Contact, Cultural Affairs Committee, Pueblo of
      Isleta Tribe
      Thomas C. Pauling, LM
      Tony Carter, LM
      Ray Plieness, LM
      Tracy Ribeiro, LM
      David Conrad, CI

1
2

BLM_0043066

Case No. 1:20-cv-02484-MSK   Document 39-4   filed 04/27/21   USDC Colorado   pg 67 of 234



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Joshua Madalena
Governor
Pueblo of Jemez Tribe
P.O. Box 100
Jemez Pueblo, NM 87024

Dear Governor Madalena:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of
Legacy Management's (LM) interest in consulting with the Pueblo of Jemez Tribe on the
DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact Statement
(PEIS) being conducted in accordance with the National Environmental Policy Act
(NEPA). A PEIS evaluates the environmental impacts of broad agency actions, such as
those that may be associated with the ULP. Under the ULP, the DOE administers tracts
of land for the exploration, development, and extraction of uranium and vanadium ores.
The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel
counties in western Colorado that cover a cumulative area of approximately 25,000 acres.
Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the
ULP PEIS website at http://ulpeis.anl.gov/. DOE LM has already begun the NEPA
process for the PEIS by having public scoping meetings and completing the initial,
internal draft of the PEIS. Currently, DOE LM is addressing comments by cooperating
agencies provided during the internal review of the draft PEIS. The Bureau of Land
Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field
Office. Based on the BLM's previous activities in the areas around the ULP lease tracts
and their knowledge of ancestral range of tribes connected with the Mesa Verde region,
the BLM identified the Pueblo of Jemez Tribe as a group that we should contact for tribal
consultation.

DOE LM would like to invite you into the process at this point and is interested in
identifying the Pueblo of Jemez Tribe's preferences on a consultation approach for the
PEIS. DOE LM plans to incorporate the consultation activities into its schedule for
issuing the PEIS. DOE LM is in the early stages of developing the PEIS, with plans to
issue a Draft PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior
officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal
Government participation during the development of the Draft PEIS, or other activities
that the Pueblo of Jemez Tribe would like to propose consistent with established policies
and protocols. These approaches have been successfully used by DOE and Tribal


Printed with soy ink on recycled paper

1
2

BLM_0043067

Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Pueblo of Jemez Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Pueblo of Jemez Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:     Christopher Toya, Traditional Cultural Properties Project Manager
Thomas C. Pauling, LM
Tony Carter, LM
Ray Plieness, LM
Tracy Ribeiro, LM
David Conrad, CI

1
2

BLM_0043068



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Richard B. Luarkie
Governor
Pueblo of Laguna Tribe
P.O. Box 194
Laguna, NM 87026

Dear Governor Luarkie:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of
Legacy Management's (LM) interest in consulting with the Pueblo of Laguna Tribe on
the DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact
Statement (PEIS) being conducted in accordance with the National Environmental Policy
Act (NEPA). A PEIS evaluates the environmental impacts of broad agency actions, such
as those that may be associated with the ULP. Under the ULP, the DOE administers
tracts of land for the exploration, development, and extraction of uranium and vanadium
ores. The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel
counties in western Colorado that cover a cumulative area of approximately 25,000 acres.
Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the
ULP PEIS website at http://ulpeis.anl.gov/. DOE LM has already begun the NEPA
process for the PEIS by having public scoping meetings and completing the initial,
internal draft of the PEIS. Currently, DOE LM is addressing comments by cooperating
agencies provided during the internal review of the draft PEIS. The Bureau of Land
Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field
Office. Based on the BLM's previous activities in the areas around the ULP lease tracts
and their knowledge of ancestral range of tribes connected with the Mesa Verde region,
the BLM identified the Pueblo of Laguna Tribe as a group that we should contact for
tribal consultation.

DOE LM would like to invite you into the process at this point and is interested in
identifying the Pueblo of Laguna Tribe's preferences on a consultation approach for the
PEIS. DOE LM plans to incorporate the consultation activities into its schedule for
issuing the PEIS. DOE LM is in the early stages of developing the PEIS, with plans to
issue a Draft PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior
officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal
Government participation during the development of the Draft PEIS, or other activities
that the Pueblo of Laguna Tribe would like to propose consistent with established
policies and protocols. These approaches have been successfully used by DOE and


Printed with soy ink on recycled paper

1
2

BLM_0043069

*Final ULP PEIS*                    *Appendix F: Tribal and NHPA Consultation Correspondence*

Tribal Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Pueblo of Laguna Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Pueblo of Laguna Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:   Robert Mooney, Sr., Records, Pueblo of Laguna Tribe
      Thomas C. Pauling, LM
      Tony Carter, LM
      Ray Plieness, LM
      Tracy Ribeiro, LM
      David Conrad, CI

1
2

BLM_0043070



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Phillip A. Perez
Governor
Pueblo of Nambe Tribe
Route 1, Box 117-BB
Santa Fe, NM 87506

Dear Governor Perez:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of
Legacy Management's (LM) interest in consulting with the Pueblo of Nambe Tribe on
the DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact
Statement (PEIS) being conducted in accordance with the National Environmental Policy
Act (NEPA). A PEIS evaluates the environmental impacts of broad agency actions, such
as those that may be associated with the ULP. Under the ULP, the DOE administers
tracts of land for the exploration, development, and extraction of uranium and vanadium
ores. The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel
counties in western Colorado that cover a cumulative area of approximately 25,000 acres.
Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the
ULP PEIS website at http://ulpeis.anl.gov/. DOE LM has already begun the NEPA
process for the PEIS by having public scoping meetings and completing the initial,
internal draft of the PEIS. Currently, DOE LM is addressing comments by cooperating
agencies provided during the internal review of the draft PEIS. The Bureau of Land
Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field
Office. Based on the BLM's previous activities in the areas around the ULP lease tracts
and their knowledge of ancestral range of tribes connected with the Mesa Verde region,
the BLM identified the Pueblo of Nambe Tribe as a group that we should contact for
tribal consultation.

DOE LM would like to invite you into the process at this point and is interested in
identifying the Pueblo of Nambe Tribe's preferences on a consultation approach for the
PEIS. DOE LM plans to incorporate the consultation activities into its schedule for
issuing the PEIS. DOE LM is in the early stages of developing the PEIS, with plans to
issue a Draft PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior
officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal
Government participation during the development of the Draft PEIS, or other activities
that the Pueblo of Nambe Tribe would like to propose consistent with established policies
and protocols. These approaches have been successfully used by DOE and Tribal



1
2

BLM_0043071

Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Pueblo of Nambe Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Pueblo of Nambe Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:     Ernest Mirabal, NAGPRA Representative
        Thomas C. Pauling, LM
        Tony Carter, LM
        Ray Plieness, LM
        Tracy Ribeiro, LM
        David Conrad, CI

1
2

BLM_0043072



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Gerald Nailor
Governor
Pueblo of Picuris Tribe
P.O. Box 127
Penasco, NM 87553

Dear Governor Nailor:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of
Legacy Management's (LM) interest in consulting with the Pueblo of Picuris Tribe on the
DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact Statement
(PEIS) being conducted in accordance with the National Environmental Policy Act
(NEPA). A PEIS evaluates the environmental impacts of broad agency actions, such as
those that may be associated with the ULP. Under the ULP, the DOE administers tracts
of land for the exploration, development, and extraction of uranium and vanadium ores.
The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel
counties in western Colorado that cover a cumulative area of approximately 25,000 acres.
Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the
ULP PEIS website at http://ulpeis.anl.gov/. DOE LM has already begun the NEPA
process for the PEIS by having public scoping meetings and completing the initial,
internal draft of the PEIS. Currently, DOE LM is addressing comments by cooperating
agencies provided during the internal review of the draft PEIS. The Bureau of Land
Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field
Office. Based on the BLM's previous activities in the areas around the ULP lease tracts
and their knowledge of ancestral range of tribes connected with the Mesa Verde region,
the BLM identified the Pueblo of Picuris Tribe as a group that we should contact for
tribal consultation.

DOE LM would like to invite you into the process at this point and is interested in
identifying the Pueblo of Picuris Tribe's preferences on a consultation approach for the
PEIS. DOE LM plans to incorporate the consultation activities into its schedule for
issuing the PEIS. DOE LM is in the early stages of developing the PEIS, with plans to
issue a Draft PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior
officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal
Government participation during the development of the Draft PEIS, or other activities
that the Pueblo of Picuris Tribe would like to propose consistent with established policies
and protocols. These approaches have been successfully used by DOE and Tribal


Printed with soy ink on recycled paper

1
2

BLM_0043073

Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Pueblo of Picuris Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Pueblo of Picuris Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:     Christy Van Buren, NAGPRA Representative
        Thomas C. Pauling, LM
        Tony Carter, LM
        Ray Plieness, LM
        Tracy Ribeiro, LM
        David Conrad, CI

1
2

BLM_0043074



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable George Rivera
Governor
Pueblo of Pojoaque Tribe
78 Cities of Gold Road
Santa Fe, NM 87506

Dear Governor Rivera:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of Legacy Management's (LM) interest in consulting with the Pueblo of Pojoaque Tribe on the DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact Statement (PEIS) being conducted in accordance with the National Environmental Policy Act (NEPA). A PEIS evaluates the environmental impacts of broad agency actions, such as those that may be associated with the ULP. Under the ULP, the DOE administers tracts of land for the exploration, development, and extraction of uranium and vanadium ores. The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel counties in western Colorado that cover a cumulative area of approximately 25,000 acres. Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the ULP PEIS website at http://ulpeis.anl.gov/. DOE LM has already begun the NEPA process for the PEIS by having public scoping meetings and completing the initial, internal draft of the PEIS. Currently, DOE LM is addressing comments provided during the internal review of the draft PEIS. The Bureau of Land Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field Office. Based on the BLM's previous activities in the areas around the ULP lease tracts and their knowledge of ancestral range of tribes connected with the Mesa Verde region, the BLM identified the Pueblo of Pojoaque Tribe as a group that we should contact for tribal consultation.

DOE LM would like to invite you into the process at this point and is interested in identifying the Pueblo of Pojoaque Tribe's preferences on a consultation approach for the PEIS. DOE LM plans to incorporate the consultation activities into its schedule for issuing the PEIS. DOE LM is in the early stages of developing the PEIS, with plans to issue a Draft PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal Government participation during the development of the Draft PEIS, or other activities that the Pueblo of Pojoaque Tribe would like to propose consistent with established policies and protocols. These approaches have been successfully used by DOE and



1
2

BLM_0043075

Tribal Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Pueblo of Pojoaque Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Pueblo of Pojoaque Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:   Vernon Lujan, NAGPRA Representative
Thomas C. Pauling, LM
Tony Carter, LM
Ray Plieness, LM
Tracy Ribeiro, LM
David Conrad, CI

1
2

BLM_0043076



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Anthony Ortiz
Governor
Pueblo of San Felipe Tribe
P.O. Box 4339
San Felipe Pueblo, NM 87001

Dear Governor Ortiz:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of Legacy Management's (LM) interest in consulting with the Pueblo of San Felipe Tribe on the DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact Statement (PEIS) being conducted in accordance with the National Environmental Policy Act (NEPA). A PEIS evaluates the environmental impacts of broad agency actions, such as those that may be associated with the ULP. Under the ULP, the DOE administers tracts of land for the exploration, development, and extraction of uranium and vanadium ores. The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel counties in western Colorado that cover a cumulative area of approximately 25,000 acres. Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the ULP PEIS website at http://ulpeis.anl.gov/. DOE LM has already begun the NEPA process for the PEIS by having public scoping meetings and completing the initial, internal draft of the PEIS. Currently, DOE LM is addressing comments by cooperating agencies provided during the internal review of the draft PEIS. The Bureau of Land Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field Office. Based on the BLM's previous activities in the areas around the ULP lease tracts and their knowledge of ancestral range of tribes connected with the Mesa Verde region, the BLM identified the Pueblo of San Felipe Tribe as a group that we should contact for tribal consultation.

DOE LM would like to invite you into the process at this point and is interested in identifying the Pueblo of San Felipe Tribe's preferences on a consultation approach for the PEIS. DOE LM plans to incorporate the consultation activities into its schedule for issuing the PEIS. DOE LM is in the early stages of developing the PEIS, with plans to issue a Draft PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal Government participation during the development of the Draft PEIS, or other activities that the Pueblo of San Felipe Tribe would like to propose consistent with established policies and protocols. These approaches have been successfully used by DOE and



1
2

BLM_0043077

Tribal Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Pueblo of San Felipe Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Pueblo of San Felipe Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:   Sarah Candelaria, NAGPRA Contact, Tribal Administrator
Thomas C. Pauling, LM
Tony Carter, LM
Ray Plieness, LM
Tracy Ribeiro, LM
David Conrad, CI

BLM_0043078



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Terry Aguilar
Governor
Pueblo of San Ildefonso Tribe
Route 5, P.O. Box 315-A
Santa Fe, NM 87506

Dear Governor Aguilar:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of
Legacy Management's (LM) interest in consulting with the Pueblo of San Ildefonso Tribe
on the DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact
Statement (PEIS) being conducted in accordance with the National Environmental Policy
Act (NEPA). A PEIS evaluates the environmental impacts of broad agency actions, such
as those that may be associated with the ULP. Under the ULP, the DOE administers
tracts of land for the exploration, development, and extraction of uranium and vanadium
ores. The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel
counties in western Colorado that cover a cumulative area of approximately 25,000 acres.
Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the
ULP PEIS website at http://ulpeis.anl.gov/. DOE LM has already begun the NEPA
process for the PEIS by having public scoping meetings and completing the initial,
internal draft of the PEIS. Currently, DOE LM is addressing comments by cooperating
agencies provided during the internal review of the draft PEIS. The Bureau of Land
Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field
Office. Based on the BLM's previous activities in the areas around the ULP lease tracts
and their knowledge of ancestral range of tribes connected with the Mesa Verde region,
the BLM identified the Pueblo of San Ildefonso Tribe as a group that we should contact
for tribal consultation.

DOE LM would like to invite you into the process at this point and is interested in
identifying the Pueblo of San Ildefonso Tribe's preferences on a consultation approach
for the PEIS. DOE LM plans to incorporate the consultation activities into its schedule
for issuing the PEIS. DOE LM is in the early stages of developing the PEIS, with plans
to issue a Draft PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior
officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal
Government participation during the development of the Draft PEIS, or other activities
that the Pueblo of San Ildefonso Tribe would like to propose consistent with established
policies and protocols. These approaches have been successfully used by DOE and



1
2

BLM_0043079

Tribal Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Pueblo of San Ildefonso Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Pueblo of San Ildefonso Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:    Brain Montoya, NAGPRA Contact, Pueblo of San Ildefonso Tribe
       Thomas C. Pauling, LM
       Tony Carter, LM
       Ray Plieness, LM
       Tracy Ribeiro, LM
       David Conrad, CI

1
2

BLM_0043080



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Malcolm Montoya
Governor
Pueblo of Sandia Tribe
481 Sandia Loop
Bernalillo, NM  87004

Dear Governor Montoya:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of
Legacy Management's (LM) interest in consulting with the Pueblo of Sandia Tribe on the
DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact Statement
(PEIS) being conducted in accordance with the National Environmental Policy Act
(NEPA).  A PEIS evaluates the environmental impacts of broad agency actions, such as
those that may be associated with the ULP.  Under the ULP, the DOE administers tracts
of land for the exploration, development, and extraction of uranium and vanadium ores.
The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel
counties in western Colorado that cover a cumulative area of approximately 25,000 acres.
Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the
ULP PEIS website at http://ulpeis.anl.gov/.  DOE LM has already begun the NEPA
process for the PEIS by having public scoping meetings and completing the initial,
internal draft of the PEIS.  Currently, DOE LM is addressing comments by cooperating
agencies provided during the internal review of the draft PEIS.  The Bureau of Land
Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field
Office.  Based on the BLM's previous activities in the areas around the ULP lease tracts
and their knowledge of ancestral range of tribes connected with the Mesa Verde region,
the BLM identified the Pueblo of Sandia Tribe as a group that we should contact for
tribal consultation.

DOE LM would like to invite you into the process at this point and is interested in
identifying the Pueblo of Sandia Tribe's preferences on a consultation approach for the
PEIS.  DOE LM plans to incorporate the consultation activities into its schedule for
issuing the PEIS.  DOE LM is in the early stages of developing the PEIS, with plans to
issue a Draft PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior
officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal
Government participation during the development of the Draft PEIS, or other activities
that the Pueblo of Sandia Tribe would like to propose consistent with established policies
and protocols.  These approaches have been successfully used by DOE and Tribal



1
2

BLM_0043081

Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Pueblo of Sandia Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Pueblo of Sandia Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc: Frank Chaves, Environmental Department Director
Thomas C. Pauling, LM
Tony Carter, LM
Ray Plieness, LM
Tracy Ribeiro, LM
David Conrad, CI

1
2

BLM_0043082



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Ernest J. Lujan
Governor
Pueblo of Santa Ana Tribe
Two Dove Road
Santa Ana Pueblo, NM  87004

Dear Governor Lujan:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of
Legacy Management's (LM) interest in consulting with the Pueblo of Santa Ana Tribe on
the DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact
Statement (PEIS) being conducted in accordance with the National Environmental Policy
Act (NEPA).  A PEIS evaluates the environmental impacts of broad agency actions, such
as those that may be associated with the ULP.  Under the ULP, the DOE administers
tracts of land for the exploration, development, and extraction of uranium and vanadium
ores.  The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel
counties in western Colorado that cover a cumulative area of approximately 25,000 acres.
Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the
ULP PEIS website at http://ulpeis.anl.gov/.  DOE LM has already begun the NEPA
process for the PEIS by having public scoping meetings and completing the initial,
internal draft of the PEIS.  Currently, DOE LM is addressing comments by cooperating
agencies provided during the internal review of the draft PEIS.  The Bureau of Land
Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field
Office.  Based on the BLM's previous activities in the areas around the ULP lease tracts
and their knowledge of ancestral range of tribes connected with the Mesa Verde region,
the BLM identified the Pueblo of Santa Ana Tribe as a group that we should contact for
tribal consultation.

