## General

1. Applicants seeking to develop an electricity transmission or pipeline project will develop a project-specific plan of development (POD). The POD should display the location of the project infrastructure (i.e., towers, power lines) and identify areas of short- and long-term land and resource impacts and the mitigation measures for site-specific and resource-specific environmental impacts. The POD should also include notification of project termination and decommissioning to the agencies at a time period specified by the agencies.

2. Applicants, working with the appropriate agencies, shall design projects to comply with all appropriate and applicable agency policies and guidance.

3. Project planning shall be based on the current state of knowledge. Where corridors are subject to sequential projects, project-related planning (such as the development of spill-response plans, cultural resource management plans, and visual resource management plans) and project-specific mitigation and monitoring should incorporate information and lessons learned from previous projects.

4. Applicants shall follow the best management practices for energy transport project siting, construction, and operations of the states in which the proposed project would be located, as well as Federal agency practices.

5. Corridors are to be efficiently used. The applicant, assisted by the appropriate agency, shall consolidate the proposed infrastructure, such as access roads, wherever possible and utilize existing roads to the maximum extent feasible, minimizing the number, lengths, and widths of roads, construction support areas, and borrow areas.

6. When concurrent development projects are proposed and implemented within a corridor, the agency POCs shall coordinate the  projects to ensure consistency with regard to all regulatory compliance and consultation requirements, and to avoid duplication of effort.

7. Applicants, assisted by the appropriate agency, shall prepare a monitoring plan for all project-specific mitigation activities.

8. Potential cumulative impacts to resources should be considered during the early stages of the project. Agency POCs must coordinate various development projects to consider and minimize cumulative impacts. A review of resource impacts resulting from other projects in the region should be conducted and any pertinent information be considered during project planning.

BLM_0043953

## Project Design

1. Applicants shall locate desired projects within energy corridors to promote effective use of the corridors by subsequent applicants and to avoid the elimination of use or encumbrance of use of the corridors by ROW holders. Proposed projects should be compatible with identified energy transport modes and avoid conflicts with other land uses within a corridor.

2. Applicant shall identify and delineate existing underground metallic pipelines in the vicinity of a proposed electricity transmission line project and design the project to avoid accelerating the corrosion of the pipelines and/or pumping wells.

## Transportation

1. The applicant shall prepare an access road siting and management plan that incorporates relevant agency standards regarding road design, construction, maintenance, and decommissioning. Corridors will be closed to public vehicular access unless determined by the appropriate Federal land manager to be managed as part of an existing travel and transportation network in a land use plan or subsequent travel management plan(s).

2. The applicant shall prepare a comprehensive transportation plan for the transport of transmission tower or pipeline components, main assembly cranes, and other large equipment. The plan should address specific sizes, weights, origin, destination, and unique equipment handling requirements. The plan should evaluate alternative transportation routes and should comply with state regulations and all necessary permitting requirements. The plan should address site access roads and eliminate hazards from truck traffic or adverse impacts to normal traffic flow. The plan should include measures such as informational signage and traffic controls that may be necessary during construction or maintenance of facilities.

3. Applicants shall consult with local planning authorities regarding increased traffic during the construction phase, including an assessment of the number of vehicles per day, their size, and type. Specific issues of concern (e.g., location of school bus routes and stops) should be identified and addressed in the traffic management plan.

BLM_0043954

## Groundwater

1. Applicants must identify and delineate all sole source aquifers in the vicinity of a proposed project and design the project to avoid disturbing these aquifers or to minimize potential risks that the aquifers could be contaminated by spills or leaks of chemicals used in the projects.

2. In instances where a project within an energy corridor crosses sole source aquifers, the applicant must notify the U.S. Environmental Protection Agency (EPA) and the agencies that administer the land as early as practicable in the planning process. Section 1424(e) of the Safe Drinking Water Act (42 USC Chapter 6A) and other relevant laws and policies pertinent to the corridors that cross sole source aquifers shall apply.

## Surface Water

1. Applicants must identify all wild and scenic rivers (designated by act of Congress or by the Secretary of the Interior under Section 3(a) or 2(a)(ii) of the Wild and Scenic Rivers Act (16 USC 1271-1287), respectively), congressionally authorized wild and scenic study rivers, and agency identified (eligible or suitable) wild and scenic study rivers in the vicinity of a proposed project and design the project to avoid the rivers or mitigate the disturbance to the rivers and their vicinity.

2. In instances where a project within an energy corridor crosses a wild and scenic river or a wild and scenic study river, the appropriate Federal permitting agency, assisted by the project applicant, must coordinate and consult with the river-administrating agency regarding the protection and enhancement of the river's free-flowing condition, water quality, and outstandingly remarkable natural, cultural, and recreational values.

3. Applicants shall identify all streams in the vicinity of proposed project sites that are listed as impaired under Section 303(d) of the Clean Water Act (33 USC Chapter 26) and provide a management plan to avoid or mitigate adverse impacts on those streams.

## Paleontological Resources

1. The applicant shall conduct an initial scoping assessment to determine whether construction activities would disturb formations that may contain important paleontological resources. Potential impacts to significant paleontological resources should be avoided by moving or rerouting the site of construction or removing or reducing the need for surface disturbance. When avoidance is not possible, a mitigation plan should be prepared to identify physical and administrative protective measures and

BLM_0043955

protocols such as halting work, to be implemented in the event of fossil discoveries. The scoping assessment and mitigation plan should be conducted in accordance with the managing agency's fossil management practices and policies.

2. If significant paleontological resources are known to be present in the project area, or if areas with a high potential to contain paleontological material have been identified, the applicant shall prepare a paleontological resources management and mitigation plan. If adverse impacts to paleontological resources cannot be avoided or mitigated within the designated corridors, the agency may consider alternative development routes to avoid, minimize, or mitigate adverse effects.

3. A protocol for unexpected discoveries of significant paleontological resources should be developed. Unexpected discovery during construction should be brought to the immediate attention of the responsible Federal agency's authorized officer. Work should be halted in the vicinity of the discovery to avoid further disturbance of the resource while the resource is being evaluated and appropriate mitigation measures are being developed.

## Ecological Resources

1. Applicants shall identify important, sensitive, or unique habitats and BLM-special status species (BLM 2008), FS-sensitive, and state-listed species in the vicinity of proposed projects and design the project to avoid or mitigate impacts to these habitats and species.

2. To restore disturbed habitats, the applicant will prepare a habitat restoration plan that identifies the approach and methods to be used to restore habitats disturbed during project construction activities. The plan will be designed to expedite the recovery to natural habitats supporting native vegetation, and require restoration to be completed as soon as practicable after completion of construction, minimizing the habitat converted at any one time. To ensure rapid and successful restoration efforts, the plan will include restoration success criteria, including time frames, which will be developed in coordination with the appropriate agency and which must be met by the applicant. Bonding to cover the full cost of restoration will be required.

3. In consultation with the U.S. Army Corps of Engineers, the appropriate agency, assisted by the project applicant, will identify wetlands (including ephemeral, intermittent, and isolated wetlands), riparian habitats, streams, and other aquatic habitats in the project area and design the project to avoid or mitigate impacts to these habitats.

BLM_0043956

## Vegetation Management

Applicants shall develop an integrated vegetation management plan consistent with applicable regulations and agency policies for the control of unwanted vegetation, noxious weeds, and invasive species (E.O. 13112). The plan should address monitoring; ROW vegetation management; the use of certified weed-seed-free hay, straw, and/or mulch; the cleaning of vehicles to avoid the introduction of invasive weeds; education of personnel on weed identification, the manner in which weeds spread, and the methods for treating infestations (BLM 2006, 2007a,b, 2008).

## Cultural Resources

1. Cultural resources management services and individuals providing those services shall meet the Secretary of the Interior's Standards for Archeology and Historic Preservation, 48 FR 44716 (Sept. 29, 1983).

2. The project applicant may, with the approval of the agency POC, assign a Cultural Resource Coordinator to ensure an integrated compliance process across administrative and jurisdictional boundaries. The Cultural Resource Coordinator will facilitate and coordinate compliance with multiple laws, policies, regulations, and existing pertinent agreements (PAs, MOAs, or MOUs) among multiple agencies and other entities, jurisdictions, and federally recognized Tribes. The coordinator may assist with development of pertinent agreements among concerned parties during the course of the project. The coordinator shall be a qualified professional with experience in cultural resource compliance. Where appropriate, the Cultural Resource Coordinator may also serve as the Tribal Coordinator. Alternatively, the agency POC may assign such coordinators, to be paid for through project cost-recovery funds. The agencies, through the POC, remain responsible for consultation.

3. The project applicant may, with the approval of the agency POC, assign a Tribal Coordinator to facilitate and coordinate consultation and compliance with multiple laws, agencies, and Tribes in order to ensure effective government-to-government consultation throughout the life of the project. Alternatively, the agency POC may assign such coordinators, to be paid for through project cost-recovery funds. The agencies, through the POC, remain responsible for consultation.

4. All historic properties in the Area of Potential Effect (APE) will be identified and evaluated. The APE shall include that area within which an undertaking may directly or indirectly cause alterations in the character or use of historic properties and shall include a reasonable construction buffer zone and laydown areas, access roads, and borrow areas, as well as a reasonable assessment of areas subject to effects from visual, auditory, or atmospheric impacts, or impacts from increased access.

BLM_0043957

5. Project proponents must develop a cultural resources management plan (CRMP) to outline the process for compliance with applicable cultural resource laws during pre-project planning, management of resources during operation, and consideration of the effect of decommissioning. The CRMPs should meet the specifications of the appropriate agency and address compliance with all appropriate laws. The CRMPs should include the following, as appropriate: identification of the federally recognized Tribes, State Historic Preservation Offices (SHPOs), and consulting parties for the project; identification of long- and short-term management goals for cultural resources within the APE of the project; the definition of the APE; appropriate procedures for inventory, evaluation, and identification of effects to historic properties; evaluation of eligibility for the National Register of Historic Places (NRHP) for all resources in the APE; description of the measures to avoid, minimize, or mitigate adverse effects to historic properties; procedures for inadvertent discovery; procedures for considering Native American Graves Protection and Repatriation Act (NAGPRA) issues, monitoring needs, and plans to be employed during construction; curation procedures; anticipated personnel requirements and qualifications; public outreach and interpretation plans; and discussion of other concerns. The draft CRMP should be reviewed and approved by the agency POC in consultation with historic preservation partners, including appropriate SHPOs, Tribes, and consulting parties. The CRMPs must specify procedures that would be followed for compliance with cultural resource laws should the project change during the course of implementation.

6. Project applicants will provide cultural resources training for project personnel regarding the laws protecting cultural resources, appropriate conduct in the field (such as procedures for the inadvertent discovery of human remains), and other project-specific issues identified in the CRMP. Training plans should be part of the CRMP and should be subject to the approval of the POC. When government-to-government consultation identifies the need and the possibility, Tribes may be invited to participate in or contribute to relevant sessions.

7. If adverse effects to historic properties will result from a project, a Historic Property Treatment Plan will be developed in consultation with the SHPO, the appropriate federally recognized Tribes, and any consulting parties. The plan will outline how the impacts to the historic properties would be mitigated, minimized, or avoided. Agency officials will give full consideration to the applicable mitigation measures found in Section 3.10.5.2 of the Final PEIS when consulting during the project pre-planning stages to resolve adverse effects on historic properties.

8. As directed by the agency POC, project proponents will prepare a public education and outreach component regarding project-related cultural resource issues (e.g., discoveries, impacts) such as a public presentation, a news article, a publication, or a display. Public education and outreach components will be subject to Agency approval and Tribal review and consultation when the content or format is of interest to affected Tribes.

9. Cultural resources inventory, evaluation, and mitigation practices should incorporate modeling and sampling strategies to the extent practicable, in concurrence with SHPOs and other relevant parties, and as approved by the agency POC.

BLM_0043958

10. Project applicants shall provide all cultural resources reports and data in an electronic format that is approved by the Agency POC and integrated across jurisdictional boundaries, that meets current standards, and that is compatible with SHPO systems. The Agency will submit this data to the SHPO in a timely fashion. Project proponents should submit cultural resources data on a regular basis to ensure that SHPO systems are kept up to date for reference as the different phases of the project proceed. Paper records may also be required by the agency.

11. Cultural resources inventory procedures, specified in the CRMP, will include development of historic contexts based on the Secretary of the Interior's Standards and Guidelines for Archeology and Historic Preservation (48 FR 44716) sufficient to support the evaluation of cultural resources encountered in the APE.

## Tribal Traditional Cultural Resources

1. The appropriate agency, assisted by the applicant, must comply with all laws, policies, and regulations pertaining to government-to-government consultation with federally recognized Tribes. Agencies shall initiate consultation with affected Tribes at the outset of project planning and shall continue consultation throughout project planning, construction, operation, and decommissioning. Consultation shall include, but not be limited to, the following: (a) identification of potentially affected Tribes; (b) identification of appropriate Tribal contacts and the preferred means of communication with these Tribes; (c) provision to the Tribes of project-specific information (e.g., project proponents, maps, design features, proposed ROW routes, construction methods, etc.) at the outset of project planning and throughout the life of the project; (d) identification of issues of concern specific to affected Tribes (e.g., potential impacts to culturally sensitive areas or resources, hazard and safety management plans, treaty reserved rights and trust responsibilities); (e) identification of areas and resources of concern to Tribes; and (f) resolution of concerns (e.g., actions to avoid, minimize, or mitigate impacts to important resources; Memoranda of Agreement stating what actions would be taken to mitigate project effects; or agreements for Tribal participation in monitoring efforts or operator training programs).

2. The appropriate agency, assisted by the applicant, must comply with all pertinent laws, policies, and regulations addressing cultural and other resources important to Tribes, including the NHPA, the Archaeological Resources Protection Act (ARPA), the Native American Graves Protection Act (NAGPRA), and other laws and regulations as listed in Table 3.11-2 in Volume I of the PEIS.

3. The agencies shall recognize the significance to many Tribes of traditional cultural places, such as sacred sites, sacred landscapes, gathering grounds, and burial areas, and shall seek to identify such areas through consultation with affected Tribes early in the project planning process. Agencies shall seek to avoid, minimize, or mitigate impacts to such places in consultation with the Tribes, project proponents, and other relevant parties.

BLM_0043959

Where confidentiality concerning these areas is important to an affected Tribe, agencies shall honor such confidentiality unless the Tribe agrees to release the information.

4. A protocol must be developed for inadvertent discovery of Native American human remains and funerary items to comply with the NAGPRA in consultation with appropriate federally recognized Tribes. Unexpected discovery of such items during construction must be brought to the immediate attention of the responsible Federal agency's authorized officer. Work must be halted in the vicinity of the find of Native American graves and funerary items to avoid further disturbance to the resources while they are being evaluated and appropriate mitigation measures are being developed. The procedures for reporting items covered under NAGPRA must be identified in the CRMP.

## Visual Resources

1. Applicants shall identify and consider visual resource management (VRM) and scenery management (SMS) issues early in the design process to facilitate integration of VRM and scenery treatments into the overall site development program and construction documents. Visual/scenery management considerations, environmental analyses, mitigation planning, and design shall reference and be in accordance with the land management agency visual/scenery management policies and procedures applicable to the jurisdiction the project lies within. Applicants shall coordinate between multiple agencies on visual/scenery sensitive issues when projects transition from one jurisdiction to another, especially when transitions occur within a shared viewshed.

2. Applicants shall prepare a VRM or scenery management plan. The applicant's planning team shall include an appropriately trained specialist, such as a landscape architect with demonstrated VRM and/or scenery management system (SMS) experience. The VRM/SMS specialist shall coordinate with the BLM/FS on the availability of the appropriate visual or scenic inventory data, VRM management class delineations, Scenic Integrity Objectives (SIOs), and Federal agency expectations for preparing project plans and mitigation strategies to comply with RMP or LRMP direction related to scenery and/or visual resources. Applicants shall confirm that a current Visual Resource Inventory and/or Scenic Class inventory is available and that the resource management plan (RMP) or land resource and management plan (LRMP) VRM classifications or SIOs have been designated in the current land management plan. Project plans shall abide by the VRM class designations and SIOs and consider sensitivities defined within the visual or scenic resource inventory. If visual or scenic management objectives are absent, then the proper inventory and classification process shall be followed to develop them in accordance with the BLM VRM manual and handbooks or FS SMS process, depending on the agency. When the VRM management classes or SIOs are absent, then the project alternatives must reflect a range of management options related to scenery and visual resources that reflect the values identified in the visual/scenic inventory. Responsibility for developing an inventory or VRM management classes (or in the case of the FS, Scenic Classes and SIOs) will remain with the respective agency, but how to accomplish

*B-11*

BLM_0043960

these tasks will be determined by the field office manager or forest supervisor, who will consider the applicant's role and financial participation in completing the work.

3. Visual and scenic mitigation planning/design and analysis shall be performed through integrated field assessment, applied global positioning system (GPS) technology, field photo documentation, use of computer-aided design and development software, 3-D modeling GIS software, and visual simulation software, as appropriate. Proposed activities, projects, and site development plans shall be analyzed and further developed using these technologies to meet visual and scenic objectives for the project area and surrounding areas sufficient to provide the full context of the viewshed. Visual simulations shall be prepared according to BLM Handbook H-8432-1, or other agency requirements, to create spatially accurate depictions of the appearance of proposed facilities, as reflected in the 3-D design models. Simulations shall depict proposed project appearance from sensitive/scenic locations as well as more typical viewing locations. Transmission towers, roads, compressor stations, valves, and other aboveground infrastructure should be integrated aesthetically with the surrounding landscape in order to minimize contrast with the natural environment.

4. Applicants shall develop adequate terrain mapping on a landscape/viewshed scale for site planning/design, visual impact analysis, visual impact mitigation planning/design, and for full assessment and mitigation of cumulative visual impacts through applied, state-of-the-art design practices using the cited software systems. The landscape/viewshed scale mapping shall be geo-referenced and at the same Digital Elevation Model (DEM) resolution and contour interval within the margin of error suitable for engineered site design. This level of mapping shall enable proper placement of proposed developments into the digital viewshed context. Final plans shall be field verified for compliance.

5. The full range of visual and scenic best management practices shall be considered, and plans shall incorporate all pertinent best management practices (BMPs). Visual and scenic resource monitoring and compliance strategies shall be included as a part of the project mitigation plans.

6. Compliance with VRM/SMS objectives shall be determined through the use of the BLM Contrast Rating procedures defined in BLM Handbook H-8431-1 Visual Contrast Rating, or the FS SMS Handbook 701. Mitigation of visual impacts shall abide by the requirements of these handbooks.

## Public Health and Safety

1. An electricity transmission project shall be planned by the applicant to comply with FAA regulations, including lighting regulations, and to avoid potential safety issues associated with proximity to airports, military bases or training areas, or landing strips.

2. A health and safety program shall be developed by the applicant to protect both workers and the general public during construction, operation, and decommissioning of an energy transport project. The program should identify all applicable Federal and state

BLM_0043961

occupational safety standards, establish safe work practices for each task (e.g., requirements for personal protective equipment and safety harnesses, Occupational Safety and Health Administration [OSHA] standard practices for safe use of explosives and blasting agents, measures for reducing occupational electromagnetic field [EMF] exposures), and define safety performance standards (e.g., electrical system standards). The program should include a training program to identify hazard training requirements for workers for each task and establish procedures for providing required training to all workers. Documentation of training and a mechanism for reporting serious accidents to appropriate agencies should be established.

3. The health and safety program shall establish a safety zone or setback from roads and other public access areas that is sufficient to prevent accidents resulting from various hazards. It should identify requirements for temporary fencing around staging areas, storage yards, and excavations during construction or decommissioning activities. It should also identify measures to be taken during the operations phase to limit public access to those components of energy facilities that present health or safety risks.

4. Applicants shall develop a comprehensive emergency plan that considers the vulnerabilities of their energy system to all credible events initiated by natural causes (earthquakes, avalanches, floods, high winds, violent storms, etc.), human error, mechanical failure, cyber attack, sabotage, or deliberate destructive acts of both domestic and international origin and the potential for and possible consequences of those events. Vulnerability, threat, and consequence assessment methodologies and criteria in the sector-specific plan (SSP) for energy[6] will be used and appropriate preemptive and mitigative response actions will be identified. The applicant must coordinate emergency planning with state, local, and Tribal emergency and public safety authorities and with owners and operators of other energy systems collocated in the corridor or in adjacent corridors that could also be impacted.

5. In addition to directives contained in other IOPs herein, the applicant must identify all Federal, state, and local regulations pertaining to environmental protection, worker health and safety, public safety, and system reliability that are applicable throughout the construction, operation, and decommissioning phases of their facility's life cycle and must develop appropriate compliance strategies, including securing all necessary permits and approvals.

## Hazardous Materials Management

Applicants for petroleum pipelines and projects involving oil-filled electrical devices shall develop a spill prevention and response plan identifying spill prevention measures

---

[6] The SSP for energy, developed by the Department of Energy's Office of Electricity Delivery and Energy Reliability, is one of seventeen such SSPs that comprise the National Infrastructure Protection Plan (NIPP). The energy SSP (redacted) is available at http://www.oe.energy.gov/DocumentsandMedia/Energy_SSP_Public.pdf. The NIPP is available at http://www.dhs.gov/xlibrary/assets/NIPP_Plan.pdf.

BLM_0043962

to be implemented, training requirements, appropriate spill response actions, and procedures for making timely notifications to authorities. The spill prevention and response plan should include identification of any sensitive biotic resources and locations (such as habitats) that require special measures to provide protection, as well as the measures needed to provide that protection.

## Fire Management

1. Applicants shall develop a fire management strategy to implement measures to minimize the potential for a human-caused fire during project construction, operation, and decommissioning. The strategy should consider the need to reduce hazardous fuels (e.g., native and non-native annual grasses and shrubs) and to prevent the spread of fires started outside or inside a corridor, and clarify who has responsibility for fire suppression and hazardous fuels reduction for the corridor.

2. Applicants must work with the local land management agency to identify project areas that may incur heavy fuel buildups, and develop a long-term strategy on vegetation management of these areas. The strategy may include land treatment during project construction, which may extend outside the planned ROW clearing limits.

## B.2  PROJECT CONSTRUCTION

## General

1. To avoid conflict with Federal and non-Federal operations, the applicant shall be aware of liabilities pertaining to environmental hazards, safety standards, and military flying areas.

2. The applicant shall locate all stationary construction equipment (i.e., compressors and generators) as far as practicable from nearby residences.

3. Applicants shall pay fair market value to the land management agency for any merchantable forest products that will be cut during ROW clearing. The local land management agency will determine the fair market value, which will be paid prior to clearing. The applicant will either remove the forest products from the area or will stack the material at locations determined by the local land management agency. Treatment of unmerchantable products will be determined by the local land management agency.

BLM_0043963

## Soils, Excavation, and Blasting

1. Applicants shall salvage, safeguard, and reapply topsoil from all excavations and construction activities during restoration.

2. All areas of disturbed soil shall be restored by the applicant using weed-free native grasses, forbs, shrubs, and trees as directed by the agency. Restoration should not be unnecessarily delayed. If native species are not available, noninvasive vegetation recommended by agency specialists may be used.

3. The applicant must not create excessive slopes during excavation. Areas of steep slopes, biological soil crusts, erodible soil, and stream channel crossings will often require site-specific and specialized construction techniques by the applicant. These specialized construction techniques should be implemented by adequately trained and experienced employees.

4. Blasting activities will be avoided or minimized in the vicinity of sole source aquifer areas to reduce the risk of releasing sediments or particles into the groundwater and inadvertently plugging water supply wells.

5. The applicant must backfill foundations and trenches with originally excavated material as much as possible. Excess excavation materials should be disposed of by the applicant only in approved areas.

6. The applicant shall obtain borrow (fill) material only from authorized sites. Existing sites should be used in preference to new sites.

7. The applicant shall prepare an explosives use plan that specifies the times and meteorological conditions when explosives will be used and specifies minimum distances from sensitive vegetation and wildlife or streams and lakes.

8. If blasting or other noisy activities are required during the construction period, the applicant must notify nearby residents in advance.

## Mitigation and Monitoring

All control and mitigation measures established for the project in the POD and other required plans shall be maintained and implemented by the applicant throughout construction. Necessary adjustments may be made with the concurrence of the appropriate agency.

BLM_0043964

## Surface and Groundwater Resources

1. The applicant shall safeguard against the possibility of dewatering shallow groundwater and/or wetlands in the vicinity of project sites during foundation excavations or excavations for buried pipelines.

2. The applicant shall implement erosion controls complying with county, state, and Federal standards, such as jute netting, silt fences, and check dams, and secure all necessary storm water pollution prevention plan (SWPPP) permits.

3. The applicant shall minimize stream crossings by access roads to the extent practicable. All structures crossing intermittent and perennial streams shall be located and constructed so that the structures do not decrease channel stability, increase water velocity, or impede fish passage.

4. Applicants shall not alter existing drainage systems and shall give particular care to sensitive areas such as erodible soils or steep slopes. Soil erosion shall be reduced at culvert outlets by appropriate structures. Catch basins, roadway ditches, and culverts shall be cleaned and maintained.

5. Applicants must not create hydrologic conduits between aquifers.

## Paleontological Resources

1. Project construction activities will follow the protective measures and protocols identified in the paleontological resources mitigation plan.

2. All paleontological specimens found on Federal lands remain the property of the U.S. government. Specimens, therefore, shall only be collected by a qualified paleontologist under a permit issued by the managing agency and must be curated in an approved repository.

## Ecological Resources

1. Areas that are known to support ESA-listed species, BLM-special-status species, FS-sensitive, and state-listed species or their habitats shall be identified and marked with flagging or other appropriate means to avoid direct impacts during construction activities. Construction activities upslope of these areas should be avoided to prevent indirect impacts of surface water and sediment runoff.

BLM_0043965

2. All construction activities that could affect wetlands or waters of the United States shall be conducted in accordance with the requirements identified in permits issued by the U.S. Army Corps of Engineers.

## Visual Resources

A pre-construction meeting with BLM/FS landscape architects or other designated visual/scenic resource specialist shall be held before construction begins to coordinate on the VRM/SMS mitigation strategy and confirm the compliance-checking schedule and procedures. Applicants shall integrate interim/fmal reclamation VRM/SMS mitigation elements early in the construction, which may include treatments such as thinning and feathering vegetation along project edges, enhanced contour grading, salvaging landscape materials from within construction areas, special revegetation requirements, etc. Applicants shall coordinate with BLM/FS in advance to have BLM/FS landscape architects or other designated visual/scenic resource specialists onsite during construction to work with implementing BMPs.

## Cultural Resources

1. Project applicants shall provide all cultural resources reports and data in an approved electronic format that is integrated across jurisdictional boundaries, that meets current standards, and that is compatible with SHPO systems. Project proponents shall submit cultural resources data on a regular basis to ensure that SHPO systems are kept up-to-date for reference as the different phases of the project proceed.

2. When an area is identified as having a high potential for cultural resources but none are found during a pre-construction field survey, a professionally qualified cultural resources specialist will be required to monitor ground-disturbing activities during project construction, and to complete a report when the activities are finished. The protocol for monitoring should be identified in the CRMP.

3. When human remains, funerary objects, sacred objects, or objects of cultural patrimony are inadvertently discovered, the provisions of NAGPRA shall apply and the process identified in the CRMP must be followed.

## Hazardous Materials and Wastewater Management

1. Any wastewater generated by the applicant in association with temporary, portable sanitary facilities must be periodically removed on a schedule approved by the agency, by a licensed hauler and introduced into an existing municipal sewage treatment facility.

BLM_0043966

Temporary, portable sanitary facilities provided for construction crews should be adequate to support expected onsite personnel and should be removed at completion of construction activities.

2. All hazardous materials (including vehicle and equipment fuels) brought to the project site will be in appropriate containers and will be stored in designated and properly designed storage areas with appropriate secondary containment features. Excess hazardous materials will be removed from the project site after completion of the activities in which they are used.

## Air Emissions

1. The applicant shall cover construction materials and stockpiled soils if these are sources of fugitive dust.

2. To minimize fugitive dust generation, the applicant shall water land before and during surface clearing or excavation activities. Areas where blasting would occur should be covered with mats.

## Noise

The applicant shall limit noisy construction activities (including blasting) to the least noise-sensitive times of day (i.e., daytime only between 7 a.m. and 10 p.m.) and weekdays.

## Fire Safety

1. The applicant must ensure that all construction equipment used is adequately muffled and maintained and that spark arrestors are used with construction equipment in areas with, and during periods of, high fire danger.

2. Flammable materials (including fuels) will be stored in appropriate containers.

BLM_0043967

# B.3  PROJECT OPERATION

## Mitigation and Monitoring

All control and mitigation measures established for the project shall be maintained and implemented by the applicant throughout the operation of the project. Necessary adjustments may be made with the concurrence of the appropriate agency.

## Ecological Resources

1. Applicants shall review existing information regarding plant and animal species and their habitats in the vicinity of the project area and identify potential impacts to the applicable agencies.

2. Project developer staff shall avoid harassment or disturbance of wildlife, especially during reproductive courtship, migratory, and nesting seasons.

3. Observations by project staff of potential wildlife problems, including wildlife mortality, will be immediately reported to the applicable agency authorized officer.

## Pesticide and Herbicide Use

1. If pesticides are used, the applicant shall ensure that pesticide applications as specified in the integrated vegetation management plan are conducted within the framework of agency policies and entail only the use of EPA-registered pesticides that are applied in a manner consistent with label directions and state pesticide regulations. Pesticide use shall be limited to non persistent immobile pesticides and shall be applied only in accordance with label and application permit directions and stipulations for terrestrial and aquatic applications (BLM 2007a).

2. Pesticide and herbicide uses shall be avoided in the vicinity of sole source aquifer areas (BLM 2007a).

BLM_0043968

## Visual Resources

Terms and conditions for VRM/SMS mitigation compliance shall be maintained and monitored for compliance with visual objectives, adaptive management adjustments, and modifications as necessary and approved by the BLM/FS landscape architect or other designated visual/scenic resource specialist.

## Hazardous Materials, Wastes, and Wastewater Management

1. The applicant shall provide secondary containment for all onsite hazardous materials and waste storage areas.

2. The applicant shall ensure that wastes are properly containerized and removed periodically for disposal at appropriate offsite permitted disposal facilities.

3. In the event of an accidental release to the environment, the applicant shall initiate spill cleanup procedures and document the event, including a cause analysis, appropriate corrective actions taken, and a characterization of the resulting environmental or health and safety impacts. Documentation of the event shall be provided to the land management agency's authorized officer and other Federal and state agencies, as required.

## Air Quality

Dust abatement techniques (e.g., water spraying) shall be used by the applicant on unpaved, unvegetated surfaces to minimize airborne dust. Water for dust abatement shall be obtained and used by the applicant under the appropriate state water use permitting system. Used oil will not be used for dust abatement.

## Noise

The applicant shall ensure that all equipment has sound-control devices no less effective than those provided on the original equipment.

BLM_0043969

# B.4  PROJECT DECOMMISSIONING

## General

1. Where applicable, decommissioning activities will conform to agency standards and guidance for mitigation and reclamation (e.g., BLM's Gold Book[7]).

2. Applicants must receive approval for changes to the ROW authorization prior to any modifications to the ROW required for decommissioning.

3. Gravel work pads will be removed; gravel and other borrow material brought to the ROW during construction will be disposed of as approved by the agency.

4. Any wells constructed on the ROW to support operations shall be removed and properly closed in accordance with applicable local or state regulations.

5. All equipment, components, and above-ground structures shall be cleaned and removed from the site for reclamation, salvage, or disposal; all below-ground components shall be removed to a minimum depth of 3 feet to establish a root zone free of obstacles; pipeline segments and other components located at greater depths may be abandoned in place provided they are cleaned (of all residue) and filled with inert material to prevent possible future subsidence.

6. Dismantled and cleaned components shall be promptly removed; interim storage of removed components or salvaged materials that is required before final disposition is completed will not occur on Federal land.

7. At the close of decommissioning, applicants will provide the Federal land manager with survey data precisely locating all below-grade components that were abandoned in place.

## Mitigation and Monitoring

All control and mitigation measures established for the project in the POD and other required plans shall be incorporated into a decommissioning plan that shall be approved by the Federal land manager(s); the decommissioning plan shall include a site reclamation plan and a monitoring program and shall be coordinated with owners and operators of other systems on the corridor to ensure no disruption to the operation of those systems.

---

[7] Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development, 4th Edition, revised 2007. Available electronically at http://www.blm.gov/wo/st/en/prog/energy/oil_and_gas/best_management_practices/gold_book.html.

BLM_0043970

## Surface Water

A SWPPP permit shall be obtained and its provisions implemented for all affected areas before any ground-disturbance activities commence.

## Transportation

Additional access roads needed for decommissioning shall follow the paths of access roads established during construction to the greatest extent possible; all access roads not required for the continued operation and maintenance of other energy systems present in the corridor shall be removed and their footprints reclaimed and restored.

## Restoration

1. Topsoil removed during decommissioning activities shall be salvaged and reapplied during final reclamation; all areas of disturbed soil shall be reclaimed using weed-free native shrubs, grasses, and forbs or other plant species approved by the land management agency; grades shall be returned to pre-development contours to the greatest extent feasible.

