organisms, while trampling tends to only compress the surface. Vehicle tracks often channel water off-site and thus slow or prevent recovery (Webb and Wilshire 1983). Intensifying physical impacts (such as high-intensity, short-duration grazing) is deleterious to biological soil crust cover and its species richness (Johansen 1993). Disturbance that removes or kills crustal organisms results in greater impact and slower recovery than disturbance that leaves crushed crust material in place. As lichens and mosses are less tolerant of disturbance than cyanobacteria, frequent disturbance can maintain the biological soil crust at a low-successional stage (e.g., dominated by cyanobacteria; Fig. 4.3, Harper and Marble 1988).

Disturbance timing can affect the degree to which the cover and species richness of a biological crust is reduced. Soils have different intrinsic soil strengths that vary with moisture content (see Fig. 2.5). Soils with little tendency to form aggregates, such as sands, are more susceptible to compressional stresses when dry. Fine-textured soils or those with inorganic crusts are more vulnerable to compressional disturbance when wet (Webb and Wilshire 1983). Crust components are brittle when dry, and the connections they make between soil particles are easily crushed. Thus, compressional disturbances can severely affect the crust's ability to stabilize soils, especially in dry sandy and silty soils. On silty soils of the Great Basin, early wet season (winter) use by livestock has been shown to have less impact on crust cover and species composition than late winter or spring use. As crustal species are only metabolically active when wet and are brittle when dry, disturbance in dry seasons is generally more destructive, and organisms are less able to recover, than when disturbed in wet seasons (Harper and Marble 1988; Marble and Harper 1989). Crusts on clay soils can be an exception, as they are often more vulnerable when wet (Fig. 2.5).

### 4.2.2 Disturbance Effects on Species Composition

Disturbance generally results in loss of species diversity, biomass, and surface cover of biological crust components. The more severe the disturbance, the greater the loss. Thus, after severe disturbance, the resulting crust community is generally greatly simplified from multiple species of cyanobacteria, lichens, and mosses to a community often dominated by one or a few species of cyanobacteria.

### 4.2.2.1 Air Pollution:

A few studies have addressed the impact of air pollutants on soil lichens in desert environments. No differences have been found in species composition near pollution sources when compared to control sites. It is reasoned that lichens with thalli closely appressed to the soil surface, a condition common



**Young Cryptos: 0 to 3 Years**
Cyanobacteria float through air and fall to the ground, crawl across the surface, or are carried by bugs and animals. They remain on the surface to catch sunlight and photosynthesize for their life processes.

1,500X

**Mid-life Cryptos: 3 to 10 Years**
Cyanobacteria secrete sticky sheaths that stick to sand particles. When buried by soil, the cyanobacteria move to the suface. With frost heaving, sheaths form a contorted surface.

1,500X

**Mature Cryptos: 10+ Years**
Lichen, mosses, fungi grow on surface; water debris and seeds become entrapped in pockets, seeds root which further strengthen soil.

300X

Figure 4.3   Successional sequence for biological soil crusts. This example is for Microcoleus vaginatus-dominated crusts on the Colorado Plateau. Sequences in other ecoregions are similar but may involve different taxa. (Illustration by Gloria Brown)

BLM_0044116

to most desert soil crust lichens, are less susceptible to damage by air pollutants than lichens whose tissues are more exposed to air. In addition, most desert soils are very alkaline, and thus thought to buffer acidity from pollutants (Sheridan 1979; Nash and Sommerfeld 1981).

### 4.2.2.2 Oil Spills, Insecticides, and Herbicides:

No known studies have directly addressed the effects of oil, oil dispersants, or insecticides on species composition of intact soil crusts. However, there has been a great deal of work on individual cyanobacteria, green algae, and mosses isolated from soil crusts. These experiments have shown that crustal species are differentially affected, depending on the compound and the species tested. Thus, exposure to these agents could potentially alter species composition of crusts (Metting 1981).

One study addressed herbicide effects on intact biological soil crusts. Direct application of two glyphosate herbicides (Roundup® and Accord®) on moss-dominated biological soil crusts had no short-term negative impact on bryophyte cover (Youtie et al. 1999). In fact, bryophyte cover decreased significantly in control plots due to litter buildup from exotic annual grasses that had invaded the site (see 4.2.2.3 below), while cover stayed the same or increased slightly in treated plots. However, repeated treatments are often required to effectively control weedy species. There is little information on the effects of repeated application or long-term effects of glyphosate and other herbicides. Therefore, caution should be used when applying these chemicals to remnant native areas supporting biological soil crusts (Youtie et al. 1989).

### 4.2.2.3 Annual Plant Invasion:

Invasion of exotic annual plants into perennial plant communities can pose a long-term threat to biological soil crusts, as the crust-dominated interspace between perennial plants is often heavily invaded. Surveys in invaded communities show rich perennial moss/lichen communities are quickly replaced with only a few species of annual mosses and cyanobacteria (Kaltenecker 1997; Belnap and Phillips in press). The mechanism by which this shift occurs is not known, but probably results from a decrease in available soil surfaces (via increased cover of live plants and litter; Fig. 4.2, 4.4), higher cover of plant material shading the soil surface, and/or increased fire frequency (Kaltenecker 1997; Kaltenecker et al. 1999a; Youtie et al. 1999).

### 4.2.2.4 Fire:

Biological crusts are generally killed by hot ground fires, resulting in loss of biomass and visible cover (Johansen et al. 1993). Frequent fires prevent recovery of lichens and

BLM_0044117

Figure 4.4   *Changes in the vascular plant community structure due to cheatgrass invasion.*



Native Bunchgrasses

Remnant Natives & Cheatgrass

Cheatgrass Monoculture

BLM_0044118

mosses, leaving only a few species of cyanobacteria (Whisenant 1990; Eldridge and Bradstock 1994). Damage to, and recovery of, biological crusts depend on the pre-fire composition and structure of the vascular plant community and on fuel distribution, fire intensity, and fire frequency. Historic fire regimes in semi-arid and arid landscapes generally left small-scale patches of unburned areas between perennial plants, and/or larger-scale patches of unburned shrubs across the landscape (Fig. 4.2). This resulted in a mosaic of successional stages of plants and biological crusts, with propagules readily available to replenish burned sites. Historic fires were also relatively infrequent, leaving time for later-successional crustal organisms to recolonize (Whisenant 1990; Peters and Bunting 1994). Many semi-arid areas are now invaded by annual weeds, and unnaturally frequent, large fires that preclude crustal species' recolonization or succession are common.

Figure 4.5   *Susceptibility of biological crusts to mechanical disturbance based on dominant morphological group.*



*4.2.2.5 Mechanical Disturbance:* Mechanical disturbance results from activities such as vehicle traffic (military and recreational), trampling by livestock and people, and land-clearing (such as mining). Such uses are increasing exponentially in arid and semi-arid areas of the world. Effects of mechanical disturbance are especially noticeable at sites with highly erodible soils and large topographic relief (Harper and Marble 1988).

BLM_0044119

NOTES

Over 30 studies on four continents document that livestock grazing, vehicle use (both recreational and military), and human trampling dramatically reduce lichen/moss cover and species richness of crusts. Resistance to disturbance generally decreases as the organisms become more morphologically complex (Fig. 4.5; Harper and Marble 1988; West 1990; Johansen 1993; Eldridge and Greene 1994; Ladyman and Muldavin 1996). Cyanobacteria, the most resistant to disturbance, are highly mobile and can recolonize disturbed surfaces rapidly. Lichens use a combination of adaptive thallus structures and pigments (Blum 1973; Galun et al.1982), water storage capacities, tolerance of frequent and/or prolonged inundation, and/or an ability to fix atmospheric nitrogen to increase resistance to disturbance. For example, Rogers and Lange (1971) showed that lichens *Collema coccophorum* and *Heppia lutosa* (*H. despreauxii*) were the least affected by sheep trampling around a watering point compared to other taxa. These lichens are able to fix atmospheric nitrogen and to store greater amounts of water than stratified green lichens (Galun et al. 1982). In a comparison of species inside and outside a grazing exclosure, vagrant foliose lichens *Chondropsis semiviridis* and *Xanthoparmelia convoluta*, crustose lichens *Diploschistes scruposus* and *Caloplaca* spp., and the squamulose lichens *Peltula imbricata* were associated with ungrazed sites (Table 4.1; Crisp 1975; Eldridge and Koen 1998). The gelatinous lichen *Collema coccophorum* was the most tolerant of livestock trampling (Rogers and Lange 1971; Eldridge 1996).

Most soil surface disturbance compacts soils. Compaction influences soil water and nutrient-holding capacity, which can lead to changes in soil crust community species composition. These subtle compositional changes often occur before cover changes are apparent (Eldridge 1996).

*4.2.2.6 Burial:* Crust disruption often destabilizes underlying soils, leaving adjacent crusts vulnerable to burial by wind- and water-moved sediments. When soils are moist, the large filamentous cyanobacteria can respond to burial by moving up to 5 mm every 24 hours. When dry, these organisms are not able to move. Burial kills non-mobile photosynthetic components of the crust, including mosses, lichens, green algae, and smaller cyano-bacteria (Campbell 1979). Therefore, burial generally results in a greatly simplified crustal community.

*4.2.3 Disturbance Effects on Nutrient Inputs and Retention*

*4.2.3.1 Carbon Fixation:* Cyanobacterial crusts near coal-fired power plants have greater chlorophyll *a* per unit soil surface area

Table 4.1 *Percent frequency of biological soil crust organisms on loamy and sandy soils inside and outside the exclosure at Koonamore Vegetation Reserve, South Australia, in May 1972. Adapted from Crisp (1975).*

| Species | Morphological Group | LOAMY SOIL | | SANDY SOIL | | |
| | | Exclosed | Grazed | Exclosed | Grazed | *p* |
| **Lichens** | | | | | | |
| *Acarospora smaragdula* | crustose | 2.4 | 0.5 | 7.6 | 2.2 | n.s. |
| *Aspicilia calcarea* | crustose | 39.4 | 20.6 | 26 | 26.2 | * |
| *Aspicilia calcarea* | fruticose | 13.6 | 1.1 | 18.2 | 2.4 | * |
| *Chondropsis semiviridis* | foliose | 0.08 | 0 | 0.1 | 0 | n.s. |
| *Collema coccophorum* | gelatinous | 81.4 | 63.6 | 21 | 0 | * |
| *Diploschistes scruposus* | crustose | 0.6 | 0 | 2.4 | 35.6 | n.s. |
| *Fulgensia subbracteata* | crustose | 20 | 5 | 25.2 | 14.2 | * |
| *Psora decipiens* | squamulose | 38.7 | 15.1 | 33.8 | 24.6 | * |
| *Psora crystallifera* | squamulose | 11.4 | 0.7 | 13.8 | 2 | * |
| *Toninia sedifolia* | squamulose | 13.1 | 3.8 | 13.8 | 7.6 | * |
| *Xanthoparmelia convulata* | foliose | 0.04 | 0 | 0.1 | 0 | n.s. |
| **Liverworts** | | | | | | |
| *Riccia lamellosa* | liverwort | 4.2 | 0.4 | 8.2 | 1.2 | * |

*\* Indicates significant effect of exclosure at p<0.10; n.s. = effect of exclosure was not significant.*

NOTES

than crusts away from the plant, implying higher levels of carbon fixation. This is partially a result of fertilization by nitrogen and sulfur compounds from effluents (Sheridan 1979; Belnap 1991). Photosynthesis-inhibiting herbicides show significant impact on *Nostoc* growth and nitrogen fixation (Gadkari 1988). In general, herbicides inhibit growth and reproduction in culture (Metting 1981). However, effects appear to be more pronounced in the laboratory than the field, and may be transitory (Prasad et al. 1984).

Alteration in crust species composition will affect total carbon fixation, as lichens and mosses fix more carbon per unit soil surface area than cyanobacteria (Phillips and Belnap 1998). Because much of the carbon fixed by crustal organisms is released into the surrounding soils (Lewin 1956), crust cover reduction is expected to reduce soil carbon available for microbial populations that are often carbon limited. This, in turn, may affect decomposition rates of plant litter, and thus, levels of nutrients available to vascular plants (Paul and Clark 1996).

Table 4.2  *Reduction of nitrogenase activity for new and older disturbances on silty soils of the Dugway Proving Ground, Utah. All disturbance types resulted in material left on site except "Scalp," which removed the top 1 cm of crust.*

| Age of Disturbance | Type of Disturbance | Percent Reduction in Nitrogenase Activity |
| --- | --- | --- |
| New | Vehicle | 68 |
| New | Bike | 79 |
| New | Foot | 62 |
| 6 months | Vehicle | 100 |
| 9 months | Tank | 83 |
| 9 months | Scalp | 95 |
| 9 months | Rake | 81 |

*4.2.3.2 Nitrogen Inputs:* Power plant effluents have been shown to decrease nitrogen fixation in *Collema* and *Microcoleus/ Nostoc/Scytonema*-dominated crusts (Sheridan 1979; Belnap 1991). Atmospheric nitrogen deposition may offset reduced nitrogen inputs from crusts; alternatively, anthropogenic nitrogen deposition may aggravate nitrogen loss through increased ammonia volatilization and denitrification. In addition, biological soil crusts release ammonia in the soils, while anthropogenic nitrogen deposition contains large amounts of nitrate (Garcia-Pichel, unpublished data). Microbial and vascular plant species differentially use ammonia and nitrate; thus, deposition of additional nitrates may alter the dynamics of both soil and plant communities (Binkley et al. 1997).

BLM_0044122

Free-living or lichenized *Nostoc* show stimulation of nitrogen fixation at low concentrations of, or short exposure to, arsenic, nickel, lead, palladium, and zinc. However, longer-term exposure to cadmium, lead, and zinc inhibits fixation (Henriksson and DaSilva 1978). Exposure to crude oil and oil dispersants decreases nitrogen fixation in *Nostoc* (Marowitch et al. 1988). Nitrogen fixation is significantly inhibited in *Nostoc* by many insecticides, herbicides, and phenolic compounds tested (Bhunia et al. 1991; Megharaj et al. 1988).

Mechanical disturbance can result in large decreases in soil nitrogen through a combination of reduced input and elevated losses (Peterjohn and Schlesinger 1990; Evans and Belnap 1999). In all soils tested, disturbance by vehicles, human foot traffic, mountain bikes, and raking immediately reduces nitrogen input from crusts (25 to 40% on silty soils; 76 to 89% on sandy soils). Over time, nitrogenase activity can drop by 80 to 100% relative to controls, due to subsequent death of buried material (Table 4.2; Belnap et al. 1994; Belnap 1995,1996).

Species composition changes also affect nitrogen inputs, as cyanolichens (such as *Collema*) fix an order of magnitude more nitrogen than the equivalent soil surface area of cyanobacteria. Thus, the shift from a lichen crust to a cyanobacterial crust can result in less nitrogen entering the ecosystem, as has been shown in multiple studies. Jeffries et al. (1992) showed that heavy grazing reduced nitrogen fixation in sandy soils by 95%. In silty loam soil, Terry and Burns (1987) showed a 64% reduction of nitrogen fixation in burned areas, 85 to 94% reduction in grazed areas, and 99% reduction in a tilled area. *Collema* cover was reduced 50 to 80% in grazed areas relative to adjacent ungrazed areas (Brotherson et al. 1983; Johansen and St. Clair 1986). Expected nitrogen inputs would be reduced accordingly. Evans and Belnap (1999) showed nitrogen fixation in an area released from grazing 25 years was still 2.5 times less than an adjacent, never-grazed area due to reduction in *Collema* cover.

Decreased nitrogen inputs from crusts can have long-term impacts on soil nitrogen levels. Jeffries (1989) found 50% less nitrogen in grazed soils compared to adjacent ungrazed soils. Evans and Belnap (1999) found a 42% decrease in soil nitrogen and 34% decrease in plant tissue nitrogen when comparing a previously grazed (released 30 years previous to the study) site to an adjacent ungrazed area. In the same area, stable nitrogen isotopes showed that both soil and plants in the grazed area contained less newly fixed nitrogen than the ungrazed area, and nitrogen mineralization potential decreased almost 80% (Rimer and Evans 1997). This has large implications for ecosystems that are dependent on biological crusts for nitrogen inputs, such as those on the Colorado Plateau (Evans and Ehleringer 1993).

BLM_0044123

NOTES

### 4.2.4 Disturbance and Vascular Plants

Crusts can affect vascular plant germination, survival, and nutrition. Lichen-moss crusts in areas with frost heaving (as in cool deserts) increase perennial vascular plant seed entrapment, germination, establishment, survival, biomass, and nutritional status (Belnap and Harper 1995). In these deserts, disturbance that flattens frost-heaved surfaces and/or eliminates mosses and lichens can have a negative effect on some or all of these characteristics. However, germination and survival of some exotic annual grasses can be enhanced with biological crust disturbance.

In hot deserts, seed entrapment, biomass, and fecundity of annual plants is generally increased when smooth cyanobacterial crusts are disturbed (Prasse 1999), although there are some exceptions (Gutterman 1994). Disturbance of smooth cyanobacterial crusts enhances germination of some annual species, while decreasing germination of others (Zaady et al. 1997). Rugose crusts in hot deserts have received little study, and no work has addressed the effects of disturbance on seed entrapment. Effects on germination in rugose crusts appear to be species dependent. In contrast to smooth crusts, disturbance to hot desert rugose crusts lessens survival and biomass of perennial plants (McIlvanie 1942; Crisp 1975).

Biological soil crusts have been shown to influence availability of many plant-essential nutrients. Crust loss can result in less plant-available magnesium, potassium, iron, calcium, phosphorus, manganese, and sulfur (Harper and Belnap in press). The spatial distribution of nutrients is also affected by disturbance, as disturbance will alter the relative distribution of biological crust components (i.e., lichens, mosses, cyanobacteria) across the landscape (Klopatek 1992).

### 4.2.5 Disturbance and Surface Albedo

Trampling of dark-crusted surfaces exposes underlying, lighter soils, thus increasing albedo (reflectance) by up to 50% at most wavelengths measured (Fig. 3.1). This increased albedo represents an energy loss from the soil surface of approximately 40 watts/$m^2$ and can reduce soil temperatures by up to 14ºC (Belnap 1995). Such changes in reflectance are especially apparent using satellite imagery, as can be seen in the Negev Desert, along the U.S.-Mexico border, and in Australia. Much of this difference is attributed to loss of biological soil crusts (Graetz and Tongway 1986). Large-scale changes in surface albedo may contribute to changes in regional climate patterns (Sagan et al. 1979).

BLM_0044124

*4.2.6 Disturbance and Soil Hydrology*

The effect of biological soil crust disturbance on soil hydrology is very site specific. Water infiltration, runoff, and resultant soil moisture are influenced by soil surface roughness, soil texture, microtopography, surface albedo and temperature, vegetative cover (both vascular and non-vascular), and climatic conditions. All these factors can be altered when biological crusts are disturbed. In general, disturbance flattens pinnacled and rolling crusts, thus decreasing water infiltration and increasing runoff (Fig. 3.3). In hot deserts, disturbance to smooth and rugose lichen- or cyanobacterial-crusted surfaces can increase overall infiltration rates (Greene et al. 1990; Eldridge et al. 2000). However, this increase in infiltration may negatively affect nearby vascular plants that depend on interspace runoff for survival (see Section 3.6). Soil structure alteration as a result of soil compaction can also reduce infiltration rates. Available soil moisture results from a complex interaction of many soil and plant characteristics, including infiltration, soil moisture-holding capacity, albedo, plant root density, etc. Only two studies have addressed the combined effects of crusts on available soil moisture, with disparate results. One study found increased soil moisture under intact crusts, while the other found soil moisture increased under disturbed crusts (reviewed in Harper and Marble 1988).

*4.2.7 Disturbance Relative to Water and Wind Erosion*

Compressional disturbance damages soil-stabilizing cyanobacterial sheath material both at and below the soil surface. The damage below the surface is irreparable, as living cyanobacteria are not present to regenerate sheath material. As greater than 75% of photosynthetic biomass and productivity is from organisms living in the top 3 mm of soils, disturbance that results in even small soil losses can dramatically reduce site fertility and further reduce soil surface stability (Garcia-Pichel and Belnap 1996).

*4.2.7.1 Water Erosion:* Globally, all studies show crust cover loss significantly increases water erosion of both coarse- and fine-textured soils. Continuous tracks have a greater impact than non-connected disturbances (such as hoof prints) because of increased water flow volume and velocity along the tracks (Webb and Wilshire 1983). Crushing of cyanobacterial connections between particles results in smaller, isolated soil aggregates that are then more easily moved by water. In addition, surfaces flattened by compressional disturbances are less able to reduce water velocity, thereby allowing

NOTES

Biological Soil Crusts:
Ecology & Management

BLM_0044125

NOTES

movement of larger soil particles and reducing opportunities for sediment to settle out.

*4.2.7.2 Wind Erosion:* All studies of wind erosion indicate that disturbed soils are more susceptible to wind erosion than undisturbed soils when dry (Fig. 4.6). When crusts are crushed or absent, soil particle movement is initiated at lower wind speeds, as resistance to wind erosion increases with better soil crust development. Well-developed crusts (with lichens and mosses) on both silt and sandy soils have 2 to 130 times greater resistance to soil erosion than less well-developed crusts or bare soil (Fig. 4.7; Williams et al. 1995b; McKenna-Neuman 1996; Belnap and Gillette 1997, 1998; Leys and Eldridge 1998). Vehicle tires result in greater damage than hooves on a given soil type (Belnap and Gillette 1998).

Decreased resistance of soils to wind erosion is directly associated with increased sediment movement. All experimental disturbances applied to crusts show increased sediment production—up to 35 times that of adjacent undisturbed crusts (Leys and Eldridge 1998; Williams et al. 1995b). Nearby soil crusts are often buried by blowing sediment, resulting in death of photosynthetic organisms.

## 4.3    Factors Influencing Natural Recovery Rates

Recovery rates are dependent on many factors, including disturbance type, severity, and extent; vascular plant community structure; adjoining substrate condition; inoculation material availability; and climate during and after disturbance. Comparing recovery rates reported in the literature is highly problematic, as studies range over a wide array of climatic zones, soil types, and levels of disturbance, and these factors are seldom quantified. Thus, most studies can only be used to define the general range of recovery rates. Some studies do report climate, soil, and/or disturbance data such that comparisons are possible (Anderson et al. 1982a; Jeffries and Klopatek 1987; Callison et al. 1985; Cole 1990; Belnap 1995, 1996; Eldridge 1996; Belnap and Warren 1998).

Examination of these studies indicates that general recovery times can be predicted for soil crusts in different environments. Most recovery time calculations for crust cover assume a linear recovery rate. On the Colorado Plateau, scalped plots were reassessed 2 to 5 and 10 to 14 years after disturbance. After 2 to 5 years, cyanobacterial cover was predicted to recover in 45 to 110 years, whereas it recovered within 14 to 34 years. Thus, linear assumptions greatly overestimated recovery time. Lack of moss recovery prevented useful estimates at two of the three sites at the earlier sampling time. At one site, early estimates were 400 years to recovery, while later estimates were 42

BLM_0044126

**Figure 4.6**  *Resistance of sandy loam soils to wind erosion following disturbance to a well-developed biological soil crust in four time classes. Threshold friction velocity is the force required to detach soil particles from the surface. Time classes indicate the length of time since disturbance to the control. Following determination of threshold friction velocities for controls, treatments were applied as follows: Foot = one pass wearing lug-soled boots; Tire, 1 Pass = one pass of a four-wheel drive vehicle with knobbed tires; Tire, 2 Pass = two passes of a four-wheel drive vehicle with knobbed tires. Within each time sequence, controls were significantly more resistant to wind erosion than treated surfaces. Adapted from Belnap and Gillette (1997).*



**Figure 4.7**  *Resistance of soil surfaces to wind erosion. Resistance increases with surface protection and development of the biological soil crust. The greatest amount of resistance is demonstrated by soils with well-developed biological crusts characterized by a diverse lichen flora. Adapted from Belnap and Gillette (1998).*



BLM_0044127

NOTES

years. As with cyanobacteria, linear extrapolations overestimated recovery time. In contrast, *Collema* recovery after 3 years was estimated at 85 years; after 14 years, the estimate for full recovery was 50 years, a fairly close match. *Collema* recovery at a second site was highly variable: after 2 years, recovery time was estimated at 487 years; after 11 years, estimates were site dependent, ranging from 40 to 766 years. Original estimates were therefore both under and over estimated, depending on individual site characteristics. Sites with more shade and less sandy soils were quicker to recover than original estimates predicted, while more exposed sites with sandier soils were less able to recover than originally estimated (Belnap, unpublished data).

### 4.3.1   Sequence of Species Appearance

Cyanobacteria and green algae are generally the first photosynthetic species to appear on disturbed soils, probably because of their mobility across soil surfaces and their ability to colonize from the air (Schlichting 1969). Large filamentous cyanobacteria such as *Microcoleus* generally appear first (Fig. 4.3, 4.8), especially on unstable sandy soils (Ashley and Rushforth 1984; Belnap 1995). This species is then followed by smaller cyanobacteria and green algae. Occasionally, desert soils are slightly acidic, and here green algae can be the first to appear (Johansen 1993).

Lichens and mosses require stable soil surfaces for growth. This can be provided by a physical crust or by large, filamentous cyanobacteria. Once soils are stabilized, gelatinous nitrogen-fixing lichens (e.g., *Collema* spp.) are generally the first lichens to appear in disturbed areas, followed by other early-successional lichens and mosses (Table 4.3; Johansen et al. 1984; Belnap 1993). Early-colonizing lichens often disperse phytobiont-containing tissue (e.g., isidia, soredia, or algal-covered spores), as opposed to bare spores, thus precluding the need to find phytobionts on-site.

### 4.3.2   Soil Texture

Soil texture influences crust recovery rates. Recovery of all crust components is faster in fine-textured soils than in coarse-textured soils, as fine-textured soils are often stabilized by chemical and rain crusts and retain soil surface moisture longer (Fig. 4.9; as reviewed in Harper and Marble 1988; Johansen 1993; Ladyman and Muldavin 1996). Recovery of the site's wind resistance is also more rapid in fine-textured soils, probably due to crust formation after rainfall. While silty and sandy soils show a similar reduction in wind resistance to vehicle disturbance (83% and 74%, respectively), silty soils show a 50% recovery of wind resistance after a single large rain

BLM_0044128

**Figure 4.8** *Generalized recovery sequence for biological soil crusts. Successional stages are illustrated as steps on the diagram. Disturbance input (indicated by arrows) will cause the crust to revert to an earlier successional state, with severe disturbance resulting in complete destruction of the crust. Recovery time is dependent on environmental conditions, including effective precipitation (see Chapter 2). Note that recovery times, for mid- and late- successional species in areas with lower effective precipitation are unknown, as recovery times are so long no estimates are possible.*



| Geographic Region (elevation, average annual precipitation) | Estimated Years to Recovery | | | |
|---|---|---|---|---|
| | Gelatinous Lichens | Early Colonizers | Mid Successional | Late Successional |
| Lower Mojave (<1500 m, 100 mm) | 1,200 → | 3,800 | unknown | unknown |
| High Mojave (1500 m, 200 mm) | 200 → | 800 | unknown | unknown |
| Colorado Plateau (1500 m, 200 mm) | 50 → | 500 | unknown | unknown |
| Northern Great Basin (1000 m, 350 mm) | 20 → | 25 → | 60 → | 125 |

Figure 4.9 *Biological soil crust vulnerability and recoverability based on site stability, effective precipitation, and disturbance regime. Vulnerability decreases and recovery rates increase with increased site stability and effective precipitation, and infrequent disturbance.*



## Crust Vulnerability and Recoverability

BLM_0044130

Table 4.3  *Characteristics of early-colonizing lichens.*

| Species | Phytobiont | Reproductive Units |
|---|---|---|
| *Caloplaca tominii* | green algae | soredia |
| *Cetraria islandica* | green algae | isidia-like cilia |
| *Cladonia chlorophea* group | green algae | soredia |
| *Collema* spp. | cyanobacteria | isidia |
| *Cornicularia normoerica* | cyanobacteria | finger-like lobes |
| *Endocarpon pusillum* | cyanobacteria | algal-covered spores |
| *Leprocaulon microscopum* | green algae | soredia |
| *Leptogium corniculatum* | cyanobacteria | isidia |
| *Peltigera didactyla* | cyanobacteria / green algae | isidia |
| *Peltigera rufescens* | cyanobacteria | spores, unspecialized thallus fragmentation |
| *Placidium squamulosum* | green algae / cyanobacteria | algal-covered spores |

event, while very sandy soils can take up to 10 years for similar recovery (Belnap and Gillette 1997; Belnap and Herrick, unpublished data).

### 4.3.3    Climate Regimes

Crustal organisms are metabolically active only when wet; thus, recovery is faster in regions and microsites with greater effective precipitation (Fig. 4.8, 4.9; Johansen et al. 1993; Harper and Marble 1988). Crusts on north and east slopes, as well as at higher elevations, will recover more quickly than crusts on south and west slopes and at lower elevations. However, as discussed in Sections 2.2.1, 2.2.5, and 2.2.6, there are thresholds along ecological gradients where adequate precipitation results in development of a more diverse and dense vascular flora in lieu of the biological crust.

### 4.3.4    Disturbance Type, Frequency, Severity, and Size

No work has addressed recovery rates of lichens or cyanobacteria from air pollution. In general, crusts are highly susceptible to hot fires; thus, recovery will depend on the size and intensity of fires. As noted previously in "Disturbance Effects" (Section 4.2), most compressional disturbances have similar types of impacts. However, severity of mechanical disturbance can vary widely with disturbance type. Thus, on similar soils, vehicle tracks generally have longer recovery times than disturbances that do not churn the soil or make continuous tracks (Wilshire 1983; Belnap 1996).

BLM_0044131

NOTES

Repeated disturbance will generally keep crusts at an early-successional stage (e.g., cyanobacteria-dominated) by preventing lichen or moss colonization (Fig. 4.8; Belnap 1996).

Disturbance severity often controls recovery rates. In western North America, site recovery within a given soil and climate type is faster where disturbances are not severe enough to remove crustal material than it is at sites where crusts were removed. When crusts are completely removed, recovery can be excessively slow, especially in areas with low effective precipitation and/or sandy soils (Fig. 4.9; Eldridge 1996). In contrast, crusts crushed in place with vehicles, foot traffic, and horses recover much faster, especially on fine-textured soils.

Because recolonization of disturbed areas occurs mostly from adjacent, less-disturbed areas, the size and shape of disturbance can affect recovery rates. This is especially true for lichens. Desert soil lichens colonize only infrequently through spores; thus, recovery of lichen cover is mostly dependent on material washing or blowing in from adjoining areas (Eldridge and Ferris 1999). The rate of lichen recovery is much slower in areas with higher internal surface areas relative to perimeter area (Belnap, unpublished data).

### 4.3.5    *Condition of Adjoining Substrate*

In general, crust recovery is slower if soils adjacent to disturbed areas are destabilized. Detached sediment can both bury adjacent crusts, killing many crustal organisms, and/or provide material for sandblasting nearby surfaces, thus increasing wind erosion (Belnap 1995; McKenna-Neumann et al. 1996; Leys and Eldridge 1998).

### 4.3.6    *Vascular Plant Community Structure*

Crusts recover more quickly under shrub canopies than in adjacent plant interspaces. This is probably due to greater soil moisture and fertility under shrub canopies. In the Mojave Desert lichen recovery (after complete removal 50 years previously) was 36% under shrub canopies, compared with 4% in the shrub interspaces (Belnap and Warren 1998). A similar pattern was seen in plots established on the Colorado Plateau, where lichen recovery was 2 to 3 times faster under shrubs than adjacent interspaces (Belnap, unpublished data).

The growth of biological soil crusts and vascular plants can be an interactive process (Danin et al. 1989). Eldridge and Greene (1994) present a conceptual model in which crust development at sites is strongly linked to restoration of vital soil processes. As primary colonizers of recovering sites, biological soil crusts enhance microsite fertility and provide safe sites for seeds. In turn, established vascular

BLM_0044132

NOTES

plants help stabilize soils, provide shade, and reduce wind speeds at the soil surface, providing conditions conducive to further development and diversification of the biological soil crusts (Wood et al.1982; Danin et al. 1989).

### 4.3.7    Nitrogen and Carbon Fixation

Overall, nitrogen and carbon fixation rates in biological soil crusts are dependent on its species composition, biomass, and physical structure. Thus, recovery is dependent on recovery rates of specific crustal components. Recovery of nitrogen fixation is dependent on recovery rates of cyanobacteria and cyanolichens. Nitrogen fixation in crusts can require anaerobic microzones in the soils, which may be dependent on buildup of cyanobacterial biomass (Belnap 1996). Carbon fixation increases when lichens and mosses colonize (Phillips and Belnap 1998). As recovery is faster with higher available moisture, both nitrogen and carbon fixation rates are expected to recover faster in cool deserts than in hot deserts, other factors being equal.

