remain unidentified. A collection of 177 such unidentifiable bacterial isolates collected over 3 years was tested in this study. These isolates had been taken from environmental sources (79 of 177; 44.6%), veterinary clinical samples (17 of 177; 9.7%), and medical clinical samples (81 of 177; 45.7%). Phenotypic data were reassessed after molecular analysis allowed for identification (see below) in order to determine what caused the conventional identification to fail. These faults were classified as growth requirement determination failures, morphology and Gram stain determination failures, oxidase and catalase activity determination failures, and biochemical determination failures.

**16S rDNA sequencing.** Each isolate was plated onto either Trypticase soy agar, 5% sheep blood agar, or chocolate agar (BioMérieux). Bacteria were lysed either by boiling for 15 min (gram-negative bacilli) or by boiling for 20 min in a 20% Chelex suspension (gram-positive cocci) (21). Alternatively, gram-positive bacilli were lysed using a 1-h incubation at 37°C in 100 μl of Tris-EDTA buffer (10 mM Tris, 1 mM EDTA, 0.1 M NaCl, pH 8.0) followed by a 1-h incubation at 55°C in a solution of 25 mg of proteinase K per ml and 10% sodium dodecyl sulfate. Next, 200 μl of 4 M guanidine thiocyanate was added to each tube, left for an hour at room temperature, and then heated at 100°C for 10 min with 50 μl of 0.5 M NaOH. Extraction of nucleic acids was carried out using a QIAamp kit (Qiagen, Hilden, Germany). Extracted DNA was amplified by using PCR technology and the universal 16S rDNA primers fD1 and rp2 (30) (Eurogentec, Seraing, Belgium). Amplifications and sequencing of amplified products were done as previously described (6). 16S rDNA sequences were compared with those available in the GenBank, EMBL, and DJB databases using the gapped BLASTN 2.0.5 program through the National Center for Biotechnology Information server (1). Comparisons were performed using the BLOSUM 62 matrix with default parameters including a gap existence cost of 11, a cost-per-residue gap of 1, and a lambda ratio of 0.85. Every sequence was aligned with the first 10 database sequences giving the highest scores of sequence similarity, and the quality of the database sequences was assessed. Only 16S rDNA database sequences containing <1% undetermined positions were retained for analysis; unknown positions (N), purine positions (R), and pyrimidine positions (Y) were considered undetermined bases. In case a database sequence exhibited >1% undetermined positions, the 16S rDNA gene sequence was determined for the type strain.

**Criteria for identification.** Identification to the species level was defined as a 16S rDNA sequence similarity of ≥99% with that of the prototype strain sequence in GenBank; identification at the genus level was defined as a 16S rDNA sequence similarity of ≥97% with that of the prototype strain sequence in GenBank. A failure to identify was defined as a 16S rDNA sequence similarity score of lower than 97% with those deposited in GenBank at the time of analysis (May 1999).

**Phylogenetic analysis of unidentified isolates.** For those isolates which were not identified by 16S rDNA sequence analysis, taxonomic relationships were inferred from 16S rDNA sequence comparison. Sequences were obtained from the GenBank database and aligned by using the multisequence alignment program ClustalW (26) in the BISANCE software package (5). Phylogenetic relationships were inferred from this alignment by using programs in version 3.4 of the PHYLIP software package (8, 9). A distance matrix was generated using DNADIST under the assumptions of Jukes and Cantor (11) and Kimura (12). Phylogenetic trees were derived from these matrices using neighbor-joining. Isolates were assigned to the taxonomic group of the two bacterial strains forming the taxonomic frame of the unidentified isolate.

**Analysis of discrepancies.** In the case of a low similarity score resulting from 16S rDNA sequences containing >1% undetermined positions in GenBank (as defined above), the 16S rDNA sequences of type strains obtained from the Collection de l'Institut Pasteur (Institut Pasteur, Paris, France) and the American Type Culture Collection (Manassas, Va.) were determined in order to refine molecular analysis.

**Statistics.** Comparisons of identification ratios were performed with Epiinfo, version 6 (Centers for Disease Control and Prevention).

## RESULTS

**16S rDNA sequence analysis and bacterial identification.** An almost-complete 16S rDNA sequence containing fewer than 1% undetermined positions was obtained for all of the isolates included in the study; thus, 177 query sequences were available for comparison (Table 1). For three isolates (1.7%) belonging to the genus *Corynebacterium* and an unidentified species, DNA extraction had to be repeated after initial 16S rDNA amplification attempts failed. For two isolates (1.1%), the 16S rDNA sequencing procedure had to be carried out twice after the first analysis demonstrated probable mixed sequences. 16S rDNA-based analysis resulted in the classification of the isolates into three categories (Table 1 and Fig. 1). A total of 139 of 177 isolates (78.5%) possessed a 16S rDNA sequence with ≥99% similarity to that of a previously charac-

terized bacterial species. A total of 159 of 177 (89.8%) possessed a 16S rDNA sequence with ≥97% similarity to that of a genus member. Among these 159 isolates, *Enterobacter* and *Pantoea* exhibited a 99% 16S rDNA sequence similarity with GenBank sequences significantly less frequently than isolates belonging to the other genera ($P = 0.04$; odds ratio = 0.32 [95% confidence interval, 0.10 to 1.14] [Fischer's exact test]). A total of 18 of 177 isolates (10.2%) had a 16S rDNA sequence with <97% similarity with the closest sequence in GenBank. The efficiency in achieving a 99% 16S rDNA similarity level was not significantly different between isolates obtained from clinical or environmental sources. However, 12 of 18 isolates with <97% similarity to other GenBank sequences originated from environmental sources ($P = 0.07$ by the Mantel-Haenszel test). A total of 41 original 16S rDNA sequences corresponding to new species and new genera have been deposited in public databases (Table 1).

**Taxonomic relationships of unidentified isolates.** 16S rDNA analysis determined that 6 of 18 unidentified isolates belonged to low-percent-G+C-content gram-positive bacteria, 4 of 18 belonged to high-percent-G+C-content gram-positive bacteria, 6 of 18 belonged to gamma subgroup *Proteobacteria*, and 2 of 18 belonged to the *Bacteroides-Cytophaga* phylum. The phylogenetic relationships of these isolates as inferred by neighbor-joining analysis are presented in Fig. 2.

**Analysis of conventional-identification failures.** Failures in appropriate conventional identification are presented in Fig. 1. Among 16 *Bacillus* isolates analyzed, 16S rDNA-based identification confirmed conventional identification for 3 isolates; inaccurate conventional identification was a result of unmatched Gram determination for 7 isolates, unmatched biochemical profile determination for 5 isolates, and unmatched growth requirement determination for 1 isolate. Failure to accurately identify *Escherichia coli* isolates when using conventional methods was a result of unmatched biochemical profile determination for eight of nine isolates and of inaccurate oxidase activity determination for one of nine isolates. Failure of conventional identification of *Staphylococcus* spp. resulted from inaccurate biochemical profile determination for all nine isolates examined.

## DISCUSSION

In this study, inappropriate DNA extraction prevented 16S rDNA-based identification of 2% of isolates. Various extraction protocols have been published (23), but no optimum approach became widely accepted. Improved, reliable methods are therefore required, particularly with the advent of automation. Mixed cultures led to 1% of 16S rDNA-based identification failures, either because the wrong colony was selected on subculture or because more than one bacterial species was inadvertantly included in the amplification, resulting in ambiguous 16S rDNA data. The frequency of chimeric molecule formation was determined to be as high as 30 to 32% in a model of mixed genomic DNAs from two nearly identical actinomycete 16S rDNA sequences (28, 29). Much attention should therefore be paid to achieving a pure culture prior to 16S rDNA-based identification. Alternatively, mixed 16S rDNA sequences can be separated by, for example, denaturing gradient gel electrophoresis prior to sequencing (18, 25). Likewise, PCR-induced chimeras formed between different rRNA gene copies (29) in bacterial species exhibiting heterogeneous 16S rDNA sequences among multiple ribosomal operons (3) may lead to the description of nonexistent species. Particular attention should be paid to the careful examination of double peaks in the electropherogram. Lastly, unlike pro-

BLM_0044455

TABLE 1. 16S rDNA-based identification of a collection of 177 phenotypically unidentified bacterial isolates

| 16S rDNA-based identification | No. of isolates | | | GenBank accession no.[d] |
|---|---|---|---|---|
| | E[a] | V[b] | C[c] | |
| **Isolates exhibiting >99% 16S rDNA sequence homology** | | | | |
| **with a deposited sequence (n = 139)[e]** | | | | |
| *Abiotrophia defectiva* | | | 1 | D50541 |
| *Actinobacillus capsulatus* | | 1 | 2 | AF145255 |
| *Actinobacillus pleuropneumoniae* | | 1 | | AF146371 |
| *Actinomyces europaeus* | | | 2 | Y08828 |
| *Actinomyces neuii* | | | 1 | X71861 |
| *Actinomyces pyogenes* | | 2 | | X79225 |
| *Actinomyces turicensis* | | | 1 | X78720 |
| *Aerococcus urinae* | | | 3 | U63458 |
| *Aeromonas media* | 2 | | | X74679 |
| *Aranicola proteolyticus* | 1 | | | U93263 |
| *Arcobacter skirrowi* | | 1 | | L14625 |
| *Bacillus agri* | 1 | | | U65892 |
| *Bacillus alcalophilus* | 1 | | | X76436 |
| *Bacillus cereus* | 1 | | 2 | D16266 |
| *Bacillus psychrophilus* | | | 1 | X54969 |
| *Bacillus pumilus* | 1 | | | AF071856 |
| *Bacillus sphaericus* | 1 | 1 | | D16280 |
| *Bacillus sporothermodurans* | 1 | | | U49079 |
| *Bacillus subtilis* | 3 | | | AB018484 |
| *Bacillus thuringiensis* | 1 | | | D16281 |
| *Brevibacillus thermoruber* | | | 1 | Z26921 |
| *Brevibacterium casei* | 1 | | | X76564 |
| *Brevundimonas diminuta* | 1 | | | X87274 |
| *Caulobacter intermedius* | | | 1 | AJ007802 |
| *Citrobacter freundii* | 4 | | 1 | AF025365 |
| *Clostridium ramosum* | 1 | | | M23731 |
| *Corynebacterium bovis* | 1 | | | AJ222965 |
| *Corynebacterium minutissimum* | | | 1 | X84678 |
| *Corynebacterium mucifaciens* | 1 | | | Y11200 |
| *Corynebacterium striatum* | | | 1 | X84442 |
| *Corynebacterium xerosis* | | | 1 | AF145257 |
| *Dermabacter hominis* | | | 1 | X76728 |
| *Enterobacter amnigenus* | 3 | | | AB004749 |
| *Enterococcus avium* | | | 1 | AF133535 |
| *Enterococcus cecorum* | | 2 | 1 | X54290 |
| *Enterococcus faecalis* | | | 1 | AF039902 |
| *Enterococcus faecium* | 1 | 1 | | AF145258 |
| *Erwinia herbicola* | 1 | | | AB004757 |
| *Escherichia coli* | 2 | 2 | 5 | U18997 |
| *Fusobacterium russii* | | | 1 | M58681 |
| *Haemophilus aphrophilus* | | | 1 | M75041 |
| *Klebsiella oxytoca* | 2 | | | Y17661 |
| *Klebsiella planticola* | 1 | | | X93216 |
| *Klebsiella pneumoniae* | | | 1 | AJ233420 |
| *Klebsiella terrigena* | 3 | | | Y17228 |
| *Listeria seeligeri* | 1 | | | X98531 |
| *Methylobacterium mesophilicum* | 1 | | | D25306 |
| *Microbacterium* sp. | 2 | | | Y17228 |
| *Micrococcus varians* | 1 | | | X87754 |
| *Moraxella cuniculi* | | 1 | | AF005188 |
| *Moraxella osloensis* | 1 | | | X95304 |
| *Neisseria gonorrhoeae* | | | 1 | AF146369 |
| *Neisseria polysaccharea* | | | 1 | L06167 |
| *Oerskovia xanthineolytica* | | | 1 | X79453 |
| *Oligella urethralis* | | | 1 | AF133538 |
| *Paenibacillus pabuli* | 1 | | | X60630 |
| *Paenibacillus polymyxa* | 2 | | | D16276 |
| *Pantoea agglomerans* | 1 | | 2 | AB004691 |
| *Pasteurella canis* | | | 1 | M75049 |
| *Pasteurella multocida* | | | 2 | M35018 |
| *Pediococcus pentosaceus* | | | 1 | M58834 |
| *Phyllobacterium rubiacearum* | 1 | | | D12790 |
| *Propionibacterium acnes* | 1 | | 1 | AF145256 |
| *Pseudomonas aeruginosa* | 1 | | 2 | AF157689 |
| *Pseudomonas huttiensis* | 1 | | | AB021366 |

*Continued on following page*

BLM_0044456

3626    DRANCOURT ET AL.                                                                J. Clin. Microbiol.

TABLE 1—*Continued*

| 16S rDNA-based identification | No. of isolates | | | GenBank accession no.[d] |
|---|---|---|---|---|
| | E[a] | V[b] | C[c] | |
| *Ralstonia eutropha* | | | 1 | AF027047 |
| *Ralstonia picketii* | 1 | | | AB004790 |
| *Rathayibacter rathayi* | 1 | | | U96186 |
| *Riemerella anatipestifer* | | 1 | 1 | U60101 |
| *Rhodococcus equi* | | 1 | | X80614 |
| *Salmonella enterica* Dublin | | | 1 | **AF227868** |
| *Salmonella enterica* Montevideo | | | 1 | **AF227867** |
| *Salmonella enterica* Typhi | | | 1 | AF170176 |
| *Salmonella enterica* Typhimurium | | | 2 | **AF227869** |
| *Serratia fonticola* | 1 | | | AJ233429 |
| *Serratia marcescens* | | | 1 | M59160 |
| *Shigella sonnei* | 1 | | 1 | X96964 |
| *Staphylococcus aureus* | | | 1 | D83353 |
| *Staphylococcus epidermidis* | 1 | | 1 | AF128279 |
| *Staphylococcus haemolyticus* | | | 2 | L37600 |
| *Staphylococcus saprophyticus* | 1 | | 1 | L37596 |
| *Staphylococcus schleiferi* | 1 | | 1 | AB009945 |
| *Streptococcus anginosus* | 1 | | 1 | AF104678 |
| *Streptococcus mitis* | | | 2 | AJ007426 |
| *Streptococcus salivarius* | | | 1 | M58839 |
| *Streptococcus sanguis* | | | 1 | AF003928 |
| *Streptomyces scabiei* | 1 | | | D63863 |
| Uncultured sp. | 2 | | | AF227866, AF234634 |
| *Weeksella virosa* | 1 | | | AF133539 |
| | | | | |
| Isolates exhibiting 97–99% 16S rDNA sequence homology with a deposited sequence ($n = 20$) | | | | |
| *Bacillus* sp. | 1 | | 1 | **AF227844, AF227852** |
| *Bifidobacterium* sp. | 1 | | | **AF227870** |
| *Bordetella* sp. | | | 1 | **AF227829** |
| *Brevibacillus* sp. | | | 1 | **AF227853** |
| *Clostridium* sp. | | | 1 | **AF227826** |
| *Corynebacterium* sp. | 2 | | 1 | **AF227854, AF227825, AF227828** |
| *Enterobacter* sp. | | | 1 | **AF227845** |
| *Nocardia* | | 1 | | **AF227864** |
| *Paenibacillus* sp. | | | 1 | **AF227827** |
| *Pantoea* sp. | 1 | 1 | 2 | **AF227846, AF227851, AF227860, AF227832** |
| *Pasteurella* sp. | | 1 | 1 | **AF227861, AF227862** |
| *Pseudomonas* sp. | | | 1 | **AF227841** |
| *Rahnella* sp. | 1 | | | **AF227838** |
| | | | | |
| Isolates exhibiting <97% 16S rDNA sequence homology with a deposited sequence ($n = 18$) | | | | |
| 1 | 1 | | | **AF227843** |
| 2 | 1 | | | **AF227847** |
| 3 | 1 | | | **AF227849** |
| 4 | | | 1 | **AF227863** |
| 5 | 1 | | | **AF227865** |
| 6 | | | 1 | **AF227858** |
| 7 | 1 | | | **AF227857** |
| 8 | 1 | | | **AF227855** |
| 9 | | | 1 | **AF227833** |
| 10 | 1 | | | **AF227834** |
| 11 | | | 1 | **AF227835** |
| 12 | 1 | | | **AF227836** |
| 13 | | | 1 | **AF227859** |
| 14 | 1 | | | **AF227831** |
| 15 | 1 | | | **AF227830** |
| 16 | 1 | | | **AF227837** |
| 17 | | | 1 | **AF227840** |
| 18 | 1 | | | **AF227839** |

[a] E, environmental source.
[b] V, veterinary source.
[c] C, clinical source.
[d] Boldface indicates accession numbers assigned from this study.
[e] From comparison with the GenBank database, May 1999 version.

BLM_0044457



FIG. 1. Identification scheme for 177 phenotypically unidentifiable bacterial isolates.

tein-encoding genes, the 16S rDNA is not organized into codons, and thus the accuracy of every base position determination cannot be verified before the sequence is compared.

Interpretation of the sequences was hampered by a percentage of position ambiguities higher than 1% (~15 positions) either in the query sequence or in database sequences, and we recommend routinely obtaining a 16S rDNA sequence with less than 1% ambiguity. For some genera, too few species have been deposited in the databases so that the similarity level for a particular query sequence never exceeds of 97%. When several 16S rDNA sequences are available for the same species, a level of intraspecific 16S rDNA sequence variation exceeding 1% of the sequence has been reported for as many as 48% of the deposited sequences (4). An accurate commercial 16S rDNA database, proposed for the identification of bacteria (23), circumvents this difficulty, but sequence accuracy may be offset by there being limited number of sequences. In assessing the percent similarities between sequences, nongapped programs usually result in higher scores than gapped programs if only a limited portion of the gene is compared (data not shown). Whether only the most variable regions of the gene should be incorporated in 16S rDNA-based identification remains to be determined. This solution has been proposed for the identification of aerobic gram-negative bacilli (23). In this

case, nongapped programs should be used. In this study, in order to achieve results using exactly the same method whatever the query sequence, we obtained similarity percentages using a gapped program applied to the entire 16S rDNA sequence. The degree of freedom for gap placement remains to be determined. Indeed, in our experience, when the same sequence was compared against the same database using different programs, different similarity results were obtained, resulting in the assignment of different identities. Similarity scores depend on the lengths of the sequences under analysis and on the number of gaps introduced in the query sequence to optimize the similarity. Unfortunately, there are no guidelines regarding the use of these parameters during the identification process. Based on results of the present study, we recommend that a comparison include at least 1,500 positions, that all of the sequences included in the similarity search have the same length, and that an ungapped program be used. The question of gapped versus ungapped analysis, however, will require more data.

There are also no accepted guidelines regarding computer-aided comparison of sequence similarity for 16S rDNA-based bacterial identification. A 97% similarity level has been proposed for the bacterial species delineation using the 16S rDNA sequence (19), but this recommendation has been questioned

BLM_0044458





FIG. 2. Distance-related trees indicating the phylogenetic relationships of 18 unidentified isolates referred as strain numbers. (A) Low-percent-G+C-content gram-positive isolates; (B) high-percent-G+C-content gram-positive isolates; (C) gamma subgroup *Proteobacteria* isolates; (D) *Bacteroides-Cytophaga* subgroup isolates. The numbers at nodes are the proportions of 100 bootstrap resamplings that support the topology shown. Only bootstrap values of >90% are indicated. Bars, 1% divergence.

BLM_0044459



FIG. 2—Continued.

(10). Recently, it has been suggested that a difference rate of >0.5% could be considered indicative of a new species within a known genus (16). In a previous study of 16S rDNA-based bacterial identification, no cutoff values were established (23). In the present study, in the absence of an accepted cutoff value, we retained a 99% similarity as a suitable cutoff for identification at the species level and a 97% similarity as a suitable cutoff for identification at the genus level. While the introduction of these sharp values was necessary to analyze a large collection of unidentified isolates belonging to different genera, further evaluations need to be performed to assess the accuracy of these values. Because bacterial genera do not evolve at the same speed, it may be necessary to use different cutoff values depending on the bacterial genus under investigation.

Evaluation of 16S rDNA-based identification has previously been limited to comparison with phenotypic identification and has found 70 of 72 unusual aerobic gram-negative bacillus isolates (97.2%) identified to the genus level ($P = 0.051$) and 58 of 65 (89.2%) identified to the species level ($P = 0.039$; odds ratio = 0.41 [95% confidence interval, 0.15 to 1.01]). We evaluated this molecular tool with a large collection of phenotypically unidentifiable isolates for the first time, and we found this approach efficient in the majority of cases, with 88.7% of isolates being identified to the genus level and 76.3% being identified to the species level. Even those isolates which could

3630    DRANCOURT ET AL.    J. CLIN. MICROBIOL.

not be identified at the genus level could be assigned a phylogenetic position. In contrast to phenotypic identification, which is biased by errors and the variability of character expression, 16S rDNA sequencing provides unambiguous data even for rare isolates, which are reproducible in and between laboratories.

We found that *Enterobacter* isolates were significantly unidentifiable at the species level. In a previous study (23), six isolates identified as *Enterobacter cloacae* by the conventional method fell into three different clusters after 16S rDNA sequence analysis, with a 1.52% divergence rate among them. A 16S rDNA-based phylogenetic tree suggests that current *Enterobacter* taxonomy may not be appropriate, with several species clustering with *Escherichia coli*. We have previously reported failures in the 16S rDNA-based approach to the identification of enteric bacteria (14). Although not statistically significant, identification of *Bacillus* isolates to the species level also proved difficult in our study because of low similarity levels, suggesting that too few *Bacillus* sequences have been deposited in GenBank. In addition, the fact that two distinct *Bacillus* species may possess identical 16S rDNA sequences has previously been reported (2, 10). In this study, 18 isolates remained unidentified after 16S rDNA sequence analysis, but these were assigned to phylogenetic locations and probably represent new taxa. The majority of these isolates had been collected from environmental sources, suggesting that efforts should be made towards the isolation and culture of fastidious environmental microorganisms and not just towards their 16S rDNA-based detection in environmental samples (22). These isolates may represent prototype strains of new genera or species, which underlines the necessity for a careful description of any unusual bacterial isolate.

The overall performance of 16S rDNA sequence analysis was excellent, since it was able to resolve almost 90% of identifications, when applied to a large collection of phenotypically unidentifiable bacterial isolates. In order to improve this performance, efforts should be made to complete 16S rDNA databases with high-quality sequences and to develop electronic tools for sequence comparison and interpretation. The ongoing progress with DNA microarrays should offer the technological support for its routine application.

