*Sustainable Tourism in Protected Areas*

**Table 5.2    Guidelines for environmentally and culturally sensitive facilities**

| Aspect | Guidelines |
|---|---|
| **Environmental impact assessments** | Consider whether or not a statutory or informal environmental assessment is required, including ecological, social, cultural and economic evaluation. <br><br> Develop a mitigation plan, where required. |
| **Landscaping and site design** | Develop a context plan – examining the entire surrounding area and community, including valued views and resources. <br><br> Develop a management plan for the site, including the relationship with the surrounding/ adjacent protected area, addressing zoning and access. <br><br> Develop a site plan, focusing on detailed design. This should minimise site disturbance, physical intrusion and intervention. <br><br> Tree management considers tree retention, relocation or replacement. <br><br> Plant vegetation to supply a more natural environment that provides habitat for birds, mammals and other wildlife. <br><br> Use indigenous species for landscaping. <br><br> Consider cultural aspects of site. <br><br> Ensure linkages are considered (for land use, human circulation, nearby trails, other facilities, outpost camps, etc.). |
| **Built facilities** | Height and mass should be in scale with existing vegetation and topography. <br><br> Design guidelines should recognise the history of place, cultural characteristics and indigenous or vernacular design features, colours, etc. <br><br> Facilities should be constructed for energy efficiency, using renewable energy wherever possible. |
| **Resource conservation and consumption** | Design and operate services so as to minimise use and production of water, energy, waste, sewage, effluent, noise, light and any other emissions. <br><br> Encourage the use of renewable sources of energy. <br><br> Consider a permaculture approach (which mimics the interconnectedness and diversity of flora and fauna in natural systems) to turn waste into resources and problems into opportunities. |
| **Materials** | Materials should be indigenous, appropriate to the area, and involve low maintenance. <br><br> Materials used in construction should be "sourced" to ensure that they come from sustainable production systems, or should be recycled where appropriate. <br><br> Ensure that all materials brought onto the site for construction are used – apply a "no waste" condition to contractors. |
| **New and low impact technologies** | Use new technologies in construction and operations where appropriate, practical, cost effective, and where there are no perverse effects elsewhere (e.g. "smart" room controls and sensors, low heat transfer glazing assemblies, free cooling/heating, energy from solar/ wind/micro-hydro, power controls for energy savings, re-use of produced heat, etc.). <br><br> Use new technologies, which are more effective in stand-alone equipment and vehicles, as well as in facilities. |
| **Services** | Develop and implement service standards to meet the needs of all stakeholders – visitors, agencies, private sector, staff. |
| **Quality control** | If guidelines and conditions of operation of the protected area agency are clear, reporting or decisions should be simple and clear. <br><br> Baseline information should be maintained (ideally from pre-construction) so as to assess what, if any, impacts may occur as a result of construction and operations. These may be very simple observations, or quite complex. <br><br> Set conditions of operation and timelines such that the developer/concessionaire can afford to invest in quality and visitor satisfaction, as well as obtain a reasonable return on the investment. <br><br> Initiate regular meetings with managers and facility operators to help resolve problems or issues. |

BLM_0044552

*5.  Sensitive development of infrastructure and services*

| Aspect | Guidelines |
|---|---|
| **Green practices** | • Develop green purchase policies.<br>• Use biodegradable cleaning products.<br>• Use alternatives to watering, such as mulching, alternate mowing and composting.<br>• Develop an integrated pest management plan.<br>• Use bulk or re-usable storage containers.<br>• Keep all systems and equipment well maintained, since all systems degrade in efficiency over time.<br>• Encourage staff vehicle pooling for staff transport to site.<br>• Ensure marketing materials are environmentally sensitive, and use electronic communications. |
| **Programming** | • Reward staff for creativity and monitoring.<br>• Involve visitors in developing ongoing improvements.<br>• Manage human use – a human use strategy (see above) assists this.<br>• Consider partnerships with others (e.g. other public agencies) to assist in programming.<br>• Develop high staff to client ratios.<br>• Build monitoring into programme activities. |
| **Relationship with the local community** | • Consult with the local community before development or significant changes in activities.<br>• Donate surplus or left over goods to local charities or causes (e.g. soaps, bed linens, amenities, foods).<br>• Maximise employment opportunities with the local community.<br>• Buy goods and services locally, and encourage "green" products and services, where none are available.<br>• Assist local organisations, provide discounted services, or donate a percentage of fees or profits to a worthy local cause.<br>• Encourage visitors to spend more time locally.<br>• Offer work experience or training options locally. |

---

**Box 5.1   Sabi Sabi Private Game Reserve, South Africa: an example of environmentally sensitive sewage management at a private reserve**

Sabi Sabi is an 800ha private game reserve, adjacent to Kruger National Park, which was used for cattle grazing prior to its purchase in 1974. It has had a lion and white rhino reintroduction programme, and is now used for big game viewing. It supports 130 employees, over 100 locals, together with their families. Its main contribution to conservation is to protect the area from clearance for settlement, agriculture or cattle grazing, through low-volume, high-value tourism. Its contribution to community development is through employment, training and purchase of local products and services.

There are three operating lodges. An artificial wetland is a key part of the sewage treatment system. Sewage is collected by gravity feed to a 3-chambered 10,000-litre holding and separation tank. Sludges are pumped out and trucked away, as needed. Liquids are pumped to settling ponds, and electrified fences protect adjacent vegetation. Water drains gradually through plant roots to a small swamp area. The ponds and swamp support a range of waterbirds, including the saddle-billed stork, which feeds on frogs.

*Source*: Buckley and Sommer, 2001.
Web site: http://www.sabisabi.com/

BLM_0044553

### 5.2.2  Design of public and private sector facilities

There is a continuing debate on the appropriate mix of operating approaches to visitor facilities. The most common options are: park agency, concessionaire, Friend's Groups, NGOs and local communities. However, in situations where land is mainly under private ownership, services like accommodation and catering will be provided by the private sector without direct control from the protected area agency (though it may be able to determine the location and form of that service through controls operated under a land use planning system). Each option has its advantages and disadvantages. The key factors in making the decision are: government policy on private involvement; fiscal consider- ations; the administrative structure of the protected area agency; and its capability to manage. Whatever option is chosen, the facilities need to be designed and managed as sensitively and efficiently as possible, following the guidance in Table 5.2. In the following sections, key aspects of the design of camp-sites, roofed accommodation, interpretation facilities and transport facilities are each considered.

### Camp-sites

The provision of comfortable accommodation in camp-sites, and in roofed accom- modation (see below) in the North American national parks was probably crucial in building the strong constituency that the parks movement enjoys today.

Many countries provide camping facilities within protected areas, ranging from basic camp-sites in remote areas, to large constructed camp-sites with extensive infra- structure. Parks Canada's (1992) Camping Manual illustrates one agency's approach to camp-sites. It describes the role of camping in national parks, the development of a service strategy, and the design, construction, maintenance and operation of camp- sites.

Facilities associated with camping in wilderness and backcountry situations should be as simple as possible, appropriate to the level of use, and appropriate to the degree of allowable impact. Well-designed facilities for backcountry camp-sites can minimise human impact on remote sensitive environments: for example, simple pit toilets are much preferable to widespread distribution of human waste. "Front country" camp-sites often include showers, laundry facilities, children's play facilities and interpretation facilities. All should follow principles of environmentally sensitive design (Table 5.2).

---

**Box 5.2    River Cove Group camp-site, Kananaskis Country Provincial Park, Alberta, Canada: Use of solar power at an unserviced camp-site**

The River Cove camp-site serves provincial, national and international visitors. Most of the camp-sites in the area have toilets and shelters, but have no power supply for lighting. In 1988 photovoltaic (PV) powered fluorescent lighting systems were installed to extend camp-site use after dark. One was at a public shelter, and one at a public toilet. The systems are triggered by motion sensors, and are turned off by a delay switch.

Installation of a PV system is more cost effective than connecting with a utility grid. Although initial capital cost is high, there is virtually no maintenance cost once the system is installed. It is simple, reliable, and requires minimal maintenance. Visitors have shown a lot of interest in the system, and ask questions about it, thus creating an opportunity to give out "green" messages.

---

BLM_0044554

Waste disposal is an important issue for all camp-sites. Solid garbage waste requires landfill disposal either inside or outside the protected area, so plans to reduce waste generation are highly desirable. Self-composting toilets can significantly reduce sewage disposal problems. Many protected areas near cities and towns especially can take advantage of collection and recycling programmes for metal, paper and glass. Others can generate their own solutions. For example, Algonquin Provincial Park in Ontario, Canada introduced a ban on cans and bottles for all backcountry hiking and canoeing areas. The private sector responded by providing a full range of food and supplies in packages that are light, easy to burn or carry back out. The result was the virtual elimination of the garbage problem in the interior of the park.

**Roofed accommodation**

Many visitors require overnight accommodation. If the protected area is small, they are probably best accommodated in nearby towns, villages or home stays; the same of course will apply in the case of protected areas, usually Category V, that contain such settlements within their boundaries. In such cases, there will be a particular need for good transport, preferably public transport, to provide access to and within the protected areas, and especially to such focal points as information centres and take-off points for walking trails and toilets.

There is a vigorous debate about the merits of allowing built accommodation within Category I to IV protected areas (in principle, their presence in Categories V and VI protected areas is not controversial). In the early days of national parks, it was almost axiomatic that protected area-based tourism and built accommodation went together. Today, too, many of the larger parks and game reserves in Africa, for example, construct accommodation in the parks to serve their visitors. In many other countries, however, there is opposition to accommodation in these kind of protected areas; instead it is felt that such development should take place in nearby communities.

There are some good arguments for locating built accommodation (ranging from resort-style buildings to lodges or cabins) within Category I to IV protected areas, particularly where the areas are large:

- The protected area managers have stronger control over the accommodation complex and the ways visitors use the protected area;
- The visitors spend most or all their time within the protected area, which should increase their appreciation of it, and there is less need to use transport;
- Well-designed accommodation and service facilities can attract visitors to under-utilised areas; and
- Through fees and other financial arrangements, the protected area benefits from the money spent on accommodation and meals.

Against that, it can be argued that:

- Tourist accommodation is *per se* out of character with an essentially natural area, being often visually intrusive and potentially polluting;
- Tourist development requires a range of services, usually brought in by road, which create a secondary impact on the protected area;
- Tourist accommodation has an in-built potential to grow and, once established, is difficult to restrain; and

BLM_0044555

■ By providing the centre of tourist activity outside the protected areas near established settlements, it is easier to bring benefits to local people (especially to women, who need to be near their children) and will minimise their need to travel to work.

Decisions on the location of accommodation in relation to protected areas involve many other issues, especially financial ones. Construction costs are always higher in remote areas. Where visitation is highly seasonal, it is difficult to attract capital for such a venture, whether from government or the private sector. Often, too, only limited term leases are allowed inside the protected area, which makes the project less attractive to the private sector and venture capital. Nonetheless, there have been a number of new accommodation centres built in important Category I to IV protected areas in recent years, for example the relocation of cabins in Sequoia National Park, California, and several new lodges constructed in Tarangire and Serengeti National Parks in Tanzania. But wherever such roofed accommodation is constructed, it should be done in the most culturally and environmentally sensitive way.

### Information, orientation and interpretive facilities

Signage, and other information and interpretation can be used to influence visitor behaviour and thus assist protected area management, for example by safeguarding fragile environments. Though the movement of visitors in vehicles or on foot is likely to cause far more impact than the signs, they can be overbearing and intrusive; and many protected area management agencies conduct periodic audits to guard against the overuse of signs. Some park agencies have signage policies, to ensure standardised approaches throughout the park, indeed throughout the protected area system. A few protected areas have developed special arrangements with local transport authorities, so that road and transit signs to, and within, the protected areas contain directional information.

Visitor centres represent major investments in protected areas, and provide a broad range of information, interpretation, safety and recreation services. Since they are focal points for traffic, they should:

■ be appropriately located, normally near the park entrance in the case of Category I–IV protected area; and

■ adhere to the basic guidelines of construction and operation illustrated in Table 5.2.

Although visitor centres are not essential, they are used to fulfil important management tasks, especially in protected areas that attract large numbers of visitors. Many such protected areas have two or more visitor centres, often sited near the main entrances to the park.

In the past, visitor centres were rarely targeted to any particular market segment, and no arrangements were made to obtain feedback from visitors. Many centres have become quite dated, and need upgrading to remain stimulating to visitors and to fulfil their role. Because they are expensive to build and operate, they are often the most costly single item of investment in the protected area. The danger is that they can become a "white elephant", whether due to poor location, out-of-date design, inappropriate messages or lack of maintenance.

BLM_0044556

The best of today's new visitor centres are located in positions which attract the most visitors and fulfil many functions. Though they need to be discreetly designed, carefully sited and sympathetically landscaped, they must nonetheless work. In other words, they should draw visitors into the building, persuade them to look at the displays and lead them out, better informed, into the real protected area itself. Thus, to be successful, visitor centres must build in a strong interpretive component, help visitors to understand the significance of the area, and thus assist the protected area manager as well. Many centres also contain stores and restaurants, providing useful services to the visitors and important sources of income to the park. Providing the fundamental mission of the protected areas is not lost sight of, the provision of services of this kind can be beneficial to all concerned.

## 5.3  Transportation and infrastructure

Transportation infrastructure within protected areas provides visitors with access to opportunities for understanding, appreciation and enjoyment. In many parks such transport will also be important as a service to local people. However, this usually means motorised transport, which can have major negative impacts. Noise, pollution and dust can disrupt wildlife, damage vegetation and affect water quality. Visitors, too, may be affected, although this is a matter of perspective: those who are hiking in a remote chasm will probably be much more annoyed by the noise of a helicopter than the sightseers within the aircraft.

Transportation infrastructure (roads, tracks, airstrips, boat landings, etc.) often has very significant impacts on protected areas, even when its primary purpose is to allow better access by managers (e.g. airstrips to assist in surveillance or fire trails). Trails for the use of management alone are often one of the most difficult parts of protected area infrastructure to manage. Infrastructure of this kind can be expensive to put in and to maintain. It may also fragment ecosystems and seriously affect wildlife movements. Therefore, its design, routing and management must be carefully planned, especially since there is often pressure to open it to public use.

Many protected areas inherited some infrastructure (e.g. tracks or airstrips made by miners or loggers), which tends to be retained, or only slightly modified. While this may be the easiest option, it is rarely the best in the long term. Provided there are no urgent matters, e.g. those involving visitor safety, it is worth considering whether such roads should be taken out entirely.

Older infrastructure can be unsafe, especially as tourist traffic increases, and this can lead to accidents. For example, in 1997 an old "pre-park" road, designed to be used for only a few years, collapsed due to a leaking water pipe, leading to the death of 18 people in Kosciusko National Park, New South Wales, Australia. While older transport infrastructure may be unable to handle increasing numbers of visitors, this can be the stimulus to innovative solutions. In Kosciusko, again, the chronic overcrowding of roads into the Perisher Valley ski area was resolved by constructing a train tunnel through the mountain. Skiers and other visitors now leave their cars just inside the park boundary and travel to the ski area by train.

In many protected areas, the road system is essentially a part of the public road network and in many protected areas of all kinds, the roads are owned and managed by the local transportation or highways authority. Some protected areas indeed are tra-

BLM_0044557

versed by national highways. This can create access, cost and communication problems, since people moving through the protected area mix with the park's recreational traffic. Such situations require careful negotiation and plan development, so that the protected area's objectives, and its environment, are not compromised.

## 5.4 Evaluating development proposals

Protected area managers are frequently faced with proposals for developments of various kinds related to recreational development, while those in Category V areas may be asked to determine all kinds of development projects. Developers seeking permits or licences to build or in other ways affect the environment are normally asked questions about physical aspects of the proposed development so as to help the protected area agency to determine the impact of the proposal. Working with partners, the former UK Countryside Commission (now Countryside Agency) has developed a checklist of questions that can be asked regarding tourist-related development in national parks. They are modified here and developed as **Guidelines**, in the form of a checklist for the use of managers and developers:

**Checklist of questions for proposed facilities and services in the protected area**

- Is the scale of development right for the protected area, both physically and in terms of visitor numbers, and timing of their visit?
- Are there alternative uses of the site, which should be considered?
- How will the character of the site be conserved?
- What economic value will the development bring to the protected area and to the local community?
- How important will the proposed development be to supporting the protected area's goals and objectives, and will it support any other (traditional) activities?
- What, if any, will be the effect on traffic?
- What is the level of demand for the proposed facility or service, and the value to the visitor?
- Do similar facilities exist now in the general location, and how well used are they?
- What are the proposals for the subsequent management and maintenance of the site?

Answers to these questions will assist in evaluating the need for the proposal itself, as well as establishing any modifications that are required to it.

Box 5.3 is an outstanding example of many of the applications, in a developing country, of the good practices advocated in this chapter.

BLM_0044558

**Box 5.3    Chumbe Island Coral Park, Tanzania: Private ecotourism with environmentally and culturally sensitive design**

Chumbe Island is the first private marine park in Tanzania. It is located in the Indian Ocean, and centred on a 24ha uninhabited island, surrounded by a very significant coral rag forest and coral reef of exceptional biodiversity and beauty, in an otherwise heavily over-fished and over-exploited area.

In 1992, the Chumbe Island Coral Park Ltd (CHICOP) was created for the purpose of creating and managing the park. This operation aims to create a model of sustainable management, where ecotourism supports conservation and education. The reserve includes a reef sanctuary and a forest sanctuary.

Funding came from several sources. About two thirds of the US$1 million cost was provided by a private individual who initiated the project. The remainder came from many government and private donors. The idea of developing an ecotourism site that could contribute to conservation and community development was attractive to many people. As a result more than 30 volunteers, from several countries, provided professional support to the project.

The management of the site by CHICOP is assisted by an Advisory Committee with representatives of neighbouring fishing villages, the Institute of Marine Sciences (IMS) of the University of Dar es Salaam and Government officials of the Departments of the Environment, Fisheries and Forestry respectively. The Committee meets one or more times per year.

The tourism facilities include seven bungalows that accommodate up to 14 guests at any one time. In addition, day trips are offered to 12 more visitors. The environmentally sensitive design is revealed in the eco-bungalows, which all employ eco-architecture, in the following ways:

- *Rainwater catchment*: There is no fresh water on the island, so rainwater is collected from the roof in the rainy season, passed through a natural filter, and stored in underground cisterns.
- *Solar water heating*: Rainwater is pumped up from cisterns through a solar-powered heating system into hot and cold-water containers for the shower.
- *Greywater recycling*: Water from showers is recycled through plant beds so that no polluted water seeps into the Reef Sanctuary. Beds are planted with species with high water and nutrient requirements, appropriate for the shower water rich in nitrates and phosphates.
- *Natural ventilation*: All the buildings have natural ventilation.
- *Composting toilets*: Toilets economise on water. They also prevent sewage seeping through the porous ground into the Reef Sanctuary. The human waste quickly decomposes to natural fertiliser when mixed with compost (aerobic-composting) in the compost chamber.
- *Photovoltaic power*: Lights are powered by photovoltaic panels on the roof, which provide enough energy for average use.

Cont.

BLM_0044559

*Sustainable Tourism in Protected Areas*

**Box 5.3   Chumbe Island Coral Park, Tanzania: Private ecotourism with environmentally and culturally sensitive design (cont.)**

The Chumbe Island development reveals considerable long-term vision in the selection of objectives and in planning. Besides the design features, there are a number of socio-economic benefits. Five former fishermen from adjacent villages trained as park rangers for the island participate actively in monitoring the Reef and Forest. They have had guide training for visitors, including snorkellers. Marine and intertidal nature trails have been developed and equipped with "floating underwater information modules" and laminated information cards. These trails and materials are available to both tourists and local people. CHICOP cooperates with NGOs, and re-invests profits in conservation, land management and free schoolchildren's day visits for environmental education.