DOE LM would like to invite you into the process at this point and is interested in
identifying the Pueblo of Santa Ana Tribe's preferences on a consultation approach for
the PEIS.  DOE LM plans to incorporate the consultation activities into its schedule for
issuing the PEIS.  DOE LM is in the early stages of developing the PEIS, with plans to
issue a Draft PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior
officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal
Government participation during the development of the Draft PEIS, or other activities
that the Pueblo of Santa Ana Tribe would like to propose consistent with established
policies and protocols.  These approaches have been successfully used by DOE and



1
2

BLM_0043083

Tribal Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Pueblo of Santa Ana Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Pueblo of Santa Ana Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:   Ben Robbins, Tribal Resource Administrator
      Thomas C. Pauling, LM
      Tony Carter, LM
      Ray Pliencss, LM
      Tracy Ribeiro, LM
      David Conrad, CT

1
2

BLM_0043084



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Walter Dasheno
Governor
Pueblo of Santa Clara Tribe
P.O. Box 580
Espanola, NM 87532

Dear Governor Dasheno:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of
Legacy Management's (LM) interest in consulting with the Pueblo of Santa Clara Tribe
on the DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact
Statement (PEIS) being conducted in accordance with the National Environmental Policy
Act (NEPA). A PEIS evaluates the environmental impacts of broad agency actions, such
as those that may be associated with the ULP. Under the ULP, the DOE administers
tracts of land for the exploration, development, and extraction of uranium and vanadium
ores. The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel
counties in western Colorado that cover a cumulative area of approximately 25,000 acres.
Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the
ULP PEIS website at http://ulpeis.anl.gov/. DOE LM has already begun the NEPA
process for the PEIS by having public scoping meetings and completing the initial,
internal draft of the PEIS. Currently, DOE LM is addressing comments by cooperating
agencies provided during the internal review of the draft PEIS. The Bureau of Land
Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field
Office. Based on the BLM's previous activities in the areas around the ULP lease tracts
and their knowledge of ancestral range of tribes connected with the Mesa Verde region,
the BLM identified the Pueblo of Santa Clara Tribe as a group that we should contact for
tribal consultation.

DOE LM would like to invite you into the process at this point and is interested in
identifying the Pueblo of Santa Clara Tribe's preferences on a consultation approach for
the PEIS. DOE LM plans to incorporate the consultation activities into its schedule for
issuing the PEIS. DOE LM is in the early stages of developing the PEIS, with plans to
issue a Draft PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior
officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal
Government participation during the development of the Draft PEIS, or other activities
that the Pueblo of Santa Clara Tribe would like to propose consistent with established
policies and protocols. These approaches have been successfully used by DOE and



1
2

BLM_0043085

Tribal Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Pueblo of Santa Clara Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Pueblo of Santa Clara Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:     Ben Chavarria, NAGPRA Contact, Land Claims Office
        Thomas C. Pauling, LM
        Tony Carter, LM
        Ray Plieness, LM
        Tracy Ribeiro, LM
        David Conrad, CI

1
2

BLM_0043086



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Loriano B. Romero
Governor
Pueblo of Taos Tribe
P.O. Box 1846
Taos, NM 87571

Dear Governor Romero:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of
Legacy Management's (LM) interest in consulting with the Pueblo of Taos Tribe on the
DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact Statement
(PEIS) being conducted in accordance with the National Environmental Policy Act
(NEPA). A PEIS evaluates the environmental impacts of broad agency actions, such as
those that may be associated with the ULP. Under the ULP, the DOE administers tracts
of land for the exploration, development, and extraction of uranium and vanadium ores.
The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel
counties in western Colorado that cover a cumulative area of approximately 25,000 acres.
Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the
ULP PEIS website at http://ulpeis.anl.gov/. DOE LM has already begun the NEPA
process for the PEIS by having public scoping meetings and completing the initial,
internal draft of the PEIS. Currently, DOE LM is addressing comments by cooperating
agencies provided during the internal review of the draft PEIS. The Bureau of Land
Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field
Office. Based on the BLM's previous activities in the areas around the ULP lease tracts
and their knowledge of ancestral range of tribes connected with the Mesa Verde region,
the BLM identified the Pueblo of Taos Tribe as a group that we should contact for tribal
consultation.

DOE LM would like to invite you into the process at this point and is interested in
identifying the Pueblo of Taos Tribe's preferences on a consultation approach for the
PEIS. DOE LM plans to incorporate the consultation activities into its schedule for
issuing the PEIS. DOE LM is in the early stages of developing the PEIS, with plans to
issue a Draft PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior
officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal
Government participation during the development of the Draft PEIS, or other activities
that the Pueblo of Taos Tribe would like to propose consistent with established policies
and protocols. These approaches have been successfully used by DOE and Tribal



1
2

BLM_0043087

Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Pueblo of Taos Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Pueblo of Taos Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:   Gilbert Suazo Sr., Lt. Governor, Pueblo of Taos tribe
      Tina Romero, Executive Assistant
      Thomas C. Pauling, LM
      Tony Carter, LM
      Ray Plieness, LM
      Tracy Ribeiro, LM
      David Conrad, CI

1
2

BLM_0043088



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Ramos Romero
Governor
Pueblo of Tesuque Tribe
Route 42, P.O. Box 360-T
Santa Fe, NM 87506

Dear Governor Romero:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of
Legacy Management's (LM) interest in consulting with the Pueblo of Tesuque Tribe on
the DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact
Statement (PEIS) being conducted in accordance with the National Environmental Policy
Act (NEPA). A PEIS evaluates the environmental impacts of broad agency actions, such
as those that may be associated with the ULP. Under the ULP, the DOE administers
tracts of land for the exploration, development, and extraction of uranium and vanadium
ores. The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel
counties in western Colorado that cover a cumulative area of approximately 25,000 acres.
Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the
ULP PEIS website at http://ulpeis.anl.gov/. DOE LM has already begun the NEPA
process for the PEIS by having public scoping meetings and completing the initial,
internal draft of the PEIS. Currently, DOE LM is addressing comments by cooperating
agencies provided during the internal review of the draft PEIS. The Bureau of Land
Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field
Office. Based on the BLM's previous activities in the areas around the ULP lease tracts
and their knowledge of ancestral range of tribes connected with the Mesa Verde region,
the BLM identified the Pueblo of Tesuque Tribe as a group that we should contact for
tribal consultation.

DOE LM would like to invite you into the process at this point and is interested in
identifying the Pueblo of Tesuque Tribe's preferences on a consultation approach for the
PEIS. DOE LM plans to incorporate the consultation activities into its schedule for
issuing the PEIS. DOE LM is in the early stages of developing the PEIS, with plans to
issue a Draft PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior
officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal
Government participation during the development of the Draft PEIS, or other activities
that the Pueblo of Tesuque Tribe would like to propose consistent with established
policies and protocols. These approaches have been successfully used by DOE and


Printed with soy ink on recycled paper

1
2

BLM_0043089

Tribal Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Pueblo of Tesuque Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Pueblo of Tesuque Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:     Charles Dorame, Pueblo of Tesuque Tribe
        Thomas C. Pauling, LM
        Tony Carter, LM
        Ray Plieness, LM
        Tracy Ribeiro, LM
        David Conrad, CI

1
2

BLM_0043090



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Wilfred Shije
Governor
Pueblo of Zia Tribe
135 Capitol Square Drive
Zia Pueblo, NM 87053-6013

Dear Governor Shije:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of Legacy Management's (LM) interest in consulting with the Pueblo of Zia Tribe on the DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact Statement (PEIS) being conducted in accordance with the National Environmental Policy Act (NEPA). A PEIS evaluates the environmental impacts of broad agency actions, such as those that may be associated with the ULP. Under the ULP, the DOE administers tracts of land for the exploration, development, and extraction of uranium and vanadium ores. The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel counties in western Colorado that cover a cumulative area of approximately 25,000 acres. Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the ULP PEIS website at http://ulpeis.anl.gov/. DOE LM has already begun the NEPA process for the PEIS by having public scoping meetings and completing the initial, internal draft of the PEIS. Currently, DOE LM is addressing comments by cooperating agencies provided during the internal review of the draft PEIS. The Bureau of Land Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field Office. Based on the BLM's previous activities in the areas around the ULP lease tracts and their knowledge of ancestral range of tribes connected with the Mesa Verde region, the BLM identified the Pueblo of Zia Tribe as a group that we should contact for tribal consultation.

DOE LM would like to invite you into the process at this point and is interested in identifying the Pueblo of Zia Tribe's preferences on a consultation approach for the PEIS. DOE LM plans to incorporate the consultation activities into its schedule for issuing the PEIS. DOE LM is in the early stages of developing the PEIS, with plans to issue a Draft PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal Government participation during the development of the Draft PEIS, or other activities that the Pueblo of Zia Tribe would like to propose consistent with established policies and protocols. These approaches have been successfully used by DOE and Tribal


Printed with soy ink on recycled paper

1
2

BLM_0043091

Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Pueblo of Zia Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Pueblo of Zia Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:     Peter Pino, NAGPRA Contact for CO/UT
        Thomas C. Pauling, LM
        Tony Carter, LM
        Ray Plieness, LM
        Tracy Ribeiro, LM
        David Conrad, CI

1
2

BLM_0043092



**Department of Energy**
Washington, DC 20585

September 28, 2012

The Honorable Arlen P. Quetawki, Sr.
Governor
Zuni Pueblo Tribe
P.O. Box 339
Zuni, NM 87327

Dear Governor Quetawki:

The purpose of this letter is to communicate the Department of Energy (DOE) Office of
Legacy Management's (LM) interest in consulting with the Zuni Pueblo Tribe on the
DOE Uranium Leasing Program (ULP) Programmatic Environmental Impact Statement
(PEIS) being conducted in accordance with the National Environmental Policy Act
(NEPA). A PEIS evaluates the environmental impacts of broad agency actions, such as
those that may be associated with the ULP. Under the ULP, the DOE administers tracts
of land for the exploration, development, and extraction of uranium and vanadium ores.
The DOE's ULP includes tracts of land located in Mesa, Montrose, and San Miguel
counties in western Colorado that cover a cumulative area of approximately 25,000 acres.
Attached is a map of the lease tracts.

Activities related to these lease sites are being analyzed in the PEIS, as discussed on the
ULP PEIS website at http://ulpeis.anl.gov/. DOE LM has already begun the NEPA
process for the PEIS by having public scoping meetings and completing the initial,
internal draft of the PEIS. Currently, DOE LM is addressing comments by cooperating
agencies provided during the internal review of the draft PEIS. The Bureau of Land
Management (BLM) is one of the cooperating agencies, specifically the Tres Rios Field
Office. Based on the BLM's previous activities in the areas around the ULP lease tracts
and their knowledge of ancestral range of tribes connected with the Mesa Verde region,
the BLM identified the Zuni Pueblo Tribe as a group that we should contact for tribal
consultation.

DOE LM would like to invite you into the process at this point and is interested in
identifying the Zuni Pueblo Tribe's preferences on a consultation approach for the PEIS.
DOE LM plans to incorporate the consultation activities into its schedule for issuing the
PEIS. DOE LM is in the early stages of developing the PEIS, with plans to issue a Draft
PEIS in early 2013 and a Final PEIS in late 2013.

As detailed below, government-to-government consultations between DOE LM senior
officials and elected Tribal leaders could include staff-to-staff technical briefings, Tribal
Government participation during the development of the Draft PEIS, or other activities
that the Zuni Pueblo Tribe would like to propose consistent with established policies and
protocols. These approaches have been successfully used by DOE and Tribal


Printed with soy ink on recycled paper

1
2

BLM_0043093

Governments in developing EIS documents that include Tribal Nation concerns and perspectives.

- Formal government-to-government consultations between senior DOE officials and elected Tribal officials can be conducted at agreed upon points in the PEIS process to further ensure that Tribal rights, values, and interests are identified and considered in pertinent decision-making on the ULP activities.

- Staff-to-staff technical briefings between DOE LM and Tribal Government representatives can be used to share information, obtain Tribal Government input on technical issues, and identify possible topics for discussion during government-to-government consultations. Tribal officials would be welcome to participate in the technical briefings, although the briefings themselves would not be considered formal consultation.

- Participation in the development of the ULP PEIS can include Tribal Nations providing review and comment on the Draft PEIS.

I would appreciate a response as to Zuni Pueblo Tribe's interest in participating with DOE LM in government-to-government consultation by **October 12, 2012**. Based on your response, I will then initiate follow-up actions with the Zuni Pueblo Tribe to address your consultation preferences.

If you should have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-8324 or Tony Carter at (202) 586-3323, LM's Programmatic Headquarters point of contact for Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

cc:    Arden Kucate, Head Councilman, Zuni Pueblo Tribe
       Kurt Dongoske, Acting Director, Historic Perservation
       Thomas C. Pauling, LM
       Tony Carter, LM
       Ray Plieness, LM
       Tracy Ribeiro, LM
       David Conrad, CI

1
2

BLM_0043094



Figure 1. Locations of lease tracts to be potentially administered by the Department of Energy under the Uranium Leasing Program.

1
2

BLM_0043095



**Department of Energy**
Washington, DC 20585

November 20, 2012

The Honorable Levi Pesata
President
Jicarilla Apache Tribal Council
P.O. Box 507
Dulce, NM 87528

Dear President Pesata:

This letter is a follow-up to the letter dated September 28, 2012 and phone call placed to your office on October 24, 2012, communicating the Department of Energy (DOE) interest in consulting with the Jicarilla Apache Tribe on the DOE *Uranium Leasing Program (ULP),* *specifically on the Programmatic Environmental Impact Statement (PEIS)* being conducted following the National Environmental Policy Act (NEPA). DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In the inquiry letter on consultation, DOE identified three approaches to government-to-government consultations for your consideration in the event you deemed it appropriate to participate in the PEIS process. DOE is currently reviewing the Draft PEIS with the cooperating agencies; comments are due by November 30, 2012. DOE plans to issue a Draft PEIS for public review in February 2013 and a Final PEIS in late 2013. We welcome your input and encourage your participation in the NEPA process.

DOE continues to look for ways to improve the government-to-government consultation process with the Jicarilla Apache Tribe. We invite any suggestions or advice you might have to improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management


Printed with soy ink on recycled paper

1
2

BLM_0043096

cc:    Gifford Velarde, Director, Office of Cultural Indian Affairs
       Dr. Jeff Blythe, THPO, Office of Cultural Indian Affairs
       Thomas C. Pauling, LM
       Tony Carter, LM
       Ray Plieness, LM
       Tracy Ribeiro, LM
       David Conrad, CI

1
2

BLM_0043097



**Department of Energy**
Washington, DC 20585
November 20, 2012

The Honorable Sisto Quintana
Governor
Kewa Pueblo Tribe
P.O. Box 99
Santo Domingo Pueblo, NM 87052

Dear Governor Quintana:

This letter is a follow-up to the letter dated September 28, 2012 and phone call placed to your office on October 24, 2012, communicating the Department of Energy (DOE) interest in consulting with the Kewa Pueblo Tribe on the DOE *Uranium Leasing Program (ULP),* specifically on the *Programmatic Environmental Impact Statement (PEIS)* being conducted following the National Environmental Policy Act (NEPA). DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In the inquiry letter on consultation, DOE identified three approaches to government-to-government consultations for your consideration in the event you deemed it appropriate to participate in the PEIS process. DOE is currently reviewing the Draft PEIS with the cooperating agencies; comments are due by November 30, 2012. DOE plans to issue a Draft PEIS for public review in February 2013 and a Final PEIS in late 2013. We welcome your input and encourage your participation in the NEPA process.

DOE continues to look for ways to improve the government-to-government consultation process with the Kewa Pueblo Tribe. We invite any suggestions or advice you might have to improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management


Printed with soy ink on recycled paper

1
2

BLM_0043098

cc:     Thomas C. Pauling, LM
        Tony Carter, LM
        Ray Plieness, LM
        Tracy Ribeiro, LM
        David Conrad, CI

1
2

BLM_0043099



**Department of Energy**
Washington, DC 20585
November 20, 2012

The Honorable Joshua Madalena
Governor
Pueblo of Jemez Tribe
P.O. Box 100
Jemez Pueblo, NM 87024

Dear Governor Madalena:

This letter is a follow-up to the letter dated September 28, 2012 and phone call placed to your office on October 24, 2012, communicating the Department of Energy (DOE) interest in consulting with the Pueblo of Jemez Tribe on the DOE *Uranium Leasing Program (ULP), specifically on the Programmatic Environmental Impact Statement (PEIS)* being conducted following the National Environmental Policy Act (NEPA). DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In the inquiry letter on consultation, DOE identified three approaches to government-to-government consultations for your consideration in the event you deemed it appropriate to participate in the PEIS process. DOE is currently reviewing the Draft PEIS with the cooperating agencies; comments are due by November 30, 2012. DOE plans to issue a Draft PEIS for public review in February 2013 and a Final PEIS in late 2013. We welcome your input and encourage your participation in the NEPA process.

DOE continues to look for ways to improve the government-to-government consultation process with the Pueblo of Jemez Tribe. We invite any suggestions or advice you might have to improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management


Printed with soy ink on recycled paper

1
2

BLM_0043100

cc:    Christpoher Toya, Traditional Cultural Properties Project Manager
Thomas C. Pauling, LM
Tony Carter, LM
Ray Plieness, LM
Tracy Ribeiro, LM
David Conrad, CI

1
2

BLM_0043101



**Department of Energy**
Washington, DC 20585

November 20, 2012

The Honorable Richard B. Luarkie
Governor
Pueblo of Laguna Tribe
P.O. Box 194
Laguna, NM 87026

Dear Governor Luarkie:

This letter is a follow-up to the letter dated September 28, 2012 and phone call placed to your office on October 24, 2012, communicating the Department of Energy (DOE) interest in consulting with the Pueblo of Laguna Tribe on the DOE *Uranium Leasing Program (ULP), specifically on the Programmatic Environmental Impact Statement (PEIS)* being conducted following the National Environmental Policy Act (NEPA). DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In the inquiry letter on consultation, DOE identified three approaches to government-to-government consultations for your consideration in the event you deemed it appropriate to participate in the PEIS process. DOE is currently reviewing the Draft PEIS with the cooperating agencies; comments are due by November 30, 2012. DOE plans to issue a Draft PEIS for public review in February 2013 and a Final PEIS in late 2013. We welcome your input and encourage your participation in the NEPA process.