2. The vegetation cover, composition, and diversity shall be restored to values commensurate with the ecological setting, as approved by the authorizing officer.

## Hazardous Materials and Waste Management

1. All fuels, hazardous materials, and other chemicals shall be removed from the site and properly disposed of or reused.

2. Incidental spills of petroleum products and other chemicals shall be removed and the affected area cleaned to meet applicable standards.

3. Solid wastes generated during decommissioning shall be accumulated, transported, and disposed in permitted offsite facilities in accordance with state and local requirements; no solid wastes shall be disposed of within the footprint of the ROW or the corridor.

4. Hazardous wastes generated as a result of component cleaning shall be containerized and disposed of in permitted facilities.

BLM_0043971

# References

BLM, 2006, BLM Manual 9011-Chemical Pest Control. Available at http://www.blm.gov/ca/st/en/prog/weeds/9011.print.html. Accessed October 30, 2008.

BLM, 2007a, *Record of Decision for the Final Programmatic Environmental Impact Statement for Vegetation Treatments Using Herbicides on Bureau of Land Management Lands in 17 Western States*, U.S. Department of the Interior, September.

BLM, 2007b, *Vegetation Treatments on Bureau of Land Management Lands in 17 Western States Final Programmatic Environmental Report*, U.S. Department of the Interior, June.

BLM, 2008, *Integrated Vegetation Management Handbook 1740-2, Programmatic Biological Assessment for Vegetation Management*, U.S. Department of the Interior.

BLM_0043972



# Greater Sage-Grouse Winter Habitat Selection and Energy Development

1. KEVIN E. DOHERTY[1,†,*],
2. DAVID E. NAUGLE[2],
3. BRETT L. WALKER[3] and
4. JON M. GRAHAM[4]

Article first published online: 13 DEC 2010

DOI: 10.2193/2006-454

2008 The Wildlife Society

Issue



## The Journal of Wildlife Management

Volume 72, Issue 1, (/doi/10.1111/jwmg.2008.72.issue-1/issuetoc) pages 187–195, January 2008

BLM_0043973

(http://www.altmetric.com/details.php?
domain=onlinelibrary.wiley.com&doi=10.2193/2006-
454)

Additional Information

**How to Cite**

DOHERTY, K. E., NAUGLE, D. E., WALKER, B. L. and GRAHAM, J. M. (2008), Greater Sage-Grouse Winter Habitat Selection and Energy Development. The Journal of Wildlife Management, 72: 187–195. doi: 10.2193/2006-454

**Author Information**

1

Wildlife Biology Program, College of Forestry and Conservation, University of Montana, Missoula, MT 59812, USA

2

Wildlife Biology Program, College of Forestry and Conservation, University of Montana, Missoula, MT 59812, USA

3

Wildlife Biology Program, College of Forestry and Conservation, University of Montana, Missoula, MT 59812, USA

4

Department of Mathematical Sciences, University of Montana, Missoula, MT 59812, USA

†   Wyoming Audubon, 358 N 5th Street, Unit A, Laramie, WY 82072, USA

*k.doherty@audubon.org (mailto:k.doherty@audubon.org)

**Publication History**

1. Issue published online: 13 DEC 2010
2. Article first published online: 13 DEC 2010

- Abstract

BLM_0043974

- References (/doi/10.2193/2006-454/references)
- Cited By (/doi/10.2193/2006-454/citedby)

Get PDF (312K) (/doi/10.2193/2006-454/pdf)

# Keywords:

*Centrocercus urophasianus*; coal-bed natural gas; energy development; greater sage-grouse; habitat; land-use change; resource selection fun

**Abstract** Recent energy development has resulted in rapid and large-scale changes to western shrub-steppe ecosystems without a complete understanding of its potential impacts on wildlife populations. We modeled winter habitat use by female greater sage-grouse (*Centrocercus urophasianus*) in the Powder River Basin (PRB) of Wyoming and Montana, USA, to 1) identify landscape features that influenced sage-grouse habitat selection, 2) assess the scale at which selection occurred, 3) spatially depict winter habitat quality in a Geographic Information System, and 4) assess the effect of coal-bed natural gas (CBNG) development on winter habitat selection. We developed a model of winter habitat selection based on 435 aerial relocations of 200 radiomarked female sage-grouse obtained during the winters of 2005 and 2006. Percent sagebrush (*Artemisia* spp.) cover on the landscape was an important predictor of use by sage-grouse in winter. The strength of habitat selection between sage-grouse and sagebrush was strongest at a 4-km$^2$ scale. Sage-grouse avoided coniferous habitats at a 0.65-km$^2$ scale and riparian areas at a 4-km$^2$ scale. A roughness index showed that sage-grouse selected gentle topography in winter. After controlling for vegetation and topography, the addition of a variable that quantified the density of CBNG wells within 4 km$^2$ improved model fit by 6.66 Akaike's Information Criterion points (Akaike wt = 0.965). The odds ratio for each additional well in a 4-km$^2$ area (0.877; 95% CI = 0.834- 0.923) indicated that sage-grouse avoid CBNG development in otherwise suitable winter habitat. Sage-grouse were 1.3 times more likely to occupy sagebrush habitats that lacked CBNG wells within a 4-km$^2$ area, compared to those that had the maximum density of 12.3 wells per 4 km$^2$ allowed on federal lands. We validated the model with 74 locations from 74 radiomarked individuals obtained during the winters of 2004 and 2007. This winter habitat model based on vegetation, topography, and CBNG avoidance was highly predictive (validation $R^2$ = 0.984). Our spatially explicit model can be used to identify areas that provide the best remaining habitat for wintering sage-grouse in the PRB to mitigate impacts of energy development.

Get PDF (312K) (/doi/10.2193/2006-454/pdf)

## More content like this

Find more content:

- like this article (/advanced/search/results?articleDoi=10.2193/2006-454&scope=allContent&start=1&resultsPerPage=20)

Find more content written by:

- KEVIN E. DOHERTY (/advanced/search/results?searchRowCriteria[0].queryString="KEVIN E. DOHERTY"&searchRowCriteria[0].fieldName=author&start=1&resultsPerPage=20)
- DAVID E. NAUGLE (/advanced/search/results?searchRowCriteria[0].queryString="DAVID E. NAUGLE"&searchRowCriteria[0].fieldName=author&start=1&resultsPerPage=20)
- BRETT L. WALKER (/advanced/search/results?searchRowCriteria[0].queryString="BRETT L. WALKER"&searchRowCriteria[0].fieldName=author&start=1&resultsPerPage=20)
- JON M. GRAHAM (/advanced/search/results?searchRowCriteria[0].queryString="JON M. GRAHAM"&searchRowCriteria[0].fieldName=author&start=1&resultsPerPage=20)

BLM_0043975

- All Authors (/advanced/search/results?searchRowCriteria[0].queryString="KEVIN E. DOHERTY" "DAVID E. NAUGLE" "BRETT L. WALKER" "JON M. GRAHAM"&searchRowCriteria[0].fieldName=author&start=1&resultsPerPage=20)

BLM_0043976

# REVIEW AND UPDATE OF THE 1995
# FEDERAL WILDLAND
# FIRE MANAGEMENT POLICY

---

## JANUARY 2001

**U.S. DEPARTMENT OF THE INTERIOR**
 Bureau of Land Management
 National Park Service
 U.S. Fish and Wildlife Service
 Bureau of Indian Affairs
 Geological Survey
 Bureau of Reclamation

**U.S. DEPARTMENT OF AGRICULTURE**
 U.S. Forest Service

**DEPARTMENT OF ENERGY**

**DEPARTMENT OF DEFENSE**

**DEPARTMENT OF COMMERCE**
 National Oceanic and Atmospheric
 Administration/National
 Weather Service

**U.S. ENVIRONMENTAL
 PROTECTION AGENCY**

**FEDERAL EMERGENCY
 MANAGEMENT AGENCY**

**NATIONAL ASSOCIATION OF STATE
 FORESTERS**

       

BLM_0043977

# EXECUTIVE SUMMARY

## OVERVIEW

The Interagency Federal Wildland Fire Policy Review Working Group (Working Group), at the direction of the Secretaries of the Interior and Agriculture, reviewed the **1995 Federal Wildland Fire Management Policy & Program Review** (1995 Report) and its implementation. The Working Group found that the policy is generally sound and continues to provide a solid foundation for wildland fire management activities and for natural resources management activities of the federal government.

In this Review and Update of the 1995 Federal Wildland Fire Management Policy (Review and Update), the Working Group recommends selected changes and additions to the 1995 Federal Wildland Fire Management Policy (1995 Federal Fire Policy) to clarify purpose and intent and to address issues not fully covered in 1995.

The Working Group further found that implementation of the 1995 Federal Fire Policy remains incomplete in many areas, especially those that involve collaboration, coordination, and integration across agency jurisdictions and across different disciplines. The Working Group recommends a number of strategic implementation actions to ensure that federal wildland fire management policy is successfully implemented in all applicable federal agencies on a collaborative, coordinated, and integrated fashion as quickly as possible. The revisions, additions and implementation actions recommended in this report are presented in Chapter 3 as the 2001 Federal Wildland Fire Management Policy.

**In summary, the Working Group finds and recommends that federal fire management activities and programs are to provide for firefighter and public safety, protect and enhance land management objectives and human welfare, integrate programs and disciplines, require interagency collaboration, emphasize the natural ecological role of fire, and contribute to ecosystem sustainability.**

The 2001 Federal Wildland Fire Management Policy (2001 Federal Fire Policy) contained in this report replaces the 1995 Federal Fire Policy. It should be adopted by all federal agencies with fire-management-related programs and activities as appropriate through directives, manuals, handbooks, and other documents.

Subsequent to the initiation of this review and update of the 1995 Federal Fire Policy, the Secretaries of the Interior and Agriculture prepared a report, **Managing the Impact of Wildfires on Communities and the Environment: A Report to the President in Response to the Wildfires of 2000** and the Congress provided substantial new appropriations and guidance in the Fiscal Year 2001 Interior and Related Agencies Appropriations Act. The activities resulting from the Secretaries' report and the Congressional action are generally known as the National Fire Plan. While this Review and Update supports and complements the National Fire Plan, the two efforts are different. This Review and Update, with its findings and recommendations, provides a broad philosophical and policy foundation for federal agency fire management programs and activities, including those conducted under

BLM_0043978

the National Fire Plan. In contrast, the National Fire Plan and similar interagency activities, focus on operational and implementation activities. A major feature of the National Fire Plan is the interagency (especially between federal and non-federal entities) aspect of risk reduction planning and implementation. In summary, the 2001 Federal Fire Policy contained in this report is focused on internal federal agency strategic direction for a broad range of fire management related activities while the National Fire Plan is a more narrowly focused and tactical undertaking involving both federal and non-federal entities.

## BACKGROUND

The 1995 Report produced the first single comprehensive federal fire policy for the Departments of the Interior and Agriculture. That review was stimulated by the 1994 fire season with its 34 fatalities and growing recognition of fire problems caused by fuel accumulation. The resulting 1995 Federal Fire Policy recognized, for the first time, the essential role of fire in maintaining natural systems.

In the aftermath of the escape of the Cerro Grande Prescribed Fire in May of 2000, the Secretaries of the Interior and Agriculture requested a review of the 1995 Federal Fire Policy and its implementation. Their charge to the Working Group included:

- Review the implementation status of the 1995 Federal Fire Policy.
- Address specific issues related to interagency coordination, cooperation, availability, and use of contingency resources.
- Provide recommendations to the Secretaries for strengthening the organizational structure of wildland fire management programs to ensure effective implementation of a cohesive federal wildland fire policy.
- Provide any other recommendations that would improve federal wildland fire management programs.
- Recommend a management structure for completing implementation of the recommendations.

## PRINCIPAL CONCLUSIONS

The Working Group reached the following principal conclusions:

- The 1995 Federal Fire Policy is still generally sound and appropriate.
- As a result of fire exclusion, the condition of fire-adapted ecosystems continues to deteriorate; the fire hazard situation in these areas is worse than previously understood.
- The fire hazard situation in the Wildland Urban Interface is more complex and extensive than understood in 1995.
- Changes and additions to the 1995 Federal Fire Policy are needed to address important issues of ecosystem sustainability, science, education, communication, and to provide for adequate program evaluation.

BLM_0043979

- Implementation of the 1995 Federal Fire Policy has been incomplete, particularly in the quality of planning and in interagency and interdisciplinary matters.

- Emphasis on program management, implementation, oversight, leadership, and evaluation at senior levels of all federal agencies is critical for successful implementation of the 2001 Federal Wildland Fire Management Policy (2001 Federal Fire Policy).

## IMPLEMENTATION

Each of the departments or agencies participating in the review should adopt the Guiding Principles, 2001 Federal Fire Policy statements, and Implementation Actions found in Chapter 3 of this Review and Update. All federal fire program activities should take place in cooperation and partnership with State and other organizations.

Full implementation of many specific Action Items from the 1995 Federal Fire Policy remains critical for the successful implementation of the 2001 Federal Fire Policy. The Review and Update contains a detailed listing of the status of those Action Items, along with appropriate future actions based on the 2001 Federal Fire Policy and associated Implementation Actions.

## GUIDING PRINCIPLES

The 2001 Federal Fire Policy and its implementation are founded on the following Guiding Principles:

1. Firefighter and public safety is the first priority in every fire management activity.

2. The role of wildland fire as an essential ecological process and natural change agent will be incorporated into the planning process.

3. Fire management plans, programs, and activities support land and resource management plans and their implementation.

4. Sound risk management is a foundation for all fire management activities.

5. Fire management programs and activities are economically viable, based upon values to be protected, costs, and land and resource management objectives.

6. Fire management plans and activities are based upon the best available science.

7. Fire management plans and activities incorporate public health and environmental quality considerations.

8. Federal, State, tribal, local, interagency, and international coordination and cooperation are essential.

9. Standardization of policies and procedures among federal agencies is an ongoing objective.

BLM_0043980

## KEY THEMES OF THE REVIEW AND UPDATE

- **Ecosystem Sustainability**: The 1995 Federal Fire Policy recognized the role fire plays as a critical natural process. This Review and Update builds on the 1995 Report to include policies recognizing the role of fire in sustaining healthy ecosystems, the restoration and rehabilitation of burned lands, and the importance of sound science in fire management activities.

- **Fire Planning**: The 1995 Federal Fire Policy requires Fire Management Plans for all areas with burnable vegetation. Significant work remains to complete these plans for many areas. Many plans need updating and integration with underlying land management plans. Agencies such as the Departments of Defense and Energy need to coordinate their planning efforts based on the 2001 Federal Fire Policy. Fire Management Plans that address all aspects of fire management activities remain the foundation for implementing the 2001 Federal Fire Policy and must be completed as promptly as possible.

- **Fire Operations**: The 1995 Federal Fire Policy statements on operational aspects of fire management including safety, protection priorities, preparedness, suppression, use of wildland fire, prevention, and Wildland Urban Interface roles and responsibilities, are carried forward in the 2001 Federal Fire Policy. The 2001 Federal Fire Policy clearly states that response to wildland fire is based on the Fire Management Plan, not the ignition source or location of the fire. The Review and Update recognizes the need to reach agreement on the requirements for weather products and services, and the best means to meet those requirements.

- **Interagency Coordination and Cooperation**: A key theme of the 1995 Federal Fire Policy is the importance of standardization and interagency cooperation and coordination among federal agencies and between federal agencies and non-federal organizations. The Review and Update recognizes the importance of including additional federal land managing agencies (e.g. Department of Defense and Department of Energy) and agencies with supporting or related programs (e.g. National Weather Service, Environmental Protection Agency, U.S. Geological Survey, Federal Emergency Management Agency) as full partners in wildland fire management activities and programs. The Review and Update also adds a specific policy on communication and education to ensure that the 2001 Federal Fire Policy is well understood inside the fire management agencies and by the public.

- **Program Management and Oversight**: The Working Group found that there is no effective means of overseeing and evaluating implementation of fire policy, especially across agency and program lines. A new policy on evaluation is therefore included in the 2001 Federal Fire Policy. The need for a mechanism for coordinated interagency and interdisciplinary fire management program leadership and oversight is included in the Implementation Actions. Other actions to improve program management include analyses of workforce requirements and of fire management and suppression organizational structures.

BLM_0043981

Additional copies of this report may be obtained from

the Bureau of Land Management Office of Fire and Aviation

at the

National Interagency Fire Center

Attn: External Affairs Office

3833 South Development Avenue

Boise, Idaho 83705-5354

(208) 387-5457

BLM_0043982

# TABLE OF CONTENTS

## EXECUTIVE SUMMARY

Overview .......................................................................................................................... i

Background ..................................................................................................................... ii

Principal Conclusions .................................................................................................. ii

Implementation ............................................................................................................ iii

Guiding Principles ....................................................................................................... iii

Key Themes of the Review and Update .................................................................. iv

## CHAPTER 1 — BACKGROUND AND SCOPE

Evolution of Federal Wildland Fire Management Policy ..................................... 1

1995 Fire Policy and Program Review .................................................................... 2

Charge from the Secretaries of the Interior and Agriculture .............................. 3

How the Review Was Done ......................................................................................... 4

Important Fire Management Issues .......................................................................... 5

## CHAPTER 2 — FINDINGS OF THE WORKING GROUP

Introduction ................................................................................................................... 9

Findings ........................................................................................................................... 9

Proposed Changes and Actions ................................................................................ 19

## CHAPTER 3 — 2001 FEDERAL WILDLAND FIRE MANAGEMENT POLICY

Guiding Principles ....................................................................................................... 21

2001 Federal Wildland Fire Management Policy .................................................. 22

Implementation Actions ............................................................................................. 25

## CHAPTER 4 — APPENDICES

APPENDIX A:  Bibliography ..................................................................................... 33

APPENDIX B:  Glossary and Acronyms ................................................................ 35

APPENDIX C:  Changes to the Guiding Principles and
     1995 Federal Fire Policy, with Rationale for Changes ................................. 39

APPENDIX D:  Tabular Crosswalk between the 1995 and
     2001 Federal Fire Policies ................................................................................... 43

APPENDIX E:  Disposition of 1995 Action Items ............................................... 47

APPENDIX F:  Wildland Fire Flowchart ............................................................... 75

APPENDIX G:  Working Group and Support Staff ............................................. 77

BLM_0043983

BLM_0043984

# CHAPTER 1 — BACKGROUND AND SCOPE

## EVOLUTION OF FEDERAL WILDLAND FIRE MANAGEMENT POLICY

The first national fire policy came after several years of severe fires between 1910 and 1935. In the context of the ecological theory of the time, fire exclusion was believed to promote ecological stability. In addition, fire exclusion could also reduce commodity damages and economic losses. In 1935, the USDA Forest Service instituted the "10 AM Policy," wherein the objective was to prevent all human-caused fires and contain any fire that started by 10 a.m. the following day.

By the 1960s, fire management costs were increasing exponentially. The 1964 Wilderness Act, Tall Timbers Research Conferences, and Southern Forest Fire Lab research demonstrated the positive benefits derived from natural and prescribed fire. As a result, national fire policy began to evolve to address both the economic and ecological benefits of not aggressively controlling, and even using, fire. In February 1967, the USDA Forest Service permitted leeway for early- and late-season fires. In 1968, the National Park Service changed its policy to recognize the natural role of fire, allow natural ignitions to run their course under prescribed conditions, and use prescribed fires to meet management objectives. In 1971, the USDA Forest Service 10-Acre Policy was added, which set a pre-suppression objective of containing all fires within 10 acres.

In 1977 a new fire policy was selected by the USDA Forest Service that replaced both the 10 AM and 10-Acre policies. The new policy encouraged a pluralistic approach — fire by prescription. Even for suppression, once initial attack failed, alternatives to full suppression were to be considered. Fire suppression became fire management.

The 1989 review of the 1988 Yellowstone fires continued fire policy evolution. The review report affirmed the positive benefits of fire, but also identified the inherent risks and liabilities of using fire and recommended greater planning, preparation, cooperation, and management oversight.

The 1994 fire season with its 34 fatalities (14 at South Canyon, Colorado) precipitated the *1995 Federal Wildland Fire Management Policy & Program Review* (1995 Report). This review again affirmed the positive benefits of fire. It recognized that fire was part of a larger problem, one of several symptoms of natural ecosystems becoming increasingly unstable due to altered ecological regimes. It talked about the needs for landscape-level resource management, the integration of fire into land management planning and implementation, and the involvement of all affected landowners and stakeholders.

BLM_0043985

In light of the extensive fires in the summer of 2000, President Clinton asked the Secretaries of the Interior and Agriculture to prepare an analysis of actions and requirements. Their report, ***Management the Impact of Wildfires on Communities and the Environment: A Report to the President in Response to the Wildfires of 2000*** focused on several key points: restoring landscapes and rebuilding communities, undertaking projects to reduce risks, working directly with communities, and establishing accountability. The Congress expressed its support with substantial new financial resources in the two Departments' Fiscal Year 2001 appropriations, along with direction for aggressive planning and implementation to reduce risks of wildland fire in Wildland Urban Interface areas.

## 1995 FIRE POLICY AND PROGRAM REVIEW

The 1995 Report resulted in the first comprehensive statement of wildland fire policy coordinated between the Departments of the Interior and Agriculture. In addition to the two Departments joining together in unified policy, the 1995 Report articulated clear direction on important issues of safety, the role of fire in natural resource management, and the relative roles of federal and non-federal agencies in the Wildland Urban Interface. The 1995 Report also contained significant background narrative and documentation on the importance of these policy positions.

This Review and Update builds on the 1995 background and rationale for the underlying body of Federal Wildland Fire Management Policy. In particular, the following ideas from the 1995 Report remain valid:

1. Protection of human life is the first priority in wildland fire management.

2. Every firefighter, every fireline supervisor, every fire manager, and every agency administrator takes positive action to ensure compliance with established safe firefighting practices.

3. Fire exclusion efforts, combined with other land-use practices, have in many places dramatically altered fire regimes so that today's fires tend to be larger and more severe. It is no longer a matter of slow accumulation of fuels; today's conditions confront us with the likelihood of more rapid, extensive ecological changes beyond any we have experienced in the past. To address these changes and the challenge they present, we must first understand and accept the role of wildland fire, and adopt land management practices that integrate fire as an essential ecosystem process.

4. The task before us – reintroducing fire – is both urgent and enormous. Conditions on millions of acres of wildlands increase the probability of large, intense fires beyond any scale yet witnessed. These severe fires will in turn increase the risk to humans, to property, and to the land upon which our social and economic well being is so intimately intertwined.

BLM_0043986

5.  Agencies must create an organizational climate that supports employees who implement a properly planned program to reintroduce wildland fires.

6.  Where wildland fire cannot be safely reintroduced because of hazardous fuel build-ups, some form of pretreatment must be considered, particularly in Wildand Urban Interface areas.

7.  The Wildland Urban Interface is defined as the line, area, or zone where structures and other human development meet or intermingle with undeveloped wildland or vegetative fuels.

8.  The Wildland Urban Interface has become a major fire problem that will escalate as the nation moves into the 21st Century. People continue to move from urban to wildland areas. They give little thought to the wildfire hazard, and bring with them their expectations for continuation of urban emergency services. Further, property owners believe that insurance companies or disaster assistance will always be there to cover losses. There is a widespread misconception by elected officials, agency managers, and the public that Wildland Urban Interface protection is solely a federal concern.

9.  Fire protection problems in the Wildland Urban Interface are complex. Complicated barriers must be overcome to address them. These barriers include legal mandates, zoning regulations, fire and building codes, basic fire protection infrastructure, insurance and fire protection grading and rating systems, environmental concerns, and Fire Protection Agreements. Political, social, and psychological factors further complicate the problems. There is no one simple solution. Leadership and cooperation are essential.

10. The problem is not one of finding new solutions to an old problem, but of implementing known solutions. Deferred decision making is as much a problem as the fires themselves. If history is to serve us in the resolution of the Wildland Urban Interface problem, we must take action on these issues now.  To do anything less is to guarantee another review process in the aftermath of future severe fires.

## CHARGE FROM THE SECRETARIES OF THE INTERIOR AND AGRICULTURE

Following the investigation, and subsequent report by the Independent Review Board, of the May 2000 Cerro Grande Prescribed Fire in New Mexico, the Secretary of the Interior announced that he and the Secretary of Agriculture would reconvene the Working Group that developed the 1995 Federal Fire Policy to assess the status of the policy and its implementation.

In a June 27, 2000, memorandum the two Secretaries outlined their direction for reviewing the 1995 Policy and its implementation.  This memorandum identified five specific review tasks:

BLM_0043987

1. Review the status of the implementation of the 1995 Federal Fire Policy and provide recommendations to the Secretaries for completing full implementation of the policy.

2. Address specific issues raised in the Cerro Grande Prescribed Fire Investigation Report and the subsequent Independent Review Board Report, and provide recommendations to the Secretaries for resolving these issues.

3. Provide recommendations to the Secretaries for strengthening the organizational aspects of the wildland fire management programs in the two Departments to ensure effective implementation of the 2001 Federal Fire Policy.

4. Provide any other recommendations to the Secretaries that would improve the wildland fire management programs in the two Departments.

5. Recommend a management structure for completing implementation of the recommendations.

## HOW THE REVIEW WAS DONE

The Secretaries of the Interior and Agriculture asked that the Working Group that developed the 1995 Federal Fire Policy be reconvened. To honor this request, the structure and membership of the earlier group was replicated as nearly as possible, using as many of the same individuals as available. In some cases, individuals had retired or moved to other positions, so their successors or individuals in similar positions or with similar backgrounds were asked to serve. As in 1994-95, the Working Group was co-chaired by the USDA Forest Service and the Department of the Interior.

In recognition of the importance of wildland fire in other agencies, the Departments of Energy and Defense and the Bureau of Reclamation were invited to join the Working Group. In addition, the National Association of State Foresters was invited to join the group to represent the important perspectives of non-federal wildland fire agencies. The resulting group included a broad mix of fire and resource managers, line managers, and program managers from programs closely associated with fire management. Professional staff from all of the participating agencies supported the Working Group.

To respond to the tasks in the memorandum from the Secretaries, the Working Group used the following principal sources of information:

- ***Status of the implementation of the specific Action Items in the 1995 Report*** – each of the five bureaus with fire management programs (USFS, BLM, NPS, BIA, FWS) was asked to report on the status of the Action Items. Their responses were tabulated and reviewed.

- ***Survey of Employees*** – the Brookings Institution was commissioned to survey a random sample of fire managers, resource

BLM_0043988

managers, and agency administrators in each bureau around the country regarding their views on adequacy and implementation of the 1995 Federal Fire Policy.

- **Employee Input**- employees were invited to provide their views on the 1995 Federal Fire Policy and its implementation through a Web site.

- **Non-governmental Input** – letters were sent to non-governmental organizations requesting their views on the 1995 Federal Fire Policy and its implementation.

- **Reports, Reviews, Studies** – a variety of internal and external reports, reviews, studies, and investigations of various aspects of wildland fire were reviewed.

- **Program Data** – statistical and other descriptive sources of information about wildland fire scope and activity were compiled and reviewed.

- **Issue-specific Analyses** – a number of short papers or oral presentations on specific issues were developed by professional staff.

The 2001 Federal Wildland Fire Management Policy (2001 Federal Fire Policy) contained in this Review and Update replaces the 1995 Federal Fire Policy. It should be adopted by all federal agencies with fire-management-related programs and activities as appropriate through directives, manuals, handbooks, and other documents.

The Working Group focused its efforts on "strategic" issues surrounding the 1995 Federal Fire Policy and its implementation. More specific implementation issues are best addressed at the program management level. Thus, a number of important but specific operational or policy implementation issues were raised in the course of the Working Group's discussions, but not addressed in this Review and Update.

## IMPORTANT FIRE MANAGEMENT ISSUES

### HISTORICAL CONTEXT

Historically, fire has been a frequent and major ecological factor in North America. In the conterminous United States during the preindustrial period (1500-1800), an average of 145 million acres burned annually. Today only 14 million acres (federal and non-federal) are burned annually by wildland fire from all ignition sources. Land use changes such as agriculture and urbanization are responsible for 50 percent of this 10-fold decrease. Land management actions including land fragmentation and fire suppression are responsible for the remaining 50 percent.

This decrease in wildland fire has been a destabilizing influence in many fire-adapted ecosystems such as ponderosa pine, lodgepole pine, pinyon/juniper woodlands, southern pinelands, whitebark pine, oak savanna, pitch pine, aspen, and

BLM_0043989

tallgrass prairie. Fuels increased and understory vegetation became more dense. As a result, those wildland fires that did occur were larger and more severe than historical fires. Eliminating fire also affected individual plant species. For example, Hessl and Spackman (1995) found that, of the 146 threatened, endangered, and rare plant species found in the conterminous U. S. for which there is conclusive information on fire effects, 135 species benefit from wildland fire or are found in fire-adapted ecosystems.



This decrease in wildland fire has also provided positive human health and welfare benefits by significantly decreasing natural air pollution (e.g., particulate matter less than 10 microns in size: PM-10.).



BLM_0043990

## CURRENT CONDITION OF FEDERAL LANDS

In 1999, Hardy et al. published a preliminary course-scale analysis of current fire regimes and land condition classes in the conterminous U. S.  This analysis, for the first time, provided a complete fuels management assessment of all federally managed lands, and a picture of the magnitude of the ecological effects of the exclusion of landscape-scale fire.  Refinement of this preliminary data (e.g., chaparral) is currently underway and will eventually provide greater resolution and improved usefulness.

The federal government has management responsibility for approximately 415 million acres of fire-adapted land in the conterminous United States.  Approximately 200 million of these acres were historically subject to *frequent* fire regimes with fire return intervals of less than 35 years.  Included in these lands are ponderosa pine forests, southern pinelands, and prairie grasslands.  Another 215 million acres were historically subject to *infrequent* fire regimes with fire return intervals greater than 35 years.  Examples include lodgepole pine, northern hardwoods, and desert shrublands.

The federal lands in these two fire regimes have been further classified into three condition classes (Hardy et al. 1999):

| Condition Class | Frequent | Infrequent | Total |
|---|---|---|---|
| | ........Millions of Acres...... | | |
| 1 | 69 | 135 | 204 |
| 2 | 93 | 48 | 141 |
| 3 | 38 | 32 | 70 |
| Total | 200 | 215 | 415 |

Over 200 million acres of federal land are in Condition Class 1, where human activity has not significantly altered historical fire regimes, or adequate land management activities have successfully maintained ecological integrity.  These areas usually pose relatively low public safety and ecological risks, and need little corrective management.  However, current maintenance management actions such as prescribed fire need to continue.

On the 141 million acres of Condition Class 2 land, human activity has moderately altered historical fire regimes, and/or land management actions have been ineffective, partially compromising ecological integrity.  One or more fire return intervals have been missed, resulting in moderate increases in fuel load and fire size, intensity, and severity.  These areas pose a moderate public safety and ecological risk from severe fire, and need moderate levels of restoration treatments (e.g., mechanical fuel removal, prescribed fire).  Without any management action, these lands will degrade to Condition Class 3.  Continued maintenance treatments following restoration are also needed to prevent severe fires and sustain ecological integrity.

BLM_0043991

Ecological integrity has been significantly compromised on 70 million acres of Condition Class 3 lands, and fires are a high risk factor because of their potential risk to human values (public safety and health, property, economies) and natural resource values (watersheds, species composition). Several fire return intervals have been missed, resulting in considerable accumulation of live and dead fuels, and increasing the potential of high-severity fires. These lands pose the greatest risk to public safety and are in most danger of ecological decline. They require extensive restoration and diligent maintenance.

## THE 2000 FIRES

More acres burned in 2000 than in any other year in the last half-century. By mid-December, approximately 4.8 million acres had been burned by wildland fires and 1.0 million acres by prescribed fires on federal lands alone.

With a better understanding of the magnitude of the fire management problem, the federal land management agencies are now planning aggressive actions to mitigate the situation. The USDA Forest Service has proposed fuels management treatments (prescribed fire and mechanical) of up to 3 million acres annually. Department of the Interior bureaus and the Department of Defense have also proposed similar activities. Fiscal Year 2001 fire management appropriations for the Department of the Interior and the USDA Forest Service have been increased to begin to address these landscape stewardship responsibilities.

BLM_0043992

# CHAPTER 2 — FINDINGS OF THE WORKING GROUP

## INTRODUCTION

After reviewing the various materials and information described in Chapter 1, the Working Group reached several Findings regarding the overall fire management situation, the adequacy and appropriateness of federal wildland fire policies, and the implementation of those policies. This chapter presents those Findings. The 2001 Policy and a series of Implementation Actions follow later in this Review and Update.

The 2001 Policy and Implementation Actions are based on these Findings. Some Findings may result in more than one Implementation Action, and some Implementation Actions may be based on more than one Finding. The objective of this chapter is to identify the major areas of concern regarding fire management, fire management policy, and implementation of fire management policy.

## FINDINGS

The following Findings must be read as an integrated set. The first two Findings present a summary or overview of the 1995 Federal Fire Policy and its implementation. The remaining findings address specific aspects of the 2001 Federal Fire Policy and its implementation.