Lichen cover may not fully recover after disturbance. On the Colorado Plateau, soils previously occupied by cyanolichens were often occupied by mosses after release from grazing (Belnap, unpublished data). As long as cyanolichen recovery does not occur, reduced nitrogen inputs are expected, and soil and plant nitrogen levels may remain lower (Evans and Belnap 1999).

### 4.3.8    Surface Albedo

Restoration of normal surface albedos and temperatures will depend on the restoration of pre-disturbance cover of cyanobacteria, lichens, and mosses. While cyanobacteria do form a darkish matrix in which other components are embedded, mosses and lichens are much darker and can contribute 40% or more of the cover in an undisturbed crust (Belnap 1993). Consequently, surface albedo recovery will be controlled by factors that control lichen and moss recovery.

BLM_0044133

NOTES

## CHAPTER 5

MANAGEMENT TECHNIQUES TO MAINTAIN OR
IMPROVE EXISTING BIOLOGICAL SOIL CRUSTS

While total protection from disturbance is often the easiest
way to maintain or improve biological soil crusts, this is not often
possible or desirable. There are many factors to consider in the
management of soil communities, including disturbance type,
intensity, timing, frequency, duration, or extent. Research is needed
to determine realistic biological soil crust objectives by soil type in
most potential vegetation types, but initial estimates can be
determined by using "healthy" reference areas as described by the
National Research Council (1994). Protection of relic sites as
rangeland reference areas is important, as these sites provide baseline
comparisons for ecological potential and future scientific research.

### 5.1    Fire

Proactive management is needed to prevent unnaturally large
and/or frequent fires in areas where fuel build-up or annual grass
invasions have occurred. Such management actions may include
altering grazing regimes to prevent annual plant invasions, prescribing
fire to prevent fuel build-up, and/or restricting off-road vehicle use.

#### 5.1.1    Prescribed Fire

Used cautiously, prescribed fire can be a useful tool in some
situations for renewing community vigor. However, the site's ecology
and evolutionary history need to be understood, as burning can result
in conversion of some sites to exotic vegetation. Thus, even though a
community evolved with fire, fire may no longer be desirable because
of exotic plant invasions. Prescribed fire is not recommended for such
sites unless post-fire restoration treatments are planned. Prescribed
fire may be useful on more productive sites with low potential for
exotic plant invasion to reduce high woody vegetation densities
resulting from overgrazing. Other impacts (such as recreational or
domestic livestock use) should be limited following treatment to
allow full site recovery.

BLM_0044134

NOTES

### 5.1.2   Post-fire Management

Once a site has burned, evaluation is needed to determine whether recovery will occur naturally or if revegetation is needed. Many burned sites, particularly those in the Great Basin and Intermountain regions, require revegetation to stop exotic plant invasion, and most techniques require some soil surface disturbance (Fig. 5.1). This may not appear consistent with recovery of biological crusts. However, failure to treat sites can result in irreversible dominance by annual species (such as cheatgrass), which prevents the return of well-developed biological soil crusts (Fig. 4.2, 4.5, 5.2; Kaltenecker 1997, Kaltenecker et al. 1999a). Once revegetated, protection from grazing and recreational use is often necessary for recovery of the biological soil crust and the vascular plant community. Recovery in these areas can be further facilitated by use of minimal-till or no-till drills or other seeding methods that minimize soil surface and compressional impacts. Emphasis should be placed on restoring the native plant community using local ecotypes, if available.

In the western U.S., revegetation of salt-desert shrub and lower-precipitation Wyoming big sagebrush communities presents some unique problems. West (1994) presents evidence that cheatgrass will remain and potentially increase in these types, as revegetation is difficult because of arid conditions and unpredictability of wet years. He suggests that without livestock consumption of cheatgrass, susceptibility to fire could increase. However, the effective use of livestock in long-term control of cheatgrass has not been demonstrated. In addition, such grazing would occur well into the growing season and thus to the potential detriment of biological crusts and native vascular plants.

Figure 5.1 *Soil surface disturbance associated with post-fire revegetation projects. This site was drill-seeded with a rangeland drill.*



BLM_0044135



Figure 5.2  *Biological crust development in a successful seeding in the northern Great Basin (above) and lack of development in an exotic annual grass community (below). Note the difference in plant density and the accumulation of litter on the soil surface that limits biological crust development in the exotic community.*



## 5.2    Livestock Grazing

Managing for healthy biological soil crusts requires that grazing occur when crusts are less vulnerable to shear and compressional forces. Timing for this is highly dependent on soil type and climatic regimes (see Chapter 4). Crusts on all soil types are least vulnerable to disturbance when soils are frozen or snow covered. Biological crusts on sandy soils are less susceptible to disturbance when moist or wet; on clay soils, when crusts are dry (Fig. 2.5; Marble and Harper 1989; Memmott et al. 1998). In general, light to moderate stocking in early- to mid-wet season is recommended. On low- to mid-elevation sites, winter use is advantageous to most vascular plants, including riparian communities, and substantially reduces supplemental feed costs associated with livestock production. Winter grazing also most closely replicates the grazing strategy of native herbivores, who use more productive, higher-elevation sites during summer and lower-elevation sites in winter (Fig. 5.3; Miller et al. 1994; Burkhardt 1996). It is important to remove livestock well

BLM_0044136

NOTES

before wet season's end to allow regrowth of crustal organisms before extended drought. Use when soil surfaces are very wet and muddy should also be avoided to prevent burying the crust (Kaltenecker and Wicklow-Howard 1994; Kaltenecker et al. 1999b). Implementation of rest-rotation strategies that minimize frequency of surface disturbance during dry seasons and maximize periods between disturbances will reduce impacts to biological soil crusts.

Dispersal of livestock throughout useable portions of pastures should also be emphasized. Disturbance of sensitive sites should be avoided or minimized when they are a small proportion of the overall pasture or landscape. Ways to disperse livestock include the following:

- Locating water and salt (or other supplements) on sites with low potential for biological soil crust development and in areas that discourage livestock from loitering. In many areas, sites with high rock cover are good options. Livestock trailing preferences need to be considered when evaluating locations.

- Using brush barriers or fence segments to divert trailing. Sites with high potential for biological soil crust development are often not preferred by livestock for forage; however, these same sites may be open and easy to walk across. Because of lack of forage, minimal barriers are usually sufficient to discourage access.



Figure 5.3    *Native grazers in the western U.S., such as pronghorn antelope and muledeer, tend to use higher, more productive sites during summer and move to lower elevation sites for winter forage. They may also move through areas, rather than staying in one area. This type of seasonality and intensity minimizes impacts to biological crusts by concentrating use when crusts are frozen or moist.*

BLM_0044137



Fig. 5.4  *Vehicular disturbance to biological soil crusts. Recreational disturbances are concentrated in open interspaces, where crusts are most abundant and vulnerable. The tracks in the top photo are approximately 10 years old.*

Stocking levels and season of use should be ascertained on an annual basis, jointly by managers and users, with optimal coverage of both vascular plants and biological soil crusts as the management goal (Kaltenecker and Wicklow-Howard 1994; Kaltenecker et al. 1999b). Optimal coverage should be based on site capability and rangeland health indicators of site stability and nutrient cycling. Livestock exclusion from reference areas and sites with highly erodible soils or low vascular plant cover is appropriate to protect biological crusts and site stability.

## 5.3    Recreational Use Management

Many recreational activities have impacts similar to those of livestock use. Therefore, principles relating to management of livestock disturbance intensity, timing, frequency, duration, or extent apply to recreational impacts as well. However, there are also major differences. People are often harder to control than livestock. People can carry food and water; thus, access to these essentials does not limit their activities. People tend to go where they want, even in the presence of barriers such as fences. People also have a greater affinity for open vegetation, as it is easier to walk or drive through; however, these same open sites are generally dependent on biological soil crusts for stability (Fig. 5.4). Education, legal restriction and/or use stipulations, and compliance activities may require proportionately

BLM_0044138

NOTES

higher management priorities and time requirements than for the control of livestock.

Concentration of recreational use is generally desirable. Designated campsite use reduces the impact of haphazard placement of sites by individuals. Trails minimize the amount of biological soil crust that is disrupted by trampling. Education can be used to teach people how to camp in areas without designated campsites (e.g., on hardened surfaces, such as rocks, or in areas with minimal crust potential) and how to travel cross-country in areas that lack trails (e.g., in washes, on rock, on fallen logs).

Recommended management practices include the following:

- Restrict road locations to less sensitive areas. Road drainage (culverts, water bars) should be designed so that erosion or sediment fill of adjacent off-site areas is minimized.

- Promote extensive, low-density uses, such as hiking and backpacking, during late fall and winter periods. Restrict access during dry seasons.

- Permit high-density, high-impact uses, such as Christmas tree and firewood cutting areas, for short durations during late fall and winter, preferably when soils are frozen. Areas should be rotated based on a total allowable disturbance threshold with long recovery periods (greater than 10 years minimum on moderate- to high-resiliency sites, such as in sagebrush communities [greater than 230 mm average annual rainfall] in the northern Great Basin) before redesignation for use. Exclude low-resiliency sites.

- Provide designated trails, and restrict use to trails in high-density recreational areas.

- Provide interpretive sites and literature on recognition and value of protecting biological soil crusts at major access points in areas of extensive or unique crust formation.

- Require an analysis of impacts to biological soil crusts and appropriate stipulations on all use applications, such as rights-of-way, oil and gas and other exploration permits, permits to drill, etc.

BLM_0044139

# CHAPTER 6

NOTES

## MONITORING BIOLOGICAL SOIL CRUSTS

Monitoring is the collection and analysis of repeated observations so that trends can be assessed. Typically, monitoring is used to evaluate landscape condition changes over time, often in relation to defined management goals. A monitoring program's objectives will determine the position in the landscape at which measurements will be made and the period over which data will be collected and assessed. Monitoring is often designed so that measurements can be made by more than one observer, and the level of acceptable change is usually determined before monitoring commences.

Monitoring studies often differ from traditional research studies in that they are not designed to infer the cause of any observed changes. Monitoring studies usually lack replication and often have no controls. Plot sizes and measurement protocols may be similar in both monitoring and research studies, but the management objectives are often widely different. The following is a discussion of field-based monitoring strategies and procedures for biological crusts. Key attributes for each strategy are summarized in Table 6.1.

## 6.1    Monitoring Methods

During the past century, rangeland managers have grappled with methods to assess the health and trend of landscapes (Tueller 1988). Techniques have concentrated primarily on vascular plant attributes, such as cover, frequency, presence/absence, abundance, and biomass of various species, particularly perennial plants (Stoddart et al. 1975; Friedel and Bastin 1988; Friedel et al. 1988; Holechek et al. 1989; Milton et al. 1998). Recently, there has been more emphasis on soil surfaces, and monitoring techniques to assess soil surface condition have been developed (Tongway 1994; Pellant 1996; Whisenant and Tongway 1996; de Soyza et. al. 1997).

While many scientists acknowledge the close links between biological soil crusts and rangeland condition (Klopatek 1992), crusts and their component organisms have rarely been recorded during field-based assessment (West 1990). Early efforts to classify soil surfaces and include biological soil crusts were developed in the semi-arid woodlands of eastern Australia (Tongway and Smith 1989). This assessment showed differences in the stability, erosion, and nutrient status of soil surfaces, and provided a reliable estimate of potential productivity of the surface independent of vascular

BLM_0044140

Table 6.1 *Attributes of biological crust monitoring strategies. See the text for detailed discussion of each method.*

**Recording Method: Individual Taxa vs. Morphological Groups**

| | |
|---|---|
| Individual taxa | • Allows documentation of biodiversity.<br>• More sensitive to change over time. |
| Morphological groups | • Quicker, easier identification.<br>• Good evaluation of ecological function.<br>• Less variability.<br>• Less sampling time and intensity to get reliable estimates. |

**Sampling Methods**

| | |
|---|---|
| Quadrats (using point or cover class estimates) | • Useful if clumps are <2 cm diameter or groups/taxa are highly interspersed.<br>• Use if information on spatial relationships is not desired.<br>• Provides cover estimate. |
| Line-point Intercept | • Useful if clumps are <2 cm diameter or groups/taxa are highly interspersed.<br>• Provides information on spatial relationships.<br>• Provides cover estimate. |
| Line Intercept | • Best if clumps are >2 cm diameter and groups/taxa are not highly interspersed.<br>• Provides information on spatial relationships.<br>• Provides actual measure of cover. |

vegetation. The method used four classes for soil surfaces: Class 1 = stable, productive surfaces with high biological crust cover and species diversity; Class 2 = slightly unstable, moderately productive surfaces with broken biological crust cover and moderate species diversity; Class 3 = moderately unstable and unproductive surfaces with low biological crust cover and species diversity; and Class 4 = very unstable and unproductive surfaces where biological crusts are absent (Mucher et al. 1988).

This system was later refined and extended to other landscape types (Tongway and Hindley 1995) and other soil characteristics, such as the degree of cracking, surface coherence, microtopography, and biological crust cover. U.S. workers (Pellant 1996; USDI 1997) have also included biological crust cover as a component of federal land monitoring programs. In eastern Australia, the Department of Land and Water Conservation has been collecting data (including biological crust cover) on the condition and trend of rangelands since the mid-1980s (Green 1992). Monitoring staff in Canyonlands

BLM_0044141

National Park in southeastern Utah have been collecting cover estimates for biological crusts since 1987 (Belnap, unpublished data).

### 6.1.1    Sampling Design and Procedures

Biological crusts are typically measured using standard or slightly modified rangeland assessment techniques. These are generally based on measurement of plant and soil attributes within permanent sampling units (quadrats), stratified within relevant vegetation or soil zones (Ludwig and Tongway 1992). Stratification may be necessary where the landscape is composed of a number of homogeneous land units. On degraded sites, nearby reference areas should be measured in order to determine the site's potential for biological crust development. Biological crusts are likely to be most pronounced in areas protected from trampling, such as under shrubs or adjacent to obstacles such as fallen trees and rocks. Shallow, rocky soils often provide "refugia" for crustal organisms that have been destroyed by livestock on more productive soils. However, reference areas should be as identical as possible to their paired disturbed sites with regards to soil characteristics (texture, chemistry, depth), placement on the landscape, and vegetation production potential.

### 6.1.2    Using Morphological Groups for Monitoring

Biological crust organisms are rarely recorded during routine rangeland monitoring despite increased acceptance over the past decade of their importance in ecosystem processes (Harper and Marble 1988; West 1990; Eldridge and Greene 1994; Ladyman and Muldavin 1996). West (1990) contends that this is due to difficulties in identifying the organisms *in situ*, lack of a standardized sampling procedure with often undue emphasis on laboratory culturing, lack of conspicuousness of some organisms (particularly when the soils are dry), and their patchiness in time and space. As identification is problematic, monitoring can be a daunting task to all but the most experienced (Eldridge and Rosentreter 1999).

However, strong relationships exist between form (morphology) of biological crust organisms and their ecological functioning in relation to landscape processes and disturbance (Eldridge and Rosentreter 1999). Morphology determines how crust organisms function ecologically (relative to erosion and water retention) and their tolerance to, and recovery from, physical disturbance. Morphological groups have been proposed as surrogates for species in biological crust monitoring (see Table 1.1; Kaltenecker 1997; Ponzetti et al. 1998; Eldridge and Rosentreter 1999).

Morphological groups are biologically and ecologically efficient and convey to non-specialists a better image of the

NOTES

BLM_0044142

NOTES

organismal form and its likely impact on soils and landscapes. These relationships hold true in different regions and continents and eliminate the need for complex, often confusing changes in nomenclature. Other advantages of morphological groups for rangeland monitoring include ease of identification, which is independent of sexual reproductive structures, and the ability to monitor sites more quickly with less specialized staff (Eldridge and Rosentreter 1999). Cover and abundance measures of morphological groups can be obtained more rapidly than measuring each individual species. This allows use of the same size plot for varied sites and assessment of more sites per unit time.

Although morphological groups are appropriate for broad-scale or regional monitoring, their use may not allow the detection of individual species, particularly rare or uncommon taxa. Specific goals of individual studies (i.e., determination of total diversity vs. functional diversity vs. site stability) need to be determined prior to initiation of monitoring. This will determine whether morphological groups can be used or whether monitoring needs to occur at the generic/species level. In all cases, crustal organisms are best detected or identified when moist. When sampling during dry weather, the soil surface to be measured can be moistened with water mist prior to reading to make the organisms more visible.

### 6.1.3   Quadrat Methods

In communities where biological crusts are patchy, lichen and moss cover is sparse, and/or large areas are being assessed, crust monitoring is often done using quadrats. These can be located either randomly or along a line transect. Quadrats can be used to estimate both biological crust and vascular plant cover (Anderson et al.1982a, b; Brotherson et al. 1983), using either point-intercept or cover classes (Fig. 6.1, 6.2). While cover of the various strata within the community (i.e., biological crusts, herbaceous plants, and shrubs) can be determined, horizontal spatial relationships between groups of organisms cannot be defined using quadrat methods. Where biological crust cover is relatively dense or where personnel turnover is high, microplot sampling effectively estimates cover (McCune and Lesica 1992). Reduced quadrat size is also useful if a goal of the study is to observe greater detail in biological crust composition in relation to environmental variation within the site. For example, Rogers and Lange (1971) used 15 x 20-cm quadrats to examine changes in crust floristics related to stock watering points in semi-arid and subtropical Australia. Other Australian studies have employed 0.5 m$^2$ subplots within larger plots to assess cover and frequency of crustal organisms (Eldridge and Bradstock 1994; Eldridge 1996; Eldridge and Tozer

BLM_0044143

1996; Eldridge 1999). U.S. workers have adapted a 20 x 50-cm quadrat and cover classes traditionally used for vascular vegetation monitoring (see Daubenmire 1959) for estimating biological crust cover (Rosentreter 1986; Ponzetti et al. 1998).

Destructive sampling might be necessary if detailed documentation of biological crust species composition is desired. Eldridge and Semple (unpublished data) removed small cores (4 cm$^2$) from an area of high biological crust cover and diversity and used a dissecting microscope to record cover and abundance of crustal organisms. Use of a short-focus telescope is a similar, non-destructive method (Pickard and Seppelt 1984), but is less accurate.

Within a quadrat, cover and frequency are relatively quick to assess, can be recorded by taxa or morphological groups, and are often good indicators of the ecological and hydrological status of the landscape (Eldridge and Koen 1998). Frequency is determined as the number of times that an organism or group is recorded within a given number of sampling units (expressed as a percentage). This measure describes the abundance and distribution of species and is useful to detect changes in community composition over time. It is one of the easiest and fastest methods available for monitoring changes in vegetation (USDI 1996). Frequency methods are used extensively by federal land management agencies for monitoring changes in landscape condition or trend in relation to vascular plants, and can easily incorporate biological soil crusts.

### 6.1.4   Line-intercept Methods

Line-intercept has been used in the northern Great Basin in studies that characterized both the crust and vascular plant



Figure 6.1   *Quadrat frame used for point-cover estimation. This frame is 25 x 25 cm in size. Hits are determined by dropping a pin vertically from each intercept within the frame.*

NOTES

BLM_0044144

Figure 6.2   *Data form for point-intercept using a quadrat method (left) and example of data collection (right).*

| Date: | | | Personnel: | | | | | | total = 20/stake | |
|---|---|---|---|---|---|---|---|---|---|---|
| Plot | Stake | Cyano | Collema | Moss | Litter | Bare | Placidium | Psora | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

BLM_0044145

| Date: 5-4-01 | | Personnel: JHK, RR | | | | | | | total = 20/stake | |
|---|---|---|---|---|---|---|---|---|---|---|
| Plot | Stake | Cyano | Collema | Moss | Litter | Bare | Placidium | Psora | | |
| 1 | 1 | III | ⊮ | I | II | ⊮ | II | II | | |
| 1 | 2 | ⊮ I | III | II | ⊮ | IIII | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

seventy-seven

Biological Soil Crusts:
Ecology & Management

BLM_0044146

NOTES

communities (Kaltenecker 1997; Kaltenecker et al. 1999a, b; Kaltenecker, unpublished data). Using line-intercept (see Canfield 1944 for a description of the original methodology developed for vascular plant communities), taxa or morphological groups (Eldridge and Rosentreter 1999) are recorded every centimeter along a number of 10-m or 20-m line transects (Fig. 6.3, 6.4), with cover and floristics of the biological crust and vascular plant communities calculated as a percentage of the total line transect length (Rogers 1994). Each line forms a single, independent sampling unit.

Line-intercept is a rapid and efficient method of sampling when the vegetation community is strongly patterned and is therefore useful in many arid and semi-arid ecosystems. Line-intercept is easiest



Figure 6.3   *Use of line-intercept for measuring biological crust cover along with other community attributes (vascular plant cover, litter, bare mineral soil, rock). Note the placement of the transect line close to the soil surface. Cover of each entity is measured along the top edge of the tape. A misting of water makes crustal organisms more visible and therefore easier to measure.*

when organisms have a definitive boundary, and can be difficult to apply in sites with dense or intermingling vegetation. An advantage of line-intercept over quadrat methods is the ability to derive linear spatial relationships between organisms from the data.

Lines should be long enough to include most of the variability in both the vascular vegetation and biological crust. Optimum line length should be determined from pilot sampling. It is imperative that the line is placed in exactly the same location each time to prevent sampling error associated with repeated measure. Permanent markers, such as steel stakes or nails, may be located along the line to ensure correct placement. If vascular vegetation is measured at the same time, a longer transect might be required with intensive sampling of the biological crust along a shorter portion of the line (USDI 1997).

BLM_0044147

Figure 6.4   *Line intercept data form (this page) and example of data collection (next page).*

| Site Name: | | | | Date: | | | |
|---|---|---|---|---|---|---|---|
| Treatment: | | Transect #: | | Reader: | | Recorder: | |
| Cover Type | From (cm mark) | To (cm mark) | Under (Cover Type) | Cover Type | From (cm mark) | To (cm mark) | Under (Cover Type) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

BLM_0044148

| Site Name: Kuna Butte | | | | Date: 4-18-01 | | | |
|---|---|---|---|---|---|---|---|
| Treatment: unburned | | Transect #: 1 | | Reader: JHK | | Recorder: EM | |
| Cover Type | From (cm mark) | To (cm mark) | Under (Cover Type) | Cover Type | From (cm mark) | To (cm mark) | Under (Cover Type) |
| Artrw | 0 | 40 | | | | | |
| tall moss | 0 | 36 | Artrw | | | | |
| short moss | 36 | 40 | Artrw | | | | |
| short moss | 40 | 52 | | | | | |
| crustose | 52 | 55 | | | | | |
| squamulose | 55 | 62 | | | | | |
| short moss | 62 | 70 | | | | | |
| Agsp | 70 | 85 | | | | | |
| short moss | 70 | 74 | Agsp | | | | |
| short moss | 83 | 85 | Agsp | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### 6.1.5   Line-point Intercept Methods

The line-point intercept method is similar to line-intercept, but uses random or predefined points along a line rather than intercepts, and records only the entity or entities (if recording over- and understory) associated precisely with that point. Cover and floristics of the biological crust and vascular plant communities are then calculated as a percentage of the total number of points. Line-point intercept is useful for estimating cover in communities where the crust and vascular vegetation are not strongly patterned. As with line-intercept, linear spatial relationships can be assessed using this method.

### 6.1.6   The Issues of Scale

Size and shape of the sampling unit depends upon the vegetation type and spatial distribution. Ultimately, the size and number of quadrats will depend on a compromise between statistical considerations (see Section 6.1.8) and what is logistically possible. Generally, in sparsely vegetated landscapes, larger linear quadrats are useful in decreasing variability because of cover heterogeneity. Circular quadrats are often preferred to square because they reduce edge effects. The nature of the impact being investigated will also influence the monitoring method(s) used. For example, studies focusing on species composition will require microplot sampling, while compressional impacts (off-road vehicles, grazing) on biological soil crusts may be best examined by using repeated photo-points, remote sensing, or aerial photography interpretation on large plots of up to several hectares in area.

### 6.1.7   Voucher Specimens

Representative specimens of each crustal organism should be collected as vouchers for each site. Voucher specimens should include all the variation within a morphological group. A site's biodiversity can later be assessed by identification of voucher specimens by an expert and application of diversity indices.

Voucher specimens require specialized preparation to preserve them for long-term storage (Rosentreter et al. 1988). This often includes removal of excess soil, stabilization of the underlying substrate, and fixation of the specimen onto a stiff card to protect it from breakage. A collection of local or regionally occurring crustal organisms stored in a herbarium is useful for future identification of taxa and for describing a study area's floristics. This enables other researchers and land managers to evaluate differences in biological crust composition between regions.

NOTES

eighty-one

Biological Soil Crusts:
Ecology & Management

BLM_0044150

NOTES

### 6.1.8  Statistical Considerations

Statistical considerations are important when designing any sampling procedure. It is important that the size and number of sampling units, their placement in relation to landscape heterogeneity, and their replication (if significance testing is required) do not compromise any future data analyses. The most efficient design is usually the one that yields the highest statistical precision (smallest standard error and narrowest confidence interval around the mean) for a given amount of effort or money. It is therefore crucial that a biometrician or a statistician with an ecological background be consulted prior to establishment of a monitoring program.

While the value of statistical analysis regarding changes in biological soil crust cover or floristics cannot be undervalued, rigorous statistical examination might not always be necessary or even desirable for a monitoring program (Eldridge and Rosentreter 1999). The danger, however, is that subsequent personnel may wish to look for statistically significant results using a monitoring protocol that was not established to allow rigorous examination. Monitoring sites are frequently unreplicated or pseudo-replicated, and analyses may therefore result in erroneous conclusions (Hurlbert 1984).

A pilot study may be necessary to determine optimal quadrat size, the shape or number to be used, or the transect length that will enable the operator to reduce Type I error (erroneously rejecting a true null hypothesis). For any site-by-time combination, a species-area curve (McCune 1992) can be calculated to give the optimal sampling intensity needed to estimate parameters for a given proportion of the population. For example, in semi-arid eastern Australia, Eldridge and Tozer (1995) found that between six and eight $0.5\text{-m}^2$ quadrats were needed to adequately describe the biological crust in a woodland community, while only three quadrats were required to describe the crust in a grassland.

Species-area curves are likely to vary in relation to landscape heterogeneity, and the observers must ensure that all site measurements are made from a homogeneous sample. For example, in the patterned semi-arid woodlands in eastern Australia, where groves of trees located on the contour are separated by treeless inter-groves, the biological crust cover varies markedly between the two zones (Eldridge 1999; Tozer and Eldridge, unpublished data). Monitoring should occur within, rather than across, geomorphic zones; otherwise, species-area curves are meaningless and will fail to reveal the optimal number of units necessary to detect differences.

Despite the importance of statistical considerations, the sampling intensity may depend entirely on sampling efficiency. This is particularly important in studies where cores or samples are

BLM_0044151

collected for laboratory identification and analysis. As a broad generality, one day of collecting and recording crustal organisms in the field can generate up to 10 days of processing and identification in the laboratory. Sampling intensity, therefore, is often a compromise between what is statistically necessary and what is logistically feasible.

## 6.2    Other Monitoring Methods

As discussed in Chapter 4, changes in biological crust biomass and function often cannot be assessed by visible cover change (Belnap 1993). Obviously, monitoring of cover changes is the easiest and most practical method. However, if resources are available, additional methods should be used to more accurately track biological crust responses to disturbance or management change. The methods described below are examples of monitoring that provides information about biological crusts from a functional perspective.

Determination of cholorophyll *a* using spectrophotometric or high pressure liquid chromatography (HPLC) analysis is an efficient and reliable measure for monitoring changes in photosynthetic biomass, even when visible cover is difficult to detect (Belnap 1993). In areas dominated by cyanobacteria and cyanolichens, monitoring nitrogenase activity is an effective way to determine functional changes in the biological crust (Belnap et al. 1994; Belnap 1996). Both methods require destructive sampling, but can provide valuable information regarding stages in biological crust development.

The slake test is a simple method of determining soil surface stability under wet conditions. Small soil surface fragments (6 to 8 mm diameter) are immersed in rain-quality water, observed over a period of several minutes, and rated according to cohesion of fragments after soaking (Table 6.2). Biological crusts will maintain cohesion when soaked, while physical or chemical crusts will tend to slake or disperse (see Tongway and Hindley 1995 for detailed methods regarding this test). More complicated methods of determining stability include the use of wind tunnels and simulated rainfall.

## 6.3    Impacts of Monitoring

Care should be taken to establish rigorous protocols when sampling within quadrats and along lines. Because crustal organisms are susceptible to damage by humans, inadvertent trampling within the sampling units may create biased results. Studies on biological soil crusts require that voucher specimens be collected to provide a

NOTES

**Table 6.2**    *Classification of results from the slake test. Adapted from Tongway (1995).*

| Class | Stability Rating | Observed Behavior of Soil Fragment |
|---|---|---|
| 1 | Very unstable | Fragment collapses completely in <5 seconds into a shapeless mass. A myriad of air bubbles is often present. |
| 2 | Unstable | Fragment substantially collapses over about 5-10 seconds with only a thin surface crust remaining; >50% of the sub-crust material slumps to an amorphous mass. |
| 3 | Moderately stable | Surface crust remains intact; slumping of sub-crust material is <50%. |
| 4 | Stable | Entire fragment remains intact after 5 minutes. This level of stability can remain for many hours. |

permanent record of the species found in an area. Removal of voucher specimens or destructive sampling modifies the community and should occur away from permanent plots.

BLM_0044153

# CHAPTER 7

## INTERNET RESOURCES FOR BIOLOGICAL SOIL CRUSTS

The Internet has a number of valuable resources for information on biological soil crusts or the organisms that comprise crusts (lichens, algae, etc.). Below we have listed several of the most useful web pages currently available.

| Web Address | Author or Organization | Description |
|---|---|---|
| www.soilcrust.org | U.S. Geological Survey (Jayne Belnap) Bureau of Land Management National Park Service | Biological soil crust information, based in Canyonlands National Park. This web page contains a near exhaustive bibliography for all things crust-like and a recent version of this reference. |
| www.id.blm.gov/iso/soils/index.html | Bureau of Land Management, Idaho State Office | This site contains an introduction to soil biological communities, including soil crusts and subsurface micro-and macro-organisms. |
| www.ucmp.berkeley.edu/fungi/lichens/lichens.html | University of California, Berkeley, Museum of Paleontology | Introduction to lichens. |
| www.unomaha.edu/~abls/resources.html | American Bryological and Lichenological Society (ABLS) | Checklists and floras; links to institutions and individuals that are resources for information on nonvascular plants and lichens. |
| mgd.nasce.org/hyperSQL/lichenland | Department of Botany and Plant Pathology, Oregon State Univ. | One of the best introductions to lichens, complete with great color photos. |
| ucs.orst.edu/~mccuneb/ | Bruce McCune Oregon State University | Bruce McCune is a leading ecologist in North America and specializes in lichen and moss ecology and taxonomy. |

BLM_0044154

| Web Address | Author or Organization | Description |
|---|---|---|
| **www.ndsu.nodak.edu/instruct/esslinge/chcklst/chcklst7.htm** | | |
| | Theodore Esslinger<br>Department of Botany<br>North Dakota State University | *Cumulative Checklist for the Lichen-forming, Lichenicolous and Allied Fungi of the Continental United States and Canada.* |
| **www.fs.fed.us/land/ecosysmgmt/ecoreg1_home.html** | | |
| | USDA Forest Service<br>Robert G. Bailey | Descriptions of Bailey's ecoregions of the U.S., including maps. |
| **www.accessexcellence.org/BF/bf05/johansen/web.html** | | |
| | California Academy of Sciences<br>Jeffrey Johansen | Text of a talk presented to high school teachers for the California Academy of Sciences. A layman's introduction to biological crust, focusing on algal and cyanobacterial components and research on inoculation to speed recovery following disturbance. |
| **www.biblio.bio.purdue.edu/www-cyanosite** | | |
| | Department of Biology,<br>Purdue University; Foundation for Microbiology | Web server for cyanobacterial research; includes a link to CyBib, a bibliographic database containing references on cyanobacteria. |

BLM_0044155

# GLOSSARY

**adnate:** Pressed closely against a surface.

**aggregate stability:** The degree to which a group of soil particles cohere so as to behave mechanically as one unit.

**albedo:** A measure of the energy reflected off a surface. Dark surfaces have a lower albedo than light surfaces; therefore, light surfaces absorb less energy than dark surfaces.

**ammonia volatilization:** The vaporization of ammonia into the atmosphere.

**anaerobic:** The absence of oxygen. Also refers to organisms able to live or grow in the absence of free oxygen.

**appressed:** Pressed closely against a surface.

**autotroph:** An organism whose growth and reproduction are independent of external sources of organic compounds. Carbon compounds are created by autotrophic organisms via the reduction of carbon dioxide ($CO_2$), with light energy driving the process.