## REFERENCES

1. Altschul, S., F. Stephen, L. Thomas, X. Madden, A. Alejandro, X. Schäffer, J. Zhang, Z. Zhang, W. Miller, and D. J. Lipman. 1997. Gapped BLAST and PSI-BLAST: a new generation of protein database search programs. Nucleic Acids Res. 25:3389–3402.
2. Ash, C., J. A. E. Farrow, M. Dorsch, E. Stackebrandt, and M. D. Collins. 1991. Comparative analysis of *Bacillus anthracis*, *Bacillus cereus*, and related species based on the basis of reverse transcriptase sequencing of 16S rRNA. Int. J. Syst. Bacteriol. 41:343–346.
3. Clita, V., B. Lafay, and R. Christen. 1996. Sequence heterogeneities exist among the 16S ribosomal RNA sequences of the seven operons in *Escherichia coli* strain PK3 that can affect phylogenetic analyses at the species level. Mol. Biol. Evol. 13:451–461.
4. Clayton, R. A., G. Sutton, P. S. Hinkle, Jr., C. Bult, and C. Fields. 1995. Intraspecific variation in small-subunit rRNA sequences in GenBank: why single sequences may not adequately represent prokaryotic taxa. Int. J. Syst. Bacteriol. 45:505–599.
5. Dessen, P., C. Fondrat, C. Valencien, and G. Munier. 1990. BISANCE: a French service for access to biomolecular sequences databases. CABIOS 6:355–356.
6. Drancourt, M., C. Bollet, and D. Raoult. 1997. *Stenotrophomonas africana* sp. nov., an opportunistic human pathogen in Africa. Int. J. Syst. Bacteriol. 47:160–163.
7. Drancourt, M., J. L. Mainardi, P. Brouqui, F. Vandenesch, A. Carta, F. Lehnert, E. Viguier, F. Goldstein, J. Acar, and D. Raoult. 1995. *Bartonella* (*Rochalimaea*) *quintana* endocarditis in homeless patients: report of three cases. N. Engl. J. Med. 332:419–423.
8. Farris, J. S. 1989. PHYLIP—Phylogeny Inference Package version 3.2. Cladistics 5:164–166.
9. Felsenstein, J. 1993. PHYLIP: Phylogeny Inference Package, version 3.5c. University of Washington, Seattle.
10. Fox, G. E., J. D. Wisotzkey, and P. Jurtshuk, Jr. 1992. How close is close: 16S rRNA sequence identity may not be sufficient to guarantee species identity. Int. J. Syst. Bacteriol. 42:166–170.
11. Jukes, T. H., and C. R. Cantor. 1969. Evolution of protein molecules, p. 21–132. *In* H. N. Munro (ed.), Mammalian protein metabolism, vol. 3. Academic Press, Inc., New York, N.Y.
12. Kimura, M. 1980. A simple method for estimating evolutionnary rates of base substitutions through comparative studies of nucleotide sequences. J. Mol. Evol. 16:111–120.
13. Maidack, B. L., G. J. Olsen, N. Larsen, R. Overbeek, M. J. McCaughey, and C. R. Woese. 1996. The ribosomal data base project (RDP). Nucleic Acids Res 24:82–85.
14. Mollet, C., M. Drancourt, and D. Raoult. 1997. *rpoB* sequence analysis as a novel basis for bacterial identification. Mol. Microbiol. 26:1005–1011.
15. Murray, P. R., E. J. Baron, M. A. Pfaller, F. C. Tenover, and R. H. Yolken (ed.). 1995. Manual of clinical microbiology, 6th ed. ASM Press, Washington, D.C.
16. Palys, T., L. K. Nakamura, and F. M. Cohan. 1997. Discovery and classification of ecological diversity in the bacterial world: the role of DNA sequence data. Int. J. Syst. Bacteriol. 47:1145–1156.
17. Relman, D. A., T. M. Schmidt, R. P. MacDermott, and S. Falkow. 1992. Identification of the uncultured bacillus of Whipple's disease. N. Engl. J. Med. 327:293–301.
18. Rolleke, S., G. Muyzer, C. Wawer, G. Wawer, and W. Lubitz. 1996. Identification of bacteria in a biodegraded wall painting by denaturing gradient gel electrophoresis of PCR-amplified gene fragments coding for 16S rRNA. Appl. Environ. Microbiol. 62:2059–2065.
19. Stackebrandt, E., and B. M. Goebel. 1994. A place for DNA-DNA reassociation and 16S rRNA sequence analysis in the present species definition in bacteriology. Int. J. Syst. Bacteriol. 44:846–849.
20. Stager, C. E., and J. R. Davis. 1992. Automated systems for identification of microorganisms. Clin. Microbiol. Rev. 5:302–327.
21. Stein, A., and D. Raoult. 1992. A simple method for amplification of DNA from paraffin-embedded tissues. Nucleic Acids Res. 20:5237–5238.
22. Strous, M., J. A. Fuerst, E. H. Kramer, S. Logemann, G. Muyer, K. T. van de Pas-Schoonen, R. Webb, J. G. Kuenen, and M. S. Jetten. 1999. Missing lithotroph identified as new planctomycete. Nature 400:446–449.
23. Tang, Y.-W., N. M. Ellis, M. K. Hopkins, D. H. Smith, D. E. Dodge, and D. H. Persing. 1998. Comparison of phenotypic and genotypic techniques for identification of unusual aerobic pathogenic gram-negative bacilli. J. Clin. Microbiol. 36:3674–3679.
24. Tang, Y.-W., A. Von Graevenitz, M. G. Waddington, M. K. Hopkins, D. H. Smith, H. Li, C. P. Kolbert, S. O. Montgomery, and D. H. Persing. 2000. Identification of coryneform bacterial isolates by ribosomal DNA sequence analysis. J. Clin. Microbiol. 38:1679–1678.
25. Teske, A., P. Sigalevich, Y. Cohen, and G. Muyzer. 1996. Molecular identification of bacteria from a coculture by denaturing gradient gel electrophoresis of 16S ribosomal DNA fragments as a tool for isolation in pure culture. Appl. Environ. Microbiol. 62:4210–4215.
26. Thompson, J. D., D. G. Higgins, and T. J. Gibson. 1994. CLUSTAL W: improving the sentivity of progressive multiple sequence alignment through sequence weighting, position-specific gap penalities and weight matrix choice. Nucleic Acids Res. 22:4673–4680.
27. Van de Peer, Y., S. Nicoläi, P. De Rijk, and R. De Wachter. 1996. Database on the structure of small subunit RNA. Nucleic Acids Res. 24:86–91.
28. Wang, G. C., and Y. Wang. 1996. The frequency of chimeric molecules as a consequence of PCR co-amplification of 16S rRNA genes from different bacterial species. Microbiology 142:1107–1114.
29. Wang, G. C., and Y. Wang. 1997. Frequency of formation of chimeric molecules as a consequence of PCR coamplification of 16S rRNA genes from mixed bacterial genomes. Appl. Environ. Microbiol. 63:4645–4650.
30. Weisburg, W. G., S. M. Barns, D. A. Pelletier, and D. J. Lane. 1991. 16S ribosomal DNA amplification for phylogenetic study. J. Bacteriol. 173:697–703.
31. Weyant, R. S., C. W. Moss, R. E. Weaver, D. G. Hollis, J. G. Jordan, E. C. Cook, and M. I. Daneshvar. 1996. Identification of unusual pathogenic Gram-negative aerobic and facultatively anaerobic bacteria. Williams & Wilkins, Baltimore, Md.
32. Woese, C. R., O. Kandler, and M. L. Wheelis. 1990. Towards a natural system of organisms: proposal for the domains Archae, Bacteria, and Eukarya. Proc. Natl. Acad. Sci. USA 87:4576–4579.

BLM_0044461



# Case Study Evaluation of the Pilot-Test Application of Benefits Based Management on the McInnis Canyons National Conservation Area



Prepared by:

B.L. Driver,
Don Bruns,
Randy J. Virden

## February 2008

BLM_0044462

# Case Study Evaluation of the Pilot-Test Application of Benefits Based Management on the McInnis Canyons National Conservation Area

## Final Report
### February 2008

*In fulfillment of Contract No. CAP055020*
*with B.L. Driver*
*and*
*Partial Fulfillment of Assistance Agreement JSA041006*
*with Arizona State University*
*with the*
*Division of Recreation and Visitor Services,*
*BLM, Washington, D.C.*

Prepared by:

B.L. Driver
Don Bruns
Randy J. Virden

Printed by: School of Community Resources & Development
College of Public Programs
Arizona State University
Phoenix, AZ 85004-0690
(602) 496-0550

BLM_0044463

## Case Study Evaluation of the Pilot-Test Application of Benefits Based Management on the McInnis Canyons National Conservation Area

This report is an evaluation of the first pilot test of benefits-based management (BBM) on a public wildland area. That application started in 1991 to guide the planning and management of the recreation resources and services provided on the Ruby Canyon/Black Ridge Special Recreation Management Area. It continued through the designation of that area as the Colorado Canyons National Conservation Area in 2000 and through its later designation as the McInnis Canyons National Conservation Area (MCNCA) in 2004 until today as the resulting plan is being implemented. The MCNCA is located near Grand Junction, parts of which border the Colorado National Monument, and it is managed by the Grand Junction Field Office of the USDI Bureau of Land Management (BLM).

This report was commissioned in 2005 by the BLM's Division of Recreation and Visitor Services to help BLM administrators, managers, and planners better understand BBM and how to apply and implement it properly. As such, the report critiques what was done that should have been done and what was done that should not have been done under BBM guidelines.  It also offers recommendations from the lessons learned and in extended appendices reviews what BBM is, why it was developed, and how to implement it fully.

The report was prepared by B. L. Driver, Don Bruns, and Randy Virden.

December 2007

BLM_0044464

# Executive Summary

This case study report evaluation of the application and implementation of Benefits-Based Management (BBM) on the McInnis Canyons National Conservation Area (MCNCA) near Grand Junction, Colorado was commissioned by the USDI Bureau of Land Management (BLM) Division of Recreation and Visitor Services. The overall purpose of this report is to help BLM recreation administrators, planners, and mangers understand BBM more clearly and thereby better equip them to apply and implement it. This will help assure that critical elements of the BBM planning and managerial processes will be continue to be carefully adhered to and built upon in future applications. BBM is a relatively new approach to planning and managing recreation and related amenity resources and services. It helps assure responsive, accountable, and efficient management and optimize realization of the personal, social, economic, and environmental benefits of recreation. Such optimization means that negative outcomes must also be considered under BBM. That approach was developed to provide a more cost-effective, responsive, efficient, and scientifically credible system for planning and managing recreation resources and services, and it has proven to be such.

This first pilot test of BBM on a public wildland area started in 1991 to guide planning the recreation components of the Integrated Resource Management Plan of the Ruby Canyons/Black Ridge (RC/BR) recreation area which was approved in 1998. BBM also helped guide planning of the recreation components of the Resource Management Plan for the Colorado Canyons National Conservation Area (CCNCA) after the RC/BR area was designated as such in 2000. That plan was approved on October 28, 2004, and has guided management of that NCA, re-designated the MCNCA in 2004.

The three specific purposes of the case study were to:
1. Describe and document both the positive and negative lessons learned from the application of BBM to guide the management of the recreation resources and services of the MCNCA.
2. Describe the actions that must be taken to properly apply and implement BBM and why each must be taken.
3. Review and summarize other applications of BBM by the BLM and other public park and recreation agencies.

After work began on this case study, it was realized that the first purpose could not be met until a comprehensive normative model was developed that described in detail how BBM should be the applied and implemented and why. It was not possible to describe that entire model in detail in this report. But, it is summarized in Part 2 of Appendix B of this report and described in detail in a companion text to this report which is described in Appendix A of this report. After the model was developed, it was used to evaluate the application and implementation of BBM on the NCA. That evaluation comprises the major part of this report.

The background information at the beginning of this report provides a brief description of the NCA and explains why and when BBM was applied on that area. More substantively, the report: provides a detailed evaluation of the extent to which each of the requirements of the normative model for applying and implementing BBM was or was not met; describes the many lessons learned; makes recommendations for future applications of BBM; and reviews other application of BBM.

BLM_0044465

When the application of BBM started on RC/BR area in 1991, the concepts, principles, and requirements of BBM were just being firmed up. Much progress has been made since then. In particular, the pilot-test application and implementation of BBM on the NCA contributed considerably to those refinements, which have improved subsequent applications of BBM. This report should help the reader understand the current concepts, principles, and requirements of BBM and how to apply and implement it properly.

iii

BLM_0044466

# Table of Contents

Executive Summary ................................................................................................................... ii

List of Figures ......................................................................................................................... vi

FOREWORD ........................................................................................................................... vii

FOREWORD ........................................................................................................................... vii

The Current Status of Applying ............................................................................................ viii

And Implementing BBM in the BLM .................................................................................... viii

Case Study Evaluation of the Pilot-Test Application of Benefits-Based Management on the
   McInnis Canyons National Conservation Area ...................................................................... 1

Why This Report? ..................................................................................................................... 3

   Initiation of this Report ...................................................................................................... 3

   Purposes of This Report and How They Have Been Met ...................................................... 3

Background Information ............................................................................................................ 5

   Legislative History of the MCNCA ...................................................................................... 5

   Brief Description of the MCNCA .......................................................................................... 5

Why Was BBM Applied? ........................................................................................................... 8

   When Was BBM Applied? ..................................................................................................... 9

   Scope of this Study ............................................................................................................. 10

Sources of Information for this Study ....................................................................................... 10

Evaluation of Applying and Implementing BBM on the NCA .................................................. 11

   Requirements for Applying and Implementing BBM .......................................................... 11

   Were the Requirements of BBM Met? ................................................................................. 12

   Phase 1: Preparatory Actions ............................................................................................. 13

      Ensure that Overseeing Supervisors and Managers Approve and Support Adoption of BBM
      (1st) ............................................................................................................................... 13

      Organize the Planning Team (2nd) ..................................................................................... 13

      Ensure that all Members of the Planning Team Understand BBM (3rd) ............................. 13

      Understand Responsibilities and Constraints (4th) ........................................................... 14

      Consider Essential Collaborative Management and Related Public Involvement Needs (5th)
      ........................................................................................................................................ 14

      Identify Critical Issues and Concerns (6th) ...................................................................... 15

   Phase 2: Gather, Analyze, Interpret, and Integrate Supply and Demand Information ............. 16

      Assess Recreation Preferences of the Most Relevant Participant and Affected Community
      Resident Markets (7th) ..................................................................................................... 16

      Inventory or Update Inventories of Key Recreation-Tourism Resource Attractions and
      Services (8th) ................................................................................................................... 16

      Analyze Recreation Opportunity Supply by Possible Recreation Management Zones and
      Corresponding Customer Market Demand (9th) ................................................................ 18

      Select Primary Recreation-Tourism Markets *and* Identify Logical Recreation Management
      Zones and Corresponding Niches within the Primary Market(s) (10th and 11th) ................. 18

   Phase 3: Develop the Management Plan ................................................................................ 22

      Determine which Outcomes Can Feasibly, and Should be, Targeted within Each
      Management Zone (12th) .................................................................................................. 22

      Develop Management Objectives *and* Identify and Prescribe the Essential Setting
      Characteristics (13th and 14th) ......................................................................................... 22

      Define the Essential Recreation-Tourism Service Environment (15th) .............................. 30

BLM_0044467

Evaluate Alternatives and Select the Preferred Alternative (16th) ........................................ 30
Phase 4: Develop an Implementation Plan ............................................................................... 31
    Identify Management Actions to be Implemented (17th) ..................................................... 31
    Identify Marketing Actions to be Implemented (18th) ......................................................... 32
    Identify Monitoring Actions (19th) ...................................................................................... 34
    Identify Supporting Administrative Actions (20th) .............................................................. 36
    Provide Ample Opportunities and Time-Frames for Review of the Proposed Plan (21st) .. 36
Phase 5: Adjust Management/Implementation Plan as Needed and Approve Final Plan ........ 36
Phase 6: Implement Plan and Adjust Field Operations Accordingly ...................................... 37
Phase 7: Revise the Plan as Needed or Required by Agency Directives.................................. 37
Phase 8: Ensure that Performance Reports and Evaluations Document and Recognize the
Production and Attainment of Targeted Outcomes as Feasible............................................... 38
    Lessons Learned................................................................................................................... 38
    Recommendations................................................................................................................ 40
    Other Applications of BBM and Uses of the BOAL ............................................................ 43
    Applications of BBM Other Than by the BLM .................................................................... 43
Other BLM Applications of BBM ................................................................................................. 45
    Uses of the More Encompassing Beneficial Outcomes Approach to Leisure Paradigm.......... 51
Appendix A.................................................................................................................................... 53
Appendix B.................................................................................................................................... 57
Appendix C.................................................................................................................................... 72
Appendix D.................................................................................................................................... 74
Appendix E .................................................................................................................................... 83
Literature Cited in the Body and Appendices of this Report....................................................... 91

v

# List of Figures

Figure 1. Location of the MCNCA ................................................................................................. 6
Figure 2. Planning Zones of the CCNCA ..................................................................................... 20
Figure 3. CCNCA Planning Zones and Primary Activities .......................................................... 20
Figure 4. Recreation Management Zones of the MCNCA ........................................................... 21
Figure 5. Management Objectives and Setting Prescriptions for RMZ No. 2 .............................. 24
Figure 6a—Part 1 (Left Side): Targeted Setting Prescriptions and Existing Setting Descriptions
    for RMZ No. 2 ...................................................................................................................... 26
Figure 6b—Part 2 (Right Side): Targeted Setting Prescriptions and Existing Setting Descriptions
    for RMZ No. 2 ...................................................................................................................... 27
Figure 7. ROS Physical Settings Map........................................................................................... 28
Figure 8. ROS Social Setting Map................................................................................................ 29
Figure 9. ROS Administrative (Managerial) Setting Map............................................................ 29
Figure 10. Management and Marketing Actions for RMZ No. 2. ................................................. 33
Figure 11. Administrative and Monitoring Actions for RMX N0. 2 ............................................ 35

BLM_0044469

# FOREWORD
by Catherine Robertson
Manager, BLM Grand Junction Field Office

Colorado's population has grown by more than a third in about the past decade. Therefore, the public lands have a growing clientele of new local residents, second home owners, relocated businesses, and retirees in dozens of communities and resorts that are gateways to the public lands. The effects of increased promotion of tourism are also being felt, with even more significant touring vacationers, resort getaways, special event participants, heritage visitors relishing the ambiances of small-town communities, the not inconsequential visiting of friends and relatives, and wanting to enjoy the distinctive benefits of public lands recreation. These changing demographics have made traditional notions of outdoor recreation obsolete. Increasingly, satisfying experiences and other beneficial outcomes matter to communities, to local economies, and to the environment. So does the character of the public lands recreation settings, not just for visitors but for people who live and work within our communities.

Being committed to recreation as that which, among other things, revitalizes our spirits, improves our physical and mental lives, strengthens our families, fosters greater community cohesion, stabilizes economies, and even improves the environment is a good thing. But oft times even our best intentions go awry. Unfortunately, examples of recreation resource management done wrong are not that uncommon. We hear about it from the news, see it in print, hear about it from our neighbors and friends, and even experience it first-hand as recreation participants. When that happens, those of us who have the privilege of serving the public hear about it from our customers, as we should.

When this pilot effort began, this Field Office was engaged in traditional activity-based, project-centered recreation management. As the recreation planners put it, they were trying to decide where the toilets should go, what kinds of roads were needed, and where the interpretive exhibits should go. Those who brought benefits-based management (BBM) to our office then began asking "Why?" Why did we want to build those things, what would it do to recreation setting character, and what difference would it make to the kinds of experiences and other benefits our customers most desire? At that time, we had no answers other than that people said they wanted those things. At least, so we thought. But beyond required environmental analyses, we had not yet begun to consider exactly what kinds of recreation outcomes would result and to which visitors, or to which affected local communities, residents of them, and the environment itself. In short, we were only managing some of the components of recreation opportunity production.

We have known for years that the goodness of recreation is not automatically achieved by protecting resources, developing support facilities, or even essential services. All of these things must be consciously structured if recreation is to actually re-create people's lives, protect the environment, and strengthen community life. The good news is that BBM has given us a framework for more effectively addressing these needs and desires of the increasingly diverse recreation-tourism clientele, and it is fundamentally changing the way we look at recreation and tourism use and enjoyment. Done right, we can now manage to produce the recreation opportunities that are most valued by our customers, as well as provide and maintain the character of recreation settings on which those opportunities depend. Put simply, BBM has changed the way we do business, and continues to do so. Most recently we have come to understand that it is not enough to manage just for beneficial outcomes. We need to focus our

vii

BLM_0044470

efforts on all outcomes, which mean managing both negative outcomes as well as those beneficial.

I happened to be at the right place at the right time to be part of this change, to embrace BBM for the Grand Junction Field Office and to encourage its wider adoption within the Bureau of Land Management.  I am delighted to see that our agency has now adopted BBM as the central unifying objective for its entire recreation program.  With the help of Bev Driver and others from the scientific community who understood the scientific underpinnings of BBM *and* had an abiding commitment to see it applied, we discovered that the BLM's traditional activity-based paradigm had answers that went no further than accommodating the activity-based desires voiced by only the most well-organized and involved recreation users and interest groups.  We knew how to reduce environmental impacts posed by increased recreation activity participation.  But it was quite another thing to restructure the entire recreation program and all related services to ensure the production and realization of desired experiential and other beneficial outcomes and to avoid the negative outcomes customers sought to avoid.  Managing to achieve beneficial outcomes requires a new level of awareness and understanding of leisure from recreation professionals and managers alike.  It takes more than simply talking about managing for benefits, much more.

This case study documentation and its accompanying lessons learned can help recreation administrators, managers and planners improve their understanding of BBM.  This report sets forth both positive and negative lessons, what to do, and what to avoid doing.  It demonstrates that responsible application of BBM requires adherence to the underlying principles and requirements of BBM and their consistent application.  But BBM does not immediately fall into anyone's lap.  There is a learning curve that requires a managerial training investment in our recreation professionals.  And it requires a corresponding degree of professionalism from our recreation planners and managers alike which transcends traditional activity-based recreation management practice.

As we move forward, we must not neglect the scientific underpinnings that make BBM work.  That means making a sustainable commitment to help recreation professionals learn and consistently apply them.  Managing for outcomes requires a greater level of understanding of those scientific principles and essential application processes if we are to succeed. In particular, BBM can not be applied properly unless one has a fairly good understanding of the scientifically-documented benefits of recreation on which BBM is based (which are listed in Appendix F of the case study report. From this BBM application, we have seen the negative consequences of taking short-cuts.  Producing the specific outcome-opportunities most valued by customers that comprise key recreation-tourism markets and local resident customers doesn't just happen.  It takes lots of work to get there.  I appeal to my colleagues to maintain the professionalism required to ensure responsible follow through.  We must not imagine we can succeed without an abiding commitment to all the requirements of BBM and all that entails.

Training is absolutely essential if we are to succeed in the sustained application of BBM, not only to write realistic and useable management plans, but to implement them on-the-ground.  But the kind of training required to do BBM will require more than classroom sessions.  When it comes to BBM, the old saying "Telling isn't teaching, and listening isn't learning: you learn to do by doing" certainly applies.  The best training we had for this pilot application, in all of its stages without exception, was hands-on training.  And at the time we did this, there were no formal training sessions, and no planning handbooks.  But there were people who knew how who had both the initiative and the commitment to make numerous trips to the field, roll up there

BLM_0044471

# INVASIVE PLANTS OF RANGE AND WILDLANDS AND THEIR ENVIRONMENTAL, ECONOMIC, AND SOCIETAL IMPACTS

## Edited by

### Celestine A. Duncan

Owner, Weed Management Services
P.O. Box 1385
Helena, MT 59624

### Janet K. Clark

Director, Center for Invasive Plant Management
Montana State University
P.O. Box 173120
Bozeman, MT 59717-3120



A special publication of the Weed Science Society of America
810 East 10th Street, Lawrence, KS 66044-8897

i

BLM_0044472

Invasive Plants of Range and Wildlands and Their Environmental, Economic, and Societal Impacts

ISBN # 1-891276-42-5

Library of Congress Control Number: 2005920209

© 2005 Weed Science Society of America
All rights reserved. First edition 2005
Printed in the United States of America

*Front Cover:*
Yellow starthistle. Photograph by Joseph M. DiTomaso.

*Back Cover:*
Sericea lespedeza, photograph by James Miller. Tropical soda apple, photograph by Jeff Mullahey. All other photographs by Joseph M. DiTomaso.

## Contributors

### Authors

**Melissa L. Brown** is an independent consultant, Helena, MT 59601.

**Joseph M. DiTomaso** is Non-Cropland Weed Specialist, Weed Science Program, University of California, CA 95616-8746.

**Celestine A. Duncan** is an independent consultant, Weed Management Services, Helena, MT 59624.

**Rodney G. Lym** is Professor of Weed Science, North Dakota State University, Fargo, ND 58105.

**Kirk C. McDaniel** is Professor, Dept. Animal and Range Sciences, New Mexico State University, Las Cruces, NM 88003-8003.

**Mark J. Renz** is Extension Weed Specialist, New Mexico State University, Las Cruces, NM 88003-8003.

**Peter M. Rice** is a Research Associate (Plant Ecology) in Division of Biological Sciences, University of Montana, Missoula, MT 59812.

### Publication Committee

**Vanelle F. Carrithers** is Senior Scientist, Dow AgroSciences LLC, Mulino, OR 97042.

**Janet K. Clark** is Director, Center for Invasive Plant Management, Montana State University, Bozeman, MT 59717.

**Michael E. Foley** is Director of Publications, Weed Science Society of America, Fargo, ND 58105-5674.

**Robert R. Hedberg** is Director of Science Policy, Weed Science Society of America, Washington, DC 20002.

**John J. Jachetta** is U.S./Global Regulatory Leader for Range and Pasture, Dow AgroSciences LLC, Indianapolis, IN 46268.