Web site: http://www.chumbeisland.co

BLM_0044560

# 6. Managing the challenges of tourism in protected areas

## 6.1  Management of risk and safety

All outdoor recreation involves some level of risk. Dealing with such risk is an important component of park tourism management. Visitor risk management is the systematic identification, analysis and control of the broad range of visitor risks, which threaten an agency or its ability to achieve its objectives.

### 6.1.1  Risk management

A *risk*, in the broadest sense, involves exposure to an unintentional event or situation that can cause a loss. The loss for a protected area management might be as simple as the pain of a twisted ankle or as complex as a liability claim ending in a lawsuit. Risk is often expressed in terms of an equation: *Risk = Frequency of Incident x Severity of Consequences*. Risk has some element of chance to it, but "risk management" involves foresight and control. *Foresight* is essential in risk management because, by being proactive, it is possible to reduce the level of risk. The concept of *control* means action: only through thoughtful action can an organisation reduce the probability of a risk and limit its negative consequences.

Effective visitor risk management practices are important in managing protected areas. Many forms of visitor activity and recreation have inherent risk associated with them: indeed this may be an integral component of the recreation. However, the potential for large personal injury claims and payouts, the aggressive pursuit of such claims in the courts, and the greater recourse to the courts which now occurs in many countries, means that it is important to identify hazards in a systematic way.

### 6.1.2  Shared responsibility

Protected area managers need to understand their existing and potential visitors, and what they want and do. Visitor management is a client-oriented approach to planning and service delivery that considers the visitors' needs, expectations and satisfaction. Visitor management techniques are useful in understanding the factors that lead to incidents (e.g. lack of experience, or the willingness of visitors to take risks).

The prevention of public safety incidents, and when necessary the delivery of public safety, and of Search and Rescue services, should be a shared responsibility between protected area managers, tourism operators and other stakeholders, visitors and users. Box 6.1 illustrates one example of this shared responsibility, as utilised by Parks Canada.

BLM_0044561

*Sustainable Tourism in Protected Areas*

---

**Box 6.1   Shared safety responsibilities (agencies, operators, visitors)**

*Park managers*

- Identify and address priority risk issues related to the environment, infrastructure, communications, visitor characteristics and programme management
- Plan visitor risk management and public safety for their area of responsibility
- Organise targeted prevention education, and information programmes that encourage self reliance
- Communicate site-specific hazards to tourism operators, stakeholders, visitors and other users
- Establish and maintain appropriate levels of search and rescue services
- Establish co-operative agreements, training and communications with other government departments, NGOs, tourism operators, concessionaires and service providers

*Tourism operators*

- Identify and where appropriate address priority risk issues unique to their business operations
- Plan visitor risk management and public safety for their business operation
- Carry out targeted prevention education, and information programs for their clientele
- Communicate site-specific hazards to their clientele and to park managers
- Establish appropriate levels of search and rescue services, including training of staff as first responders
- Establish co-operative agreements, training and communications with park managers, government departments, NGOs and service providers

*Visitor/tourists*

- Recognise the risk inherent in their activities and ensure that they have the knowledge, skills and physical fitness to participate
- Get trained, be properly equipped, and, if necessary, be prepared to deal with an emergency situation until professional help arrives
- Seek and heed advice from park managers and tourism operators concerning risks and how to prepare for them

Visitors/tourists should observe and adhere to regulations, information brochures, fencing barriers and signs. Both park managers and tourism operators must place a high priority on the prevention of incidents to ensure the provision of opportunities for high quality visitor experiences and to limit their exposure to liability.

*Source*: Parks Canada, 2002.

---

BLM_0044562

### 6.1.3  Emergencies and emergency planning

An *emergency* is considered here as an abnormal situation that requires prompt action beyond normal procedures to prevent or limit injury to persons or damage to physical property or the environment. Emergency planning, which may overlap with public safety questions (such as risk assessment and prevention, and search and rescue services) is concerned with developing proactive and reactive responses to high frequency-low impact/consequence events (e.g. overdue party, broken limb). It also deals with the broader area of emergency programming for lower frequency-higher impact/consequence events (e.g. floods, tornadoes, hurricanes, fires, landslides and avalanches). It is primarily reactive. Through the risk evaluations described above, these types of events can be identified, and emergency plans developed.

### 6.1.4  Visitor risk management programme

Essentially, evaluating risk requires:

- Assessing – asking what can go wrong?
- Controlling – asking what can be done about it?
- Financing – asking how it can be paid for?

The approach advocated here is to develop a visitor risk management programme, which involves a broad-based understanding of risks, and deploys the staff time and funds in a cost-effective way so as to minimise possible incidents.

The components of a Visitor Risk Management Programme include:

- Staff training;
- Inspection and identification of risk areas;
- Networking with legal advisors, insurers and other agencies;
- Reporting incidents.

The main elements of such a programme include:

- a policy statement setting out the goals, objectives, strategies and performance indicators (to help monitor how well objectives are achieved);
- a structured process to (1) identify risks, (2) assess them, (3) manage them, and (4) monitor what happens and review policy (ANZECC, 2001). This is set out as *Guidelines* in Figure 6.1. An alternative approach is Parks Canada's (2002) Visitor Risk Management Process, which is a little more complex, with seven steps.

77

*Sustainable Tourism in Protected Areas*

### Figure 6.1   Guidelines for the Risk Management Process



*Source*: adapted from ANZECC, 2001.

## 6.2   Principles of visitor management in protected areas

Park tourism depends on the quality of the natural and cultural resources of the protected area. The impacts of visitation on these resources must be carefully managed, directed and mitigated wherever possible. Even small levels of recreational use can lead to negative impacts, and all recreational use causes some impact. Some of the consequences of protected area tourism, for example the generation of income, may be desirable, and indeed the reasons behind park establishment. Therefore a certain level of

BLM_0044564

impact may be acceptable. The principal question confronting park tourism planning is to determine what *degree* of impact is acceptable. Such decisions, while informed by science, represent value judgements about the relative worth of the trade-offs involved. How much damage to the natural environment is worth the positive economic and quality of life gains from park tourism? What impacts on natural and cultural resources would occur if park tourism did not exist and the resources were utilised for some other purpose?

To help answer such questions, Table 6.1 sets forth some key principles for visitor management.

### Table 6.1 Principles of visitor management

| Principle | Description |
|---|---|
| **1. Appropriate management depends on objectives** | - Objectives provide definitive statements of the outcomes of protected area management.<br>- They identify the appropriateness of management actions and indicate acceptable resource and social conditions.<br>- They allow evaluation of success of management actions.<br>- The specific objectives are likely to be more contentious than general value statements.<br>- The process of establishing objectives is essentially political; therefore, public participation is essential. |
| **2. Diversity in resource and social conditions in protected areas is inevitable and may be desirable** | - Impacts, use levels, and expectations of appropriate conditions tend to vary (e.g. impact of a camp-site in periphery vs. centre of the protected area).<br>- Environmental variables influence visitor use and level of impact (e.g. topography, vegetation, access).<br>- Managers can identify this diversity, then make decisions on its desirability, thereby separating technical decisions from judgmental ones.<br>- Using zoning explicitly to manage for diverse recreation opportunities is more likely to preserve important values. |
| **3. Management is directed at influencing human-induced change** | - Protected areas often protect natural processes as well as features, so management is generally oriented to managing human-induced change since it causes most disturbances.<br>- Human-induced change may lead to conditions considered to be undesirable.<br>- Some changes are desirable and may be the reason for the creation of the park. For example, many parks are created to provide recreation opportunities and local economic development.<br>- Management actions determine what actions are most effective in influencing amount, type and location of changes. |
| **4. Impacts on resource and social conditions are inevitable consequences of human use** | - Even small amounts of recreational use can lead to disproportionately large biophysical or social impacts, so any level or use leads to some impact.<br>- Many impacts are purposefully designed, for example providing a certain level of environmental education for park visitors.<br>- Managers must ask: "How much impact is acceptable or desirable?"<br>- The process to determine the acceptability of impact is central to all visitor planning and management.<br>- Managers must utilise appropriate actions to create and manage this acceptable level of impact. |

BLM_0044565

*Sustainable Tourism in Protected Areas*

| Principle | Description |
|---|---|
| **5. Impacts may be temporally or spatially dis-continuous** | Impacts from visitor use or management activities may occur out of the protected area, or not be visible until later (e.g. prohibitions of use may displace that use to other areas; or poor water treatment may result in water pollution downstream).<br>Planners need substantial knowledge of relationships between use and impacts to predict relationships at a variety of scales and over time. |
| **6. Many variables influence the use/impact relationship** | Many variables other than level of use affect the use/impact relationship in protected areas (e.g. behaviour of visitors, travel method, group size, season, and biophysical conditions).<br>Education and information programmes, as well as regulations aimed at restricting visitor behaviour, may be necessary in addition to limits of use. |
| **7. Many management problems are not dependent on numbers of users** | Management issues relating to the density of human use often have relatively simple technological solutions (e.g. parking, toilet facilities, water supply). But the relationship to use is not always linear. For example, the facilities designed for a few users may have very large impacts, but facilities designed for many more users have proportionally less additional impact.<br>Similarly, social conditions (e.g. visitor satisfaction) are not always density-dependent. |
| **8. Limiting use is only one of many manage-ment options** | A use-limit policy is only one of a number of potential management actions available, and is one of the most intrusive actions that protected area managers can employ.<br>There are many issues involved in employing limits to use, such as choosing appropriate allocation or rationing techniques.<br>Limiting use can have major political problems because of the necessary decision of who does not get access, and how access is allocated. |
| **9. The decision-making process should separate technical decisions from value judgments** | Many protected area management decisions are technical (e.g. location of trail, design of visitor centre). But others reflect value judgments (e.g. decisions to limit use, and how, types of facilities, tourism opportunities provided).<br>Decision processes should separate questions of "existing conditions" from "preferred conditions." |

## 6.3   Protected area management frameworks

During the 1970s, carrying capacity was advanced as a technique for managing tourism in sensitive environments. This encouraged managers to try to solve visitor use problems merely by setting limits to numbers based upon a pre-determined level, derived from ecological, social and other analyses. However, this approach has serious limitations. It is basically a restrictive concept, founded on limits and constraints. As a result it can be seen as working against protected area objectives designed to encourage appropriate visitor enjoyment and valuation of the resource. When the limitations of this approach became evident, a number of more sophisticated frameworks were developed to provide a structure for the management of protected area visitation and tourism.

### 6.3.1   A choice of frameworks for management

Some frameworks which have been used in various parts of the world include:

1)   Limits of Acceptable Change (LAC)

2)   Visitor Impact Management (VIM)

3)   Visitor Experience and Resource Protection (VERP)

BLM_0044566

4)   Visitor Activity Management Process (VAMP)

5)   The Recreation Opportunity Spectrum (ROS)

6)   Tourism Optimization Model (TOMM).

There is literature about each approach and their pros and cons have been documented in Appendix D and Table 6.2, which compare and contrast these frameworks.

A number of challenges arise when approaches like these are adopted:

- They all require staffing, funding and time to implement;
- There are often gaps in scientific knowledge about visitor impacts, so judgments have to be made subjectively, or with limited information; and
- The management action called for is not always taken, even when limits are far exceeded, because of the lack of staff resources or because management is unwilling to face up to hard choices.

While these Guidelines introduce the reader to the existence of these frameworks and their main features, managers intending to apply them should consult the relevant documents and contact planners with experience in their application. However, a rather fuller overview of the LAC technique is provided below. It is featured because of its widespread use and acceptance, and because there is abundant literature and experience available to assist novice users in its application.

## 6.3.2   The Limits of Acceptable Change Planning Process (LAC)

It is essential to develop goals for tourism in protected areas. All subsequent actions, such as building facilities, developing recreation programmes and assigning levels of tourism service, flow from these goals.

The LAC offers a way to do this that does not focus so much on the relationships between levels of use and impact, but on determining the desirable environmental and social conditions for the visitor activity, and the management actions required to achieve these conditions. It uses a process that is systematic, explicit, defensible and rational, and involves public participation.

**Guidelines** for the application of the LAC framework are presented in Table 6.3. An example of the practical application of LAC is given in Box 6.2 below.

BLM_0044567

**Table 6.2 Assessment of visitor management models (see also Appendix D)**

| Characteristic | Limits of Acceptable Change (LAC) | Visitor Impact Management (VIM) | Visitor Experience and Resource Protection (VERP) | Visitor Activity Management Process (VAMP) | Recreation Opportunity Spectrum (ROS) | Tourism Optimization Management Model (TOMM) |
|---|---|---|---|---|---|---|
| Main areas of application | Protected areas, especially IUCN Category Ib | Sites within protected areas | Primarily National Parks in the USA | Primarily Canadian National Parks, but applicable elsewhere | Any protected or multiple use area with nature-based tourism present | Australian system, but applicable in situations of communities with nature-based tourism |
| Able to assess and/or minimise visitor impacts | + | + | + | + | + | + |
| Considers multiple underlying causes of impacts | + | + | + | + | + | + |
| Facilitates selection of a variety of management actions | + | + | + | + | + | + |
| Produces defensible decisions | + | + | + | + | + | + |
| Separates technical information from value judgements | + | + | + | + | + | + |
| Encourages public involvement and shared learning | + | + | + | + | + | + |
| Incorporates local resource uses and resource management issues | + | + | + | + | + | + |
| Planning investment needed | - - | - | - - | - - - | - - | - - - |
| Overall effectiveness based on experience | - - - | - | - | - | - - - | - - |

*Key*: + = Positive attributes; - = Negative attributes (with scale from - to - - -)
*Sources*: Based on and adapted from Hall and McArthur, 1998; Farrell and Marion, 2002

BLM_0044568

*6. Managing the challenges of tourism in protected areas*

**Table 6.3  Limits of Acceptable Change: Process and guidelines**

| Steps | Guidelines | Comment on Purpose |
|---|---|---|
| 1.  Identify special values, issues, and concerns attributed to the area | Citizens and managers:<br>▫ Identify special features or qualities that require attention<br>▫ Identify existing management problems and concerns<br>▫ Identify public issues: economic, social, environmental<br>▫ Identify role the area plays in a regional and national context and political/institutional constraints | Encourages a better understanding of the natural resource base, a general concept of how the resource could be managed, and a focus on principal management issues. |
| 2.  Identify and describe recreation opportunity classes or zones | *Opportunity classes* describe subdivisions or zones of the natural resource where different social, resource, or managerial conditions will be maintained<br>▫ Identify opportunity classes for the natural resources<br>▫ Describe different conditions to be maintained<br>(Bob Marshall Wilderness Complex case study, Box 6.2 below illustrates the opportunity classes used there) | Developing classes (or zones) provides a way of defining a range of diverse conditions within the protected area. |
| 3.  Select indicators of resource and social conditions | *Indicators* are specific elements of the resource or social setting selected to be indicative of the conditions deemed appropriate and acceptable in each opportunity class<br>▫ Select a few indicators as indicative measures of overall health<br>▫ Use economic, social, environmental, political indicators<br>▫ Ensure indicators are easy to measure, relate to conditions in opportunity classes, and reflect changes in recreational use | Indicators are essential to LAC because their condition as a group reflects the overall condition of the opportunity class and guides the inventory. |
| 4.  Inventory existing resource and social conditions | ▫ Use chosen indicators to guide the inventory of resource and social conditions<br>▫ Use inventory data to provide a better understanding of area constraints and opportunities<br>▫ Map inventories to establish status (location and condition) of indicators<br>By placing the inventory as step 4, rather than the first step as is often done, planners avoid unnecessary data collection and ensure that the data collected is useful | Inventory data are mapped so both the condition and location of the indicators are known. Helps managers establish realistic standards, and used later to evaluate the consequences of alternatives. |
| 5.  Specify standards for resource and social conditions in each opportunity class | ▫ Identify the range of conditions for each indicator considered desirable or acceptable for each opportunity class<br>▫ Define conditions in measurable terms, to represent the maximum permissible conditions allowed (limits)<br>▫ Ensure conditions are attainable and realistic | Provides the basis for establishing a distinctive and diverse range of protected area settings, serving to define the "limits of acceptable change." |

BLM_0044569

*Sustainable Tourism in Protected Areas*

| Steps | Guidelines | Comment on Purpose |
|---|---|---|
| 6. Identify alternative opportunity class allocations | This stage identifies alternative allocations of opportunities<br>○ Identify different types/location/timing of alternatives, using steps 1 and 4 to explore how well the different opportunity classes meet the various interests and values | Provides alternative ways of managing the area to best meet the needs, interests, and concerns. |
| 7. Identify management actions for each alternative | ○ Analyse broad costs and benefits of each alternative<br>○ Identify the kinds of management actions needed to achieve the desired conditions (direct or indirect) | This step involves an analysis of the costs and benefits of each alternative. |
| 8. Evaluation and selection of a preferred alternative | ○ Review costs vs. benefits of alternatives with managers, stakeholders and public<br>○ Examine the responsiveness of each alternative to the issues<br>○ Explicitly state the factors considered, and their weight in decision-making<br>○ Select a preferred alternative | Builds consensus and selects the best alternative. |
| 9. Implement actions and monitor conditions | ○ Develop implementation plan with actions, costs, timetable, and responsibilities<br>○ Develop a monitoring programme, focusing on the indicators developed in step 3<br>○ Compare indicator conditions with standards to evaluate the success of actions<br>If conditions do not correspond with standards the intensity of the management effort might need to be increased or new actions implemented | Ensures timely implementation and adjustment of management strategies. Monitoring ensures that effectiveness of implementation is known. If monitoring shows problems, actions can be taken. |

BLM_0044570

---

**Box 6.2   Bob Marshall Wilderness Complex, Montana, USA: an example of wilderness management using Limits of Acceptable Change**

The Bob Marshall Wilderness Area is a Category Ib type protected area (a wilderness area), where, by law, no permanent human habitation is allowed. When LAC is applied to Category II, III or V areas, for example, a far wider range of activities, facilities and use types would be permissible.

The Bob Marshall Wilderness Complex is located in north central Montana, and managed by the US Forest Service (USFS) under provisions of the 1964 Wilderness Act. It comprises 600,000 hectares of un-roaded temperate forest, and attracts 25,000 visitors, primarily from June through November. June to September is dominated by backpacking and horse- supported backcountry trips. In the autumn, most use is for big game hunting.

In 1982, the USFS embarked on a planning effort based on the LAC process. It involved continuous public participation through a taskforce consisting of a range of stakeholders: the public, scientists and managers. The process took five years. LAC focused effort on addressing how much change in wilderness, biophysical and social conditions is acceptable. By designing a public participation process that incorporated the full range of values involved in the Wilderness area, participants developed a set of management actions that were effective in reducing and controlling human-induced impacts, and achieved the social and political acceptability necessary for implementation.

The plan has three broad characteristics:

(1) It establishes four opportunity classes (zones) designed to protect the pristine character of the wilderness, yet realistically permits some trade-offs between recreation use and human-induced impacts.

(2) It identifies indicator variables – things to monitor to ensure conditions remain acceptable and to use to establish the effectiveness of actions implemented to control or mitigate impacts. For each indicator, quantifiable standards exist, indicating what limit of change from the natural baseline is acceptable in each zone.

(3) It indicates for each zone the management actions in order of their social acceptability. This gives the manager a choice of tool, and determines what management action will be most acceptable in controlling impacts. This procedure thus encourages the least intrusive management action first.

Zones thus form the framework for managing human-induced impacts. Each zone is described by the biophysical, social and managerial setting conditions that are acceptable. The opportunity classes represent amounts of impact permitted on a continuum with Opportunity Class I being most pristine, while Opportunity Class 4 is least pristine (see table below).