DOE continues to look for ways to improve the government-to-government consultation process with the Pueblo of Laguna Tribe. We invite any suggestions or advice you might have to improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management


Printed with soy ink on recycled paper

1
2

BLM_0043102

cc:   Robert Mooney, Sr., Records, Pueblo of Laguna Tribe
       Thomas C. Pauling, LM
       Tony Carter, LM
       Ray Plieness, LM
       Tracy Ribeiro, LM
       David Conrad, CI

1
2

BLM_0043103

*Final ULP PEIS*        *Appendix F: Tribal and NHPA Consultation Correspondence*



**Department of Energy**
Washington, DC 20585

November 20, 2012

The Honorable Phillip A. Perez
Governor
Pueblo of Nambe Tribe
Route 1, Box 117-BB
Santa Fe, NM 87506

Dear Governor Perez:

This letter is a follow-up to the letter dated September 28, 2012 and phone call placed to your office on October 24, 2012, communicating the Department of Energy (DOE) interest in consulting with the Pueblo of Nambe Tribe on the DOE *Uranium Leasing Program (ULP)*, specifically on the *Programmatic Environmental Impact Statement (PEIS)* being conducted following the National Environmental Policy Act (NEPA). DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In the inquiry letter on consultation, DOE identified three approaches to government-to-government consultations for your consideration in the event you deemed it appropriate to participate in the PEIS process. DOE is currently reviewing the Draft PEIS with the cooperating agencies; comments are due by November 30, 2012. DOE plans to issue a Draft PEIS for public review in February 2013 and a Final PEIS in late 2013. We welcome your input and encourage your participation in the NEPA process.

DOE continues to look for ways to improve the government-to-government consultation process with the Pueblo of Nambe Tribe. We invite any suggestions or advice you might have to improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management


Printed with soy ink on recycled paper

1
2

BLM_0043104

cc:     Ernest Mirabal, NAGPRA Representative
        Thomas C. Pauling, LM
        Tony Carter, LM
        Ray Plieness, LM
        Tracy Ribeiro, LM
        David Conrad, CI

1
2

BLM_0043105

*Final ULP PEIS*                    *Appendix F: Tribal and NHPA Consultation Correspondence*



**Department of Energy**
Washington, DC 20585

November 20, 2012

The Honorable Gerald Nailor
Governor
Pueblo of Picuris Tribe
P.O. Box 127
Penasco, NM 87553

Dear Governor Nailor:

This letter is a follow-up to the letter dated September 28, 2012 and phone call placed to your
office on October 24, 2012 communicating the Department of Energy (DOE) interest in
consulting with the Pueblo of Picuris Tribe on the DOE *Uranium Leasing Program (ULP)*,
specifically on the *Programmatic Environmental Impact Statement (PEIS)* being conducted
following the National Environmental Policy Act (NEPA). DOE currently administers thirty-one
(31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of
these lease tracts are actively held under lease. Activities related to these lease sites are being
analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In the inquiry letter on consultation, DOE identified three approaches to government-to-
government consultations for your consideration in the event you deemed it appropriate to
participate in the PEIS process. DOE is currently reviewing the Draft PEIS with the cooperating
agencies; comments are due by November 30, 2012. DOE plans to issue a Draft PEIS for public
review in February 2013 and a Final PEIS in late 2013. We welcome your input and encourage
your participation in the NEPA process.

DOE continues to look for ways to improve the government-to-government consultation process
with the Pueblo of Picuris Tribe. We invite any suggestions or advice you might have to
improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate
to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters
representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

 Printed with soy ink on recycled paper

1
2

BLM_0043106

cc:    Christy Van Buren, NAGPRA Representative
       Thomas C. Pauling, LM
       Tony Carter, LM
       Ray Plieness, LM
       Tracy Ribeiro, LM
       David Conrad, CI

1
2

BLM_0043107



**Department of Energy**
Washington, DC 20585

November 20, 2012

The Honorable George Rivera
Governor
Pueblo of Pojoaque Tribe
78 Cities of Gold Road
Santa Fe, NM  87506

Dear Governor Rivera:

This letter is a follow-up to the letter dated September 28, 2012 and phone call placed to your office on October 24, 2012, communicating the Department of Energy (DOE) interest in consulting with the Pueblo of Pojoaque Tribe on the DOE *Uranium Leasing Program (ULP)*, specifically on the *Programmatic Environmental Impact Statement (PEIS)* being conducted following the National Environmental Policy Act (NEPA).  DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado.  Twenty-nine (29) of these lease tracts are actively held under lease.  Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In the inquiry letter on consultation, DOE identified three approaches to government-to-government consultations for your consideration in the event you deemed it appropriate to participate in the PEIS process.  DOE is currently reviewing the Draft PEIS with the cooperating agencies; comments are due by November 30, 2012.  DOE plans to issue a Draft PEIS for public review in February 2013 and a Final PEIS in late 2013.  We welcome your input and encourage your participation in the NEPA process.

DOE continues to look for ways to improve the government-to-government consultation process with the Pueblo of Pojoaque Tribe.  We invite any suggestions or advice you might have to improve this process.  If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management


Printed with soy ink on recycled paper

1
2

BLM_0043108

cc:   Vernon Lujan, NAGPRA Representative
      Thomas C. Pauling, LM
      Tony Carter, LM
      Ray Plieness, LM
      Tracy Ribeiro, LM
      David Conrad, CI

1
2

BLM_0043109



**Department of Energy**
Washington, DC 20585

November 20, 2012

The Honorable Anthony Ortiz
Governor
Pueblo of San Felipe Tribe
P.O. Box 4339
San Felipe Pueblo, NM 87001

Dear Governor Ortiz:

This letter is a follow-up to the letter dated September 28, 2012 and phone call placed to your office on October 24, 2012, communicating the Department of Energy (DOE) interest in consulting with the Pueblo of San Felipe Tribe on the DOE *Uranium Leasing Program (ULP), specifically on the Programmatic Environmental Impact Statement (PEIS)* being conducted following the National Environmental Policy Act (NEPA). DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In the inquiry letter on consultation, DOE identified three approaches to government-to-government consultations for your consideration in the event you deemed it appropriate to participate in the PEIS process. DOE is currently reviewing the Draft PEIS with the cooperating agencies; comments are due by November 30, 2012. DOE plans to issue a Draft PEIS for public review in February 2013 and a Final PEIS in late 2013. We welcome your input and encourage your participation in the NEPA process.

DOE continues to look for ways to improve the government-to-government consultation process with the Pueblo of San Felipe Tribe. We invite any suggestions or advice you might have to improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

 Printed with soy ink on recycled paper

1
2

BLM_0043110

cc:    Sarah Candelaria, NAGPRA Contact, Tribal Administrator
       Thomas C. Pauling, LM
       Tony Carter, LM
       Ray Plieness, LM
       Tracy Ribeiro, LM
       David Conrad, CI

1
2

BLM_0043111



**Department of Energy**
Washington, DC 20585

November 20, 2012

The Honorable Terry Aguilar
Governor
Pueblo of San Ildefonso Tribe
Route 5, P.O. Box 315-A
Santa Fe, NM  87506

Dear Governor Aguilar:

This letter is a follow-up to the letter dated September 28, 2012 and phone call placed to your office on October 24, 2012, communicating the Department of Energy (DOE) interest in consulting with the Pueblo of San Ildefonso Tribe on the DOE *Uranium Leasing Program (ULP), specifically on the Programmatic Environmental Impact Statement (PEIS)* being conducted following the National Environmental Policy Act (NEPA). DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In the inquiry letter on consultation, DOE identified three approaches to government-to-government consultations for your consideration in the event you deemed it appropriate to participate in the PEIS process. DOE is currently reviewing the Draft PEIS with the cooperating agencies; comments are due by November 30, 2012. DOE plans to issue a Draft PEIS for public review in February 2013 and a Final PEIS in late 2013. We welcome your input and encourage your participation in the NEPA process.

DOE continues to look for ways to improve the government-to-government consultation process with the Pueblo of San Ildefonso Tribe. We invite any suggestions or advice you might have to improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

Printed with soy ink on recycled paper

1
2

BLM_0043112

cc:   Brain Montoya, NAGPRA Contact, Pueblo of San Ildefonso Tribe
      Thomas C. Pauling, LM
      Tony Carter, LM
      Ray Plieness, LM
      Tracy Ribeiro, LM
      David Conrad, CI

November 20, 2012

1
2

BLM_0043113

*Final ULP PEIS*                    *Appendix F: Tribal and NHPA Consultation Correspondence*



**Department of Energy**
Washington, DC 20585

November 20, 2012

The Honorable Malcolm Montoya
Governor
Pueblo of Sandia Tribe
481 Sandia Loop
Bernalillo, NM 87004

Dear Governor Montoya:

This letter is a follow-up to the letter dated September 28, 2012 and phone call placed to your office on October 24, 2012, communicating the Department of Energy (DOE) interest in consulting with the Pueblo of Sandia Tribe on the DOE *Uranium Leasing Program (ULP), specifically on the Programmatic Environmental Impact Statement (PEIS)* being conducted following the National Environmental Policy Act (NEPA). DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In the inquiry letter on consultation, DOE identified three approaches to government-to-government consultations for your consideration in the event you deemed it appropriate to participate in the PEIS process. DOE is currently reviewing the Draft PEIS with the cooperating agencies; comments are due by November 30, 2012. DOE plans to issue a Draft PEIS for public review in February 2013 and a Final PEIS in late 2013. We welcome your input and encourage your participation in the NEPA process.

DOE continues to look for ways to improve the government-to-government consultation process with the Pueblo of Sandia Tribe. We invite any suggestions or advice you might have to improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management


Printed with soy ink on recycled paper

1
2

BLM_0043114

cc:   Frank Chaves, Environmental Department Director
      Thomas C. Pauling, LM
      Tony Carter, LM
      Ray Plieness, LM
      Tracy Ribeiro, LM
      David Conrad, CI

1
2

BLM_0043115

*Final ULP PEIS*                    *Appendix F: Tribal and NHPA Consultation Correspondence*



**Department of Energy**
Washington, DC 20585

November 20, 2012

The Honorable Ernest J. Lujan
Governor
Pueblo of Santa Ana Tribe
Two Dove Road
Santa Ana Pueblo, NM  87004

Dear Governor Lujan:

This letter is a follow-up to the letter dated September 28, 2012 and phone call placed to your
office October 24, 2012, communicating the Department of Energy (DOE) interest in consulting
with the Pueblo of Santa Ana Tribe on the DOE *Uranium Leasing Program (ULP), specifically
on the Programmatic Environmental Impact Statement (PEIS)* being conducted following the
National Environmental Policy Act (NEPA). DOE currently administers thirty-one (31) lease
tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease
tracts are actively held under lease. Activities related to these lease sites are being analyzed in
the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In the inquiry letter on consultation, DOE identified three approaches to government-to-
government consultations for your consideration in the event you deemed it appropriate to
participate in the PEIS process. DOE is currently reviewing the Draft PEIS with the cooperating
agencies; comments are due by November 30, 2012. DOE plans to issue a Draft PEIS for public
review in February 2013 and a Final PEIS in late 2013. We welcome your input and encourage
your participation in the NEPA process.

DOE continues to look for ways to improve the government-to-government consultation process
with the Pueblo of Santa Ana Tribe. We invite any suggestions or advice you might have to
improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate
to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters
representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

 Printed with soy ink on recycled paper

1
2

BLM_0043116

cc:   Ben Robbins, Tribal Resource Administrator
      Thomas C. Pauling, LM
      Tony Carter, LM
      Ray Plieness, LM
      Tracy Ribeiro, LM
      David Conrad, CI

1
2

BLM_0043117



**Department of Energy**
Washington, DC 20585

November 20, 2012

The Honorable Loriano B. Romero
Governor
Pueblo of Taos Tribe
P.O. Box 1846
Taos, NM 87571

Dear Governor Romero:

This letter is a follow-up to the letter dated September 28, 2012 and phone call placed to your office on October 24, 2012, communicating the Department of Energy (DOE) interest in consulting with the Pueblo of Taos Tribe on the DOE *Uranium Leasing Program (ULP)*, specifically on the *Programmatic Environmental Impact Statement (PEIS)* being conducted following the National Environmental Policy Act (NEPA). DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In the inquiry letter on consultation, DOE identified three approaches to government-to-government consultations for your consideration in the event you deemed it appropriate to participate in the PEIS process. DOE is currently reviewing the Draft PEIS with the cooperating agencies; comments are due by November 30, 2012. DOE plans to issue a Draft PEIS for public review in February 2013 and a Final PEIS in late 2013. We welcome your input and encourage your participation in the NEPA process.

DOE continues to look for ways to improve the government-to-government consultation process with the Pueblo of Taos Tribe. We invite any suggestions or advice you might have to improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management

 Printed with soy ink on recycled paper

1
2

BLM_0043118

cc:    Gilbert Suazo Sr., Lt. Governor, Pueblo of Taos tribe
       Tina Romero, Executive Assistant
       Thomas C. Pauling, LM
       Tony Carter, LM
       Ray Plieness, LM
       Tracy Ribeiro, LM
       David Conrad, CI

1
2

BLM_0043119



**Department of Energy**
Washington, DC 20585

November 20, 2012

The Honorable Ramos Romero
Governor
Pueblo of Tesuque Tribe
Route 42, P.O. Box 360-T
Santa Fe, NM  87506

Dear Governor Romero:

This letter is a follow-up to the letter dated September 28, 2012 and phone call placed to your office on October 24, 2012, communicating the Department of Energy (DOE) interest in consulting with the Pueblo of Tesuque Tribe on the DOE *Uranium Leasing Program (ULP), specifically on the Programmatic Environmental Impact Statement (PEIS)* being conducted following the National Environmental Policy Act (NEPA). DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In the inquiry letter on consultation, DOE identified three approaches to government-to-government consultations for your consideration in the event you deemed it appropriate to participate in the PEIS process. DOE is currently reviewing the Draft PEIS with the cooperating agencies; comments are due by November 30, 2012. DOE plans to issue a Draft PEIS for public review in February 2013 and a Final PEIS in late 2013. We welcome your input and encourage your participation in the NEPA process.

DOE continues to look for ways to improve the government-to-government consultation process with the Pueblo of Tesuque Tribe. We invite any suggestions or advice you might have to improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management


Printed with soy ink on recycled paper

1
2

BLM_0043120

cc:   Charles Dorame, Pueblo of Tesuque Tribe
      Thomas C. Pauling, LM
      Tony Carter, LM
      Ray Plieness, LM
      Tracy Ribeiro, LM
      David Conrad, CI

1
2

BLM_0043121

*Final ULP PEIS*                          *Appendix F: Tribal and NHPA Consultation Correspondence*



**Department of Energy**
Washington, DC 20585

November 20, 2012

The Honorable Wilfred Shije
Governor
Pueblo of Zia Tribe
135 Capitol Square Drive
Zia Pueblo, NM  87053-6013

Dear Governor Shije:

This letter is a follow-up to the letter dated September 28, 2012 and phone call placed to your office on October 24, 2012, communicating the Department of Energy (DOE) interest in consulting with the Pueblo of Zia Tribe on the DOE *Uranium Leasing Program (ULP)*, specifically on the *Programmatic Environmental Impact Statement (PEIS)* being conducted following the National Environmental Policy Act (NEPA). DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado. Twenty-nine (29) of these lease tracts are actively held under lease. Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In the inquiry letter on consultation, DOE identified three approaches to government-to-government consultations for your consideration in the event you deemed it appropriate to participate in the PEIS process. DOE is currently reviewing the Draft PEIS with the cooperating agencies; comments are due by November 30, 2012. DOE plans to issue a Draft PEIS for public review in February 2013 and a Final PEIS in late 2013. We welcome your input and encourage your participation in the NEPA process.

DOE continues to look for ways to improve the government-to-government consultation process with the Pueblo of Zia Tribe. We invite any suggestions or advice you might have to improve this process. If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management


Printed with soy ink on recycled paper

1
2

BLM_0043122

cc:   Peter Pino, NAGPRA Contact for CO/UT
Thomas C. Pauling, LM
Tony Carter, LM
Ray Plieness, LM
Tracy Ribeiro, LM
David Conrad, CI

1
2

BLM_0043123



**Department of Energy**
Washington, DC 20585

November 20, 2012

The Honorable Arlen P. Quetawki, Sr.
Governor
Zuni Pueblo Tribe
P.O. Box 339
Zuni, NM  87327

Dear Governor Quetawki:

This letter is a follow-up to the letter dated September 28, 2012 and phone call placed to your office on October 24, 2012, communicating the Department of Energy (DOE) interest in consulting with the Zuni Pueblo Tribe on the DOE *Uranium Leasing Program (ULP)*, *specifically on the Programmatic Environmental Impact Statement (PEIS)* being conducted following the National Environmental Policy Act (NEPA).  DOE currently administers thirty-one (31) lease tracts in the Uravan Mineral Belt in southwestern Colorado.  Twenty-nine (29) of these lease tracts are actively held under lease.  Activities related to these lease sites are being analyzed in the PEIS, as discussed on the dedicated web page <http://ulpeis.anl.gov/>.

In the inquiry letter on consultation, DOE identified three approaches to government-to-government consultations for your consideration in the event you deemed it appropriate to participate in the PEIS process.  DOE is currently reviewing the Draft PEIS with the cooperating agencies; comments are due by November 30, 2012.  DOE plans to issue a Draft PEIS for public review in February 2013 and a Final PEIS in late 2013.  We welcome your input and encourage your participation in the NEPA process.

DOE continues to look for ways to improve the government-to-government consultation process with the Zuni Pueblo Tribe.  We invite any suggestions or advice you might have to improve this process.  If you have any questions concerning the ULP PEIS, please do not hesitate to contact me at (202) 586-7550 or Tony Carter at (202) 586-3323, my headquarters representative for activities with Tribal Nations.