### 1. ADEQUACY OF 1995 FEDERAL FIRE POLICY – SUMMARY FINDING

**a. The 1995 Federal Fire Policy is generally sound; however, some aspects lack clarity and there are elements missing that would make the policy stronger and more complete.**

The review found no fundamental flaws in the 1995 Federal Fire Policy. Experience with implementation of the policy in the past five years has demonstrated, however, that some aspects are unclear or unrealistic. Some issues, such as science, ecosystem sustainability, ecosystem restoration, education and communication, and program evaluation, were not explicitly addressed in 1995.

**b. There is increasing recognition that the fire hazard situation is worse than previously thought and fuels continue to accumulate.**

BLM_0043993

Fuel conditions are outside the range of historical patterns on 211 million acres (70 million acres of condition Class 3, and 141 million acres of condition Class 2 federally managed lands). The acreage burned in fuel treatments and wildfires continues to be materially less than the historical acreage of wildfires.

## 2. ADEQUACY OF IMPLEMENTATION OF 1995 FEDERAL FIRE POLICY – SUMMARY FINDING

### a. When there was organizational will and commitment about an element of the 1995 Federal Fire Policy, that element was successfully implemented.

The policy emphasis on firefighter safety was implemented primarily because of organizational will and commitment to the issue, rather than an integrated, interagency mechanism to drive implementation of the firefighter safety policy. An outcome of this commitment was the creation of the Safety Awareness in the Fire Environment (SAFE Initiative) program, an interagency collaborative mechanism to implement firefighter safety policy.

### b. Incomplete implementation of the 1995 Federal Fire Policy has hindered its success.

The 1995 Report contained over 80 specific Action Items deemed important for implementation of the 1995 Federal Fire Policy. Inconsistent and incomplete implementation of some items has resulted in less than successful implementation of the overall policy. Those most successfully implemented were those exclusively in the domain of the traditional fire management organizations. Implementation was least successful in areas requiring coordination and agreement among agencies or across disciplines within agencies. Some items, in retrospect, could not or should not be implemented as originally written. Planning remains one of the most critical items to be implemented. A summary of the status of the Action Items from the 1995 Report is found in Appendix E.

### c. Adequate reviews have not been conducted to determine if all agencies are implementing recommendations.

Agencies have implemented the policy recommendations unevenly, and there is little evidence that managers have been held accountable for implementation.

## 3. SAFETY

### a. Safety awareness and commitment to firefighter and public safety continues to be the first priority in all aspects of the wildland fire management program.

The increased emphasis on safety is one of the most successful aspects of the implementation of the 1995 Federal Fire Policy. Most of that emphasis has occurred in the traditional fire management activities of fire suppression and directly associated activities. Similar commitment and awareness in related programs of fuels treatment and rehabilitation and restoration are essential. Safety awareness must continue to be an inherent value in fire management, not a response to mistakes or accidents on specific incidents.

BLM_0043994

**b. The increased emphasis on firefighter and public safety has been effective.**

Implementation of the 1995 Federal Fire Policy and the Wildland Firefighter Safety Awareness Study has led to increased recognition of the need for safety through better firefighting training, awareness, and a strong safety ethic. Public safety awareness has been raised by such programs as FIREWISE. However, there are still too many instances of strategies and tactics which, by their selection, put people at risk.

## 4. ECOSYSTEM SUSTAINABILITY

**The use of wildland fire and other treatment of fuels has increased significantly since 1995. This increase, while significant, is far short of the level of treatment needed to ensure sustainability of ecosystems.**

Fire is an important component of ecosystem sustainability, including its interrelated ecological, economic, and social components. Agencies have recognized that fuels management is an important aspect of vegetation management and is integral to restoring and maintaining ecosystems. Carefully planned and executed fuels treatments have reduced the risk of wildland fire while improving ecosystem conditions and providing economic benefits to communities. Desired future conditions sought in land management plans are sometimes not achievable because the role and influence of fire have not been adequately considered in the planning process. In several instances, agencies have treated fuels in some areas to achieve the greatest land management benefits at the lowest cost per acre. These may not be areas of greatest risk, such as the Wildland Urban Interface.

## 5. WILDLAND URBAN INTERFACE

**a. The scope of the fire hazard problem in the Wildland Urban Interface is more complex and extensive than envisioned in 1995. Explosive growth in the Wildland Urban Interface now puts entire communities and associated infrastructure, and the socioeconomic fabric that holds communities together, at risk from wildland fire.**

The public has greater recognition of the problem in Wildland Urban Interface areas, but communities and homeowners are still not taking sufficient actions to mitigate fire risks. Programs such as FIREWISE, adoption of the Urban-Wildland Uniform Building Code, and Insurance Services Organization (ISO) pilot grading schedule for Wildland Urban Interface are examples of successes since the 1995 Federal Fire Policy was initiated.

The potential for fire starts is also greater in the Wildland Urban Interface, which increases risk to natural resources.

**b. Federal, State, tribal, and local fire protection agencies are unclear on their roles and responsibilities for structural fire protection and suppression within the Wildland Urban Interface.**

BLM_0043995

The 1995 Federal Fire Policy addresses roles and responsibilities for structure protection in the Wildland Urban Interface. However, the 1995 Federal Fire Policy has been inconsistently implemented and there are conflicts in manual direction, guidelines, and procedures. Large areas of Wildland Urban Interface remain with no structural fire protection organization. In some cases, this has resulted in federal agencies responding to structural fires despite the direction provided in the 1995 Federal Fire Policy.

## 6. PLANNING

### a. Fire Management Plans, based on land management plans and supported by operational plans, are essential for implementation of the 2001 Federal Fire Policy.

Fire Management Plans are fundamental strategic documents, based on land management plans, to guide the full range of fire-management-related activities in a unit or area. Fire Management Plans are supplemented by operational plans such as preparedness plans, dispatch plans, prescribed fire plans, and prevention plans. Fire Management Plans include discussion of resource management objectives and activities, such as restoring and sustaining ecosystems and protecting communities and public safety. Fire Management Plans also address public health and environmental issues such as air and water quality and endangered species. Finally, Fire Management Plans should be developed and implemented across agency boundaries to ensure consistent approaches to similar conditions. Thus, successful implementation of 2001 Federal Fire Policy depends on the development and implementation of high-quality Fire Management Plans by all land managing agencies.

### b. Many areas do not have Fire Management Plans that meet the requirements of the 1995 Federal Fire Policy.

Generally, the scope and completeness of Fire Management Plans completed under the 1995 Federal Fire Policy have improved, including additional consideration of the environmental impacts of fire management options and strategies. However, many plans remain incomplete. Some have not been updated since 1995, some are not based on the current approved land management plan, and some do not address the full range of issues required. Plans must be based on underlying land management plans to integrate fire with natural resource objectives if the desired future conditions identified in these plans are to be achieved.

Preparation of Fire Management Plans is hindered by inconsistent or incomplete guidance on how public health and environmental impacts are to be considered. Recent efforts by the National Park Service and the USDA Forest Service to address air quality and smoke management issues represent progress, but much work remains.

BLM_0043996

## 7. RESPONSE TO WILDLAND FIRE

**Multiple terms for various management options to respond to wildland fires have confused agency managers and employees, cooperators, partners, and the public, and have perpetuated multiple fire management program elements.**

Policies, manuals, handbooks, procedures, and other aspects of implementation of the 1995 Federal Fire Policy often use a variety of terms such as "wildland fire," "wildfire," "fire use," "wildland fire for resource benefit," and "prescribed fire" interchangeably. The proliferation of similar terms was frequently driven by concerns about the source of ignition of the fire, the land use designation where the fire was located, and administrative considerations such as funding sources. The use of these many similar terms has caused confusion and misunderstanding within the agencies and among cooperators, partners, and the public. In addition, different systems have been developed or perpetuated (based on the "type" of fire involved) for training, qualifications, dispatch, and other aspects of fire management.

## 8. SCIENCE

**a. Although research and scientific activities have expanded to support fire management programs, there are gaps in scientific understanding, and integration of scientific disciplines is often lacking.**

Research agreements across agency boundaries, such as the Joint Fire Sciences Program, have benefited fire management programs. However, scientific information on many aspects is either lacking or needs to be made available. For example, information on the relative effectiveness and consequences of different fuel treatment methods is being developed but is not yet available. In addition, little information exists on the effects of post-fire rehabilitation activities that fully integrate biological, hydrological, and geological disciplines. There is also a lack of information concerning the social science implications of fire management activities on firefighting personnel, decision makers, and the public.

**b. Individual agencies generally collect adequate fire data, but no system exists for collecting and compiling consistent data among agencies.**

No centralized database is universally available to users and scientists for long-term monitoring, research, and planning. Information about the use of fire cannot be aggregated because each agency uses a different system for data collection. This overall lack of a common system raises questions about the validity of actual accomplishments and cost data reporting.

No system exists for collecting and tracking data on air pollutant emissions produced by biomass burning, or for assessing the air quality impacts from wildland, prescribed, and agriculture fires on private, federal, tribal, and State lands. State air quality regulators do not have a national database that includes biomass-burning information. Federal land management agencies are working with the Western Regional Air Partnership to develop an air pollution emissions tracking system that will store federal fire data for the western region of the country. Currently there is

BLM_0043997

no proposal to track non-federal wildland and prescribed fire or agricultural burning data for the western region, or biomass burning data for the remainder of the country.

## 9. WORKFORCE AND ORGANIZATION

### a. The existing workforce and the skills mix of that workforce are insufficient to address changing fire management priorities and increased fire management complexities.

Demographic trends such as an aging workforce, two-career families, changing career interests, and other factors have significantly reduced the numbers of personnel available for fire management activities, especially fire suppression and fuels management. The general downsizing of federal agencies with fire management activities has exacerbated this problem. Finding sufficient personnel within agencies to meet annual fire season staffing requirements has been increasingly difficult. The 2000 fire season necessitated the use of international wildland fire managers.

Land management and regulatory agencies have not been able to keep pace with the changing fire management priorities and complexities. New skills and additional capabilities will be required in the future.

In the Fiscal Year 2001 appropriations for the Department of the Interior and USDA Forest Service, Congress recognized that increased funding for current and future years is needed to achieve effective preparedness and hazardous fuels reduction capabilities.

### b. The structure of fire management and fire suppression organizations needs to be reviewed.

As the federal fire management program continues to grow in size, scope, and complexity, new concepts in program management organizations, new approaches to fire suppression and prescribed fire organizations, and new mechanisms for increasing training in suppression, prescribed fire, decision-making, and support programs may be required.

## 10. FUNDING

### a. Lack of adequate funding has been a barrier to full implementation of the 1995 Federal Fire Policy.

Funding and budget structure for the four Interior agencies and the USDA Forest Service have significantly improved since adoption of the 1995 Federal Fire Policy. Budgets have increased for fire management preparedness. Changes in budget structure have increased the flexibility of fire program managers to implement fuels management and other activities. However, overall funding levels have not been sufficient to meet or address all of the fire management, fuels management, and other needed activities.

### b. Adequate funding for fire management and associated programs is essential for the future successful implementation of the 2001 Federal Fire Policy.

BLM_0043998

The Fiscal Year 2001 appropriations for the Departments of the Interior and Agriculture contains additional funding for fire management preparedness, fuels management activities, scientific support, post-fire stabilization and rehabilitation, and support for State and local partners. This increase implements a strategic program outlined in a report from the Secretaries of the Interior and Agriculture in September of 2000. Continuing comparable funding to support all aspects of fire management, fuels management, and related activities will be required in Fiscal Year 2002 and beyond to ensure the implementation of the Report to the President and the 2001 Federal Fire Policy.

Adequate funding for agencies not historically considered fire management agencies is also critical. The Department of Defense, the Department of Energy, and the Bureau of Reclamation (all of which have land management responsibilities) do not have adequate stable funding sources to implement the 2001 Federal Fire Policy.

Finally, stable federal support for non-federal organizations through programs such as the Cooperative Forestry Program of the USDA Forest Service ensures that cooperating fire organizations are able to implement the fire policy consistently.

## 11. INTERAGENCY COOPERATION AND COORDINATION

### a. Not all federal agencies with land-management or other fire-related responsibilities, and the lands under their jurisdiction, are fully integrated into federal fire management.

The USDA Forest Service and the four principal land-managing agencies of the Department of the Interior have traditionally been considered the "fire management" agencies of the federal government. However, the Departments of Defense and Energy both manage substantial acres with burnable vegetation. Other agencies, such as the Bureau of Reclamation, also manage smaller amounts of similar acres. These agencies have not been included under the 1995 Federal Fire Policy, nor do they generally participate in such fire management activities as training, qualification, and sharing of firefighting resources. In addition, other federal agencies have programs with significant consequences for the implementation of federal fire policy, including support services such as meteorology, scientific information and analysis, and regulation of air and water quality. Successful implementation of the concepts, as well as the letter, of the 2001 Federal Fire Policy depends on the complete integration of all federal agencies with programs affecting land management and fire management. Integration is required at the strategic, program planning level as well as at the tactical, program implementation level.

### b. Failure to fully implement the 1995 Federal Fire Policy and the associated Action Items stems from the lack of a mechanism to integrate actions and activities across agency, program, and discipline boundaries.

The 1995 Federal Fire Policy presented unusual, if not unique, challenges to traditional organizational arrangements. It required coordination, consistency, and agreement among five operating agencies in two Departments, as well as requiring fire managers to forge new working relationships with other disciplines within those agencies. Implementation measures were required at the national, regional, and

BLM_0043999

operating unit level. Because no mechanism exists to provide leadership, coordination, conflict resolution, or oversight on a broad scale, however, most aspects of implementation requiring interagency or interdisciplinary solutions have been unsuccessful. Program managers outside of traditional fire management, such as endangered species, cultural resources, weather, and environmental protection, have no means of regular interaction with fire program managers. Further, there is no focal point or clearinghouse capability to provide a comprehensive picture of the full range of fire management activities including fuels management, restoration and rehabilitation, traditional fire management programs, and coordination with non-fire regulatory programs.

> **c. Collaboration, coordination, and integration of fire management planning and implementation between federal agencies and non-federal agencies are incomplete and inconsistent.**

Successful implementation of the 2001 Federal Fire Policy will require coordination, collaboration, and integration across governmental boundaries, as well across federal agency and discipline boundaries. Fire management planning, operational planning, and operational activities should include collaboration, coordination, and integration among federal agencies and non-federal entities such as State, tribal, and local governments to ensure safety, efficiency, and healthy, sustainable ecosystems. Uneven collaboration, coordination, and integration have hindered successful implementation of the 1995 Federal Fire Policy.

## 12. COMMUNICATION AND EDUCATION

> **a. The public, as well as some agency employees and managers, still do not adequately understand the role of fire in maintaining natural systems.**

Since the 1995 Federal Wildland Fire Management Program Review, agencies have increased their efforts to provide accurate, consistent information to the public and to employees about wildland fire. Media coverage of wildland fire incidents over the last few years has been increasingly sophisticated in describing the importance of fire in maintaining natural forest and range conditions, in describing the consequences of past fire suppression practices, and in explaining use of prescribed fire. However, many people continue to believe that fires can and should be immediately suppressed, and fail to recognize that fire is a natural event in most areas. Continued success in implementing federal fire policy depends on a well-educated public and agency workforce. Surveys commissioned for this review, as well as other surveys, indicate a lack of adequate understanding of the 1995 Federal Fire Policy among employees in key management and leadership positions.

> **b. The federal government lacks a standard, consistent message on the importance and role of fire in natural resources management.**

Despite significant education and communications efforts on the part of most agencies, there is no integrated, consistent communication strategy. The use of different terminology and emphases among agencies results in mixed messages to the public and employees.

BLM_0044000

## 13. EVALUATION

**a. Monitoring and oversight of overall implementation of the 1995 Federal Fire Policy have not been adequate, and no effective interagency capability for such monitoring and oversight appears to exist.**

The little monitoring and oversight of implementation that has taken place over the last five years has been largely focused on discreet, agency-specific issues. An early effort at broader management oversight, the Management Oversight Team, was ineffective. At the beginning of this review there was no overall assessment available on the status of implementation of the 80-plus specific Action Items in the 1995 Report, nor were there any agreed upon performance measures or metrics for gauging status and adequacy of implementation. At best, there was general information about national level status of implementation, such as the existence of direction to field units to take certain actions. Detailed information about the status of implementation at the field level generally remains unavailable.

**b. There have been no meaningful consequences for failure by agency administrators at any organizational level to fully implement all aspects of the 1995 Federal Fire Policy, nor are there significant incentives or rewards for efforts at implementation.**

As noted elsewhere, implementation of the 1995 Federal Fire Policy has been incomplete and inadequate, particularly in those areas requiring coordination and agreement across agency and discipline boundaries. There is no system of accountability for this failure, nor have there been significant consequences for agency administrators and program managers at any level. Major examples include the failure of most units to adopt Fire Management Plans that meet the requirements of the 1995 Federal Fire Policy, the failure of agency administrators to minimize costs of suppression on large project fires, and the failure of the five major fire management agencies to agree upon common program management tools and systems for resource planning and budgeting. Of particular concern is the lack of consequences for failure to resolve differences among agencies and disciplines, and for failing to ensure integration among disciplines. In general, agency management has not taken steps at either the unit level or the program management level to identify implementation problems or to resolve those problems. There have been no consequences for failure to take these steps. However, many individuals and some organizations have taken important steps to implement the 1995 Federal Fire Policy, but their efforts have largely been without incentives or rewards.

## 14. WEATHER SERVICES

**a. Disagreement remains between the National Weather Service (NWS) and federal land management agencies involved in wildland fire management on the products, standards, and level of weather services required and how they are provided.**

BLM_0044001

Weather services required for fire management activities have increased since the 1995 Report, due to such factors as a continued increase in wildland fire severity, a threefold increase in fuel reduction projects, and increasing encroachment of development into the wildland environment. Since the implementation of the 1995 Federal Fire Policy, the NWS has implemented a modernization and associated restructuring using new technology and improved science. One result is that the forecast area coverage for each forecast office has been significantly reduced, but each forecaster now provides support to several program areas (Public, Aviation, Fire Weather, and Marine.) In addition, the number of available NWS Incident Meteorologists (IMETs) has been doubled to provide support for the increase in large fire events.

Fire management agencies believe they require additional weather services from the NWS to support the full range of fire management activities. Many fire managers view the loss of dedicated fire weather forecasters as a reduction in quality that is unacceptable. Fire managers also believe that most NWS forecasters do not have the experience in fire weather forecasting to deal with site-specific spot forecasts that dedicated fire weather forecasters have provided. The fire weather forecaster is seen as a full partner on the fire management team, often involved during the off season in training and coordination meetings.

The inability of NWS and the federal fire management agencies to agree on the products, standards, and level of weather services required to support fire management activities and the means of meeting these requirements continue to hamper full implementation of the 2001 Federal Fire Policy. Federal fire management agencies have identified a requirement for 20 additional fire weather meteorologists due to inadequacy of current weather services support. The Fiscal Year 2001 appropriations for the Departments of the Interior and Agriculture include funding for those meteorologists. This represents an ad hoc, piecemeal approach to addressing fire weather service issues and does not resolve the underlying disagreement.

**b. The lack of NWS support for "non suppression" fire management activities by non-federal entities significantly hinders integrated interagency wildland fire management programs.**

The NWS interprets statutory and related committee report language to prohibit them from providing support to non-federal organizations for wildland fires that are being managed for beneficial uses such as hazardous fuel reduction. The 2001 Federal Fire Policy requires agencies to plan and execute wildland fire and other fuels management treatments on a landscape basis and in partnership with State and private landowners. Lack of specialized wildland fire forecasts to State agencies is a barrier that increases costs and reduces overall quality of fire plans and wildland fire treatments, as well as increasing risk to public and firefighter safety. Through cooperative agreements, federal employees are often involved on these fires even though they are not on federal lands.

Any fire occurring on wildland is defined as a wildland fire. The type of ignition or wildland fire objective does not change the weather forecasting needs. Providing the full suite of weather products and services to support all wildland fire management actions is essential, and should not depend on the source of ignition or location of the fire.

BLM_0044002

The private meteorological industry has shown little interest in providing weather services to enhance NWS products to meet fire management requirements.  State governments in Florida and Oregon have had to hire forecasters to meet their needs although their needs are not simply State in nature but apply across all landholders. This adds unnecessary complexity and cost.

## PROPOSED CHANGES AND ACTIONS

To address the above Findings, the Working Group developed Guiding Principles, Policy Statements, and Implementation Actions that are presented in Chapter 3.

The Guiding Principles remain the same as those contained in the 1995 Report with the addition of the word "international" to the guiding principle on coordination and cooperation. This change recognizes the increasing role that other countries play in assisting the U.S. and in the increasing exchange of technology, training, skills, and knowledge of wildland fire issues between the U.S. and other countries.

As a result of experiences since 1995, as well as greater understanding of the complexity and seriousness of the wildland fire situation in this country, the 2001 Federal Fire Policy contains five additional policy statements along with revisions to several statements in the 1995 Federal Fire Policy.  Chapter 3 also includes strategic Implementation Actions necessary for successful implementation of the 2001 Federal Fire Policy.

**The new policy statements complement and supplement the current set, and include:**

- the role of fire in ensuring ecosystem sustainability;

- the need for restoration and rehabilitation of fire-damaged lands and ecosystems;

- the role of science in developing and implementing fire management programs;

- the importance of communication and education internally and externally; and

- the critical need for regular, ongoing evaluation of policies and procedures.

**A number of the 1995 Federal Fire Policy statements were revised to reflect experiences since 1995 and to underscore the importance of key issues. These include:**

- better recognition that Fire Management Plans identify and integrate all fire management and related activities within the context of approved land management plans;

BLM_0044003

- clearly stating that the management response to fire is based on the circumstances surrounding the fire, not the source of ignition or location of the fire;

- clarifying that, following protection of human life, suppression priority decisions include considerations of human health and consequences on communities rather than property; and

- clarifying the 1995 Federal Fire Policy on the Wildland Urban Interface to recognize the role of wildland fire agencies in protecting structures, but not suppressing fires in them.

**Strategic Implementation Actions in Chapter 3 deal with:**

- Fire Management and Ecosystem Sustainability

- Response to Wildland Fire

- Wildland Urban Interface

- Planning

- Science

- Workforce and Organization

- Funding

- Communication and Education

- Program Management and Coordination

Appendix C contains the detailed explanations for all of the new policy statements and the recommended changes to the 1995 Federal Fire Policy statements. Appendix D contains a side-by-side listing of the 1995 Federal Fire Policy and the 2001 Federal Fire Policy. The Guiding Principles, Policy Statements, and Implementation Actions can be found in their entirety in Chapter 3.

BLM_0044004

# CHAPTER 3 — 2001 FEDERAL WILDLAND FIRE MANAGEMENT POLICY:
## GUIDING PRINCIPLES, POLICIES, AND IMPLEMENTATION ACTIONS

The 2001 Federal Fire Policy comprises the following Guiding Principles and discreet policies. As a whole these Guiding Principles and policy statements guide the philosophy, direction, and implementation of fire management planning, activities, and projects on federal lands. Many federal agencies conduct programs and activities not directly tied to management of lands, but which have programs or activities that support or otherwise affect federal wildland fire management activities. These Guiding Principles and policy statements guide the direction and implementation of those programs as well, to ensure consistency, coordination, and integration of wildland fire management programs and related activities throughout the federal government.

Each agency should adopt the 2001 Federal Fire Policy as agency policy through applicable directives, manuals, and other systems as appropriate. All handbooks, guides, workbooks, and other documents associated with wildland fire management are to reflect the 2001 Federal Fire Policy.

Non-federal agencies are encouraged to adopt and use the 2001 Federal Fire Policy in planning and implementing their fire management activities to promote coordination, cooperation, and efficiency.

## GUIDING PRINCIPLES

The following Guiding Principles are fundamental to the successful implementation of the 2001 Federal Fire Policy:

1. *Firefighter and public safety is the first priority in every fire management activity.*

2. *The role of wildland fire as an essential ecological process and natural change agent will be incorporated into the planning process.* Federal agency land and resource management plans set the objectives for the use and desired future condition of the various public lands.

3. *Fire Management Plans, programs, and activities support land and resource management plans and their implementation.*

BLM_0044005

4. **Sound risk management is a foundation for all fire management activities.** Risks and uncertainties relating to fire management activities must be understood, analyzed, communicated, and managed as they relate to the cost of either doing or not doing an activity. Net gains to the public benefit will be an important component of decisions.

5. **Fire management programs and activities are economically viable, based upon values to be protected, costs, and land and resource management objectives.** Federal agency administrators are adjusting and reorganizing programs to reduce costs and increase efficiencies. As part of this process, investments in fire management activities must be evaluated against other agency programs in order to effectively accomplish the overall mission, set short- and long-term priorities, and clarify management accountability.

6. **Fire Management Plans and activities are based upon the best available science.** Knowledge and experience are developed among all wildland fire management agencies. An active fire research program combined with interagency collaboration provides the means to make these tools available to all fire managers.

7. **Fire Management Plans and activities incorporate public health and environmental quality considerations.**

8. **Federal, State, tribal, local, interagency, and international coordination and cooperation are essential.** Increasing costs and smaller work forces require that public agencies pool their human resources to successfully deal with the ever-increasing and more complex fire management tasks. Full collaboration among federal agencies and between the federal agencies and international, State, tribal, and local governments and private entities results in a mobile fire management work force available for the full range of public needs.

9. **Standardization of policies and procedures among federal agencies is an ongoing objective.** Consistency of plans and operations provides the fundamental platform upon which federal agencies can cooperate, integrate fire activities across agency boundaries, and provide leadership for cooperation with State, tribal, and local fire management organizations.

## 2001 FEDERAL WILDLAND FIRE MANAGEMENT POLICY

### 1. SAFETY

Firefighter and public safety is the first priority. All Fire Management Plans and activities must reflect this commitment.

BLM_0044006

## 2. FIRE MANAGEMENT AND ECOSYSTEM SUSTAINABILITY

The full range of fire management activities will be used to help achieve ecosystem sustainability, including its interrelated ecological, economic, and social components.

## 3. RESPONSE TO WILDLAND FIRE

Fire, as a critical natural process, will be integrated into land and resource management plans and activities on a landscape scale, and across agency boundaries. Response to wildland fire is based on ecological, social, and legal consequences of the fire. The circumstances under which a fire occurs, and the likely consequences on firefighter and public safety and welfare, natural and cultural resources, and values to be protected dictate the appropriate management response to the fire.

## 4. USE OF WILDLAND FIRE

Wildland fire will be used to protect, maintain, and enhance resources and, as nearly as possible, be allowed to function in its natural ecological role. Use of fire will be based on approved Fire Management Plans and will follow specific prescriptions contained in operational plans.

## 5. REHABILITATION AND RESTORATION

Rehabilitation and restoration efforts will be undertaken to protect and sustain ecosystems, public health, and safety, and to help communities protect infrastructure.

## 6. PROTECTION PRIORITIES

The protection of human life is the single, overriding priority. Setting priorities among protecting human communities and community infrastructure, other property and improvements, and natural and cultural resources will be based on the values to be protected, human health and safety, and the costs of protection. Once people have been committed to an incident, these human resources become the highest value to be protected.

## 7. WILDLAND URBAN INTERFACE

The operational roles of federal agencies as partners in the Wildland Urban Interface are wildland firefighting, hazardous fuels reduction, cooperative prevention and education, and technical assistance. Structural fire suppression is the responsibility of tribal, State, or local governments. Federal agencies may assist with exterior structural protection activities under formal Fire Protection Agreements that specify the mutual responsibilities of the partners, including funding. (Some federal agencies have full structural protection authority for their facilities on lands they administer, and may also enter into formal agreements to assist State and local governments with full structural protection.)

## 8. PLANNING

Every area with burnable vegetation must have an approved Fire Management Plan. Fire Management Plans are strategic plans that define a program to manage

BLM_0044007

wildland and prescribed fires based on the area's approved land management plan. Fire Management Plans must provide for firefighter and public safety; include fire management strategies, tactics, and alternatives; address values to be protected and public health issues; and be consistent with resource management objectives, activities of the area, and environmental laws and regulations.

## 9. SCIENCE

Fire Management Plans and programs will be based on a foundation of sound science. Research will support ongoing efforts to increase our scientific knowledge of biological, physical, and sociological factors. Information needed to support fire management will be developed through an integrated interagency fire science program. Scientific results must be made available to managers in a timely manner and must be used in the development of land management plans, Fire Management Plans, and implementation plans.

## 10. PREPAREDNESS

Agencies will ensure their capability to provide safe, cost-effective fire management programs in support of land and resource management plans through appropriate planning, staffing, training, equipment, and management oversight.

## 11. SUPPRESSION

Fires are suppressed at minimum cost, considering firefighter and public safety, benefits, and values to be protected, consistent with resource objectives.

## 12. PREVENTION

Agencies will work together and with their partners and other affected groups and individuals to prevent unauthorized ignition of wildland fires.

## 13. STANDARDIZATION

Agencies will use compatible planning processes, funding mechanisms, training and qualification requirements, operational procedures, values-to-be-protected methodologies, and public education programs for all fire management activities.

## 14. INTERAGENCY COOPERATION AND COORDINATION

Fire management planning, preparedness, prevention, suppression, fire use, restoration and rehabilitation, monitoring, research, and education will be conducted on an interagency basis with the involvement of cooperators and partners.

## 15. COMMUNICATION AND EDUCATION

Agencies will enhance knowledge and understanding of wildland fire management policies and practices through internal and external communication and education programs. These programs will be continuously improved through the timely and effective exchange of information among all affected agencies and organizations.

## 16. AGENCY ADMINISTRATOR AND EMPLOYEE ROLES

Agency administrators will ensure that their employees are trained, certified, and made available to participate in the wildland fire program locally, regionally, and

BLM_0044008

nationally as the situation demands.  Employees with operational, administrative, or other skills will support the wildland fire program as necessary.  Agency administrators are responsible and will be held accountable for making employees available.

## 17. EVALUATION

Agencies will develop and implement a systematic method of evaluation to determine effectiveness of projects through implementation of the 2001 Federal Fire Policy.  The evaluation will assure accountability, facilitate resolution of areas of conflict, and identify resource shortages and agency priorities.

## IMPLEMENTATION ACTIONS

### INTRODUCTION

The following strategic Implementation Actions are key for the effective implementation of the 2001 Federal Fire Policy.  The bolded statements provide broad objectives or results for agency managers to accomplish.  The narrative statement following each bolded statement is designed to explain and clarify, not provide specific additional tasks.  Monitoring and evaluation of implementation should focus on accomplishment of the broad objectives or results over time.  These Implementation Actions are the highest priority.  This list is not intended to exclude other strategic and tactical actions necessary to implement the 2001 Federal Fire Policy.

## 1. FIRE MANAGEMENT AND ECOSYSTEM SUSTAINABILITY

**a.  Develop a comprehensive, interagency strategy for fire management to help achieve ecosystem sustainability.**

The relationship between fire management activities and other efforts to achieve ecosystem sustainability is unclear.  The USDA Forest Service developed a cohesive strategy to accelerate fuels management on those public lands at high risk for significant negative impacts on ecological and human values. The Interior land management agencies have developed strategies to increase fuels management efforts. All of these efforts can be strengthened by the inclusion of other federal and State agencies involved in national fire management efforts (USGS, EPA, FEMA, NOAA, DOD, DOE) as we address long-term restoration of watersheds and landscapes. Implementation of these existing strategies must be emphasized to accelerate treatments. Further, these strategies must be coordinated with partners and other federal land management agencies.

**b.  Fire Management Plans and land management plans will appropriately incorporate mitigation, burned-area rehabilitation, and fuels reduction and restoration activities that contribute to ecosystem sustainability.**

There is a need to more effectively and directly integrate fire management activities with other natural resource goals. For example, comprehensive restoration plans, addressing both short-term and long-term needs, should be designed for

BLM_0044009

implementation. Since noxious and invasive weeds are a significant problem in many fire-dominated ecosystems, rapid response strategies should be established.

## 2. RESPONSE TO WILDLAND FIRE

**Base responses to wildland fires on approved Fire Management Plans and land management plans, regardless of ignition source or the location of the ignition.**

The management response to fires, regardless of source, must be based on the approved Fire Management Plan. Fire Management Plans, based on the land management objectives of the area, guide the appropriate response through criteria and prescriptions. Determination of appropriate response will include an evaluation of such factors as risks to firefighter and public health and safety, weather, fuel conditions, threats, and values to be protected. Fires in areas without approved Fire Management Plans, or with Fire Management Plans that are not consistent with the 2001 Federal Fire Policy, must be suppressed. Guidance for the development of strategic and operational plans, workforce training and qualifications, resource allocation and dispatch protocols, and other activities necessary to prepare for and respond to wildland fires are to be consistent across agencies and not based on the ignition source or location of the fire. Agency directives, manuals, handbooks, guides, and similar documents should be revised as necessary. Since 1995 the budget structures for the Department of the Interior and USDA Forest Service fire management programs have been revised so that source of ignition is no longer a factor in response decisions. However, additional administrative or legal barriers may continue to make it difficult to implement a single response system. Agencies should act to eliminate or minimize these barriers to facilitate effective implementation of the 2001 Federal Fire Policy.

A flow chart depicting what action will be taken after an ignition, regardless of source, is provided in Appendix F.

## 3. WILDLAND URBAN INTERFACE

**a. Accelerate and expand ongoing efforts, such as the FIREWISE program, to increase public awareness of the risks of building and living in the Wildland Urban Interface.**

Although public recognition and understanding of the Wildland Urban Interface has markedly improved since 1995, communities and homeowners are still falling short of taking sufficient action to mitigate fire risks.