**bacteria:** Members of a group of diverse and ubiquitous prokaryotic, single-celled organisms.

**bryophytes:** Tiny plants lacking vascular tissues. This group includes mosses and liverworts.

**calcareous:** Substrates rich in calcium carbonate, such as limestone or dolomite. Also refers to soils derived from or containing these substances.

**cosmopolitan:** Found worldwide.

**crustose lichens:** Lichens that form a crust-like growth form that is closely applied to the substrate.

**cyanobacteria:** "Blue-green" algae; prokaryotic, photosynthetic organisms that generally have a blue-green tint and lack chloroplasts.

**cyanolichen:** Lichen that contains a cyanobacterium as its phytobiont.

**denitrification:** The formation of gaseous nitrogen or gaseous nitrogen oxides from nitrate or nitrite by microorganisms.

**desertification:** Land degradation in arid, semi-arid, and dry subhumid regions of the world resulting from climatic and other natural stresses coupled with human activities. Processes that lead to desertification include soil loss through wind and water erosion; changes in soil quality due to salinization, waterlogging, and nutrient depletion; loss of vegetative biomass and cover; and compositional and structural changes in plant communities due to exotic plant invasion (Mouat et al. 1995).

**foliose lichens:** Lichens that are leaf-like in growth form, flattened with definite upper and lower surfaces, and usually loosely attached to the substrate.

**fruticose lichens:** Lichens with three-dimensional growth forms that are ropey or branching and do not have definite upper and lower surfaces.

**gelatinous lichens:** Lichens that are non-stratified (algal and fungal layers are not distinct) and that have a jelly-like appearance when moistened. All gelatinous lichens have cyanobacteria as their phytobiont.

**gemmae:** Structures produced by liverworts that function in vegetative reproduction.

**green algae:** Photosynthetic unicellular and multicellular organisms that lack true tissue differentiation.

**heterocysts:** Specialized cells occurring in some filamentous cyanobacteria that are the sites of nitrogen fixation.

**heterotrophs:** Organisms that require organic compounds for growth and reproduction.

BLM_0044156

***hydraulic conductivity ($K_s$):*** The rate at which water moves through the soil profile under field conditions.

***hyphae:*** Fungal filaments.

***infiltration:*** The downward entry of water into the soil.

***interspace:*** The spaces in a plant community between shrubs or trees.

***lichen:*** A symbiotic relationship between a fungus and an algae or cyanobacterium.

***lithic:*** Pertaining to rock; rocky.

***liverwort:*** A small, non-vascular plant.

***microfungi:*** Fungi that occur free-living in the soil or in association with roots of vascular plants (mycorrhizae).

***mucilaginous:*** Having a sheath composed of sticky polysaccharides surrounding cyanobacterial, algal, or fungal filaments.

***mycorrhizae:*** A stable, symbiotic association between a fungus and the root of a plant.

***nitrification:*** The process in which ammonia is oxidized to nitrite and nitrite to nitrate.

***nitrogen fixation:*** The conversion of elemental nitrogen ($N_2$) to organic combinations or to forms readily usable in biological processes.

***nitrogenase:*** The enzyme that catalyzes biological nitrogen fixation.

***permeability:*** The ease with which gases, liquids, or plant roots penetrate or pass through the soil.

***photosynthesis:*** The process in which light energy is absorbed by specialized pigments of a cell and converted to chemical energy. The ultimate result of photosynthesis is the fixation of $CO_2$ and the production of carbon compounds (sugars).

***phytobiont:*** The photosynthetic partner in the lichen symbiosis, i.e., the algal or cyanobacterial component of a lichen.

***poikilohydric:*** Organisms that are capable of becoming physiologically dormant under dry conditions.

***prokaryotic:*** Cells that lack a nucleus.

***propagules:*** Material that results from either sexual or asexual reproduction by crustal organisms and disperses into areas where the biological soil crust has been removed by disturbance. This material "germinates" and grows to establish a new crust.

***resilience:*** The ability to recover following disturbance.

***resistance:*** The ability to withstand disturbance.

***respiration:*** The biological process whereby organisms oxidize carbon compounds to $CO_2$ and water as a source of energy.

***rhizines:*** Root-like structures of lichens and mosses that function to attach the organism to the substrate.

***saline soil:*** A soil containing sufficient soluble salts to impair its productivity.

***sessile:*** Attached to a surface without a stalk but not imbedded in the surface.

***squamulose lichens:*** Lichens that occur as discrete flakes or scales that are often round or ear-shaped. Squamulose lichens may be convex or concave and often have lobed margins.

***symbiosis:*** An obligatory, interactive association between two organisms, producing a stable condition in which they live together in close physical proximity to their mutual advantage.

***thallus:*** The vegetative body of a lichen or liverwort.

***xerothermic:*** Dry, hot conditions.

BLM_0044157

# REFERENCES

Alexander, R.W., and A. Calvo. 1990. The influence of lichens on slope processes in some Spanish badlands. In: Thornes, J.B., ed. Vegetation and Erosion. John Wiley & Sons, Ltd. Chichester, England. Pages 385-398.

Allen, L. 1998. Grazing and fire management. In: Tellman, B., D.M. Finch, C. Edminster, and R. Hamre, eds. The Future of Arid Grasslands: Identifying Issues, Seeking Solutions. Proceedings RMRS-P-3. USDA Forest Service, Rocky Mountain Research Station, Fort Collins, CO. Pages 97-100.

Anderson, D.C., K.T. Harper, and R.C. Holmgren. 1982a. Factors influencing development of cryptogamic crusts in Utah deserts. Journal of Range Management 35: 180-185.

Anderson, D.C., K.T. Harper, and S.R. Rushforth. 1982b. Recovery of cryptogamic soil crusts from grazing in Utah winter ranges. Journal of Range Management 35: 355-359.

Anderson, D.C., and S.R. Rushforth. 1976. The cryptogamic flora of desert soil crusts in southern Utah. Nova Hedwigia 28: 691-729.

Arno, S.F., and G.E. Gruell. 1983. Fire history at the forest-grassland ecotone in southwestern Montana. Journal of Range Management 36: 332-336.

Ashley, J., and S.R. Rushforth. 1984. Growth of soil algae on topsoil and processed oil shale from the Uintah Basin, Utah, USA. Reclamation and Revegetation Research 3: 49-63.

Bailey, R.G. 1995. Description of the ecoregions of the United States. Miscellaneous Publication 1391 (rev.). USDA Forest Service, Washington, DC. 108 Pp. with separate map at 1:7,500,000.

Bailey, R.G., 1998. Ecoregions of North America. USDA Forest Service, Washington, DC.

Belnap, J. 1991. Effects of wet and dry pollutants on the physiology and elemental accumulation of cryptogamic crusts and selected lichens of the Colorado Plateau. National Park Service, Air Quality Division Final Report, Denver, CO. 45 Pp.

Belnap, J. 1993. Recovery rates of cryptobiotic soil crusts: assessment of artificial inoculant and methods of evaluation. Great Basin Naturalist 53: 89-95.

Belnap, J. 1994. Potential role of cryptobiotic soil crust in semiarid rangelands. In: Monsen, S.B., and S.G. Kitchen, eds. Proceedings—Ecology and Management of Annual Rangelands. General Technical Report INT-GTR-313. USDA Forest Service, Intermountain Research Station, Ogden, UT. Pages 179-185.

BLM_0044158

Belnap, J. 1995. Surface disturbances: their role in accelerating desertification. Environmental Monitoring and Assessment 37: 39-57.

Belnap, J. 1996. Soil surface disturbances in cold deserts: effects on nitrogenase activity in cyanobacterial-lichen soil crusts. Biology and Fertility of Soils 23: 362-367.

Belnap, J., D. Barr, and F. Garcia-Pichel. 1997. N leakage in cyanobacterial-lichen soil crusts. Ecological Bulletin 78: 250.

Belnap, J., and J.S. Gardner. 1993. Soil microstructure of the Colorado Plateau: the role of the cyanobacterium *Microcoleus vaginatus*. Great Basin Naturalist 53: 40-47.

Belnap, J., and D.A. Gillette. 1997. Disturbance of biological soil crusts: impacts on potential wind erodibility of sandy desert soils in southeastern Utah, USA. Land Degradation and Development 8: 355-362.

Belnap, J., and D.A. Gillette. 1998. Vulnerability of desert soil surfaces to wind erosion: impacts of soil texture and disturbance. Journal of Arid Environments 39: 133-142.

Belnap, J., and K.T. Harper. 1995. Influence of cryptobiotic soil crusts on elemental content of tissue in two desert seed plants. Arid Soil Research and Rehabilitation 9: 107-115.

Belnap, J., K.T. Harper, and S.D. Warren. 1994. Surface disturbance of cryptobiotic soil crusts: nitrogenase activity, chlorophyll content and chlorophyll degradation. Arid Soil Research and Rehabilitation 8: 1-8.

Belnap, J., and S.L. Phillips. In press. Consequences of an annual plant invasion on soil food webs in an undisturbed semi-arid grassland. Ecological Applications.

Belnap, J., R.L. Sanford, and L. Lungu. 1996. Biological soil crusts: ecological roles and response to fire in miombo woodlands of Zimbabwe. Transactions of the Zimbabwe Scientific Association 70: 14-20.

Belnap, J., and S. Warren. 1998. Measuring restoration success: a lesson from Patton's tank tracks. Ecological Bulletin 79: 33.

Beymer, R.J., and J.M. Klopatek. 1991. Potential contribution of carbon by microphytic crusts in pinyon-juniper woodlands. Arid Soil Research and Rehabilitation 5: 187-198.

Beymer, R.J., and J.M. Klopatek. 1992. Effects of grazing on cryptogamic crusts in pinyon-juniper woodlands in Grand Canyon National Park. American Midland Naturalist 127: 139-148

BLM_0044159

Bhunia, A.K., N.K. Basu, D. Roy, A. Chakrabarti, and S.K. Banerjee. 1991. Growth, chlorophyll *a* content, nitrogen-fixing ability, and certain metabolic activities of *Nostoc muscorum*: effect of methylparathion and benthiocarb. Bulletin of Environmental Contamination and Toxicology 47: 43-50.

Binkley D., C. Giardiana, I. Dockersmith, K. Morse, M. Scruggs, and K. Tonnessen. 1997. Status of air quality and related values in Class I National Parks and Monuments of the Colorado Plateau. NPS-AQ D-358.

Black, C.A. 1968. Soil-plant Relationships. John Wiley and Sons, Inc., New York. 790 Pp.

Blackburn, W.H. 1983. Influence of brush control on hydrologic characteristics of range watersheds. In: McDaniel, K.C., ed. Proceedings, Brush Management Symposium. Texas Tech Press, Lubbock, USA. Pages 73-88.

Blum, O.B. 1973. Water relations. In: Ahmadjian, V., ed. The Lichens. Academic Press, New York. Pages 381-400.

Bond, R.D. 1964. The influence of the microflora on the physical properties of soils. II. Field studies on water repellent sands. Australian Journal of Soil Research 2: 123-131.

Bond, R.D., and J.R. Harris. 1964. The influence of the microflora on physical properties of soils. I. Effects associated with filamentous algae and fungi. Australian Journal of Soil Research 2: 111-122.

Booth, W.E. 1941. Algae as pioneers in plant succession and their importance in erosion control. Ecology 22: 38-46.

Breuss, O., and B. McCune. 1994. Additions to the pyrenolichen flora of North America. The Bryologist 97: 365-370.

Brotherson, J.D., and S.R. Rushforth. 1983. Influence of cryptogamic crusts on moisture relationships of soils in Navajo National Monument, Arizona. Great Basin Naturalist 43: 73-78.

Brotherson, J.D., S.R. Rushforth, and J.R. Johansen. 1983. Effects of long-term grazing on cryptogam crust cover in Navajo National Monument, Arizona. Journal of Range Management 36: 579-581.

Burkhardt, J.W. 1996. Herbivory in the Intermountain West. An overview of evolutionary history, historic cultural impacts and lessons from the past. Station Bulletin 58. Idaho Forest, Wildlife and Range Experiment Station, University of Idaho, Moscow. 35 Pp.

Burkhardt, J.W., and E.W. Tisdale. 1976. Causes of juniper invasion in southwestern Idaho. Ecology 57: 472-484.

Bush, J.K., and O.W. Van Auken. 1991. Importance of time of germination and soil depth on growth of *Prosopis glandulosa* seedling in the presence of a C4 grass. American Journal of Botany 78: 1732-1739.

Callison, J., J.D. Brotherson, and J.E. Bowns. 1985. The effects of fire on the blackbrush (*Coleogyne ramosissima*) community of southwest Utah. Journal of Range Management 38: 535-538.

Cameron, R.E. 1966. Desert algae: soil crusts and diaphanous substrata as algal habitats. Jet Propulsion Lab Technical Report 32-971: 1-41.

Campbell, S.E. 1977. Desert crust of Utah: an aridity adapted algal mat community. 16th Algal Symposium, 30 April 1977. Woods Hole, Massachusetts. 11 Pp.

Campbell, S.E. 1979. Soil stabilization by a prokaryotic desert crust: implications for Precambrian land biota. Origins of Life 9: 335-348.

Campbell, S.E., J.S. Seeler, and S. Golubic. 1989. Desert crust formation and soil stabilization. Arid Soil Research and Rehabilitation 3: 217-228.

Canfield, R.H. 1944. Measurements of grazing use by the line intercept method. Journal of Forestry 42: 192-194.

Carleton, T.J. 1990. Variation in terricolous bryophyte and macro lichen vegetation along primary gradients in Canadian boreal forests. Journal of Vegetation Science 1: 585-594.

Cole, D.N. 1990. Trampling disturbance and recovery of cryptogamic soil crusts in Grand Canyon National Park. Great Basin Naturalist 50: 321-325.

Crawford, C.S. 1991. The community ecology of macroarthropod detritivores. In: Polis, G., ed. Ecology of Desert Communities. University of Arizona Press, Tucson. 456 Pp.

Crisp, M.D. 1975. Long term change in arid zone vegetation at Koonamore, South Australia. Unpublished dissertation, University of Adelaide. 373 Pp.

Dadlich, K.S., A.K. Varma, and G.S. Venkataraman. 1969. The effect of *Calothrix* inoculation on vegetable crops. Plant and Soil 31: 377-379.

Danin, A. 1978. Plant species diversity and plant succession in a sandy area in the northern Negev. Flora 167: 409-422.

BLM_0044161

Danin, A., and M.B. Barbour. 1982. Microsuccession of cryptogams and phanerogams in the Dead Sea Area, Israel. Flora 172: 173-179.

Danin, A., Y. Bar-Or, I. Dor, and T. Yisraeli. 1989. The role of cyanobacteria in stabilization of sand dunes in southern Israel. Ecologia Mediterranea 15: 55-64.

Danin, A., and D.H. Yaalon. 1980. Trapping of silt and clay by lichens and bryophytes in the desert environment of the Dead Sea region. Bat Sheva Seminar on Approaches and Methods in Paleoclimatic Research with Emphasis on Aridic Areas, Jerusalem, Israel. 32 Pp.

Daubenmire, R. 1959. A canopy-coverage method of vegetational analysis. Northwest Science 33: 43-64.

Daubenmire, R. 1970. Steppe vegetation of Washington. Agricultural Experiment Station Technical Bulletin No. 62, Washington State University, Pullman. 131 Pp.

de Soyza, A.G., W.G. Whitford, and J.E. Herrick. 1997. Sensitivity testing of indicators of ecosystem health. Ecosystem Monitoring 3: 44-53.

DeBolt, A., and B. McCune. 1993. Lichens of Glacier National Park, Montana. The Bryologist 96: 192-204.

Dobrowolski, J.P. 1994. *In situ* estimation of effective hydraulic conductivity to improve erosion modeling for rangeland conditions. In: Variability of Rangeland Water Erosion Processes. SSSA Publication 38. Soil Science Society of America, Madison, WI. Pages 83-91.

Doyen, J.T., and W.F. Tschinkel. 1974. Population size, microgeographic distribution and habitat separation in some tenebrionid beetles. Annals of the Entomological Society of America 67: 617-626.

Dregne, H.E. 1983. Desertification of Arid Lands. Harwood Academic Publishers, New York. Pages 1-15.

Dulieu, D., A. Gaston, and J. Darley. 1977. La dégradation des pâturages de la région de N'Djamena (Républic du Tchad) en relation avec la présence de Cyanophycees psammophiles: Étude préliminaire. Revue d'Élevage et de Médicine Vétérinaire en Pays Tropicaux 30: 181-190.

Dunkerley, D.L., and K.J. Brown. 1995. Runoff and runon areas in a patterned chenopod shrubland, arid western New South Wales, Australia: characteristics and origin. Journal of Arid Environments 30: 41-55.

BLM_0044162

Eckert, R.E., Jr., F.F., M.S. Meurisse, and J.L. Stephens. 1986. Effects of soil-surface morphology on emergence and survival of seedlings in big sagebrush communities. Journal of Range Management 39: 414-420.

Eldridge, D.J. 1993a. Cryptogam cover and soil surface condition: effects on hydrology on a semiarid woodland soil. Arid Soil Research and Rehabilitation 7: 203-217.

Eldridge, D.J. 1993b. Cryptogams, vascular plants and soil hydrological relations: some preliminary results from the semiarid woodlands of eastern Australia. Great Basin Naturalist 53: 48-58.

Eldridge, D.J. 1996. Distribution and floristics of terricolous lichens in soil crusts in arid and semi-arid New South Wales, Australia. Australian Journal of Botany 44: 581-599.

Eldridge, D.J. 1998. Trampling of microphytic crusts on calcareous soils and its impact on erosion under rain-impacted flow. Catena 33: 221-239.

Eldridge, D.J. 1999. Dynamics of moss- and lichen-dominated soil crusts in a patterned *Callitris glaucophylla* woodland in eastern Australia. Acta Oecologica 20: 159-170.

Eldridge, D.J., and R.A. Bradstock. 1994. The effect of time since fire on the cover and composition of cryptogamic soil crusts on a eucalypt shrubland soil. Cunninghamia 3: 521-527.

Eldridge, D.J., and J. Ferris. 1999. Recovery of populations of the soil lichen *Psora crenata* after disturbance in arid South Australia. The Rangeland Journal 21: 194.

Eldridge, D.J., and R.S.B. Greene. 1994. Microbiotic soil crusts: a review of their roles in soil and ecological processes in the rangelands of Australia. Australian Journal of Soil Research 32: 389-415.

Eldridge, D.J., and T.B. Koen. 1998. Cover and floristics of microphytic soil crusts in relation to indices of landscape health. Plant Ecology 137: 101-114.

Eldridge, D.J., and R. Rosentreter. 1999. Morphological groups: a framework for monitoring microphytic crusts in arid landscapes. Journal of Arid Environments 41: 11-25.

Eldridge, D.J., and M.E. Tozer. 1995. Determining quadrat numbers for sampling terricolous lichens on heterogeneous semi-arid landscapes. Australian Lichenological Newsletter 37: 35-37.

Eldridge, D.J., and M.E. Tozer. 1996. Distribution and floristics of bryophytes in soil crusts in semi-arid and arid eastern Australia. Australian Journal of Botany 44: 223-247.

BLM_0044163

Eldridge, D.J., E. Zaady, and M. Shachak. 2000. Infiltration through three contrasting biological soil crusts in patterned landscapes in the Negev, Israel. Catena 40: 323-336.

Eskew, D.L., and I.P. Ting. 1978. Nitrogen fixation by legumes and blue-green algal-lichen crusts in a Colorado desert environment. American Journal of Botany 65: 850-856.

Ettershank, G., J. Ettershank, M. Bryant, and W. Whitford. 1978. Effects of nitrogen fertilization on primary production in a Chihuahuan desert ecosystem. Journal of Arid Environments 1: 135-139.

Evans, R.D., and J. Belnap. 1999. Long-term consequences of disturbance on nitrogen-cycling in an arid grassland. Ecology. 80: 150-160.

Evans, R.D., and J.R. Ehleringer. 1993. A break in the nitrogen cycle in aridlands? Evidence from $^{15}$N of soils. Oecologia 94: 314-317.

Farnsworth, R.B., E.M. Romney, and A. Wallace. 1976. Implications of symbiotic nitrogen fixation by desert plants. Great Basin Naturalist 36: 65-80.

Faust, W.F. 1970. The effect of algal-mold crusts on the hydrologic processes of infiltration, runoff, and soil erosion under simulated rainfall conditions. Unpublished thesis, University of Arizona, Tucson. 60 Pp.

Faust, W.F. 1971. Blue-green algal effects on some hydrologic processes at the soil surface. In: Hydrology and Water Resources in Arizona and the Southwest. Proceedings from the 1971 meetings of the Arizona Section American Water Resource Association and Hydrology Section of the Arizona Academy of Sciences, Tempe, Arizona. Pages 99-105.

Fisher, R.F., M.J. Jenkens, and W.F. Fisher. 1987. Fire in the prairie-forest mosaic of Devils Tower National Monument. American Midland Naturalist 117: 250-257.

Fletcher, J.E., and W.P. Martin. 1948. Some effects of algae and molds in the raincrust of desert soils. Ecology 29: 95-100.

Friedel, M.H., and G.N. Bastin. 1988. Photographic standards for estimating comparative yield in arid rangelands. Australian Rangeland Journal 10: 34-48.

Friedel, M.H., V.H. Chewings, and G.N. Basin. 1988. The use of comparative yield and dry-weight-rank techniques for monitoring arid rangeland. Journal of Range Management 41: 430-435.

Friedmann, E.I., and M. Galun. 1974. Desert algae, lichens and fungi. In: Brown, G.W., ed. Desert Biology. Academic Press, New York. Pages 165-212.

BLM_0044164

Friedmann, E.I., and R. Ocampo-Paus. 1976. Endolithic blue-green algae in the Dry Valley: primary producers in the Antarctic Desert ecosystem. Science 193: 1247-1249.

Fryberger, S.C., C.J. Schenk, and L.F. Krystinik. 1988. Stokes surfaces and the effects of near surface groundwater-table on aeolian deposition. Sedimentology 35: 21-41.

Gadkari, D. 1988. Effect of some photosynthesis-inhibiting herbicides on growth and nitrogenase activity of a new isolate of cyanobacteria, *Nostoc* G3. Journal of Basic Microbiology 28: 419-426.

Galun, M., P. Burbrick, and J. Garty. 1982. Structural and metabolic diversity of two desert lichen populations. Journal of the Hattori Botanical Laboratory 53: 321-324.

Garcia-Pichel, F., and J. Belnap. 1996. The microenvironments and microscale productivity of cyanobacterial desert crusts. Journal of Phycology 32: 774-782.

Gayel, A.G., and E.A. Shtina. 1974. Algae on the sands of arid regions and their role in soil formation. Soviet Soil Science 6: 311-319.

Gillette, D.A., and J.P. Dobrowolski. 1993. Soil crust formation by dust deposition at Shaartuz, Tadzhik, S.S.R. Atmospheric Environment 27A: 2519-2525.

Goudie, A.S. 1978. Dust storms and their geomorphological implications. Journal of Arid Environments 1: 291-310.

Graetz, R.D., and D.J. Tongway. 1986. Influence of grazing management on vegetation, soil structure and nutrient distribution and the infiltration of applied rainfall in a semi-arid chenopod shrubland. Australian Journal of Ecology 11: 347-360.

Green, D. 1992. Rangeland assessment. In: New South Wales Proceedings of the 7th Biennial Conference, Australian Rangeland Society, Cobar, New South Wales. Pages 267-268.

Greene, R.S.B., C.J. Chartes, and K.C. Hodgkinson. 1990. The effects of fire on the soil in a degraded semi-arid woodland. I. Cryptogam cover and physical and micromorphological properties. Australian Journal of Soil Research 28: 755-777.

Gutterman, Y. 1994. Strategies of seed dispersal and germination in plants inhabiting deserts. The Botanical Review 60: 373-425.

Hansen, D. J., W. K. Ostler, and D. B. Hall. 1999. The transition from Mojave Desert to Great Basin Desert on the Nevada Test Site. In: McArthur, E. D., W. K. Ostler, and C. L. Wambolt, compilers. Proceedings: Shrubland Ecotones. Proceedings RMRS-P-11. USDA Forest Service, Rocky Mountain Research Station, Ogden, UT. Pages 148-158.

BLM_0044165

Hansen, E.S. 1997. Studies of the lichen flora of coastal areas in Central West Greenland. Nova Hedwigia 64: 505-523.

Harper, K.T., and J. Belnap. In press. The influence of biological soil crusts on mineral uptake by associated seed plants. Journal of Arid Environments.

Harper, K.T., and J.R. Marble. 1988. A role for nonvascular plants in management of arid and semiarid rangeland. In: Tueller, P.T., ed. Vegetation Science Applications for Rangeland Analysis and Management. Kluwer Academic Publishers, Dordrecht. Pages 135-169.

Harper, K.T., and R.L. Pendleton. 1993. Cyanobacteria and cyanolichens: can they enhance availability of essential minerals for higher plants? Great Basin Naturalist 53: 59-72.

Harper, K.T., and L.L. St. Clair. 1985. Cryptogamic soil crusts on arid and semiarid rangelands in Utah: effects of seedling establishment and soil stability. Final report, Bureau of Land Management, Utah State Office, Salt Lake City. 32 Pp.

Henriksson, L.E., and E.J. DaSilva. 1978. Effects of some inorganic elements on nitrogen-fixation in blue-green algae and some ecological aspects of pollution. Zeitschrift fur Allgemeine Mikrobiologie 18: 487-494.

Hironaka, M., M.A. Fosberg, and A.H. Winward. 1983. Sagebrush-grass habitat types of southern Idaho. University of Idaho Forest, Wildlife and Range Experiment Station Bulletin No. 35. University of Idaho, Moscow. 44 Pp.

Holechek, J.L., R.D. Pieper, and C.H. Herbel. 1989. Range Management Principles and Practices. Prentice Hall, Engelwood-Cliffs, NJ.

Hurlbert, S.H. 1984. Pseudoreplication and the design of ecological field experiments. Ecological Monographs 54: 168-198.

James, D.W., and J.J. Jurinak. 1978. Nitrogen fertilization of dominant plants in the northeastern Great Basin desert. In: West, N.E. and J.J. Skujins, eds. Nitrogen in Desert Ecosystems, US/IBP Synthesis Series 9. Dowden Hutchinson and Ross, Stroudsberg, PA. Pages 219-231.

Jeffries, D.L. 1989. The vegetation, soil, and cryptogamic crusts of blackbrush communities in the Kapairowits Basin. Unpublished dissertation, Arizona State University, Tempe. 157 Pp.

Jeffries, D.L., and J.M. Klopatek. 1987. Effects of grazing on the vegetation of the blackbrush association. Journal of Range Management 40: 390-392.

BLM_0044166

Jeffries, D.L., J.M. Klopatek, S.O. Link, and H. Bolton, Jr. 1992. Acetylene reduction by cryptogamic crusts from a blackbrush community as related to resaturation and dehydration. Soil Biology and Biochemistry 24: 1101-1105.

Jeffries, D.L., S.O. Link, and J.M. Klopatek. 1993a. $CO_2$ fluxes of cryptogamic crusts. I. Response to resaturation. New Phytologist 125: 163-174.

Jeffries, D.L., S.O. Link, and J.M. Klopatek. 1993b. $CO_2$ fluxes of cryptogamic crusts. II. Response to dehydration. New Phytologist 125: 391-396.

Johansen, J.R. 1993. Cryptogamic crusts of semiarid and arid lands of North America. Journal of Phycology 29: 140-147.

Johansen, J.R., J. Ashley, and W.R. Rayburn. 1993. The effects of rangefire on soil algal crusts in semiarid shrub-steppe of the Lower Columbia Basin and their subsequent recovery. Great Basin Naturalist 53: 73-88.

Johansen, J.R., and S.R. Rushforth. 1985. Cryptogamic crusts: seasonal variation in algae populations in the Tinctic Mountains, Juab County, Utah, USA. Great Basin Naturalist 45: 14-21.

Johansen, J.R., S.R. Rushforth, and J.D. Brotherson. 1981. Sub-aerial algae of Navajo National Monument, Arizona. Great Basin Naturalist 41: 433-439.

Johansen, J.R., and L.L. St. Clair. 1986. Cryptogamic soil crusts: recovery from grazing near Camp Floyd State Park, Utah., U.S.A. Great Basin Naturalist 46: 632-640.

Johansen, J.R., L.L. St. Clair, B.L. Webb, and G.T. Nebeker. 1984. Recovery patterns of cryptogamic soil crusts in desert rangelands following fire disturbance. The Bryologist 87: 238-243.

Jones, K., and W.D.P. Stewart. 1969. Nitrogen turnover in marine and brackish habitats. III. Production of extracellular N by *Calothrix*. Journal of Marine Biology Association (United Kingdom) 49: 475-488.

Jungerius, P.D., and F. van der Meulen. 1988. Erosion processes in a dune landscape along the Dutch coast. Catena 15: 217-228.

Kaltenecker, J.H. 1997. The recovery of microbiotic crusts following post-fire rehabilitation on rangelands of the western Snake River Plain. Unpublished thesis, Boise State University, Boise, ID. 99 Pp.

Kaltenecker, J., and M. Wicklow-Howard. 1994. Microbiotic soil crusts in sagebrush habitats of southern Idaho. Contract Report. On file with: Interior Columbia Basin Ecosystem Management Project, Walla Walla, WA. 48 Pp.

BLM_0044167

Kaltenecker, J.H., M. Wicklow-Howard, and M. Pellant. 1999a. Biological soil crusts: natural barriers to *Bromus tectorum* L. establishment in the northern Great Basin, USA. In: Eldridge, D., and D. Freudenberger, eds. Proceedings of the VI International Rangeland Congress, Aitkenvale, Queensland, Australia. Pages 109-111.

Kaltenecker, J.H., M. Wicklow-Howard, and R. Rosentreter. 1997. Microbiotic crusts of the Lemhi Resource Area and their effect on soil-water relationships in sites recovering from long-term grazing. Unpublished report submitted to the USDI Bureau of Land Management, Salmon, ID. 58 Pp.

Kaltenecker, J.H., M. Wicklow-Howard, and R. Rosentreter. 1999b. Biological soil crusts in three sagebrush communities recovering from a century of livestock trampling. In: McArthur, E.D., W.K. Ostler, and C.L. Wambolt, comps. Proceedings: Shrubland Ecotones. Proceedings RMRS-P-11. USDA Forest Service, Rocky Mountain Research Station. Pages 222-226.

Kidron, G.J., D.H. Yaalon, and A. Vonshak. 1999. Two different causes for runoff initiation on microbiotic crusts: hydrophobicity and pore clogging. Soil Science 164: 18-27.

Kinnell, P.I.A., C.J. Chartres, and C.L. Watson. 1990. The effects of fire on the soil in a degraded semi-arid woodland. II. Susceptibility of the soil to erosion by shallow rain-impacted flow. Australian Journal of Soil Research 28: 755-777.

Kleiner, E.F., and K.T. Harper. 1972. Environment and community organization in grasslands of Canyonlands National Park. Ecology 53: 299-309.

Kleiner, E.F., and K.T. Harper. 1977a. Occurrence of four major perennial grasses in relation to edaphic factors in a pristine community. Journal of Range Management 30: 286-289.

Kleiner, E.F., and K.T. Harper. 1977b. Soil properties in relation to cryptogamic ground cover in Canyonlands National Park. Journal of Range Management 30: 203-205.

Klopatek, J.M. 1992. Cryptogamic crusts as potential indicators of disturbance in semi-arid landscapes. In: McKenzie, D.H., D.E. Hyatt, and V.J. McDonald, eds. Ecological Indicators. Elsevier Applied Science, New York. Pages 773-786.

Ladyman, J.A.R., and E. Muldavin. 1994. A study of the terricolous cryptogam and other ground cover in low disturbance pinyon-juniper woodlands in New Mexico. Unpublished report to the USDA Forest Service, Albuquerque, NM.

Ladyman, J.A.R., and E. Muldavin. 1996. Terrestrial cryptogams of pinyon-juniper woodlands in the southwestern United States: a review. General Technical Report RM-GTR-280. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 33 Pp.

BLM_0044168

Ladyman, J.A.R., E. Muldavin, R. Fletcher, and E. Aldon. 1994. An examination of three mesas to compare and contrast the relationships between terrestrial cryptogam and vascular plant cover. American Academy for the Advancement of Science. In: Proceedings, Southwestern and Rocky Mountain Division 70th Abstract 57: 25.

Lamb, I.M., and A. Ward. 1974. A preliminary conspectus of the species attributed to the imperfect lichen genus *Leprocaulon* Nyl. Journal of the Hattori Botanical Laboratory 38: 499-553.