BLM_0044473

# THE Durango HERALD

## Paradox Valley uranium mill on hold
### Some analysts doubt it will ever be built
By Joe Hanel
(https://durangoherald.com/lms/loading.html#rotftwetu=aHR0cHMlM0EvL3d3dy5nb29nbGUuY29tLw%3D%3D&ibothsahtrtd=aHR0cHMlM0EvL2R1cmFuZ29vZXJhbGQuC
Denver Correspondent
Friday, Sept. 6, 2013 10:41 AM



A proposed uranium mill in Southwest Colorado will not be built unless there is an unexpected turnaround in the price of uranium, the president of the company that is developing the mill said Friday in a conference call with investors.

Energy Fuels Resources Inc. will keep holding its license to build the Piñon Ridge uranium mill in the Paradox Valley of Montrose County, but it has no plans to act on the license, said President and CEO Stephen Antony.

"We intend to keep that license in a current, valid form, but not move on construction of the mill until market conditions support it," Antony said.

The statement is old news to uranium experts, but it comes as a surprise to some Coloradans.

The company's Piñon Ridge website says, "Energy Fuels anticipates starting construction in late 2012 or 2013." And its plan on file with the Colorado Department of Public Health and Environment calls for the mill west of Naturita to be operational by early 2017, with construction beginning in 2015.

Warren Smith, a community involvement manager for the state health department, said Energy Fuels has not contacted his department with any plans to deviate from the schedule it has submitted. The license is valid for five years.

But uranium market analysts have known since Energy Fuels bought the White Mesa uranium mill in Utah that the company has put Piñon Ridge on the back burner. In fact, the company said so itself in a little-noticed statement in December 2012. It came in an annual report filed with financial regulators in Canada, where Energy Fuels is incorporated.

"With the recent acquisition by the Company of the White Mesa Mill, the Company no longer needs to construct the Piñon Ridge Mill in order to meet its planned production for the foreseeable future. Therefore, the Company does not intend to proceed with construction of the mill at this time," the report said.

White Mesa, just south of Blanding, Utah, is the only conventional uranium mill in the United States, and it turned Energy Fuels into a major player in the North American uranium market. At the same time, the price of uranium has dropped, making Piñon Ridge a low priority.

"A lot has happened in the market since (the White Mesa purchase). The market price didn't support building that facility," Antony said.

Energy Fuels held a conference call Friday to discuss its corporate strategy after the completion this week of a merger with

BLM_0044474

Strathmore Minerals Corp. In the hour-long call, executives didn't even mention the Piñon Ridge mill until questioned by a reporter.

Even though the price of uranium has plummeted to $34 a pound – down from $51 in June – company officials are bullish on a return to higher prices as supplies run low and more nuclear reactors are built.

But Piñon Ridge is not a part of the company's foreseeable plans. Instead, executives are much more interested in two other expansion projects in New Mexico and Wyoming.

The company's strategy is to be ready to increase its annual uranium production to 6 million pounds a year – six times its current rate – if the market rebounds. The White Mesa Mill can handle up to 8 million pounds a year – enough for all of the company's most optimistic expansion plans, according to Antony's presentation on the conference call.

Colin Healey, a market analyst with Haywood Securities who closely watches Energy Fuels, said his forecast calls for a sizeable rise in uranium prices in the next two to three years. But even with the increase, he has not thought the Piñon Ridge mill would be built ever since Energy Fuels bought the Utah mill.

Healey analyzes market conditions and the company's plans to forecast its future value.

"The Piñon Ridge mill isn't part of my formal operating model of the company," Healey said.

It would take "a very large and sustained shift" in uranium prices for Healey to believe the mill will be built, he said.

jhanel@durangoherald.com

World Commission on Protected Areas (WCPA)

# Sustainable Tourism in Protected Areas

## Guidelines for Planning and Management

Paul F. J. Eagles, Stephen F. McCool and Christopher D. Haynes

Adrian Phillips, Series Editor



Best Practice Protected Area Guidelines Series No. 8

   

BLM_0044476

These Guidelines are one of the Best Practice Protected Area Guidelines series. The Series Editor is Prof. Adrian Phillips.

Other publications in the series are as follows:

*National System Planning for Protected Areas.* No. 1. Adrian G. Davey, 1998, x + 71pp.

*Economic Values of Protected Areas: Guidelines for Protected Area Managers.* No. 2. Task Force on Economic Benefits of Protected Areas of the World Commission on Protected Areas (WCPA) of IUCN, in collaboration with the Economics Service Unit of IUCN, 1998, xii + 52pp.

*Guidelines for Marine Protected Areas.* No. 3. Graeme Kelleher, 1999, xxiv + 107pp.

*Indigenous and Traditional Peoples and Protected Areas: Principles, Guidelines and Case Studies.* No. 4. Javier Beltrán, (Ed.), IUCN, Gland, Switzerland and Cambridge, UK and WWF International, Gland, Switzerland, 2000, xi + 133pp.

*Pueblos Indígenas y Tradicionales y Áreas Protegidas: Principios, Directrices y Casos de Estudio.* No. 4. Javier Beltrán, (Ed.), UICN, Gland, Suiza y Cambridge, UK y WWF Internacional, Gland, Suiza, 2001, xii + 139pp.

*Financing Protected Areas: Guidelines for Protected Area Managers.* No. 5. Financing Protected Areas Task Force of the World Commission on Protected Areas (WCPA) of IUCN, in collaboration with the Economics Unit of IUCN, 2000, viii + 58pp.

*Evaluating Effectiveness: A Framework for Assessing the Management of Protected Areas.* No. 6. Marc Hockings, Sue Stolton and Nigel Dudley, 2000, x + 121pp.

*Transboundary Protected Areas for Peace and Co-operation.* No. 7. Trevor Sandwith, Clare Shine, Lawrence Hamilton, and David Sheppard, 2001,  xi + 111pp.

BLM_0044477

# Sustainable Tourism
# in Protected Areas

# Guidelines for Planning
# and Management

BLM_0044478

# Sustainable Tourism in Protected Areas

# Guidelines for Planning and Management

Paul F. J. Eagles, Stephen F. McCool and Christopher D. Haynes
Prepared for the
United Nations Environment Programme, World Tourism Organization
and IUCN – The World Conservation Union

Adrian Phillips, Series Editor

**World Commission on Protected Areas (WCPA)**

**Best Practice Protected Area Guidelines Series No. 8**

**IUCN – The World Conservation Union**
**2002**

BLM_0044479

The designation of geographical entities in this book, and the presentation of the material, do not imply the expression of any opinion whatsoever on the part of IUCN, Cardiff University or any of the other funding organizations concerning the legal status of any country, territory, or area, or of its authorities, or concerning the delimitation of its frontiers or boundaries. Furthermore, the views expressed in this publication do not necessarily reflect those of IUCN, Cardiff University, Environment Australia, United Nations Environment Programme and World Tourism Organization or any of the other funding organizations.

This publication has been made possible in large part by funding from Cardiff University, Environment Australia, United Nations Environment Programme, World Tourism Organization and IUCN.

Published by:       IUCN, Gland, Switzerland, and Cambridge, UK, the United Nations Environment Programme and the World Tourism Organization

   

Copyright:          © 2002 International Union for Conservation of Nature and Natural Resources

Reproduction of this publication for educational or other non-commercial purposes is authorized without prior written permission from the copyright holder provided the source is fully acknowledged.

Reproduction of this publication for resale or other commercial purposes is prohibited without prior written permission of the copyright holders.

Citation:           Eagles, Paul F.J., McCool, Stephen F. and Haynes, Christopher D.A. (2002). *Sustainable Tourism in Protected Areas: Guidelines for Planning and Management*. IUCN Gland, Switzerland and Cambridge, UK. xv + 183pp.

ISBN:               2-8317-0648-3

Cover design:       IUCN Publications Services Unit

Cover photos:       Front: Cheetah in Masai Mara Game Reserve, Kenya, ©*Robert Bernard*

Back: Ferry at Heron Island, Great Barrier Reef Marine Park, Australia, ©*Paul F. J. Eagles*; Birding in Monteverde Cloud Forest Reserve, Costa Rica, ©*Jim Boissoneault* and Banff Springs Hotel, Banff National Park, Canada, ©*Paul F. J. Eagles*

Layout by:          IUCN Publications Services Unit

Produced by:        IUCN Publications Services Unit

Printed by:         Thanet Press Limited, UK

Available from:     IUCN Publications Services Unit
                    219c Huntingdon Road, Cambridge CB3 0DL,
                    United Kingdom
                    Tel: +44 1223 277894
                    Fax: +44 1223 277175
                    E-mail: info@books.iucn.org
                    www: http://www.iucn.org/bookstore
                    A catalogue of IUCN publications is also available

*The text of this book is printed on 90gsm Fineblade Extra made from low-chlorine pulp.*

BLM_0044480

# Table of Contents

Foreword by the United Nations Environment Programme    vii
Foreword by the World Tourism Organization    ix
Acknowledgements    xi
About the authors    xiii
Preface    xv

**1. Introduction**    1
   1.1   Purpose of the Guidelines    1
   1.2   Tourism terms and definitions    2

**2. Protected areas, biodiversity and conservation**    5
   2.1   A short history of protected areas    5
   2.2   The IUCN Protected Area Management Category System    10

**3. Tourism in protected areas**    13
   3.1   Trends affecting the planning of tourism and protected areas    13
   3.2   Growth and diversification of market niches    21
   3.3   Potential benefits of tourism in protected areas    23
   3.4   Potential risks of tourism in protected areas    30
   3.5   Tourism in protected areas which are not publicly owned or managed    34

**4. Planning for protected area tourism**    41
   4.1   Protected area plans, policy and planning    41
   4.2   Tourism in the Park Management Plan    43
   4.3   Developing goals and objectives    44
   4.4   Characteristics of successful protected area planning processes    46
   4.5   Involving stakeholders    47
   4.6   Managing conflict    56
   4.7   Plan development and implementation    59

**5. Sensitive development of infrastructure and services**    61
   5.1   Culturally sensitive design and operation    62
   5.2   Environmentally sensitive design and operation    65
   5.3   Transportation and infrastructure    71
   5.4   Evaluating development proposals    72

**6. Managing the challenges of tourism in protected areas**    75
   6.1   Management of risk and safety    75
   6.2   Principles of visitor management in protected areas    78
   6.3   Protected area management frameworks    80

**7. Tools for visitor management**    87
   7.1   A toolbox of strategies and tactics    87

BLM_0044481

| | | |
|---|---|---|
| 7.2 | Zoning in protected areas | 98 |
| 7.3 | Transportation management | 101 |
| 7.4 | Pricing for visitor management | 102 |
| 7.5 | Regulation of visitor use | 104 |
| 7.6 | Information and interpretation | 108 |
| **8.** | **The economics of tourism in protected areas** | **113** |
| 8.1 | The economic value of tourism | 113 |
| 8.2 | Measuring the economic impacts of tourism | 114 |
| 8.3 | Communicating economic impacts | 116 |
| **9.** | **Financial aspects of tourism in protected areas** | **119** |
| 9.1 | Introduction | 119 |
| 9.2 | Fund-raising opportunities for protected area managers | 120 |
| 9.3 | Public and private sector financial relationships | 124 |
| 9.4 | Funding of protected areas through parastatals | 127 |
| 9.5 | International sources of assistance | 128 |
| 9.6 | Tourists' contribution via fees | 130 |
| 9.7 | Corporate contributions to protected areas | 137 |
| 9.8 | Managing concessions and contracts within protected areas | 138 |
| 9.9 | Summary | 144 |
| **10.** | **Human resources planning for tourism in protected areas** | **145** |
| 10.1 | Introduction | 145 |
| 10.2 | The human asset | 145 |
| 10.3 | Job analysis | 146 |
| 10.4 | Recruitment and selection | 147 |
| 10.5 | Human resource development | 148 |
| 10.6 | Performance evaluation | 149 |
| **11.** | **Monitoring tourism in protected areas** | **151** |
| 11.1 | Why monitor? | 151 |
| 11.2 | The characteristics of a monitoring system | 155 |
| 11.3 | Developing a monitoring programme | 156 |
| 11.4 | Research | 157 |
| **12. Conclusions** | | **159** |
| **Appendices** | | |
| Appendix A. | Definitions of tourism | 161 |
| Appendix B. | Park tourism definitions | 163 |
| Appendix C. | Operational policies for tourism for the National Park Service of the United States of America | 165 |
| Appendix D. | A comparison of five visitor management frameworks | 167 |
| Appendix E. | European Charter for Sustainable Tourism in Protected Areas | 173 |
| **References** | | **175** |

BLM_0044482

# Foreword by the United Nations Environment Programme

Tourism is good business, as it produces 4.4% of the world's GDP, and employs around 200 million people globally. It can also help the sustainable management of protected areas, as a market-based alternative catering to the growing number of discriminating travellers trying to find, understand and enjoy a natural environment. Tourism can support the protection of natural resources, as local residents realise the value of their asset and want to preserve it.

At the same time, our global heritage of living species is threatened as never before, as the protected areas that harbour so much of our biodiversity are exposed to the pressures of unsustainable development. The precautionary approach urges us to be especially concerned about tourism in protected areas, given the risk of damage and destruction to this unique natural resource.

Visitor impact management is ever more important as the number of tourists increases, and their distribution is often concentrated in major tourism destinations in ecologically vulnerable areas. The United Nations Environment Programme (UNEP) has been actively supporting protected area managers, working with WTO, UNESCO and IUCN, for over 12 years, through technical assistance to key stakeholders, and capacity building in projects and publications. This publication is the latest in this series, and UNEP is proud to be a partner in this milestone reference work.

Ensuring that tourism follows a truly sustainable path, and that it contributes to the sustainable management of protected areas, whether public or private, will require enhanced cooperation and concrete partnerships among the tourism industry, governments at all levels, local communities, protected area managers and planners, and the tourists themselves. This book describes how this can be done, and UNEP is happy to present it to all interested parties, especially protected area managers, on the occasion of the International Year of Ecotourism 2002.

*Jacqueline Aloisi de Larderel*
*Assistant Executive Director*
*Division of Technology, Industry and Economics*
*United Nations Environment Programme*

*April 2002*

BLM_0044483

# Foreword by the World Tourism Organization

The World Tourism Organization (WTO) is pleased to present to the international community, and especially to public administrations and private sector businesses directly involved in tourism activities, this new publication containing guidelines for the sustainable development and management of tourism in protected areas.

Tourism has become a major sector of economic activity since the latter part of the twentieth century and all indications are that it will continue growing in the years to come. With this growth, a diversification of tourism products and destinations is taking place, with increased demand for nature-related tourism, including ecotourism, visitation to national and natural parks, rural-based tourism, and the like. The tourists themselves are becoming increasingly sophisticated in their demands; this is not only in terms of luxury at the various establishments they use, but especially in terms of having a meaningful travel experience, including such aspects as cultural authenticity, contacts with local communities, and learning about flora, fauna, special ecosystems and natural life in general, and its conservation.

The expected growth and the new trends observed put tourism in a strategic position to make a positive contribution to, or to negatively affect, the sustainability of natural protected areas and the development potential of surrounding areas and their communities. Tourism can in fact be a major tool for the conservation of such areas and for raising the environmental awareness of residents and visitors. These objectives can be achieved through the generation of financial resources from tourism that can be dedicated to conservation measures, and through appropriate information, interpretation and education programmes for visitors and residents. Additionally, tourism operations within protected areas need to be carefully planned, managed and monitored in order to ensure their long-term sustainability. Otherwise, negative impacts will be generated and tourism will instead contribute to the further deterioration of these areas.

WTO has been producing know-how and specific guidelines for the sustainable development and management of tourism in different types of destinations. It has also been disseminating good practices observed throughout the world, and supporting governments and the private sector with the necessary tools and technical advice to continuously raise the level of sustainability of the industry.

In presenting this publication to all types of users, WTO would like to emphasise the need for tourism managers, be they public or private, to work closely with those responsible for nature conservation and protected areas. Their joint cooperation should ensure that the twin objectives of conservation and development are suitably balanced and that tourism effectively contributes to safeguard the planet's precious resources. This book, coming out during the International Year of Ecotourism, can be a useful instrument for achieving this goal.

*World Tourism Organization*
*Madrid, March 2002*

BLM_0044484

# Acknowledgements

Special thanks must go to Jeffrey A. McNeely, James W. Thorsell and Hector Ceballos-Lascurain who prepared the first version of these Guidelines. Peter Shackleford, former Chief of Environment and Planning of the World Tourism Organization (WTO) initiated a new version of this publication and Eugenio Yunis of WTO continued his work. Helene Genot, Senior Consultant with the United Nations Environment Programme (UNEP), encouraged a co-operative effort in the development of this new, expanded publication supported by Giulia Carbone. David Sheppard, Head of the Programme on Protected Areas of IUCN – The World Conservation Union, was a strong supporter of multi-agency co-operation in the preparation of these Guidelines.

As a result, these new Guidelines are the product of the co-operative effort of many people in UNEP, WTO and the IUCN. The funding for the project came from UNEP, WTO and Environment Australia. The authors and other content contributors came from the World Commission on Protected Areas (WCPA) of IUCN.

Thanks to the Universities of Waterloo and Montana, which supported Dr Eagles and Dr McCool respectively in this work, and to the Department of Conservation and Land Management in Western Australia which similarly supported Mr Haynes.

A special debt is owed to Pam Wight, a tourism consultant, who undertook a full review of a draft of the Guidelines. She provided thorough and very helpful editorial changes and comments, and substantial additional material. Her suggested revisions and document reorganisation were very influential in the final version, and the result was much improved through her contribution.

In addition, Dick Stanley of the Department of Canadian Heritage, Ross Constable of the New South Wales National Parks and Wildlife Service in Australia, Lee Thomas of Environment Australia and Derek Wade of Parks Canada contributed significantly to the economic benefits section of the Guidelines. Per Nilsen of Parks Canada provided a key section of the Guidelines dealing with risk management, and commented extensively on the chapter dealing with infrastructure and services. Rob Black of Parks Victoria provided important comments on the concession management component of the Guidelines. Oliver Hillel of UNEP provided critically important editorial advice and publication guidance.

Thanks also go to Ross Constable, a Ranger with the New South Wales National Parks and Wildlife Service, for providing assistance with the Montague Island Case Study. Richard Davies of the Northwest Parks Board of South Africa helped with the Madikwe Wildlife Reserve Case Study. Information on Chumbe Island came from Eleanor Carter in Tanzania. Chuck Hutchison of Conservation International provided current information on the Kakum National Park project in Ghana.

A number of the case studies were taken from winners of the Protected Areas category of British Airways Tourism for Tomorrow Awards. This category is organised jointly

BLM_0044485

with IUCN and we applaud the airline company for this encouragement for environmentally sound tourism.

IUCN gave permission for the use of case study material originally published in the *Guidelines for Tourism in Parks and Protected Areas of East Asia* (Eagles *et al*., 2001).

Dawn Culverson and Elizabeth Halpenny, both graduate students in the Department of Recreation and Leisure Studies at the University of Waterloo, were the research and editorial assistants on the project to prepare these Guidelines. Ms Halpenny undertook a complete editorial review of a late version of the draft. Ms Culverson wrote the Human Resource section of the Guidelines. The Department of Recreation and Leisure Studies at the University of Waterloo provided office and support services to the project. Catherine Eagles provided detailed comments on the copy proof version of the document.

The reproduction of the photographs used in this book was made possible by a contribution from Environment Australia. The photographers include Paul Eagles, Jim Boissoneault and Robert Bernard. Thanks are due to the photographers for the use of their images.

The authors thank their wives and children for years of patience and assistance.

BLM_0044486

# About the authors

Paul F. J. Eagles was originally trained as a biologist, then went on to receive M.Sc. and Ph.D. degrees in resource development and planning. He is a Registered Professional Planner in Canada. As a Professor at the University of Waterloo in Canada, he has published over 270 publications. He started working in Ontario Provincial Parks in 1970, first as a summer student employee, then later as a full time parks planner.



From left to right: Paul Eagles, Chris Haynes and Steve McCool.

He went on to work as a planner in many areas, with planning projects in parks, tourism, highway design, electrical power line placement, subdivision design, environmentally sensitive areas, mine and pit opening, wetland creation, urban design, watershed planning and government policy development. He has worked in over 20 countries, with substantial experience in North America, Africa and Central America. Since 1996 Dr Eagles has been the Chair of the Task Force on Tourism and Protected Areas of IUCN's WCPA.

Stephen F. McCool is Professor of Wildland Recreation Management at the School of Forestry, The University of Montana in Missoula, Montana, USA. Dr McCool was initially trained as a forester, and then went on to receive M.Sc. and Ph.D. degrees in outdoor recreation management. He has been professionally involved in management and planning of protected areas for over 30 years, and has authored over 200 publications. His work emphasizes sustainability, public participation and natural resource planning processes, particularly the Limits of Acceptable Change. He is a member of WCPA and serves on its Task Force on Tourism and Protected Areas.

Chris Haynes has had a career in natural area management for over 36 years. Having trained in forestry, he worked in different aspects of that field in South Australia and the Northern Territory of Australia before becoming the first superintendent of Kakadu National Park, one of the largest and most biologically diverse protected areas in the world. He was Director of National Parks in Western Australia between 1985 and 1994, and Director of Regional Services in the Department of Conservation and Land Management in the same state before spending four years working as a consultant. During this time he also lectured in environmental management at the University of Notre Dame, Australia. He has just returned to Kakadu National Park, as Park Manager. Mr Haynes has published papers on Aboriginal use of fire and on visitor use in natural areas, and was co-editor of *Monsoonal Australia*, a book about the biogeography of Australia's north. He is also a member of the World Commission on Protected Areas and its Tourism Task Force.

BLM_0044487

# Preface

The link between protected areas and tourism is as old as the history of protected areas. Protected areas need tourism, and tourism needs protected areas. Though the relationship is complex and sometimes adversarial, tourism is always a critical component to consider in the establishment and management of protected areas.

These guidelines aim to build an understanding of protected area tourism, and its management. They provide a theoretical structure, but are also intended to help managers in practical ways. The underlying aim is to ensure that tourism contributes to the purposes of protected areas and does not undermine them.

While protected area planners and managers can do much to build a more constructive relationship with the tourism sector, they operate within legal, political, economic and cultural contexts that greatly limit their freedom. Moreover tourism itself is driven by many forces that are beyond the influence of park managers. Therefore the success of these Guidelines depends in part on action taken by governments and others, for example in updating legislation relating to protected areas and tourism, or introducing economic incentives to encourage sustainable forms of tourism.

Nonetheless, managers can and do play a critical role. By working with a broad range of stakeholders, and notably the industry and local communities, they can do much to ensure that tourism works for their park and for the people living in it or nearby. These Guidelines contain numerous practical suggestions about how this can be done, based not only on sound theory but also on practice from around the world. In order to draw out practical advice, a number of sections are highlighted thus: ***Guidelines***.

# 1. Introduction

## 1.1  Purpose of the Guidelines

The main purpose of these Guidelines is to assist protected area managers and other stakeholders in the planning and management of protected areas, visitor recreation and the tourism industry, so that tourism can develop in a sustainable fashion, while respecting local conditions and local communities. A key message is the importance of managing resources and visitors today, so that tomorrow's visitors can also experience quality sites, and the conservation values that these places represent.

The Guidelines also have a number of more detailed objectives:

■ To discuss the role of visitor management, including techniques that control and limit impacts of use, while allowing maximum enjoyment of as many visitors as can be accommodated within the limits set by environmental and social conditions;

■ To outline approaches to the planning and development of tourism infrastructure and services in protected areas;

■ To provide guidance on the definition, measurement, management and use of park tourism data;

■ To outline ways of enhancing the quality of the tourism experience;

■ To describe positive examples, through a variety of case studies, of how tourism can effectively contribute to the conservation of natural and cultural diversity; and

■ To give positive examples, again through the use of case studies, of how tourism can contribute to the development of local communities.

This is a handbook, not a cookbook. The major questions and issues involved in managing tourism in protected areas are developed for the reader, but the publication does not set out to provide all the detailed answers. Thus a framework is provided to establish principles and guide decisions. There is no "one-size-fits-all" answer to the challenge of tourism in

**Cave and Basin Hot Springs in Banff National Park, Canada**



Many of North America's earliest national parks contained hot springs and health-related tourism
©*Paul F. J. Eagles*

BLM_0044489

**Campsite in Bon Echo Provincial Park, Ontario, Canada**



Throughout much of the world the provision of camping opportunities is a fundamental aspect of park tourism. ©*Paul F. J. Eagles*

protected areas – indeed an attraction of visiting protected areas is to see how each park manager has developed his or her local situation in a way that projects its uniqueness, while contributing to the common endeavour of conservation. To a large extent, management must be responsive to local conditions.