**LAC Opportunity Classes in Bob Marshall Wilderness**

| Zone | Setting | Description |
|------|---------|-------------|
| **Class 1** | Biophysical | Unmodified natural environment. Environmental impacts minimal |
| | Social | Isolation and solitude, no evidence of human activities. Few encounters with users. High opportunities for cross-country travel, with maximum outdoor skills |
| | Managerial | Strong emphasis on enhancing natural ecosystems. Little direct management of visitors. Communication of rules outside the area (e.g. trailheads or boundary gates) |
| **Class 2** | Biophysical | Unmodified natural environment. Environmental impacts of use are low |
| | Social | High isolation. Few user encounters. Good opportunities for independence and self-reliance |
| | Managerial | Emphasizes enhancing natural ecosystems. Minimum on-site management contact. |
| | | Communication of rules outside the area (e.g. trailheads or boundary gates) |

BLM_0044571

*Sustainable Tourism in Protected Areas*

| Zone | Setting | | Description |
|------|---------|---|-------------|
| **Class 3** | Biophysical | | Unmodified natural environment. Some natural processes affected by users. Moderate environmental impacts, mostly along travel routes and sites. |
| | Social | | Moderate isolation, and low to moderate encounters with users. Moderate opportunities for independence and self-reliance |
| | Managerial | | Emphasises enhancing natural ecosystems. Routine visitor contact on-site. Communication of rules outside the area (e.g. trailheads or boundary gates) |
| **Class 4** | Biophysical | | Predominantly unmodified natural environment. Conditions may be affected by impact of users, especially on travel routes, river corridors, shores, and entry points |
| | Social | | Moderate to low opportunities for isolation. Encounters likely. High opportunity for interaction with environment, but with low to moderate challenge or risk |

86

BLM_0044572

# 7.  Tools for visitor management

## 7.1   A toolbox of strategies and tactics

This chapter concentrates on the management of park visitation that already exists, and is occurring at levels that justify intervention of some sort. Note though that, while well-established protected areas in developed countries often receive large numbers of visitors, newly established ones can struggle to attract them. This is especially so in some developing countries, where protected areas often depend on tourism income, and the number of visitors may be too low to provide even a small portion of the necessary income to run the park. Therefore strategies to manage the problems of large numbers of visitors in some protected areas often need to be complemented by other strategies designed to attract them to other areas.

Managers have at their disposal a wide array of strategies to manage the impacts of park tourism. Their choice will be determined by any restrictions that legislation or agency policy places upon them, by the efficiency and appropriateness of the management strategy, and the resource implications. The main features of these strategies to control, influence and mitigate visitor impacts are described below.

**Highway in Fiordland National Park, New Zealand**



Roads and other transport facilities are critical determinates of the locations and levels of park tourism use. ©*Paul F. J. Eagles*

BLM_0044573

*Sustainable Tourism in Protected Areas*

Broadly speaking there are four strategic approaches which can be used to reduce the negative impacts of visitors on protected areas:

1. *Managing the supply* of tourism or visitor opportunities, e.g. by increasing the space available or the time available to accommodate more use;

2. *Managing the demand* for visitation, e.g. through restrictions of length of stay, the total numbers, or type of use;

3. *Managing the resource* capabilities to handle use, e.g. through hardening the site or specific locations, or developing facilities; and

4. *Managing the impact* of use, e.g. reducing the negative impact of use by modifying the type of use, or dispersing or concentrating use.

Table 7.1 sets out a list of possible strategies and options for managing visitor numbers and coping with high levels of use. These and other approaches are expanded upon in the rest of this chapter.

**Table 7.1  Strategies and tactics for managing high levels of use**

| Strategy | Management tactics and techniques |
|---|---|
| **1. Reduce use of the entire protected area** | 1. Limit number of visitors in the entire  protected area<br>2. Limit length of stay<br>3. Encourage use of other areas<br>4. Require certain skills and/or equipment<br>5. Charge a flat visitor fee<br>6. Make access more difficult in all wilderness |
| **2. Reduce use of problem areas** | 1. Inform about problem areas and alternative areas<br>2. Discourage or prohibit use of problem area<br>3. Limit number of visitors in problem areas<br>4. Encourage/require a stay limit in problem areas<br>5. Make access harder/easier to areas<br>6. Eliminate facilities/attractions in problem areas, improve facilities/attractions in alternative areas<br>7. Encourage off-trail travel<br>8. Establish different skill/equipment requirements<br>9. Charge differential visitor fees |
| **3. Modify the location of use within problem areas** | 1. Discourage/prohibit camping/use of horses<br>2. Encourage/permit camping/horses in certain areas<br>3. Locate facilities on durable sites<br>4. Concentrate use through facility design or info<br>5. Discourage/prohibit off-trail travel<br>6. Segregate different types of visitors |
| **4. Modify the timing of use** | 1. Encourage use outside of peak use periods<br>2. Discourage/ban use when impact potential high<br>3. Fees in periods of high use/high impact potential |
| **5. Modify type of use and visitor behaviour** | 1. Discourage/ban damaging practices/equipment<br>2. Encourage/require behaviour, skills, equipment<br>3. Teach a wilderness ethic<br>4. Encourage/require a party size and/or limit on number of horses<br>5. Discourage/prohibit horses<br>6. Discourage/prohibit pets<br>7. Discourage/prohibit overnight use |

88

BLM_0044574

| Strategy | Management tactics and techniques |
|---|---|
| **6. Modify visitor expectations** | 1. Inform visitors about appropriate wilderness/PA uses<br>2. Inform about potential conditions in wilderness/PA |
| **7. Increase the resistance of the resource** | 1. Shield the site from impact<br>2. Strengthen the site |
| **8. Maintain/ rehabilitate resource** | 1. Remove problems<br>2. Maintain/rehabilitate impacted locations |

*Source*: Manning, 1979; Cole *et al.*, 1987.

The following section discusses some of the key tools for visitor management used by protected area managers.

### 7.1.1  Seasonal or temporal limit on use level

**Definition**: *Use limits* are direct restrictions on the number of people that may enter a recreation area.

**Examples**:

■ when all camp-sites are occupied, other people are not permitted access;

■ to limit the number of day users, managers can restrict the size of car parks; and

■ where public transport is a major means of access, it is possible to set a limit on bus numbers, size of boats or frequency of trains.

**Frequency of use**: Use limits are commonly applied in wilderness hiking, canoeing situations and access to historic buildings and sites. They are becoming more common in front country situations.

**Benefits**: Use limits maintain use at a predetermined level, potentially controlling biophysical and social consequences of fast growing, or excessive use levels.

**Costs**: Use limits tend to generate controversy, particularly in how they are implemented, so the process used to determine the use limit is critical. Restriction of access to an area has financial costs. The costs of enforcement can be high, especially in the early stages.

### 7.1.2  Group size limit

**Definition**: *Group size* limits the maximum number of people in one group of tourists or recreationists travelling together.

**Examples**:

■ a limit is set to the number of people that can camp together on a back-country camp-site; and

■ a limit is set to the size of party that is permitted to snorkel on a coral reef.

**Frequency of use**: Group size limits are commonly used in many back-country, dispersed recreation and remote zones of protected areas.

BLM_0044575

**Benefits**: Larger group sizes tend to have greater social and biophysical impacts; group size limits reduces these impacts. Over time, users become familiar with the limits and adapt their expectations of the site accordingly.

**Costs**: The approach restricts access to any area for larger groups, which has cost implications. Tourism operators may not welcome the imposition of limits. The administrative costs of enforcement and the educational costs can be high.

### 7.1.3  Pre-assignment of recreation site

**Definition**: *Pre-assignment* (through pre-registration or pre-booking) involves the allocation of individual sites to specific individuals or groups before entry into a recreation area, much like a reserved seat on a passenger aircraft.

**Examples**:

- pre-booking a camp-site; and
- pre-booking entry to an historic site.

**Frequency of use**: This approach is becoming more common at car camping sites, back-country camp-sites, river access sites, historic sites and trekking trails. When demand is high, pre-registration for use is desirable for both the users and the managers. The big issue is the method used for pre-registration. Agencies use telephone, mail and increasingly, the Internet. Six months is a common maximum length of time between the first time allowed for pre-registration and use.

**Benefits**: This approach optimises use of sites with known area and limited capacity, and minimises inter-party competition. The technique spreads the number of visitors over time but yet assures them access. Knowing the level of demand well in advance, the manager is able to assign appropriate staff levels, supplies and equipment. Pre-registration is highly appreciated by most park visitors.

**Costs**: There can be a substantial management cost for the pre-registration procedures. Fees are often used to recover these costs. This approach requires all potential visitors to know the rules and procedures for pre- registration, and so can be problematic for foreign tourists. It assumes all visitors will comply and has limited flexibility for accidental violations.

**Fox Glacier, Westland National Park, New Zealand**



Dynamic physical phenomena, such as an active glacier front, attract people into dangerous situations.
©*Paul F. J. Eagles*

BLM_0044576

### 7.1.4  Area closures

**Definition**: *Area closures* include prohibiting all, or some types of, tourist use of particular areas.

**Examples**:

- prohibiting camping in a designated part of the park;
- allowing camping only at specific sites;
- closing an area to all recreational use;
- requiring a permit before entry to the area; and
- prohibiting camping within certain distances of surface water.

**Frequency of use**: Area closures are common at historic sites and museums and other high use locations, such as near visitor centres at high-altitude locations. They are used in protected areas at environmentally sensitive sites, near wildlife concentrations, or in the habitat of endangered species. Usually visitors are provided with reasons for the closure, but this can be counterproductive if the features are attractive and encourage use.

**Benefits**: If closures are obeyed, all direct human influences and negative impacts at the site are removed.

**Costs**: This approach restricts visitor freedom. It requires explanation and enforcement.

### 7.1.5  Restrictions on the use of fire

**Definition**: *Fire restrictions* aim to reduce the visible and biological effects of using fire.

**Examples**:

- fire may be prohibited entirely;
- fire may be permitted only in designated sites;
- fire of a certain type may be forbidden (e.g. green wood or locally collected firewood); and
- in high altitude situations, fire may be allowed only with stoves fuelled by gas.

**Frequency of use**: Fire restrictions are frequently used in front country, less frequently in back-country. Occasionally, fire prohibitions are implemented in periods of high fire danger.

**Benefits**: This approach significantly reduces the potential of wildfires, reduces fuelwood use, and reduces ecological impacts due to wood gathering. The sale of campfire wood can be a lucrative source of income for parks.

**Costs**: The costs of fire prohibition include enforcement and loss of the experience value associated with campfires. Some parks have the legal authority to collect costs from those tourists who cause wildfires. If wood collection is prohibited, but fires are permitted, some alternative supplies of wood must be made available.

BLM_0044577

### 7.1.6  Restrictions by group characteristics

**Definition**: The *characteristics* of *groups* are used to prohibit entry.

> **Examples**:
>
> - groups with certain equipment, e.g. guns, vehicles; and
> - groups planning to undertake certain activities, such as orienteering or hunting.

**Frequency of use**: Nearly all national park and other recreation areas employ restrictions on some visitor group types. Most frequent are prohibitions on the use of motorised or mechanised conveyances, such as powered boats, all-terrain vehicles and bicycles. Some backcountry areas prohibit users on horse.

**Benefits**: Significant reductions in biophysical impacts and visitor conflicts; increased visitor safety and satisfaction for those who gain access.

**Costs**: Reduction in some visitor freedom and accessibility occurs. Information must be provided on the restrictions, and enforcement is required.

### 7.1.7  Length of stay limits

**Definition**: *Length of stay limits* set the amount of time an individual or group may stay in a recreation area.

> **Examples**:
>
> - no-one may stay overnight; and
> - no-one may stay longer than three nights at any one place.

**Frequency of use**: Length of stay limits are frequent in areas with more demand than supply. Along linear features, such as trails and rivers, users are required to move camp-sites every night, in order to keep the flow of people moving through the area.

**Benefits**: Increased accessibility to the area for more visitors.

**Costs**: This approach reduces the opportunity for visitors to enjoy longer visits to the area. There are enforcement and administrative costs.

### 7.1.8  Technology requirements

**Definition**: *Technology requirements* make it mandatory that tourists carry specialised equipment for environmental or safety reasons.

> **Examples**:
>
> - visitors must be prepared for cooking with gas stoves only (i.e. no wood burning);
> - visitors must be prepared for personal waste disposal (e.g. portable toilets); and
> - visitors must have appropriate safety equipment.

**Frequency of use**: It is becoming common on specialised sites, such as white water rivers and other wilderness settings, to demand certain levels of equipment and supplies. For example, since some wilderness parks ban bottles and cans, this effectively requires that all supplies must be carried in burnable containers, thereby reducing the amount of garbage. Some protected areas require all hikers to carry remote sensing devices to enable easier rescue, if lost.

BLM_0044578

**Benefits**: This approach can reduce biophysical impacts, and increase safety levels.

**Costs**: There is an administration and enforcement requirement. Education concerning proper use of technology is needed. The equipment may be expensive.

### 7.1.9  Trip scheduling

**Definition**: *Trip scheduling* involves establishing the location and timing of individual group use of a recreation area.

   **Examples**:

- timing of raft launches on rivers;

- group naturalist tours of wildlife concentrations; and

- designated times for viewing historic sites, interpretive  films and displays.

   **Frequency of use**: Trip scheduling is common in front-country situations involving historic resources and visitor centres. It is used occasionally on white water rivers, especially in conjunction with camp-site assignments. It is appropriate for sensitive wildlife species that are easily disturbed by visitors at certain times.

   **Benefits**: Trip scheduling can reduce congestion; provide opportunities for solitude; facilitate interpretation; and reduce competition for limited space. This approach can make management much easier, since it results in a fairly constant and predictable stream of visitors.

   **Costs**: Visitors lose the freedom to see what they want when they want. There are costs to administer schedules and permits. Personnel costs for tours may be high.

### 7.1.10   Barriers

**Definition**: A *barrier* is a deliberately established obstacle to visitor movement.

   **Examples**:

- a fence to keep people out of the breeding grounds of rare species;

- a ditch to keep people from walking into a sensitive wetland; and

- a low barrier to keep vehicles off the grass.

   **Frequency of use**: This technique is common in front country, uncommon in back-country. Not all barriers need to be obvious. There are many park facility designs that allow for the construction of effective, but unobtrusive barriers.

   **Benefits**: There is a reduction of visitor impacts, reduction of vandalism, and efficient movement of people through a site.

**Warning Sign, Hawaii Volcanoes National Park, USA**



High levels of physical danger to park visitors require active risk management, including abundant information.  *© Paul F. J. Eagles*

   **Costs**: The costs include reduction of visitor freedom to walk/drive wherever they want, construction and maintenance costs and enforcement. Poorly designed barriers can be an unwelcome visual intrusion.

BLM_0044579

**Royal Albatross Centre, New Zealand**



A visitor centre is a very effective component of the visitor interpretation programme in many parks.
©*Paul F. J. Eagles*

## 7.1.11    Site hardening

**Definition**: *Site hardening* involves constructing facilities and locating trails and roads to reduce the impacts of visitors on sensitive soils and vegetation, and to help meet the visitors' needs for usable access.

**Examples**:

- hard surfacing materials used to reduce erosion on trails; and
- hard topping of roads.

**Frequency of use**: This approach is widely used where the natural surface is unable to cope with the pressures of feet and wheels. It is seldom used in back-country situations.

**Benefits**: Hard surfacing is effective in reducing erosion; and may reduce maintenance costs.

**Costs**: The approach is relatively expensive. It can be unsightly and out of character, and can cause damage to vegetation if the wrong materials are used. Especially in areas defined as natural zones in the management plan, paved roads and other hard surface features will be incongruous.

## 7.1.12   Park information (see also section 7.5 below)

**Definition**: *Park information* involves the provision of data, facts and advice to visitors concerning the park, its biology and geology, locations of visitor facilities, rules and regulations, and appropriate behaviour.

BLM_0044580

**Examples**:

- leaflets, books, maps etc.;
- website, local radio;
- signs, information points;
- visitor centres;
- Internet web sites; and
- face-to-face provision of advice.

**Frequency of use**: The communication of park information is commonly used. Nearly all protected areas contain some level of information about some aspect of the area. Those parks with insufficient funds often depend upon private sector tourism operators to provide most of the information.

**Benefits**: The benefits include data, facts and advice which help inform the visitor of what is happening where in the park. It may result in more visitors adopting appropriate behaviours that will reduce impacts and provide the visitors with a more satisfying visit.

**Costs**: Some forms of information provision are costly. There are personnel, printing and display costs. Information is not universally effective. Brochures, signs and other messages must be placed where visitors will take notice of them. They must be presented in the appropriate language for the visitors, at an appropriate level of educational attainment. The use of the Internet is a very cost-effective way of distributing information very broadly for a low cost. When parks do not provide their own information, they run the risk of others providing inaccurate or misleading information.

**Visitor Interpretation in Great Barrier Reef Marine Park, Australia**



Visitor learning and satisfaction are highly influenced by effective interpretation programmes.
*©Paul F. J. Eagles*

95

BLM_0044581

### 7.1.13    Interpretation (see also section 7.5 below)

**Definition**: *Interpretation* involves providing information to visitors in such a way that they will be stimulated to learn more and gain more appreciation. Thus interpretation is more than the presentation of data and facts (see Information), but includes weaving them together so that visitors come to understand, and appreciate the values for which the park was established.

**Examples**:

- nature trails and trail-side signs;
- field guides, trail leaflets, maps;
- guided walks or tours; and
- interactive displays, interpretation centres.

**Frequency of use**: In wealthier countries, many protected areas provide some type of interpretive materials. In developing countries, protected area managers rarely have the resources for more than modest interpretive provisions. In many places, the private tourism sector also provides interpretation through specialised programmes and guides.

**Benefits**: The primary benefit from effective interpretive programmes is a visitor population which gains understanding and appreciation of the protected area. This in turn can help reduce visitor impacts and provide greater public support for the park.

**Costs**: The costs of interpretation vary depending on the interpretive methods used. Brochures are relatively inexpensive, whereas major interpretive centres are expensive to construct and operate, though they may be very popular. Visitors to protected areas often pay for their interpretation, through the purchase of programmes or materials. Guiding services are a major source of employment in many protected areas.

### 7.1.14    Differential pricing (see also section 7.4 below)

**Definition**: *Differential pricing* involves establishing two or more prices for the same recreation opportunity.

**Examples**:

- higher fees during peak holiday periods;
- differential fees according to location or outlook of accommodation;
- discounts for children and pensioners; and
- differential charges for park entry, so that foreign tourists pay more than residents do.

**Frequency of use**: Most park systems use some form of differential pricing, which combines an element of social justice (e.g. differential charging rates for less privileged groups), market response (e.g. raising prices when demand rises), and management tactics (e.g. to help redirect visitor pressures).

**Benefits**: Differential pricing can redistribute use levels, achieve a social purpose and maximise income in periods of peak demand.

BLM_0044582

**Costs**: Differential pricing policies are more complicated to administer, may cause confusion amongst employees and guests, and resentment when the reasons for use are not clearly communicated.

### 7.1.15   Visitor and/or operator qualifications

**Definition**: *Visitor and/or operator qualifications* means limiting entry only to those possessing required qualifications.

**Examples**:

- scuba divers must be qualified to use a marine protected area;
- ecotour leaders must have a certificate of competence; and
- users of the protected area must be accompanied by a qualified local guide.

**Frequency of use**: Specialised qualifications are common for high-risk activities, such as scuba diving or mountain climbing. They are common too, for commercial businesses that provide guide services to visitors. Some African game parks allow their visitors to view game only from a specialised vehicle with qualified guides, while tours on foot are often permitted only with an armed guard.

**Benefits**: This approach is attractive to the protected area manager. Only those with the necessary training, equipment and group co-ordination are allowed. It increases local employment in training and guiding. When visitors are more competent, they pose less threat to protected area values and make fewer demands on the time of staff. When operators, such as guides, are licensed, managers have additional control over tourism operations. Qualified operators provide better services to visitors. Major benefits are higher levels of safety, and lower search and rescue costs.

**Costs**: Arrangements of this kind are challenging to set up and require external systems of qualification, certification and verification. The development of the proper requirements may involve difficult negotiations with the user groups. The enforcement costs can be high.