Sincerely,

David W. Geiser
Director
Office of Legacy Management


Printed with soy ink on recycled paper

1
2

BLM_0043124

*Final ULP PEIS*                    *Appendix F: Tribal and NHPA Consultation Correspondence*

cc:     Arden Kucate, Head Councilman, Zuni Pueblo Tribe
        Kurt Dongoske, Acting Director, Historic Preservation
        Thomas C. Pauling, LM
        Tony Carter, LM
        Ray Plieness, LM
        Tracy Ribeiro, LM
        David Conrad, CI

1
2

BLM_0043125

1      Table F-2 lists correspondence related to the establishment of a programmatic agreement
2  between DOE, the Colorado SHPO, and the BLM. Copies of the correspondence follow this
3  table. Letters of invitation sent to the Mesa and San Miguel County historical commissions and
4  Native American tribes are also included here. All the letters of invitation were sent on August 9,
5  2013, and contain an enclosure that could be filled in and returned to DOE-LM.
6
7
8  **TABLE F-2  Correspondence Regarding the Establishment of a Programmatic Agreement for**
9  **Section 106 Consultation**

| Date of Letter | Page | Source | Recipient |
|---|---|---|---|
| July 22, 2013 | F-97 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Bureau of Land Management (L. Anderson, Southwest District Manager) |
| July 22, 2013 | F-98 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | History Colorado (E.C. Nichols, State Historic Preservation Officer) |
| July 22, 2013 | F-105 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Advisory Council on Historic Preservation, Office of Federal Agency Programs (T. McCulloch, Senior Archeologist) |
| August 9, 2013 | F-106 | U.S. Department of Energy, Office of Legacy Management (T.A. Ribeiro, Environmental Program Manager) | Coordinator of San Miguel Historical Society |
| August 9, 2013 | F-109 | U.S. Department of Energy, Office of Legacy Management (T.A. Ribeiro, Environmental Program Manager) | President of Mesa County Historical Society |
| August 9, 2013 | F-112 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Chairwoman of Ute Indian Tribe |
| August 9, 2013 | F-115 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Chairwoman of Southern Ute Indian Tribe |
| August 9, 2013 | F-118 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Chairman of Hopi Tribe |
| August 9, 2013 | F-121 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | President of Navajo Nation |
| August 9, 2013 | F-124 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Chairwoman of White Mesa Ute Tribe |

10

BLM_0043126

**TABLE F-2  (Cont.)**

| Date of Letter | Page | Source | Recipient |
|---|---|---|---|
| August 9, 2013 | F-127 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Pueblo of Acoma Tribe |
| August 9, 2013 | F-130 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Chairman of Ute Mountain Ute Tribe |
| August 9, 2013 | F-133 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Pueblo of Isleta Tribe |
| August 9, 2013 | F-136 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Pueblo de Cochiti Tribe |
| August 9, 2013 | F-139 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Pueblo of Picuris Tribe |
| August 9, 2013 | F-142 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Pueblo of Taos Tribe |
| August 9, 2013 | F-145 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Chairman of Assiniboine and Sioux Tribes of the Fort Peck Reservation |
| August 9, 2013 | F-148 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | President of Jicarilla Apache Tribal Council |
| August 9, 2013 | F-151 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Kewa Pueblo Tribe |
| August 9, 2013 | F-154 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Pueblo of Jemez Tribe |
| August 9, 2013 | F-157 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Pueblo of Laguna Tribe |
| August 9, 2013 | F-160 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Pueblo of Nambe Tribe |

BLM_0043127

*Final ULP PEIS*                                    *Appendix F: Tribal and NHPA Consultation Correspondence*

**TABLE F-2  (Cont.)**

| Date of Letter | Page | Source | Recipient |
|---|---|---|---|
| August 9, 2013 | F-163 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Pueblo of Pojoaque Tribe |
| August 9, 2013 | F-166 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Pueblo of San Felipe Tribe |
| August 9, 2013 | F-169 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Pueblo of Ildefonso Tribe |
| August 9, 2013 | F-172 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Pueblo of Sandia Tribe |
| August 9, 2013 | F-175 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Pueblo of Santa Ana Tribe |
| August 9, 2013 | F-178 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Pueblo of Santa Clara Tribe |
| August 9, 2013 | F-181 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Pueblo of Tesuque Tribe |
| August 9, 2013 | F-184 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Pueblo of Zia Tribe |
| August 9, 2013 | F-187 | U.S. Department of Energy, Office of Legacy Management (D.S. Shafer, Acting Director, Office of Site Operations) | Governor of Zuni Tribe of the Zuni Reservation |

1
2

BLM_0043128



**Department of Energy**
Washington, DC 20585

July 22, 2013

Ms. Lori Armstrong
Bureau of Land Management
Southwest District Manager
2465 S. Townsend Ave.
Montrose, CO 81401

Subject: Invitation to be a Consulting Party for a Programmatic Agreement for the Department
of Energy's Uranium Leasing Program

Dear Ms. Armstrong:

The Department of Energy Office, Office of Legacy Management (DOE-LM) would like to
invite the Bureau of Land Management (BLM) to be a consulting party for the proposed
programmatic agreement as described in the enclosed letter to the Colorado State Historic
Preservation Officer (CO SHPO). The discussion on the programmatic agreement was initiated
with the CO SHPO, and Gina Jones of your office, on May 30, 2013.

Because of the historical collaborative effort between BLM and DOE-LM on management of the
lease tracts associated with the DOE-LM's Uranium Leasing Program and based on the
conversations DOE-LM has had with your organization and the CO SHPO, DOE-LM is of the
understanding that BLM is agreeable to participate in the programmatic agreement as a
consulting party. Please confirm that the BLM will participate as a consulting party.

DOE-LM would like to proceed with discussion of the next steps for this programmatic
agreement within the next few weeks. Please call me at (720) 880-4347 or Tracy Ribeiro, the
DOE-LM primary contact for this action, at (303) 410-4817 if you have any questions. Please
address any correspondence to:

U.S. Department of Energy
Office of Legacy Management
2597 Legacy Way
Grand Junction, CO 81503

Sincerely,

David S. Shafer, Ph.D.
Acting Director – Office of Site Operations
Office of Legacy Management

Enclosure


Printed with soy ink on recycled paper

1
2

BLM_0043129



**Department of Energy**
Washington, DC 20585

July 22, 2013

Edward C. Nichols
State Historic Preservation Officer
History Colorado
1200 Broadway
Denver, CO 80203

Subject: Request for Uranium Leasing Program Section 106 Programmatic Agreement

Dear Mr. Nichols:

Consistent with a discussion initiated with Dan Corson of your office on May 30, 2013, the Department of Energy, Office of Legacy Management (DOE-LM) would like to pursue a programmatic agreement (PA) under the National Historic Preservation Act (NHPA) for the DOE-LM Uranium Leasing Program.

DOE-LM is the Federal agency involved, and the Federal program is the DOE-LM Uranium Leasing Program (ULP). The ULP involves the leasing of Federal lands for exploration, development, and mining for uranium (and vanadium) followed by reclamation. DOE-LM administers the program aspects of the ULP and the subsurface activities while the Bureau of Land Management (BLM) remains responsible for multiple use management of the surface (where not needed for uranium mining facilities). When lessees are active on the lease tracts, both DOE-LM and BLM review exploration and mining plans in accordance with a Memorandum of Understanding (2010). The DOE-LM staff to contact for information is:

Tracy Ribeiro, LM Environmental Program Manager, (303) 410-4817.

The current ULP was initiated in 1974. It currently includes multiple lease tracts that encompass approximately 25,000 acres in southwest Colorado within Mesa, Montrose, and San Miguel Counties. Historical uses of the lands contained within the ULP have included ranching (since the mid to late 1800s); radium, vanadium, and uranium mining (since the late 1890s); hunting (since the late 1800s); and other recreational activities (predominantly since the 1980s). A map identifying the location of the lease tracts is enclosed.

Currently, there are no lease activities occurring on the lease tracts, other than safety-related actions, due to a litigation hold to address Endangered Species Act and National Environmental Policy Act concerns in DOE-LM's programmatic environmental assessment and FONSI issued in 2007. DOE-LM is currently preparing a Programmatic Environmental Impact Statement (PEIS) for determination whether to continue the ULP and if so, how to manage the program.


Printed with soy ink on recycled paper

1
2

BLM_0043130

Mr. Edward C. Nichols                    -2-                    July 22, 2013

Ground disturbance associated with ULP exploration, development, mining, and reclamation activities could affect historic properties. Historically, approximately 300 acres were disturbed as a result of ULP activities; known cultural resources and historic properties were routinely avoided. In one instance, during reclamation of a small mine portal, heavy equipment inadvertently disturbed a remnant (railroad tie) of the historic track-and-rail system used at the mine entrance. DOE-LM self-reported this incident to the BLM and subsequently was required to conduct mitigation at a second, non-related site. The results of the mitigation were approved by the applicable BLM office. DOE-LM has estimated that up to 490 acres (area of potential effect) could be disturbed should the ULP continue. The actual locations of potential future disturbance will not be known until lessees required exploration or mining plans, which must identify the areas that would be affected by the proposed activities.

A Class I cultural resources inventory was conducted for all of the ULP lease tracts in 2006 (provided in the accompanying CD). The Class I inventory identified 126 previous, mostly small-scale, surveys. In addition, in 2006, existing ethnographic literature was reviewed for the presence of potential traditional cultural properties. The study estimates the potential (on a low, medium, high scale) for traditional cultural properties to be found on lease tracts within the study area. Eleven additional Class III inventories have been conducted relative to the ULP lease tracts since the 2006 inventory. Several of these inventories were conducted in support of multiple lessee-proposed exploration plans; the remaining inventories were conducted in support of DOE-LM's proposed reclamation activities at legacy abandoned uranium mine sites. Formal documentation for these surveys were transmitted to the Colorado State Historic Preservation Officer (CO SHPO) through the BLM. A Class III cultural resources inventory of the approximate 25,000 acres has not been completed because it is unknown where future ground disturbance related to the ULP activities would occur.

Based on information obtained from the Office of Archaeology and Historic Preservation (ACHP) in the state of Colorado in December 2011, 42 cultural sites have been identified within the tracts; 24 are prehistoric, 14 are historic, and four have both historic and prehistoric components. Most of the prehistoric sites are classified as either lithic scatters or as camp sites. In addition, one site is a rock art panel, and two are classified as rock shelters. Historic sites are predominantly mines but also include mining camps, a cabin, and a highway.

Historically, because the BLM administers the surface rights, the BLM has assisted DOE-LM by taking lead federal agency responsibility for NHPA consultations and determinations. As lessees identified potential areas of disturbance, the lessees would coordinate with the BLM and DOE to have surveys conducted to determine if cultural resources or historic properties were present. Since the BLM has a programmatic agreement with ACHP and the CO SHPO, BLM has been using the State Protocol to consult with the CO SHPO on determinations of effect.

DOE-LM would like to pursue a programmatic agreement for the ULP with the ACHP, the CO SHPO, and the BLM, as well as Tribes, local governments, and interested public. A preliminary list of Tribes and others that may be contacted to determine if they have interest in becoming a consulting party to the PA is enclosed. Twenty five tribes were previously contacted for nation

1
2

BLM_0043131

Mr. Edward C. Nichols                    -3-                          July 22, 2013

to nation consultation and to determine interest in participating as a cooperating agency for the ULP PEIS; five tribes chose to participate as cooperating agencies for the PEIS while responses from the remaining 20 tribes varied.  The BLM is a cooperating agency on the ULP PEIS and has tentatively agreed to be a consulting party on the PA.  The BLM will be actively involved with consultation activities under the PA; the division of labor for activities for consultation is still being discussed between LM and the BLM.

The proposed programmatic agreement would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation.  The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase.  Each potential area of disturbance identified by the lessees during their planning process will typically follow the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified.  This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

DOE-LM will contact you within the next few weeks to discuss the next steps for this programmatic agreement.  Please call me at (720) 880-4347 or Tracy Ribeiro at (303) 410-4817, if you have any questions concerning this request.  Please address any correspondence to:

U.S. Department of Energy
Office of Legacy Management
11025 Dover Street, Suite 1000
Westminster, CO  80021-5573

                                      Sincerely,

                                      *David S. Shafer*

                                      David S. Shafer, Ph.D.
                                      Acting Director – Office of Site Operations
                                      Office of Legacy Management

Enclosures

cc w/enclosure:
L. Armstrong, BLM
D. Corson, CO SHPO
T. McCulloch, ACHP
T. Carter, DOE-LM
File:  ULP 001.01 (A) (rc grand junction)

Asset Mgt Team\Ribeiro\7-22-13 ULP Sect  106 PA Request SHPO ltr (Nichols).docx

1
2

BLM_0043132

List of Potential Consulting Parties for NHPA Sect. 106 Consultation for ULP

Federal Groups
CO SHPO
BLM
ACHP

Tribal Groups
White Mesa Ute Tribe
Southern Ute Indian Tribe
Ute Indian Tribe
The Navajo Nation
The Hopi Tribe
Ute Mountain Ute Tribe
Jicarilla Apache Tribal Council
Kewa Pueblo Tribe
Pueblo of Acoma
Pueblo de Cochiti
Pueblo of Isleta
Pueblo of Jemez Pueblo of Laguna
Pueblo of Nambe
Pueblo of Picuris
Pueblo of Pojoaque
Pueblo of San Felipe
Pueblo of San Ildefonso
Pueblo of Sandia
Pueblo of Santa Ana
Pueblo of Santa Clara
Pueblo of Taos
Pueblo of Tesuque
Pueblo of Zia
Zuni Pueblo

Local Government and Interested Parties
San Miguel Historical Commission
Mesa County Historical Commission
Mesa County

1
2

BLM_0043133



1
2

BLM_0043134

Class I Cultural Resource Inventory of
38 Department of Energy Uranium Lease Withdrawal Areas
Mesa, Montrose, and San Miguel Counties, Colorado

by

Alan D. Reed
Principal Investigator

Alpine Archaeological Consultants, Inc.
PO Box 2075
Montrose, CO 81402
(970) 249-6761

Prepared for S.M. Stoller Corporation
2597 B ¾ Road
Grand Junction, CO 81503

Prepared under the provisions of
Bureau of Land Management Permit No. C-46920

July 6, 2006

1
2

BLM_0043135

## Potential Traditional Cultural Properties Within 38 Uranium Lease Tracts in Southwestern Colorado: A Background Ethnographic Analysis

John N. Fritz, Ph.D.
Principal Investigator
2227 Lincoln Court
Salt Lake City, Utah 84124

Prepared for S.M. Stoller Corporation
2597 B ¾ Road
Grand Junction, CO 81503

November 1, 2006

1
2

BLM_0043136

*Final ULP PEIS*            *Appendix F: Tribal and NHPA Consultation Correspondence*



**Department of Energy**
Washington, DC 20585

July 22, 2013

Tom McCulloch, Ph.D., R.P.A.
Senior Archeologist
Office of Federal Agency Programs
Advisory Council on Historic Preservation
Washington, DC 20004

Subject: Invitation to be a Consulting Party for a Programmatic Agreement for the
Department of Energy's Uranium Leasing Program

Dear Mr. McCulloch:

The Department of Energy Office, Office of Legacy Management (DOE-LM) would like to
invite the Advisory Council on Historic Preservation (ACHP) to be a consulting party for the
proposed programmatic agreement as described in the attached letter to the Colorado State
Historic Preservation Officer (CO SHPO). The discussion on the programmatic agreement was
initiated with the CO SHPO and the Bureau of Land Management (BLM) on May 30, 2013.
DOE-LM started discussions with ACHP the following week. Please let DOE-LM know if the
ACHP would like to participate as a consulting party.

DOE-LM would like to proceed with discussion of the next steps for this programmatic
agreement within the next few weeks. Please call me at (720) 880-4347 or Tracy Ribeiro, the
DOE-LM primary contact for this action, at (303) 410-4817 if you have any questions. Please
address any correspondence to:

U.S. Department of Energy
Office of Legacy Management
2597 Legacy Way
Grand Junction, CO 81503

Sincerely,

David S. Shafer, Ph.D.
Acting Director – Office of Site Operations
Office of Legacy Management

Enclosure

cc w/o enclosure:
E. Nichols, CO SHPO
File: ULP 001.01 (A) (re grand junction)

Asset Mgt Team\Ribeiro\7-22-13 ULP Sect 106 PA Request fr ACHP (McCulloch)


Printed with soy ink on recycled paper

1
2

*F-105*          *March 2014*

BLM_0043137



**Department of Energy**
Washington, DC 20585

AUG 0 9 2013

Linda Luther-Broderick
Coordinator
San Miguel Historical Society
Open Space and Recreation
P.O. Box 1170
Telluride, CO 81435

Subject:  Consultation Under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

Dear Ms. Luther-Broderick:

The purpose of this letter is to invite the San Miguel Historical Society to be a consulting
party for a programmatic agreement (PA) under the National Historic Preservation Act
(NHPA) to address Section 106 consultation activities for historic properties that have
been or may be identified on 25,000 acres of land in southwest Colorado. The acreage is
managed by the Department of Energy, Office of Legacy Management (DOE-LM) under
the DOE Uranium Leasing Program (ULP). The enclosed map displays the lease tract
areas that will be addressed in the PA. For all the lease tracts, DOE-LM has land
withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the ULP. DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/. The San Miguel County Board of Commissioners opted to
participate in the PEIS endeavor as a cooperating agency.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should the ULP mining continue; however, it is unknown where future ground
disturbance related to ULP activities would occur. As a continuing effort to
programmatically address potential impacts of the ULP on the environment, DOE-LM is
pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the
Advisory Council on Historic Preservation, the BLM, and other interested
historical/heritage groups.

The proposed PA would formalize the programmatic implementation of a phased
approach for leasing, exploration, development, and reclamation. The PA will outline
alternative procedures to implement NHPA Section 106 consultation for each phase.
Each potential area of disturbance identified during the planning process will typically be
evaluated following the consultation process outlined in 36 CFR sections 800.3 through
800.6; historic properties would be identified and evaluated, effects assessed, and



Printed with soy ink on recycled paper

1

BLM_0043138

consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved. DOE-LM plans to pursue this PA with an ambitious completion date in the next several months.

If the *San Miguel* Mesa County Historical Society chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Mesa County Historical Society interested in serving as a consulting party on the proposed PA? Please let us know of your group's interest in participating. You may fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternatively, you may contact me at (303) 410.4817 or tracy.ribeiro@lm.doe.gov.