**b. Accelerate and expand efforts to identify Wildland Urban Interface areas that lack formal structural fire protection, and encourage States and local communities to form rural fire departments where none exist.**

Federal agencies have no legal authority on private land. Therefore, this effort must be coordinated through State and local governments and with individual homeowners.

## 4. PLANNING

**Complete, or update, Fire Management Plans for all areas with burnable vegetation.**

BLM_0044010

Fire Management Plans, based on underlying land use or resource management plans, are the principal foundation for implementation of the 2001 Federal Fire Policy. High priority must be placed on completing Fire Management Plans. Agencies such as the Departments of Defense and Energy that previously did not endorse or follow the 1995 Federal Fire Policy should begin development of Fire Management Plans. In some cases agencies may need to update, amend, or otherwise revise underlying land management plans. However, the existence of obsolete land management plans should not be reason for failure to complete or update Fire Management Plans. The land managing agencies should continue to work with other agencies to ensure that Fire Management Plans consistently address the effects of fire management activities on public health and on environmental quality.

## 5. SCIENCE

**a. Continue to develop science programs to provide the foundation for land and Fire Management Plans and activities. These programs must address the land and fire management information needs of land managers, conduct basic and applied research, transfer information to end users, and ensure that appropriate results are applied and implemented.**

The Joint Fire Science Program has made good initial efforts to meet fuels management information needs of fire managers. However, a broader effort is required to support all the science-related Action Items in the 1995 Report, and to implement the 2001 Federal Fire Policy. Science activities should cover restoration and rehabilitation programs and the social dimensions of fire management. A partnership between managers and research scientists is needed to develop clear procedures for identifying information needs. Since not all future information needs can be anticipated, fire science programs should include both basic and applied research, and address local as well as broad, nationwide needs. Critical to fire science program success are mechanisms to ensure that the information is transferred to land and fire managers in a usable form. Similarly, managers must ensure that land and Fire Management Plans and actions actively incorporate and apply the new information.

**b. Develop coordinated databases for federal fire information that support fire program development and implementation of the 2001 Federal Fire Policy.**

Systems to collect essential wildland fire data and information should be developed and implemented to support internal and external program needs. While each agency is responsible for collecting and reporting data, consistent systems, reporting thresholds and criteria, data fields, and terms are essential to assure the reliability and credibility of the information for its intended use. Other information sources related to wildland fires (such as the wildland fire information collected by the National Fire Incident Reporting System) should be reviewed to determine whether that information (a) is applicable and appropriate for program needs, and (b) can and should be linked to programmatic databases.

BLM_0044011

## 6. WORKFORCE AND ORGANIZATION

### a. Develop an interagency strategy for wildland fire workforce management.

A national, interagency workload analysis is needed to determine the future workload and workforce skills mix necessary to accomplish the full range of fire management activities. Demographic information about the current organization should be used, along with initial attack requirements identified through agency fire planning activities, to help develop this strategy.

### b. Review the structure of fire management and fire suppression organizations.

Federal agencies, in cooperation with non-federal partners, need to review the structure of their operational fire management organizations to ensure efficient, interagency implementation of the full range of fire management activities. Of principal concern are organizations to manage large fires and organizations to accomplish prescribed fire and other fuel treatment activities. These reviews will require a common approach among fire management agencies.

## 7. FUNDING

### Provide full funding for fire management and associated programs to ensure successful implementation of the 2001 Federal Fire Policy.

The individual fire management agencies, the Administration, and the Congress must work to develop and adopt annual budgets for fire management preparedness, fuels management activities, scientific support, post-fire stabilization and rehabilitation, and support for State and local cooperators. Continued levels of funding to support all aspects of the fire management, fuels management, and related activities will be required in Fiscal Year 2002 and future years in order to continue to implement the Report to the President and the 2001 Federal Fire Policy. Analyses by the two Departments indicate that funding for all aspects of fire management, fuels management, and related activities needs to grow substantially. Implementation of the Report to the President will substantially increase planning, environmental review, and Endangered Species Act consultation workloads, requiring increased funding for agencies and organizations with those program responsibilities.

Adequate funding for agencies not historically considered fire management agencies is also critical. Those with land management responsibilities—the Department of Defense, Department of Energy, and Bureau of Reclamation—do not have specific, stable, adequate funding sources to implement the 2001 Federal Fire Policy. Agencies with supporting programs, such as the National Weather Service, the Environmental Protection Agency, and U.S. Geological Survey, may require additional funding to support implementation of fire management, fuels management, and related activities.

Finally, increased federal support for non-federal organizations through programs such as the State and Private Forestry Program of the USDA Forest Service and programs in the Department of the Interior to support rural fire districts is critical to ensure that cooperating fire organizations are able to implement fire policy consistently.

## 8. COMMUNICATION AND EDUCATION

**Develop a national, interagency communication and education program to enhance understanding of the fire management mission for both internal and external audiences.**

A national, interagency communication and education program requires that all federal fire agencies, along with their partners and cooperators, design consistent messages and strategies to communicate those messages. Both internal (all levels of the agencies) and external (public, non-federal organizations) audiences should be targeted. Agencies should develop and implement a communication and education program in a joint, collaborative manner.

## 9. PROGRAM MANAGEMENT AND COORDINATION

**a.   Establish a mechanism for coordinated interagency and interdisciplinary oversight of implementation of the 2001 Federal Fire Policy.**

Successful implementation of 2001 Federal Fire Policy requires coordination, consistency, and agreement among five traditional fire management operating agencies in two Departments, requires fire managers to forge new working relationships with other disciplines within those agencies, and requires the inclusion of agencies not traditionally integrated into wildland fire management activities. Although some interagency groups and committees exist to help facilitate coordination, they do not include the full range of affected programs and often lack authority to resolve differences.

A new mechanism for coordinated interagency and interdisciplinary implementation of the 2001 Federal Fire Policy is necessary to lead the broad array of agencies and programs in the future. The principal functions of such a mechanism would be to:

- provide a forum for raising and resolving issues across agency and disciplinary lines;
- provide strategic direction and leadership for overall implementation of the 2001 Federal Fire Policy;
- provide oversight and evaluation of program effectiveness and success; and
- provide a focal point for consolidating and articulating funding and workforce requirements necessary to implement the 2001 Federal Fire Policy.

This mechanism must include the following features:

- include all agencies with fire management or directly related programs;
- ability to bring skills and resources together to reach common agreement on interagency and interdisciplinary matters;
- authority, either directly or through access to senior agency managers, to resolve differences in a timely manner.

This mechanism could be based on a number of different models for cross-agency leadership and coordination. However, dedicated personnel responsible for this function are essential.

BLM_0044013

**b. Expand the regular and ongoing participation in fire management program management and implementation to all federal agencies with fire-related capabilities and responsibilities.**

Fire management has traditionally been the province of the USDA Forest Service and the four principal land management agencies of the Department of the Interior. However, many other agencies also have varying degrees of land management, regulatory, or other fire-related responsibilities, capabilities, and interests. These include (but are not limited to) the Departments of Defense and Energy, the Bureau of Reclamation, the National Oceanic and Atmospheric Administration, the endangered species management programs of the National Marine Fisheries Service and the Fish and Wildlife Service, the Environmental Protection Agency, the Federal Emergency Management Agency, the Natural Resources Conservation Service, and the U.S. Geological Survey. The participation and integration of these agencies in the fire management program needs to be expanded at both the senior policy level and the operational level through participation, as appropriate, in such organizations as the National Wildfire Coordinating Group, and Geographic Area Coordinating Groups.

**c. Improve coordination among all federal, State, tribal, and local organizations.**

Successful implementation of all aspects of fire management activities requires improved coordination among federal agencies and a variety of State, tribal, and local organizations. Many non-federal organizations, such as State regulatory bodies, have not usually been included in planning and program development activities. Other organizations with operational roles, such as State and local emergency management agencies, have not been integrated into fire suppression activities. Coordination can be improved through existing organizations such as Geographic Area Coordinating Groups and Multi-Agency Coordinating Groups. In other cases, new or ad hoc methods of coordination may be appropriate.

**d. Standardize and implement operational policies and procedures.**

Develop and use, to the maximum extent possible, standardized operational procedures for wildland fire management agencies. Establish and implement a clear, concise system of accountability based on standard job performance requirements.

**e. Develop a national plan for weather services that provides products, standards, and services to support the full range of responses required by both federal and State wildland fire management agencies.**

A national plan should be developed that articulates the weather products, standards, and services needed to support the entire spectrum of wildland fire responses, and the best means of meeting these requirements. The plan should specifically address recommendations from the NWCG, the action items of the 1995 Federal Fire Policy, and support for meteorological services for State, tribal, and local organizations involved in wildland fire management. The plan should resolve the issue of providing non-federal organizations with meteorological services needed to support the full range of fire management responses.

BLM_0044014

The Office of the Federal Coordinator for Meteorology is uniquely qualified to develop such a plan. That office can establish a process for coordinating with fire management agencies and the NWS, and develop a plan that lays out options to assure that adequate weather services are available to both federal and non-federal fire management agencies.

## 10. EVALUATION

**Establish clear mechanisms for evaluating the 2001 Federal Fire Policy and its implementation.**

Evaluation of the 2001 Federal Fire Policy and its implementation will require clear performance measures, mechanisms for collecting and analyzing data, and the tracking of accomplishments. All of these should be developed and used on an interagency, interdisciplinary basis.

The underlying 2001 Federal Fire Policy should be evaluated on a 3 to 5 year cycle, without waiting for specific fire events as has happened in the past.

Evaluation of policy implementation should include both headquarters and field organizations and activities, and their effectiveness in meeting the performance measures. Evaluations should be linked to each agency's existing program and project evaluation process. However, the interagency, interdisciplinary aspects of the 2001 Federal Fire Policy may require supplemental or unique evaluation activities.

## 11. 1995 FEDERAL FIRE POLICY ACTION ITEMS

**Complete implementation of Action Items recommended from the 1995 Report in accordance with the 2001 Federal Fire Policy and the Implementation Actions in this Review and Update.**

The 1995 Report contained over 80 specific Action Items to implement the recommended policy. Many of these have been completed and have been incorporated into normal agency fire management programs and activities. Many have been partially implemented. A few have not been implemented and a few others, upon further review and analysis, are no longer appropriate or relevant. In general, implementation has been least successful when consistency and compatibility across agencies was required or when integration of fire with other disciplines was required. Appendix E contains a detailed listing of each Action Item and the status of implementation. Included is a recommendation for future action. Continued attention to full implementation of the concepts and principles of the great majority of the Action Items from 1995 remains critical for implementation of the 2001 Federal Fire Policy. In many cases, the specific language of an Action Item is less important than accomplishing the overall objective of the item. The recommended future action for each item in Appendix E includes discussion about aspects requiring special attention as well as noting areas in common with other Implementation Actions in this Review and Update.

BLM_0044015

BLM_0044016

# CHAPTER 4 — APPENDICES

## APPENDIX A: BIBLIOGRAPHY

Bartos, D. L., W. F. Mueggler, and R. B. Campbell, Jr. 1991. Regeneration of aspen by suckering on burned sites in western Wyoming. U.S. Department of Agriculture, Forest Service Research Paper INT-448.

Cerro Grande Prescribed Fire (May 4-8, 2000) Investigation Report. Fire Investigation Team, National Interagency Fire Center, Boise, ID. May 18, 2000. 26p.

Cerro Grande Prescribed Fire. Independent review board report. State of Florida, Division of Forestry; U.S. Department of the Interior, Bureau of Land Management; U.S. Department of Agriculture, Forest Service; White Mountain Apache Tribe. May 26, 2000. 15p.

Clements, F. E. 1916. Plant succession: an analysis of the development of vegetation. Carnegie Institute Publication 242. Washington, D.C.

Collins, S. L., and L. L. Wallace, editors. 1990. Fire in North American tallgrass prairies. University of Oklahoma Press, Norman, Oklahoma, USA.

Cost Containment on Large Fires: Efficient utilization of wildland fire suppression resources. National Association of State Foresters, Forest Fire Protection Committee. July 1, 2000. 36p.

Federal Wildfire Activities. Current strategy and issues needing attention. United States General Accounting Office. August 1999. 35p.

Federal Wildland Fire Management Policy & Program Review. 1995. Final Report – December 18, 1995. U.S. Department of the Interior; U.S. Department of Agriculture. 45p.

Ferry, G. W., R. G. Clark, R. E. Montgomery, R. W. Mutch, W. P. Leenhouts, and G. Thomas Zimmerman. 1995. Altered fire regimes within fire-adapted ecosystems. Pages 222-224 in E.T. LaRoe, G. S. Farris, C. E. Puckett, P. D. Doran, and M. J. Mac, editors. Our living resources. U.S. Department of the Interior, National Biological Service, Washington, D.C., USA.

Fire Management. Lessons learned from the Cerro Grande (Los Alamos) Fire. GAO. July 20, 2000. 15p.

Fire Suppression Costs on Large Fires. A review of the 1994 fire season. USDA Forest Service. August 1, 1995. 55p.

Glickman, Dan, and Bruce Babbitt. 2000. Managing the impact of wildfires on communities and the environment. A Report to the President in response to the wildfires of 2000. U.S. Department of Agriculture and U.S. Department of the Interior. 34p.

Hardy, C. C. D. L. Bunnell, J. P. Menakis, K. M. Schmidt, D. G. Long, D. G. Simmerman, and C. M. Johnson. 1999. Coarse-scale spatial data for wildland fire and fuel management. USDA Forest Service, Rocky Mountain Research Station, Fire Sciences Laboratory, Missoula, Mt. USDA Forest Service, Fire and Aviation Management, National Interagency Fire Center, Boise, Id. http://www.fs.fed.us/fire/fuelman/.

BLM_0044017

Henderson, R. A., and E. J. Epstein. 1995. Oak savannas in Wisconsin. Pages 230-232 in E.T. LaRoe, G. S. Farris, C. E. Puckett, P. D. Doran, and M. J. Mac, editors. Our living resources. U.S. Department of the Interior, National Biological Service, Washington, D.C.

Hessl, A., and S. Spackman. 1995. Effects of fire on threatened and endangered plants: an annotated bibliography. U.S. Department of Interior, National Biological Service, Information and Technology Report 2.

Heusser, C. 1979. Vegetational history of the pine barrens. Pages 215-312 in R.T. Forman, editor. Pine Barrens: ecosystem and landscape. Academic, New York, New York, USA.

Kendall, K. C. 1995. Whitebark pine: an ecosystem in peril. Pages 228-230 in E.T. LaRoe, G. S. Farris, C. E. Puckett, P. D. Doran, and M. J. Mac, editors. Our living resources. U.S. Department of the Interior, National Biological Service, Washington, D.C.

Leenhouts, B. 1998. Assessment of biomass burning in the conterminous United States. Conservation Ecology [online] 2(1): 1. Available from the Internet. URL: http://www.consecol.org/vol2/iss1/art1.

Leenhouts, B. 2000. A comparison of historic and contemporary wildland fire and anthropogenic emissions. Fire Conference 2000. November 27 - December 1, 2000. San Diego, CA

Lowden Ranch Prescribed Fire Review. Final Report. U.S. Department of the Interior, Bureau of Land Management. July 22, 1999. Lewiston, CA. 34p.

McCool, S. F., K. Guthrie, and J. K. Smith. 2000. Building consensus: legitimate hope or seductive paradox? USDA FS Research Paper RMRS-RP-25, Rocky Mountain Research Station, Ft. Collins, Co. 14p.

Policy Implications of Large Fire Management: A strategic assessment of factors influencing costs. USDA Forest Service. January 21, 2000. 43p.

Sadler Fire Entrapment Investigation. U.S. Department of the Interior, Bureau of Land Management. August 9, 1999. 69p.

Wildland and Prescribed Fire Management Policy: Implementation Procedures and Reference Guide. US Department of the Interior and USDA Forest Service. August 1998. 82p.

BLM_0044018

## APPENDIX B: GLOSSARY AND ACRONYMS

### GLOSSARY

**1995 Federal Fire Policy**—1995 Federal Wildland Fire Management Policy

**1995 Report**—1995 Federal Wildland Fire Management Policy and Program Review

**2001 Federal Fire Policy**—2001 Federal Wildland Fire Management Policy

**Agencies**—Federal agencies that have direct fire management or land management responsibilities or that have programs and activities that support fire management activities.

**Agency Administrator**—The official responsible for the management of a geographic unit or functional area.

**Appropriate Management Response**—the response to a wildland fire is based on an evaluation of risks to firefighter and public safety, the circumstances under which the fire occurs, including weather and fuel conditions, natural and cultural resource management objectives, protection priorities, and values to be protected. The evaluation must also include an analysis of the context of the specific fire within the overall local, geographic area, or national wildland fire situation.

**Burned Area Rehabilitation**—the full range of post-fire activities to rehabilitate and restore fire damaged lands, including protection of public health and safety.

**Cooperators**—Federal, state, and local agencies and Indian tribes that participate in planning and conducting fire management projects and activities.

**Ecosystem Sustainability**—the capacity to maintain ecosystem health, productivity, diversity, and overall integrity, in the long run, in the context of human activity and use.

**Fire Management Activities**—include fire planning, fire management strategies, tactics, and alternatives, prevention; preparedness, education, and addresses the role of mitigation, post-fire rehabilitation, fuels reduction, and restoration activities in fire management

**Fire Management Plan**—strategic plans that define a program to manage wildland fires based on an area's approved land management plan. Fire Management Plans must address a full range of fire management activities that support ecosystem sustainability, values to be protected, protection of firefighter and public safety, public health and environmental issues, and must be consistent with resource management objectives and activities of the area.

**Full range of fire management activities**—see Fire Management Activities.

**Geographic Area Coordination Center** (GACC)—interagency regional operational centers for fire resource coordination and mobilization.

**Geographic Area Coordinating Group** (GACG)—interagency regional fire management bodies.

**Initial Attack**—the aggressive response to a wildland fire based on values to be protected, benefits of response, and reasonable cost of response.

**Interagency**—coordination, collaboration, communication among cooperating agencies.

**Intergovernmental**—coordination, collaboration, communication between federal agencies, Indian tribes, and foreign governments.

BLM_0044019

**MAC Group**—Multi-Agency Coordinating Group; national, regional, or local management groups for interagency, intergovernmental planning coordination, and operations leadership.

**NWCG**—National Wildfire Coordinating Group; the NWCG is an interagency, intergovernmental body that establishes operational fire management standards and procedures such as qualification and certification protocols, allocation or resources protocols, equipment standards, training programs.

**Partners**—all agencies and organizations that engage in joint decision making with federal agencies in planning and conducting fire management projects and activities.

**Prescribed Fire**—any fire ignited by management actions to meet specific objectives. Prescribed fires are conducted in accordance with prescribed fire plans.

**Prescribed Fire Plan**—a plan for each prescribed fire. Plans are documents prepared by qualified personnel, approved by the agency administrator, and include criteria for the conditions under which the fire will be conducted (a prescription).

**Prescription**—measurable criteria that define the conditions under which a prescribed fire will be ignited, guide selection of appropriate management responses, and indicate other required actions. Prescription criteria may include safety, economic, public health, and environmental, geographic, administrative, social, or legal considerations.

**Report to the President**—Glickman, Dan, and Bruce Babbitt. 2000. Managing the impact of wildfires on communities and the environment. A Report to the President in response to the wildfires of 2000. U.S. Department of Agriculture and U.S. Department of the Interior. 34p.

**Review and Update**—Review and Update of the 1995 Federal Wildland Fire Management Policy.

**Values to be Protected**—Include property, structures, physical improvements, natural and culture resources, community infrastructure, and economic, environmental, and social values.

**Wildland Fire**—any non-structural fire that occurs on wildland.

**Wildland Urban Interface**—defined as the line, area, or zone where structures and other human development meet or intermingle with undeveloped wildland or vegetative fuels.

BLM_0044020

# LIST OF ACRONYMS USED

BIA – Bureau of Indian Affairs, Department of the Interior

BLM – Bureau of Land Management, Department of the Interior

BOR – Bureau of Reclamation, Department of the Interior

DOC – U.S. Department of Commerce

DOD – U.S. Department of Defense

DOE – U.S. Department of Energy

DOI – U.S. Department of the Interior

EPA – U.S. Environmental Protection Agency

FEMA – Federal Emergency Management Agency

FWS – U.S. Fish and Wildlife Service, Department of the Interior

GACC – Geographic Area Coordination Center

GACG – Geographic Area Coordinating Group

IMET – Incident Meteorologist

ISO – Insurance Service Organization

JFSP – Joint Fire Science Program

MAC – Multi-Agency Coordinating Group

NASF – National Association of State Foresters

NMFS – National Marine Fisheries Service, Department of Commerce

NOAA – National Oceanic and Atmospheric Administration

NPS – National Park Service, Department of the Interior

NWCG – National Wildfire Coordinating Group

NWS – National Weather Service, Department of Commerce

TWT – Training Working Team (NWCG)

USDA – U.S. Department of Agriculture

USDA Forest Service – U.S. Department of Agriculture, Forest Service

USFS – U.S. Forest Service, Department of Agriculture

USGS – U.S. Geological Survey, Department of the Interior

WFSA – Wildland Fire Situation Analysis

BLM_0044021

BLM_0044022

## APPENDIX C:   CHANGES TO THE GUIDING PRINCIPLES AND 1995 FEDERAL FIRE POLICY, WITH RATIONALE FOR CHANGES

### GUIDING PRINCIPLES

Rewrite the existing guiding principle on coordination and cooperation to add "international" coordination and cooperation.

### POLICY

#### New Policies

a.   **Ecosystem Sustainability**

- *The full range of fire management activities will be used to achieve ecosystem sustainability including its interrelated ecological, economic, and social components.*

   **Rationale::**  The concept of ecosystem sustainability was not fully considered in the original concept of fire management, as incorporated in the 1995 Federal Fire Policy.  Using the full range of fire management activities is essential for achieving ecosystem sustainability, including ecological sustainability and socio-economic considerations. Under this policy, fuels management activities will be designed to support ecological and socio-economic sustainability.

b.   **Rehabilitation and Restoration**

- *Rehabilitation and restoration efforts will be undertaken to protect, and sustain ecosystems, public health, safety, and to help communities protect infrastructure.*

   **Rationale:**  Rehabilitation and restoration activities are essential components of achieving ecosystem sustainability when areas are not expected to recover through natural processes Protection of community infrastructure, public health and safety, endangered species habitat, and other resource values must be considered in developing rehabilitation and restoration strategies and plans.

c.   **Science**

- *Fire management plans and programs will be based on a foundation of sound science.  Research will support ongoing efforts to increase our scientific knowledge of biological, physical, and sociological factors.  Information needed to support fire management will be developed through an integrated interagency fire science program.  Scientific results must be made available to managers in a timely manner and must be used in the development of land management plans, Fire Management Plans, and implementation plans.*

BLM_0044023

**Rationale:** Scientific information is essential to develop and implement land and fire management programs and to evaluate their potential benefits and consequences. Information will be developed through an interagency, integrated fire science program. The fire science program should include federal science agencies, academic institutions, and independent research groups. The program needs to support ongoing efforts to increase our scientific knowledge of biological, physical, and sociological factors. Science organizations must produce tangible, accessible, and useful research products that can be incorporated in Fire Management Plans and programs. It is incumbent on fire managers to actively incorporate and implement the results of scientific research.

### d. Communication and Education

- *Agencies will enhance knowledge and understanding of wildland fire management policies and practices through internal and external communication and education programs. These programs will be continuously improved through the timely and effective exchange of information among all affected agencies and organizations.*

**Rationale:** The 1995 Federal Fire Policy is not fully understood by internal and external audiences. Shortfalls exist in disseminating the information and integrating the policy into affected disciplines needed to implement the policy. The addition of more cooperating agencies into the wildland fire management mission makes coordinated and enhanced communication programs essential.

### e. Evaluation

- *Agencies will systematically evaluate the effectiveness of projects through implementation of the 2001 Federal Wildland Fire Management Policy. The evaluation will assure accountability, facilitate resolution of areas of conflict, and identify resource shortages and agency priorities.*

**Rationale:** There is no systematic method or program for evaluating federal fire policy and its implementation, especially across agency and program or discipline boundaries. No performance measures or other means exist to determine the status of implementation or the effectiveness of the policies. The review of the 1995 Federal Fire Policy found substantial actions that were not completed. There is no ongoing or established process for tracking status of policy implementation within or among agencies.

## Modifications to the 1995 Federal Fire Policy Statements

These are explanations of changes to the 1995 Federal Fire Policy. The full text of the original 1995 and the new 2001 statements are in Appendix D.

**a. Safety:** No change.

**b. Planning:**

BLM_0044024

**Rationale:** This policy statement was changed to clarify the role and nature of Fire Management Plans as the fundamental strategic documents, based on land use plans, to guide the full range of fire management related activities in a unit or area. Fire Management Plans are supplemented by operational plans such as preparedness plans, dispatch plans, prescribed fire plans, and prevention plans. Resource management objectives and activities addressed in Fire Management Plans include activities to restore and sustain ecosystems or to protect communities or public safety. Fire Management Plans must address concerns and discuss consequences for air and water quality, endangered species, and similar issues. Fire Management Plans should be developed and implemented across agency boundaries to ensure consistent approaches to similar conditions.

**c.   [Response to] Wildland Fire:**

**Rationale:** The policy statements for Wildland Fire and Use of Fire were modified to more clearly distinguish between the two. The Wildland Fire policy statement was re-titled as Response to Wildland Fire and clarifies and emphasizes that the context or circumstances of the fire are to dictate the appropriate response, based on an approved Fire Management Plan. This policy is intended to minimize the use of different personnel, qualification systems, dispatch and resource allocation protocols, and so on for different "types" of fire. Rather, emphasis is on pre-planning by agencies to determine the appropriate management response to the occurrence of fire, regardless of ignition source or location. The term "be based on best available science" was dropped from this policy statement since a new policy statement on science has been added.

**d.   Use of [Wildland] Fire:**

**Rationale:** The use of Fire Policy Statement was re-titled to the Use of Wildland Fire. Along with the above change in Wildland Fire, this policy statement now clarifies and emphasizes the critical importance of Fire Management Plans and operational plans in determining the appropriate response to a fire, regardless of its source of ignition or location.

**e.   Preparedness:**

**Rationale:** This statement was revised to include a reference to management oversight. There is no process for ongoing integrated, interagency oversight and monitoring of preparedness activities. This change clarifies and emphasizes the importance of oversight and monitoring to ensure that fire management preparedness activities are appropriate, especially across agency lines.

**f.   Suppression:** No change.

**g.   Prevention:**

**Rationale:** This statement was changed to clarify the intent of the 1995 Federal Fire Policy, not to change it substantively. The addition of the word "partners" makes the revised policy statement more inclusive.

**h.   Protection Priorities:**

**Rationale:** This policy statement was revised to clarify policy related to human health and protection of structures. The 1995 Federal Fire Policy statement on

BLM_0044025

protection priorities provides a solid framework for decision making in fire situations. Conflicting protection priorities are resolved through the Wildland Fire Situation Analysis (WFSA) and through the process of allocating resources at the geographic and local levels. However, two significant protection considerations are not specifically recognized in the 1995 Federal Fire Policy. First, human health, including the potential effects of smoke, is not explicitly considered in either the WFSA process or the process for allocating resources. Second, the 1995 Federal Fire Policy does not distinguish between the concept of property and the concept of community and community infrastructure. Recent experience has dramatically demonstrated the threat that uncontrolled wildland fire poses to human communities. While property may simply represent isolated structures, communities and their associated infrastructure are the social and economic fabric that supports life in rural areas. However, the primary responsibility for protecting private property and rural communities lies with individual property owners and local governments. This responsibility is usually achieved through proactive pre-fire actions such as those promoted in the FIREWISE Communities program.

**i.  Interagency Cooperation:**
**Rationale:** This policy statement was revised to highlight education, prevention, restoration, and rehabilitation in interagency cooperation. This highlights the importance of doing prevention and education initiatives in an interagency, collaborative environment.

**j.  Standardization:** No change.

**k.  Economic Efficiency:** Dropped
**Rationale:** This statement was dropped because it duplicated a Guiding Principle.

**l.  Wildland Urban Interface:**
**Rationale:** This statement was changed to clarify the 1995 Federal Fire Policy, not to change it substantively. The revised policy more accurately distinguishes between the terms "structure protection" and "structure suppression."

**m.  [Agency] Administrator and Employee Roles:**
**Rationale:** This statement was changed to recognize that wildland fire management is not the sole responsibility of dedicated fire management personnel. In the past in federal land management agencies, wildland fire activities took precedence over all agency functions and activities except the safeguarding of human life. The notion that a broad cross-section of employees need to be trained, certified and available for wildland fire assignment has gradually diminished over time, both on the part of Agency Administrators and employees themselves. Further, because of the diminishing federal workforce, the need to mutually support each other for wildland fire activities—locally, regionally and nationally—is increasingly important. The intent of the policy is to require every employee to be available to support wildland fire if the situation demands. Also, the intent is to strike a common-sense balance between requiring *every employee* of any agency to be trained, certified, and available for wildland fire assignment, and the notion that *only fire management personnel* have any responsibility to respond to wildland fire activities.