Lange, O.L. 1980. Moisture content and $CO_2$ exchange of lichens. I. Influence of temperature on moisture-dependent net photosynthesis and dark respiration in *Ramalina maciformis*. Oecologia 45: 82-87.

Lange, O.L., J. Belnap, H. Reichenberger, and A. Meyer. 1997. Photosynthesis of green algal soil crust lichens from arid lands in southern Utah, USA: role of water content on light and temperature responses of $CO_2$ exchange. Flora 192: 1-15.

Lange, O.L., G. Kidron, B. Buedel, A. Meyer, E. Kilian, and A. Abeliovich. 1992. Taxonomic composition and photosynthetic characteristics of the "biological soil crusts" covering sand dunes in the western Negev Desert. Functional Ecology 6: 519-527.

Lange, O.L., A. Meyer, H. Zellner, and U. Heber. 1994. Photosynthesis and water relations of lichen soil-crusts: Field measurements in the coastal fog zone of the Namib Desert. Functional Ecology 8: 253-264.

Lange, W. 1974. Chelating agents and blue-green algae. Canadian Journal of Microbiology 20: 1311-1321.

Larmuth, J. 1978. Temperatures beneath stones used as daytime retreats by desert animals. Journal of Arid Environments 1: 35-40.

Larsen, K.D. 1995. Effects of microbiotic crusts on the germination and establishment of three range grasses. Unpublished thesis, Boise State University, Boise, ID. 86 Pp.

Lemos, P., and J.F. Lutz. 1957. Soil crusting and some factors affecting it. Soil Science Society of America Proceedings 21: 485-491.

Lesica, P., and J.S. Shelley. 1992. Effects of cryptogamic soil crust on the population dynamics of *Arabis fecunda* (Brassicaceae). American Midland Naturalist 128: 53-60.

Lewin, R.A. 1956. Extracellular polysaccharides of green algae. Canadian Journal of Microbiology 2: 665-673.

Leys, J.F., and D.J. Eldridge. 1998. Influence of cryptogamic crust to wind erosion on sand and loam rangeland soils. Earth Surface Processes and Landforms 23: 963-974.

BLM_0044169

Looman, J. 1964. The distribution of some lichen communities in the prairie provinces and adjacent parts of the Great Plains. The Bryologist 67: 210-224.

Loope, W.L., and G.F. Gifford. 1972. Influence of a soil microfloral crust on select properties of soils under pinyon-juniper in southeastern Utah. Journal of Soil Water and Conservation 27: 164-167.

Ludwig, J.A., and D.J. Tongway. 1992. Monitoring the condition of Australian arid lands: linked plant-soil indicators. In: McKenzie, D.H., D.E. Hyatt, and V.J. McDonald, eds. Ecological Indicators. Elsevier Applied Science, New York. Pages 765-772.

Mabbutt, J.A., and P.C. Fanning. 1987. Vegetation banding in arid Western Australia. Journal of Arid Environments 12: 41-59.

MacGregor, A.N., and D.E. Johnson. 1971. Capacity of desert algal crusts to fix atmospheric nitrogen. Soil Science Society of America Proceedings 35: 843-844.

Mack, R.N., and J.N. Thompson. 1982. Evolution in steppe with few large, hooved mammals. The American Naturalist 119: 757-773.

Magee, W.E., and R.H. Burris. 1954. Fixation of $N_2$ and utilization of combined nitrogen by *Nostoc muscorum*. American Journal of Botany 41: 777-782.

Marathe, K.V. 1972. Role of some blue-green algae in soil aggregation. In: Desikachary, T.V., ed. Taxonomy and Biology of Blue-green Algae. University of Madrias, India. Pages 328-331.

Marble, J.R., and K.T. Harper. 1989. Effect of timing of grazing on soil-surface cryptogamic communities in Great Basin low-shrub desert: A preliminary report. Great Basin Naturalist 49: 104-107.

Marowitch, J., M.R.T. Dale, and J. Hoddinott. 1988. The effect of crude oil and oil spill chemicals on nitrogen fixation in the cyanobacteria *Nostoc* sp. Environmental Pollution 51: 75-83.

Martin, P.S. 1975. Vanishings, and future of the prairie. Geoscience and Man 10: 39-49.

Mayland, H.F., and T.H. McIntosh. 1966. Availability of biologically fixed atmospheric nitrogen-15 to higher plants. Nature 209: 421-422.

Mayland, H.F., T.H. McIntosh, and W.H. Fuller. 1966. Fixation of isotopic nitrogen in a semi-arid soil by algal crust organisms. Soil Science Society of America Proceedings 30: 56-60.

one hundred-one

Biological Soil Crusts:
Ecology & Management

BLM_0044170

McArthur, E.D., E.M. Romney, S.D. Smith, and P.T. Tueller, comps. 1990. Proceedings—Symposium on Cheatgrass Invasion, Shrub Die-off, and Other Aspects of Shrub Biology and Management. General Technical Report INT-276. USDA Forest Service, Intermountain Research Station, Ogden, UT. 351 Pp.

McCune, B. 1992. Components of error in predictions of species compositional change. Journal of Vegetation Science 3: 27-34.

McCune, B. 1993. Gradients in epiphyte biomass in three *Pseudotsuga-Tsuga* forests of different ages in western Oregon and Washington. The Bryologist 96: 405-411.

McCune, B. 1998. Lichens of granitic peaks in the Bitterroot Range, Montana and Idaho, USA. In: Glenn, M.G., R.C. Harris, R. Dirig, and M.S. Cole, eds. Lichenographia Thomsoniana: North American Lichenology in Honor of John W. Thomson. Mycotaxon, Ithaca, NY. Pages 281-294.

McCune, B., and J. A. Antos. 1982. Epiphyte communities of the Swan Valley, Montana. The Bryologist 85: 1-12.

McCune, B., and P. Lesica. 1992. The trade-off between species capture and quantitative accuracy in ecological inventory of lichens and bryophytes in forests in Montana. The Bryologist 95: 296-304.

McCune, B., and R. Rosentreter. 1992. Distribution and abundance of a rare lichen species, *Texosporium sancti-jacobi*. The Bryologist 95: 329-333.

McCune, B., and R. Rosentreter. 1995. Field key to soil lichens of central and eastern Oregon. Unpublished report, Oregon State University and USDI Bureau of Land Management. 9 Pp.

McIlvanie, S.K. 1942. Grass seedling establishment and productivity-overgrazed vs. protected range soils. Ecology 23: 228-231.

McKenna-Neuman, C., C.D. Maxwell, and J.W. Boulton. 1996. Wind transport of sand surfaces crusted with photoautotrophic microorganisms. Catena 27: 229-247.

Megharaj, M., K. Venkateswarlu, and A.S. Rao. 1988. Effect of insecticides and phenolics on nitrogen fixation by *Nostoc linckia*. Bulletin of Environmental Contamination and Toxicology 41: 277-281.

Memmott, K.L., V.J. Anderson, and S.B. Monsen. 1998. Seasonal grazing impact on cryptogamic crusts in a cold desert ecosystem. Journal of Range Management 51: 547-550.

BLM_0044171

Metting, F.B. 1981. The systematics and ecology of soil algae. Botanical Review 47: 195-312.

Meyer, S.E., and E. Garcia-Moya. 1989. Plant community patterns and soil moisture regime in gypsum grasslands of north central Mexico. Journal of Arid Environments 16: 147-155.

Miller, R. F., T. J. Svejcar, and N. E. West. 1994. Implications of livestock grazing in the Intermountain sagebrush region: plant composition. In: Vavra, M., W. A. Laycock, and R. D. Pieper, eds. Ecological Implications of Livestock Herbivory in the West. Society for Range Management, Denver, CO. Pages 101-146.

Milton, S.J., W.R.J. Dean, and R.P. Ellis. 1998. Rangeland health assessment: a practical guide for ranchers in arid Karoo shrublands. Journal of Arid Environments 39: 253-265.

Mouat, D.A., C.F. Hutchinson, and B.C. McClure. 1995. Introduction: desertification in developed countries. Environmental Monitoring and Assessment 37: 1-4.

Mucher, H.J., C.J. Chartres, D.J. Tongway, and R.S.B. Greene. 1988. Micromorphology and significance of the surface crusts of soils in rangelands near Cobar, Australia. Geoderma 42: 227-244.

Nash, T.H., III. 1996. Lichen Biology. Cambridge University Press, Cambridge. 303 Pp.

Nash, T.H., III, O.L. Lange, and L. Kappen. 1982. Photosynthetic patterns of Sonoran Desert lichens. II. A multivariate laboratory analysis. Flora 172: 419-426.

Nash, T.H., III, and T.J. Moser. 1982. Vegetation and physiological patterns of lichens in North American deserts. Journal of the Hattori Botanical Laboratory 53: 331-336.

Nash, T.H., III, and M.R. Sommerfeld. 1981. Elemental concentrations in lichens in the area of the Four Corners power plant, New Mexico. Environmental and Experimental Botany 21: 153-162.

National Research Council. 1994. Rangeland health—new methods to classify, inventory, and monitor rangelands. National Academy Press, Washington, DC. 180 Pp.

Nobel, P.S., E. Quero, and H. Linares. 1988. Differential growth response of agaves to nitrogen, phosphorus, potassium, and boron applications. Journal of Plant Nutrition 11: 1683-1700.

Paerl, H.W. 1990. Physiological ecology and regulation of $N_2$ fixation in natural waters. Advanced Microbial Ecology 2: 305-344.

BLM_0044172

Parmenter, R.R., and T.R. Van Devender. 1995. Diversity, spatial variation, and functional roles of vertebrates in the desert grassland. In: McClaran, M.P., and T.R. Van Devender, eds. Desert Grasslands. University of Arizona Press, Tucson. Pages 196-229.

Paul, E.A., and P.E. Clark. 1996. Soil Microbiology and Biochemistry. Academic Press, New York. 340 Pp.

Pearson, H.W., G. Malin, and R. Howsley. 1981. Physiological studies on *in vitro* nitrogenase activity by axenic cultures of *Microcoleus chthonoplastes*. British Phycology Journal 16: 139-143.

Pellant, M. 1996. Use of indicators to qualitatively assess rangeland health. In: West, N.E., ed. Proceedings of the Fifth International Rangeland Congress. Society for Range Management, Denver, CO. Pages 434-435.

Pendleton, R.L., and S.D. Warren. 1995. Effects of cryptobiotic soil crusts and VA mycorrhizal inoculation on growth of five rangeland plant species. In: West, N.E., ed. Proceedings of the Fifth International Rangeland Congress. Society for Range Management, Salt Lake City, UT. Pages 436-437.

Peterjohn, W.T., and W.H. Schlesinger. 1990. Nitrogen loss from deserts in the south-western United States. Biogeochem 10: 67-79.

Peters, E.F., and S.C. Bunting. 1994. Fire conditions pre-and post-occurrence of annual grasses on the Snake River Plain. In: Monsen, S.B., and S.G. Kitchen, eds. Proceedings—Ecology and Management of Annual Rangelands. General Technical Report INT-GTR-313. USDA Forest Service, Intermountain Research Station, Ogden, UT. Pages 31-36.

Phillips, S.L., and J. Belnap. 1998. Shifting carbon dynamics due to the effects of *Bromus tectorum* invasion on biological soil crusts. Ecological Bulletin 79: 205.

Pickard, J., and R.D. Seppelt. 1984. Phytogeography of Antarctica. Journal of Biogeography 11: 83-102.

Ponzetti, J., B. Youtie, D. Salzer, and T. Kimes. 1998. The effects of fire and herbicides on microbiotic crust dynamics in high desert ecosystems. Unpublished report submitted to the U.S. Geological Survey, Biological Resources Division, Forest and Rangeland Ecosystem Science Center, Portland, OR. 89 Pp.

Prasad, R.B.V., P.S. Dhanaraj, and V.V.S. Narayana Rao. 1984. Effects of insecticides on soil microorganisms. In: Lal, R., ed. Insecticide Microbiology. Springer-Verlag, New York. Pages 169-202.

BLM_0044173

Prasse, R. 1999. Experimentelle Untersuchungen an Gefaesspflanzenpopulationen auf verschiedenen Gelaendeoberflaechen in einem Sandwuestengebiet (Experimental studies with populations of vascular plants on different soil surfaces in a sand desert area). Universitdtsverlag Rasch, Osnabrueck, Germany. 121 Pp.

Rajvanshi, V., L.L. St. Clair, B.L. Webb, and C.N. Newberry. 1998. The terricolous lichen flora of the San Rafael Swell, Emery County, Utah, U.S.A. In: Glenn, M.G., R.C. Harris, R. Dirig, and M.S. Cole, eds. Lichenographia Thomsoniana: North American Lichenology in Honor of John W. Thomson. Mycotaxon, Ithaca, NY. Pages 399-406.

Reisiegl, H. 1964. Zur Systematic und Okologie alpiner Bodenalgen. Österreichischen Botanischen Zeitschrift 111: 402-499.

Rimer, R.L., and R.D. Evans. 1997. The impact of disturbance and an invasion of grass species on N mineralization in a cold-desert system. Ecological Bulletin 78: 303.

Rogers, R.W. 1972. Soil surface lichens in arid and subarid south-eastern Australia. Australian Journal of Botany 20: 301-316.

Rogers, R.W. 1977. Lichens of hot arid and semi-arid lands. In: Seaward, M.R.D., ed. Lichen Ecology. Academic Press, New York. Pages 211-252.

Rogers, R.W. 1994. Zonation of the liverwort *Riccia* in a temporary watercourse in subtropical semi-arid Australia. Australian Journal of Botany 42: 659-662.

Rogers, R.W., and R.T. Lange. 1971. Lichen populations on arid soil crusts around sheep watering places in South Australia. Oikos 22: 93-100.

Romney, E.M., A. Wallace, and R.B. Hunter. 1978. Plant response to nitrogen fertilization in the northern Mojave Desert and its relationship to water manipulation. In: West, N.E. and J.J. Skujins, eds. Nitrogen in Desert Ecosystems. US/IBP Synthesis Series 9. Dowden Hutchinson and Ross, Stroudsberg, PA. Pages 232-243.

Rosentreter, R. 1984. The synecology of the epiphytic lichen *Xanthoria fallax* (Hepp) Arn. occurring on the three subspecies of *Artemisia tridentata* Nutt. Unpublished dissertation, University of Montana, Missoula. 182 Pp.

Rosentreter, R. 1986. Compositional patterns within a rabbitbrush *(Chrysothamnus)* community of the Idaho Snake River Plain. In: McArthur, E. D., and B. L. Welch, comps. Proceedings—Symposium on the Biology of *Artemisia* and *Chrysothamnus*. General Technical Report INT-200. USDA Forest Service, Intermountain Research Station, Ogden, UT. Pages 273-277.

BLM_0044174

Rosentreter, R. 1994. Displacement of rare plants by exotic grasses. In: Monsen, S.B., and S.G. Kitchen, comps. Proceedings—Ecology and Management of Annual Rangelands. General Technical Report INT-GTR-313. USDA Forest Service, Intermountain Research Station, Ogden, UT. Pages 170-175.

Rosentreter, R. 1998. Notes on the *Aspicilia reptans* complex, with descriptions of two new species. In: Glenn, M.G., R.C. Harris, R. Dirig, and M.S. Cole, eds. Lichenographia Thomsoniana: North American Lichenology in Honor of John W. Thomson. Mycotaxon, Ithaca, NY. Pages 163-170.

Rosentreter, R., A. DeBolt, and C.C. Bratt. 1988. Curation of soil lichens. Evansia 5: 23-26.

Rosentreter, R., and B. McCune. 1992. Vagrant *Dermatocarpon* in western North America. The Bryologist 95: 15-19.

Rutin, J. 1983. Erosional processes on a coastal sand dune, De Blink, Noordwijkerhout. Publication of the Physical Geography and Soils Laboratory, University of Amsterdam, No. 35. 144 Pp.

Rychert, R.C., and J. Skujins. 1974. Nitrogen fixation by blue-green algae-lichen crusts in the Great Basin Desert. Soil Science Society of America Proceedings 38: 768-771.

Rychert, R.C., J. Skujins, D. Sorensen, and D. Porcella. 1978. Nitrogen fixation by lichens and free-living microorganisms in deserts. In: West, N.E. and J.J. Skujins, eds. Nitrogen Fixation in Desert Ecosystems. Dowden, Hutchinson and Ross, Stroudsburg, PA. Pages 20-30.

Sagan, C., O.B. Toon, and J.B. Pollack. 1979. Anthropogenic albedo changes and the earth's climate. Science 206: 1363-1368.

St. Clair, L.L., J.R. Johansen, and S.R. Rushforth. 1993. Lichens of soil crust communities in the Intermountain area of the western United States. Great Basin Naturalist 53: 5-12.

St. Clair, L.L., and R.B. Warrick. 1987. *Acarospora nodulosa* (Duf.) Hue. var. *nodulosa*: a new record for North America. The Bryologist 90: 48-49.

St. Clair, L.L., B.L. Webb, J.R. Johansen, and G.T. Nebeker. 1984. Cryptogamic soil crusts: enhancement of seedling establishment in disturbed and undisturbed areas. Reclamation and Revegetation Research 3: 129-136.

Savory, A. 1988. Holistic Resource Management. Island Press, Covelo, CA. 564 Pp.

BLM_0044175

Schlichting, H.E., Jr. 1969. The importance of airborne algae and protozoa. Journal of the Air Pollution Control Association 19: 946-951.

Schulten, J.A. 1985. Soil aggregation by cryptogams of a sand prairie. American Journal of Botany 72: 1657-1661.

Sheridan, R.P. 1979. Impact of emissions from coal-fired electricity generating facilities on $N_2$-fixing lichens. The Bryologist 83: 54-58.

Shields, L.M., and L.W. Durrell. 1964. Algae in relation to soil fertility. The Botanical Review 30: 92-128.

Silvester, W.B., R. Parsons, and P.W. Watt. 1996. Direct measurement of release and assimilation of ammonia in the *Gunnera-Nostoc* symbiosis. New Phytologist 132: 617-625.

Stanley, R.J. 1983. Soils and vegetation: An assessment of current status. In: Messer, J., and B. Mosley, eds. What future for Australia's Arid Land? Australian Conservation Foundation, Canberra. Pages 8-18.

Stebbins, G.L. 1981. Coevolution of grasses and herbivores. Annals of the Missouri Botanical Garden 68: 75-86.

Stewart, W.D.P. 1967. Transfer of biologically fixed nitrogen in a sand dune slack region. Nature 214: 603-604.

Stoddart, L.A., A.D. Smith, and T.W. Box. 1943. Range Management. McGraw-Hill, New York. 532 Pp.

Stoddart, L.A., A.D. Smith, and T.W. Box. 1975. Range Management. McGraw Hill, New York. 532 Pp.

Tchoupopnou, E. 1989. Experimental studies of rain splash erosion from soil microphytic crusts on Utah rangelands. Unpublished thesis, Utah State University, Logan.

Terry, R.E., and S.J. Burns. 1987. Nitrogen fixation in cryptogamic soil crusts as affected by disturbance. USDA Forest Service, Intermountain Research Station, Reno, NV. Pages 369-372.

Thackett, J.L., and R.W. Pearson. 1965. Some characteristics of soil crusts formed by simulated rainfall. Soil Science Society of America Proceedings 99: 407-413.

Thurow, T.L. 1991. Hydrology and erosion. In: Heitschmidt, R.K., and J.W. Stuth, eds. Grazing Management: An Ecological Perspective. Timber Press, Portland, OR. Pages 151-152.

one hundred-seven

Biological Soil Crusts:
Ecology & Management

Timdal, E. 1986. A revision of *Psora* (Lecideaceae) in North America. The Bryologist 89: 253-275.

Timdal, E. 1990. Gypsoplacaceae and *Gypsoplaca*, a new family and genus of squamiform lichens. Contributions to Lichenology, Bibliotheca Lichenologica 38: 419-427.

Tongway, D.J. 1994. Rangeland Soil Condition Assessment Manual. CSIRO Publishing, Melbourne, Australia. 69 Pp.

Tongway, D.J., and N. Hindley. 1995. Manual for assessment of soil condition of tropical grasslands. CSIRO, Canberra, Australia. 60 Pp.

Tongway, D.J., and J.A. Ludwig. 1990. Vegetation and soil patterning of semi-arid mulga lands of eastern Australia. Australian Journal of Ecology 15: 23-34.

Tongway, D.J., and E.L. Smith. 1989. Soil surface features as indicators of rangeland site productivity. Australian Rangeland Journal 11: 15-20.

Tueller, P.T. 1988. Application of Plant Sciences to Rangeland Management and Inventory. Martinus Nijhoff/W. Junk, Amsterdam. Pages 135-169.

USDA. 1937. Range Plant Handbook. U.S. Government Printing Office, Washington, DC. 816 Pp.

USDI. 1996. Sampling Vegetation Attributes, Interagency Technical Reference. USDI Bureau of Land Management, Denver, CO. 163 Pp.

USDI. 1997. National Resource Inventory, Colorado Pilot Handbook. USDI Bureau of Land Management, Denver, CO. 81 Pp.

Verrecchia, E., A. Yair, G.J. Kidron, and K. Verrecchia. 1995. Physical properties of the psammophile cryptogamic crust and their consequences to the water regime of sandy soils, north-western Negev Desert, Israel. Journal of Arid Environments 29: 427-437.

Walker, B.H. 1979. Game ranching in Africa. In: Walker, B.H., ed. Management of Semi-arid Ecosystems. Elsevier Science Publishing Company, Amsterdam. Pages 53-81.

Wallwork, J.A. 1982. Desert Soil Fauna. Praeger Scientific Publishers, London. 296 Pp.

Webb, R.H., and H.G. Wilshire. 1983. Environmental effects of off-road vehicles: impacts and management in arid regions. In: Springer Series on Environmental Management, Springer-Verlag, New York. 534 Pp.

West, N.E. 1988. Intermountain deserts, shrub steppes, and woodlands. In: Barbour, M.G., and W.D. Billings, eds. North American Terestrial Vegetation. Cambridge University Press, New York. Pages 201-320.

BLM_0044177

West, N.E. 1990. Structure and function of soil microphytic crusts in wildland ecosystems of arid and semi-arid regions. Advances in Ecological Research 20: 179-223.

West, N.E. 1994. Effects of fire on salt-desert shrub rangelands. In: Monsen, S.B., and S.G. Kitchen, eds. Proceedings—Ecology and Management of Annual Rangelands. General Technical Report INT-GTR-313. USDA Forest Service, Intermountain Research Station, Ogden, UT. Pages 170-175.

Whisenant, S.G. 1990. Changing fire frequencies on Idaho's Snake River Plains: ecological and management implications. In: McArthur, E.D., E.M. Romney, S.D. Smith, and P.T. Tueller, eds. Proceedings—Symposium on Cheatgrass Invasion, Shrub Die-off, and Other Aspects of Shrub Biology and Management. General Technical Report INT-276. USDA Forest Service, Intermountain Research Station, Ogden, UT. Pages 4-10.

Whisenant, S.G., and D.J. Tongway. 1996. Repairing mesoscale processes during restoration. In: West, N.E., ed. Proceedings of the Fifth International Rangeland Congress. Society for Range Management, Denver, CO. Pages 62-64.

Williams, J.D. 1993. Influence of microphytic crusts on selected soil physical and hydrologic properties in the Hartnet Draw, Capitol Reef National Park, Utah. Unpublished dissertation, Utah State University, Logan. 170 Pp.

Williams, J.D., J.P. Dobrowolski, and N.E. West. 1995a. Microphytic crust influence on interrill erosion and infiltration capacity. Transactions of the American Society of Agricultural Engineers 38: 139-146.

Williams, J.D., J.P. Dobrowolski, N.E. West, and D.A. Gillette. 1995b. Microphytic crust influences on wind erosion. Transactions of the American Society of Agricultural Engineers 38: 131-137.

Wilshire, H. 1983. The impact of vehicles on desert soil stabilizers. In: Webb, R.H., and H.G. Wilshire, eds. Environmental Effects of Off-Road Vehicles: Impacts and Management in Arid Regions. Springer-Verlag, New York. Pages 31-51.

Winward, A.H. 1980. Taxonomy and ecology of sagebrush in Oregon. Station Bulletin No. 642, Oregon State University, Corvallis. 15 Pp.

Wood, M.K., R.E. Eckert, Jr., W.H. Blackburn, and F.F. Peterson. 1982. Influence of crusting soil surfaces on emergence and establishment of crested wheatgrass, squirreltail, Thurber needlegrass, and fourwing saltbush. Journal of Range Management 35: 282-287.

BLM_0044178

Wright, H.A., L.F. Neuenschwander, and C.M. Britton. 1979. The role and use of fire in sagebrush-grass and pinyon-juniper plant communities: a state-of-the-art review. General Technical Report INT-58. USDA Forest Service, Intermountain Forest and Range Experiment Station, Ogden, UT. 48 Pp.

Wullstein, L.H. 1989. Evaluation and significance of associative dinitrogen fixation for arid soil rehabilitation. Arid Soil Research and Rehabilitation 3: 259-265.

Yair, A. 1990. Runoff generation in a sandy area—the Nizzana sands, western Negev, Israel. Earth Surface Processes and Landforms 15: 597-609.

Youtie, B., J. Ponzetti, and D. Salzer. 1999. Fire and herbicides for exotic annual grass control: effects on native plants and microbiotic soil organisms. In: Eldridge, D., and D. Freudenberger, eds. Proceedings of the VI International Rangeland Congress, Aitkenvale, Queensland, Australia. Pages 590-591.

Zaady, E., Y. Gutterman, and B. Boeken. 1997. The germination of mucilaginous seeds of *Plantago coronopus, Reboudia pinnata*, and *Carrichtera annua* on cyanobacterial soil crusts from the Negev Desert. Plant and Soil 190: 247-252.

BLM_0044179

# REPORT DOCUMENTATION PAGE

Form Approved
OMB No. 0704-0188

Pubic reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Washington Headquarters Services, Directorate for information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503.

| 1. AGENCY USE ONLY (Leave Blank) | 1. REPORT DATE | 1. REPORT TYPE AND DATES COVERED |
|---|---|---|
| | January 2001 | Final |

**1. TITLE AND SUBTITLE**
TR-1730-2 – Biological Soil Crusts: Ecology and Management

**1. FUNDING NUMBERS**

**1. AUTHOR(S)**
Jayne Belnap, Julie Hilty Kaltenecker, Roger Rosentreter, John Williams, Steve Leonard, David Eldridge

**2. PERFORMING ORGANIZATION NAMES(S) AND ADDRESS(ES)**
U.S. Department of the Interior
Bureau of Land Management
National Science and Technology Center
P.O. Box 25047
Denver, CO 80225-0047

**1. PERFORMING ORGANIZATION REPORT NUMBER**
BLM/ID/ST-01/001+1730

**1. SPONSORING/MONITORING AGENCY NAME(S) AND ADDRESS(ES)**

**1. SPONSORING/MONITORING AGENCY REPORT NUMBER**

**1. SUPPLEMENTARY NOTES**

**12a. DISTRIBUTION/AVAILABILITY STATEMENT**

**12b. DISTRIBUTION CODE**

**13. ABSTRACT** (Maximum 200 words)

This technical reference presents a review of current scientific knowledge on the ecology of biological soil crusts, then integrates this information into a discussion on monitoring and management of arid and semiarid lands in the western United States. The document begins with a discussion on the composition, structure, and distribution of biological crusts relative to environmental factors such as climate and soil characteristics. This information is then synthesized into guidelines on development of monitoring strategies as well as site-specific management prescriptions regarding livestock, recreation, and other multiple-use activities. The material is presented from a practical and applied management perspective and is summerized in numerous tables and figures.

**14. SUBJECT TERMS**
Biological Soil Crusts, Soils, Stability, Hydrology, Nutrient Cycling, Disturbance, Management, Monitoring, Ecology

**14. NUMBER OF PAGES**
119 + covers

**15. PRICE CODE**

| 14. SECURITY CLASSIFICATION OF REPORT | 14. SECURITY CLASSIFICATION OF THIS PAGE | 14. SECURITY CLASSIFICATION OF ABSTRACT | 14. LIMITATION OF ABSTRACT |
|---|---|---|---|
| Unclassified | Unclassified | Unclassified | UL |

NSN 7540-01-280-5500

Standard Form 298 (Rev. 2-89)
Prescribed by ANSI STd. Z39-18
298-102

BLM_0044180



# QUALITY OF WATER

# COLORADO RIVER BASIN

# Progress Report No. 23



**U.S. Department of the Interior**
**Bureau of Reclamation**
**Upper Colorado Region**                                    **2011**

BLM_0044181

## Mission Statements

The U.S. Department of the Interior protects and manages the nation's natural resources and cultural heritage; provides scientific and other information about those resources; and honors its trust responsibilities or special commitments to American Indians, Alaska Natives, and affiliated island communities.

The mission of the Bureau of Reclamation is to manage, develop, and protect water and related resources in an environmentally and economically sound manner in the interest of the American public.

BLM_0044182

# TABLE OF CONTENTS

MISSION STATEMENTS ............................................................................................................i

SUMMARY ........................................................................................................................... 1

CHAPTER 1 - INTRODUCTION ............................................................................................. 3

    AUTHORIZATION FOR REPORT ....................................................................................... 3

    LEGAL ASPECTS .............................................................................................................. 4

        Water Quantity .............................................................................................................. 4

        Water Quality ................................................................................................................ 5

CHAPTER 2 – SALINITY CONDITIONS .................................................................................. 9

    CAUSES OF SALINITY....................................................................................................... 9

    HISTORIC SALINITY CONDITIONS.................................................................................. 11

    FACTORS INFLUENCING SALINITY................................................................................. 11

        Streamflow ................................................................................................................. 12

        Reservoir Storage ....................................................................................................... 13

    NATURAL VARIATION IN SALINITY................................................................................. 15

    AGRICULTURAL SOURCES OF SALINITY........................................................................ 16

    WATER USE BY MUNICIPAL & INDUSTRIAL USERS ...................................................... 17

    ENERGY DEVELOPMENT ............................................................................................... 18

        Coal Bed Methane ...................................................................................................... 19

    FUTURE WATER DEVELOPMENT................................................................................... 20

    COMPLIANCE WITH THE SALINITY STANDARDS........................................................... 22

    SALINITY CONTROL....................................................................................................... 24

CHAPTER 3 – TITLE I SALINITY CONTROL PROGRAM........................................................ 25

        Coachella Canal Lining ................................................................................................ 26

        Protective and Regulatory Pumping ............................................................................ 26

        Yuma Desalting Plant .................................................................................................. 26

        Wellton-Mohawk Irrigation and Drainage District (WMIDD) ......................................... 27

CHAPTER 4 - TITLE II SALINITY CONTROL PROGRAM........................................................ 29

    U.S. BUREAU OF LAND MANAGEMENT ........................................................................ 30

        Program Administration ............................................................................................... 30

        Planning ..................................................................................................................... 31

        Science ...................................................................................................................... 31

        On-the-ground Implementation .................................................................................... 32

# TABLE OF CONTENTS (CONTINUED)

U.S. DEPARTMENT OF AGRICULTURE (USDA) ............................................................... 33

    NEW SALINITY PROJECTS AND INVESTIGATIONS ................................................. 34

    MONITORING AND EVALUATION ............................................................................ 36

    ACTIVE SALINITY CONTROL PROJECTS ................................................................ 36

U.S. BUREAU OF RECLAMATION ..................................................................................... 40

    PROGRAM SUMMARY .............................................................................................. 40

    BASINWIDE SALINITY CONTROL PROGRAM ........................................................ 43

    AMERICAN RECOVERY AND REINVESTMENT ACT OF 2009, PL 111-5 (ARRA) ....44

    PARALLEL PROGRAM ……………………………………………………………………...45

    NEW RECLAMATION SALINITY PROJECTS ........................................................... 45

    ONGOING RECLAMATION SALINITY CONTROL PROJECTS .................................. 47

    COLORADO RIVER BASIN SALINITY CONTROL PROGRAM SUMMARY DATA ...... 55

**REFERENCES CITED** ................................................................................................... 59

**GENERAL REFERENCES** ........................................................................................... 63

**APPENDIX A – SALINITY DATA** .................................................................................. 69

BLM_0044184

# TABLES

Table 1 - Quantified Sources of Salt Loading ............................................................................. 10

Table 2 - Upper Basin Depletion Projections ........................................................................... 21

Table 3 - Lower Basin Depletion Projections ........................................................................... 22

Table 4 - Salinity Control Requirements and Needs through 2030 ............................................ 24

Table 5 - WMIDD Irrigation Efficiency ..................................................................................... 28

Table 6 - BLM Salt Retention Estimates for FY 2006 - 2010 ...................................................... 33

Table 7 - Active Salinity Control Projects ................................................................................ 36

Table 8 - USDA Salinity Control Unit Summary through 2010 .................................................... 39

Table 9 - Paradox Well Injection Evaluation ...…………………..…………………..……………..…... 52

Table 10 - Summary of Federal Salinity Control Programs .......................................................... 55

Table 11 - Summary of Colorado River Basin Salinity Control Program Funding ........................ 57

Table 12 - Reclamation Basinwide Salinity Control Program Summary ....................................... 58

Table 13 – UCRB Agricultural Salinity Control Summary (tons) 2010 ......................................... 58

# FIGURES

Figure 1 - Sources of Salinity ................................................................................................... 9

Figure 2 - Percentage of Salinity Damages ............................................................................... 11

Figure 3 - Colorado River Salinity at Lower Basin Compact Points .............................................. 12

Figure 4 - Mainstem Flow and Salinity ..................................................................................... 12

Figure 5 - Effect of Glen Canyon Dam on Colorado River Salinity at Lees Ferry ........................ 13

Figure 6 - Lake Powell Forebay near Dam, Dec 1964 to March 2010 Salinity Conc, mg/L........... 14

Figure 7 - Lake Powell Inflow and Outflow Salt Concentration, mg/L ........................................ 15

Figure 8 - Photo of Coal Bed Methane Well.............................................................................. 19

Figure 9 - Historic and Projected Water Uses ........................................................................... 20

Figure 10 - 2010 Estimated Salinity Control Progress: BOR, NRCS & BLM ............................... 24

Figure 11 - Map of Title I Salinity Control Projects ................................................................... 25

Figure 12 - Map of Title II Salinity Control Projects ................................................................... 29

Figure 13 - BLM Salinity Control Funding Distribution ............................................................... 31

Figure 14 - NRCS onfarm Salt Controlled through 2010 ............................................................ 40

Figure 15 - Paradox Valley ....................................................................................................... 50

Figure 16 - Schematic of Paradox Project.................................................................................. 50

Figure 17 - Salt from Canal Seepage ........................................................................................ 53

iv

BLM_0044185

# FIGURES (Continued)

Figure 18 - Price-San Rafael Irrigation Improvements ................................................................... 53

Figure 19 - Salinity in Uinta Basin Unit Area ............................................................................. 54

Figure A-1 - Colorado River Water Quality Monitoring Stations .................................................. 70

Figure A-2 - Colorado River Flow and Salinity ........................................................................... 71

Figure A-3 - Flow and TDS over time for sites 1-4 .................................................................... 72

Figure A-4 - Flow and TDS over time for sites 5-8 .................................................................... 73

Figure A-5 - Flow and TDS over time for sites 9-12 …………………………...…………………… 74

Figure A-6 - Flow and TDS over time for sites 13-16 …………………………………………………75

Figure A-7 - Flow and TDS over time for sites 17-20 …………………………………………………76

BLM_0044186

## SUMMARY

The Colorado River and its tributaries provide municipal and industrial water to about 33 million people and irrigation water to nearly 4 million acres of land in the United States. The river also serves about 3 million people and 500,000 acres in Mexico. The effect of salinity is a major concern in both the United States and Mexico. Salinity damages in the United States are presently about $383 million per year at 2009 salinity concentrations. This biennial report on the quality of water in the Colorado River Basin is required by Public Laws 84-485, 87-483, and the Colorado River Basin Salinity Control Act (Salinity Control Act) (Public Law 93-320, as amended by Public Laws 98-569, 104-20, 104-127, and 106-459).