It may appear that protected area managers have a relatively simple job in achieving the task of conservation and visitor use, but in fact it is not easy at all. Managers have the challenging responsibility of balancing the many competing pressures thrust upon them. This challenge grows and becomes more complicated with increasing numbers of visitors, changes in patterns of visitor use, and the emergence of an ever more critical public demanding higher standards in conservation management.

The challenge of protected area management, especially that of dealing with the pressures of recreation and tourism, will only be met effectively through building partnerships between all the interested parties. It is hoped that this document, by being available to protected area managers as well as other important stakeholders, such as local communities, tour operators and conservation groups, will help build such partnerships.

## 1.2  Tourism terms and definitions

All tourism is measured and described by statistics on volume and impact. It is important for measurement, statistics and reporting, that standardized definitions of tourism be used. Appendix A contains the World Tourism Organization definitions for tourism.

A programme for the measurement of public use of a protected area should meet the requirements of park managers for reliable data for management, natural resource protection, maintenance operations and visitor services. Moreover, public use data of protected areas are important to all stakeholders. But this requires standardised terminology and approaches to the measurement of tourism. Only in this way will we be

BLM_0044490

**Environmental Education with School Children, Kruger National Park, South Africa**



Environmental education with children is very important to the development of a supportive local and regional community in the future. ©*Paul F. J. Eagles*

**Figure 1.1   Annual public use of the national parks of Costa Rica**



*Adapted from Baez, 2001*

assured of comparable data between protected areas, over time, across a protected area system and amongst countries. WCPA has published standardised terms for park visitation and tourism (Hornback and Eagles, 1999), some of which are reproduced in Appendix B.

Figure 1.1 illustrates the importance of reliable data based on consistent methods of collection. Like thousands of other tables of its kind, it shows park usage figures over

BLM_0044491

time, in this case for the national parks of Costa Rica. These figures reveal a nearly fourfold increase between 1985 and 1999 (despite a downturn in the early 1990's). In this case, we know that the data show meaningful trends because they have been carefully collected, with an eye to truthfulness and reliability. It is very important that all protected area management agencies collect and provide data that are accurate, consistent and up-to-date.

BLM_0044492

# 2. Protected areas, biodiversity and conservation

## 2.1   A short history of protected areas

Protected areas are a cultural artefact, and have a long history. For example, some historians claim that areas were specifically set aside in India for the protection of natural resources over two millennia ago (Holdgate, 1999). In Europe, some areas were protected as hunting grounds for the rich and powerful nearly 1,000 years ago. Moreover, the idea of protection of special places is universal: it occurs among the traditions of communities in the Pacific ("tapu" areas) and parts of Africa (sacred groves), for example.

While many societies set aside special areas for cultural and resource uses, protected areas were first set aside by kings and other national rulers in Europe early in the Renaissance, typically as royal hunting reserves. Slowly these sites became open for public use, providing the basis for community involvement and tourism. The English poet, William Wordsworth, wrote in 1810 of his vision of the Lake District as "a sort of national property". And in 1832, the American poet, explorer, and artist George Catlin pointed to the need for "…a nation's park, containing man and beast, in all the wild and freshness of their nature's beauty". Catlin was responding to the destruction of aboriginal peoples and cultures in the rapidly developing eastern part of this expanding

**Great Plaza of Temple I in Tikal National Park, Guatemala**



Many countries have national park systems that protect both natural and cultural heritage.
©*Paul F. J. Eagles*

5

country; in contrast, he perceived a harmony between the native peoples and their environment on the Great Plains. In 1864, with the Yosemite Grant, the US Congress gave a small but significant part of the present Yosemite National Park to the State of California for "public use, resort and recreation". The first true national park came in 1872 with the dedication of Yellowstone by United States law "as a public park or pleasuring ground for the benefit and enjoyment of the people". Interestingly, the creation of Yellowstone did not allow for the sympathetic treatment of native people and their environment as envisaged by Catlin.

These and other early United States national parks, such as Grand Canyon and Mount Rainier, were created in the west and covered extensive tracts of land with superb natural features. However, the idea of making the great natural areas of the US into national parks was most popular with large sections of the population that lived in the east of the country.

In 1866, the British Colony of New South Wales in Australia reserved 2,000ha (nearly 5,000 acres) of land, containing the Jenolan Caves west of Sydney, for protection and tourism. Later additions created a park complex now known as the Blue Mountains National Park. In 1879, Royal National Park was set up, also in New South Wales, in the wilds south of Sydney, so as to provide a natural recreation area for the burgeoning populations of this metropolitan area.

In 1885, Canada gave protection to hot springs in the Bow Valley of the Rocky Mountains, an area later named Banff National Park. The legislation passed in 1887 borrowed from the Yellowstone legislative wording: the park was "reserved and set aside as a public park and pleasure ground for the benefit, advantage and enjoyment of the people of Canada". The railway companies, whose lines were under development

**Kit Fox in Tikal National Park, Guatemala**



The conservation of the important cultural site of the Mayan City of Tikal also conserves the rare Kit Fox.
©*Paul F. J. Eagles*

BLM_0044494

**Ocellated Turkey in Tikal National Park, Guatemala**



The rare Ocellated Turkey is abundant in Tikal National Park due to effective biodiversity conservation management. ©*Paul F. J. Eagles*

across the country, saw the creation of a park as an excellent way to stimulate passenger growth through tourism (Marty, 1984).

Elsewhere, several forest reserves were set up in South Africa in the last years of the nineteenth century. In 1894, Tongariro National Park was established in New Zealand by agreement with the Maori people, a place that was, and still is, important to them for spiritual reasons.

There were common features to these emerging national parks. First, they were created by government action. Second, the areas set aside were generally large and contained relatively natural environments. Third, the parks were made available to all people. Thus, from the very beginning, park visitation and tourism were central pillars of the national parks movement.

In large, federated countries, such as Australia, Canada, South Africa and the USA, the provincial or state tier of governments also started to create protected areas. For example, the Province of Ontario in Canada created Queen Victoria Niagara Falls Park in 1885 and Algonquin National Park, later named Algonquin Provincial Park, in 1893.

As more and more parks were created, it became necessary to set up a coordinated management structure. In 1911, Canada created the world's first park agency, the Dominion Parks Bureau under its director, James B. Harkin. The US National Park Service (USNPS) was established in 1916. The management philosophy given to the USNPS involved both protection and use. The Act states that:

*"the Service thus established shall promote and regulate the use of Federal areas known as national parks, monuments and reservations ... by such means and*

BLM_0044495

*measures as [to] conform to the fundamental purpose of the said parks, monuments and reservations, which purpose is to conserve the scenery and the natural and historic objects and the wild life therein and to provide for the enjoyment of the same in such manner and by such means as will leave them unimpaired for the enjoyment of future generations".*

Both Stephen T. Mather, the first Director of the USNPS and James B. Harkin advocated getting people into the parks so that they could enjoy their benefits and support the parks financially. They also developed management principles and structures to handle such visitation, sometimes creating situations that were later widely regretted.

Thus, a theme that runs right through the early history of protected areas is of people and land together, of people being as much a part of the concept as the land and natural and cultural resources. It was also part of the message of John Muir, Scots émigré and founder of the Sierra Club, who, in his "make the mountains glad" appeal, invited people to get out of the cities and into his beloved Sierra Nevada mountains for the good of their souls. It was also apparent that, almost from the outset, different countries were ready to learn from each other about how to set up and run parks.

So the modern protected area movement has nineteenth century origins in the then "new" nations of Australia, Canada, New Zealand, South Africa and the USA, but during the twentieth century the idea spread around the world. The result was a remarkable expansion in the number of protected areas. Nearly every country passed protected area legislation and designated sites for protection. In all, by the year 2002 some 44,000 sites met the IUCN definition of a protected area (see below); together these covered nearly 10% of the land surface of the planet (data from UNEP-WCMC). The growth in the number and areal extent of protected areas is shown in Figure 2.1.

As the network grew, understanding of what is meant by a "protected area" evolved. Thus, the initial, relatively simple concept of large wild areas "set aside" for protection and enjoyment was complemented by other models more appropriate to different parts

**Figure 2.1    Growth in protected areas – 1900 to the present**



BLM_0044496

**Peter Murrell Conservation Area, Tasmania, Australia**



Even small parks can have important conservation roles. This small conservation area in Tasmania provides habitat for the endangered Forty-spotted Pardalote. ©*Paul F. J. Eagles*

of the world. Many countries placed more emphasis on cultural values than was initially the case with the early national parks. Protection of lived-in landscapes, for example, came initially from European experience. Also concern with the marine environment has grown markedly in recent years (Kelleher, 1999).

The thinking behind the establishment of protected areas developed rapidly too. For example, the development of the science of ecology led in the 1960s to a broader understanding of the need for a systematic approach to resource planning and management. This can be seen with the IUCN (1994) classification system for protected areas, which takes biodiversity conservation as its starting point, though it also recognises the importance of other protected area objectives such as recreation and tourism. Many park systems started to use ecology as the co-ordinating concept for the establishment of new parks. However, when the best and most interesting natural and cultural sites in a country are placed in a protected area framework, there is a natural tendency for people to want to experience these environments. Tourism grew in many parks and became a major element in the culture of society.

Economics was an important consideration in the development of many protected areas. In particular, the economic impact of tourism in protected areas emphasises their community, regional and national importance. It is probable that in the coming decades a developing understanding of the economic impact of park tourism will lead to a more systematic treatment of park tourism. The time may come when a park system is understood within the framework of a park tourism system as well as an ecological system.

Moreover, there is increasing appreciation of the economic importance that many protected areas play by providing environmental services, like water supply, flood

9

BLM_0044497

*Sustainable Tourism in Protected Areas*

control and mitigation of the effects of climate change (IUCN, 1998; and IUCN, 2000). Furthermore, particularly since the adoption of the Convention on Biological Diversity (CBD) in 1992, and especially because of Article 8a, much more stress is now put upon the idea of developing national *systems* of protected areas as a means of conserving biodiversity *in situ* and for other purposes (Davey, 1998). Indeed many protected areas now form part of international networks, both global systems, notably World Heritage sites, Ramsar sites and Biosphere Reserves; and regional systems, such as the Europa 2000 network of nature conservation sites in Europe. There are also calls to recognise fully the role of indigenous peoples in respect of protected areas (Beltran, 2000), and to develop international co-operation in protected areas across national boundaries (Sandwith *et al.*, 2001).

## 2.2   The IUCN Protected Area Management Category System

So the notion of protected areas developed a great deal in recent years and now embodies many different ideas. Nonetheless, IUCN has agreed upon a single definition of a protected area as follows:

> *"An area of land and/or sea especially dedicated to the protection and main-tenance of biological diversity, and of natural and associated cultural resources, and managed through legal or other effective means"* (IUCN, 1994)

Within this broad IUCN definition, protected areas are in fact managed for many different purposes. To help improve understanding and promote awareness of protected area purposes, IUCN has developed a six category system of protected areas identified by their primary management objective (IUCN 1994), as shown in Table 2.1.

**Table 2.1 IUCN Management Categories of Protected Areas (IUCN, 1994)**

| Category | Description |
|---|---|
| I | Strict Nature Reserve/Wilderness Area: Protected area managed mainly for science or wilderness protection. |
| Ia | Strict Nature Reserve: Protected area managed mainly for science. |
| Ib | Wilderness Area: Protected area managed mainly for wilderness protection. |
| II | National Park: Protected area managed mainly for ecosystem protection and recreation. |
| III | Natural Monument: Protected area managed mainly for conservation of specific natural features. |
| IV | Habitat/Species Management Area: Protected area managed mainly for conservation through management intervention. |
| V | Protected Landscape/Seascape: Protected area managed mainly for landscape/seascape conservation and recreation. |
| VI | Managed Resource Protected Area: Protected area managed mainly for the sustainable use of natural ecosystems. |

The IUCN protected area management categories system is based upon the primary objective of management. Table 2.2 shows how an analysis of management objectives can be used to identify the most appropriate category.

10

BLM_0044498

**Table 2.2  Matrix of management objectives and IUCN protected area management categories (IUCN, 1994)**

| Management objective | Ia | Ib | II | III | IV | V | VI |
|---|---|---|---|---|---|---|---|
| Scientific research | 1 | 3 | 2 | 2 | 2 | 2 | 3 |
| Wilderness protection | 2 | 1 | 2 | 3 | 3 | – | 2 |
| Preservation of species and genetic diversity (biodiversity) | 1 | 2 | 1 | 1 | 1 | 2 | 1 |
| Maintenance of environmental services | 2 | 1 | 1 | – | 1 | 2 | 1 |
| Protection of specific natural/ cultural features | – | – | 2 | 1 | 3 | 1 | 3 |
| **Tourism and recreation*** | – | **2** | **1** | **1** | **3** | **1** | **3** |
| Education | – | – | 2 | 2 | 2 | 2 | 3 |
| Sustainable use of resources from natural ecosystems | – | 3 | 3 | – | 2 | 2 | 1 |
| Maintenance of cultural/traditional attributes | – | – | – | – | – | 1 | 2 |

*Key:*   1 = Primary objective; 2 = Secondary objective; 3 = Potentially applicable objective;
         – = not applicable.
**\* Emphasis added for this publication**

Table 2.2 shows that some kind of recreation and tourism is likely to occur as a management objective in every category of protected areas, save Category Ia (the strict nature reserve). It also shows that biodiversity protection, though a critically important function of many protected areas, is far from the only purpose and is often not the primary purpose of a protected area. It is, though, a requirement of the IUCN definition that any protected area should always have a special policy to protect and maintain biodiversity.

Many park systems have the commemoration of cultural and historic integrity as central elements of management. These systems are often very important tourism destinations. However, protected areas that are primarily established for cultural or historic reasons, such as those in the large historic national park systems of the USA and Canada, are not classified by the IUCN system shown in Tables 2.1 and 2.2.

Marine Protected Areas (MPAs) are covered by the IUCN definition and categories system. They recently gained prominence as the need for the protection of marine environments became more widely recognised. Green and Paine (1997) indicated that there are over 2,000 protected area sites with some marine element, covering approximately 2.5 million km[2]. MPAs may include terrestrial lands as well as reefs, seagrass beds, shipwrecks, archaeological sites, tidal lagoons, mudflats, salt marshes, mangroves, and rock platforms. The growth of MPAs appears to rise dramatically in the 1970s. This was largely because Green and Paine included Greenland National Park in their calculations; at almost 1 million km[2], it is the largest protected area anywhere, but most of this park is in fact terrestrial. However, there has been a decline in the number of MPAs established in the 1990s. The trend seems to be to establish fewer, but larger sites. It is though clear that the number and extent of MPAs are inadequate to achieve even basic

11

conservation objectives (Lawton, 2001). The factors suggested to account for this neglect include:

- Limited state of knowledge about marine ecosystems;
- Perceptions that marine resources are limitless and so do not require protection;
- The fact that most marine resources do not stay within imposed administrative boundaries; and
- Because only a small portion of marine space lies within the clear jurisdiction of States and dependencies.

Designation and the declaration of protected area objectives do not of themselves ensure the survival of the protected area values. Therefore, the listed statistics on number and size of protected areas can be misleading, since protected areas do not offer a single, homogenous level of 'protection', and, as noted, have many and different management objectives. Most importantly they are managed to widely varying levels of effectiveness. There is wide agreement that much more needs to be done to improve the effectiveness of protected area management (Hockings, 2000). It is important therefore that, when tourism takes place, management frameworks and strategies are put in place to ensure that it supports and maintains protected area natural and cultural values. Managers have a mandate and a responsibility to protect the natural and associated socio-cultural values of protected areas. They must also ensure adequate and appropriate access for tourism and recreation. This is a substantial challenge, involving difficult judgments on the trade-offs that occur between tourism development, the protection of the resource values for which protected areas are established and the interests of the local community. These Guidelines address this challenge by assisting park managers and others to be effective in their management of visitation and tourism.

BLM_0044500

# 3. Tourism in protected areas

## 3.1 Trends affecting the planning of tourism and protected areas

Planning is a process that involves selecting a desirable future out of a range of plausible alternatives, and implementing strategies and actions that will achieve the desired outcome. Thus, by definition, planning moves us from the present to the future. It is critical therefore that planners and tourism operatives understand social, political and economic trends, as these form the context for planning. Such understanding provides opportunities to capitalise on emerging markets, develop actions that are more efficient and effective, and ensure that strategies and actions can be adapted to changing conditions. Since the world is more dynamic than static, park planners and tourism operators need to understand how dynamic change, often non-linear in character, may affect their plans and aspirations.

The growth of interest in sustainable tourism and ecotourism reflects a rising tide of social concern about the quality of the natural environment and the effects of tourism. Activities closely associated with experiencing natural environments are very popular (Tourism Canada, 1995).

**Sabi Sabi Private Game Reserve, South Africa**



Conservation and ecotourism are effective partners in South Africa, both in national parks and private nature reserves.
©*Paul F. J. Eagles*

13

Some trends complement each other. Some operate at the global level, some at the local level. Many represent collisions in powerful, but countervailing values and attitudes. Thus, while the trends briefly discussed below are presented independently, one can expect them to interact in various ways, often with unanticipated consequences.

### 3.1.1  Rising educational levels and demand for travel

The average level of formal educational attainment is rising globally, for both males and females. Literacy is increasing too, particularly in less developed countries. Higher education levels are strongly correlated with demand for outdoor recreation activities, and lead to changes in the patterns of recreation and tourism.

As a result, there is a general trend towards appreciative activities, with more travellers seeking life-enriching travel experiences. There is growth in general interest tourism that involves learning-while-travelling (e.g. guided tours), in specific learning travel programmes (e.g. group educational tours), and generally in learning activities, such as wildlife viewing, attending festivals, cultural appreciation and nature study. The natural and cultural resources found in protected areas, lend themselves to such forms of tourism. And thus the groups most interested in visiting protected areas, such as eco-tourists, tend to be more highly educated than tourists in general (Wight, 2001).

Tourism of this kind requires explanatory materials (e.g. guides, booklets), interpretive facilities (e.g. in visitor centres) and interpretive guiding (e.g. ecotours). It increases the expectations of service quality in protected areas, and raises political pressure for greater protection of cultural and natural heritage. It can also help generate a greater personal commitment to park protection – something that protected area managers should foster and tap into.

### 3.1.2  Ageing population

Advances in health care mean that people are living longer. Over the last century, there has been a significant increase in the proportion of people over the age of 60 (6.9% in 1900, 8.1% in 1950, 10.0% in 2000). This proportion is expected to increase even more dramatically over the next century. UN predictions are for 22.1% of the global population to be over 60 in 2050, and 28.1% in 2100. "By mid-century, many industrial countries will have median ages of 50 or higher, including Spain (55.2), Italy (54.1), Japan (53.1), and Germany (50.9)" (Center for Strategic and International Studies, 2002). Therefore the proportion of the population which is available to visit protected areas will have an increasingly elderly profile in the future (Figure 3.1).

Older individuals are staying healthier longer. Although physical capacity decreases with age, older people are increasingly able to lead healthy, physically active lives. So, while the demand for such activities as downhill skiing or mountain climbing decreases with age, elderly people maintain, or even extend, their interest in other outdoor activities, such as walking, nature study, fly-fishing or wildlife observation. Or again, a reduced demand for camping is offset by a greater demand for more comfortable lodge accommodation.

In wealthy countries, the ageing population, early retirement and good savings create large numbers of able-bodied senior citizens with strong inclination to travel. The recreation vehicle industry in the US sells over US $6 billion worth of new vehicles each

14

**Figure 3.1   Three centuries of world population ageing**



*Source*: Long-range World Population Projections: Based on the 1998 Revision. The Population Division, Department of Economic and Social Affairs, United Nations Secretariat.

year, much of it purchased by retirees. This kind of travel is expected to grow in North America, Europe and Australia in the coming decades of this new century.

Older visitors present some challenges for protected area planning and management. For example, there will be a need for more accessible toilets and for trails with lesser gradients; also for greater provision for people with disabilities. On the other hand, older visitors represent an opportunity. They tend to be more interested in the kinds of experience offered by protected areas, have more disposable income, and are thus more willing to pay for higher levels of interpretation, guiding and other services. Park managers must develop an understanding of the needs of this older population, or risk losing the involvement and support of an influential group.

### 3.1.3  Changing roles of women

In many countries, there has been a revolution in the role of women, and the process continues. More and more, men and women are adopting each other's characteristic role in the workplace and in the household. Women are becoming more prominent, even numerically dominant, in the paid workforce. Often their earnings are increasing more rapidly than those of men; and they make a greater demand for recreation and tourism opportunities. Indeed, it is often women who determine the choice of travel destination.

There are differences between the interests of men and women at the individual activity level. While there are, of course, many exceptions, men tend to be more interested in physically challenging activities, and women tend to be interested in more appreciative activities, such as nature and culture studies and ecotourism. Many women are interested in protected area recreation opportunities. Also, women are increasingly drawn to protected area and tourism management as a career. In many countries, they are moving into key positions in the development of economic, social, environmental and protected area policy.

It is important for protected area managers to understand that the role of women in park travel is strongly influenced by their life stage. Thus single, young women are not

15

BLM_0044503

generally strong users of protected areas, but women with young children often choose parks as good places for child-centred leisure. Middle aged women often find work and family responsibilities very challenging, leaving them little time for park visitation, an activity requiring planning and considerable time commitment. Older, retired women, especially those travelling with their partners, show strong interest in the activities which involve visiting protected areas.

### 3.1.4  Changes in the distribution of leisure time

There are important and sometimes conflicting trends in the amounts, distribution and availability of leisure time, a very complex area to understand. For many people, leisure time is increasing due to a shorter working week, increases in the automation of housework and other factors. Yet leisure time is decreasing for others; for example working women who retain household responsibilities. Growth in single parent family numbers increases the leisure time of the absent parent, yet reduces that of the responsible parent. Often young people need to work to support their education, or expand their purchasing power, so they have less leisure time.

Of relevance to park visitation is the re-apportionment of time for vacations. In North America, there tend to be more frequent, shorter vacations, closer to home, rather than two or three week family vacations: short, fast trips (particularly 2 to 4 day weekend trips) now account for 80% of vacation travel in the USA. Therefore many parks now need to allow for short visits by tourists with limited time, which calls for higher quality

**Pog Lake and Campground in Algonquin Provincial Park, Ontario, Canada.**



This attractive lake is located within a high use car campground. Careful design, effective management and respectful park visitors ensure that the environmental quality of the lake and the surrounding forest remains high. ©*Paul F. J. Eagles*

BLM_0044504

service, and specialized recreation opportunities. In much of Europe, by contrast, leisure time involves longer paid vacations and shorter working weeks. For example, Germany introduced a 6-week holiday with pay in the 1990s (Tiegland, 2000); and France has adopted a statutory 35-hour week. As a result, European countries, and those of the EU especially, are very important generators of park visitation all over the world. In some of the emerging economies of East Asia, notably China, the advent of paid holidays and greater freedom to travel are creating a fast growing mass market for tourism; as these new tourists become more discriminating, a significant proportion of them are likely to be drawn to protected areas.

### 3.1.5  Importance of service quality

Tourists are increasingly demanding high quality recreational opportunities and the services that support them. Those who receive quality service during their normal working week expect to be offered this by their leisure providers as well. They expect guides to be knowledgeable and good communicators. They want their hosts to make them feel welcome, comfortable and part of the communities they visit. Increased ecotourism means greater demand for specialised recreation and accommodation, all with a focus on *quality*. Most park agencies do not have service quality goals, or monitoring programmes, making their programmes appear unresponsive and primitive.

Protected area managers and the private sector need to deliver quality visitor services. The challenges for managers include ensuring they have service quality goals, programmes to deliver high quality service and monitoring programmes in place. Importantly these sophisticated consumers recognise quality service and are willing to pay handsomely for it.

### 3.1.6  Changing leisure patterns

At first sight, one might expect gains in leisure time to occur in all countries that experience economic development, increased income, ageing populations and the shifting roles of men and women. However, the experience of the more developed countries suggests that in fact some significant losses in leisure time may occur during the working period of life, particularly among white-collar occupations with very high workloads. But, by contrast, there are big increases in leisure time due to earlier retirement and longer life spans. Older, retired people are also able to travel for longer periods each year. Rising incomes in North America, Europe, Australia and some parts of Asia in particular are driving up the volume of domestic tourism, and of outbound traffic from these countries. If this continues, there is likely to be a further general increase in recreation pressures upon all protected areas, even remote ones, and of demands for higher quality service.