### 7.1.16   Tourism marketing

**Definition**: *Marketing* is the practice of connecting people's demands with a supply of goods and services.

**Examples**:

- web site information for tourists;
- briefing of tour operators; and
- agreements on protected area promotion by the national tourist agency.

**Frequency of use**: It is important for protected areas to develop a market of customers that are interested in the environments and services that they can offer. Yet protected area managers seldom use professional marketing to develop the appropriate tourism market. This is changing, as protected area managers develop an understanding of marketing, and staff trained in tourism enter park agencies. The best approach is *target marketing*, (i.e. going after the sector of the population that is most suitable for the resources, the services and the products available). Protected area managers can also consider *de-marketing*, that is trying to convince potential park visitors to go elsewhere

BLM_0044583

*Sustainable Tourism in Protected Areas*

by reducing promotional activities or promoting alternatives. Some parks in a system encourage visitors to visit other parks in the same system.

**Benefits**: Higher incomes result when the visitors are interested in, and agree with park management policies. Lower conflict occurs when the visitor suits the environments and services available within the protected area.

**Costs**: While protected area management should aim to understand their visitors' characteristics, wants and needs, research and advertising can be expensive.

## 7.2  Zoning in protected areas

Protected area managers face a strategic choice between *concentrating* or *dispersing* recreational use. Often, a dispersal strategy is chosen to deal with negative impacts in a small area or several areas, and this will work effectively in biophysical settings that are relatively resilient to use. But such a strategy is less effective in more sensitive settings, where damaging impacts may just be spread more widely by this approach. A concentration strategy focuses recreational use on small areas with high levels of management, thereby confining the impacts, although their occurrence will be more intense. Since a concentration strategy places development in small areas, it may effectively discourage visitors from gaining access to other parts of the protected area.

*Zoning* is the principal method used to deploy visitors, and hence it is critical in achieving the appropriate combination of concentration and dispersal. It is designed to allocate geographical areas for specific levels and intensities of human activities and of conservation. Typically, it involves a range of spatial zones with varying levels of intensity of human activity (and therefore development). At one end are developed areas, such as service centres or, in the case of protected landscapes, villages or towns with a strong emphasis on tourist provision; at the other end are remote and even wilderness areas with effectively no development at all.

Zoning can also be temporal, that is an area set aside for different uses at different times, within the course of the day, over the week or seasonally.

Zoning requires two steps:

1. A *descriptive* step, which identifies important values and recreational opportunities. It requires an inventory of resource characteristics and types of existing recreational opportunities.

2. An *allocation (prescriptive)* step, in which decisions are made about what opportunities and values should be provided where in the protected area. It involves managers working with operators, visitors and other stakeholders to determine what should be protected, what facilities will be provided, what programmes should be set up, and where and when.

There are several benefits of zoning:

1. The process of zoning helps managers, operators, visitors and local communities to understand what park values are located where;

2. Zoning oriented to establishing standards of acceptable human impact helps to control the spread of undesirable impacts; and

3. Zoning provides a better understanding of the distribution and nature of different recreation and tourism opportunities within and around the protected area.

BLM_0044584

Zoning should apply to all activities occurring within a protected area: conservation, other land uses, and of course recreation and tourism. The zones, with the policies applied to them, should appear in the protected area management plan and thus guide the way in which the area is managed.

For tourism, zoning involves decisions about what type of recreational opportunity will be provided, and where. For example, should some provision be highly developed in character? Should provision be made elsewhere for more basic conditions, requiring survival skills, for example? Typically, zoning of this type is based on the degree of impact which a type of recreation causes. This, of course, requires a sound information base related to the function and sensitivity of ecosystem structure, as well as the opportunities and impacts of existing and potential visitor experiences.

Useful frameworks when considering zoning include the Recreation Opportunity Spectrum (ROS – section 6.3.1 above) (developed in the USA) and the Tourism Opportunity Spectrum (TOS) (developed in Australia). Both the ROS and TOS operate at the large-scale, involving whole landscapes extending well beyond protected areas in categories I to IV. Though these areas may be beyond the protected area managers' mandates, every effort should be made to co-ordinate recreation and tourism planning across this wider scale so that there is a sub-regional context for provision within a protected area.

Many park agencies have standardised zoning frameworks that are applied to all protected areas across their system. The national parks zoning system in Canada is an integrated approach by which land and water areas are classified according to ecosystem and cultural resource protection requirements (Table 7.2). Each zone is considered for its suitability and capability to accommodate visitors for a range of opportunities. The result is a framework for the area-specific application of policy directions, such as those for resource management, appropriate activities and research. Thus, zoning provides direction for the activities of managers and visitors alike. Box 7.1 is a practical example of the application of zoning theory to a particular protected area.

**Lava Flow, Hawaii Volcanoes National Park, USA**



The continuous flow of lava in Hawaii National Park attracts large numbers of visitors to a very dangerous situation. Management must deal with high levels of risk. ©*Paul F. J. Eagles*

BLM_0044585

**Table 7.2 Parks Canada zoning system summary**

| Zone class | Zone purpose | Boundary criteria | Management framework | |
|---|---|---|---|---|
| | | | Resources | Public opportunity |
| I Special preservation | Specific areas or features, which deserve special preservation because they contain or support unique, rare or endangered features or the best examples of features. | The natural extent and buffer requirements of designated features. | Strict resource preservation | Usually no internal access. Only strictly controlled and non-motorised access. |
| II Wilderness | Extensive areas which are good representations of each of the natural history themes of the park and which will be maintained in a wilderness state. | The natural extent and buffer requirements of natural history themes and environments in areas of 2,000ha and greater. | Oriented to preservation of natural environment setting. | Internal access by non-motorised means. Dispersed activities providing experiences consistent with resource preservation. Primitive camping areas. Primitive, roofed accommodation including emergency shelters. |
| III Natural environment | Areas that are maintained as natural environments and which can sustain a minimum of low-density outdoor activities with a minimum of related facilities. | The extent of natural environments providing outdoor opportunities and required buffer areas. | Oriented to preservation of natural environment setting. | Internal access by non-motorised and limited motorised means, including in the north, authorised air charter access to rivers/lakes, usually dispersed activities, and with more concentrated activities associated with limited motorised access. Rustic, small-scale, permanent, fixed-roof accommodation for visitor use and operational use. Camping facilities are to be the semi-primitive level. |
| IV Recreation | Limited areas that can accommodate a broad range of education, outdoor recreation opportunities and related facilities in ways that respect the natural landscape and that are safe and convenient. | The extent of outdoor opportunities and facilities and their area of immediate impact. | Oriented to minimising impact of activities and facilities on the natural landscape. | Outdoor opportunities in natural landscapes or supported by facility development and landscape alteration. Camping facilities will be of the basic serviced category. Small and decentralised accommodation facilities. |
| V Park services | Towns and visitor centres in certain existing national parks, which contain a concentration of visitor services and support facilities as well as park administration functions. | The extent of services and facilities and their immediate area of impact. | Oriented to emphasising the national park setting and values in the location, design and operation of visitor support services and park administration functions. | Internal access by non-motorised and motorised means. Centralised visitor support services and park administration activities. Facility based opportunities. Major camping areas adjacent to, or within, a town or visitor centre to the basic serviced category. Town or visitor centre. |

**Box 7.1   Saguenay–St. Lawrence National Marine Park, Québec, Canada: An example of a marine park using a standardised zoning system**

In April 1990, the governments of Canada and Québec signed a federal-provincial agreement providing for the establishment of the marine park at the confluence of the Saguenay River and St. Lawrence Estuary. The agreement stipulates that both levels of government retain their respective jurisdictions over the area and will work towards its protection. The management plan confirms the stated objectives of both governments to involve the public in the management of this area through a co-ordinating committee. Complementary legislation was prepared at the federal and provincial levels for park establishment and management.

The Saguenay Fjord and St. Lawrence Estuary National Marine Conservation Areas of Canada consist of a series of islands scattered along an 80km stretch of the St. Lawrence River. Each island is managed as a distinct environment with facilities ranging from docks, trails, camping facilities, a boat launch, interpretive displays and day-use areas. This park manages four of the five zoning classes described in Table 7.2.

There are nine Special Preservation areas intended to protect sites that represent both the natural and cultural heritage resources of the Thousand Islands region. Wilderness (Class 2) is not an appropriate zone for St. Lawrence Islands because the park only encompasses 869ha and a wilderness zone requires a land mass of 2,000ha or more. It is, in fact, Canada's smallest National Park.

There are many areas that have been zoned as Natural Environment (Class 3), to provide a variety of opportunities for visitors to experience the Park's natural values through low-density outdoor activities, and appropriate facilities and services. These facilities include picnic shelters, primitive camp-sites, trails, interpretive panels, toilets, and docks.

There are also Recreation (Class 4) areas, for outdoor recreation and related facilities. A full range of visitor uses is permitted in this zone.

The least protective zone for a park is Zone 5 – park service areas. These areas provide a place for visitors' services, support facilities and the administrative functions required to manage and operate the park.

## 7.3   Transportation management

The complex challenges of transportation within protected areas were addressed in Section 5.3. Some solutions to these problems can be achieved through zoning. For example, the zoning policies within the management plan should also address transportation matters, such as:

- regulations governing numbers, types and speed of road vehicles;
- the use of public transport to reach and travel within the protected area;
- corridors indicating where off-road vehicles, boats and aircraft may move; and
- the times at which movements can take place.

All this requires proper legislative regulation and policing.

BLM_0044587

---

**Box 7.2   Traffic/visitor management techniques used in protected areas**

**Road closure**: for part of the year no vehicles allowed.

**Full public transit**: in special sites, all visitors must use public transport. This may include the park employees and the employees of businesses in the park.

**Partial public transit**: where some visitors (certain segments, or those to certain park destinations) may be required to use public transport.

**Optional public transit**: where visitors are encouraged to use shuttles or transit systems, but not compelled. There may be incentives (e.g. free guided walks for public transport users).

**Special use fees**: fees for public transport are sometimes incorporated into the park entry charge, or identified as a special charge.

**Specialised transit**: may be used for unique environments, such as an historic railway, an aerial car or a passenger boat.

**Restricted type of transport**: may be used. For examples some lakes have prohibition on all powered boats.

**Educational information**: about potential impact of human transport on the park, via signs, exhibits, and recommended behaviour.

**Integrated systems**: of all public transport systems and tours (e.g. guided walks linked to bus times).

**Partnerships**: collaborating with other transport agencies outside protected areas, communities and governments.

**Road hierarchies**: hierarchies of the road network (with appropriate signing) to encourage the use of the most appropriate roads by the different types of road user (e.g. priority traffic, vacation traffic), or at different speeds.

**Technology**: computer screens showing public transport network (and waiting times) at key locations.

---

Many tools are available for managing traffic etc. Box 7.2 shows a range of them which have been used in a number of protected areas.

## 7.4   Pricing for visitor management

As briefly noted in section 7.1.14, charging visitor fees can fulfil several management objectives. Examples include: earning income, decreasing use, increasing use, moving use to an alternative area or time, creating an attitude of respect, or (in the case of differential fees) achieving some desirable social purpose, such as favouring local residents or encouraging less privileged sectors of society to use protected areas.

High fees can be used to lower visitation and reduce congestion and/or ecological damage at sensitive sites. Fees can be used to distribute visitors away from heavily-used places or peak times. For example, in Tasmania, national park entry fees are higher on holidays (AU$12 vs. AU$5 per person; and AU$30 vs. AU$9 per vehicle). Similarly, in the US, the White River National Forest charges a US$5 fee per person on weekends for

BLM_0044588

cross-country skiing and snowmobiling, but only a US$2 fee during the week (Lindberg, 2001). People are much more likely to value something they pay for. Some parks have found that they had to increase the fees for their interpretive programmes before people were persuaded to attend: it appeared that visitors were not convinced that suitable programme quality was present until commensurate fees were in place.

Experience indicates that modest fees generally do not have a significant effect on park visitation. Nevertheless, the impact on visitors of raising charges should be monitored and changes introduced if necessary – in other words, take an adaptive management approach.

There is evidence that people will be put off (and go elsewhere) if the entrance fee to a protected area is a large proportion of the total trip cost, such as would often be the case with local visitors who have few travel costs to meet, or when the fee is quite large. However, where the cost of visiting the destination is only a small proportion of the total trip cost, fees may have very little influence. This is a particularly important consideration for protected area managers in developing countries which receive large numbers of long haul visitors from wealthier parts of the world.

Increases in fees, or the introduction of new fees, are best done with the clear intent of improving services for visitors. Park visitors are much more willing to agree to pay when they can see that the fee revenue is used to provide a product or service.

Insufficient warning of fee changes is a common concern of the tourism industry, since operators need to be able to incorporate this cost of doing business into their tour package prices, which are established at least a year or two ahead of delivery. Lindberg

**Glass bottom boat, Great Barrier Reef Marine Park, Australia**



Provision of effective and safe means of visitor transport combined with interpretation is important in visitor management. ©*Paul F. J. Eagles*

BLM_0044589

(2001) reports that the Great Barrier Reef Marine Park Authority decided to increase the environmental maintenance charge for tourists on commercial tours. The industry strongly opposed this, and the Government backed down. While the size of the planned increase was part of the problem (from AU$1.00 to AU$6.00), the timing was also a problem. It did not allow operators to incorporate this increase into tours that were sold more than a year in advance. A common industry recommendation is for at least 18 months prior warning of price increases.

The staff employed to collect fees can also inform, regulate and count visitors, and can contribute to educational and other functions. This is always important, but particularly so if fees are being used as a management device, when every opportunity for public contact should be taken to inform visitors of the purpose behind the fee or levy.

## 7.5 Regulation of visitor use

In general, there is also a choice between a strategy of *direct regulation, directive measures* and *indirect measures.*

Direct regulation of visitor behaviour relies on the force of law. It therefore requires that the legal powers be in place to adopt the regulations, and to enforce them with appropriate penalties. Regulations enforcement may rely on a firm, policing approach, or managers may decide that violation of a regulation is an opportunity to educate visitors. Either way, enforcement of the rules is important: if it is absent, protected area management will lack credibility and be undermined.

**Trail Erosion, Hohe Tauern National Park, Austria**



What level of trail erosion is acceptable? What procedure is in place to determine the Limits of Acceptable Change?
©*Paul F. J. Eagles*

Directive measures include design features that gently guide, but do not force, visitors in desired directions. Nature trails are often directive: their layout, trail surface preparation, and signage guides visitors towards desirable features, while at the same time subtly guiding people away from other features. Many of the approaches described in the previous section fall under this heading.

Indirect measures aim to make the visitor aware, but leave the decision to him or her on where to go and what to do. A strategy based on indirect measures will use information, interpretation and various learning opportunities (see next section) so that the visitors will adopt and employ the desired behaviour. The effectiveness of indirect measures depends on co-operative tourism operators, the general level of education and other characteristics among the visitors, and choosing the appropriate communication medium for particular messages.

In practice, of course, a combination of direct regulations, directive measures and

BLM_0044590

indirect measures is usually used: many managers employ indirect or directive measures first, and with the majority of visitors, and fall back on regulation where these fail.

Table 7.3 sets out a range of problem situations requiring management action, and the degree to which they are likely to be responsive to a strategy based on the indirect measures of information and education alone.

**Table 7.3   Using information and education to assist in solving management problems**

| Type of problem | Example | Potential effectiveness of information and education | |
|---|---|---|---|
| Illegal actions | Collecting fish, birds or other wildlife<br>Use of wilderness zone by motorised vehicles | Low | |
| Unavoidable actions | Human body waste<br>Loss of ground cover vegetation in camp-site | Low | Increased effectiveness of education |
| Careless actions | Littering<br>Noise or other nuisance activities | Moderate | |
| Unskilled actions | Touching coral when diving<br>Selecting inappropriate camping spot | High | |
| Uninformed actions | Boating too close to marine mammals<br>Collecting dead wood for firewood | Very high | |

*Source*: Modified from Manning and Lime, 2000.

Protected agency managers are not able to solve all the problems which may affect the protected area, particularly when they originate from outside it. The degree of control they can exercise is at three levels, as shown graphically in Figure 7.1:

1. The agency has *direct control* over its own operations, and can thereby minimise any negative impacts (e.g. by adhering to certain minimum standards for visitor centre or trail construction);

2. The agency can have an *indirect impact* on the activities of others (e.g. it may require or prohibit private sector tourism operators from undertaking certain activities); and

3. The agency can *influence* others – individuals, agencies, communities, operators, etc.

In respect of level 3, where the agency exercises influence but no form of control, it should employ collaborative approaches based on partnerships with other interests which can help it achieve its aims.

BLM_0044591

**Figure 7.1   Protected  area managers' spheres of influence on tourism activities**



*Source*: Wight, 2002b.

Voluntary arrangements made between the protected area agency and partners are now widely used. They may arise out of the initiative of the protected area manager, or of a particular group which has an interest in the protected area. The scope for using such voluntary arrangements is very wide, but success depends on a good understanding of the other stakeholders' perspectives. Therefore protected area managers and their staff should develop the communication and negotiation skills needed to build good relationships, and to persuade other stakeholders to co-operate for the benefit of the protected area as well as doing so in their own interests.

Codes of practice, charters and certification schemes can underpin such voluntary arrangements. In relation to tourism and protected areas, these can be of several kinds:

- *Systems of standard setting and certification* applied to the tourist facility and/or provider. The Green Globe 21 scheme (see Box 3.1) is one such system; another is described in Box 7.3.

- *Charters, which set general principles for tourism in protected areas.* An example of a regional system of this kind in Europe, the European Charter for Sustainable Tourism in Protected Areas, is described in Appendix E, though in its development it is moving towards the next type of scheme.

- *Systems of standard setting and certification applied to protected areas*, ensuring that both the site itself and recreation within it are properly managed. Another example of a regional system in Europe is shown in Box 7.4 below.

- *Advisory codes for visitors,* which indicate appropriate behaviour in protected areas.

106

BLM_0044592

**Box 7.3   Pacific Rim National Park Reserve, Canada; Voluntary Guidelines for Marine Tourism Operators**

The Pacific Rim National Park Reserve, located on the west coast of Vancouver Island, British Columbia, is in three parts, and includes sand beaches, an island archipelago, old-growth coastal temperate rainforest, and significant archaeological sites. Its territory extends offshore to include a marine component of approximately 155km$^2$. However, management had little control over marine tourism operators within the area despite its legal status as a park reserve. Staff could only provide ecotourism and other commercial operators with recommendations and guidelines.

The manager's major objectives were to develop guidelines for the tourism industry, specifically commercial operators, which would assist in managing the natural resources of the area, particularly its wildlife. Management challenges included:

- Operators who were constantly pushing the park reserve for more access, greater numbers, or uses considered inappropriate for the park by agency staff;
- Some operators who were unwilling to adapt to change, or accept that the creation of the park was intended to increase protection;
- Insufficient park management resources (dollars, staff, time);
- Visitor pressures increasing as the off-season gained in popularity; and
- Difficulties in getting all players together on a regular basis (cost, distance, time commitment).

The manager decided to take a collaborative approach to developing cooperation, so as to influence the activities of tourism stakeholders, and solve or prevent potential problems. Staff worked with marine operators to develop an extensive package of voluntary guidelines. They were particularly concerned because the area is recognised as being vulnerable, unique and ecologically sensitive. The aim of the proposed guidelines is to provide strong protection to essential habitats, and to minimise disturbance to whales foraging in high and low tide conditions. Guidelines were developed for:

- Shoreline wildlife viewing;
- Seabird viewing;
- Seal and sea lion viewing;
- Killer whale/Orca viewing;
- Gray and Humpback whale viewing; and
- Grice Bay (a particularly sensitive location).

The Pacific Rim Guidelines not only covered wildlife viewing in general, but also detailed aspects of relevance to marine wildlife viewing such as: Getting into Position; Viewing; Leaving the Area; Distance Viewing; and Waiting. The voluntary initiative resulted in a set of documents related to key sensitive species in the region, and to a sensitive habitat.