Sincerely,

Tracy A. Ribeiro
Environmental Program Manager

Enclosures

cc w/enclosure

1

BLM_0043139

Tracy A. Ribeiro
Environmental Program Manager
Department of Energy -- Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject:  Consultation Under Section 106 of the National Historic Preservation Act for
          Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the San Miguel Historical Society is (please check the
appropriate line below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

          (*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043140



**Department of Energy**
Washington, DC 20585

AUG 0 9 2013

Priscilla B. Mangnall
President
Mesa County Historical Society
P.O. Box 841
Grand Junction, CO 81502

Subject:  Consultation Under Section 106 of the National Historic Preservation Act for
          Activities Related to the Department Energy's Uranium Leasing Program

Dear Ms. Mangnall:

The purpose of this letter is to invite the Mesa County Historical Society to be a
consulting party for a programmatic agreement (PA) under the National Historic
Preservation Act (NHPA) to address Section 106 consultation activities for historic
properties that have been or may be identified on 25,000 acres of land in southwest
Colorado.  The acreage is managed by the Department of Energy, Office of Legacy
Management (DOE-LM) under the DOE Uranium Leasing Program (ULP).  The
enclosed map displays the lease tract areas that will be addressed in the PA.  For all the
lease tracts, DOE-LM has land withdrawals from the U.S. Bureau of Land Management
(BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the ULP.  DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/.  The Mesa County Commission opted to participate in the
PEIS endeavor as a cooperating agency.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should the ULP mining continue; however, it is unknown where future ground
disturbance related to ULP activities would occur.  As a continuing effort to
programmatically address potential impacts of the ULP on the environment, DOE-LM is
pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the
Advisory Council on Historic Preservation, the BLM, and other interested
historical/heritage groups.

The proposed PA would formalize the programmatic implementation of a phased
approach for leasing, exploration, development, and reclamation.  The PA will outline
alternative procedures to implement NHPA Section 106 consultation for each phase.
Each potential area of disturbance identified during the planning process will typically be
evaluated following the consultation process outlined in 36 CFR sections 800.3 through
800.6; historic properties would be identified and evaluated, effects assessed, and



1

BLM_0043141

consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved. DOE-LM plans to pursue this PA with an ambitious completion date in the next several months.

If the Mesa County Historical Society chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Mesa County Historical Society interested in serving as a consulting party on the proposed PA? Please let us know of your group's interest in participating. You may fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternatively, you may contact me at (303) 410.4817 or tracy.ribeiro@lm.doe.gov.

Sincerely,

Tracy A. Ribeiro
Environmental Program Manager

Enclosures

cc w/enclosure

1

BLM_0043142

Tracy A. Ribeiro
Environmental Program Manager
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject:  Consultation Under Section 106 of the National Historic Preservation Act for
          Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Mesa County Historical Society is (please check the
appropriate line below)

_____  Interested in participating as a consulting party.*

_____  Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043143



**Department of Energy**
Washington, DC 20585

AUG 0 9 2013

The Honorable Irene Cuch
Chairwoman
Ute Indian Tribe
P.O. Box 190
Ft. Duchesne, UT 84026

Subject:  Consultation Under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

Dear Chairwoman Cuch:

The purpose of this letter is to invite the Ute Indian Tribe to be a consulting party for a
programmatic agreement (PA) under the National Historic Preservation Act (NHPA) to
address Section 106 consultation activities for historic properties that have been or may
be identified on 25,000 acres of land in southwest Colorado.  The acreage is managed by
the Department of Energy, Office of Legacy Management (DOE-LM) under the DOE
Uranium Leasing Program (ULP).  The enclosed map displays the lease tract areas that
will be addressed in the PA.  For all the lease tracts, DOE-LM has land withdrawals from
the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP).  DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/.  The Ute Indian Tribe was identified as having ancestral
movement throughout the Mesa Verde region and possibly into the ULP lease tract areas.
Because of this historical connection to the area, DOE-LM has contacted the Ute Indian
Tribe on several occasions since initiation of the PEIS to inquire about their interest in
government to government consultation and/or serving as a cooperating agent in the
National Environmental Policy Act process.  The Ute Indian Tribe opted to participate in
the PEIS endeavor as a commenting agency.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should ULP mining continue; however, it is unknown where future ground disturbance
related to ULP activities would occur.  As a continuing effort to programmatically
address potential impacts of the ULP on the environment, DOE-LM is pursuing a PA
with the Colorado State Historic Preservation Office (CO SHPO), the Advisory Council
on Historic Preservation, the BLM, and other interested historical/heritage groups.

The proposed PA would formalize the programmatic implementation of a phased
approach for leasing, exploration, development, and reclamation.  The PA will outline
alternative procedures to implement NHPA Section 106 consultation for each phase.

 Printed with soy ink on recycled paper

1

BLM_0043144

Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Ute Indian Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Ute Indian Tribe interested in participating as a consulting party on the proposed PA, in addition to their activities on the ULP PEIS? Please let us know of your tribe's interest in participating. You may fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternatively, you may contact Tracy Ribeiro, DOE-LM's Environmental Program Manager, at (720) 880-4347 or tracy.ribeiro@lm.doe.gov.

Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director- Office of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure
Betsy Chapoose, Ute Indian Tribe

1

BLM_0043145

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject: Consultation Under Section 106 of the National Historic Preservation Act for Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under Section 106 of the National Historic Preservation Act for the Department of Energy's Uranium Leasing Program, the Ute Indian Tribe is (please check the appropriate line below)

____ Interested in participating as a consulting party.*

____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: ______________________________

Print Name: ______________________________

Date: ____________________

**Department of Energy**
Washington, DC 20585

AUG 09 2013

The Honorable Pearl Casias
Chairwoman
Southern Ute Indian Tribe
P.O. Box 737
Ignacio, CO 81137

Subject: Consultation Under Section 106 of the National Historic Preservation Act for Activities Related to the Department Energy's Uranium Leasing Program

Dear Chairwoman Pearl Casias:

The purpose of this letter is to invite the Southern Ute Indian Tribe to be a consulting party for a programmatic agreement (PA) under the National Historic Preservation Act (NHPA) to address Section 106 consultation activities for historic properties that have been or may be identified on 25,000 acres of land in southwest Colorado. The acreage is managed by the Department of Energy, Office of Legacy Management (DOE-LM) under the DOE Uranium Leasing Program (ULP). The enclosed map displays the lease tract areas that will be addressed in the PA. For all the lease tracts, DOE-LM has land withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for the (ULP). DOE-LM is currently preparing responses to comments from the public and initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web page http://ulpeis.anl.gov/. The Southern Ute Indian Tribe was identified as having ancestral movement throughout the Mesa Verde region and possibly into the ULP lease tract areas. Because of this historical connection to the area, DOE-LM has contacted the Southern Ute Indian Tribe on several occasions since initiation of the PEIS to inquire about their interest in government to government consultation and/or serving as a cooperating agent in in the National Environmental Policy Act process. The Southern Ute Indian Tribe opted to participate in the PEIS endeavor as a cooperating agency.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed should ULP mining continue; however, it is unknown where future ground disturbance related to ULP activities would occur. As a continuing effort to programmatically address potential impacts of the ULP on the environment, DOE-LM is pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the Advisory Council on Historic Preservation, the BLM, and other interested historical/heritage groups.

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase.

Printed with soy ink on recycled paper

1

Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Southern Ute Indian Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Southern Ute Indian Tribe interested in participating as a consulting party on the proposed PA, in addition to their activities on the ULP PEIS? Please let us know of your tribe's interest in participating. You may fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternatively, you may contact Tracy Ribeiro, DOE-LM's Environmental Program Manager, at (720) 880-4347 or tracy.ribeiro@lm.doe.gov.

Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director- Office of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure
Mr. Neil Cloud, Southern Ute Indian Tribe

BLM_0043148

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject: Consultation Under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Southern Ute Indian Tribe is (please check the
appropriate line below)

       \_\_\_\_\_ Interested in participating as a consulting party.*

       \_\_\_\_\_ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043149

Case No. 1:20-cv-02484-MSK   Document 39-4   filed 04/27/21   USDC Colorado   pg 150 of
234



**Department of Energy**
Washington, DC 20585

AUG 0 9 2013

The Honorable Leroy Shingoitewa
Chairman
Hopi Tribe
P.O. Box 123
Kykotsmovi, AZ 86039

Subject:  Consultation Under Section 106 of the National Historic Preservation Act for
          Activities Related to the Department Energy's Uranium Leasing Program

Dear Chairman Shingoitewa:

The purpose of this letter is to invite the Hopi Tribe to be a consulting party for a
programmatic agreement (PA) under the National Historic Preservation Act (NHPA) to
address Section 106 consultation activities for historic properties that have been or may
be identified on 25,000 acres of land in southwest Colorado. The acreage is managed by
the Department of Energy, Office of Legacy Management (DOE-LM) under the DOE
Uranium Leasing Program (ULP). The enclosed map displays the lease tract areas that
will be addressed in the PA. For all the lease tracts, DOE-LM has land withdrawals from
the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP). DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/. The Hopi Tribe was identified as having ancestral movement
throughout the Mesa Verde region and possibly into the ULP lease tract areas. Because
of this historical connection to the area, DOE-LM has contacted the Hopi Tribe on
several occasions since initiation of the PEIS to inquire about their interest in government
to government consultation and/or serving as a cooperating agent in in the National
Environmental Policy Act process. The Hopi Tribe opted to participate in the PEIS
endeavor as a commenting agency.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should ULP mining continue; however, it is unknown where future ground disturbance
related to ULP activities would occur. As a continuing effort to programmatically
address potential impacts of the ULP on the environment, DOE-LM is pursuing a PA
with the Colorado State Historic Preservation Office (CO SHPO), the Advisory Council
on Historic Preservation, the BLM, and other interested historical/heritage groups.

The proposed PA would formalize the programmatic implementation of a phased
approach for leasing, exploration, development, and reclamation. The PA will outline
alternative procedures to implement NHPA Section 106 consultation for each phase.


Printed with soy ink on recycled paper

1

BLM_0043150

Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Hopi Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Hopi Tribe interested in participating as a consulting party on the proposed PA, in addition to their activities on the ULP PEIS? Please let us know of your tribe's interest in participating. You may fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternatively, you may contact Tracy Ribeiro, DOE-LM's Environmental Program Manager, at (720) 880-4347 or tracy.ribeiro@lm.doe.gov.

Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director of Office of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure

1

BLM_0043151

Dr. David S. Shafer

Acting Director- Office of Site Operations

Department of Energy – Office of Legacy Management

11025 Dover St., Ste. 1000

Westminster, CO 80021

Subject: Consultation Under Section 106 of the National Historic Preservation Act for Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under Section 106 of the National Historic Preservation Act for the Department of Energy's Uranium Leasing Program, the Hopi Tribe is (please check the appropriate line below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043152



**Department of Energy**
Washington, DC 20585

AUG 0 9 2013

The Honorable Ben Shelley
President
Navajo Nation
P.O. Box 7440
Window Rock, AZ 86515

Subject: Consultation Under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

Dear President Shelley:

The purpose of this letter is to invite the Navajo Nation to be a consulting party for a
programmatic agreement (PA) under the National Historic Preservation Act (NHPA) to
address Section 106 consultation activities for historic properties that have been or may
be identified on 25,000 acres of land in southwest Colorado. The acreage is managed by
the Department of Energy, Office of Legacy Management (DOE-LM) under the DOE
Uranium Leasing Program (ULP). The enclosed map displays the lease tract areas that
will be addressed in the PA. For all the lease tracts, DOE-LM has land withdrawals from
the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP). DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/. The Navajo Nation was identified as having ancestral
movement throughout the Mesa Verde region and possibly into the ULP lease tract areas.
Because of this historical connection to the area, DOE-LM has contacted the Navajo
Nation on several occasions since initiation of the PEIS to inquire about their interest in
government to government consultation and/or serving as a cooperating agent in in the
National Environmental Policy Act process. Navajo Nation opted to participate in the
PEIS endeavor as a cooperating agency.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should ULP mining continue; however, it is unknown where future ground disturbance
related to ULP activities would occur. As a continuing effort to programmatically
address potential impacts of the ULP on the environment, DOE-LM is pursuing a PA
with the Colorado State Historic Preservation Office (CO SHPO), the Advisory Council
on Historic Preservation, the BLM, and other interested historical/heritage groups.

The proposed PA would formalize the programmatic implementation of a phased
approach for leasing, exploration, development, and reclamation. The PA will outline
alternative procedures to implement NHPA Section 106 consultation for each phase.


Printed with soy ink on recycled paper

1

BLM_0043153

Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Navajo Nation chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Navajo Nation interested in participating as a consulting party on the proposed PA, in addition to their activities on the ULP PEIS? Please let us know of your tribe's interest in participating. You may fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternatively, you may contact Tracy Ribeiro, DOE-LM's Environmental Program Manager, at (720) 880-4347 or tracy.ribeiro@lm.doe.gov.

Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director- Office of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure
Mr. Tony Joe, Navajo Nation
Mr. Tim Begay, Navajo Nation

1

BLM_0043154

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO  80021

Subject:  Consultation Under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Navajo Nation is (please check the appropriate line
below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043155



**Department of Energy**
Washington, DC 20585

AUG 09 2013

The Honorable Elayne Atcitty
Chairwoman
White Mesa Ute Tribe
P.O. Box 7096
White Mesa, UT 84511

Subject: Consultation Under Section 106 of the National Historic Preservation Act for Activities Related to the Department Energy's Uranium Leasing Program

Dear Chairwoman Atcitty:

The purpose of this letter is to invite the White Mesa Ute Tribe to be a consulting party for a programmatic agreement (PA) under the National Historic Preservation Act (NHPA) to address Section 106 consultation activities for historic properties that have been or may be identified on 25,000 acres of land in southwest Colorado. The acreage is managed by the Department of Energy, Office of Legacy Management (DOE-LM) under the DOE Uranium Leasing Program (ULP). The enclosed map displays the lease tract areas that will be addressed in the PA. For all the lease tracts, DOE-LM has land withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for the (ULP). DOE-LM is currently preparing responses to comments from the public and initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web page http://ulpeis.anl.gov/. The White Mesa Ute Tribe was identified as having ancestral movement throughout the Mesa Verde region and possibly into the ULP lease tract areas. Because of this historical connection to the area, DOE-LM has contacted the White Mesa Ute Tribe on several occasions since initiation of the PEIS to inquire about their interest in government to government consultation and/or serving as a cooperating agent in the National Environmental Policy Act process. The White Mesa Ute Tribe opted to participate in the PEIS endeavor as a commenting agency.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed should ULP mining continue; however, it is unknown where future ground disturbance related to ULP activities would occur. As a continuing effort to programmatically address potential impacts of the ULP on the environment, DOE-LM is pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the Advisory Council on Historic Preservation, the BLM, and other interested historical/heritage groups.

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase.


Printed with soy ink on recycled paper

1

BLM_0043156

Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the White Mesa Ute Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the White Mesa Ute Tribe interested in participating as a consulting party on the proposed PA, in addition to their activities on the ULP PEIS? Please let us know of your tribe's interest in participating. You may fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternatively, you may contact Tracy Ribeiro, DOE-LM's Environmental Program Manager, at (720) 880-4347 or tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director- Office of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure

1

BLM_0043157

Dr. David S. Shafer

Acting Director- Office of Site Operations

Department of Energy – Office of Legacy Management

11025 Dover St., Ste. 1000

Westminster, CO 80021

Subject: Consultation Under Section 106 of the National Historic Preservation Act for Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under Section 106 of the National Historic Preservation Act for the Department of Energy's Uranium Leasing Program, the White Mesa Ute Tribe is (please check the appropriate line below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043158



**Department of Energy**
Washington, DC 20585

AUG 0 9 2013

The Honorable Randall Vicente
Governor
Pueblo of Acoma Tribe
P.O. Box 309
Acoma, NM 87034

Subject:  Consultation Under Section 106 of the National Historic Preservation Act for
          Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Vicente:

The purpose of this letter is to invite the Pueblo of Acoma Tribe to be a consulting party
for a programmatic agreement (PA) under the National Historic Preservation Act
(NHPA) to address Section 106 consultation activities for historic properties that have
been or may be identified on 25,000 acres of land in southwest Colorado.  The acreage is
managed by the Department of Energy, Office of Legacy Management (DOE-LM) under
the DOE Uranium Leasing Program (ULP).  The enclosed map displays the lease tract
areas that will be addressed in the PA.  For all the lease tracts, DOE-LM has land
withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP).  DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/.  The Pueblo of Acoma Tribe was identified as having
ancestral movement throughout the Mesa Verde region and possibly into the ULP lease
tract areas.  Because of this historical connection to the area, DOE-LM has contacted the
Pueblo of Acoma Tribe on several occasions since initiation of the PEIS to inquire about
their interest in government to government consultation and/or serving as a cooperating
agent in the National Environmental Policy Act process. The Pueblo of Acoma Tribe
opted to participate in the PEIS endeavor as a cooperating agency.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should ULP mining continue; however, it is unknown where future ground disturbance
related to ULP activities would occur.  As a continuing effort to programmatically
address potential impacts of the ULP on the environment, DOE-LM is pursuing a PA
with the Colorado State Historic Preservation Office (CO SHPO), the Advisory Council
on Historic Preservation, the BLM, and other interested historical/heritage groups.

The proposed PA would formalize the programmatic implementation of a phased
approach for leasing, exploration, development, and reclamation.  The PA will outline
alternative procedures to implement NHPA Section 106 consultation for each phase.


Printed with soy ink on recycled paper

1

BLM_0043159

Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Pueblo of Acoma Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Pueblo of Acoma Tribe interested in participating as a consulting party on the proposed PA, in addition to their activities on the ULP PEIS? Please let us know of your tribe's interest in participating. You may fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternatively, you may contact Tracy Ribeiro, DOE-LM's Environmental Program Manager, at (720) 880-4347 or tracy.ribeiro@lm.doe.gov.

Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director- Office of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure
Ms. Theresa Pasqual, Pueblo of Acoma Tribe
Mr. Ernie Vallo, Pueblo of Acoma Tribe

1

BLM_0043160

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO  80021

Subject:  Consultation Under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Pueblo of Acoma is (please check the appropriate line
below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043161



**Department of Energy**
Washington, DC 20585

AUG 0 9 2013

The Honorable Gary Hayes
Chairman
Ute Mountain Ute Tribe
P.O. Box 248
Towaoc, CO 81334

Subject: Consultation Under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

Dear Chairman Hayes:

The purpose of this letter is to invite the Ute Mountain Ute Tribe to be a consulting party
for a programmatic agreement (PA) under the National Historic Preservation Act
(NHPA) to address Section 106 consultation activities for historic properties that have
been or may be identified on 25,000 acres of land in southwest Colorado. The acreage is
managed by the Department of Energy, Office of Legacy Management (DOE-LM) under
the DOE Uranium Leasing Program (ULP). The enclosed map displays the lease tract
areas that will be addressed in the PA. For all the lease tracts, DOE-LM has land
withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP). DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/. The Ute Mountain Ute Tribe was identified as having
ancestral movement throughout the Mesa Verde region and possibly into the ULP lease
tract areas. Because of this historical connection to the area, DOE-LM has contacted the
Ute Mountain Ute Tribe on several occasions since initiation of the PEIS to inquire about
their interest in government to government consultation and/or serving as a cooperating
agent in in the National Environmental Policy Act process. The Ute Mountain Ute Tribe
opted to participate in the PEIS endeavor as a commenting agency.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should ULP mining continue; however, it is unknown where future ground disturbance
related to ULP activities would occur. As a continuing effort to programmatically
address potential impacts of the ULP on the environment, DOE-LM is pursuing a PA
with the Colorado State Historic Preservation Office (CO SHPO), the Advisory Council
on Historic Preservation, the BLM, and other interested historical/heritage groups.

The proposed PA would formalize the programmatic implementation of a phased
approach for leasing, exploration, development, and reclamation. The PA will outline
alternative procedures to implement NHPA Section 106 consultation for each phase.


Printed with soy ink on recycled paper

1

BLM_0043162

Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Ute Mountain Ute Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Ute Mountain Ute Tribe interested in participating as a consulting party on the proposed PA, in addition to their activities on the ULP PEIS? Please let us know of your tribe's interest in participating. You may fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternatively, you may contact Tracy Ribeiro, DOE-LM's Environmental Program Manager, at (720) 880-4347 or tracy.ribeiro@lm.doe.gov.

Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director- Office of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure
Lynn Hartmann, Ute Mountain Ute Tribe
Terry Night, Ute Mountain Ute Tribe

1

BLM_0043163

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO  80021

Subject:  Consultation Under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Ute Mountain Ute Tribe is (please check the appropriate
line below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043164



**Department of Energy**
Washington, DC 20585

AUG 0 9 2013

The Honorable Frank E. Lujan
Governor
Pueblo of Isleta Tribe
P.O. Box 1270
Isleta, NM 87022

Subject:  Consultation Under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Lujan:

The purpose of this letter is to invite the Pueblo of Isleta Tribe to be a consulting party for
a programmatic agreement (PA) under the National Historic Preservation Act (NHPA) to
address Section 106 consultation activities for historic properties that have been or may
be identified on 25,000 acres of land in southwest Colorado. The acreage is managed by
the Department of Energy, Office of Legacy Management (DOE-LM) under the DOE
Uranium Leasing Program (ULP). The enclosed map displays the lease tract areas that
will be addressed in the PA. For all the lease tracts, DOE-LM has land withdrawals from
the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP). DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/. The Pueblo of Isleta Tribe was identified as having ancestral
movement throughout the Mesa Verde region and possibly into the ULP lease tract areas.
Because of this historical connection to the area, DOE-LM has contacted the Pueblo of
Isleta Tribe on several occasions since initiation of the PEIS to inquire about their interest
in government to government consultation and/or serving as a cooperating agent in in the
National Environmental Policy Act process. The Pueblo of Isleta Tribe opted to
participate in the PEIS endeavor as a cooperating agency.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should ULP mining continue; however, it is unknown where future ground disturbance
related to ULP activities would occur. As a continuing effort to programmatically
address potential impacts of the ULP on the environment, DOE-LM is pursuing a PA
with the Colorado State Historic Preservation Office (CO SHPO), the Advisory Council
on Historic Preservation, the BLM, and other interested historical/heritage groups.

The proposed PA would formalize the programmatic implementation of a phased
approach for leasing, exploration, development, and reclamation. The PA will outline
alternative procedures to implement NHPA Section 106 consultation for each phase.



Printed with soy ink on recycled paper

1

BLM_0043165

Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Pueblo of Isleta Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Pueblo of Isleta Tribe interested in participating as a consulting party on the proposed PA, in addition to their activities on the ULP PEIS? Please let us know of your tribe's interest in participating. You may fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternatively, you may contact Tracy Ribeiro, DOE-LM's Environmental Program Manager, at (720) 880-4347 or tracy.ribeiro@lm.doe.gov.

Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director- Office of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure
Stephanie Zuni, Pueblo of Isleta Tribe
Valentino Jaramillo, Pueblo of Isleta Tribe

1

BLM_0043166

Dr. David S. Shafer

Acting Director- Office of Site Operations

Department of Energy – Office of Legacy Management

11025 Dover St., Ste. 1000

Westminster, CO 80021

Subject: Consultation Under Section 106 of the National Historic Preservation Act for Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under Section 106 of the National Historic Preservation Act for the Department of Energy's Uranium Leasing Program, the Pueblo of Isleta is (please check the appropriate line below)

\_\_\_\_\_ Interested in participating as a consulting party.*

\_\_\_\_\_ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043167



**Department of Energy**
Washington, DC 20585

AUG 0 9 2013

The Honorable Robert B. Pecos
Governor
Pueblo de Cochiti Tribe
P.O. Box 70
Cochiti Pueblo, NM 87072

Subject:  Consultation Under Section 106 of the National Historic Preservation Act for
          Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Pecos:

The purpose of this letter is to invite the Pueblo de Cochiti Tribe to be a consulting party
for a programmatic agreement (PA) under the National Historic Preservation Act
(NHPA) to address Section 106 consultation activities for historic properties that have
been or may be identified on 25,000 acres of land in southwest Colorado. The acreage is
managed by the Department of Energy, Office of Legacy Management (DOE-LM) under
the DOE Uranium Leasing Program (ULP). The enclosed map displays the lease tract
areas that will be addressed in the PA. For all the lease tracts, DOE-LM has land
withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP). DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/. The Pueblo de Cochiti Tribe was identified as having
ancestral movement throughout the Mesa Verde region and possibly into the ULP lease
tract areas. Because of this historical connection to the area, DOE-LM has contacted the
Pueblo de Cochiti Tribe on several occasions since initiation of the PEIS to inquire about
their interest in government to government consultation and/or serving as a cooperating
agent in in the National Environmental Policy Act process. The Pueblo de Cochiti Tribe
opted to participate in the PEIS endeavor as a cooperating agency.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should ULP mining continue; however, it is unknown where future ground disturbance
related to ULP activities would occur. As a continuing effort to programmatically
address potential impacts of the ULP on the environment, DOE-LM is pursuing a PA
with the Colorado State Historic Preservation Office (CO SHPO), the Advisory Council
on Historic Preservation, the BLM, and other interested historical/heritage groups.

The proposed PA would formalize the programmatic implementation of a phased
approach for leasing, exploration, development, and reclamation. The PA will outline
alternative procedures to implement NHPA Section 106 consultation for each phase.


Printed with soy ink on recycled paper

1

BLM_0043168

Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated; effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Pueblo de Cochiti Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Pueblo de Cochiti Tribe interested in participating as a consulting party on the proposed PA, in addition to their activities on the ULP PEIS? Please let us know of your tribe's interest in participating. You may fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternatively, you may contact Tracy Ribeiro, DOE-LM's Environmental Program Manager, at (720) 880-4347 or tracy.ribeiro@lm.doe.gov.

Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director- Office of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure
Jacob Pecos, Pueblo de Cochiti Tribe
Gilbert Herrera, Pueblo de Cochiti Tribe

1

BLM_0043169

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject:  Consultation Under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Pueblo de Cochiti Tribe is (please check the appropriate
line below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043170



**Department of Energy**
Washington, DC 20585

August 9, 2013

The Honorable Gerald Nailor
Governor
Pueblo of Picuris Tribe
P.O. Box 127
Penasco, NM 87553

Subject:  Consultation under Section 106 of the National Historic Preservation Act for
          Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Nailor:

The purpose of this letter is to invite the Pueblo of Picuris Tribe to be a consulting party
for a programmatic agreement (PA) under the National Historic Preservation Act
(NHPA) to address Section 106 consultation activities for historic properties that have
been or may be identified on 25,000 acres of land in southwest Colorado. The acreage is
managed by the Department of Energy, Office of Legacy Management (DOE-LM) under
the DOE Uranium Leasing Program (ULP). The enclosed map displays the lease tract
areas that will be addressed in the PA. For all the lease tracts, DOE-LM has land
withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP). DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/. The Pueblo of Picuris Tribe was identified as having
ancestral movement throughout the Mesa Verde region and possibly into the ULP lease
tract areas. Because of this historical connection to the area, LM has contacted the
Pueblo of Picuris Tribe on several occasions since initiation of the PEIS to inquire about
their interest in government to government consultation and/or serving as a cooperating
agent in in the National Environmental Policy Act process. The Pueblo of Picuris Tribe
did not express an interest to participate in this endeavor during these earlier
communications.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should the ULP mining continue; however, it is unknown where future ground
disturbance related to ULP activities would occur. As a continuing effort to
programmatically address potential impacts of the ULP on the environment, DOE-LM is
pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the
Advisory Council on Historic Preservation, the BLM, and other interested
historical/heritage groups.


Printed with soy ink on recycled paper

1

BLM_0043171

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase. Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Pueblo of Picuris Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Pueblo of Picuris Tribe interested in serving as a consulting party on the proposed PA? Please call to identify your tribe's interest in participating or fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternately, you may contact Tracy Ribeiro, LM's Environmental Program Manager, at (303) 410-4817 or at tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure
Richard Mermejo, Pueblo of Picuris Tribe

1

BLM_0043172

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject:  Consultation under Section 106 of the National Historic Preservation Act for
          Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Pueblo of Picuris Tribe is (please check the appropriate
line below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043173

Case No. 1:20-cv-02484-MSK   Document 39-4   filed 04/27/21   USDC Colorado   pg 174 of 234

**Department of Energy**
Washington, DC 20585

August 9, 2013

The Honorable Nelson J. Cordova
Governor
Pueblo of Taos Tribe
P.O. Box 1846
Taos, NM 87571

Subject: Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Cordova:

The purpose of this letter is to invite the Pueblo of Taos Tribe to be a consulting party for
a programmatic agreement (PA) under the National Historic Preservation Act (NHPA) to
address Section 106 consultation activities for historic properties that have been or may
be identified on 25,000 acres of land in southwest Colorado. The acreage is managed by
the Department of Energy, Office of Legacy Management (DOE-LM) under the DOE
Uranium Leasing Program (ULP). The enclosed map displays the lease tract areas that
will be addressed in the PA. For all the lease tracts, DOE-LM has land withdrawals from
the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP). DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/. The Pueblo of Taos Tribe was identified as having ancestral
movement throughout the Mesa Verde region and possibly into the ULP lease tract areas.
Because of this historical connection to the area, LM has contacted the Pueblo of Taos
Tribe on several occasions since initiation of the PEIS to inquire about their interest in
government to government consultation and/or serving as a cooperating agent in in the
National Environmental Policy Act process. The Pueblo of Taos Tribe did not express an
interest to participate in this endeavor during these earlier communications.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should the ULP mining continue; however, it is unknown where future ground
disturbance related to ULP activities would occur. As a continuing effort to
programmatically address potential impacts of the ULP on the environment, DOE-LM is
pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the
Advisory Council on Historic Preservation, the BLM, and other interested
historical/heritage groups.


Printed with soy ink on recycled paper

1

BLM_0043174

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase. Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Pueblo of Taos Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Pueblo of Taos Tribe interested in serving as a consulting party on the proposed PA? Please call to identify your tribe's interest in participating or fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternately, you may contact Tracy Ribeiro, LM's Environmental Program Manager, at (303) 410-4817 or at tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure:
Donovan Gomez, Pueblo of Taos Tribe

1

BLM_0043175

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO  80021

Subject:  Consultation under Section 106 of the National Historic Preservation Act for
         Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Pueblo of Taos Tribe is (please check the appropriate line
below)

_____  Interested in participating as a consulting party.*

_____  Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043176



**Department of Energy**
Washington, DC 20585

August 9, 2013

The Honorable Floyd Azure
Chairman
Assiniboine and Sioux Tribes of the Fort Peck Reservation
P.O. Box 1027
Poplar, MT 59255

Subject:  Consultation under Section 106 of the National Historic Preservation Act for
         Activities Related to the Department Energy's Uranium Leasing Program

Dear Chairman Azure:

The purpose of this letter is to invite the Assiniboine and Sioux Tribes of the Fort Peck
Reservation to be a consulting party for a programmatic agreement (PA) under the
National Historic Preservation Act (NHPA) to address Section 106 consultation activities
for historic properties that have been or may be identified on 25,000 acres of land in
southwest Colorado. The acreage is managed by the Department of Energy, Office of
Legacy Management (DOE-LM) under the DOE Uranium Leasing Program (ULP). The
enclosed map displays the lease tract areas that will be addressed in the PA. For all the
lease tracts, DOE-LM has land withdrawals from the U.S. Bureau of Land Management
(BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP). DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/. The Assiniboine and Sioux Tribes of the Fort Peck
Reservation were identified as having ancestral movement throughout the Mesa Verde
region and possibly into the ULP lease tract areas. Because of this historical connection
to the area, LM has contacted the Assiniboine and Sioux Tribes of the Fort Peck
Reservation on several occasions since initiation of the PEIS to inquire about their
interest in government to government consultation and/or serving as a cooperating agent
in in the National Environmental Policy Act process. The Assiniboine and Sioux Tribes
of the Fort Peck Reservation did not express an interest to participate in this endeavor
during these earlier communications.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should the ULP mining continue; however, it is unknown where future ground
disturbance related to ULP activities would occur. As a continuing effort to
programmatically address potential impacts of the ULP on the environment, DOE-LM is
pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the
ACHP, the BLM, and other interested historical/heritage groups.


Printed with soy ink on recycled paper

1

BLM_0043177

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase. Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Assiniboine and Sioux Tribes of the Fort Peck Reservation chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Assiniboine and Sioux Tribes of the Fort Peck Reservation interested in serving as a consulting party on the proposed PA? Please call to identify your tribe's interest in participating or fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternately, you may contact Tracy Ribeiro, LM's Environmental Program Manager, at (303) 410-4817 or at tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director, Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure

1

BLM_0043178

*Final ULP PEIS*        *Appendix F: Tribal and NHPA Consultation Correspondence*

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject: Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Assiniboine and Sioux Tribes of the Fort Peck
Reservation is (please check the appropriate line below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043179



**Department of Energy**
Washington, DC 20585

August 9, 2013

The Honorable Kevi Pestata
President
Jicarilla Apache Tribal Council
P.O. Box 507
Dulce, NM 87528

Subject: Consultation under Section 106 of the National Historic Preservation Act for
         Activities Related to the Department Energy's Uranium Leasing Program

Dear President Pestata:

The purpose of this letter is to invite the Jicarilla Apace Tribal Council to be a consulting
party for a programmatic agreement (PA) under the National Historic Preservation Act
(NHPA) to address Section 106 consultation activities for historic properties that have
been or may be identified on 25,000 acres of land in southwest Colorado. The acreage is
managed by the Department of Energy, Office of Legacy Management (DOE-LM) under
the DOE Uranium Leasing Program (ULP). The enclosed map displays the lease tract
areas that will be addressed in the PA. For all the lease tracts, DOE-LM has land
withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP). DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/. The Jicarilla Apache Tribe was identified as having ancestral
movement throughout the Mesa Verde region and possibly into the ULP lease tract areas.
Because of this historical connection to the area, LM has contacted the Jicarilla Apache
Tribe on several occasions since initiation of the PEIS to inquire about their interest in
government to government consultation and/or serving as a cooperating agent in in the
National Environmental Policy Act process. The Jicarilla Apache Tribe did not express
an interest to participate in this endeavor during these earlier communications.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should the ULP mining continue; however, it is unknown where future ground
disturbance related to ULP activities would occur. As a continuing effort to
programmatically address potential impacts of the ULP on the environment, DOE-LM is
pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the
Advisory Council on Historic Preservation, the BLM, and other interested
historical/heritage groups.


Printed with soy ink on recycled paper

1

BLM_0043180

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase. Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Jicarilla Apache Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Jicarilla Apache Tribe interested in serving as a consulting party on the proposed PA? Please call to identify your tribe's interest in participating or fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternately, you may contact Tracy Ribeiro, LM's Environmental Program Manager, at (303) 410-4817 or at tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure
Gifford Velarde, Jicarilla Apache Tribe
Dr. Jeff Blythe, Jicarilla Apache Tribe

BLM_0043181

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy -- Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject:  Consultation under Section 106 of the National Historic Preservation Act for
          Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Jicarilla Apache Tribe is (please check the appropriate
line below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043182



**Department of Energy**
Washington, DC 20585

August 9, 2013

The Honorable David F. Garcia
Governor
Kewa Pueblo Tribe
P.O. Box 99
Santo Domingo, NM 87052

Subject: Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Garcia:

The purpose of this letter is to invite the Kewa Pueblo Tribe to be a consulting party for a
programmatic agreement (PA) under the National Historic Preservation Act (NHPA) to
address Section 106 consultation activities for historic properties that have been or may
be identified on 25,000 acres of land in southwest Colorado. The acreage is managed by
the Department of Energy, Office of Legacy Management (DOE-LM) under the DOE
Uranium Leasing Program (ULP). The enclosed map displays the lease tract areas that
will be addressed in the PA. For all the lease tracts, DOE-LM has land withdrawals from
the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP). DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/. The Kewa Pueblo Tribe was identified as having ancestral
movement throughout the Mesa Verde region and possibly into the ULP lease tract areas.
Because of this historical connection to the area, LM has contacted the Kewa Pueblo
Tribe on several occasions since initiation of the PEIS to inquire about their interest in
government to government consultation and/or serving as a cooperating agent in in the
National Environmental Policy Act process. The Kewa Pueblo Tribe did not express an
interest to participate in this endeavor during these earlier communications.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should the ULP mining continue; however, it is unknown where future ground
disturbance related to ULP activities would occur. As a continuing effort to
programmatically address potential impacts of the ULP on the environment, DOE-LM is
pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the
Advisory Council on Historic Preservation, the BLM, and other interested
historical/heritage groups.