BLM_0044026

## APPENDIX D:  TABULAR CROSSWALK BETWEEN THE 1995 AND 2001 FEDERAL FIRE POLICIES

## FEDERAL WILDLAND FIRE POLICIES

| POLICY ELEMENT | 1995 POLICY | 2001 POLICY |
|---|---|---|
| Safety | Firefighter and public safety is the first priority.  All Fire Management Plans and activities must reflect this commitment. | Firefighter and public safety is the first priority.  All Fire Management Plans and activities must reflect this commitment. |
| Ecosystem Sustainability | --- | The full range of fire management activities will be used to achieve ecosystem sustainability including its interrelated ecological, economic, and social components. |
| Response to Wildland Fire | Fire, as a critical natural process, will be integrated into land and resource management plans and activities on a landscape scale, across agency boundaries, and will be based upon best available science.  All use of fire for resource management requires a formal prescription.  Management actions taken on wildland fires will be consistent with approved Fire Management Plans. | Fire, as a critical natural process, will be integrated into land and resource management plans and activities on a landscape scale, and across agency boundaries.  Response to wildland fires is based on ecological, social and legal consequences of the fire.  The circumstances under which a fire occurs, and the likely consequences on firefighter and public safety and welfare, natural and cultural resources, and values to be protected dictate the appropriate response to the fire. |
| Use of Wildland Fire | Wildland fire will be used to protect, maintain, and enhance resources and, as nearly as possible, be allowed to function in its natural ecological role. | Wildland fire will be used to protect, maintain, and enhance resources and, as nearly as possible, be allowed to function in its natural ecological role.  Use of fire will be based on approved Fire Management Plans and will follow specific prescriptions contained in operational plans. |
| Rehabilitation and Restoration | --- | Rehabilitation and restoration efforts will be undertaken to protect and sustain ecosystems, public health, safety, and to help communities protect infrastructure. |

BLM_0044027

REVIEW AND UPDATE OF THE 1995 FEDERAL WILDLAND FIRE MANAGEMENT POLICY

| POLICY ELEMENT | 1995 POLICY | 2001 POLICY |
|---|---|---|
| **Protection Priorities** | Protection priorities are (1) human life and (2) property and natural and cultural resources. If it becomes necessary to prioritize between property and natural and cultural resources, this is done based on relative values to be protected, commensurate with fire management costs. Once people have been committed to an incident, these resources become the highest value to be protected. | The protection of human life is the single, overriding suppression priority. Setting priorities among protecting human communities and community infrastructure, other property and improvements, and natural and cultural resources will be done based on the values to be protected, human health and safety, and the costs of protection. Once people have been committed to an incident, these human resources become the highest value to be protected. |
| **Wildland Urban Interface** | The operational role of federal agencies as a partner in the Wildland Urban Interface is wildland firefighting, hazard fuel reduction, cooperative prevention and education, and technical assistance. Structural fire protection is the responsibility of tribal, State, and local governments. Federal agencies may assist with exterior structural suppression activities under formal Fire Protection Agreements that specify the mutual responsibilities of the partners, including funding. (Some federal agencies have full structural protection authority for their facilities on lands they administer and may also enter into formal agreements to assist State and local governments with full structural protection.) | The operational role of federal and State agencies as partners in the Wildland Urban Interface are wildland firefighting, hazard fuels reduction, cooperative prevention and education, and technical assistance. Structural fire suppression is the responsibility of tribal., State, or local governments. Federal agencies may assist with exterior structural protection activities under formal Fire Protection Agreements that specify the mutual responsibilities of the partners, including funding. (Some federal agencies have full structural protection authority for their facilities on lands they administer and may also enter into formal agreements to assist State and local governments with full structural protection.) |
| **Planning** | Every area with burnable vegetation must have an approved Fire Management Plan. Fire Management Plans must be consistent with firefighter and public safety, values to be protected, and land and resource management plans and must address public health issues. Fire Management Plans must also address all potential wildland fire occurrences and include the full range of fire management actions. | Every area with burnable vegetation must have an approved Fire Management Plan. Fire Management Plans are strategic plans that define a program to manage wildland and prescribed fires based on the area's approved land management plan. Fire management plans must provide for firefighter and public safety; include fire management strategies, tactics, and alternatives; address values to be protected and public health issues; and be consistent with resource management objectives, activities of the area, and environmental laws and regulations. |

BLM_0044028

| POLICY ELEMENT | 1995 POLICY | 2001 POLICY |
|---|---|---|
| Science | --- | Fire management plans and programs will be based on a foundation of sound science.  Research will support ongoing efforts to increase our scientific knowledge of biological, physical, and sociological factors.  Information needed to support fire management will be developed through an integrated interagency fire science program.  Scientific results must be made available to managers in a timely manner and must be used in the development of land management plans, fire management plans, and implementation plans. |
| Preparedness | Agencies will ensure their capability to provide safe, cost-effective fire management programs in support of land and resource management plans through appropriate planning, staffing, training, and equipment. | Agencies will ensure their capability to provide safe, cost-effective fire management programs in support of land and resource management plans through appropriate planning, staffing, training, equipment, and management oversight. |
| Suppression | Fires are suppressed at minimum cost, considering firefighter and public safety, benefits, and values to be protected, consistent with resource objectives. | Fires are suppressed at minimum cost, considering firefighter and public safety, benefits, and values to be protected, consistent with resource objectives. |
| Prevention | Agencies will work together and with other affected groups and individuals to prevent unauthorized ignition of wildland fires. | Agencies will work together and with their partners and other affected groups and individuals to prevent unauthorized ignition of wildland fires. |
| Standardization | Agencies will use compatible planning processes, funding mechanisms, training and qualification requirements, operational procedures, values-to-be-protected methodologies, and public education programs for all fire management activities. | Agencies will use compatible planning processes, funding mechanisms, training and qualification requirements, operational procedures, values-to-be-protected methodologies, and public education programs for all fire management activities. |
| Interagency Cooperation | Fire management planning, preparedness, suppression, fire use, monitoring, and research will be conducted on an interagency basis with the involvement of all parties. | Fire management planning, preparedness, prevention, suppression, fire use, restoration and rehabilitation, monitoring, research, and education will be conducted on an interagency basis with the involvement of cooperators and partners. |

BLM_0044029

REVIEW AND UPDATE OF THE 1995 FEDERAL WILDLAND FIRE MANAGEMENT POLICY

| POLICY ELEMENT | 1995 POLICY | 2001 POLICY |
|---|---|---|
| **Communication and Education** | --- | Agencies will enhance knowledge and understanding of wildland fire management policies and practices through internal and external communication and education programs. These programs will be continuously improved through the timely and effective exchange of information among all affected agencies and organizations. |
| **Agency Administrator and Employee Roles** | Employees who are trained and certified will participate in the wildland fire program as the situation demands; employees with operational, administrative, or other skills will support the wildland fire program as needed. Administrators are responsible and will be accountable for making employees available. | Agency administrators will ensure that their employees are trained, certified and made available to participate in the wildland fire program locally, regionally, and nationally as the situation demands. Employees with operational, administrative, or other skills will support the wildland fire program as necessary. Agency administrators are responsible and will be held accountable for making employees available. |
| **Evaluation** | --- | Agencies will develop and implement a systematic method of evaluation to determine effectiveness of projects through implementation of the 2001 Federal Wildland Fire Management Policy. The evaluation will assure accountability, facilitate resolution of areas of conflict, and identify resource shortages and agency priorities. |
| **Economic Efficiency** | Fire management programs and activities will be based on economic analyses that incorporated commodity, non-commodity, and social values. | --- |

BLM_0044030

## APPENDIX E:  DISPOSITION OF 1995 ACTION ITEMS

Note:  Continued attention to full implementation of the concepts and principles of the great majority of the action items from the 1995 Report remains critical for implementation of the 2001 Federal Fire Policy.  The recommended disposition for each item in this Appendix includes discussion about aspects requiring special attention as well as noting areas in common with specific Implementation Actions in the Review and Update.

| ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|

### ROLE OF FIRE IN RESOURCE MANAGEMENT

| | | | |
|---|---|---|---|
| 01 | Use a compatible fire management planning system that recognizes both fire use and fire protection as inherent parts of natural resource management; this system will ensure adequate fire suppression capabilities and support fire reintroduction efforts. | Agencies have made some progress in implementing this item, but significant work remains. Due to changes in agency missions and organizations, no single interagency system is anticipated. | Implementation is an ongoing process.<br><br>Agencies must continue to pursue development and application of compatible fire management planning systems. See also Implementation Action 1b. |
| 02 | Develop Fire Management Plans for all areas subject to wildland fires.  These plans will use information about fire regimes, current conditions, and land management objectives as a basis to develop fire management goals and objectives; address all potential wildland fire occurrences and include a full range of fire management actions; use new knowledge and monitoring results to revise fire management goals, objectives, and actions; and be linked closely to land and resource management plans. | Agencies are updating plans; however, a significant number of plans remain out of date or inconsistent with the 1995 Federal Fire Policy.  In some cases underlying land management plans require revisions before fire management plans can be fully written or revised. | See Implementation Action 1b. Implementation is an ongoing process. Fire Management Plans that implement Federal Fire Policy must be completed as soon as possible.  All land management agencies should place a high priority on completion of these plans. If necessary, land management plans should be updated, revised, or amended to allow full implementation of Federal Fire Policy. |

BLM_0044031

| | ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|---|
| 03 | Develop research programs that provide a sound scientific basis for the integration of wildland fire into land-use and resource management. | The Forest Service-Interior Joint Fire Sciences Program (JFSP) represents significant progress in making scientific information available to support the fuels program. The Fiscal Year 2001 appropriations bill includes additional funding for the JFSP to address post-fire rehabilitation and restoration and fire management issues. | Science and research programs in agencies such as the U.S. Geological Survey and the USDA Forest Service should continue to be integrated into the federal wildland fire management community. Future research should include social issues such as individual and organizational psychology. See also Implementation Action 5a. |
| 04 | Create a system for coordination and cooperation among land managers and regulators that explores options within existing laws to allow for the use of fire to achieve goals of ecosystem health while at the same time protecting individual components of the environment, human health, and safety. This system will allow for early collaboration during the process of developing new land management plans and provide a mechanism for incorporating input as existing plans are implemented or revised; and encourage land managers and regulators to enter into agreements that set forth the actions each will take before and during the time fire is reintroduced in their area of responsibility. | No formal system(s) have been created. However, there have been some opportunities for coordination and cooperation such as the Western Regional Air Partnership and the development of EPA's Interim Air Quality Policy on Wildland and Prescribed Fires. Some ad hoc coordination and cooperation has occurred at Geographic Areas and other locations. | Implementation is an ongoing process. Continue to improve the coordination and cooperation between the land managing agencies and regulators, particularly in the development of plans related to fire management. Land managing agencies have an affirmative responsibility to involve other agencies collaboratively in planning activities. See also Implementation Action 1b. |

BLM_0044032

| ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|
| 05    Continue ongoing efforts to jointly develop compatible, ecosystem-based, multiple scale, interagency land management plans that involve all interested parties and facilitate adaptive management.  This process will fully integrate ecological concepts that consider long-term dynamics and cross agency boundaries; effectively incorporate current fire-related information, including scientific knowledge, risk assessment, social and economic concerns, and public health considerations; and ensure that existing land management plans are revised or updated to address the above actions. | In general, compatible, ecosystem-based, multiple scale, interagency land management plans have not been developed. Some efforts have been made at large-scale land management planning that integrate ecosystem concepts across agency boundaries, including the Interior Columbia Basin Ecosystem Management Project and the Sierra Nevada Ecosystem Project. Some unit-level cross boundary efforts is underway. | Continue to implement as part of normal agency policies and procedures with understanding that the original action item should be a long term goal and is not likely achievable in the short run. See also Implementation Actions 1a and 1b. |
| 06    Expedite the decision-making process by jointly developing criteria for evaluating ecosystem condition by ecosystem type and for prioritizing areas for the reintroduction of fire to meet resource objectives and reduce hazards.  This process will identify those ecosystems where fire does not need to be reintroduced (fire is not a significant natural component, or the fire regime has not been altered); where fire is unlikely to succeed (fire would be adverse, such as areas significantly altered by fuel accumulations and species changes) - determine appropriate, ecologically sound alternatives for these areas; and where treatment with fire is essential or potentially effective (fire is needed to improve resource conditions or reduce risk and hazard). | The JSFP is sponsoring work that will provide tools and information that will support this type of work. However, criteria for evaluating ecosystem condition by ecosystem type and for prioritizing areas for the reintroduction of fire to meet resource objectives and reduce hazards have not been developed.  Research is beginning to yield some results. | Continue to implement as part of normal agency policies and procedures with understanding that the original action item should be a long term goal and is not likely achievable in the short run. See also Implementation Actions 1a and 1b. |

BLM_0044033

| | ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|---|
| 07 | Jointly implement ecosystem-based fire management programs to accomplish resource or landscape management objectives when consistent with land management plans. These programs will strive to maintain the long-term integrity of the natural resources and minimize the undesirable effects of fire; address the highest-priority needs in ecosystem assessment, monitoring, and management and determine the appropriate scope of fire use, consistent with historical fire regimes, including extent, timing, and risks and consequences; use existing tools and develop new ones to address today's more fragmented landscapes and to enhance our ability to manage wildland fires of varying size and intensity; and illustrate the management actions and their results by establishing or expanding fire management demonstration areas. | Various individual actions have been taken by some agencies to improve planning processes and coordinate some plans. In broad terms, ecosystem-based fire management programs to accomplish resource or landscape management objectives when consistent with land management plans have not been implemented. However, some examples of such planning do exist: Northwest Forest Plan, Interior Columbia Basin Management Plan, and Sierra Framework. | Continue to implement as part of normal agency policies and procedures with understanding that the original action item should be a long term goal and is not likely achievable in the short run. See also Implementation Actions 1a and 1b. |
| 08 | Conduct a collaborative fire research program to improve the predictive understanding of wildland fire and its relationship to ecosystem dynamics and to strengthen the technological capabilities and organizational framework necessary to sustain the role of fire in natural ecosystems. | The JFSP addresses the fuels management aspects of this action item. The recently expansion of the JFSP will allow additional issues to be addressed. | See Implementation Action 5a. |

BLM_0044034

| ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|
| 09 Establish an interdisciplinary team that includes all agencies, regulators, and other partners to design a consistent fire- role and fire-use message for decision makers and the public. This message will describe and clearly explain issues such as ecosystem condition, risks, consequences (including public health impacts), and costs in open dialogue with internal and external constituents and be designed to maximize open communications and reduce polarization among conflicting interests regarding the use of fire. | Under the leadership of the National Wildfire Coordination Group a joint message was developed. This message has not been incorporated into agency policies and activities. | Implementation is an ongoing process. See also Implementation Action 8. |
| 10 Build on existing interagency efforts to develop and implement a strategic plan that educates the general public and agency personnel about the role of fire. As part of this effort, agencies will develop and widely transmit a clear message about the important role of fire as a natural process and the risks and consequences of its use and exclusion; integrate this message into existing agency communication systems, agency and partner initiatives (such as forest health, ecosystem management, etc.), and all external outreach efforts, including television, magazines, newspapers, and public meetings; encourage, create, and coordinate partnerships to achieve consistency in messages, build public trust, and obtain public opinion; and develop mandatory national and regional interagency training programs to instill in all employees an understanding of the role of fire in natural systems. | Various agencies have taken actions to provide information internally and externally regarding the role of fire. However, no interagency strategic plan has been developed. | Implementation is an ongoing process. See also Implementation Action 8. |

BLM_0044035

| ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|

### USE OF WILDLAND FIRE

| | | | |
|---|---|---|---|
| 11 | Jointly develop programs to plan, fund, and implement an expanded program of prescribed fire in fire-dependent ecosystems. | Various joint planning and operational activities have taken place. | Continue to plan, fund, and implement interagency prescribed fire activities. |
| 12 | Facilitate the planning and implementation of landscape-scale prescribed burns across agency boundaries. Seek opportunities to enter into partnerships with tribal, State and private land managers to achieve this objective where appropriate. | Various joint planning and operational activities have taken place. | Agencies should continue to place a priority on cross boundary and landscape scale prescribed fire projects. |
| 13 | Require appropriate treatment of fuel hazards created by resource-management and land-use activities. | Required by each agency's policies. | Implementation is an ongoing process. |
| 14 | Conduct all prescribed fire projects consistent with land and resource management plans, public health considerations, and approved prescribed burn plans. | Required by each agency's policies. | Implementation is an ongoing process. |
| 15 | Implement the National Wildfire Coordinating Group (NWCG) interagency prescribed fire qualification and certification standards. | Standards have been established and are being utilized. | Implementation is an ongoing process. |
| 16 | Train and maintain a qualified and adequate work force to plan and implement interagency prescribed fire projects safely and effectively, and make these personnel available when needed. | NWCG training and qualification standards are in place to support the training. | Implementation is an ongoing process. See also Implementation Action 6b. |

BLM_0044036

| ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|
| 17 Jointly develop simple, consistent hiring and contracting procedures for prescribed fire activities. | The Department of the Interior has approved the use of Administratively Determined hiring authority to conduct hazard reduction prescribed fire operations. | Implementation is an ongoing process. USDA Forest Service needs to develop simple, consistent hiring and contracting procedures for prescribed fire activities. Procedures should be consistent and applicable across agencies. |
| 18 Conduct research and development on fuel treatment alternatives and techniques. | The JFSP specifically addresses this issue. | Continue to implement the JFSP and through Implementation Action 5a. |
| 19 Seek authority to eliminate internal barriers to the transfer and use of funds for prescribed fire on non-federal lands and among federal agencies. | Report language in the 1998 appropriations bill reduces barriers to use of funds for prescribed fire among federal agencies by eliminating cross billing for personnel costs.  Non-federal partnerships can be developed to do prescribed burning through some type of an agreement but there has to be benefit to the federal bureau to justify spending on private lands. Language in the 2001 appropriations bill allows use of funds for fuels treatments on non-federal lands. | Agencies must continue to remove internal administrative barriers related to "types" of fire. Agency procedures should be based on appropriate response to fire, not source of ignition or location. |

BLM_0044037

| | ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|---|
| 20 | Seek authority or provide administrative direction to eliminate barriers to carrying over from one year to the next all funds designated for prescribed fire. | The House Report on the 1998 appropriations bill eliminates the problem of carryover of prescribed fire funding by providing funding authority identical to that for wildland fire suppression. Up front allocation or budgeting for prescribed fire is no longer necessary. | No further action required. |
| 21 | Work with the Office of Personnel Management to acquire authority for hazard pay to compensate employees exposed to hazards while engaged in prescribed burning activities. | The Interior and Forest Service fire program managers do not support hazard duty pay for prescribed fire operations. | Drop this as an Action Item. However, to the greatest extent feasible, ensure that employees engaged in fire management activities are treated comparably, regardless of source or location of ignition. Address as a pay administration issue based on type of work employees perform. |
| 22 | Clarify that prescribed fire positions qualify for primary coverage under special firefighter retirement, and issue appropriate guidance to field offices. | Firefighter and law enforcement retirement specialists within the bureaus concurred that prescribed fire positions and work qualified for primary coverage under special retirement coverage for fire. Bureaus have issued memorandums to this effect. | Implementation is an ongoing process. In particular, ensure that employees engaged in fuels management work are treated comparably. |

BLM_0044038

| ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|
| 23 Jointly develop an assessment process for determining the probability of success and/or failure associated with the use of prescribed fire and evaluating potential positive and negative consequences. As a part of this process, the effects of not conducting the project will also be evaluated. | An adequate assessment process has not been developed. | Bureaus need to continue to develop and refine assessment processes. These processes should be developed consistently so that joint reviews are possible and so that results are comparable across agency lines. Give emphasis to identifying consequences of failure. See also Implementation Actions 9a and 10. |
| 24 Jointly develop tools to identify, assess, and mitigate risks from prescribed fires. | Adequate tools to identify, assess, and mitigate risks from prescribed fires have not been developed. | Bureaus need to continue develop tools to identify, assess, and mitigate risks from prescribed fires. These tools should be developed consistently so that joint reviews are possible and so that results are comparable across agency lines. Give emphasis to identifying consequences of failure. See also Implementation Actions 9a and 10. |
| 25 Create an organizational climate that supports employees who implement a properly planned prescribed fire program. | Agencies have developed awards and other recognition programs for the prescribed fire program. Some agencies have taken specific efforts to ensure that roles and responsibilities are clear. | Implementation is an ongoing process. |

BLM_0044039

| | Action Item from 1995 Report | Status | Recommended Disposition |
|---|---|---|---|
| 26 | Reevaluate prescribed burn planning and execution requirements to ensure adequacy of direction without unnecessary constraint. | Department of the Interior Manual, DOI Bureau manuals and USDA Forest Service manuals have been updated to eliminate unnecessary constraints. Work continues with EPA and states to reduce constraints where appropriate. Manuals and handbook guidance will be continually evaluated to eliminate constraints. | Implementation is an ongoing process. |
| 26a | The Secretaries of the Interior and Agriculture will seek legislation providing for prompt reimbursement to private landowners for damages resulting from escaped prescribed fires originating on federal lands. | Upon further review, amending the Tort Claims Act for this purpose is not of significance for the implementation of the prescribed fire program. | Drop this as an Action Item. |

## Preparedness and Suppression

| | | | |
|---|---|---|---|
| 27 | Establish fire management qualifications based on program complexity, and staff existing and future agency administrator and fire management vacancies with individuals who meet these qualifications and who are committed to accomplishing the total fire management program. | The Interagency Fire Program Management Qualification Standards and Guidelines as been approved by the FFALC and has been sent to the Departments of the Interior and Agriculture for transmittal to the Office of Personnel Management for approval. | After OPM approval agencies should implement as part of normal agency activities. |

BLM_0044040

| | ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|---|
| 28 | Develop appropriate tools (training, handbooks, job performance guidelines, planning documents) necessary to assist administrators and fire management personnel to develop and manage a safe and effective fire management program. | Interagency tools such as Behave, FARSITE, the Implementation of Fire Policy handbook, the Interagency Fire Program Management Qualifications Standards Guidelines, Prescribed Fire Planning and Implementation, and Fire Effects Monitoring have been developed are in use by all agencies. | Implementation is an ongoing process. |
| 29 | Through training, job details, or other methods, increase experience and fire qualifications of Agency Administrators and fire management personnel. | Agencies are implementing this recommendation through a variety of training actions. Some agencies have mandated particular courses for agency administrators. | Continue to implement as part of normal agency policies and procedures to ensure that all Agency Administrators and fire management personnel are appropriately qualified as quickly as possible. |
| 30 | Enforce a system of accountability to manage a safe and efficient fire management program based on standard job performance requirements. These requirements should include items specifically related to safety and will recognize and reward success and provide disciplinary action for failure. | Agencies are implementing this recommendation on an individual basis. Standard job performance requirements are developed but not yet implemented throughout all agencies. | Implementation is an ongoing process. |

BLM_0044041

| | ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|---|
| 31 | Establish partnerships with contractors; cooperators, such as rural and volunteer fire departments; and others, which encourage and assist them to adopt and implement federal standards for training, qualifications, firefighting equipment, personal protective equipment, etc. | A number of national and local efforts are underway in each agency to improve training, assistance, and other means of working with cooperators. The September 2000 Report to the President and the subsequent 2001 appropriations bill includes additional funding to support improved cooperation with state, rural, and volunteer fire organizations. | Implementation is an ongoing process. |
| 32 | Define values to be protected, working in cooperation with State, local, and tribal governments, permittees, and public users. Criteria will include environmental, commodity, social, economic, political, public health, and other values. | The agencies developed and adopted a Wildland Fire Situation Analysis (WFSA) to address values to be protected and the other criteria identified in this action item. This document is used by all agencies on incidents that escape initial attack and require a greater commitment of firefighting resources. | Implementation is an ongoing process. Agencies should ensure that the WFSA process appropriately defines values to be protected and is a useful tool for incident commanders. |
| 33 | Develop long-range interagency wildland fire management objectives, based on values to be protected, across geographic and agency boundaries. | Implementation of this action item is carried out at the local level as an ongoing, long-term effort during fire management planning. Guidance is contained in bureau manuals. Implementation across agency and geographic boundaries has been limited. | Continue to implement as part of normal agency policies and procedures with emphasis on developing objectives across geographic and agency boundaries. |

BLM_0044042

| ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
| --- | --- | --- |
| 34 Develop interagency preparedness planning based on established interagency wildland fire management objectives. | A national preparedness plan is incorporated in the National Interagency Mobilization Guide, which is adopted on an interagency basis annually. Annual preparedness plans are developed and included in each Geographic Area's Mobilization Guide. | Continue to implement as part of normal agency policies and procedures with emphasis on the local, unit level. Continued work on cross agency fire management planning at the local, unit level is required. |
| 35 Develop interagency strategies to implement preparedness plans. These strategies must consider both initial attack and extended attack capability and should include the full range of available cooperator and contractor resources. | Preparedness plans are implemented at the geographic and local levels. | Continue to implement as part of normal agency policies and procedures with emphasis on developing objectives across geographic and agency boundaries. |
| 36 Develop consistent language to be included in budget appropriations, enabling the full spectrum of fire management actions on wildland fires. | The Department of the Interior and the USDA Forest Service have worked together to develop consistent language for wildland fire appropriations. | Implementation is an ongoing process. All agencies should continue to develop consistent budget requests and implement consistently at the national and field level. As new agencies, such as DOD and DOE, join the interagency program, their budgets should be consistent with those of DOI and USDA. |
| 37 Work together and with other affected cooperators, groups, and individuals to develop and implement fire prevention plans to prevent unauthorized ignition of wildland fire. | All agencies have developed and implemented various fire prevention plans, in conjunction with cooperators, partners, and other groups. | Implementation is an ongoing process. |

BLM_0044043

| | ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|---|
| 38 | Provide first for firefighter and public safety. Once people are committed to an incident, those resources become the highest value to be protected and receive the highest management considerations. | All agencies have implemented strong programs to emphasize that public and firefighter safety is the primary objectives on a wildland fire incident. | Implementation is an ongoing process. This message needs continual re-enforcement and emphasis. |
| 39 | Protect property and natural and cultural resources secondary to firefighter and public safety. | Changes have been made in the National Mobilization Guide and in bureau policy statements. Training materials have been revised and developed. | Implementation is an ongoing process. See also the new policy statement on Protection Priorities (changed from 1995). |
| 40 | Base the second protection priority on the relative values of property and natural and cultural resources when firefighting personnel and equipment are limited. | Changes have been made in the National Mobilization Guide and in bureau policy statements. Training materials have been revised and developed. | Implementation is an ongoing process. See also the new policy statement on Protection Priorities (changed from 1995). |
| 41 | Use standard criteria to assess overall suppression and support requirements. | Interagency standards and criteria have been developed and are in use by all agencies. | Implementation is an ongoing process. |
| 42 | Examine and identify, on an interagency basis, employee availability at each organizational level, based on fire qualifications and other necessary skills to provide needed suppression and support. This will include planning for both initial attack and extended attack at the local level. | Some agencies have conducted some workload analyses. However, there has been no interagency effort. | Implement as part of Implementation Action 6a. |

BLM_0044044

| | ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|---|
| 43 | Develop and utilize, to the maximum extent possible, the concept of closest initial attack forces and interagency staffing for wildland fire suppression and support, optimizing the use of the federal and non-federal work force. Qualified contractors are a component to be considered in suppression and support planning. | Resource coordination is carried out through the Geographic Areas and at local levels through dispatch organizations. Local MOU's for sharing resources, including state and local government, continue to be developed. | Implementation is an ongoing process. |
| 44 | Use an analysis and decision making process that considers, on an interagency basis, existing and potential fire severity; suppression resource commitment and availability; prescribed fire activity; environmental, social, and political concerns; and other pertinent factors. | The interagency Wildland Fire Situation Analysis (WFSA) is used on incidents that escape initial attack and require a greater commitment of firefighting resources. The interagency Allocation of Resources protocols are used to address multiple incidents and complex situations. | Implementation is an ongoing process. |
| 45 | Develop interagency severity plans to provide increased fire suppression capability in emergency situations, including accessing additional resources, pre-positioning resources, and training emergency firefighters. | Local units and interagency partners coordinate resources as dictated by the severity of local conditions. National Preparedness Levels dictate the need for national-level contingencies. | Implementation is an ongoing process. Ensure that severity requests are handled on an interagency basis. |
| 46 | Develop a standard interagency planning, budgeting, and staffing process. | Fire management planning and budgeting systems used by the agencies utilize similar terms, common goals, values and assumptions to gain similar results within the planning and budgeting process. A single, standard system is not feasible due to the difference in missions of bureaus, but outcomes from the process can be compared. | Implementation is an ongoing process. |

BLM_0044045

| Action Item from 1995 Report | Status | Recommended Disposition |
|---|---|---|

## Wildland Urban Interface Protection

| | | |
|---|---|---|
| 47 | Adopt an operational role in the Wildland Urban Interface that includes wildland firefighting, hazard fuels reduction, cooperative prevention and education, and technical assistance. | Bureau manual updates contain language defining the operational role in Wildland Urban Interface areas. In some areas significant progress has been achieved with implementing the federal operational role. | Implementation is an ongoing process. In particular, Sub-Geographic Areas and local units, as appropriate, should work actively with partners and cooperators. See also Implementation Actions 3a and 3b. |
| 48 | Identify and fund, on a cost-share basis, high-priority fuels management activities on federal lands adjacent to Wildland Urban Interface areas identified through a fire protection assessment process that considers relative values to be protected. These activities may involve adjacent non-federal lands. | Additional funding for fuels management activities has been included in Department of the Interior and the USDA Forest Service wildland fire management budgets since 1995. The 2001 appropriations bill includes both substantial new funding for fuels management activities and direction to identify high-priority areas. | Continue to implement fuels management activities, especially the program proposed in the September 2000 Report to the President and the subsequent Fiscal Year 2001 appropriations. |
| 49 | Lead by example in utilizing fire-safe standards at federal facilities. | All agencies adhere to local building codes, but fire-safe standards have not been considered in the design of their facilities. | Agencies must follow fire safe standards at all new and existing facilities. |
| 50 | Ensure that all Wildland Urban Interface areas are covered by Fire Protection Agreements; renegotiate existing agreements as needed to reflect a federal responsibility that is compatible with federal policy and to ensure that State and local responsibilities are apportioned appropriately. Agreements will address all partners in these areas. | Agencies have developed and updated fire protection agreements in many areas. | Implementation is an ongoing process. Develop agreements where none exist. Note that role of federal agencies is limited to entering into agreements with non-federal entities. Establishment of Fire Protection Agreements and organizations among non-federal entities is a non-federal responsibility. |

BLM_0044046

| | ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|---|
| 51 | Incorporate Wildland Urban Interface considerations into agreements, operating plans, land management plans, and agency Fire Management Plans. | Agencies are incorporating Wildland Urban Interface considerations into agreements, operating plans, land management plans, and agency Fire Management Plans. | Implementation is an ongoing process. |
| 52 | Charge the National Wildfire Coordinating Group with identifying and establishing a data-collection mechanism, in coordination with tribal, State, and local governments, insurance industry, National Fire Protection Association, and others, to better assess the nature and scope of the Wildland Urban Interface fire problem. | No national level data collection mechanism, or strategic effort for such, has been developed. | Implement, as appropriate, as part of Implementation Action 5b. |
| 52a | Charge the National Wildfire Coordinating Group with identifying specialized skills and training that are needed by both wildland and structural fire agencies in the interface and incorporating those requirements into the Wildland Fire Qualification System to provide for safe and efficient operations in the Wildland Urban Interface. | Agencies use NWCG approved training including the Fire Operation in the Urban Interface (S-205) course to meet this need. Additional planning and operations course work is being developed as a tiered approach with the S-205 course. | Implementation is an ongoing process. Adopt tiered courses as they become available. |
| 52b | Charge the National Wildfire Coordinating Group with developing operational curricula, in cooperation with the National Fire Academy, for protection in the Wildland Urban Interface. | One course developed and in use; additional course and a workbook still under development (expected in 2001) | Implementation is an ongoing process. |

BLM_0044047

| | ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|---|
| 52c | Charge the National Wildfire Coordinating Group with implementing training through interagency systems and joint training activities and augmenting fire training not available at the State and local levels. *Staffed to NWCG TWT for implementation monitoring.* | Federal fire management training courses are available to personnel from non-federal agencies. WUI issues also incorporated into standard NWCG curriculum. | Implementation is an ongoing process. |
| 52d | Charge the National Wildfire Coordinating Group with identifying and implementing equipment standards for Wildland Urban Interface operation. | Completed | No further action required beyond normal updating of standards as appropriate. |
| 53 | Increase emphasis on cost-share program assistance in the Wildland Urban Interface through the USDA Forest Service State and Private Cooperative Fire Program, including training and equipping of State and local agencies. Assess and revise, as needed, other mechanisms to ensure funding is directed to agencies with Wildland Urban Interface responsibilities. | The USDA Forest Service, in cooperation with the National Association of State Foresters and National Volunteer Fire Council, is implementing this action item through the Federal Excess Personal Property, Rural Community Fire Protection, and Rural Fire Prevention and Control programs. Over a half million dollars in grants were provided to the states to assist with Wildland Urban Interface projects in 1999. This included providing equipment and training to local fire agencies. More grants are planned in future years. | Implementation is an ongoing process. Additional funding and expanded programs for USDA Forest Service and DOI in the Fiscal Year 2001 appropriations will enhance implementation of this action item. |

BLM_0044048

| | ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|---|
| 54 | Educate agency personnel on federal cost-share and grant programs, Fire Protection Agreements, and other related federal programs so the full array of assistance available to States and local agencies is understood. | The USDA Forest Service Cooperative Fire Program Coordinators in each region are sharing information on assistance available to communities and states through the use of Agency personnel. The BIA provides this information to the tribes through its respective programs. Not applicable to other agencies. | Continue to implement as part of normal agency policies and procedures, including new programs in the Department of the Interior. |
| 55 | Participate in the development and execution of a national Wildland Urban Interface fire hazard mapping scoping study in cooperation with tribal, State, and local governments and the private sector. | Combined with Action Item 83. | See Action Item 83 |
| 56 | Increase communication with Wildland Urban Interface property owners, planners, elected officials, and others through education and awareness messages about the role of fire in wildland ecosystem health, inherent risks in Wildland Urban Interface areas, available prevention and protection measures, and federal disaster assistance programs. | Agencies have ongoing activities with geographic and local prevention programs and teams. The National FIREWISE Communities program has initiated a series of national and regional workshops designed to help local officials understand the risk associated with the interface and the potential solutions. The workshops bring together all levels of program managers and decision makers. | Implementation is an ongoing process. |

BLM_0044049

| | ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|---|
| 57 | Expand programs, curricula, and distribution systems for Wildland Urban Interface educational materials in cooperation with structural protection agencies. | Various ongoing agency and interagency efforts through the NWCG Wildland Urban Interface Working Team and through such activities as the interagency, public-private FIREWISE program. | Implementation is an ongoing process. |
| 58 | Support and participate in public education efforts in cooperation with the Insurance Institute for Property Loss Reduction (IIPLR) and fire and building code organizations. | Through the FIREWISE program and other activities, the agencies have worked with insurance and fire and building code organizations. | Implementation is an ongoing process. |
| 59 | Utilize the recently rechartered National Wildland Urban Interface Fire Protection Program, which includes the Department of the Interior, Department of Agriculture, FEMA's U.S. Fire Administration, National Association of State Foresters, National Association of State Fire Marshals, and National Fire Protection Association, to focus on Wildland Urban Interface fire protection issues and actions. | The NWCG Wildland Urban Interface Working Team continues to address Wildland Urban Interface fire protection issues and actions | Implementation is an ongoing process. |
| 60 | Utilize the Western Governors' Association (WGA) as a catalyst for involving State agencies, as well as local and private stakeholders, with the objective of developing an implementation plan to achieve a uniform, integrated national approach to hazard and risk assessment and fire prevention and protection in the Wildland Urban Interface. | The National Association of State Foresters (NASF) agreed to monitor progress on various intergovernmental and non-governmental implementation activities in the WGA report. | Continue to use WGA, NASF, and other non-federal organizations to develop uniform, integrated national approaches to hazard and risk assessment and fire prevention and protection in the Wildland Urban Interface. |

BLM_0044050

| | ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|---|
| 61 | Work with the States to develop viable and comprehensive wildland fire hazard mitigation plans and performance-based partnerships. | Principal effort to implement this action item has come through the Federal Emergency Management Agency's (FEMA) pre- and post-disaster mitigation planning programs and guidance. | All agencies should continue to work with the States to develop viable and comprehensive wildland fire hazard mitigation plans. FEMA's mitigation planning programs, including the Project initiative, should continue to be a key aspect of implementing this action item. |