Salinity damages to municipal water pipe.

The Salinity Control Act authorizes the Secretaries of the U.S. Department of the Interior (Interior) and U.S. Department of Agriculture (USDA) to enhance and protect the quality of water available in the Colorado River for use in the United States and the Republic of Mexico.

Title I of the Salinity Control Act authorized the construction and operation of a desalting plant, brine discharge canal, and other features to enable the United States to deliver water to Mexico having an average salinity no greater than 115 parts per million (ppm) plus or minus 30 ppm over the annual average salinity of the Colorado River at Imperial Dam. The Title I program (administered by the Bureau of Reclamation [Reclamation]) continues to meet the requirements of Minute No. 242 of the International Boundary and Water Commission, United States and Mexico.



Salinity damages to crop production.

Title II of the Salinity Control Act authorizes the Secretary of the Interior (Secretary) and the Secretary of Agriculture to implement a broad range of specific and general salinity control measures in an ongoing effort to prevent further degradation of water quality to meet the objectives and standards set by the Clean Water Act.

In 1995, Public Law 104-20 authorized an entirely new way of implementing salinity control. Reclamation's Basinwide Salinity Control Program opened the program to competition through a "Request for Proposal" process, which greatly reduced the cost of salinity control by selecting the most cost effective projects. However, the price of salinity control will increase in the future as the less cost effective projects are left.

The Colorado River Basin Salinity Control Forum (Forum) in accordance with the requirements of the Clean Water Act, prepared the "2008 Review, Water Quality Standards for Salinity, Colorado River System" (Review). The Review reported that by 2030 a target of 1.85 million tons per year of salt will need to be diverted from entering the Colorado River in order to meet the water quality standards in the Lower Basin, below Lees Ferry, AZ. The combined Reclamation, USDA & BLM salinity reduction reported for 2010 shows that the Colorado River Basin Salinity Control Program (Program) has controlled over 1,192,000 tons of salt per year. In order to meet the 1.85 million tons of salt per year goal, it will be necessary to fund and implement potential new measures which ensure the removal of an additional 657,950 tons by 2030. The Forum stated that in order to achieve this level of salt reduction, the federal departments and agencies would require the following capital funding: Reclamation appropriation - $17.5 million per year (bringing the total Reclamation program with $7.5 million cost-sharing to $25 million per year); and USDA EQIP appropriation - $13.8 million per year (bringing the total on-farm program to $19.7 million per year with Basin states parallel program). Beginning in 2005, BLM began a comprehensive program to minimize the salt loading from BLM lands in the Colorado River basin. BLM salinity funding from Congress began in FY 2006.

With the reported existing salt controlled, and assuming no reduction of the existing salinity control projects, then nearly 32,900 tons of new or additional controls will need to be implemented each year to maintain the standards with increased future water development. This Program goal is the combined target for the participating agencies within Interior and USDA. The participating agencies reported to the Colorado River Basin Salinity Control Advisory Council, showing that the agencies efforts have been able to exceed the program's target over the past several years.

The Upper Colorado River Basin continues to experience a protracted multi-year drought. Since 1999, inflow to Lake Powell has been below average in every year except water years 2005 and 2008. The overall reservoir storage in the Colorado River Basin, as of October 1, 2010, is 33.05 million acre-feet or 55.6 % of capacity. Salinity concentration has increased during this time period (while salinity loading has decreased), but has not exceeded the numeric salinity criteria on the Colorado River below Hoover Dam, Parker Dam and at Imperial Dam; 723, 747 & 879 mg/L respectively. Reclamation's short term future salinity modeling scenarios indicate that the numeric salinity criteria should be maintained even with an additional 1-2 years of drought. However, the uncertainty of the prediction is within reach of the salinity criteria. The salinity criteria could have been exceeded in 2003 or 2004 without the salinity control program and other salt reductions. Nevertheless, salinity damages are still very high at the 2009 salinity levels. This is the first observation of this level of reservoir draw down. This drought is providing new data, which will eventually reduce the uncertainty in salinity forecasting.

BLM_0044188

# CHAPTER 1 - INTRODUCTION

The Bureau of Reclamation (Reclamation) of the U.S. Department of the Interior prepared this report in cooperation with State water resource agencies and other Federal agencies involved in the Colorado River Basin Salinity Control Program (Salinity Control Program). This Progress Report is the latest in a series of biennial reports that commenced in 1963. This report, Progress Report 23, should have been published in 2007, but due to long review times for the past Progress Reports 21 and 22, the time line has been delayed enough to include the 2007 and 2009 data in this report.

## AUTHORIZATION FOR REPORT

The directive for preparing this report is contained in four separate public laws.

Public Law 84-485 states:

> Section 15 –"The Secretary of the Interior is directed to continue studies and make a report to the Congress and to the States of the Colorado River Basin on the quality of water of the Colorado River,"

> Section 5c – "All revenues collected in connection with the operation of the Colorado storage project and participating projects shall be credited to the Basin Fund, and shall be available, without further appropriation, for (1) defraying the costs of operation, maintenance, & replacement of, and emergency expenditures for, all facilities". The ongoing water quality monitoring, studies, and report are considered part of the normal operation of the project and are funded by the Basin Fund."

Public Law 87-483 states:

> Section 15 - "The Secretary of the Interior is directed to continue his studies of the quality of water of the Colorado River System, to appraise its suitability for municipal, domestic, and industrial use and for irrigation in the various areas in the United States in which it is used or proposed to be used, to estimate the effect of additional developments involving its storage and use (whether heretofore authorized or contemplated for authorization) on the remaining water available for use in the United States, to study all possible means of improving the quality of such water and of alleviating the ill effects of water of poor quality, and to report the results of his studies and estimates to the 87th Congress and every 2 years thereafter."

Public Law 87-590 states that January 3 would be the submission date for the report.

Public Law 93-320 states:

> "Commencing on January 1, 1975, and every 2 years thereafter, the Secretary shall submit, simultaneously, to the President, the Congress, and the Advisory Council created in Section 204(a) of this title, a report on the Colorado River salinity control program authorized by this title covering the progress of investigations, planning, and construction of salinity control units for the previous

3

BLM_0044189

fiscal year; the effectiveness of such units; anticipated work needed to be accomplished in the future to meet the objectives of this title, with emphasis on the needs during the 5 years immediately following the date of each report; and any special problems that may be impeding progress in attaining an effective salinity control program. Said report may be included in the biennial report on the quality of water of the Colorado River Basin prepared by the Secretary pursuant to section 15 of the Colorado River Storage Project Act (70 Stat. 111; 43 U.S.C. 602n), section 15 of the Navajo Indian Irrigation Project and the initial stage of the San Juan-Chama Project Act (76 Stat. 102), and section 6 of the Fryingpan-Arkansas Project Act (76 Stat. 393)."

## LEGAL ASPECTS

### Water Quantity

Colorado River water was apportioned by the Colorado River Compact of 1922, the Boulder Canyon Project Act of 1928, the Water Treaty of 1944, the Upper Colorado River Basin Compact of 1948, and the United States Supreme Court (*Arizona* v. *California et al.*, 1963).

The Colorado River Compact divided the Colorado River Basin between the Upper and Lower Basins at Lee Ferry (just below the confluence of the Paria River), apportioning to each use of 7.5 million acre-feet (maf) annually. In addition to this apportionment, the Lower Basin was given the right to increase its beneficial consumptive use by 1 maf per year. The compact also contains provisions governing exportation of Colorado River water. The Water Treaty of 1944 obligates the United States to deliver to Mexico 1.5 maf of Colorado River water annually, absent treaty surplus or shortage conditions.

**Upper Colorado Use** - The Upper Colorado River Basin Compact of 1948 divided and apportioned the water apportioned to the Upper Colorado River Basin by the Colorado River Compact, allocating to **Arizona** 50,000 acre-feet annually, with the remaining water allocated to Upper Colorado River Basin States as follows:

- **Colorado** 51.75 percent
- **New Mexico** 11.25 percent
- **Utah** 23 percent
- **Wyoming** 14 percent

**Lower Colorado Use** - States of the Lower Colorado River Basin did not agree to a compact for the apportionment of waters in the Lower Colorado River Basin; in the absence of such a compact Congress, through Secretarial contracts authorized by the Boulder Canyon Project Act, allocated water from the mainstem of the Colorado River below Lee Ferry among California, Nevada, and Arizona, and the Gila River between Arizona and New Mexico. This apportionment was upheld by the Supreme Court, in 1963, in the case of <u>Arizona v. California.</u>

As confirmed by the U.S. Supreme Court in 1963, from the mainstem of the Colorado River (i.e., The Lower Basin):

4

BLM_0044190

- **Nevada** was apportioned 300,000 acre-feet annually and 4 percent of surplus water available,

- **Arizona** was apportioned 2,800,000 acre-feet annually and 46 percent of surplus water available,

- **California** was apportioned 4,400,000 acre-feet annually and 50 percent of surplus water available.

## Water Quality

Although a number of water-quality-related legislative actions have been taken on the State and Federal levels, several Federal acts are of special significance to the Colorado River Basin: the Water Quality Act of 1965 and related amendments, the Federal Water Pollution Control Act Amendments of 1972 (Public Law 92-500), commonly referred to as the Clean Water Act and related amendments, and the Colorado River Basin Salinity Control Act (Salinity Control Act) of 1974 as amended. Also, central to water quality issues are agreements with Mexico on Colorado River System waters entering that country.

The Water Quality Act of 1965 (Public Law 89-234) amended the Federal Water Pollution Control Act and established a Federal Water Pollution Control Administration (now Environmental Protection Agency [EPA]). Among other provisions, it required States to adopt water quality criteria for interstate waters inside their boundaries. The seven Basin States initially developed water quality standards that did not include numeric salinity criteria for the Colorado River primarily because of technical constraints. In 1972, the Basin States agreed to a policy that called for the maintenance of salinity concentrations in the Lower Colorado River System at or below existing levels, while the Upper Colorado River Basin States continued to develop their compact-apportioned waters. The Basin States suggested that Reclamation should have primary responsibility for investigating, planning, and implementing the proposed Salinity Control Program.

The enactment of the Federal Water Pollution Control Act Amendments of 1972 affected salinity control, in that it was interpreted by EPA to require numerical standards for salinity in the Colorado River. In response, the Basin States founded the Colorado River Basin Salinity Control Forum (Forum) to develop water quality standards, including numeric salinity criteria and a basinwide plan of implementation for salinity control. The Basin States held public meetings on the proposed standards as required by the enacting legislation. The Forum recommended that the individual Basin States adopt the report, *Water Quality Standards for Salinity, Including Numeric Criteria and Plan of Implementation for Salinity Control, Colorado River System*. The proposed water quality standards called for maintenance of flow-weighted annual averaged total dissolved solids concentrations of 723 milligrams per liter (mg/L) below Hoover Dam, 747 mg/L below Parker Dam, and 879 mg/L at Imperial Dam. Included in the plan of implementation were four salinity control units and possibly additional units, the application of effluent limitations, industrial use of saline water, and future studies. The standards are to be reviewed at 3-year intervals. All of the Basin States adopted the 1975 Forum-recommended standards. EPA approved the standards.

BLM_0044191

The Salinity Control Act of 1974 (Public Law 93-320) provided the means to comply with the United States' obligations to Mexico under Minute No. 242 of the International Boundary and Water Commission, United States and Mexico, which included, as a major feature, a desalting plant and brine discharge canal for treatment of Wellton-Mohawk Irrigation and Drainage District (WMIDD) drainage water. These facilities enable the United States to deliver water to Mexico having an average salinity of 115 parts per million (ppm) plus or minus 30 ppm (United States' count) over the annual average salinity of the Colorado River at Imperial Dam. The act also authorized construction of 4 salinity control units and the expedited planning of 12 other salinity control projects above Imperial Dam as part of the basinwide salinity control plan.

In 1978, the Forum reviewed the salinity standards and recommended continuing construction of units identified in the 1974 act, placing of effluent limitations on industrial and municipal discharges, and reduction of the salt-loading effects of irrigation return flows. The review also called for the inclusion of water quality management plans to comply with section 208 of the Clean Water Act. It also contemplated the use of saline water for industrial purposes and future salinity control.

Public Law 98-569, signed October 30, 1984, amended Public Law 93-320. The amendments to the Salinity Control Act authorized the U.S. Department of Agriculture (USDA) Colorado River Salinity Control Program. The amendments also authorized two new units for construction under the Reclamation program.

In 1993, the Dept. of Interior Inspector General concluded that the lengthy congressional authorization process for Reclamation projects was impeding the implementation of cost-effective measures. Consequently, a public review of the program was conducted in 1994. In 1995, Public Law 104-20 authorized Reclamation to implement a basinwide approach to salinity control and to manage its implementation. Reclamation completed solicitations in 1996, 1997, 1998, 2001, and 2004 in which Reclamation requested proposals, ranking the proposals based on their cost and performance risk factors, and awarded funds to the highest ranked projects. The awards from the first three solicitations consumed the available appropriation ceiling of $75 million authorized by Congress to test the new program. In 2000, Public Law 106-459 amended the Colorado River Basin Salinity Control Act to increase the appropriation ceiling for Reclamation's basinwide approach by $100 million ($175 million total). This appropriation authority allowed Reclamation to continue to request new proposals under its Basinwide Salinity Control Program.

In 1996, Public Law 104-127 significantly changed the authorities provided to USDA. Rather than carry out a separate salinity control program, the Secretary of Agriculture was directed to carry out salinity control measures in the Colorado River Basin as part of the Environmental Quality Incentives Program established under the Food Security Act of 1985. Public Law 104-127 also authorized the Secretary of Agriculture to cost share salinity control activities from the basin funds in lieu of repayment. Cost sharing has been implemented for both USDA and Reclamation programs. Under this new authority, each dollar appropriated by the Congress is matched by $0.43 in cost sharing from the basin funds.

BLM_0044192

In 2002, Public Law 107-171, Title II, Subtitle D reauthorized the USDA's Environmental Quality Incentives Program (under which the Secretary of Agriculture carries out salinity control measures).  In 2008, Public Law 110-246, again authorized the USDA's Environmental Quality Incentives Program. PL110-246 also amended the Salinity Control Act to clarify the authority and implementation of the "Basin States Program".

Nothing in this report is intended to interpret the provisions of applicable federal law including, but not limited to, The Colorado River Compact (42 Stat. 171), The Upper Colorado River Basin Compact (63 Stat. 31), The Utilization of Waters of the Colorado and Tijuana Rivers and of the Rio Grande, Treaty Between the United States of America and Mexico (Treaty Series 994, 59 Stat. 1219), the United States/Mexico agreement in Minute No. 242 of August 30, 1973, (Treaty Series 7708; 24 UST 1968), the 1964 Decree entered by the Supreme Court of the United States in Arizona v. California et al. (376 U.S. 340), as amended and supplemented, The Boulder Canyon Project Act (45 Stat. 1057), The Boulder Canyon Project Adjustment Act (54 Stat. 774; 43 U.S.C. 618a), The Colorado River Storage Project Act (70 Stat. 105; 43 U.S.C. 620), The Colorado River Basin Project Act (82 Stat. 885; 43 U.S.C. 1501), The Colorado River Basin Salinity Control Act (88 Stat. 266; 43 U.S.C. 1571), The Hoover Power Plant Act of 1984 (98 Stat. 1333), The Colorado River Floodway Protection Act (100 Stat. 1129; 43 U.S.C. 1600), or The Grand Canyon Protection Act of 1992 (Title XVIII of Public Law 102-575, 106 Stat. 4669).

BLM_0044193

BLM_0044194

## CHAPTER 2 – SALINITY CONDITIONS

### CAUSES OF SALINITY

The Colorado River System is naturally very saline. At the USGS gauge below Hoover Dam, between 1940 and 1980 an average of approximately 9.4 million tons of salt were carried down the river every year. Since 1981, on average, approximately 8.8 million tons of salts have been measured in the river each year, including years of floods and drought, with the trend going down. The flow of the river dilutes this salt, and depending upon the quantity of flow, salinity can be relatively dilute or concentrated. Since climatic conditions directly affect the flow in the river, salinity in any one year may double (or halve) due to extremes in runoff. Because this natural variability is virtually uncontrollable, the seven Basin States adopted a non-degradation water quality standard.



Nearly half of the salinity in the Colorado River System is from natural sources. Saline springs, erosion of saline geologic formations, and runoff all contribute to this background salinity. Irrigation, reservoir evaporation, and municipal and industrial (M&I) sources make up the balance of the salinity problem in the Colorado River Basin. Figure 1 shows the relative amount each source contributes to the salinity problem. The Environmental Protection Agency (EPA, 1971) estimated that the natural salinity in the Lower Colorado River at Imperial Dam was 334 milligrams per liter (mg/L). For 2009 the average annual flow weighted salinity at Imperial Dam was 717 mg/L, a 383 mg/L increase over the estimated natural salinity. Table 1, on the following page, quantifies the salinity from several of these known sources.

**Figure 1** - Sources of Salinity

Salinity of the Colorado River has increased with the development of water resources in two major ways: (1) the addition of salts from water use and (2) the consumption (depletion) of water. The combined effects of water use and consumption have had a significant impact on salinity in the Colorado River Basin. The basin-wide drought, since 1999, has also had an influence on the present salinity of the Colorado River.

Current information indicates that the present salt levels in the Colorado River system have few if any negative health effects and the EPA's primary drinking water standards

BLM_0044195

**Table 1 -** Quantified Sources of Salt Loading

| Source | Type of Source | Salt Loading (tons per year) |
|---|---|---|
| Paradox Springs | Springs / point | 205,000 [1] |
| Dotsero Springs | Springs / point | 182,600 |
| Glenwood Springs | Springs / point | 335,000 |
| Steamboat Springs | Springs / point | 8,500 |
| Pagosa Springs | Springs / point | 7,300 |
| Sinbad Valley | Springs / point | 6,500 |
| Meeker Dome | Springs / point | 57,000 [1] |
| Other minor springs in the Upper Basin | Springs / point | 19,600 |
| Blue Springs | Springs / point | 550,000 |
| La Verkin Springs | Springs / point | 109,000 |
| Grand Valley | Irrigation / non-point | 580,000 |
| Big Sandy | Irrigation / non-point | 164,000 |
| Uncompahgre Project | Irrigation / non-point | 360,000 [1] |
| McElmo Creek | Irrigation / non-point | 119,000 |
| Price-San Rafael | Irrigation / non-point | 258,000 [1] |
| Uinta Basin | mostly irrigation / non-point | 240,000 |
| Dirty Devil River Area | non-point | 150,000 |
| Price-San Rafael Area | non-point | 172,000 [1] |
| Other, non regulated areas | Various | 5,200,000 |
| Total | | 8,724,000 |

1- Values listed are pre salinity control project loading

are not exceeded (see Progress Report 21, Health section). However, the EPA secondary drinking water standards of 500 mg/L for TDS (salinity) and 250 mg/L for sulfate may be exceeded. A regression of sulfate versus TDS shows that sulfate exceeds 250 mg/L when the TDS exceeds 612 mg/L. During dry cycles the secondary drinking water standards for TDS and sulfate are exceeded at many places in the Colorado River in both the Upper and Lower Basins, including the three salinity criteria sites.

The primary negative impact of the Colorado River salinity presently is seen as economics. Reclamation has developed a model which calculates damages from a given level of salt. Economic damages have been shown to begin at salinity levels above 500 mg/L and a change of 1 mg/L TDS equates to 10,000 tons of salt per year. Present annual economic damage using the 2008 & 2009 average annual salinity level at Imperial Dam (717 mg/l, latest data available) has been modeled at over $350 million dollars. This impact comes out at a cost of $173 per ton of salt or $1,733,000 per mg/L TDS per year, over the 500 mg/L base point. Even though the salinity level has fluctuated slightly over the last few years, the salinity impact cost has increased primarily due to increased agricultural damage costs (increase in acreage and crop prices).

10

Salinity related damages are primarily due to reduced agricultural crop yields, corrosion, and plugging of pipes and water fixtures in housing and industry. Figure 2 breaks down the percentage of total damages. The seven Basin States have agreed to limit this impact and adopted numeric criteria, which require that salinity concentrations not increase (from the 1972 levels) due to future water development. Salinity levels measured in the



**Figure 2 –** Percentage of Salinity Damages

river may be low or high due to climatic conditions, but the goal of the Water Quality Criteria for the Colorado River Basin and the Colorado River Basin Salinity Control Program (Salinity Control Program) is to offset (eliminate) the salinity effects of additional water development.

## HISTORIC SALINITY CONDITIONS

Salinity in the Colorado River is monitored at 20 key stations throughout the Colorado River Basin. Salt loads and concentrations are calculated from daily conductivity and flow records using methods developed jointly between Reclamation and USGS (Liebermann et al., 1986). Historical annual streamflow, and salinity concentrations from 1940 through 2009 are included in graphical form in Appendix A. Monthly and annual data may be obtained by request from Reclamation, Salt Lake City, Utah or by going to Reclamation's Upper Colorado Regional Office Salinity Program web page; http://www.usbr.gov/uc/progact/salinity/index.html. The salinity of the 3 lower basin compact points since 1940 is shown in Figure 3. As Figure 3 shows, the last time the TDS exceeded or reached the salinity criteria at any of the compact points, was in 1972 – the year that the salinity standard was established for the Colorado River.

## FACTORS INFLUENCING SALINITY

Stream flow, reservoir storage, water resource development, salinity control, climatic conditions, and natural runoff directly influence salinity in the Colorado River Basin. Before any water development, the salinity of spring runoff was often below 200 mg/L throughout the Colorado River Basin. However, salinity in the lower mainstem was often well above 1,000 mg/L during the low flow months (most of the year), since no reservoirs existed to catch and store the spring runoff.

BLM_0044197



**Figure 3** - Colorado River Salinity at Lower Basin Compact Points

## Streamflow

Streamflow directly influences salinity. For the most part, higher flows (or reservoir releases) dilute salinity. The top graph in Figure 4 shows streamflow at two key points in the mainstem. In 1980, Lake Powell (Glen Canyon Dam) filled for the first time and spilled.

This spill went through Lake Mead (Hoover Dam) and on downstream through Imperial Dam. In 1983 and on through 1987, flows in the system were again extremely high and sustained, reducing salinity to historic lows. As shown in the bottom graph of Figure 4, more average flows in the system after 1987 returned the salinity in the reservoir system to more normal levels.



**Figure 4** - Mainstem Flow and Salinity.

12

**Reservoir Storage**

The Colorado River Storage Project Reservoirs produce not only major hydrologic modifications downstream, but they also significantly alter the salinity variability of the downstream river. The overall long term salinity affects of the reservoirs are beneficial and have greatly reduced the salinity peaks and annual fluctuation (Figure 5). The high concentration low flow waters are mixed with low concentration spring runoff, reducing the month-to-month variation in salinity below dams (Mueller et al., 1988). At Glen Canyon Dam, the pre and post dam peak monthly salinity has been reduced by nearly 600 mg/L. Similar effects can be seen below Flaming Gorge, Navajo, and Hoover Dams, greatly improving the quality of water during the summer, fall and winter.

Large reservoirs like Lake Powell selectively route less saline water while holding more saline waters during low inflow periods. The poorer quality waters are then slowly released after the inflows have begun to increase, which helps to prevent exceeding the salinity criteria during drought years. The large reservoirs selectively retain higher salinity winter inflows in the bottom of the pool and route lower salinity overflow density currents from the spring runoff. The seasonal and long term affects of this selective retention and routing of salt has been shown below Glen Canyon Dam in Figure 5.



**Figure 5 -** Effects of Glen Canyon Dam on Colorado River Salinity at Lees Ferry.

Figure 6 further displays this retention. A long-term depth vs. time profile of salinity in the forebay of Glen Canyon Dam is a pictured history of salinity. The Y (vertical) axis is

BLM_0044199



**Figure 6** - Lake Powell Forebay, near Dam, Dec 1964 to March 2010 Salinity Concentration, mg/L

depth in the water column and the X axis is time in years. The color scale is the change in salinity.

Two things are demonstrated by this graphic: 1) Glen Canyon Dam selectively retains higher TDS water, especially during initial years of drought, and then routes those waters later, usually during wetter cycles. 2) Lake Powell has selectively retained higher salinity water during drier years, and then routed it with the increased mixing and shorter hydraulic retention times of wetter cycles as seen particularly in 1983 and 1999. During these wetter cycles these is a significant mixing and dilution of these previously stored salts.

There are 4 periods or trends which can be seen in the Colorado River salinity for the inflow to and outflow from Lake Powell which can be seen in Figure 7 (white and yellow trend lines). The overall inflow line (blue) in Figure 7 is the sum of TDS for the inflow stations to Lake Powell; Colorado River at Cisco, Green River at Green River, UT, San Rafael River near Green River and San Juan River near Bluff. The overall outflow line (red) is the TDS at the USGS gauge at Lee's Ferry below Glen Canyon Dam. There was the pre dam period, 1940 – 1964, where the average salinity trend was increasing with some divergence between the average annual inflow and outflow salinity levels and the inflow concentration generally being less than the outflow concentration. This difference between outflow and inflow may be impacted by the beginning hydraulic conditions, since the actual annual levels appear to track each other fairly closely. Next there was the dam filling period where Lake Powell and the upper basin reservoirs were completed and filling, 1965-1980. The average annual salinity during this time decreased with a convergence occurring between the inflow and outflow concentrations. The outflow

14

concentration decreased more than the inflow concentration, which could be due to the reservoir storing the higher TDS waters. Then there was the period, 1980 to present, when the basin hydrology went through both wet and dry periods and the salinity control projects in the upper basin were coming online. The declining trend of the average annual salinity concentration over this time is seen to be constant between the inflow and outflow stations. Since 1980 there appears to be an equilibrium between the salt entering the reservoir and what is being released. The last period, since 2000, covers the basinwide drought. The trend shows that the inflow TDS has declined, while the outflow TDS from Lake Powell has stayed constant with the 1980 to present TDS trend.

Lake Powell (and other reservoirs in the basin) went through an initial filling salt leach out which actually began with temporary water retention behind the coffer dam during construction in the mid 1950's. Long-term linear regression trend lines on the inflow and outflow salinity concentrations at Lake Powell indicate that internal salt leaching seems to have declined to a minimum by the mid-1990's suggesting a long-term salinity leach out which is approaching a dynamic equilibrium (Figure 7, red and blue trend line).



**Figure 7** - Lake Powell Inflow and Outflow Salt Concentration, mg/L

## NATURAL VARIATION IN SALINITY

Although seasonal swings in salinity have been greatly reduced, annual fluctuations in salinity are still observed. Natural climatic variations in rainfall and snowmelt runoff continue to cause large year-to-year differences in both flow and salinity and in some cases nearly doubling the salinity in the river.

The water quality standards require that the flow-weighted average annual salinity not to rise above the 1972 levels using a long-term mean water supply of 15 maf (2008 Review). This means that depending on the hydrology (drought conditions) salinities may

15

actually increase above the numeric criteria and it is not a violation of the standards, but is due to natural variations in the hydrologic conditions. Even with full compliance with the standards, the actual salinities at Imperial Dam (and elsewhere in the Colorado River Basin) will continue to fluctuate with hydrologic conditions in the future. The Salinity Control Program is designed to offset the effects of development, even as salinity varies from year to year in response to the climatic and hydrologic conditions. Assuming continued salinity control and full compliance with the standards, the potential range of annual salinities that might be observed in the future at Imperial Dam is quite wide. With Colorado River basin reservoir storage tempering the natural variability of the system, the range between the high and low salinity values at Imperial Dam has dropped to a monthly average of about 479 mg/L and an annual average around 266 mg/L since 1973.

## AGRICULTURAL SOURCES OF SALINITY

Irrigated agriculture is the largest user of water in the Colorado River Basin and a major contributor to the salinity of the system. Iorns (Iorns et al., 1965) found that irrigated lands in the Upper Colorado River Basin contributed about 3.4 million tons of salt per year (37 percent of the salinity of the river). Irrigation increases the salt concentration of the source water by consuming water (evapotranspiration) and by dissolving salts found in the underlying saline soil and geologic formations, usually marine (Mancos) shale.

Irrigation mobilizes the salts found naturally on the soil surface as well as in the soil profile, especially if the lands are over irrigated. Many subbasins experienced significant changes in irrigation following development of available reservoir storage. For example, once late season irrigation supplies were assured, less water was applied to per unit of farmland during the snowmelt runoff, and overall irrigation efficiency increased.

Irrigation development in the Upper Colorado River Basin took place gradually from the beginning of settlement in about 1860, but was hastened by the purchase of tribal lands in the late 1800's and early 1900's. About 800,000 acres were being irrigated by 1905. Between 1905 and 1920, the development of irrigated land increased at a rapid rate, and by 1920, nearly 1.4 million acres were being irrigated. The "Upper Colorado Region Comprehensive Framework Study, June 1971", reported that more than 1.6 million acres were in irrigation in 1965. Since that time, development of new agricultural lands has leveled off because of physical, environmental, and economic limitations. Reclamation's latest "Colorado River System Consumptive Uses and Losses Report 2006-2010" estimated an average of 1.57 million acres was irrigated in the Upper Colorado River Basin in 2006 (latest data available).

Irrigation development in the Lower Colorado River Basin began at about the same time as in the Upper Colorado River Basin, but was slow due to the difficulty of diverting water from the Colorado River with its widely fluctuating flows. Development of the Gila area began in 1875 and the Palo Verde area in 1879. Construction of the Boulder Canyon Project in the 1930's, and other downstream projects, has provided for a continued expansion of the irrigated area. In 1970, an additional 21,800 acres were irrigated by private pumping either directly from the Colorado River or from wells in the flood plain. In 1980, nearly 400,000 acres were being irrigated along the Colorado River mainstem.