### 3.1.7  Advances in global communications and information technology

Among wealthier societies at any rate, many people are now getting access to a huge volume of information on protected areas and travel options through the Internet and other communication technologies. The Internet leads to increased demand for trips to a wider variety of locations, and enables park agencies to provide current, sophisticated information directly to visitors, at very low cost. Since images on the Internet can create expectations about a particular protected area, protected area managers and tourism

BLM_0044505

operators need to be aware of what is being communicated, and to be ready to meet the expectations that have been raised.

These new technologies enable visitors to be well informed about everything, from management policies to the recreation experience. As a result, visitors may be more likely to support protected area policy. However, many protected area agencies, especially those in the developing world, are not yet able to maintain sophisticated Internet web sites. Instead, private interests, such as non-governmental organisations (NGOs), hotel and lodge providers, and tourism companies, provide most of the Internet information. This is particularly so in much of Eastern and Southern Africa, and in South America. When this happens, the protected area agency has little control over the accuracy of information, and cannot influence the kinds of visitor expectations that may be created. Nor can it build support for park management objectives.

Technology may have far-reaching consequences. For example, local hotels, resorts and so forth can cross-market their web sites with those of nearby protected areas, and so increase the number of short visits by business travellers. Private ecotourism resorts can utilise real time web cam experiences (e.g. of wildlife dramas) to draw visitors from around the world. And visitors themselves can help promote awareness of protected areas by providing web cam information about the park to the world while experiencing the park.

There may also be threats from the new technologies. For example, some lobby groups have designed web sites to look exactly like those of a protected area agency, and thus provide potential visitors with false management perspectives. Also park visitors could have access to sophisticated databases in the field, in real time, connected to geo-referenced mapping. This will give them immediate, accurate information on wildlife locations and distributions, along with maps and photos. They may have more information at their disposal than the local park manager has! This could put the manager at a disadvantage in controlling visitor behaviour. The long-term implications of the advances in global communication and information technology are profound and mostly unknown.

### 3.1.8  Proliferation of travel options

As the world's fleets of passenger aircraft and cruise ships expand, visitors can travel more efficiently, quickly and further afield. International travel has been growing rapidly in the last few decades (Figure 3.2 shows growth since 1980, and forecast growth to 2020).

The WTO predicts that international travel will grow at the rate of 4.1% annually between now and the year 2020, mostly from North America, Europe and East Asia (WTO, 1997). While this trend is likely to continue, it will be affected by such factors as the health of the global economy, security fears due to terrorist activities and regional instability, and the

**Figure 3.2    International tourism arrivals (figures in millions)**



*Source*: WTO, 1997.

18

extremes of global climate change. Ultimately, the availability and cost of fuel oil will be an important limitation on long-term travel growth.

The proliferation of long-haul air travel has revolutionised global park visitation, with people seeking out World Heritage Sites, national parks and other protected areas. Indeed, the very existence of a protected area, particularly of a national park, is often a lure for tourists. This trend will continue and in general protected area managers should prepare for more visitors from around the globe. While they will present a challenge in terms of language, culture or knowledge and preconceptions of the protected area, they also represent a good source of income, employment, and a means to convey cultural and ecological values to a wider world.

Cruise ship travel can be particularly problematic. Because large cruise ships carry so many people, they can cause huge environmental and social impacts very quickly. For example, large numbers of people, many of whom are poorly prepared for a marine park experience, can overwhelm a marine protected area. The threats of cultural and ecological damage are very high if there are insufficient management resources. However, in some locations where smaller, expedition-type cruises visit and are expected (e.g. in Arctic Canada), protected area managers actually prefer cruise visitors, since staff can prepare to meet and guide the visitors, who come in manageable group sizes. These cruise ship visitors make fewer demands for onshore facilities, thereby reducing the ecological footprint of tourism infrastructure.

### 3.1.9 Personal security and safety

More than any other factor, threats to personal security and safety adversely affect tourism demand. The fear of terrorism can affect global travel trends. When regional wars, rebellions and terrorism occur, domestic and international travel falls, and fewer tourists visit protected areas. The effects are felt most in developing countries, where international visitors are often a significant proportion of all visitors. A sense of personal security is also affected by the prevalence of violent crime, petty theft, water quality, disease or bad sanitation.

Dramatic differences exist between countries in their ability to provide acceptable levels of security and safety. This is especially relevant to tourism, since people planning their trips will often compare destinations with such factors in mind. Once a destination achieves a negative reputation, it is very difficult to rebuild visitor confidence; and such negative perceptions of a country will also affect the appeal of its protected areas. Violent attacks on tourists themselves, as have recently taken place in Egypt and Uganda for example, can set back tourism by many years. Leisure travel is a luxury good, people have a wide range of opportunities and they will not travel to areas perceived as unsafe.

Indeed, the perception of safety is nearly as important as the reality. Many protected areas have been badly affected by unrealistic security concerns created by misleading media reports and poor geographical knowledge of potential consumers. Managers must expect some naïve visitors who are not prepared for the dangers that occur in many natural environments.

Protected area managers should be aware of safety expectations of visitors, explain the local situation to potential visitors, and respond to visitor safety demands. If possible, protected area managers need to have security management plans in place, including a public relations component. It is important both to take security seriously and to tell

BLM_0044507

people exactly what the situation is. Failure to do so can lead to complicated and expensive results, since it is becoming more common for park visitors to take legal action against park management for safety-related injury, or damage to personal property.

### 3.1.10   Increasing social and environmental concerns

Across the globe, people express concern about social injustices and environmental problems. They are increasingly aware of the need for low impact tourism which does not harm the environment. They tend to want to support local conservation or community development initiatives. They are themselves moving from consumptive to less consumptive activities, often adopting "green consumer" life styles. The growth of interest in sustainable tourism and ecotourism is a response to such concerns. Protected areas are well placed to take advantage of this trend as they embody the values that such travellers hold.

Some tourists are "voting with their feet". They are attracted to destinations that have a positive reputation, and are actively avoiding destinations that have social or environmental problems. There are also international schemes for recognising the adoption of high environmental standards in tourism provision, such as the Green Globe 21 scheme (Box 3.1). Green Globe has recently joined with the Ecotourism Association of Australia to develop a new programme aimed at ecotourism, an activity that could provide important opportunities for park tourism managers. It is thus doubly important that managers work to preserve protected area values, seek high standards from their tourism

---

**Box 3.1   Green Globe 21: an industry accreditation scheme to promote and market environmentally sound tourism**

Under the Green Globe accreditation scheme, companies, communities, suppliers, professionals etc. can graduate through three categories to obtain higher levels of recognition for the sustainability of their operations, which they can then use for marketing purposes:

**A: Affiliates.** Affiliated companies etc. are those who wish to gain a foothold in sustainable tourism and access a whole range of support and information sources in order to be officially recognised as environmentally sound, and to support and spread eco-conscious values.

**B: Benchmarking**. Benchmarking companies and communities are on the second step of the pathway towards sustainable travel and tourism. They have access to the Green Globe 21 web site which provides them with information on benchmarking. They receive a sustainability assessment and are assisted in their progress towards the next step.

**C: Certifying**. Certified companies and communities have travelled further along the Green Globe 21 path to sustainable travel and tourism. Certified members have their performance independently assessed and audited. Audits take place regularly to ensure that performance levels are maintained or improved.

Web site: http//www.greenglobe21.com

---

BLM_0044508

partners, and so help ensure that the appeal of the area to visitors is maintained. Thus a high quality resource can sustain high quality tourism, thereby making, in effect, a virtuous circle.

### 3.1.11  Globalisation of the economy

In a globalised economy, individual countries and communities are influenced by decisions and economic conditions elsewhere. Thus political or corporate decisions in origin countries can influence overseas travel, which may in turn affect the viability of protected area tourism a continent away. This linkage between origin and destination communities makes achieving sustainable tourism difficult, since the host country often has a limited ability to influence tourist trends; it also leads to competition between destinations. However, protected area managers can take advantage of this global context through clever marketing, using the Internet and by promoting the distinctive niche which they offer as a tourist destination. To do this, protected area agencies should have knowledge of global tourism trends, so as to position themselves, develop the right messages, and respond through appropriate management measures.

## 3.2  Growth and diversification of market niches

### 3.2.1  Ecotourism and nature-based tourism

The number of people taking part in many outdoor activities is growing, especially in hiking, cycling and water-based activities such as sea kayaking or scuba diving. There has also been a huge growth in 'soft' adventure and ecotourism or nature-tourism types of trips. 'Soft' activities are those where a more casual, less dedicated approach is taken to the activity or natural attraction, and a desire to experience it with some basic degree of comfort; whereas 'hard' adventure or ecotourism involves specialist interest or dedicated activity, and a willingness to experience the outdoors or wilderness with few comforts. The tourism industry has responded to this range of interests by developing many types of niche market packages.

Protected areas are very attractive settings for the growing demand for outdoor, appreciative activities in natural environments. Challenges for protected area managers are to ensure that while visitors have opportunities to participate in desired activities, they are aware of and maintain the values. Opportunities are to tap into such market demand, through target market programming, perhaps in collaboration with the private sector, both to increase attractiveness as a destination, and manage the visitors appropriately.

### 3.2.2  Protected area visitors comprise many market segments

There is no such thing as the "average protected area visitor". In reality, markets comprise many *segments,* each of which has somewhat different characteristics, expectations, activity participation and spending patterns. Marketing exploits these visitor segments by comparing and matching them with the biophysical and cultural attributes of the park, and then sensitively promoting appropriate protected area attributes to the targeted segment. This reduces adverse impacts on the protected area, increases the economic benefits and makes it more likely that visitors are satisfied.

BLM_0044509

Ways to segment visitors include:

1) *By socio-demographic characteristics* (e.g. variables such as age, sex, occupation, origins, income level, ethnic association, religion, level of education or class): Thus, one segment might be those under 30, while another might be visitors of 65 and older. These segments would be expected to have different characteristics and activity participation.

2) *By geographic characteristics* (e.g. origins, distance from sites and modes of transport*)*: Thus one market may be local visitors, whereas another might be international travellers.

3) *By "psychographic" segments*: Thus, one segment might be considered "escapers" who look for adventure, and getting away from it all, while another might be considered "green" and actively seeking environmentally-sensitive products and services.

4) *By activity participation*: Thus, one segment might be "tent campers" while another might be "wildlife viewers". This method is easy, because the segments are easily identifiable. However, it should be noted that one visitor might engage in a number of activities. Each segment has different expectations of what they desire from an area.

5) *By frequency of participation*: Thus, one segment may be "frequent travellers" or "repeat visitors"; another "first-time visitors". Frequent travellers and repeat visitors usually have more informed expectations of the protected area, and may have more involvement and care more about it.

6) *By perceived product benefits*: Thus, one segment might expect to benefit from a challenging environment (e.g. through river floating or mountain climbing), while others might expect to learn about nature. Some might wish to socialise with friends or family, while others might simply expect to enjoy natural beauty. Segments can be identified by the product characteristics they prefer.

The value of segmentation is that it can predict behaviour, and thus help managers to plan for this behaviour. Segmentation by perceived product benefit can be used to develop an understanding of what tourists really seek in a visit to a protected area, and so establish an appropriate management response. In this way, visitors will gain greater satisfaction from the products and services offered.

Sophisticated research capabilities and procedures are normally required to understand the market in this way. Hall and McArthur (1998) point out that the behaviour of various market segments is best understood when *inferred* variables (rather than *objective* variables) are used. Inferred variables are obtained by directly questioning samples of a population (e.g. of visitors) about such things as motivations, expectations and attitudes. For protected area managers without sophisticated research capabilities, the best approach would be a combination of sample surveys and observing how services and facilities are used.

Different kinds of visitors tend to be attracted to various types of protected areas. For example, Lawton (2001) analysed this for each of the various IUCN categories of protected area (see Table 2.1). She groups tourism visitation into "ecotourism" and "other" types of visitation, and considers whether eco-visitors are 'soft' or 'hard'. Table 3.1 shows these types of visitors in relation to the IUCN categories of protected areas.

BLM_0044510

Case No. 1:20-cv-02484-MSK   Document 40-1   filed 04/27/21   USDC Colorado   pg 57 of 97

**Table 3.1  Compatibility/suitability of forms of tourism with IUCN's Protected
Area Management Categories (after Lawton, 2001)**

| IUCN protected area category (see Table 2.1) | Hard ecotourism (see para. 3.2.1) | Soft ecotourism (see para. 3.2.1) | Other forms of tourism |
|---|---|---|---|
| Ia | *no* | *no* | *no* |
| Ib | *yes* | *no* | *no* |
| II | *yes* | *yes* | *no* |
| III | *yes* | *yes* | *no* |
| IV | *yes* | *yes* | *no* |
| V | *no* | *yes* | *yes* |
| VI | *no* | *yes* | *no* |

*Source*: after Lawton, 2001.

While not all visitors to protected area categories I–IV are in fact eco-tourists, in the absence of hard data and survey research this model of market segments can be helpful in planning to match tourist strategies to protected area types.

## 3.3  Potential benefits of tourism in protected areas

Tourism in protected areas produces benefits and costs. These effects interact often in complex ways. It is the responsibility of the protected area planner to maximise benefits while minimising costs. While this document does not provide a detailed analysis of all tourism impacts, the following sections identify the main costs and benefits.

Protected areas are established primarily to preserve some type of biophysical process or condition such as a wildlife population, habitat, natural landscape, or cultural heritage such as a community's cultural tradition (Table 2.2). Tourists visit these protected areas to understand and appreciate the values for which the area was established and to gain personal benefits.

Tourism planning and development aims to take advantage of the interest shown by tourists so as to: enhance economic opportunities, protect the natural and cultural heritage, and advance the quality of life of all concerned. These goals are expanded upon in Table 3.2 and briefly described below.

BLM_0044511

**Table 3.2   Potential benefits of tourism in protected areas**

| | Benefits |
|---|---|
| **Enhancing economic opportunity** | Increases jobs for local residents<br>Increases income<br>Stimulates new tourism enterprises, and stimulates and diversifies the local economy<br>Encourages local manufacture of goods<br>Obtains new markets and foreign exchange<br>Improves living standards<br>Generates local tax revenues<br>Enables employees to learn new skills<br>Increases funding for protected areas and local communities |
| **Protecting natural and cultural heritage** | Protects ecological processes and watersheds<br>Conserves biodiversity (including genes, species and ecosystems)<br>Protects, conserves and values cultural and built heritage resources<br>Creates economic value and protects resources which otherwise have no perceived value to residents, or represent a cost rather than a benefit<br>Transmits conservation values, through education and interpretation<br>Helps to communicate and interpret the values of natural and built heritage and of cultural inheritance to visitors and residents of visited areas, thus building a new generation of responsible consumers<br>Supports research and development of good environmental practices and management systems to influence the operation of travel and tourism businesses, as well as visitor behaviour at destinations<br>Improves local facilities, transportation and communications<br>Helps develop self-financing mechanisms for protected area operations |
| **Enhancing quality of life** | Promotes aesthetic, spiritual, and other values related to well-being<br>Supports environmental education for visitors and locals<br>Establishes attractive environments for destinations, for residents as much as visitors, which may support other compatible new activities, from fishing to service or product-based industries<br>Improves intercultural understanding<br>Encourages the development of culture, crafts and the arts<br>Increases the education level of local people<br>Encourages people to learn the languages and cultures of foreign tourists<br>Encourages local people to value their local culture and environments |

## 3.3.1  Enhancing economic opportunity

Tourism can increase jobs and income in a local area or region. It is often regarded as a source of foreign exchange, particularly since protected areas tend to attract international tourists. For example, nature tourism in Costa Rica was estimated to generate over US $600 million in foreign exchange in 1994 (Box 3.2). Visitors to Australia's Great Barrier Reef World Heritage Area spent AU $776 million (US $543 million) in 1991–1992 (Driml and Common, 1995). Governments often use tourism for economic development because it is relatively inexpensive to create a tourism job compared to one in manufacturing.

BLM_0044512

---

**Box 3.2   Costa Rica's system of protected areas: an example of protected areas creating the foundation of a successful ecotourism industry**

Costa Rica's national parks, wildlife refuges and biological reserves cover over 630,000ha, or more than 25% of the country. Much of the land was purchased and operated by government during the 1970s, but there was an economic crisis in the 1980s, and a reduction of international donations in the 1990s. Costa Rica chose to raise national park entrance fees. In addition, a two-tiered fee system was developed so foreigners paid more than residents.

Despite the increased charges, Costa Rica's parks remain a popular international tourist destination. The country had 1.03 million international arrivals in 1999, and – if the 1996 figures are a guide – 66% of those tourists visited a protected area. Annual tourism receipts in Costa Rica now total over US$1 billion, and it is the national park system which forms the foundation for its successful ecotourism industry.

*Source*: Honey cited in Brown, 2001.
Web site: http://nature.org/aboutus/travel/ecotourism/resources/

---

To gain such economic benefits, two conditions must be met: (1) there must be products and services for tourists to spend money on, and (2) it is necessary to minimise the amount that leaks out of the local area. "Leakage" can be a serious problem: for example, less than 6% of tourism income at Tortuguero National Park, Costa Rica, accrues to the local communities (Baez and Fernandez, 1992). So tourism should be as self-sufficient as possible, reducing dependence on out-of-region goods and services.

While some tourism developments in connection with protected areas will have a large initial cost, they may well generate significant revenues over the longer term. For example, in St. Lucia, most tourist arrivals currently visit the Sulphur Springs National Landmark. If the park were to be enhanced, estimates of costs and revenues show that not only would these costs be recovered, but also so would the costs of adding staff, programming, facilities and maintenance (Huber and Park, 1991). The estimated costs were expected to outweigh the estimated revenues for the first two years but, thereafter, benefits would exceed costs.

---

**Box 3.3   Gorilla tourism, Parc National des Volcans, Rwanda: an example of economic benefits of tourism funding the protected area system**

In Rwanda, gorilla tourism was so profitable that it was used to help fund conservation activities for a number of protected areas. From 1976 to 1980, income was lower than expenses, but this situation was then reversed and, by 1989, expenses were less than US$200,000, while fee income was $1million. In Rwanda's Parc National des Volcans, demand for visiting the mountain gorillas was so much higher than the visitation limit (24 tourists/day), that the government could increase fees to almost $200 per person for a one-hour visit. These fees were able to support other costs of conservation (e.g. guides and guards) as well as other services. This policy generated about $1 million annually until the civil war closed down gorilla tourism.

*Source*: Lindberg and Huber, 1993.

---

BLM_0044513

Tourism income from popular protected areas can be used to help finance others that cannot attract so many tourists, or where large numbers would be inappropriate. Box 3.3 illustrates such an example from Rwanda.

Conservation revenues may actually be higher than other land use revenues. For example, in the Devure Ranch in Zimbabwe, Pricewaterhouse Cooper estimated that cattle had the potential to generate Z \$22/hectare/year, using a realistic stocking rate (which increased to Z \$37 using a high stocking rate). By contrast, a small wildlife tourism operation (including viewing, hunting and culling) could generate Z\$67/ hectare/year (Lindberg, 1998). However, the Zimbabwe Government decided that land resettlement of local people was a more important objective. And in the last few years most wildlife tourism operations in that country have ceased to be viable, due to a loss of land for conservation and to a decline in the number of tourists.

Both the Rwanda and Zimbabwe examples illustrate that civil unrest impacts tourism, and the positive economic benefits of tourism, very strongly. Leisure travel is a luxury good, and people have a wide range of opportunities. Therefore, they will not travel to areas which they perceive as unsafe (see also section 3.1.9 above).

Protected area managers should aim to develop tourism development policies which support long-term economic development and encourage repeat visits. They should try to maximise local employment, social and cultural benefits through high visitor spending and low local leakage.

***Guidelines*** for capturing economic benefits are:

- *Increase the number of visitors*: Increasing visitation is risky unless the financial benefits from the visitors exceed their costs. It may increase other impacts, some negatively.
- *Increase the length of stay*: Increased length of stay provides more opportunity to sell local products and services.
- *Attract richer market niches*: Different marketing tactics may bring in consumers with strong abilities to spend.
- *Increase purchases per visitor*: Offering more locally-made goods for sale, available directly and indirectly to the visitor, helps increase visitor expenditure and local incomes.
- *Provide lodging*: The costs of overnight accommodation are relatively large and are paid for locally. Local lodging also increases expenditures on meals, and local goods and services.
- *Provide guides or other services*: Since much tourist activity in protected areas is information intensive, there are usually good opportunities for guide services.
- *Host events*: Artwork, crafts and festivals based on local culture can increase local economic impact.
- *Purchase local food and drink*: When visitors, park staff and tourism employees consume locally grown food and drink, they provide important income to local farmers.

Some leakage of expenditure to sources outside the local area is unavoidable, simply because not all food, supplies and services are produced locally. However, tourism planners should try to minimise this leakage (WTO, 1999). Whatever the strategy employed, it is important that local communities are involved in planning for the economic impacts and how they should be measured.

BLM_0044514

### 3.3.2  Protecting the natural and cultural heritage

Tourism based on protected areas can be a key factor in supporting the conservation of the *natural* and *cultural heritage*. It can generate the funds through entrance and service fees, local taxes and in many other ways that can be used directly to help meet or offset the costs of conservation, maintaining cultural traditions and providing education. Indirectly, by demonstrating the economic value that protected area tourism can bring to a country or a region, it can build public and political support for conservation of natural heritage. Tourism enables some marine protected areas to prosper, for example in the Netherlands Antilles (Bonaire Marine Park), the Seychelles (Ste. Anne National Marine Park) and Kenya (Malindi/Watamu parks and reserves). Box 3.4 describes how tourism

---

**Box 3.4   Madikwe Game Reserve, South Africa: an example of ecological restoration designed and paid for by tourism**

Established in 1991, Madikwe reserve was once farmland, but now contains a restored African savannah ecosystem. Many derelict farm buildings and structures were removed, as well as hundreds of kilometres of old fencing, and many alien plants. Some preserved buildings now serve as Park offices and workshops, while new outposts have been built to house game scouts and other staff. Where possible, local business and labour was used for demolition and clearance, erecting fences and constructing roads, dams and lodges. Several game lodges have already been built; others will be developed in future.

Approximately 60,000ha of the reserve were enclosed in a 150km perimeter fence, electrified to prevent the escape of elephants and the larger predators. Operation Phoenix, begun in 1991, became the largest game translocation exercise ever undertaken. More than 10,000 animals of 28 species were released into the reserve, including elephant, rhino, buffalo, lion, cheetah, cape hunting dog, spotted hyena, giraffe, zebra and many species of antelope and other herbivores.

Madikwe is designed to benefit the three main stakeholders involved in the reserve. These are: the manager, the North West Parks Board of South Africa; the private tourism sector; and the local communities. All three work together in a mutually beneficial "partnership in conservation and tourism". The Parks Board is responsible for establishing the necessary infrastructure and the management to run Madikwe as a major protected area (IUCN Category IV). It also identifies suitable sites within the reserve to lease to the private sector for tourism-based developments and activities.

The private sector provides the capital to build game lodges, and markets and manages the lodges as well as the tourism and trophy hunting in the reserve. Operators pay concession fees to the Parks Board for permission to operate in the reserve. These fees are used to:

- Pay back the development costs of the reserve;
- Maintain the conservation infrastructure in the reserve;
- Pay a dividend to the community for regional development; and
- Develop similar conservation areas elsewhere in the North West Province through a Conservation Trust fund.

Thus private sector money, rather than State funds, is used to develop tourism. However, international development funding from the UK has been used to help local people acquire the entrepreneurial skills to exploit tourism opportunities. By 1999, with only 3 of 10 planned lodges constructed, the economic impact of the tourism was already larger than that of the farm operations that had been removed.

*Source*: Northwest Parks and Tourism Board, 2000.
Web site: http://www.parks-n.co.za/madikwe/index.html

---

BLM_0044515

*Sustainable Tourism in Protected Areas*

---

**Box 3.5   Montague Island Nature Reserve, Australia: understanding economic benefits**

Montague Island Nature Reserve, off southeastern Australia, contains both natural ecosystems (penguins, seals, sea birds) and cultural features (European and aboriginal history) of national importance.

From 1990 to the present the management agency, the New South Wales National Parks and Wildlife Service, developed a system of use capacity limits, community consultation and monitoring of impacts. Measurement of the economic impact of the tourism showed the value of financial impact monitoring.

In 1998 the nature tours grossed AU $200,000 for the 4,300 participants that landed on the island. In 1999 a carefully done regional economic impact study determined that expenditures by visitors to the island contributed an estimated AU $1.4 million in gross regional output per year to the regional economy, which was linked to AU $965,000 in gross regional product, including household income of AU $468,000 paid to the equivalent of 19 people in the local economy. Knowledge of this impact helped the local community develop a better appreciation of the role of conservation and tourism in their area.