By no means have all the problems been solved. For example, issues which remain to be resolved include: location of group camping areas and the identification of outfitting services to maintain the wilderness character and visitor experience. However, the collaboration has:

- Generated cooperation between agency and operators, and between operators themselves;
- Developed a willingness among visitors to adhere to the viewing guidelines and codes of conduct on a voluntary basis;
- Initiated regular information exchanges between operators and protected area staff; and
- Developed respect between agency staff and operators.

BLM_0044593

---

**Box 7.4   PAN Parks, Europe**

The PAN (Protected Areas Network) Parks Initiative began in 1997 with encouragement from WWF. The idea of this initiative was "to introduce a marriage between nature conservation and tourism on a European scale" (Hogan, 2000). The initiative aims to put the economic value generated through tourism into the protection of Europe's nature. 17 PAN Parks had been recognised by 2001. These are protected areas in Europe that met certain agreed standards, principles and criteria. Visitors to them know that conservation will be undertaken to the highest standards. Aware of the dangers of overwhelming protected areas with tourism, PAN Parks partners endorsed a decision that the minimum size of a PAN Park will be 25,000 ha, of which 10,000 ha will be a core zone, "off limits to visitors and free of management intervention".

Web site: http:// www.panparks.org

---

## 7.6   Information and interpretation

Potential and existing park visitors often require information. This varies from simple information on park location, times of operation and fees, to much more complex interpretation of cultural history and local ecology. Interpretation and education go beyond simply informing, towards developing an understanding and appreciation. There are three fundamental objectives of interpretation – to promote management goals, to promote understanding of the agency, and to improve understanding of the protected area (see Table 7.4). To be used as a visitor management tool, interpretation has to affect visitors' behaviour, and in order to do this, motivate through an appeal to human needs and emotions.

**Table 7.4  Interpretation objectives**

| Goal | Comments |
|---|---|
| Management goals | Provide information to visitors on management policies.<br>Direct behaviour towards acceptable practices.<br>Encourage behaviour that minimises negative environmental impact and maximises positive impacts. |
| Promote understanding of agency | Assist with creating positive public relations for the agency.<br>Develop positive public attitude towards protected area agency, staff members, policies and management.<br>Assist park management in carrying out new policy initiatives. |
| Understanding of park | Develop awareness, appreciation and understanding of park cultural and natural environments.<br>Develop heightened visitor satisfaction with recreation experience. |

*Source*: Sharp, 1976.

Since the concept of a protected area first developed in its modern form, many authors, poets and painters have provided their interpretations of the meaning of parks and their environments. The provision of such interpretation by protected area agencies themselves began in the early years of the last century, with the initiation of education programmes for visitors. Over time, these grew in number and sophistication. By now,

BLM_0044594

many protected area managers have become very professional in the supply of educational material to visitors, and many visitors, at least those in developed countries, have developed high expectations in this respect.

Protected area agencies should develop an information and interpretation policy. The goals set by the policy should aim to meet the needs of both the visitor and the manager. Many protected areas will require an interpretive plan to implement the policy. Table 7.5 provides a brief summary of the main interpretation techniques that should be considered in preparing the plan.

**Table 7.5 Interpretation techniques**

| Technique | Comments |
|---|---|
| **Personal services** | Provide information directly to visitors by park staff or private individuals. |
| | Information duty at park gate, trail head and visitor centre. |
| | Special programmes such as guided walks, campfire programmes and theatre dramas. |
| | Personal services are highly effective, can adapt to a wide range of circumstances, but are very expensive per visitor contact. |
| **Non-personal services** | Provide information to visitors using technology. |
| | Wide range of technology available, including publications, signs, films, Internet sites and radio broadcasts. |
| | Non-personal services are less effective than personal services, are less adaptable to questions and changing circumstances. |
| | Non-personal services can make information widely available at a relatively low expense per visitor contact. |
| **Supporting activities and facilities** | Common facilities include: visitor centres, outdoor amphitheatres, nature trails, information boards, signs. |
| | Common activities include: highly trained interpretive specialists, media specialists, specialised audio and visual equipment, programme effectiveness evaluation. |
| | Many interpretive programmes involved park staff, private tour guides and volunteers. |
| | All the various types of services must be coordinated within an overall interpretive plan. |

*Source*: adapted from Sharp, 1976.

Visitors require some basic information before they arrive, for example about the existence of the protected area, how to get there, what it will cost, the natural and cultural resources of the park, and its facilities and programmes. It is critical that suitable expectations are set in advance, so that upon arrival the visitor is aware of what can and cannot be experienced. Protected area managers have a responsibility to help create appropriate expectations.

Once people get to the park their needs change, becoming more detailed and complex. They will want to know more about the resources and facilities available, what activities are permitted or forbidden, and about safety and security. As their understanding of the area grows, visitors show more curiosity about its natural environment and history, about the culture of people living in or near the protected area, and about the visitor's role. This is the demand to which interpretation should respond. The result of well

BLM_0044595

planned interpretation should be a more fulfilling visitor experience for thousands of people.

But, as already noted, interpretation also has a strong role in the management of visitors and of their impact on resources. It can be used to modify human behaviour so that it is appropriate to the area; in so doing, the environment and cultural heritage resources are better protected and supported.

Early interpretation services were usually provided to the visitors at little additional cost, and without levying a user fee. As the public appetite for information and education grew, many agencies found it too expensive to provide the full range of information and interpretation services themselves, let alone to provide these free of charge. All such services cost money, but few agencies can meet the full cost. While some protected areas have just cut back on interpretation provision, alternative approaches are possible, several of which are listed in Table 7.6.

**Table 7.6 Information and interpretation management approaches**

| Approach | Comment |
|---|---|
| **Free information provision** | Basic information provision by park staff, local communities, tour operators and non-governmental organisations at no direct cost to the consumer. Used for travel directions, safety, programme availability, and information on cultural and environmental services. |
| **Park user pay principle** | Provided to those who pay directly for the services. Used for value-added programmes, such as specialised personal services, books, art, film, drama, and databases. Widely accepted by visitors when the cost is clearly tied to the service. |
| **Non-profit, friends groups** | Many parks encourage the development of community groups to provide interpretive services. Costs are covered by volunteer donations and payment by users. Provides park visitors with the ability to contribute to the park, with time, money and influence. |
| **Profit-making tourism sector** | Tour companies provide a specialised guide paid for by a user fee. Critically important in protected areas that are structurally unable to operate cost recovery operations. Many companies provide information to attract consumers, with the costs recouped by a later sale of a product or a service. |

With the development of information technology and the use of multi-media techniques, some interpretation has become very sophisticated. While this can be an effective way of transmitting information to visitors, many of whom have access to similar technology in their work place and at home, there are dangers:

- it is often expensive to install, even if the cost of some IT equipment is falling, and therefore rarely appropriate in developing countries;
- its protection may need additional security (e.g. from fire, flood or theft);
- it will make on-going demands for energy that may be at variance with green energy policies; and
- upkeep of such equipment requires skilled maintenance (nothing is more depressing than some sophisticated display that does not work).

BLM_0044596

But perhaps the most important concern is that the medium can get in the way of the message. Nature is something often best appreciated in the natural environment itself. While the use of cutting-edge information technology to put across environmental or cultural messages within an information centre may be superficially impressive, it can be a barrier between visitors and nature rather than a bridge to it. Outstanding tourist experiences, watching geese gather at dusk, for example, can never be replicated by technology.

Nonetheless, providing there is a realistic awareness of the limits of technology as an aid to interpretation, it can help resolve certain visitor management problems, as shown in Box 7.5.

---

**Box 7.5   ArchaeoLink Prehistory Park, Scotland, UK. An example of technology assisting with visitor management problems**

ArchaeoLink is a 40-acre (18ha) prehistory park in Scotland. It is a tourist attraction and educational venue for a range of visitors. It has an "underground" interpretive centre in a huge earth mound, as well as an outdoor component, with Pictish farmstead, a Roman Marching Camp, and hill fort. Indoor elements include interactive computer educational tools.

The computer software "ArchaeoQuest" was tailor-made for the site, and has two elements, Browse, and Quest. The Browse feature allows visitors to look at all the sites in the region. Icons on the map represent various types and periods of archaeological site (e.g. stone circles, hill forts, the Picts or Symbol stones). Further information is available via images, detailed dossiers, a video display or a map. This allows visitors to determine which types of sites are most interesting.

Quest is intended to assist the tourist in visiting the sites of interest to them. It allows the visitor to enter personal details, and to respond to visitor interests as well as to advise on site conditions. The categories of visitor question include:

- Party size – 1; 2; 3–4; 5–12; 13–20; over 20
- Level of fitness – low, average, high
- Mode of transportation – foot, bike, car, coach, public transportation
- Time available – up to 1 hour, <3 hours, <6 hours, 1 day, more than a day
- Level of archaeological knowledge – low, average, high
- Eventual destination today – a series of regional options is presented for selection on the map
- Topics of interest – a menu of choices is presented. Choices are the same as in Browse

Once visitors answer these questions, the on-screen map shows an individualised proposed route. Part of the analysis includes site constraints (e.g. if there is inadequate parking for certain sizes of parties, sites which would match in every other way are eliminated from the route selection). This allows the programme to manage visitor parties and vehicles by matching these to resource constraints. This software has potential to be further modified to manage visitors to destinations at many scales. It is of educational, entertainment and information value, gives improved visitor satisfaction, and helps manage resources.

*Source*: Wight, 2002a.
Web site: http://www.archaeolink.co.uk/home.htm

---

111

# 8. The economics of tourism in protected areas

## 8.1 The economic value of tourism

Tourism based on protected areas is a large and growing part of the economy of many countries. For example, protected area tourism in the USA and Canada in 1996 had an economic impact of between US$236 billion and US$370 billion (Eagles *et al.*, 2000). But in general, economic evaluation data of this kind are scarce, and often unreliable when available. As a result, societies and governments tend to undervalue the benefits derived, and therefore do not provide the funds needed to maximise the flow of benefits.

*The absence of systematic large-scale gathering of economic data from parks means that key parts of the economy are overlooked. The absence of adequate statistics causes an information blind spot; these natural places are valued, on a financial basis, at a zero price. This leads to excessive destruction of natural areas, implying that present economic performance in many countries will be reduced, and future economic performance will be severely curtailed (IUCN 1998).*

At the same time, there is near-universal under-investment in nature protection (Wells, 1997). Most protected area systems in the world are under-funded; many are starved of funds, even when they are the central focus of a major tourism industry. Therefore, a major purpose behind this section of the Guidelines is to encourage the widespread application of economic valuation in relation to protected area tourism in order to help demonstrate the true economic value of such places.

The total economic value of a protected area is the sum of the *use values* and the *non-use values*. Use value may be direct or indirect. Direct values are considered to be market values. Indirect values are non-market values. Non-use value may also be broken into different categories: *option*, *existence* or *bequest* value (Figure 8.1). There is some debate about whether option value is a use or non-use value, because it is a non-use value in the present, and a use value in the future. All non-use values are also non-market values.

Park tourism is most often considered a direct use value of a protected area, and will be treated as such in these Guidelines. However, park visitation influences the other values. After people visit a park, they are more aware of its existence and therefore may be more willing to donate money, to argue for its existence, and to request that it be protected for future generations. In effect, they are expressing their recognition of both use and non-use values.

BLM_0044598

**Figure 8.1   Total economic value of a protected area**



*Source*: Adapted from Wells, 1997 and IUCN, 1998.

## 8.2   Measuring the economic impacts of tourism

Many approaches can be used to measure the economic impact of park tourism. It is beyond the scope of these Guidelines to describe the details and advantages of each method: only a brief introduction is given.

*Economic impact assessment* measures the value of all financial transactions made by groups (e.g. tourists or governments) related to the protected area, and their impacts on a local, regional or national economy. Impacts can be measured in such terms as Gross Domestic Product (GDP), labour income or the number of jobs created by the park.

An *economic impact* occurs with any financial transaction in an economy, for example a protected area agency buys supplies or a tourist purchases services. This impact exists, regardless of the origin of the funds or the home location of the tourist injecting the funds. All economic impacts are measurable in the marketplace.

*Economic benefits* are the gains that a protected area brings to the local, regional or national economy. An economic benefit occurs when there is an increase in wealth to the area under study. The increase will be affected by the region defined in the analysis: one area's cost can be another area's benefit. Benefits are more than financial: they also consist of the non-market values, but they are generally reported in unit figures of the currency. During the creation of protected areas, economic benefits should be weighed against the opportunity costs of other land use options, and this information should be used in any benefit-cost analysis to determine land allocation decisions.

When a central government protected area agency spends government money in a park, there is an economic benefit to the local community: the funds come from outside the region, and thus represent an increase in its wealth. However, from a national perspective, no increase in wealth has occurred, just a redistribution of resources within the country. So there is economic benefit at the local level, but no economic benefit at the national level. This also applies in cases where protected area agencies are partly or wholly funded by local taxes, since those moneys are raised and spent in the region. However, where funds come from international sources, such as via development assistance programmes or from the Global Environment Facility, they do represent a real benefit to the local economy.

BLM_0044599

Similarly, a *foreign* visitor represents a potential outside source of injected capital and increased wealth, to both the country and the local area: so a foreigner's expenditure represents both a benefit and an impact. However, any expenditure by a *local* resident in the community represents a redistribution of capital – an impact, but not a benefit.

Non-market benefits are measured in protected areas by two techniques – the Travel Cost Method (TCM), and the Contingent Valuation Method (CVM).

TCM is based on the value of a protected area to the society as measured by the amount of money that people pay to travel to it. The method assumes that users will react to hypothetical increases in entry fees in the same manner that they would to increased travel costs. TCM recognises that the total cost each individual pays for his or her trip depends on the cost of travel to the site; this in turn affects an individual's frequency of visitation. These two factors make it possible to draw a demand curve at the site. TCM is only used for the measurement of consumer surplus – a direct use value, and cannot be used for measuring option, existence or bequest values.

CVM is based on the assumption that consumers can accurately assign a value to recreation experiences and that these values can accurately be captured in a survey. Many versions of the technique exist. The main steps in CVM are to: create a hypothetical market for a "good"; communicate the market to the respondent so that he or she can establish a theoretical price in the form of "willingness to pay"; and use the responses to estimate the value of the goods. It is used to estimate consumer surplus, and also option, existence and bequest values.

The USNPS uses the Money Generation Model (MGM) to estimate park economic benefits. This calculates the market benefits that protected areas bring to their surrounding local communities. It is designed for park managers who do not have a substantial background in economics, and is relatively easy to use. A recently developed second generation MGM is more accurate and user-friendly.

Parks Canada developed an economic benefits model in order to show the true value of protected areas. It provides a comprehensive look at all potential economic benefits, including market and non-market. These are separated into three distinct categories: personal benefits (those that accrue to stakeholders, both users and non-users); business benefits (those that bring about a redistribution of commerce from one area to another); and societal benefits. These benefits are additive and not duplicative. The framework can be applied to other resource uses beyond protected areas, allowing for impact comparisons. The approach can be used to establish the total economic value of a protected area. Using the model reveals information gaps and helps establish priorities for economic valuation research.

The IUCN Task Force on Economic Benefits of Protected Areas recommends that a framework for valuing protected areas should have these three steps:

1. Define the audience (for local, regional, national or global use);

2. Determine the scope of the study (time, data, resources and institutional structure); and,

3. Choose the appropriate analytical techniques (contingent valuation, hedonic pricing, travel cost method, change in productivity methods, change in earnings methods, opportunity cost approach or replacement cost approach) (IUCN, 1998).

BLM_0044600

---

**Box 8.1   Montague Island Nature Reserve, Australia: An example of types of information derived from economic impact studies**

Montague Island Nature Reserve is 9km offshore from the south coast of New South Wales. It is ecologically important for marine mammals, and as breeding habitat for Little Penguins, Crested Terns, Silver Gulls, Sooty Oystercatchers, Wedge-tailed, and Short-tailed and Sooty Shearwaters. It also has important historical, archaeological and marine features. The New South Wales National Park and Wildlife Service (NPWS) manages the island for conservation and for local economic development.

The NPWS did an economic impact assessment of the contribution of the nature reserve to the regional economy, using NPWS expenditures on island management, and expenditures of the park visitors. An input-output analysis was conducted.

In total, the NPWS management expenditure resulted in AU$233,000 in gross regional output. This represented a multiplier of 1.92, indicating that for every dollar spent by the NPWS on park management, another AU$0.92 in gross regional output was generated elsewhere in the local economy.

Guided tours cater to 4,300 visitors each year, with an average expenditure of AU$206.05/person/trip. Annual visitors' expenditures contributed an estimated AU$1,400,000 in gross regional output per year to the regional economy. This included AU$468,000 in household income paid to 19 people in the local economy.

The aggregated NPWS and visitor expenditure impacts were estimated to be AU$1.65 million in gross regional output, and AU$857,000 in gross regional product, including AU$588,000 in household incomes, which equates to 26 local jobs. This is an impressive study of the economic impact of ecotourism on one national park. This relatively large impact occurred with quite modest numbers of park visitors suggesting that even small numbers of visitors can have important local economic impacts.

*Source*: IUCN, 1998; Christiansen and Conner, 1999.

---

Economic impact and economic benefit studies are best done by a specialist with training in business, finance and economics. Some large agencies, such as the USNPS, the New South Wales National Parks and Wildlife Service, and Parks Canada, employ such specialist personnel. Where skills of this kind exist in-house, it may be possible to prepare special economic valuation packages that can be used by field personnel who lack formal training in economics. Less well endowed managing bodies may find it helpful to collaborate with local university departments of economics to secure such expert help. In developing countries, it may also be possible to get some international donor assistance in undertaking such analyses, especially where donors are also involved in supporting the protected areas' work.

The IUCN Task Force provides 16 case studies of economic evaluation in protected areas (IUCN, 1998). One recently completed case study from Australia can serve to illustrate the type of information derived from economic impact studies (Box 8.1).

## 8.3   Communicating economic impacts

It is important that the findings of economic impact studies should be communicated to interested stakeholders in appropriate levels of detail:

BLM_0044601

- *Full economic impact* studies are valuable for the managing agency itself, and for officials in government, aid agencies and business, since they need to know the range of economic benefits that protected areas bring to society.

- *Summary figures* are useful for local governments, local tourism interests, local politicians and the local media. Some protected area agencies inform their local officials annually about the economic impact of the park, which gives the protected area an important profile in the decisions of local communities.

- *Brief summaries* of economic impacts may interest park visitors and local citizens.

The understanding of flow and distribution of the economic benefits from tourism is one of the most critical elements of park economics. Policy makers, planners and managers can influence this flow and its distribution, and need to consider their options carefully. International bodies (such as the World Bank), all levels of government, corporations/businesses of all kinds but especially those involved in tourism, and local citizens and visitors to protected areas – all of these make decisions on future investments of money and time which affect protected areas. Economic benefit valuations can inform many of these decisions. Protected area managers, and their supporters, should therefore do all they can to provide such valuations and communicate the results widely.

Note: For a fuller introduction to this topic, the reader is referred to a recent IUCN publication in this series: ***Economic Values of Protected Areas: Guidelines for Protected Area Managers*** (IUCN, 1998).

BLM_0044602

# 9. Financial aspects of tourism in protected areas

## 9.1 Introduction

The chapter begins with a brief overview of the global trends in protected area finance that shows the extent of the challenge. It then reviews the fund-raising opportunities available to managers, and public/private sector relationships. Later sections consider various ways in which extra finance can be generated and secured from tourism: through parastatals; development assistance; user fees; and corporate contributions. It ends with a discussion of the issue of concessions.

All management depends upon finance. The foundation of many protected areas has been and continues to be public finance. Unfortunately, many protected area management agencies have insufficient funds to respond properly to the demands of tourism and conservation. Currently, most governments do not fund protected areas fully. Globally speaking, protected area budgets in the early 1990s totalled only about 24% of the estimated US$17 billion required to maintain the areas; and the trend is downward with most countries currently experiencing budget decreases (Lindberg, 2001). Even in developed countries with a long history of protected areas, securing adequate finance from government sources is a struggle: in the USA, for example, government appropriations are regarded by many as insufficient for the needs.