Printed with soy ink on recycled paper

1

BLM_0043183

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase. Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Kewa Pueblo Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Kewa Pueblo Tribe interested in serving as a consulting party on the proposed PA? Please call to identify your tribe's interest in participating or fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternately, you may contact Tracy Ribeiro, LM's Environmental Program Manager, at (303) 410-4817 or at tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure

1

BLM_0043184

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject:  Consultation under Section 106 of the National Historic Preservation Act for
        Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Kewa Pueblo Tribe is (please check the appropriate line
below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043185

*Final ULP PEIS*                          *Appendix F: Tribal and NHPA Consultation Correspondence*



**Department of Energy**
Washington, DC 20585
August 9, 2013

The Honorable Michael J. Toledo, Jr.
Governor
Pueblo of Jemez Tribe
P.O. Box 100
Jemez Pueblo, NM 87024

Subject:  Consultation under Section 106 of the National Historic Preservation Act for
          Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Toledo:

The purpose of this letter is to invite the Pueblo of Jemez Tribe to be a consulting party
for a programmatic agreement (PA) under the National Historic Preservation Act
(NHPA) to address Section 106 consultation activities for historic properties that have
been or may be identified on 25,000 acres of land in southwest Colorado. The acreage is
managed by the Department of Energy, Office of Legacy Management (DOE-LM) under
the DOE Uranium Leasing Program (ULP). The enclosed map displays the lease tract
areas that will be addressed in the PA. For all the lease tracts, DOE-LM has land
withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP). DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/. The Pueblo of Jemez Tribe was identified as having ancestral
movement throughout the Mesa Verde region and possibly into the ULP lease tract areas.
Because of this historical connection to the area, LM has contacted the Pueblo of Jemez
Tribe on several occasions since initiation of the PEIS to inquire about their interest in
government to government consultation and/or serving as a cooperating agent in in the
National Environmental Policy Act process. Pueblo of Jemez Tribe did not express an
interest to participate in this endeavor during these earlier communications.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should the ULP mining continue; however, it is unknown where future ground
disturbance related to ULP activities would occur. As a continuing effort to
programmatically address potential impacts of the ULP on the environment, DOE-LM is
pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the
Advisory Council on Historic Preservation, the BLM, and other interested
historical/heritage groups.


Printed with soy ink on recycled paper

1

BLM_0043186

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase. Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Pueblo of Jemez Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Pueblo of Jemez Tribe interested in serving as a consulting party on the proposed PA? Please call to identify your tribe's interest in participating or fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternately, you may contact Tracy Ribeiro, LM's Environmental Program Manager, at (303) 410-4817 or at tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure
Christopher Toya, Pueblo of Jemez Tribe

1

BLM_0043187

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject: Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Pueblo of Jemez Tribe is (please check the appropriate
line below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043188



**Department of Energy**
Washington, DC 20585

August 9, 2013

The Honorable Richard B. Luarkie
Governor
Pueblo of Laguna Tribe
P.O. Box 194
Laguna Pueblo, NM 87026

Subject:  Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Luarkie:

The purpose of this letter is to invite the Pueblo of Laguna Tribe to be a consulting party
for a programmatic agreement (PA) under the National Historic Preservation Act
(NHPA) to address Section 106 consultation activities for historic properties that have
been or may be identified on 25,000 acres of land in southwest Colorado. The acreage is
managed by the Department of Energy, Office of Legacy Management (DOE-LM) under
the DOE Uranium Leasing Program (ULP). The enclosed map displays the lease tract
areas that will be addressed in the PA. For all the lease tracts, DOE-LM has land
withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP). DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/. The Pueblo of Laguna Tribe was identified as having
ancestral movement throughout the Mesa Verde region and possibly into the ULP lease
tract areas. Because of this historical connection to the area, LM has contacted the
Pueblo of Laguna Tribe on several occasions since initiation of the PEIS to inquire about
their interest in government to government consultation and/or serving as a cooperating
agent in in the National Environmental Policy Act process. The Pueblo of Laguna Tribe
did not express an interest to participate in this endeavor during these earlier
communications.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should the ULP mining continue; however, it is unknown where future ground
disturbance related to ULP activities would occur. As a continuing effort to
programmatically address potential impacts of the ULP on the environment, DOE-LM is
pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the
Advisory Council on Historic Preservation, the BLM, and other interested
historical/heritage groups.


Printed with soy ink on recycled paper

1

BLM_0043189

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase. Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Pueblo of Laguna Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Pueblo of Laguna Tribe interested in serving as a consulting party on the proposed PA? Please call to identify your tribe's interest in participating or fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternately, you may contact Tracy Ribeiro, LM's Environmental Program Manager, at (303) 410-4817 or at tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure
Robert Mooney, Pueblo of Laguna Tribe
Larry Lente, Pueblo of Laguna Tribe

1

BLM_0043190

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject:  Consultation under Section 106 of the National Historic Preservation Act for
         Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Pueblo of Laguna Tribe is (please check the appropriate
line below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043191



**Department of Energy**
Washington, DC 20585

August 9, 2013

The Honorable Ernest Mirabal
Governor
Pueblo of Nambe Tribe
Route 1, Box 117-BB
Santa Fe, NM 87506

Subject:   Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Mirabal:

The purpose of this letter is to invite the Pueblo of Nambe Tribe to be a consulting party
for a programmatic agreement (PA) under the National Historic Preservation Act
(NHPA) to address Section 106 consultation activities for historic properties that have
been or may be identified on 25,000 acres of land in southwest Colorado.  The acreage is
managed by the Department of Energy, Office of Legacy Management (DOE-LM) under
the DOE Uranium Leasing Program (ULP).  The enclosed map displays the lease tract
areas that will be addressed in the PA.  For all the lease tracts, DOE-LM has land
withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP).  DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/.  The Pueblo of Nambe Tribe was identified as having
ancestral movement throughout the Mesa Verde region and possibly into the ULP lease
tract areas.  Because of this historical connection to the area, LM has contacted the
Pueblo of Nambe Tribe on several occasions since initiation of the PEIS to inquire about
their interest in government to government consultation and/or serving as a cooperating
agent in the National Environmental Policy Act process.  The Pueblo of Nambe Tribe
did not express an interest to participate in this endeavor during these earlier
communications.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should the ULP mining continue; however, it is unknown where future ground
disturbance related to ULP activities would occur.  As a continuing effort to
programmatically address potential impacts of the ULP on the environment, DOE-LM is
pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the
Advisory Council on Historic Preservation, the BLM, and other interested
historical/heritage groups.


Printed with soy ink on recycled paper

1

BLM_0043192

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase. Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Pueblo of Nambe Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Pueblo of Nambe Tribe interested in serving as a consulting party on the proposed PA? Please call to identify your tribe's interest in participating or fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternately, you may contact Tracy Ribeiro, LM's Environmental Program Manager, at (303) 410-4817 or at tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure

1

BLM_0043193

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject: Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Pueblo of Nambe Tribe is (please check the appropriate
line below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043194



**Department of Energy**
Washington, DC 20585

August 9, 2013

The Honorable George Rivera
Governor
Pueblo of Pojoaque Tribe
78 Cities of Gold Road
Santa Fe, NM 87506

Subject: Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Rivera:

The purpose of this letter is to invite the Pueblo of Pojoaque Tribe to be a consulting party for a programmatic agreement (PA) under the National Historic Preservation Act (NHPA) to address Section 106 consultation activities for historic properties that have been or may be identified on 25,000 acres of land in southwest Colorado. The acreage is managed by the Department of Energy, Office of Legacy Management (DOE-LM) under the DOE Uranium Leasing Program (ULP). The enclosed map displays the lease tract areas that will be addressed in the PA. For all the lease tracts, DOE-LM has land withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for the (ULP). DOE-LM is currently preparing responses to comments from the public and initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web page http://ulpeis.anl.gov/. The Pueblo of Pojoaque Tribe was identified as having ancestral movement throughout the Mesa Verde region and possibly into the ULP lease tract areas. Because of this historical connection to the area, LM has contacted the Pueblo of Pojoaque Tribe on several occasions since initiation of the PEIS to inquire about their interest in government to government consultation and/or serving as a cooperating agent in in the National Environmental Policy Act process. Pueblo of Pojoaque Tribe did not express an interest to participate in this endeavor during these earlier communications.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed should the ULP mining continue; however, it is unknown where future ground disturbance related to ULP activities would occur. As a continuing effort to programmatically address potential impacts of the ULP on the environment, DOE-LM is pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the Advisory Council on Historic Preservation, the BLM, and other interested historical/heritage groups.

 Printed with soy ink on recycled paper

1

BLM_0043195

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase. Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Pueblo of Pojoaque Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Pueblo of Pojoaque Tribe interested in serving as a consulting party on the proposed PA? Please call to identify your tribe's interest in participating or fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternately, you may contact Tracy Ribeiro, LM's Environmental Program Manager, at (303) 410-4817 or at tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure
Vernan Lujan, Pueblo of Pojoaque Tribe

1

BLM_0043196

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject: Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Pueblo of Pojoaque Tribe is (please check the appropriate
line below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043197



**Department of Energy**
Washington, DC 20585

August 9, 2013

The Honorable Raymond Sandoval, Sr.
Governor
Pueblo of San Felipe Tribe
P.O. Box 4339
San Felipe, NM 87001

Subject: Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Sandoval:

The purpose of this letter is to invite the Pueblo of San Felipe Tribe to be a consulting party for a programmatic agreement (PA) under the National Historic Preservation Act (NHPA) to address Section 106 consultation activities for historic properties that have been or may be identified on 25,000 acres of land in southwest Colorado. The acreage is managed by the Department of Energy, Office of Legacy Management (DOE-LM) under the DOE Uranium Leasing Program (ULP). The enclosed map displays the lease tract areas that will be addressed in the PA. For all the lease tracts, DOE-LM has land withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for the (ULP). DOE-LM is currently preparing responses to comments from the public and initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web page http://ulpeis.anl.gov/. The Pueblo of San Felipe Tribe was identified as having ancestral movement throughout the Mesa Verde region and possibly into the ULP lease tract areas. Because of this historical connection to the area, LM has contacted the Pueblo of San Felipe Tribe on several occasions since initiation of the PEIS to inquire about their interest in government to government consultation and/or serving as a cooperating agent in in the National Environmental Policy Act process. The Pueblo of San Felipe Tribe did not express an interest to participate in this endeavor during these earlier communications.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed should the ULP mining continue; however, it is unknown where future ground disturbance related to ULP activities would occur. As a continuing effort to programmatically address potential impacts of the ULP on the environment, DOE-LM is pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the Advisory Council on Historic Preservation, the BLM, and other interested historical/heritage groups.


Printed with soy ink on recycled paper

1

BLM_0043198

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase. Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Pueblo of San Felipe Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Pueblo of San Felipe Tribe interested in serving as a consulting party on the proposed PA? Please call to identify your tribe's interest in participating or fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternately, you may contact Tracy Ribeiro, LM's Environmental Program Manager, at (303) 410-4817 or at tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure

1

BLM_0043199

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO  80021

Subject:  Consultation under Section 106 of the National Historic Preservation Act for
          Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Pueblo of San Felipe Tribe is (please check the
appropriate line below)

        _____ Interested in participating as a consulting party.*

        _____ Not interested in participating as a consulting party.

        (*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043200



**Department of Energy**
Washington, DC 20585

August 9, 2013

The Honorable Perry Martinez
Governor
Pueblo of Ildefonso Tribe
Route 5, Box 315A
Santa Fe, NM 87506

Subject:  Consultation under Section 106 of the National Historic Preservation Act for
          Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Martinez:

The purpose of this letter is to invite the Pueblo of Ildefonso Tribe to be a consulting
party for a programmatic agreement (PA) under the National Historic Preservation Act
(NHPA) to address Section 106 consultation activities for historic properties that have
been or may be identified on 25,000 acres of land in southwest Colorado. The acreage is
managed by the Department of Energy, Office of Legacy Management (DOE-LM) under
the DOE Uranium Leasing Program (ULP). The enclosed map displays the lease tract
areas that will be addressed in the PA. For all the lease tracts, DOE-LM has land
withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP). DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/. The Pueblo of Ildefonso Tribe was identified as having
ancestral movement throughout the Mesa Verde region and possibly into the ULP lease
tract areas. Because of this historical connection to the area, LM has contacted the
Pueblo of Ildefonso Tribe on several occasions since initiation of the PEIS to inquire
about their interest in government to government consultation and/or serving as a
cooperating agent in in the National Environmental Policy Act process. The Pueblo of
Ildefonso Tribe did not express an interest to participate in this endeavor during these
earlier communications.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should the ULP mining continue; however, it is unknown where future ground
disturbance related to ULP activities would occur. As a continuing effort to
programmatically address potential impacts of the ULP on the environment, DOE-LM is
pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the
Advisory Council on Historic Preservation, the BLM, and other interested
historical/heritage groups.


Printed with soy ink on recycled paper

1

BLM_0043201

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase. Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Pueblo of Ildefonso Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Pueblo of Ildefonso Tribe interested in serving as a consulting party on the proposed PA? Please call to identify your tribe's interest in participating or fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternately, you may contact Tracy Ribeiro, LM's Environmental Program Manager, at (303) 410-4817 or at tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure
Brian Montoya, Pueblo of Ildefonso Tribe

1

BLM_0043202

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject: Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Pueblo of Ildefonso Tribe is (please check the appropriate
line below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043203



**Department of Energy**
Washington, DC 20585

August 9, 2013

The Honorable Malcolm Montoya
Governor
Pueblo of Sandia Tribe
481 Sandia Loop
Bernalillo, NM 87004

Subject: Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Montoya:

The purpose of this letter is to invite the Pueblo of Sandia Tribe to be a consulting party
for a programmatic agreement (PA) under the National Historic Preservation Act
(NHPA) to address Section 106 consultation activities for historic properties that have
been or may be identified on 25,000 acres of land in southwest Colorado. The acreage is
managed by the Department of Energy, Office of Legacy Management (DOE-LM) under
the DOE Uranium Leasing Program (ULP). The enclosed map displays the lease tract
areas that will be addressed in the PA. For all the lease tracts, DOE-LM has land
withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP). DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/. The Pueblo of Sandia Tribe was identified as having ancestral
movement throughout the Mesa Verde region and possibly into the ULP lease tract areas.
Because of this historical connection to the area, LM has contacted the Pueblo of Sandia
Tribe on several occasions since initiation of the PEIS to inquire about their interest in
government to government consultation and/or serving as a cooperating agent in in the
National Environmental Policy Act process. Pueblo of Sandia Tribe did not express an
interest to participate in this endeavor during these earlier communications.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should the ULP mining continue; however, it is unknown where future ground
disturbance related to ULP activities would occur. As a continuing effort to
programmatically address potential impacts of the ULP on the environment, DOE-LM is
pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the
Advisory Council on Historic Preservation, the BLM, and other interested
historical/heritage groups.


Printed with soy ink on recycled paper

1

BLM_0043204

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase. Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Pueblo of Sandia Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Pueblo of Sandia Tribe interested in serving as a consulting party on the proposed PA? Please call to identify your tribe's interest in participating or fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternately, you may contact Tracy Ribeiro, LM's Environmental Program Manager, at (303) 410-4817 or at tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure
Frank Chavez, Pueblo of Sandia Tribe

1

BLM_0043205

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject: Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Pueblo of Sandia Tribe is (please check the appropriate
line below)

_____  Interested in participating as a consulting party.*

_____  Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043206



**Department of Energy**
Washington, DC 20585

August 9, 2013

The Honorable Lawrence Montoya
Governor
Pueblo of Santa Ana Tribe
2 Dove Road
Santa Ana Pueblo, NM 87004

Subject:  Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Montoya:

The purpose of this letter is to invite the Pueblo of Santa Ana Tribe to be a consulting
party for a programmatic agreement (PA) under the National Historic Preservation Act
(NHPA) to address Section 106 consultation activities for historic properties that have
been or may be identified on 25,000 acres of land in southwest Colorado. The acreage is
managed by the Department of Energy, Office of Legacy Management (DOE-LM) under
the DOE Uranium Leasing Program (ULP). The enclosed map displays the lease tract
areas that will be addressed in the PA. For all the lease tracts, DOE-LM has land
withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP). DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/. The Pueblo of Santa Ana Tribe was identified as having
ancestral movement throughout the Mesa Verde region and possibly into the ULP lease
tract areas. Because of this historical connection to the area, LM has contacted the
Pueblo of Santa Ana Tribe on several occasions since initiation of the PEIS to inquire
about their interest in government to government consultation and/or serving as a
cooperating agent in in the National Environmental Policy Act process. The Pueblo of
Santa Ana Tribe did not express an interest to participate in this endeavor during these
earlier communications.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should the ULP mining continue; however, it is unknown where future ground
disturbance related to ULP activities would occur. As a continuing effort to
programmatically address potential impacts of the ULP on the environment, DOE-LM is
pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the
Advisory Council on Historic Preservation, the BLM, and other interested
historical/heritage groups.


Printed with soy ink on recycled paper

1

BLM_0043207

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase. Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Pueblo of Santa Ana Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Pueblo of Santa Ana Tribe interested in serving as a consulting party on the proposed PA? Please call to identify your tribe's interest in participating or fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternately, you may contact Tracy Ribeiro, LM's Environmental Program Manager, at (303) 410-4817 or at tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure:
Ben Robbins, Pueblo of Santa Ana Tribe

1

BLM_0043208

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject: Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Pueblo of Santa Ana Tribe is (please check the
appropriate line below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043209



**Department of Energy**
Washington, DC 20585

August 9, 2013

The Honorable Walter Dasheno
Governor
Pueblo of Santa Clara Tribe
P.O. Box 580
Espanola, NM 87532

Subject: Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Dasheno:

The purpose of this letter is to invite the Pueblo of Santa Clara Tribe to be a consulting party for a programmatic agreement (PA) under the National Historic Preservation Act (NHPA) to address Section 106 consultation activities for historic properties that have been or may be identified on 25,000 acres of land in southwest Colorado. The acreage is managed by the Department of Energy, Office of Legacy Management (DOE-LM) under the DOE Uranium Leasing Program (ULP). The enclosed map displays the lease tract areas that will be addressed in the PA. For all the lease tracts, DOE-LM has land withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for the (ULP). DOE-LM is currently preparing responses to comments from the public and initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web page http://ulpeis.anl.gov/. The Pueblo of Santa Clara Tribe was identified as having ancestral movement throughout the Mesa Verde region and possibly into the ULP lease tract areas. Because of this historical connection to the area, LM has contacted the Pueblo of Santa Clara Tribe on several occasions since initiation of the PEIS to inquire about their interest in government to government consultation and/or serving as a cooperating agent in in the National Environmental Policy Act process. The Pueblo of Santa Clara Tribe did not express an interest to participate in this endeavor during these earlier communications.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed should the ULP mining continue; however, it is unknown where future ground disturbance related to ULP activities would occur. As a continuing effort to programmatically address potential impacts of the ULP on the environment, DOE-LM is pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the Advisory Council on Historic Preservation, the BLM, and other interested historical/heritage groups.