## COORDINATED PROGRAM MANAGEMENT

| | | | |
|---|---|---|---|
| 62 | Develop and utilize consistent fire management qualification standards and specific selection criteria for fire program managers. | The Interagency Fire Program Management Qualification Standards and Guidelines as been approved by the FFALC and has been sent to the Departments of the Interior and Agriculture for transmittal to the Office of Personnel Management for approval. | Departments of the Interior and Agriculture concur with the Interagency Fire Program Management Qualification Standards and Guidelines and seek OPM approval. After approval agencies implement as part of normal agency activities. |
| 63 | Establish job performance standards for Agency Administrators and fire managers that clearly reflect the complexity and scope of fire management responsibilities. | Agency performance appraisal systems generally do not allow specific fire management job performance elements. The Bureau of Land Management has identified performance standards in its fire management operations guide, but there remains no means of assessing consequences of poor performance. | All agencies should identify fire management job performance standards (consistent across agencies). Agencies must determine how to link these performance standards with performance appraisal. |

| | ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|---|
| 64 | Provide consistent and adequate training for Agency Administrators commensurate with their roles and responsibilities in fire management. | The Fire Management Leadership course at the National Advanced Resource Technology Center (NARTC) provides training for unit level managers and similar Agency Administrators. Similar training for other Agency Administrators is often not available. | All Geographic Areas need to regularly offer the Fire Management Leadership course for Agency Administrators in their Geographic Areas. |
| 65 | Ensure that Agency Administrators and fire program managers are held accountable for conducting the fire program in accordance with established policies, procedures, standards, and direction. | Each agency conducts regular readiness and program reviews within its overall organization. These reviews provide the information necessary to hold Agency Administrators and fire program managers accountable. | Continue to conduct regular reviews of programs and implementation at various organizational levels. Agency leaders must hold Agency Administrators and fire program managers accountable for the results of those reviews. |
| 66 | Ensure that trained and certified employees participate in the wildland fire program as the situation demands; employees with operational, administrative, or other skills support the wildland fire program as needed; and administrators are responsible, accountable, and make employees available. | In general agencies are experiencing difficulties with widespread training, certification, and availability of employees. This action item has not been successfully implemented. | Implementation is an ongoing process. Agencies should place an emphasis on training employees and making them available. See also Implementation Action 6a. |
| 67 | Jointly manage fire use and suppression resources and activities to achieve accomplishment of both programs concurrently. | The interagency Allocation of Resources protocols provide the means for implementing this action item. | The Allocation of Resources protocols must be implemented nationally, at each Geographic Area, and at the sub-Geographic Area level. |

BLM_0044052

| ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|
| 68 | Jointly develop a standard methodology for measuring and reporting fire management efficiency that includes commodity, non-commodity, and social values. This methodology should specifically address, among other considerations, the costs and benefits of large-fire suppression. | Not done. | Drop as a specific action item. This issue should be addressed through ongoing interagency program management and evaluation activities. See Implementation Actions 9a and 10. |
| 69 | Develop criteria to be used in evaluating alternative fire management organizations. Some examples of criteria include: meeting land management objectives, reintroducing fire in the ecosystem, ensuring cost effectiveness, effectively dealing with wildland urban interface fire protection, and using partnerships and cooperative relationships. | See #70 | See #70 |
| 70 | Use these criteria to analyze, with cooperators, a broad range of organizational alternatives on a national, regional, and local basis. Examples of alternatives include a single federal fire organization; contracts with States, private sector, tribal governments, military, or combinations thereof; and status quo. | Each agency conducts ongoing reviews of its fire management organizations. The USDA Forest Service sponsored a detailed analysis of options for its organization. No broad scale interagency analyses or reviews have taken place. Recently an interagency effort has begun to look at alternative approaches for large fire organizations. | Address issues of organizational structure and coordination through individual agency reviews and evaluations and through Implementation Actions 6a & 6b. |

BLM_0044053

REVIEW AND UPDATE OF THE 1995 FEDERAL WILDLAND FIRE MANAGEMENT POLICY

| | ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|---|
| 71 | Jointly identify the legal context for reintroducing fire into wildlands and develop options for accomplishment. Options may include modifying regulations to address ecological processes where appropriate; exercising broader interpretations of policy; or resolving obstacles at regional and local levels, including those on non-federal lands. Based on this interpretation, develop standardized agreements or new agreements that permit these activities. | Not done. | This type of analysis no longer necessary for implementation of Federal Fire Policy. No further action required. |
| 72 | Clarify and differentiate between agency liability and personal liability resulting from prescribed fire, based on legal review and interpretation of tort law. | This type of information has been developed for specific presentations at various fire management courses, but has not been generally documented. | Include standard information clarifying and differentiating between agency liability and personal liability in fire management courses and other materials for employees and agency administrators. |
| 73 | Early in the process, involve public health and environmental regulators in developing the most workable application of policies and regulations. | Various efforts have taken place on a national and local level to involve public health and environmental regulators. These activities have focused on air quality issues. | Implementation is an ongoing process. Land managing agencies must continue to include all federal and non-federal regulatory agencies in development of policies, procedures, plans and other aspects of implementing Federal Fire Policy. |

BLM_0044054

| | ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|---|
| 74 | The Secretaries of the Interior and Agriculture will direct the Office of the Solicitor and the Office of the General Counsel, in coordination with the Department of Justice and other appropriate federal agencies, to conduct and publish a comprehensive legal review on Wildland Urban Interface fire protection to provide the legal foundation for federal actions. This review will address current authority under federal laws such as the Organic Act, National Forest Management Act, Robert T. Stafford Disaster Relief and Emergency Assistance Act, and the Federal Land Policy and Management Act. | Not completed. Upon further consideration this review was determined to be unnecessary to implement the wildland urban interface aspects of the Federal Fire Policy. | No further action required. |
| 75 | The Secretaries of the Interior and Agriculture will direct the Office of the Solicitor and the Office of the General Counsel, in coordination with the Department of Justice and other appropriate federal agencies, to conduct and publish a comprehensive legal review on Wildland Urban Interface fire protection to provide the legal foundation for federal actions. This review will address the subjects of tort liability, budget authorities, cooperative agreements, mitigation activities, and natural resource protection and environmental laws. | Not completed. Upon further consideration this review was determined to be unnecessary to implement the wildland urban interface aspects of the Federal Fire Policy. | No further action required. |

BLM_0044055

| ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|
| 76  The Secretaries of the Interior and Agriculture, together with the Secretary of Commerce, will assess current and projected requirements for fire weather products necessary to support total wildland fire management program needs. | The NWCG Fire Weather Working Team has attempted to assess current and projected requirements for fire weather products as part of its ongoing efforts to address fire weather issues. To date it has not completed this overall assessment. | See Implementation Action 9e. |
| 77  The Secretaries of the Interior and Agriculture, together with the Secretary of Commerce, will evaluate alternative methods, including non-federal sources, to provide weather service to the agencies' fire management programs. | The NWCG Fire Weather Working Team has attempted to develop a national strategy that would include an evaluation of alternative methods to provide weather service to the agencies' fire management programs. To date it has not completed this national strategy. | See Implementation Action 9e. |
| 78  The Secretaries of the Interior and Agriculture will seek commitment from the Secretary of Commerce to research and develop technology to provide accurate, long-range weather forecasts. | Not completed. | See Implementation Action 9e. |
| 79  Standardize fire statistics and develop an easily accessible common database. | Not completed. This is part of National Interagency Fire Statistics Information Project (NIFSIP) of NWCG. NWCG has placed a low priority on this relative to other projects. | Implement, as appropriate, as part of Implementation Action 5b. |

BLM_0044056

| ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|
| 80 Jointly identify, develop, and use tools needed for ecosystem-based fire management programs with mechanisms to integrate fire-related databases with other systems. These tools will include the collection of ecosystem-related data such as disturbance regimes, historical fire patterns, response to management actions, and others; consistent methods to track and access fire-use statistics and administrative costs; and mechanisms to transfer and exchange fire management systems information. | Some work sponsored by the JFSP addresses the issue of the collection of ecosystem-related data such as disturbance regimes and historical fire patterns. No other work on this item has occurred. | Implement, as appropriate, as part of Implementation Actions 5a and 5b. |
| 81 Cooperate with tribal, State, and local governments to establish a data-collection mechanism to better assess the nature and scope of the Wildland Urban Interface fire problem. | This has been incorporated into the work of the National Interagency Fire Statistics Information Project (NIFSIP). See Action Item 79. | Implement, as appropriate, as part of Implementation Action 5b. |
| 82 Take a lead role in the adoption of the National Fire Incident Reporting System standards for all fire agencies that operate in the Wildland Urban Interface and modify existing reports to reflect Wildland Urban Interface fire protection data. | States have been encouraged to participate in the National Incident Reporting System established by the National Fire Administration. More work needs to be done to establish a national reporting system with involvement of both states and federal agencies. However, little progress has been made in incorporating wildland urban interface data into NFRS. | Implement, as appropriate, as part of Implementation Action 5b. |

BLM_0044057

| ACTION ITEM FROM 1995 REPORT | STATUS | RECOMMENDED DISPOSITION |
|---|---|---|
| 83    Complete a national Wildland Urban Interface fire hazard scoping and mapping study in partnership with the Western Governors' Association; tribal, State, and local governments; and the private sector. | Not done.  Implementation of the September 2000 Report to the President and the programs funded in the 2001 appropriations may result in additional hazard scoping and mapping.  However, this is not expected to be performed at a national scale. | Continue to implement as part of normal agency programs and procedures. |

BLM_0044058

## APPENDIX G:  FIRE POLICY WORKING GROUP MEMBERS

Jim Douglas, **Co-Chair**, Emergency Coordinator
Office of Managing Risk and Public Safety
Department of the Interior

Tom Mills, **Co-Chair,** Director
Pacific Northwest Research Station
USDA Forest Service

Don Artley, Montana State Forester
National Association of State Foresters

Dan Ashe, Chief
National Wildlife Refuge System
U.S. Fish and Wildlife Service

Ann Bartuska, Director
Forest & Rangelands
USDA Forest Service

Dick Black, Director
Office of Nuclear and Facility Safety Policy
Department of Energy

Stan Coloff, Physical Scientist
Biological Resources Division
U.S. Geological Survey

Jose Cruz, Director
Fire and Aviation Management Staff
USDA Forest Service

Mike Edrington, Director
Regional Fire and Aviation Staff
USDA Forest Service/Bureau of Land
Management

Jack Edwardson, Deputy Director
Air Quality Strategies and Standards Division
Environmental Protection Agency

Rick Gale, Chief
Fire and Aviation
National Park Service

Larry Hamilton, Director
Office of Fire and Aviation
Bureau of Land Management

Bob Landis, Chief
Meteorological Services Division
National Weather Service

Brad Powell, Regional Forester
Pacific Southwest Region
USDA Forest Service

Steve Robinson, Assistant Administrator
U.S. Fire Administration
Federal Emergency Management Agency

Sherri W. Goodman, Deputy Under Secretary
Environmental Security
Department of Defense

Ronald J. (Rusty) Schuster, Manager
Land, Recreation & Cultural Resources Office
Bureau of Reclamation

Jim Stires, Chief
Branch of Fire Management
Bureau of Indian Affairs

Jan Van Wagtendonk, Research Forester
Western Ecological Research Center
U.S. Geological Survey

Patricia K. Stahlschmidt, Director
Infrastructure Division, Response and
Recovery Directorate
Federal Emergency Management Agency

BLM_0044059

## FIRE POLICY SUPPORTING STAFF

The following personnel supported the Fire Policy Review Working Group:

Lee Banicki
Department of Energy

Jim Bisker
Department of Energy

Peter E. Black
Department of Defense

Lorine Boardwine
Federal Emergency
Management Agency

Mike Dietrich
USDA Forest Service

Roger Erb
U.S. Fish and Wildlife Service

Gay Ernst
Bureau of Land
Management/USDA Forest
Service

Lynn Findley
Bureau of Land Management

Bob Ford
Bureau of Indian Affairs

Bob Hamre
USDA Forest Service, retired

Al Hyde
The Brookings Institution

Jennifer Jones
Bureau of Land Management,
retired

Wally Josephson
Department of the Interior

Robert Kuhn
USDA Forest Service

Bill Leenhouts
U.S. Fish and Wildlife Service

Carol LoSapio
Beyond Words

Irene Mora
Bureau of Land Management

Jennifer Ortega
Bureau of Land Management

Robert Praytor
Department of Defense

Andy Ringgold
National Park Service

Edwin J. Singleton
Bureau of Land Management

Janelle Smith
Bureau of Land Management

Peg Sorensen
Bureau of Land Management

Charlene E. Spells
U.S. Environmental
Protection Agency

Sarah Spurrier
Bureau of Land
Management

Paul Stokols
National Weather Service

Jim Stumpf
Bureau of Land
Management, retired

Joe Stutler
USDA Forest Service

Jay Thietten
Bureau of Land
Management

Lindon Wiebe
USDA Forest Service

Glenda Womack
USDA Forest Service

Dan Wood
USDA Forest Service

Kenneth R. Woodard
U.S. Environment
Protection Agency

BLM_0044060

## APPENDIX F:  Wildland Fire Flowchart

This chart depicts, in general, what action will be taken given an ignition, regardless of source.  Management actions depend on the provisions in the approved Fire Management Plan for an area.  The chart recognizes that not all agencies or areas will have such plans completed immediately.  This chart is generally applicable to most agencies' fire management programs.  However, specific exceptions may exist.  A more detailed chart and other supporting materials will be developed as part of implementation of the 2001 Federal Fire Policy.



BLM_0044061

BLM_0044062

# BIOLOGICAL SOIL CRUSTS:
## ECOLOGY AND MANAGEMENT



**Technical Reference 1730-2**
**2001**

# U.S. Department of the Interior

**Bureau of Land Management**



**U.S. Geological Survey**



BLM_0044063

This publication was jointly funded by the USDI, BLM, and USGS Forest and Rangeland Ecosystem Science Center.  Though this document was produced through an interagency effort, the following BLM numbers have been assigned for tracking and administrative purposes:

Technical Reference 1730-2

BLM/ID/ST-01/001+1730

BLM_0044064

# Biological Soil Crusts:
# Ecology and Management

## Authors:

Jayne Belnap
USDI Geological Survey
Forest and Rangeland Ecosystem Science Center
Moab, Utah

Julie Hilty Kaltenecker
Boise State University/USDI Bureau of Land
    Management
Idaho State Office, BLM
Boise, Idaho

Roger Rosentreter
USDI Bureau of Land Management
Idaho State Office
Boise, Idaho

John Williams
USDA Agricultural Research Service
Columbia Plateau Conservation Research Center
Pendleton, Oregon

Steve Leonard
USDI Bureau of Land Management
National Riparian Service Team
Prineville, Oregon

David Eldridge
Department of Land and Water Conservation
New South Wales
Australia

Illustrated by Meggan Laxalt
Edited by Pam Peterson

Produced By

United States Department of the Interior
Bureau of Land Management
Printed Materials Distribution Center
BC-650-B
P.O. Box 25047
Denver, Colorado 80225-0047

Technical Reference 1730-2
2001

BLM_0044065

# ACKNOWLEDGMENTS

We gratefully acknowledge the following individuals for their contributions to the publication of this text:

Ann DeBolt, *USDI Bureau of Land Management*

Joe Duft, retired *USDI Bureau of Land Management*

Russell Krapf, *USDI Bureau of Land Management*

Otto Lange, *Botanical Institute, University of Wuerzburg, Wuerzburg, Germany*

Penny Luehring, *USDA Forest Service*

Cal McCluskey, *USDI Bureau of Land Management*

Bruce McCune, *Oregon State University*

Mike Pellant, *USDI Bureau of Land Management*

Sue Phillips, *USDI Geological Survey*

Terry Rich, *USDI Bureau of Land Management*

Melinda Ritacco, *USDI Bureau of Land Management*

Shaney Rockefeller, *USDI Bureau of Land Management*

Larry St. Clair, *Brigham Young University*

Michelle Schmid, *USDI Geological Survey*

Marcia Wicklow-Howard, *Boise State University*

Bill Ypsilantis, *USDI Bureau of Land Management*

BLM_0044066

# TABLE OF CONTENTS

1.   **Introduction to Biological Soil Crusts** ............................................. 1
     1.1   Biological Soil Crust Components ......................................... 3
     1.2   Microstructure ........................................................................ 5
     1.3   Morphological Groups .......................................................... 6
     1.4   Differentiating Types of Biological Soil Crusts in the Field ........... 6
     1.5   What Biological Soil Crusts Are Not: Physical Soil Crusts ........... 7

2.   **Distribution and Factors Influencing Species Composition** ............. 11
     2.1   Distribution ......................................................................... 11
     2.2   Factors Influencing Distribution ....................................... 14
            2.2.1   Elevation ................................................................. 14
            2.2.2   Soils and Topography ........................................... 17
            2.2.3   Disturbance ............................................................ 19
            2.2.4   Timing of Precipitation ........................................ 21
            2.2.5   Vascular Plant Community Structure ................. 22
            2.2.6   Ecological Gradients ............................................. 22
            2.2.7   Microhabitats ......................................................... 23
     2.3   Unique Crustal Communities in North America ................ 23
            2.3.1   Gypsum ................................................................... 23
            2.3.2   Glades (Lithic and Shallow Soil Sites) ............... 24
            2.3.3   Thermal Springs .................................................... 24
            2.3.4   Playas ...................................................................... 25
            2.3.5   Alpine Sod ............................................................. 25
            2.3.6   Arctic Tundra ........................................................ 25
     2.4   Example: Biological Soil Crusts in Sagebrush Communities ........ 26

3.   **Ecological Roles** ........................................................................... 29
     3.1   Species Composition and Biomass ..................................... 29
     3.2   Carbon Fixation .................................................................. 29
     3.3   Nitrogen Fixation ................................................................ 31
     3.4   Albedo .................................................................................. 32
     3.5   Effects on Vascular Plants .................................................. 33
            3.5.1   Seed Germination .................................................. 33
            3.5.2   Plant Establishment and Cover ........................... 33
            3.5.3   Nutrient Levels in Vascular Plants ..................... 34
     3.6   Water Relations ................................................................... 35
     3.7   Soil Stabilization ................................................................ 40

BLM_0044067

**4.     Response to Natural Impacts and Human Actions** ............................................ 41
   4.1     Evolutionary History of Natural Impacts ........................................... 41
           4.1.1   Grazing Characteristics ........................................................ 41
           4.1.2   Fire ........................................................................................ 42
   4.2     Disturbance Effects ............................................................................. 44
           4.2.1   Disturbance Severity, Size, Frequency, and Timing ...................... 44
           4.2.2   Disturbance Effects on Species Composition ............................... 45
                   4.2.2.1   Air Pollution ........................................................ 45
                   4.2.2.2   Oil Spills, Insecticides, and Herbicides ............................. 47
                   4.2.2.3   Annual Plant Invasion ....................................................... 47
                   4.2.2.4   Fire ........................................................................................ 47
                   4.2.2.5   Mechanical Disturbance ..................................................... 49
                   4.2.2.6   Burial ..................................................................................... 50
           4.2.3   Disturbance Effects on Nutrient Inputs and Retention ................. 50
                   4.2.3.1   Carbon Fixation .................................................................. 50
                   4.2.3.2   Nitrogen Inputs .................................................................. 52
           4.2.4   Disturbance and Vascular Plants ........................................................ 54
           4.2.5   Disturbance and Surface Albedo ........................................................ 54
           4.2.6   Disturbance and Soil Hydrology ........................................................ 55
           4.2.7   Disturbance Relative to Wind and Water Erosion ......................... 55
                   4.2.7.1   Water Erosion ..................................................................... 55
                   4.2.7.2   Wind Erosion ...................................................................... 56
   4.3     Factors Influencing Natural Recovery Rates ........................................... 56
           4.3.1   Sequence of Species Appearance ....................................................... 58
           4.3.2   Soil Texture ............................................................................................ 58
           4.3.3   Climate Regimes .................................................................................... 61
           4.3.4   Disturbance Type, Frequency, Severity, and Size ........................... 61
           4.3.5   Condition of Adjoining Substrate ...................................................... 62
           4.3.6   Vascular Plant Community Structure ................................................ 62
           4.3.7   Nitrogen and Carbon Fixation ........................................................... 63
           4.3.8   Surface Albedo ....................................................................................... 63

**5.     Management Techniques to Maintain or Improve Existing Biological Soil Crusts** ........ 65
   5.1     Fire ............................................................................................................. 65
           5.1.1   Prescribed Fire ...................................................................................... 65
           5.1.2   Post-fire Management .......................................................................... 66
   5.2     Livestock Grazing .................................................................................... 67
   5.3     Recreational Use Management ............................................................... 69

**6.     Monitoring Biological Soil Crusts** .......................................................................... 71
   6.1     Monitoring Methods ............................................................................... 71
           6.1.1   Sampling Design and Procedures ...................................................... 73
           6.1.2   Using Morphological Groups for Monitoring ............................... 73
           6.1.3   Quadrat Methods ................................................................................... 74
           6.1.4   Line-intercept Methods ....................................................................... 75

BLM_0044068

6.1.5   Line-point Intercept Methods ....................................................... 81
6.1.6   The Issues of Scale ...................................................................... 81
6.1.7   Voucher Specimens ..................................................................... 81
6.1.8   Statistical Considerations ............................................................ 82
6.2   Other Monitoring Methods ..................................................................... 83
6.3   Impacts of Monitoring ............................................................................ 83

7.   **Internet Resources for Biological Soil Crusts** .................................................... 85

**Glossary** ............................................................................................................... 87

**References** ........................................................................................................... 89

List of Figures
Figure 1.1   Biological soil crusts of the Colorado Plateau .................................... 1
Figure 1.2   *Microcoleus vaginatus*, one of the predominant cyanobacteria comprising biological soil crusts ....................................................... 4
Figure 1.3   Physical soil crusts ........................................................................ 10
Figure 2.1   Arid and semi-arid ecoregions of western North America .............. 12
Figure 2.2   Biological soil crusts of the Great Basin and Sonoran deserts ......... 13
Figure 2.3   Biological soil crust forms based on temperature characteristics of the environment ........................................................................... 15
Figure 2.4   General ecological relationships for biological soil crusts ............... 18
Figure 2.5   Soil stability relative to texture and moisture status ....................... 20
Figure 2.6   Gelatinous and other nitrogen-fixing lichens by relative soil temperature and calcareous influence ............................................ 23
Figure 3.1   Disturbance plots on the Colorado Plateau showing the difference in soil surface color between undisturbed (dark) and disturbed (light) plots .................................................................................. 32
Figure 3.2   Sandberg bluegrass (*Poa secunda*) growing in well-developed biological soil crusts in the northern Great Basin ......................... 33
Figure 3.3   Soil-water relationships with biological soil crusts .......................... 36
Figure 3.4   Biological soil crust and soil characteristics that influence infiltration ..................................................................................... 39
Figure 3.5   The sheath of *Microcoleus vaginatus* contains sticky polysaccharides that entrap soil particles and bind them together ........................... 40
Figure 4.1   Comparison of community structure in ecosystems that evolved with (midwestern prairie) and without (desert grassland) large herds of grazing mammals ............................................................. 41
Figure 4.2   Natural and altered fire cycles in sagebrush communities of the Great Basin ................................................................................... 43
Figure 4.3   Successional sequence for biological soil crusts ............................... 46
Figure 4.4   Changes in the vascular plant community structure due to cheatgrass invasion ....................................................................... 48

iii

Biological Soil Crusts:
Ecology & Management

BLM_0044069

Figure 4.5 Susceptibility of biological crusts to mechanical disturbance based on dominant morphological group ................................................ 49

Figure 4.6 Resistance of sandy loam soils to wind erosion following disturbance to a well-developed biological soil crust in four time classes ....... 57

Figure 4.7 Resistance of soil surfaces to wind erosion ..................................... 57

Figure 4.8 Generalized recovery sequence for biological soil crusts ................ 59

Figure 4.9 Biological soil crust vulnerability and recoverability based on site stability, effective precipitation, and disturbance regime ................ 60

Figure 5.1 Soil surface disturbance associated with post-fire revegetation projects ......................................................................................... 66

Figure 5.2 Biological crust development in a successful seeding in the northern Great Basin and lack of development in an exotic annual grass community ............................................................................. 67

Figure 5.3 Native grazers in the western U.S., such as pronghorn antelope and mule deer, tend to use higher, more productive sites during summer and move to lower elevation sites for winter forage ........... 68

Figure 5.4 Vehicular disturbance to biological soil crusts ................................ 69

Figure 6.1 Quadrat frame used for point-cover estimation ............................. 75

Figure 6.2 Data form for point-intercept using a quadrat method and example of data collection ................................................................ 76

Figure 6.3 Use of line-intercept for measuring biological crust cover along with other community attributes (vascular plant cover, litter, bare mineral soil, rock) ........................................................................ 78

Figure 6.4 Line-intercept data form and example of data collection ............... 79

## List of Tables

Table 1.1 Morphological groups for biological soil crust components with examples of common taxa or groups ................................................. 8

Table 2.1 Soil crust lichens endemic to North America with both wide and limited distributions ......................................................................... 14

Table 2.2 Soil, climatic, and vegetative characteristics for low and mid elevations in temperate North American arid and semi-arid ecoregions ..................................................................................... 16

Table 2.3 Dominant biological soil crust components and forms in North American arid and semi-arid ecoregions .......................................... 17

Table 2.4 Soil crust lichens that are calcium carbonate indicators ................. 21

Table 2.5 Relative cover of biological soil crusts in sagebrush (*Artemisia*) vegetation types ............................................................................. 27

Table 3.1 Common nitrogen-fixing lichens and cyanobacteria in cool and hot deserts of the western U.S. ....................................................... 30

Table 4.1 Percent frequency of biological soil crust organisms on loamy and sandy soils inside and outside the exclosure at Koonamore Vegetation Reserve, South Australia, in May 1972 ......................... 51

BLM_0044070

Table 4.2     Reduction of nitrogenase activity for new and older disturbances
              on silty soils of the Dugway Proving Ground, Utah ...................... 52
Table 4.3     Characteristics of early colonizing lichens ..................................... 61
Table 6.1     Attributes of biological crust monitoring strategies......................... 72
Table 6.2     Classification of results from the slake test .................................... 84

BLM_0044071

# CHAPTER 1

NOTES

## INTRODUCTION TO BIOLOGICAL SOIL CRUSTS

In arid and semi-arid lands throughout the world, vegetation cover is often sparse or absent. Nevertheless, in open spaces between the higher plants, the soil surface is generally not bare of autotrophic life, but covered by a community of highly specialized organisms (Fig. 1.1). These communities are referred to as biological soil crusts, or cryptogamic, cryptobiotic, microbiotic, or microphytic soil crusts (Harper and Marble 1988; West 1990). Biological soil crusts are a complex mosaic of cyanobacteria, green algae, lichens, mosses, microfungi, and other bacteria. Cyanobacterial and microfungal filaments weave through the top few millimeters of soil, gluing loose particles together and forming a matrix that stabilizes and protects soil surfaces from erosive forces (Cameron 1966; Friedmann and Galun 1974; Friedmann and Ocampo-Paus 1976; Belnap and Gardner 1993). These crusts occur in all hot, cool, and cold arid and semi-arid regions. They may constitute up to 70% of the living cover in some plant communities (Belnap 1994). However, biological soil crusts have only recently been recognized as having a major influence on terrestrial ecosystems.

Globally, this consortium of soil biota has many similarities in function, structure, and composition, in spite of their unconnected



Figure 1.1   *Biological soil crusts of the Colorado Plateau (right). The roughened surface is formed by a matrix of cyanobacterial filaments that stabilizes the sandy soil. This stabilized surface provides microsites for a diverse lichen flora (left) in the interspaces between vascular plants that would otherwise be bare of autotrophic life.*

one

Biological Soil Crusts:
Ecology & Management

BLM_0044072

NOTES

and seemingly dissimilar environments. Crusts are found in an astonishing variety of habitats throughout the world: in desert and semi-desert plant communities, ranging from shrub and succulent deserts to open woodlands; in steppe formations in both the northern and southern hemispheres; in the gaps between evergreen shrubs and in forests in the Mediterranean-type climate; and on open ground or between alpine or tundra vegetation. On a small scale, biological soil crust communities are found in open types of vegetation in temperate climatic regions; for example, they are frequently present in (and often restricted to) areas of a few square meters in xerothermic local steppe formations in central Europe and in the pine barrens of the eastern United States.

In rangelands, biological soil crusts can be viewed from functional, structural, and compositional perspectives. They function as living mulch by retaining soil moisture and discouraging annual weed growth. They reduce wind and water erosion, fix atmospheric nitrogen, and contribute to soil organic matter (Eldridge and Greene 1994). Structurally, biological crusts are a rough, uneven carpet or skin of low stature (1 to 10 cm in height). Below ground, lichen and moss rhizines, fungal hyphae, and cyanobacterial filaments form a matrix that binds soil particles together (Belnap 1995). Horizontally, soil crusts occupy the nutrient-poor zones between vegetation clumps in many types of arid-land vegetation. Compositionally, biological soil crusts are diverse. In many arid and semi-arid communities there are often many more species associated with the biological soil crust at a given site than there are vascular plants (Rosentreter 1986; Ponzetti et al. 1998).

Rangeland managers in North America have historically used key indicator plants for determining the ecological trend and health of vegetation (USDA 1937; Stoddart et al. 1943). Biological soil crusts can also be used as indicators of ecological health. In addition, they act as indicators of abiotic factors, such as the presence of calcareous soils. Crustal organisms read environmental factors differently from and on separate time scales than do vascular plants (McCune and Antos 1982). Most crustal organisms are biologically active during the cool seasons when the soil surface is moist (Rosentreter 1986). In contrast, vascular plants are active in spring and summer when air temperatures are above freezing.

Unlike vascular plants, crustal organisms, particularly lichens, are not greatly influenced by short-term climatic conditions. This makes them ideal indicators of long-term environmental factors. Therefore, each community component can provide information that may complement, explain, or indicate something about a site's characteristics and disturbance history for rangeland management and evaluation. Just as plants increase or decrease with livestock grazing, many biological soil crust components are good indicators of physical

BLM_0044073

disturbance, such as by livestock, human foot traffic, or motorized vehicles (Belnap 1995).

Land managers have been slow to use biological soil crusts in rangeland evaluations. Descriptions of vegetation or "habitat types" used by public land management agencies sometimes include biological soil crusts (e.g., Daubenmire 1970; Hironaka et al. 1983) but rarely present them as a dominant factor even when they are prevalent. This is partly because of perceived difficulties with identification (see Chapter 6). The problem of identification is exacerbated by the small size of these organisms, which often lack reproductive structures due to the harsh environments where they grow. However, identification problems can be substantially reduced by grouping organisms by function or general morphological characteristics (see sections 1.3 and 6.1.2).

## 1.1    Biological Soil Crust Components

Biological soil crusts are usually composed of multiple, unrelated organisms that occur together on the soil surface. The various types of organisms that comprise the crust share some interesting physiological traits. They are all capable of drying out and temporarily suspending respiration without negative effects, unlike vascular plants that either die or must regrow new tissue. These types of organisms are referred to as "poikilohydric." Most of them equilibrate their water content with the atmospheric humidity or soil surface moisture content. Poikilohydric organisms generally become photosynthetically active very quickly, producing carbohydrates or sugars minutes after wetting. However, most species still require high levels of hydration for optimal physiological functioning. The moisture content threshold for activity is species specific and helps determine the distribution of the various taxa that make up the biological crust. Many of these organisms perform under a variety of light intensities and prefer to dry out rapidly. Because they lack a waxy epidermis, crustal organisms also tend to leak nutrients into the surrounding soil upon wetting and drying.

Biological soil crusts have both macro- and microscopic components. Components that comprise these crusts are common in desert soils throughout the world. They will be discussed throughout this document in the context of their roles when they combine with other organisms as part of a biological soil crust. The term "total soil crust" will be used to refer to the combination of organisms. When visible cover (i.e., moss and/or lichen cover) alone is being discussed (thus excluding cyanobacteria), this will be specifically stated.

*Bacteria* are a diverse group of primitive, single-celled organisms. Bacteria can be either autotrophic (i.e., they synthesize

BLM_0044074

NOTES

carbon compounds from inorganic sources) or heterotrophic (i.e., they utilize carbon-containing substrates, such as organic matter in soil, for food). Some bacteria contribute to soil fertility by fixing nitrogen. Others are important in decomposition.

*Microfungi* occur either as free-living organisms or in mycorrhizal associations with plant roots. Free-living microfungi function as decomposers. They also contribute substantially to the living biomass in soils. Fungal filaments (hyphae) bind soil particles together, increasing soil water-holding capacity.

*Cyanobacteria ("blue-green algae")* are primitive filamentous or single-celled bacteria that can photosynthesize and, under anaerobic conditions, fix atmospheric nitrogen into a form that is available to higher plants ($NH_4^+$). Cyanobacteria can be heterocystic (i.e., they have special cells where nitrogen fixation takes place), or non-heterocystic (i.e., they lack these specialized cells). One of the most common cyanobacteria worldwide is the non-hetero-cystic, filamentous species *Microcoleus vaginatus*. *Microcoleus* can be seen with a 10x hand lens on the edge of a broken clump of soil. Under higher magnification, *Microcoleus* occurs as a cluster of filaments surrounded by a gelatinous sheath (Fig. 1.2). Single-celled cyanobacteria appear as small, blackish cells mixed with surface soil. When soils contain high amounts of cyanobacteria, they often have a slightly to highly roughened surface due to the organisms' binding of soil particles, coupled with processes like frost-heaving and erosion. For nitrogen fixation to occur in non-heterocystic cyanobacteria, the organisms need to be in an anaerobic environment, created by layering of cyanobacterial filaments just beneath the soil surface.