BLM_0044202

Total irrigated lands for the entire Lower Colorado River Basin is around 1.4 million acres.

Reclamation and the U.S. Geological Survey (USGS) continuously monitor the flow and salinity of the river system through a network of 20 gauging stations (See Appendix A, Figs. A1 & A2). Reclamation evaluates the data collected to determine if sufficient salinity control is in place to offset the impact of water development. In 2009, the actual salinity in the Colorado River was below the numeric criteria at the established monitoring stations. However, as the impacts of recent and future basin developments work their way through the hydrologic system, or as drought conditions persist, salinity would increase without salinity control to prevent further degradation of the river system. Through salinity control practices, excess salt loading to the river system can be reduced significantly, helping maximize the future beneficial uses of the river.

Most of the irrigation projects that deplete water and increase salt loading to the river were in place before 1965. Moreover, like the newly inundated soils in reservoirs, newly irrigated lands are subject to a leach-out period. In cases where lands with poor drainage stored salt, these areas were taken out of production. In addition, irrigation practices changed significantly with the introduction of canal and lateral lining, sprinkling systems, gated pipe, trickle systems and tile drains (initial operation of tile drains increase salt loading, which decreases after time). These changes have resulted in reduced return flows and salt loading.

## WATER USE BY MUNICIPAL & INDUSTRIAL USERS

Salinity levels are directly influenced by depletion (consumption) of water flowing in the river system and salt loading. Agriculture increases salinity by consuming water through evapotranspiration and leaching of salts from soils by irrigation. Municipal and industrial (M&I) use increases salinity by the consumption of the water, thus reducing the dilution of salts in the river or by disposal on land.

Another source of salinity from municipal & industrial use is from an increase in the housing developments within the basin. This brings with it an associated increase in water softening needs, due to the hard water found throughout the basin. One result of the increase of water softening is an increase in the sodium chloride salt discharged into the Colorado River. Another impact of the increased population in the basin is that more roads are paved and developed. During the winter this increase in road mileage impacts the salt discharged into the basin due to the addition of salt on the roads in order to help keep the snow and ice off of the roads. The amount of salt added to the basin from new municipal development has not yet been quantified.

Reclamation continues to monitor water use and adjusts their future salinity control needs as water development plans may be postponed, delayed, or canceled. The depletion schedules used to project salinity conditions have been updated so that the implementation needs for the Salinity Control Program can be planned to offset the impacts of additional water development (see Tables 2 & 3).

BLM_0044203

## ENERGY DEVELOPMENT

The large amounts of water use once forecasted for steam power generation, coal gasification, oil shale, and mineral development have not yet occurred. The few coal-fired power plants that have been constructed recently have obtained their water from existing agricultural rights rather than from developing additional water. This conversion of use reduces the salt loading to the Colorado River by eliminating the pickup of salt from canal seepage and on farm deep percolation.

Many of the geologic formations of the Colorado River Basin were deposited in marine (saline) or brackish water environments. Sulfates and sodium chloride are prevalent salts in most of these formations. Many of the formations were deposited in drier periods and are capable of transmitting water, but these aquifers are frequently sandwiched between hundreds or even thousands of feet of impermeable shale (aquicludes). These aquifers are, therefore, static and often saline. Many static and saline aquifers are present in the Colorado River Basin. When a path of flow is provided by drilling or mining, these aquifers are mobilized, and brackish or saline waters flow back to the surface.

The development of energy resources, specifically coal, oil, gas, oil shale, and coal bed methane, in the Colorado River Basin may contribute significant quantities of salt to the Colorado River. Salinity of surface waters can be increased by either mineral dissolution or uptake in surface runoff, mobilization of brackish groundwater, or consumption of good quality water. The location of fossil fuels is associated with marine-derived formations. Any disturbance of these saline materials will increase the contact surfaces, allowing for the dissolution of previously unavailable soluble minerals.

Salinity increases associated with mining coal can be attributed to leaching of coal spoil materials, discharge of saline groundwater, and increased erosion resulting from surface-disturbing activities. Spoil materials have a greater permeability than undisturbed overburden, allowing most of the rain falling on the spoils to infiltrate instead of running off. The water percolates through the spoils, dissolving soluble minerals.

Studies conducted on mining spoils in northwestern Colorado indicate that the resulting salinity of spoil-derived waters ranges from approximately 3,000 mg/L to 3,900 mg/L (Parker, et al., 1983; McWhorter, et al., 1979; and U.S. Department of the Interior, 1985). The variability in concentration depends on water residence time and the chemical and physical properties of the spoil.

Saline water is also a byproduct of oil and gas production in the Colorado River Basin. It is not uncommon to produce several times the amount of saline waters as oil. In one month the oil and gas operators in Colorado produced approximately 25 million barrels of saline water. The salinity of production waters varies greatly from location to location and depends upon the producing formation. Common disposal techniques include evaporation, injection, and discharge to local drainages.

The future development of the oil shale resources in Colorado, Utah, and Wyoming has the potential to increase salt loading to the Colorado River. Salt increases can be attributed to the consumptive use of good quality water, mine dewatering, and, if surface retorting is used, the leaching of spoil materials similar to those of surface coal mining.

BLM_0044204

Reclamation, BLM and state agencies are attempting to identify abandoned exploration wells that are leaking and develop plans to control the leaks. The Meeker Dome Salinity Control Unit identified and plugged several abandoned wells along the White River to prevent a salt dome (a geologic formation) from discharging saline water into the river.

**Coal Bed Methane** - The increase of the price of natural gas has led to an increase in the interest of developing the methane gas, which is found with coal, in the plentiful coal formations of the Upper Colorado River Basin. This coal bed methane (CBM) development could result in an increase in the salt loading of the Colorado River if the water associated with this type of drilling is discharged on the ground surface and allowed to get into waterways.

In Utah, coal bed methane wells are located in Emery, Carbon, Duchesne, and Uinta counties. The State allows up to 4 wells per section. Most (99%) of existing product wastewater from the CBM wells is reinjected and 1 % is impounded for evaporation. No surface discharges have presently been permitted. It is projected that even with greater development of CBM wells, the handling of the produced wastewater will not change.



**Figure 8 -** Photo of Coal Bed Methane Well.

In Colorado, all the product water from CBM development in the San Juan Basin in southwest Colorado is presently, and in the foreseeable future will be, reinjected. New CBM wells are permitted in the northwest part of the State and in Moffat and Rio Blanco Counties, where new CBM developments are being considered. The State averages for product wastewater in the western part of the State are 90 % reinjected, 9.5 % impounded, and 0.5 % surface discharged. Any surface discharged water has to meet the water quality criteria of no more that 1 ton/day salt.

In Wyoming, new CBM well development is beginning in the Little Snake River drainage (Carbon County) with only a handful of wells permitted. This CBM development has the potential to spread into the whole southwest corner of the State (Sweetwater, Uinta, and Lincoln Counties) if the price of natural gas stays high. This part of the State could have over 10,000 new CBM wells if development takes off as it has in the Powder River Basin. Presently, the State will allow surface discharge of up to 1 ton/day per operator (not per well). CBM development in the southwest part of the State will most likely involve reinjection of most if not all of the waste water since the quality of the groundwater found in these coal beds is highly saline and of poor quality.

The recent push for increased development of coal bed methane and other energy sources in the Rocky Mountain area poses a potential for increased salinity due to the brine or saline ground water discharged from the wells into the Colorado River Basin.

19

## FUTURE WATER DEVELOPMENT

Tables 2 and 3 summarize the projected depletions used by Reclamation to evaluate the effects of water use and depletions for this progress report. These water use estimates were compiled as the first step in the evaluation process.

Table 2 summarizes the projected future depletions by water uses in the Upper Colorado River Basin as adopted for planning purposes by the Upper Colorado River Commission in December 2007. Figure 9 illustrates the historic annual consumptive use by water uses in the Upper Basin as reported in Reclamation's *Colorado River System Consumptive Uses and Losses Reports* (CUL), and the projected future total depletions by water uses in the Upper Basin that are included as input into Reclamation's Colorado River System Simulation (CRSS) model. The consumptive uses or depletions shown in figure 9 exclude evaporation losses from Lake Powell, Flaming Gorge Reservoir and the Aspinall Unit reservoirs, which along with evaporation losses from Colorado River mainstem reservoirs in the Lower Basin are modeled within CRSS.

The annual depletions for the Lower Colorado River Basin shown in Table 3 include only depletions resulting from the use of water from the mainstem of the Lower Colorado River. Reclamation's CRSS model does not model or include as input consumptive uses made from tributaries to the Colorado River within the Lower Colorado River Basin. Fixed inflow values are used in the CRSS model for the Lower Basin tributaries. More detailed data on historic Colorado River Basin consumptive uses and losses (including tributary uses in the Lower Basin and reservoir evaporation losses) may be found in Reclamation's *Colorado River System Consumptive Uses and Losses Reports* or on the web at: www.usbr.gov/uc/library/envdocs/reports/crs/crsul.html



**Figure 9** - Historic and Projected Water Uses.

BLM_0044206

**Table 2 -** Upper Basin Depletion Projections (1000 af/yr)

| UPPER BASIN | 2010 | 2020 | 2030 | 2040 | 2050 | 2060 |
|---|---|---|---|---|---|---|
| **Arizona** | | | | | | |
| Total scheduled depletion | 50 | 50 | 50 | 50 | 50 | 50 |
| Share of 2007 Hydro-Det Amount  (5.76 maf) | 50 | 50 | 50 | 50 | 50 | 50 |
| Remaining available | 0 | 0 | 0 | 0 | 0 | 0 |
| **Colorado** | | | | | | |
| Total scheduled depletions | 2,796 | 2,842 | 2,891 | 2, 919 | 2,955 | 2,955 |
| Share of 2007 Hydro-Det Amount  (5.76 maf) | 2,955 | 2,955 | 2,955 | 2,955 | 2,955 | 2,955 |
| Remaining available | 159 | 113 | 64 | 36 | 0 | 0 |
| Percent unused | 5 | 4 | 2 | 1 | 0 | 0 |
| **New Mexico** | | | | | | |
| Total scheduled depletions | 539 | 608 | 635 | 642 | 642 | 642 |
| Share of 2007 Hydro-Det Amount  (5.76 maf) | 642 | 642 | 642 | 642 | 642 | 642 |
| Remaining available | 103 | 34 | 7 | 0 | 0 | 0 |
| Percent unused | 16 | 5 | 1 | 0 | 0 | 0 |
| **Utah** | | | | | | |
| Total scheduled depletions | 907 | 955 | 1032 | 1118 | 1163 | 1163 |
| Share of 2007 Hydro-Det Amount  (5.76 maf) | 1313 | 1313 | 1313 | 1313 | 1313 | 1313 |
| Remaining available | 406 | 358 | 281 | 195 | 150 | 150 |
| Percent unused | 31 | 27 | 21 | 15 | 11 | 11 |
| **Wyoming** | | | | | | |
| Total scheduled depletions | 560 | 621 | 719 | 735 | 750 | 763 |
| Share of 2007 Hydro-Det Amount  (5.76 maf) | 799 | 799 | 799 | 799 | 799 | 799 |
| Remaining available | 239 | 178 | 80 | 64 | 49 | 36 |
| Percent unused | 30 | 22 | 10 | 8 | 6 | 5 |

Note 1:  This depletion schedule does not attempt to interpret the Colorado River Compact, the Upper Colorado River Basin Compact, or any other element of the "Law of the River." This schedule should not be construed as an acceptance of any assumption that limits the Upper Colorado River Basin's depletion.

Note 2: This depletion schedule is for planning purposes only. This estimate does not constitute an endorsement of the Bureau of Reclamation's 2007 Hydrologic Determination and should not be construed as in any way limiting the Upper Division States use of Colorado River water in accordance with the Commission's resolution of 6/5/06.

Note 3: The yield determined in the 2007 Hydrologic Determination excluding shared CRSP evaporation.

BLM_0044207

**Table 3 -** Lower Basin Depletion Projections (1000 af/yr)

| LOWER MAINSTEM | 2010 | 2020 | 2030 | 2040 | 2050 | 2060 |
|---|---|---|---|---|---|---|
| **Nevada** | | | | | | |
| Robert B. Griffith Water Project | 264 | 264 | 280 | 280 | 280 | 280 |
| Other users above Hoover Dam | 7 | 7 | 7 | 7 | 7 | 7 |
| Southern California Edison | 16 | 16 | 0 | 0 | 0 | 0 |
| Ft. Mohave Indian Reservation | 9 | 9 | 9 | 9 | 9 | 9 |
| Laughlin and users below Hoover Dam | 4 | 4 | 4 | 4 | 4 | 4 |
| Total | 300 | 300 | 300 | 300 | 300 | 300 |
| **Arizona** | | | | | | |
| Imperial Wildlife Refuge | 10 | 9 | 10 | 10 | 10 | 10 |
| Lake Havasu Wildlife Refuge | 5 | 5 | 5 | 5 | 5 | 5 |
| Fort Mohave Indian Reservation | 73 | 73 | 73 | 73 | 73 | 73 |
| City of Kingman | 0 | 0 | 0 | 0 | 0 | 0 |
| Mohave Valley I&D District | 23 | 17 | 17 | 17 | 17 | 17 |
| Bullhead City and other M&I | 4 | 5 | 6 | 6 | 6 | 6 |
| Cibola Valley I&DD, Parker and others | 24 | 27 | 30 | 32 | 34 | 34 |
| Lake Havasu I&D District | 13 | 12 | 12 | 12 | 12 | 12 |
| Central Arizona Project | 1425 | 1419 | 1406 | 1398 | 1395 | 1395 |
| Colorado River Indian Reservation | 414 | 463 | 463 | 463 | 463 | 463 |
| Cibola Wildlife Refuge | 8 | 8 | 16 | 16 | 16 | 16 |
| Gila Project | 505 | 477 | 476 | 476 | 476 | 476 |
| City of Yuma | 27 | 30 | 35 | 41 | 41 | 41 |
| Yuma Project - Valley Division | 248 | 234 | 229 | 229 | 230 | 230 |
| Cocopah Indian Reservation | 12 | 12 | 12 | 12 | 12 | 12 |
| Other users below Imperial Dam | 9 | 9 | 10 | 10 | 10 | 10 |
| Total | 2800 | 2800 | 2800 | 2800 | 2800 | 2800 |
| **California** | | | | | | |
| City of Needles | 1 | 1 | 1 | 1 | 1 | 1 |
| Metropolitan Water District | 855 | 852 | 852 | 852 | 802 | 802 |
| Fort Mohave Indian Reservation | 12 | 12 | 12 | 12 | 12 | 12 |
| Chemehuevi Indian Reservation | 5 | 8 | 8 | 8 | 8 | 8 |
| Colorado River Indian Reservation | 19 | 39 | 39 | 39 | 39 | 39 |
| Palo Verde Irrigation District | 373 | 366 | 366 | 366 | 366 | 366 |
| Yuma Project Reservation Division | 47 | 54 | 54 | 54 | 54 | 54 |
| Imperial Irrigation District | 2711 | 2641 | 2611 | 2611 | 2661 | 2661 |
| Coachella Valley Water District | 376 | 426 | 456 | 456 | 456 | 456 |
| Other uses Davis to Parker Dam | 1 | 1 | 1 | 1 | 1 | 1 |
| Other uses below Imperial Dam | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 4400 | 4400 | 4400 | 4400 | 4400 | 4400 |
| **Unassigned** | | | | | | |
| Phreatophyte and native vegetation | 515 | 515 | 515 | 515 | 515 | 515 |
| Yuma Desalting Plant | 120 | 120 | 52 | 52 | 52 | 52 |
| Total | 635 | 635 | 567 | 567 | 567 | 567 |

Note:  In the LC Basin, depletions are from mainstem diversions of the Colorado River only.  Does not include depletions from diversions of Colorado River tributaries or evaporation from mainstem reservoirs. The Figures represent measured diversions less measured and estimated, unmeasured return flow that can be assigned to a specific project.  The evapotranspiration from the vegetation along the riparian zone is a constant unassigned depletion since the vegetation is permanent.

## COMPLIANCE WITH THE SALINITY STANDARDS

Reclamation and the Basin States conducted salt-routing studies for the *2008 Triennial Review of the Water Quality Standards for Salinity, Colorado River Basin.* As part of the

BLM_0044208

triennial review process, Reclamation used the Colorado River Simulation System (CRSS) river system model to evaluate whether sufficient salinity control measures are in place to offset the effects of development. The information provided in the next two sections of the report was used to evaluate compliance with the water quality standards.

In response to the Clean Water Act, the States have adopted water quality (salinity) criteria for the Colorado River Basin and the Environmental Protection Agency (EPA) has approved them at all three locations in the Lower Colorado River Basin. The standards call for maintenance of flow-weighted average annual salinity concentrations (numeric criteria) in the lower mainstem of the Colorado River and a plan of implementation for future controls.

The water quality standards are based on the *Water Quality Standards for Salinity, Including Numeric Criteria and Plan of Implementation for Salinity Control, Colorado River System,* prepared by the Colorado River Basin Salinity Control Forum, June 1975. The document was adopted by each of the Basin States and approved by EPA. A summary of the report follows:

> The numeric criteria for the Colorado River System are to be established at levels corresponding to the flow-weighted average annual concentrations in the lower mainstem during calendar year 1972. The flow-weighted average annual salinity for the year 1972 was used. Reclamation determined these values from daily flow and salinity data collected by the USGS and the Bureau of Reclamation. Based on this analysis, the numeric criteria are 723 mg/L below Hoover Dam, 747 mg/L below Parker Dam, and 879 mg/L at Imperial Dam.

> It should be recognized that the river system is subject to highly variable annual flow.  The frequency, duration, and availability of carryover storage greatly affect the salinity of the lower mainstem; and, therefore, it is probable that salinity levels will exceed the numeric criteria in some years and be well below the criteria in others.  However, under the above assumptions, the average salinity will be maintained at or below 1972 levels.

> Periodic increases above the criteria as a result of reservoir conditions or periods of below normal long-time average annual flow also will be in conformance with the standards. With satisfactory reservoir conditions and when river flows return to the long-time average annual flow or above, concentrations are expected to be at or below the criteria level.

> The standards provide for temporary increases above the 1972 levels if control measures are included in the plan. Should water development projects be completed before control measures, temporary increases above the criteria could result and these will be in conformance with the standard. With completion of control projects, those now in the plan or those to be added subsequently, salinity would return to or below the criteria level.

> The goal of the Salinity Control Program is to maintain the flow-weighted average annual salinity at or below the numeric criteria of the salinity standards. The program is not, however, intended to counteract the salinity fluctuations that

23

BLM_0044209

are a result of the highly variable flows caused by climatic conditions, precipitation, snowmelt, and other natural factors.

## SALINITY CONTROL

Existing salinity control measures will prevent over a million tons of salt per year from reaching the river. By 2010 the salinity control program for Reclamation has controlled approximately 520,600 tons of salt, while the USDA NRCS (NRCS) program has reduced around 571,500 tons of salt, and the BLM has controlled an estimated 99,900 tons of



**Figure 10 –** 2010 Est. Salinity Control Progress; BOR, NRCS & BLM

salt per year from entering the Colorado River (Figure 10). Discussions within the Colorado River Salinity Control Forum have determined that salinity control units will need to prevent nearly 1.85 million tons of salt per year from entering the Colorado River by 2030, in order to meet the standard and keep the economic damages minimized. To reach this objective, as shown in Table 4, the program needs to implement 657,900 tons of new controls beyond the existing 1,192,000 tons of salinity control presently in place (2010) as reported by Reclamation, USDA & BLM. About 32,900 tons per year of new salinity control measures must be added each year if the program is to meet the cumulative target of 1,850,000 tons per year by 2030.

To achieve this goal, a variety of salinity control methods are being investigated and constructed. Saline springs and seeps may be collected for disposal by evaporation, industrial use, or deep-well injection. Other methods include both on-farm and off-farm delivery system and irrigation improvements, which reduce the loss of water and reduce salt pickup by improving irrigation practices and by lining canals, laterals, and ditches. See Progress Report #21 for a more detailed description of each salinity control project and the salinity controlled by Reclamation, NRCS and BLM.

**Table 4** - Salinity Control Requirements and Needs Through 2030

| | |
|---|---|
| Salinity control needs (2030) | 1,850,000 tons |
| Measures in place (2010) | - 1,192,100 tons |
| Plan of Implementation Target | 657,900 tons |

24

BLM_0044210

## CHAPTER 3 – TITLE I SALINITY CONTROL PROGRAM

The Colorado River Basin Salinity Control Act (Salinity Control Act), Public Law 93-320, as amended, authorized the Secretary of the Interior (Secretary) to proceed with a program of works of improvement for the enhancement and protection of the quality of water available in the Colorado River for use in the United States and the Republic of Mexico. Title I enables the United States to comply with its obligation under the agreement with Mexico of August 30, 1973 (Minute No. 242 of the International Boundary and Water Commission, United States and Mexico [Minute No. 242]), which was concluded pursuant to the Treaty of February 3, 1944 (TS 994).



**Figure 11 -** Map of Title I Projects.

These facilities enable the United States to deliver water to Mexico with an average annual salinity concentration no greater than 115 parts per million (ppm) plus or minus 30 ppm (United States count) over the average annual salinity concentration of the Colorado River water at Imperial Dam.

The background and history of the Title I projects (Coachella Canal Lining, Protective and Regulatory pumping, Yuma Desalting Plant, Wellton-Mohawk Irrigation & Drainage District) can be found in Progress Report 22, chapter 4 at; http://www.usbr.gov/uc/progact/salinity/pdfs/PR22.pdf

25

**Updates for the Title I projects since Progress Report 22 are as follows:**

**Coachella Canal Lining**

No new activity or change since last progress report.

**Protective and Regulatory Pumping**

No new activity or change since last progress report.

**Yuma Desalting Plant**

The Yuma Desalting Plant (YDP) was constructed under the authority of the Colorado River Basin Salinity Control Act of 1974 to recover through desalination, the majority of the Wellton-Mohawk Irrigation and Drainage District agricultural return flows which bypass the Colorado River, thereby allowing the treated water to be delivered to Mexico as part of the 1.5 million acre-feet of Colorado River water that the U.S. must deliver to Mexico under the 1944 Water Treaty.  Due to the high cost of operating the plant and general agency budget constraints, as well as surplus and normal conditions in the lower Colorado River Basin prior to the current drought, the YDP has not been operated; however, the facility has been maintained.

The U.S. has met the Treaty's salinity requirements by bypassing an average of 107,000 acre-feet of saline agricultural flows and then releasing additional water from Lake Mead. Since the diverted agricultural flows bypass the Colorado River, they are not counted as part of the 1.5 million acre-feet of Treaty water delivered annually to Mexico.

Metropolitan Water District of Southern California, Southern Nevada Water Authority, and Central Arizona Water Conservation District, collectively referred to as the Municipal Utilities, have jointly requested that Reclamation conduct a Pilot Run of the YDP to consider long term, sustained operation as a means to extend water supplies on the lower Colorado River during an unprecedented drought.  Such consideration requires: 1) collecting performance and cost data; 2) identifying any remaining equipment improvements that are needed; and 3) testing changes that have already been made to the plant.  Reclamation has developed a plan for a Pilot Run, in which the plant will operate for 365 days within an 18 month period at 1/3 capacity.

The Pilot Run began in May, 2010 and ran about a year, adding approximately 30,000 acre-feet of water to Colorado River system storage for a cost of under $23 million, of which a little more than ½ the cost was provided by the Municipal Utilities. Based on the Intentionally Created Surplus (ICS) provisions of the Colorado River Interim Shortage Guidelines of December 2007, the entities received ICS credits in proportion to their capital contributions to the Pilot Run.  The Pilot Run was conducted in full compliance with all United States (U.S.) statutes.  Reclamation finalized an Environmental Assessment with the Finding of No Significant Impact.  Reclamation received a

BLM_0044212

discharge permit from the Arizona Department of Environmental Quality in accordance with the Clean Water Act.

Plant operation reduces the volume and increases the salinity of the flow to the Ciénega de Santa Clara (Ciénega) wetland in Mexico.  Reclamation consulted with Mexico through the International Boundary and Water Commission which resulted in an agreement of joint cooperative actions including providing 30,000 acre-feet of water to the Ciénega.  This water was provided in equal one-third increments by the U.S., Mexico, and a bi-national coalition of non-governmental organizations.  In addition, the Municipal Utilities are collaborating with the bi-national coalition to develop a monitoring program for the Ciénega.

Through a Cooperative Research and Development Agreement (CRADA) with the Municipal Utilities alternative configurations of the YDP began to be tested in 2010 including alternative methods of pretreatment, low energy reverse osmosis membranes, and different feed water for the plant.  The results of the Pilot Run and this CRADA should provide enough information to evaluate the YDP's potential as a means to augment water supplies on the lower Colorado River.

## Wellton-Mohawk Irrigation and Drainage District (WMIDD)

All permanent measures implemented by WMIDD are still in use, although the Federal program has been discontinued.  The original program was named the Irrigation Management System Program (IMS) which was Federaly funded and manned. The Federal funding was discontinued in the late 90's and the Irrigation District had the option of dropping the program or continuing. The District (Board of Directors) chose to continue with the program. The original program required the use of a neutron probe to measure the soil moisture content. WMIDD no longer uses a soil moisture probe, but does monitor observation wells, which allows the district to maintain optimum soil moisture conditions.

Total crop acres have remained relatively stable since the early 1970's because more acreage is double-cropped than when the program was initiated. In particular, more vegetable crops are being grown in the district than in the past.  Irrigation efficiency levels and return flow levels for 1990-2010 are shown on the following page, in Table 5.

Reclamation believes that the impacts of Gila River flows in 1992, 1993, and 1995 make irrigation efficiency and return flow data from the district questionable for 1992, 1993, 1994, 1995, and 1996. In 1993, the Gila River flood destroyed much of the WMIDD Main Conveyance Channel; so most of the drainage pumping went into the Gila River during 1993 and 1994 until these facilities could be repaired.

With the use of monthly groundwater table monitoring using observation well measurements as well as input from land users, WMIDD is able to maintain a drainage-pumping program that sufficiently maintains the agriculture root zone.  Land users continue to maintain water efficient farming techniques with the use of dead level, high heads, and short runs.

BLM_0044213

**Table 5** - WMIDD Irrigation Efficiency

| Year | Pumped Drainage Return Flow (acre-feet) | Irrigation Efficiency, % (note: data provided by WMIDD) |
|------|------|------|
| 1990 | 138,200 | - |
| 1991 | 144,900 | 68.8 |
| 1992 | 116,200 | 70.4 |
| 1993 | 8,970 | 68.8 |
| 1994 | 49,820 | 65.4 |
| 1995 | 121,500 | 64.3 |
| 1996 | 119,600 | 60.4 |
| 1997 | 91,695 | 62.2 |
| 1998 | 98,972 | 61.9 |
| 1999 | 94,869 | 63.0 |
| 2000 | 110,287 | 59.7 |
| 2001 | 107,908 | 60.9 |
| 2002 | 119,410 | 61.2 |
| 2003 | 116,477 | 57.8 |
| 2004 | 106,002 | 63.3 |
| 2005 | 110,770 | 64.6 |
| 2006 | 103,810 | 62.3 |
| 2007 | 112,910 | 62.6 |
| 2008 | 120,190 | 63.0 |
| 2009 | 105,482 | 62.7 |
| 2010 | 111,170 | 66.1 |

BLM_0044214

## CHAPTER 4 - TITLE II SALINITY CONTROL PROGRAM

Title II of the Salinity Control Act authorizes the Secretary of the Interior (Secretary) and the Secretary of Agriculture to implement a broad range of specific and general salinity control measures in an ongoing effort to prevent further degradation of water quality in the United States. These efforts are shown on the map below. The USDA, BOR and BLM have a combined goal of controlling 1.9M tons of salt/per year, by the year 2025. These federal agencies are required to work together under, Public Law 93-320, "Colorado River Basin Salinity Control Act," as amended; with the Bureau of Reclamation being the lead federal agency. The Act also calls for periodic reports on this effort. The report is to include the effectiveness of the units, anticipated work to be accomplished to meet the objectives of Title II with emphasis on the needs during the 5 years immediately following the date of each report, and any special problems that may be impeding an effective salinity control program. Title II also provides that this report may be included in the biennial Quality of Water Colorado River Basin, Progress Report. The history and background of the Title II projects can be found in Progress Report 21 at: http://www.usbr.gov/uc/progact/salinity/pdfs/PR21.pdf . Ongoing and active projects are listed in this report.



**Figure 12 -** Map of Title II Salinity Control Project Areas.

BLM_0044215

## U.S. Bureau of Land Management

The Bureau of Land Management (BLM) administers 48 million acres in the Colorado River Basin above Imperial Dam, or 40 percent of the Colorado River Basin's area.  Of the 48 million, approximately 7.2 million acres, or about 15 percent, contain saline soils (slightly, moderate, and strongly saline soils).  Soil salinity is usually greatest where surface geology reflects saline marine shale and annual precipitation averages less than 12 inches.  In depositional settings, soil salinity may also be high, even where the underlying geology is relatively non-saline.

The BLM is committed to its role in reducing the mobilization of salt on public lands. The BLM undertakes this responsibility through the multitude of individual management decisions that are made within each BLM jurisdiction.  Progress in preventing salt from moving off BLM land is achieved through efforts to minimize the impacts of grazing, protect riparian areas, reduce off-road vehicle impacts, conduct prescribed burns, and generally manage vegetative cover and reduce erosion.  As such, in the past, it has been difficult to single out salinity-control efforts for many of the projects that did have salt savings.  In a step to strengthen our reporting effort, a restructuring of the allocation of salinity funding was done and new tracking and accounting systems were put in place in FY 2006.  Thus, FY 2010 is the 5th year of reporting under the re-structured system.

For FY 2010 $850,000 was allocated for BLM's salinity-control program.  Funding goes to 4 major areas:  Program administration (ADMIN); Planning (PLAN); Science (SCI); and On-the-ground implementation projects (OTG) (see Figure 13 for FY 2006 - 2010).

Tons of salt retained can not be calculated for program administration, planning, and science projects. However, one of the goals for the re-structured program in FY 2006 was to develop an accounting system to begin calculating more reliable 'tons of salt retained' for on-the-ground implementation projects.

### Program Administration

During FY 2003, BLM created a new full-time, salinity coordinator position. The salinity coordinator began work in FY 2004. FY 2006 was the first full year of the newly re-structured program. The re-structured plan consists of 3 main parts: 1) Allocation of funds to the Upper Basin States (AZ, CO, NM, UT, and WY) based on submittal of project proposals; 2) A tracking system for projects that fit into BLM's Rangeland Improvement Project System (on-the-ground implementation projects); 3) Annual reporting consisting of narratives for on-going and current year, and a worksheet to determine 'tons of salt retained' for on-the-ground implementation projects. The objective for FY 2007 - 2010 program administration was a continuation of the framework put into place during FY 2006; however, there has been an increased emphasis on capturing the amount of salt loading for implementation projects (OTG spreadsheet). Projects that have been science or planning can become implementation projects in future years.

30

BLM_0044216



**Figure 13** – BLM Salinity Control Program Funding Distribution

## Planning

Planning is an important part of natural resource management. Resource management plans become the 'blueprints' for BLM's near future. As such, this is an opportunity to plan for salinity control, especially for some of our most important activities on public land such as grazing, recreation, and energy development. Planning projects that successfully captured salinity funding for FY 2009 include:

Colorado
- San Luis Valley wetlands salinity study - $20,000

Utah
- Factory Butte OHV impact and soil study (Planning/Science) – ongoing - $35,000
- Pariette water-quality monitoring - ongoing - $80,000

Wyoming
- Progressive soil surveys managed from the State Office - ongoing  - $100,000

- Erosion sediment transport modeling - ongoing - $30,000


## Science

Salt loading from public lands is often episodic and can be dependent on factors such as: precipitation amount and intensity; topography; content and texture of soils; and the types, amount, and architecture of vegetative ground cover. The transit mode of salt loading can be surface-water runoff, or it can be ground-water recharge to streams and rivers. In a watershed, understanding, through study, which factors are most important and what is the main transit mode of salt loading aids in determining the proper on-the-ground implementation project for good salinity control. The following science projects that investigated salt loading factors were funded during FY 2010:

BLM_0044217

Colorado
- Piceance salinity-loading dynamics including conductivity monitoring at Piceance Cr. With USGS Water Sciences  - $60,000
- Vegetation and soil stability project with USGS Biological Resources Discipline (BRD) in Badger Wash (central-western Colorado) to investigate grazing impacts on vegetation and sediments - ongoing - $50,000
- Coal mine impact study with USGS on mine outside of Grand Junction in Big Salt Wash watershed - $30,000

Utah
- Factory Butte OHV impact and soil study. LiDAR survey (Planning/Science) – ongoing $10,000
- Salinity – Mancos shale wind erosion (with USGS BRD) - $20,000

Wyoming
- Salinity baseline Muddy Creek - $65,000

Upper Colorado River Basin Regional project
- Forecasting phenological plant stage in the Upper Colorado River Basin - ongoing - $40,000

## On-the-ground Implementation

When mechanisms of how salt loading occurs are understood and once planning is done, on-the-ground implementation projects follow. The success of an on-the-ground project is very much tied to understanding system mechanics and proper planning. The success is also tied to sufficient funding and trained natural resource personnel to go out in the field and construct or carry out the plan.