Web site: http://www.npws.nsw.gov.au/parks/south/sou018.html

---

funded an ambitious project in ecological restoration in South Africa. Box 3.5 describes how the economic benefits of tourism helped a local community in Australia to develop a better appreciation of the value of conservation. There are many thousands of other examples of such positive relationships between conservation of biodiversity and the natural environment, and protected areas-based tourism.

Well-managed tourism can also assist in protecting or restoring a community's or a region's *cultural heritage*. Protected areas have an important part to play in respect of the built heritage. Many protected areas contain significant historic, architectural and archaeological resources. This is especially the case with Category V protected areas in Europe, which are lived-in protected landscapes and often accommodate a wealth of attractive human settlements, as well as traditional features like stone walls and barns. Tourism can provide income to help in the upkeep or repair of such important buildings and landscape features. It may be collected directly, for example through entry or user fees or indirectly through local taxes.

The cultural heritage is also evident in local traditions. Tourists sometimes seek authentic experiences. It may therefore be possible to encourage the local community to maintain or re-establish important cultural festivals, traditions or events, and even to undertake the restoration of heritage buildings. There are many benefits from such activities. They will enrich the tourism experience within or near protected areas, thereby inducing tourists to stay longer and spend more. Exposure to cultural diversity can help modify tourist behaviour, change use patterns and create advocates for conservation among the tourist community. Moreover local communities may benefit when local traditions and values are maintained, and when they are encouraged to take greater pride in their communities or regions.

28

**Chaa Creek Cottages, Belize**



An increasing number of private nature reserves cater to ecotourism. © *Paul F. J. Eagles*

### 3.3.3 Enhancing quality of life in the host community

Tourism development should be designed to protect what is good about a host community and tackle those aspects that need to be improved. One way in which this can be done is to develop facilities and services for tourism which can also benefit the living conditions of local residents. Indeed protected areas can be the engines of sustainable rural development. IUCN advises that protected areas in Africa should be repositioned "in the context of community development and the local economy" (IUCN, 1999, page 51). It argues that protected areas, sustained by tourist income, not only create jobs and raise income but can also be used to support local communities' needs for:

- Improved communications: upgrading roads for tourism access gives neighbouring villages better access to the outside world. Telecommunications access to protected area offices can be vital to local communities in times of emergency;
- Education: some protected areas provide language, literacy and numeracy training to their staff, skills than can then be applied in the community as well;
- Training: the training that parks staff receive in such matters as vehicle maintenance or food hygiene will be of practical use in local communities;
- Health care: the medical services available to parks staff and visitors can be shared with local communities (IUCN, 1999).

Thus tourism to terrestrial and marine protected areas may be viewed as a tool to help communities to maintain, or improve, their living standards and quality of life. This may be measured in terms of:

- increased school graduation rates;

29

---

**Box 3.6   Costa Rica: an example of environmental education shaping national values**

Environmental education may assist a protected area system in shaping national valuation of natural heritage and conservation. In Costa Rica, for example, when the national park and wildlife reserve system started in the 1960s, there was a low public level of understanding of the need for natural heritage conservation. Thus it was first necessary to develop public understanding and appreciation of the country's exceptional biodiversity. This was accomplished in several ways:

- Encouraging park visitation by residents (valuing through experience);
- Channelled entry to education facilities in prominent national parks (e.g. via construction of an interpretive  visitor centre at the entrance to Volcan Poas National Park);
- Interpretation on site (understanding acquired through displays, materials and interpreters);
- A national school environmental education programme (ensuring future generations understood the country's natural heritage); and
- Encouraging school visits (individual parks introduced active schools programmes).

A biological research industry emerged, as did a major ecotourism industry (Box 3.2), both in the private sector. Both led to increased employment for those with education. Over time, ecotourism development fostered local economic development, together with a strong national appreciation of the importance of the natural resources of the country. Through park visitation, environmental education and private ecotourism development, the national parks and the wildlife reserves are now seen as a fundamental feature of Costa Rican society.

*Source*: Eagles and Higgins, 1998.

---

- reduced infant mortality;
- elimination of water and air pollution;
- increased access to recreation sites, protected areas or subsistence resources; and
- better access to services, such as the park's programmes for interpretation and environmental education, which also benefit locals.

Protected areas can also be used to enhance the quality of life of a whole nation, by making them the foundation of a national policy to raise environmental understanding. Box 3.6 describes how this was done in Costa Rica.

## 3.4   Potential risks of tourism in protected areas

Negative effects can and do result from tourist visitation, but many of them can be competently managed and alleviated. Protected area stakeholders are in the position of gauging both the positive and negative effects of tourism, determining how acceptable the negative effects are, and suggesting how they can be managed. The costs of tourism are of three kinds: financial and economic, socio-cultural and environmental.

BLM_0044518

> **Box 3.7   Royal Chitwan National Park, Nepal: an example of a significant tourism industry, with insufficient local benefits**
>
> In 1994, the Royal Chitwan National Park in Nepal had over 60,000 tourists. Despite this, the economic impact on local peoples' household income was minimal, and limited to villages closest to the main park entrance.
>
> A study found that "of the estimated 87,000 working age people living near the park, less than 1,100 were employed directly by the ecotourism industry". The report went on to say that "only 6% of the surveyed households earned income directly or indirectly from ecotourism". In fact the average annual salary of even these households from ecotourism was only $600. It is important to develop an understanding of the level of economic benefit that can occur and is appropriate. Tourism planners should not create unrealistic expectations of the degree of economic impact that may occur.
>
> *Source*: Bosselman *et al.*, 1999, quoting WWF.

### 3.4.1   Financial and economic costs

Tourism brings increased demand for goods, services and facilities, such as lodging, restaurants, other attractions, and personal vacation properties. As visitor numbers increase, so do the demands for basic services such as policing, fire, safety and health care. Such increased demand brings increased costs and possibly higher tax burdens for the local community. In some cases, costs may rise so much that local residents can no longer afford to live there. This is particularly the case in destinations where local people have lower incomes than the visitors do. For example, wealthy foreign visitors to protected areas in developing countries may see economic opportunities and take control or buy out local businesses. Thus tourism can lead to increased foreign ownership and raised property values.

Increased visitation also means increased costs to the protected area management agency as it strives to add the additional personnel and facilities needed by the tourists. This cost of tourism must be weighed against the benefits. Therefore, the park agency must be able to apply the benefits earned from tourists against the costs.

As already noted, where the local economy and protected areas are heavily dependent on tourism, they may become vulnerable to external factors beyond their control, such as natural disasters, currency fluctuations, competitive capture of markets or political instability.

Some leakage of tourist expenditures will occur, whether it is out of the protected area, local community, region or the country. If local people do not benefit, they may look for other more profitable activities and land uses (Box 3.7). Hence the need to minimise leakage.

### 3.4.2   Social costs

Increased numbers of tourists may disturb community activities, and compete for recreation places and other services. Poorly planned tourism development can lead to increased congestion, littering, vandalism and crime. Governments may exacerbate

BLM_0044519

these problems if they put short-term economic considerations before all else, for example by building inappropriate infrastructure or failing to establish the needs of local communities. When this happens, the local support for the protected area may be put at risk.

Sometimes tourism in protected areas calls only for seasonal employment, leaving residents underemployed during the slow or off-seasons. However, this may be to the local communities' liking. In the Klondike Gold Rush National Historic Park (Alaska, USA) the entire town of Skagway revolves around summer tourism. In the winter, many people leave, and then the community apparently enjoys its "quiet time", having earned sufficient income for the year during the busy season.

Where protected area agencies develop visitor management regulations that also affect local residents, there may be negative socio-cultural impacts (e.g. prohibitions on traditional uses such as fuelwood gathering or on spiritual uses which require entry to the protected area). Other negative impacts may occur where local traditions become commercialized, and lose their integrity or authenticity. An example would be dances, which had once had a vital social role but which are now put on only for the entertainment of visitors.

Negative impacts are most common when communities are not given choices, or have no control over their involvement with tourism. Outsiders often assign negative connotations to cultural change, while those undergoing the change may be positive about the new ideas or approaches. So it is important that those affected by cultural change be the ones that decide whether this change is acceptable. Appropriate planning is needed ahead of development, to avoid adverse impacts from the outset; but there are also management techniques that can be used to address problems should they arise.

The dangers are all the greater when there is a sharp contrast between the wealth of tourists and the poverty of the host community. Where this occurs, local communities are potentially vulnerable to exploitation and their voice may go unheard. Both the protected area manager and the tourist provider have a special responsibility in such circumstances to ensure that the community is listened to, and its views allowed to help shape the form of tourist development that takes place.

### 3.4.3  Environmental costs

Tourism, like many other forms of development, will always produce environmental impacts, even at low levels of intensity, and despite the best efforts of protected area managers. Such impacts occur both at the site level, and over larger areas. Because tourism in protected areas is drawn to environments which are inherently sensitive, it is vital that the impacts be assessed as accurately as possible beforehand to establish if they are acceptable. (However, in assessing these, it is important to consider what environmental impacts would have occurred if the park, and its tourism industry, were to be replaced by some other land use, such as agriculture, forestry, mining or urbanisation). Tables 3.3 and 3.4 set out two ways of listing the wide range of environmental risks.

BLM_0044520

### Table 3.3   Negative impacts of human use on the environment

| | |
|---|---|
| Trail creation (and deterioration) | Boats damaging banks |
| Camp-sites (and deterioration) | Habitat loss |
| Litter | Emissions and air pollution |
| Crowding | Firewood collection |
| Tracks and recreation vehicles | Visual and noise impacts |
| Pack stock impacts | Overfishing, undersized fishing |
| Human waste problems | Impacts on vegetation |
| Wildlife disturbance, habituation, or impact | Damage to sand dunes/reefs |
| User conflicts | Soil compaction or erosion |
| Water pollution (physical or biological) | Increased fire risk |
| Overdevelopment | Damage to archaeological sites |
| Weeds, fungi and exotic species | Trampling (human or horse) |
| Solid and human waste | Changed water courses |
| Cultural vandalism | Taking souvenirs (flora, fauna, etc) |

*Sources:* Cole, Petersen and Lucas, 1987; McNeely and Thorsell, 1989; Buckley and Pannell, 1990; Dowling, 1993; Wight, 1996

### Table 3.4   Environmental risks from tourism

| Element | Examples of risk from tourism activities |
|---|---|
| Ecosystems | The construction of accommodation, visitor centres, infrastructure, and other services has a direct impact on the environment, from vegetation removal, animal disturbance elimination of habitats, impacts on drainage etc. Wildlife habitat may be significantly changed (travel routes, hunting areas, breeding areas, etc.) by all kinds of tourist development and use. |
| Soils | Soil compaction can occur in certain well-used areas. Soil removal and erosion also occurs, and may continue after the disturbance is gone. |
| Vegetation | Concentrated use around facilities has a negative effect on vegetation. Transportation may have direct negative impacts on the environment (e.g. vegetation removal, weed transmission, animal disturbance). Fire frequency may change due to tourists and park tourism management. |
| Water | Increased demands for fresh water. Disposal of sewage or litter in rivers, lakes or oceans. Release of oil and fuel from ships and smaller craft. Propeller-driven watercraft may affect certain aquatic plants and species. |
| Air | Motorised transportation may cause pollution from emissions (from plane, train, ship or automobile). |
| Wildlife | Hunting and fishing may change population dynamics. Hunters and fishers may demand the introduction of foreign species, and increased populations of target animals. Impacts occur on insects and small invertebrates, from effects of transportation, introduced species, etc. Disturbance by visitors can occur for all species, including those that are not attracting visitors. Disturbance can be of several kinds: noise, visual or harassing behaviour. The impact can last beyond the time of initial contact (e.g. before heart-rate returns to normal, or before birds alight, or mammals resume breeding or eating). Marine mammals may be hurt or killed by boat impacts or propeller cuts. Habituation to humans can cause changed wildlife behaviour, such as approaching people for food. |

BLM_0044521

Case No. 1:20-cv-02484-MSK   Document 40-1   filed 04/27/21   USDC Colorado   pg 68 of 97

**Table 3.5   Summary of types of costs incurred by protected areas**

| Costs | Description |
| --- | --- |
| Direct costs | Includes facilities construction, maintenance and administration of the site. |
| Environmental degradation | Degradation associated with use of the site; e.g. soil erosion, water pollution and disturbance of wildlife. |
| Congestion | An additional user imposes a cost on all other users by reducing solitude. |
| Cost of natural resources | Cost of the land and related resources. |
| Reduced welfare of locals | Negative impact on locals due to restricted access to protected area resources. |
| Resource opportunity cost | Resource values forgone because recreation or preservation is produced; the commercial value of the resource is lost to society. |

*Source*: Brown 2001, quoting Binkley and Mendelsohn 1987; Ceballos-Lascurain, 1996; Walsh, 1966.

Table 3.5 summarises the types of costs associated with protected areas. There is moreover one more danger: that governments or management agencies will neglect those protected areas that have important conservation values, but limited appeal for tourists.

Ecotourism and sustainable tourism strategies are designed to manage park visitation to maximize positive benefits and minimise negative environmental impacts prior to their occurrence. This is best achieved through well-designed planning strategies. A key issue is to be sensitive to cumulative impacts, to practice *adaptive management* (viewing management actions as experiments), and to achieve consensus among stakeholders about how much impact is acceptable, and where, in the protected area. Later chapters of these Guidelines describe some of the tools available for this purpose.

## 3.5   Tourism in protected areas which are not publicly owned or managed

### 3.5.1   A trend towards diversity in protected areas

In IUCN's protected area category system (IUCN, 1994), areas may be publicly-owned, privately-owned, owned by the community or owned by a mixture of some or all of these possibilities. Management may be equally diverse. In some parts of the world, privately-owned conservation lands are becoming a significant force for both conservation and tourism, and are flourishing. Such areas include privately-owned parks, NGO reserves, private hunting reserves, and biological and research stations run by universities. Tourism at private nature reserves varies from large resorts with a reserve as an added attraction, to small ecolodges within large nature reserves. Private reserves are often found adjacent to or nearby major public parks. Also, particularly in Category V and VI protected areas, there are extensive tracts of privately-owned land which are farmed or otherwise managed for resource use, but which are important for their contribution to landscape protection and biodiversity conservation. Another rapidly growing area is that of indigenous, aboriginal and community-owned protected areas (Beltran, 2000).

Several forces are at work here, including: political empowerment of previously marginalised groups (e.g. indigenous peoples); devolution of power from central gov-

BLM_0044522

ernment; greater use of the private sector to deliver public services; and the desire of individuals, commercial operations and communities to benefit from the economic activity generated by tourism. Langholz (1999) noted that the growing trend towards private ownership of protected areas was explained by a greater public interest generally in biodiversity protection, governments' inability to safeguard all biodiversity, and the expansion in ecotourism. Also, some communities have developed communally managed reserves to generate income in ways that are compatible with their lifestyle. Tourism may be viewed as a way of financing conservation activities, as a means of making money, or as a more favourable alternative to some other form of land use.

Whatever the reasons, the reality is that, in many parts of both the developed and developing world, the initiative for setting up protected areas is no longer coming only or even mainly from central government. As a result, tourism in protected areas is no longer just about an activity affecting publicly-owned and publicly-managed land.

### 3.5.2 Private reserves, community-driven initiatives and tourism

The potential for generating economic activity through private reserves is indicated by a local example from Canada (Box 3.8).

Private reserves play an important role in Costa Rica, a country that has enjoyed political stability and has stable land ownership laws. An extensive system of both public and private reserves supports an ecotourism industry. There is a long tradition that links the scientific researchers and ecotourism. The ecological research highlighted the

---

**Box 3.8    Haliburton Forest and Wildlife Reserve, Ontario, Canada**

The Haliburton Forest and Wildlife Reserve is the largest private forest reserve in Canada, at 20,000ha. It is managed profitably for a range of activities, including fishing, camping, hunting, logging, mountain biking, snowmobiling, ecotourism, and adventure tourism, as well as tourist accommodation (in a converted logging camp) and other visitor facilities. A large, fenced, natural compound containing wild wolves is adjacent to the educational centre. There is a "walk in the clouds" boardwalk, throughout the treetops of the forest, which visitors pay up to CDN$70/person to visit; this is so successful that at times reservations are required. The forest has become a major tourism attraction and, although remote, people travel long distances to experience the variety of outdoor experiences offered. This reserve is adjacent to the very popular Algonquin Provincial Park.

The Haliburton land was affordable when it was bought in the 1950s, because it had just been logged out, so the potential yield as a timber resource was distant in the future. However, it is now successfully managed for integrated uses, and is financially self-sufficient. Some 70% of revenues derive from ecotourism and adventure tourism activities. The remainder comes from forestry-related products and supplies. The owner is on an ecotourism committee of a local college. As a keen supporter of the concept of ecotourism, he has been able to lead the development of the forest, and develop new visitor experiences annually, such as a "star gazing" observatory, opened in 2001. His independent financial backing means that he can make decisions quickly and without depending on government policies.

Web site: http://www.haliburtonforest.com/

---

BLM_0044523

---

**Box 3.9    Monteverde Cloud Forest Reserve, Costa Rica: an example of a self-sufficient private reserve**

The Monteverde Cloud Forest Reserve protects cloud forest in the central mountains of Costa Rica. It has high biological diversity with 100 species of mammals, 400 species of birds, 120 species of amphibians and reptiles and 2,500 species of plants (among them 420 different kinds of orchids). It attracts around 50,000 visitors annually. Its 50,180ha are managed by a non-profit organization, the Tropical Science Centre. It charges entrance fees:

– US$23 for foreigners (this was US$2.75 in the 1980s)

– US$2 for residents

– US$1 for students

The income from tourism increased over time and by 1994 the reserve more than covered its operating costs. Thus, of the US $850,000 revenues, 90% went to operating costs, and 10% went to the Tropical Science Centre. In that year, this reserve generated more income from tourism than was generated by all Costa Rican national parks together.

*Source*: Church and Brandon, 1995.
Web site: http://www.cct.or.cr/monte_in.htm

---

importance of Costa Rica's tropical ecosystems, leading to increased demand for protection and ecotourism (Eagles and Higgins, 1998). Researchers established many of the private reserves, which are run more efficiently than those managed by government agencies, are able to respond quickly to the market, and are able to generate resources to support other types of conservation and development activities (Honey, 1999).

The average extent of private reserves in Costa Rica is small (101ha), and most owners are more concerned with quality of management than with size of the reserve. Profit is often a secondary consideration for reserve owners. Many of them value conservation and land stewardship more highly, and over 75% of owners placed bequest value very highly (Brown, 2001). However, a few private reserves are quite large, such as the impressive Monteverde Cloud Forest Reserve (Box 3.9).

Africa has had a long tradition of using private and community lands for tourism to supplement other activities. For example, until recently the CAMPFIRE communal areas management programme for indigenous resources in Zimbabwe generated 90% of its income from trophy hunting, with the remainder coming from photographic safaris, hides and ivory sales and other tourist-related activities. Similar community-based tourism is flourishing in Namibia (IUCN, 1999). In 1989, in 63 private reserves in Latin America and Africa, tourism accounted for 40% of operating income. By 1993, this had increased to 67% of the reserves' operating income. Approximately half of the respondents depended on tourism for 90% or more of their income, and just over one third were completely dependent on it (Langholtz and Brandon, 2001).

South Africa has thousands of private game reserves, each with its own mix of wildlife conservation and tourism. Many sell trophy hunting and harvest wildlife meat for sale. These reserves tend to provide high-cost visitor services, while leaving the more inexpensive operations to the national and provincial park services. In South Africa, as elsewhere, many private reserves are located near national parks. For example, much of

BLM_0044524

> **Box 3.10   The Royal Society for the Protection of Birds (RSPB) (UK): An NGO contributing significantly to protected area conservation**
>
> The RSPB owns and manages over 150 reserves in the UK covering approximately 110,000ha. The RSPB is one of the largest private landowners in the UK, with reserves scattered all over the country. Many of the UK's rarest birds now breed only on nature reserves and, for many others, they provide vital winter bases or stop-overs on long migration flights. They are very important sites for bird watching and nature tourism.
>
> Most RSPB reserves are open to the public and many have facilities suitable for visitors with special needs. Some have hides that have been adapted to allow access for wheelchairs, and many have special paths and boardwalks installed.
>
> The RSPB has well over 1,000,000 members. These members help finance the on-going acquisition of new areas, with at least one new reserve established each year.
>
> Web site: http://www.rspb.org.uk

the west side of Kruger National Park is buttressed by adjacent private game reserves. The land in these reserves adds considerably to the area and conservation value of the entire ecosystem.

Many reserves are owned and managed by NGOs, mainly for biodiversity conservation, both in developing and developed countries. For example, The Program for Belize owns and manages the Rio Bravo Conservation and Management Area, covering 92,614ha, or approximately 4% of Belize's land area. Ecotourism is the largest single source of funds (45% in 1995) available to meet the costs of running the reserve.

The Nature Conservancy of the USA owns more than 1,300 reserves, making it one of the largest private systems of nature sanctuaries in the world. This private organisation recognised the importance of ecotourism to the long-term financial sustainability of protected areas and developed an international programme of planning, guide training, financial research, ecolodge development and business planning to assist private and public reserve managers. The Royal Society for the Protection of Birds (RSPB) in the UK is another large conservation NGO whose conservation achievements have largely been built on the back of visits to its reserves by the public (Box 3.10).

Like all protected areas, private reserves are vulnerable to political unrest, poaching, community opposition to loss of access to resources, squatters and sometimes antipathy towards tourism. Private reserves are also very susceptible to fluctuations in the ecotourism market (Langholtz and Brandon, 2001).

Success will depend upon a number of factors, including:

- extensive community involvement at the outset and subsequently;
- a non-forced negotiating position between parties;
- a legal framework to allow tourism revenues to be retained by private land managers;
- sufficient revenues from tourism for management, conservation and profits to support the enterprise and contribute to conservation;

BLM_0044525

- mutual understanding of differing goals between stakeholders;
- an understanding by the managers of the constraints over their operations;
- mechanisms to cover injury liability affecting tourists and residents;
- mechanisms which link public and commercial tourism; and
- commercial tourism being able to focus on heavily visited sites (after Buckley and Sommer, 2001).

The establishment of protected areas and providing for tourism often work best when they come from within the community, even if this is done with outside support from NGOs or government sources. Box 3.11 describes one such community-based project from Belize.

---

**Box 3.11   The Community Baboon Sanctuary (CBS), Belize: community owned and managed lands for conservation and ecotourism**

The CBS is located 53km outside Belize City. In 1985, 12 landowners cooperated to manage their lands for the benefit of the black howler monkey. However, since landowners' cooperation was critical, the sanctuary had to meet their needs as well as those of the wildlife. They were asked to follow voluntarily a land use plan, which would maintain a skeletal forest from which howlers and other wildlife could easily use the regenerating areas of cut forest. Landowners were asked to leave certain food trees, and forest strips uncut along riverbanks and other areas, thus providing aerial pathways, for the monkeys to use as travel routes in large cut areas. Such practices would also reduce riverbank erosion and shorten cultivation fallow time.

The first step in accomplishing this was circulating a petition among villagers calling for an investigation of the potential to set up a sanctuary. With WWF help, villagers drew up management plans and obtained landowner commitment. The sanctuary expanded to include over 120 landowners and 8 villages, covering 47km$^2$. Assistance is also provided by the Belize Audubon Society.

A manager has to meet landowners to make sure agricultural practices are consistent with the management plans that they agreed to follow, as well as guiding tourists, and organizing local tourist hosts. Tourists may rent rooms, or camp and take meals locally. Because tour group leaders often tried to avoid local guides, there is now a $2.50 charge per visitor, and local staff must accompany them. Visitors to the sanctuary and villages have increased significantly, from about 10 in 1985, to over 6,000 in 1990.