The average public support for protected areas in developed countries (US$2,058 per km$^2$) is much greater than that in developing countries (US$157), where government funds are limited and protected areas come low down in terms of national priorities. Thus while the costs of effective conservation in African protected areas, for example, are estimated to be between US$200 and US$230 per km$^2$, the agency budgets for many African protected areas in the early 1990s were generally quite inadequate, as revealed in the Table 9.1 below:

**Table 9.1 Annual expenditure on protected areas by km$^2$ in eastern and southern Africa (all figures in US$)**

| | | | |
|---|---|---|---|
| South Africa | $2,129 | Uganda | $47 |
| Zimbabwe | $436 | Tanzania | $30 |
| Kenya | $409 | Zambia | $23 |
| Namibia | $70 | Angola | <$1 |
| Botswana | $51 | | |

*Source*: Lindberg, 2001.

BLM_0044603

In general, protected area staff in developing countries are poorly paid, there is limited funding for protected area investment, and alternative land uses (or destructive activities like poaching) are seen as more lucrative by local people and national politicians. However, developing countries can gain access to funds from international assistance programmes, NGO activities and other donations (see section 9.5 below). As in many parts of the developing world, the capital needed for protected area facilities and equipment in much of eastern and southern Africa comes from such sources; operating funds, though, depend more upon tourism income (and in some cases resource extraction which may prejudice the objectives of the protected area).

However, against a background of generally declining government support for protected areas, managers need to be creative in raising funds – and no source is more promising than through tourism. But even where tourism is a potentially important source of income, it alone cannot generate sufficient funds for all aspects of cultural and natural heritage protection. Also, protected areas provide a range of other vital services to society, whose values should be recognised by some form of public finance. Thus there continues to be a strong case for governments to help fund protected areas **and the emphasis placed here on generating income through tourism is not intended to undermine basic support of this kind**.

## 9.2   Fund-raising opportunities for protected area managers

Lindberg and Enriquez (1994) illustrate the existing funding sources and how they vary between developed and developing countries (Figure 9.1). Figure 9.1 shows that funds provided to the park agency from government are the most prevalent revenue source.

**Figure 9.1   Protected area revenue sources**



BLM_0044604

---

**Box 9.1   Potential income sources for protected areas**

- Government funding programmes (mandatory or discretionary)
- Park entrance fees
- Recreation service fees, special events and special services
- Accommodation
- Equipment rental
- Food Sales (restaurant and store)
- Merchandise sales (equipment, clothing, souvenirs)
- Donations, foreign aid
- Licensing of intellectual property
- Sale or rental of image rights
- Parking
- Cross product marketing
- Public investments
- Private sector initiatives

*Source*: Eagles, 1997.

---

Such tax-based income is vulnerable to budget cuts by central government. The second most prevalent source is from entrance fees, a tourism-based income source.

Box 9.1 lists a number of income sources potentially available to protected areas. Many of the income sources shown in Box 9.1 do not appear in Figure 9.1, suggesting that there is considerable potential for park agencies to increase income by utilizing a broader range of revenue sources. Tourism has the potential to provide agencies with many of these income sources. A few examples are provided below and developed later in this chapter.

## Visitor fees

Most parks charge some form of entrance fees, either per person or per vehicle, or a combination of both. Some parks provide specialised recreation services, such as guided tours or special events. Frequently a special-use charge is applied to these services, to cover the cost of provision of the service and to earn income for other uses. Parks that allow vehicle entrance must provide parking sites. Charging for parking can be a lucrative source of income. For example, some camp-sites allow one vehicle to be covered per camp-site registration. Any other vehicles are charged a parking fee. Ear-marking revenues for the protected area is important to improve stakeholder acceptance of fees. For example, a recent survey in Tasmania showed that 86% of the public felt fees were good if the income was returned directly to parks, but only 36% support park fees if they go to the national treasury (ANZECC, 2000).

## Accommodation

One of the largest expenditure categories for travellers is that of accommodation. Some parks operate camp-sites, cabins, and lodges, and charge visitors accordingly. Accommodation charges can be one of the largest income sources available for protected areas.

BLM_0044605

The management of accommodation (whether directly or through a concession) is a complicated activity that requires specially trained staff and proper business procedures.

## Equipment and food services

Outdoor recreation often requires specialised equipment, much of which is difficult to transport over long distances. Therefore, the provision of such equipment in parks, either for sale or rental, can be a source of revenue. All park visitors require food, either in the form of groceries or prepared in restaurants. The purchase of food is a major expenditure item for travellers, and parks can earn a substantial income from this source. Managers must decide whether it is better to operate these services within the agency structure, or utilise a concessionaire.

## Consumer products

Merchandise sales are potentially a very large source of income for parks, but one that is seldom utilised. However, in recent years the sale of tailor-made specialised parks merchandise, such as clothing, equipment and publications, has become quite successful. Major crafting industries develop around parks where the park agency facilitates contact between the craftsmen and the tourists, involving communities living within or around the areas, and bringing jobs and income to the people involved. Box 9.2 lists these (and other) types of local economic activity which were built up in Zimbabwe a few years ago, on the back of wildlife and protected area tourism.

## Public/industry donations

Satisfied park visitors are sometimes willing to make donations to protected areas. Such donations are most frequently provided toward specific initiatives, such as a new

---

**Box 9.2   Tourism-related, protected area-based rural enterprises in Zimbabwe**

- Manufacture and supply of building materials
- Uniform manufacture
- Food and game production
- Game meat retail and distribution
- Furniture manufacture
- Curio manufacture
- Guiding services
- Transport
- Sale and distribution of firewood
- Cultural tourism activities
- Traditional show village
- Community-based wildlife products
- Accommodation

*Source*: DFID, 1998.

---

BLM_0044606

> **Box 9.3   KwaZulu-Natal Conservation Trust, South Africa: An innovative Trust which licences its "brand" to appropriate products for a fee**
>
> The KwaZulu-Natal Conservation Trust (KZNT) is an independently registered capital fund. This was established in 1989 to allow public and corporate donations to conservation, due to ongoing reductions in public funding of protected areas. The Nature Conservation Service works closely with KZNT in fund-raising and conservation.
>
> The Trust has a variety of means of generating revenue including: collections, donations, sponsored sporting events, and trading in art (donated by artists and sculptors). The Trust has an emblem, which is licensed for use on a range of clothing, equipment and accessories, in return for a royalty.
>
> *Source*: Buckley and Sommer, 2001.

facility, research or a special recreation programme. Satisfied and concerned foreign visitors have been known to return to their home countries and lobby for foreign aid budgets to be applied to the parks they have visited.

## Cross product marketing and image sale

Protected areas represent a valuable "intellectual property", as an image with which corporations wish to be associated. For example, park names are often very well known and appreciated. Additionally, their sites are attractive and are highly desired by some enterprises, such as advertisers and movie producers. A few protected areas earn substantial income from the sale of licences to use their names and images. Cross product marketing is a very popular business practice, but is rare in protected areas. This

**Arowhon Pines Lodge, Algonquin Provincial Park, Ontario, Canada**



The spending of park visitors on accommodation and food is important to regional economic impacts.
©*Paul F. J. Eagles*

BLM_0044607

occurs when two allied products advertise and sell each other's product. An example in a protected area context might be a shared market programme between a film company and a park. Each gains by co-operation in marketing their product. An interesting protected area example is shown in Box 9.3.

## 9.3  Public and private sector financial relationships

Tourism management in protected areas requires finance, but most agencies take advantage of only a small portion of potential income sources. The mix of finance sources used and the percentage of finance earned from each source is the result of the public policies applied in each jurisdiction as well as the individual initiative of the manager. The type of financial arrangement used is also strongly influenced by the history and structure of the park agency and its creativity. Also, although government agencies are typically competent providers of tourism services, they often have structural limitations that inhibit efficient and effective functioning. Thus the private sector may be better able to deliver certain services.

Some countries, such as Tanzania, have a history of full cost recovery for agency operations from tourism fees and charges. Others, such as the USA or New Zealand, have a long-held policy of providing access to the national parks with funding from government grants and low levels of fees and charges. In recent decades, there has been a global trend for governments to use park visitation income to provide higher levels of operational finance for parks and protected areas.

Financing protected areas is a thorny question the world over. Even in countries with a long history of protected areas, financing them adequately is a struggle. In the USA, for example, funds are both discretionary and mandatory, yet the latter types of appropriations are limited. An expert panel in the USA considered the question of what strategies could be employed for funding (wilderness areas), and the results are shown in Table 9.2.

Table 9.2 therefore presents examples of a range of optional funding strategies (in the first column). The rows show evaluations of their effectiveness with regard to various criteria: Economic and ecological effectiveness, Institutional and political viability, Equity, Accountability, Predictability, and Flexibility.

**Table 9.2   Evaluation of funding strategies**

| Strategy | Economic and Ecological Effectiveness | Viability | Equity | Accountability | Predictability | Flexibility |
|---|---|---|---|---|---|---|
| Capture ecosystem service values | o | + | + | o | + | o |
| Public investments and donations | + | — | o | + | — | o |
| Private sector initiatives | + | o | o | + | — | o |
| Federal funding programmes/ reforms | + | — | + | + | + | — |
| General public funding | + | — | + | + | + | — |

*Key:* + – High ;  o – Medium;  — – Low

*Source:* Alkire, 2000.

BLM_0044608

The roles of the public and private sectors in protected area tourism can be both mutually supportive and conflicting. The provision of services to the park visitor, the level of charges for these services and the public/private mix of service provision are public policy issues. Typically, there is a complicated mix of public and private service provision, and the long-term success of protected area tourism requires co-operation between both the public and private sectors.

The public sector has the unique role of resource protection (Table 9.3). Security of the environment and public safety is an overarching government responsibility. In most cases, basic tourism infrastructure is paid for by the public purse.

**Table 9.3  Public sector role in park tourism**

| Roles typically undertaken by the public sector |
| --- |
| 1   Environmental protection |
| 2   Infrastructure (roads, airports, rail lines, electricity, sanitation) |
| 3   Security and enforcement |
| 4   Monitoring of impacts, evaluation of quality |
| 5   Allocation of access |
| 6   Limits of acceptable change |
| 7   Information (interpretation, visitor centres) |
| 8   Conflict resolution |

*Source*: Eagles, 1997.

Governments may impose taxes, allocating a portion of revenues to protected area management (e.g. by directing appropriated funds, or establishing an endowment and using the interest for management). This is important, since in many places, it is unlikely that tourism alone can provide sufficient funds for all aspects of cultural and natural heritage protection (e.g. land purchase of the Redwoods National Park in the USA cost over US$500 million). Government may also levy taxes (e.g. the US taxes up to 5% of a manufacturer's price on outdoor recreational equipment, including backpacks, binoculars, cameras, field guides and recreational vehicles, which goes to wildlife agencies and yields US$350 million).

For many agencies, it is necessary for all protected area operational finance to be earned from tourism. In such circumstances, the prices must reflect the cost of production of the tourism product, including resource protection. Although the creation of a protected area implies that the benefits of so doing outweigh the costs, often the benefits are non-financial and spread in space and over time (whereas the costs are immediate and financial). So, currently most governments do not fund protected areas fully, and there is a trend to reducing support, as already noted.

Typically, the private sector provides most of the services and consumer products (Table 9.4). Private operators provide accommodation, food, transport, media and advertising. The private sector has the ability to respond quickly to consumer demands and to develop specialised products.

BLM_0044609

*Sustainable Tourism in Protected Areas*

**Table 9.4   Private sector role in park tourism**

| | Roles typically undertaken by the private sector |
|---|---|
| 1 | Accommodation and food |
| 2 | Transportation (buses, automobiles, airplanes) |
| 3 | Information (guides, advertising) |
| 4 | Media (films, books, videos) |
| 5 | Site promotion and advertising |
| 6 | Consumer products (clothes, souvenirs, equipment) |
| 7 | Personal services (entertainment) |

*Source*: Eagles, 1997.

Although the private sector operators can respond quickly to new consumer desires for recreation or tourism services, they are not able to respond quickly to changes in fees that they are charged by agencies or governments. The commercial tourism sector generally sells tours well in advance. They cannot, therefore, accommodate sudden fee changes.

## Public and private sector co-operation

The current mix of public/private responsibilities is flexible, for example park agencies can provide most of the services that were listed in Table 9.4 (and are sometimes required to do so when it is necessary to earn operational finance from tourism). Moreover the private sector can deliver many of the services in Table 9.3.

Both the public and private sectors in wealthier countries usually provide information. New Zealand is a world leader in the development of a sophisticated, community-based, visitor information system. On the South Island, most towns and national parks have visitor centres, which serve as clearing-houses for all types of information. Through public and private co-operation, this advanced and appreciated information source is made available to all travellers. In poorer countries, such as many of those in Africa, it is the private operators who largely provide information, whereas the public sector provides resource protection, infrastructure and security services.

Public and private co-operation is evident in the provision of information databases on the Internet. Information available in this fashion includes what is typically available in visitor centres, in protected area publications and in guidebooks. It is expected that all major protected areas will provide this type of information in the future, and their tourist industry is well positioned to take advantage of this new technology, since there is an excellent match of computer literacy with ecotourists.

The operation of a protected area tourism industry requires the co-operation of both the public and private sector. Neither can do the job alone. Each is fundamentally dependent upon the other. This situation is not always easy and much time and effort can be wasted in real or apparent conflict situations. The long-term health of the natural

BLM_0044610

environment and the financial condition of all sectors of ecotourism depend upon co-operation.

## 9.4  Funding of protected areas through parastatals

In many countries all income earned by a government agency goes to central government, (this is true, for example, of the USNPS). Under such arrangements, each year the central government sends out a mandatory and/or discretionary budget amount for operations. The annual budget is typically tied to political considerations in government, not to the level of protected area income or the level of service delivery. This funding structure is very difficult for an agency offering tourism services, the costs of which may consequently vary over time, sometimes quite dramatically. Also, most government agencies do not provide service or competency-based payments to employees. Such institutional arrangements may inhibit protected areas from providing high quality services, charging appropriate fees, or functioning in a positive, proactive fashion; and there is little incentive for the employee to provide high levels of service quality.

Such concerns have been behind the development of protected area agencies which have *parastatal* forms of operation. Examples include Tanzania National Parks (TANAPA) and the Kenya Wildlife Service. Typically, parastatal agencies function like companies within government (often called crown or public corporations). The key components of a parastatal structure are shown in Table 9.5.

**Table 9.5   Key components of a parastatal agency (crown or public corporation)**

| | Components |
|---|---|
| 1 | Internal financial management |
| 2 | Year over year retention of earnings |
| 3 | Flexible staffing policies |
| 4 | Competency-based incentives to employees |
| 5 | Flexibility in setting fees and charges |
| 6 | Flexibility in licensing concessions, properties and services |
| 7 | Ability to respond quickly to client demands |
| 8 | Board of Directors |
| 9 | Higher levels of client service |

Thus the main advantages of parastatals are: their ability to retain the money they earn; the incentive this creates to raise additional funds; and their more autonomous and entrepreneurial approach to operations. As a result, parastatals tend to be much more financially successful and better financed than government agency forms of operation. In the Caribbean, parastatal park agencies spent twice as much on conservation activities than did government park agencies (James, 1999). And in Africa, parastatal agencies had 15 times as much funding as did government park agencies – see for example Box 9.4. Clearly, the operational structure of protected agency's operations greatly influences their financial viability.

BLM_0044611

---

**Box 9.4   KwaZulu-Natal Conservation Service, South Africa: A parastatal model for protected area management**

KwaZulu-Natal (KZN) has been involved with protected areas in Africa for over a century. Its Nature Conservation Service (NCS) was established in 1998 for protected area management, and it is able to retain all revenues earned. Its approach is to focus on biodiversity conservation, community involvement and sustainable resource use, particularly through tourism.

KZN NCS has established a system of biosphere reserves and other conservation lands, which are managed under voluntary cooperative agreements with local land-owners (222 such landowner-managed conservancies). These have multiple uses, including farming, and managing part of the land for wildlife. Owners pay the NCS a fee per ha each year, which is used for staffing, equipment, management and moni-toring. This has resulted in increased wildlife habitat. When the wildlife increases too much on the lands, the NCS sells the surplus to private wildlife reserves and reserves. Wildlife sales have earned over US$2.23 million since 1997.

Besides obtaining wildlife at subsidised prices, communities have received dona-tions worth over US$7.75 million with NCS's assistance. Indigenous tribal communi-ties manage through protected area boards, and NCS has allowed communities to harvest meat, fish, thatching and weaving materials, benefiting them to a total of US$1.64 million. NCS trains and employs local people as staff and tourist guides, and have developed small businesses including handicrafts. The tourists pay a community levy of about US$750,000 p.a., which is distributed by local boards.

*Source*: Buckley and Sommer, 2001.

---

## 9.5   International sources of assistance

### Development assistance

In much of the developing world, support for protected areas comes in part from outside donors. There are *multilateral* donor agencies (e.g. the World Bank, Inter-American Development Bank and Asian Development Bank) and *bilateral* ones (e.g. the European Union, and national programmes such as those of the Danish International Development Agency [DANIDA], the UK Department for International Development [DFID], the Canadian International Development Agency [CIDA] and Japan International Co-operation Agency [JICA]). Together these provide a significant amount of financing for conservation and protected area activities. Funding from these sources may be used to help countries fulfil commitments made under the biodiversity-related conventions. An important addition to multilateral funding has come over the past 10 years with the establishment of the Global Environment Facility, which is channelled through the World Bank, the United Nations Environment Programme and the United Nations Development Programme, *inter alia* to help implement the CBD.

In general, multilateral bank funding is available only to governments or to private-sector projects expressly approved by governments. Therefore, projects submitted to development agencies, especially multilateral banks, must usually have the backing of the appropriate government agencies, and generally be submitted by or with those agencies. Typically a development bank grant or loan for the establishment and

BLM_0044612

maintenance of national parks and protected areas would be provided as support to implement a national conservation plan. Sometimes conservation funding might also be attached to an infrastructure development project, for example, as mitigation for the environmental effects of developing roads, railways, dams, etc. Increasingly international funding is being channelled through NGOs in both the development and conservation sectors.

Although most bilateral and multilateral agencies focus their support mainly on poverty relief and meeting the needs of the rural poor, many see the development of tourism in connection with protected areas as a means to those ends. This has led to the advocacy of "pro-poor" tourism strategies. Such an approach, which has the support of the UN Commission on Sustainable Development, has been defined as "aiming to influence tourism development to unlock opportunities for the poor – whether for economic gain, other livelihood benefits or engagement in decision- making" (Ashley *et al.*, 2001; see also www.propoortourism.org.uk). Though protected area-based tourism will not automatically bring benefits to poor people in rural areas in developing countries, where this can be done it is likely that protected area managers will be able to attract international sources of development funding.

## Debt-for-nature swaps

*Debt-for-nature swaps* are one form of international assistance that can be developed almost exclusively for conservation and protected areas. Under such arrangements, part of the official debt of a government is exchanged for local currency to invest in a domestic environmental protection project (Thapa, 2000). Such projects may include designation and management of protected areas, park personnel training, and environmental education programmes. While debt-for-nature swaps may involve two governments (bilateral-official debt), in many cases a local NGO has been involved (trilateral-official and private debt). Often, governments are aided in this transaction by an international NGO, in which case it must work with a domestic NGO in the debtor country that will be responsible for the administration and facilitation of the swap project (see Box 9.5).

Since this first swap of foreign debt in Bolivia, many other countries have participated in such swaps, and the number is expected to increase in future. Swaps have already generated more than US$100 million for domestic environmental protection projects. Mexico, for example, has converted US$3.7 million via nine different transactions, with Conservation International involved in all cases. Other NGOs active in debt-for-nature swaps in different countries are The Nature Conservancy and the Worldwide Fund for Nature/World Wildlife Fund (WWF).