Printed with soy ink on recycled paper

1

BLM_0043210

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase. Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Pueblo of Santa Clara Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Pueblo of Santa Clara Tribe interested in serving as a consulting party on the proposed PA? Please call to identify your tribe's interest in participating or fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternately, you may contact Tracy Ribeiro, LM's Environmental Program Manager, at (303) 410-4817 or at tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure
Ben Chavarria, Pueblo of Santa Clara Tribe

1

BLM_0043211

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO  80021

Subject:  Consultation under Section 106 of the National Historic Preservation Act for
          Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Pueblo of Santa Clara Tribe is (please check the
appropriate line below)

_____ Interested in participating as a consulting party.*

_____ Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

BLM_0043212



**Department of Energy**
Washington, DC 20585

August 9, 2013

The Honorable Mark Mitchell
Governor
Pueblo of Tesuque Tribe
Route 42, Box 360-T
Sante Fe, NM 87506

Subject: Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Mitchell:

The purpose of this letter is to invite the Pueblo of Tesuque Tribe to be a consulting party for a programmatic agreement (PA) under the National Historic Preservation Act (NHPA) to address Section 106 consultation activities for historic properties that have been or may be identified on 25,000 acres of land in southwest Colorado. The acreage is managed by the Department of Energy, Office of Legacy Management (DOE-LM) under the DOE Uranium Leasing Program (ULP). The enclosed map displays the lease tract areas that will be addressed in the PA. For all the lease tracts, DOE-LM has land withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for the (ULP). DOE-LM is currently preparing responses to comments from the public and initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web page http://ulpeis.anl.gov/. The Pueblo of Tesuque Tribe was identified as having ancestral movement throughout the Mesa Verde region and possibly into the ULP lease tract areas. Because of this historical connection to the area, LM has contacted the Pueblo of Tesuque Tribe on several occasions since initiation of the PEIS to inquire about their interest in government to government consultation and/or serving as a cooperating agent in in the National Environmental Policy Act process. The Pueblo of Tesuque Tribe did not express an interest to participate in this endeavor during these earlier communications.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed should the ULP mining continue; however, it is unknown where future ground disturbance related to ULP activities would occur. As a continuing effort to programmatically address potential impacts of the ULP on the environment, DOE-LM is pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the Advisory Council on Historic Preservation, the BLM, and other interested historical/heritage groups.


Printed with soy ink on recycled paper

1

BLM_0043213

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase. Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Pueblo of Tesuque Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Pueblo of Tesuque Tribe interested in serving as a consulting party on the proposed PA? Please call to identify your tribe's interest in participating or fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternately, you may contact Tracy Ribeiro, LM's Environmental Program Manager, at (303) 410-4817 or at tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure

1

BLM_0043214

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject:  Consultation under Section 106 of the National Historic Preservation Act for
          Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Pueblo of Tesuque Tribe is (please check the appropriate
line below)

          _____  Interested in participating as a consulting party.*

          _____  Not interested in participating as a consulting party.

          (*Your group will be contacted in the future to continue participation.)

Signature:  _____

Print Name:  _____

Date:  _____

1

BLM_0043215

**Department of Energy**
Washington, DC 20585

August 9, 2013

The Honorable Marcellus Medina
Governor
Pueblo of Zia Tribe
135 Capitol Square Drive
Zia Pueblo, NM 87053

Subject: Consultation under Section 106 of the National Historic Preservation Act for Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Medina:

The purpose of this letter is to invite the Pueblo of Zia Tribe to be a consulting party for a programmatic agreement (PA) under the National Historic Preservation Act (NHPA) to address Section 106 consultation activities for historic properties that have been or may be identified on 25,000 acres of land in southwest Colorado. The acreage is managed by the Department of Energy, Office of Legacy Management (DOE-LM) under the DOE Uranium Leasing Program (ULP). The enclosed map displays the lease tract areas that will be addressed in the PA. For all the lease tracts, DOE-LM has land withdrawals from the U.S. Bureau of Land Management (BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for the (ULP). DOE-LM is currently preparing responses to comments from the public and initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web page http://ulpeis.anl.gov/. The Pueblo of Zia Tribe was identified as having ancestral movement throughout the Mesa Verde region and possibly into the ULP lease tract areas. Because of this historical connection to the area, LM has contacted the Pueblo of Zia Tribe on several occasions since initiation of the PEIS to inquire about their interest in government to government consultation and/or serving as a cooperating agent in in the National Environmental Policy Act process. The Pueblo of Zia Tribe did not express an interest to participate in this endeavor during these earlier communications.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed should the ULP mining continue; however, it is unknown where future ground disturbance related to ULP activities would occur. As a continuing effort to programmatically address potential impacts of the ULP on the environment, DOE-LM is pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the Advisory Council on Historic Preservation, the BLM, and other interested historical/heritage groups.

Printed with soy ink on recycled paper

1

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase. Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Pueblo of Zia Tribe chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Pueblo of Zia Tribe interested in serving as a consulting party on the proposed PA? Please call to identify your tribe's interest in participating or fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternately, you may contact Tracy Ribeiro, LM's Environmental Program Manager, at (303) 410-4817 or at tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure:
Peter Pino, Pueblo of Zia Tribe

1

BLM_0043217

*Final ULP PEIS*                    *Appendix F: Tribal and NHPA Consultation Correspondence*

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO  80021

Subject:  Consultation under Section 106 of the National Historic Preservation Act for
          Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Pueblo of Zia Tribe is (please check the appropriate line
below)

_____  Interested in participating as a consulting party.*

_____  Not interested in participating as a consulting party.

(*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1

*F-186*                                          *March 2014*

BLM_0043218



**Department of Energy**
Washington, DC 20585

August 9, 2013

The Honorable Arlen P. Quetawki
Governor
Zuni Tribe of the Zuni Reservation
P.O. Box 339
Zuni, NM 87327

Subject: Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

Dear Governor Quetawki:

The purpose of this letter is to invite the Zuni Tribe of the Zuni Reservation to be a
consulting party for a programmatic agreement (PA) under the National Historic
Preservation Act (NHPA) to address Section 106 consultation activities for historic
properties that have been or may be identified on 25,000 acres of land in southwest
Colorado. The acreage is managed by the Department of Energy, Office of Legacy
Management (DOE-LM) under the DOE Uranium Leasing Program (ULP). The
enclosed map displays the lease tract areas that will be addressed in the PA. For all the
lease tracts, DOE-LM has land withdrawals from the U.S. Bureau of Land Management
(BLM).

In 2011, DOE-LM initiated a Programmatic Environmental Impact Statement (PEIS) for
the (ULP). DOE-LM is currently preparing responses to comments from the public and
initiating the final PEIS; information on the PEIS can be reviewed on the dedicated web
page http://ulpeis.anl.gov/. The Zuni Tribe of the Zuni Reservation was identified as
having ancestral movement throughout the Mesa Verde region and possibly into the ULP
lease tract areas. Because of this historical connection to the area, LM has contacted the
Zuni Tribe of the Zuni Reservation on several occasions since initiation of the PEIS to
inquire about their interest in government to government consultation and/or serving as a
cooperating agent in in the National Environmental Policy Act process. The Zuni Tribe
of the Zuni Reservation did not express an interest to participate in this endeavor during
these earlier communications.

DOE-LM has estimated that up to 490 acres of the 25,000 acres could be disturbed
should the ULP mining continue; however, it is unknown where future ground
disturbance related to ULP activities would occur. As a continuing effort to
programmatically address potential impacts of the ULP on the environment, DOE-LM is
pursuing a PA with the Colorado State Historic Preservation Office (CO SHPO), the
Advisory Council on Historic Preservation, the BLM, and other interested
historical/heritage groups.



Printed with soy ink on recycled paper

1

BLM_0043219

The proposed PA would formalize the programmatic implementation of a phased approach for leasing, exploration, development, and reclamation. The PA will outline alternative procedures to implement NHPA Section 106 consultation for each phase. Each potential area of disturbance identified during the planning process will typically be evaluated following the consultation process outlined in 36 CFR sections 800.3 through 800.6; historic properties would be identified and evaluated, effects assessed, and consultation will occur if an adverse effect is identified. This consultation would be completed prior to each exploration plan, mining plan, or reclamation plan being approved.

If the Zuni Tribe of the Zuni Reservation chooses to participate as a consulting party for the proposed PA, they could discuss concerns and provide input on the consultation activities within the proposed phased PA. Is the Zuni Tribe of the Zuni Reservation interested in serving as a consulting party on the proposed PA? Please call to identify your tribe's interest in participating or fill out the information on the enclosed letter and return it to DOE-LM in the self-addressed, stamped envelope. Alternately, you may contact Tracy Ribeiro, LM's Environmental Program Manager, at (303) 410-4817 or at tracy.ribeiro@lm.doe.gov. Please call me at (720) 880-4347 if you have any questions.

Sincerely,

David S. Shafer, Ph.D.
Acting Director of Site Operations
Office of Legacy Management

Enclosure

cc w/enclosure:
Kurt Dongoske, Zuni Tribe of the Zuni Reservation

1

BLM_0043220

Dr. David S. Shafer
Acting Director- Office of Site Operations
Department of Energy – Office of Legacy Management
11025 Dover St., Ste. 1000
Westminster, CO 80021

Subject: Consultation under Section 106 of the National Historic Preservation Act for
Activities Related to the Department Energy's Uranium Leasing Program

With regards to a proposed Programmatic Agreement to address consultation under
Section 106 of the National Historic Preservation Act for the Department of Energy's
Uranium Leasing Program, the Zuni Tribe of the Zuni Reservation is (please check the
appropriate line below)

\_\_\_\_\_ Interested in participating as a consulting party.\*

\_\_\_\_\_ Not interested in participating as a consulting party.

(\*Your group will be contacted in the future to continue participation.)

Signature: _____

Print Name: _____

Date: _____

1
2

BLM_0043221

1
2
3
4
5
6
7
8
9
10
11
12
13          *This page intentionally left blank*
14

BLM_0043222

1
2
3
4
5
6
7
8
9
10
11
12
13 **APPENDIX G:**
14
15 **LIST OF PREPARERS**
16
17

BLM_0043223

1
2
3
4
5
6
7
8
9
10
11
12
13                              *This page intentionally left blank*
14

BLM_0043224

Case No. 1:20-cv-02484-MSK   Document 39-4   filed 04/27/21   USDC Colorado   pg 225 of 234

1      **APPENDIX G:**
2
3      **LIST OF PREPARERS**
4
5
6          Table G-1 lists the U.S. Department of Energy (DOE) management team members for the
7      Uranium Leasing Program (ULP) Programmatic Environmental Impact Statement (PEIS).
8      Table G-2 lists the names, education, and expertise of the ULP PEIS preparers (all are at
9      Argonne National Laboratory). In addition, Ed Cotter of Stoller Corporation provided valuable
10     project insight and information on the ULP for the preparation of the ULP PEIS.
11
12
13     **TABLE G-1  DOE Management Team**

| Name | Office | Title |
|---|---|---|
| *U.S. Department of Energy* | | |
| David S. Shafer | DOE Office of Legacy Management | Acting Director, Office of Site Operations |
| Raymond M. Plieness | DOE Office of Legacy Management | ULP PEIS Document Manager and Acting Team Leader, Asset Management Team |
| Tracy A. Ribeiro | DOE Office of Legacy Management | NEPA Compliance Manager |
| Laura E. Kilpatrick | DOE Office of Legacy Management | ULP Program Manager |

14
15

BLM_0043225

1    **TABLE G-2  ULP PEIS Preparers**

| Name | Education/Expertise | Contribution |
|---|---|---|
| ***Argonne National Laboratory*** | | |
| Timothy Allison | M.S., Mineral and Energy Resource Economics; M.A., Geography; 26 years of experience in regional analysis and economic impact analysis | Socioeconomics, environmental justice |
| Kevin J. Beckman | B.S., Mathematics and Computer Science; 1 year of experience in Web programming and visual impact analysis | Public web site development and technical support for visual impact analysis |
| Bruce Biwer | Ph.D., Chemistry; 20 years of experience in environmental assessment and transportation risk analysis | Transportation |
| Brian Cantwell | B.S., Forestry, 26 years of experience in cartography and GIS | GIS |
| Young-Soo Chang | Ph.D., Chemical Engineering; 21 years of experience in air quality and noise impact analysis | Climate, air quality, noise |
| Jing-Jy Cheng | Ph.D., Polymer Science and Engineering; 19 years of experience in computer model development and applications for human health and ecological risk assessments | Human health impacts |
| Karl Fischer | B.S.E., Nuclear Engineering; M.Eng., Radiological Health Engineering; 13 years of relevant experience for assessing cumulative impacts | Cumulative impacts |
| Linda Graf | Desktop publishing specialist; 39 years of experience in creating, revising, formatting, and printing documents | Document assembly and production |
| Elizabeth Hocking | J.D.; 18 years of experience in environmental and energy policy analysis | Applicable laws, regulations, and other requirements |

2

BLM_0043226

**TABLE G-2  (Cont.)**

| Name | Education/Expertise | Contribution |
|------|--------------------|--------------|
| Mary Moniger | B.A., English; 30 years of experience in technical editing and writing | Technical editor |
| Ellen Moret | M.P.P., Public Policy; B.A., Environmental Studies; 6 years of experience in environmental assessment | Socioeconomic |
| Michele Nelson | Certificate of Design; 32 years of experience in graphic design and technical illustration | Graphic designer |
| Terri Patton | M.S., Geology; 22 years of experience in environmental research and assessment | Geology, land use; cumulative impacts |
| Mary Picel | M.S., Environmental Health Sciences; 23 years of experience in environmental assessment, risk assessment, and waste management | Project manager, document manager, development of alternatives and programmatic topics, human health impacts, waste management, cumulative impacts |
| Robert Sullivan | M.L.A., Landscape Architecture; 21 years of experience in visual impact analysis and simulation; 13 years in web site development | Visual impact analysis |
| Robert A. Van Lonkhuyzen | B.A., Biology; 20 years of experience in ecological research and environmental assessment | Ecological resources analysis (plant communities/habitats) |
| Bruce Verhaaren | Ph.D., Archaeology; 20 years of experience in archaeological analysis; 16 years in environmental assessment and records management | Native American concerns analysis |
| William S. Vinikour | M.S. and B.S., Biology with environmental emphasis; 34 years of experience in ecological research and environmental assessment | Ecological resources analysis (wildlife and aquatic biota) |
| Leroy J. Walston, Jr. | M.S., Biology; 5 years of experience in ecological research and environmental assessment | Ecological resources analysis (special status species) |

BLM_0043227

**TABLE G-2  (Cont.)**

| Name | Education/Expertise | Contribution |
|------|--------------------|--------------|
| Eugene Yan | Ph.D., Hydrogeology; 15 years of experience in hydrological studies, environmental remediation, and water resources assessment. | Water resources |
| Emily A. Zvolanek | B.A., Environmental Science; 2 years of experience in GIS mapping | GIS mapping |

1

BLM_0043228

1
2
3
4
5
6
7
8
9
10
11
12
13 **APPENDIX H:**
14
15 **CONTRACTOR DISCLOSURE STATEMENT**
16
17

BLM_0043229

1
2
3
4
5
6
7
8
9
10
11
12
13
14

*This page intentionally left blank*

BLM_0043230

1
2        **APPENDIX H:**
3        **CONTRACTOR DISCLOSURE STATEMENT**
4
5
6        Argonne National Laboratory is the contractor assisting the U.S. Department of Energy
7    (DOE) in preparing the Uranium Leasing Program (ULP) programmatic environmental impact
8    statement (PEIS). DOE is responsible for reviewing and evaluating the information and
9    determining the appropriateness and adequacy of incorporating any data, analyses, or results in
10   the PEIS. DOE determines the scope and content of the PEIS and supporting documents and will
11   furnish direction to Argonne, as appropriate, in preparing these documents.
12
13       The Council on Environmental Quality's regulations (40 CFR 1506.5(c)), which have
14   been adopted by DOE (10 CFR Part 1021), require contractors who will prepare an EIS to
15   execute a disclosure specifying that they have no financial or other interest in the outcome of the
16   project. The term "financial interest or other interest in the outcome of the project" for the
17   purposes of this disclosure is defined on pages 18026–18038 in Volume 46 of the *Federal*
18   *Register* of March 23, 1981, under "Forty Most Asked Questions Concerning CEQ's National
19   Environmental Policy Act Regulations" at Questions 17a and 17b. It states that financial or other
20   interest in the outcome of the project includes "any financial benefit such as promise of future
21   construction or design work on the project, as well as indirect benefits the consultant is aware of
22   (e.g., if the project would aid proposals sponsored by the firm's other clients)"
23   (46 FR 18026–18038).
24
25       In accordance with these regulations, Argonne National Laboratory hereby certifies that it
26   has no financial or other interest in the outcome of the project.
27
28
29                                 Certified by:
30
31                                 _____
32                                 Signature
33
34                                 John R. Krummel
35                                 Name
36
37                                 Director, Environmental Science Division
38                                 Title
39
40                                 May 1, 2012
41                                 Date
42
43

BLM_0043231

1
2
3
4
5
6
7
8
9
10
11
12                    *This page intentionally left blank*
13

BLM_0043232







# Final Uranium Leasing Program Programmatic Environmental Impact Statement

Volume 3:
Appendix I: Comment Response Document

**DOE/EIS-0472**
**March 2014**



U.S. DEPARTMENT OF
**ENERGY** | Legacy Management

BLM_0043234