*Green algae* are light green to black, single-celled, photosynthetic organisms. Algae that occur on or just below the soil surface dry out in a vegetative condition and become physiologically functional when moistened. They do not rely on resting spores to regrow after dry periods, as do aquatic algae that inhabit ephemeral ponds or lakes. Therefore, they are well adapted to living and reproducing in dry desert environments. Algae are difficult to observe without a microscope (100x to 400x), but sometimes give the soil surface a green tint. Their growth period is often linked to cool, moist weather, and they may be difficult to detect when dry.



Figure 1.2   Microcoleus vaginatus, *one of the predominant cyanobacteria comprising biological soil crusts.* Microcoleus *exists as a cluster of filaments, surrounded by a gelatinous sheath (seen here with soil particles attached). The living filaments can migrate through the soil, leaving abandoned sheath material and a stabilized soil matrix behind. (2000x magnification)*



four

BLM_0044075

*Bryophytes* are tiny non-vascular plants. This group includes both mosses and liverworts. Having greenish leaves when moist, mosses are generally easy to identify. They reproduce by spore capsules that rise above the leaves. The spore capsules greatly simplify the identification of genera and species. However, in arid environments, mosses often lack reproductive structures and will reproduce asexually by simple or specialized fragmentation. Therefore, arid-land mosses are often difficult to identify in the field. Liverworts come in two general forms: thalloid or leafy. The thalloid form has a greenish-black thallus or flat, narrow ribbon of dichotomously branching material. Thalloid liverworts are adnate to the soil surface, and some can fold in half, almost disappearing from view (they look like thin black lines on the soil surface when dry). Leafy liverworts are rare in arid environments. They look like mosses but are smaller, and when dry the leaves are very black . Both types of liverworts reproduce by spores and by specialized asexual structures called "gemmae." The spores are often produced in a structure within the upper surface of the liverwort and look like a black or smutty spot on a green background. The asexual gemmae are variable in size (1 to 3 mm), but are usually green, circular structures that easily break off the parent plant when mature.

*Lichens* are fungi that capture and cultivate algae or cyanobacteria, resulting in a new morphological entity. Lichens are typically used in ecology courses to illustrate the concept of symbiosis, as the algae or cyanobacteria provide the fungus with energy in the form of carbohydrates produced by photosynthesis, while the fungus provides protection from desiccation. Lichens come in a wide variety of shapes, sizes, and colors. They generally have an outer fungal layer, which, if cut in cross section, reveals a layer of algal cells. Lichens can cover the soil surface like a layer of skin or they can be three dimensional and leaf-like in appearance. Lichens occur in a variety of colors, including green, red, brown, white, and black. Sexual reproduction is limited to the fungal partner. Reproductive structures are generally round, dark-colored sessile disks on the lichen surface. Lichens can also reproduce asexually (as the combined organism) and have several types of specialized fragmentation structures to facilitate this type of dispersal. Lichens that reproduce asexually can colonize disturbed sites much more rapidly than those species that lack this ability.

## 1.2    Microstructure

The dominant components of biological soil crusts are photosynthetic and therefore require sunlight. When soils are dry, the bulk of the cyanobacterial biomass is 0.2 to 0.5 mm below the soil surface,

NOTES

five

Biological Soil Crusts:
Ecology & Management

BLM_0044076

NOTES

where sufficient light for net carbon gain is available but UV exposure is reduced. *Microcoleus vaginatus*, which lacks UV-screening pigments, migrates to the surface for short time periods when soils are moistened and returns to subsurface zones as they dry (Fig. 1.2). Populations of *Scytonema* and *Nostoc*, cyanobacteria containing UV-screening pigments, are more commonly found directly on the soil surface.

## 1.3    Morphological Groups

Morphological groups consist of organisms that are similar in shape and general appearance. The crust morphology largely determines its ecological function relative to water infiltration, erosion, water retention, and resistance and resiliency to disturbance (Eldridge and Rosentreter 1999). Morphological groups also convey an image of a particular organism. Table 1.1 outlines the major morphological groups for biological crusts. Ecological function and management implications relative to morphological groups will be discussed in detail in later chapters.

## 1.4    Differentiating Types of Biological Soil Crusts in the Field

Biological soil crusts are usually composed of various organisms and morphological groups, unless the crust is in an early-successional stage. However, one or two morphological groups will normally dominate the crust. The following are examples of morphological groupings:

- *Cyanobacterial crusts* are dark colored or black. When moist, the organisms may be visible as black filaments on and near the soil surface.
- *Green algal crusts* are not always visible, but might appear as a green cast on the soil surface when it is moist.
- *Moss crusts* are easily observed as a furry carpet with patches of green, gold, brown, and/or black.
- *Liverworts* are difficult to detect and usually occur in a mosaic with other dominant organisms. Close examination with a hand lens will reveal tiny black ribbons that become more obvious with moistening.
- *Lichen crusts* can be identified by their diversity of shapes and colors. The lichen morphological groups form an anatomical gradient from a low, simple morphology to taller and three-dimensional growth forms.
  - *Crustose lichens* are flat and fused to the substrate.
  - *Gelatinous lichens* are usually black and may appear flat or three-dimensional. They become jelly-like in texture when

Biological Soil Crusts:
Ecology & Management

BLM_0044077

moistened and will swell to several times their size when wet. This is an important group to identify from a functional perspective because they have cyanobacteria as their phytobiont and therefore fix atmospheric nitrogen.

- *Squamulose lichens* occur as small individual flakes or scales that often grow in colonies or clusters.
- *Foliose lichens* are leaf-like and loosely appressed to the substrate. In dry habitats, foliose lichens inhabit the relatively moist microsites under plant canopies and on north aspects.
- *Fruticose lichens* are three dimensional and are often upright, branched, or thread-like.

## 1.5    What Biological Soil Crusts are Not: Physical Soil Crusts

Non-biotic soil surface crusts are a major structural feature in many arid regions. Their properties and manner of formation have been studied for many years, primarily because of their detrimental effects on agricultural crops. These crusts are transient soil-surface layers (ranging in thickness from less than 1 mm to a few cm) that are structurally different from the material immediately beneath them. Physical crusts reduce water infiltration and can prevent the emergence of vascular plant seedlings (Fig. 1.3).

The most important process in the formation of non-biotic crusts is generally raindrop impact, which breaks up soil aggregates on unprotected surfaces. Smaller particles wash into spaces between larger particles, clogging soil pores and reducing infiltration rates by as much as 90%. This can occur within the first few minutes of a rainstorm. As drying takes place, surface tension pulls soil components together, forming a dense, strong layer. Thackett and Pearson (1965) showed that physical crusts formed under simulated rainfall had a dense surface layer 1 to 3 mm thick, coated with a thin layer of well-oriented clay. The crust was underlain by a more porous structure, and the water permeability of the underlying material was about five times that of the surface 0 to 5 mm. Rain-formed crusts are thicker when the raindrops are larger because these larger drops have more energy and "blast" deeper holes, destroying the original structure to a greater depth. In general, rain-formed crusts are less than 5 mm thick. This layer is often harder than the rest of the soil because compounds such as salts, lime, and silica are deposited at the surface as water evaporates. Because large pores are absent, the crust usually has low saturated hydraulic conductivity and limits infiltration. This increases water runoff and soil erosion.

Soil aggregate structure is also destroyed by machinery or the hooves of grazing animals. Trampling moist soils destroys existing soil

BLM_0044078

Table 1.1    *Morphological groups for biological soil crust components with examples of common taxa or groups.*

| Morphological Group | Description and Representative Taxa |
|---|---|
| cyanobacteria |  colonies are black to blue-green and visible primarily when moist *(Microcoleus vaginatus)* |
| algae |  primarily occur as single-celled organisms; difficult to detect (coccoids) |

BRYOPHYTES:

| short moss |  mosses <10mm in height *(Bryum spp., Ceratodon purpureus)* |
|---|---|
| tall moss |  mosses >10mm in height *(Tortula ruralis)* |
| liverwort |  flat, narrow ribbon or green-black dichotomously branching material on the soil surface *(Riccia)* |

BLM_0044079

*Table 1.1 (continued)*

| Morphological Group | Description and Representative Taxa |
|---|---|

LICHENS:

crustose lichen



crust-like growth tightly attached to the substrate *(Lecanora muralis)*

gelatinous lichen



blackish, jelly-like when moistened *(Collema coccophorum)*

squamulose lichen



discrete flakes that are round or ear-shaped, convex or concave, and often have lobed margins *(Psora decipiens)*

foliose lichen



"leafy," tending to be flattened with definite upper and lower surfaces *(Peltigera occidentalis)*

fruticose lichen



three-dimensional, ropey or branching, without definite upper and lower surfaces *(Aspicilia hispida)*

BLM_0044080

NOTES



Figure 1.3  *Physical soil crusts. Vascular plant establishment is limited to cracks between polygons on physically crusted areas due to an impenetrable surface layer.*

aggregates by compacting them into a comparatively impermeable surface layer. These compacted surfaces have reduced infiltration rates and increased surface runoff. In this sense, they function hydrologically in a manner similar to raindrop-induced crusts.

Physical crusts may form on soil of almost any texture except coarse sandy soils containing very low silt and clay (Lemos and Lutz 1957). Soils especially susceptible to crusting are those with low organic matter and high silt, sodium, or calcium carbonate content. These characteristics are all related to soils with low structural and aggregate stability. Organic matter increases aggregate stability (through gluing of particles and moderation of forces that reduce aggregate stability), and places where plant residues are incorporated generally become planes of weakness, decreasing crust strength. Silts form strong bonds on drying, thus forming a hard crust. Silts also have low swelling and shrinking properties, so that the crust does not crack or disintegrate by itself.

Intensive grazing is often used to break up physical crusts. However, this result is short-lived, as the soil surface is resealed after the first minutes of an intense rainstorm. To effectively address a physical soil crusting problem, livestock grazing systems must promote greater soil aggregate stability (Thurow 1991). Therefore, management systems that promote soil surface protection (through plant and biological soil crust cover) and increase soil organic matter are the only lasting solution to physical soil crust reduction (Blackburn 1983).

BLM_0044081

## CHAPTER 2

DISTRIBUTION AND FACTORS INFLUENCING SPECIES
COMPOSITION

### 2.1    Distribution

Biological soil crusts in North America are diverse and are
most evident in arid and semi-arid ecoregions (Fig. 2.1, 2.2). They are
also found on shallow lithic sites and in alpine habitats throughout
the continent and in many early-successional vegetation types in
moister ecoregions. Some crustal organisms are good indicators of a
specific vegetation type or ecoregion. Others, including *Microcoleus,
Nostoc, Collema, Psora decipiens, Cladonia* spp., and *Bryum* spp. are
common to many different geographic, climatic, and vegetation
types. For instance, the same soil lichens (*Collema, Placidium, Psora*)
dominate crusts of both the Sonoran and Great Basin deserts, as well
as areas of South Africa and Australia, although vascular plant species
and climate vary greatly between these regions. While most algae,
lichens, and bryophytes are cosmopolitan, a few are endemic and may
be common on a local or regional level (Table 2.1). For example,
several of the squamulose lichens, such as *Placidium squamulosum,
Psora decipiens, Psora cerebriformis*, and *Psora tuckermanii*, have very
broad geographic ranges. Others, including *Catepyrenium congestum*
and *Psora montana*, are endemic to North America or have narrow
geographic ranges within the continent. Squamulose lichens have
more endemic species worldwide than any other lichen
morphological group.

Similarities in species composition may occur due to similar
environmental conditions during the active growth period for crustal
organisms. For example, alpine biological crusts actively grow in
summer under moisture and temperature conditions that are similar
to winter environmental conditions in the Sonoran Desert. Most
crust growth occurs during wet, cool periods. In most North
American deserts, this is generally late fall to early spring.

The appearance of biological crusts is variable. Physical
structure of biological crusts is very similar in the hot deserts of the
world, such as the Atacama, Sonoran, Chihuahuan, and Australian
deserts, while very different from the physical structure in cool and
cold deserts, such as the Colorado Plateau, Great Basin, and the
Arctic (Fig. 2.3). Pinnacled crusts are found in areas where crusts are
dominated by cyanobacteria, freezing temperatures are common, and
vascular plant roots are lacking. Winter freezing heaves the soil
upward, forming pinnacle-type microtopography. Subsequent



Figure 2.1    *Arid and semi-arid ecoregions of western North America. Areas shaded in black are cool deserts, while grey-shaded areas are hot deserts.*

Biological Soil Crusts:
Ecology & Management

BLM_0044083





Figure 2.2  *Biological soil crusts of the Great Basin (top) and Sonoran (bottom) deserts. Compare the overall appearance of these crusts with those of the Colorado Plateau (Fig. 1.1).*

BLM_0044084

Table 2.1    *Soil crust lichens endemic to North America with both wide and limited distributions. Note that there are very few endemic species.*

| Species | Distribution | Reference |
|---|---|---|
| *Aspicilia californica* | California Chaparral | Rosentreter 1998 |
| *Aspicilia filiformis* | western North America | Rosentreter 1998 |
| *Aspicilia reptans* | North America | Looman 1964 |
| *Catapyrenium congestum* | Great Basin | Bruess and McCune 1994 |
| *Psora montana* | western North America | Timdal 1986 |
| *Psora tuckermanii* | Great Basin | Timdal 1986 |
| *Texosporium sancti-jacobi* | western North America | McCune & Rosentreter 1992 |

NOTES

differential growth and erosion results in highly dissected pinnacles to 10 cm high (e.g., Colorado Plateau). Where freezing is common but soils are held in place with a heavy cover of lichens, mosses, and vascular plant roots, soil surfaces have a rolling rather than pinnacled topography (e.g., northern Great Basin). Where freezing is rare, crusts are flat when only cyanobacteria are present or rugose where lichens and/or mosses occur (e.g., the Sonoran Desert; Fig. 2.2, 2.3). In non-freezing regions, a layer of pebbles often covers cyanobacterial portions of the crust.

On the broad scale of western North America there are several different vegetation zones or ecoregions that contain biological soil crusts as major components (Fig. 2.1, Table 2.2, 2.3). The ecoregions used here are similar to those used by Bailey (1998). The most prevalent arid soils in North America are silt-loams and are more susceptible to physical disturbance than are clay-loams common to many other arid regions in the world, such as the red clay-loams of Australia.

### 2.2    Factors Influencing Distribution

#### 2.2.1    Elevation

Total crust cover is inversely related to vascular plant cover, as less plant cover results in more surface available for colonization and growth of crustal organisms (Fig. 2.4-A). Thus, when all crust types are combined (cyanobacterial, moss, lichen), cover is greatest at lower elevation inland sites (less than 1,000 m) compared to mid-elevation sites (1,000 to 2,500 m; Hansen et al. 1999; Fig. 2.4-B). However, relative lichen and moss cover increases with elevation and effective precipitation until vascular plant cover precludes their growth (Fig. 2.4-C). Crust organisms have reduced water and nutrient

BLM_0044085

Figure 2.3   *Biological soil crust forms based on temperature characteristics of the environment.*

## HOT DESERTS

**flat**



**rugose**



## COOL DESERTS

**rolling**



**pinnacled**



BLM_0044086

**Table 2.2**   *Soil, climatic, and vegetative characteristics for low and mid elevations in temperate North American arid and semi-arid ecoregions. Adapted from Bailey (*1995).

| Ecoregion (Bailey's Ecoregion Province) | Dominant Soil Order | Soil Moisture/ Temperature | Average Annual Precipitation (mm) | Moisture Season/Form | Mean Annual Temperature Range (°C) | Predominant Evolutionary Disturbance | Vegetation Type |
|---|---|---|---|---|---|---|---|
| **COOL DESERTS** | | | | | | | |
| Columbia Basin (temperate semidesert) | mollisol | xeric/mesic | 230-635 | winter/rain spring/rain | 4-14 | drought | perennial grassland |
| Great Basin (temperate semidesert and desert) | aridisol | aridic/mesic to cryic | 180-380 | winter/snow spring/rain | 4-13 | drought | sagebrush steppe |
| Colorado Plateau (temperate semidesert and desert) | alfisol | xeric/thermic | 205-510 | winter/snow spring/rain summer/rain | 4-13 | drought | shrubland woodland |
| Great Plains (temperate steppe and dry steppe) | mollisol | ustic/mesic | 485-735 | winter/snow spring/rain summer/rain | 8-15 | fire, grazing | prairie |
| **HOT DESERTS** | | | | | | | |
| Mojave Desert (tropical/subtropical desert on sand) | aridisol | aridic/hyperthermic | 100-150 | winter/rain | 13-29 | drought | shrubland |
| Chihuahuan Desert (tropical/subtropical semidesert and desert on sand) | aridisol | aridic/thermic | 205-325 | summer/rain | 10-18 | drought | shrubland |
| Sonoran Desert (tropical/subtropical desert on sand) | aridisol | aridic/thermic | 75-255 | summer/rain fall/rain | 10-24 | drought | mixed thorn scrub |
| **COASTAL CHAPARRAL** | | | | | | | |
| California Chaparral (Mediterranean dry steppe) | mollisol | xeric/thermic | 255-635 | winter/rain | 16-18 | fire | chaparral |

Table 2.3   *Dominant biological soil crust components and forms in North American arid and semi-arid ecoregions.*

| Ecoregion | Dominant Biological Crust Components | Crust Morphology |
|---|---|---|
| Columbia Basin | tall mosses, green algae | rolling |
| Great Basin | moss, lichen | rolling |
| Colorado Plateau | non-heterocystic cyanobacteria *(Microcoleus)*, nitrogen-fixing lichens *(Collema)* | pinnacled |
| Great Plains | vagrant and foliose lichens | flat to rugose or rolling |
| Mojave Desert | non-heterocystic cyanobacteria *(Microcoleus)*, nitrogen-fixing lichens *(Collema)*, squamulose lichens, short mosses | flat to pinnacled |
| Chihuahuan Desert | heterocystic cyanobacteria *(Nostoc, Schizothrix)*, short moss | flat |
| Sonoran Desert | heterocystic cyanobacteria *(Nostoc, Schizothrix)*, gelatinous (nitroen-fixing) lichens (e.g., *Collema*), squamulose lichens, short mosses | flat |
| California Chaparral | heterocystic cyanobacteria *(Nostoc, Schizothrix)*, lichens, liverworts | flat |

needs compared to vascular plants and can withstand the harsh growing conditions found in plant interspaces (Anderson et al. 1982a).

The positive relationship between biological crust cover and available soil surfaces has been amply demonstrated (Rogers 1972; Harper and Marble 1988; West 1990; Eldridge 1993b; Johansen 1993). As harsh environmental conditions limit vascular plant cover, greater cover of crusts in lower elevation sites probably occurs in spite of, not because of, these conditions.

### 2.2.2   *Soils and Topography*

Stable or embedded rocks near or at the soil surface can increase the percent crust cover by perching water and armoring the surface from physical disturbances (Fig. 2.4-D). Shallow soils often support a wide variety of cyanobacteria, lichens, and mosses, regardless of soil texture (Fig. 2.4-E).

Soil texture heavily influences the species composition of biological crust communities. The more stable, fine-textured soils (such as gypsum and silty loams) support greater cover and more varied populations of cyanobacteria, lichens, and mosses (Fig. 2.4-F)

NOTES

Biological Soil Crusts:
Ecology & Management

BLM_0044088



Figure 2.4    *General ecological relationships for biological soil crusts.*

BLM_0044089

than less stable, coarse-textured soils (Kleiner and Harper 1977b; Hansen et al. 1999). Coarse-textured soils may have only large filamentous cyanobacteria that are highly mobile (such as *Microcoleus*). However, once coarse-textured soils are sufficiently stabilized by larger cyanobacteria, other crustal organisms can then colonize, including smaller green algal and cyanobacterial taxa (such as *Scytonema* and *Nostoc*). Regardless of soil type, the first lichen to colonize is generally *Collema*, followed by *Placidium* (and *Caloplaca* in the northern Great Basin). In more unstable soils, lichens and mosses may be found only under vascular plants, where some protection from sediment burial is provided, or on north slopes, where greater moisture availability favors growth. Soil surface stability is influenced by texture (percent of sand, clay, silt), depth, and moisture content (wet, moist, dry). Sand and silt are more susceptible to surface disturbance when dry, while clay is highly stable (Fig. 2.5).

In later successional stages on stable surfaces, common lichen species include *Fulgensia bracteata*, *F. desertorum*, *Squamarina lentigera*, *Diploschistes muscorum*, and *Psora* spp. Common moss genera include *Tortula*, *Bryum*, and *Grimmia*. As soil stability increases, rich communities of cyanobacteria, lichens, and mosses become more widespread, covering all surfaces not occupied by vascular plants or rock.

Soil chemistry can also influence crust cover and composition. Calcareous and gypsiferous soils generally support high coverage of species-rich crust with some taxa being excellent indicators of soil chemistry (Table 2.4). Often physical crusts form stable surfaces that perch soil moisture, and given long periods without physical disturbance, will support both biological soil crusts and lichens or mosses normally found on rocks. Other abiotic factors that influence relative cover of microbiotic crusts are slope and aspect. Crustal organisms are only active when moist, and most active when warm. Therefore, north and east slopes generally favor crustal development in lower elevation desert regions. Slope angle does not generally affect crust cover or species richness, except where the slope or soils are unstable (Rosentreter 1986; Kaltenecker et al. 1997; Belnap and Bowker, unpublished data).

### 2.2.3   Disturbance

Intensity and type of soil surface disturbance, along with time since disturbance, influence the composition of biological crusts (see Chapter 4). The presence, absence, and abundance of early- or late-successional taxa can provide information regarding a site's disturbance history. This information, combined with data on vascular plant community composition, can assist the land manager in understanding a site's history, potential productivity, and ecological integrity.

NOTES

BLM_0044090



**Figure 2.5** *Soil stability relative to texture and moisture status. Arrows indicate increasing soil stability. No arrow indicates similar stability.*

| | | Soil Texture | | |
|---|---|---|---|---|
| | | Sand | Clay | Silt |
| **Soil Moisture Content** | Frozen | High | High | High |
| | Wet | Medium-High | Low | Medium |
| | Moist | Medium | Low | Medium |
| | Dry | Low | High | Medium-Low |

BLM_0044091

Table 2.4    *Soil crust lichens that are calcium carbonate indicators. Adapted from McCune and Rosentreter 1995.*

| Low calcium carbonate | High calcium carbonate |
|---|---|
| *Acarospora schleicheri* | *Aspicilia fruticulosa* |
| *Arthonia glebosa* | *Aspicilia hispida* |
| *Aspicilia reptans* | *Buellia elegans* |
| *Aspicilia filiforma* | *Caloplaca tominii* |
| *Cladonia borealis* | *Collema tenax* |
| *Diploschistes muscorum* | *Fulgensia* spp. |
| *Leptochidium albociliatum* | *Heppia lutosa* |
| *Megaspora verrucosa* | *Phaeorrhiza nimbosa* |
| *Ochrolechia upsaliensis* | *Psora cerebriformis* |
| *Placynthiella* spp. | *Psora decipiens* |
| *Psora nipponica* | *Psora tuckermanii* |
| *Xanthoparmelia wyomingica* | *Toninia sedifolia* |

Intense disturbance results in bare soil. Severely, newly, or frequently disturbed soils are generally dominated by large filamentous cyanobacteria (Anderson and Rushforth 1976; Johansen et al. 1981, 1984; Johansen and Rushforth 1985; Harper and Marble 1988). When disturbance is less severe, less frequent, or some time has elapsed since the disturbance, crusts are generally in some midsuccessional state, with some lichens and mosses present. Most of these species reproduce asexually, a life-history strategy that increases the probability of establishment (Rosentreter 1994). If disturbance continues, crusts will stay in early-successional stages (i.e., cyanobacteria only).

### 2.2.4    *Timing of Precipitation*

Dominance of biological crusts is highly influenced by seasonal precipitation patterns. Ecoregions that receive summer monsoons (e.g., the Sonoran Desert) tend to have a greater diversity of heterocystic cyanobacteria (such as *Lyngbya*, *Calothrix*, *Schizothrix*, and *Nostoc*) and lower lichen abundance. Lichens in these areas generally include the gelatinous genus *Collema* and squamulose genera *Placidium* and *Peltula* (Table 2.3). Large thalloid liverworts are more common in warm deserts than in the cool deserts of North America. In cool deserts, crusts are dominated by non-heterocystic cyanobacteria (such as *Microcoleus vaginatus*) and a diverse lichen flora, including *Acarospora schleicheri*, *Aspicilia* spp., *Candelariella*

NOTES

BLM_0044092

NOTES

spp., *Collema* spp., *Diploschistes muscorum*, *Endocarpon pusillum*, *Placidium* spp., and *Psora* spp. These lichens physiologically prefer cool-season moisture and are adapted to lower light intensities common during winter months. The Columbia Basin, which receives more moisture and has more winter rain than the Great Basin, has a greater abundance of mosses than lichens (Ponzetti et al. 1998).

Biological soil crusts in regions influenced by fog, such as portions of the California Chaparral, support fruticose lichens that intercept moisture from the air (*Dendrographa* and *Schizopelt*). Biological crusts in many regions are best developed in interspaces between shrubs. In contrast, fog deserts show the best crust development under shrubs, due to the moisture intercepted by plant structure or by rock surfaces.

### 2.2.5    *Vascular Plant Community Structure*

The vertical and horizontal vascular plant structure of many arid and semi-arid vegetation communities optimizes growth of biological soil crusts. In cooler regions, greater structural diversity of vascular vegetation generally results in greater compositional diversity of biological crusts. Vascular plants create windbreaks and shade, influencing how much moisture and light reach the soil surface. They also trap leaf litter, keeping the interspaces free of substantial or persistent litter cover (Rosentreter and McCune 1992).

Invasive exotic plants generally decrease the structural diversity of native vascular plant communities by creating monocultures of densely spaced plants and by homogenizing litter distribution. They also lead to decreased biological crust cover and species richness in most ecosystems (Rosentreter 1994; Kaltenecker 1997). In addition, if moisture is retained under a litter layer for long periods while temperatures are warm, lichens can become parasitized by ubiquitous molds (Rosentreter 1984).

### 2.2.6    *Ecological Gradients*

Some lichens form natural replacement series along the same ecological gradients that influence vascular plants, although some lichen taxa are not good indicators of site conditions due to broad ecological amplitudes. For example, gelatinous lichens are most common in aridic calcareous sites and mesic non-calcareous sites (Fig. 2.6). Sites with frigid soil temperature regimes (mean annual temperature less than 8°C) lack significant cover of gelatinous lichens. The genus *Leptogium* might be present; however, *Peltigera* and *Massalongia* tend to be more common. Some species display a shift in substrate preference in different ecoregions. For example, *Leptochidium albociliatum* occurs on mosses in the Great Basin, while in the Columbia Basin it is more common and occurs on bare mineral soil (Rosentreter 1986; Ponzetti et al. 1998).

BLM_0044093

*2.2.7    Microhabitats*

Biological soil crusts can also create their own microstructure, which influences species distribution. Mosses create microsites that are very low in nutrients, low in calcium carbonate, and that retain moisture longer than bare mineral soil. This creates favorable sites for lichens that may benefit from the improved moisture regime and do not require many soil nutrients. Common examples include *Leptogium lichenoides*, *Massalongia carnosa*, and *Peltigera* spp. that grow only on mosses and are found in many sagebrush (*Artemisia*) steppe habitats.

## 2.3    Unique Crustal Communities in North America

Special geologic features or soils create conditions that promote growth of biological soil crusts. Some of these sites support crusts containing uncommon associations or rare species. These unique crustal communities are not common across the landscape but are at times locally abundant. Some unique crustal communities are discussed below.

*2.3.1    Gypsum*

Gypsiferous outcrops are comprised of soils that are fine textured and have high concentrations of sulfate and calcium. Vascular plant cover at these sites is generally sparse with limited species diversity. Gypsiferous soils can support well-developed

NOTES

Figure 2.6    *Gelatinous and other nitrogen-fixing lichens by relative soil temperature and calcareous influence.*



| ARIDIC | MESIC | FRIGID |
|---|---|---|
| warm season grasses | cool season grasses | cool season grasses |
| mixed salt desert shrub | bluebunch wheatgrass | Idaho fescue |
| calcareous | non-calcareous | non-calcareous |

*Heppia lutosa*
*Peltula richardsonii*
*Collema coccophorum*
*Collema tenax*
*Leptochidium albociliatum*
*Leptogium lichenoides*
*Massalongia carnosa*
*Peltigera* spp.

twenty-three

BLM_0044094

NOTES

biological crusts with a high lichen diversity (Anderson and Rushforth 1976; St. Clair et al. 1993), although sites in the hot deserts of the southwestern U.S. lack the species diversity of the cool deserts to the north. Common species include *Diploschistes diacapsis, Psora decipiens, Collema tenax, Placidium squamulosum, Buellia elegans,* and *Squamarina lentigera.* Several lichens are restricted to gypsiferous soils, including *Acarospora nodulosa* var. *nodulosa* (St. Clair and Warrick 1987), *Gypsoplaca macrophylla* (Timdal 1990), and *Lecanora gypsicola* (Rajvanshi et al. 1998). Gypsiferous sites are worthy of protection because of their high potential for cover and biological crust diversity. These sites are often threatened by mining activity due to the commercial value of gypsum.

### 2.3.2   *Glades (Lithic and Shallow Soil Sites)*

Glades are widespread across North America but are limited both locally and in overall area. Lithic and shallow soil sites are often colonized by biological crusts because these sites are extremely droughty and vascular plant growth is limited. In eastern forests, shallow disturbed or compacted soil (e.g., along roadsides) may be dominated by biological soil crusts, with *Baeomyces rufus* or *B. fungoides* often forming extensive crustal colonies. Pine barrens generally support extensive biological crusts. In western and more northern boreal forest openings, *Cladonia* spp., *Peltigera* spp., and occasionally *Multiclavula* spp. are dominant. These genera are also common on disturbed soil along roadways and cutbanks throughout the non-arid portions of the continent. Some lithic sites in wet climates are leached of soil nutrients and are often dominated by gelatinous lichens such as *Leptogium* or nitrogen-fixing cyanobacteria such as *Nostoc.*

### 2.3.3   *Thermal Springs*

Some parts of western North America contain extensive active or dormant thermal (hot) springs. Conditions in these areas are harsh, limiting vascular plant growth. Soil temperatures are often extremely high in summer and warm in winter. Soils containing thermal springs are often infertile, as warm water leaches many minerals, including calcium, magnesium, nitrogen, and phosphate. Toxic heavy metals can be present in the water and thus get deposited on the soil surface. These areas are covered with specialized thermic cyanobacteria when moist. When dry, they support either non-specialized biological crusts or crusts characteristic of gypsum.

BLM_0044095

### 2.3.4    Cold Desert Playas

Small ephemeral pools form in parts of the Pacific Northwest where summers are hot and dry and winters are cool and moist (Rosentreter and McCune 1992). These sites are located on poorly drained basalt or other rock types, often barren of vascular vegetation and usually surrounded by some species of sagebrush (*Artemisia*). Drainage may be impaired by rock type or frozen soils, causing water to pond seasonally in flat, exposed areas. In late winter and early spring these sites experience cool, yet above freezing, temperatures for portions of the day. These conditions allow for slow evaporation of standing water. Such sites are sometimes referred to as playettes, as they are similar to but smaller than large seasonal lakes called playas. Playas support either attached or vagrant forms of *Dermatocarpon miniatum* and *Nostoc*. *Nostoc commune* found in these sites includes the common filamentous form, the colonial-eggs form, and occasionally the long, hair-like unattached form (referred to as var. *flagellaris*). Small playettes covered with fine silts can be colonized by *Nostoc* and by crustose lichens more typically occurring on rocks, such as *Lecanora muralis* (Rosentreter 1986).

### 2.3.5    Alpine Sod

Biological soil crusts are either dominant or common community components in many alpine and subalpine sites in North America. Alpine and subalpine sites contain some species common to the continent's arid regions. In contrast, a few lichens are characteristic of alpine crusts alone and include *Lecidoma demissum*, *Solorina* spp., *Lepraria neglecta*, *Ochrolechia frigida*, and *Thamnolia* spp. (DeBolt and McCune 1993). A genus that occurs on soil or rock in both alpine and arctic sites is *Stereocaulon*, which fixes nitrogen and is common worldwide in montane and alpine habitats (Lamb and Ward 1974). In the subalpine zone, biological crusts are often associated with areas where snowdrifts occur. Lichens characteristic of snow-patch sites are *Solorina crocea* and *Lepraria neglecta* (McCune 1998). Cyanobacterial crusts are also common in these areas and are generally dominated by *Nostoc* species (Reisiegl 1964).

### 2.3.6    Arctic Tundra

Alpine and tundra soils are often dominated by fruticose lichens (*Cladina* and *Cetraria*) and graminoids. Some areas are dominated by fruticose lichens that start out as crust communities in the early stages of succession. Tundra areas in North America have poor drainage due to frozen ground and are similar to other portions of the northern hemisphere, including Greenland. In some arctic regions there are also large areas of dry steppe-like vegetation, open

NOTES

BLM_0044096

NOTES

*Dryas* heaths, and fell-fields with extensive coverage of biological crusts. Cyanobacterial crusts are commonly extensive and often dominated by *Nostoc* species (Hansen 1997).