On-the-ground projects funded by salinity program allocations during FY 2010 include:

Arizona
- Rock Crossing dike system in Ft. Pierce Wash that is tributary to the Virgin River southeast of St. George, Utah – on-going - $50,000

Colorado
- Gunnison Gorge National Conservation Area (NCA) Salinity Management - $30,000

New Mexico
- Crow Mesa sage treatment  - $35,000
- La Manga Canyon watershed restoration - ongoing  - $35,000
- San Juan River salt/sediment retention structures - ongoing - $30,000

Utah
- Reducing OHV impacts on saline soils near Moab, Utah - $20,000
- Grazing exclosures in the Moab Field Office - $20,000
- Nine Mile Canyon Fencing/Range Improvement Project - $10,000

BLM_0044218

**Table 6 –** BLM Salt Retention Estimates for Fiscal Years 2006 – 2010

| Project Category | SALT RETAINED IN TONS/YEAR[1] | | | | |
|---|---|---|---|---|---|
| | FY 2006[4] | FY 2007[4] | FY 2008 | FY 2009 | FY 2010 |
| POINT SOURCE[2] | 14,600 | 14,600 | 14,600 | 14,600 | 14,600 |
| NONPOINT SOURCE[3] | 71,900 | 71,900 | 81,900 | 71,900 | 85,300 |
| ALL PROJECTS | 86,500 | 86,500 | 96,500 | 86,500 | 99,900 |

[1.] Rounded to the nearest 100 tons.

[2.] BLM's Salinity Report to Congress through the year 2002, plus the plugging of 2 wells in Utah during FY 2004 (approximately 5,000 tons/yr).

[3.] Amount that could be calculated, i.e., this is a minimum.

[4.] When the program was re-structured in FY 2006, we did not have a complete accounting the 1st year or even the 2nd year. As a result, the tons-of-salt-retained number on BLM administered land in the Upper Colorado River Basin (UCRB) was low. FY 2006 and FY 2007 numbers have been changed to reflect tonnage retained in FY 2009, because after 4 years on the new system, FY 2009 tonnage is probably a better estimate. Projects can become less effective in retaining salt over the years, but there is enough erosion control going on constantly in the UCRB on public land, that the tonnage is probably closer to FY 2009 than it was to the low incomplete numbers originally reported for FY 2006 and FY 2007.

# U.S. Department of Agriculture (USDA)

The Natural Resource Conservation Service (NRCS) of the United States Department of Agriculture (USDA) conducts Colorado River Basin Salinity Control activities under the authorities of the Environmental Quality Incentives Program (EQIP). EQIP was enacted with passage of PL104-127, Federal Agricultural Improvement Act of 1996, a.k.a. "1996 Farm Bill" and reauthorized by PL 107-171, The Farm Security and Rural Investment Act of 2002, the "2002 Farm Bill" and by PL 110-246, The Food, Conservation, and Energy Act of 2008, the "2008 Farm Bill." The 2008 Farm Bill expires September 30, 2012.

Through EQIP, NRCS offers voluntary technical and financial assistance to agricultural producers, including Native American tribes, to reduce salt mobilization and transport to the Colorado River and its tributaries. Within the eleven approved salinity project areas, producers may be offered additional financial incentives to implement salinity control measures with the primary goal of reducing offsite and downstream damages and to replace wildlife habit impacted as a result of the salinity measures.

In fiscal year 2010, $18.2 million of appropriated EQIP funding was allocated for financial and technical assistance to agricultural producers in eleven project areas in Colorado, Utah, and Wyoming to share the cost with landowners and operators to install conservation systems that provide salinity control and wildlife habitat replacement.

BLM_0044219

**New Salinity Projects and Investigations**

**Expansion of Lower Gunnison, Colorado, Project Area**
In October, 2009, NRCS Colorado undertook to include about 15,000 acres of irrigated lands in Ouray County into the Lower Gunnison Project Area. The original Lower Gunnison study considered these lands and their salt load contribution, but the selected alternative did not include Ouray County. The Ouray County Commissioners and the Shavano Conservation District petitioned NRCS to incorporate these lands into the Lower Gunnison project. NRCS's partners recommended that the expansion preceed.

**Plateau Creek, Colorado**

The Plateau Valley Pilot Project was initiated in 2009 by NRCS and the Colorado State Conservation Board. The Pilot Project was developed to determine if a combination of general EQIP and additional incentives from the Basin States program would accelerate the installation of high-efficiency irrigation systems that would provide salinity control. By the May, FY 2010, 807 acres had been enrolled. A verbal report on the Plateau Creek Project will be given during the Federal Advisory Council meeting in November.

**McKinnon - Lone Pine - Burnt Fork, Wyoming**
Throughout 2010, NRCS-Wyoming conducted inventories, public scoping meetings, and analysis of data leading to preparation of a salinity control project plan for the agricultural areas served by the Henrys Fork of the Green River. Local producer interest in a salinity control project is high. Alternatives will be presented to the local producers and upon selection of a preferred plan, the appropriate National Environmental Policy Act (NEPA) documents (either an Environmental Impact Statement (EIS) or Environmental Assessment (EA)) will be prepared for public comment. A maximum of about 20,000 irrigated acres could ultimately be treated in Wyoming and Utah if the project is adopted.

**West Black's Fork, Wyoming**
An area of some 28,000 acres of irrigated pasture and hayland near Lyman, Wyoming, contribute salt to the Blacks Fork River, tributary to the Green River. While a large portion of the geology contributes little salt, about 10,000 acres may contribute significant amounts of salt from canal and ditch seepage and deep percolation from water applied to fields.
The Wyoming Water Development Commission has provided a significant grant to the Austin-Wall Canal Company to conduct a Level II plan to modernize the irrigated areas within their service area. Local interest in upgrading the irrigation delivery infrastructure is high. NRCS-Wyoming anticipates that improvement of these large delivery systems will enable extensive implementation of on-farm salinity control.

**Plateau Creek, Colorado**
The Plateau Valley Pilot Project was initiated in 2009 by NRCS and the Colorado State Conservation Board. The Pilot Project was developed to determine if a combination of general EQIP and additional incentives from the Basin States program would accelerate the installation of high-efficiency irrigation systems that would provide salinity control.

34

BLM_0044220

By May 2010, 807 acres had been enrolled. A verbal report on the Plateau Creek Project was given during the Federal Advisory Council meeting in November.

## White-Yampa Basin, Colorado

Narrow bands of irrigated pasture and hay land are found along the Yampa River near Craig, Colorado, and along the White River, near Meeker, Colorado. Extensive areas of dry cropland that is often summer fallowed also drain into these tributaries of the Green River. Recent salinity concentrations have trended upward. A hydrosalinity analysis is planned to determine if salt loading from agricultural lands is significant and cost effective to control.

## San Juan Basin, New Mexico and Arizona

In the 1990's, a salinity study indicated that the Fruitland, Hogback and Cudei Irrigation Districts contribute an annual load of 157,000 tons of salt to the San Juan River. "Salinity Verification – Phase 1 Final Report, San Juan County, New Mexico, July 1993".

The San Juan River Dineh Water Users, Inc. (SJRDWU) has entered into a cooperative agreement with Reclamation to pilot the replacement of an earthen-lateral with pipeline. The necessary clearances for construction have been obtained from the Navajo Nation as well as support from the local chapters. Work has begun in designing the system, including the settling and regulating reservoir. The pipeline route is being cleared in anticipation of construction that will begin as soon as the irrigation season ends this October. A plan and location for wildlife habitat replacement has also been developed. With the assistance of Reclamation's Office of Native Affairs, the Arizona NRCS has hired a native-speaking civil engineer and placed him in Shiprock, New Mexico, to assist with the completion of the off-farm portion of the pilot and to assist the local farmers with the on-farm application system installation and operation.

## Areas Beyond Current Project Boundaries

NRCS has undertaken to identify salt loading and salinity control from irrigated crop, pasture and haylands scattered widely throughout the Upper Colorado River Basin but outside of the existing project areas.

With the assistance of the U.S Geological Survey (USGS) and the Bureau of Reclamation, NRCS has been able to make use of the SPARROW model to assess salt loads outside of the existing salinity project areas. While the assessment is ongoing and will require considerable refinement, preliminary analysis indicates that as much as 50,000 tons of salt control has occurred in Utah and Colorado outside the project areas.

In 2010, Colorado, Utah and Wyoming all developed EQIP contracts providing salt control outside of the approved project areas but within the Colorado River Basin.
- Colorado, new contracts for 100 tons of control.
- Utah, new contracts for 877 tons of control.
- Wyoming, new contracts for 29 tons of control.

BLM_0044221

## Monitoring and Evaluation

Project offices continue to monitor and evaluate the effectiveness and quantity of salinity control, wildlife habitat, and economic performance replacement in order to improve the overall performance and management of the program. Generally, the program continues to function effectively and economically, though the overall cost per ton of salt control continues to rise in some areas.  It is also noted that additional efforts are needed to identify and implement valuable, low-maintenance, sustainable wildlife habitat replacement. The individual Monitoring and Evaluation reports for each project can be found on the world-wide-web at; http://www.usbr.gov/uc/progact/salinity/index.html

## Active Salinity Control Projects

**Table 7 –** Active Salinity Control Projects

| Project Area State | Project | Potential Irrigated Acres | USDA Servicing Office |
|---|---|---|---|
| Colorado | Grand Valley | 50,000 | Grand Junction |
| | Lower Gunnison River | 171,000 | Delta and Montrose |
| | McElmo Creek | 29,000 | Cortez |
| | Mancos Valley | 11,700 | Cortez |
| | Silt | 7,400 | Glenwood Springs |
| Utah | Uinta Basin | 226,000 | Roosevelt, Vernal, Ft. Duchesne |
| | Price/San Rafael Rivers | 66,000 | Price, Castle Dale |
| | Muddy Creek | 6,000 | Castle Dale |
| | Manila-Washam | 8,000 | Vernal |
| | Green River | 2,600 | Price |
| Wyoming | Big Sandy River | 18,000 | Farson |
| | **Total** | **595,700** | |

## Grand Valley, Colorado

Implementation has been underway in this unit since 1979. In 2010, $501,000 was obligated into new EQIP contracts to control 457 tons at a cost of $121 per ton.

The NRCS, in cooperation with the Colorado State Conservation Board and the Mesa County Conservation District conducted a field survey in 2010 of current progress in implementing off-farm and on-farm irrigation system improvements with attendant salt control. Some key findings were:

- Approximately 12,500 acres of farmland has been converted to residential leaving 47,000 acres of irrigated farmland.
- NRCS has treated about 42,500 acres plus an additional 2,500 acres have been treated resulting in over 95% of all irrigated farmland acres receiving treatment.
- The original goal to reduce salt loading by 132,000 tons has been exceeded.
- Wildlife habitat replacement stands at about 71% of the original goal.

NRCS intends to publicize the results of the survey and conduct aggressive outreach over the next two years to provide every opportunity for the remaining producers to participate in the program. NRCS will also seek the remaining needed habitat. Beginning in 2013,

BLM_0044222

NRCS intends to offer general EQIP in lieu of salinity EQIP to producers within the project area. General EQIP may provide additional incentives and incentives for a wider array of conservation practices that does salinity EQIP.

## Lower Gunnison Basin, Colorado

This project encompasses the irrigated farmland in the Gunnison and Uncompahgre River valleys and is located predominantly in Delta and Montrose counties. The Lower Gunnison project has more tons of potential remaining on-farm salt control than all the other projects combined. In early FY 2010, irrigated areas in Ouray were also included in the Lower Gunnison project.

Implementation was initiated in 1988 in this unit.  Nearly 50 percent of the salt control goal has been achieved but the rate of application and implementation has slowed. In 2010, $1.5M was obligated in salinity EQIP contracts that will control 1,322 tons at a cost of $126 per ton. New sprinklers were installed on 215 acres while new surface systems were installed on 1,579 acres. Drip or micro-spray systems were installed on 9 acres.

NRCS is cooperating with the Colorado Conservation Commission, the county conservation districts, the Colorado Water Conservancy District, Reclamation and the U.S. Geological Survey to acquire a highly detailed survey of the irrigation delivery infrastructure, the status on on-farm application systems, and local salt loading. Such data should assist the partners to develop tactics to accelerate salt control measures.

## Mancos River, Colorado

This project, near the town of Mancos, Colorado, was initiated and approved for funding and implementation by the NRCS in April 2004.  The first EQIP contracts were signed in 2005 and implementation of improved irrigation systems is proceeding on schedule. Currently, about 596 contracts on 2,732 acres have been developed with EQIP and Basin States Parallel funds or about 51% of the project acres. One large wildlife habitat replacement project has been installed.  It is anticipated that approximately 5,400 acres of improved irrigation systems with salt control benefits will be installed over the project life. To date, 1,649 acres of sprinkler systems and 605 acres of improved surface irrigations systems have been installed resulting in salt control of 2,339 tons. An additional 1,706 tons have been controlled by replacing off farm laterals with pipeline.

## McElmo Creek, Colorado

Implementation was initiated in this unit in 1990.  Application of salinity reduction and wildlife habitat replacement practices continue to be implemented in this area with sprinkler systems, underground pipelines, and gated pipe being installed.

Development and use of automatic shutoff valves for sprinkler systems continue to be widely implemented in the project to achieve water management.  This project planned to install predominantly sprinkler systems with a small number of improved irrigation systems. Currently about two thirds of improved systems are sprinklers and one third are improved surface systems. In 2010, 378 acres of sprinklers were installed and 237 acres of improved surface systems were installed. Of a goal of 46,000 tons of salt control,

BLM_0044223

about 26,000 tons or 56% has been implemented.  Applications have declined compared to previous years likely due to recessionary pressures. This area is also experiencing the conversion of agricultural lands to residential properties.

### Silt, Colorado

The first applications were funded in 2006.  The cumulative cost effectiveness for these new contracts is $72 per ton which falls midway among the other active project areas. Several wildlife projects have been identified.  Applications are a mix of improved surface and sprinkler irrigation systems.

### Uinta Basin, Utah

Implementation began in this unit in 1980. More than 91 new irrigation contracts and nine new wildlife habitat contracts were developed in 2010. A significant number of systems have reached or are nearing the end of their useful life. While these systems are a lower priority than first-time improvements, NRCS has begun providing incentives for replacement or up-grading. Sprinkler irrigation systems remain, by far, the preferred type of system. Producer participation is exceeding the original projections. Recently awarded off-farm delivery system grants by the Bureau of Reclamation should enable additional on-farm gravity sprinkler systems. While more than 120,000 tons of on-farm salt control have occurred in the Uinta Basin (second only to the Grand Valley) and the original goal has been exceeded, the potential exists for an additional 46,000 tons to be controlled.

### Price-San Rafael, Utah

Implementation of salinity control continues at a rapid pace in the Price-San Rafael Project area. More than 94 contracts of new irrigation systems and two wildlife habitat contracts were authorized in 2010. The Huntington-Cleveland Project is proceeding as planned and may ultimately lead to the improvement of 16,000 acres. The first phase of the Cottonwood Project is expected to initiate construction in late 2010 and will enable additional EQIP in future years. The Price-San Rafael project area has achieved about 51% of its salt control goal in the 16 years since the project began.

### Muddy Creek, Utah

NRCS received and funded the first project in the Muddy Creek area for about $106,000. The local irrigation district has replaced their old and deteriorated diversion structure and has constructed a large sediment-settling structure as the necessary first phase towards ultimately providing pressurized water delivery to its water users.

### Green River, Utah

This project is the most recently authorized by NRCS. Funds for salinity control were allocated to the Green River project in FY 2010.  The timing of the start of project activity is important as newly irrigated lands are being brought into production for the first time in this area.

Two contracts for salinity control were enacted in FY 2010. These two contracts will install high-efficiency sprinkler systems on 114 acres to result in 350 tons of annual salt control. The annualized cost per ton is $47.

BLM_0044224

### Manila-Washam, Utah/Wyoming

Astride the Utah-Wyoming border, and adjacent to the shores of Flaming Gorge Reservoir, the Manila-Washam Project is the newest, authorized project area. This area of 11,000 acres of irrigated pasture and hayland contributes about 53,000 tons of salt annually to the Green River. Nearly 2000 acres have been treated or contracted since the first plans were developed in 2007. All new irrigation systems have been some form of sprinkler system, such as side roll, pods, or center pivots.

## Big Sandy River, Wyoming

Implementation has been underway in this unit since 1988. The application of salinity reduction and wildlife habitat replacement practices continues to be implemented. In this area, farmers are converting from surface flood irrigation to low-pressure center pivot irrigation systems for salinity control. Approximately 13,500 acres of the planned 15,700 acres have been treated (86 percent). Producers also report that the water savings from improvements in irrigation systems now allows a full irrigation season of water for the entire irrigation district. In 2010, NRCS developed six new contracts on 926 acres for about $139,000 of financial assistance. NRCS also continued to provide technical and financial assistance to all interested producers to up-grade sprinkler nozzle packages. Sprinklers were re-nozzled on 880 acres for a financial expenditure of $28,832. These latest nozzles, along with more intensive soil-moisture monitoring, provide additional irrigation efficiencies and salt savings.

**Table 8 - USDA Salinity Control Unit Summary Through 2010**

| Unit | Controls[1] (tons) | Goal (tons) | Percent of Goal | Costs | Annualized Costs | Projected Total Cost | Cost/ton[2] |
|---|---|---|---|---|---|---|---|
| Uinta Basin, UT | 149,030 | 140,500 | 106% | $ 99,575,982 | $8,254,849 | $ 93,876,572 | $55 |
| McElmo Creek, CO | 25,862 | 46,000 | 56% | $ 18,901,097 | $1,566,901 | $ 33,618,841 | $61 |
| Silt, CO | 4,038 | 3,990 | 101% | $ 3,489,154 | $ 289,251 | $ 3,447,678 | $72 |
| Muddy Creek, UT | 0 | 11,677 | 0% | $ 0 | $ 0 | $ 11,655,523 | $75[3] |
| Lower Gunnison, CO | 105,502 | 186,000 | 57% | $ 66,417,187 | $ 5,505,985 | $117,093,484 | $52 |
| Manila-Washam, UT | 7,087 | 17,430 | 41% | $ 6,202,656 | $ 514,200 | $ 15,255,015 | $73 |
| Grand Valley, CO | 170,028 | 132,000 | 129% | $ 51,817,220 | $ 4,295,648 | $ 40,227,922 | $25 |
| Price/San Rafael, UT | 75,507 | 146,900 | 51% | $ 31,174,675 | $ 2,584,381 | $ 60,650,797 | $34 |
| Mancos, CO | 4,045 | 11,940 | 34% | $ 6,140,175 | $ 509,021 | $ 18,214,522 | $126 |
| Big Sandy, WY | 56,637 | 83,700 | 68% | $ 13,431,318 | $ 1,113,456 | $ 19,849,238 | $20 |
| Green River, UT | 0 | 6,540 | 0% | $ 0 | $ 0 | $ 8,700,000 | $47[3] |
| **TOTALS** | **597,736** | **786,677** | **71%** | **$297,149,464** | **$24,633,691** | **$410,844,069** | **$41** |

[1]Includes off-farm control funded with EQIP or Basin States Parallel funds.

[2] Cost per ton based on amortization over 25 years at 6.625% interest

[3]Estimate based on project plan.

*Grand Valley includes 47,500 tons for on-farm ditches, not part of in-field control.*

39

BLM_0044225



**Figure 14** – NRCS On-Farm Salt Control Through 2010

## U.S. Bureau of Reclamation

### Program Summary

**Background** -- The Bureau of Reclamation involvement in the Colorado River Basin Salinity Control Program dates back to the early 1960's when salinity levels in the river started to rise. In 1968, Reclamation initiated a cooperative reconnaissance study in the Upper Colorado Basin. Study objectives were to identify feasible control measures and estimate their costs. This investigation evolved into several salinity control units. In 1974, Public Law 93-320 authorized the construction of the Grand Valley, Paradox, Crystal Geyser, and Las Vegas Wash Units. In 1984, Public Law 98-569 authorized the construction of the Lower Gunnison and McElmo Creek Units.

By 1993, Reclamation had gained 20 years of experience with the program and identified new and innovative opportunities to control salinity, including cooperative efforts with USDA, BLM, and private interests, which would be very cost effective. However, these opportunities could not be implemented because the Congress did not specifically authorize them. The Inspector General's audit report (1993) noted the Salinity Control Act directed that "the Secretary shall give preference to implementing practices which reduce salinity at the least cost per unit of salinity reduction." The Inspector General concluded that the congressional authorization process for Reclamation projects impedes

BLM_0044226

the implementation of cost-effective measures by restricting the program to specific, authorized units (specific areas).

The Inspector General recommended that Reclamation seek changes in the Salinity Control Act to simplify the process for obtaining congressional approval of new, cost-effective salinity control projects. Specifically, the Inspector General recommended Reclamation seek authorities similar to those provided to USDA in the 1984 amendments to the act, wherein USDA was empowered with programmatic planning and construction authority. At the time, USDA had only to submit a report to Congress and wait 60 days before it could proceed if Congress did not object. In contrast, Reclamation was required to seek approval of its projects through legislation. This had proved to be a cumbersome way to manage the program. With broader authorities, Reclamation would be able to take advantage of opportunities as they presented themselves, thus reducing costs.

Reclamation agreed with the Inspector General and wanted to explore any other innovative ideas, which would help improve the effectiveness of its program and take advantage of opportunities that were not envisioned 20 years earlier. With most of the cost-effective portions of the authorized program nearing completion, this was a pivotal moment for the program. It would either be reauthorized or end in 1998 due to appropriation ceiling limits. From Reclamation's point of view, it seemed a very appropriate time to reassess the direction of the program.

In 1994, Reclamation and the Basin States developed legislation to broaden Reclamation's authorities so that it could manage the implementation of the program without further congressional approval. This legislation was introduced in Congress late in 1994 and was approved and signed into law (Public Law 104-20) in 1995. Congress retained its fiscal oversight, but leaves the program's management to Reclamation. The 1995 amendments to the Salinity Control Act authorized Reclamation to pursue salinity control throughout the Colorado River Basin and required Reclamation to develop guidelines on how it would implement this new, basinwide approach to the program.

**Guidelines** -- Reclamation has prepared guidelines for its new Basinwide Salinity Control Program, which implements the recommendations made in the review of the program. As an alternative to adopting new, specific regulations, Reclamation administers the program through existing procurement techniques and established Federal regulations. Since February 1996, the program has been made available to the general public through this competitive process.

In 1984, Public Law 98-569 directed the Secretary to give preference to those projects which reduce salinity at the least cost per ton of salinity control. Since that time, cost effectiveness (cost per ton of salt removed) has been used to prioritize the implementation of salinity controls. However, cost effectiveness is only an estimate (prediction) of the project's cost and effectiveness at controlling salinity. Depending upon the project, there can be a degree of uncertainty in either of these values. Given the diversity of proposals that Reclamation may receive, an evaluation of the proposal's risks has been included in the current selection process.

All proposals (including those studied by Reclamation) are first ranked on their cost per ton of salt removed. This ranking is then adjusted for risk factors that might affect the project's performance. The performance risk evaluation considers both financial and

BLM_0044227

effectiveness risks. For example, the Government is interested in limiting its risk of cost overruns. One way that performance risk could be reduced would be for the proponent to accept some risk through contractual limits on the Government's payments. Another method of limiting the costs would be to have the work bonded through a private bonding agency. The other major area of performance risk is in the amount of salinity control realized versus projected. Some types of salinity control are inherently more predictable or consistent than others. For example, industrial processes might have very little salinity control performance risk if the payments were based on a measurable product. On the other hand, the effectiveness of water management is often highly variable from farmer to farmer. Automation would be one way a farmer might propose to reduce this type of risk.

Ultimately, there is a tradeoff between risk and cost. In the end, eliminating risk may cost more than accepting some risk. A ranking committee is assembled to evaluate the tradeoffs between cost effectiveness and performance risks. The ranking committee is made up of representatives from the two cost-sharing partners, the Basin States and Reclamation. After the committee ranks the proposals, Reclamation attempts to negotiate the final terms of an agreement with the most highly ranked proponents. The first awards under this new process began in FY 1997.

**Performance Review** -- Past projects (Grand Valley, Paradox, Lower Gunnison, Dolores) have averaged slightly over $70 per ton. For a number of reasons, the new projects are much more cost effective, ranging between $20 and $35 per ton (see Tables 7 and 8).

One of the greatest advantages of the new program comes from the integration of Reclamation's program with USDA's program. Water conservation within irrigation projects on saline soils is the single most effective salinity control measure found in the past 30 years of investigations. By integrating USDA's onfarm irrigation improvements with Reclamation's off-farm improvements, significantly higher efficiencies can be obtained. If landscape permits, pressure from piped delivery systems (laterals) may be used to drive sprinkler irrigation systems at efficiency rates far better than those normally obtained by flood systems. The new authorities allow Reclamation much greater flexibility (in both timing and funding) to work with USDA to develop these types of projects.

The new authorities also allow Reclamation to respond to opportunities that are time-sensitive. Cost-sharing partners (State and Federal agencies) often have funds available at very specific times.

Another significant advantage of the program is that projects are "owned" by the proponent, not Reclamation. The proponent is responsible to perform on its proposal. Costs paid by Reclamation are controlled and limited by an agreement. Yet, unforeseen cost overruns can occur. The proponent has several options: the project may be terminated or the proponent may choose to cover the overruns with their own funds or borrow funds from State programs. The proponent may also choose to reformulate the project costs and recompete the project through the entire award process. For example, pipeline bedding and materials costs for the Ferron Project were underestimated in the proposal and subsequent construction cooperative agreement. The proponent was denied

42

BLM_0044228

permission to award materials contracts for the pipeline, since the costs were beyond those contained in the agreement. After months of negotiations and analysis, the proponents elected to terminate the project, reformulate it, and recompete against other proposals the following year. Their project was found to be competitive at the reformulated cost and was allowed to proceed. Since this project ran into difficulties, none of the other projects have shown any problems.

Due to several issues that had arisen in the recent years from managing the Salinity Program, the Upper Colorado Regional Director, Reclamation, requested that an evaluation and review (Review) be completed of the Colorado River Basin Salinity Control Program (Salinity Program) administered by the Upper Colorado Region. A Project Management Plan for the Review was prepared and approved in May 2007, by the Regional Director and the Chairman of the Colorado River Basin Salinity Control Forum Work Group. Initial and Draft Review Documents were prepared during calendar year 2007 by a Project Team, comprised mostly of Reclamation's Salinity Coordinators and provided to the Review Team, comprised of Reclamation staff outside of the Salinity Control Program and members of the Work Group, to review and provide comments. The Final Review Document was prepared during the spring of 2008 and sent to the Review Team and all members of the Work Group, June 27, 2008.

The Review served the following purposes:
1. Documented all existing procedures and policies
2. Sought recommendations to improve the Program, particularly in the areas where issues have arisen recently:
    a. Reimbursement requirement for operation and maintenance (O&M) for salinity control improvements
    b. Procedures for determining the tons of salt claimed
    c. The Request for Proposals (RFP) and agreement processes
    d. Differing standards and requirements for habitat replacement
    e. Salinity control improvements on Federal facilities versus non-Federal facilities
    f. The use of funds from Basin Funds
3. Identified areas where new procedures and policies need to be developed
4. Created a Standard Operation Procedure manual that can serve as guide for the future management and execution of the Program

The Review Document is a living document and will be subject to updating and revisions as the program progresses.

## Basinwide Salinity Control Program (Basinwide Program)

In July 1995, Public Law 104-20 was signed into law. It authorizes the Secretary of the Interior to implement a basinwide salinity control program, directs the Secretary of the Interior to prepare a planning report on the new program, and authorized $75,000,000 to be appropriated. Additional authority was provided in November 2000 which increased the appropriation ceiling to $175,000,000. With cost sharing from the Upper and Lower Colorado River Basin Funds, the program has authority to expend up to $250 million

BLM_0044229

within the Basin. In FY 2007 Reclamation obligated and/or expended approximately $8.9 million in appropriations and approximately $3.8 million in up-front cost-sharing from the Basin Funds for a total Basinwide Program of $12.7 million and $11.4 million in 2008. Since the authorization of the Basinwide Program in 1996, approximately $105.6 million in appropriations and approximately $45.3 million in up-front cost sharing from the Basin Funds have been expended for a total program of $150.9 million. Through the last Request for Proposals (RFP) process in FY 2006, five new project proposals were selected for funding totaling about $22 million and the cost effectiveness ranged from $27 to $33 per ton of salt. Construction on four of the projects and a project from the previous RFP were completed in FY 2008. The fifth proposal selected in 2006 has encountered problems with increases in pipe prices and was advised to reformulate their proposal and submit it again in the future.

In 2007, it was determined that instead of soliciting proposals through the RFP process, they would be solicited through a process for financial assistance agreements called Funding Opportunity Announcements (FOA). Instead of evaluating the proposals in the Technical Proposal Evaluation Committee (TPEC) process, they would be evaluated in a process common to negotiated procurement procedures where an evaluation committee would be organized that would be chaired by the Program Manager and have representatives from the Work Group and Reclamation area offices. This process would not follow the construction contract procedures and should allow more flexibility in the evaluation and agreement process.

In order to have projects ready to utilize the Basinwide Program funding in 2008 and beyond, an FOA was released in February 2008 soliciting applications to be submitted by May 2008. Twenty-five applications totaling over $167 million in salinity control projects were received. An Application Evaluation Committee (ARC) was organized that was chaired by the Program Manager and had representatives from the Work Group and Reclamation area offices. The applications were reviewed, evaluated, and ranked by the ARC under the criteria set forth in the FOA. Applications receiving highest rankings within the competitive range of less than $57 per ton of salt were selected and proposers were notified of the selection and negotiations were begun to execute an agreement. The proposers of the unsuccessful applications were also notified. If agreements are executed for all of the successful applications, $27 million worth of salinity control projects could be installed over the next 3-4 years.

## American Recovery and Reinvestment Act of 2009, P.L. 111-5, (ARRA)

The purposes of the ARRA are, among others, to quickly and prudently commence activities that preserve and create jobs promoting economic recovery and to invest in infrastructure providing long-term economic benefits.

Reclamation's Upper Colorado Region solicited applications for reducing salinity contributions to the Colorado River through a Funding Opportunity Announcement (FOA) announced in the spring of 2009. Applications were evaluated and ranked by an Application Review Committee with representatives from the Colorado River Basin States and Reclamation. Reclamation awarded grants in August 2009 totaling more than $11.1 million in ARRA funds and $4.8 million in cost share funds from the Basin Funds

44

BLM_0044230

to irrigation companies in Colorado, Utah, and Wyoming. These projects when constructed will help control nearly 12,000 tons of salt loading.

The projects were projected to be completed by September 30, 2010. By the spring of 2010 four of the projects had the majority of the construction completed by the time irrigation water was turned in and the remaining construction was completed by September 30, 2010. However, these four projects requested and were granted additional time to complete habitat replacement measures and other minor tasks and were completed by December 30, 2010. The Cortez, CO area encountered an unusually high snowfall and winter conditions during the winter of 2009 and 2010 and construction of the Lone Pine Project was hindered. The sponsors of the project requested and were granted additional time to complete the construction during the upcoming winter. The project was completed by March 31, 2011.

## Parallel Program

Section 205 of the Act authorizes Reclamation to expend amounts from the Basin Funds to repay the Treasury the reimbursable cost allocation of salinity projects or provide a cost share amount. This includes appropriations expended by the NRCS in their salinity program. The NRCS has questioned its ability to accept Basin Funds for cost sharing directly into its salinity program. Rather than repay the Treasury, the Colorado River Basin States (Basin States), NRCS, and Reclamation developed a "Parallel Program" (PP). Cost share funds from the Basin Funds have been used to accelerate and supplement implementation of the NRCS salinity measures by funding – through state agencies in Colorado, Utah, and Wyoming – salinity control measures that are separate, but parallel to, the salinity control measures implemented by the NRCS. Reclamation, with recommendations from the Basin States, had interpreted the Act to allow funds from the Basin Funds to be expended in the PP to further the general purposes of the Act.