*Source*: Horwich *et al.*, 1992.
Web site: http://www.ecocomm.org/cbs.htm

---

## 3.6 Summary and guidelines

Based on the foregoing, the following *Guidelines* are suggested for increasing the benefits of tourism in all kinds of protected areas, whether owned or managed by public, private, voluntary or community bodies:

- Ensure that the measurement of park tourism activities, volumes and impacts is accurate, as complete as possible and that the data are effectively communicated;

BLM_0044526

- Match the services and products available in the park and locally to tourist travel motives;
- Make products and services available for tourists' expenditure (e.g. recreation services, accommodation, crafts, and foods);
- Aim for high service quality in all tourist services;
- Develop a constituency of satisfied and supportive park visitors, people who will argue for park objectives in the large political debates in society;
- Develop opportunities for park visitors to play a positive role in park management (through membership in Friends Groups, by providing donations to targetted programs, or providing personal assistance to staff);
- Ensure that all information and interpretation programmes create appropriate expectations;
- Minimise local leakage (retain local expenditures through maximum local self-sufficiency) by developing linkages with local industries;
- Provide local accommodation options;
- Provide recreation activity options;
- Encourage consumption of locally-grown foods;
- Ensure local participation and control (e.g. local guide services);
- Ensure revenue-sharing or direct payment programmes;
- Understand the role of the protected area in regional and national tourism activities;
- Understand the fiscal and economic roles of park tourism;
- Host special events;
- Provide opportunities for local people to celebrate their cultural traditions;
- Where needed, assist in the education of local people in the skills necessary for tourism;
- Evaluate all tourism services provided by the private sector to ensure service quality and adherence to park policy;
- Ensure that the park has staff trained in tourism planning and management;
- Continuously evaluate all tourism programmes to ensure that goals are met;
- Ensure that tourism programmes are based upon competent financial management;
- Price appropriately; and
- Earmark the income from fees appropriately.

Guidance for minimising the adverse economic, environmental and social impacts is contained in the following chapters 4 to7.

BLM_0044527

# 4. Planning for protected area tourism

## 4.1 Protected area plans, policy and planning

The following key planning terms are used in these Guidelines:

- *Policy* is a written course of action adopted and pursued by a stakeholder, such as a park management agency;
- *Planning* is the process by which policy is placed into a structure that enables implementation;
- A *plan* is a document that articulates the policies, park goals, decision processes and the actions needed to implement the policies;
- A *management plan* is a tool to indicate how a park is to be protected, used, developed and managed;
- The *planning process* consists of the steps to be gone through in preparing a plan, which usually involves much public participation and debate at all stages.

Each park and protected area needs a plan that describes how tourism and associated development will be managed. The plan represents the desired future state or condition of the protected area and the most efficient and equitable path to that future. Such a plan details the specific goals and objectives mandated for the area in its founding legislation, decree or government policy, describes the objectives for tourism development, and specifies the management actions, budgeting, financing and park zoning needed to achieve those goals. In a sense, park plans for managing tourism attempt to maximize the benefits of tourism while minimising its costs. Tourism policies are an important component of the overall document, sometimes called a *management plan*.

In the distant past, protected area management planning tended to be *ad hoc*: often individual developments took place without an overall policy structure or goal. As the limitations of this approach became apparent, one large plan, typically called a *master plan*, was developed, following the approach used in city master planning. There was a reaction in the 1980s towards a more streamlined approach, with a strategic statement of goals, policies and actions, sometimes based on a "visioning exercise". In many quarters these documents became known as *management plans*. In the 1990s, in a search for still greater simplicity, the concept of management plans was in some cases slimmed down to mere policy statements. Despite these developments in practice, the importance of management planning has grown over time and, increasingly, many protected area agencies are required by law or policy directives to produce and follow management plans of some kind.

It is important in designing a planning process to adopt a procedure that is understandable, defensible, where decisions can be traced and where the value judgements inherent in protected area planning are made explicit. Most of all, it is essential that all stakeholders are appropriately involved in the process. Making management decisions

41

BLM_0044528

*Sustainable Tourism in Protected Areas*

**Figure 4.1  Protected Area Management Planning System**



about tourism in protected areas is not easy; it involves not only protected area managers but also affected citizens, including the local public, visitors, private operators and scientists. To ensure that each group can contribute its different type of knowledge to decision making, it is essential to establish a *public involvement programme*, which may be modest or comprehensive, depending upon the needs.

Many park agencies have developed a set of guidelines and best management practices for use in writing management plans. For example, the Australia and New Zealand Environmental Conservation Council (ANZECC) has produced many Best Practice reports related to protected area management, all available on the Internet. The model in Figure 4.1 identifies the key stages of objectives, actions, evaluation and management review (Tasmania Parks and Wildlife Service, 2000). Other publications in IUCN's WCPA Best Practice Protected Area Guidelines series also address a number of topics which are relevant to management planning, notably in respect of:

- marine protected areas (Kelleher, 1999),
- financing protected areas (IUCN, 2000),
- management effectiveness (Hockings *et al.,* 2000), and
- transboundary protected areas (Sandwith *et al.,* 2001).

IUCN plans to publish general guidance on the form and content of management plans in this series in 2003.

Tourism and protected areas will be considered in several plans and policy statements at government levels senior to the protected area itself. Examples include:

- *National* or *regional sectoral plans* which address broad topics and affect protected areas within them. Examples are a Regional Development Plan, a Natural

BLM_0044529

Resource Management Plan, a National Plan for Tourist Development or a Transportation Strategy;

- A national level *protected area tourism policy,* for which some agencies have government approval. Appendix C contains the policy of the USNPS.

## 4.2   Tourism in the Park Management Plan

The park management plan is the vehicle for determining and listing all park policies. It is comprehensive in character. Park plans contain a variety of subjects, one of which is how tourism should be managed, impacts mitigated, and opportunities enhanced. Developing a park tourism plan requires that it be integrated with other plans for the protected area, such as a wildlife management plan, fire management plan and vegetation management plan. While such plans are often strong in how the natural resources are managed in the park, they are often weak in describing the objectives for tourism and how those objectives will be achieved. Therefore, the issue of tourism in protected areas is most importantly addressed in the policies relating to *tourism and recreation* within the management plan. But it may also be covered in greater detail in a *protected area tourism plan* developed from those policies.

Whether a separate protected area tourism plan is required, and the breadth and level of detail in it, will depend upon the complexity of issues to be considered. This plan may detail specific tourism management practices to be deployed, facility location, policies to guide tourism operations, level of fees charged to tourism operatives etc.

**Black Bear in camp-site in Killarney Provincial Park, Ontario, Canada**



Management of the interface between dangerous wildlife and park visitors is a unique challenge.
©*Paul F. J. Eagles*

BLM_0044530

The topic may be further developed through still more *specialised plans* or *strategies* intended to guide tourism and recreation within a protected area. Examples are a Visitor Use Plan, the Visitor Activity Management Process (VAMP), the Tourism Optimisation Management Model (TOMM), the Limits of Acceptable Change (LAC) or a Visitor Impact Management Plan (VIM) – see also Section 6.3.1 below.

Given the potential complexity of plan making, it is important that policies and plans should be integrated with those at different levels, that their relationship should be made clear, and that all management actions in different plans should be co-ordinated.

Listed below are several **Guidelines** that can be used to guide the development of the park tourism policy and plan:

- The natural and cultural environment within the protected area should form the basis for all other uses and values affecting the park and its management. These fundamental assets must not be put at risk;

- Protected area tourism depends on maintaining a high quality environment and cultural conditions within the area. This is essential to sustaining the economic and quality of life benefits brought by tourism;

- The protected area management organisation exists to protect the values for which the area was originally established through, among other things: active management of tourism and tourists; sharing of responsibility for management with tourism operatives, local communities and visitors; and providing potential economic opportunities for tourism;

- Protected area visitors expect to find facilities, programmes, and recreational and learning opportunities within the park, but not all demands can be met, as some of these expectations may be inconsistent with park goals and objectives;

- Visitors actively seek the best service quality they can afford for the money they have available. They do not necessarily seek the cheapest opportunities available;

- Visitors desire diversity in the recreational opportunities afforded, but not all parks can or should set out to provide for every demand;

- Planning should occur within, and acknowledge, the regional context of a particular protected area. This means that the types of tourism opportunities afforded in other protected areas should be inventoried as part of the planning process; and that the planning of tourism within a protected area should take account of tourism demands and provision in nearby areas; and

- Managing expectations is jointly the responsibility of park managers and other tourism operators.

## 4.3  Developing goals and objectives

*Goals* are defined here as the broadly stated social purposes for which a protected area is established. *Objectives* are more explicit statements of what is to be accomplished.

The goals for a protected area provide the overall policy framework for managing tourism in that area. Fundamental goals are often articulated in legislation, government policy directives, and in legal agreements with local stakeholders or through other mandates. Sometimes these are vague (e.g. to "protect the resource") or contain conflicting elements (e.g. the U.S. National Park system is designed to provide for the enjoyment of park resources while leaving them unimpaired for future generations).

BLM_0044531

*4.  Planning for protected area tourism*

**Table 4.1 Guidelines for successful protected area planning objectives**

| Characteristic | Guidelines | Examples |
|---|---|---|
| **Output-oriented** | • Objectives deal with the results or accomplishments of an activity. They describe what is to be accomplished, but not how.<br>• The "how" is part of the local protected area manager's creativity. | • "Provide 3,000 visitors annually with a world class wildlife viewing opportunity"<br>• "Maintain an average annual population of 500 lions"<br>• "Increase the average ecological knowledge of visitors by 50% within 5 years" |
| **Time-bound** | • Goals and objectives should maintain or move toward a desirable future condition.<br>• A time frame for an objective should be specified.<br>• Time-bound objectives provide the direction needed to develop the appropriate management actions, and require accountability. | • "Within five years, provide 3,000 visitors annually with a world-class wildlife viewing opportunity"<br>• "Over the next 3 years, labour income from park tourism should increase 4% per year" |
| **Specific** | • Objectives should provide all parties with a clear vision of what is to be accomplished.<br>• Once stakeholders agree to the objective, everyone is clear as to the meaning, and everyone becomes accountable for their role in achieving the objective. | • "Over the next 3 years, labour income from park tourism should increase 4% per year" (The time frame is fixed, the increase is explicit and the term "labour income" has a shared meaning). |
| **Measurable** | • Measurable objectives provide a clear basis for evaluating progress.<br>• Measurable objectives allow managers to determine where efforts need to be placed in the future.<br>• They indicate what elements in the protected area need to be monitored, where, and with what frequency. | • "Over the next 3 years, labour income from park tourism should increase 4% per year" (Indicates that local labour income needs to be measured at least once per year over the first three years of the protected area plan) |
| **Attainable** | • Objectives must be realistic over the time frame of the park plan.<br>• Objectives must be achievable with the available funding and staffing resources.<br>• Objectives represent a compromise between an idealistic vision (e.g. without impairment of park resources) and the reality of the impacts of tourism.<br>• Attainable objectives provide a motivation for action.<br>• Realistic objectives provide managers, visitors and operators with a sense of foreseeable accomplishment.<br>• By focusing on desired, rather than existing, conditions, objectives point towards an improvement in conditions.<br>• Attainable objectives may require trade-offs between a perfect world and a realistic one. | • "Increase the average ecological knowledge of visitors by 50% within five years" |

*Source*: In part from Schoemaker, 1984.

BLM_0044532

While such broadly written goals provide a sense of social purpose, they are not necessarily specific enough to guide the management of tourism. Since the development of protected areas tourism has other important social purposes (e.g. to develop local economic opportunity or enhance the quality of life), it is necessary to elaborate specific goals and objectives for these and other purposes. In order to measure progress towards the achievement of objectives, *indicators* need to be developed for monitoring (see also section 11.1.1).

Defining goals and objectives is the first step in the planning process, and the most difficult component of park planning for tourism. They must reflect the fundamental purpose of the protected area. The goals stated in the management plan should reflect the importance attached to attributes of the protected area by various interest groups, and interpret the legislation or decree establishing the park. The more groups of people and interests that are involved in goal refinement, the more difficult it will be to achieve agreement on them. However, it is worth overcoming this obstacle as the rest of the planning process can then be accomplished with greater ease.

The wording of objectives is very important. They should be specific, measurable statements that provide guidance in making decisions about appropriate levels, types and amount of tourism and tourism developments. More specifically, objectives should have five characteristics: (1) output-oriented; (2) time-bound; (3) specific; (4) measurable; and (5) attainable (Schoemaker, 1984). Table 4.1 sets out **Guidelines** for the development of appropriate protected area objectives.

## 4.4   Characteristics of successful protected area planning processes

A successful planning process has several characteristics. When embarking on the preparation of a new or updated plan for a protected area, managers should consider how the need for these characteristics will be addressed. Table 4.2 highlights the most important of these, with **Guidelines** for their implementation, and comments of explanation.

**Table 4.2   Guidelines for successful planning**

| Criteria | Planning guidelines | Comments |
|---|---|---|
| Clarity in plan production | State how the protected area is to be managed. State how surprises are to be dealt with. State how funding and personnel will be raised and allocated. State how monitoring will occur. State a specific time frame. Provide for periodic review. | Protected area personnel may change, so the document "outlives" any one person. Provides continuity between changes in government. |
| Implementation oriented | Make provisions for implementation during the planning process. Indicate roles and responsibilities. Work with politicians, interest groups and local communities to ensure implementation. | Plans are written to change or work toward future conditions. This only happens if they are implemented. Without implementation, plans are useless. |

BLM_0044533

| Criteria | Planning guidelines | Comments |
|---|---|---|
| Socially acceptable | • Invite input from a large range of interests.<br>• Use consensus-building processes.<br>• Use technical planning assistance.<br>• Social acceptability increases potential for implementation. | • Those affected by plans must find them acceptable, as must those with "veto" powers.<br>• Consensus is not necessarily unanimity. |
| Mutual learning oriented | • Obtain expectations about anticipated experiences/programmes/facilities from visitors.<br>• Determine how park plans and business plans affect each other, jointly define the tourism product, and develop marketing plans cooperatively.<br>• Managers should outline legal mission of the park, implications of different management strategies, and mitigation approaches.<br>• Scientists should determine cause-effect relationships, and social-environmental consequences of actions.<br>• Determine importance of benefits and values from citizens.<br>• Techniques that empower stakeholders to become more aware of the issues increase their ability to generate innovative approaches. | • Enabling different publics and stakeholders to come together provides opportunities for mutual learning and appreciation.<br>• Many-way dialogue helps active mutual involvement.<br>• Avoid underestimating the competence of citizens.<br>• Providing a range of venues for this learning is helpful, not only formal venues.<br>• Do not forget associated agency staff and volunteers. |
| Responsibility and shared ownership | • Use many involvement techniques at all stages of the planning process (e.g. workshops, field trips, open houses, focus groups, advisory committees, etc.).<br>• Create responsibilities for stakeholder groups.<br>• Encourage stakeholder participation in issue identification, evaluation of alternatives and implementation.<br>• Share information (e.g. about briefings or meetings) rather than provide information (e.g. displays, draft plans) – this creates more legitimate stakeholder involvement. | • Implementation of the plan is much enhanced if all stakeholders take responsibility and ownership of the plan.<br>• The publics "own" the plan, not the agency.<br>• Some workshops can be run over several days to build strong sense of ownership. |
| Representative of wide interests | • Recognise that protected area tourism affects, and is affected by, many political and social interests at national and community level.<br>• Embody a wide range of values and interests through public participation.<br>• Conduct a stakeholder analysis to identify the types of values affected by plan. | • Active engagement of stakeholders secures support.<br>• Even those fundamentally opposed to park's objectives can benefit from seeing their interests honestly handled. |
| Relationship building oriented | • Use planning process to strengthen relationships, secure community commitment and build support for funding and personnel.<br>• Demonstrate to local communities how they might benefit from tourism in the protected area.<br>• Seek information, rather than provide information: this builds greater levels of trust. | • Agencies need to overcome distrust or other problems, by openness.<br>• Open communication is necessary with the community and within the agency. |

## 4.5  Involving stakeholders

### 4.5.1  Who are the stakeholders?

Protected area-based tourism has many stakeholders. Each group has its own particular values and objectives – its own "culture" indeed. This complex mosaic of stakeholder interests makes constant demands upon park management. The groups who have a direct interest in, and are affected in different ways by, park and tourism management policies, include:

BLM_0044534

*Sustainable Tourism in Protected Areas*

**Signing of the Federal-Provincial Agreement creating Bruce National Park, Ontario, Canada**



Park planning typically involves high levels of public consultation and political involvement. ©*Paul F. J. Eagles*

- Park planners and managers
- Park volunteers
- Park visitors
- Park employees
- Local community
- Native or indigenous community
- Landowners (in and around the area)
- Residents (in and around the area)
- Resource extraction interests
- Government ministries
- Allied and sometimes competing government agencies
- Profit-making private sector
- Non-governmental organizations
- Environmental groups
- Economic development organizations
- Concessionaires, licensees and permit holders
- Hospitality industry
- Tour operators
- Destination marketing organizations
- Educational institutions
- Research bodies
- Media

BLM_0044535

Among all these interests, four groups are particularly important in the management of tourism in protected areas: (1) society in general, including local communities, (2) park managers, (3) tourism operators, and (4) visitors and users. Each group views park tourism from its own unique perspective (Figure 4.3).

### 4.5.2  Involve the range of stakeholders

Protected area planning encompasses two different, but related, domains: (1) a technical component, and (2) a public participation element for the stakeholders described in the section above. A key to success is the integration of these two inputs into a single, coherent planning process. Figure 4.2 illustrates this relationship and places public involvement on a par with the technical planning processes.

Successful planning generally involves all groups in such a way that each can contribute constructively to the various components of the process, and thus feel "ownership" of the plan. The entire decision-making process must be designed for stakeholder involvement throughout, not just added on to the process, after the fact.

Consensus-building is needed for acceptance, so that public resources can be allocated to implement the plan or measures taken to manage and sometimes restrict public use of the protected area. Therefore, developing a stakeholder involvement programme is an important element of success.

Each participation programme should be designed to meet the specific needs of the situation, rather than imposing a pre-determined methodology that may have worked well in other conditions. It is important too to avoid tokenism: managers should not tell the stakeholders they want their involvement, and then only budget two weeks for it. This will lose credibility for the whole project. Managers should also explain decision-making and the planning process in simple, everyday language.

Suggested **Guidelines** for the process are set out in Figure 4.3.

**Figure 4.2   Effective planning**



BLM_0044536

## Figure 4.3   Guidelines for a stakeholder involvement programme

| | |
|---|---|
| **Phase 1**<br>**Early involvement** | Consult informally to determine the major issues raised.<br>Estimate level of public interest, and the most likely stakeholders.<br>Identify key individuals. |
| **Phase 2**<br>**Initial planning** | Chart agency's decision-making process.<br>Identify stakeholders and publics.<br>Determine information exchange needs.<br>Clarify public involvement objectives. |
| **Phase 3**<br>**Development of a**<br>**public involvement**<br>**programme** | Choose detailed methods of stakeholder involvement.<br>Establish internal agency communications.<br>Commit resources.<br>Schedule and assign work. |
| **Phase 4**<br>**Implement the programme** | Carry out the programme.<br>Monitor the public involvement programme.<br>Evaluate the results of involvement. |
| **Phase 5**<br>**Post decision public**<br>**involvement** | Develop post decision requirements (at the least notify public of decision, and how their comments were used).<br>Implement as required. |

---

**Box 4.1   The Tanzania Community Conservation (CC) Project: an example of community outreach**

Tanzania National Parks (TANAPA) developed the community conservation project to involve local communities better in park management. Community meetings are used as a way to understand and begin to address the needs of local people. Each protected area has a community liaison officer, whose job it is to develop community knowledge and trust. He/she also represents the communities' interests in management planning.

Since tourism income to TANAPA exceeds expenditures, there are funds available for community outreach projects. The park liaison officer works with the local community, identifies community needs and then directs funds towards the needs. The projects funded vary, but examples include local school education projects and repair of community facilities. For example, funds were provided for the repair of the roof of the council building in a community near Ruaha National Park. From then on every town council meeting was held under the roof provided by funds raised by tourism in the nearby national park.

---

Box 4.1 illustrates how these general ideas for stakeholder involvement in protected area planning have been adapted to the needs of a national protected area programme. Boxes 4.2, 4.3 and 4.4 describe case studies in community involvement in three protected areas.

### 4.5.2  Stakeholder motivations

The long-term viability of a protected area, and of its agency, depends upon the support of government and of the people. Park tourism is a critical component of the development of that support. All planners and managers, both in the public and the private

BLM_0044537

sector, should understand stakeholders' attitudes towards the area. Each category of stakeholder has its own motivations and perspectives on the benefits of tourism in protected areas, whether physiological, psychological, social, economic or environmental. Stakeholders' perspectives and motivations are summarised under grouped headings in Table 4.3.

---

**Box 4.2   Wakatobi Marine National Park, Indonesia: an example of an NGO involving the local community in a marine national park**

Wakatobi Marine National Park (MNP), declared in 1996, is the second largest MNP in Indonesia. It contains 1.39 million hectares of marine, coastal and tropical forest environments in the Wallacea region between Borneo and New Guinea, and includes Sulawesi, a site of very important biodiversity.

Operation Wallacea is a UK-based NGO. It began biological surveys of the Wallacea region in 1995, and upon recognising its ecological importance lobbied for the creation of a national park. This lobbying, working with a counterpart in Jakarta, the Wallacea Development Institute, stimulated the Indonesian government to create the national marine park in 1996.

Operation Wallacea operates a dive and marine research centre in the national park, and each year runs a series of scientific wildlife survey and conservation expeditions, using substantial numbers of scientific volunteers. Each volunteer pays for the experience. In 2000, 300 volunteers stayed an average of 5 weeks in the area, between June and October. Each volunteer is responsible for a research project dealing with some aspect of marine biology, ecotourism research, forest ecology, wildlife management or community conservation. In 1999 students and professors from 22 British and Irish universities were involved. In addition, volunteer naturalists, divers and photographers completed a range of research and community development projects. The park has 55 rangers involved in the protection of the park and in the implementation of a management plan. The park rangers have dramatically reduced the level of destructive and illegal fishing techniques.

The project is designed so that the visitors have a positive economic impact on local communities. Approximately 60 local families gain all or a significant proportion of their income through employment, contract work or provision of supplies. Overall, 50% of all monies paid by the volunteers are spent in the local communities. Five local people are supported for each volunteer visitor. The project constructed an environmental education centre to provide reef biology courses to over 1,000 children each year. Funding is provided for community work, in order to provide sustainable economic opportunities for the local people.

Operation Wallacea is one of the largest examples of a coordinated, volunteer-based, park research project in the world. Park managers report that scientific research findings and the presence of scientists help enormously in achieving the park's management objectives. Operation Wallacea successfully manages to bring the benefits of tourism to the grassroots. This empowers local people by providing a new and lucrative source of income. It enables local communities to see the value of protecting natural resources, such as rain forests and coral reefs, rather than depend upon their exploitation.

*Sources*: Operation Wallacea, 2000; Wakatobi Dive Resort, 2000.

Web sites:      http://www.opwall.com/ and
                http://www.wakatobi.com

---

BLM_0044538

**Box 4.3 Kakum National Park and Conservation Area, Ghana: an example of a successful community-based approach to tourism in a protected area**

Kakum National Park was designated in 1991. The area provides habitat for globally endangered Forest Elephants, Bongo, Yellow-backed Duiker and Diana Monkey, an estimated 550 butterfly species, 250 species of birds, and 100 mammal, reptile and amphibian species. This area is part of the Guinean Forest Region of West Africa, a globally important area of biodiversity.

In order to provide better viewing of the wildlife, an aerial walkway was constructed, the first of its type in Africa. The walkway is 333m in length and is suspended approximately 27m off the ground by eight huge emergent trees. The canopy walkway offers students, tourists and researchers access to the rainforest canopy.

Financial support and guidance came from Conservation International and the U.S. Agency for International Development. The Kakum Conservation Area project was planned and implemented in the belief that ecotourism can be both an effective conservation tool and a successful community development model. It uses a community-based approach to tourism development, which is part of a successful conservation strategy. Tangible benefits to local people include:

- Purchase of agricultural products for the restaurant
- Purchase of furnishings, crafts and services from local artisans
- Provision of guide training to local teachers
- Creation of full-time, direct and indirect employment

Local people were helped to assist and manage their own ecotourism businesses, which create jobs that directly depend on a healthy environment, and motivate people to protect their surroundings. Visitation increased from 700 in 1990 to 80,000 in 1999.

The success of the Kakum project is due to four critical aspects:

1. It was a well-conceived local government initiative;

2. US AID provided long-term and significant financial support;

3. There was consistent and high-quality technical direction provided by Conservation International; and

4. Ghana had a stable political environment and an expanding economy over the period of project development.

The project exemplifies the best of environmentally sustainable tourism. It is an excellent example of local community development, carefully structured to create an ecotourism economic alternative to resource exploitation.