---

**Box 9.5   Bolivia, Conservation International and the USA: An example of the first debt-for-nature swap**

In 1987 the first swap of foreign debt occurred between the US and Bolivia (US$650,000 was exchanged for US$100,000 of local currency to be used towards protection of the Beni Biosphere). The locally-based branch of the NGO, Conservation International, played a key administrative and operational role in the project.

---

BLM_0044613

**Figure 9.2    Relationship between debt-for-nature swap and protected area tourism**



*Source*: Thapa, 2000.

Debt swaps alleviate the debt burden of developing countries, help with protected area creation or operations, support sustainable development programmes to create local jobs and income, and increase funds for environmental organisations (see Figure 9.2). For example: WWF's debt swap with Ecuador established a fund yield that was twice the size of the parks' and reserves' budget; and although swaps represent a small dent in the national debt of Costa Rica, the interest alone from the swaps is several times greater than the annual budget allocated to the country's park service (Thapa, 2000).

## 9.6   Tourists' contribution via fees

Table 9.6 shows that there are several types of visitor fees levied on protected area property (they also appear in Box 9.1 with "off-park" sources, such as cross product marketing and licensing of intellectual property). In most protected area systems, tourism fees and charges are an important part of the income of the park and agency. Even in wealthier countries, user fees are charged by protected areas, as government appropriations do not cover all the management costs. In developing countries the fee income is typically critical to the survival of the management agency.

BLM_0044614

### Table 9.6   Types of fees and charges in protected areas

| Fee type | Description |
| --- | --- |
| Entrance fee | Allows access to points beyond the entry gate. |
| Recreation fees | Fees for recreation programmes and services. |
| User fee | Fees for facilities within the protected area; e.g. parking, camping, visitor centres, boat use, shelter use, etc. |
| Concession fees | Charges or revenue shares paid by concessionaires that provide services to protected area visitors. |
| Merchandise sales | Monies from sales of products, supplies, and souvenirs. |
| Food sales | Income from groceries and restaurants. |
| Accommodation | Income from camping and roofed accommodation operated by park. |
| Licences and permits | For private firms to operate on protected area property; e.g. tour operators, guides, and other users. |
| Taxes | Hotel room taxes, airport taxes, and vehicle taxes. |
| Leases and rent fees | Charges for renting or leasing park property or equipment. |
| Voluntary donations | Includes cash, 'in-kind' gifts, and labour; often through 'friends of the park' groups. |

*Sources*: Eagles, 2001; Brown, 2001.

The costs associated with managing recreational services provided in a protected area should be reflected in visitor use fees. Many studies have shown that protected area visitors are generally willing to pay much higher fees in parks than are currently charged in developing countries. This willingness is associated with a desire that the fees go directly towards the management of the environment visited and service provided, not to a central government coffer. However, a common problem is that the destinations typically lack the expertise to design effective pricing strategies and financial management structures. Those that do, may reap considerable financial benefits. For example, the following Marine Protected Areas cover most or all of their expenses through entry fees and other tourism-related income: Hol Chan (Belize), Ras Mohammed (Egypt), Bonaire (Netherlands Antilles) and Palau, Micronesia (Lindberg, 2001).

Visitor fees may be quite complex, and multi-dimensional, as shown in Table 9.7. Such complicated fee structures are designed to capture income from the wide diversity of activities and uses that occur in many protected areas.

BLM_0044615

*Sustainable Tourism in Protected Areas*

**Table 9.7    Idaho State Park visitors use fee structure, 1999**

| Type of fee | Fee (US$) |
|---|---|
| Entrance adult resident and non-resident | 0 |
| Passenger vehicles resident and non-resident | 2–3 |
| Group bus (resident and non-resident) | 20 |
| Annual pass (resident and non-resident) | 35 |
| Entrance fee, senior citizen | 0 |
| Vessel launchings | 3 |
| Overnight boat moorage | 5 |
| Cabins, tepees and yurts | 30–80 |
| Reservation fee | 6 |
| Camp-site, 3 hook-up | 18–22 |
| Camp-site, 2 hook-up | 16 |
| Camp-site, 1 hook-up | 12 |
| Improved camp-site, no hook-up | 7–12 |
| Primitive camp-site, no hook-up | 7 |

*Source*: Brown, 2001 quoting National Association of State Park Directors.

**Guidelines** on reducing public resistance to fees are these:

- Use fee revenues for quality improvements to trails, toilets, maps, and other facilities;
- Make small fee increases rather than making them in large jumps;
- Use moneys for operational costs rather than as a control mechanism for visitor entry;
- Retain and use money for specific, known, park purposes, rather than for general revenues;
- Use extra money for conservation of the area visited; and
- Provide abundant information to the public about the income earned and the actions funded through it.

Many protected areas are unable to attract large numbers of visitors: and in some cases it would be inappropriate to do so. In setting fee levels in such cases, managers must consider demand for the protected area, the costs of providing the services, and travel costs. It is difficult to pinpoint an appropriate price. Protected areas with low demand and low visitation may not be able to charge sufficiently high fees to cover costs (of course, re-examining marketing strategies may positively impact demand). However,

BLM_0044616

low use may occur because of very high travel costs. For example some Canadian Arctic parks are very expensive to reach. When visitors have invested a great deal to reach a unique destination, it is reasonable to assume that the protected area could charge a premium fee.

## Pricing policies

The allocation of prices for the various programmes and services of parks is a key element of park tourism. The main principle underlying park pricing is government policy with regard to public use. In some (typically wealthier) societies, protected areas are seen as a public good that are provided for the benefit of all members of society. In these situations, general government revenue is allocated to the park to fund operations. In other (typically poorer) societies, other public services are deemed to be more deserving of scarce public funds. When this happens, protected areas must gain revenue from tourism or other forms of resource use.

Protected area managers need to answer two important questions when determining how to develop a pricing policy that fits with the values of the area. First, what are the objectives of the protected area's pricing strategy?  This question needs to be answered with the users in mind.  Secondly, how are the prices established for a specific product or service in accordance with these objectives?

However, each park is unique and, therefore, a variety of pricing objectives may be necessary to describe the inherent values that are attributed to all of the stakeholders. Managers are challenged to develop a comprehensive and focused rationale for fees, and each rationale must be clearly defined in order to defend against scrutiny from park users and political bodies.

In examining pricing schemes for access to protected areas in both developed and developing countries, Brown (2001) concluded that fee prices should be based on visitor demand for access. Managers should choose fee levels that are neither capricious nor inequitable. A range of pricing schemes can be used for protected areas, but flexibility in fee structure is crucial (Table 9.8). Box 9.6 shows how a sophisticated fee structure can work in practice.

**Table 9.8   Types of protected area pricing strategies**

| Pricing scheme | Description |
| --- | --- |
| Peak load pricing | Different prices for different times, depending on demand. |
| Comparable pricing | Prices based on average of user fees charged by other parks for equivalent attractions or services (difficulties may arise when the park is unique and there are not other comparables on which to base a price). |
| Marginal cost pricing | Prices set where the added costs equal the added benefits derived from the park; prices set at the intersection of the marginal cost and marginal benefit curve. |
| Multi-tiered pricing | Different prices based on residency, age, location, etc. (these have been found to yield more revenue than a high or low fee alone, but have limits). |
| Differential pricing | Different prices based on level of service offered (e.g. different prices for camp-sites in different locations of a park may result in a more even distribution of use or increase in revenue). |

*Source*: Brown, 2001.

133

---

**Box 9.6    Galápagos National Park (GNP) and Marine Reserve: An example of visitor use fees**

The GNP has an entrance fee for visitors, on a graduated scale, with foreign visitors charged more than domestic visitors. The fee scale is illustrated below.

**Visitor use fees for the Galápagos National Park**

| Category | Charge in US$ |
|---|---|
| Foreign tourist (non-resident) | 100 |
| Foreign tourist <12 years | 50 |
| Foreign tourist of a member country of the Andean Community or Mercosur | 50 |
| Foreign tourist of a member country of the Andean Community or Mercosur <12 years | 25 |
| Citizen or resident of Ecuador | 6 |
| Citizen or resident of Ecuador <12 years | 3 |
| Foreign tourist non-resident attending a national academic institution | 25 |
| National or foreign children <2 years | No fee |

*Source*: Government of Ecuador, 1998.

Prior to the Special Law of 1993, an average of only 30% of visitor use fees went to the budget of the GNP and the rest went to the Ecuadorian Institute of Forests, Protected Areas and Wildlife (INEFAN). Now, fee levels are higher, and the distribution is different. INEFAN only gets 5% of the income, and 45% goes to GNP and the Marine Reserve.

**Visitor use fees before the Special Law (US$)**

| Category | Before 1993 | 1993–1998 |
|---|---|---|
| Nationals | 0.55 | 3.00 + 2.50 municipality tax |
| Foreigners | 40.00 | 80.00 (+ 30.00 municipality tax if enter through San Cristóbal, or + 12.00 if enter through Baltra) |

However, these fees still generate only about 25% of the National Park budget, thus making managers unable to manage appropriately the increasing number of visitors to the park and marine reserve. In addition, the under-pricing of fees for tourism operators has been identified as an opportunity, since after the visitor use fee was increased, it did not affect visitor demand for access, and indeed visitor numbers have been increasing steadily.

The visitor use fee increases (as well as the operator licences) are not equivalent to the real recreational value of the islands to the visitors/users. For example the fees were not based on a willingness-to-pay study, nor on the actual cost to the park of providing tourism opportunities. Thus, there is a probability that fees currently charged are below the fair market price. It is suggested that GNP, like other protected areas, should evaluate their current pricing scheme, to set visitor and licence fees that reflect the market demand. There is also an opportunity to collaborate better with local municipalities, to ensure that the 30% of visitor user fees allocated to local governments are appropriately fed back into conservation benefits.

*Source*: Benitez, 2001.
Web site: http://nature.org/aboutus/travel/ecotourism/resources/

BLM_0044618

---

**Box 9.7   Healthy environments encourage higher willingness to pay**

In two surveyed Marine Protected Areas, it was found that high marine site quality could be used to support higher fees, in a virtuous cycle.

Survey results from the Turks and Caicos Islands indicate that divers would be willing to pay an extra 13% in dive prices for a dive featuring 12 groupers, rather than for a trip featuring one grouper. And they would be willing to pay 5.6% more for a trip with a large grouper, rather than a trip with small grouper.

In the Maldives, divers would be willing to pay US$87 more to visit healthy reefs than others.

In the Red Sea, it has been found that sustaining site quality enables marketing a top-end position for marine tourism destinations, with associated high levels of profitability.

*Source*: Lindberg, 2001.

---

Very often concerns that increased fees will discourage visitors prove unfounded. For example, at Bonaire Marine Park, where dive operators actively lobbied against the US$10 fee, there was no apparent decline in visitation due to the fee; and in Costa Rica, tour operators were strongly opposed to the introduction of a 2-tiered fee, yet revenues actually went up. Similarly, when fees were doubled in "Crown Jewel" sites, (e.g. Grand Canyon, Yellowstone, or Western Canadian national parks), visitation remained the same. In Ontario Provincial Parks, fee increases of over 40% resulted in substantial increases in visitation: the new income allowed for the provision of better and new recreational services, so attracting more visitors (Moos, 2002).

One lesson can be drawn from these examples: **tourists are ready to pay for quality**. Box 9.7 describes a specific example of this in the marine environment.

Pricing fees is one thing, collecting them is another, particularly if access is not controlled, or in large areas, or in marine areas. Some marine protected areas administer fees directly, for example at Hol Chan Marine Reserve in Belize, staff sell tickets at the dive/snorkel site. At others, revenues from fees barely cover the costs of collecting, especially at sites with low visitation levels. In the USA, collection costs for their national parks service and forest service are about 20% of the fee revenues. Some parks are so remote that it is technically difficult to place staff to collect and manage fees. In some places, tickets or passes may be sold through tourism or other businesses, or by using an honour system, backed up by spot checks by park rangers. Thus entry may be sold though tour operators, as at the Great Barrier Reef (AU$4 per day), or at Bonaire Marine Park (US$10 per day). This is paid when divers arrive at the resort, and they must wear a plastic tag to dive. While spot checks for tags are made on shore, peer pressure is effective enough on dive boats to ensure that all divers pay the fee (Lindberg, 2001).

## Willingness to pay

It is important to understand the visitors to the protected areas in order to determine their ability and willingness to pay for services and products (note that 'willingness' and 'ability' are different concepts, since people may demand subsidised services even when

BLM_0044619

they can afford to pay for them). Parks Canada conducts visitor surveys and maintains databases to encourage better management of park programmes and develop new methods of generating revenue. The agency considers market factors such as supply and demand, the price, quality and location of similar services outside the protected area, when setting the rate for the use of services (whether these are controlled by Parks Canada itself, or by private enterprise within the park). Parks Canada has, for example, experimented with a centralised reservation system in the Maritime Provinces. Campers reserved sites over the telephone and paid with a credit card, which went to a contractor. The protected area managers had no administration costs related to camp-site reservations and payments. Public response was high, with 100% reservation during July and August. This on-line reservation system for camp-sites is now being developed nationally. The Provinces of Manitoba and Ontario both introduced centralised camp-site registration systems in the mid-1990s. Initially the system was based on a phone-in approach, and later Internet access became available. The systems became very popular, resulting in increased camp-site utilisation across the province, increased use of remote protected areas which had previously had a low public profile, and much higher public

---

**Box 9.8   Costa Rican protected areas: Results of willingness to pay surveys to increase protected area revenues**

Costa Rica has an extensively developed system of protected areas, covering over 25% of the country's area. Park entrance fees in the 1980s were US$1 for both nationals and foreigners (generating up to US$1million annually). However, in the 1990s, there was further loss of funding sources and the agency raised national park entrance fees to US$15 (and advance booking fees were US$10 and US$5.25 for bulk booking by travel agents). Although visitation decreased, revenues in the first 9 months of 1995 were four times the amount earned in the entire 12 months of 1994! However, widespread opposition to the increase resulted in a reduction of the increase.

Costa Rica found the revenues still did not cover the costs of park operations. So it moved to a two-tiered fee in 1996, with foreigners paying six times as much as nationals for national park entrance. In addition, budgets are supplemented by:

- Donations
- User and concession fees
- Fees from concessions of operation of radio and television towers and a food concession at the zoo
- Fiscal stamps, which must be purchased for documents such as passports, first-time auto registrations as well as all liquor vendors and places of entertainment
- Contributions from the Costa Rican Tourism Institute

In 1995, a study found that the fee of US$6 for foreigners and US$1 for residents was not the optimal fee for revenue generation. Both nationals and foreigners were willing to pay more. Foreigners were willing to pay more than double their current fee (US$23 for Poás and US$14 for Manuel Antonio). Costa Rica residents expressed willingness to pay for future visits to national parks (US$11 for Poás and US$10 for Manuel Antonio). This willingness to pay is almost 900% more than the current fee for residents. There is an opportunity to use more appropriate ways to set visitor fees in Costa Rica's protected areas, which would both generate more revenues for current levels of visitation, and would contribute better to operations.

*Source*: Brown, 2001.
Web site: http://nature.org/aboutus/travel/ ecotourism/resources/

---

BLM_0044620

satisfaction with the procedures for camp-site allocation. Another example of testing the market, and the willingness of visitors to pay for services, is given in Box 9.8.

## 9.7   Corporate contributions to protected areas

Corporate funding is becoming more common in protected areas. The motivations behind corporate support for protected areas are several:

- A desire to support, and be seen to be supporting, a worthwhile cause;
- For tourist companies working in a protected area, the need to sustain the basis of their industry;
- The need to access resources in or near the protected area;
- As a kind of compensation for damage done to the protected area (e.g. mining in it, or nearby);
- The need to acquire a greener image for the company or its products; and
- The benefits that protected areas can bring to their staff and customers.

The degree of support that can be expected from the corporate sector will depend on the prevailing traditions of that sector in the country concerned, tax incentives, the wealth at the disposal of business and industry, and often the existence of an enlightened leader within the sector.

---

**Box 9.9   Examples of innovative corporate financing and partnerships**

**Ecosystem services**

- *Annual Payment*: Del Oro S.A., a Costa Rican orange growing corporation, pays Guanacaste Conservation Area (GCA) US$5/hectare/year for water supply and watershed protection for that part of the catchment area within GCA that also serves as the plantation's water source. The total value of the 20-year contract is US$480,000 (US$24,000/year).

- *Natural Pest Control and Pollination*: Del Oro S.A. also pays GCA a $1/hectare/year for supplying natural pest control services to the orange plantation established adjacent to the conservation area. Again the value of the 20-year contract is US$480,000.

- *Certifiable Tradable Offsets (CTOs)*: Costa Rica has a Greenhouse Gas Fund to promote joint implementation projects under the United Nations Framework Convention on Climate Change. Investors seeking to offset carbon emissions contribute to the fund in exchange for CTOs. The government intends that these CTOs be used as credits against greenhouse gas emissions.

**Corporate imaging**

- *Corporate sponsorship*: A US bill to amend a National Park act grants the National Park Foundation the authority to licence others to use Foundation trademarks, slogans, etc. to promote or advertise that the individual or company is an official supporter of the National Park Service. This requires that all net income derived from the licences and authorisations be expended on programmes, projects or activities that benefit the National Park Service.

Cont.

---

BLM_0044621

---

**Box 9.9   Examples of innovative corporate financing and partnerships (cont.)**

■ *Profit sharing*: Grand Teton Alpine Spring Water and Yellowstone Springs Spring Water are owners of a bottled water company that sends profits from natural spring water bottled from west Yellowstone region to two national parks (Grand Teton and Yellowstone). Regional distributors also make a direct contribution to the parks. Payments go to projects, not administration. In 1998, Yellowstone NP received US$1,100 and Grand Tetons US$600.

**Corporate donations**

■ *Corporate Incentives*: Spanish Peaks Brewing Company donated 10¢ for each case of Black Dog Ale sold to Horizon Air, to the Yellowstone Park Foundation, in 1998.

**Scientific research and royalties**

■ Yellowstone National Park made an agreement with Diversa Corporation to share scientific data and royalties from the company's bio-prospecting in the park's geo-thermal pools. Diversa will pay NPS US$100,000 over five years and 0.5%–10% in royalties for any commercial sales of pharmaceuticals it produces. Any revenue gained would be used for research and conservation in Yellowstone.

**Renting equipment**

■ The Ohio State park system offers camping gear such as cooking stoves, tents and cots for rent to its visitors in an effort to increase revenues, attract visitors, and reduce dependence on tax dollars.

---

Protected area managers should familiarise themselves with the characteristics of the business and industry sector and its potential to help finance the protected area. The scope for innovative partnerships can be considerable as indicated in Box 9.9.

## 9.8   Managing concessions and contracts within protected areas

### 9.8.1 Introduction

Park tourism involves the provision of a wide variety of services to visitors. In theory an agency or manager may ensure the provision of a service or facility in several ways:

1. Government ownership and operation;

2. Government ownership and non-profit operation;

3. Private construction, ownership and operation of the facility, (usually on a long lease);

4. Government ownership, with operations normally delivered by the private sector.

Concessions are agreements made between the protected area agency and the operators, and could therefore relate to options 2–4 above. Normally these will be undertaken in the private sector, though concessions can also be let to NGOs and to other not-for-profit enterprises, as well as to community bodies. In every case, the concessionaire provides specified tourism services in the protected area under an agreement. Most agencies require operators to have a licence to operate a business in the park, such as

BLM_0044622

hotel management, or food store operation. The licence may be exclusive, with no other similar licensed operation permitted, or non-exclusive, when other operations are also allowed.