## 2.4   Example: Biological Soil Crusts in Sagebrush Communities

Sagebrush species are common in western North America, particularly in the Great Basin and Columbia Plateau vegetation zones. Some of the same characteristics that influence sagebrush taxa distribution also influence biological crust development. Relative cover of biological crusts in various sagebrush vegetation types is presented in Table 2.5. Biological soil crusts tend to be lacking in sagebrush types that occur on seasonally flooded soils (silver, alkali, and fuzzy sagebrush; Winward 1980), as flooded soils create anaerobic conditions that are not well tolerated by lichens. Heavily saline soils also lack lichen cover, although moss is sometimes present if the salt concentration is not too great. Mountain, subalpine, and xeric big sagebrush types often lack significant biological crust cover due to dense vascular vegetation and accumulating plant litter. Other sagebrush types support higher biological crust cover unless soil surfaces are greatly disturbed or the current vegetation is in an early-successional stage.

Some lichens are good indicators of late-successional stages in sagebrush communities. The dual gradient theory proposed by McCune (1993) for lichen species succession in forested habitats applies well to arid and semi-arid regions in that species respond to time (age) and moisture in similar successional trajectories. Therefore, the length of time since the last major site disturbance or an increase in effective soil moisture will both provide suitable ecological conditions to support specific lichen species. This is why biological soil crust communities in different ecoregions recover at different rates (Table 2.2, Chapter 4).

Late-successional indicator species in sagebrush-steppe include *Acarospora schleicheri, Massalongia carnosa, Pannaria cyanolepra* (type b), *Trapeliopsis wallrothii, Trapeliopsis* sp. nov. (McCune, unpublished), and *Texosporium sancti-jacobi*. Some lichens are only present in late-successional communities because they grow upon other lichens or mosses. For example, *Acarospora schleicheri* grows upon *Diploshistes muscorum*, which in turn parasitizes the lichen genus *Cladonia*. Therefore, *Cladonia* can be considered a keystone organism influencing a site's diversity. *Massalongia carnosa* primarily grows on mosses and is not present until mosses become well established within a site. *Texosporium sancti-jacobi* is restricted to old-growth sagebrush communities and occurs only on decaying organic matter (McCune and Rosentreter 1992). Other lichens that commonly occur on decayed organic matter but are not restricted to old-growth sites include *Buellia papillata, B. punctata, Caloplaca* spp., *Lecanora* spp., *Megaspora verrucosa, Ochrolechia upsaliensis, Placynthiella* spp., and *Phaeophyscia decolor*.

BLM_0044097

**Table 2.5**   *Relative cover of biological soil crusts in sagebrush (Artemisia) vegetation types.*

| HIGH biological crust cover | LOW biological crust cover |
| --- | --- |
| **Tall Sagebrush** | |
| Wyoming big sagebrush<br>(*A. tridentata* ssp. *wyomingensis*) | subalpine big sagebrush<br>(*A. tridentata* ssp. *spiciformis*) |
| basin big sagebrush<br>(*A. tridentata* ssp. *tridentata*) | xeric big sagebrush<br>(*A. tridentata* ssp. *xericensis*) |
| mountain big sagebrush**<br>(*A. tridentata* ssp. *vaseyana*) | mountain big sagebrush**<br>(*A. tridentata* ssp. *vaseyana*) |
| | silver sagebrush<br>(*A. cana*) |
| | three-tip sagebrush<br>(*A. tripartita*) |
| **Short Sagebrush** | |
| low sagebrush<br>(*A. arbuscula*) | alkali sagebrush<br>(*A. longilobia*) |
| black sagebrush<br>(*A. nova*) | fuzzy sagebrush<br>(*A. papposa*) |
| stiff sagebrush<br>(*A. rigida*) | |
| Bigelow sagebrush<br>(*A. bigelowii*) | |
| fringed sage<br>(*A. frigida*) | |

**Biological crust cover high or low depending on site characteristics.

BLM_0044098

# CHAPTER 3

## ECOLOGICAL ROLES

In a given ecoregion, ecological roles of biological soil crusts can vary widely in their importance and will depend on crust composition and biomass, as well as characteristics of the specific ecosystem being considered.

## 3.1    Species Composition and Biomass

The relative importance of biological crusts and their different ecological roles within an ecosystem is highly dependent on relative cover of various crustal components. For example, carbon inputs are higher when mosses and lichens are present than when the crust is dominated by cyanobacteria. Nitrogen inputs are higher with greater cyanobacterial biomass and greater cyanolichen cover. Water infiltration and soil surface stability are related to cyanobacterial biomass as well as moss and lichen cover.

## 3.2    Carbon Fixation

Biological soil crusts can be an important source of fixed carbon on sparsely vegetated areas common throughout western North America (Beymer and Klopatek 1991). While vascular plants contribute organic matter to soils directly beneath them, large interspaces between plants receive little plant material input. Where biological soil crusts are present, carbon contributed by these organisms helps keep plant interspaces fertile, providing energy sources for soil microbial populations.

Crustal organisms are physiologically active only when wet, and metabolic functions begin almost immediately. Respiration begins less than 3 minutes after wetting, while photosynthesis reaches full activity after 30 minutes or more. Soil oxygen concentrations, a by-product of photosynthesis, reach steady states within 1 to 2 hours of wetting (Garcia-Pichel and Belnap 1996). Rain during hot months can place lichens in a state of carbon deficiency, as the lichens can dry out before photosynthesis has begun. Jeffries et al. (1993a, b) showed cyanobacterial crusts from the Colorado Plateau had positive carbon balances only during prolonged wet periods, such as winter and spring, and that short-term wet-dry cycles, which often occur in low-elevation inland sites during summer, resulted in net carbon loss for both *Microcoleus-* and *Scytonema*-dominated crusts (this would also be expected for *Collema* and other soil lichens). Consequently, timing

BLM_0044099

NOTES

and duration of precipitation may heavily influence carbon budgets in crustal organisms and thus influence the distribution of individual species.

Winter-rain deserts (e.g., Mojave and Great Basin) have a rich soil lichen flora, with the cyanobacterial flora heavily dominated by *Microcoleus*. In contrast, summer-rain deserts (e.g., Sonoran) have only a small subset of the lichens found in winter-rain deserts, while the cyanobacterial flora is a complex community co-dominated by up to 10 species. Different responses to timing and amount of precipitation and temperature may mean species composition will shift in response to predicted climate changes. Since many areas that are currently winter-rain dominated are predicted to receive increased summer rain, effects of climate change may be reflected in different soil crust composition than that currently found in the summer-rain versus the winter-rain deserts.

Soil lichens have several different strategies to optimize carbon gain (Lange et al. 1992, 1994, 1997). While photosynthesis is activated at low-water content for all species, each varies in response to higher water content. Cyanolichens, such as *Collema tenax*, showed dramatic drops in carbon fixation when water content exceeded 60 to 80%. Conversely, green algae generally showed little, if any, depression at high-water content. Water-holding capacity varies between lichens and will also influence time of carbon fixation for a given species.

Table 3.1   *Common nitrogen-fixing lichens and cyanobacteria in cool and hot deserts of the western U.S.*

| Cool Deserts | Hot Deserts |
|---|---|
| **Lichens** | |
| *Collema coccophorum* | *Collema coccophorum* |
| *Collema tenax* | *Collema tenax* |
| *Heppia* | *Heppia* |
| *Leptochidium albocilitatum* | *Peltula* |
| *Leptogium* | |
| *Massalongia carnosa* | |
| *Pannaria* | |
| *Peltigera* | |
| *Polychidium* | |
| **Cyanobacteria** | |
| *Microcoleus vaginatus* (**non-heterocystic**) | *Schizothrix* (**heterocystic**) |
| *Nostoc* (**heterocystic**) | *Nostoc* (**heterocystic**) |
| *Scytonema* (**heterocystic**) | *Scytonema* (**heterocystic**) |

Biological Soil Crusts:
Ecology & Management

BLM_0044100

Photosynthetic rates are also dependent on temperature (Rychert et al. 1978; Lange 1980; Nash et al. 1982; Nash and Moser 1982; Lange et al. 1997). Photosynthetic rates increase with increasing temperatures to about 28°C, above which rates decline dramatically. *Collema tenax* is an exception, with no such decline seen up to 36°C.

## 3.3    Nitrogen Fixation

Nitrogen concentrations are known to be low in desert soils compared to other ecosystems. Total atmospheric input over the past 10,000 years has been conservatively estimated at about 3 kg nitrogen/m², with 77% lost through wind erosion, ammonia volatilization, nitrification, and denitrification (Peterjohn and Schlesinger 1990). Extensive surveys in cool deserts have revealed only a few nitrogen-fixing plants (Farnsworth et al. 1976; Wullstein 1989). Since nitrogen can limit net primary productivity in many desert ecosystems (Ettershank et al. 1978; James and Jurinak 1978; Romney et al. 1978; Nobel et al. 1988), maintaining normal nitrogen cycles is critical to soil fertility and prevention of desertification (Dregne 1983).

Cyanobacteria and cyanolichens can be an important source of fixed nitrogen for plants and soils in desert ecosystems (Evans and Ehleringer 1993; Belnap 1995). Many biological soil crusts in western North America are dominated by nitrogen-fixing cyanobacteria and lichens (Table 3.1). These organisms are capable of both light and dark nitrogen fixation (Rychert and Skujins 1974; Pearson et al. 1981; Paerl 1990; Belnap 1994). Nitrogen fixation is highly dependent on past and present water and light regimes, as well as species composition (Rychert et al. 1978; Belnap 1994). Fixation rates are highest after photosynthesis has replenished lichen carbon stores. For most lichen species, nitrogen-fixation rates increase with temperature to 25°C, given sufficient moisture. Since nitrogen-fixation rates depend on the cover of specific crust species, timing, extent, and type of past disturbance are also critical factors (Belnap 1995, 1996). Nitrogen-fixation rates in biological soil crusts have been estimated at 2 to 365 kg/ha annually (Mayland et al. 1966; MacGregor and Johnson 1971; Rychert and Skujins 1974; Eskew and Ting 1978; Jeffries et al. 1992), with recent studies indicating that higher rates are probably more accurate (Belnap, unpublished data). Still, rates are expected to vary greatly, depending on the species present and environmental conditions.

Five to 88% of nitrogen fixed by *Nostoc* has been shown to leak into the surrounding substrate (Magee and Burris 1954; Silvester et al. 1996; Belnap et al. 1997). Nitrogen released from crustal

NOTES

BLM_0044101

NOTES



Figure 3.1 *Disturbance plots on the Colorado Plateau showing the difference in soil surface color between undisturbed (dark) and disturbed (light) plots. Note that the undisturbed plots have greater surface roughness than the disturbed plots.*

organisms is readily taken up by surrounding vascular plants, fungi, and bacteria (Mayland and MacIntosh 1966; Mayland et al. 1966; Stewart 1967; Jones and Stewart 1969). Vascular plants growing in biologically crusted soils show higher tissue concentrations of nitrogen than plants grown in uncrusted soils (Harper and Pendleton 1993; Belnap 1994, 1995; Belnap and Harper 1995). As with carbon, crusts contribute nitrogen to soils both under plants and in plant interspaces, thereby counteracting the tendency of these nutrients to concentrate around perennial plants.

### 3.4    Albedo

Soil albedo is a measure of the energy reflected off the soil surface. Dark surfaces absorb more energy, are warmer than light surfaces, and thus have lower albedo. Because soils with well-developed biological crusts are dark, they can be up to 23°F warmer than adjacent crusted surfaces (Fig. 3.1; Belnap 1995; Belnap, unpublished data). Disturbance of biological crusts increases albedo and therefore decreases soil temperatures. This affects many ecosystem processes. Metabolic processes, for example, including photosynthesis and nitrogen fixation, decrease at lower temperatures (see Sections 3.2 and 3.3; Nash 1996). Lower soil temperatures decrease microbial activity, plant nutrient uptake rates, and soil water evaporation rates; delay seed germination time; and decrease seedling growth rates. Timing of these events is often critical in deserts, and modifications can reduce species fitness and seedling establishment, which in turn may eventually affect plant community structure (Bush and Van Auken 1991). Changes in albedo can also affect animal populations. For instance, foraging times are often partitioned among ants, arthropods, and small mammals on the basis of soil surface temperature (Doyen and Tschinkel 1974; Wallwork 1982; Crawford

BLM_0044102

1991). In addition, many small desert animals are weak burrowers, and soil surface microclimates are of great importance to their survival (Larmuth 1978). Consequently, altering surface temperatures can affect desert ecosystems at numerous levels.

### 3.5    Effects on Vascular Plants

#### 3.5.1    Seed Germination

Biological crusts can affect vascular plant germination. While small cracks and crannies on the soil surface are generally sufficient for small-seeded plants to lodge and germinate, most large-seeded plants need soil or plant litter cover to germinate. In deserts where plant litter is often limited in interspaces, large native seeds generally have self-burial mechanisms (such as hygroscopic awns) or are cached by rodents. Many exotic species, however, lack self-burial mechanisms. Because biological crusts stabilize soils, germination of such seeds can be inhibited in sites with well-developed crusts and low plant litter, as was recently demonstrated for the annual exotic grass, cheatgrass (*Bromus tectorum*), in both the field and laboratory (Larsen 1995; Kaltenecker et al. 1999a; Belnap, unpublished data). Though crusts can reduce germination of some seeds, seedling germination *per se* has not been shown to limit species density in desert plant communities. Rather, studies worldwide show vascular plant cover and structure are most often controlled by water and/or nutrient availability rather than other site factors (Mabbutt and Fanning 1987; Tongway and Ludwig 1990; Dunkerley and Brown 1995).

#### 3.5.2    Plant Establishment and Cover

Biological soil crusts have not been shown to present a barrier to seedling root penetration once seeds germinate (Belnap, unpublished data; Pendleton and Meyer, unpublished data). This is in contrast to physical crusts, which often inhibit root penetration. Areas



Figure 3.2 *Sandberg bluegrass* (Poa secunda) *growing in well-developed biological soil crusts in the northern Great Basin.*

BLM_0044103

NOTES

that have been lightly trampled (to keep crusts from developing) over a 5-year period that included both wet and dry years show no additional plant establishment (Belnap, unpublished data; Fig. 3.1). Many authors have shown that seedling establishment of both forbs and grasses is either not affected or is increased by the presence of biological soil crusts, on both coarse- and fine-textured soils (Fig. 3.2; St. Clair et al. 1984; Harper and St. Clair 1985; Eckert et al. 1986; Harper and Marble 1988; Lesica and Shelley 1992; Belnap 1993).

Numerous authors have reported that biological crusts either do not compete with vascular plants (Kleiner and Harper 1972, 1977a, b; Anderson et al. 1982b; Jeffries and Klopatek 1987; Beymer and Klopatek 1992) or that vascular plant cover is enhanced by the presence of a biological crust (Dadlich et al. 1969; Graetz and Tongway 1986; Rosentreter 1986; Mucher et al. 1988; Carleton 1990; Ladyman and Muldavin 1994; Ladyman et al. 1994). This suggests that the presence of plants can aid the survival of crustal components, perhaps because of microclimate conditions associated with clumped perennial vegetation (such as decreased soil surface temperatures, increased surface moisture due to shading, and decreased wind speed on the soil surface). A few authors have speculated that there is a negative relationship between cover of biological crusts and vascular plants (Savory 1988 reviewed in West 1990). However, this view is not supported by the numerous studies that have directly addressed this issue. Rather, it appears more likely that biological crusts simply cover soils unoccupied by vascular plants.

### 3.5.3   Nutrient Levels in Vascular Plants

Plants growing in biologically-crusted soil often show higher concentrations and/or greater total accumulation of various essential nutrients than do plants growing in adjacent, uncrusted soils (Belnap and Harper 1995; Harper and Belnap in press). In one study, leaf tissue nitrogen was 9% higher in the perennial shrub *Coleogyne*, 31% higher in the perennial forb *Streptanthella*, and 13% higher in the annual grass *Festuca* (*Vulpia*), for plants growing in biologically-crusted soil compared to plants in adjacent uncrusted soil. Dry weight of *Festuca* plants in the crusted soil was twice that of plants in the uncrusted soil (Belnap 1995; Belnap and Harper 1995). Nitrogen concentrations in leaf tissue of the biennial *Mentzelia multiflora* was higher in plants growing in a biologically-crusted area relative to plants from an adjacent sand dune that lacked a crust. In greenhouse experiments, nitrogen levels in *Sorghum halepense* were higher when the plant was in pots with cyanobacteria than when in pots without cyanobacteria. Dry weight of plants in pots with cyanobacteria were up to four times greater than in pots without cyanobacteria (Harper

BLM_0044104

and Pendleton 1993). Other authors have obtained similar results with other species (Shields and Durrell 1964; Brotherson and Rushforth 1983; Pendleton and Warren 1995).

Several mechanisms may explain this enhanced effect on vascular plant growth and nutrient status. Material blowing across biological soil crusts can become trapped, either accumulating within low pockets in the microtopography or sticking by exudate to cyanobacterial sheaths. These sheaths are phototropic, and if not buried too deeply, will push through loose soil and organic matter, further trapping or entangling soil in the process (Fryberger et al. 1988; Campbell et al. 1989; Gillette and Dobrowolski 1993). Danin et al. (1989) proposed a positive feedback loop in which crusts trapping fine particles create nutrient-rich microsites, increasing germination and growth of vascular plants, which in turn reduces erosion potential and increases accumulation of washed or wind-blown soil.

In addition, cyanobacterial sheath material is often coated with negatively charged clay particles. These clay particles are more nutrient rich than sand (Black 1968), as they bind positively charged macronutrients and prevent them from leaching through the soil profile (Belnap and Gardner 1993). Lange (1974) demonstrated that compounds in the gelatinous sheath material of several cyanobacteria taxa were able to chelate iron, copper, molybdenum, zinc, cobalt, and manganese. Four of the five genera shown to possess this ability (*Anabaena*, *Anacystis*, *Lyngbya*, and *Nostoc*) are commonly represented in biological crusts of western North American deserts (Shields and Durrell 1964). It is also possible that the nutrient differences result from thermal effects, as crusted soils are darker and warmer than uncrusted soils; nutrient uptake by vascular plants would occur at a higher rate.

Herbivores and other consumers may benefit directly from the enhanced nutrient status of plants grown in healthy, biologically-crusted soils (Belnap and Harper 1995). Indirect effects include positive correlations between soil mycorrhizae and microarthropod populations with the presence of well-developed biological soil crusts (Harper and Pendleton 1993; Belnap, unpublished data).

## 3.6   Water Relations

The effect of biological soil crusts on soil-water relations is highly site dependent. Level of crustal development (e.g., cover and relative composition of cyanobacteria, lichen, moss), climatic regimes, the amount of surface roughness, time since destructive disturbance, soil texture, and soil structure can all heavily influence hydrologic cycles at a given site. Soil texture is especially important and can

NOTES

BLM_0044105

override any effect of biological soil crusts. For instance, soils high in shrink-swell clays have relatively low infiltration rates, regardless of biological crust presence or absence.

Research conducted under a variety of soil and climate conditions around the world shows variable and interactive effects of biological crusts and soil properties. Biological crusts influence soil hydrology because they alter soil surfaces. Aggregate stability, soil structure, organic matter, and rough microtopography are all attributes associated with superior hydrologic properties, and biological soil crusts enhance these attributes in soil (Booth 1941; Fletcher and Martin 1948; Shields and Durrell 1964) on both micro- and macro-scales (Belnap and Gardner 1993; Belnap 1994).

Infiltration rates are controlled by the interaction of water-residence time on a soil surface and the permeability of that surface.



Figure 3.3 *Soil-water relationships with biological soil crusts. In the cool deserts (Colorado Plateau, Great Basin), roughened soil surfaces created by biological crusts act to impede overland water flow, resulting in increased infiltration. When biological soil crusts are removed, or with flat crusts in the hot deserts (Sonoran, Mojave, Chihuahuan), water runs over the soil surface unimpeded and infiltration is reduced.*

Biological Soil Crusts:
Ecology & Management

BLM_0044106

NOTES

Biological crusts can produce a rough surface microtopography (less than 100 mm vertically) that acts as detention structures for water (Danin and Barbour 1982). This is especially pronounced in cool deserts (e.g., the Colorado Plateau), where frost-heaving is common and crusts are highly pedicelled. In these regions, biological crusts generally increase water infiltration (Fig. 3.3; Loope and Gifford 1972). In warm deserts, where frost-heaving is not present and biological soil crusts are flat, infiltration rates depend more on soil type and climatic regimes.

While greater surface roughness can increase water pooling and residence time, the presence of mucilaginous cyanobacteria in soil crusts can also decrease soil permeability. These cyanobacterial components of biological soil crusts rapidly swell up to 13 times their dry volume (Shields and Durrell 1964; Campbell 1977), potentially closing flow pathways through the soil surface. Scanning electron microscopy shows sufficient openings in sandy loam soils for water flow (Belnap and Gardner 1993), but concentration of silt and clay particles in the crust, in combination with swelling, may restrict infiltration even in sandy soils when they are wet (Verrecchia et al. 1995). Some authors speculate that the hydrophobic nature of some crustal components contributes to soil surface sealing (Bond 1964; Dulieu et al. 1977; Walker 1979; Rutin 1983; Jungerius and van de Meulen 1988); however, others have shown crustal organisms at some sites are highly hydrophilic (Kidron et al. 1999).

Overall, infiltration rates appear to be increased in regions where crusts are pinnacled and decreased in regions where crusts are flat. This has been reported for sandy soils in Arizona (Brotherson and Rushforth 1983), Australia (Bond 1964; Rogers 1977; Stanley 1983; Graetz and Tongway 1986; Eldridge 1993a, b), and Israel (Yair 1990). In New South Wales, Australia, infiltration rates increased on a transect through a sandy-loam soil as grazing decreased and biological soil crust cover increased. However, compared with adjacent ungrazed soils with a continuous cover of lichens and mosses, the lightly grazed areas showed greater infiltration (Eldridge 1993b). Infiltration studies conducted on sandy soils in Oklahoma and Kansas (Booth 1941) and silt-loams and clayey silt loams in Arizona (Faust 1970, 1971) failed to find any influence of biological soil crusts on infiltration rates.

The influence of biological soil crusts on effective hydraulic conductivity (the rate at which water moves through the soil profile under field conditions) is also variable. Lichen-dominated crusts in Utah showed decreased hydraulic conductivity (Loope and Gifford 1972). Lichen and algal crusts in Australia were associated with high conductivity (Greene et al. 1990). Three-year-old algal crusts in Utah and non-disturbed crusts in Nevada showed no discernible influence on conductivity (Williams 1993; Dobrowolski 1994).

BLM_0044107

NOTES

Biological soil crusts have varied effects on soil moisture at any given time. However, research results have been variable and again appear to depend on soil type and crust composition. The crust's ability to seal the soil surface and reduce evaporation because of its associated high clay and silt concentrations has been repeatedly proposed (Danin 1978; Brotherson and Rushforth 1983; Williams et al. 1995a). While some studies show soil moisture is greater under well-developed crusts (Harper and Marble 1988; Meyer and Garcia-Moya 1989; Verrecchia et al. 1995; Belnap et al. 1996), other studies have found decreased soil moisture under crusted surfaces (Harper and Marble 1988).

Though overall infiltration of precipitation is critical for plant growth, the location of water entering the soil can also be critical in maintaining plant community structure. Recent work has shown that the pattern of water infiltration and runoff is important in maintaining vegetative community structure, especially in hyper-arid zones where rainfall is too low to support homogenous distribution of vegetation. Instead of being distributed across the landscape, plants are concentrated in bands that occur perpendicular to the water flow. These bands or vegetation clumps capture water, nutrients, and fine soil particles. The bigger the bands, the more effective they are in resource capture; however, their overall size is limited by rainfall and nutrients. Biological soil crusts often cover interband soils. When these interband areas are disrupted, water infiltration can increase between vegetated areas; thus, less water is available for the vegetation, often deep-rooted, woody perennials (Eldridge et al. 2000). This decrease in water availability may lead to changes in plant community structure by enabling establishment of shallow-rooted species in the interband areas or by die-off of the perennial shrubs. Over time, changes in hydrology and plant community structure result in modification of site potential and ecological function. A similar situation applies to exotic plant invasions and their effects on site function. In the Great Basin, invasive exotic annual grasses modify the native community's patchy structure to a more homogenous structure (Kaltenecker 1997). The resultant increases in plant and litter density in interspaces previously occupied by biological crusts affect moisture infiltration, which may further facilitate changes in community structure because less moisture becomes available for deeply-rooted perennial plants.

As can be seen above, the impact of biological soil crusts on hydrologic cycles can be highly variable and can result from a combination of site, soil, and crust factors (Fig. 3.4). However, lack of standardized data collection methods and descriptions of soil, biological crust, and climatic characteristics at study sites makes comparison of research results difficult. These shortcomings have

BLM_0044108

Figure 3.4   *Biological soil crust and soil characteristics that influence infiltration.*



BLM_0044109

NOTES

undoubtedly contributed to much of the seemingly contradictory published information.

### 3.7 Soil Stabilization

Biological soil crusts are unambiguously effective in reducing wind and water erosion of soil surfaces (Belnap and Gillette 1997, 1998; McKenna-Neumann et al.1996). Wind can be a major erosive force in deserts, as sparse vegetation leaves large patches of soil unprotected by plant litter or vegetative cover (Goudie 1978). Interspace soils are most often stabilized by rocks or biological soil crusts. Biological crusts play an important role both in preventing soil loss and facilitating soil accretion. The degree to which different types of crusts protect the soil surface from both wind and water erosion is hierarchical in the following manner: bare soil < cyanobacterial/algal crust < lichen crust < moss crust (Tchoupopnou 1989; Kinnell et al. 1990; Eldridge and Greene 1994; Belnap and Gillette 1998). Polysaccharides exuded by cyanobacteria and green algae, in combination with lichen and moss rhizines, entrap and bind soil particles together, increasing the size of soil aggregates (Fig. 3.5). As soil aggregates enlarge, they become heavier, have a greater surface area, and are more difficult for wind or water to move. Biological soil crusts keep otherwise loose sandy soils in place on steep slopes; they also stabilize pockets of very shallow soil (Bond and Harris 1964; Marathe 1972; Gayel and Shtina 1974; Danin and Yaalon 1980; Schulten 1985; Graetz and Tongway 1986; Campbell et al. 1989; Danin et al. 1989; Belnap and Gardner 1993). Rough microtopography creates a still-air boundary layer that protects the soil surface from wind erosion. Detention dams pool and slow overland water flow, giving sediment time to settle out, reducing sediment loss (Fig. 3.3; Brotherson and Rushforth 1983; Alexander and Calvo 1990).



Fig. 3.5   *The sheath of* Microcoleus vaginatus *contains sticky polysaccharides that entrap soil particles and bind them together.*

# CHAPTER 4

## RESPONSE TO NATURAL IMPACTS AND HUMAN ACTIONS

### 4.1    Evolutionary History of Natural Impacts

Euro-American settlement of western North America in the 19th and 20th centuries changed the type, timing, and intensity of natural disturbance. The following is a discussion of the nature of two processes—grazing and fire—in presettlement ecosystems.

#### 4.1.1    Grazing Characteristics

Soil and plant characteristics of low- and mid-elevation arid and semi-arid ecosystems in North America west of the Rocky Mountains indicate that these ecosytems evolved with low levels of soil surface disturbance. This is suggested by these ecosystems' dependence on nitrogen provided by the biological soil crusts (Evans and Ehleringer 1993; Evans and Belnap 1999) and by dominant bunchgrasses' lack of adaptation (such as tillering, secondary compounds, or high tissue silica content) to grazing (Mack and Thompson 1982; Martin 1975; Stebbins 1981). Large mammal numbers would have been low due to limited surface water and sparse vegetation. Limited water availability would have restricted use of lower elevations to winter seasons, as is seen today (West 1988; Parmenter and Van Devender 1995). Dung beetles, present globally in other systems with large mammal herds, are also lacking in western North America (Fig. 4.1; Mack and Thompson 1982). Shallow soils can also limit distributions of burrowing vertebrates and inverte- brates, further reducing soil surface disturbance. Current natural



Figure 4.1    *Comparison of community structure in ecosystems that evolved with (midwestern prairie) and without (desert grassland) large herds of grazing mammals.*

BLM_0044111

NOTES

disturbance by large mammals and burrowing fauna in western North American deserts is greatest in the Sonoran and Chihuahuan Deserts, moderate in the Mojave Desert and Great Basin, and low in the Colorado Plateau. Because of their evolutionary history, these regions appear to be more negatively affected by soil surface disturbances than regions like the Great Plains that evolved with higher levels of surface disturbance (see section 4.2).

### 4.1.2   Fire

In arid and semi-arid native communities, plants have patchy distributions that result in discontinuous fuel and mosaics of various fire intensities (Whisenant 1990). Biological soil crusts provide little fuel to carry a fire through interspaces, thereby acting as "refugia" to slow the spread of fire and decrease its intensity (Rosentreter 1986). Unburned islands of vascular vegetation and biological soil crust provide propagules for reestablishment in burned areas (Fig. 4.2). Johansen et al. (1993) observed that the crust's structural matrix was left intact following low-intensity fire, indicating that a lightly burned crust still functions to maintain stability against erosive forces for both vascular plants and biological soil crusts during the recovery period.

Fire is a natural determinant of the sagebrush-steppe potential vegetation types. Historical fire patterns helped create mosaics of successional stages in both vascular plant and biological soil crust communities. More productive sites generally have fire-return intervals of less than 30 years (Burkhardt and Tisdale 1976; Arno and Gruell 1983; Fisher et al. 1987). Although this time period might constrain biological soil crust recovery, higher precipitation enhances regrowth (see section 4.3.3; McCune 1993). Fifty to 100 years has often been cited as the average return interval in shrub-steppe regions (Wright et al. 1979; Peters and Bunting 1994) and is adequate to restore biological soil crust components. However, there is no direct evidence for fire being a cyclic disturbance in lower elevation shrub-steppe. Here, shrub die-off from insect, disease, and winter kill is common and is probably responsible for most shrub turnover (McArthur et al. 1990). Historic fires were probably small, low intensity, patchy, and uncommon because of sparse and discontinuous vegetation. Fire was not historically a common disturbance in most salt-desert shrub types (West 1994), except for the more productive types supporting Great Basin wildrye (*Elymus cinereus*). Likewise, sparsity of vegetation in the southwestern deserts resulted in long fire-return intervals and low-intensity fires (Allen 1998).

BLM_0044112



**Figure 4.2** *Natural and altered fire cycles in sagebrush communities of the Great Basin. Fire at natural frequencies (50-100 year intervals or longer) occurred in a mosaic of intensities over the landscape due to discontinuity of fuel. This allowed natural regeneration of both the vascular plant and biological soil crust communities. Invasion of exotic species such as cheatgrass into these communities resulted in continuous fine fuels and larger, more intensive fires. Cheatgrass will often dominate the community following fire. Revegetation with perennial species can help reestablish a more natural community structure.*

BLM_0044113

NOTES

## 4.2    Disturbance Effects

Disturbance can directly and indirectly affect many aspects of the structure and function of biological crust communities, including cover, species composition, and carbon and nitrogen fixation. The impact of a given disturbance depends on its severity, frequency, timing, and type, as well as the climatic conditions during and after it.

Methods of assessing impacts of, and recovery from, disturbance have been highly variable. Generally, measurements have been limited to visual estimates of crust cover. However, Belnap (1993) showed visual assessment can only accurately assess moss and lichen cover, and cannot be used to measure the degree of recovery of cyanobacterial biomass, soil stability, and/or physiological functioning of crustal organisms. In addition, some studies have only considered total crust cover but have not delimited the relative cover of cyanobacteria, mosses, and lichens. The relationship between total crust cover and disturbance impacts can be weak, as cyanobacterial cover generally increases, while moss and lichen cover decreases, after disturbance. This often makes total crust cover a poor measure of the dynamics of soil crust recovery. Differentiating between crustal components is also important because alteration of species composition can heavily influence the crust's ecological functioning (Eldridge 1998). Comparing recovery rates from different studies can be problematic, as factors known to control recovery rates (such as site stability and precipitation following disturbance) are often not reported. More importantly, disturbance severity is seldom quantified. Studies generally report disturbance levels as "light," "moderate," or "heavy" without any definition of these categories; thus, what is "moderate" in one study may be considered "heavy" in another. As studies cover a large range of climatic zones, soil types, and levels of disturbance, and as there has been no standard for measuring crust recovery, it is not surprising that in the literature recovery rates have ranged widely (2 to more than 3,800 years), and either appear to show no pattern or often appear contradictory (Anderson et al.1982a; Callison et al. 1985; Jeffries and Klopatek 1987; Cole 1990; Belnap 1995, 1996; Belnap and Warren 1998).

### 4.2.1    Disturbance Severity, Size, Frequency, and Timing

The impact of a disturbance is affected by its severity, size, frequency, and timing. While most compressional disturbances (such as from vehicles and trampling by people or animals) result in similar types of impacts, severity can vary widely depending on disturbance source. For instance, vehicles and trampling exert compressional and shear forces; however, these forces are much greater for vehicles than trampling. In addition, vehicles often turn soils over and bury crustal

Biological Soil Crusts:
Ecology & Management

BLM_0044114