To clarify authority for the administration of the PP, the Basin States prepared and put forth legislation through then-Senator Salazar's office into the 2008 Farm Bill to amend the Act that has now created the Basin States Program (BSP). Public Law 110-246 amended the Act and established the BSP. The BSP is explained in more detail later in the report.

With the creation of the BSP, the PP is in the process of being phased out and all funds not used in the PP will become part of the BSP. As of October 15, 2010, the state agencies are no longer authorized to enter into contracts under the PP. Contracts that the state agencies have executed must have all practices installed, constructed, or implemented by September 30, 2012, in order to receive reimbursement. The state agencies may request reimbursement from Reclamation until December 30, 2012.

## New Reclamation Salinity Projects

BLM_0044231

## Gunnison Basin, Colorado

Uncompahgre Valley Water Users Association (UVWUA) Phase 3 Project: In FY 2010, the UVWUA continued construction of Phase 3 of their East Side Laterals (ESL) project which involves the piping of 10.5 miles of laterals under the South and Selig Canal systems and the reduction of about 2,300 tons of salt loading annually. This phase is utilizing $1.3 million of salinity-control funding as well as funding from the Reclamation's Departmental Irrigation Drainage (selenium) Program. Construction of Phase 3 will be completed in 2011.

UVWUA Phase 4 Project: As a result of the 2008 Basinwide Program FOA, the UVWUA was awarded a cooperative agreement for Phase 4 of the ESL in December 2008. This phase involves an additional 11 miles of laterals under the Selig and East Canal systems and the reduction of about 3,700 tons of salt loading annually. Approximately $2 million of salinity-control funding will be supplemented with approximately $800,000 from a Section 319 grant obtained through the Colorado Division of Public Health and Environment. Construction of one short lateral was completed in FY 2009. Additional laterals were completed in FY 2010 and the remaining portions of Phase 4 will be completed in 2012.

Grandview Canal and Irrigation Company Project: Awarded from the 2008 FOA, this project involves piping a portion of the Grandview Canal and several laterals in an area tributary to the North Fork of the Gunnison River near Crawford in Delta County. In July 2009, Reclamation entered into an agreement to provide $5.3 million to pipe 4.8 miles of main canal and 5 miles of laterals and convert about 900 acres of currently flood-irrigated farmland to sprinkler irrigation. Construction began in September 2010 with completion expected by late 2011. The project is expected to reduce salt loading by 6,400 tons/year.

## Grand Valley Unit, Colorado

Grand Valley Irrigation Company (GVIC) Project: As a result of selection under the 2008 Basinwide Program FOA, the GVIC was awarded a $3 million cooperative agreement to line about 2.9 miles of their main canal within the city of Grand Junction. A salt loading reduction of approximately 4,500 tons annually is expected. The canal lining will consist of a PVC membrane with a shotcrete cover. Construction began in November 2008 and approximately 2.0 miles of canal lining have been completed. The remaining 0.9 miles of canal lining will be completed in 2011. The habitat replacement work was completed this past summer.

## San Juan River Basin, New Mexico

San Juan River Demonstration Project: The San Juan River Dineh Water Users, Inc. operates the Hogback and Fruitland irrigation projects located on both sides of the San Juan River near Shiprock, NM. The projects consist of about 50 miles of lined main canals and over 250 miles of unlined laterals that provide water to about 13,000 acres of irrigated land. The average irrigated parcel size is about 13 acres. This $194,000 demonstration project would replace about a lateral about 7,900 feet long with an

46

approximately 2 acre settling pond and about 5,000 feet of PVC pipe.  The estimated salt savings for this activity is about 199 tons/year and the project will be completed in 2011. The purpose of the demonstration is to determine if the NRCS EQIP can be successfully implemented on the Navajo Reservation.  This lateral provides water to about 167 acres of irrigated land consisting of 12 separate parcels.  Successful implementation of land leveling and installation of gated pipe would result in an estimated salt savings of 384 tons/year.  Combined cost effectiveness of this project is about $43/ton.  The majority of the habitat replacement work was completed in 2010 and construction of the salinity features will begin this fall with completion scheduled later this winter.

## Ongoing Reclamation Salinity Control Projects

### Big Sandy River Unit

The Big Sandy River Unit is located near Farson and Eden in Sweetwater County in southwestern Wyoming.  The purpose of the Big Sandy River Unit investigation was to determine the feasibility of lowering the salt inflow to the Big Sandy River.  The study was specifically directed toward reducing salt pickup from seeps and springs along a 26-mile reach of the Big Sandy River west of Eden, Wyoming.  Feasibility planning was authorized by the Colorado River Basin Salinity Control Act (Public Law 93-320) of 1974 and the Water Resource Development Feasibility Investigations Act (Public Law 96-375) of October 1980.

Investigations indicate that seeps, which surface in the Bone Draw and Big Bend areas, produce saline water at a rate of about 27 cubic feet per second ($ft^3$/s).  The salinity here varies from 1,000 to 6,000 mg/L along the Big Sandy River, with a total annual contribution of more than 164,000 tons of salt.  Indications are that salt is picked up by water contacting the shale of the Green River Formation beneath the surface and eventually seeping into the river.  Irrigation was identified as a significant contributor to the water source recharging the springs.

Reclamation has studied alternatives to intercept the springs and seeps and then transport, treat and use, or dispose of the saline water.  In the irrigated area, off-farm solutions such as selective lining of canals and laterals were studied.

Studies conducted in cooperation with USDA indicated that control of onfarm irrigation is the most cost-effective alternative for controlling salinity from the Big Sandy River Unit.  Because of past selective lining programs, the canals and laterals showed relatively low seepage rates, offering little room for improvement.

In 2006 the local water district applied for funding for a new salinity control project. This funding was to be supplemented by the state of WY.  In 2006 & 2007 new seepage tests were conducted by Reclamation to determine if the linings on various canals and laterals were still functioning. It appears that at some locations as the canals were cleaned the clay lining was removed and deposited along the bank.

**Eden Valley, Farson/Eden Pipeline Project**:  The Farson/Eden Pipeline Project is located in Sweetwater County, in the vicinity of Farson, Wyoming.  It was selected from

BLM_0044233

the applications received in the 2008 FOA.  A Cooperative Agreement was executed in February of 2009 for the amount of $6,453,072.  This project will replace approximately 24 miles of earthen laterals with irrigation pipe resulting in the annual reduction of 6,594 tons of salt in the Colorado River at an anticipated cost of approximately $52.57 per ton of salt.  This project is about half complete and will be completed by 2012.

## Lower Gunnison Basin Unit

The Lower Gunnison Basin Unit is located in west-central Colorado in Delta and Montrose Counties.  The unit was authorized for investigation by the Colorado River Basin Salinity Control Act (Public Law 93-320) of 1974. An amendment to the act, Public Law 98-569, authorized construction of the unit to begin in 1984.

An estimated 360,000 tons of salt is added to the Colorado River annually from the Uncompahgre Project, a Reclamation irrigation project built in the early 1900's.  Studies indicate that salt loading occurs when irrigation conveyance system seepage and irrigation return flows pass through highly saline soils and the underlying Mancos Shale Formation.  By reducing the amount of groundwater percolating through these saline soils, salt loading to the Colorado River is being reduced.

With Reclamation funding, the water districts have completed the winter water facilities. Reclamation has completed plans for local improvements to the irrigation delivery systems.  USDA is implementing onfarm improvements, including upgrading irrigation systems and improving irrigation management.

The Uncompahgre Project is a Federal development constructed in the early 1900's for irrigation of approximately 86,000 acres.  Approximately 34 percent of the total 86,000 irrigated acres are on Mancos-Shale-derived soils.  These soils are naturally high in both salt and selenium.  Reclamation and USDA have implemented various salinity control measures in the area.

The Salinity Control Act authorizes the construction of winter water replacement facilities in the Uncompahgre River Valley and irrigation delivery system improvements on the more saline, east side of the valley.  The plan of development includes the winter water replacement and lateral lining programs.  Although authorized for construction, the canal lining has not been competitive with other, lower cost alternatives within the Salinity Control Program.  The canal lining construction program remains in a deferred status.

The objective of the winter water replacement program is to eliminate winter livestock watering from the unlined canal and lateral system.  Water is made available for livestock through an expansion of the existing culinary water system using relatively small, 2- to 6-inch polyvinyl chloride pipe.  This modification reduces canal seepage during the non-irrigation season, reducing salinity from the system by about 50 percent.  Work on this portion of the unit was completed in 1995.

The remaining portion of the project, the East Side Lateral portion, will compete for funding in Reclamation's Basinwide Salinity Control Program under the authorities of Public Law 104-20.  In FY 1998, Reclamation solicited proposals for salinity control efforts under its basinwide authorities.  The Uncompahgre Valley Water Users Association (UVWUA) submitted a proposal for a project which would cost share

48

BLM_0044234

salinity control activities with the Department of the Interior's National Irrigation Water Quality Program (NIWQP). Cost sharing from the NIWQP enabled this project to be competitive with other projects. The project was recommended for implementation by Reclamation's salinity control evaluation committee. The project reduces salinity in the Colorado River by about 2,300 tons of salt per year. The Salinity Control Program has contributed $890,000. The NIWQP has contributed $730,000. Environmental compliance for this project was completed in 1995 as part of Reclamation's Lower Gunnison Basin Unit, Environmental Assessment/Finding of No Significant Impact. The UVWUA has replaced approximately 7.5 miles of unlined earthen irrigation laterals with buried pipe in the Uncompaghre Project's South Canal system. Construction of this portion of the project was completed in 2000. A report titled *Effects of Piping Irrigation Laterals on Selenium and Salt Loads, Montrose Arroyo, Western Colorado*, WRI Report 01-4204 by the USGS shows the project reducing both salinity and selenium. It is anticipated that in the future more joint projects will be pursued between the two programs.

## Lower Gunnison Basin Unit, Colorado

In FY 2007, the Uncompaghre Valley Water Users Association continued with Phase 2 of the East Side Laterals piping project in the Cedar Creek area, southeast of Montrose. The current effort, which began in FY 2005, is piping a total of 20.5 miles of laterals under the South Canal system using $2.1 million of Basinwide Salinity Program funding supplemented by $2.2 million of Departmental Irrigation Drainage Program (DIDP) funding for selenium remediation. Phase 2 was completed in 2009.

Phase 3 involves the piping of another 11 miles of laterals. This phase has salinity-control funding as well as funding from DIDP and also from an EPA Section 319 grant. Construction of Phase 3 began in November 2007 and is scheduled for completion by the end of 2011.

## Mancos Valley Unit

The Mancos Valley Unit is a 9,200-acre-irrigated area along the Mancos River, a tributary to the San Juan River. The area is very saline (Mancos shale) and should respond well to joint Reclamation/USDA irrigation efficiency improvements similar to those being implemented in Utah. Planning studies of this unit, which began in 2002, continue.

BLM_0044235

## Paradox Valley Unit

The Paradox Valley Unit was authorized for investigation and construction by the Salinity Control Act (Public Law 93-320) of 1974.  The unit is located in southwestern Colorado along the Dolores River in the Paradox Valley, formed by a collapsed salt dome (Figure15).  Groundwater in the valley comes into contact with the top of the salt formation where it becomes nearly saturated with sodium chloride. Salinities have been measured in excess of 250,000 mg/L, by far the most concentrated source of salt in the Colorado River Basin.  Groundwater then surfaces in the Dolores River. Studies conducted by Reclamation show that without salinity controls the river would pick up more than 205,000 tons of salt annually as it passes through the Paradox Valley. This project intercepts the high saline water (brine), before it reaches the Dolores River, and disposes of it by deep well injection (injection interval about 14,000 feet below ground surface) (Figure 16).




**Figure 15** - Paradox Valley.

In its definite plan report (September 1978), Reclamation recommended that a series of wells be drilled on both sides of the Dolores River to intercept the brine before it reached the river.  The brine would then be pumped to an evaporation pond in Dry Creek Basin.  A draft environmental statement was prepared for this plan and made public on May 11, 1978; a final statement was filed with EPA on March 20, 1979.  Due to the potential for environmental impacts, EPA recommended that Reclamation investigate deep-well injection as an alternative method of disposal.



**Figure 16** - Schematic of Paradox Project.

A private consulting firm completed a feasibility study of deep-well injection and concluded it to be technically, economically, and environmentally feasible. Reclamation then contracted with a second consulting firm to do a more detailed study of injection and to design the disposal system including injection well and surface facilities.  A final design for the test injection well was completed in August 1985.

BLM_0044236

Facilities have been installed and mechanical tests performed.  Over the years numerous
mechanical and electrical problems with the facilities have been identified and solved.
Several new technologies were developed to overcome the extremely high pressures
created by the injection pumps.  In fiscal year 2000, the Paradox Valley Seismic Network
(PVSN) showed seismic activity at the injection site reached levels and frequencies that
were unacceptably high.  Restricting the maximum injection rate to 230 gpm in July 2000
has reduced seismic activity, but has also reduced the effectiveness of the injection
facility to about 76,000 tons per year.

In January 2002, a test to inject 100 percent brine was implemented after temperature
logs of the well showed that the area around the well bore and injection zone had cooled
sufficiently to prevent precipitation problems near the well bore.  Since January, facility
disposal has increased by approximately 35,000 tons per year and there is no indication
of apparent adverse effects from 100 percent brine injection.  Reclamation will continue
to carefully monitor injection pressures for buildups that might suggest plugging of the
aquifer near the well bore.  Seismic activity remained low during fiscal year 2002 and
remains at a very low frequency and magnitude.  Table 9 lists the number of seismic
events measured on the Paradox Valley Seismic Network from 1998-2010 and the
pressure and tons of salt injected.

The project continues to intercept and dispose of 100,000+ tons of salt annually, but the
pressure necessary to inject the brine into the disposal formation at 14,000 feet is
increasing.  Modification of the current facility to operate at a higher injection pressure to
extend the life of the current injection well is under way.  Reclamation has also initiated a
Plan of Study to investigate the feasibility of other salt removal alternatives to augment
the project, including a second injection well.  As part of the Plan of Study, an
investigation of alternative salinity control methods was completed in June in 2008.  The
results of the investigation indicated a need for a current characterization of the regional
groundwater flow to determine the appropriate strategy for future salinity control efforts.
The groundwater study started in 2009 and is ongoing.

This project intercepts extremely saline brine (260,000 mg/l total dissolved solids) before
it reaches the Dolores River and disposes of the brine by deep well injection (injection
interval about 14,000 feet below ground surface).  Seismicity associated with the
injection process has diminished since the injection rate reduction in FY 2000 and
remains at a low frequency and magnitude.

The project continues to intercept and dispose of 100,000+ tons of salt annually, but the
pressure necessary to inject the brine into the disposal formation at 14,000 feet is
increasing.  Modification of the facility to operate at a higher injection pressure to extend
the life of the current injection well was completed in 2009.  Reclamation has initiated a
Plan of Study to investigate the feasibility of other salt reduction alternatives to augment
the project, including a second injection well.  As part of the Plan of Study, an
investigation of alternative salinity control methods was completed in June, 2008.  The
results of the investigation indicated a need for a current characterization of the regional
groundwater flow to determine the appropriate strategy for future salinity control efforts.
An interagency agreement was initiated with the USGS to conduct a hydro geologic
study, and investigations for Phase I of the study began in the second quarter of FY 2009.
Phase I was essentially completed in the third quarter of FY 2010, resulting in a

BLM_0044237

**Table 9** - Paradox Well Injection Evaluation

| Injection Period | Operational Days[1] | Pressure Start | Pressure End | Pressure Increase | Tons of Salt Injected[2] | No. of Induced Seismic Events | Maximum Magnitude of Induced Seismic Events | Estimated Tons of Salt Entering the River[3] |
|---|---|---|---|---|---|---|---|---|
| Jan-May '02[4] | 148 | 1609 | 4432 | 2823 | 52,860 | 25 | 2.9 | 8,877 |
| June-Dec '02[5] | 178 | 929 | 4593 | 3664 | 58,953 | 34 | 2.2 | 9,801 |
| Jan-May '03[5] | 144 | 1172 | 4627 | 3455 | 53,173 | 27 | 2.1 | 18,077 |
| June-Dec '03[6] | 184 | 1154 | 4675 | 3521 | 59,530 | 106 | 2.3 | 11,055 |
| Jan-May '04[8] | 140 | 1201 | 4640 | 3439 | 51,449 | 47 | 2.4 | 19,484 |
| June-Dec '04[7] | 160 | 1091 | 4541 | 3450 | 51,589 | 57 | 3.9 | 6,515 |
| Jan-May '05[5] | 140 | 1038 | 4736 | 3698 | 55,024 | 69 | 2.4 | 12,571 |
| June-Dec '05[8] | 148 | 1203 | 4750 | 3547 | 46,551 | 31 | 2.6 | 38,163 |
| Jan-June '06[9] | 138 | 375 | 4680 | 4305 | 44,779 | 10[10] | 2.4 | 50,148 |
| July-Dec '06[5] | 162 | 1084 | 4797 | 3713 | 56,920 | 13[10] | 2.1 | 21,625 |
| Jan-June '07[5] | 159 | 1066 | 4796 | 3730 | 56,068 | 7[10] | 1.1 | 18,777 |
| July-Dec '07[5] | 163 | 1232 | 4712 | 3480 | 57,395 | 31 | 2.6 | 10,571 |
| Jan-June '08[12] | 160 | 1152 | 4813 | 3661 | 54,720 | 47 | 1.3 | 14,933 |
| July-Dec '08[5] | 162 | 1263 | 4822 | 3559 | 56,734 | 61 | 2.1 | 15,874 |
| *Jan-Mar '09[5] | 84 | 1246 | 4756 | 3510 | 29,163 | 20 | 2.6 | 20,716 |
| Apr-Sept '09[13] | 160 | 1157 | 4891 | 3734 | 55,083 | 70 | 2.7 | 17,611 |
| Oct '09-Mar '10[5] | 153 | 970 | 4930 | 3960 | 51,589 | 91 | 2.9 | 32,260 |
| Apr '10-Sep '10[5] | 162 | 1347 | 4990 | 3643 | 55,747 | 75 | 2.7 | 14,364 |

---

1. Operational days include partial days of operation which accounts for variations in tons of salt injected
2. Tons of salt injected based on 260,000 mg/L.  Brine concentration varies slightly due to seasonal and environmental fluctuations
3. Tons of salt entering the river based on regression equations (Ken Watts, USGS Administrative Report – "Estimates of Dissolved Solids Load of the Dolores River in Paradox Valley, Montrose County, CO, 1988-2009, August 5, 2010")
4. Begin 100% brine injection
5. No problems
6. Down from 3/1/04 through 3/7/04 for mechanical problems
7. Implemented quarterly 10-day shutdown schedule from 9/22 to 10/22; M3.9 earthquake on 11/7; plant shut down until 11/18; discontinued 10-day shutdown schedule
8. Down from 11/13/05 through 12/31/05 for mechanical problems
9. Down from 1/1/06 through 1/19/06 and 2/16/06 through 3/2/06 for mechanical problems
10. Seismic data for 2006 and the first half of 2007 is likely incomplete due to seismic network problems
11. Down from 4/16-17/08 for mechanical problems
12. Down from 5/18-19/09 for mechanical problems

* Biannual shutdown schedule changed from winter/summer to spring/fall

BLM_0044238

preliminary conceptual flow model of groundwater flow in the stream-aquifer system in the Paradox Valley. The preliminary conceptual flow model indicates that alternatives to reduce the amount of brine being produced, identified in the 2008 investigation, may not be feasible. Some additional work is necessary to verify the results of Phase I. If the Phase I results are verified, Phase II of the study may not be implemented.

## Price-San Rafael Rivers Unit

Huntington Cleveland Irrigation Company (HCIC) Project: The Project is located in northern Emery County, in and around the towns of Huntington, Lawrence, Cleveland, and Elmo. The Project was selected in the 2004 Request for Proposals (RFP) and awarded a cooperative agreement in September 2004. A new cooperative agreement was executed in November 2006 and was



**Figure 17** - Salinity from Canal Seepage.

modified again in September 2009. Approximately 350 miles of open earthen canals and laterals are being replaced with a pressurized pipeline distribution system (Distribution System) to accommodate sprinkler irrigation on about 16,000 acres. Funding for this project is being shared between Reclamation's Basinwide Program, HCIC, NRCS's EQIP, the Parallel Program, and Rocky Mountain Power, formally known as Utah Power and Light. The last of Reclamation's share of $17.1 million for the Off-farm Distribution System was obligated in 2008. Reclamation can provide up to an additional $6.0 million in funding equally 50/50 with HCIC funds for completion of the Distribution System.

Since 2009 Reclamation has provided about $2.0 million in additional funding. The Project, scheduled to be completed in 2012, will result in the annual reduction of 59,000 reportable tons of salt in the Colorado River at an anticipated cost of approximately less than $100/ton. Of the 59,000 tons of salt, 13,000 are attributed to the Off-Farm



**Figure 18** - Price-San Rafael Irrigation Improvements.

53

BLM_0044239

Distribution System and 46,000 tons are attributed to the On-Farm Distribution System and the on-farm salinity control measures (sprinklers).

Cottonwood Creek Irrigation Improvement Project: The $6.5 million Cottonwood Creek Irrigation Improvement Project is located in Emery County, west of Castledale, Utah. It was selected from the applications received in the 2008 FOA. A Cooperative Agreement was executed in February 2010. Construction is expected to begin late in 2010. This project will replace approximately 31 miles of earthen canals and laterals with a pressurized pipeline system resulting in a reduction of 2,094 tons of salt in the Colorado River. It is expected that the pressurized pipeline will induce on-farm improvements resulting in the annual reduction of an additional 9,100 tons of salt. It is anticipated that the project will result in the total annual measurable reduction of 11,194 tons of salt in the Colorado River at an anticipated cost of approximately $59 per ton of salt.

## Uinta Basin Unit

The Uinta Basin Unit is located in northeastern Utah. The area includes portions of Duchesne and Uinta Counties and is situated between the Uinta Mountains on the north and the Tavaputs Plateau on the south. The principal communities within the area are Duchesne, Roosevelt, and Vernal.



**Figure 19** - Salinity in Uinta Basin Unit Area.

Reclamation has conducted extensive studies in the area. Most of the salt pickup from the unit area is from the dissolution of salts from the soil and subsurface materials, principally from soils of marine origin that underlie most of the Uinta Basin. Seepage from conveyance systems and deep percolation resulting from irrigation are the primary processes that dissolve salts from the soils and shale and convey the salts through the groundwater system to natural drainages and ultimately to the Colorado River. The Uinta Basin contributes an estimated 450,000 tons of salt per year to the Colorado River.

Reclamation has a total of 14 projects in the Uinta Basin Unit area. The projects are funded jointly by Reclamation's Basinwide Program and cost sharing from the Basin States. The water conservation based projects include the Burns Bench, BIA-Ute Tribe, Duchesne County, Farnsworth, Lower Brush Creek, Western Uintah, South Lateral, River Canal, Union Canal, Hicken, Dry Gulch Class E, Dry Gulch Class C, Ouray Park, and Duchesne Water Conservancy District projects. These projects will reduce salinity by improving the efficiency of existing irrigation projects. Several will pipe selected canals and laterals to gain pressure to run high-efficiency sprinkler irrigation systems.

BLM_0044240

**Verification Studies -** In their "National Water Summary 1990-91, Water Supply Paper 2400", the USGS reported a downward trend in dissolved solids concentration (salinity) in the Duchesne River, immediately downstream of the project area. They pointed out that much of the base flow of the river was from irrigation return flows. Salinity discharge has dropped from 206,000 tons in 1981 when USDA first started irrigation improvements to 169,000 tons in 1993 - a 37,000-ton reduction. Based on the amount of irrigation improvements installed, USDA estimates that irrigation improvements through 1992 have reduced the salinity discharge by about 55,500 tons per year (*1993 Joint Evaluation Report*). Recent studies have also shown a downward shift in the salt/flow relationship (for a given flow, salinity is lower). These data support the theory that onfarm irrigation practices can be effective at reducing salt loading. Monitoring and analysis will continue.

## Uinta Basin Unit, Utah

The Duchesne County II Salinity Reduction Project is located in Duchesne County, in and around Roosevelt, Utah. A total of 51.9 canal miles serving 13,350 acres is being replaced to accommodate pressurized pipeline systems, in order to facilitate sprinkler irrigation. The K2 and Pleasant Valley phases of the project are completed, but land easements from the Business Committee of the Ute Tribe of the Uintah and Ouray Agency need to be obtained in order to complete the last and final phase (TN Dodd) of the project. It is anticipated that the off-farm portion of this project will result in the annual reduction of 42,800 tons of salt in the Colorado River at $25 per ton of salt.

The Moffat-Ouray Pipeline Salinity Project near Gusher, Utah was completed in 2008. This project replaces approximately 30.2 miles of canals with pipelines and 15,900 tons of salt will be reduced annually to the Colorado River at a cost of $28 per ton. The abandoned canals have been replaced by pipelines which provide a pressurized irrigation system.

## Colorado River Basin Salinity Control Program Summary Data

**Table 10 –** Summary of Federal Salinity Control Programs (2010)

| Salinity Unit | | Tons / Year Removed |
|---|---|---|
| **MEASURES IN PLACE BY RECLAMATION** | | |
| Basinwide Program | | 176,000 |
| Basin States Program | 1/ | 7,000 |
| Meeker Dome | | 48,000 |
| Las Vegas Wash Pitman | | 4,000 |
| Grand Valley | | 122,000 |
| Paradox Valley | 2/ | 113,000 |
| Lower Gunnison Winter Water (USBR) | | 41,000 |
| Dolores | | 23,000 |
| **Reclamation Subtotal** | | 534,000 |

BLM_0044241

| MEASURES IN PLACE BY USDA/BSP | 3/ | |
|---|---|---|
| Grand Valley | | 144,000 |
| Price-San Rafael | | 76,000 |
| Uinta Basin | | 149,000 |
| Big Sandy River | | 57,000 |
| Lower Gunnison | | 106,000 |
| McElmo Creek | | 26,000 |
| Mancos | | 4,000 |
| Muddy Creek | | 0 |
| Manila | | 7,000 |
| Silt | | 4,000 |
| Green River | | 0 |
| **USDA/BSP Subtotal** | | 573,000 |
| **MEASURES IN PLACE BY BLM** | | |
| Nonpoint Sources | 4/ | 85,000 |
| Well-Plugging | | 15,000 |
| **BLM Subtotal** | | 100,000 |
| **Measures in Place Total** | | 1,207,000 |
| **GOALS TO REACH TARGET** | | |
| Reclamation Basinwide Program | | 368,000 |
| Price-San Rafael (USDA/BSP) | | 71,000 |
| Grand Valley (USDA/BSP) | 5/ | 0 |
| Uinta Basin (USDA/BSP) | 6/ | 11,000 |
| Big Sandy River (USDA/BSP) | | 27,000 |
| Lower Gunnison (USDA/BSP) | | 80,000 |
| McElmo Creek (USDA/BSP) | | 20,000 |
| Mancos River (USDA/BSP) | | 8,000 |
| Muddy Creek (USDA/BSP) | | 12,000 |
| Manila (USDA/BSP) | | 10,000 |
| Silt (USDA/BSP) | 5/ | 0 |
| Green River (USDA/BSP) | | 7,000 |
| Tier 2 (USDA) | 7/ | 20,000 |
| New Well Plugging and Nonpoint Source (BLM) | | 10,000 |
| **Goals Subtotal** | | 644,000 |
| **Target Total** | | 1,851,000 |
| | | |

1/  Off-farm projects funded by Basin States Program
2/  Paradox injection well capacity estimated to decline beginning in 2020; assumed continuation of well or alternative control methods after 2020
3/ MayInclude off-farm controls that were not goaled.
4/ BLM Non-point source are estimates.
5/  Original goal attained
6/  EstimatedOriginal goal attained.
7/  Potential new measures in areas outside approved projects

BLM_0044242

**Table 11 –** Summary of Colorado River Basin Salinity Control Program

Funding for Federal Agencies (In 1,000 Dollars)

| Federal Fiscal Year | Bureau of Reclamation | USDA - NRCS | Upfront Cost Sharing from Basin Funds[1] | Bureau of Land Management[2] | Total |
|---|---|---|---|---|---|
| 1988 | 20,783 | 3,804 | | 500 | 25,087 |
| 1989 | 16,798 | 5,452 | | 500 | 22,750 |
| 1990 | 14,185 | 10,341 | | 700 | 25,226 |
| 1991 | 24,984 | 14,783 | | 873 | 40,640 |
| 1992 | 34,566 | 14,783 | | 873 | 50,222 |
| 1993 | 33,817 | 13,783 | | 866 | 48,466 |
| 1994 | 32,962 | 13,783 | | 800 | 47,545 |
| 1995 | 13,622 | 4,500 | | 800 | 18,922 |
| 1996 | 17,420 | 9,561 | 0 | 800 | 27,781 |
| 1997 | 3,464 | 3,100 | 4,197 | 800 | 11,561 |
| 1998 | 12,306 | 2,894 | 5,749 | 800 | 21,749 |
| 1999 | 15,651 | 4,016 | 7,432 | 800 | 30,948 |
| 2000 | 16,637 | 3,805 | 16,372 | 800 | 37,614 |
| 2001 | 14,136 | 5,785 | 1,100 | 800 | 21,821 |
| 2002 | 14,944 | 10,451 | 8,196 | 800 | 34,391 |
| 2003 | 11,315 | 12,714 | 11,845 | 800 | 36,674 |
| 2004 | 12,409 | 19,488 | 13,064 | 800 | 45,761 |
| 2005 | 11,301 | 19,798 | 8,523 | 800 | 40,422 |
| 2006 | 11,953 | 19,661 | 14,465 | 751 | 46,830 |
| 2007 | 12,223 | 19,667 | 14,685 | 800 | 47,375 |
| 2008 | 11,630 | 17,611 | 12,184 | 800 | 42,225 |
| 2009 | 21,363 | 18,551 | 16,601 | 800 | 57,315 |
| 2010 | 12,015 | 14,697 | 7,405 | 800 | 34,917 |

1.  Prior to 1996 Basin Funds were used to repay the reimbursable portion of Reclamation's Salinity Control Projects within a fifty-year period or within a period equal to the estimated life of the project, whichever is less.
2.  Funds expended by BLM for salinity control cannot accurately be determined.  This amount reflects what has been reported as having been designated within the BLM budget.

BLM_0044243

Table 12 – Reclamation Salinity Control Unit Summary (P.L. 93-320 and 98-569)

| Unit/Study | Implementation | Controls (tons/y) | Reclamation Capital Cost | Annual O&M Costs | Cost per Ton[1] |
|---|---|---|---|---|---|
| Meeker Dome | 1980-1983 | 48,000 | $3,100,000 | $0 | $5 |
| Las Vegas Wash | 1978-1985 | 3,800 | $1,757,000 | $0 | $28 |
| Grand Valley | 1980-1998 | 127,500 | $160,900,000 | $1,417,000 | $83 |
| Paradox Valley | 1988-1996 | 110,000 | $66,199,000 | $2,497,000 | $60 |
| Dolores Project | 1990-1996 | 23,000 | $44,700,000 | $613,000 | $185 |
| Lower Gunnison | 1991-1995 | 41,380 | $24,000,000 | $0 | $35 |
| Total | | 353,680 | $300,656,000 | $4,016,000 | $66 |

1. Cost per ton based on amortization over 50 years at the project authorized interest rate.

Table 13 - UCRB Agriculture Salinity Control Summary (tons) - 2010

| Project Area | Total Salt Load | Total Ag. Load | Total Controls | Remaining Ag. Load |
|---|---|---|---|---|
| Big Sandy | 157,500 | 124,900 | 68,357 | 56,543 |
| Grand Valley | 580,000 | 559,100 | 270,641 | 288,459 |
| Green River | 15,700 | 15,700 | 0 | 15,700 |
| Lower Gunnison | 1,440,000 | 840,000 | 166,701 | 673,299 |
| Mancos | 43,000 | 26,000 | 4,045 | 21,955 |
| Manila | 49,000 | 40,000 | 12,640 | 27,360 |
| McElmo | 164,075 | 99,960 | 49,815 | 50,145 |
| Muddy Creek | 90,000 | 14,980 | 0 | 14,980 |
| Price-San Rafael | 430,000 | 244,000 | 126,354 | 117,646 |
| Rifle - Silt | NA | 24,700 | 4,038 | 20,662 |
| San Juan[1] | NA | 62,530 | 48,329 | 14,201 |
| Uinta | 500,000 | 328,120 | 178,938 | 149,182 |
| Paria (Tropic)[1,2] | NA | 1,829 | 1,829 | 0 |
| | | | | |
| Total | 3,469,275 | 2,381,819 | 931,687 | 1,450,132 |

1. Off-farm load shown only.  On-farm loads have not been estimated for the San Juan and Paria areas
2. Agricultural load for Paria only represents the conveyance systems which were piped as part of the Tropic Project

BLM_0044244