Web site: http://www.conservation.org/xp/CIWEB/regions/africa/west_africa/westafrica.xml

BLM_0044539

**Box 4.4    Soufrière Marine Management Area, St. Lucia: an example of tourism management in a sensitive marine environment**

Soufrière Marine Management Area was established in 1994 near the island of St. Lucia in the Caribbean Sea after a lengthy negotiation process between the government, the local fishing community, dive operators and other shore-based interests. Park tourism income replaced some of the local reliance on fishing, which had caused reef damage. The fishermen gave up access to near-shore fishing areas, in return for other employment opportunities, provision of small business loans and other economic alternatives. The marine reserve now provides excellent fisheries, spawning and replenishment functions for a much larger area.

The marine management area is funded by various government agencies, the sale of goods, user fees and an active "Friends Group" of volunteers. The park is managed by the Soufrière Foundation and Department of Fisheries, under the guidance of a Technical Advisory Committee consisting of key management authorities and user groups. The park attracts around 3,600 yachts, 5,000 boats a year, with 21,000 snorkellers and 12,000 divers.

The park area is divided into zones, each with an activity profile. Some potentially polluting activities are accepted in certain zones. The park managers established a visitor management programme, with specific emphasis on controlling the numbers and activities of the divers attracted to the marine resources. Yacht anchoring is restricted to a few selected areas. In these yacht zones approximately 60 mooring systems have been installed for anchoring. Marine biologists have confirmed that some reefs are already recovering from previous damage.

The park has an active education and interpretation programme. Lectures, brochures, videos and the internet are used to disseminate information on the park and its use. Private dive operators are required to give specific training and guidance to divers.

The Soufrière Marine Management Area also has monitoring programmes designed to measure the change of the ecosystem in response to human activities and environmental enforcement. Routine measurements attempt to track environmental, biological and socio-economic variables at key locations in the area over the long term. Research projects are designed to improve the understanding of the structure and function of the marine ecosystem of the Soufrière coast; they range from studies of coral fish migration to profiles of the Soufrière community.

Soufrière Marine Management Area (St. Lucia) is a good example of careful community development, sensitive tourism development, good planning and multi-stakeholder management. The management frameworks allow visitor use without negative impact on the marine resource. As a result of all the efforts, an important marine resource in the Caribbean Sea is protected and well managed.

*Source*: SMMA, 2000.

Web site: http://www.smma.org.lc/

BLM_0044540

*Sustainable Tourism in Protected Areas*

**Table 4.3     Stakeholders' views of tourism in protected areas**

| Groups | Motivations |
|---|---|
| **Society and local communities** | Redistribute income and wealth<br>Provide opportunities for local businesses to benefit from local resources<br>Increase opportunities for employment<br>Contribute to improved quality of life<br>Gain foreign currency<br>Assist community development<br>Promote the conservation of natural and cultural heritage<br>Sustain and commemorate cultural identity<br>Provide education opportunities to members of society<br>Promote health benefits<br>Expand global understanding, awareness and appreciation<br>Create employment and income<br>Promote conservation and heritage appreciation |
| **Specific to local communities** | Securing additional income<br>As a source of employment<br>Enhance respect for local traditions, cultural values, local environment<br>Access to better services<br>Enhancement of self esteem |
| **Protected area managers/experts** | Promote conservation<br>Develop heritage appreciation<br>Generate revenue (to make a profit or reduce operating costs)<br>Create employment and income<br>Learn from others<br>Build alliances with the local community<br>Develop long-term sustainable economic activity<br>Manage resource extraction<br>Foster research<br>Create a positive experience<br>Generate repeat visits |
| **Tourism operators** | Operate profitably<br>Respond to market demand<br>Identify target markets<br>Develop target markets<br>Exploit market advantage<br>Develop products for target markets<br>Provide markets with services<br>Support visitors and assist them to understand the resources |
| **Tourists** | Enhance personal experiences, which include:<br>➤ cognitive objectives (for example, learning about nature and wildlife)<br>➤ affective concepts (for example, gaining peace of mind)<br>➤ psychomotor desires (for example, getting exercise)<br>feel personal accomplishment<br>gain health benefits<br>participate in a social experience<br>spend quality time with peers<br>meet people with similar interests<br>achieve group team building<br>achieve family bonding<br>explore family history<br>provide the opportunity for courtship<br>reaffirm cultural values<br>promote conservation and preservation |

BLM_0044541

An effective and comprehensive management plan for a park must incorporate an understanding and appreciation of the perceptions of these groups. Failure to recognise and address all of the driving forces of tourism will result in short-sighted management that considers only a small proportion of potential users. When that occurs, there is the potential for troublesome political problems. It is critical that public participation be a central component of all management plan development.

The process used to identify the values, choose amongst alternatives, and to make decisions must be open, participatory, equitable and visible. Those stakeholders whose views are not given priority must be assured that their opinions were nonetheless considered fully.

### 4.5.3  A range of stakeholder involvement processes are available

Many public involvement techniques exist, and Table 4.4 shows these as a continuum. During the course of stakeholder involvement, it may be desirable to use a variety of techniques.

**Table 4.4      A continuum of stakeholder involvement approaches and selected techniques**

| Approach | Description | Selected techniques | Message to the public |
|---|---|---|---|
| **Public information/ education** | "Knowledge about a decision" | Advertising<br>Newspaper inserts<br>Posters | *You want them to know and understand about it* |
| **Information feedback** | "Being heard before the decision" | Briefs<br>Focus groups | *You want them to understand and support your programme* |
| **Consultation** | "Being heard and involved in discussions" | Community meetings or gatherings<br>Conferences<br>Workshops/Problem-solving meetings | *You want to understand them and value their views and input* |
| **Extended involvement** | "Having an influence on the decision" | Advisory groups<br>Task forces | *You seriously expect to implement most of their advice* |
| **Joint planning** | "Agreeing to the decision" | Consultation<br>Mediation<br>Negotiation | *You are fully committed to using the results in all but the most exceptional circumstances* |

*Key:* From top to bottom = Increasing degree of stakeholder involvement
*Source:* Wight, 2002b.

As a general rule, the higher the degree of involvement:

- The more staff time and energy is required;
- The more money it costs to support the process;
- The more detailed and sophisticated resource information is requested by participants;
- The greater is the expectation of stakeholders that their contributions will be valued and used; and
- The greater the visible commitment that must be made to use the results, keep stakeholders informed, and explain any deviations from recommendations or decisions.

BLM_0044542

Since the views of the various stakeholders are often in conflict, it is critical that stakeholders should know which protected area management objectives are paramount, and why. This is discussed further in the following section.

## 4.6  Managing conflict

### 4.6.1  Understanding conflict in protected areas

Conflicts occur whenever two or more groups compete for similar resources and one finds that another group interferes with its pursuit of a particular goal – such as recreation, indigenous hunting or collecting. Within recreation management, conflict may be thought of as *goal interference*. Some conflict is inevitable in protected areas, so the major question confronting managers is how to manage and resolve this.

Four main kinds of conflicts that may occur are discussed below:

*Conflicts between visitors and managers:* Managers have a paramount responsibility for the protection of protected area values, so their view may conflict with what park tourists are seeking. For example, managers may want to minimise human interference with wildlife habits, and thus restrict where and how visitors view and photograph animals. Visitors may want to get as close as possible to animals in order to take a good photograph. These two groups thus experience goal interference with each other. Managers may help to reduce the conflict by explanations (e.g. why it is important for visitors to remain distant from wildlife).

*Conflicts between recreationists in the same activity*: Conflicts can occur within one recreational activity. They may arise when an area is crowded or when a group is engaged in behaviour considered to be inappropriate, unacceptable or obnoxious by others. Inter-recreation conflict can occur due to different skill/experience levels amongst the recreationists. For example, amateurs with naïve approaches can upset experienced nature-photographers. Zoning, education and information, dispersal of use or enforcement of regulations may reduce such conflicts.

*Conflicts between recreationists engaged in different activities*: Conflicts can occur between different recreation activities (e.g. between people engaged in motorised and non-motorised recreation, and between people engaged in *active recreation*, such as bicycling or four-wheel driving, and those engaged in *passive recreation*, such as wildlife viewing, photography or nature study). Zoning, either spatially or temporally, is one of the best ways of reducing these conflicts.

*Conflicts between recreation and non-recreation activities*: Strong conflicts can occur between recreation and non-recreation activities (e.g. in those protected areas where land is used for farming, timber harvesting or mining for example). Wildlife viewers and timber harvesters often hold conflicting views about protected area use. Careful zoning, management of visitors and of the non-recreational activity, and information about why the activity is permitted, may help reduce the extent of the conflict. In protected areas where such uses as traditional forms of agriculture are considered part of the landscape heritage and support wildlife (mainly Category V areas) such information will need to emphasise the conservation benefits that some resource use can bring. In many parks the non-recreation activity is banned, thereby removing the on-site conflict, and moving it into the larger political arena.

BLM_0044543

**Table 4.5   Assessment of community involvement techniques**

| Techniques | Objectives | | | | Assessment | | | |
|---|---|---|---|---|---|---|---|---|
| | Information giving | Information receiving | Information sharing | Participatory decision-making | Level of contact with community | Ability to handle specific interests | Level of two-way communication | Ability to resolve conflict |
| Information sheets and brochures | • | | | | ✓✓ | ✓ | ✓ | ✓ |
| Displays and computer simulations | • | | | | ✓ | ✓ | ✓ | ✓ |
| Media campaigns | • | | | | ✓✓✓ | ✓ | ✓ | ✓ |
| Draft documents (plans and policies) | • | | | | ✓ | ✓ | ✓ | ✓ |
| Review of plans and publications | | • | | | ✓ | ✓ | ✓ | ✓ |
| Political environmental assessment | | • | | | ✓ | ✓✓ | ✓ | ✓✓ |
| Information hotlines | • | • | | | ✓✓ | ✓✓ | ✓✓ | ✓ |
| Discussion papers | • | • | | | ✓ | ✓ | ✓ | ✓✓ |
| Individual stakeholder interviews | • | • | | | ✓ | ✓✓✓ | ✓✓✓ | ✓✓ |
| Telephone polling and surveys | | • | | | | | | ✓ |
| Guided tours | • | • | • | | ✓✓ | ✓✓ | ✓ | ✓✓ |
| Public meetings | • | • | • | | ✓✓ | ✓ | ✓✓ | ✓ |
| Stakeholder meetings | • | • | • | • | ✓ | ✓✓ | ✓✓✓ | ✓✓✓ |
| Advisory committees | • | • | • | • | ✓ | ✓✓✓ | ✓✓✓ | ✓✓✓ |
| Focus groups | • | • | • | • | ✓✓ | ✓✓✓ | ✓✓✓ | ✓ |
| Workshops | • | • | • | • | ✓✓✓ | ✓✓✓ | ✓✓✓ | ✓✓✓ |

*Key*:  • Most appropriate for achievement of objectives: ✓ limited performance; ✓✓ reasonable performance; ✓✓✓ good performance
*Source*: Hall and MacArthur (1998) adapted from various sources.

57

*4.  Planning for protected area tourism*

BLM_0044544

### 4.6.2  Public involvement techniques to reduce conflict during planning

Since recreation conflict is due to goal interference, there are two basic approaches to the resolution of conflict. One is to develop an understanding of the goals, and then establish a management regime that allows for goal fulfilment without interfering with the goals of another. The other is to try to change the goals. To resolve differences, there has to be acknowledgement and some integration of a range of values. A range of approaches is possible: all the way from forcing one group or interest to capitulate, or at least compromise, on a strongly held position, to a more constructive collaborative approach.

Table 4.5 assesses a range of community involvement techniques. As some conflict is unavoidable, the main focus in its resolution should be management rather than prevention. Also, not all conflicts can be successfully resolved. Resolving conflicts requires that managers use a variety of tools and involve those impacted by the conflict in the management process. Usually, resolution involves better and more communications. In some cases, formalised conflict resolution, processes such as negotiation, and arbitration, will help resolve matters. In others, more informal co-operative and collaborative processes may be successful.

The outcome of a dispute is likely to involve one of three approaches:

*Prohibition of certain activities*: Prohibition is a controversial, but sometimes necessary approach. However, once potential visitors know the rules, they can choose whether or not to visit.

*Separation of activities in time or in space*: Temporal and special zoning are common planning outcomes. Zoning is relatively easy to understand, communicate and implement.

---

**Box 4.5   Marine Protected Areas, Republic of Maldives: An example of successful prohibition of activities for protection**

In 1992, a survey by the Government of the Maldives found that over US$2 million was spent per year by divers who came to watch sharks. It was estimated that reef sharks are about 100 times more able to generate revenue if they are the basis of dive operations, than if they are the basis of a shark fishery. Thus there was a sound economic case for protecting reef sharks, at least within the tourism zones (25 selected sites).

In these areas, prohibited activities included: anchoring (except in an emergency), coral and sand mining, rubbish dumping, removal of any living and non-living resources, and fishing of any kind. Objectives were to protect important dive sites, conserve biodiversity and sustainable development of tourism.

Tourist divers were used to keep track of people breaking the law deliberately or through ignorance. They report their findings. This has created awareness among locals of the importance of many values. As a result, there has been no illegal mining or garbage dumping. However, there is still a need to restrain some visitor practices, such as casual boat anchoring.

The lessons from this project are that marine life can be preserved and protected through regulations, but increasing public awareness is an essential part of this strategy.

*Source*: WTO, 2001.

---

*Provision of information and education:* Information can be used to influence a visitor's goals and his or her activities. However, those with strongly held views are often not amenable to education programmes.

Once decisions on how to address a conflict have been taken, action should follow and must be made to stick. For example, if zoning is instituted, an activity is banned or a permit system developed, the park managers should ensure implementation. Since some people may not accept the decisions, there is, unavoidably, a need for enforcement. It may even be necessary to use legal and policing powers to enforce the agreed-upon measures. Box 4.5 describes a successful outcome of enforcement action of this kind.

## 4.7  Plan development and implementation

Once a plan or a policy has been agreed upon, it must be implemented. A first step is its communication to all stakeholders. Typically, a published document is distributed to all those involved in the plan or policy's development and implementation. Recently, many protected area agencies have placed their policies and plans onto Internet sites, for easy and rapid distribution.

Chapters 5, 6 and 7 flow from Chapter 4, and provide details of plan development and implementation. Chapter 5 deals with the sensitive and sustainable design of park infrastructure and services. Chapter 6 addresses challenges in park tourism planning, and sets out various management frameworks which have been developed by park agencies to assist with the task. Chapter 7 reviews the tools that can be used to manage park visitation and tourism. The choice of these tools and their application within the protected area management plan is at the heart of tourism planning in protected areas.

Implementation involves the carrying out of the plan, and involves the deployment of financial and human resources. Chapter 8 deals with the economic aspects of protected area tourism. Chapter 9 describes financial aspects of park management, and Chapter 10 those of human resource management. Implementation must of course be kept under constant review, and Chapter 11 therefore covers the questions of monitoring and evaluation.

BLM_0044546

# 5. Sensitive development of infrastructure and services

All protected areas, other than those in IUCN Category Ia, require some level of visitor service infrastructure. This may be no more than an information sign in a nature reserve, or as prominent a feature as a village or small town of importance to tourism in a protected landscape. All infrastructure must be located with care because it can be so intrusive. Tourism-related structures must also be very carefully designed and operated. They should reflect protected area values and clearly accord with park policy.

Protected area managers need to reflect on the fact that they manage a cultural and a natural area, and a site that often assumes a very different state from that which once prevailed. Some protected areas accommodate "pockets of urbanisation" within a larger environmental and cultural matrix. Infrastructure and services serve the people now using the area, and these are often much different from that which occurred previously. These services fulfil needs such as sanitation, food provision, lodging, information, transport and safety. The key is the provision of the services that best fulfil visitor needs, while minimising negative impacts.

**Tendele, Royal Natal National Park, Kwa-Zulu Natal, South Africa**



Culturally and environmentally sensitive structures enhance the park visitor's experience.
©*Paul F. J. Eagles*

BLM_0044547

While some protected areas are rarely visited, others accommodate large numbers, far exceeding the size of the local population. For example, in Kakadu National Park, Australia, there are now thousands of people around the visitor centre on many days during the peak visitor season, whereas 30 years ago, before the proclamation of the first part of the park, only a handful of people visited the area annually. In the case of several UK national parks (Category V areas), visitor numbers occur in the range 10 to 20 millions annually.

It is clear that visitor services both stimulate park use by people and also direct these uses. Wherever possible, therefore, park infrastructure and visitor services should help to enhance visitor understanding of key park themes and values. Good design makes visitors more comfortable and responsive to the special place that they are visiting. Visitors who feel they are well looked after will value the park more and are likely to assist in its protection. An increasing emphasis on a customer focus has developed in recent decades. Park visitors' needs are now more carefully investigated through planning and research, and monitored through comments cards and satisfaction surveys. Indeed, a mark of a well-managed protected area is that the planning of the infrastructure and services for visitors is based on an understanding of the needs of existing and potential users.

Good design is important because well-designed enterprises are the most successful. They function better, and attract more visitors. Moreover, good design need not be expensive.  Often success depends on simple solutions and easy maintenance.

## 5.1   Culturally sensitive design and operation

Culturally sensitive design and operation are essential in the provision of visitor ser-vices. This calls for patience, tolerance and a sense of fairness on the part of the protected area manager but most of all it requires a sensitivity to heritage issues and values. *Heritage* is a broad concept, encompassing not only wildlife and landscapes, but also historic sites, architectural features, collections, past and continuing cultural practices, including ceremonies, rituals, events, even language, traditional knowledge and living experiences. Moreover, different nations, peoples and individuals have varied notions of heritage: for some, it is buildings and structures; for others a way of life and a living culture. Some communities view the historic heritage as dating from, say 150 years or more; for others, less than 50 years will suffice.

Because heritage is so culturally specific, great care should be taken to understand heritage values before designation of protected areas. While tourism may provide a special impetus towards the conservation of such areas, both by raising profile and providing funds, managers of protected areas should always be sensitive to the special needs of cultural sites of all types. Cultural resources designated as heritage under legislation will require special attention, but since the cultural impact of tourism can extend well beyond designated heritage sites, there is always a need for careful cultural impact understanding and management. A key issue for managers is who is involved in making the decisions that affect cultural heritage, and what is the process for decision-making.

The International Council on Monuments and Sites (ICOMOS) develops approaches to the conservation and use of cultural heritage. For example, the organisation has developed guidance, or charters, for handling a broad range of situations, including:

BLM_0044548

*5. Sensitive development of infrastructure and services*

- ■ Historic gardens and landscapes
- ■ Historic towns
- ■ Archaeological heritage
- ■ Underwater cultural heritage
- ■ Monuments
- ■ Cultural tourism

ICOMOS developed a Charter on culture and tourism in 1999, the key management elements of which are presented in Table 5.1.

**Table 5.1 Guidance from the 1999 ICOMOS Charter**

| Element | Guiding directions |
|---|---|
| Authenticity | Retention of authenticity is important.<br>Interpretation programmes should:<br>• Enhance the appreciation and understanding of that cultural heritage;<br>• Present the significance of the culture in a relevant and accessible manner;<br>• Use appropriate, stimulating and contemporary forms of education, technology and personal explanations; and,<br>• Encourage high levels of public awareness and support of heritage. |
| Employment | Tourism should:<br>• bring benefits to host communities and provide an important motivation and means to maintain their heritage and cultural practices;<br>• Promote equitable distribution of benefits of tourism, through education, training and creation of employment opportunities; and<br>• Encourage training and employment of local guides and interpreters.<br>Managers should:<br>• Carefully address the potential impact of visitors on the characteristics, integrity and biodiversity of the place, local access and the social/economic/cultural well-being of the host community; and<br>• Select circulation routes to minimise impacts on integrity of place. |
| Respect | • Respect sanctity of spiritual elements, values and lifestyles of the host.<br>• Respect rights and interests of the community, property owners and indigenous peoples, who may have traditional rights over their own land, or wish to restrict certain activities, practices or access.<br>• Encourage and help all parties to understand and resolve conflicting issues.<br>• Conservation should provide well-managed opportunities for visitors and members of the host community to experience and understand that community's heritage and culture, first hand. |
| Culture | • Encourage visitors to experience the wider cultural/natural heritage of the region.<br>• Involvement of all parties, including local and/or indigenous community representatives is necessary to achieve a sustainable tourism industry. |
| Economic returns | • Allocate a significant proportion of revenues to protection, conservation and presentation of places, and tell visitors about this allocation.<br>• Ensure that distribution and sale of crafts and products benefit the host community. |
| Visitor satisfaction | • Ensure that the visitor experience is worthwhile, satisfying and enjoyable.<br>• Present high quality information to optimise visitors' understanding of heritage and need for protection.<br>• Provide appropriate facilities for comfort, safety and well-being of the visitor.<br>• Ensure tourism promotion creates realistic expectations.<br>• Minimise fluctuations in visitor arrivals and even the flow as much as possible. |

BLM_0044549

| Element | Guiding directions |
|---|---|
| **Consultation and evaluation** | • Continuing research and consultation are important to understanding and appreciating the heritage significance of the place.<br>• Involve host communities in planning for conservation and tourism, and establishing goals, strategies, policies and protocols.<br>• Evaluate the ongoing impacts of tourism on the place or community. |

*Source*: ICOMOS, 1999.
Web site: http://icomos.org/tourism/charter.html

## 5.1.1  Protection and use of the built heritage

There are basically four approaches to protecting and using the built heritage:

1. *Preservation:* the stabilisation and protection of existing structures and artefacts;

2. *Restoration:* the repair of the structures and artefacts where replacements of missing parts should integrate harmoniously with the whole;

3. *Re-creation:* the creation of a new structure or artifact that faithfully replaces one that is lost, destroyed or too fragile to use; and

4. *Adaptation:* the restoration of part of the structure, but with change in another part, to make it more useful, for example for tourism.

The tourism use of the built heritage raises difficult technical issues, such as accommodating human movement, disseminating visitor information, safety and security for buildings and people, food provision, and services like electricity, sanitation and water distribution. Employees' needs must also be considered. Tourism demands can be handled within a restored and adapted building, though imaginative solutions are often required. The preservation and restoration of built heritage must be very carefully planned and executed: the aim should be to provide for tourists in the best possible way, using good interpretation, while ensuring high quality heritage preservation.

**Guidelines** for any new building (for tourism use, for example) in the context of the historic built heritage include:

■ Work with the character of existing buildings;

■ Be sympathetic to the local vernacular style and materials (though this is not incompatible with contemporary architecture);

■ Pay careful attention to the setting; and

■ Involve the stakeholders in finding the architectural solution.

## 5.1.2 Interpretation and education for cultural heritage

Cultural heritage only really comes alive for the visitor through well-designed and implemented interpretation and education programmes. Interpretation is required to communicate the significance of an area to visitors, and to members of the host community, and the need for its conservation. Interpretation should aim to develop awareness of, and respect for cultural and heritage values, the present-day community and indigenous custodians of the heritage, and the landscapes and cultures within which that heritage has evolved. It should help develop support for the stewardship of the site.

BLM_0044550

A professionally-planned heritage interpretation programme involves: the careful determination of interpretation themes; the choice of media to present the themes; the presentation of the material; and the evaluation of the presentation. In selecting themes, managers should note that individual aspects of the heritage within a protected area would have differing levels of significance, from local to international. Interpretation programmes should present that significance in a manner relevant to the visitor but also to the host community. The visitor should always be informed of the cultural values of a particular resource.

Cultural heritage interpretation differs somewhat from natural environment interpretation because of the fragile and irreplaceable aspects of many cultural artefacts and because much heritage is still "owned" by a living culture. Moreover, cultural presentation often involves careful analysis of the cultural conflicts involved in the presented themes. For example, a war site commemorated in a national historic site has different interpretations for the different cultures involved in the conflict. Each of these must be presented honestly and openly. Getting the message right can be challenging: failure to do so can lead to politically-charged situations.

## 5.2  Environmentally sensitive design and operation

### 5.2.1 Standards and guidelines

Tourist facilities and programmes within protected areas should act as standard-setters in environmentally sensitive design and operations. Good design and sympathetic operations can increase local and visitors' awareness of key park values, and demonstrate to all visitors the protected area management's commitment to environmental protection. This can be done by:

- Minimising the negative environmental impact of visitor support services;
- Creating an atmosphere in which visitors feel they are in a special place; and
- Setting an example of environmentally sensitive design and operation practices, to educate and demonstrate the value and practicality of sustainable, innovative and effective solutions.

The need for, and level of detail of, each aspect of planning and design will vary according to individual circumstances. The Tourism Council of Australia (1998) and the National Park Service of the USA (1993) have both published excellent guides to environmental design in parks and tourism. Table 5.2 provides **Guidelines** for environmentally and culturally sensitive design and operation. Boxes 5.1 and 5.2 are two examples of some of these values put into practice.

BLM_0044551