Private sector involvement in protected areas is most commonly related to:

- Accommodation
- Tour operations
- Waste collection
- Transit

- Site maintenance
- Camp-site maintenance
- Concessions
- Information provision

## 9.8.2 Whether to use concessions

In deciding whether or not to let out concessions in the first place, the agency will first need to consider the following:

*The capacity and legal powers of the protected area agency*: Managers themselves may lack skills, economic and organisational resources to manage and develop tourism facilities effectively themselves. However, an agency that has a legal structure comparable to a parastatal or a corporation may be able to operate most facilities itself. For example, the Niagara Parks Commission, Ontario, Canada, operates virtually all the protected area facilities (e.g. stores, restaurants, attractions and financial institutions) that occur on its land (Eagles, 1993). Where there is money to be made, this agency ensures that the profit is used to cover general operating costs.

*The strengths of the private sector*: There are several reasons why the private sector may be well placed to deliver specialised services and products:

- It is more easily able to adapt to changing markets, needs and conditions
- It often has more flexibility in labour contracts
- It is often freer to innovate and respond quickly
- It can more easily raise capital and other funds
- It has more freedom in setting price levels
- It is not hedged around by the constraints of government policy.

*The income foregone*: Though concessions can be a powerful revenue-generating tool for protected agencies, all profit made by the concessionaire is potential income foregone by the park agency. An alternative maybe to restructure the park agencies along more business-like lines (see for example the earlier discussion on parastatals).

*The suitability of the operation for a concession*: The private sector responds promptly when there is the possibility of a profit through offering a service, but it is normally only interested in operations that provide sufficient financial returns. So they may not want to operate during low visitation periods, or to provide services at average prices. The protected area management will therefore need to consider subsidising an unprofitable but essential operation, or running it themselves.

*The suitability of non-private sector concessionaires*: Concessions can also be let to other groups, such as NGOs. In the case of local communities, this would enable them to derive direct benefit from the economic opportunities created by the existence of the protected area. It may however be necessary for the protected area agency to support the

BLM_0044623

community by helping to build capacity, e.g. by providing training in business skills, in the local community, or to encourage the community to go into partnership with a private sector operator.

### 9.8.3  Basic considerations in drawing up and letting concessions

The goal of a concession, from the agency's point of view, is to further the goals of the park, to provide access to the heritage resources in a way that is compatible with the legislation, and to provide for certain needs of visitors. Therefore, it is important that the contract detail the services required, their timing and their quality. Concessionaires operate within a special, sensitive natural and cultural environment.

The following are among the more important issues that protected area managers need to take account of in drawing up concessions:

- It is necessary that the staff members be suitably trained for such operation. Company and staff qualifications can be one selection criterion.

- There are many operational details, such as hours of operation, range of services, and level of service, that must be outlined in the contract.

- A fundamental issue is that of pricing policy. In some jurisdictions, it is recognised that the park concession has a monopoly and, therefore, regulation of prices is required. In others, competition is encouraged through the development of multiple concession operators in different locales.

- The arrangements for monitoring are important too, and should be specified in the licence, along with the actions that will follow if the concessionaire fails to meet agreed standards.

The choice of concession companies is a critical element. The choice can become highly political, with scope for political interference or park staff self-serving behaviour.

**Craft Shop in Masai Village, Ngorongoro Conservation Area, Tanzania**



Park managers can provide opportunities for local people to become involved in park tourism. ©*Paul F. J. Eagles*

Therefore, selection procedures should be fair to all parties, open, transparent and neutral. Wherever possible, competitive tendering procedures should be adopted.

The Madikwe Game Reserve in South Africa (see Box 3.4) is an example of close and successful co-operation between a government protected area agency and private sector tourism operators. It has secured substantial income from tourism, thereby providing jobs and income for local people, and has helped finance a world-class wildlife restoration project (Northwest Parks and Tourism Board, 2000).

### 9.8.4 Detailed points to be considered in relation to concessions

Concessionaires prefer a longer-length licence period in order to establish the business, earn sufficient return on initial capital expenditures and to earn maximum profits. Park managers often prefer a shorter tenure in order to maintain flexibility. Concessionaires often argue successfully for longer tenures when there are high capital costs associated with the contract. Agencies often consider that shorter timelines increase their ability to maintain controls over service quality and conditions of operation. The length of the contract must be long enough for the company to develop their procedures, explore the market and establish a solid business presence. However, the contract should not be too long, so as to avoid complacency. A term of 5 –10 years is often chosen with annual monitoring and evaluation of the contract performance.

**Leasing vs. ownership**

Typically, the basic facilities, such as the store or the camp-site, are owned by the protected area, but are leased to the private sector for a period of time, say five years. Sometimes the infrastructure is constructed by the concessionaire, but becomes protected area property after a specified time. The infrastructure may be constructed by the concessionaire, donated to the park upon completion, and then leased back to the concessionaire. Tourism facilities owned by private enterprise under a form of land lease are often disadvantageous to park management, because of the weak ability of the protected area to manage the activities and behaviour of privately-owned facilities in a park.

**Rights and responsibilities**

The concession or licence contract outlines the rights and responsibilities of each party. Issues covered in the contract include:

1) Minimum or compulsory trading hours
2) Standards for customer service
3) Environmental practices
4) Pricing policy
5) Public access to facilities
6) Infrastructure maintenance responsibilities
7) Signage
8) Advertising
9) Staff and operations accreditation standards
10) Design of facilities

BLM_0044625

*Sustainable Tourism in Protected Areas*

---

**Box 9.10    Galápagos National Park and Marine Reserve, Ecuador: Example of revenues from boat concession fees**

The terrestrial part of the Galápagos Islands National Park became a World Heritage Site in 1979. The park was declared a Biosphere Reserve in 1985. The Galápagos Marine Resources Reserve was created in 1986. It was declared a whale sanctuary in 1990, and in 1998 the Galápagos Marine Reserve was created – the second largest marine reserve in the world. The marine reserve too became part of the World Heritage site in 2001.

High volume tourism began in the Galápagos in 1969 and has been increasing ever since. There were fewer than 5,000 visitors in 1970, but more than 66,000 in 1999, leading to an increase in tourist infrastructure and services, and of the resident population too. Tourism is now mainly on live-aboard boats; since visitors travel largely by boat, and eat and sleep on board, the need for significant tourist infrastructure on outlying islands is greatly reduced (Wallace, 1993). In 1972, there was one ship for overnight passengers, while by 2000 there were 80 ships registered, with a passenger capacity of 1,729.

The Galápagos National Park Service (GNPS) has been managing tourism since the 1970s, and charges an entrance fee for park visitors. Besides this fee, it charges a concession fee to each boat (an operation licence). This fee varies with the category of ship and number of berths.

**Annual licence fees for boats per berth (US$)**

| Type | Category | $ Amount |
|------|----------|----------|
| Cruise | A | 250 |
| Cruise | B | 200 |
| Cruise | C | 150 |
| Day tour | R | 250 |
| Day tour | E | 50 |

*Source*: GNPS Tourism Unit.

**Distribution of ships by category**



Ships are classified according to their size, number of berths, and quality of the berths. Category A cruise ships are the most luxurious and C the least. Category R day tour boats are the most luxurious.

**Distribution of ships by passenger capacity**



Although the number of ships operating in the Galápagos NP has been reduced from 90 in 1996 to 80 in 2000, the total passenger capacity increased from 1,484 in 1996 to 1,735 in 2000. Concession fees generate about US$400,000, or 8% of the income generated by the park visitor entrance fees.

*Source*: Benitez, 2001.

*Source*: GNPS Tourism Unit.

BLM_0044626

It is important that the financial responsibilities of each partner, the concessionaire and the protected area, are listed in sufficient detail. It is useful to measure performance of the contract at periodic intervals. Penalties for non-compliance must be clearly stated. There must be a procedure outlining the rules for cancellation of the contract due to non-compliance with contract stipulations.

### Fees

Typically, the park receives a fee from the concessionaire. This fee can be in many forms. It can be a straight *annual set fee*. It can be a *flat fee* in conjunction with a *royalty* or a percentage of concessionaire gross revenue. It could simply be a *percentage* of all revenue. The fee payable can be gradually increased over times. The fee can be structured to provide *incentives* for the concessionaire to operate at specific times, for example a lower fee in low volume periods. For one example of a fee structure for concessions, see Box 9.10.

### Monitoring, incentives and enforcement

Concession management can be a major problem for protected area managers. Concessionaires sometimes ignore contractual requirements, even illegally constructing facilities in the park and operating businesses not allowed in their contract. Their employees may lack training and cause problems, such as theft and environmental damage. It is not uncommon for concessionaires to try to avoid contract rules by going to higher levels of government officials or influential politicians. Private operators may take a very short-sighted view of their interests, and show little desire to support other aspects of park operations, such as providing accurate information, assisting injured visitors or helping in emergency situations. Once a bad operator gets into place, it can be very difficult to terminate the concession. The enforcement of concession contracts and the policing of concessionaires can be very expensive and time-consuming for park managers.

### Role of local communities in concessions

Local communities can play a beneficial role in concessions. As already noted, community concessions may be one way of helping to generate income, offset costs of lost access to resources, and thus helping to gain the support of local communities. In addition, local people are often excellent guardians of their resources, since it is *their* livelihoods that are at stake. Local businesses, too, may be used for services (such as certain operation and maintenance services) in a cost-effective manner for the protected area agency. It is also possible to share revenues with the local community, whether derived from concessions or visitor fees. While this is not yet much done in developed countries, it has been quite widely used in parts of Africa for example. It is an important option for protected area management, which can contribute significant funds to the local community.

### Concessions: conclusion

Concession management is one of the most important and most time-consuming activities for park managers. Virtually every park agency undertakes such management, but there is a need for more sharing of knowledge and experience in this field. There is a

BLM_0044627

paucity of literature available to help managers in this activity. A concerted effort is needed to analyse the options available, the successes and failure of various approaches, the management skills necessary and the most desirable methods in various circumstances. Such information needs to be made widely available to park managers.

## 9.9  Summary

This chapter has discussed some of the financial aspects of tourism in protected areas. This discussion reveals the complexity and sophistication of park finance. Clearly protected area agencies require staff members that are specially trained in finance, as well as accounting and marketing. It is generally not desirable for people trained in other areas to transfer into such a field without suitable training. Since so many protected areas and their agencies are becoming more reliant on their income from park tourism, their future depends upon competent financial management.

> Note: For a fuller introduction to this topic, the reader is referred to two recent IUCN publications: ***Financing Protected Areas: Guidelines for Protected Area Managers*** (IUCN, 2000), which is a publication in this series; and ***Guidelines for Financing Protected Areas in East Asia*** (Athanas *et al.*, 2001).

**Lodge in the Village of Monteverde, Costa Rica**



Local communities often provide important visitor services, such as for accommodation, food, medical care and transport. ©*Paul F. J. Eagles*

BLM_0044628

# 10. Human resources planning for tourism in protected areas

## 10.1 Introduction

This chapter contains a number of general observations about the importance of human resources planning. While these observations are true of the staff of protected areas in general and of all aspects of their work, it is especially relevant to those staff engaged in tourism and recreation management. When tourism is a critical component of park management, it is important for a park and a protected area agency to have staff members who are expert in the field. Therefore, most agencies need to consider the human resources planning needed for this important area.

Human resource management needs to be integrated into existing protected area management plans. Effective human resource management recognises and utilises the human asset of an organisation in order to fulfill short- and long-term goals. In combination with current theories of ecologically based land management, and sustainable sources of income, this will provide an excellent foundation for managing tourism sustainably in protected areas.

## 10.2 The human asset

All protected area employees and volunteers need to be recognised as its valued ambassadors. They are, possibly, the most important single factor in ensuring the successful management of tourism in protected areas. It is therefore essential that the vital nature of the service that employees provide to visitors be recognised. Front-line workers especially, such as rangers and staff in visitor centres, are the visible public expression of the management philosophy behind the protected area's operation. If the relationship between staff and visitors is positive, the benefits will be many.

In a well-run organisation, management knows about its staff. It should have access to data on its labour force, especially about recruitment and turnover rates, as well as being generally informed about the welfare of its workforce. Good human resource planning and development create a workforce that is more likely to succeed. Therefore protected area authorities that are committed to researching, hiring and developing their personnel by using appropriate human resource development strategies will be better placed to protect the environment, involve local communities and share the conservation message with tourists. If the staff are selected carefully and skilfully trained, protected areas will operate more smoothly and tourists will undoubtedly notice, appreciate and share their appreciation with other potential visitors.

There are general trends in the labour force at large that can be used to improve human resource planning, recruiting and pay. In most countries, statistics on employment participation rates are compiled by national statistics agencies. This index is a measure of the proportion of people eligible for inclusion in the labour force who are actually in it,

145

BLM_0044629

---

**Box 10.1  Contents of a job analysis**

1. Work outcomes – the tasks to be accomplished

2. Work procedures – required job activities

3. Equipment and tools necessary for quality job performance

4. Work environment characteristics

5. Job specifications – the knowledge, skills, attitude and other characteristics necessary for a suitable level of performance

---

and can be used to project labour force availability within different employment sectors. By comparing the participation rate with population demographics, a planner is able to identify which segments of the labour force to target to increase the success of recruitment efforts.

## 10.3  Job analysis

Each post assigned to a protected area employee should have a specific and detailed job description. The purpose of delineating each work assignment is to ensure job satisfaction for the individual and an efficient and effective organisation overall. This is especially important in protected areas where – in some countries at least – some staff may come into the organisation with strong views as to what their role should be. If false expectations are not dispelled at the hiring stage, disenchantment may follow for staff member and employer.

Job analysis is a commonly used strategy for identifying organisational human needs and is recommended here. It is a systematic process of determining the nature or content of a work assignment through the collection and organisation of relevant information. Managers who plan work assignments in this way can capture and transform the ideals of an organisation into performance specifications for individuals.

The characteristics that are typically analysed in a job analysis are listed in Box 10.1.

Job analyses provide the foundation for most human resource management activities because they are used as reference points for various other functions. Box 10.2 outlines how the job analysis process is used in other human resource management areas.

---

**Box 10.2  Job analysis process**

**Planning and staffing**
1. Current and future staffing needs
2. Recruiting information
3. Selection criteria

**Employee development**
1. Inform employee about performance standards
2. Training
3. Performance appraisal
4. Career planning

**Employee maintenance**
1. Determine compensation
2. Health and safety
3. Labour relations – to bargain over job responsibilities

---

BLM_0044630

Human resource planning must start from the present situation. An understanding of current staffing needs forms a baseline for determining future requirements as changes occur in the management strategy. The information derived from job analyses is the key criterion for recruiting job applicants in a targeted manner. Selecting the ideal applicant should be based upon the measurable criteria determined from the job analysis.

Staff development programmes offer a mutually beneficial strategy for both employer and employee. At the beginning of a work assignment, employees are typically oriented to the organisation by a discussion on work expectations and performance standards. The job analysis should provide the structured framework for such information exchanges. Training seminars are necessary to enhance an employee's performance in specialised areas, such as customer service training or equipment certification. Annual performance appraisals, or employee evaluations, need to be approached in a structured way, using written standards. Employees within an organisation often seek advancement. By clearly communicating the job specifications and desired work outcomes for each position, employees are better placed to measure their own success and plan their own career progression.

Determining an appropriate level of compensation for each position within a protected area can be a difficult task. The information and job criteria provided within the job analysis can aid such decisions by basing compensation rates on the content and qualifications required for each job. This process safeguards equity by standardising pay structures. A job analysis can also be used to identify potential job hazards such as environmental exposure or vulnerable wildlife contact. Managers can then use such information in risk management initiatives by notifying employees of training regimes to minimise such risks. Protected area employers may also find that their responsibilities include dealing with labour union issues. Often these concern job requirements, pay and condition. The existence of a written job analysis and job description will help to facilitate discussions with union representatives.

Although a job analysis can appear to be highly formalised, the benefits that derive from such an organised and practical approach far outweigh the associated costs.

## 10.4  Recruitment and selection

*Recruitment* is the process of attracting qualified candidates to apply for vacant positions within an organisation. *Selection* is the final stage of the recruitment process, when decisions are made as to who will be chosen for vacant positions.

Protected areas are mission-driven organisations with management objectives that are often thought to be in conflict. Finding the right people to fit each work assignment is extremely important for an organisation that depends on the skills and attitudes of their staff. But since protected areas need to pursue a special and sensitive combination of goals, the recruitment and selection of the people charged with the delivery of the work of the protected area is particularly important. This applies particularly to those staff who are employed to interface with tourists, since this often calls for a wide range of professional skills and human qualities that are rarely found in combination.

Recruitment always plays an important function in the development of a healthy and motivated staff. It should be thought of as encompassing all the activities which may affect the number or types of individuals applying for a given vacancy. Numerous social and economic factors influence the pool of available talent that might apply. The role of

BLM_0044631

**Park Managers in Kalkalpen National Park, Austria**



All park management is ultimately dependent upon dedicated and professional park managers.
©*Paul F. J. Eagles*

recruitment may vary slightly depending on whether the protected area is managed in the private, public or not-for-profit sector, since rather different cultures apply – but in most respects the principles are the same.

The techniques used to recruit and select individuals for various positions differ globally, and the strategies used need to be carefully adapted to, and planned for, the local environment. Examples of culturally specific considerations include reliance upon family-run firms, the traditions of the society in which the protected area is based, and the role and traditions of public sector agencies in the country concerned. Other considerations will be specific to the organisation, such as its size, history, stage of development and geographical location. Many of these factors will need to be considered when planning the right recruitment and selection strategy. It may be useful to conduct a comparative analysis with other related organisations to help choose an appropriate local strategy. It is important, however, never to lose sight of the mission and purpose of the protected area throughout the planning process.

## 10.5   Human resource development

The purpose of *Human Resource Development* (HRD) is to improve the capacity of the human resource through learning and performance at the individual, process and organisational levels. By applying a well-ordered and professional HRD approach to work in the protected areas field, the skills, knowledge and attitudes of park personnel will be enriched and the overall quality of work performed will improve. The three branches of HRD are training and development, organisational development, and career development.

### 10.5.1   Training and development

*Training* is a vital investment in staff. It should be strategically planned in order to provide a meaningful learning experience for new or current employees and volunteers. Training and development should be focused on developing the individual employee's fundamental competencies, so that he or she can perform current and future jobs to the

BLM_0044632

highest standard. Training should result in the development of the knowledge, skills and attitudes of protected area personnel. Training is not only necessary at the beginning of an employment contract, but must accompany the job throughout. Developing employees' skills not only helps to improve performance but it also increases the likelihood that jobs remain interesting and challenging. Training programmes should be designed to cover all aspects of management required in the protected area concerned. However in these guidelines on tourism we emphasise the particular importance of training in:

- visitor and community relations,
- financial planning and business skills,
- environmental education,
- conflict resolution,
- ecological research and monitoring, and
- patrolling and law enforcement.

### 10.5.2   Organisational development

*Organisational development* is about improving the energy generated when employees work together. Programmes that contribute to improving the quality of work life, team building and similar objectives produce a loyal and committed employment environment. Again, while the advice given here is general, it is also especially relevant to the challenge of dealing with visitors to protected areas.

### 10.5.3   Career development

*Career development* is a facet of human resource development that is focused on individual employees and helps prepare an employee for future positions in the organisation. There are many positive benefits of preparing and developing current employees for advancement within an organisation. The benefits experienced by the employee include job satisfaction, motivation and a desire to contribute and perform well, with direction and purpose. The protected area also benefits from career development, since well-trained staff are more likely to be enthused employees; also the costs of recruitment and selection are reduced.

Career development often involves certification programmes, educational diplomas or degrees, apprenticeships and the use of training courses for continuing professional development. More recently, technology has enabled relatively isolated park employees to improve skills through correspondence programmes and distance learning.

## 10.6   Performance evaluation

*Performance evaluations* or *appraisals* provide protected area managers with essential information for making strategic management decisions. The information gained through the collection, analysis and evaluation of employees' performance enables managers to communicate how well staff are doing, and – if necessary – provides the reasons why changes should be made. An effective evaluation system can be used to determine if human resource management is helping to achieve protected area aims. The data collected can also be used to identify current human resource development needs,

BLM_0044633