validate the way that staff are recruited, selected, trained and paid, and generally evaluate the success of human resource programmes.

Since businesses vary, evaluation programmes vary too. Thus each protected area needs to develop a performance evaluation system that reflects its unique values, goals and objectives. The evaluation process enables the employer and employee to assess and discuss performance and, in so doing, facilitates communication. Working together during the evaluation process, managers and employees can develop goals and objectives. This fosters employee motivation and empowerment, and mutual respect between all parties involved.

Surprisingly, few park agencies have effective staff performance evaluation programmes. Even fewer have remuneration schedules that are tied to goal accomplishment, such as the implementation of a management plan. If an agency is serious about implementing its policy, including its management plans, it needs to set up such evaluation-based procedures. Performance evaluation tied to remuneration levels is one way to encourage implementation.

Once all the elements of human resource management are understood and in place, it is important to develop a human resource plan for the protected area system and each individual park.

**Art Gallery in Algonquin Provincial Park, Ontario, Canada**



Older parks develop their own unique culture. The arts often play an important role in the development of cultural identity for parks and their environments.  ©*Paul F. J. Eagles*

BLM_0044634

# 11. Monitoring tourism in protected areas

## 11.1  Why monitor?

*Monitoring* is an essential component of any planning or management process, for without monitoring, managers know nothing about progress towards the objectives they have been set or have set themselves. Monitoring is the systematic and periodic measurement of key indicators of biophysical and social conditions. The word *systematic* means that an explicit plan should exist to set indicators, chart how and when these should be monitored, and show how the resulting data will be used. *Periodic* means that indicators are measured at predetermined stages. This chapter outlines some considerations involved in developing and implementing a monitoring programme as this relates to tourism in protected areas.

While management experience is an important element of decision-making, the results of systematic monitoring provide a more defensible basis for management actions. Subjective impressions of conditions are not good enough: the public demands to see the data upon which decisions are taken, and to be assured that they were collected in a scientifically reliable manner. Without the data on conditions and trends that monitoring provides, managers cannot respond to many public concerns and criticisms, nor can they properly fulfil their responsibilities, nor judge the effectiveness of actions they take. Moreover, if managers do not undertake the monitoring, someone else will – and such monitoring may well be biased. However, monitoring requires ample funding, trained personnel, access to data and sufficient time to implement programmes. In reality, the resources for monitoring are not always readily available and implementation often falls well short of what is desirable.

There are two particular aspects of monitoring tourism in protected areas:

1  *Monitoring visitor impacts*: Visitors to protected areas have environmental and social impacts. Managers should understand and manage those impacts. Through the appropriate planning process for the park, tourism and related objectives are defined and indicators developed. Through periodic measurement of indicators, data on visitor impacts are collected, analysed and evaluated. Managers should then determine what action is needed to address problems.

2  *Monitoring service quality*: The planning process also determines the kind of experience which it is intended to provide for visitors. Monitoring service quality, therefore, involves collecting, analysing and evaluating information about the fulfilment of the needs of visitors.

### 11.1.1  What should managers monitor?

*Indicators* should be identified early on in the planning process. Indicators relate to issues or conditions which are influenced by some action or trend. Monitoring provides

BLM_0044635

managers with essential information about the protection of the values for which the area was established. Indicators need to be selected carefully, because of scarce financial and personnel resources. Also, because the appropriateness of indicators can change over time, their suitability should be reviewed periodically.

Several points should be noted about the use of indicators to monitor tourism in protected areas:

1   They should identify *conditions* or *outputs* of tourism development or protected area management (e.g. the proportion of the park impacted by human activity or annual labour income from tourism) rather than *inputs* (e.g. the money spent on a programme);

2   They should be descriptive rather than evaluative;

3   They should be relatively easy to measure; and

4   Initially only a few key variables should be selected for monitoring.

The Nature Conservancy (TNC) reviewed monitoring methods for protected area programmes in Latin America (Rome, 1999). They found monitoring programmes were most effective when they addressed impacts and threats, and dealt with issues that affected both the full range of stakeholders, and the protected area.

TNC listed the impacts for which indicators should be developed for monitoring purposes as follows:

1   Environmental impacts – on the protected areas and surrounding lands, both physical and biological (usually measured through quantitative methods);

2   Experiential or psychological impacts – on visitors (usually qualitative methods);

3   Economic impacts – on communities and protected areas (usually quantitative methods);

4   Socio-cultural impacts – on communities (usually qualitative methods); and

5   Managerial or infrastructure impacts – on protected areas and surrounding lands.

---

**Box 11.1  Makira, Solomon Islands and Irian Jaya/Papua, Indonesia: Biodiversity Conservation Network (BCN) monitoring of ecotourism activities**

The BCN supports biodiversity conservation activities. In these ecotourism projects, environmental indicators were selected as dependent variables, affected by ecotourism as well as other income-generating activities (e.g. nut gathering in the Solomon Islands).

In Makira, Solomon Islands, the indicators were:

1.   Fruit dove frequency measured by a range of surveyors, including tourists and guides, and

2.   Annual socio-economic surveys.

In Irian Jaya/Papua, the indicators of the biological conditions of coral reef include:

1.   Numbers of butterfly fish, live coral, and other fish caught at designated sites, and

2.   Beach trash and a range of socio-economic indicators in the community.

Cont.

---

BLM_0044636

---

> **Box 11.1  Makira, Solomon Islands and Irian Jaya/Papua, Indonesia: Biodiversity Conservation Network (BCN) monitoring of ecotourism activities (cont.)**
>
> Measurement programmes in Makira resulted in changed management actions, including seasonal restrictions on pigeon hunting, and bans on pesticides.
>
> Those in Irian Jaya/Papua led to experimental transplanting of coral, and pressure on government agencies to discontinue practices damaging coral reefs.
>
> These examples demonstrate how monitoring stimulated community concern and remedial management activities.
>
> *Source*: Rome, 1999.
> Web site: http://nature.org/aboutus/travel/ecotourism/ resources/

An example of a monitoring programme dealing with ecotourism impacts, which was taken from the TNC study, is shown in Box 11.1.

## 11.1.2  Where should managers monitor?

Monitoring should be focused on:

1. Areas where problems are most acute, and/or where staff or visitors have indicated concerns. These are likely to include:

- places where conditions are at the limit, or violate existing standards (e.g. a slight change in camp-site conditions that results in camp-site impacts becoming unacceptable and thus may lead to a closure);
- places where specific and important values are threatened; and
- places where conditions are changing rapidly (Cole, 1983).

2. Areas where new management actions are taking place (e.g. if the management plan introduces a wilderness zone, with the aim of reducing visitor numbers or modifying visitor behaviour, managers should consider monitoring in that area to determine how the policy is working);

3. Areas where the effects of management are unknown. For example, while there has been much research on the effects of recreation on soil, vegetation, and camp-site conditions, there has been little research on the effectiveness of rehabilitation techniques, and how recreation variables influence rehabilitation;

4. Areas where information is lacking, and a monitoring programme will provide data on tourism and protected area conditions and trends.

## 11.1.3  When should monitoring occur?

Frequently asked questions include: "At what season should camp-site impacts be measured"? or "When should trail encounters be measured (on the "average" day, on peak days, on randomly selected days in the season)?". Timing depends on the indicator being monitored. Research on visitor impacts can be used to identify the most appropriate frequency for re-measurement.

By the time that environmental impacts are clearly evident – for example, erosion has taken hold on an over-used trail – management options may be reduced. It then becomes

BLM_0044637

Case No. 1:20-cv-02484-MSK   Document 40-3   filed 04/27/21   USDC Colorado   pg 5 of 338

a choice of reducing numbers or limiting visitors' activities (politically difficult, though often necessary), or making the environment more resistant to impacts through hardening (financially difficult to find budgets for infrastructure and maintenance). But if impacts had been measured earlier, and remedial action taken promptly, there would be less impact and lower management costs.

The establishment of a monitoring programme at the outset of project development, and the gathering of baseline information allows for early warning of impending changes, enabling timely management action to take place. It is therefore critically important to develop baseline data on initial conditions. The values placed on all subsequent monitoring data will depend upon the changes observed compared to the baseline data.

### 11.1.4  Who should monitor?

It might be thought that trained staff would be required for monitoring, and for some specialised aspects of the programme that is true. But other groups can also be involved:

- field staff and rangers;
- the local community;
- local schools and universities;
- specialist tourist programmes that support protected area research, such as Raleigh International and Earthwatch;
- tourism operators; and
- visitors (e.g. visitors to Itala Nature Reserve, KwaZulu/Natal, are issued with observation cards to help locate movements of wildlife).

Box 11.2 summarises a monitoring programme where staff, guards and scientists collaborated.

---

**Box 11.2  A protected area monitoring programme. Noel Kempff Mercardo National Park, Bolivia: A collaboration of efforts**

At this national park, an ecotourism site, simple biological monitoring occurs between a Nature Conservancy partner, Fundacion Amigos de la Naturaleza (FAN) and the Bolivian national park system.

*What*? They monitored megafauna and endangered species for some years. There is no monitoring of cultural and socio-economic impacts because there are no communities in the park.

*Who*? Park guards and FAN staff are responsible. Nature guides have been involved recently.

*How*? They use data collection procedures recommended by visiting scientists. The nature guides collect information on bird and animal sightings.

*Results*? Information collected helped staff to plan and manage more effectively. They now know better when river turtles are nesting, when they hatch, when they are in most demand by locals, when fish are migrating, etc. Also, they have baseline data from which to assess future impacts, particularly if ecotourism should grow more.

*Source*: Rome, 1999
Web site:  http://nature.org/aboutus/travel/ecotourism/resources/

---

BLM_0044638

## 11.2  The characteristics of a monitoring system

Monitoring should be approached in an organised, systematic manner. The following are the ideal characteristics of a monitoring system:

- *Meaningful variables* – the variables measured should provide information that is useful in leading to management change;
- *Accurate results* – the results should reflect actual conditions;
- *Reliable system* – the monitoring should lead to repeatable results, from which reliable conclusions can be drawn;
- *Able to detect change* – the system must be able to detect change resulting from human activity and environmental fluctuations;
- *Affordable* – the monitoring design must consider the ability of the agency to fund and carry out the recommended procedures;
- *Easy to implement* – procedures should be as simple and straightforward as possible; and
- *Appropriate to management capability* – the monitoring protocol must be capable of implementation within the capacity of the protected area management (if it calls for additional resources, this must be made explicit).

TNC has developed **_Guidelines_** for monitoring programmes, see Box 11.3.

---

**Box 11.3 The Nature Conservancy guidelines for monitoring programmes**

1. Monitoring should be incorporated into general planning and management.

2. Monitoring must be grounded in protected area management and community development objectives.

3. The complex causes of impacts must be recognised and analysed.

4. Indicators and methods for measuring them must be selected carefully.

   A number of criteria are recommended for selecting good indicators:

   - Measurability
   - Precision
   - Consistency
   - Sensitivity
   - Degree of relationship with actual tourism activity
   - Accuracy
   - Utility
   - Availability of data
   - Cost to collect and analyse

5. When selecting standards or acceptable ranges for measuring indicators, several factors must be considered (for biological indicators, it is important to ensure that minimum levels are sufficient to maintain population numbers and genetic diversity; when considering visitor reactions, it is important to realise that visitors generally recognise physical and experiential impacts more accurately than biological ones).

Cont.

---

BLM_0044639

> **Box 11.3 The Nature Conservancy guidelines for monitoring programmes (cont.)**
>
> 6. Local stakeholder participation is critical. In developing areas, local communities are demanding increasingly larger roles in the establishment, planning and management of protected areas. Therefore, impact monitoring must go beyond what happens in the protected area itself.
>
> 7. Monitoring methodology and analysis of findings must be user-friendly and minimally demanding in time or budget.
>
> 8. Monitoring results must be carefully analysed to determine appropriate management options.
>
> 9. Monitoring must lead to specific management and awareness-building actions.
>
> *Source*: Rome, 1999.
> Web site: http://nature.org/aboutus/travel/ecotourism/resources/

## 11.3   Developing a monitoring programme

A formal monitoring plan is needed to give effect to a monitoring programme in a scientific and professionally responsible way. This should be a formal exercise for several reasons. The process of writing a plan requires considerable thought, demands that planners evaluate what the plan is designed to achieve, reveals to others intended actions, and thus encourages professional critique. Also, from time to time protected area managers are re-assigned from one area to another. When this happens, the existence of a formal monitoring plan helps maintain monitoring procedures, an important consideration because the effects of many management actions may not be visible for years.

To be effective, a *monitoring plan* should be developed with these features:

1. *Objectives and rationale* – the goals of the monitoring plan relate directly to the goals outlined in the  protected area management plan;

2. *Indicators* – the chosen indicators are those that best indicate the conditions to be monitored;

3. *Monitoring procedures* – the frequency, timing and location of measurement activity, as well as specific instructions on methods used;

4. *Analysis and display of monitoring data* – procedures for data analysis and for the presentation of results; and

5. *Personnel* – explicit indication of responsibility for monitoring, effectively integrating the monitoring task into the overall management of the protected area.

TNC recommends the steps appropriate for developing and implementing a tourism impact monitoring plan (Box 11.4).

BLM_0044640

---

**Box 11.4  Steps to develop and implement a tourism impact monitoring plan**

**A)   Planning for monitoring**

    1)    Formation of a steering committee.

    2)    Holding a community meeting.

**B)   Developing a monitoring programme**

    3)    Identifying impacts and indicators to be monitored.

    4)    Selecting methods of measurement.

    5)    Identifying limits or ranges of acceptable change.

    6)    Developing an operational monitoring plan.

**C)   Conducting monitoring and applying results**

    7)    Training staff, managers and community representatives.

    8)    Carrying out monitoring and examining data.

    9)    Presenting monitoring results.

**D)   Evaluating and Advancing Monitoring**

    10)   Evaluating the monitoring programme and conducting outreach.

*Source*: Rome, 1999.
Web site: http://nature.org/aboutus/travel/ecotourism/resources/

## 11.4  Research

Research can provide new knowledge, insight and procedures for tourism management. Ongoing research programmes frequently reveal trends and patterns that are valuable for planning and management. All stakeholders can benefit from research. The benefits are most apparent when protected area management involves tourism providers in research, and when all protected area staff and all private tourism operators are informed of research findings, so that they can use these in their work.

There are several key **Guidelines** to be considered in the stimulation and management of park tourism research:

*Consider involving a wide range of researchers*: Research may be done by agency or company employees, consultants, university teachers and students. Much valuable research can be obtained for a very low cost through the creation of a supportive and encouraging environment. Harmon (1994) provides additional guidelines to assist park managers in co-ordinating and managing research in protected areas.

*Adopt an open attitude to research*: It is important that park managers encourage potential research. Some agencies do this by maintaining an inventory of potential research topics that would be of use for park management. To be useful, the inventory should include a title for the research, a description of the topic, a contact name within the agency, possible research sites and information on the availability of funding. Ideally the inventory should be made widely available to potential research partners in hard copy and electronic format.

BLM_0044641

*Set up a research permit process*: Many protected area agencies maintain a research permit process in order to screen topics for suitability, to assist with the maintenance of a research record, and to set conditions for the conduct of the research. It is common to request all researchers to provide a copy of their research publications to the protected area. Those who do not fulfil the permit requirements may be penalised, such as having their research privileges denied at a future date.

*Give practical help to researchers and institutes*: Some park agencies take special steps to encourage directed park research. These can include:

- sharing employment costs for a research leader between a university and a park agency;
- maintaining research facilities and accommodation for researchers;
- maintaining a library of all studies undertaken in the protected area;
- maintaining a database of past research data sets;
- providing transport for researchers within the protected area; and
- generally fostering a positive attitude by park staff towards research and researchers.

*Conduct tourism research using protected area staff or consultants*: Where this is done, the studies should be made available to the larger research community outside the park and the agency. Many protected areas do a poor job of making their own research findings available to the larger community, yet stakeholders will be interested in research findings. When an agency makes its data available for secondary research by outside researchers, it is considered an act of responsible goodwill, since the data can be mined for secondary analysis.

*Involve private sector tourism operators:* These are often willing and useful partners in a park tourism research programme, helping to fund the research and provide assistance in its conduct. They may make their own research findings available to the park. Private-public partnerships can be positive vehicles in encouraging tourism research in parks.

*Communicate the results of research:* This is crucial. In some countries protected area personnel actively encourage research dissemination, through conferences, special lectures and the direct mailing of research findings. It is often useful to compile books of research findings for a park or for a subject area. Research findings should be made available to field staff in a form and language that they understand. Many park interpretive programmes explain park research findings to visitors, which in turn can improve tourism management efforts. For protected areas with specialised ecotourism programmes, it is very important that the private sector operators and their staff are kept informed of the most recent research findings: some managers do this when they hold regular information meetings with their private sector operators.

*Stimulate research with awards:* Some agencies provide awards to tourism researchers. These encourage and support good research work and stimulate further interest in the field. Ongoing research effort requires constant encouragement and support efforts by senior managers of the protected area agency.

Note*:* For a fuller introduction to this topic, the reader is referred to a recent IUCN publication in this series: ***Evaluating Effectiveness: A framework for assessing the management of protected areas*** (Hockings *et al*., 2000).

BLM_0044642

# 12.  Conclusions

Protected areas normally achieve recognition and enhanced protection when sufficient numbers of people visit them, appreciate them, and take political action to assure their survival. Park tourism is a critical component of protected area establishment and management.

These guidelines provide a conceptual background for understanding park tourism and its management. They provide a theoretical basis for management, and they include practical advice to planners and managers.

Sustainable tourism practice within protected areas is a long-term commitment.  But while it is important to think long-term, it is also necessary to set realistic short and mid-term goals. Individuals, businesses and organisations must be aware that benefits are long-term, and should not expect to experience them immediately after sustainable practices are implemented.  In practice, only a small portion of benefits will arise quickly; most will depend upon many years of continued effort.

It is important for protected area planners to develop incentive measures that will influence decision-making processes within society.  It is necessary to create induce-ments to incite or motivate government, local people, and international organisations to conserve biological and cultural diversity.  All existing legislation and economic policies need to be reviewed in order to identify and promote incentives for the conservation and sustainable use of the resources, and to remove or modify those that threaten biological diversity and cultural integrity.

Protected area managers need to make ongoing efforts to communicate with all stakeholders. Only with the broad support of the community will management be successful in the long term. These guidelines suggest that national and international organisations need to encourage governments to make improvements in the following critical areas:

1.  Support for effective legislation, with adequate resources for implementation;

2.  Creation of national policies on protected areas and the management of tourism (as well as education about the environment and conservation); and

3.  Development of a management plan for each protected area, covering all acti-vities, including tourism, to ensure that objectives are achieved and resources are well-used.

At present, the cash flow from tourism often returns largely to urban areas, well away from the protected areas themselves. It is always advantageous to invest and assign some tourism revenue to local communities, so that local people see direct financial benefits from park tourism. Planners and managers should therefore be active in stimulating maximum local economic benefit.

BLM_0044643

# Appendix A
# Definitions of tourism

It is important for measurement, statistics and reporting that standardized definitions of tourism be used. This appendix contains the World Tourism Organization definitions for tourism.

**Tourist:** a person travelling to and staying in places outside his or her usual environment for not more than one consecutive year for leisure, business, and other purposes.

**Tourism:** the activities of persons travelling to and staying in places outside their usual environment for not more than one consecutive year for leisure, business, and other purposes.

**Domestic tourism:** involving residents of the given country travelling only within this country.

**Inbound tourism**: involving non-residents travelling in the given country. It is often useful to classify visitors by country of residence, rather than by nationality.

**Nationality:** the government issuing the passport (or other identification document), even if the person normally resides in another country.

**Outbound tourism**: involving residents travelling in another country.

**Internal tourism:** comprises domestic and inbound tourism.

**National tourism:** comprises domestic tourism and outbound tourism.

**International tourism:** consists of inbound and outbound tourism.

**International visitor:** any person who travels to a country other than that in which he has his usual residence but outside his usual environment for a period not exceeding 12 months and whose main purpose of visit is other than the exercise of an activity remunerated from within the country visited.

**Domestic visitors:** any person who resides in a country, who travels to a place within the country, outside his usual environment for a period not exceeding 12 months, and whose main purpose of visit is other than the exercise of an activity remunerated from within the place visited.

**Overnight visitors**: visitors who stay at least one night in collective or private accommodation in the place visited.

This definition includes cruise passengers who arrive in a country on a cruise ship and return to the ship each night to sleep on board, even though the ship remains in port for several days. Also included in this group are owners or passengers of yachts and passengers on a group tour accommodated in a train.

**Sameday visitors**: visitors who do not spend the night in collective or private accommodation in the place visited.

**Tourism expenditure:** the total consumption expenditure made by a visitor or on behalf of a visitor for and during his trip and stay at a destination.

BLM_0044644

# Appendix B
# Park tourism definitions

For the measurement and reporting of park tourism it is important that standardized approaches and terminology be used. This appendix contains the definitions of the World Commission on Protected Areas (Hornback and Eagles, 1999).

**Visit:** a measurement unit involving a person going onto the lands and waters of a park or protected area for the purposes mandated for the area.

Each visitor who enters a park for the purpose mandated for the area creates a visit statistic. Typically, the visit statistic has no length of stay data associated with it. However, the collection of additional data on the length of stay of a visit allows for the calculation of visit-hour and visit-day figures.

**Visitation:** the sum of visits during a time period.

Visitation is usually expressed as the summation of use for periods, such as daily, monthly, quarterly, or annually.

**Visitor:** a person who visits the land and waters of a park or protected area for purposes mandated for the area. A visitor is not paid to be in the park and does not live permanently in the park.

Typically, the mandated purpose for the visit is outdoor recreation for natural parks and cultural appreciation for historic sites.

**Entrant:** a person going onto lands and waters of a park or protected area for any purpose.

The entry figure for a park is typically larger than the visitor figure. The entry figure includes data for all recreational or cultural visits as well as data for people who are in the park for activities not related to the purposes mandated for the area. For example, the entry figure may include park visitors, plus those just driving through, local people who may pass through a corner of the park, or the daily activities of park workers. These non-visitors are usually not there for recreational or cultural purposes, but their use of park resources, such as roads, do have an impact and, therefore, their activities are worthy of note.

**Ecotourists:** Individuals who travel to relatively undisturbed or uncontaminated natural areas with the specific objective of studying, admiring, and enjoying the scenery and its wild plants and animals, as well as any existing cultural manifestations. (Ceballos Lascurain, 1996).

**Wilderness travellers:** Those who travel to areas where management objectives feature protection of the natural processes that have shaped the physical-biological character of the setting. Mechanized access is prohibited or greatly restricted, as are resource exploitation activities. Recreation is a legitimate use, yet subordinated to the goal of environmental preservation (Eagles, 1995).

BLM_0044645

**Adventure tourists:** Travellers who participate in strenuous, outdoor vacation travel, typically to remote places renowned for their natural beauty and physical attributes, involving hazardous activities (Eagles, 1995).

**Car campers:** Travellers who travel for social motives, with both friends and family, in both urban and wild settings. While the primary focus is social gratification within a natural setting, learning, instruction, levels of solitude, and interests and activities are other focal points (Eagles, 1995).

**Cultural heritage** contains:

> **Monuments:** architectural works, works of monumental sculpture and painting, elements or structures of an archaeological nature, inscriptions, cave dwellings, and combinations of features, which are of outstanding universal value from the point of view of history, art, or science;

> **Groups of buildings:** groups of separate or connected buildings, which because of their architecture, their homogeneity or their place in the landscape, are of outstanding universal value from the point of history, art, or science;

> **Sites:** works of man or the combined works of nature and man, and areas including archaeological sites which are of outstanding universal value from the point of history, art, or science.

**Cultural tourist:** Travellers who immerse themselves in the natural history, human history, the arts and philosophy, and the institutions of another region or country.

**Heritage tourist:** Travellers who visit from outside the host community, motivated wholly or in part by interest in the historical or lifestyle/heritage offerings of a community, region, group, or institution.

BLM_0044646

# Appendix C

# Operational policies for tourism for the National Park Service of the United States of America

The 1995 White House Conference on Travel and Tourism established a basis and framework for closer co-operation and mutual understanding between land-managing agencies and the tourism industry. Regional and state tourism conferences have brought park managers and tourism operators together. This dialogue has fostered many of the principles incorporated in the following operational policies:

It is National Park Service policy to:

4.1    Develop and maintain a constructive dialogue and outreach effort with state tourism and travel offices, and other public and private organizations and businesses, using a variety of strategies, including but not limited to memberships in organizations, participation in conferences and symposia, and internet-based information resources.

4.2    Collaborate with industry professionals to promote sustainable and informed tourism that incorporates socio-cultural, economic, and ecological concerns, and supports long-term preservation of park resources and quality visitor experiences. This collaboration will be used as an opportunity to encourage and showcase environmental leadership by the Service and by the tourism industry, including park concessionaires.

4.3    Encourage practices that highlight America's diversity and welcome park visitation by people of all cultural and ethnic backgrounds, ages, physical abilities, and economic and educational means.

4.4    Foster good relationships with park neighbours by promoting visitor and industry understanding of, and sensitivity toward, local cultures, customs, and concerns.

4.5    Provide cost-effective park visitor orientation and information services to visitors in parks and, as funding and partnerships allow, at the visit planning stage, at park gateway communities, and at appropriate threshold locations within park units. As part of this effort, the Service will work to ensure that all who provide information to visitors are well informed and provide accurate information about park activities and resources, including current conditions and seasonal variations.

4.6    Pursue practices, such as the use of universal design and the inclusion of metric measures on signs and printed media, that will contribute to the safety and friendly accommodation of all visitors.

4.7    Encourage visitor use of lesser-known parks and under-utilized areas; use during non-peak seasons, days of the week, and times of the day; and visitation to related sites beyond park boundaries, as appropriate, to enhance overall visitor experiences and protection of resources.

BLM_0044647

4.8     Specifically address long term tourism-related trends and issues, and their implications for park plans and management decisions.

4.9     Represent park needs and realities during the preparation of plans and proposals for gateway community services and park tour operations that could impact park visitation, resources, visitor services, and infrastructure support.

4.10    Promote positive and effective working relationships between park concessionaires and others in the tourism industry to ensure a high quality of service to park visitors.

4.11    Identify desired resource conditions and visitor experiences, and work to establish supportable, science-based park carrying capacities, as the basis for communicating acceptable levels and types of visitor use, recreation equipment use, tours, and services. Carrying capacities are defined for each park as an outcome of the National Park Service planning process.

4.12    Participate in and monitor travel industry research, data gathering, and marketing initiatives to ensure that the Service is fully informed of demographic changes and visitor trends.

4.13    Work with partners to provide timely, accurate, and effective park information, and to ensure that realistic situations and safe, resource-sensitive recreational practices are depicted in promotional materials and advertising. This includes providing appropriate information as early as possible to the tourism industry regarding changes in operations and fees.

4.14    When feasible, and consistent with park resource protection and budgetary needs, schedule construction, repairs, and resource management practices, such as prescribed burns, in ways and at times which keep key visitor attractions and services accessible for public use during peak visitation periods. This will help to minimise adverse impacts on visitors, as well as on park-visitor-dependent businesses.

4.15    Establish and maintain lines of communication and protocols to handle the impact of park emergencies and temporary closures so that state tourism offices and the public, including tourism communities and tourism-related businesses, have the best and most current information on when park services will be restored.

4.16    Inform visitors, state tourism offices, gateway communities and tourism-related businesses about current conditions of key park resources and current protection and recovery/restoration measures. Establish a common understanding on what is needed to ensure adequate protection of those resources for present and future enjoyment and how this can contribute to sustainable park-related businesses and economies.

4.17    Develop new partnerships to help implement Service-wide priorities, and seek partnership opportunities with the industry to fund products and programmes mutually beneficial to accomplish National Park Service mission goals.

Director's Order #17: National Park Service Tourism
Approved: Robert Stanton. Director, National Park Service
Effective Date: September 28, 1999
Sunset Date: September 28, 2003

BLM_0044648

# Appendix D
# A comparison of five visitor management frameworks[1]

As noted in Section 6.3.1, several visitor management frameworks have been developed. This appendix gives further information on the following:

- Limits of Acceptable Change (LAC)
- Visitor Impact Management (VIM)
- Visitor Experience and Resource Protection (VERP)
- Visitor Activity Management Process (VAMP)
- The Recreation Opportunity Spectrum (ROS)

### Limits of Acceptable Change (LAC – see also Table 6.3)

Developed by researchers working for the U.S. Forest Service in response to concerns about the management of recreation impacts. The process identifies appropriate and acceptable resource and social conditions and the actions needed to protect or achieve those conditions.

**Steps of the process:** A nine-step process, normally illustrated as a circle of steps:

1. Identify area concerns and issues.

2. Define and describe opportunity classes (based on the concept of ROS).

3. Select indicators of resource and social conditions.

4. Inventory existing resource and social conditions.

5. Specify standards for resource and social indicators for each opportunity class.

6. Identify alternative opportunity class allocations.

7. Identify management actions for each alternative.

8. Evaluate and select preferred alternatives.

9. Implement actions and monitor conditions.

**Applications best suited for:** The process is a good vehicle for deciding the most appropriate and acceptable resource and social conditions in wilderness areas. It has been applied to wild and scenic rivers, historic sites and tourism development areas.

**Relationships:** The process incorporates opportunity classes based on concepts of ROS and a means of analysis and synthesis. It is built into the USNPS VERP framework.

---

[1] Adapted with permission from Nilsen and Tayler, 1998.

BLM_0044649

**Strengths:** The final product is a strategic and tactical plan for the area based on defined limits of acceptable change for each opportunity class, with indicators of change that can be used to monitor ecological and social conditions.

**Weaknesses:** The process focuses on issues and concerns that guide subsequent data collection and analysis. Strategic and tactical direction may not be provided on management topics where there are no current issues or concerns.

### Process for Visitor Impact Management (VIM)

Developed by researchers working for the USNPS and Conservation Association, and for use by the USNPS. The process addresses three basic issues relating to impact: problem conditions; potential causal factors; and potential management strategies.

**Steps of the process:**

1. Conduct pre-assessment database review.

2. Review management objectives.

3. Select key indicators.

4. Select standards for key impact indicators.

5. Compare standards and existing conditions.

6. Identify probable causes of impacts.

7. Identify management strategies.

8. Implement.

Standards are established for each indicator based on the management objectives that specify acceptable limits or appropriate levels for the impact.

**Applications best suited for**: This is a flexible process parallel to LAC that can be applied in a wide variety of settings. It employs a similar methodology to assess and identify existing impacts and particularly the causes.

**Relationships**: Like LAC, this process has been incorporated into the VERP system (see below).

**Strengths**: Process provides for a balanced use of scientific and judgmental considerations. It places heavy emphasis on understanding causal factors to identify management strategies. The process also provides a classification of management strategies and a matrix for evaluating them.

**Weaknesses**: The process does not make use of ROS, although it could. It is written to address current conditions of impact, rather than to assess potential impacts.

### Visitor Experience Resource Protection (VERP)

Created by the USNPS. It is a new process dealing with carrying capacity in terms of the quality of the resources and the quality of the visitor experience. It contains a prescription for desired future resource and social conditions, defining what levels of use are appropriate, where, when and why.

BLM_0044650

**Steps of the process:**

1. Assemble an interdisciplinary project team.

2. Develop a public involvement strategy.

3. Develop statements of park purpose, significance and primary interpretive themes; identify planning mandates and constraints.

4. Analyse park resources and existing visitor use.

5. Describe a potential range of visitor experiences and resource conditions (potential prescriptive zones).

6. Allocate the potential zones to specific locations within the park (prescriptive management zoning).

7. Select indicators and specify standards for each zone; develop a monitoring plan.

8. Monitor resource and social indicators.

9. Take management actions.

**Factors, indicators and standards:** The following **factors** are considered in the planning process:

- park purpose statements
- statements of park significance
- primary interpretation themes
- resource values, constraints and sensitivities
- visitor experience opportunities
- resource attributes for visitor use
- management zones

Resource and social indicators, as well as associated standards, were developed for each zone at Arches National Park, where the process was first tested.

**Applications best suited for:** The VERP framework was conceived and designed to be part of the USNPS's general management planning process. This analytical, iterative process attempts to bring both management planning and operational planning together as one exercise. The emphasis is on strategic decisions pertaining to carrying capacity based on quality resource values and quality visitor experiences. The product is a series of prescriptive management zones defining desired future conditions with indicators and standards.

**Relationships:** This process refers specifically to both LAC and VIM. No mention is made of ROS or VAMP. VERP parallels the basic processes of VAMP and ROS, and is seen as a component of LAC (see Table 6.3).

**Strengths:** Like VAMP, VERP is a thought process that draws on the talents of a team and is guided by policy and the park purpose statement. It guides resource analysis through the use of statements of significance and sensitivity, and visitor opportunity analysis is guided by statements defining important elements of the visitor experience. Zoning is the focus for management.

BLM_0044651

**Weaknesses:** Additional work is required to pilot the approach in different environments. "Experience" is not defined and the indicators for it are absent beyond the examples for Arches National Park. The will and ability to monitor sufficiently to provide information to guide management actions must also be tested.

### Management Process for Visitor Activities (VAMP)

Created by Parks Canada as a companion process to the Natural Resources Management Process within the Parks Canada Management Planning System. The process provides guidance for planning and management of new parks, developing parks and established parks.

**Steps of the process:** The process uses a model based on a hierarchy of decisions within the management programme. Management plan decisions relate to the selection and creation of opportunities for visitors to experience the park's heritage settings through appropriate educational and recreational activities. Decisions about managing and delivering support services for each activity are reflected in the service plan. The basic principles of VAMP are within three Parks Canada documents:

- Guiding Principles and Operational Policies;
- Management Planning Manual; and
- Visitor Activity Concept Manual.

**General steps of the management plan process are:**

1. Produce a project terms of reference.

2. Confirm existing park purpose and objectives statements.

3. Organize a database describing park ecosystems and settings, potential visitor educational and recreational opportunities, existing visitor activities and services, and the regional context.

4. Analyse the existing situation to identify heritage themes, resource capability and suitability, appropriate visitor activities, the park's role in the region and the role of the private sector.

5. Produce alternative visitor activity concepts for these settings, experiences to be supported, visitor market segments, levels of service guidelines, and roles of the region and the private sector.

6. Create a park management plan, including the park's purpose and role, management objectives and guidelines, regional relationships, and the role of the private sector.

7. Implementation – set priorities for park conservation and park service planning.

**Factors, indicators and standards:** *Factors* that are considered in developing indicators and standards include:

- visitor activity profiles
- kind
- quantity, diversity, location
- experiences/benefits sought
- support services and facilities required at all stages of trip cycle

BLM_0044652

- stakeholder profiles
- interpretation theme presentation
- resource values, constraints and sensitivities
- existing legislation, policy, management direction, plans
- current offer of services and facilities at all stages of trip cycle
- regional activity/service offer
- satisfaction with service offer

**Applications best suited for:** The detailed process is specific to the planning programme of Parks Canada and is paralleled by the Natural Resources Management Process. The basic VAMP concept incorporates the principles of ROS. The framework will benefit from and can easily incorporate the principles of VIM, LAC and VERP. The focus is assessment of opportunity, while the more precise impact question is left to the Natural Resources Management Process.

**Relationships:** The overall process provides a comprehensive framework for the creation and management of opportunities for visitors within the Parks Canada Management Planning Program.

**Strengths:** Comprehensive decision-making process based on a hierarchy. It benefits from the structured thinking required to analyse both opportunity and impact. It combines social science principles with those of marketing to focus on visitor opportunities.

**Weaknesses:** Although well-developed at the service planning level, VAMP does not yet have the clout it should have at the management planning level, mainly because the "opportunities for experience" definition has not been built into management plans or into the zoning.

## Recreation Opportunity Spectrum (ROS)

Developed by researchers working for the U.S. Forest Service and Bureau of Land Management in response to concerns about growing recreational demands and increasing conflict over use of scarce resources, and a series of legislative directives that called for an integrated and comprehensive approach to natural resource planning. The process comprises six land classes to aid in understanding physical, biological, social and managerial relationships, and to set parameters and guidelines for management of recreation opportunities.

**Steps of the process:**

1. Inventory and map the three perspectives that affect the experience of the visitor, namely the physical, social and managerial components.

2. Complete analysis:
   a) identify setting inconsistencies;
   b) define recreation opportunity classes;
   c) integrate with forest management activities; and
   d) identify conflicts and recommend mitigation.

3. Schedule.

4. Design.

171

BLM_0044653

5. Execute projects.

6. Monitor.

The end product is a definition of the opportunity for experience expected in each setting (six land classes—primitive to urban), the indicators of the experience, and the parameters and guidelines for management.

**Factors, indicators and standards:** Seven *setting indicators* have been identified. They represent aspects of recreation settings that facilitate a range of experiences that can be influenced by managers:

1. Access

2. Remoteness

3. Visual characteristics

4. Site management

5. Visitor management

6. Social encounters

7. Visitor impacts

Criteria have been developed by the U.S. Forest Service for each of the indicators and for each of the six land classes; for example, distance guidelines, remoteness, user density in terms of capacity and frequency of contact, and degree of managerial oversight required.

**Applications best suited for:** This process can be employed in almost all landscape planning exercises. However, the nature of the spectrum, the indicators and their criteria depend on the purpose of the area, the mandate of the organization and the responsibilities of management.

**Relationships:** This management matrix approach has been incorporated into the LAC system (see above and Table 6.3), and can be used with VIM (see above). It has been recognised within VAMP (ditto), but is hindered by the current use of zoning in Parks Canada.

**Strengths:** It is a practical process with principles that force managers to rationalise management from three perspectives:

- protection of the resource;
- opportunities for public use; and
- the organization's ability to meet preset conditions.

It links supply with demand and can be readily integrated with other processes. It ensures that a range of recreation opportunities are provided to the public.

**Weaknesses:** The recreation opportunity spectrum, its setting indicators and their criteria must be accepted in total by managers before any options or decisions can be made. Disagreement will affect the rest of the planning programme. ROS maps need to be related to the physical and biophysical characteristics of each area.

BLM_0044654

# Appendix E
# European Charter for Sustainable Tourism in Protected Areas

The importance of Europe's protected areas as destinations for tourism underlined the need for sound management. One way to promote sound management is to establish a model of good practice and identify and acknowledge areas that follow it. The European Charter for Sustainable Tourism in Protected Areas was developed with the support of the European Commission and the EUROPARC Federation by the Parcs naturels régionaux de France. A parallel initiative of the Worldwide Fund for Nature, the Pan Parks programme (Box 7.4) focuses on larger parks that follow similar principles but are able to offer a particular wilderness experience. These two programmes are recognised by the European Commission as providing a basis for extending good practice throughout the whole of its *Natura 2000* protected area network.

The European Charter was developed over five years, initially using information from 10 pilot parks and input from an advisory group of 25 sustainable tourism experts and representatives of tourism operators. The Charter is about recognising parks that have set up the right structures and processes for the development and management of sustainable tourism, accepting that there will be wide differences in the actual experience offered by individual parks. A central requirement is that each park should have a sustainable tourism strategy and action plan elaborated in close consultation with local stakeholders representing tourism, conservation and local community interests.

The first round of applications in 2001 led to seven parks being recognised under the Charter. An ongoing programme to promote further applications is being developed. Each applicant park is asked to agree formally to the principles and to submit a report on the actions taken to address these. This report is assessed by an external verifier, appointed by EUROPARC, who visits the protected area and holds interviews with relevant stakeholders and with the park management.

Some issues and lessons arising from developing the Charter include:

- *The need to make the process relevant to, and valued by, protected areas themselves*
  A problem facing any process of accreditation of this kind is how to sustain it over time. Ideally, there needs to be support and funding from external agencies such as the European Union. However, there also needs to be commitment by the actual bodies affected, in this case the protected areas themselves. They must see the value of accreditation; otherwise it is not worth undertaking and will remain largely an academic exercise that will eventually wither.

- *The importance of clarity and simplicity.*
  With hindsight, the development phase was too long. Protected area requirements and materials concerning the Charter were too complicated. Protected area managers, including some in the pilot parks, were reluctant to use them. The message and the medium had to be simplified and clarified.

BLM_0044655

◾ *The value of benchmarking actions amongst parks*

The Charter provides a very useful way for each park to measure its actions against agreed good practice. Verifiers report to the protected areas themselves as well as to an evaluation committee. This process can also help directly in raising management standards. In all cases where protected areas have been recognised under the Charter, this has been subject to compliance with recommendations for addressing certain identified weaknesses.

◾ *The value of an external stimulus in raising local interest*

One of the Charter's greatest benefits has been its role in providing an incentive for bringing local interests together. For example, in the Spanish park Zona Volcanica de la Garrotxa, a well-established network of tourism sector groups has been considerably strengthened by working together towards the goal of Charter recognition. Publicity surrounding accreditation can also be used locally to raise the profile of sustainable tourism and the role of the park.

---

### EUROPEAN CHARTER FOR SUSTAINABLE TOURISM IN PROTECTED AREAS

**Basic aims and requirements**

Underlying aims

1. To recognise Europe's protected areas as a fundamental part of our heritage, which should be preserved for (and enjoyed by) current and future generations.
2. To develop and manage tourism in protected areas in a sustainable way, taking account of the needs of the environment, local residents, local businesses and visitors.

Working in partnership

3. To involve all those directly implicated by tourism in its development and management, in and around the protected area.

Preparing and implementing a strategy

4. To prepare and implement a sustainable tourism strategy and action plan for the protected area.

Addressing key issues

5. To provide all visitors with a high quality experience in all aspects of their visit.
6. To encourage specific tourism products which enable discovery and understanding of the area.
7. To communicate effectively to visitors about the area's special qualities.
8. To increase knowledge of the protected area and sustainability issues among all those involved in tourism.
9. To ensure that tourism supports and does not reduce the quality of life of local residents.
10. To protect and enhance the area's natural and cultural heritage, for and through tourism.
11. To increase benefits from tourism to the local economy.
12. To monitor and influence visitor flows to reduce negative impact.

The above aims and requirements form the framework for the Charter. Under issues 3 to 12, there is a list of required actions against which adherence to the Charter can be checked.

Web site: www.parcs-naturels-regionaux.tm.fr

---

BLM_0044656

# References

Alkire, C. (2000). Funding Strategies for Wilderness Management. In McCool, S. F., Cole, D. N., Borrie, W. T. and O'Loughlin, J. (compilers) *Wilderness Science In A Time Of Change* Conference, Missoula, Montana, May 23–27, 1999. Proceedings. USDA, Forest Service, Ogden, UT, USA. [Online] Available: www.wilderness.net/pubs/science1999/index.htm [2002, January 14]

Ashley C., Roe D. and Goodwin H. (2001). *Pro-Poor Tourism Strategies: Making Tourism Work for the Poor.* Overseas Development Institute, International Institute for Environment and Development, and Centre for Responsible Tourism, London, UK.

Ashor, J.L. and McCool, S. F. (1984). Politics and rivers: Creating effective citizen involvement in management decisions. *Proceedings of the National River Recreation Symposium.* College of Design, Louisiana State University, Baton Rouge, LA, USA.

Athanas, A., Vorhies, F., Ghersi, F., Shadie, P. and Sheppard, D. (2001). *Financing Protected Areas in East Asia.* IUCN, Gland, Switzerland and Cambridge, UK.

Australian and New Zealand Environment and Conservation Council (ANZECC). (2000). "Benchmarking and Best Practice Program: User-Pays Revenue". Report of the ANZECC Working Group on National Parks and Protected Area management. [Homepage of Environment Australia] [Online] Available: www.ea.gov.au/parks/ [2002, January 14]

Australian and New Zealand Environment and Conservation Council (ANZECC). (2001). "Visitor Risk Management and Public Liability". [Homepage of ANZECC Working Group on National Parks and Protected Area Management] [On-line] Available: www.ea.gov.au/parks/anzecc/reports/risk-management/index.html [2002, January 15]

Baez, A.L. (2001) "Costa Rica Como Destino Turistico". Unpublished Conference Paper, Rio De Janeiro, Brazil.

Baez, A.L. and Fernandez, L. (1992). "Ecotourism as an Economic Activity: The Case of Tortuguero in Costa Rica". Unpublished paper presented at the First World Congress of Tourism and the Environment, Belize.

Bell-Edwards, N. (1999). Making a commitment to HRD: a challenge for protected area authorities. In F. Analoui (Ed.), *Effective human resource development: A challenge for developing countries* (pp.167–192). Ashgate Publishing Ltd, Brookfield, VT, USA.

Beltran, J. (2000). *Indigenous and Traditional Peoples and Protected Areas: Principles, Guidelines and Case Studies.* IUCN, Gland, Switzerland and Cambridge, UK.

Benimadhu, P. (1995). *Adding value: The role of the human resource function.* The Conference Board of Canada, Ottawa, ON, Canada.

Benitez, P. S. (2001). *Visitor Use Fees and Concession Systems in Protected Areas: Galápagos National Park Case Study.* The Nature Conservancy Report Series Number 3. [Homepage of the Nature Conservancy] [Online] Available: nature.org/aboutus/travel/ecotourism/ resources/ [2002, January 14]

BLM_0044657

Biosis Research. (1997). "Best Practice in Performance Reporting in Natural Resource Management". Prepared for ANZECC Working Group on National Parks and Protected Area Management – Benchmarking and Best Practice Program. [Homepage of Environment Australia] [Online] Available: www.ea.gov.au/parks/ [2002, January 14]

Bosselman, F.P., Peterson, C.A. and McCarthy, C. (1999). *Managing Tourism Growth: Issues and Applications.* Island Press, Washington, DC, USA.

Brown, C.R. (2001). "Visitor Use Fees in Protected Area: Synthesis of the North American, Costa Rican and Belizean Experience". The Nature Conservancy Report Series Number 2. [Homepage of the Nature Conservancy] [Online] Available: nature.org/aboutus/travel/ecotourism/resources/ [2002, January 14]

Buckley, R. and Pannell, J. (1990). Environmental impacts of tourism and recreation in national parks and conservation reserves. *Journal of Tourism Studies* **1(1)**: 24–32.

Buckley, R. and Sommer, M.. (2001). *Tourism and Protected Areas: Partnerships in Principle and Practice.* CRC for Sustainable Tourism Pty Ltd. and Tourism Council Australia, Sydney, Australia.

Byers, B. A. (nd). *Understanding and Influencing Behaviours in Conservation and Natural Resources Management.* Africa Biodiversity Series, No. 4. Biodiversity Support Program. World Wildlife Fund, The Nature Conservancy, and World Resources Institute, USA.

Ceballos-Lascurain, H. (1996). *Tourism, Ecotourism and Protected Areas.* IUCN, Gland, Switzerland and Cambridge, UK.

Center for Strategic and International Studies. (2002). Global Aging Initiative. [Homepage of CSIS] [Online] Available: www.csis.org/gai. [2002, April 11]

Christiansen, G. and Conner, N. (1999). *The contribution of Montague Island Nature Reserve to regional economic development.* New South Wales National Parks and Wildlife Service, Hurstville, NSW, Australia.

Church, P. and Brandon, K. (1995). *Strategic Approaches to Stemming the Loss of Biological Diversity. Center for Development Information and Evaluation*, US Agency for International Development, Washington, DC, USA.

Cole, David N. (1983). Monitoring the condition of wilderness campsites. Research Paper INT-304. 10pp. USDA Forest Service, Intermountain Forest and Range Exper. Station, Ogden, UT, USA.

Cole, D. N. (1987). Research on soil and vegetation in wilderness: A state-of-knowledge review. *Proceedings of the National Wilderness Research Conference: Issues, State-of-Knowledge, Future Directions, USA*, pp.135–177.

Cole, D. N., Petersen, M. E., and Lucas, R. C. (1987). Managing wilderness recreation use: common problems and potential solutions. Gen. Tech. Rep. INT-GTR-230. USDA Forest Service, Intermountain Research Station, Ogden, UT, USA.

Davey, A. (1998). *National System Planning for Protected Areas.* IUCN, Gland, Switzerland and Cambridge, UK.

DFID (UK Department for International Development). (1998). *Changing the Nature of Tourism.* DFID, London, UK.

Dixon, J. and Sherman, P. (1990). *Economics of protected areas: A new look at benefits and costs.* Island Press, Washington, DC, USA.

Dowling, R.K. (1993). Tourism Planning, People and the Environment in Western Australia. *Journal of Travel Research* **31(4)**: 52–58.

BLM_0044658

Driml, S. and Common, M. (1995). Economic and Financial Benefits of Tourism in Major Protected Areas. *Australian Journal of Environmental Management* **2(2)**: 19–39.

Driver, B. L. (1990). The Recreation Opportunity Spectrum: Basic Concepts and Use in Land Management Planning. *Proceedings of a North American Workshop on Visitor Management: Perspectives of Several Canadian and United States Park, Protected Area and Natural Resource Management Agencies: Towards Serving Visitors and Managing Our Resources* (pp.159–183). Tourism Research and Education Centre, University of Waterloo, Waterloo, ON, Canada.

Eagles, P. F. J. (1993). Parks Legislation in Canada. Pages 57–74 in P. Dearden and R. Rollins, *Parks and Protected Areas in Canada: Planning and Management.* Oxford University Press, Toronto, ON, Canada.

Eagles, P. F. J. (1995). Understanding the Market for Sustainable Tourism. Pages 25–33 in S. F. McCool and A. E. Watson (Compilers), *Linking tourism, the environment and sustainability.* Proceedings of a special session of the annual meeting of the National Recreation and Parks Association; 1994 October 12–14; Minneapolis, MN, Gen. Tech. Rep. INT-GTR-323. U. S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT, USA.

Eagles, P. F. J. (1998). International Ecotourism Management: Using Australia and Africa as Case Studies. Albany, WA, Australia: Paper presented at Protected Areas in the 21st Century: From Islands to Networks, World Commission on Protected Areas.

Eagles, P. F. J. (2001) Nature-based Tourism Management. Pages 181–232 in G. Wall (Ed.), *Contemporary Perspectives on Tourism*, Occasional Paper Number 17. Department of Geography Publication Series, University of Waterloo, Waterloo, Ontario, Canada.

Eagles, P. F. J. and Higgins, B. R. (1998). Ecotourism Market and Industry Structure. Pages 11–43 in Kreg Lindberg, Megan Epler-Wood and David Engeldrum (Eds.), *Ecotourism: A Guide for Planners and Managers*, 2nd ed. The Ecotourism Society, North Bennington, VE, USA.

Eagles, P. F. J. and Martens, J. (1997). Wilderness Tourism and Forestry: The Possible Dream in Algonquin Provincial Park. *Journal of Applied Recreation Research* **22(1)**: 79–97.

Eagles, P., McLean, D. and Stabler, M. (2000). Estimating the Tourism Volume and Value in Parks and Protected Areas in Canada and the USA. *George Wright Forum* **17(3)**: 62–76.

Eagles, P. F. J., Bowman, M. E., and Chang-Hung Tao, T. (2001). *Guidelines for Tourism in Parks and Protected Areas of East Asia.* IUCN, Gland, Switzerland and Cambridge, UK in collaboration with University of Waterloo, Waterloo, ON, Canada.

Falkenberg, L., Meltz, N. and Stone, T. (1999). *Human resource management in Canada.* Harcourt Brace & Company, Toronto, ON, Canada.

Farrell, T.A. and Marion, J.L. (2002). The Protected Area Visitor Impact Management (PAVIM) Framework: A Simplified Process for Making Management Decisions. *Journal of Sustainable Tourism* **10(1)**: [in press].

Federation of Nature and National Parks of Europe (the EUROPARC Federation). (1993). *Loving them to death? Sustainable Tourism in Europe's Nature and National Parks.* EUROPARC, Grafenau, Germany.

Fry, F., Hattwick, R. and Stoner, C. (1998). *Business an integrative framework.* Irwin McGraw-Hill, New York, NY, USA.

BLM_0044659

Georgiou, S., Moran, D., Pearce, D. and Whittington, D. (UNEP) (1997). *Economic values and the environment in the developing world.* Edward Elgar Publishing, Inc., Lyme, NH, USA.

GoNorthwest. (2000). "Guide to the Bob Marshall Wilderness". [Homepage of the Bob Marshall Wilderness] [On-line]
Available: www.gonorthwest.com/Montana/northwest/bobmw.htm [2002, January 14]

Graefe, A. R. (1990). Visitor Impact Management. In Graham, R. and Lawrence, P. (Eds.) *Towards Serving Our Visitors and Managing Our Resources.* Proceedings of the First Canada/U.S. Workshop on Visitor Management in Parks and Protected Areas, Waterloo, Ontario. Tourism and Research and Education Centre, University of Waterloo and Canadian Parks Service. pp.213–234.

Green, M. J. B. and Paine, J. (1997). State of the World's Protected Areas at the End of the Twentieth Century. Albany, WA, Australia: Unpublished paper presented at Protected Areas in the 21st Century: From Islands to Networks, World Commission on Protected Areas.

Hall, C.M. and McArthur, S. (1998). *Integrated Heritage Management: Principles and Practice.* The Stationery Office, London, UK.

Haas, G.E., Driver, B.L., Brown, P.J. and Lucas, R.C. (1987). Wilderness management zoning. *Journal of Forestry* **85 (1)**: 17–21.

Harmon, D. (1994). *Coordinating Research and Management to Enhance Protected Areas.* George Wright Society, Hancock, MI, USA.

Heath, E. and Wall, G. (1991). *Marketing tourism destinations: A strategic planning approach.* John Wiley and Sons, New York, NY, USA.

Hockings, M., Stolton, S. and Dudley, N. (2000). *Evaluating Effectiveness: A Framework for Assessing the Management of Protected Areas.* IUCN, Gland, Switzerland and Cambridge, UK.

Hogan, C. (2000). *PAN Parks: A Synergy between Nature Conservation and Tourism in Europe's Protected Areas.* PAN Parks Communications office. 13 July.

Holdgate, M. (1999). *The Green Web – A Union for World Conservation.* Earthscan, London, UK.

Honey, M. (1999). *Ecotourism and Sustainable Development: Who Owns Paradise?* Island Press, Washington, DC, USA.

Hornback, K. and Eagles, P. (1999). *Guidelines for Public Use Measurement and Reporting at Parks and Protected Areas.* First Edition. IUCN, Gland, Switzerland and Cambridge, UK; Parks Canada; Cooperative Research Centre for Sustainable Tourism for Australia. [On-line]
Available: www.ahs.uwaterloo.ca/rec/worldww.html [2002, January 14]

Horwich, R.H., Murray, D., Saqui, E., Lyan, J. and Godfrey, D. (1992). Ecotourism and Community Development: A View from Belize. pp.152–168. In Lindberg, K and. Hawkins, D. E., *Ecotourism: A Guide for Planners and Managers.* The Ecotourism Society, Bennington, VT, USA.

Huber, R.M. and Park, W. (1991). *Development plan and Financial Analysis for the Enhancement of the Sulphur Springs Natural Landmark.* OAS/St. Lucia Tourist Board, Voice Press, St. Lucia.

BLM_0044660

ICOMOS. (1999). "International Cultural Tourism Charter: Managing tourism at places of heritage significance". [Homepage of ICOMOS] [On-line] Available: www.icomos.org/tourism/charter.html [2002, January 14]

Industry, Science and Technology Canada, International Working Group on Indicators of Sustainable Tourism, International Institute for Sustainable Development, and World Tourism Organization. (1993). *Indicators for the sustainable management of tourism*. International Institute for Sustainable Development, Winnipeg, MN, Canada.

IUCN. (1998). *1997 United Nations List of Protected Areas*. IUCN, Gland, Switzerland and Cambridge, UK.

IUCN. (1994). *Guidelines for Protected Area Management Categories*. IUCN, Gland, Switzerland and Cambridge, UK.

IUCN. (1998). *Economic Values of Protected Areas: Guidelines for Protected Area Managers*. IUCN, Gland, Switzerland and Cambridge, UK.

IUCN. (1999). *Parks for Biodiversity – Policy Guidance based on experience in ACP Countries*. For the European Commission by IUCN, Gland, Switzerland and Cambridge, UK.

IUCN. (2000). *Financing Protected Areas: Guidelines for Protected Area Managers*. IUCN, Gland, Switzerland and Cambridge, UK.

James, A. N. (1999). Institutional constraints to protected area funding. *PARKS* **9(2):** 15–26.

Kelleher G. (1999). *Guidelines for Marine Protected Areas*. IUCN, Gland, Switzerland and Cambridge, UK.

Langholtz, J., and Brandon, K. (2001). Privately Owned Protected Areas. pp.303–314. In D.B. Weaver (Ed.). *The Encyclopedia of Ecotourism*. CABI Publishing, Wallingford, UK.

Langholz, J. (1999). Conservation Cowboys: Privately-Owned Parks and the Protection of Tropical Biodiversity. Unpublished PhD Dissertation, Cornell University, Ithaca, NY, USA.

Leung, Y. and Marion, J. (2000). Recreation impacts and management in wilderness: A state-of-knowledge review. In Cole, D. N., McCool, S., Borrie, W. T. and O'Loughlin, J. *Wilderness science in a time of change: Vol. 5, Wilderness ecosystems, threats, and management*. pp.23–48. USDA Forest Service, Rocky Mountain Research Station, Ogden, UT, USA.

Lindberg, K. (1998). Economic Aspects of Ecotourism. In Lindberg, K., Wood, M E. and Engeldrum, D. (Eds.). *Ecotourism: A Guide for Planners and Managers. Volume 2*. The Ecotourism Society, Bennington, Vermont, USA.

Lindberg, K. (2001). *Protected Area Visitor Fees: Overview*. Cooperative Research Centre for Sustainable Tourism, Griffith University, August. [Homepage of The International Ecotourism Society] [Online] Available: www.ecotourism.org/retiesselfr.html [2002, January 21]

Lindberg, K. and Enriquez, J. (1994). *Summary Report: An Analysis of Ecotourism's Contribution to Conservation and Development in Belize*. Vol. 1. WWF, Washington, DC, USA.

Lucas, R. (1964). *The recreational capacity of the Quetico-Superior area*. USDA Forest Service Lake States Forest and Experiment Station, St. Paul, MN, USA.

BLM_0044661

Manidis Roberts Consultants. (1997). *Developing a Tourism Optimisation Management Model (TOMM): A model to monitor and manage tourism on Kangaroo Island.* Manidis Roberts Consultants, Sydney, NSW, Australia.

Manfredo, M., McCool, S. and Brown, P. (1987). Evolving concepts and tools for recreation user management in wilderness. *Proceedings of the National Wilderness Research Conference: Issues, State-of-Knowledge, Future Directions, USA.* pp.320–346.

Manning, R. (1986). *Studies in outdoor recreation: A review and synthesis of the social science literature in outdoor recreation.* Oregon State University Press, Corvallis, OR, USA.

Manning, R. E., Lime, D. W., Hof, M. and Freimund, W. A. (1995). The Visitor Experience and Resource Protection (VERP) Process. *The George Wright Forum* **12(3)**: 41–55.

Manning, R.E. and Lime, D.W. (2000). Defining and Managing the Quality of Wilderness Recreation Experiences. In McCool, S. F., Cole, D. N., Borrie, W. T. and O'Loughlin, J. (compilers), *Wilderness Science In A Time Of Change* Conference, Missoula, Montana, May 23–27, 1999. Proceedings. USDA, Forest Service, Ogden, UT, USA. [Online]
Available: www.wilderness.net/pubs/ science1999/index.htm [2002, January 14]

Martin, S. (1989). A framework for monitoring experiential conditions in wilderness. In Lime, D. W. (Ed.), *Managing America's enduring wilderness resource* (pp.170–175). University of Minnesota Tourism Center, St. Paul, MN, USA.

Marty, S. (1984). *A Grand and Fabulous Notion: The First Century of Canada's Parks.* NC Press Limited, Toronto, ON, Canada.

McCool, S.F. and Stankey, G.H. (1984). Carrying capacity in recreational settings: Evolution, appraisal and application. *Leisure Sciences* **6(4)**: 453–473.

McCool, S. F. (1990). Limits of Acceptable Change: Evolution and Future. R. Graham, and R. Lawrence (Eds.), *Towards Serving Visitors and Managing Our Resources: Proceedings of a North America Workshop on Visitor Management in Parks and Protected Areas* (pp.185–193). Tourism Research and Education Centre, Waterloo, ON, Canada.

McNeely, J. A. (Ed.).(1993). *Parks for life: Report of the IVth World Congress on National Parks and Protected Areas.* IUCN, Gland, Switzerland.

McNeely, J. A. and Thorsell, J. W. (1989). Jungles, Mountains, and Islands: How Tourism can Help Conserve the Natural Heritage. *World Leisure and Recreation* **31(4)**: 29–39.

Moos, R. (2002). Ontario parks – a successful business operating model. *PARKS* [In press]

National Wilderness Preservation System. (2000). "Bob Marshall Wilderness". [Homepage of the National Wilderness Preservation System] [On-line]
Available: www.wilderness.net/nwps/ [2002, January 14]

National Park Service. (1993). *Guiding principles for sustainable design.* National Park Service, Denver Service Centre, Denver, CO, USA.

National Parks and Wildlife Services. (2000). "New South Wales Parks and Reserves Montague Island Nature Reserve" [Homepage of Montague Island Nature Reserve] [On-line] Available: www.npws.nsw.gov.au/parks/south/sou018.html [2002, January 14]

BLM_0044662

Nilsen, P. and Tayler, G. (1998). A Comparative Analysis of Protected Area Planning and Management Frameworks. Pages 49–57 in McCool, S. F. and Cole, D. N. (Compilers), *Limits of Acceptable Change and Related Processes: Programs and Future Directions*. Proceedings of conference, 1997 May 20–22, Missoula, MN. Gen. Tech. Rep. INT-GTR-371. U. S. Department of Agriculture, Forest Service, Rocky Mountains Research Station, Ogden, UT, USA.

Northwest Parks and Tourism Board. (2000). "Madikwe Game Reserve". [Homepage of the North West Parks and Tourism Board] [On-line] Available: www.parks-nw.co.za/madikwe/index.html [2002, January 14]

Operation Wallacea. (2000). "What is Operation Wallacea?" [Homepage of Operation Wallacea] [On-line] Available: www.opwall.com/ [2002, January 14]

Pam Wight and Associates. (2001). *Best Practices in Natural Heritage Collaborations: Parks Agencies and Eco-Adventure Operators*. Canadian Tourism Commission, Ottawa, Canada.

Parks Canada. (1985). *Management process for visitor activities*. Parks Canada, National Parks Directorate, Hull, PQ, Canada.

Parks Canada. (1986). *Visitor risk management handbook*. Department of Canadian Heritage, National Parks Directorate, Hull, PQ, Canada.

Parks Canada. (1988). *Getting started: A guide to service planning*. Parks Canada, National Parks Directorate, Hull, PQ, Canada.

Parks Canada. (1991). *Visitor activity concept*. Parks Canada, VAMP Technical group, Hull, PQ, Canada.

Parks Canada. (1992).*Camping manual*. Parks Canada, National Parks Directorate, Hull, PQ, Canada.

Parks Canada. (1994a). *Guiding Principles and Operational Policies*. Parks Canada, National Parks Directorate, Hull, PQ, Canada.

Parks Canada. (1994b). *St. Lawrence Islands National Park Management Plan*. Parks Canada, National Parks Directorate, Hull, PQ, Canada.

Parks Canada. (2002). "Parks Canada Visitor Risk Management Handbook". [Homepage of Parks Canada] [On-line] Available: parkscanada.pch.gc.ca/library/risk/english/intro3_e.htm [2002, January 14]

Pynes, J. (1997). *Human resources management for public and non-profit organizations* Jossey-Bass Inc., San Francisco, California.

Rome, A. (1999). *Ecotourism Impacts Monitoring: A Review of Methodologies and Recommendations for Developing Monitoring Programs in Latin America*. The Nature Conservancy Report Series Number 2. [Online] Available: nature.org/aboutus/travel/ecotourism/resources/ [2002, January 14]

Sandwith, T., Shine, C., Hamilton, L. and Sheppard, D. (2001). *Transboundary Protected Areas for Peace and Co-operation*. IUCN, Gland, Switzerland and Cambridge, UK.

Schoemaker, J. (1984). Writing quantifiable river recreation management objectives. *Proceedings of the National River Recreation Symposium*, pp.249–253.

Sharp, G. W. (1976). *Interpreting the Environment*. John Wiley and Sons, New York, NY, USA.

BLM_0044663

Case No. 1:20-cv-02484-MSK Document 40-3 filed 04/27/21 USDC Colorado pg 31 of 338

Soufrière Marine Management Area (SMMA). (2000). "Soufrière Marine Management Area Site Map". [Homepage of the Soufrière Marine Management Association] [On-line] Available: www.smma.org.lc/ [2002, January 14]

Stankey, G. H., Cole, D. N., Lucas, R. C., Petersen, M. E. and Frissell, S. S. (1985). *The Limits of Acceptable Change (LAC) System for Wilderness Planning*. USDA Forest Service, Intermountain Forest and Range Experiment Station, Ogden, UT, USA.

Swanson, T. (UNEP-1996). *The economics of environmental degradation.* Edward Elgar Publishing, Inc., Cheltenham, UK.

Tasmania Parks and Wildlife Service. (2000). "Best Practice in Protected Area Planning and Management". ANZECC Working Group on National Parks and Protected Areas Management Benchmarking and Best Practice Program [On-line]
Available: www.ea.gov.au/parks/anzecc/reports/management-planning/index.html

Taylor, G. E. (1990). The Visitor Management Process. *Proceedings of a North American Workshop on Visitor Management: Perspectives of Several Canadian and United States Park, Protected Area and Natural Resource Management Agencies: Towards Serving Visitors and Managing Our Resources* (pp.235–247). Tourism Research and Education Centre, University of Waterloo, Waterloo, ON, Canada.

Thapa, B. (2000). The Relationship Between Debt-for-Nature Swaps and Protected Area Tourism: A Plausible Strategy for Developing Countries. In McCool, S. F., Cole, D. N., Borrie, W. T. and O'Loughlin, J. (Compilers), *Wilderness Science In A Time Of Change* Conference, Missoula, Montana, May 23–27, 1999. Proceedings. USDA, Forest Service, Ogden, UT, USA. [Online]
Available: www.wilderness.net/pubs/ science1999/index.htm [2002, January 14]

The Interorganizational Committee on Guidelines and Principles for Social Impact Assessment. (1994). "Guidelines and principles for social impact assessment". [On-line]. Available: www.gsa.gov/pbs/pt/call-in/siagide.htm (Dead)

Tiegland, J. (2000). The Effects on Travel and Tourism Demand from Three Mega-trends: Democratization, Market Ideology and Post-materialism as Cultural Wave. In Gartner, W.C. and Lime, D. W. (Eds.), *Trends in Outdoor Recreation, Leisure and Tourism*, pp.37–46. CABI Publishing, Wallingford, UK.

The Outspan Group. (1996). *Benefits of protected areas*. Parks Canada, Hull, PQ, Canada.

Tourism Canada (1995). *Adventure Travel in Canada: An Overview of Product, Market and Business Potential* Industry Canada, Ottawa, Canada.

Tourism Council Australia, and CRC Tourism. (1998). *Being green keeps you out of the red* Tourism Council Australia, Woolloomooloo, NSW, Australia.

UNESCO. (1999). "Enrolment ratios by level of education". [Homepage of UNESCO Institute for Statistics] [Online]. Available: www.uis.unesco.org/ [2002, January 14]

UNESCO. (2000). "World Education Report 2000". [Homepage of UNESCO] [On-line]. Available: www.unesco.org/education/information/wer [2002, January 14]

UNESCO. (2002). "Recommendation concerning the safeguarding and contemporary role of historic areas". [Homepage of UNESCO] [On-line]
Available: www.unesco.org/culture/laws/historic/html_eng/page1.shtml [2002, January 14]

United Nations. (1993). Report of the United Nations conference of environment and development. Volumes 1–3. United Nations, New York, NY, USA.

BLM_0044664

United Nations Environment Programme. (1997). *Global environment outlook*. United Nations Environment Programme and Oxford University Press, New York, NY, USA.

Van Sickle, K. and Eagles, P. F. J. (1998). User Fees and Pricing Policies in Canadian Senior Park Agencies. *Tourism Management* **19(3)**: 225–235.

Wakatobi Dive Resort. (2000). "Wakatobi Research". [Homepage of Wakatobi Dive Resort] [On-line] Available: www.wakatobi.com/homepage.html [2002, January 14]

Wells, M. P. (1997). *Economic perspectives on nature tourism, conservation and development*. Pollution and Environmental Economics Division, Environmental Economics Series, World Bank, Washington, DC, USA.

Wes, H. (1998). HRM issues and implications of the process of localisation. In Analoui, F. (Ed.), *Human resource management issues in developing countries*, pp.61–69. Ashgate Publishing Ltd, Brookfield, VT, USA.

Western Australia Conservation and Land Management. (2001). "Visitor Risk Management and Public Liability". Prepared for ANZECC Working Group on National Parks and Protected Areas Management. [Homepage of ANZECC Working Group on National Parks and Protected Areas Management] [Online] Available: www.ea.gov.au/parks/anzecc/reports/index.html [2002, January 14]

Wight, P.A. (1996). Planning for Success in Sustainable Tourism. Invited paper presented to "*Plan for Success*" Canadian Institute of Planners National Conference, Saskatoon, Saskatchewan, June 2–5.

Wight, P. (1997). North American ecotourists: Market profile and trip characteristics. *Journal of Travel Research* **24(4)**: 2–10.

Wight, P. (2001). Integration of Biodiversity and Tourism: Canada Case Study. Paper presented at the International Workshop Integrating Biodiversity and Tourism, UNEP/UNDP/BPSP/GEF, Mexico City, March 29–31.

Wight, P. (2002a). Planning for Resource Protection and Tourism Management in Protected Areas: a Practical Perspective. In Wall, G. (Ed.), *Tourism: People, Places, Products*. Department of Geography, University of Waterloo, Waterloo, ON, Canada.

Wight, P. (2002b) Practical Management tools for resource protection in tourism destinations. In Diamantis, D. and Geldenhuys, S. (Eds.), *Ecotourism: Management and Assessment* Continuum, London, UK and New York, USA. [in press]

World Tourism Organization and World Travel and Tourism Council. (1992). *Agenda 21 for the travel and tourism industry: Towards environmentally sustainable development*. World Tourism Organization, World Travel and Tourism Council, London, UK.

World Tourism Organization. (1994). *Global tourism forecasts to the year 2000 and beyond*. Volumes 1-7. World Tourism Organization, Madrid, Spain.

World Tourism Organization. (1997). *Tourism market trends: The world*. World Tourism Organization, Madrid, Spain.

World Tourism Organization. (1999). *Tourism satellite account: The conceptual framework*. World Tourism Organization, Madrid, Spain.

World Tourism Organization. (2001). *Sustainable Development of Tourism: A Compilation of Good Practices*. World Tourism Organization, Madrid, Spain.

BLM_0044665





**Tourism is now the world's number one industry, and protected areas are the focus of an increasing proportion of it. It is imperative to manage tourist pressures so that visitors can appreciate protected areas without damaging what they come to see.**



**IUCN Programme on Protected Areas**
**Rue Mauverney 28**
**CH-1196 Gland, Switzerland**
**Tel:   + 41 22 999 00 01**
**Fax:  + 41 22 999 00 15**
**E-mail: wcpa@hq.iucn.org**
**www.wcpa.iucn.org**

**IUCN Publications Services Unit**
**219c Huntingdon Road**
**Cambridge, CB3 0DL, UK**
**Tel:  + 44 1223 277894**
**Fax:  + 44 1223 277175**
**E-mail: info@iucn.org**
**www.iucn.org/bookstore**





BLM_0044666

*Limnol. Oceanogr.*, 41(5), 1996, 1109–1115
© 1996, by the American Society of Limnology and Oceanography, Inc.

# Effects of climate warming on fish thermal habitat in streams of the United States

*John G. Eaton*

U.S. Environmental Protection Agency, Mid-Continent Ecology Division, 6201 Congdon Blvd., Duluth, Minnesota 55804

*Robert M. Scheller*

DynTel Corp., Duluth, Minnesota

*Abstract*

The effects of climate warming on the thermal habitat of 57 species of fish of the U.S. were estimated using results for a doubling of atmospheric carbon dioxide that were predicted by the Canadian Climate Center general circulation model. Baseline water temperature conditions were calculated from data collected at 1,700 U.S. Geological Survey stream monitoring stations across the U.S. Water temperatures after predicted climate change were obtained by multiplying air temperature changes by 0.9, a factor based on several field studies, and adding them to baseline water temperatures at stations in corresponding grid cells. Results indicated that habitat for cold and cool water fish would be reduced by ~50%, and that this effect would be distributed throughout the existing range of these species. Habitat losses were greater among species with smaller initial distributions and in geographic regions with the greatest warming (e.g. the central Midwest). Results for warm water fish habitat were less certain because of the poor state of knowledge regarding their high and low temperature tolerances; however, the habitat of many species of this thermal guild likely will also be substantially reduced by climate warming, whereas the habitat of other species will be increased.

The threat of global climate change has stimulated the publication of numerous research papers dealing with the potential effects of surface and groundwater warming on the thermal habitat of freshwater fish (e.g. Coutant 1990; Magnuson et al. 1990; Meisner 1990; Stefan et al. 1995). With few exceptions (e.g. Shuter and Post 1990), most of these studies deal with responses to temperature in single water bodies or small geographic regions, so we decided to attempt an assessment of effects at a much larger scale consisting of the lower 48 states. Most of the studies cited above also dealt with effects of climate change on lake fish or habitat. We expected that using less detailed input data would keep the analysis manageable, but that we would use information compiled for or generated from previous smaller scale studies. These existing data include a quality-assured database of historical surface water temperature maxima at U.S. Geological Survey (USGS) stream monitoring stations and maximum temperature tolerances from a field database for several dozen freshwater species of fish, as reported by Eaton et al. (1995); results of analyses of the relationship between air temperature and stream-water temperatures (Stefan and Preud'homme 1993; Sinokrot and Stefan 1993); and a

geographic information system (GIS) for spatially relating geographically referenced stream temperatures, fish species occurrences, and climate model grid cell meteorological projections.

The broad range of data collected geographically (throughout the U.S.) and historically (over several decades) make the USGS data valuable for analysis of changes in fish thermal habitat. Although some inaccuracies may result because of the uneven distribution of monitoring stations, this is still the largest and most comprehensive survey of rivers available. Several major information gaps interfere with an analysis of water quality and fish responses to climate change, including the lack of comprehensive knowledge of the thermal tolerance of most species and uncertainties in the driving factors (future climate projections). Therefore, our objective was to conduct a preliminary, semiquantitative analysis of the effects of climate warming on fish thermal habitat in the U.S.

## Materials and methods

*Surface water temperature data*—Records from the USGS national water data storage and retrieval (WATS-TORE) daily values file (Showen 1980) were the source of baseline stream-water temperatures that were used to estimate climate change effects. The daily values used in this study were either provided by USGS or calculated from at least two daily measurements, usually a minimum and maximum. Weekly means were then calculated from these daily means. Data were quality assured using a computer program that finds values obviously beyond normal temperature extremes or values recorded in differing units

*Acknowledgments*

We thank Doug Fairchild for assistance in locating and acquiring records of water temperatures and fish collections, for assimilating information on the current distribution of the 57 subject fish species, and for critical review of the analysis procedure and the manuscript. We also thank Don Fruehling for conducting many GIS analyses of data and providing the map figures, and two anonymous reviewers for their comments on the manuscript.

BLM_0044667

Case No. 1:20-cv-02484-MSK   Document 40-3   filed 04/27/21   USDC Colorado   pg 35 of 338



Fig. 1.   The average of July, August, and September $2 \times CO_2$ air temperature increases projected by the CCC-GCM for each grid cell.

that were considered flawed and were ignored in subsequent manipulations. The temperature files were uploaded to the U.S. EPA Cray C94 supercomputer to calculate weekly mean temperatures for every week on record for every USGS stream sampling station.

The effect of climate change on stream temperatures was estimated by integrating projections from the Canadian Climate Center general circulation model (CCC-GCM) with the USGS stream temperatures. The CCC-GCM predicted monthly climate change for grid cell areas of $3.75 \times 3.75°$ and was run for current climate conditions and to predict future climate conditions after a doubling of the atmospheric $CO_2$ concentration ($2 \times CO_2$) (McFarlane et al. 1992). The difference between these monthly grid cell values was calculated to be the predicted change in air temperature. The means of the predicted changes for summer months (July, August, and September) when stream temperatures are highest, are shown in Fig. 1. To put these increases into a broader perspective, the CCC-GCM predicted a change in global mean surface air temperature over land of $+4.4°C$, although for some grid cells a negative change in temperature for 1 or 2 months was predicted (P. T. Y. Louie in prep.).

Because the information on thermal tolerances of fish species was expressed in terms of the maximum weekly average water temperature (i.e. the highest of the 52 weekly average temperatures in a year), this time-temperature unit was used also as the baseline for climate change. The maximum weekly mean temperature was calculated for each USGS station for which there were more than 104 weeks (2 yr) of acceptable data. The USGS station is matched with the corresponding CCC-GCM grid cell to obtain the predicted $2 \times CO_2$ air temperature change, which was then added to the baseline water temperature to estimate $2 \times CO_2$ water temperatures. Based on field studies of the air–water temperature relationship, Stefan and Preud'homme (1993) found weekly water temperature changes to average 0.86 the weekly air temperature changes for several streams of various sizes in the southern and northern U.S.; therefore, we multiplied the CCC-GCM air temperature change by 0.9 before adding it to the baseline stream temperature. This method produced baseline and predicted climate change maximum water temperatures for 1,776 stream stations located throughout the continental U.S.

A list of CCC-GCM grid cells that contain populations of each species was used to associate USGS stations and climate projections with the current geographic distribution of fish. Species were assumed to have the potential for inhabiting all streams in a grid cell on which monitoring stations were located if available records indicated that the fish had been found anywhere in that grid cell (Lee et al. 1980; Boschung et al. 1983; Page and Burr 1991). Eight species that have been widely introduced outside their native range (common carp, smallmouth bass, largemouth bass, bluegill, black crappie, brook trout,

BLM_0044668

brown trout, and rainbow trout) were assumed to be present throughout the U.S. wherever suitable thermal habitat existed. Although this procedure is based on crude approximation of a species' natural range, it reduces errors that would be introduced by including results for stations in areas where species are thought to be absent. The technique is probably less accurate in estimating baseline habitats for species inhabiting the largest rivers or for those species having specialized environmental requirements other than temperature. An analysis in which fish were located by state instead of grid cell, but was otherwise identical to that described above, produced similar results.

*Fish thermal tolerance*—The fish and temperature database matching system (FTDMS) described by Eaton et al. (1995) has been used to obtain maximum temperatures tolerated by 57 fish species found throughout the U.S. (Table 1). The technique matches fish presence records in space and time with stream temperature records using computer databases to estimate the highest weekly mean temperatures encountered by each species in its natural environment. The use of thermal refuges by fish is to some extent incorporated into this field data-based method for estimating maximum temperature tolerances (*see* Eaton et al. 1995). In the opinion of Eaton and coworkers, the resulting temperature values closely approximate the maximum temperature tolerance of cold and cool water fish, but underestimate the tolerance of some warm water fish due to the southern limit (the U.S. border) of data collected for use in the FTDMS.

For our study, where species' ranges were determined to extend to or beyond the southern U.S. border, the upper zero net growth temperature (UZNG), if available, was used as a maximum tolerance temperature. The UZNG value is a high temperature at which fish can live for several days but at which they do not ingest enough food to gain weight under ad libidum feeding conditions in the laboratory. For the 12 warm water species for which no UZNG value was found, 34°C was estimated to be a reasonable mean UZNG temperature and was assigned to each species. UZNG and FTDMS values are similar for several fish species, for example 21 (Casselman 1978) and 22.4°C for brook trout, 23 (Baldwin 1956) and 24°C for rainbow trout, 28 (Casselman 1978) and 28°C for northern pike, and 29 (Smith and Koenst 1975) and 29°C for walleye. For other species, some UZNG values are higher and some lower than FTDMS values.

We can also assume that some warm water species are restricted by an intolerance of low temperatures in the U.S. (*see* Shuter et al. 1989; McCormick and Jensen 1992). Minimum winter temperature tolerance limits for the species in our study have not yet been calculated from the available field database used to estimate maximum tolerances. Instead, an approximation consisting of the winter temperatures of stations with a maximum summer temperature of 26°C or higher, which is above the FTDMS tolerance range for cold water species but includes the range for all cool water species, was used to define the low temperature tolerance limit for warm water species.

Table 1. The 57 fish species used in the analysis, with the number of thermally suitable stations under baseline conditions, the number of thermally suitable stations after predicted global climate change, percent change in number of stations, and the maximum weekly average temperature tolerance used in our estimates of habitat suitability.

| | | No. of USGS stations | | Change in stations (%) | Max tolerance* (°C) |
|---|---|---|---|---|---|
| | | Baseline | GCC | | |
| **Cold water** | | | | | |
| Chum salmon | *Oncorhynchus keta* | 102 | 57 | −44.1 | 19.8 |
| Pink salmon | *Oncorhynchus gorbuscha* | 129 | 67 | −48.1 | 21.0 |
| Brook trout | *Salvelinus fontinalis* | 471 | 213 | −54.8 | 22.4 |
| Mountain whitefish | *Prosopium williamsoni* | 265 | 172 | −35.1 | 23.1 |
| Cutthroat trout | *Oncorhynchus clarki* | 378 | 226 | −40.2 | 23.3 |
| Coho salmon | *Oncorhynchus kisutch* | 323 | 169 | −47.7 | 23.4 |
| Chinook salmon | *Oncorhynchus tshawytscha* | 379 | 215 | −43.3 | 24.0 |
| Rainbow trout | *Oncorhynchus mykiss* | 632 | 322 | −49.1 | 24.0 |
| Brown trout | *Salmo trutta* | 638 | 330 | −48.3 | 24.1 |
| Mottled sculpin | *Cottus bairdi* | 324 | 159 | −50.9 | 24.3 |
| Total | | 3,641 | 1,930 | −47.0 | |
| **Cool water** | | | | | |
| Johnny darter | *Etheostoma nigrum* | 260 | 79 | −69.6 | 26.5 |
| Longnose dace | *Rhinichthys cataractae* | 712 | 450 | −36.8 | 26.5 |
| Creek chub | *Semotilus atromaculatus* | 492 | 176 | −64.2 | 27.1 |
| Blacknose dace | *Rhinichthys atratulus* | 406 | 126 | −69.0 | 27.2 |
| White sucker | *Catostomus commersoni* | 643 | 283 | −55.9 | 27.4 |
| Northern pike | *Esox lucius* | 277 | 128 | −53.8 | 28.0 |
| Walleye | *Stizostedion vitreum* | 1,313 | 803 | −38.8 | 29.0 |
| Pumpkinseed | *Lepomis gibbosus* | 842 | 537 | −36.2 | 29.1 |
| Yellow perch | *Perca flavescens* | 872 | 528 | −39.4 | 29.1 |
| Common shiner | *Luxilus cornutus* | 505 | 198 | −60.8 | 29.2 |
| Rock bass | *Ambloplites rupestris* | 485 | 183 | −62.3 | 29.3 |
| Brown bullhead | *Ameiurus nebulosus* | 695 | 286 | −58.8 | 29.4 |
| Smallmouth bass | *Micropterus dolomieui* | 1,396 | 872 | −37.5 | 29.5 |
| Golden redhorse | *Moxostoma erythrurum* | 481 | 182 | −62.2 | 29.6 |
| Northern hog sucker | *Hypentelium nigricans* | 572 | 225 | −60.7 | 29.6 |
| Silver redhorse | *Moxostoma anisurum* | 424 | 159 | −62.5 | 29.6 |
| Total | | 10,375 | 5,215 | −49.7 | |
| **Warm water** | | | | | |
| Bluntnose minnow | *Pimephales notatus* | 376 | 181 | −51.9 | 30.1 |
| Sauger | *Stizostedion canadense* | 339 | 158 | −53.4 | 30.1 |
| Black crappie | *Pomoxis nigromaculatus* | 660 | 487 | −26.2 | 30.5 |
| Golden shiner | *Notemigonus crysoleucas* | 639 | 451 | −29.4 | 30.9 |
| Spotted bass | *Micropterus punctulatus* | 287 | 97 | −66.2 | 30.9 |
| White perch | *Morone americana* | 166 | 142 | −14.5 | 30.9 |
| White crappie | *Pomoxis annularis* | 566 | 315 | −44.3 | 31.0 |
| White bass | *Morone chrysops* | 461 | 243 | −47.3 | 31.4 |
| Longnose gar | *Lepisosteus osseus* | 586 | 337 | −42.5 | 31.5 |
| Emerald shiner | *Notropis atherinoides* | 467 | 308 | −34.0 | 31.6 |
| Sand shiner | *Notropis stramineus* | 342 | 201 | −41.2 | 31.8 |
| River carpsucker | *Carpiodes carpio* | 404 | 203 | −49.8 | 32.1 |
| Suckermouth minnow | *Phenacobius mirabilis* | 355 | 150 | −57.7 | 32.1 |
| Orange spotted sunfish | *Lepomis humilis* | 355 | 150 | −57.7 | 32.5 |
| Freshwater drum | *Aplodinotus grunniens* | 516 | 348 | −32.6 | 32.6 |
| Bullhead minnow | *Pimephales vigilax* | 479 | 365 | −23.8 | 34.0* |
| Black bullhead | *Amieurus melas* | 662 | 701 | 5.9 | 34.0* |
| Flathead catfish | *Pylodictis olivaris* | 525 | 442 | −15.8 | 34.0* |
| Flathead minnow | *Pimephales promelas* | 653 | 692 | 6.0 | 34.0* |
| Ghost shiner | *Notropis buchanani* | 388 | 298 | −23.2 | 34.0* |
| Gizzard shad | *Dorosoma cepedianum* | 746 | 684 | −8.3 | 34.0* |
| Green sunfish | *Lepomis cyanellus* | 847 | 910 | 7.4 | 34.0* |
| Longear sunfish | *Lepomis megalosis* | 511 | 442 | −13.5 | 34.0* |
| Mosquitofish | *Gambusia affinis* | 603 | 572 | −5.1 | 34.0* |
| Red shiner | *Cyprinella lutrensis* | 236 | 154 | −34.7 | 34.0* |
| Smallmouth buffalo | *Ictiobus bubalus* | 540 | 443 | −18.0 | 34.0* |
| Warmouth | *Lepomis gulosus* | 668 | 559 | −16.3 | 34.0* |
| Common carp | *Cyprinus carpio* | 890 | 1,116 | 25.4 | 35.0[a] |
| Channel catfish | *Ictalurus punctatus* | 682 | 854 | 25.2 | 35.0[b] |
| Largemouth bass | *Micropterus salmoides* | 892 | 1,163 | 30.4 | 35.5[c] |
| Bluegill | *Lepomis macrochirus* | 894 | 1,192 | 33.3 | 36.0[d] |
| Total | | 16,735 | 14,358 | −14.2 | |

* Species with ranges beyond the U.S. border for which no UZNG (upper zero net growth) values were available. All other maximum tolerances were derived from their FTDMS values. Superscripts indicate references that contain UZNG values for four species found south of the U.S. border: a—Sarig 1966; b—West 1966; c—Coutant and Cox 1976; d—Lemke 1977.

BLM_0044669

1112                                      *Eaton and Scheller*



Fig. 2.   USGS monitoring stations with suitable thermal habitat for rainbow trout before and after climate warming. The maximum tolerance for rainbow trout was 24.0°C. Before climate change, suitable habitat at 632 sampling sites—□; after climate change, at 322 of 632 sites—●.

The rationale for this value is that cool water and warm water fish frequently occupy the same habitats, but that cold and warm water fish do not. Several investigators (Meisner et al. 1987; Radforth 1944; Legendre and Legendre 1984) have observed a close relationship between summer air temperatures and the northern range limits of cool and warm water fish in the Great Lakes region. Winter thermal conditions may also restrict the distribution of a few cool-water species whose northern range limit is close to the U.S.–Canada border (e.g. northern hog sucker), but the lack of cold tolerance information leaves us no better alternative than to use high temperature tolerances (i.e. FTDMS values).

*Climate change effects*—We expressed the effect of climate change on species as the number of USGS monitoring stations at which suitable thermal habitat exists after climate change as compared to the number of stations before climate change and the percentage reduction or increase in the number of stations. The effects were also estimated by assigning species to cold, cool, or warm water thermal guilds and calculating an aggregate change for each guild. The cold water guild includes species with a maximum tolerance $\leq 24.3$°C, cool water fish include those with a tolerance of 26.5–29.9°C, and warm water fish are those with a tolerance $\geq 30$°C. As pointed out by

Eaton et al. (1995) and seen in Table 1, the thermal boundary between cool and warm water fish guilds is indistinct and the separation used here is arbitrary.

Results and discussion

The results of the analysis of climate warming effects for the 57 species considered are presented in Table 1. A nearly 50% reduction in thermal habitat is projected for cold and cool water species, but only a 14.2% decrease is estimated for warm water fish. The distribution of USGS monitoring sites where suitable habitat is projected before and after climate warming is illustrated in Figs. 2–4 by representative cold (rainbow trout), cool (white sucker), and warm (largemouth bass) water fish. Rainbow trout and white sucker distributions indicate that cold and cool water fish will be least affected in higher latitude or elevation locations. Suitable habitat will be eliminated by climate warming throughout the range of a species—north as well as south. Largemouth bass show a graded increase in suitable habitat with latitude from the midsouth to the northern border of the U.S., resulting in a net increase in stations of 30% for this species. The high level of loss of warm water fish habitat in southern Indiana and Illinois and in Missouri can be explained by the particularly high

BLM_0044670

*Climate warming and fish habitat*                                                    1113



Fig. 3.   As Fig. 2, but for white sucker. The maximum tolerance for white sucker was 27.4°C. Before climate change, suitable habitat at 643 sites—□; after climate change, at 283 of 643 sites—●.

degree of climate warming projected for this region (Fig. 1). As the distribution map for rainbow trout indicates (Fig. 2), there is a major regional effect in the northeastern U.S. where an air temperature increase of ~4.5°C is projected (Fig. 1).

Meisner (1990) and others have pointed out that the southern distribution of brook trout in the U.S. is largely determined by the inflow to low-order streams of cooler groundwater. He calculated that the range limits of brook trout correspond to an annual groundwater mean of 15°C, which is ~1–2°C higher than mean annual air temperature. In summer, however, these low-order stream reaches with relatively more groundwater inflow have cooler temperatures than those containing a higher proportion of surface water runoff. Therefore, the effect of climate warming in groundwater-fed stream reaches often occupied by trout and certain other species probably is somewhat overestimated by the 0.9 air–water conversion factor used in our analysis. The type and amount of riparian vegetation also affects this air–water relationship and the rate of downstream warming (Sinokrot and Stefan 1993). When they are near equilibrium with air temperature, mean daily water temperatures during summer are generally slightly cooler than corresponding air temperatures, although water can be warmer than the air and exceed a factor of 1.0 (Stefan and Preud'homme 1993).

Among all the cool water fish species, those with the

smallest baseline distribution are projected to incur the greatest percentage of thermal habitat loss (correlation coefficient = 0.79, $n = 16$) and vice-versa (Table 1). Baseline geographic distribution seems to be more significant in determining vulnerability than the degree of high temperature tolerance (correlation coefficient for maximum temperature tolerance and percentage change in stations = 0.16, $n = 16$). These results are due to a scale effect whereby it is less likely that suitable temperatures will still exist in a small geographic area (species range) after climate change than in a larger geographic area with its greater diversity of thermal conditions. Other detrimental environmental conditions caused by climate change, such as reduced stream flow or vegetation changes and reduced shading, will also influence future distribution, and these effects could likewise be magnified for species with the smallest initial distribution.

The projected decrease in habitat for warm water fish (Table 1) was less expected. It seems logical to assume that warm water species would expand their ranges into habitats vacated by cold and cool water species because of climate change and therefore would experience an increase in habitat without significant loss. However, the thermal tolerance of the least tolerant warm water species is very close to that of cool water species and these species will all be similarly sensitive to climate warming. Furthermore, the magnitude of water temperature change in

1114                                    *Eaton and Scheller*



Fig. 4.   As Fig. 2, but for largemouth bass. The tolerance range for largemouth bass was 26.0–35.5°C. Before climate change, suitable habitat at 892 of 1,776 sites—□; after climate change, at 1,163 of 1,776 sites—●.

many areas approaches or exceeds the entire range in high tolerance temperatures for the cool and warm water fish guilds (4 and 6°C, respectively). The exact maximum tolerance temperature used to differentiate cool and warm water fish has only a minor effect on this result unless it is changed greatly. The results in Table 1 indicate again that the most widely distributed warm water species (fathead minnows, green sunfish, channel catfish, etc.) will benefit most from climate warming.

Another possible influence on the results is that the region (grid cells) where a species had been observed to establish a baseline distribution (except for the eight universally distributed species) was also the only area within which a species could expand under climate warming conditions. Therefore, the results of our analysis may overestimate the effect of climate change (habitat reduction) on some warm and cool water fish with limited distributions by inadequately allowing for replacement of cooler water fish by warmer water fish. Many species might be expected to migrate to, or be introduced into, additional areas where thermal and other habitat conditions become suitable as climate changes. We did not consider possible immigration of tropical or subtropical species currently outside or low in number inside the U.S. Many factors beyond the scope of our analysis will influence these movements, such as the availability of migration corridors (Matthews and Zimmerman 1990; Rahel

et al. 1996) or the rate of climate change. We also expect that where thermal conditions become favorable, other environmental conditions may be sufficiently unfavorable to prevent colonization.

A third influencing factor relates to the poor state of knowledge about the thermal requirements of warm water fish. This knowledge deficit produces substantial uncertainty in estimates of the number of stations with suitable habitat before and after climate change. A sensitivity analysis revealed that if winter temperature tolerance corresponded to a summer maximum of 28°C instead of 26 and the summer maximum for the south-of-the-border species without UZNGs were 35°C instead of 34 (and therefore closer to the average UZNG), the projected change in habitat after climate warming would be a 14% *increase*. Even under the latter scenario, however, the habitat for half (15) of the warm water species is reduced.

Although our analysis of climate change effects has many uncertainties, several well-founded conclusions are possible. Major reductions in stream habitat for cold and cool water species would result from climate warming, but these effects would likely be reduced for fish living in lakes, especially larger, deeper lakes that stratify in summer, providing thermal refuges for inhabitants (e.g. Magnuson et al. 1990; Stefan et al. 1995). Although effects will be greater in some areas than others because of warming hot spots or regional hydrology, the effects will be

broad on species that are widely distributed; habitat will be reduced for warm water fish in the south and increased in the north; habitat will be reduced more uniformly for cold and cool water species across their entire ranges. The primary beneficiaries of climate change will be species that are currently widely distributed in the U.S. Those species with smaller ranges will suffer the greatest initial losses. Very limited knowledge about summer and winter temperature tolerances seriously impedes our quantification of the effects of climate change on warm water fish. Our analysis can serve as an index of the potential effect of climate warming on fish species and guilds of the U.S., and we hope it will stimulate additional relevant research on thermal requirements of fish.

## References

BALDWIN, N. S. 1956. Food consumption and growth of brook trout at different temperatures. Trans. Am. Fish. Soc. **86:** 323–328.

BOSCHUNG, H. T., J. D. WILLIAMS, D. W. GOTSHALL, D. K. CALDWELL, AND M. C. CALDWELL. 1983. The Audubon Society field guide to North American fishes, whales and dolphins. Knopf.

CASSELMAN, J. M. 1978. Effects of environmental factors on growth, survival, activity, and exploitation of northern pike, p. 114–128. *In* R. L. Kendall [ed.], Selected coolwater fishes of North America. Am. Fish. Soc. Spec. Publ. 11.

COUTANT, C. C. 1990. Temperature-oxygen habitat for freshwater and coastal striped bass in a changing climate. Trans. Am. Fish. Soc. **119:** 240–253.

———, AND D. K. COX. 1976. Growth rates of subadult largemouth bass at 24 to 35.5°C, p. 118–120. *In* Thermal ecology 2. ERDA Symp. Ser. 40.

EATON, J. G., AND OTHERS. 1995. A field information-based system for estimating fish temperature tolerances. Fisheries **20:** 10–18.

LEE, D. S., AND OTHERS. 1980. Atlas of North American freshwater fishes. N.C. State Mus. Nat. Hist.

LEGENDRE, P., AND V. LEGENDRE. 1984. Postglacial dispersal

tential changes in the thermal habitat of Great Lakes fish after global climate warming. Trans. Am. Fish. Soc. **119:** 254–264.

MATTHEWS, W. J., AND E. G. ZIMMERMAN. 1990. Potential effects of global warming on native fishes of the southern Great Plains and the Southwest. Fisheries **15:** 26–32.

MEISNER, J. D. 1990. Effect of climate warming on the southern margins of the native range of brook trout, *Salvelinus fontinalis*. Can. J. Fish. Aquat. Sci. **47:** 1065–1070.

———, J. L. GOODIER, H. A. REGIER, B. J. SHUTER, AND W. J. CHRISTIE. 1987. An assessment of the effects of climate warming on Great Lakes basin fishes. J. Great Lakes Res. **13:** 340–352.

PAGE, L. M., AND B. M. BURR. 1991. A field guide to freshwater fishes. Houghton Mifflin.

RADFORTH, I. 1944. Some considerations on the distribution of fishes in Ontario. Contrib. R. Ont. Mus. Zool. **25:** 1–116.

RAHEL, F. J., C. J. KELEHER, AND J. L. ANDERSON. 1996. Potential habitat loss and population fragmentation for cold water fish in the North Platte River drainage of the Rocky Mountains: Response to climate warming. Limnol. Oceanogr. **41:** 1116–1123.

SARIG, S. 1966. Synopsis of biological data on common carp *Cyprinus carpio* (Linnacus), 1758 (Near East and Europe). FAO Fish. Synop. 31.2.

SHOWEN, C. R. 1980. Data formats for U.S. Geological Survey compiler files containing daily values for water parameters. U.S. Geol. Surv. Open-File Rep. 76-563 (revised).

SHUTER, B. J., P. E. IHSSEN, D. L. WALES, AND E. J. SNUCINS. 1989. The effects of temperature, pH and water hardness on winter starvation of young-of-the-year smallmouth bass (*Micropterus dolomieui* Lacepede). J. Fish Biol. **35:** 765–780.

———, AND J. R. POST. 1990. Climate, population viability, and the zoogeography of temperate fishes. Trans. Am. Fish. Soc. **119:** 314–336.

SINOKROT, B. A., AND H. G. STEFAN. 1993. Stream temperature dynamics: Measurement and modeling. Water Resour. Res. **29:** 2299–2312.

SMITH, L. L., JR., AND W. M. KOENST. 1975. Temperature

BLM_0044673

*Journal of Agricultural and Resource Economics* 35(2):316–333
Copyright 2010 Western Agricultural Economics Association

# Local Employment Growth, Migration, and Public Land Policy: Evidence from the Northwest Forest Plan

**Henry Eichman, Gary L. Hunt, Joe Kerkvliet,
and Andrew J. Plantinga**

Debates over protecting public land reveal two views. Some argue protection reduces commodity production, reducing local employment and increasing out-migration. Others contend protection produces amenities that support job growth and attract migrants. We test these competing views for the Northwest Forest Plan (NWFP), which reallocated 11 million acres of federal land from timber production to protecting old-growth forest species. We find evidence that land protection directly reduced local employment growth and increased net migration. The total negative effect on employment was offset only slightly by positive migration-driven effects. Employment losses were concentrated in metropolitan counties, but percentage losses were higher in rural counties.

*Key Words:* amenities, employment growth, migration, Northwest Forest Plan, old-growth forests, public land management

## Introduction

Major controversy has surrounded U.S. land conservation policies over the past three decades. In 1994, the U.S. Bureau of Land Management (BLM) and the U.S. Forest Service (USFS) complied with judicial directives by adopting the Northwest Forest Plan (NWFP). Adoption of the NWFP followed a tumultuous period during which numerous lawsuits were brought against the USFS and BLM (e.g., under the Endangered Species Act) and U.S. courts blocked timber harvests on USFS and BLM lands. This plan restricted commodity production on public lands in order to provide habitat for northern spotted owls and hundreds of other species associated with late-successional old-growth forests. The NWFP reallocated over 11 million acres—77% of USFS and BLM land in the northern spotted owl's range—from commodity production to ecosystem management. The USFS and BLM adopted the NWFP to comply with national environmental laws, but the policy affected public lands solely within the Pacific Northwest region. This created a "natural experiment" with which to measure the NWFP's impact on county employment growth and net migration rates.

Many observers assume that conservation entails a tradeoff between environmental quality and measures of economic success such as jobs (Marcot and Thomas, 1997; Goodstein, 1999).

Henry Eichman is economist with USFS-TEAMS Enterprise, Duluth, Minnesota; Gary L. Hunt is professor, School of Economics, University of Maine; Joe Kerkvliet is senior resource economist with the Wilderness Society, Bozeman, MT; and Andrew J. Plantinga is professor, Department of Agricultural and Resource Economics, Oregon State University. The authors are listed alphabetically; no senior authorship is assigned. Kerkvliet is grateful to the U.S. Environmental Protection Agency and the American Association for the Advancement of Science for their hospitality while he conducted some of the research for this paper. The authors are solely responsible for the paper's content.

Review coordinated by Douglas M. Larson; publication decision made by David K. Lambert and Gary W. Brester.

BLM_0044674

In the NWFP case, ex ante input-output analyses projected job losses ranging from 13,000 (Anderson and Olsen, 1991) to 147,000 (Beuter, 1990). An ex post analysis reported 45,000 lost jobs with 30,000 of those occurring in the timber industry (Phillips, 2006).

Others argue that public land conservation may improve local economies by increasing natural amenities and attracting migrants (Power, 1996, 2006; Niemi, Whitelaw, and Johnson, 1999; Power and Barrett, 2001; Charnley, 2006). Such positive effects must be large enough to offset negative employment effects of reduced commodity-based land uses. The role of amenities in influencing regional economies is well established (e.g., Roback, 1982; Carlino and Mills, 1987; Mueser and Graves, 1995), but earlier public land preservation studies have failed to find significant impacts on local economies. Duffy-Deno (1998) examined federal wilderness areas and found no effect on employment or population densities in 250 western rural counties. In an earlier study Duffy-Deno (1997) concluded that state parks have a small positive effect. Lewis, Hunt, and Plantinga (2002, 2003) found conservation lands to have a small positive effect on migration in the Northern Forest region but no effect on employment and wage growth. Daniels, Hyde, and Wear (1991), Burton and Berck (1996), and Burton (1997) reported no evidence linking federal timber harvests with local economic indicators. Finally, Lorah and Southwick (2003) observed positive correlations between conserved public land and county employment, income, and population growth.

There are three potential reasons why many previous studies have failed to find substantive local economic impacts. First, examined lands may be relatively unproductive of extractive resources, such that conserving these lands has little effect on local commodity production or supply of amenities. Second, lands may have been designated so long ago that all economic adjustments have occurred (Lewis, Hunt, and Plantinga, 2002, 2003). Hunt (2006) showed employment and population growth adjustments to regional shocks are completed in 15–20 years, indicating that observations post-dating conservation policies by several decades are unlikely to reveal effects. Duffy-Deno's (1998) study of wilderness areas evaluated employment and population changes from 1980 to 1990, but designation of these lands occurred largely in 1964. Third, conserved land acreage may be too small to produce measurable effects.

A study of the NWFP will not encounter these potential problems. Much of the reclassified land is among the most productive timberland on the planet. Conserved acreage is almost equivalent to the combined areas of New Hampshire and Vermont. Among the affected counties, an average of 12% of total county land is reserved from timber cutting; over 20% of total county land is reserved in 11 counties. Finally, we use data closely connected to political, scientific, and economic events surrounding the development and implementation of the NWFP. Observations are pooled for the decades before and after the NWFP's implementation, increasing our ability to detect measurable effects.

We follow a modeling tradition in the regional economics and migration literature and analyze the simultaneous relationship between county-level employment and net migration (e.g., Greenwood and Hunt, 1984; Greenwood, Hunt, and McDowell, 1986). Our data cover 73 counties containing lands reclassified under the NWFP or adjacent to such counties.

Case No. 1:20-cv-02484-MSK   Document 40-3   filed 04/27/21   USDC Colorado   pg 43 of 338

## Empirical Modeling Approach

### The Employment-Migration Model

We consider the NWFP's effect on county employment growth rates and net migration rates in the Pacific Northwest region. A closely related approach models employment and population change (e.g., Carlino and Mills, 1987; Duffy-Deno, 1998; Deller et al., 2001). Because we are interested in potential migration offsets to employment effects, a net migration measure is used that excludes population changes due to natural causes. Employment growth and net migration are modeled using a simultaneous equations framework:

$$(1) \qquad EGR_{j,t,t+n} = f(NMR_{j,t,t+n}, \mathbf{x}_{j,t}; \boldsymbol{\alpha}),$$

$$(2) \qquad NMR_{j,t,t+n} = g(EGR_{j,t,t+n}, \mathbf{y}_{j,t}; \boldsymbol{\beta}),$$

where $EGR_{j,t,t+n}$ (employment growth rate) is average annual percentage change in total jobs in county $j$ from year $t$ to $t+n$, $NMR_{j,t,t+n}$ (net migration rate) is average annual percentage change in population excluding changes due to births and deaths, $\mathbf{x}_{j,t}$ and $\mathbf{y}_{j,t}$ are explanatory variable vectors, and $\boldsymbol{\alpha}$ and $\boldsymbol{\beta}$ are parameter vectors. In our application, we use a linear specification for $f$ and $g$ and include percentage of total county land area allocated to reserved and unreserved uses under the NWFP as explanatory variables.

Three reasons exist for choosing this modeling approach. First, county economies in the United States resemble small open economies embedded in free-market areas. This implies an elastic supply of mobile factors in response to spatial variations in firm profitability and household utility. The dependent variables reflect regional factor quantity adjustments induced as county economies adjust to evolving spatial general equilibrium. Second, inter-county profitability and utility variations depend on differences in county amenities, amounts of immobile factors, industry mix, forward and backward linkages, extant agglomeration, and policy. Much of the regional economics literature (e.g., Roback, 1982; Kim, 1998, 1999; Beeson, DeJong, and Troesken, 2001; Deller et al., 2001; Hanson, 2005; Rappaport, 2007) emphasizes the importance of such variables in regional economic growth and development. Below, we describe the explanatory variables chosen to reflect these profitability and utility factors and how they facilitate econometric identification and estimation. Third, the model in (1) and (2) allows the simultaneous modeling of employment growth and net migration rates. This can determine directly whether positive migration effects of the NWFP attenuate negative employment effects.

### Econometric Considerations

We confront four key econometric issues in this study: stationarity and simultaneity of jointly dependent variables, potential endogeneity of the NWFP policy, robustness of results, and pooling of observations across periods.

- First, population-employment models estimated in level form or with a partial adjustment specification exhibit serious nonstationarity and lead to spurious results (Hunt, 2006). Computing the jointly dependent variables in growth rate form, as in (1) and (2), remedies this problem. In recognition of the simultaneity of employment growth and net migration rates, we treat these variables as endogenous and estimate the model with an instrumental variables technique.

BLM_0044676

- Second, we explore potential endogeneity in NWFP land allocations. For example, decision makers may have conserved smaller land areas in economically depressed counties (i.e., those with low employment growth). Our use of time-lagged NWFP variables to explain subsequent changes in employment growth and net migration rates may not solve the endogeneity problem if there is selection on time-invariant unobservables. Therefore, we develop instrumental variable estimates of NWFP variables and use these to compute a Hausman test for the policy's exogeneity.

- Third, because many variables potentially influence profitability and utility variation across counties and over time, we considered five alternative specifications for the employment growth and net migration equations. All the specifications contain the same variables for public lands and NWFP policy, but include different sets of additional exogenous variables. We present the results of only one specification, but the full set of results is available from the authors upon request. For our chosen specification, effects of the NWFP policy variables are robust to the inclusion of additional exogenous regressors.

- Fourth, we pool observations for the decades before and after the NWFP implementation to increase our ability to detect measurable effects. Data following the formal implementation of the NWFP in 1994 provide one information source for identifying and estimating these effects. In addition, because the NWFP differentially restricts USFS and BLM timber harvests across counties in the region, observations in this period provide cross-sectional contrasts in county employment growth and net migration potentially related to the NWFP policy. To further enhance the identification of the NWFP's effects, we add observations to our pooled sample from 1980–1990. The NWFP was not in effect during this decade, nor is it likely to have been anticipated. USFS and BLM timber harvests were high and relatively stable during the 1980s, and lawsuits related to the northern spotted owl were not filed until the end of the decade.

The years 1990–1994 were a transitional period with respect to the use of these lands. Initially, the northern spotted owl was listed under the Endangered Species Act and court injunctions blocked nearly all USFS and BLM timber sales. The USFS and BLM subsequently sought to develop management plans that would resolve the numerous lawsuits brought by environmental groups.[1] The courts ultimately accepted the NWFP as providing adequate protection for northern spotted owls and other species associated with Pacific Northwest old-growth ecosystems (Noon and McKelvey, 1996; Marcot and Thomas, 1997; Thomas et al., 2006). One modeling approach would be to treat 1990–1994 as a distinct period in the same way we handle the before and after periods (1980–1990 and 1994–2003). However, because regional economic upheaval, political controversy, judicial intervention, information gaps, and scientific uncertainty characterize the transition period, it is unlikely that firm profitability and household decisions were strongly operative. The early part of the transition period also coincided with a national recession. For these reasons, we exclude observations for the period 1990–1994 from our sample.[2]

---

[1] For more details, see the May 1990 report of the Interagency Scientific Committee to Address the Conservation of the Northern Spotted Owl, and the October 1991 report of the Scientific Panel on Late-Successional Forest Ecosystems.

[2] Interested readers may consult a previous version of this paper (Hunt, Kerkvliet, and Plantinga, 2004) in which we attempt to model the 1990–1994 transition period explicitly.

BLM_0044677

In summary, we estimate the employment-migration model with a panel data set consisting of cross-sectional observations on Pacific Northwest counties during the decade preceding the spotted owl controversy (1980–1990) and the decade following its resolution with the adoption of the NWFP (1994–2003). We test for differences in effects of USFS and BLM management on county employment growth and net migration across these periods.

## Variables and Measurement

Our data cover 73 counties in Oregon, Washington, and northern California. The NWFP allocated land to be reserved for conservation in 53 of these counties, varying from 0.006% to 37.5% of total county land, with an average of 12%. To increase the precision of our estimates, an additional 20 counties are included that do not contain any reserved land, but which are adjacent to counties that do. Marin, Napa, and Alameda counties are omitted because they are located in the San Francisco Bay Area and have economies that differ substantially from those in our sample. Four counties adjacent to the Bay Area counties (San Mateo, Santa Clara, Contra Costa, and Solano) are also omitted.

### Dependent Variables

We measure the jointly dependent variables $EGR_{j,t,t+n}$ and $NMR_{j,t,t+n}$ as average annual growth rates over the 1980–1990 and 1994–2003 periods because these periods have different lengths. Definitions and data sources are presented in table 1 and summary statistics are reported in table 2.

### Explanatory Variables

The time-lagged regressors in the employment growth and net migration equations—$\mathbf{x}_{j,t}$ and $\mathbf{y}_{j,t}$, the vectors of explanatory variables in equations (1) and (2)—are partitioned into two subsets, one measuring features of public lands and the NWFP policy, and the other county features influencing firm profitability and household utility.

### Public Land and NWFP Policy Variables

Timber harvests on USFS, BLM, and state lands in the Pacific Northwest region fueled a substantive wood processing sector and associated industries following World War II. County-level timber volumes are not available, but we can capture the influence of public timber harvests over the 1980–1990 period with variables that measure the percentage of total county land devoted to public timber production: *USFS Percentage*, *BLM Percentage*, and *State Forest Percentage*. Remaining lands include federal land managed as national parks and wilderness, which we treat separately, and land in private and other public uses (e.g., airports, military installations). Specifying land management variables as shares of total county land can capture effects of both alternative management objectives and land diversion from private and other public uses.

The NWFP allocated BLM and USFS lands to one of five categories upon its adoption in 1994 (Espy and Babbitt, 1994). Brief descriptions and total acreage of these categories are presented in table 3. The policy applied only to lands managed by the USFS and BLM (not to state or private lands) and did not affect USFS and BLM lands already designated as wilderness

BLM_0044678

**Table 1. Definitions of Variables and Their Data Sources**

| Variable | Definition | Source |
|---|---|---|
| *Net Migration Rate* | Average annual rate of net migration: 1980–1990, 1994–2003 | U.S. Bureau of the Census, Population Estimates Archives (http://www.census.gov/popest/archives/) |
| *Employment Growth Rate* | Average annual rate of employment growth: 1980–1990, 1994–2003 | U.S. Bureau of Economic Analysis, Regional Economic Accounts, Table CA04 (http://www.bea.gov/regional/reis/) |
| *Unreserved NWFP Percentage* | Proportion of county land classified as matrix or adaptive management under the Northwest Forest Plan | Northwest Forest Plan Regional Ecosystem Office and authors' calculations |
| *Reserved NWFP Percentage* | Proportion of county land classified as late successional reserves, managed late successional reserves, or riparian reserves under the Northwest Forest Plan | Northwest Forest Plan Regional Ecosystem Office and authors' calculations |
| *BLM Percentage* | Proportion of county land managed by U.S. Bureau of Land Management excluding wilderness areas and administratively withdrawn areas | U.S. Forest Service, Forest Inventory and Analysis Map Maker |
| *USFS Percentage* | Proportion of county land managed by U.S. Forest Service excluding wilderness areas and administratively withdrawn areas | U.S. Forest Service, Forest Inventory and Analysis Map Maker |
| *State Forest Percentage* | Proportion of county land managed by state forestry departments | U.S. Forest Service, Forest Inventory and Analysis Map Maker |
| *Log Export Potential* | Proportion of county land producing logs for export, divided by square of distance to nearest exporting port, and then multiplied by 10,000,000,000 | U.S. Forest Service, Forest Inventory and Analysis Map Maker; Mapquest; Warren (1989) |
| *National Park Percentage* | Proportion of county land managed by National Park Service | U.S. Forest Service, Forest Inventory and Analysis Map Maker |
| *January Rain* | Average January rainfall in inches in largest city/town in county (1970–2000) | Western Regional Climate Center, Western U.S. Climate Historical Summaries |
| *January Temperature* | Average daily high temperature in January in degrees Fahrenheit (1970–2000) in the largest city/town in the county | McGranahan (1999) |
| *Northern Spotted Owl Center* | Number of land use tracts within a county with at least one northern spotted owl center where center is defined as one owl or one owl pair | Soules (2002) and Northwest Forest Planning Process |
| *Marbled Murrelet Center* | Number of land use tracts within a county with at least one marbled murrelet center where center is defined as one bird or one bird pair | Soules (2002) and Northwest Forest Planning Process |
| *Key Watershed* | Indicator variable equal to unity if the county contains a watershed providing habitat for potentially threatened fish species | Soules (2002) and Northwest Forest Planning Process |
| *Home Ownership* | Percentage of households in a county owning their homes | USA Counties |
| *College Graduate Percentage* | Percentage of persons 25 years of age and older who have graduated from college | USA Counties |
| *Metro County* | Indicator variable equal to unity if county is part of a metropolitan area and zero otherwise | U.S. Bureau of the Census |
| *Adjacent Metro County* | Indicator variable equal to unity if county is geographically adjacent to a county that is part of a metropolitan area and zero otherwise | Authors' calculations |

BLM_0044679

322   *August 2010*                                     *Journal of Agricultural and Resource Economics*

**Table 2. Summary Statistics: 1980–1990 and 1994–2003**

| Variable | 1980–1990 Mean (Std. Dev.) | Minimum | Maximum | 1994–2003 Mean (Std. Dev.) | Minimum | Maximum |
|---|---|---|---|---|---|---|
| *Net Migration Rate* | 0.008 (0.012) | −0.016 | 0.041 | 0.006 (0.009) | −0.017 | 0.037 |
| *Employment Growth Rate* | 0.022 (0.019) | −0.036 | 0.064 | 0.018 (0.010) | −0.008 | 0.053 |
| *Unreserved NWFP Percentage* | 0.000 (0.000) | 0.000 | 0.000 | 0.080 [a] (0.082 [a]) | 0.000 [a] | 0.299 [a] |
| *Reserved NWFP Percentage* | 0.000 (0.000) | 0.000 | 0.000 | 0.118 [a] (0.092 [a]) | 0.0001 [a] | 0.375 [a] |
| *BLM Percentage* | 0.027 (0.056) | 0.000 | 0.308 | 0.000 (0.000) | 0.000 | 0.000 |
| *USFS Percentage* | 0.167 (0.184) | 0.000 | 0.743 | 0.000 (0.000) | 0.000 | 0.000 |
| *State Forest Percentage* | 0.057 (0.098) | 0.000 | 0.577 | 0.057 (0.098) | 0.000 | 0.577 |
| *Log Export Potential* | 4.91E-05 (0.0002) | 0.000 | 0.001 | 0.000 (0.000) | 0.000 | 0.000 |
| *National Park Percentage* | 0.002 (0.008) | 0.000 | 0.057 | 0.002 (0.008) | 0.000 | 0.057 |
| *January Rain* | 5.910 (4.112) | 0.920 | 19.850 | 5.910 (4.112) | 0.920 | 19.850 |
| *January Temperature* | 37.056 (6.519) | 18.000 | 47.900 | 37.056 (6.519) | 18.000 | 47.900 |
| *Northern Spotted Owl Center* | 0.000 (0.000) | 0.000 | 0.000 | 3.932 (6.957) | 0.000 | 37.000 |
| *Marbled Murrelet Center* | 0.000 (0.000) | 0.000 | 0.000 | 1.822 (4.730) | 0.000 | 25.000 |
| *Key Watershed* | 0.000 (0.000) | 0.000 | 0.000 | 0.562 (0.500) | 0.000 | 1.000 |
| *Home Ownership* | 68.242 (4.797) | 54.000 | 77.600 | 66.132 (4.842) | 51.900 | 76.700 |
| *College Graduate Percentage* | 14.908 (5.310) | 6.900 | 36.600 | 16.753 (6.335) | 9.400 | 41.300 |
| *Metro County* | 0.301 (0.462) | 0.000 | 1.000 | 0.356 (0.482) | 0.000 | 1.000 |
| *Adjacent Metro County* | 0.534 (0.502) | 0.000 | 1.000 | 0.644 (0.482) | 0.000 | 1.000 |

[a] Calculated for counties with strictly positive, reserved, or unreserved NWFP land allocations.

BLM_0044680

*Eichman et al.*                           *Employment Growth, Migration, and Public Land*   323

**Table 3. Northwest Forest Plan Land Classifications and Acreage**

| Classification | Definition [a] | Acres |
|---|---|---|
| Congressionally Reserved Areas [b] | Reserved by act of Congress, e.g., wilderness areas, wild and scenic rivers | 7,320,600 |
| Late Successional Reserves | Dedicated to maintaining a functional, interactive, late-successional and old-growth forest; designed to serve as habitat for old-growth related species including the northern spotted owl | 7,430,800 |
| Adaptive Management Areas | Designed to develop and test new management approaches to integrate and achieve ecological, economic, and other social and community goals | 1,521,800 |
| Administratively Withdrawn Areas | Identified in current forest and district plans, or draft plan preferred alternatives and include recreation and visual areas, back country, and other areas not scheduled for timber harvest | 1,477,100 |
| Managed Late Successional Reserves | Either delineated or mapped, known spotted owl activity centers or unmapped protection buffers, or designated to protect certain rare and locally endemic species | 102,200 |
| Riparian Reserves [c] | Areas along all streams, wetlands, ponds, lakes, and unstable areas where conservation of aquatic and riparian-dependent terrestrial resources receives primary emphasis | 2,627,500 |
| Matrix | USFS and BLM land outside of the six categories above; the area in which most timber harvest and other silvicultural activities will be conducted; also contains non-forested areas and forested areas not technically suited for timber production | 3,975,300 |

[a] Quoted from or a summary of Espy and Babbitt (1994).

[b] No new lands in this classification were allocated by the Northwest Forest Plan.

[c] See text narrative for further discussion on the area of riparian reserves.

or managed as wilderness study areas. The NWFP initiated a fundamental shift in management strategy from timber extraction to species conservation for lands allocated to late successional reserves, managed late successional reserves, and riparian reserves.[3] We refer to lands placed in these three categories as NWFP reserved lands and denote county share as *Reserved NWFP Percentage*. Lands allocated to matrix and adaptive management categories continued to be available for timber harvesting and were expected to produce 90% of future USFS and BLM harvests (Charnley, 2006). We refer to lands in these two categories as NWFP unreserved lands and denote the corresponding county share as *Unreserved NWFP Percentage*. For the 1994–2003 period, we redistribute the sum of *USFS Percentage* and *BLM Percentage* to the *Reserved NWFP Percentage* and *Unreserved NWFP Percentage* variables based on their reclassification by the NWFP.

The percentage of county land managed by the National Park Service (and not classified as wilderness) is expected to be an amenity for households. We denote this variable as *National Park Percentage* and expect it to be positively related to the net migration rate and inversely

---

[3] The Northwest Forest Plan Regional Ecosystem Office combines the matrix and riparian reserves categories, though lands in these two classifications are managed very differently. Espy and Babbitt (1994) report the total area of riparian reserves (table 1), but none of the available documentation provides a source for this figure. Thus, we calculate county-specific riparian reserve acreage. We use available GIS data to compute the length of rivers and streams found within the matrix/riparian reserves classification. We then use NWFP default buffer widths (300 feet for perennial streams and 100 feet for intermittent streams) to compute the area of stream buffers. We find the area of riparian reserves is 1,242,238 acres, about one-half of the value reported by Espy and Babbitt. We calculate matrix land acreage by subtracting the calculated acreage of riparian reserves from the area in the combined matrix/riparian reserves category.

related to county employment growth because of National Park restrictions on commodity production. In our examination of alternative specifications, we evaluated a variable measuring the share of federal land designated as wilderness. This variable was statistically insignificant across all specifications and thus is omitted from reported results.

*Potential Endogeneity of NWFP Variables*

During development and implementation of the NWFP, it was widely perceived that conserving land to protect biodiversity would result in job losses (Anderson and Olsen, 1991; Bueter, 1990; Charnley, 2006; Niemi, Whitelaw, and Johnson, 1999; Phillips, 2006). Consequently, there may have been political pressure to reserve less land in counties with stagnant economies or high timber dependency. If true, the NWFP policy variables—*Reserved NWFP Percentage* and *Unreserved NWFP Percentage*—would be endogenous. To address this potential problem, we estimate models with predicted values of these variables. The instrumental variables are the number of northern spotted owl and marbled murrelet centers (*Northern Spotted Owl Center, Marbled Murrelet Center*) in the county and an indicator variable for the presence of a key watershed (*Key Watershed*) within the county.[4]

Our instrumental variables contain ecological criteria used to reclassify land under the NWFP and were found by Soules (2002) to be strong predictors of the NWFP allocations. When *Reserved NWFP Percentage* and *Unreserved NWFP Percentage* are regressed on the three ecological variables (and a constant term), each one has a statistically significant coefficient at the 5% level. Tests for the overall significance of the regressions produce $F = 242.5$ and $F = 198.1$, respectively, each with a $p$-value equal to 0.000. In contrast, the ecological variables are found to be orthogonal to employment growth. When we regress county employment growth rates on these three ecological criteria variables, each coefficient is statistically insignificant (with $p$-values of 0.53, 0.58, and 0.68, respectively), and the test for overall significance of the regression yields $F = 0.29$ (with $p = 0.83$). Similar results are obtained when using a log-odds transformation of *Reserved NWFP Percentage* and *Unreserved NWFP Percentage.*

The three ecological variables appear to be very good instruments for assessing the endogeneity of the NWFP policy variables, but Hausman test results fail to reject the exogeneity of these variables at conventional levels. Given the serious consequences of endogeneity for estimation of the NWFP's effects, we also estimate all models with the NWFP variables treated as endogenous. The estimation results (available from the authors upon request) are similar to those presented below.

*Other Regressors*

Numerous factors other than public land management can affect county employment growth and net migration. We retained explanatory variables in the model based on three considerations. First, explanatory variables in each equation had to be reasonably related to utility (in the net migration equation) and profitability (in the employment growth equation), and the signs of the estimated coefficients had to be economically plausible. Second, exogenous regressors used to form instrumental variable estimates had to pass two validity tests:

---

[4] Michael Soules obtained data on spotted owl and marbled murrelet locations and key watershed areas from the Northwest Forest Plan Regional Ecosystem Office. He then allocated them to counties and summed the number of occurrences using standard GIS mapping methods. We thank Mr. Soules for making these data available to us. (Details can be found in Soules, 2002.)

instrument relevance and instrument exogeneity (Stock and Watson, 2007, pp. 439–445). Instrument relevance relates to instruments having sufficient information to form effective estimates. Instrument exogeneity concerns the statistical consistency of such estimates (and therefore the meaningfulness of overidentifying exclusion restrictions assumed for each equation). Third, statistically irrelevant regressors were excluded to preserve estimate precision and instrument relevance. Wald tests for joint significance of additional regressors determined which regressors could be excluded.

Multiple regressors were investigated but not reported here, including indicator variables for whether a county is adjacent to a NWFP county; whether a county is in the Portland or Seattle metropolitan areas; whether the county is on the coast; whether Interstate 5 runs through the county; whether the county is in California, Oregon, or Washington; the county crime rate; shares of public expenditures for education and health; federal government expenditures in the county; the number of sunny days in January; the relative humidity in July; road density; proportions of county earnings in manufacturing and wood products sectors; and county population and employment densities. We also explored the possibility of using McGranahan's (1999) overall natural amenity index, but found it did not meet the above criteria. Variables closely related to elements of McGranahan's index that did meet the criteria (rain, sunshine, Metropolitan Statistical Area status) are included in the reported results. In all regressions, the independent variables are lagged with respect to the jointly dependent variables (i.e., they are measured in time $t$, while employment growth and net migration rates are measured over the period $t$ to $t + n$).

Employment growth in timber-dependent county economies may be affected by international exports of Pacific Northwest logs. Since 1974, federal law banned log exports from western federal lands and the processing of logs from federal lands in private sawmills if the enterprise exported its privately owned logs. Oregon and California imposed similar restrictions on logs produced on state-managed lands. Federal legislation passed in 1990 restricted export of unprocessed logs from all western state-owned lands so that only timber supplied by private landowners was eligible for export from the Pacific Northwest (Daniels, 2005, pp. 28–29). We construct the variable *Log Export Potential* based on the gravity model of trade which predicts that bilateral trade flows will vary directly with economic size and inversely with distance. Economic size is expressed as the percentage of county land area in private forest and Washington state forest land during 1980–1990, and the percentage of county land area in private forest during 1994–2003. We divide economic size by the square of the distance from the county seat to the nearest seaport suitable for international export of logs (Warren, 1989).

Given the importance of human capital in local growth (e.g., Higgins, Levy, and Young, 2006), we construct the variable *College Graduate Percentage*, representing the share of the population with a college degree. This variable is included in the employment growth equation.

Amenities play a prominent role in firm profitability and household utility in local areas in spatial general equilibrium theory (e.g., Roback, 1982). This theory applies in our study given its focus on county economies. We tested multiple climatic amenities (disamenities). In the employment growth equation, the average rainfall in January (denoted *January Rain*) met inclusion criteria. In the net migration equation, variables were retained for average daily high temperature during January and July (denoted *January Temperature* and *July Temperature*, respectively).

BLM_0044683

It is difficult to statistically estimate all individual contributions to a county's attractiveness given that amenity effects may have high dimensionality. Deller et al. (2001) employ principle components to reduce the high dimensionality of amenities. We use home ownership rates by county (*Home Ownership*) to proxy the joint attractiveness of other unspecified amenities in the net migration equation.

The urban and regional economics literature recognizes the role of agglomeration economies in increasing productivity of firms through labor market pooling, input sharing, and knowledge spillovers (Rosenthal and Strange, 2001). Agglomeration can also enhance household utility through increased availability of urban cultural and social amenities (Glaeser, Kolko, and Saiz, 2001). We control for such agglomeration effects in the net migration equation by including a dummy variable (*Metro County*) for counties within a Metropolitan Statistical Area (MSA), and a dummy variable for non-MSA counties adjacent to an MSA (*Adjacent Metro County*). We also include the *Metro County* variable in the employment growth equation to control for agglomeration effects on firm profitability.

*Estimation*

The statistical model is estimated with generalized method of moments (GMM) applied to the two-equation system. This procedure permits us to statistically test for instrument relevance and exogeneity, and for the validity of the exclusion restrictions used to identify the model parameters. Our county-level panel data set introduces several potential sources of heteroskedasticity. One source is from differences in economic conditions across the two decades and across adjacent areas (e.g., housing bubbles in two counties in northern California; Deschutes County, OR; and counties in the Seattle and Portland areas). Another potential source involves demographic differences across counties (age distributions, income, high school graduation, and graduate education rates). Although we do not explicitly control for these effects, we use White's (1980) heteroskedasticity-consistent covariance matrix. Instrument relevance is tested by observing whether the value of the $F$-statistic in the reduced-form equation is greater than 10 (Stock and Watson, 2007). Instrument exogeneity is tested with the $J$-statistic, which is distributed chi-square under the null hypothesis that the overidentifying exclusion restrictions are correct.

## Results

In this section, we present and discuss the simultaneous GMM estimates of the employment growth and net migration rate equations. We begin by discussing the model's statistical veracity and specification test results regarding instrumental relevance and identification. Parameter estimates are then described for variables affecting firm profitability and household utility, including a discussion of direct effects of the NWFP policy variables (table 4). Finally, we discuss the total effects of the policy variables, accounting for the simultaneous relationship between employment growth and net migration (table 5).

*Estimation Results for Employment Growth and Net Migration Rate Equations*

As observed from table 4, our model explains slightly more than 50% of county variations in employment growth rate ($R^2 = 0.506$) and net migration rate ($R^2 = 0.513$). More importantly, strong support is found for joint determination of employment growth and net migration. The

BLM_0044684

**Table 4. Joint Estimates of the Employment Growth Rate and Net Migration Rate Equations by Generalized Method of Moments ($N = 146$)**

| Variable | Employment Growth Rate | | Net Migration Rate | |
| --- | --- | --- | --- | --- |
| | Coefficient | Asymptotic $t$-Ratio | Coefficient | Asymptotic $t$-Ratio |
| *Net Migration Rate* | 1.355 | 8.326 | | |
| *Employment Growth Rate* | | | 0.357 | 5.862 |
| *Reserved NWFP Percentage* | −0.021 | −2.301 | 0.008 | 1.380 |
| *BLM Percentage + USFS Percentage + State Forest Percentage + Unreserved NWFP Percentage* | 0.002 | 0.474 | | |
| *Log Export Potential* | 6.028 | 1.910 | | |
| *College Graduate Percentage* | 0.001 | 4.957 | | |
| *National Park Percentage* | −0.298 | −1.987 | 0.267 | 1.996 |
| *January Rain* | −0.001 | −4.081 | | |
| *Metro County* | 0.005 | 3.671 | 0.005 | 3.381 |
| *Adjacent Metro County* | | | 0.005 | 3.381 |
| *Home Ownership* | | | 0.001 | 4.479 |
| *January Temperature* | | | 0.000 | 3.605 |
| Constant | 0.006 | 2.751 | −0.055 | −5.036 |
| $R^2$ | 0.506 | | 0.513 | |
| Wald ($W$) and $J$-Statistics Tests: | | | | |
|    $W$: Instrument Irrelevance $F$-Statistic ($p$-value) | 10.0 (0.000) | | 5.44 (0.000) | |
|    $J$: Overidentifying Restrictions ($p$-value) | 0.101 (0.996) | | 0.101 (0.996) | |
|    $W$: ($BLM + USFS$) = $NWFPU$ = $STFOR$ ($p$-value) | 0.368 | | N/A | |
|    $W$: $METRO$ = $ADJMETRO$ ($p$-value) | N/A | | 0.337 | |

*Note:* Estimates are robust for any heteroskedasticity.

estimated effect of net migration rate on employment growth rate is 1.355 and highly significant ($t = 8.33$). The estimated effect of employment growth rate on net migration rate is 0.357 and also highly significant ($t = 5.86$). Instrumental irrelevance is strongly rejected in both equations, with $p$-values effectively equal to zero. These findings confirm the fundamental relationship underlying the employment-migration model. In addition, we do not reject the overidentifying restrictions, implying each specification is identified econometrically and the instruments are exogenous in both equations.

Public land devoted to commodity production positively influences employment growth, though the effect is not significantly different from zero. We tested and cannot reject the hypothesis that this effect is the same regardless of ownership and time period. Specifically, the restriction that the parametric effects of *BLM Percentage*, *USFS Percentage*, *State Forest Percentage*, and *Unreserved NWFP Percentage* are identical cannot be rejected ($p$-value = 0.68). This result is not unexpected as the primary function of the lands was, or was expected to be, timber production. To increase the precision of our estimates, this restriction is imposed in our reported results.

In contrast, BLM and USFS land reserved for species preservation was found to have a negative effect on employment growth during the 1994–2003 period. The estimated coefficient on *Reserved NWFP Percentage* is −0.021 ($t = −2.30$) in the employment growth equation, indicating the direct effect of setting aside BLM and USFS land for conservation uses was to reduce employment growth by 0.2% for each 1% of total county land area that is reserved.

BLM_0044685

While reserved land for species preservation reduced employment, it had a positive effect on net migration. In the net migration equation, the coefficient on *Reserved NWFP Percentage* is 0.008 and is marginally significant ($p$-value = 0.08), following the proposition that amenities of conserved public land attract migrants or retain current residents (e.g., Power, 1996; Power and Barrett, 2001).

In the employment growth equation, *Log Export Potential* positively affects employment growth rate and the parameter estimate (6.03) is significant ($t = 1.91$). A 1% increase in *College Graduate Percentage* results in a 0.001% increase in annual employment growth rate ($t = 4.96$), confirming the importance of human capital in local growth. Counties with larger shares of land in national parks experienced less annual employment growth directly, with a parameter estimate of $-0.298$ ($t = -1.99$). This is a direct effect only and is offset by the effect of national parks on net migration. Our finding of a negative correlation between employment growth and *January Rain* (parameter estimate = $-0.001$, $t = -4.08$) is consistent with Beeson, DeJong, and Troesken (2001), who reported evidence of negative effects on county growth from greater levels of rainfall. As expected, counties within an MSA had higher employment growth (parameter estimate = 0.005, $t = 3.67$).

Variables influencing household utility have the expected influence on net migration rate. *National Park Percentage* directly influences net migration with a parameter estimate of 0.267 ($t = 2.00$). This positive effect serves to offset the negative effect of national parks on employment through simultaneous determination. However, results for national parks should be interpreted with caution, as only three counties in our study contain national park land and these coefficients may be measuring the effect of other county-specific factors. Ceteris paribus, counties within MSAs experienced higher net migration (parameter estimate = 0.005, $t = 3.38$). We tested and cannot reject the hypothesis that the effect of *Adjacent Metro County* is identical to the effect of *Metro County* on net migration rate. *Home Ownership*, our proxy for attractiveness of multidimensional amenities, also positively affects net migration rate in a statistically significant manner (parameter estimate = 0.001, $t = 4.48$). Finally, higher *January Temperature* positively and significantly influences net migration.

*Total Effects of NWFP Policy on County Employment Growth*

Employment growth equation estimates indicate that the direct effect of reserving land was to reduce county employment during the 1994–2003 period. These estimates also provide weak evidence that the policy's implementation increased net migration over the same period. Because of the positive relationship between employment growth and net migration, increases in net migration partially offset the direct negative effects of the NWFP on employment.

To compute the total effect of the NWFP policy on county *EGR*, we substitute (2) into the right-hand side of (1). Solving for employment growth rate identifies the combined effects of *Reserved NWFP Percentage* and *Unreserved NWFP Percentage* on employment growth: direct effects on employment growth, indirect effects transmitted through the migration channel, and the sum of all subsequent induced interactions between employment growth and net migration. Similar calculations yield the estimated total effects of the NWFP policy variables on net migration rates. Computed total effects and standard errors (computed with the Delta method) are presented in table 5.

The estimated total effect of reserved lands on employment growth is $-0.019$ and is statistically significant ($p$-value = 0.05), indicating that each percentage point increase in NWFP reserved land lowered the average annual employment growth rate by 0.0002. Since

BLM_0044686

**Table 5. Total Effects of NWFP Variables on Employment Growth Rate and Net Migration Rate**

| Variable | Total Effect | $\chi^2_{[1]}$ | *p*-Value |
|---|---|---|---|
| Employment Growth Rate: | | | |
| *Reserved NWFP Percentage* | −0.019 | 3.790 | 0.052 |
| *Unreserved NWFP Percentage* | 0.003 | 0.226 | 0.634 |
| Net Migration Rate: | | | |
| *Reserved NWFP Percentage* | 0.002 | 0.053 | 0.812 |
| *Unreserved NWFP Percentage* | 0.001 | 0.219 | 0.639 |

the direct effect of reserved land is −0.021 and the total effect is −0.019, the offsetting effect of reserved land through net migration is not substantive.[5]

To illustrate how this affects an average county's employment growth during 1994–2003, consider the hypothetical average county with 12% reserved land and 1.75% annual employment growth rate. Compared to a county with no reserved land, the total effect predicts that the reserved land resulted in slower employment growth by 0.23% [=100 × (−0.019 × 0.12)], or a reduction from 1.75% to 1.52%. For a second illustration, consider Curry County, OR, which has the largest reserved NWFP percentage (37.5%). The total effect predicts that employment would have grown by 2.85% annually in the absence of reserved land, instead of the actual 2.14% (2.85 − 2.14 = 0.019 × 0.375 × 100).

A third way to illustrate the total effect is to predict changes in total employment. The difference between 2003 total employment with and without reserved land is equal to (*Employment in 1994* × 9 × −0.019 × *Reserved NWFP Percentage*). Predicted county-specific differences are given in table 6 for the 53 sample counties with NWFP land allocations. The estimate of 88,259 jobs lost between 1994–2003 is about mid-range of instantaneous losses predicted from ex ante input-output models (Anderson and Olsen, 1991; Beuter, 1990) and nearly twice the losses projected by Phillips' (2006) ex post study. Over one-half of employment differences occur in four metropolitan counties—Clackamas, OR; Lane, OR; Multnomah, OR; and King, WA—containing the cities of Portland, Eugene, Salem, and Seattle. Conversely, the largest employment percentage differences occur in rural counties— Curry, OR; Josephine, OR; Lincoln, OR; and Skamania, WA—where employment declines exceed 4%.

Table 5 also provides evidence that NWFP policy implementation had no other significant total effects. The effect of *Unreserved NWFP Percentage* on employment growth is not statistically significant (*p*-value = 0.634). This result is consistent with previous studies that failed to find evidence linking federal timber harvests with local economic indicators (Daniels, Hyde, and Wear, 1991; Burton and Berck, 1996; and Burton, 1997). Similarly, these results provide no evidence that either reserved or unreserved shares had statistically significant total effects on net migration.

---

[5] The total effects reported in table 5 indicate how employment growth and net migration rates vary across counties with differing shares of land allocated to reserved and unreserved uses. To compute the effect *within* a county of reallocating land between these categories, it must be recognized that the sum of the reserved and unreserved shares is fixed. Therefore, a percentage point increase in the reserved share must be accompanied by a percentage point reduction in the unreserved share, implying, in the case of employment growth, a total effect of −0.022 (= −0.019 − 0.003).

BLM_0044687

**Table 6. Estimated Employment Differences With and Without Reserved Land, 1994–2003**

| County | Reserved NWFP Percentage | Unreserved NWFP Percentage | Employment Difference | Percent of 2003 Employment |
|---|---|---|---|---|
| Benton, OR | 0.135 | 0.039 | 995.9 | 1.9 |
| Clackamas, OR | 0.195 | 0.217 | 5,049.6 | 2.5 |
| Clatsop, OR | 0.000 | 0.000 | 0.3 | 0.0 |
| Columbia, OR | 0.016 | 0.012 | 35.8 | 0.2 |
| Coos, OR | 0.142 | 0.085 | 710.0 | 2.2 |
| Curry, OR | 0.375 | 0.087 | 583.5 | 5.4 |
| Deschutes, OR | 0.056 | 0.070 | 526.8 | 0.6 |
| Douglas, OR | 0.255 | 0.201 | 2,045.7 | 3.8 |
| Hood River, OR | 0.218 | 0.173 | 441.6 | 3.2 |
| Jackson, OR | 0.169 | 0.299 | 2,497.0 | 2.3 |
| Jefferson, OR | 0.067 | 0.023 | 86.7 | 1.0 |
| Josephine, OR | 0.333 | 0.241 | 1,679.8 | 4.7 |
| Klamath, OR | 0.039 | 0.051 | 196.9 | 0.6 |
| Lane, OR | 0.255 | 0.207 | 7,223.4 | 3.8 |
| Lincoln, OR | 0.260 | 0.036 | 1,015.7 | 4.1 |
| Linn, OR | 0.116 | 0.174 | 979.1 | 1.9 |
| Marion, OR | 0.121 | 0.105 | 2,958.0 | 1.8 |
| Multnomah, OR | 0.216 | 0.018 | 17,999.8 | 3.3 |
| Polk, OR | 0.078 | 0.009 | 258.3 | 1.0 |
| Tillamook, OR | 0.135 | 0.057 | 249.9 | 2.0 |
| Wasco, OR | 0.034 | 0.063 | 65.3 | 0.5 |
| Washington, OR | 0.008 | 0.017 | 291.1 | 0.1 |
| Yamhill, OR | 0.065 | 0.062 | 382.5 | 1.0 |
| Chelan, WA | 0.207 | 0.138 | 1,526.3 | 3.1 |
| Clallam, WA | 0.110 | 0.054 | 543.0 | 1.6 |
| Clark, WA | 0.001 | 0.000 | 32.7 | 0.0 |
| Cowlitz, WA | 0.003 | 0.008 | 25.5 | 0.1 |
| Grays Harbor, WA | 0.082 | 0.022 | 428.9 | 1.3 |
| Jefferson, WA | 0.087 | 0.015 | 163.3 | 1.2 |
| King, WA | 0.085 | 0.041 | 17,419.0 | 1.3 |
| Kittitas, WA | 0.138 | 0.087 | 370.3 | 2.0 |
| Klickitat, WA | 0.002 | 0.005 | 2.2 | 0.0 |
| Lewis, WA | 0.116 | 0.089 | 642.7 | 1.9 |
| Mason, WA | 0.147 | 0.035 | 392.6 | 2.1 |
| Okanogan, WA | 0.058 | 0.041 | 217.9 | 0.9 |
| Pierce, WA | 0.073 | 0.005 | 3,728.1 | 1.1 |
| Skagit, WA | 0.147 | 0.036 | 1,229.2 | 2.0 |
| Skamania, WA | 0.299 | 0.283 | 143.0 | 5.0 |
| Snohomish, WA | 0.192 | 0.039 | 7,916.5 | 2.8 |
| Thurston, WA | 0.002 | 0.000 | 26.5 | 0.0 |
| Whatcom, WA | 0.131 | 0.009 | 1,854.8 | 1.9 |
| Yakima, WA | 0.052 | 0.037 | 967.2 | 0.8 |
| Del Norte, CA | 0.221 | 0.073 | 369.0 | 3.4 |

( continued . . . )

BLM_0044688

**Table 6. Continued**

| County | Reserved NWFP Percentage | Unreserved NWFP Percentage | Employment Difference | Percent of 2003 Employment |
|---|---|---|---|---|
| Glenn, CA | 0.043 | 0.108 | 82.2 | 0.7 |
| Humboldt, CA | 0.109 | 0.042 | 1,200.8 | 1.7 |
| Lake, CA | 0.123 | 0.200 | 416.5 | 1.8 |
| Mendocino, CA | 0.065 | 0.042 | 486.8 | 1.0 |
| Napa, CA | 0.000 | 0.001 | 0.7 | 0.0 |
| Shasta, CA | 0.075 | 0.092 | 974.5 | 1.1 |
| Siskiyou, CA | 0.145 | 0.177 | 517.9 | 2.3 |
| Sonoma, CA | 0.001 | 0.002 | 22.3 | 0.0 |
| Tehama, CA | 0.035 | 0.028 | 119.9 | 0.5 |
| Trinity, CA | 0.198 | 0.277 | 166.3 | 3.3 |

Estimated employment losses, 1994–2003  =  88,259

## Conclusions

Controversies over conserving land for endangered species often stem from differing views on local economic effects. The traditional view is that setting aside public lands will reduce commodity inputs, resulting in lower local employment growth and higher out-migration rates. More recently, others have argued that conserving public lands may stimulate local economies by producing amenities that attract firms, workers, and migrants. Existing empirical evidence suggests public land preservation has little or no effect on local economic indicators; however, many studies evaluate policies that were put in place long before the analyzed period or that applied to unproductive or small areas of land. In contrast, we study impacts of the NWFP, a massive experiment in reallocating public land from timber production to conservation. The NWFP affected 11.5 million acres of highly productive federal timberland, and our study examines local growth in employment and net migration in periods before and after its implementation.

In contrast to earlier studies, we find statistically significant and robust negative effects of the NWFP policy on employment growth after 1994. Our results indicate these effects were strong and offset only slightly by positive migration-driven effects. For an average county, we find that the presence of reserved land decreases annual employment growth rates from 1.75% to 1.52%. Employment losses are concentrated in metropolitan counties, but percentage declines are higher in rural counties.

[*Received February 2009; final revision received February 2010.*]

## References

Anderson, H. M., and J. T. Olson. "Federal Forests and the Economic Base of the Pacific Northwest: A Study of Regional Transitions." The Wilderness Society, Washington, DC, 1991.

Beeson, P. E., D. N. DeJong, and W. Troesken. "Population Growth in U.S. Counties: 1840–1990." *Regional Sci. and Urban Econ.* 31,1(2001):669–699.

Bueter, J. H. "Social and Economic Impacts in Washington, Oregon, and California Associated with Implementing the Conservation Strategy for the Northern Spotted Owl: An Overview." Report for the American Forest Resource Council, Portland, OR, 1990.

Burton, D. A. "An Astructural Analysis of National Forest Policy and Employment." *Amer. J. Agr. Econ.* 79,3(August 1997):964–974.

Burton, D. A., and P. Berck. "Statistical Causation and National Forest Policy in Oregon." *Forest Sci.* 42,1(February 1996):86–92.

Carlino, G. A., and E. S. Mills. "The Determinants of County Growth." *J. Regional Sci.* 27(February 1987): 39–54.

Charnley, S. "The Northwest Forest Plan as a Model for Broad-Scale Ecosystem Management: A Social Perspective." *Conserv. Biology* 20,2(2006):330–340.

Daniels, J. M. "The Rise and Fall of the Pacific Log Export Market." Res. Note No. PNW-624, USDA/Forest Service, Pacific Northwest Research Station, Portland, OR, 2005.

Daniels, S. E., W. F. Hyde, and D. N. Wear. "Distributive Effects of Forest Service Attempts to Maintain Community Stability." *Forest Sci.* 37,1(March 1991):245–260.

Deller, S. C., T. Tsai, D. W. Marcouiller, and D. B. K. English. "The Role of Amenities and Quality of Life in Rural Economic Growth." *Amer. J. Agr. Econ.* 83,2(May 2001):352–365.

Duffy-Deno, K. T. "The Effect of State Parks on the County Economics of the West." *J. Leisure Res.* 29,2(1997):201–224.

———. "The Effect of Federal Wilderness on County Growth in the Intermountain Western United States." *J. Regional Sci.* 38(1998):109–136.

Espy, M., and B. Babbitt. "Record of Decision: Amendments to Forest Service and Bureau of Land Management Planning Documents Within the Range of the Northern Spotted Owl." 1994. Online. Available at http://www.reo.gov/library/reports/newroda.pdf. [Accessed October 15, 2003.]

Glaeser, E. L., J. Kolko, and A. Saiz. "Consumer City." *J. Econ. Geography* 1,1(2001):27–50.

Goodstein, E. "Coal Miners, Timber Workers, and Slopers." In *The Trade-Off Myth: Fact and Fiction About Jobs and the Environment*, pp. 71–112. Washington, DC: Island Press, 1999.

Greenwood, M. J., and G. L. Hunt. "Migration and Interregional Employment Redistribution in the United States." *Amer. Econ. Rev.* 74,5(December 1984):957–969.

Greenwood, M. J., G. L. Hunt, and J. M. McDowell. "Migration and Employment Change: Empirical Evidence on the Spatial and Temporal Dimensions of the Linkage." *J. Regional Sci.* 26,2(1986):223–234.

Hanson, G. H. "Market Potential, Increasing Returns, and Geographic Concentration." *J. Internat. Econ.* 67,1(2005):1–24.

Higgins, M. J., D. Levy, and A. T. Young. "Growth and Convergence Across the United States: Evidence from County-Level Data." *Rev. Econ. and Statis.* 88,4(November 2006):671–681.

Hunt, G. L. "Population-Employment Models: Nonstationarity, Cointegration, and Dynamic Structure and Adjustment." *J. Regional Sci.* 46,2(May 2006):205–244.

Hunt, G. L., J. Kerkvliet, and A. J. Plantinga. "The Economic Consequences of Reserving Federal Land for Biodiversity Protection in the U.S. Pacific Northwest." Selected paper presented at AAEA annual meetings, Denver, CO, 1–4 August 2004.

Kim, S. "Economic Integration and Convergence: U.S. Regions, 1840–1987." *J. Econ. History* 58,3(September 1998):659–683.

———. "Regions, Resources, and Economic Geography: Sources of U.S. Regional Comparative Advantage, 1880–1987." *Regional Sci. and Urban Econ.* 29,1(January 1999):1–32.

Lewis, D., G. Hunt, and A. Plantinga. "Public Conservation Land and Employment Growth in the Northern Forest Region." *Land Econ.* 78(2002):245–259.

———. "Does Public Lands Policy Affect Wage Growth?" *Growth and Change* 34(2003):64–87.

Lorah, P., and R. Southwick. "Environmental Protection, Population Change, and Economic Development in the Rural Western United States." *Population and Environment* 24(2003):255–272.

Marcot, B. G., and J. W. Thomas. "Of Spotted Owls, Old Growth, and New Policies: A History Since the Interagency Scientific Committee Report." General Tech. Rep. No. PNW-GTR-408, USDA/Forest Service, Pacific Northwest Research Station, Portland, OR, 1997.

McGranahan, D. "Natural Amenities Drive Population Change." Agr. Econ. Rep. No. 781, USDA/Economic Research Service, Washington, DC, September 1999. Data available online at http://www.ers.usda.gov/ Data/NaturalAmenities/. [Accessed March 24, 2004.]

Mueser, P., and P. Graves. "Examining the Role of Economic Opportunity and Amenities in Explaining Population Redistribution." *J. Urban Econ.* 37(1995):176–200.

BLM_0044690

Niemi, E., E. Whitelaw, and A. Johnson. "The Sky Did Not Fall: The Pacific Northwest's Response to Logging Reductions." Report prepared for Earthlink Canada Foundation Sierra Club of British Columbia, ECONorthwest, 1999.

Noon, B. R., and K. S. McKelvey. "Management of the Spotted Owl: A Case History in Conservation Biology." *Annual Review of Ecological Systems* 27(1996):135–162.

Phillips, R. "Jobs and Income Associated with Resource and Recreation Outputs." In *Northwest Forest Plan—The First Ten Years: Socioeconomic Monitoring Results*, Vol. III: *Rural Communities and Economies*, eds., S. Charnley, C. Donohue, C. Stuart, C. Dillingham, L. Buttolph, W. Kay, R. McLain, C. Moseley, and R. Phillips. General Tech. Rep. No. PNE-GTR-649, USDA/Forest Service, Pacific Northwest Experiment Station, Portland, OR, 2006.

Power, T. M. *Lost Landscapes and Failed Economies: The Search for a Value of Place.* Washington, DC: Island Press, 1996.

———. "Public Timber Supply, Market Adjustments, and Local Economies: Economic Assumptions of the Northwest Forest Plan." *Conserv. Biology* 20,2(2006):341–350.

Power, T. M., and R. N Barrett. *Post-Cowboy Economics: Pay and Prosperity in the New American West.* Washington, DC: Island Press, 2001.

Rappaport, J. "Moving to Nice Weather." *Regional Sci. and Urban Econ.* 37,3(May 2007):375–398.

Roback, J. "Wages, Rents, and the Quality of Life." *J. Polit. Econ.* 90(December 1982):1257–1278.

Rosenthal, S. S., and W. C. Strange. "The Determinants of Agglomeration." *J. Urban Econ.* 50,2(September 2001):191–229.

Soules, M. C. "An Analysis of the Northwest Forest Plan Land Use Allocations." *Nat. Resour. J.* 42,2(Spring 2002):353–383.

Stock, J. H., and M. W. Watson. *Introduction to Econometrics*, 2nd ed. Upper Saddle River, NJ: Addison-Wesley, 2007.

Thomas, J. W., J. F. Franklin, J. Gordon, and K. N. Johnson. "The Northwest Forest Plan: Origins, Components, Implementation Experience, and Suggestions for Change." *Conserv. Biology* 20(2006):277–287.

Warren, D. D. "Log Exports by Port, 1987." Res. Note No. PNW-RN-492, USDA/Forest Service, Pacific Northwest Research Station, Portland, OR, 1989.

White, H. "A Heteroskedasticity-Consistent Covariance Matrix Estimator and a Direct Test for Heteroskedasticity." *Econometrica* 48(1980):817–838.

BLM_0044691

i

HISTORIC RANGE OF VARIABILITY AND STAND DEVELOPMENT IN
PIÑON-JUNIPER WOODLANDS OF WESTERN COLORADO

Karen S. Eisenhart

B.A. Cornell University, 1994

M.A.  University of Colorado, 1999

A thesis

submitted to

the Faculty of the Graduate School at the University of Colorado

in partial fulfillment for the requirement of the degree of

Doctor of Philosophy

Department of Geography

2004

BLM_0044692

Eisenhart, Karen S. (Ph.D., Geography)

HISTORIC RANGE OF VARIABILITY AND STAND DEVELOPMENT IN PIÑON-JUNIPER WOODLANDS OF WESTERN COLORADO

Thesis directed by Professor Thomas T. Veblen

Piñon-juniper woodlands form the lower treeline throughout the western United States.   Conventional wisdom holds that frequent fires maintained savanna-like woodlands prior to the introduction of domestic livestock.  Chronic grazing is believed to have interrupted the natural fire regime by removing fine fuels, which facilitated tree invasion into savanna-like sites as well as into existing stands.  The conventional model has guided management of woodlands throughout the West. However, this study challenges the applicability of the conventional model to *Pinus edulis – Juniperus osteosperma* woodlands in western Colorado

The conventional model was tested by measuring structural attributes and collecting tree-ring samples from four distinct sampling areas on and near the Uncompahgre Plateau.  Contrary to expectations, physical evidence for stand-replacing fire was common across sampling areas; structural data also support the conclusion that infrequent, catastrophic fires dominated the historic fire regime in the study area.  For example, increased tree establishment began in the 1700s, well before chronic grazing.  Tree-ring chronologies from young and old-growth stands across sampling areas show a synchronous growth release just after 1903 that was sustained until the 1930s.  Correlation function analysis of tree-ring chronologies indicated that the synchronous growth-release was due to increased cool season moisture in the early 1900s.  The magnitude of growth response was greater for moisture-stressed sites, though low- and high-frequency patterns were very similar among all tree-ring chronologies.  Thus climate in the early 1900s favored tree

BLM_0044693

iii

establishment and growth, but periods of high tree establishment also occurred in the past.

Distribution of old-growth stands and variations in patterns of woodland development indicate that fire may not be the most important disturbance in study area woodlands, and that other types of disturbance and mechanisms of community change need to be considered.  Old stands were an important component in the landscape prior to the introduction of livestock, but the proportion of old-growth probably varies through time.  Results from this study indicate that variations in development and disturbance occur predictably along a moisture gradient, with changes in the importance of drought versus fire for a particular site shifting over space and through time.

BLM_0044694

## ACKNOWLEDGEMENTS

This dissertation could not have been completed without the help of many colleagues, sponsors, and friends.  I am particularly indebted to Tom Veblen, who has been a stellar advisor and role model.  His research inspired many of the questions asked within this dissertation and has determined, to some large extent, the path of this and future research.  I greatly appreciate comments and support from my graduate committee (Susan Beatty, Carol Wessman, Connie Woodhouse, Nel Caine), and more than anything their calm voices of reason and advice regarding whatever the latest "crisis" was for me during the process of graduate school.  In addition to help from my graduate committee I also benefited from logistical support, advice, and discussion with resource specialists in the Uncompahgre Plateau area.  I cannot give enough thanks to the members of the Uncompahgre Plateau Project Technical Committee, whose support and encouragement was invaluable in completing this research.  I am particularly grateful to suggestions and encouragement from Amanda Clements, Bob Welch, Rick Sherman, and Jim Garner.

Collecting data was one of the most time-consuming and difficult parts of this dissertation, and I appreciate the help and good humor from the following field assistants:  Elisha Bartlett, Ellyn Becker, Casey Jesterovich, Chris Kirol, W. Rivera, Brian Tait, and Matt Tuten.  All braved heat, brush, biting ants and gnats – not always the best conditions for fieldwork – but we managed to get the job done.  Ellyn kept a cool head during a hot fire when we obtained more first hand data on the most recent fire date than we cared to have!   Lab assistance – just a different kind of hard work – came from Elisha and Matt in Montrose and Ellyn, Sara, and Frank in Boulder.  Some of the work completed by Ellsha Bartlett and Ellyn Becker was

BLM_0044695

v

supported by the University of Colorado's Undergraduate Research Opportunities Program.  Elisha developed the classification system for dead trees found in Table 3.2.

The collection and processing of the mountain of data amassed since 2000 was made possible through research contracts with DOE Western Area Power Administration, USDI Bureau of Land Management in Colorado, and Colorado Division of Wildlife.  Additional funding was provided by research grants from the State of Colorado Natural Areas Small Grants Program, the Biogeography Specialty Group of the Association of American Geographers, and the Colorado Mountain Club.

Over the course of this work I had the pleasure of sharing lab space with an amazing group of people.  Their support and camaraderie contributed to the success of this endeavor.  I am especially grateful to Rosemary Sherriff, Jason Sibold, Dominik Kulakowski, Stacy Drury, and Mauro Gonzales-Cangas.  Rosemary and Tania Schoennagel read early drafts of some chapters – thanks for that!  I also benefited from conversations and suggestions from Bill Baker and Doug Shinneman at the University of Wyoming, and Bill Romme at Colorado State University.  And last, but certainly not least, I appreciate the support from my parents and family. Thanks youse guyz!

BLM_0044696

CONTENTS

CHAPTER 1:  INTRODUCTION TO RANGE OF VARIABILITY STUDY

1.1  INTRODUCTION……………………………………………………………..1

1.1.1  Historic range of variability…………………………………..4

1.1.2  Limitations of historic range of variability………………….. 6

1.2  RESEARCH OBJECTIVES……………………………………………..9

1.3  SYNOPSIS OF CHAPTERS…………………………………………...15

1.4  ENVIRONMENTAL AND CULTURAL SETTING

1.4.1  Geology and soils……………………………………………...16

1.4.2  Climate and vegetation of the woodland zone……………..17

1.4.3  Fire patterns…………………………………………………….22

1.4.4  Anthropogenic change………………………………………...23

CHAPTER TWO:  REVIEW OF PIÑON-JUNIPER LITERATURE

2.1  INTRODUCTION……………………………………………………….27

2.2 ECOLOGY OF PIÑON-JUNIPER WOODLAND ECOSYSTEMS……...29

2.3  WOODLAND SUCCESSION…………………………………………….30

2.4  CAUSES OF VEGETATION CHANGE IN PIÑON-JUNIPER ECOSYSTEMS

2.4.1  Fire………………………………………………………………35

2.4.2  Drought and insects……………………………………………39

2.5  APPLICATION OF LITERATURE REVIEW TO CONVENTIONAL MODEL OF HISTORIC RANGE OF VARIABILITY FOR PIÑON-JUNIPER WOODLANDS………………………………………………………42

CHAPTER 3.  CURRENT RANGE OF STRUCTURAL VARIABILITY OF PIÑON-JUNIPER WOODLANDS ON THE UNCOMPAHGRE PLATEAU

3.1  INTRODUCTION…………………………………………………………………46

3.2  METHODS…………………………………………………………………………49

3.2.1  Detailed stand reconstructions: Dominguez Wilderness Study Area    …………………………………………..……………………56

3.2.1  Processing samples    ………………………………..……58

3.2.2  Estimates of stand age ………………………………..……59

3.2.2  Transect study: Windy Point and Gunnison Gorge/ Black Canyon of the Gunnison National Park………………………………60

3.3.3  Circular plots: Windy Point (WP) and Sims Mesa (SM)……………………………………………………………...63

3.3  RESULTS

3.3.1  Tree ages and crossdating………………………………………65

3.3.2  Tree age and stand age characteristics………………………67

3.3.3  Spatial distribution patterns………………………………………80

3.4  DISCUSSION

3.4.1  Was there in increase in new stand establishment after 1881?.................................................................................84

3.4.2  Did an increase in tree density occur after 1881?.................88

3.5  CONCLUSION…………………………………………………………………...90


CHAPTER 4:  HISTORIC FIRE REGIME FOR PIÑON-JUNIPER WOODLANDS IN THE UNCOMPAHGRE PLATEAU AREA

4.1  INTRODUCTION…………………………………………………………………92

4.1.1  Ecological response to low-severity versus high-severity fire………………………………………………………………95

4.1.2  Research objectives…………………………………………98

BLM_0044698

4.2  METHODS…………………………………………………………..………..99

    4.2.1  Direct evidence of fire……………………………………100

    4.2.2  Structural evidence of historic fire regime…………..………102

        *4.2.2.1  Defining "savanna-like" versus "too dense for savanna"…………………………………………………...103*

        *4.2.2.2  Reconstructing historic stand densities……………106*

        *4.2.2.3  Additional structural attributes used as evidence of historic fire regime………………………………106*

4.3  RESULTS

    4.3.1  Direct evidence of fire regime……………………………111

    4.3.2  Historic stand structures………………………………113

    4.3.3  Coarse woody debris   …………………………………117

    4.3.4  Distribution of old stands………………………………...117

4.4  DISCUSSION

    4.4.1  Direct evidence of fire…………………………………… 125

    4.4.2  Persistence of coarse woody debris…………………….125

    4.4.3  Historic stand structures…………………………………127

    4.4.2  Distribution of old stands …………………………………..128

4.5  CONCLUSION…………………………………………………………………130

CHAPTER 5:  TREE INVASION:  COMPARING DYNAMICS IN OLD-GROWTH VERSUS YOUNGER STANDS

5.1.  INTRODUCTION……………………………………………………133

    5.1.1  Research objectives……………………………………..136

5.2  METHODS

    5.2.1  Climate records…………………..………………………… 137

BLM_0044699

5.2.2 Tree-ring chronologies

    *5.2.2.1  Sample collection* ….……….……….……….…….140

    *5.2.2.2.  Sample preparation*…….……….……….…….143

    *5.2.2.3.  Chronology development* ……….……….…….143

5.2.3.  Tree growth response to climate…..……….……….…….144

5.3  RESULTS

5.3.1  Climate trends….……….……….……….……….……….…145

5.3.2  Long-term growth trends

    *5.3.2.1  Post-grazing pattern*….……….……….…….146

    *5.3.2.2  Pre-grazing pattern*…….……….……….…….150

5.3.3  Tree growth response to climate…….……….……….…153

5.3.4  Comparison between dynamics at young sites and old-growth sites…….……….……….……….……….……….…153

5.4  DISCUSSION

5.4.1  Early 1900s climate favors tree growth and establishment…….……….……….……….……….……….…157

5.4.2 Young trees at Sims Mesa respond to growing-season moisture ……….……….……….……….……….……….…159

5.4.3  Past patterns of growth and establishment………..……..162

5.5  CONCLUSION…….……….……….……….……….……….…163

CHAPTER 6:  STAND DEVELOPMENT IN PIÑON-JUNIPER WOODLANDS OF WESTERN COLORADO

6.1  INTRODUCTION…….……….……….……….……….……….…165

6.1.1.  Chapter objectives…..……….……….……….……….…168

6.2  WOODLAND DISTRIBUTION PATTERNS IN WESTERN COLORADO…..……….……….……….……….……….…….…168

6.2.1  Elevation: spatial gradient…….……….……….…….170

6.2.2  Stand age:  temporal gradient…………………….……………174

6.3 WOODLAND DEVELOPMENT BY TOPOGRAPHIC CLASS ..……174

6.3.1  Low-elevation, slopes < 10º………….……………………176

6.3.2  Low-elevation, slopes > 10º……….……….………………181

6.3.3  High-elevation, slopes < 10º ……….……….…………...181

6.3.4  High-elevation, slopes > 10º……….……….…………...183

6.3  TOPOGRAPHIC MODEL OF WOODLAND DEVELOPMENT  …….184

6.4  CONCLUSION……….…………….……….…………………………188


CHAPTER 7:  CONCUSION TO RANGE OF VARIABILITY STUDY…….………191


LITERATURE CITED ……….……….………….……….…………….……….……198


APPENDIX

SIZE AND AGE STRUCTURES BY STUDY AND SAMPLING AREA..….212

BLM_0044701

LIST OF FIGURES AND TABLES

FIGURES

1.1.  Location of sampling units within the Uncompahgre Plateau
        study area……………………………………...……………………………2

1.2  "Conventional Model" of the historic range of variability in piñon-
        juniper woodlands……………………………………………….........11

1.3.  Average monthly temperature and total monthly precipitation for
        climate stations within and near the study area………………………18

1.4.  Relationship of annual mean temperature and total annual
        precipitation to elevation for the stations in Table 1.2
        and Figure 1.3……………………………………………………………21

2.1.  Extent of piñon-juniper woodlands in the western United States
        and its relationship to summer and winter boundaries
        of air masses…………………………………………………………………27

2.2.  Tree age and diameter at the root collar (DRC) for piñon pine
        saplings from an open, post-fire site versus saplings
        suppressed under a closed canopy……………………………………31

2.3.  Typical models of succession in piñon-juniper woodlands……………………32

2.4.  Pseudotsuga menziesii chronology from El Malpais National
        Monument, NM (Grission-Mayer 2004) showing the
        amplitude of the late 1500s drought in northwestern
        New Mexico…………………………………………………………………41

3.1.  Conventional Model of the historic variability for piñon-juniper
        woodlands and changes that are believed to have
        occurred as a result of historic management practices……………47

3.2.  Spatial distribution of sites within sampling areas…………………………51

3.3.  Age-frequency distributions for selected post-fire and old-growth sites……..68

3.4.  Diameter-frequency distributions for live and dead piñon pine
        trees at three Gunnison Gorge sites………………………………………69

3.5.  Landscape-scale summary of stand ages in fifty-year age classes
        and piñon pine tree ages in twenty-year age classes by
        sampling unit…………………………………………………………………76

BLM_0044702

3.6.  Relationships of tree density, basal area and stand age to elevation...........78

3.7.  Cumulative age-frequency curve for sampled stands................................79

3.8.  Percent contribution of piñon pine trees to species composition
        for all life stages and elevations............................................81

3.9.  Relationships among stand age, soil depth, coarse fraction of soil  texture,
        and amount of rock visible on the soil surface for sampling
        arrays from the circular plot studies at SM and WP....................83

4.1.  Examples of woodlands with approximately 320 trees/ha.......................105

4.2.  Examples of woodlands with less than 200 trees/ha.............................107

4.3.  Example of piñon-juniper woodlands with uniformly-spaced
        trees of similar-sized diameters.............................................109

4.4.  Box-and-whisker plot showing the distribution of site elevations
        that did and did not have evidence of a high-severity
        fire and ANOVA of elevations with and without evidence
        of fire.........................................................................112

4.5.  Death of a piñon pine tree that was not killed by fire that had
        established near the base of a juniper tree previously
        killed by fire.................................................................123

4.6.  Two examples of piñon pine sites with abundant dead piñon
        pine trees that were not killed by fire......................................123

4.7.  Distribution of stands older than 200 years by slope and aspect..............124

5.1.  Five-year weighted running-means for seasonal average
        temperature and total seasonal precipitation for Delta,
        Montrose and Norwood, Colorado.............................................138

5.2.  Tree-ring chronologies and tree establishment patterns for sites
        of apparent twentieth-century tree invasion into ecotones..........147

5.3.  Tree diameter-frequency distributions for piñon pine and juniper
        trees at sites listed in Table 5.4...........................................148

5.4.  Tree-ring chronologies and tree establishment patterns for the
        period 1880-2000 for young, post-fire sites.............................149

5.5.  Tree-ring chronologies and tree establishment patterns for the
        period 1600 to 2000 for four old-growth woodlands...................151

5.6.  Comparison of tree-ring chronologies among old-growth, post-fire,
        and ecotone stands by sampling area.....................................156

BLM_0044703

6.1.  Location of sampling units within the Uncompahgre Plateau study
        area…………………………………………………………………169

6.2.  Relationships of tree density and stand basal area to elevation
        and stand age………………………………………………………172

6.3.  Relationship of sapling densities to soil depth, stand age,
        elevation and slope………………………………………………173

6.4.  Color photographs showing recent drought-related mortality south
        of Montrose, Colorado……………………………………………178

6.5.  Young piñon pine stands attacked by the piñon Ips, *Ips confusus*…………180

6.6.  Relationships among slope, elevation, soil depth and
        disturbance in piñon-juniper woodlands on the
        Uncompahgre Plateau………………………………………………186

6.7.  General topographic model of woodland development for western
        Colorado……………………………………………………………188

7.1.  Comparison between tree-ring chronologies from old-growth
        stands in the study area and El Malpaís, New Mexico
        (Grissino-Mayer 2004)……………………………………………194

BLM_0044704

TABLES

1.1.  Types of reference information used to determine the natural
        range of variability at a specific site ……………………………………7

1.2.   Elevation, mean annual temperature and total annual
        precipitation for Uncompahgre Plateau area climate
        stations in Fig. 1.3 ………………………………………………………19

1.3.  Number of fire starts and acres burned for the total area
        administered by the Montrose Fire Program from 1989
        through 1998……………………………………………………………23

2.1.  Hypothesized piñon-juniper communities and associated fire
        regimes …………….…………………………………………………......38

3.1.  Summary table of sampling methods and parameters measured
        for three studies carried out in the Uncompahgre Plateau
        region between 2000 and 2003……………………………………….57

3.2.  Characteristics used to define decay classes for dead trees in
        piñon-juniper woodlands (adapted from Harmon et al. 1986)………62

3.3.  Summary of piñon pine samples from the Uncompahgre Plateau region
        that were collected and processed………………………………...…66

3.4.  Stand summaries by study area for all sites sampled in
        Uncompahgre Plateau area……………………………………………70

3.5.  Characteristics of soils in the circular plot study grouped by dominance
        of basal area by either piñon pine or juniper trees.. ………………82

4.1.  Definitions of Fire Regime Classes based on fire return intervals
        and fire severity ………………………………………………..……94

4.2.  Ecological effects on structural characteristics of piñon-juniper
        stands that are associated with different types of fire regime……...97

4.3.  Plots from all sampling areas in which reconstructed tree densities
        were less than 200 trees/ha in 1880…………………………………114

4.4.  Characteristics of coarse woody debris in plots for all sampling areas……..118

5.1.  Primary explanations of piñon pine or juniper tree invasion into
        historic savanna or grasslands ………………………………………134

5.2. Elevation, mean annual temperature and total annual precipitation for
        Uncompahgre Plateau area climate stations…………………………139

BLM_0044705

5.3.  Combinations of climate stations used to estimate missing data for
       Delta, Montrose, and Norwood climate records.  ......................139

5.4.  Characteristics of the tree-ring chronologies used in this study..................141

5.5.  Significant correlations between ring widths after 1930
       and seasonal temperature and precipitation.............................154

5.6.  Significant correlations between ring widths prior to 1930
       and seasonal temperature and precipitation.............................155

6.1.  Summary table of sampling methods and parameters measured
       for sites used to develop the general topographic model of
       development for piñon-juniper woodlands in western
       Colorado.  ................................................................171

6.2.  Classification of sites into topographic categories based on
       elevation, slope aspect and gradient, soil depth and fire
       history................................................................175

6.3.  Summary of development characteristics for stands in each
       topographic class................................................177

BLM_0044706

xvi

BLM_0044707

# CHAPTER 1:  INTRODUCTION TO RANGE OF VARIABILITY STUDY

## 1.1  INTRODUCTION

Ecosystem health and landscape restoration have been management goals in the western United States for more than a decade (Kaufmann et al. 1994, Dahms and Geils 1997, Rogers et al. 2001, US Government 2003, USDA Forest Service 2003).  Interactions among grazing, fire suppression and other management practices have impacted woodlands and forests for more than 75 years (Keane et al. 2002).  The accumulation of effects from anthropogenic land uses will continue to influence ecosystem structure and sustainability into the future; therefore, recent attention has shifted to quantifying and correcting negative impacts by identifying departures from an historic condition (Fulé et al. 1997, Landres et al. 1999, Schmidt et al. 2002, US Government 2003).  Restoration projects attempt to fix or maintain ecosystem function by restoring vegetation structure.  Thus, restoration relies on the assumption that restoring structure will restore function, as well as knowledge or beliefs about the historic range of conditions.  Where the historic condition has not been recorded or reconstructed, restoration is based on conventional wisdom about historic disturbance and ecosystem dynamics.  This is the case for piñon-juniper woodlands in western Colorado, where management goals have been based on conventional wisdom because of the lack of research in the local piñon-juniper woodlands.

Restoration plans for the Uncompahgre Plateau, a 6000-square-kilometer area on the eastern edge of the Colorado Plateau in western Colorado (Fig. 1.1,

BLM_0044708

2



Figure 1.1.  Location of sampling units within the Uncompahgre Plateau study area. DWSA is the Dominguez Wilderness Study Area located north of Escalante Forks and west of the city of Delta; GG is the Gunnison Gorge Wilderness Area and the Black Canyon of the Gunnison National Park; SM is the Sims Mesa and upper Government Springs area, located south of the city of Montrose; and WP is the Windy Point area and upper Atkinson Mesa Area, located west of the town of Nucla (not shown).  Location of climate stations with long instrumental records are indicated.

BLM_0044709

38°30' N, 108º15' W), assume that mature piñon-juniper woodlands have increased in both extent and tree density since livestock were introduced in 1880 (Uncompahgre Plateau Partners 2003).  According to this scenario, grazing caused the deterioration of rangelands by excluding fire through reduction of fine fuels, and also reduced grass competition with tree seedlings (West and Young 2000).  If true, grazing may have facilitated tree- and shrub- invasion into rangeland as well as increased the density of trees in existing savannas.  Prior to chronic grazing beginning in the late 1800s, the woodland-grassland matrix was thought to comprise mostly early to mid-seral patches with few trees and abundant grasses and forbs that were maintained by frequent, low-intensity fires (West and Young 2000).  Old-growth woodlands were assumed to have been restricted to sites where productivity was too low to maintain horizontal connectivity of fuels (West and Young 2000).

If these assumptions hold, increased tree density and conversion to woodlands since settlement by European Americans can be cited as evidence that the landscape is over-mature with more horizontal and vertical connection of fuels, and hence increased risks for larger, more intense fires than would naturally occur (Paysen et al. 2000).  In that case, assumptions justify plans to restore the balance of the landscape to early-seral stages.  Indeed, this belief has formed the basis for extensive conversions of woodland sites to grasslands and shrublands since the 1940s throughout the western United States (Arnold et al. 1964, Gottfried et al. 1995, Lanner and Van Devender 1998, Swetnam et al. 1999).  However, where these assumptions are not true, past and future projects may adversely impact a large fraction of the landscape.  For example, piñon-juniper woodlands cover 1.6 million acres, or about a third of the landscape, on the Uncompahgre Plateau (Uncompahgre Plateau Partners 2003).  Thus, prior to implementing extensive

BLM_0044710

4

vegetation manipulations under the guise of restoration, principal assumptions about long-term dynamics of the woodlands need to be examined (Veblen 2003).

One approach to examining assumptions has been to identify a range of historic vegetation structures present on the landscape prior to settlement by Euro-Americans (Kaufmann et al. 1994). The range of structures then become the benchmark that can be used to evaluate current landscape configurations within the context of patterns that persisted over some period of time in the past (Morgan et al. 1994, Kaufmann et al. 1994, Fulé et al. 1997, Landres et al. 1999). In the case of piñon-juniper woodlands in western Colorado, the historic period of interest is the several hundred years prior to the introduction of cattle and sheep. Characterizing past landscape patterns may help to identify the legacies of past disturbance events that entrain development, as well as the regional drivers of past and future ecosystem structure (White and Walker 1997, Landres et al. 1999).

### 1.1.1 Historic range of variability

The range of structures and the processes that operated in a particular landscape prior to use by Euro-Americans has been called the historic, or natural, range of variability (Kaufmann et al. 1994, Morgan et al. 1994, Landres et al. 1999). The concept of historic range of variability is implicitly addressed by the goals of science-based ecosystem management. One primary goal of ecosystem management has been to maintain the structural complexity of whole landscapes in order to preserve diversity and sustainability (Christensen et al. 1996). Meeting this goal requires the retention of the full complement of physical and biological environments that influence each system (Kaufmann et al. 1994). Organisms in these environments are adapted to a predictable range of climatic variability and disturbance, and will continue to operate within their natural environmental contexts,

BLM_0044711

5

as well as being impacted by anthropogenic sources (Swanson et al. 1994, Landres et al. 1999, Humphries and Bourgeron 2001).

Once characterized, the historic range of variability has been used to guide restoration objectives or to develop goals for ecosystem management (Moore et al. 1999).  Movement of a system outside its natural range of variability may lower its resilience to future disturbance, and may irreversibly shift the system to a new developmental trajectory or state (Holling and Meffe 1996).  Recent attention to forest health, therefore, promises to identify sites that have become less resilient, and to restore structural integrity to degraded ecosystems in the interest of maintaining diversity and ecological services.  The idea is that, if historic conditions can be determined, comparing current structures and processes to the pre-settlement range may indicate whether the system is operating within its historic environmental context (Landres et al. 1999).   Departures from the historic condition may signal areas of the landscape that could benefit from restoration.

All restoration objectives are based on a set of assumptions about what the system in question should look like and how it should behave (Higgs 2003).  An historic range of variability study can test and refine some of these assumptions (Landres et al. 1999, Swetnam et al. 1999).  Most range of variability studies focus on identifying historic patterns of vegetation structure, and seek to infer process based on this pattern (Kaufmann et al. 1994).  Retrospective methods have been used to develop models of ecosystem dynamics and structural diversity in order to infer the role of historic processes in a particular system (Egan and Howell 2001). The main characteristics that have been measured to determine the range of variability for temperate forests and woodlands are species composition of the dominant woody layer, tree sizes and ages, and disturbance regimes, especially fire

BLM_0044712

disturbance (Swanson et al. 1994, Moore et al. 1999, Kipfmueller and Swetnam 2001).

The propagation of disturbance, including type, frequency, intensity, spatial extent, and predictability are related to decadal to secular climate patterns (Swetnam and Baisan 1996) and are influenced by legacies in community structure left over from past disturbance.  Thus, any study of the historic range of variability of a community type has to account for, to the extent possible, past and current climate patterns, past and current disturbance regimes, and past and current chronic perturbations.  These forces manifest at different spatial and temporal scales, which also has to be taken into account.

### 1.1.2  Limitations of historic range of variability

Accounting for every ecosystem driver across all potential spatial and temporal scales is impossible, of course.  Retrospective methods reconstruct only a limited picture of historic structures, and each has a narrowly defined temporal and spatial resolution (Swetnam et al. 1999).  Furthermore, both the particular environment and the methodology used to study the environment filter what is preserved and limit the type of questions that can be addressed (Swetnam et al. 1999).  Data recorded in living organisms, such as tree rings, are subject to degradation and loss through time.  Furthermore, the record that persists in the structures from living organisms is only an integration of environmental data from throughout each year or other resolvable period (Fritts 1976).  Thus, any study of past systems is limited by the fragmentary nature of what has been preserved, and suffers from the problem that less and less evidence can be found farther back in time (Swetnam et al. 1999).

7

Studies of the historic range of variability address these limitations by seeking multiple lines of evidence (Swetnam et al. 1999). White and Walker (1997) summarize an approach that includes four types of source material in order to reinforce inferences and add flexibility to restoration options (Table 1.1). Some kinds of information are collected from studies conducted at the same site, such as the current and reconstructed range of conditions. However, there are a number of reasons why one site may not be an appropriate reference site from which to develop restoration objectives (White and Walker 1997). For example, one study of historic changes to ponderosa pine forests at Zion National Park on the Colorado Plateau compared tree sizes and densities at sites on inaccessible mesas to sites that were historically grazed by livestock (Madany and West 1983). The authors concluded that significant changes had occurred to the grazed site that could be

Table 1.1. Types of reference information used to determine the natural range of variability at a specific site (adapted from White and Walker 1997). Multiple lines of evidence from all four sources are used to define restoration goals.

|  | Same Place | Different Place |
|---|---|---|
| Same Time | Contemporary structure and status; Assessment of disturbance; Instrumental climate record; Description of physical environment; Life history traits of dominant organisms | Compare structure, disturbance, and environment with nearby; Compare structure, disturbance, & environment with analogous but distant places |
| Different Time | Site-specific reference of past characteristics; Instrumental and proxy climate records; Frequency and extent of disturbances | Retrospective studies from nearby; Analogous reference from more distant place; Paleo-data |

BLM_0044714

attributed to historic management practices, yet the isolated sites may not have been analogous reference sites since the distribution and sizes of pre-settlement trees were quite different between the isolated mesas and the mainland sites. It is possible that disturbance and demographic processes on the isolated sites were different than the mainland sites because of the topographic barriers that partitioned them from the mainland. Sites with different histories of disturbance and development cannot be directly compared, though they can provide complementary data that can be used to develop hypotheses for further testing.

The problem of relying on one or two non-impacted reference sites can be addressed by collecting data from a number of sites with analogous vegetation from throughout the region of interest. Investigating patterns from a constellation of sites in and near the study area helps to identify the spatial and temporal extent of disturbance and other ecological processes and may provide information about past environmental and climate conditions. Comparison among sites helps to determine the representativeness of a reference site and to place it into the context of the entire landscape. Including current and historic conditions for multiple sites facilitates understanding of the historic range of dynamics and disturbance events for the ecosystem of interest.

Other kinds of historic data such as land surveys, journals and reports, and photographs may be used to complement the historic range of variability model when these are available. Human records, just as other sources of historic information, have limitations in their resolution and accuracy (Vale 1982). Sites of historic photographs, for example, are usually not located objectively (Hastings and Turner 1965), and may post-date anthropogenic disturbance. Likewise, journal entries by untrained observers may be biased by the prejudices of the recorder. For example, blame for many of the wildfires encountered by early settlers was placed on Native

Americans, though in some cases those fires might have been due to other groups of people or to natural ignitions.

Finally, an historic range of variability study may consider reference information from analogous, but more distant sites.   More distant sites become increasingly less similar to the system under study because of changes in geography, topography and climate regime.   However, for cases where no local data exist, analogous information from more distant sites can provide an initial set of hypotheses to guide initial model building and analyses.  Hypotheses about the historic range of variability of a particular landscape that are based on data from more distant places must be tested to determine the appropriateness of application, and must be supported by local historical information and the climate and physiographic context of the area of interest.  The research approach outlined in Table 1.1 contributes multiple lines of evidence for describing the range of variability present in a landscape over several spatial and temporal scales.

## 1.2  RESEARCH OBJECTIVES

The current study of the range of variability of piñon-juniper woodlands in western Colorado relied on multiple lines of evidence to draw conclusions, as suggested in the framework identified by White and Walker (1997).  Data were collected from multiple sites across the study area with sites included from throughout the elevation gradient.  Current data were collected from each site and used to reconstruct the vegetation that was encountered when European Americans first settled in the study area.  Changes to the vegetation structure were evaluated within the context of the climate and long-term dynamics of vegetation that preceded the introduction of livestock.  This suite of data will be used to evaluate the degree of

departure of the current landscape from that which persisted prior to the introduction of livestock.  The data collected in this study can be compared to results from other studies in more distant, but potentially analogous vegetation.

The research presented in this study will challenge the management paradigm that has been applied to piñon-juniper woodlands in western Colorado since the 1940s.  I will refer to this paradigm as the "conventional model" (Fig. 1.2). The conventional model is the same model that has been applied to piñon-juniper woodlands across seven western states.  It is based on a number of assumptions about historic dynamics that derive from conventional wisdom, and have their source in case studies and observations from locations that are more distant, but potentially analogous, to the study area.  A literature review in Chapter Two will define what is known or assumed about natural dynamics in woodlands in western Colorado, as well as the nature of assumptions about the role of disturbance in maintaining vegetation structure in the woodland zone.  In addition, it will identify data gaps between empirical research in piñon-juniper woodlands and the conventional wisdom that guides management of woodlands in the study area.

The major premise of the conventional model is that there has been a shift in the natural fire regime from frequent, low-intensity wildfires that maintained open woodlands to catastrophic, stand-replacing wildfires that occur as a result of grazing and subsequent fire exclusion and tree invasion.  Adoption of the conventional model has been used to justify extensive vegetation type-conversions that seek to "control" tree invasion by uprooting trees and converting woodlands to open range in order to increase the proportion of early-seral patches in the landscape, reduce the horizontal continuity of coarse fuels, and mimic what is thought to be more historic-looking vegetation structure.  The specific assumptions behind the conventional model for piñon-juniper woodlands are that (Fig. 1.2):

BLM_0044717



Figure 1.2  "Conventional Model" of the historic range of variability in piñon-juniper woodlands.  The assumptions behind the model are that:  1)  the historic fire regime was dominated by frequent, low-intensity fires;  2)  Grazing caused a shift from high-frequency, low-intensity fires to fire exclusion and long intervals between fires;  3) Fire exclusion since the late 1800s and reduced competition with grasses facilitated tree invasion;  4)  Fire exclusion and tree invasion has created too many mature stands and reduced early-seral stages;  5) High tree-density has caused insect and disease outbreaks and high parasite loads;  6) High tree density has caused a shift to a high-intensity, stand-replacing fire regime with potential replacement of native vegetation by invasive and undesirable species.  Management goals seek to restore open conditions and reduce the fire hazard through total destruction of the tree layer and artificial seeding of more desirable forage species.

1. The historic disturbance regime was dominated by frequent, low-intensity fires that burned approximately every 0-35 years and maintained the woodlands in a savanna-like form (Leopold 1924, Wright and Bailey 1982, Bradley et al. 1992, West and Young 2000, Schmidt et al. 2002, US Government 2003).

2. Fire-exclusion effects of chronic grazing caused a shift in fire regime from frequent, low-intensity fires to infrequent, stand-replacing fires (Miller and Wigand 1994, Miller and Rose 1995, Gottfried et al. 1995, West and Young 2000, Miller and Tausch 2001).

3. Exclusion of fire since the late 1800s and reduced grass-tree competition has facilitated an invasion of piñon pine and juniper trees into formerly tree-less areas and an increased density of trees in pre-existing woodlands (Cottam and Stewart 1941, Archer 1994, West and Young 2000).

4. Loss of fire from the system has eliminated the source of landscape revitalization, leading to aging vegetation dominated by "overmature" woodland (Miller and Tausch 2001).

5. Increased tree density across the landscape contributes to poor health of woodland ecosystems by facilitating the spread of insect, disease, and parasite infestations and increases the risk of catastrophic wildfires (Brown and Kapler 2000, US Government 2003).

6. A shift from frequent, low-intensity fires to catastrophic fires changes the nature of the next community that will occupy the site (Miller and Tausch 2001).

The applicability of the conventional model to western Colorado is the central focus of this dissertation. The current research will result in an updated model of the spatial and temporal ranges of variability for structures and disturbance in the study

BLM_0044719

area and their relationships to modern woodland dynamics.  The model, as it stands, makes no predictions about how the historic pattern may have varied across space or through time.  The new model will consider variation in the drivers of stand dynamics on several spatial scales and make an attempt to understand the temporal variation in drivers since the settlement period, which began in 1881 in the study area.

The conventional model was tested through a number of steps.  The first step was to characterize the current structural variability of woodlands in the study area and to document the evidence for fire and other types of disturbances.  Nineteen to thirty-five plots were evaluated in each of four distinct sampling areas of the Uncompahgre Plateau landscape.  In total, 136 individual plots or sites were sampled.  Tree-ring samples were collected from all plots.  The focus of this phase of research was to collect size and age data from live trees and to estimate stand ages. Sampling tree-ring data from multiple stands in several distinct areas of the Uncompahgre Plateau enabled evaluation at several different spatial and temporal scales. For example, topographic data were collected from each site or plot in order to describe the variations in patterns of distribution of piñon pine and juniper tree sizes and stand ages within and among sampling areas.  In addition, dynamics since 1880 were compared to reconstructed dynamics for several hundred years prior to settlement by European Americans and the introduction of livestock.

After the data for the current range of variation were collected, age data were analyzed in order to infer the structural variability of historic woodland structures and to compare those structures to the expectations implicit in the conventional model. The conventional model is based on the belief that frequent fires maintained savanna-like structures.  If this is true, reconstructions should show that fire was the most important disturbance acting in this landscape, that most woodlands post-date

BLM_0044720

the introduction of cattle in 1881, and that tree invasion started after this date. Savanna-like structure would have a sparse distribution of old trees situated within a matrix of younger, post-grazing-aged trees.  Old-growth woodlands should be rare, according to these assumptions.

Tree invasion is thought to be the product of fire exclusion, yet neither the historic fire pattern nor historic climate patterns have been examined in relation to increases in tree density.  Nor have past patterns of woodland dynamics and stand development been explored for the majority of regions.  Many researchers of piñon-juniper woodlands have discussed the period of wet weather that dominated the climate at the beginning of the twentieth century, yet have ruled out climate as the cause of recent vegetation changes because of a strong belief that frequent fires would have naturally limited the extent of woodland trees (Emerson 1932, Jeffers 1921, Leopold 1924, Cottam and Stewart 1940, Woodbury 1947, St. Andre et al., 1965, Barney and Frischknect 1974, West et al. 1975, Burkhardt and Tisdale 1976, Young and Evans 1981, Allen 1989, Allen and Breshears 1988, Bradley et al. 1992, Miller and Wigand 1994, Gottfried et al. 1995, Miller and Tausch 1999, Miller, M. 1999, West and Young 2000, Brown et al. 2001).

Few studies have used extensive stand reconstructions to try to separate the role of grazing and subsequent fire exclusion from the role of climate in driving the increase in woodland extent and density.  However, alterations to woodland development and dynamics must be considered within the context of regional climate patterns.  Examination of tree dynamics, the instrumental climate record, and tree-growth response to climate during and after the period of tree invasion is necessary in order to separate out climate effects from vegetation changes that can be attributed to grazing and fire exclusion.  Without examining climate patterns during

BLM_0044721

the period preceding and during tree invasion it is difficult to rule out climate as a cause of vegetation change.

Documenting patterns of tree distribution and disturbance history at several different spatial and temporal scales will result in a more spatially explicit model of woodland development than can be represented by the conventional model. Inference about the drivers of spatial pattern can be made, and new hypotheses formed. Investigation of past climate and historic vegetation structure will help to infer whether patterns have changed, and if so, in what way? The resultant spatial and temporal model will become the new hypothesis for the historic range of variability of woodlands in the Uncompahgre Plateau region of western Colorado.

## 1.3  SYNOPSIS OF CHAPTERS

This report is organized as follows:  the remainder of Chapter One (Section 1.4) will introduce the study area and the history of human activities in the Uncompahgre Plateau area.  Chapter Two is a review of the piñon-juniper literature pertinent to this study that seeks to identify data gaps in the application of theories of woodland dynamics to stands in western Colorado.  Chapter Three characterizes the current range of structural variability of woodlands in the study area so that the evidence for assumptions about the historic fire regime can be evaluated in Chapter Four.  Chapter Five examines the post-1880 tree invasion in the context of long-term climate patterns using sites that experienced different grazing impacts.  Based on results from the investigation of current and historic stand structure and dynamics, Chapter Six summarizes tree-species distributions and topographic patterns of stand development in order to support an updated model of woodland dynamics for the

Uncompahgre Plateau area.  Finally, Chapter Seven summarizes the main points and makes suggestions for management and future research.

## 1.4  ENVIRONMENTAL AND CULTURAL SETTING

### 1.4.1  Geology and soils

The majority of data for this study were collected on the Uncompahgre Plateau in western Colorado, but some sites were also sampled east of the Uncompahgre Plateau in the Gunnison Gorge and Black Canyon of the Gunnison National Park (Fig. 1.1).  On the Uncompahgre Plateau, sites were sampled on lands administered by both the Forest Service and the Bureau of Land Management. Forest Service lands are located at higher elevations than Bureau of Land Management lands.  In the Gunnison Gorge area, sites were sampled both on National Park lands and lands administered by the Bureau of Land Management.

The Uncompahgre Plateau lies at the eastern edge of the Colorado Plateau, a broad upwarp of sedimentary layers that contains parts of four western states (USDA National Resource Conservation Service 1995).  The Uncompahgre Plateau is about 200 km long and covers almost 6000 square km.  Piñon-juniper woodlands are found on all sides of the Uncompahgre Plateau between about 1800-2280 m (6000'-7500') elevation.  The majority of soils underlying the woodlands are derived from Dakota sandstone or Jurassic-aged shales (USDA Natural Resource Conservation Service 1995).  Soils tend to be shallow to moderately deep and well-drained with low available water-holding capacity (USDA Soil Conservation Service 1981, USDA Natural Resource Conservation Service 1995).  Most of the piñon-juniper cover-type occurs on gently sloping mesas, terraces, steeper canyon walls, or colluvium and alluvium that have collected in the canyons or at the base of slopes.

Soil depths vary across the piñon-juniper zone, with deeper soils occurring on more gentle slopes.

The landform of the Black Canyon National Park / Gunnison Gorge is not connected to Uncompahgre Plateau.  The Black Canyon of the Gunnison lies to the east of the Uncompahgre Plateau on the northeast side of the Uncompahgre River Valley.  In the distant past, the Gunnison River cut down through lava and ash from volcanic eruptions that occurred north of the gorge in the Elk Mountains as well as south of the gorge in the San Juan Mountains.  The river continued to cut down through the sedimentary layers that now form the uplands of the landscape. Currently the river is cutting through the basement Precambrian rock (Chronic 1980). The majority of woodlands in the Black Canyon area occur on uplands of the Gunnison Gorge, which are underlain by Dakota sandstone.  Dakota sandstone underlies much of the woodland zone throughout the Uncompahgre Plateau area (USDA Soil Conservation Service 1981).

## 1.4.2  Climate and vegetation of the woodland zone

There are no climate stations within piñon-juniper woodlands on the Uncompahgre Plateau, but nearby stations with long records are located in Grand Junction, Delta, Montrose, and Norwood, Colorado (Fig. 1.1).  All of the regional climate stations, regardless of elevation, express similar patterns in the seasonality of precipitation and temperature regimes (Fig. 1.3, Table 1.2).  June is nearly always very dry.  Maximum precipitation generally occurs in August following the fore-summer drought, but a second peak of precipitation occurs in spring.  Linear relationships between elevation and mean annual temperature or total annual precipitation allow generalizations to be made about climate regimes in the

BLM_0044724



Figure 1.3.  Average monthly temperature and total monthly precipitation for climate stations within and near the study area.  Stations are grouped from high elevation to low elevation (see Table 1.1).  All San Miguel Valley stations are higher in elevation than all Uncompahgre Valley stations.  Curves are temperature; bars are precipitation.

BLM_0044725

Table 1.2.   Elevation, mean annual temperature and total annual precipitation for Uncompahgre Plateau area climate stations in Fig. 1.3.  See Fig. 1.2 for locations with respect to sampled areas.  Temperature data set for the Rico station begins in 1959.  The length of the temperature record from the Rico station is 1959 to 1997; the precipitation record length is indicated in the table.

| Station | Elevation (m) | Latitude | Longitude | Record Length | | Percent Missing Data | | Annual Temp. (ºC) | Annual Precip. (mm) |
| | | | | | | Temperature | Precipitation | | |
|---|---|---|---|---|---|---|---|---|---|
| Fruita | 1288 | 39 09' | 108 44' | 1931 | 1997 | 3 | 0 | 10 | 22 |
| Grand Junction | 1470 | 39 07' | 108 32' | 1899 | 1997 | 0 | 0 | 12 | 22 |
| Delta | 1552 | 38 45' | 108 04' | 1892 | 1997 | 7 | 4 | 10 | 20 |
| CO Nat'l Monument | 1752 | 39 06' | 108 44' | 1940 | 1997 | 4 | 2 | 11 | 28 |
| Montrose | 1753 | 38 30' | 107 54' | 1885 | 1997 | 7 | 4 | 9 | 24 |
| Northdale | 1964 | 37 49' | 109 02' | 1930 | 1997 | 3 | 2 | 8 | 33 |
| Norwood | 2127 | 38 08' | 108 17' | 1931 | 1997 | 5 | 4 | 7 | 39 |
| Ames | 2636 | 37 52' | 107 53' | 1914 | 1985 | n/a | 2 | n/a | 64 |
| Rico | 2673 | 37 41' | 108 02' | 1893 | 1997 | 2* | 12 | 4 | 68 |
| Trout Lake | 2939 | 37 50' | 107 53' | 1914 | 1986 | n/a | 2 | n/a | 58 |

(Data source:  National Climate Data Center, NOAA 2003)

woodlands even though no climate stations are located in the woodland zone itself (Fig. 1.4).

In summer, precipitation is caused by orographic uplift and convectional storms and is patchy from one location to another (USDA Natural Resource Conservation Service 1995).  Thunderstorms occur about 35 days a year at the lower elevations, and increase in number toward higher elevations (USDA Natural Resource Conservation Service 2001).  Most occur during July and August, but some occur in June during the dry period before the onset of the monsoon rains in July.  The length of the growing season varies with elevation, but typically lasts from May until September in the piñon-juniper zone.  On average, the frost-free period is about 110-150 days (USDA Natural Resource Conservation Service 1995).

Below 1980 m (6500') piñon-juniper occurs with low shrubs such as sagebrush (*Artemesia sp.*) or mormon tea (*Ephedra viridis*).  Precipitation in this zone averages approximately 38 cm/year (15"), though this varies by location and from year to year.  Above 1980 m, where annual precipitation may range from 38-48 cm/year (15-19"), piñon-juniper occurs with a taller, mountain shrub community that includes Gambel oak (*Quercus gambelii*), Utah serviceberry (*Amelanchier utahensis*), and mountain mahogany (*Cercocarpus montanus*).  Sagebrush can also be found in this community.  Above 2280 m the piñon-juniper zone grades into the mountain-shrub zone where piñon pine becomes increasingly rare and may be replaced by aspen or ponderosa pine trees.

On the Gunnison Gorge uplands, woodlands occur at slightly higher elevations than are found on the Uncompahgre Plateau, and give way to Gambel oak brush at the highest elevations.  This is a typical pattern found on smaller mountains throughout the West (Shreve 1922).  The elevation of the Gunnison Gorge uplands is not high enough for other kinds of forests to form, though isolated

BLM_0044727

 

Figure 1.4. Relationship of annual mean temperature and total annual precipitation to elevation for the stations in Table 1.2 and Figure 1.3. a) rate of temperature decline with increasing elevation (-0.74°C / 100m, $R^2$ = 0.898); and b) rate of increase in precipitation with increasing elevation (3.1 cm / yr / 100m, $R^2$ = 0.896).

BLM_0044728

ponderosa pine trees can be found.  Douglas fir trees grow on the steep sides of the inner gorge.

### 1.4.3  Fire patterns

Wildfires typically occur in June-September in the study area (USDI Bureau of Land Management 1999).  From 1988-1998, 79% of fires were ignited by lightning, and accounted for 75% of the area burned (Table 1.3). Though natural fire starts are common in the piñon-juniper zone, they are not evenly distributed across the Uncompahgre Plateau.  A higher density of fire-starts occurs on ridges surrounding the towns of Nucla and Naturita, and on hill slopes west and south of Montrose. Differences in the density of fire starts occur because of topographical differences, which control the tracks of convective storms.  The ability to burn is under topographic control, also, because of changes in productivity, vertical and horizontal fuel connectivity, and ignition sources in relation to position in the landscape. Lightning struck trees are encountered moderately often, but small fires are almost always suppressed because of the difficulty of controlling fires in the woodlands zone once they get started.  Thus, it is not known how many single-tree burns would occur naturally versus which ones would become larger fires if not suppressed.

There have been no previous studies of fire history or stand dynamics in piñon-juniper woodlands on the Uncompahgre Plateau.  Based on qualitative observation, much of the stable piñon-juniper zone is currently believed to comprise a matrix of late-mid to late/old-growth seral stages that historically supported infrequent, hot crown fires that may have been limited in extent due to topographic fire breaks (USDI Bureau of Land Management 1999).  Therefore, the potential for high-intensity, stand-replacing fires during the historic period is recognized.  In contradiction, management prescriptions for these areas call for developing "a

BLM_0044729

Table 1.3.  Number of fire starts and acres burned for the total area administered by the Montrose Fire Program from 1989 through 1998 (USDI Bureau of Land Management 1999).

| Year | Starts | Acres |
|------|--------|-------|
| 1989 | 152 | 727 |
| 1990 | 144 | 1589 |
| 1991 | 96 | 82 |
| 1992 | 82 | 16 |
| 1993 | 108 | 293 |
| 1994 | 298 | 12,633 |
| 1995 | 121 | 668 |
| 1996 | 206 | 1,818 |
| 1997 | 86 | 88 |
| 1998 | 100 | 1,808 |
| *Total* | *1189* | *21,722* |

landscape pattern that will be largely sustained by naturally occurring, low-intensity fire that burns like it used to" (USDI Bureau of Land Management 1999).  Thus, while resource managers recognize that infrequent, high-severity fires occurred naturally on some sites, fire prescriptions are based on a belief that stand-replacing fires were historically limited in extent and that the majority of the woodland zone periodically burned in low-severity fires.

### 1.4.4  Anthropogenic change

Prior to settlement by Euro-Americans, Ute Indians lived on the Uncompahgre Plateau (Stewart 1942, Reed and Metcalf 1999). Little is known about how they used the piñon-juniper woodlands.  Generally, they traveled in small groups, and did not build permanent structures (Reed and Metcalf 1999).  They collected and stored piñon nuts as a source of food, and hunted in and near the woodlands (Stewart 1942). Horses were acquired after 1650, which probably changed movement patterns (Simmons 2000).  Utes practiced seasonal

transhumance, moving to higher or lower elevation camps depending on the time of year in order to opportunistically follow availability of plant and animal food supplies (Stewart 1942, Reed and Metcalf 1999).  Winter camps are sometimes associated with piñon-juniper woodlands (Reed and Metcalf 1999, Simmons 2000, Allen 2003), where woody debris would have been collected to use for cooking and campfires. Because of the difficulty of felling trees with crude hand tools, Utes probably used wood that could be collected from the ground or broken easily from living trees[1]. Individual trees may have been felled by burning them (Stewart 1942).  Charcoal collected from hearths in the Uncompahgre Plateau area indicates that both piñon pine and juniper wood were used as fuel[2], suggesting that coarse woody fuels were locally abundant.

European settlers quickly populated the Uncompahgre Valley in 1881 following the forced removal of the Ute Indians to reservations in Utah (Marshall 1979).  The earliest settlements on the western side of the Uncompahgre Plateau, in the Norwood area, also date to 1881 (USDA Natural Resource Conservation Service 2001).  Cattle were introduced immediately and early reports suggest that livestock numbers were maintained at very high densities for several decades (Hoffman 1921, Palmer and Nelson 1937, Marshall 1979).  For example, Marsh (1909) reports that there were 60,000 head of high grade sheep in the Uncompahgre Valley.  Besides use as rangeland, firewood and fence posts were collected from the piñon-juniper zone (Hoffman 1921, Jeffers 1921).  Wood was collected for heat and cooking well

---

[1] Steve Baker (2002)  Archeologist, Centuries Research, Inc, Montrose, Colorado. Pers.Comm.

[2] Alan Reed (2002)  Archeologist, Alpine Archeology Consultants, Montrose, Colorado. Pers.Comm.

BLM_0044731

into the twentieth century,[3] since collection of firewood was time-consuming but free, whereas heating with coal cost money.  Newcomers settled on both sides of the Uncompahgre Plateau, but populations on the west side went through periods of boom and bust from 1930-1980 associated with mining on the northwest end (Marshall 1979, Uncompahgre Plateau Partners 2003).  In addition to disturbance near mines, increased populations put pressure on woodlands through changes to wildlife populations and woodcutting.

Woodland impacts were probably most intense close to towns and near main thoroughfares.  Several roads that cross the Uncompahgre Plateau date from early settlement and probably followed established Ute trails (Marshall 1979).  Woodlands adjacent to roads may have seen heavier use.  Jeffers (1921), remarking on the availability of juniper trees on the west side of the Uncompahgre Plateau, said that "good post material is becoming scarce.  Evidence of this is the necessity for going farther back each year and reconnoitering quite a little to locate suitable trees."  To this day it is difficult to travel through the woodlands on the Uncompahgre Plateau without encountering old jeep trails and stumps, cut trees, or salvaged logs.

Anthropogenic influences that may have affected woodlands since settlement by Euro-Americans are grazing by livestock, fire suppression and/or interruption of the fire regime, mechanical eradication of woodlands and woodcutting, seeding of non-native plant species, changed populations of native browsers, and fragmentation.  Directly or indirectly many changes may be related to grazing. Grazing removes forage, which may reduce fuels and thus exclude fire.  Roads associated with grazing allotments serve as fire breaks when bisecting grasslands and woodlands and may also interfere with hydrology by redirecting runoff and

---

[3] Marie Templeton  (2003)  Historian, Rimrocker Historical Society of Western Montrose Co., Nucla, CO.

26

reducing sheetflow.  Also, grazing creates sites for exotic plants to take root (Stoddart et al. 1975).

The introduction of livestock to Uncompahgre Plateau rangelands coincides with a period of prolonged drought in the late 1800s. Although the native flora evolved with periodic drought, the added stress of grazing during drought may have shifted the successional trajectory from perennial grass cover to one that favors woody species (Grover and Musick 1990).  One potential mechanism for this shift might be that drought reduced the ability of grasses to reproduce sexually, whereas coincident grazing reduced the ability of grasses to reproduce vegetatively (Neilson 2003).  The impact of climate versus grazing on vegetation change has been much debated, but the two agents probably acted synergistically.

The ubiquity of grazing in the West has confounded studies of the ecological effects of prolonged drought vs grazing on grasslands and woodlands since it is difficult to find reference areas that have not been grazed.  Even where grazing was terminated decades ago we do not know what irreversible changes occurred.  Changes probably include altered species compositions, changed soil properties, destruction of protective biotic crusts and erosion.  Extensive habitat treatments during the 1930s-1970s that were intended to improve forage for livestock or game probably also affected the soil resource adversely.  Management treatments continue to employ the use of heavy equipment, though objectives and methods have changed.

BLM_0044733

## CHAPTER TWO:  REVIEW OF PIÑON-JUNIPER LITERATURE

## 2.1  INTRODUCTION

Piñon-juniper woodlands are widely distributed throughout the western U.S., where they often comprise lower tree-line (Fig. 2.1a).  Elevation limits of woodlands vary by latitude (Woodin and Lindsey 1954, West and Young 2000), but in western Colorado woodlands are generally found between 1600 and 2800 meters.  Total annual precipitation varies from 25 to 50 cm/yr (10" to 20"/yr). (West and Young 2000).  The majority of woodland trees are of low stature -- under 10 meters and often much less than this (Gottfried et al. 1995).  The tree canopy is discontinuous, generally comprising less than 50% cover (Gottfried et al. 1995).  In a particular region, the combination of tree species has not changed much over the last several centuries; however, the physical appearance may have changed dramatically over



a)                                              b)

Figure 2.1.  Extent of piñon-juniper woodlands in the western United States and its relationship to summer and winter boundaries of air masses.  a) distribution of piñon-juniper woodlands  (after Küchler in West and Young 2000); and b)  boundaries of air masses that determine climate regions in the western United States (from Mitchell 1976).

BLM_0044734

this same time period.  For example, Miller and Tausch (2001) report that more than 90% of woodland trees in the Great Basin established after 1860.

Piñon-juniper woodlands are all similar in that they are composed of some combination of juniper and/or piñon pine species.  The particular combination of species is determined by the position and steepness of the polar front and subtropical air-mass gradients (Neilson 1987a).  These two synoptic weather systems control regional climate patterns in the western U.S. (Neilson 1987).  Summer and winter boundaries of air masses define six climate regimes (Fig. 2.1b, Mitchell 1976), which in turn delineate the typical combination of woodland species found in each region.  For example, single-leaf piñon (*Pinus monophylla*) is found in the Great Basin, including all of Nevada, western Utah, eastern California, and northeastern Arizona (Region V in Fig. 2.1b).  Climate in the Great Basin region is dominated by cold winters and warm summers, with most of the precipitation falling in winter.  Colorado piñon (*P. edulis*) is found to the east of the range of single-leaf piñon pine in the remainder of Utah and Arizona, New Mexico and Colorado (Region VI in Fig. 2.1b).  The Colorado piñon pine grows in regions that receive both winter and summer precipitation.  Other piñon species are found from southern Arizona and New Mexico south into Mexico.  Like the piñon pine species, the distribution of juniper species is also geographically determined by climate regions.  Utah Juniper (*Juniper osteosperma*) grows south of the polar front air-mass gradient in the central Great Basin and Colorado Plateau (Neilson 1987b), whereas *J. monosperma* appears to depend upon summer rains and is thus restricted to the summer monsoon region in Arizona and western New Mexico.  Western juniper (*J. occidentalis*) is found north of the polar front air-mass gradient (region II, Fig. 2.1b), and usually occurs alone without a co-dominant species of piñon pine.

Altogether, woodlands are found in three western climate regimes: northern Great Basin (Region II), Great Basin (Region V), and the Southwest (Region VI) (Fig. 2.1b).  The Utah and Colorado sections of the Colorado Plateau are transitional between Regions V and VI, whereas the division between regions II and V defines an area where Utah juniper gives way to western juniper (*Juniperus occidentalis*).

It is likely that, given the extensive range of woodlands over several distinctive climate regions, piñon-juniper ecology and disturbance regimes vary geographically.  However, when describing piñon-juniper woodlands, authors generally make no distinction between woodlands that occur in the Great Basin, Colorado Plateau, Southwest, Mexican borderlands, or Front Range of the southern Rocky Mountains.  Reporting on all woodlands as if they are the same has obscured important regional differences in their ecologies.

## 2.2 ECOLOGY OF PIÑON-JUNIPER WOODLAND ECOSYSTEMS

Failure to distinguish among woodlands in different regions is further exacerbated by a lack of understanding about woodland dynamics and the life histories of the species that occur in each region.  A few studies have specifically investigated regeneration of piñon pines and juniper species (Meagher 1943, Johnsen 1962, Harrington 1987, Chambers 2001).  One study from Arizona reported that artificially shading seedlings facilitated seedling survival (Meagher 1943).  *P. monophylla* in the Great Basin is facilitated by nurse shrubs (Chambers 2001), probably due to a shading effect, though Erdman (1970) has suggested that success of piñon pine and juniper in shaded microsites has more to do with lowering lethal soil temperatures than with improving soil moisture.  *P. edulis* appears to benefit from both biotic and abiotic shading by rocks, logs, or other debris (Gottfried et al.

BLM_0044736

1995, personal observation).  Some researchers have suggested that high-density recruitment follows favorable weather that follows regional masting events (Arnold et al. 1964; Barney & Frischknect 1974, Betancourt et al. 1993).  A study from Mesa Verde National Park, however, reports no significant change in seedling densities measured annually from 1975-1995 (Floyd et al. 2003), a span of time that likely included at least one regional mast year.  Thus, widespread pulses of seedling recruitment may be associated with a spate of favorable weather, since it appears that the number of piñon pine seedlings remains stable from year to year (Floyd et al. 2003).  On the Uncompahgre Plateau, seedlings appear to grow very slowly until they overtop their shade source, after which they may continue to grow slowly if suppressed by a canopy, or may grow very rapidly in the open (Fig. 2.2).  Overall, there is a lack of research describing regeneration dynamics of woodland tree species and we do not understand whether the high numbers of seedlings in some woodland sites will persist for decades in a suppressed stage or succumb to drought, frost heave, or herbivory within a few years of establishment.

## 2.3  WOODLAND SUCCESSION

Several authors have proposed successional models for piñon-juniper woodlands.  Typical models portray post-fire development from grassland to climax stand (Fig. 2.3).  The initial stage is bare ground and skeleton trees followed sequentially by annual plants, annual and perennial forbs, perennial forbs-grasses-half shrubs, then by shrubs, and ultimately culminates in climax piñon-juniper woodland.  Historically, fire was thought most likely to occur during the shrub stage or earlier, thus returning the landscape to a state of early succession.  Grazing by livestock is generally believed to reduce fine fuels, which decreases the risk of

BLM_0044737



Figure 2.2.  Tree age and diameter at the root collar (DRC) for piñon pine saplings from an open, post-fire site versus saplings suppressed under a closed canopy. Both sites are located west of the city of Delta, Colorado on the eastern slope of the Uncompahgre Plateau in the Dominguez Wilderness Study Area.


fire.  Ubiquitous exclusion of fire throughout Western rangelands appears to have favored the survival of woody species, and subsequently to have caused an increase in the range and extent of many kinds of shrublands and woodlands (Scholes and Archer 1997, McPherson  1997).  Under this scenario, one would expect that if fire did historically control the invasion of piñon-juniper trees into grasslands, then much of the landscape would have been maintained in an early seral condition.  Indeed, this assumption has driven much of the research efforts in piñon-juniper over the last 50 or more years.  In a review of piñon-juniper studies, Miller and Tausch (2001) reported that more than 90% of Great Basin woodland trees established after 1860. Likewise, southwestern woodlands also seem to be dominated by young trees (Swetnam and Brown 1992; Betancourt et al 1993)

BLM_0044738





Figure 2.3.  Typical models of succession in piñon-juniper woodlands.  A) post-fire
succession from Arizona (from Arnold et al. 1964); b) post-fire structural changes in
southwest Colorado (from Erdman 1969, 1970); and c) post-fire structural changes in
Utah (Bradley et al. 1992).

BLM_0044739

Typically, models of post-fire development for piñon-juniper sites have focused mainly on unidirectional plant succession.  Some authors have observed that vegetation composition does not change after trees have entered the stand but that structural changes do occur.  Yet successional models generally do not include a sequence of structural changes that occur once trees have entered the site (Fig. 2.3).  Two studies have explicitly addressed structurally-defined stages of development in woodlands. Erdman (1969) proposed four developmental stages for *P. edulis – J. osteosperma woodlands* in southwestern Colorado (Fig. 2.3b).  The first stage that follows stand-replacing fire is bare ground and skeleton trees, which develops into an open shrub and brush stage with tree seedlings establishing under a shrub canopy.  At about 100 years the shrub stage develops into a thicket. Eventually, in a third stage, trees overtop the shrub canopy, and after approximately 300 years a climax woodland develops in which few plants grow in the shaded understory.  Following canopy closure and shading of the understory, no further structural changes are addressed.

In the second study of structural change in piñon-juniper woodlands Blackburn and Tueller (1970) proposed the following 6 maturity classes for *P. monophylla - J. osteosperma* woodlands, based on tree diameters, ages, and heights: seedling, young sapling, sapling, mature vigorous tree, mature old tree, and decadent tree.  Size-age-form classes were enumerated in five tree-density classes: open, dispersed, scattered, dense, and closed woodlands.  Woody establishment and survival were generally attributed to reduction in fires caused by grazing since the turn of the twentieth century. The oldest (closed) stands, which were found closest to the foot of the mountains, initiated prior to 1700.  Younger, less dense stands developed farther away from the mountains and were invading grasslands. As with Erdman (1969, 1970), the authors explicitly include developmental stages in

BLM_0044740

their study, but do not consider stand structures for stands older than 300.  Also, the authors label the oldest trees "decadent" even though there are reports of both piñon pine and juniper trees that are older than 1,000 years (West et al. 1975).  Decadent implies that a tree is no longer productive and is in decline.  Yet many old trees in the Uncompahgre Plateau area (200++ years) show a sustained growth release after 1980, indicating that those trees were probably not in decline (personal observation).

Few published studies of piñon-juniper woodlands have used tree rings to study long-term dynamics.  Instead, many studies have (1) relied on size-age-form class (sensu Blackburn & Tueller 1970) to infer stage of stand development, (2) have based stand-age estimates on cover-weighted means derived from a subsample of tree ages (Tausch et al. 1981), or (3) have aged selected trees within a stand, and then developed a regression coefficient that relates tree diameter to tree age (e.g., St. Andre et al.  1965; Daniel et al. 1966; Floyd 1981; Floyd et al. 2000, Burwell 1999).  However, the relationship between age and size varies considerably in piñon pine trees, causing size-for-age substitutions to be quite imprecise; and to be quite inappropriate when the goal is to establish the date of a specific event.  Furthermore, tree-age estimates incorporate corrections for time to grow to the sampling height and for missed tree centers.  The corrections, though necessary, introduce errors in estimates of tree age, especially for species of piñon pine and juniper that tend to grow slowly during the seedling stage.

Some authors have noted that piñon-juniper woodlands rapidly re-establish after fire, with trees dominating the site within 100 to 150 years (Tausch and West 1988).  This rate of establishment is not rapid when compared to rates of post-fire establishment in montane and subalpine forests, so an actual post-fire 'cohort' is difficult to identify. For piñon-juniper woodlands, stand-filling may occur over an extended period of decades to more than a century.  Gottfried et al. (1995) suggest

that many woodlands in the Southwest are uneven-aged. In some cases, trees may fail to re-establish following a stand-replacing fire (Erdman 1970, Floyd et al 2000). This is a puzzling phenomenon, given the ubiquity of dense thickets of trees frequently reported for the piñon-juniper zone.  Failure to regenerate may be due to a shift from low-severity to high-severity fires in this century.  However, the region where regeneration failed was one which historically experienced stand-replacing fires (Floyd et al. 2000).  One outstanding question, then, is whether rates of woodland establishment follow a typical pattern on certain sites, or if the potential for establishment changes through time according to fluctuations in weather.  If weather is responsible, one might expect to find pulses of piñon-juniper establishment throughout a region during periods when more soil moisture is available for tree growth.  Over 4 years of research for this report, tree seedlings were fairly abundant in many woodlands, suggesting that woodland initiation on the Uncompahgre Plateau is not limited by seed source.

## 2.4  CAUSES OF VEGETATION CHANGE IN PIÑON-JUNIPER ECOSYSTEMS

### 2.4.1  Fire

Disturbance has been defined as any relatively discrete disruption of the structure of a population, community or ecosystem (White and Pickett 1985).  Fire has long been believed to be the most important disturbance to piñon-juniper woodlands (Wright and Bailey 1982, Gottfried et al. 1995, West and Young 2000, Paysen et al. 2000).  It is frequently implicated as an important control of woodland distribution prior to settlement by European Americans (Wright & Bailey 1982).  Both piñon pine and juniper trees are usually killed by fire, especially small-diameter trees (Gottfried et al. 1995, Floyd et al. 2003).  A mean fire return interval of approximately

30 years was suggested as the historical mechanism for maintaining grasslands in southern Arizona prior to the introduction of livestock (Leopold 1924). A 30-year interval can only refer to fire frequency near the grassland/woodland ecotone, since mature woodlands found at higher elevations would likely have burned catastrophically (Gottfried et al. 1995).

Fire regimes in woodlands are not well documented because piñon pine trees rarely scar and some species of juniper trees are difficult to cross-date (Gottfried et al. 1995). The majority of fire history studies in piñon-juniper woodlands or juniper savannas that are based on fire scars are from the Great Basin (Burkhardt and Tisdale 1976, Young and Evans 1981, Tausch and West 1988, Goodrich and Barber 1999, Miller and Rose 1999, and Gruell in Baker and Shinneman 2004), though scars have been reported for some sites in the Southwest (Leopold 1924, Arnold et al. 1964, Brown et al. 2001). Swetnam and Betancourt (unpublished, in Gottfried et al. 1995) note that they have found fire scars that healed over completely dating to 1748 inside of a number of piñon pine trees at a site in southern New Mexico. Baker and Shinneman (2004) review evidence that suggests that most piñon pine and juniper species are capable of forming fire scars. They conclude that the scarcity of fire-scarred trees in woodlands may be due to the limited occurrence of low-intensity fires in piñon-juniper woodlands. Furthermore, very few of the fire history studies in piñon-juniper woodlands are based on crossdated fire scars (Baker and Shinneman 2004). Fire dates are reported as a composite of all firescar dates determined from counts. Since scars are not crossdated to single fire years it is difficult to know if they indicate many small fires in different years versus fires that were widespread within a site in a single year.

Many of the estimates of fire intervals for piñon-juniper have been based on other tree species growing with woodland trees at an ecotone (Erdman 1969; Allen

BLM_0044743

37

1989; Despain and Mosley 1990 in Gottfried et al. 1995; Swetnam & Baisan 1996). However, the existence of an ecotone suggests that there is ultimately some factor(s) that changes to favor another vegetation type. For this reason, fire-interval data collected at ecotones may not be indicative of dynamics in the stable piñon-juniper zone found between the upper and lower ecotones.

Studies from Mesa Verde National Park, in southwest Colorado, suggest that piñon-juniper fire regimes are dominated by infrequent, stand-replacing fire (Floyd et al 2000, Floyd et al. 2003). Studies in other regions have also reported evidence for stand-replacing fires (reviewed in Baker and Shinneman 2004). Reports of surface fires and fire-scarred piñon pine or juniper are few, with the majority of studies from the upper ecotone or juniper-only woodlands. Given the lack of documentation of frequent surface fires and the difficulty of getting prescribed fires to burn in piñon-juniper outside of the typical fire season, frequent, low-intensity fire regimes may be far less common than previously assumed (Baker and Shinneman 2004).

Baker and Shinneman (2004) point out that more stand-replacing fires have been documented in piñon-juniper woodlands than have low-intensity surface fires. Of the fires recorded in the studies that they reviewed, the majority of fires were high-severity, stand-replacing fire with 22 of the reported 126 stand-replacing fires occurring prior to 1885. Thus, stand-replacing fire appears to be more widespread than is generally accounted for in the woodland literature and does not appear to have developed strictly as a result of landuse practices since settlement by European-Americans. Reports of stand-replacing fires came from all states where woodlands occur, but Baker and Shinneman (2004) did not characterize fire regimes by region or spatially within regions.

Romme et al. (2003), on the other hand, address regional and local spatial variation in fire regimes for contrasting types of piñon-juniper communities (Table

BLM_0044744

2.1).  They hypothesize that frequent, low-severity fire is more typical for savanna-like woodlands, whereas moderate- to low-frequency fires of higher severities are more likely to occur in shrub-woodland and piñon-juniper forests.  This hypothesis could be applied to woodlands in different regions, or to woodland communities along environmental gradients within the same region.  Classification of woodlands into three physiognomic classes generalizes the complexity encountered in the regional woodland mosaic.  In reality, woodland communities are quite diverse.  Past attempts to classify woodland associations using hierarchical stratification systems has resulted in a multitude of vegetation classes for piñon-juniper woodlands (i.e. West et al. 1998).  Diversity in woodland structure indicates variation in the underlying factors that determine site productivity and disturbance regimes.

Table 2.1.  Hypothesized piñon-juniper communities and associated fire regimes (adapted from Romme et al 2003).

| Pinyon-Juniper Community | Soil Characteristics | Fire Frequency | Fire Severity |
|---|---|---|---|
| savanna | deep, fine-textured | frequent | low severity |
| shrub-woodland | deep, fine-textured | moderate frequency | high severity |
| forest | shallow, rocky or coarse-textured | very infrequent | very high severity |

### 2.4.2  Drought and insects

Though fire has been emphasized as the primary control of piñon-juniper structure, other phenomena also impact woodland dynamics.  For example, prolonged drought might act to either decrease woodland extent directly through mortality of tree and shrub species (Betancourt et al. 1993, Swetnam & Betancourt 1998), or increase woodland extent through differential mortality of competitors (Allen & Breshears 1998).  In either case, the effects of drought become immediately evident, while the ensuing re-establishment of trees may not be apparent for decades if young trees are suppressed under the shade of nurse shrubs (Burwell 1999).  If conditions following the end of the drought are appropriate for continued growth of surviving trees, but not conducive to seed production and new establishment, the landscape may appear to lag behind the climate (Magnuson 1990).  After a number of decades has passed it would be difficult to distinguish whether the cause of a sparse structure of mature trees with no recent regeneration was due to low- to moderate-severity fires or to the climate shift.

In addition to the possibility that drought directly causes mortality of trees, drought may also bring about mortality indirectly by causing stress, which makes trees more susceptible to a host of insects, diseases and parasites (Rogers 1995).  Under so-called normal conditions, many kinds of insects use trees as hosts (Leatherman and Kondratieff 2003).  Several types of insects may increase during drought, particularly the piñon Ips, *Ips confusus*, and the piñon needle scale, *Matsococcus acalyptus* (Leatherman and Kondratieff 2003).  The piñon Ips, along with twig-boring beetles, are vectors of bluestain fungus, which facilitates successful beetle attack and ultimately causes the death of the tree.  Piñon Ips attack can be identified by the accumulations of boring dust around exit holes and the base of the tree.  Visual evidence is only apparent during the first year or two following tree

death when orange needles still cling to the tree.  The blue stain can only enter the sapwood while the tree is alive and thus may possibly be used to identify beetle-associated mortality to piñon trees.  Though few published studies address the importance of insect-related mortality in piñon-juniper ecosystems, a drought currently under way throughout much of the West since 1999 has been killing a great number of trees, from small patches to entire hillsides[4].  Extensive mortality is opening up woodland and shrubland canopies, and may have dramatic and long-lasting consequences for many plant, animal, and human communities.

Some studies have suggested that lack of old piñon pine trees in the Southwest may be due to drought that occurred in the late 1500s (Betancourt et al 1993; Swetnam et al 1999; Swetnam and Betancourt 1998, Swetnam and Brown 1992).  This hypothesis is consistent with the paucity of woodland stands older than 300 to 400 years in the Southwest (Swetnam and Brown 1992).  Climate reconstructions from throughout the western United States support the hypothesis of mega-drought in the late 1500s as well (Gray et al. 2003).  Furthermore, recent analysis of regional tree-ring chronologies suggested that chronologies from northwestern New Mexico and southwestern Colorado shared similar low-frequency growth patterns (Gray et al. 2003).  Thus, a 2129-year-long reconstruction of annual (July to July) precipitation from tree rings in northwest New Mexico (Grissino-Mayer 1995) may be indicative of long-term climate trends for the study area in western Colorado.  The reconstruction of precipitation from New Mexico suggested that 1566-1608 was the most severe, short-term period of below-normal precipitation in the entire tree-ring record (Fig. 2.4, Grissino-Mayer 1995).  Other severe, short-term

---

[4] See "NOAA reports third warmest March for contiguous U.S., drought continued to affect much of West", 4/15/04, http://www.publicaffairs.noaa/releases2004; and "Drought conditions intensify in some western states with little chance of major relief", 2/11/03, http//www.noaanews.noaa.gov/stories/s1094.htm.

BLM_0044747



Figure 2.4.  *Pseudotsuga menziesii* chronology from El Malpais National Monument, NM (Grission-Mayer 2004) showing the amplitude of the late 1500s drought in northwestern New Mexico.  Only the most recent 600 years of the standardized chronology are shown.

periods of below-normal rainfall in northwestern New Mexico occurred from 1727-1742 and 1899-1904 (Grissino-Mayer 1995).  When compared to the entire reconstructed record, above-normal precipitation occurred during 1790-1810, 1830-1880, 1910-1950, and 1970-1990.  The reconstruction also suggests that the last 200 years have been unusually wet when compared to the previous 2000 years (Grissino-Mayer 1995).

A reconstruction of winter precipitation for the last 1,000 years, also from northwestern New Mexico, identified the period from 1895 to 1904 as one of the five most severe winter droughts for the whole record (D'Arrigo and Jacoby 1991).  The reconstruction of winter precipitation indicates that an abrupt switch occurred in 1904 from one of the driest periods in the last one thousand years to one of the wettest periods, a shift in climate that was unprecedented in the previous portion of the record.  Thus, it appears from tree-ring reconstructions of both winter and summer precipitation from northwestern New Mexico that the introduction of livestock to western Colorado in the 1880s may have been followed immediately by intense winter and summer drought, with an abrupt shift in 1905 to wetter than average

42

winters and summers.  No one has yet tried to study what this abrupt shift from drought to moist conditions at the turn of the twentieth century meant ecologically to woodland communities.

## 2.5  APPLICATION OF LITERATURE REVIEW TO CONVENTIONAL MODEL OF HISTORIC RANGE OF VARIABILITY FOR PIÑON-JUNIPER WOODLANDS

The literature reviewed in this chapter suggests that there are many data gaps regarding the application of the conventional model of the historic range of variability to woodlands in the study area and throughout the West.  The primary assumption behind the conventional model is that there has been a shift in fire regime from one dominated by frequent, low-severity fires to one dominated by infrequent, stand-replacing fires as a result of grazing and tree invasion.  Yet more studies have provided evidence for historic stand-replacing fires than for low-severity, surface fires.  The principal questions, then, regarding the conventional model should be:  what was the historic fire regime? Is it different now than it was prior to the introduction of livestock? and If so, why?  In addition, tree invasion has to be considered within the context of the long-term dynamics of the woodland system. Invasion can only be called invasion if it is a novel pattern.  Alternative explanations may be able to explain the mechanism of piñon-juniper invasion into other vegetation types.

The initial problem in separating the effects of grazing from the effects of climate change and other natural processes is that few studies have been able to demonstrate that frequent fires occurred in the woodland zone in the past.  Failure to identify historic fires of low intensity may be due to the disappearance of evidence for fires of this nature, or may indicate that frequent fires of low-severity were not important agents of stand structure in the past (Baker and Shinneman 2004).  In

BLM_0044749

contrast to assumptions about the historic fire regime in the conventional model, many studies have shown that stand-replacing fires occurred both since the introduction of livestock as well as before.  The scarcity of evidence to support the conventional model and the presence of evidence that might refute it suggests that assumptions about the historic fire regime need to be examined more closely, perhaps on a case-by-case basis for each region.  There may be more variability in fire regime from region to region, and even spatially within a region, than has previously been considered.

The literature review also shows that very little specific research has been directed toward understanding short-term or long-term dynamics in woodlands of any region.  Many authors have called for intensive reconstructions of stand dynamics in piñon-juniper woodlands (Gottfried et al. 1995, Floyd et al. 2000, Betancourt et al. 1993), but few researchers have undertaken this labor-intensive task.  We know some facts about the autecology of species that occur in the woodlands.  However, many assumptions have been made about regeneration, growth and survival, and long-term dynamics.  Apart from a handful of studies, no attempt has been made to determine the age structure of trees at a landscape scale.  Tausch et al. (1981) systematically sampled stands from mountain ranges throughout the Great Basin. They collected age data from a handful of trees at each site, and present the aggregated data to show coarse-scale patterns at the landscape scale.  Burwell (1999) aged trees at the lower ecotone in eastern California, but also aggregated data from multiple sites.  More data of this kind are needed, but intensive reconstruction of finer-scale, stand-level data is also required.  Betancourt et al. (1993) determined pith dates for a subsample of live and dead trees, but did not age trees less than 10 cm in diameter, so dynamics for the last one hundred years were not reconstructed.

BLM_0044750

Without data on stand dynamics from individual stands, including patterns of tree growth-response to climate over decades and centuries, patterns of establishment and mortality cannot be unequivocally attributed to anthropogenic disturbances.  Other research has demonstrated that the last 150 years have experienced some of the wettest and driest periods of the last 2,000 years (D'Arrigo and Jacoby 1991, Grissino-Mayer 1995).  Yet most studies of woodland dynamics focus on stands that established after 1860, and so fail to identify patterns of growth and dynamics in recent stands that can be differentiated from patterns of dynamics in old-growth (pre-1850) stands.  Old stands will provide a record of births and deaths over a much longer period of time, and can contribute the data necessary to examine the environmental context for the last 125 years as well as for several centuries prior to this period.

In fact, the failure of most studies to include woodlands from a broad range of sites and ages means that we do not even know the current range of variability for woodlands in most regions today.  Burwell (1999) points out that many study sites have been selected because they are broadly-sloping, uniform sites at lower elevation.  Therefore, the first step in determining what the current departure from the historic range of variability is will be to fully characterize the array of woodland structures present in the modern landscape.  Full characterization means measuring the age and size distributions of the living trees for all stages of live trees, the age and size frequency distributions of all dead trees, and examining spatial and temporal patterns of tree species and all of the other species that occur in the woodland.  Characterization needs to take place both at the stand level and across the broader landscape in order to decipher patterns in tree distribution, productivity, disturbance behavior, and other ecological processes.  This information needs to be compared among regions to determine in what ways disturbance and dynamics are

45

similar or different and how assumptions can be extrapolated.  Otherwise, the promise of restoration based on untested conventional wisdom has the potential to usher in yet another era of sweeping human impacts.

BLM_0044752

## CHAPTER 3.  CURRENT RANGE OF STRUCTURAL VARIABILITY OF PIÑON-JUNIPER WOODLANDS ON THE UNCOMPAHGRE PLATEAU

### 3.1  INTRODUCTION

Conventional wisdom regarding the current and historic range of variability in piñon-juniper woodlands of western Colorado can be summarized by a model illustrating the typical management approach to woodlands throughout the West (Fig. 3.1).  The model hypothesizes that a shift in vegetation structure occurred as a result of removal of forage by introduced grazers.  Removal of forage is thought to have lengthened the natural fire return interval.  Implicit in this model is the belief that there has been a detectable shift in the structure of vegetation since the introduction of livestock, which occurred in 1881 in the Uncompahgre Plateau area.  Detecting a shift in vegetation structure depends upon characterization of the range of physical structures present in the landscape today and a reconstruction of the structures that were present on the landscape prior to 1881.

The purpose of this chapter is to characterize woodlands in the current landscape in order to test the assumptions about the current structure implied by the Conventional Model.  Specifically, the structural variability in the current landscape was quantified by collecting data that expressed:  the size-frequency distribution of diameters of all live and dead trees, including any trees taller than 20 cm; age-frequency distributions of trees within stands and across landscapes; and evidence of disturbance within each sampled stand.  Additional data were collected to describe the physical environment in order to be able to relate derived characteristics, such as stand basal areas and stem densities, to topographic gradients.  Structural data



Figure 3.1. Conventional Model of the historic variability for piñon-juniper woodlands and changes that are believed to have occurred as a result of historic management practices.

48

presented in this chapter will be used in later chapters to examine other implicit and explicit assumptions of the Conventional Model with respect to piñon-juniper woodlands in western Colorado.

The hypotheses that will be addressed in this chapter derive from assumptions of the Conventional Model:

1:  A detectable shift in the distribution of woodland seral stages occurred after 1881. Prior to 1881, most sites supported early- to mid-seral stages (site dominated by grasses and shrubs, *sensu* Arnold et al. 1964), with trees that were 35 years old or less, based on the upper bracket of the presumed fire return interval of 0-35 years. Prior to 1880, old-growth (> 200 years, *sensu* Moir 1992) or late-seral stages were restricted to steep and rocky slopes or other sites of low productivity and comprised a small proportion of the landscape. *Thus, stands that are currently older than 200 years will comprise less than 10% of the landscape based on tree ages that have been reported by previous studies of Great Basin and Colorado Plateau woodlands* (reviewed in Miller and Tausch 2001).

2.  A detectable increase in tree density occurred after 1881 in pre-existing woodlands as a result of fire exclusion and/or reduced competition with grasses (Tausch et al. 1981, Allen 1989, West and Young 2000).  *Thus, the majority of trees across stands will post-date 1845* (1881 minus the upper limit of the fire return interval).

BLM_0044755

49

## 3.2 METHODS

An intensive study of woodland structures was carried out in the Uncompahgre Plateau region of western Colorado.  Woodland structures were characterized for 136 plots in four distinct sampling areas between 2000 and 2003. The sampling areas were chosen to represent much of the range of variability likely to be encountered in woodlands of the study area, with sampling focused on woodlands comprising a piñon pine component.  This study did not attempt to characterize juniper savannas that occur at elevations below the range of piñon pine trees.

The research design was modified several times throughout the course of the project in collaboration with resource specialists responsible for managing public lands in the study area.  Modifications were undertaken to insure that the information obtained was representative of the study area in general, and would apply to current plans for vegetation management.  Initially, the goal of the project was to sample woodlands that were relatively free of evidence of human use in order to reconstruct the historic dynamics of woodlands in the study area.  Pristine natural areas have long been sought for reconstructive studies since natural patterns are removed or obscured by clearing, logging, road building and other disruptive human activities. However, since this study was also motivated by management concerns regarding the natural range of variability of modern woodlands and the applicability of reconstructed dynamics to future vegetation management, resource specialists were concerned that such a study – limited only to less disturbed sites -- might not reflect the present and future trajectories of dynamics likely for more highly-impacted woodlands in the study area.  Management objectives, as opposed to academic research, tend to be directed toward more disturbed portions of the landscape since

BLM_0044756

50

these are the sites most in need of management actions.  The end result of incorporating management concerns was a sampling scheme that measured current and past structures in sites where the degree of human impact ranged from relatively pristine wilderness to sites that were highly-impacted by anthropogenic disturbance.

The initial pilot study in 2000 censused stand structures within 30 m by 30 m square plots in the Dominguez Wilderness Study Area (Fig. 3.2a).  This area was initially chosen because it has relatively few developed roads compared to other parts of the plateau, and is not easily accessible from main roads in the Uncompahgre River Valley.  The landscape is primarily used for grazing, and by hunters in the autumn.  The single inholding within the sampling area is state land managed by the Colorado Division of Wildlife.  The study area is bounded by Little Dominguez Creek on the north and Escalante Creek on the south, both of which are deep canyons that limit accessibility from below (on the north side of the study area). The topography in this area is composed of long, gently-sloping mesa tops dissected by linear drainages.  The primary portions of much of the mesa tops and valley bottoms are covered by sagebrush, with piñon pine tending to be limited to the periphery of most (but not all) mesa tops and the sides of draws.  Jeep tracks bisect linear mesa-tops in the higher-elevation portions of the sampling area (southern third of polygon), but motorized travel becomes increasingly more difficult as you travel north because of steep escarpments that run transverse to the direction of the elevation gradient. Elevations in the northern part of the sampling area become increasingly lower with the consequence that juniper trees become increasingly dominant and piñon pine trees become increasingly more shrub-like and sparsely distributed.

Initial counts of tree rings sampled from the Dominguez Wilderness Study Area indicated that many trees were older than 200 years.  This result was

BLM_0044757

51



Figure 3.2.  Spatial distribution of sites within sampling areas.   A).  Dominguez Wilderness Study Area (DWSA);  b) Windy Point and Atkinson Mesa (WP);   c) Gunnison Gorge and Black Canyon National Park (GG) (polygons do not include steep rock faces of the inner gorge);  d) Sims Mesa and upper Government Springs (SM).  See Fig. 1.1 for locations with respect to one another.  Stand Age-classes indicated by shape of site symbol:  ○  0 to 149 yrs,  □  150 to 299 yrs,  △  300 to 449 yrs,  ◇  450 to 600 yrs,  ⚭  > 600 yrs.

BLM_0044758

52



Figure 3.2 continued.

unexpected based on assumptions of the conventional model (Fig. 3.1), and concern

was raised by contacts at the Bureau of Land Management in Montrose that this

area may not represent woodlands in the remainder of the Uncompahgre Plateau.

The Dominguez Wilderness Study Area is located in the rain shadow of the crest of

the plateau.  Fewer fire starts have been recorded in this area over the years

compared to other parts of the Uncompahgre Plateau, possibly indicating a

difference in weather pattern and fire regime compared to other parts of the

Uncompahgre Plateau.  In addition, it was suggested that sampling within the square

plots may have been subjectively focused on older-looking trees with the result that

the true range of structural variability in a given woodland stand was missed.  This

type of problem would be more typical where plot size was small (i.e., 30 x 30

meters) relative to the total size of a stand.

In response to the concern that the initial sampling area was not

representative of the remainder of the Uncompahgre Plateau, an additional sampling

area was added on the western slope of the plateau (Fig. 3.2b).  The Windy Point

area was chosen for two reasons.  The first reason is that, like the Dominguez

Wilderness Study Area, the density of developed roads is low relative to much of the

western slope of the Uncompahgre Plateau.  The second reason is that fire starts

appear to be relatively frequent in this area compared to the Dominguez Wilderness

Study Area, with fires believed historically to have been limited in extent by highly-

dissected topography.  The elevation gradient in this portion of the Uncompahgre

Plateau rises more steeply than that on the eastern slope, and storm tracks are

believed to follow the major drainages, particularly Campbell Creek.  Sampling sites

on the western slope of the Uncompahgre Plateau would provide a contrast and a

check on patterns identified in the initial sampling sites on the eastern slope of the

plateau.  In addition, a change in sampling design from small, fixed-size plots to

BLM_0044760

subsampling from long transects would combat limitations of the initial sampling design by spreading sampling throughout a stand.

The Windy Point sampling area had evidence of historic use by humans, probably because of its proximity to relatively high population densities during earlier mining booms.  Currently the main landuses are ranching and hunting.  The Windy Point sampling area includes parts of six private inholdings, most of which are active cattle ranches.  The ranches are associated with the primary drainages:  Spring Creek, Campbell Creek, and Shavano Creek  –  all tributaries to Tabeguache Creek. Apart from use as range associated with ranches, the other primary use of this area is by hunters, though the overall density of hunter use each year is much less than on the Dominguez Wilderness Study Area because of rougher terrain.  The landscape is riddled with old jeep trails, probably created by a combination of prospecting, ranching, and harvesting of fence posts and fire wood.  Consequently, significant woodcutting is evident close to many old and recent roads. However, Windy Point lies to the south of the historic mining district, which was yet more heavily impacted by human disturbance.

In addition to sampling the two areas of the Uncompahgre Plateau with low road densities, sites were also sampled in the Gunnison Gorge/ Black Canyon area east of the Uncompahgre Plateau on the north side of the Uncompahgre River Valley (Fig. 3.2c).  The Gunnison Gorge area was sampled to provide a third, distinct sampling area with low post-settlement impact.  The Gunnison Gorge landscape is distinct from the Uncompahgre Plateau.  It is isolated from other woodlands in the region by broad valleys on the north and south sides, and by high elevations to the east.  The upland areas of the Gunnison Gorge have relatively few roads or trails in the woodland zone and the northern rim, in particular, has been less used by humans than the areas sampled on the Uncompahgre Plateau have been.

Historically, portions of the Gunnison Gorge were grazed by sheep as well as cattle, with cattle range continuing on the north side of the gorge to the present in the Green Mountain area.  The Black Canyon of the Gunnison was designated as a National Monument in 1933 and upgraded to National Park status in 1999.  The current boundaries of the national park include a wilderness area on the northwest side of the park which abuts the Gunnison Gorge Wilderness Study Area administered by the Bureau of Land Management.  The majority of sampling was conducted in wilderness areas.

A fourth sampling area, Sims Mesa, was added because of concern by resource specialists that no areas with currently high human-impact were being sampled (Fig. 3.2d).  The Sims Mesa sampling area is an area with a high density of roads and is surrounded on all sides by private development.  Historically it was used for grazing, but grazing permits have recently been transferred to the Colorado Division of Wildlife, who is seeking to improve the quality of the habitat for winter use by large game.  The Sims Mesa area includes a number of private inholdings that were not sampled.  The majority of the Sims Mesa sampling area is on Bureau of Land Management land, where there has been extensive tree removal projects beginning in the 1950s to decrease the amount of landscape covered by mature woodlands and to increase forage and browse for livestock or game.  To reduce the subjectivity of plot placement and to accommodate fragmentation of the Sims Mesa area by vegetation treatments, sampling was accomplished through a complete census within an array of small, fixed-size plots.  Some plots were located on the perimeters of vegetation treatments, but none occur within areas of extensive tree removal.  Plots were arrayed from high to low elevation and separated by fixed distances in the north-south and east-west directions.  In addition, a similar array of

plots was sampled in the Windy Point area, which was previously sampled using the point-center quarter method.

Together, the four sampling areas represent sites ranging from highly disrupted (Sims Mesa) to relatively pristine condition (Gunnison Gorge and Dominguez Wilderness Study Area).  Even though sampling methods varied between studies, similar types of data were collected in order to characterize the current variability of woodlands and to provide materials for reconstructing historic stand structures and dynamics (Table 3.1).  Methods used for individual studies are described below, but results for all studies will be presented together.  Stand data were converted to hectare area-units in order to facilitate comparison between studies.

### 3.2.1  Detailed stand reconstructions:  Dominguez Wilderness Study Area (DWSA)

Twenty 30 x 30 meter plots were sampled in the Dominguez Creek Wilderness Study Area between Escalante Creek and Little Dominguez Creek (Table 3.1).  The sampling area was stratified by slope gradient and aspect, with slope classes of <5º, ≥5º to 30º, and > 30º, and four aspect classes representing north, south, east, and west.  Ten plots were subjectively located on north aspects and ten on south aspects between 5º and 30º slope gradient.  Sampling was limited to north versus south slopes in order to capture the greatest degree of variation in physical stand structures.  Sampling was concentrated in sites above 2000 meters in order to focus on stands in which piñon pine was a dominant component.  All sites were delineated on the map prior to entering the field so that the physical appearance of the site would not influence site selection.

Table 3.1.  Summary table of sampling methods and parameters measured for three studies carried out in the Uncompahgre Plateau region between 2000 and 2003.  Location abbreviations are:  DWSA = Dominguez Wilderness Study Area; WP = Windy Point; GG = Gunnison Gorge; SM = Sims Mesa. DRC is diameter at the root collar.

| | NAME OF STUDY | | |
| METHODS USED | Detailed Stand Reconstruction | Transect Study | Circular Plots |
| --- | --- | --- | --- |
| Sampling Methods | Census 30m x 30 m square plots | Point-center quarter method | Census circular plots, 10 m radius |
| Locations Applied | DWSA | WP GG DWSA (F sites) | WP SM |
| Plots Sampled | 20 | 41 | 75 |
| Site Limitations | North & South aspects, 5-30º slopes, piñon-dominated | Any slope or aspect | Array with 1 km spacing, parallel to elevation gradient |
| Parameters Measured | | | |
| Live Trees | species, DRC | species, DRC | species, DRC, visual inspection for bark beetles, mistletoe |
| Dead Trees | species, diameter if standing | species, diameter, decay class | species, diameter, decay class |
| Tree-Ring Samples | All live pines | Two cores from pines at most point centers, All dead pines within 5 m of point center | 2-3 pine trees in dominant size classes |
| Saplings ( < 2 m tall) | Count by species | species, DRC | species, DRC |
| Seedlings ( < 20 cm tall) | subjective sample | subsample species in one quarter of each point center | subsample species in one quarter of each plot |
| Physical Site | Elevation, Aspect, Slope | Elevation, Aspect, Slope | Elevation, Aspect, Slope |
| Soil | not sampled | not sampled | depth, texture, % coarse fraction |

BLM_0044764

Every tree taller than 2 meters was mapped and a tree-core sample was collected from each piñon pine tree for age analysis.  The majority of cores were collected from 10 cm above the ground.  Species and diameter at the root collar (DRC) were recorded for each tree.  Juniper trees were not aged.  A complete census of all trees in the plots characterizes the age and size distributions present in each.  Dead-standing trees that were rooted in the plot were recorded by species and diameter at the root collar (DRC), but logs > 4 cm DRC were only tallied by species.   All saplings (between 20 cm and 2 m tall) were tallied by species.  A variable number of seedlings (< 20 cm tall) were collected from each plot in order to provide estimates of ages for the range of coring heights for sampled trees.

### 3.2.1.1  Processing samples

All tree-ring samples were mounted and surfaced in preparation for analysis using standard methods for dendrochronology (Stokes and Smiley 1968). Initially samples were crossdated using a *Pinus edulis* tree-ring chronology from Dolores, Colorado (1270-1978 A.D., r = 0.757, Harlan 2000).

Tree ages were determined from the number of growth rings on crossdated cores.  Age adjustments were made for samples that missed the tree pith by first estimating the distance between the inner-most tree ring and the pith using a template of concentric circles (Applequist 1958), and second by multiplying this distance by an empirically-determined factor based on the average number of rings per mm for the first 10 mm of complete cores [correction to pith = (3.7 rings) * (mm from pith); SD = 11.9 rings/10mm; N = 226 cores ].  This method was employed because the initial growth of piñon pine seedlings is very slow, with several to many rings per mm within the first 5 to 10 mm from the pith.  Early growth is too slow (tree rings are too narrow) to be able to use a method such as Duncan's (1989) method,

BLM_0044765

which depends upon accurately measuring the width of the innermost rings that are present.  The number of years estimated to occur between the pith and the innermost ring was added to the ring count.  An additional correction factor was added to the core age to correct for the time needed for each sampled tree to reach the coring height.  The age-to-coring-height correction was determined empirically from regression of seedling age with seedling height [Correction for Coring Height = (0.9118) * (height in cm), $R^2$=0.55].  Thus, the two correction factors (one for incomplete cores and one for sampling height) add additional years to the ring counts, but are assumed to more accurately reflect the total age of each sampled tree.  Annual resolution of establishment dates is not possible for piñon pine trees in the study area and tree ages, therefore, are reported in twenty-year age classes.

### 3.2.1.2  Estimates of stand age

After all data from each stand were processed, stand ages were estimated based on several lines of evidence.  The primary evidence came from the ages of the oldest piñon pine trees in each woodland stand.  These data were inspected using both diameter frequency-distributions and diameter-by-age scatter plots.  Raw data used to determine stand age are presented in the Appendix.  Most stands had one to several trees that were significantly older than the majority of trees.  Where significant time has passed since stand initiation or a major disturbance event it is not possible to distinguish whether old trees were relicts from a previous stand, or were members of an early cohort in the current stand.  In most cases, stand-age estimates do not include outliers if old trees were clumped together and not dispersed throughout the stand.  To be conservative, where a gap existed between the majority of tree ages and the oldest trees, stand age estimates represent the point in time when at least two to three trees were present.  All stand ages are based

BLM_0044766

on samples collected from piñon pine trees only.  Though juniper trees might be older in some stands, their ages were not sampled since they are difficult to accurately cross-date.  This probably introduces significant error for some stands, particularly where juniper trees dominate the stand basal area.  Other contributing lines of evidence used to estimate stand ages were based on diameter frequency distributions of both piñon pine and juniper trees and on the distribution of sizes and stages of decay of dead trees.

### 3.2.2  Transect study:  Windy Point (WP), and Gunnison Gorge/ Black Canyon of the Gunnison National Park (GG)

Nineteen transects each were sampled in the Windy Point and Gunnison Gorge sampling areas (Table 3.1).  Sample sites were chosen by overlaying a grid of consecutively-numbered points with 1 km-spacing onto a map of the sampling area.  A random numbers table was used to select sites.  Some points were skipped because of difficulty with access or because they fell outside of the woodland type; in that case the next random number was selected.  Data and samples were collected from transects using the point-centered quarter method (Barbour et al 1987).  Transects were used in order to sub-sample structural variation over a longer distance than could be collected from a fixed-size plot, and to overcome the patchiness of woodlands that may possibly confound data collected from within smaller, fixed-size plots.

Point-centers along transects were located at least 25 meters apart (up to 35 meters) in order to avoid sampling the same trees at adjacent points.  A uniform distance between point centers was used for each transect.  Most transects at Windy Point had 20 point-centers, except for one site with more homogeneous tree-spacing, tree sizes, and tree ages;  fewer point-centers were sampled at GG

transects.  At the Gunnison Gorge sites, all transects had at least 12 point-centers, with two piñon cores collected from each. For both sampling areas, if an entire transect did not fit into the sampled stand it was broken into shorter legs that were separated by at least 30 meters.

Each point center was divided into 4 quadrants and the closest tree (taller than 2 meters or greater than 7 cm DRC) and the closest sapling (less than 2 meters and less than 7 cm DRC) were recorded by species.   Cores were collected from sampled trees in quadrants 2 and 4 if they were piñon pine trees; if not, a core was collected from the piñon pine tree in the next quadrant.  If fewer than two of the closest trees at a point center were piñon pines, then the core samples were taken from the piñon pine tree in quadrant 2 or 4 that was closest to the point center.  The supplemental trees were not used to determine species composition or tree density; they only were used to improve age-structure data.  Most cores were collected from a height of approximately 10 cm.  In addition to data and sample collection from live trees and saplings, all dead standing or fallen trees that had been rooted into a 5 m-radius circle surrounding each point-center were recorded by species, diameter and decay class (Table 3.2).   Partial cross-sections or increment cores were collected from near the base of dead piñon pine trees in sampling area GG only.

Samples were processed and stand ages were determined as described for the detailed stand structure study.  The same corrections for missed piths and age to coring height used for processing samples from the intensive stand reconstruction were applied to samples from the transect study.  Additionally, partial cross-sections and cores from dead trees sampled in the Gunnison Gorge sampling area were crossdated using the tree-ring chronologies developed from living trees at DWSA and a piñon pine chronology from Dolores, Colorado (Harlan 2000).

In addition to 19 plots sampled in WP, three additional sites were sampled in

62

Table 3.2.  Characteristics used to define decay classes for dead trees in piñon-juniper woodlands (adapted from Harmon et al. 1986).

| Characteristic | Decay Classes | | | |
|---|---|---|---|---|
| | I | II | III | IV |
| **Bark** | intact | slightly peeling to mostly gone | mostly gone, deteriorated | none |
| **Twigs** | lifelike | sparse | none | none |
| **Branches** | lifelike | lifelike | few if any | none |
| **Roots** | intact | intact | rotted away | rotted away |
| **Portion of Tree On Ground** | ← elevated between two fixed points → | | slumped between many fixed points | no structural support |

BLM_0044769

63

the DWSA sampling area.  The additional plots were located on sites with slopes less than 5 degrees, since these types of sites were not sampled in the original study of detailed stand structure at DWSA.  All three sites were located on mesa tops. New sites at DWSA were sampled using the point-centered quarter method developed for WP.

### 3.2.3  Circular plots:  Windy Point (WP) and Sims Mesa (SM)

Seventy-five circular plots were sampled from two separate sampling arrays that were oriented parallel to the elevation gradient (Table 3.1).  An array of small, circular plots was used to systematically sample the full range of structural variation found across a sampling area.  One array was located west of the town of Nucla, near Campbell Creek, and overlapped the transect study sampling area at WP (Table 3.1).  The other was located on Sims Mesa and Government Springs.  Each plot was 314 m$^2$ (.03 ha).  Plots were separated by approximately 1 km spacing at WP and the southern ¾ of SM (higher elevations).  In the northern ¼ of SM, plots were separated by 0.5 km to capture the pattern of tree invasion into sagebrush shrubland.  In both sampling areas the arrays were aligned along the elevation gradient, but in the SM area sampling was constrained at the highest and lowest elevations by property boundaries between public and private lands.  In the WP area private inholdings were excluded from sampling, but private land was not situated on the upper and lower ecotones.

Within each plot, all live and dead trees were recorded by species.  Tree diameters were measured at the root collar for all trees taller than 2 meters.  Dead trees were classified into decay categories by qualitatively scoring the degree of decay (0-2) for needles, twigs, branches, bark, and structural support (propped up by branches vs collapsed vs very deteriorated).  This classification fits into the

64

classification used previously (Table 3.2), but resulted in less ambiguity for borderline cases.

Total soil depth was measured at one location within each circular plot using a bucket auger. The depth limitation of the tool was 1.75 meters, and was only exceeded in 4 of 75 plots. The auger was turned down into the soil until bedrock or large rocks were struck. Many plots on shallow soils were underlain by outcrops or large rocks that impeded the soil auger. Soil may occur below the rocks but could not be measured using the auger. Therefore, the soil depth is reported as the total depth from the surface until the auger was impeded by large rocks. Soil depth was recorded for each soil layer within the profile that appeared similar in texture or in which the size and/or distribution of the coarse fraction appeared to change. Actual soil horizons were not identified. Each identified layer was sieved to separate out the coarse fraction and to estimate the percent volume of soil composed of clasts that were larger than sand grains. The total percent coarse fraction for the soil profile was calculated according to:

$$\text{total coarse fraction} = \frac{\sum (\text{coarse fraction} * \text{depth of each layer})_i}{\text{Total soil depth to rock}}$$

In addition, the percent of the surface of each plot covered by rocks of any size was estimated using the following nine percent-cover classes: 1 = <1%, 2 = 1-5%, 3 = 6-10%, 4 = 11-15%, 5 = 16-25%, 6 = 26-50%, 7 = 51-75%, 8 = 76-95%, 9 = >95%.

Each site and its surrounding area were searched for evidence of stand disturbance. Dead trees were assumed to be recently dead (last 5 years) if twigs and branches were present in lifelike amounts, bark was mostly intact, and the dead tree was standing or supported above the ground by branches if fallen. Notes were made if visual evidence of bark beetles were present; otherwise cause of death was

BLM_0044771

recorded as unknown.  Bark was not removed from trees to expose bark beetles.
Notes were made for each tree killed by woodcutting.  Up to six piñon pine trees from
inside the plot or nearby were cored to provide estimates of stand ages for dominant
size cohorts and to develop age-diameter relationships for unsampled trees.  Trees
outside the plot were used only when equivalent large or old trees were not rooted
into the plot.  Most cores were collected from a height of 10 cm.  Samples were not
collected from juniper trees or fallen trees of either species.  Samples were
processed as described for the detailed stand structure in the DWSA sampling area.

### 3.3  RESULTS

#### 3.3.1  Tree ages and crossdating

Altogether, ages were determined for 2319 trees from 136 plots across four
sampling areas (Table 3.3).  Seventy-five percent of tree-cores were successfully
crossdated.  The remaining 25% of tree-ring samples were counted, but cross-dating
was unsuccessful because of either complacent growth or severe suppressions and
multiple missing tree rings.  Counts of rings on cores most likely represent minimum
ages, since false rings were rarely observed.  Some sites had trees with more than
10% of rings missing, but in many cases cores were still crossdatable.  Difficulties
with crossdating were a greater problem for long ring-sequences.  The majority of the
25% of cores not completely crossdated were crossdated beyond some year, but
were only counted prior to this period.

Similar proportions of cross-sections from dead trees in the GG sampling
area were crossdated (Table 3.3).  Inner-ring dates suggested that many of the dead
trees had established well before living trees did, and many had life spans of several
hundred years.  Missing rings occurred in all centuries, but few false rings were

BLM_0044772

Table 3.3.  Summary of piñon pine samples from the Uncompahgre Plateau region that were collected and processed.

| Study | Sampling Area | # Plots | Cores Collected | Cores Crossdated | Cross-Sections From Logs Dated |
|---|---|---|---|---|---|
| Detailed Stand Structure | DWSA | 23* | 911 | 612 | n/a |
| Transect Study | WP | 19 | 787 | 575 | n/a |
| Transect Study | GG | 19 | 371 | 299 | 206 (N = 271) |
| Circular Plot Study | WP | 43 | 181 | 169 | n/a |
| Circular Plot Study | SM | 32 | 99 | 93 | n/a |
| | *Total* | *136* | *2,319* | *1,748* | *206* |

* 19 plots were sampled for intensive stand reconstructions at DWSA.  Three additional sites were sampled at DWSA in 2002 using transect study (See Table 3.1).

BLM_0044773

encountered.  Mortality dates could not be determined for trees that had died prior to 1900 because of significant loss of the outer rings.

Establishment dates for dead trees (from the transect study at GG only) were used to corroborate or refine interpretations of stand histories based on ages of living trees.  Three general types of stand structures were identified based on the pattern of establishment dates for live and dead trees (Fig. 3.3).  A few sites had a clear, post-fire structure where the life spans of dead trees clearly pre-date establishment of living trees (Fig. 3.3a).  Charcoal was found on dead trees of both species.  The second type of structure was also a post-fire structure, typically found on gently sloping sites toward higher elevation.  This type of post-fire stand was broadly even-aged (Fig. 3.3b), with the distribution of diameters of dead trees reflecting that of living trees (Fig. 3.4b).  The tree age structures suggested a long period of density-dependent thinning with little recruitment for the last several hundred years (Fig. 3.3b).  The third kind of structure was found on sites where no fire evidence was found (Fig. 3.3c).  The life spans of dead trees overlapped with establishment of living trees, and the distribution of diameters of dead pine trees was similar to that of living trees, with a peak in the 10-20 cm DRC class (Fig. 3.4c).  The peak number of dead trees in the 10-20 cm DRC class occurred in most old-growth sites, including both post-fire and non-fire sites.  Size structures for sampled plots are in the Appendix.

### 3.3.2  Tree age and stand age characteristics

Structural attributes of individual stands varied considerably within and among sampling areas (Table 3.4).  Stand ages range from 40 years to more than 700 years, based on the ages of piñon pine trees (Fig. 3.5).  Peak stand age, based on the ages of pine trees only, is 200-250 years (N = 31 of 136 stands).  Stand ages

68



Figure 3.3.  Age-frequency distributions for selected post-fire and old-growth sites. Samples are from both live and dead piñon pine trees (> 4 cm DRC).  a) Younger post-fire site on steeply sloping ground, GG-489; b)  Broadly even-aged, post-fire site on level ground, GG-437; and c)  Old-growth site on moderate slope with continual recruitment and mortality, and no evidence of a past fire, GG-102.  ■ = dead pine, □ = living pine.

BLM_0044775



Figure 3.4.  Diameter-frequency distributions for live and dead piñon pine trees at three Gunnison Gorge sites.  a) Younger post-fire site, GG-489; b)  Broadly even-aged, post-fire site, GG-437; and c)  Old-growth site, GG-102.  ■ = juniper trees, □ = piñon pine trees.

Table 3.4.  Stand summaries by study area for all sites sampled in Uncompahgre Plateau area.  See Fig. 1.1 for sample area locations, and Appendix for raw diameter and age data.

| Site | Elev (m) | Aspect | Slope (°) | Stand Age[1] | Live Trees #/ha | Live Trees % pine | Basal Area (m²)/ha | Basal Area %pine | Saplings #/ha | Saplings %pine | Seedlings #/ha | Seedlings %pine |
|------|------|--------|-------|------|------|------|------|------|------|------|------|------|
| **Intensive Stand Reconstruction** | | | | | | | | | | | | |
| DWSA-F1 | 2367 | E | 3 | 540 | 485 | 71 | 44 | 70 | 146 | 58 | . | . |
| DWSA-F2 | 2277 | E | 5 | 520 | 652 | 71 | 48 | 62 | 205 | 73 | . | . |
| DWSA-F3 | 2196 | NE | 3 | 420 | 525 | 69 | 38 | 41 | 532 | 88 | . | . |
| DWSA-N1 | 2159 | N | 14 | 400 | 1167 | 78 | 57 | 32 | 978 | 95 | . | . |
| DWSA-N2 | 2186 | NW | 16 | 240 | 811 | 71 | 38 | 39 | 100 | 89 | . | . |
| DWSA-N3 | 1984 | SE | 10 | 340 | 956 | 72 | 44 | 44 | 367 | 79 | . | . |
| DWSA-N4 | 2130 | N | 19 | 220 | 956 | 66 | 41 | 37 | 544 | 92 | . | . |
| DWSA-N5 | 2152 | NW | 20 | 250 | 989 | 65 | 41 | 34 | 444 | 95 | . | . |
| DWSA-N6 | 2158 | NW | 22 | 375 | 1078 | 74 | 68 | 29 | 600 | 98 | . | . |
| DWSA-N7 | 2328 | N | 24 | 290 | 767 | 81 | 32 | 82 | 133 | 83 | . | . |
| DWSA-N8 | 2314 | NE | 20 | 440 | 467 | 95 | 20 | 97 | 11 | 100 | . | . |
| DWSA-N9 | 2221 | N | 20 | 450 | 622 | 89 | 30 | 94 | 178 | 94 | . | . |
| DWSA-N10 | 2419 | NW | 12 | 200 | 356 | 100 | 31 | 100 | 0 | 0 | . | . |
| DWSA-S1 | 2169 | S | 22 | 400 | 356 | 47 | 31 | 24 | . | . | . | . |
| DWSA-S2 | 2177 | S | 23 | 420 | 522 | 43 | 66 | 13 | 111 | 100 | . | . |
| DWSA-S3 | 2130 | S | 30 | 650 | 378 | 56 | 63 | 35 | 133 | 67 | . | . |
| DWSA-S4 | 2125 | S | 23 | 340 | 433 | 49 | 31 | 23 | 222 | 80 | . | . |
| DWSA-S5 | 2215 | SE | 7 | 380 | 1189 | 28 | 67 | 17 | 389 | 91 | . | . |
| DWSA-S6 | 2328 | S | 15 | 400 | 1056 | 78 | 45 | 31 | 878 | 97 | . | . |
| DWSA-S7 | 2376 | SE | 25 | 420 | 478 | 58 | 42 | 30 | 256 | 87 | . | . |
| DWSA-S8 | 2422 | SW | 20 | 520 | 667 | 67 | 44 | 41 | 167 | 87 | . | . |
| DWSA-S9 | 2206 | S | 22 | 440 | 578 | 73 | 39 | 47 | 56 | 60 | . | . |
| DWSA-S10 | 2308 | SW | 18 | 425 | 467 | 69 | 44 | 40 | 200 | 100 | . | . |

continued

Table 3.4.  continued.

| Site | Elev | Aspect | Slope | Stand | Live Trees | | Basal Area | | Saplings | | Seedlings | |
|------|------|--------|-------|-------|------|--------|--------|-------|------|-------|------|-------|
| | (m) | | (°) | Age[1] | #/ha | % pine | (m²)/ha | %pine | #/ha | %pine | #/ha | %pine |
| **Transect Study** | | | | | | | | | | | | |
| WP-1a | 2116 | SW | 5 | 600 | 1035 | 68 | 58 | 60 | 690 | 79 | . | . |
| WP-2 | 2216 | S | 9 | 225 | 1175 | 73 | 45 | 54 | 551 | 73 | . | . |
| WP-4 | 2056 | S | 6 | 380 | 624 | 59 | 39 | 39 | 515 | 85 | . | . |
| WP-5 | 2096 | SW | 5 | 120 | 351 | 31 | 16 | 15 | 455 | 63 | . | . |
| WP-6 | 2141 | W | 8 | 160 | 519 | 55 | 25 | 21 | 821 | 79 | . | . |
| WP-7 | 2166 | S | 9 | 140 | 535 | 63 | 20 | 33 | 776 | 69 | . | . |
| WP-11 | 2016 | W | 4 | 260 | 918 | 64 | 45 | 23 | 571 | 85 | . | . |
| WP-12 | 1931 | SW | 4 | 300 | 725 | 46 | 50 | 18 | 400 | 81 | . | . |
| WP-13 | 2081 | S | 6 | 480 | 884 | 65 | 36 | 33 | 727 | 89 | . | . |
| WP-14 | 2191 | S | 11 | 400 | 850 | 74 | 36 | 51 | 922 | 95 | . | . |
| WP-15 | 2307 | SE | 25 | 420 | 1140 | 84 | 64 | 56 | 479 | 99 | . | . |
| WP-16 | 2081 | SE | 7 | 480 | 755 | 66 | 31 | 42 | 810 | 88 | . | . |
| WP-17 | 1875 | W | 7 | 380 | 611 | 24 | 49 | 6 | 185 | 81 | . | . |
| WP-18 | 1941 | S | 5 | 240 | 674 | 47 | 30 | 16 | 326 | 81 | . | . |
| WP-19 | 1850 | SW | 9 | 320 | 638 | 45 | 49 | 14 | 144 | 88 | . | . |
| WP-20 | 1986 | S | 3 | 240 | 513 | 43 | 36 | 11 | 329 | 79 | . | . |
| WP-21 | 2262 | SW | 11 | 100 | 658 | 86 | 22 | 78 | 660 | 89 | . | . |
| WP-25 | 1850 | SW | 8 | 300 | 627 | 36 | 51 | 11 | 226 | 68 | . | . |
| WP-26 | 2146 | S | 14 | 420 | 516 | 46 | 46 | 16 | 505 | 98 | . | . |
| **Transect Study** | | | | | | | | | | | | |
| GG-73 | 2559 | SE | 20 | 550 | 482 | 58 | 64 | 53 | 70 | 66 | 550 | 90 |
| GG-75 | 2461 | W | 5 | 150 | 175 | 95 | 4 | 94 | 257 | 71 | 3626 | 91 |
| GG-79 | 2349 | NW, E | 5 | 675 | 262 | 65 | 39 | 61 | 101 | 53 | 566 | 85 |
| GG-95 | 2224 | SW | 27 | 365 | 187 | 33 | 33 | 8 | 78 | 68 | 109 | 85 |
| GG-102 | 2120 | W | 19 | 500 | 337 | 59 | 36 | 19 | 170 | 89 | 318 | 86 |

Continued.

BLM_0044778

Table 3.4. Continued.

| Site | Elev | Aspect | Slope | Stand | Live Trees | | Basal Area | | Saplings | | Seedlings | |
|------|------|--------|-------|-------|------------|------|------------|-------|----------|-------|-----------|-------|
| | (m) | | (°) | Age[1] | #/ha | % pine | (m²)/ha | %pine | #/ha | %pine | #/ha | %pine |
| **Transect Study** | | | | | | | | | | | | |
| GG-103 | 2149 | W, NW | 15 | 500 | 524 | 63 | 58 | 32 | 394 | 85 | 2264 | 91 |
| GG-127 | 2221 | W, NW | 14 | 450 | 124 | 42 | 17 | 15 | 177 | 87 | 702 | 96 |
| GG-134 | 2202 | W | 33 | 350 | 233 | 21 | 45 | 3 | 84 | 67 | 53 | 69 |
| GG-144 | 2461 | W | 23 | 450 | 253 | 66 | 34 | 52 | 74 | 76 | 61 | 100 |
| GG-158 | 2350 | SW, W | 28 | 350 | 215 | 47 | 45 | 5 | 118 | 85 | 146 | 97 |
| GG-188 | 2587 | SE, S | 27 | 200 | 370 | 73 | 33 | 41 | 174 | 60 | 552 | 78 |
| GG-199 | 2448 | SE, SW | 7 | 500 | 278 | 48 | 41 | 34 | 113 | 66 | 1236 | 84 |
| GG-355 | 1967 | E | 15 | 300 | 391 | 11 | 34 | 4 | 197 | 21 | 82 | 31 |
| GG-410 | 2124 | W | 9 | 250 | 717 | 13 | 76 | 2 | 259 | 46 | 222 | 43 |
| GG-437 | 2380 | NW | 6 | 500 | 521 | 77 | 51 | 76 | 102 | 40 | 1646 | 92 |
| GG-487 | 2360 | S, NW | 4 | 450 | 325 | 52 | 32 | 51 | 96 | 58 | 4675 | 87 |
| GG-489 | 2295 | SW, S | 24 | 250 | 260 | 41 | 49 | 9 | 99 | 91 | 178 | 95 |
| GG-1039 | 2376 | SW | 10 | 250 | 1514 | 95 | 53 | 76 | 360 | 86 | 3633 | 99 |
| GG-1403 | 2107 | SW, W | 11 | 350 | 491 | 25 | 46 | 2 | 153 | 67 | 119 | 78 |
| **Circular Plot Study** | | | | | | | | | | | | |
| WP-1b | 2206 | W | 3 | 120 | 32 | 0 | 0 | 0 | 987 | 77 | 3183 | 100 |
| WP-27 | 2395 | WSW | 23 | 250 | 318 | 100 | 17 | 100 | 64 | 100 | 127 | 100 |
| WP-37 | 2168 | SSE | 5 | 90 | 477 | 73 | 8 | 24 | 1687 | 91 | 3692 | 76 |
| WP-38 | 2225 | WSW | 10 | 265 | 828 | 65 | 21 | 58 | 923 | 83 | 637 | 100 |
| WP-39 | 2285 | W | 5 | 90 | 159 | 100 | 3 | 100 | 223 | 100 | 255 | 100 |
| WP-40 | 2261 | S | 17 | 40 | 32 | 100 | 0 | 100 | 159 | 100 | 0 | 0 |
| WP-52 | 2226 | W | 6 | 115 | 318 | 100 | 2 | 100 | 891 | 93 | 1401 | 100 |
| WP-53 | 2199 | SW | 7 | 140 | 1401 | 82 | 30 | 72 | 1178 | 89 | 891 | 100 |
| WP-54 | 2273 | WSW | 2 | 210 | 637 | 85 | 44 | 83 | 1019 | 91 | 4329 | 100 |
| WP-67 | 2104 | WNW | 6 | 120 | 350 | 82 | 9 | 71 | 859 | 70 | 764 | 100 |

Continued.

Table 3.4.  Continued.

| Site | Elev | Aspect | Slope | Stand | Live Trees | | Basal Area | | Saplings | | Seedlings | |
|------|------|--------|-------|-------|------------|------|------------|-------|----------|-------|-----------|-------|
| | (m) | | (°) | Age[1] | #/ha | % pine | (m²)/ha | %pine | #/ha | %pine | #/ha | %pine |
| **Circular Plot Study** | | | | | | | | | | | | |
| WP-68 | 2119 | SE | 4 | 90 | 859 | 56 | 11 | 69 | 1305 | 73 | 891 | 100 |
| WP-69 | 2150 | S | 19 | 135 | 477 | 60 | 13 | 76 | 318 | 40 | 255 | 100 |
| WP-70 | 2153 | NE | 8 | 165 | 541 | 94 | 20 | 84 | 2355 | 89 | 5857 | 98 |
| WP-85 | 2041 | SW | 2 | 400 | 732 | 52 | 38 | 19 | 318 | 90 | 0 | 0 |
| WP-86 | 2060 | NW | 12 | 400 | 764 | 67 | 31 | 43 | 1146 | 86 | 637 | 80 |
| WP-87 | 2072 | SE | 8 | 430 | 1019 | 84 | 26 | 65 | 923 | 83 | 1146 | 100 |
| WP-88 | 2148 | S | 16 | 230 | 1082 | 56 | 58 | 15 | 541 | 94 | 255 | 100 |
| WP-107 | 2050 | N | 7 | 440 | 1050 | 79 | 26 | 52 | 1910 | 92 | 127 | 100 |
| WP-108 | 2108 | W | 5 | 240 | 1082 | 71 | 53 | 18 | 446 | 86 | 637 | 80 |
| WP-126 | 1980 | NW | 8 | 250 | 1910 | 73 | 32 | 46 | 1846 | 88 | 1019 | 100 |
| WP-127 | 2035 | SW | 4 | 290 | 764 | 67 | 24 | 34 | 2260 | 48 | 509 | 50 |
| WP-146 | 1966 | NNW | 9 | 225 | 987 | 84 | 20 | 53 | 541 | 82 | 382 | 100 |
| WP-147 | 1884 | SE | 13 | 375 | 891 | 61 | 48 | 36 | 286 | 33 | 382 | 100 |
| WP-165 | 1860 | NW | 3 | 325 | 605 | 53 | 40 | 22 | 541 | 59 | 891 | 86 |
| WP-166 | 1872 | ESE | 9 | 150 | 637 | 5 | 68 | 1 | 223 | 86 | 255 | 100 |
| WP-167 | 1919 | SE | 9 | 175 | 382 | 8 | 22 | 3 | 414 | 46 | 127 | 0 |
| WP-182 | 1793 | S | 9 | 270 | 541 | 12 | 51 | 5 | 95 | 0 | 0 | 0 |
| WP-183 | 1845 | W | 6 | 400 | 796 | 24 | 51 | 12 | 223 | 71 | 0 | 0 |
| WP-184 | 1838 | W | 6 | 400 | 376 | 41 | 36 | 18 | 486 | 77 | 0 | 0 |
| WP-198 | 1766 | W | 2 | 230 | 133 | 0 | 20 | 0 | 22 | 0 | 0 | 0 |
| WP-200 | 1807 | W | 3 | 410 | 464 | 33 | 39 | 6 | 221 | 80 | 0 | 0 |
| WP-212 | 1729 | WSW | 20 | 90 | 306 | 20 | 51 | 2 | 41 | 50 | 81 | 100 |

Continued.

Table 3.4.  Continued.

| Site | Elev | Aspect | Slope | Stand | Live Trees | | Basal Area | | Saplings | | Seedlings | |
|------|------|--------|-------|-------|------------|------|-----------|------|----------|------|-----------|------|
| | (m) | | (°) | Age[1] | #/ha | % pine | (m²)/ha | %pine | #/ha | %pine | #/ha | %pine |
| **Circular Plot Study** | | | | | | | | | | | | |
| SM-10* | 2078 | SW | 12 | 85 | 350 | 91 | 6 | 63 | 955 | 97 | 255 | 0 |
| SM-12* | 2056 | WNW | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 127 | 0 |
| SM-16* | 2025 | NNE | 3 | 60 | 0 | 0 | 0 | 0 | 223 | 100 | 0 | 0 |
| SM-18* | 2085 | NW | 8 | 250 | 923 | 34 | 29 | 11 | 1655 | 92 | 255 | 0 |
| SM-20* | 2058 | ENE | 4 | 90 | 446 | 79 | 3 | 78 | 764 | 17 | 509 | 50 |
| SM-25* | 2119 | SSE | 4 | 200 | 477 | 13 | 36 | 1 | 255 | 100 | 0 | 0 |
| SM-26* | 2117 | SW | 2 | 160 | 668 | 86 | 12 | 85 | 637 | 80 | 255 | 50 |
| SM-27* | 2090 | NNW | 2 | 270 | 464 | 48 | 23 | 15 | 133 | 100 | 0 | 0 |
| SM-28* | 2084 | NE | 4 | 85 | 372 | 92 | 3 | 90 | 350 | 91 | 127 | 0 |
| SM-29* | 2074 | NNE | 5 | 200 | 700 | 41 | 50 | 16 | 1401 | 100 | 1146 | 89 |
| SM-30* | 2067 | NE | 2 | 70 | 113 | 100 | 5 | 100 | 170 | 89 | 0 | 0 |
| SM-31* | 2052 | NW | 2 | 65 | 95 | 0 | 8 | 5 | 1082 | 65 | 0 | 0 |
| SM-34* | 2117 | NE | 2 | 120 | 987 | 87 | 12 | 83 | 987 | 71 | 0 | 0 |
| SM-36* | 2088 | N | 2 | 90 | 95 | 100 | 1 | 100 | 605 | 79 | 382 | 67 |
| SM-38* | 2152 | NW | 17 | 400 | 637 | 45 | 39 | 24 | 1050 | 100 | 255 | 50 |
| SM-42* | 2114 | NNE | 1 | 350 | 637 | 55 | 26 | 45 | 955 | 50 | 127 | 100 |
| SM-43* | 2091 | E | 5 | 210 | 223 | 86 | 3 | 96 | 1050 | 85 | 127 | 100 |
| SM-11 | 2063 | E | 6 | 65 | 191 | 67 | 3 | 88 | 1146 | 53 | 255 | 50 |
| SM-17 | 2108 | NE | 5 | 300 | 414 | 23 | 40 | 14 | 255 | 100 | 127 | 100 |
| SM-19 | 2080 | ENE | 2 | 300 | 637 | 30 | 35 | 19 | 700 | 82 | 127 | 0 |
| SM-23 | 2026 | N | 5 | 75 | 382 | 100 | 2 | 100 | 1050 | 76 | 382 | 0 |
| SM-32 | 2161 | N | 5 | 400 | 764 | 42 | 39 | 11 | 637 | 80 | 509 | 50 |
| SM-33 | 2141 | N | 2 | 110 | 796 | 92 | 14 | 62 | 32 | 100 | 0 | 0 |
| SM-35 | 2096 | E | 3 | 190 | 286 | 100 | 3 | 100 | 2833 | 84 | 127 | 100 |
| SM-37 | 2080 | S | 5 | 75 | 64 | 100 | 0 | 100 | 605 | 89 | 0 | 0 |

Continued.

BLM_0044781

Table 3.4.  Continued.

| Site | Elev | Aspect | Slope | Stand | Live Trees | | Basal Area | | Saplings | | Seedlings | |
|------|------|--------|-------|-------|------------|---|------------|---|----------|---|-----------|---|
| | (m) | | (°) | Age[1] | #/ha | % pine | (m²)/ha | %pine | #/ha | %pine | #/ha | %pine |
| **Circular Plot Study** | | | | | | | | | | | | |
| SM-50 | 2197 | N | 1 | 160 | 923 | 69 | 24 | 41 | 3056 | 78 | 127 | 100 |
| SM-51 | 2189 | NNW | 6 | 325 | 732 | 52 | 41 | 21 | 2546 | 64 | 764 | 100 |
| SM-52 | 2130 | N | 2 | 200 | 764 | 33 | 19 | 23 | 1751 | 45 | 509 | 75 |
| SM-53 | 2234 | W | 8 | 245 | 1114 | 77 | 34 | 38 | 223 | 100 | 764 | 100 |
| SM-54 | 2204 | NNE | 2 | 210 | 859 | 56 | 33 | 16 | 382 | 92 | 382 | 100 |
| SM-55 | 2166 | NNE | 2 | 230 | 414 | 38 | 32 | 27 | 414 | 92 | 255 | 100 |
| SM-56 | 2295 | N | 5 | 550 | 605 | 68 | 56 | 58 | 0 | 0 | 891 | 100 |
| SM-57 | 2238 | N | 2 | 170 | 1432 | 87 | 37 | 41 | 3024 | 83 | 1019 | 88 |
| SM-58 | 2204 | NNE | 3 | 110 | 1019 | 97 | 12 | 99 | 987 | 90 | 0 | 0 |
| SM-60 | 2299 | N | 4 | 200 | 732 | 78 | 32 | 61 | 127 | 50 | 0 | 0 |
| SM-63 | 2348 | N | 3 | 215 | 318 | 90 | 25 | 98 | 32 | 0 | 127 | 100 |
| SM-64 | 2327 | ENE | 3 | 185 | 509 | 100 | 14 | 100 | 2228 | 99 | 0 | 0 |
| SM-65 | 2288 | N | 2 | 150 | 987 | 94 | 24 | 94 | 1241 | 82 | 509 | 75 |
| SM-66 | 2392 | E | 4 | 210 | 442 | 80 | 37 | 83 | 44 | 50 | 265 | 100 |
| SM-67 | 2355 | NNE | 3 | 200 | 987 | 97 | 27 | 99 | 1146 | 100 | 2546 | 100 |
| SM-68 | 2328 | N | 4 | 205 | 1019 | 84 | 33 | 95 | 95 | 33 | 255 | 100 |
| SM-69 | 2387 | SE | 4 | 160 | 923 | 97 | 30 | 92 | 350 | 100 | 891 | 100 |
| SM-72 | 2383 | ENE | 2 | 200 | 923 | 97 | 34 | 93 | 286 | 67 | 0 | 0 |

*  indicates additional plots with 0.5 km spacing sampled to study the pattern of piñon pine invasion into sagebrush communities.

1.  Stand age was estimated from piñon pine samples only.

BLM_0044782



Figure 3.5.  Landscape-scale summary of stand ages in fifty-year age classes and piñon pine tree ages in twenty-year age classes by sampling unit.  In each set of graphs, stand ages and the number of trees are derived from a)  twenty .09 ha plots on north and south faces and slopes between 5° and 10°, and three transects located on slopes < 5° in the DWSA sampling area (see Fig. 3.2a for locations);  b) nineteen randomly located transects in the WP sampling area (see Fig. 3.2b, sites 1-26);  c)  nine transects on the north side and ten transects on the south side of the Black Canyon of the Gunnison (see Fig. 3.2c);  d) an array of twenty-six .03 ha plots with 1 km spacing in the SM sampling area (see Fig. 3.2d); and e)  an array of thirty-two .01 ha plots with 1 km spacing in the WP sampling area (see center portion of Fig. 3.2b, sites 1b and 27-212).  General methods used to sample tree ages in each sampling area are summarized in Table 3.1.  For (d) and (e) only two to six cores were collected from the dominant-sized trees.  Thus, the frequencies for all tree age-classes in (d) and (e) are low, and the frequency distribution is truncated at the younger ages.  None of the graphs include ages for saplings less than two meters tall, which causes tree ages after 1900 to be truncated.

BLM_0044783

are distributed over the entire range of ages, with 6 stands estimated to be 550 years old or older (Fig. 3.5).  Of 136 sampled sites, 72% are currently 200 years old or older, with old stands found throughout the elevation gradient (Fig. 3.6a).  The count of stands older than 200 years includes the extra sites sampled at high density in the SM sampling area (circular plot study), which biases the estimate toward younger stand ages.  The high density of young stands in the northern third of the SM sampling area can be seen on the map of stand age distribution for that sampling area (Fig. 3.2c).  Considering all sampling areas, the stand-age maps show that stands older than 150 years are distributed throughout all sampling areas, with at least one stand aged 550+ years in each (Fig. 3.2 a-d).

Plotting the cumulative frequencies of stand ages for either the entire study area or by sampling area shows a fairly smooth increase in stand establishment over time since about 600 years ago (Fig. 3.7).  There is no pattern in any of the sampling areas that shows an increase in stand establishment within the last 150 years over what occurred for several hundred years prior to this.  Even the curve from the circular plots study at SM that is biased toward younger stands does not show a very large change in the rate of stand initiation over the last 150 years when compared to the past ('SM all points' in Fig. 3.7b).  The extra points at SM were sampled specifically to capture the pattern of tree invasion into sagebrush shrubland, and therefore inflate the contribution of that part of the sampling area to the age-frequency curve.  When these points are removed ('SM 1-km spacing' in Fig. 3.7b) the curve levels off after a faster rate of increase between 250 and 200 years ago at the SM, DWSA, and GG sampling areas.

The tree ages of piñon pine trees from the tree-age frequency distributions show an interesting trend beginning about 250 years ago in all sampling areas (Fig. 3.5).  Even though many stands are older than 250 years, tree establishment

BLM_0044784

78



Figure 3.6.  Relationships of tree density, basal area and stand age to elevation.  a) Elevation of stands of different ages;  b) Tree density and elevation by species;  and c) basal area and elevation for each species.

BLM_0044785

Figure 3.7.  Cumulative age-frequency curve for sampled stands.  a)  All stands combined;  b) Cumulative frequency by sampling units.  There are two data sets for Sims Mesa plots.  "SM all plots" includes plots sampled at higher density in north part of sampling area.  "SM 1 km spacing" includes only the original sampling array.

increased in existing stands across the landscape beginning in the 1700s.  In fact,

the increase in tree establishment in the 1700s began at roughly the same time

across sampling areas (Fig. 3.5).  A much earlier increase in tree establishment may

have occurred c. 1500.  Thus, while there was a pulse of tree establishment after

1880 in the WP, GG, and SM sampling areas (Fig. 3.5 b-e), the majority of piñon

pine trees established prior to the introduction of livestock.

BLM_0044786

### 3.3.3  Spatial distribution patterns

The sites that were sampled range in elevation from 1729 to 2587 meters (Table 3.4).  Exact locations of upper and lower elevation limits vary by sampling area.  Woodlands occurred at higher elevations in the GG sampling area than in the other three sampling areas.  Sites at DWSA, WP and GG included woodlands near the upper ecotone between woodlands and Gambel oak shrub communities, but only sites at WP were sampled near the lower elevation limits for piñon pine trees.

Comparison of structural attributes with elevation indicates that piñon pine trees dominate stem densities at elevations above 2200 meters (Figs. 3.6b, 3.8a), and can dominate stand basal areas at elevations between approximately 2000 and 2400 meters (Table 3.4, Fig. 3.6c).  This pattern is mainly due to increases in stem densities and basal area of piñon pine with elevation.  Juniper stem densities and juniper basal area decreased towards higher elevation (Fig. 3.6b,c), but at a lower rate than the increase in piñon pine densities and basal areas.

Dominance of stem densities by piñon pine tends to occur for all life stages and across all elevation zones above approximately 1850 meters, though juniper trees may dominate stem densities at any elevation (Fig. 3.8).  This pattern is reflected in the high number of smaller-diameter piñon pine trees in most stands.  Juniper trees, on the other hand, generally occur at low densities at all life stages and tend to dominate the large size-classes, except in the oldest stands.

Juniper trees tended to dominate the basal area of older stands, with the majority of juniper-dominated stands occurring on soils less than one meter deep (Table 3.5, Fig. 3.9 a,b,f).  The woodlands that had established on deeper soils were dominated by piñon pine trees that tended to be younger than 200 years (Fig. 3.9a).  Many of the sites with deep soils were located in the northern third of the SM sampling area where young trees appear to be invading sagebrush shrublands.

BLM_0044787



Figure 3.8.  Percent contribution of piñon pine trees to species composition for all life stages and elevations.  a) mature trees taller than 2 meters or > 7 cm DRC; b) standing dead trees and logs; c)  saplings between 20 cm and 2 meters tall and less than 7 cm DRC; and d) tree seedlings < 20 cm tall.  Seedlings were not counted at DWSA sites.

BLM_0044788

Table 3.5.  Characteristics of soils in the circular plot study grouped by dominance of basal area by either piñon pine or juniper trees.  Soil depth indicates the dept of soil to bedrock or to rocky layers impermeable to a bucket auger.  Percent coarse fraction indicates the proportion of soil clasts larger than sand grains.  In cover classes for surface rocks, T = trace.

PIÑON-DOMINATED BASAL AREA

| Plot | Soil Depth (cm) | % Coarse Fraction | % Rock at Surface |
|---|---|---|---|
| SM-33 | 50 | 3 | T < 1% |
| SM-58 | 151 | 5 | T < 1% |
| SM-16* | >175 | 5 | T < 1% |
| WP-53 | 39 | 6 | 6-10% |
| SM-36* | 21 | 8 | 16-25% |
| SM-65 | 53 | 8 | 1-5% |
| SM-43* | 40 | 9 | 16-25% |
| SM-35 | 32 | 11 | 1-5% |
| SM-12* | 58 | 13 | 1-5% |
| WP-54 | 23 | 13 | 6-10% |
| SM-10* | 88 | 13 | 26-50% |
| SM-11 | > 175 | 14 | 1-5% |
| SM-60 | 77 | 14 | 11-15% |
| SM-23 | 36 | 15 | 26-50% |
| SM-63 | 53 | 15 | 11-15% |
| SM-56 | 40 | 16 | 11-15% |
| SM-37 | 80 | 17 | 11-15% |
| SM-30* | 43 | 19 | T < 1% |
| SM-67 | 34 | 19 | 16-25% |
| SM-72 | 66 | 19 | 6-10% |
| SM-66 | 19 | 20 | 16-25% |
| SM-20* | 77 | 21 | T < 1% |
| SM-28* | 72 | 21 | T < 1% |
| WP-70 | 54 | 21 | 16-25% |
| WP-39 | > 175 | 22 | T < 1% |
| WP-1b | > 175 | 22 | 16-25% |
| WP-40 | 33 | 25 | 16-25% |
| SM-34* | 49 | 26 | 6-10% |
| WP-67 | 45 | 31 | 16-25% |
| WP-87 | 171 | 35 | 16-25% |
| WP-146 | 47 | 37 | 26-50% |
| SM-68 | 20 | 40 | 1-5% |
| WP-38 | 24 | 44 | 11-15% |
| SM-26* | 68 | 45 | T < 1% |
| SM-64 | 57 | 46 | 6-10% |
| WP-69 | 10 | 50 | 51-75% |
| SM-69 | 35 | 52 | 16-25% |
| WP-27 | 17 | 65 | 16-25% |
| WP-52 | 11 | 65 | 51-75% |

JUNIPER-DOMINATED BASAL AREA

| Plot | Soil Depth (cm) | % Coarse Fraction | % Rock at Surface |
|---|---|---|---|
| SM-17 | 33 | 4 | 6-10% |
| SM-19 | 23 | 5 | 1-5% |
| WP-198 | 87 | 5 | 1-5% |
| WP-127 | 37 | 7 | 1-5% |
| SM-32 | 7 | 10 | 26-50% |
| WP-166 | 138 | 11 | 26-50% |
| SM-27* | 18 | 14 | 26-50% |
| SM-52 | 34 | 14 | 1-5% |
| SM-54 | 15 | 15 | 26-50% |
| WP-85 | 23 | 18 | 26-50% |
| SM-29* | 46 | 19 | 1-5% |
| WP-37 | 94 | 19 | 6-10% |
| WP-86 | 17 | 20 | 16-25% |
| SM-42* | 63 | 22 | 1-5% |
| SM-18* | 20 | 23 | 26-50% |
| SM-38* | 47 | 24 | 26-50% |
| WP-165 | 92 | 26 | 16-25% |
| WP-183 | 53 | 27 | 26-50% |
| WP-200 | 28 | 29 | 6-10% |
| SM-57 | 52 | 29 | 1-5% |
| SM-50 | 26 | 32 | 16-25% |
| WP-126 | 44 | 33 | 26-50% |
| WP-68 | 47 | 33 | 6-10% |
| WP-167 | 36 | 35 | 26-50% |
| SM-25* | 21 | 36 | 16-25% |
| SM-31* | 45 | 40 | 1-5% |
| WP-182 | 24 | 40 | 26-50% |
| SM-51 | 19 | 42 | 16-25% |
| WP-184 | 6 | 45 | 6-10% |
| WP-108 | 24 | 49 | 26-50% |
| WP-147 | 11 | 50 | 11-15% |
| WP-88 | 8 | 50 | 26-50% |
| SM-55 | 20 | 50 | 26-50% |
| SM-53 | 3 | 55 | 1-5% |
| WP-107 | 43 | 60 | 16-25% |
| WP-212 | 14 | 65 | 76-95% |

*indicates additional plots in circular plot study that were sampled at 0.5 km spacing.



Figure 3.9.  Relationships among stand age, soil depth, coarse fraction of soil texture, and amount of rock visible on the soil surface for sampling arrays from the circular plot studies at SM and WP.  Black circles represent stands whose basal area was dominated by juniper trees; open circles represent stands not dominated by juniper trees. a)  soil depth vs. stand age; b)  surface rock cover vs. stand age; c) soil depth vs. % coarse fraction; d)  % coarse fraction vs. stand age; e)  surface rock cover vs. % coarse fraction; f)  surface rock cover vs. soil depth.  Cover classes for surface rocks are:  1 = <1%, 2 = 1-5%, 3 = 6-10%, 4 = 11-15%, 5 = 16-25%, 6 = 26-50%, 7 = 51-75%, 8 = 76-95%, 9 = >95%.

BLM_0044790

These soils that were deeper than one meter tended to have low proportions of coarse fraction (Fig. 3.9c, Table 3.5), though percent coarse fraction does not appear to be correlated with stand age for stands dominated by either tree species (Fig. 9.3d).  In addition, there was no clear relationship between stand age and soil depth to the rocky layer for soils less than 80 cm deep, except that old stands tend to be dominated by juniper trees (Fig. 3.9a).  Nor was stand age related to the percent cover of surface by rocks (Fig. 3.9b); though the majority of woodlands were found on sites with less than 26% surface rock cover (Fig. 3.9b).  Where surface rock cover was greater than 25%, juniper trees tended to dominate the basal area (Fig. 3.9b).  Thus, there is no clear correlation among soil depth, percent coarse fraction, and coverage of the soil surface by rocks.  In addition, old stands are not necessarily restricted to skeletal or shallow soils or sites where the soil surface is rocky, though they appear to be more common on soils less than one meter deep.

## 3.4  DISCUSSION

### 3.4.1  Was there an increase in new stand establishment after 1881?

In contrast to the expectation that the majority of woodlands stands would post-date the introduction of livestock, this study did not show an increase in new stand establishment after 1881.  In fact, the majority of stands pre-dated the introduction of livestock by more than 100 years, and many by much more than this.  Many were old-growth stands (> 200 years) at the time of European-American settlement.  Cumulative age-frequency curves for each sampling area show a fairly constant rate of new stand establishment since c. 1400 A.D., even in the more heavily impacted Sims Mesa area.  The pattern of old-growth stands is consistent with results from Mesa Verde National Park in southwestern Colorado (Erdman

1970, Floyd et al. 2000, Romme et al. 2003), and departs from age distribution patterns described for Great Basin woodlands (Miller and Tausch 2001). Even though criteria for site selection varied among studies (Table 3.1), all site locations were determined prior to entering the field. Thus, sites were not subjectively sampled based on visual attributes, although some subjectivity was exercised prior to going into the field based on access.

Stand basal areas on many sites were dominated by juniper trees, possibly suggesting that some stands are even older than the estimated age. Juniper trees may dominate the larger size-classes for several, not mutually-exclusive reasons. Many post-fire studies show that juniper trees are first to colonize a burned area (i.e., Tausch and West 1988). Juniper trees then provide safe sites for piñon pine establishment. This pattern was observed on many fairly young, post-fire (<300 years) sites on the Uncompahgre Plateau. In this scenario large juniper trees may be older than piñon pine trees because they arrived first. Alternatively, piñon pine and juniper seedlings might arrive together, but if juniper trees grow faster they would become larger even though they are similar in age.

Other causes of juniper dominance may be due to mortality agents that are specific to one host only, which favors the further development of the non-host species (Veblen et al. 1991a&b, Wilson and Tkacz 1992). In piñon-juniper woodlands, one possible agent of mortality is the piñon bark beetle, *Ips confusus*. Bark beetles bring about the death of host individuals by introducing a fungus that interferes with the tree's vascular system (Coulson 1979). One case study of piñon *Ips* outbreak found the insects to favor trees 18-28 cm DRC, but also to attack trees as small as 5 cm DRC (Wilson and Tkacz 1992). I found blue stain in recently dead saplings down to 1 cm in diameter, but fungus may have been introduced to small-

BLM_0044792

diameter stems by other agents such as twig-boring beetles (Leatherman and Kondratieff 2003).  Mortality of a wide range of host sizes favors the recruitment and growth of all size-classes of non-host trees, including saplings and seedlings.  High rates of host mortality cause stand basal areas to shift to the non-host species, and contribute more host-specific logs to the woodland floor.  Decades after an event the stand would be dominated by live juniper trees, with coarse woody debris dominated by piñon pine logs that are larger in diameter than the living trees.  This pattern was observed on a number of sites throughout the study area, possibly indicating past outbreaks of piñon Ips or another pathogen specific to piñon pine.

A similar pattern of piñon pine dominance of stem densities and basal areas of woody debris relative to living trees could come about through physiological stress that is detrimental to one species and not the other.  For example, juniper trees are more drought tolerant than piñon pine trees (DeLucia and Schlesinger 1991, Padien and Lajtha 1992, Linton et al. 1998) making pine trees more susceptible to drought-induced stress and subsequent mortality.  Greater drought tolerance may explain the dominance of stem densities and basal areas by juniper trees seen at lower elevations in the study area.  It may also account for the high rates of mortality of piñon pine trees and saplings observed on soils with greater depth to bedrock and lower percent coarse fraction.  Deeper soils tended to be finer textured with less coarse fraction, and would likely be more liable to be more moisture-stressed during periods of prolonged drought (McAuliffe 2003).  On some sites, partial dieback of both piñon pine and juniper trees was observed, especially on older individuals.  Partial dieback suggests that periods of stress probably occurred in the past.  Wood tissue was not dated to determine if dieback was synchronous in trees from the same site.

Distributions and stages of decay of coarse woody debris in the majority of stands suggested long occupation of sites by woodlands, and contributed to the sense that old-growth stands are relatively common throughout the study area. Much of the dead wood from many stands included large size classes and was present in various stages of decay from recent mortality (Class I, table 3.2) to well-decayed (Class IV, Table 3.2).  The majority of woody debris throughout the study area, though, was in classes III and IV, indicating that it had been on the ground for some time.  Other studies in woodlands have also reported abundant woody debris (Betancourt et al. 1993, Brown et al. 2001, Floyd et al. 2003)

In contrast, post-1881 stands and savannas would not have accumulations of woody debris (Miller and Tausch 1991).   Betancourt et al. (1993) determined that some of the dead piñon pine trees that they crossdated in southern New Mexico died in the 1890s drought and suggested that debris had accumulated because of fire exclusion.  However, woody debris in woodlands of the Uncompahgre Plateau area probably did not accumulate because of fire exclusion.  Approximate dates of dead trees from the transect study in the GG sampling area suggested that some of the wood died much earlier than the post-settlement period.  Advanced stages of decay (classes III and IV) of much of the wood throughout the study area argues against accumulations due to mortality since the late 1800s.  Additionally, woody debris in the Gunnison Gorge sampling area often had several hundred rings present, indicating that trees from a previous stand had survived for several centuries. Instead, patterns of accumulation of woody debris in the Uncompahgre Plateau area support other data presented in this study that suggested that old stands were a relatively common component of woodlands in western Colorado.

BLM_0044794

### 3.4.2  Did an increase in tree density occur after 1881?

The data do show that there was an increase in tree density after 1881 that may be attributable to the effects of grazing.  However, a more dramatic increase in tree density occurred in the 1700s across all sampling areas (Fig. 3.5).  After the initial increase in tree density in the 1700s, tree establishment remains fairly constant through time until just after 1880.  This pattern is quite different than the pattern reported for Great Basin woodlands (Tausch et al. 1981, Miller and Tausch 2001), where more than 90% of sampled trees established after 1860.  It shows that dramatic changes in tree densities occurred in the past well before the introduction of livestock, with tree "invasion" beginning in the 1700s.  Consequently, a unique pattern of dynamics characterizes the woodlands in the Uncompahgre Plateau area, and distinguishes them from woodlands studied in the Great Basin.

The static age structures in Figure 3.5 do not distinguish between patterns caused by mortality versus improved conditions for tree establishment and survival (Johnson et al. 1994), either of which could be related to climate.  Alternatively, the early 1700s may mark the limits to longevity for typical piñon pine trees, since searches for old trees in the Southwest and Great Basin turn up few piñon pine trees older than 300-400 years (Swetnam and Brown 1992).  However, this is an unlikely explanation given the number of trees older than 400 years found in the study area.  Some have suggested that the dearth of piñon pine and juniper trees older than 400 years in the southwestern United States is due to mass mortality at the end of the 1500s during the megadrought thought to be responsible for abandonment of human population centers in the Four Corners region of the Southwest (Betancourt et al. 1993, Swetnam and Betancourt 1998).  Determining dates for establishment and mortality of dead trees may distinguish among potential explanations, although

mortality events in the past will become increasing more difficult to identify with the
passage of time due to loss of outer rings and sapwood (Villalba and Veblen 1998).

The increase in tree establishment in the 1700s is roughly synchronous
across study areas, possibly suggesting that climate was driving vegetation change
during this period regardless of whether the pattern in the static age structure was
caused by increased establishment or increased mortality.  In support of increasing
tree density in the 1700s, a set of reconstructions of streamflow for the upper
Colorado River basin show above-average streamflow for most of the 1700s
(Woodhouse and Lukas, In Prep.).  On the other hand, reconstructed snowpack for
the Gunnison River basin region in western Colorado did not show above- average
snowpack for the first half of the 1700s (Woodhouse 2003).  Instead, that study
found several periods of persistent, low snow-water-equivalent events between 1700
and 1740, with a severe dry period in the late 1770s.  However, the period following
1740 until 2000 shows such extreme events to be far less common than what
occurred between 1570 and 1740 (Woodhouse 2003).

The period at the end of the 1700s and the early 1800s marks the end of the
Little Ice Age and a shift to the wettest period on record for the last 2000 years,
according to a reconstruction of precipitation from tree rings in northwestern New
Mexico (see Fig. 2.4, Grissino-Mayer 1995).  Climate reconstructions for
northwestern New Mexico are probably analogous to climate in southwestern
Colorado, based on similar characteristics of low-frequency trends of variation in
tree-ring growth patterns from the two regions (Gray et al. 2003).  Thus, there is
congruent evidence that climate may have shifted toward growing conditions that
favored establishment and growth of woodland trees during much of the nineteenth
and twentieth centuries.

BLM_0044796

While increasing moisture throughout the late 1700s, 1800s, and 1900s may have been favorable for tree establishment and growth, it is also possible that high mortality of trees that established prior to the 1700s was caused by severe drought at the end of the 1500s (Grissino-Mayer 1995, D'Arrigo and Jacoby 1991, Swetnam and Betancourt 1998) or by drought directly preceding the 1700s.  For example, Woodhouse (2003) indicates a number of persistent, low snowpack events occurring between 1700 and 1740.  Grissino-Mayer (1995) lists 1727 to 1747 as the sixth most severe drought period in the last 2129 years in northwestern New Mexico.  According to streamflow reconstructed by Woodhouse and Lukas (in prep), low flows occurred in the upper Colorado River basin from about 1625 to 1700 and coincided with a number of persistent low snowpack events in the Gunnison River (Woodhouse 2003).  Thus, interpretation of the static age structures in Figure 3.5 may involve both drought-related mortality prior to the mid-1700s and renewed establishment during subsequent pluvial periods (Swetnam and Betancourt 1998).  Explanations involving both mortality and regeneration are not mutually exclusive.

### 3.5  CONCLUSION

Contrary to conventional wisdom, the majority of woodland stands in the study area are not "overmature" as a result of changes brought about by the commencement of grazing.  These limited data show a more or less constant rate of new stand establishment through time and do not show that new stand establishment since 1881 is out of step with what occurred over the several hundred years prior to the introduction of livestock.  Instead of the dramatic increase in tree density that was expected after 1881 as the result of putative fire exclusion, this study shows that tree density began to increase in the 1700s, well before the

BLM_0044797

91

introduction of livestock and consequent changes to competition and the fire regime. In fact, the increased densities in stands caused by tree establishment beginning in the 1700s may be responsible, in part, for the perception that grazing dramatically impacted stand structures in woodlands that existed prior to the introduction of livestock.

BLM_0044798

## CHAPTER 4:  HISTORIC FIRE REGIME FOR PIÑON-JUNIPER WOODLANDS IN THE UNCOMPAHGRE PLATEAU AREA

### 4.1  INTRODUCTION

The current management paradigm for historic fire frequencies in piñon-juniper woodlands holds that frequent fires of low severity and low intensity maintained open, savanna-like woodlands prior to the introduction of livestock (Wright and Bailey 1982, Bradley et al. 1992, West and Young 2000, Paysen et al. 2000, Schmidt et al. 2003).  This conventional model assumes that fire, because of its frequent occurrence, was the most important disturbance affecting woodland structure at the landscape scale (Wright and Bailey 1982, Gottfried et al. 1995, Schmidt et al. 2003).  The broad application of the high-frequency fire paradigm to all piñon-juniper woodlands has recently been called into question by lack of evidence to support this assumption for many piñon-juniper sites throughout the West (Baker and Shinneman 2004).  For example, fire-history reconstructions of woodlands at Mesa Verde National Park in southwest Colorado suggests that frequent fires probably did *not* dominate the woodland disturbance regime in the past (Erdman 1969, 1970, Floyd et al. 2003, Romme et al. 2003).  Instead, it appears that woodlands in the southwest corner of Colorado have long been subject to stand-replacing fires that occurred at infrequent intervals, implying that fires of high-intensity caused mortality of most trees within the fire perimeter (Romme et al. 2003).  Evidence for stand-replacing fire has been observed in other regions of the piñon-juniper woodland range as well (reviewed in Baker and Shinneman 2004).  The analysis presented in this chapter documents and evaluates direct and indirect evidence for a presumed shift in the nature of the fire regime following introduction of

livestock in 1881 to woodlands in the Uncompahgre Plateau area of western Colorado.

Documenting a shift (or lack of shift) in the nature of the fire regime is vital to determining Fire Regime Condition Class (FRCC) for a given type of vegetation (US Government 2003). Both the National Fire Plan and the Healthy Forest Initiative (US Government 2003) require determination of FRCC prior to implementing restoration (Hann et al. 2003), after which restoration subsequently proceeds by altering the current vegetation structure to reflect the historic structure. FRCC has been defined as the classification of the amount of departure of the current fire regime from the natural fire regime, where FRCC 3 indicates a high departure from the central tendency of a composite measure of fire-regime attributes (Hardy et al. 2001, Hann and Bunnell 2001). Conversely, FRCC 1 indicates that a site is within the historic range of variability for the measured attribute. The attribute most frequently used to define FRCC has been fire frequency, but other potential descriptors include vegetation characteristics, fuel composition, and fire severity and pattern (Hann et al. 2003).

Determining the degree of departure of current from historic fire regimes involves two kinds of analyses. First, the current and the historic fire regimes must be identified from field evidence and observation based on definitions of different types of fire regimes. Then the current and historic fire regimes have to be compared to one another to determine whether or not a shift in fire-regime occurred. The types of fire regimes that will be considered in this study follow definitions used by Schmidt et al. (2003) to define five fire regime-classes based on fire frequency and fire severity.

The five fire regime classes used by Schmidt et al. (2003) are categorized by three classes of fire frequency and three classes of fire severity (Table 4.1). Fire

BLM_0044800

frequency defines the average interval between fire events (Romme 1980), and fire severity defines the resultant effects of a fire event on the vegetation. The Schmidt et al. (2003) fire regime classes are derived from previous classifications of fire regimes, also based on fire frequency and either fire severity or fire intensity (Heinselman 1978, Kilgore 1981, Morgan et al. 1998 in Paysen et al. 2000). In their coarse-scale analysis of fuels in the United States, Schmidt et al. (2003) classify piñon-juniper woodlands into Fire Regime Class One, typified by low-severity fires that reoccur every 0-35 years (Table 4.1). Conversely, Hann et al. (2003), working at the scale of the natural vegetation group, describe historic fire regimes in piñon-juniper woodlands (potential natural vegetation groups JUPI1 and JUPI2) as

Table 4.1. Definitions of Fire Regime Classes based on fire return intervals and fire severity (modified from Schmidt et al. 2003). Schmidt et al. (2003) have classified all piñon-juniper woodlands as Fire Regime Class 1 (FR1). Fire return intervals in modern woodlands are approaching or have surpassed intervals expected for Fire Regime Classes 4 and 5 (FR4 and FR5).

| Fire Severity | Definition | Fire Frequency (Years) | | |
|---|---|---|---|---|
| | | 0-35 | 35-100+ | 200+ |
| Low-Severity | > 70% basal area and  > 90% canopy cover survives | **FR 1** | | |
| Mixed-Severity | moderate effects on overstory, mixed mortality, patchy mosaic from different fires | | FR 3 | |
| High-Severity | kills > 80% basal area and > 90% overstory canopy cover | FR 2 | FR 4 | FR 5 |

BLM_0044801

moderate- to low-frequency fire regimes with low- to high-severity effects. These fire effects describe Fire Regime Classes Three and Four, according to Table 4.1. Likewise, juniper savannas (potential natural vegetation groups JUST1 and JUST2) have been classified as Fire Regime Class Five by Hann et al. (2003). Thus, some expert interpretations suggest that lower-frequency fire intervals and mixed-severity effects were typical for piñon-juniper woodlands, whereas the modern guidelines for fire management in piñon-juniper woodlands, such as Schmidt et al's (2003) coarse-scale model, rely instead on assumptions of the conventional model of historic fire regimes for this vegetation type. This is not surprising, since descriptions of historic fire regimes in the academic and management literatures emphasize the importance of frequent, low-severity fire for maintaining open, savanna-like woodlands throughout the woodland zone (i.e., Wright and Bailey 1982, Gottfried et al. 1995, West and Young 2000, Miller and Tausch 2001).

### 4.1.1 Ecological response to low-severity versus high-severity fire

The foregoing discussion emphasizes the importance of classifying the degree of departure of the current condition from the historic condition, but gives few guidelines on how to determine what the historic fire regime was like. For systems with longer-lived species, such as forests and woodlands, evidence of past disturbance may persist in the landscape for decades to centuries. Generalizations about the ecological effects of fire that are likely to persist can be made based on the type of fire expected to occur in a region, the environment at the time of fire occurrence, and the life history characteristics of the dominant species (Kimmins 1997). Generalizing facilitates the prediction of the kinds of evidence likely to be found where a given fire regime prevails. Inferential evidence must be used for cases where direct evidence is not present or where individual pieces of evidence

BLM_0044802

might support multiple outcomes.  For example, the conventional model of historic range of variability in piñon-juniper woodlands assumes that high-frequency fire of low-severity maintained savanna-like vegetation prior to the introduction of livestock.  If this assumption is true, several predictions can be made about the historic stand structure and subsequent changes to structure brought about by fire exclusion (Table 4.2).  Generalizations about this relationship are based on the assumption that high-frequency fires recur before significant woody material (i.e., fuel) accumulates, resulting in low-intensity fires that cause lower rates of mortality to existing vegetation (low severity).  The opposite situation, where infrequent fire-occurrence allows large amounts of biomass to accumulate, should result in high-intensity, stand-replacing fire when fire events do occur (high severity).

Based on generalized relationships between fire regimes and stand structures, evidence for high-frequency / low-severity fires would manifest as historic vegetation structures that have a low density of pre-settlement trees, possibly of mixed ages (Table 4.2a).  This type of structure has sometimes been called savanna, though there is some ambiguity as to what the historic range of tree densities in a temperate savanna might have been.  Direct evidence of high-frequency fire in this type of system might manifest as fire scars on either species of tree.  Both juniper and piñon pine trees are capable of forming fire scars (reviewed in Baker and Shinneman 2004), but fire-scarred trees are rare in woodland landscapes (Gottfried et al. 1995).  If historic fires created open, savanna-like woodlands, then fire exclusion could have led to tree invasion as long as climate conditions were conducive to tree establishment and growth, and a supply of tree seeds were

BLM_0044803

Table 4.2. Ecological effects on structural characteristics of piñon-juniper stands that are associated with different types of fire regime. a) high-frequency fire regimes, b) sites where high-frequency fires have been excluded, and c) low-frequency fire regimes (modified from Keane et al. 2002).

| | a) High Frequency Fire | b) Fire Exclusion Since 1880 | c) Low Frequency Fire |
|---|---|---|---|
| **Direct Evidence** | Fire Scars | Fire Scars | Charred snags or logs scattered through site |
| **Structural Evidence** | | | |
| **Stand Scale** | | | |
| **Ecological Effect** | Low severity | Tree invasion | high-severity or stand replacing |
| **Tree Density** | Low, Savanna-like | Sparse old trees, dense matrix younger trees | Old trees too dense for savanna |
| **Canopy** | Single-story, open | Multi-story, dense | Single to multi-story |
| **Age distribution** | Mixed ages (with denser, old stands restricted to sites of low-productivity) | Mixed ages of old trees, most trees post-date 1880 | Even-aged to mixed age, majority old |
| **Woody Debris** | Sparse, relatively recent | Sparse, large diams. with low decay; small-diam. trees accumulate | All sizes accumulating, various stages of decay |
| **Landscape Scale** | | | |
| **Locations of Old Stands** | Restricted to sites with low productivity (low fuels) | Restricted to sites with low productivity (low fuels) | Distributed throughout on low and high productivity sites |
| **Seral Stages** | Early-seral abundant, late-seral infrequent | Mid- to late-seral abundant, early-seral infrequent | Varies. Early- or late-seral could be abundant or rare, depending on typical size of past fires and time since fire |

BLM_0044804

dispersed into a site.  Fire exclusion since 1881 on a site with a previously high fire frequency may lead to a structure of scattered, mature trees surrounded by a denser matrix of younger trees (Table 4.2b).  Conversely, if historic fires were infrequent and stand replacing, one might expect a density of pre-settlement trees that were too dense to be described as savanna-like (Table 4.2a).  In addition to tree density, other structural attributes, such as the distribution and decay status of coarse woody debris, can be used to support or refute assumptions about the historic fire regime (Table 4.2).

### 4.1.2  Research objectives

The primary objective of this analysis is to test the hypothesis that the fire regime in the study area has shifted from Fire Regime Class 1 to Class 4 or 5, as suggested by Schmidt et al. (2001; Table 4.1).  Data were collected in this study to identify the dominant type of fire that occurred prior to the introduction of livestock in 1881.  Evidence used to classify the historic fire regime was based on expectations about stand characteristics that are maintained by different kinds of fire regimes (Table 4.2).  Direct evidence of fire type was sought in the field from four distinct sampling areas.  Indirect evidence was obtained from tree-ring samples and structural data in order to reconstruct pre-1880 tree densities and to evaluate the degree of support for the assumptions about the historic fire regime in the conventional model of the natural range of variability of piñon-juniper woodlands.

Identifying whether or not the presumed shift in fire regime actually occurred is important because recent legislation, such as the National Fire Plan and the Healthy Forest Restoration Act (US Government 2003), mandate manipulation of a relatively large proportion of the piñon-juniper landscape in the name of restoration and fire mitigation.  Thus, there is great risk of broad-scale landscape change that

99

may not be warranted if the general assumptions do not stand up to scrutiny.  The historic fire regime is believed to be dominated by frequent fires of low severity that maintained savanna-like or treeless structures (USDI Bureau of Land Management 1999), whereas documented post-settlement fires in the study area have been high-severity fires that caused the mortality of nearly all trees within the fire perimeter.  Fuels management goals for woodlands on the Uncompahgre Plateau, therefore, are designed to sustain low-intensity fires that will burn in a manner believed to be similar to natural fires that occurred prior to the introduction of livestock (USDI Bureau of Land Management 1999).  Restoration objectives calls for thinning or removing trees to create more open, savanna-like structures.  Thus, one would expect to find evidence that more savanna-like structures occurred in the past.

## 4.2  METHODS

136 sites in four sampling areas were located in southwest Colorado on the eastern Colorado Plateau (see Fig. 1.1).  Plots in the four sampling areas range across the elevation gradient from 1700 to 2500 meters.  Three of the sampling areas were subjectively located in areas with few roads relative to other parts of the woodland landscape in the study area (Domniguez Wilderness Study Area, Windy Point, Gunnison Gorge).  The fourth sampling area was one that has received moderate to high human use throughout the period since settlement by European Americans (Sims Mesa).  Sampling methods within sampling areas included systematic sampling of an array of .03 ha plots (Windy Point and Sims Mesa), intensive sampling in .09 ha plots (Dominguez Wilderness Study Area), and subsampling along transects using the point-center quarter method (Windy Point and Gunnison Gorge).  The methods used to sample stand structures are described in Chapter Three (see Table 3.1), as are the current stand- and landscape-level

BLM_0044806

characteristics derived from sampling.  Additional data were recorded to determine

the nature of the historic fire regime in the study area.  These data were the direct

evidence of past fire types in each stand, and reconstruction of stand densities prior

to the introduction of livestock.


### 4.2.1  Direct evidence of fire

All sites were carefully searched for direct evidence of either surface fire or

stand-replacing fire (Table 4.2).  Direct evidence of low-intensity surface fire is the

presence of trees with fire scars.  Fire-scarred trees have been used in studies of

other types of wooded systems to provide evidence of low-severity fires that did not

kill trees (Weaver 1951, Dieterich 1980, McBride 1983, Swetnam and Baisan 1996).

Finding scars on either of the species might indicate that a low-intensity surface fire

had occurred, since fire history studies in piñon-juniper woodlands indicate that both

piñon pine and juniper trees are capable of forming fire scars (Baker and Shinneman

2004).  Other studies, however, have indicated that both species are highly

susceptible to mortality caused by fire (Dwyer and Pieper 1967, Gottfried et al.

1995).  Where no firescars were found on sampled trees, the area was searched

more broadly for fire scars and other signs that might indicate that a surface fire

occurred.  For example, older trees of both species commonly have exposed wood

on living trees of all sizes.  Exposed wood may char during a surface fire, though no

scar is recorded by the living tissue.  Therefore, additional direct evidence of surface

fires, particularly in older stands, might be charcoal on lower branches or on the

exposed wood of living trees.

Under some circumstances it is possible that piñon pine and juniper trees

may have survived low-intensity fires without scarring.  Mature, open-grown trees

may self-prune lower branches that are shaded by the tree canopy.  Where large

BLM_0044807

trees provide a spreading canopy, the understory vegetation is sparse (Arnold et al. 1964).  This reduces the amount of surface fuels near the tree, which would cause a surface fire to burn around the tree without leaving evidence on the tree to indicate that a fire occurred.  In contrast, small trees of both species tend to have a conical or rounded crown with branches that are close to the ground.  Low branches allow fires in surface fuels to climb into the crowns of trees.  Crowning of fire in small trees would cause their deaths.  Clearly, differential mortality due to tree morphology is one mechanism by which frequent, surface fires could have maintained savanna-like vegetation.  Thus, lack of fire scars does not, by itself, rule out the possibility that a surface fire occurred.

In addition to direct evidence of surface fire, evidence that might suggest that stand-replacing fires occurred prior to the introduction of livestock was also sought. Several studies point out that both piñon pine and juniper trees are particularly susceptible to mortality caused by fire because of relatively thin bark and numerous low branches that contribute fine fuels, and which are in contact with other surface fuels (Dwyer and Pieper 1967, Bradley et al. 1992, Gottfried et al. 1995).  Modern fires have tended to climb into the crowns of trees and be pushed from crown to crown by strong winds that accompany severe fire weather that is typical of woodlands during the summer fire season.  Some have suggested that firescarred trees are only likely to occur at the edge of a fire where the fire has lost much of its intensity (Goodrich and Barber 1999); trees within the perimeter of the fire are likely to be killed.  The most compelling evidence for previous stand-replacing fire was charred wood scattered throughout a stand (Table 4.2).  Each log or snag encountered during sampling was searched for charcoal or other evidence of fire.  If one charred log or snag was observed, then a further search was made around the

sampling area in order to distinguish between single-tree burns and fires that affected a larger area.

In old stands (i.e., > 200 years since the last fire), charcoal may have weathered off of woody debris, leaving nothing to indicate that a woodland generated following a stand-replacing fire. This may be especially true if many of the trees killed in a previous fire were of relatively small diameter. Evidence from a high-severity fire that burned in a stand with small-diameter trees may disappear within a few decades because of more rapid decay of small-diameter boles. Lack of charcoal, therefore, does not mean a stand has not regenerated following fire. In this case, additional lines of evidence, such as an accumulation of woody debris in mixed sizes and stages of decay, may indicate that fire has not occurred for some time. Because direct evidence may be missing or ambiguous, alternative lines of evidence must be used to determine the nature of the historic fire regime (Table 4.2).

### 4.2.2. Structural evidence of historic fire regime

Structural features that may help to discriminate among types of historic fire regimes are the quantities and nature of coarse woody debris, age distributions of trees, and tree densities (Table 4.2). For instance, if the assumptions of the conventional model are adopted, one might assume that the density of trees in most woodland sites prior to the introduction of livestock was relatively low, and that little coarse woody debris was able to accumulate since it would have been consumed by frequent fires. Conversely, if woodland canopies were more closed prior to the initiation of significant anthropogenic disturbance, then it seems unlikely that surface fires dominated the natural fire regime because a relatively long fire-free interval would be necessary for the development of a woodland canopy. The issue, then, is to determine what the threshold is between tree densities that remained low because

BLM_0044809

of high-frequency (surface) fires, versus tree densities that developed in the absence

of surface fires.  In other words, what does it mean for woodland structures to be

"savanna-like"?

### 4.2.2.1  Defining "savanna-like"  versus "too dense for savanna"

Table 4.2 indicates that high-frequency fire would produce savanna-like

vegetation, whereas long periods of time between high-severity fires would lead to

woodlands with tree densities that were too dense to be described as savanna.

These criteria, however, do not define an objective threshold that can discriminate

between "savanna-like" and "too dense for savanna."  At present there are no

guidelines for tree removal that indicate when a savanna-like structure has been

restored.  The ambiguity exists because the savanna concept itself is vague.

"Savanna" refers to an ecosystem where grass cover is nearly continuous, but in

which tree density can vary from no trees (i.e., the *campo limpo* of the Brazilian

*cerrado*, Oliveira-Filho and Ratter 2002) to more than 50% tree cover (Walker and

Gillison 1982).  Thus, the characteristic that all savannas share is that grasses

dominate ground cover because tree cover is significantly less than 90%.

One reason for the ambiguity among definitions is the variations in the

natures of vegetation that have been labeled savannas.  For instance, in tropical

savannas the structure of the vegetation is largely under edaphic control because of

the seasonality of inundation and drought, which limits the ability of trees to become

dominant.  Fire may play an important ecological role in tropical savannas, but other

factors are also important.  Temperate savannas, on the other hand, are generally

believed to require fire to maintain their open structure (Dyksterhuis 1957,

McPherson 1997).  In the long absence of fire, temperate savannas revert to

shrubland or forest.  Historic fire intervals in temperate savannas have been

estimated based on the lowest frequency of fire that was likely to eliminate most of the small trees (i.e., thirty years for piñon-juniper savannas, Leopold 1924).

Few definitions of savanna indicate what the density of trees surviving fire might be, probably because this depends on such factors as tree age and cover, fire intensity, climate, and grazing pressures. McPherson (1997) suggested that temperate savannas have tree cover of 1-30%, whereas Payne and Bryant (1994) include tree cover up to 50% in their definition. Unfortunately, tree cover is more difficult to reconstruct from living material than is historic tree density. Theoretically, tree ages for trees that are currently present can be used at each sampled site to estimate which of the trees were present prior to significant anthropogenic disturbance. This should provide an estimate of historic tree density. However, few authors define savanna based on tree density. Payne and Bryant (1994), basing their criteria on Curtis (1959), suggested that at minimum a temperate savanna has 2.5 trees/ha, but less than 50% canopy cover. Jacobs and Gatewood (1999) restored piñon-juniper woodlands in northern New Mexico to approximately 45 trees/ha, based on a spacing between trees of 15 to 20 meters. In a general description of the vegetation of New Mexico, Dick-Peddie (1993) suggested that piñon-juniper savannas have a maximum of 320 trees/ha. Clearly there is quite a bit of leeway between 2.5 and 320 trees/ha, and factors such as tree sizes (diameters and heights), tree ages, co-dominant vegetation, and topography may influence one's perception of whether a site is savanna-like or not.

In the absence of a concrete definition of savanna, or range or tree densities that typify temperate savannas, observation of tree densities in current woodlands may provide a "gestalt" yardstick to clarify what savanna-like means. Based on piñon-juniper woodlands in the study area, tree densities of 320 trees/ha may be too high to pass as savanna-like in most cases (Fig. 4.1). Instead, 200 trees/ha may



photographs: K. Eisenhart

Figure 4.1. Examples of woodlands with approximately 320 trees/ha.  A)  Plot SM-32, 372 trees/ha (many trees and sapling are dead or dying); b)  Plot DWSA-S1, 356 trees/ha; c)  Plot WS-67, 350 trees/ha; d)  Plot SM-63 (post-fire), 318 trees/ha; e) Plot WP-52, 318 trees/ha; f) Plot WP-212, 306 trees/ha.  Trees were defined as taller than 2 meters, or greater than 7 cm DRC.

BLM_0044812

better describe an upper threshold for savanna vegetation than does 320 trees/ha (Fig. 4.2).  Other factors, such as the type and structure of the shrub community may also influence the decision of whether to classify a site as savanna-like.

### 4.2.2.2  Reconstructing historic stand densities

For this study, each tree in every plot was classified as a pre- or post-settlement tree based on tree ages for trees that were cored, or tree diameters for trees that were not cored.  No juniper trees from any plot were aged, and only a handful of piñon pine trees were aged at the circular plots in the WP and SM sampling areas.  The size limit used to divide pre- and post-settlement trees was 20 cm DRC.  This limit was established by comparing the diameter-age relationships of all cored trees.  Based on piñon pine trees from throughout the sampling area, the majority of trees greater than 20 cm DRC were older than 125 years.  Some trees smaller than 20 cm DRC were also older than 125 years, but few trees this size or larger were younger than 125 years.  Actual tree ages were used in place of size wherever these were available.  Once trees were classified into pre- or post-settlement categories, the 1880 tree density was estimated.  Stands whose 1880 tree density was less than 200 trees/ha were categorized as potential historic savannas.  Logs that may have been live trees in 1880 were not taken into account for this analysis.  If so, estimated tree densities might have been slightly higher on some sites.

### 4.2.2.3  Additional structural attributes used as evidence of historic fire regime

In addition to estimating the 1880 density of trees at sampled sites, other structural features were evaluated to determine their support for either high-frequency or low-frequency fire regimes (Table 4.2).  Features that were subjectively

BLM_0044813



photographs: K. Eisenhart

Figure 4.2.  Examples of woodlands with less than 200 trees/ha.  A)  Plot WP-39, 159 trees/ha; b) Plot WP-198, 133 trees/ha; c)  Plot SM-30, 113 trees/ha; d) Plot SM-31, 95 trees/ha; e) Plot SM-36, 95 trees/ha; f) Plot SM-37, 64 trees/ha.  Trees were defined as taller than 2 meters, or greater than 7 cm DRC.

BLM_0044814

evaluated were size-frequency distributions of live and dead trees, tree morphologies, stages of decay of logs and snags, and associated shrub communities. Size distributions, morphology, and arrangement of trees can provide some indication of whether frequent fires were likely and whether or not a particular woodland initiated at a relatively high tree-density. For example, I frequently encountered woodlands where dominant trees were similar in diameter, uniformly spaced and lacked lower branches (Fig. 4.3). Sites where trees with similar-sized diameters were uniformly distributed (e.g., Fig. 4.3a) might suggest that a relatively long interval occurred between fires if tree ages pre-date settlement because straight, single stems and lack of lower branches suggest that a stand was once more dense and has gone through density-dependent thinning. Studies of past fires in woodlands of the Great Basin suggest that trees can establish at fairly high densities within 50 to 70 years after a stand-replacing fire (Tausch and West 1988). Rapid establishment and closing of the canopy would lead to competition and pruning of lower branches. If trees of this nature established decades prior to 1880 that would indicate that grazing and subsequent fire exclusion were not the cause of the current canopy structure. When sites with uniformly-spaced pre-settlement trees were encountered, a wider search was made for charred wood if none was found within the plot.

A broadly even-aged stand of this nature may have established following an infrequent, high-severity fire. Indeed, removing litter from the bases of trees in this type of stand sometimes revealed remnant wood that served as the nurse site for establishment of the living tree. In other cases, woody debris with charcoal was clearly evident in the stand (Fig. 4.3b), leaving little doubt that it represented post-fire initiation some time after a stand-replacing fire. Dense initiation and survival of the initial cohort of trees should reduce the production of fine fuels in the understory

109



photographs: K. Eisenhart

Figure 4.3.  Example of piñon-juniper woodlands with uniformly-spaced trees of similar-sized diameters.  Trees are single stemmed and lack lower limbs, suggesting that the stand was once more dense.  A) Piñon pine-dominated site with an understory that lacks coarse-woody debris.  In some sites, removing litter from the base of the tree would expose fragments of nurse logs, usually too decayed to have charcoal.  B) Mixed woodland with moderately-abundant amounts of coarse woody debris.

making surface fire increasingly less likely.  Juvenile trees having low branches that contact the grass or shrub canopy would likely have died during surface fires because of crowning. Conversely, increasingly long fire-free periods would allow trees to grow taller, drop their lower branches, and begin to thin because of competition, which leads to stand structures illustrated in Figure 4.3.

Additional indirect evidence of past fire regimes was provided by the nature of the coarse woody debris in each plot.  Lack of woody debris may indicate that fires were more frequent in the past, since frequent fires would have consumed fuels laying on the ground (Barney and Frischknect 1974, Tausch et al. 1981, Betancourt et al. 1993, Miller and Tausch 2001).  Conversely, woody fuels would accumulate if centuries have passed since the last fire.  In that case, the woody debris would probably be composed of both species and vary in diameter and stages of decay. Small-diameter logs tend to decay more quickly than larger logs, and piñon pine wood decays more quickly than juniper wood.   Observation of logs in recent burns shows that char tends to be more prominent on older piñon pine and juniper trees where wood surfaces of living trees were partially exposed prior to the fire.  Young trees are often killed with no evidence of char.  After stand-replacing fire the debris most likely to persist is from large-diameter trees, especially juniper species.

Other types of site data were evaluated to determine their support for a savanna classification.  Savanna implies that the understory is open and dominated by grasses and herbaceous species (Dyksterhuis 1957, McPherson 1997). Evidence of stand-replacing fire does not support the savanna conclusion, since this would suggest an historic stand that was dense enough to carry crown fire (Table 4.2).  Thus, sites that fit the density criteria for savanna ( < 200 tree/ha), but had evidence of stand-replacing fire, were removed from the potential savanna category. Likewise, co-dominant communities of dense oakbrush were considered unlikely

sites for historic savanna.  The Gambel oak and mountain shrub communities that occur toward the upper ecotone of woodlands can reach the stature of small trees and are difficult for a human to pass through.  Dense communities of mountain shrubs comprising Gambel oak, mountain mahogany, serviceberry, and snowberry burn periodically in stand-replacing fires (Floyd et al. 2000).  Intervals between the mountain shrub fires have been estimated to be 150-200 years (Floyd et al. 2000), and all of these species are capable of sprouting from their roots after fire.  It is possible that some of these communities may have lacked trees, or only supported a sparse tree layer historically, but the shrub layer that was present at that time could not be described as savanna.   In summary, stands were eliminated from the category of potential savanna if their estimated 1880 tree density was greater than 200 trees/ha, direct evidence indicated that a stand-replacing fire had occurred in the past, and the co-dominant shrub community was a mountain shrub or oak brush thicket.

## 4.3  RESULTS

### 4.3.1  Direct evidence of fire regime

No fire-scarred trees were found in the 136 sites that were sampled.  There was abundant evidence, however, of stand-replacing fire in 38% of all sampled sites. Ignoring the additional sites sampled at 0.5 km spacing in the northern part of SM, none of which had evidence of fire, 44% of sites clearly experienced a stand-replacing fire at some time in the past. Comparison of the elevations of stands where evidence for a stand-replacing fire was recorded versus the elevations where no evidence of fire was found suggests that stand-replacing fires may be associated with higher elevations (Fig. 4.4).  A one-way analysis of variance indicated that the

BLM_0044818

112



| | Sum of Squares | df | Mean Square | F | Sig. |
|---|---|---|---|---|---|
| **Between Groups** | 3683471.971 | 1 | 3683471.971 | 14.075 | <.0001 |
| **Within Groups** | 35330467.678 | 135 | 261707.168 | | |
| **Total** | 39013939.649 | 136 | | | |

Figure 4.4.  Box-and-whisker plot showing the distribution of site elevations that did and did not have evidence of a high-severity fire and ANOVA of elevations with and without evidence of fire.  The outline of the box indicates the inter-quartile range, the horizontal line inside the box indicates the median, the ends of the whiskers mark off 1.5 times the inter-quartile range, and circles outside the whiskers indicate outliers and extreme values.  ANOVA of mean elevations indicated a significant difference between the elevation of sites with and without fire occurrence (p< .0001).

BLM_0044819

means of elevations where fire evidence was found were significantly higher than sites where no fire evidence was found (Fig. 4.4, p < .001), though the mean differences in elevation were not great overall.

### 4.3.2  Historic stand structures

Based on reconstructed stand densities, forty-five of 136 sampled plots had tree densities lower than 200 trees/ha when cattle were introduced to the Uncompahgre Plateau in 1881 (Table 4.3).  Of these forty-five, sixteen had clear evidence of a past stand-replacing fire and were therefore likely not savanna in 1880, since higher tree densities and greater accumulation of biomass would be necessary to support a stand-replacing fire and would indicate a pre-existing woodland.  Three additional stands (WP-21, WP-39, GG-144, Table 4.3) had no evidence of past fires, but had a tall and dense mountain shrub component that probably did not meet savanna criteria in 1880.  All three were located near the upper ecotone between woodland and shrubland, and may indicate that stand-replacing fires have occurred at these sites as well.  Trees may indeed have encroached into sites WP-21 and WP-39 in the twentieth century since little to no coarse woody debris was found, but the structure of the shrub canopy does not match descriptions of savanna vegetation.

Of the remaining twenty-six stands with reconstructed tree densities less than 200 trees/ha in 1880, three were located on steep slope gradients of greater than 20 degrees (GG-134, GG-95, GG-158) and four have been affected by old chaining (dragging a large anchor-chain between two bulldozers to knock down trees) or tree felling (SM-31, SM-27, SM-35, and SM-50; Table 4.3).  All three low-density stands on steep slopes are currently older than 300 years and have tree densities that are less than 250 trees/ha.  All three are found at relatively high elevation, face west or

BLM_0044820

Table 4.3.  Plots from all sampling areas in which reconstructed tree densities were less than 200 trees/ha in 1880.  An asterisk indicates additional plots sampled at one half km spacing in the northern third of the Sims Mesa (SM) sampling area (see Fig. 3.2d). Shrub abbreviations are:  E = *Ephedra sp.*; M = mountain mahogany; Mtn = mountain shrubs (Gambel oak, mountain mahogany, serviceberry, snowberry); O = *Opuntia sp.*; Q = Gambel oak; sage = sagebrush.  Abbreviation in notes:  bb = bark beetles.  Only soil depths greater than 50 cm are noted.

| Site | Tree Density (#/ha) 1880 | 2000 | Saplings (#/ha in 2000) | Elev. (m) | Aspect | Slope (°) | Stand Age | Dominant Shrubs | Notes |
|------|------|------|------|------|------|------|------|------|------|
| **NO fire evidence** | | | | | | | | | |
| SM-16* | 0 | 0 | 223 | 2025 | NNE | 3 | 60 | sage | soil > 175 cm, up to half saplings dying |
| SM-23 | 0 | 382 | 1050 | 2026 | N | 5 | 75 | sage | up to half saplings dying |
| SM-31* | 32 | 95 | 1082 | 2052 | NW | 2 | 65 | sage | old chaining (dead trees oriented same dir.) |
| SM-12* | 0 | 0 | 0 | 2056 | WNW | 4 | 0 | sage | soil 58 cm |
| SM-20* | 0 | 446 | 764 | 2058 | ENE | 4 | 90 | sage | soil 77 cm |
| SM-11 | 32 | 191 | 1146 | 2063 | E | 6 | 65 | sage | soil > 175 cm |
| SM-30* | 19 | 113 | 170 | 2067 | NE | 2 | 70 | sage | approx. one third of saplings dying |
| SM-10* | 95 | 350 | 955 | 2078 | SW | 12 | 85 | sage | soil 88 cm |
| SM-37 | 0 | 64 | 605 | 2080 | S | 5 | 75 | sage | soil 80 cm |
| SM-28* | 0 | 372 | 350 | 2084 | NE | 4 | 85 | sage | soil 72 cm, up to half saplings dying |
| SM-36* | 0 | 95 | 605 | 2088 | N | 2 | 90 | sage | |
| SM-27* | 177 | 464 | 133 | 2090 | NNW | 2 | 270 | sage | cut trees |
| SM-43* | 32 | 223 | 1050 | 2091 | E | 5 | 210 | sage | bb |
| SM-35 | 64 | 286 | 2833 | 2096 | E | 3 | 190 | sage | bb, cut trees |
| SM-26* | 127 | 668 | 637 | 2117 | SW | 2 | 160 | sage | bb; soil 68 cm |
| SM-34* | 32 | 987 | 987 | 2117 | NE | 2 | 120 | sage | bb, soil 49 cm |
| SM-52 | 191 | 764 | 1751 | 2130 | N | 2 | 200 | sage | |
| SM-33 | 32 | 796 | 32 | 2141 | N | 2 | 110 | sage | soil 50 cm, possibly cleared |
| WP-37 | 64 | 477 | 1687 | 2168 | SSE | 5 | 90 | sage/Mtn | |
| SM-50 | 191 | 923 | 3056 | 2197 | N | 1 | 160 | sage | cut trees |
| SM-58 | 0 | 1019 | 987 | 2204 | NNE | 3 | 110 | sage | soil 151 cm |
| WP-1b | 64 | 32 | 987 | 2206 | W | 3 | 120 | sage/Mtn | bb |
| GG-75 | 22 | 175 | 257 | 2461 | W | 5 | 150 | sage | |

Continued.

Figure 4.3 continued.

| Site | Tree Density (#/ha) | | Saplings (#/ha in 2000) | Elev. (m) | Aspect | Slope (°) | Stand Age | Dominant Shrubs | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | 1880 | 2000 | | | | | | | |
| **NO fire evidence, steep slope** | | | | | | | | | |
| GG-134 | 166 | 233 | 84 | 2202 | W | 32.5 | 350 | E/O/sage | |
| GG-95 | 162 | 187 | 78 | 2224 | SW | 26.5 | 365 | E/M | |
| GG-158 | 128 | 215 | 118 | 2350 | SW, W | 27.5 | 350 | E | |
| **NO fire evidence, tall, dense brush** | | | | | | | | | |
| WP-21 | 165 | 658 | 660 | 2262 | SW | 11 | 100 | Mtn | |
| WP-39 | 0 | 159 | 223 | 2285 | W | 5 | 90 | Mtn | |
| GG-144 | 167 | 253 | 74 | 2461 | W | 23 | 450 | Q/E | |
| **YES, evidence for stand-replacing fire** | | | | | | | | | |
| WP-198 | 111 | 133 | 22 | 1766 | W | 2 | 230 | Saltbush | |
| WP-146 | 159 | 987 | 541 | 1966 | NNW | 9 | 225 | E/M | |
| WP-127 | 191 | 764 | 2260 | 2035 | SW | 4 | 290 | sage | |
| WP-87 | 191 | 1019 | 923 | 2072 | SE | 8 | 430 | sparse Mtn | |
| WP-5 | 18 | 351 | 455 | 2096 | SW | 5 | 120 | Mtn | |
| WP-67 | 64 | 350 | 859 | 2104 | WNW | 6 | 120 | Mtn | |
| WP-68 | 0 | 859 | 1305 | 2119 | SE | 4 | 90 | Mtn | |
| WP-6 | 184 | 519 | 821 | 2141 | W | 8 | 160 | Mtn | |
| WP-69 | 64 | 477 | 318 | 2150 | S | 19 | 135 | Mtn | |
| WP-7 | 140 | 535 | 776 | 2166 | S | 9 | 140 | Mtn | |
| GG-127 | 81 | 124 | 177 | 2221 | W, NW | 14.3 | 450 | E/M | |
| WP-52 | 0 | 318 | 891 | 2226 | W | 6 | 115 | Mtn | |
| WP-40 | 0 | 32 | 159 | 2261 | S | 17 | 40 | Mtn | |
| GG-489 | 158 | 260 | 99 | 2295 | SW, S | 24 | 250 | Mtn | |
| SM-64 | 191 | 509 | 2228 | 2327 | ENE | 3 | 185 | sage | |
| GG-188 | 192 | 370 | 174 | 2587 | SE, S | 27.3 | 200 | sparse Mtn | |

southwest, and have an open, *Ephedra sp.*-dominated shrub component.  Plots with notable levels of tree removal have a number of predictable characteristics.  For example, cut trees are most often juniper trees, whereas debris created by an old chaining reflects the proportion of species present at the time of manipulation.  Old chainings can be recognized even after significant re-growth by noting logs that are nearly all oriented in the same direction.  This pattern is not found in unmanipulated woodlands.  Three of the four manipulated plots currently have a very large number of saplings (SM-31, SM-35, SM-50, Table 4.3), which may have established or released following tree removal.  Dead trees and cut stumps were not cross-dated to determine which were present in 1880, though adding felled trees to counts of reconstructed tree density would probably put 1880 densities close to or greater than 200 trees/ha at SM-27 and SM-50.  If plots on steep slopes or sites with significant tree removal are discounted, the total number of historic savanna plots were nineteen out of 136 sampled plots.

The majority of the remaining nineteen plots are less than 200 years old, currently, based on ages of the dominant-sized pine trees at each plot.  Many have soils with more than 50 cm depth to bedrock or to a rocky layer, and are experiencing notable tree and/or sapling mortality (see notes, Table 4.3).  Sixteen of the nineteen savanna sites are located in the northern third of the Sims Mesa, indicating that this area was probably savanna-like at the time that livestock were introduced.  No evidence of fire was found in these sites, though many were experiencing notable mortality of trees and saplings, possibly indicating that mechanisms other than fire can maintain savanna-like vegetation on this landscape.

BLM_0044823

### 4.3.3  Coarse woody debris

Snags and fallen logs were abundant on many sites (Table 4.4).  In some stands, charcoal and burned-out hollows on decaying tree-boles indicated that high-severity fire had occurred in the past.  Crossdated samples from dead trees (GG sampling area) indicated that logs can persist in the study area for several hundred years in the long absence of fire.  More than 50% of logs of both species at most sites were in the most advanced stages of decay (classes III & IV, Table 4.4).  This was a common pattern across sampling areas.  Few sampled sites had both post-settlement aged trees and low levels of woody debris.   The accumulation of logs of both species showing different stages of decay contributed to the impression that very long periods of time had passed since the last fire event in many stands.

Many logs in older post-fire (>250 yrs) and non-fire stands had no evidence that they had been killed by fire.  The most decayed logs might have had charcoal on them, but many logs or snags did not.  Many of the dead trees on the majority of sites died more recently than the last fire (Fig. 4.5).  Logs with charcoal were in more advanced stages of decay, whereas more recent mortality lacked charcoal and burn hollows and was less decayed (Fig. 4.6).  Non-fire mortality included relatively recent deaths of trees to which bark and finer twigs were still attached.  Many of the persistent logs were hardened by resin throughout the heartwood, which made them more resistant to decay, whereas piñon pine logs from trees that died recently had softened in the center from deterioration of the roots, stem, and heartwood.

### 4.3.4 Distribution of old stands

Pre-1850 stands were found throughout all sampling areas on sites whose depth to bedrock varied up to one meter.  Old stands were not restricted to steep sites or to particular slope aspects.  Instead, 57% of stands older than 200 years

BLM_0044824

Table 4.4.  Characteristics of coarse woody debris in plots for all sampling areas.  Decay classes indicate increasing stages of decay from I (recent mortality) to IV (very decayed).  See Table 3.2 for descriptions of decay classes.  Empty cells indicate that no data was collected for that variable.

| Site | Stand Age[1] | Fire[2] | logs/ha[3] | % pinyon logs | Juniper Class I | Class II | Class III | Class IV | Piñon Class I | Class II | Class III | Class IV |
|------|----------|------|---------|--------------|---------|----------|-----------|----------|---------|----------|-----------|----------|
| **Detailed Stand Reconstruction** | | | | | | | | | | | | |
| DWSA-F1 | 540 | 1 | 490 | 82 | 0 | 0 | 15 | 85 | 0 | 11 | 8 | 81 |
| DWSA-F2 | 520 | 1 | 728 | 91 | 0 | 10 | 20 | 70 | 0 | 3 | 13 | 85 |
| DWSA-F3 | 420 | 1 | 679 | 74 | 0 | 8 | 23 | 69 | 0 | 7 | 19 | 74 |
| DWSA-N1 | 400 | 1 | . | . | . | . | . | . | . | . | . | . |
| DWSA-N2 | 240 | 1 | 122 | 73 | . | . | . | . | . | . | . | . |
| DWSA-N3 | 340 | 0 | 356 | 56 | . | . | . | . | . | . | . | . |
| DWSA-N4 | 220 | 0 | 178 | 75 | . | . | . | . | . | . | . | . |
| DWSA-N5 | 250 | 1 | 178 | 63 | . | . | . | . | . | . | . | . |
| DWSA-N6 | 375 | 1 | 256 | 57 | . | . | . | . | . | . | . | . |
| DWSA-N7 | 290 | 1 | 33 | 67 | . | . | . | . | . | . | . | . |
| DWSA-N8 | 440 | 1 | 89 | 100 | . | . | . | . | . | . | . | . |
| DWSA-N9 | 450 | 0 | 67 | 50 | . | . | . | . | . | . | . | . |
| DWSA-N10 | 200 | 1 | 0 | 0 | . | . | . | . | . | . | . | . |
| DWSA-S1 | 400 | 1 | . | . | . | . | . | . | . | . | . | . |
| DWSA-S2 | 500 | 1 | 211 | 63 | . | . | . | . | . | . | . | . |
| DWSA-S3 | 650 | 0 | 133 | 42 | . | . | . | . | . | . | . | . |
| DWSA-S4 | 340 | 1 | 133 | 50 | . | . | . | . | . | . | . | . |
| DWSA-S5 | 350 | 1 | 222 | 10 | . | . | . | . | . | . | . | . |
| DWSA-S6 | 400 | 1 | 200 | 44 | . | . | . | . | . | . | . | . |
| DWSA-S7 | 420 | 1 | 256 | 61 | . | . | . | . | . | . | . | . |
| DWSA-S8 | 520 | 1 | 144 | 38 | . | . | . | . | . | . | . | . |
| DWSA-S9 | 440 | 0 | 211 | 58 | . | . | . | . | . | . | . | . |
| DWSA-S10 | 500 | 0 | 100 | 44 | . | . | . | . | . | . | . | . |
| **Transect Study** | | | | | | | | | | | | |
| WP-1a | 600 | 0 | 1057 | 86 | 0 | 4 | 43 | 52 | 0 | 22 | 32 | 46 |
| WP-2 | 200 | 1 | 246 | 66 | 0 | 20 | 0 | 80 | 0 | 5 | 42 | 53 |
| WP-4 | 380 | 1 | 828 | 85 | 0 | 0 | 32 | 68 | 5 | 6 | 32 | 57 |

continued.

BLM_0044825

Table 4.4 continued.

| Site | Stand Age[1] | Fire[2] | logs/ha[3] | % pinyon logs | Distribution of Decay Classes (%) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Juniper | | | | Piñon | | | |
| | | | | | Class I | Class II | Class III | Class IV | Class I | Class II | Class III | Class IV |
| WP-5 | 120 | 1 | 547 | 51 | 2 | 7 | 5 | 86 | 0 | 0 | 0 | 100 |
| WP-6 | 160 | 1 | 469 | 22 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 100 |
| WP-7 | 140 | 1 | 567 | 43 | 2 | 0 | 8 | 90 | 3 | 0 | 5 | 92 |
| WP-11 | 260 | 1 | 828 | 75 | 0 | 3 | 12 | 85 | 4 | 4 | 20 | 72 |
| WP-12 | 300 | 0 | 847 | 46 | 1 | 0 | 19 | 80 | 13 | 9 | 27 | 52 |
| WP-13 | 480 | 0 | 643 | 73 | 0 | 4 | 35 | 61 | 8 | 21 | 17 | 55 |
| WP-14 | 400 | 1 | 688 | 90 | 0 | 0 | 8 | 92 | 3 | 5 | 5 | 86 |
| WP-15 | 420 | 1 | 216 | 82 | 0 | 0 | 17 | 83 | 11 | 14 | 32 | 43 |
| WP-16 | 480 | 1 | 407 | 80 | 0 | 8 | 23 | 69 | 14 | 14 | 22 | 51 |
| WP-17 | 380 | 0 | 554 | 30 | 0 | 0 | 16 | 84 | 0 | 0 | 19 | 81 |
| WP-18 | 240 | 1 | 796 | 48 | 0 | 0 | 21 | 79 | 3 | 8 | 19 | 69 |
| WP-19 | 320 | 0 | 471 | 60 | 0 | 3 | 6 | 90 | 2 | 7 | 33 | 58 |
| WP-20 | 240 | 0 | 567 | 55 | 0 | 0 | 24 | 76 | 6 | 4 | 21 | 69 |
| WP-21 | 100 | 0 | 57 | 100 | 100 | 0 | 0 | 0 | 63 | 25 | 13 | 0 |
| WP-25 | 300 | 0 | 382 | 33 | 0 | 3 | 38 | 60 | 0 | 5 | 20 | 75 |
| WP-26 | 420 | 1 | 376 | 70 | 0 | 6 | 28 | 67 | 17 | 20 | 29 | 34 |
| GG-73 | 550 | 0 | 309 | 65 | 0 | 17 | 8 | 75 | 0 | 8 | 42 | 50 |
| GG-75 | 150 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GG-79 | 700 | 0 | 276 | 81 | 0 | 40 | 0 | 60 | 0 | 10 | 48 | 43 |
| GG-95 | 350 | 0 | 164 | 61 | 0 | 29 | 14 | 57 | 0 | 20 | 30 | 50 |
| GG-102 | 500 | 0 | 411 | 64 | 0 | 0 | 25 | 75 | 0 | 0 | 34 | 66 |
| GG-103 | 500 | 0 | 607 | 71 | 6 | 6 | 39 | 50 | 0 | 2 | 41 | 57 |
| GG-127 | 450 | 1 | 369 | 50 | 0 | 7 | 36 | 57 | 0 | 7 | 47 | 47 |
| GG-134 | 400 | 0 | 246 | 44 | 0 | 7 | 33 | 60 | 0 | 0 | 17 | 83 |
| GG-144 | 550 | 0 | 233 | 50 | 0 | 0 | 9 | 91 | 0 | 27 | 27 | 45 |
| GG-158 | 350 | 0 | 276 | 84 | 0 | 0 | 100 | 0 | 0 | 14 | 24 | 62 |
| GG-188 | 200 | 1 | 456 | 74 | 0 | 9 | 27 | 64 | 0 | 0 | 32 | 68 |
| GG-199 | 500 | 1 | 78 | 88 | 14 | 0 | 71 | 14 | 0 | 0 | 100 | 0 |
| GG-355 | 300 | 1 | 297 | 0 | 0 | 30 | 50 | 20 | 0 | 22 | 22 | 56 |
| GG-410 | 250 | 0 | 223 | 45 | 0 | 9 | 45 | 45 | 0 | 67 | 11 | 22 |
| GG-437 | 500 | 1 | 244 | 82 | 0 | 0 | 33 | 67 | 0 | 11 | 61 | 28 |

Continued.

BLM_0044826

120

Table 4.4 continued.

| Site | Stand Age[1] | Fire[2] | logs/ha[3] | % pinyon logs | Distribution of Decay Classes (%) Juniper Class I | Class II | Class III | Class IV | Piñon Class I | Class II | Class III | Class IV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GG-487 | 450 | 1 | 284 | 54 | 0 | 33 | 17 | 50 | 0 | 31 | 31 | 38 |
| GG-489 | 250 | 1 | 441 | 56 | 0 | 5 | 32 | 63 | 0 | 0 | 32 | 68 |
| GG-1039 | 250 | 1 | 255 | 62 | 0 | 80 | 20 | 0 | 0 | 27 | 40 | 33 |
| GG-1403 | 350 | 0 | 241 | 50 | 0 | 29 | 6 | 65 | 0 | 29 | 35 | 35 |
| **Circular Plot Study** | | | | | | | | | | | | |
| SM-10* | 75 | 0 | 0 | 0 | none | | | | | | | |
| SM-11 | 65 | 0 | 64 | 100 | 0 | 0 | 0 | 0 | 0 | 50 | 50 | 0 |
| SM-12* | 0 | 0 | 0 | 0 | none | | | | | | | |
| SM-16* | 60 | 0 | 64 | 100 | 0 | 0 | 0 | 0 | 50 | 50 | 0 | 0 |
| SM-17 | 300 | 0 | 159 | 60 | 100 | 0 | 0 | 0 | 0 | 67 | 33 | 0 |
| SM-18* | 250 | 0 | 477 | 73 | 0 | 0 | 0 | 0 | 18 | 18 | 64 | 0 |
| SM-19 | 270 | 0 | 573 | 28 | 33 | 67 | 0 | 0 | 20 | 0 | 80 | 0 |
| SM-20* | 70 | 0 | 0 | 0 | none | | | | | | | |
| SM-23 | 75 | 0 | 32 | 100 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| SM-25* | 200 | 0 | 509 | 56 | 0 | 0 | 43 | 57 | 11 | 0 | 33 | 56 |
| SM-26* | 160 | 0 | 700 | 91 | 0 | 0 | 50 | 50 | 65 | 20 | 5 | 10 |
| SM-27* | 250 | 0 | 133 | 50 | 0 | 33 | 0 | 67 | 0 | 0 | 67 | 33 |
| SM-28* | 85 | 0 | 0 | 0 | none | | | | | | | |
| SM-29* | 200 | 0 | 605 | 79 | 0 | 0 | 50 | 50 | 0 | 27 | 47 | 27 |
| SM-30* | 70 | 0 | 0 | 0 | none | | | | | | | |
| SM-31* | 65 | 0 | 191 | 83 | 0 | 0 | 0 | 100 | 0 | 40 | 60 | 0 |
| SM-32 | 125 | 0 | 446 | 57 | 0 | 33 | 0 | 67 | 50 | 13 | 13 | 25 |
| SM-33 | 110 | 0 | 32 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SM-34* | 120 | 0 | 382 | 100 | 0 | 0 | 0 | 0 | 75 | 17 | 8 | 0 |
| SM-35 | 150 | 0 | 127 | 50 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 |
| SM-36* | 90 | 0 | 32 | 100 | 0 | 0 | 0 | 0 | 0 | 100 | 0 | 0 |
| SM-37 | 75 | 0 | 0 | 0 | none | | | | | | | |
| SM-38* | 300 | 1 | 446 | 71 | 0 | 0 | 75 | 25 | 50 | 30 | 20 | 0 |
| SM-42* | 330 | 0 | 318 | 100 | 0 | 0 | 0 | 0 | 60 | 20 | 10 | 10 |
| SM-43* | 210 | 0 | 286 | 89 | 100 | 0 | 0 | 0 | 38 | 38 | 13 | 13 |
| SM-50 | 150 | 0 | 318 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 |

Continued.

Table 4.4 continued.

| Site | Stand Age[1] | Fire[2] | logs/ha[3] | % pinyon logs | Juniper Class I | Class II | Class III | Class IV | Piñon Class I | Class II | Class III | Class IV |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| SM-51 | 325 | 1 | 541 | 76 | 0 | 0 | 25 | 75 | 0 | 8 | 38 | 54 |
| SM-52 | 200 | 0 | 509 | 94 | 0 | 0 | 100 | 0 | 0 | 33 | 27 | 40 |
| SM-53 | 245 | 1 | 414 | 69 | 0 | 0 | 25 | 75 | 0 | 11 | 67 | 22 |
| SM-54 | 210 | 1 | 541 | 59 | 0 | 14 | 43 | 43 | 30 | 10 | 40 | 20 |
| SM-55 | 230 | 0 | 191 | 17 | 0 | 20 | 60 | 20 | 0 | 0 | 0 | 100 |
| SM-56 | 550 | 0 | 223 | 57 | 0 | 0 | 0 | 100 | 0 | 25 | 0 | 75 |
| SM-57 | 170 | 0 | 286 | 78 | 0 | 0 | 50 | 50 | 0 | 0 | 14 | 86 |
| SM-58 | 110 | 0 | 0 | 0 | none | | | | | | | |
| SM-60 | 200 | 1 | 286 | 44 | 0 | 20 | 40 | 40 | 0 | 25 | 0 | 75 |
| SM-63 | 215 | 1 | 223 | 86 | 0 | 0 | 0 | 100 | 0 | 0 | 17 | 83 |
| SM-64 | 185 | 1 | 159 | 40 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 100 |
| SM-65 | 150 | 1 | 0 | 0 | none | | | | | | | |
| SM-66 | 180 | 1 | 243 | 55 | 0 | 0 | 100 | 0 | 0 | 0 | 14 | 86 |
| SM-67 | 200 | 1 | 127 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 |
| SM-68 | 185 | 1 | 286 | 67 | 0 | 0 | 0 | 100 | 0 | 17 | 0 | 83 |
| SM-69 | 160 | 1 | 32 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 |
| SM-72 | 180 | 1 | 64 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WP-1b | 120 | 0 | 923 | 100 | 0 | 0 | 0 | 0 | 45 | 55 | 0 | 0 |
| WP-27 | 250 | 0 | 64 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 50 |
| WP-37 | 90 | 0 | 0 | 0 | none | | | | | | | |
| WP-38 | 265 | 0 | 318 | 100 | 0 | 0 | 0 | 0 | 10 | 10 | 70 | 10 |
| WP-39 | 90 | 0 | 0 | 0 | none | | | | | | | |
| WP-40 | 40 | 1 | 95 | 100 | 0 | 0 | 0 | 0 | 0 | 33 | 33 | 33 |
| WP-52 | 115 | 1 | 64 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| WP-53 | 140 | 0 | 286 | 56 | 0 | 0 | 0 | 100 | 0 | 0 | 20 | 80 |
| WP-54 | 270 | 0 | 64 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 0 |
| WP-67 | 120 | 1 | 796 | 64 | 0 | 0 | 0 | 100 | 0 | 6 | 0 | 94 |
| WP-68 | 90 | 1 | 573 | 89 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 100 |
| WP-69 | 90 | 1 | 605 | 26 | 0 | 0 | 29 | 71 | 0 | 0 | 0 | 100 |
| WP-70 | 165 | 1 | 64 | 0 | 0 | 0 | 100 | 0 | 0 | 100 | 0 | 0 |
| WP-85 | 400 | 0 | 605 | 53 | 0 | 22 | 67 | 11 | 40 | 0 | 10 | 50 |

Continued.

BLM_0044828

Table 4.4 Continued.

| Site | Stand Age[1] | Fire[2] | logs/ha[3] | % pinyon logs | Distribution of Decay Classes (%) | | | | | | | |
| | | | | | Juniper | | | | Piñon | | | |
| | | | | | Class I | Class II | Class III | Class IV | Class I | Class II | Class III | Class IV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WP-86 | 400 | 0 | 955 | 77 | 0 | 29 | 43 | 29 | 4 | 22 | 35 | 39 |
| WP-87 | 430 | 1 | 382 | 75 | 0 | 33 | 0 | 67 | 0 | 11 | 67 | 22 |
| WP-88 | 230 | 0 | 668 | 81 | 0 | 25 | 25 | 50 | 24 | 29 | 24 | 24 |
| WP-107 | 440 | 0 | 382 | 75 | 0 | 0 | 0 | 100 | 0 | 0 | 56 | 44 |
| WP-108 | 240 | 0 | 1082 | 71 | 0 | 10 | 40 | 50 | 13 | 13 | 38 | 38 |
| WP-126 | 250 | 1 | 732 | 61 | 0 | 22 | 22 | 56 | 0 | 15 | 46 | 38 |
| WP-127 | 290 | 1 | 382 | 92 | 0 | 0 | 100 | 0 | 27 | 36 | 27 | 9 |
| WP-146 | 225 | 1 | 923 | 72 | 0 | 0 | 38 | 63 | 5 | 45 | 15 | 35 |
| WP-147 | 375 | 1 | 414 | 31 | 0 | 0 | 33 | 67 | 25 | 0 | 0 | 75 |
| WP-165 | 325 | 0 | 637 | 45 | 0 | 9 | 27 | 64 | 0 | 11 | 22 | 67 |
| WP-166 | 150 | 0 | 255 | 25 | 0 | 17 | 50 | 33 | 0 | 0 | 0 | 100 |
| WP-167 | 175 | 1 | 255 | 63 | 0 | 0 | 33 | 67 | 60 | 0 | 20 | 20 |
| WP-182 | 270 | 0 | 700 | 18 | 0 | 17 | 33 | 50 | 0 | 0 | 75 | 25 |
| WP-183 | 400 | 0 | 477 | 13 | 0 | 8 | 23 | 69 | 0 | 0 | 0 | 100 |
| WP-184 | 400 | 0 | 553 | 48 | 8 | 0 | 23 | 69 | 8 | 17 | 33 | 42 |
| WP-198 | 230 | 1 | 508 | 26 | 0 | 6 | 41 | 53 | 67 | 0 | 17 | 17 |
| WP-200 | 410 | 0 | 575 | 38 | 0 | 19 | 13 | 69 | 40 | 0 | 30 | 30 |
| WP-212 | 90 | 0 | 61 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 | 0 |

* indicates additional sites at Sims Mesa sampled with 0.5 km spacing (methods described in Chapter Three).
1. Stand age estimate based on piñon pine tree ages.
2. Indicates evidence of stand-replacing fire.  1 = evidence present; 0 = no evidence present.
3. Includes counts for logs, stumps, and standing dead trees.  Decay classes are not given for cut stumps.

BLM_0044829



photograph: K. Eisenhart

Figure 4.5.  Death of a piñon pine tree that was not killed by fire that had established near the base of a juniper tree previously killed by fire. The juniper log on the right had charcoal where the base had been hollowed out by fire and was scored as Decay Class IV (see Table 3.2).  The heartwood of the log was intact and decay was occurring through abrasion on the outside of the log.  The piñon pine log on the left had no charcoal or evidence that it had been killed by fire.  It was classified as Decay Class III, and was quite rotten in its center.

 

Photographs: K. Eisenhart

Figure 4.6.  Two examples of piñon pine sites with abundant dead piñon pine trees that were not killed by fire.  Trees in the foreground of each photograph would be classified as Decay Class III and II, respectively, using Table 3.1.

BLM_0044830



Figure 4.7.  Distribution of stands older than 200 years by slope and aspect.   ○  is southwest; ● is northeast.

were found on sites with slope gradients of 10º or less (Fig. 4.7).  However, the data suggest a tendency for old stands to persist on southwest-facing sites on slopes greater than approximately 10º, whereas stands were relatively younger on northeast-facing sites on steeper slopes (Fig. 4.7).  Elevation was not correlated with the age of a stand.  Instead, both young and old stands were found at upper and lower ecotones, and throughout the elevation gradient.  The only kinds of sites that appeared to restrict the development of old-growth woodlands were sites with nonskeletal soils deeper than one meter, which generally occurred on slopes of 10º or less.

## 4.4  DISCUSSION

### 4.4.1  Direct evidence of fire

This study does not support the belief that a shift from a high-frequency to a low-frequency fire regime occurred since 1881 in the Uncompahgre Plateau area. No evidence for historic, low-severity surface fires was found in the piñon-juniper zone.  Of course, evidence for surface fires would only persist if living trees were scarred by fire; other kinds of evidence would disappear within a short time after a surface fire.  However, structural evidence in the majority of sites does not support the conventional wisdom that frequent fires maintained woodlands that were more open in 1880 than they are today.

It is possible that young woodlands recovering from stand-replacing fire may have contributed to the impression of savannas and more frequent fire in the past. For example, much of the upper-elevation (southern) portion of the SM sampling area was not more than 50 years old when livestock were introduced (see spatial distribution of stand ages in Fig. 3.2d).  Most of the Sims Mesa plots at the southern end of the sampling array had charcoal on logs from a previous stand, which suggested that the previous woodland or shrubland burned in a stand-replacing fire. Evidence of high-severity fire was common in all sampling areas away from the lower ecotones.  Early settlers were aware that some stands burned in catastrophic fires, but attributed fire starts to Ute Indians (i.e., Marshall 1970) and not to lightning ignition and the natural climate-fire cycle.

### 4.4.2  Persistence of coarse woody debris

Woody debris was common and abundant on the majority of sites, suggesting long occupation by trees.  Charcoal was found on woody debris in more than one

third of the sites.  However, charcoal became sparse in sites older than 250 years because of advanced decay of logs and subsequent loss of charcoal.  In stands older than 250 years charcoal is most likely to persist on wood elevated above the ground.  Removing thick litter from the base of trees in old-growth stands would sometimes expose the original nurse log on sites where old logs were not obvious.  Sometimes charcoal was still detectable on the exposed wood, but often the log was too decayed to distinguish whether or not it could have been killed by fire.  In addition, charred woody debris was sometimes found underneath shrub canopies, though this was not true for all sites.  Establishment of trees on sites where logs were found under the shrub canopy does not indicate tree-invasion.  Evidence of a previous stand on sites with living trees, regardless of whether charcoal was present or not, argues for the persistence of woodlands through at least two sequences of stand establishment.  Logs would not be expected to accumulate on sites repeatedly burned over by high-frequency fire (Barney and Frischknect 1974, Tausch et al. 1981, Erdman 1969, Miller and Tausch 2001).

Woody debris was not always associated with charcoal and evidence of fire.  Some sites had no evidenced of fire, yet had an abundance of dead trees.  For most stands, the majority of woody debris of both species was in the later stages of decay.  More recent mortality (classes I and II) tended to be dominated by piñon pine, probably reflecting the dominance of stem densities by piñon pine during all life stages.  On other sites, though, more piñon pine than juniper trees were dead than would be expected when compared to the proportion of each species of living trees.  This was particularly true on more stressful sites, indicating that piñon pine may not be able to persist on harsh sites.  Betancourt et al. (1993) reported an accumulation of woody debris at lower treeline sites in southern New Mexico, some of which died in the 1890s during a period of sustained drought.  They suggested that the wood

BLM_0044833

accumulated after the drought because of fire exclusion (Betancourt et al. 1993). However, based on crossdated samples from dead trees at the GG sampling area, much of the decayed wood in this study probably died before 1890 and persists because high-frequency fires did not occur at these sites.  Persistence of woody debris in woodlands sites of western Colorado supports the conclusion that long periods passed between fires.  During long periods between fires other types of mortality impacted trees.

### 4.4.3  Historic stand structures

Some stands have developed into woodlands or increased in density since 1880.  A handful of sites in four sampling areas did fit the structural expectations of an historic savanna.  Eleven of the nineteen sites that were classified as savanna fit Jacobs and Gatewood's (1999) criterion of 45 trees/ha or less.  Sixteen sites with less than 200 trees/ha in 1880 were younger, post-fire sites that developed following a high-severity fire.  Sizes of charred logs in those stands suggest that the previous woodland was well-developed at the time of the fire, which occurred prior to the introduction of livestock based on ages from living trees.  Other stands that had more than 200 trees/ha in 1880, but less than Dick-Peddie's (1983) criterion of 320 trees/ha were already well-developed at the time of settlement and have been decreasing in density, most likely due to competition and density-dependent thinning. Age structures in thinning stands tended to be broadly even-aged, with abundant coarse woody debris in the 0-20 cm DRC size classes.  Uniform spacing between trees in these stands further supports past high tree-density and subsequent density-dependent thinning.  This structure was frequently found on gentler slopes above 2000 meters.

128

The hypothetical shift in fire regime from high-frequency fires prior to the introduction of livestock to the current low-frequency regime is attributed to grazing-induced changes to fine fuels and to competition.  Fire exclusion and reduced competition appear to have facilitated tree invasion into both pre-existing stands and historic savannas in other piñon-juniper regions of the West (Tausch et al. 1981, Allen 1989, Miller, M. 1999, Burwell 1999).  However, the data presented in Chapter Three showed that tree establishment began to increase in the early to mid-1700s in the Uncompahgre Plateau area, well before the introduction of livestock in 1881.  All sampling areas suggested that the phenomenon that is often interpreted as "invasion" may have begun in the early 1700s, which casts doubt on the belief that stand densities increased after grazing due to fire exclusion by cattle or sheep.

A perception of grazing-induced changes to tree densities may have arisen from comparing tree diameters in pre-existing stands to tree diameters in sites that have clearly developed following the introduction of livestock.  Diameter-age relationships for piñon pine trees indicate that some small-diameter trees are deceptively old, especially on stressful sites.  Some stands show a broadly even-aged distribution even when tree-diameters are highly variable (i.e., size distribution for GG-437, Appendix and Fig. 3.7b).  In contrast, relatively large-diameter trees in post-fire or other open sites can be deceptively young because of rapid growth (see Fig. 2.3 and diameter-age plot for WP-5, Appendix).

### 4.4.2  Distribution of old stands

This study did not find that old stands were restricted to steep and rocky sites where productivity limits the spread of fire as has been suggested for Great Basin (Tausch et al. 1981, Miller and Wigand 1994, West and Young 2000) and Southwest woodlands (Woodbury 1947, Springfield 1976, Ronco 1987, Gottfried and Severson

1993).  While many woodland stands were found in these types of sites, many others were found on gently sloping sites.  Many old stands were found in thin, rocky soils, but others were growing in soils up to one meter deep (see Chapter Three).  Stands on non-skeletal soils deeper than one meter typically had established after 1880, and tended to have very low amounts of woody debris.  Stand composition on deeper soils was dominated by fast-growing piñon pine trees, sometimes with high levels of recent mortality.   Widespread mortality on soils with lower available soil moisture during periods of sustained drought would create similar landscape-scale patterns to what might be expected for frequent, low-severity fires.  Thus, the perception that woodland development is limited by soil depth may only be true for very deep soils with a low proportion of coarse clasts.

Stand age distributions suggest that old woodlands were an important component of the pre-settlement landscape.  Even 125 years ago in 1880, more than 50% of the sampled plots were more than 200 years old (see Table 4.4).  This is not surprising in light of the ubiquity of evidence for high-severity fire found throughout all four sampling areas.  If the fire regime in piñon-juniper woodlands of western Colorado is typified by infrequent, stand-replacing fire, then the distribution of woodland age classes might be more similar to what is found in other types of systems with stand replacing fire, such as subalpine forests, boreal forests, or chaparral woodlands (Romme et al. 2003).

Stand-replacing fires cannot recur without significant accumulation of biomass.  The ubiquity of evidence for high-severity fires and the lack of evidence for low-severity fires coupled with an abundance of woody debris suggests that fire historically occurred at infrequent intervals in piñon-juniper woodlands of the study area.  Even though precise fire intervals cannot be determined, the size of charred debris on woodland floors shows that enough time passed between fires for mature

BLM_0044836

woodlands to develop.  Based on ages of post-fire stands sampled in the study area, the range of time-since-fire intervals for post-fire sites at DWSA is 200 to 540 years; for WP it is 40 to 480 years; for GG it is 200 to 500 years; and for SM it is 150 to 325 years.

If the historic fire regime was dominated by infrequent, high-severity fire, it is not realistic to expect that the majority of the woodland zone on the Uncompahgre Plateau should be dominated by early seral stages, except for time periods immediately following widespread fires.  The age structure of woodlands on a landscape scale probably shifts over time, with early and mid-seral stages dominating for 100-200 years after widespread fire, followed by a gradual shift to a landscape dominated by old-growth structures.  In addition, long periods between fires means that other dynamic processes, including drought-related mortality, are structuring woodlands

## 4.5  CONCLUSION

This study does not support the assumption that frequent, low-severity fires historically maintained savanna-like woodlands on the Uncompahgre Plateau prior to the introduction of livestock.  Instead, evidence strongly suggests that the historic fire regime was dominated by infrequent, high-severity fires.  This conclusion is supported directly by evidence of the nature of past fires, and indirectly through analysis of current and past physical stand structures.

Direct evidence from past fires suggests that the majority of the piñon-juniper zone experienced high-severity crown fires at some time in the past.  More than one third of sampled sites had charred wood scattered throughout the stand.  The charcoal was found on both piñon pine and juniper trees.  For many of these sites

131

the high-severity fire occurred well before the introduction of livestock, based on age distributions of living trees and persistence of coarse fuels on the forest floor.

No fire-scarred piñon pine or juniper trees were found in any of the sites that were sampled.  However, lack of fire scars alone does not prove that low-severity fires did not occur.  Fire may have periodically burned through savanna-like or treeless vegetation without scarring trees.  The sites where this might have been the case are characterized by few to no pre-settlement trees and a lack of woody debris in the understory.  Sites of this nature dominate the lower elevation zone of the Sims Mesa sampling area where trees appear to be invading sagebrush.  However, this structure was not frequently found in the other three sampling area.

Most of the sampling areas had structures that were not savanna-like prior to the introduction of livestock.  Pre-settlement trees were found throughout the landscape, and were not restricted to sites of low productivity, though woodland structures were the dominant vegetation in many low-productivity sites.  The structure of many of these stands, especially those growing on gentler slopes, suggests past periods of high tree density and subsequent periods of density-dependent thinning.  Other sites with a sparse network of old trees began to increase in tree density in the 1700s.  If these were savanna-like, tree 'invasion' began too early to be attributed to effects of grazing.  In addition, sites with the highest tree density were not the sites that were open and savanna-like prior to the introduction of livestock.  The stands currently having the highest tree density are 100-250 years old, consistent with density increases that began in the 1700s.

Together, abundant evidence of stand-replacing fires, the ubiquity of old stands across sampling areas on all types of sites, increases in tree density beginning before the introduction of livestock, non-savanna structures, and persistence and accumulation of woody debris in all ages of stands strongly argue

BLM_0044838

132

against past maintenance of frequent low-severity fires.  In conclusion, the evidence does not support a shift in the dominant type of fire.  Fires in the past may have been similar in size, frequency, and severity to fires that have occurred in recent decades. Grazing does not appear to be responsible for a shift in the fire regime, since the present fire regime is similar to the historic fire regime.

BLM_0044839

## CHAPTER 5:  TREE INVASION:  COMPARING DYNAMICS IN OLD-GROWTH VS. YOUNGER STANDS

### 5.1.  INTRODUCTION

One of the central controversies surrounding piñon-juniper woodlands throughout their distributional range is to what extent vegetation changes since c. 1900 are due to anthropogenic versus 'natural' causes (Miller and Wigand 1994). Many have argued that grazing reduced the quantity of fine fuels so that wildfires failed to occur (Table 5.1).  Fire exclusion in many other woodland systems has long been thought to directly result from chronic grazing (Madany and West 1983, Savage and Swetnam 1990, Baisan and Swetnam 1997, Scholes and Archer 1997).  Loss of fire from the system is believed to enhance the survival of woody plants that established since the last fire.  However, Chapter Four argued from both direct and indirect evidence that high-frequency fires were not typical for the majority of piñon-juniper sites on the Uncompahgre Plateau in western Colorado.  Clearly, if frequent, low-intensity fires did not occur in a particular system, then the grazing/fire-exclusion argument is moot and tree invasion must be facilitated through some other mechanism.

There are other ways besides fire exclusion in which grazing may have facilitated tree invasion into historic savannas and acted to increase tree densities in existing woodlands.  For example, tree invasion has occurred in some systems following reduction of the herbaceous vegetation by grazers (Cottam and Stewart 1941, Madany and West 1983, Archer 1994, McPherson 1997).  In climates where moisture is limiting, tree seedlings do not compete well in healthy stands of grass

Table 5.1.  Primary explanations for piñon pine or juniper tree invasion into historic savanna or grasslands.   An asterisk indicates studies or reviews that focus mainly or only on juniper species.

| Region and Species | Fire Exclusion | Other Suggestions or No Increase |
|---|---|---|
| **Northern Great Basin**<br>*J. occidentalis* | *Burkhardt and Tisdale 1976<br>*Miller and Wigand 1994<br>Miller & Tausch 2001 | *Knapp and Soule 1996 (CO2)<br>*Miller and Rose 1995 (geometric growth)<br>*Soule and Knapp 1999 (biological inertia) |
| **Great Basin**<br>*J. osteosperma*<br>*P. monophylla* | *Cottam and Stewart 1940<br>Barney and Frishknect 1974<br>Chambers et al. 1999<br>Evans 1988<br>Miller and Tausch 2001<br>St. Andre et al. 1965<br>West and Young 2000<br>West et al. 1975<br>West et al. 1988<br>Young and Evans 1981<br>Young et al. | St. Andre et al. 1965 (natural dynamics) |
| **Colorado Plateau**<br>*J. monosperma*<br>*J. osteosperma*<br>*P. edulis* | *Madany and West 1983<br>Bradley et al. 1992<br>Woodbury 1947 | Romme et al. 2003 (no increase)<br>Harris et al. 2003 (no increase) |
| **Southwest**<br>*J. osteosperma*<br>*J. monosperma*<br>*J. deppeana*<br>*P. monophylla*<br>*P. edulis* | *Johnsen 1962<br>Allen 1989<br>Allen and Breshears 1988<br>Brockway et al. 2002<br>Brown et al. 2001<br>Clary 1975<br>Dick-Peddie 1993<br>Emerson 1972<br>Gottfried et al. 1995<br>Hastings et al. 2003<br>Leopold 1942 | Jameson et al. 1962 (no increase)<br>Rowlands and Brian 2001 (no increase) |

(Stoddart 1975, Wilson 1998).  However, studies of edaphically-controlled savannas indicate that trees and grasses may co-exist through vertical partitioning of soil moisture once trees have established taproots (Walker and Noy-Meir 1982, but see Scholes and Archer 1997).  Opportunities for tree establishment into grasslands may be more likely to occur during wet periods following drought if drought conditions are severe enough or persist long enough to curtail grass-seed production and cause vegetative growth to die back.  Grasses, on the other hand, may quickly re-establish dominance once the drought is over through vegetative reproduction, and thus

BLM_0044841

exclude tree seedlings.  On drier sites, portions of the soil surface may be bare even
under normal conditions, although the rooting zone might be fully occupied (Stoddart
1975).  Following drought, exposed surfaces might provide regeneration sites for tree
seedlings without strong competition from grass roots.  It is possible, then, that
grazing interfered with the ability of grasses to recover from drought by removing
above-ground vegetative parts, which may have facilitated tree establishment
(Neilson 2003).

Alternatively, a period of improved moisture conditions might favor the
establishment and growth of woody plants over grasses even in the absence of
grazing.  It is well known that trees dominate vegetation as effective precipitation
increases (Wilson 1998, Walker 2003).  Climate that favored growth and
establishment of woodland trees occurred throughout the first several decades of the
twentieth century (Neilson 1987, Miller and Wigand 1994, Miller and Rose 1999).
For example, Stockton and Jacoby (1976) show that streamflow in the Colorado
River basin at Lee's Ferry, Arizona, which is dependent on precipitation, was above
the long term mean between 1900 and 1930.  The period from the early 1900s to the
1930s was also a time of above-average precipitation in northwestern New Mexico
(D'Arrigo and Jacoby 1991, Grissino-Mayer 1995), and presumably also for
southwestern Colorado.  Increased precipitation over several decades may have had
significant ramifications for plant communities of all kinds, even without chronic
grazing.  Trees in particular, would be favored if increased moisture occurred during
late fall through early spring when grasses were dormant.  Increased moisture
certainly would have been favorable for tree growth in the existing piñon-juniper
woodlands where mature trees were already established.

### 5.1.1 Research objectives

This chapter will compare tree growth and establishment in both old-growth and younger stands to the instrumental climate record in order to understand the role of climate in driving vegetation change in piñon-juniper woodlands of the Uncompahgre Plateau. First, the climate record will be examined, with attention focused on the period from 1885 to 1930 when grazing intensity was highest. Then patterns of tree establishment and growth increment will be compared among stands assumed to have had different grazing histories. Finally, the response of tree growth to seasonal climate variation will be analyzed through correlation response analysis.

Direct comparison of the roles of climate variation versus grazing on tree dynamics would require non-grazed control sites, which are difficult to identify for the study area. Non-grazed sites are rare in the study landscape and not readily accessible by foot or automobile. Therefore, this study will rely on an indirect approach, which assumes that sites of probable high- and low-grazing impact can be identified.

Based on reduced understory productivity under modern piñon-juniper canopies (Arnold et al. 1964), the current study will assume that piñon-juniper woodlands (vs. piñon-juniper savannas) that existed prior to the introduction of livestock in 1881 had lower productivity in the shrub and grass/forb strata than did more open sites. This assumption is consistent with observations of other types of forest where increased canopy closure reduces understory cover. Grasses were virtually the only edible component of the piñon-juniper community for livestock (West and Young 2000), thus it stands to reason that grazing must have led to less impact where forage was already low. In contrast, sites that were tree-less or savanna-like prior to the introduction of livestock were probably more impacted by chronic grazing wherever site conditions did not limit productivity, because grazing

BLM_0044843

would presumably concentrate on sites having greater availability of forage.  High impact by grazers most likely facilitated tree invasion and subsequent rapid growth of trees through reduced competition with grasses, and this effect was likely more apparent where the productivity was initially higher.  To sum, livestock are assumed to cause less impact to woodland structures where productivity was already low, and more impact where understory productivity was not limited by a moderate- to well-developed tree canopy.   In addition, grazing may have had significant impact on post-fire sites in which trees were still young in 1880 and post-fire vegetation was dominated by herbaceous vegetation or shrubs.

## 5.2  METHODS

### 5.2.1  Climate records

Comparisons of tree growth to instrumental climate records were based on monthly temperature and precipitation data from climate stations at Delta, Montrose, and Norwood, Colorado (Fig. 5.1).  Each station had a small amount of missing data -- therefore additional stations were used to improve estimates of missing data in the climate sets of interest prior to analyses.  Monthly temperature and precipitation data were obtained from climate stations in the region with the longest and most complete records (Table 5.2).  The monthly climate data for all stations were grouped into four seasons:  Winter (December to February), Spring (March to May), Summer (June to August), and Fall (September to November).  Mean temperature and total precipitation were calculated for each season.  Then the data were compiled into homologous temperature and precipitation groupings for subsequent estimation of missing data (Table 5.3).  Homology was evaluated using the HOM function of the Dendrochronology Program Library (Holmes 1999).  HOM compares the cumulative

BLM_0044844

138



Figure 5.1.  Five-year weighted running-means for seasonal average temperature and total seasonal precipitation for Delta, Montrose and Norwood, Colorado.  For each data set, a) winter (Dec – Feb); b) spring (Mar – May); c) summer (Jun – Aug); and d) fall (Sep – Nov).  In each set, the top graph is precipitation, the bottom graph is temperature.

BLM_0044845

Table 5.2. Elevation, mean annual temperature and total annual precipitation for Uncompahgre Plateau area climate stations.

| Station | Elevation (m) | Latitude | Longitude | Record Length | | Percent Missing Data | | Annual Temp. (°C) | Annual Precip. (mm) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature | Precipitation | | |
| Grand Junction | 1470 | 39 07' | 108 32' | 1899 | 1997 | 0 | 0 | 12 | 22 |
| Delta | 1552 | 38 45' | 108 04' | 1892 | 1997 | 7 | 4 | 10 | 20 |
| Montrose | 1753 | 38 30' | 107 54' | 1885 | 1997 | 7 | 4 | 9 | 24 |
| Northdale | 1964 | 37 49' | 109 02' | 1930 | 1997 | 3 | 2 | 8 | 33 |
| Norwood | 2127 | 38 08' | 108 17' | 1931 | 1997 | 5 | 4 | 7 | 39 |
| Ames | 2636 | 37 52' | 107 53' | 1914 | 1985 | n/a | 2 | n/a | 64 |

(Data source:  National Climate Data Center, NOAA 2003)

positive and negative differences between consecutive seasonal values for each climate variable at two climate stations, and then calculates a significance level based upon Mann-Kendall's tau.  Pairwise scatterplots of seasonal data were also visually evaluated prior to combining stations into homologous temperature or precipitation groups.

After climatic data were organized into homologous temperature and precipitation groups, missing values were estimated for monthly climate parameters for the Delta, Montrose, and Norwood records using the MET function of the Dendrochronology Program Library (Holmes 1999).  MET first calculates the

Table 5.3.  Combinations of climate stations used to estimate missing data for Delta, Montrose, and Norwood climate records.

| Climate Data Set | Climate Stations Used to Estimate Missing Values |
|---|---|
| **Temperature** | |
| Norwood | Delta, Montrose, Norwood |
| Montrose | Delta, Grand Junction, Montrose |
| **Precipitation** | |
| Norwood | Ames, Northdale, Norwood |
| Montrose | Delta, Grand Junction, Montrose |

BLM_0044846

magnitude of deviation of each monthly value of either precipitation or temperature from the monthly average at each station.  The resultant deviation is used to estimate missing values based on applying the mean departure (standard deviation) from stations that have data to means for stations that are missing values for a given time period.  Estimated values for precipitation are constrained such that they do not assume negative values.  If no value existed for a particular month, then the average monthly value for that station was used in place of an estimated departure.  After missing values were estimated the monthly data were re-combined into seasonal values.

### 5.2.2 Tree-ring chronologies

#### 5.2.2.1  Sample collection

Tree-ring samples were collected from piñon pine trees at ten different sites in the Uncompahgre Plateau region (Table 5.4).  Sampling and processing methods are described in Chapter Three.  Four of the sites were old-growth woodlands prior to the introduction of livestock in 1881.  The old-growth sites range in elevation from 1875 to 2380 meters.  An additional four sites were young, post-fire sites ranging in elevation from 2166 to 2350 meters.  The young, post-fire sites were less than one hundred years old at the time of livestock introduction.  The final two sites occur in ecotones and were probably treeless or savanna-like prior to the introduction of livestock.  The site that was historically treeless is located in the upper ecotone between piñon-juniper woodland and Gambel oak shrubland.  Trees appear to have invaded the oak brush and the tree canopy is currently closed and is shading the other vegetation.  The site that was probably a savanna is located in the middle of the piñon-juniper zone where piñon pine trees are invading deeper soils that are currently dominated by sagebrush shrubs.  Currently there is a sparse matrix of

BLM_0044847

Table 5.4.  Characteristics of the tree-ring chronologies used in this study.

| Stand[1] | Stand Age | Elev (m) | Slope (°) | Sapling/ha[2] | Series Intercorrelation | Mean Sensitivity[3] | Notes |
|---|---|---|---|---|---|---|---|
| **Ecotone** | | | | | | | |
| WP-21 | 100 | 2262 | 11 | V | 0.67 | 0.27 | high elev. ecotone w/ oak brush |
| SM-LOWER[4] | varies | 2070 | 4 | L - V | 0.69 | 0.43 | mid-elev. ecotone w/ sagebrush |
| SM Old Trees[5] | 240-410 | | | | 0.61 | 0.47 | 6 oldest trees in SM-Lower plots |
| **Post-Fire** | | | | | | | |
| WP-7 | 140 | 2166 | 9 | V | 0.46 | 0.32 | fire before 1850 |
| WP-6 | 160 | 2141 | 8 | V | 0.63 | 0.30 | fire before 1820 |
| WP-2 | 200 | 2216 | 9 | V | 0.59 | 0.42 | fire before 1800 |
| SM-UPPER[6] | ~200 | 2350 | 3 | L - V | 0.70 | 0.30 | fire before 1790 |
| **Old Growth** | | | | | | | |
| WP-17 | 380 | 1875 | 7 | M | 0.67 | 0.56 | juniper dominated |
| WP-13 | 480 | 2081 | 6 | V | 0.61 | 0.51 | juniper dominates basal area |
| DWSA-F1 | 540 | 2367 | 3 | M | 0.64 | 0.39 | post-fire, fire before 1450 |
| GG-437 | 500 | 2380 | 6 | L | 0.68 | 0.39 | post-fire, fire before 1500 |

1.  Stand names indicate sampling area and site numbers (see maps in Chapter Three, Fig. 3.2).  WP = Windy Point, GG = Gunnison Gorge; DWSA = Dominguez Wilderness Study Area; SM = Sims Mesa.

2.  Saplings are defined as trees between 20 cm and 2 m tall that are < 7 cm DRC. Symbols are L = low (0-100/ha); M = medium (101-200/ha); H = high (201-300/ha); V = very high (>300/ha).

3.  Mean Sensitivity is an index of variability in the widths of adjacent tree rings.  It is defined as the mean percentage change from each measured yearly ring value to the next (Douglas 1936).

4.  Combination of plots SM-10 to SM-37, from array of circular plots with 0.5 km spacing.  Chronology includes trees that established between 1800 and 1880.  Raw data from individual plots are in the Appendix.

5.  An alternate tree-ring chronology from trees that were growing in the same area as SM-lower.  The chronology includes 6 cores from trees that established prior to 1760.

6.  Combination of plots SM-63 to SM-67, from array of circular plots with 1 km spacing.  Raw data from individual plots are in the Appendix.

BLM_0044848

mature trees that pre-date 1880 and are surrounded by many trees and saplings that have established since livestock were introduced.  Young post-fire sites and ecotone sites represent areas that I assume were more impacted by grazing than the old-growth sites, where a mature canopy existed at the time of settlement and the introduction of livestock.

Two of the old-growth stands, WP-17 and WP-13, are located in the same general area on the west side of the Uncompahgre Plateau where three of the young, post-fire stands and one of the ecotone stands are found.  Patterns of tree establishment and growth will be compared among WP stands with different site histories.  Standardizing tree growth within stands (described below) before comparing among stands will allow similarities in patterns of growth to be revealed. The WP stands are not from the same elevation (Table 5.4), but are close enough to one another to have experienced similar seasonal patterns of temperature and precipitation.  Choosing stands that are growing in relatively close proximity partially controls for problems with comparing growth among young trees to growth among old trees.

Old growth-stands were not sampled in the SM sampling area, which means that there are no data from old-growth stands to compare to dynamics in stands comprising young trees.  However, the SM-lower site was historically more savanna-like and has a number of old trees that established well before the introduction of livestock.  Therefore, two separate tree-ring chronologies were constructed for the lower SM site (SM-lower) in order to compare growth response to climate in old vs. younger trees at the same site (Table 5.4).  One was developed from sampled trees that established between 1800 and 1880 (SM-lower), and the other from trees that established prior to 1800 (SM-Old Trees).  In addition to comparing the growth pattern of the old trees at the SM-lower site to younger trees in the same site, the

BLM_0044849

growth pattern can be compared to young trees growing in the post-fire site at higher elevation on Sims Mesa (SM-upper).  Separating the oldest trees from trees that were relatively young at the time when livestock were introduced will provide an index of the difference in growth response between young and old trees.

### 5.2.2.2.  Sample preparation

All wood samples were prepared for cross-dating using standard methods of dendrochronology (Stokes and Smiley 1968).  Tree rings were counted and visually crossdated using two *Pinus edulis* chronologies from southwest Colorado (Dolores, Colorado, 1270 to 1967 A.D., r = 0.757 [Harlan 2000]; and Escalante Forks, 1625 to 1986 A.D., r = 0.801 [Stokes 2000]).  The longest cores from each site were measured to the nearest .001 mm, and cross-dating was checked using the program COFECHA (Holmes 1983).  Care was taken during measuring to exclude early suppressed growth typical of piñon pine trees; instead, measurements commence after the period of initial release.  For this reason, many cores from younger sites could not be included in chronologies even though they established prior to 1900. They are, however, included in counts of trees that established in each decade.

### 5.2.2.3.  Chronology development

Measured cores were combined into tree-ring chronologies by site.  Prior to combination, each tree-ring series was standardized by fitting a negative-exponential curve, straight line, or line of negative slope to the data and then dividing each year's ring width by the trendline to remove growth-related trends (Fritts 1976).  This method accentuates interannual variation in tree growth by removing low-frequency variation so that growth patterns can be correlated with monthly and seasonal climate parameters (Fritts 1976).  Each series was pre-whitened using

autoregressive modeling to remove serial autocorrelation between growth rings

(Fritts 1976) before averaging the residual series together for comparison to climate

data.

### 5.2.3.  Tree growth response to climate

Residual tree-ring chronologies were compared to seasonal climate data from

the Delta, Montrose, and Norwood stations using correlation function analysis (Fritts

1976).  Correlation function analysis relies on principal components analysis to

orthogonalize seasonal climate variables (Fritts 1976).  Then each principal

component is entered into a regression analysis using the residual chronology as the

dependent variable.  The resultant correlation coefficients predict the relationship

between each climate variable and annual tree growth (Fritts 1976).  The climate

variables used in the correlation function analyses were spring, summer, and fall of

the current year and spring, summer, fall, and winter (Dec., Jan., and Feb.) of the

preceding year.

All chronologies were compared to the Montrose climate data for the periods

1887 to 1930 and 1931 to 1997.  The period 1887 to 1930 represents the interval

over which chronic grazing may have had the strongest impacts.  East-slope

chronologies (DWSA-F1, GG-437, and SM sites) were also compared with Delta

climate for the periods 1984 to 1930 and 1931 to 1997.  Delta is located 200 m lower

than Montrose, which causes temperatures to be greater and precipitation to be less,

but the seasonal patterns of both variables are similar over much of the twentieth

century (Fig. 5.1).  The long record at Delta provides an imperfect check on results

using the Montrose record, since both records begin in the late 1800s when data

collection was likely less accurate and consistent.  However, lower amounts of

precipitation and warmer temperatures at Delta may influence the correlation

BLM_0044851

between tree growth and the Delta climate variables differently higher elevations data would.  Chronologies from the western slope (WP sites) were additionally compared to the Norwood climate data for the period 1931 to 1997.  Norwood is 375 meters higher in elevation than Montrose, and occurs on the same side of the Uncompahgre Plateau as the WP sites.  Its climate values may be more similar to what is experienced by west-slope piñon-juniper communities, but the record does not begin until 1931.

## 5.3  RESULTS

### 5.3.1  Climate trends

The earliest portion of the climate records for Delta and Montrose indicate that precipitation from spring through fall dipped below average for much of the 1890s (Fig. 5.1 b-d).  During the period from 1900 to 1940 the Montrose climate record shows that springs and summers were cooler and wetter than average, and the 1900s started off with cool, wet falls, but only until c. 1920 (Fig. 5.1b-d).  Winter precipitation was also above average from c. 1900 until c. 1920 at Montrose, whereas it dips below average for much of this period at Delta.  Discrepancies between the Delta and Montrose data sets may be due to differences in elevation, which lead to somewhat different patterns of seasonal evapotranspiration, or to inaccuracy of measurements during the early period of the climate records. However, differences in the amounts of precipitation measured at Delta vs. Montrose have also occurred during more recent periods (Fig. 5.1).  All three stations show decreasing amounts of winter precipitation from approximately 1960 to the early 1990s (Fig. 5.1).

### 5.3.2  Long-term growth trends

#### 5.3.2.1  Post-grazing pattern

Stands identified as sites of invasion into an ecotone show an increased number of trees establishing after 1900 (Fig. 5.2). The first example, WP-21, is the site where trees appear to have invaded Gambel oak brush at the upper ecotone (Fig. 5.2a). Increased tree establishment follows the beginning of a sustained release in tree growth just after 1900. Sample depth of the tree-ring chronology is low at site WP-21, since few trees pre-date 1900 and growth could not be measured on many cores prior to c. 1930 because of extreme suppression (Fig. 5.2a). Even though most trees post-date the introduction of livestock they are relatively large in diameter for their age, with relatively few trees less than 10 cm DRC (Fig. 5.3a). In addition, saplings were abundant at this site (Table 5.4). The second example of trees invading an ecotone, SM-lower, occurs on a site where younger trees have been establishing in savanna vegetation since 1880. At the SM-lower site, piñon pine trees are far more abundant than juniper trees, especially for trees with diameters less than 20 cm, including saplings (Fig. 5.3b, Table 5.4). Most of the recent establishment in this area started after 1910 (Fig. 5.2b). Once established, tree growth was rapid, but the peak of establishment post-dates the beginning of the growth release of the older trees by several decades (Fig. 5.2b).

Similar patterns of establishment and growth are seen in young, post-fire sites (Fig. 5.4). The sites from the WP sampling area all show high establishment after 1900 and a dramatic growth release beginning in 1903 (Fig. 5.4 a-c). The post-1900 growth release follows a decade of low growth in the 1890s. Some establishment occurred at WP-7 and WP-2 in the 1890s during a period of low growth in older trees (Fig. 5.4 a,c). High rates of growth beginning just after 1900 were sustained until the 1950s. All of the young, post-fire sites in the WP sampling

BLM_0044853





Figure 5.2.  Tree-ring chronologies and tree establishment patterns for sites of apparent twentieth-century tree invasion into ecotones.  Chronologies were detrended to remove low-frequency growth trends.  a) upper ecotone, where piñon-juniper woodland grades into Gambel oak shrubland; b) mid-elevation ecotone between woodland and sagebrush shrubland.  In (b) the black solid line is the tree-ring chronology from sampled trees that established between 1800 and 1880; the gray solid line is the tree-ring chronology from six trees that established before 1760. For both (a) and (b) the dashed gray lines indicate sample depth.  The frequency distribution for tree establishment in (b) is based on a subsample of the dominant trees in plots SM-10 to SM-37, and does not include many of the smaller-diameter trees at those plots.

BLM_0044854



Figure 5.3.  Tree-diameter frequency distributions for piñon pine and juniper trees at sites listed in Table 5.4.  a) SM-lower;  b) WP-21;  c) WP-7; d) WP-6; e) WP-2; f) SM-upper;  g) WP-17; h) WP-13;  i) DWSA-F1; j) GG-437.  ■ are juniper trees; □ are piñon pine trees.   DRC is the diameter at the root collar.  Data within each group are arranged from low to high elevation.

BLM_0044855



Figure 5.4.  Tree-ring chronologies and tree establishment patterns for the period 1880-2000 for young, post-fire sites.  Chronologies were detrended to remove low-frequency growth trends.   a) WP-7, youngest post-fire stand; b)  WP-6, mid-elevation, post-fire stand; c) WP-2, high-elevation (for WP area), post-fire stand; and d) SM-upper, composited plots from higher elevation site on SM.  The frequency distribution for tree establishment in (d) is based on a subsample of the dominant trees in plots SM-63 to SM-67.  The solid black line in each graph is the tree-ring chronology; the dashed gray line in each graph is the sample depth.

BLM_0044856

area (WP-7, WP-6, and WP-2) had a very high density of saplings (Table 5.4) and a mixture of sizes of trees of both species, though piñon pine trees dominate the smaller size-classes (Fig. 5.3 c-e). An establishment pulse at the fourth post-fire site, SM-upper, was not detectable from the age structure, since the data were obtained only from a subsample of trees in the dominant size-classes (Fig. 5.4d). However, the diameter frequency distribution clearly shows an abundance of smaller piñon pine trees, with few juniper trees establishing in the area (Fig. 5.3f). Many of the dominant-sized trees at the SM-upper site established between 1800 and 1900, and form a broadly even-aged cohort of mixed-sized trees.

The growth release following 1900 is apparent at old-growth sites, too, where grazing is assumed to have had less influence on competition between grasses and trees. Three of the four old-growth stands (WP-17, WP-13, DWSA-F1) show a pattern of sustained growth-release beginning in 1905 (Fig. 5.5 a-c). At two of these sites, WP-17 and WP-13, a period of new tree establishment occurred in the late 1800s and early 1900s during a period when growth increment was below average (Fig. 5.5 a,b). Both are located below 2100 meters and are currently dominated by juniper trees (Fig. 5.3 g,h; Table 5.2). The fourth old-growth site, GG-437 (Fig. 5.5d), did not show a growth release until after 1990, but growth increment between 1900 and 1940 was above average for most of the period. Few trees established at GG-437 after 1900, including saplings (Table 5.4). The tree canopy at GG-437 is currently well developed, with dominant trees in the 20-40 cm DRC size classes (Fig. 5.3j), and appears to have changed little since the introduction of livestock.

### 5.3.2.2 Pre-grazing patterns

Old-growth stands share some similarities in size structure and stand development that is different from other kinds of sites. The two lower-elevation sites,

BLM_0044857



Figure 5.5.  Tree-ring chronologies and tree establishment patterns for the period 1600 to 2000 for four old-growth woodlands.  Chronologies were detrended to remove low-frequency growth trends.  a)  WP-17, juniper-dominated stand at low elevation; b) WP-13, mid-elevation, south-facing stand; c)  DWSA-F1, high-elevation, post-fire stand; and d) GG-437, high-elevation, post-fire stand.  The solid black line in each graph is the tree-ring chronology, the dashed gray line in each graph is the sample depth.

BLM_0044858

WP-17 and WP-13, show an increase in sample depth, and constant but low rates of tree establishment beginning in the late 1600s (Fig. 5.5 a,b).  The oldest piñon pine trees at site WP-17 were in the 20-30 cm DRC class and there were more juniper than piñon pine trees in most size classes (Fig. 5.3g).  In contrast, site WP-13 had a large number of pine trees that are smaller than 20 cm DRC, including a high density of saplings, yet the stand was also dominated by large-diameter juniper trees (Fig. 5.3h).

The two old-growth stands at higher elevations, DWSA-F1 and GG-437, established prior to 1600 with broadly even-aged cohorts.  In general, old growth sites tend to have fewer small-diameter trees and saplings than post-fire sites or sites where trees are invading ecotones (Fig. 5.3).  Neither show a peak of piñon pine establishment that could be associated with grazing (Fig. 5.5 c,d), but DWSA-F1 has a peak of establishment associated with a growth release just after 1600 (Fig. 5.5c).  The growth release following 1600 is present in the old-growth sites that established prior to this date (5.5 c-d).

Common periods of low growth expressed by trees at all four old-growth sites occur during the periods 1660-1670, 1775-1785, 1820s, 1870-1900, and 1950-1980 (Fig. 5.5).  Periods of higher growth occur from 1600-1620, 1640-1660, 1670-1685, 1790s, 1855-1870, 1900-1930, and 1980 to 2000 (Fig. 5.5).  With the exception of site GG-437, continual tree establishment occurred at all sites since the early 1600s.  The abundance of saplings at all sites except GG-437 may indicate that the pattern of recruitment seen in old growth stands continued into the present, though sapling ages have not been determined to check whether or not this suggestion is valid.

BLM_0044859

### 5.3.3  Tree growth response to climate

Correlation function analysis between residual tree-ring chronologies and seasonal climate data consistently showed a positive relationship between tree growth and moisture during spring of the current growing season for the later period, from 1931 to 1997 (Table 5.5).  This pattern was seen in all sampling areas. Antecedent moisture also appears to be important at all sites after 1930 (Table 5.5). Correlation patterns after 1930, based on Norwood and Montrose data, show similar results among Windy Point sites (Table. 5.5, West Slope sites), but there are some differences between the Delta and Montrose analyses for east slope chronologies (Table. 5.5).  Delta and Montrose patterns diverge during the period before 1930 as well (Table 5.6).  After 1930, piñon pine trees at the majority of sites express positive growth increment when the preceding fall and current spring is wetter than normal (Table 5.5).  In addition, most sites show a positive growth response to wet winters (Table 5.5).

In contrast to positive correlation between antecedent fall through spring precipitation and tree growth at Sims Mesa after 1930, growth prior to 1931 is positively correlated with precipitation during the current fall season (Table 5.6).  This pattern of growth response to growing season precipitation during the early period was generally not evident at the WP sites.

### 5.3.4  Comparison between dynamics at young sites and old-growth sites

Young and old sites from the same sampling areas showed consistent patterns in growth trends, as well as in the response of tree growth to climate, after 1930 (Table 5.5).  Correlations of tree growth to climate, however, are less similar before 1930 (Table 5.6).  At Windy Point, all tree-ring chronologies express a dramatic growth release just after 1900 (Fig. 5.6a).  The growth release is sustained

BLM_0044860

Table 5.5.  Significant correlation (p < .05) between ring widths after 1930 and seasonal temperature and precipitation.  Correlations on the left are derived from relationships between chronologies from the eastern slope of the Uncompahgre Plateau and either the Montrose or Delta climate stations; correlations on the right side are derived from relationships between chronologies on the west slope of the Uncompahgre Plateau and either Montrose or Norwood climate stations.  Symbols:  (M) = Montrose, (D) = Delta, (N) = Norwood, P = precipitation, T = temperature, +/- indicates positive or negative correlation between climate variable and tree growth. Asterisks indicate trees that established prior to1800 at the SM-lower site.

| Uncompahgre Valley Sites | | | Current Year | | | Previous Year | | | San Miguel Valley Sites | | | Current Year | | | Previous Year | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | FALL | SUM | SPR | WIN | FALL | SUM | | | | FALL | SUM | SPR | WIN | FALL | SUM |
| **Ecotone** | | | | | East Slope | | | | | | | | | West Slope | | | |
| SM-lower | 1931-1997 | (M) | | -T | -T, +P | +P | | | WP21 | 1931-1997 | (M) | | | -T, +P | +P | | |
| | 1931-1997 | (D) | | | +P | | +P | | | 1931-1997 | (N) | | | +P | -T, +P | -T, +P | |
| SM-old trees* | 1931-1997 | (M) | | -T | +P | -T, +P | | | | | | | | | | | |
| | 1931-1997 | (D) | | | | | +P | | | | | | | | | | |
| **Young Post-Fire** | | | | | East Slope | | | | | | | | | West Slope | | | |
| SM-upper | 1931-1997 | (M) | | | -T, +P | +P | +P | | WP7 | 1931-1997 | (M) | | +P | +P | +P | -T, +P | |
| | 1931-1997 | (D) | | | +P | | +P | | | 1931-1997 | (N) | | | +P | | +P | |
| | | | | | | | | | WP6 | 1931-1997 | (M) | | | +P | +P | -T, +P | |
| | | | | | | | | | | 1931-1997 | (N) | | | +P | | -T, +P | |
| | | | | | | | | | WP2 | 1931-1997 | (M) | +P | | +P | | -T | |
| | | | | | | | | | | 1931-1997 | (N) | | | +P | +P | +P | |
| **Old Growth** | | | | | East Slope | | | | | | | | | West Slope | | | |
| GG-437 | 1931-1997 | (M) | | | +P | +P | | | WP17 | 1931-1997 | (M) | | | +P | +P | -T, +P | |
| | 1931-1997 | (D) | | | +P | | | | | 1931-1997 | (N) | | | +P | +P | -T, +P | |
| DWSA-F1 | 1931-1997 | (M) | | -T, +P | -T, +P | -T, +P | -T, +P | | WP13 | 1931-1997 | (M) | | -T | +P | +P | -T, +P | |
| | 1931-1997 | (D) | | -T | -T, +P | | +P | | | 1931-1997 | (N) | | | +P | +P | -T, +P | |

BLM_0044861

Table 5.6.  Significant correlation (p < .05) between ring widths prior to 1930 and seasonal temperature and precipitation.  All sites were compared to climate data from Delta and Montrose.  Symbols: (M) = Montrose, (D) = Delta, P = precipitation, T = temperature, +/- indicates the positive or negative correlation between a climate variable and tree growth.  Asterisk indicates trees that established prior to 1800 at the SM-lower site.

| Site | | | Current Year | | | Previous Year | | |
|---|---|---|---|---|---|---|---|---|
| | | | fall | summer | spring | winter | Fall | Summer |
| **Ecotone** | | | | | | | | |
| SM-lower | 1887-1930 | (M) | +P | +P | | | +P | |
| | 1894-1930 | (D) | +P | | | | | |
| SM-old trees* | 1887-1930 | (M) | +P | | +P | | | |
| | 1894-1930 | (D) | +P | | | | | |
| WP21 | 1887-1930 | (M) | | | +P | | | |
| | 1894-1930 | (D) | +P | | +P | | | |
| **Young Post-Fire** | | | | | | | | |
| WP7 | 1887-1930 | (M) | | | +T | +T | | |
| | 1894-1930 | (D) | | +T | | | | |
| WP6 | 1887-1930 | (M) | | | +P | | | -P |
| | 1894-1930 | (D) | | | | | | |
| WP2 | 1887-1930 | (M) | | | | +T | | |
| | 1894-1930 | (D) | | | | | | |
| SM-upper | 1887-1930 | (M) | +P | | +P | | +P | -P |
| | 1894-1930 | (D) | | | -T | -T | -T | -P |
| **Old Growth** | | | | | | | | |
| WP17 | 1887-1930 | (M) | | | +P | | +P | |
| | 1894-1930 | (D) | +P | | +P | | +P | |
| WP13 | 1887-1930 | (M) | | | +P | | +P | |
| | 1894-1930 | (D) | | | | | | |
| DWSA-F1 | 1887-1930 | (M) | | | +P | | | |
| | 1894-1930 | (D) | | +T | -T | +P | | |
| GG-437 | 1887-1930 | (M) | | | +P | +P | | |
| | 1894-1930 | (D) | | | | -T | | |

BLM_0044862



Figure 5.6. Comparison of tree-ring chronologies among old-growth, post-fire, and ecotone stands by sampling area.  a)  seven sites from WP sampling area; and b) two sites from SM sampling area.  Sample depths for individual chronologies are presented in Figs. 5.2, 5.4, and 5.5.

at all sites until the 1950s, indicating a response to climate and not to factors within the stands, such as canopy closure.  The majority of establishment at the younger Windy Point sites was coincident in time with the 1900 growth release (Figs. 5.2a, 5.4 a-c).  In addition, the two old-growth stands (WP-17 and WP-13a) share a growth release of similar amplitude and duration from c. 1780 to c. 1880 (Fig. 5.5 a,b).

Similar points can be made for the Sims Mesa chronologies (Fig. 5.6b).  The old trees from the historic savanna show the same pattern of growth as young trees both at the same site (SM-lower) and at the higher-elevation, post-fire site (SM-upper).  The growth response is less dramatic at the higher elevation site, but the pattern of growth is synchronous with that in the other chronologies.  The sustained growth release persists until c. 1950, just as was seen for the WP sites.  Growth since 1990 has been highly variable at all of the SM sites, but generally high at the WP sites (Fig. 5.6).

BLM_0044863

## 5.4  DISCUSSION

### 5.4.1  Early 1900s climate favors tree growth and establishment

Results from this study clearly indicate a relationship between climate during the early twentieth century and growth increment of piñon pine trees.  The climate record indicates that most seasons were cooler and wetter than average for most of the period from 1900 to 1920, with cooler, wetter springs and falls continuing to c. 1940.  Correlation function analysis of tree growth to climate indicates that regardless of location, elevation, or stand history, all tree-ring chronologies expressed increased growth in years that follow wet autumns and springs.  This pattern was most evident during the period 1930 to 1997, possibly indicating that moisture was not as limiting to growth before 1930 in young stands.  Instead, before 1930, growth is correlated with increased precipitation in spring and fall of the current growing season.  Antecedent moisture appears to be correlated with tree growth in old stands throughout the record, which agrees with results from other studies of growth response of piñon pine trees to climate (Fritts and Dean 1992).

Additional moisture in the spring and fall lengthens the growing season for trees in semi-arid climates and occurs during a period when grasses and forbs are dormant.  Increased precipitation during the growing season may benefit trees, but during this period they are competing with other types of vegetation for available moisture.  Moisture in fall, on the other hand, comes at a time when deciduous shrubs are preparing for dormancy.  More moisture coming at times of the year when temperatures are cooler reduces evapotranspiration, and increases the ability of trees to put on biomass.  In addition, increased moisture during fall, winter, and spring is more likely to recharge water storage in semiarid soils than is summer precipitation, and may improve growth during the following growing season.  This

BLM_0044864

effect might be more important on sites that are most moisture-limited, such as at low-elevation, on deeper soils, or on steeper slopes.  It seems to be important in old growth stands, too, where high tree density increases inter-tree competition.

More precipitation in spring and autumn probably favors seedling survival (Meagher 1947, Chambers et al. 1999b).  Piñon pine seeds require three growing seasons to reach maturity, with cones opening in September (Floyd 1981).  Seeds, then, fall to the ground or are dispersed by animals or birds in the autumn (Ligon 1978, Chambers et al. 1999 a,b).  Piñon pine seeds germinate in the fall or spring, and seedlings must develop an adequate root system to enable them to survive through the following fore-summer drought (Emerson 1932, Johnsen 1962, Chambers et al. 1999).  More moisture in the fall, and again in the spring, would enable seedlings to establish deep tap roots to help them survive the hot, dry weather of early summer.  Likewise, the extended period of cooler, wetter weather during the early 1900s may have increased the chances of survival for trees that germinated during drier weather in the late nineteenth century.

The temporal coincidence of tree establishment with a synchronous and sustained growth release after 1900 at the majority of sites indicates that, climatically, conditions were favorable for both tree growth and seedling establishment.  Sustained growth releases were seen both on sites with young trees where grazing probably had a high impact, as well as old-growth sites where grazing impacts were probably less severe.  The growth release is more apparent on sites at lower elevations, with less effect seen at higher elevation sites (GG-437, SM-upper).  The lack of growth release at higher elevation, where moisture was probably less limiting, further supports the conclusion that climate had an effect on tree establishment and growth.  Increased moisture would be more likely to have an influence at lower elevation where vegetation is more drought-stressed.

BLM_0044865

The data do not clearly preclude the alternative explanation that grazing reduced competition so that when wetter weather did arrive – following below-average precipitation in the late 1800s -- trees were able to release from suppressed growth.  However, if grazing was the cause for the increase in growth in existing trees, one might not expect that both the beginnings and the ends of growth releases would be so perfectly synchronous (Fig. 5.6).  Tree establishment at young stands peaks during the 1910 -1920 period when springs and summers were wetter than normal.  At SM-lower, where grazing impact was likely highest, the peak in establishment occurs 1920 -1930.  The delay in establishment at these sites relative to other young stands may indicate the dependences of piñon pine tree establishment on weather patterns to create the conditions necessary for seed production (three growing seasons for piñon pine cones) and establishment.  During this period, juniper trees, which can produce seeds every year, did not become abundant at the levels that piñon pine trees did even though there were no surface fires and competition with grasses and shrubs was presumably reduced by grazing.

### 5.4.2  Young trees at Sims Mesa respond to growing-season moisture

Piñon pine trees on at Sims Mesa responded to increased moisture in fall of the current season as well as moisture from the previous fall, winter and spring.  In contrast, old-growth sites did not express this pattern.  There are several possible explanations for this difference.  One explanation may have to do with physiological differences between young and old trees.  The tree-ring chronologies developed for young stands relied on the oldest trees available, but these trees were relatively young compared to the ages of trees in chronologies from old-growth sites.  For example, many trees in the young stands established after 1800.  Young trees may respond to their environment in a different way than older trees. For example, the

year 1977 is usually suppressed or missing in the majority of tree-ring samples, yet this tree ring is exceptionally wide on young trees from young stands.  In 1977, total precipitation for all months, except July and August, was below the 1887-1997 monthly means.  Thus, trees in young stands may be able to exploit moisture during the growing season because the soil is not yet fully occupied by tree roots, or because younger trees have more roots distributed in the upper soil profile.

Alternatively, the difference in growth rates and establishment patterns between young and old stands might be related to the effects of grazing on competition between growth of trees and growth of herbaceous plants and shrubs.  In the absence of grazing, herbaceous plants and shrubs should out-compete trees for moisture that falls during the growing season wherever a dominant tree canopy has not yet developed (Arnold et al. 1964).  Many of the trees on young, post-fire sites were less than 50 years old when cattle were introduced, which probably indicates that the tree canopy was not yet dominant and that forage was readily available in the grassy matrix surrounding the trees.  Thus, grazing impacts might have occurred at sites where trees were not yet dominant, including sites that were recovering from a stand-replacing fire in the recent past.

The lower SM site (2070 meters) provided an opportunity to compare tree growth response to climate in mature and younger trees from the same site.  The tree-ring chronologies from old trees and trees that established after 1800 are very similar, including agreement in amplitude of growth increases and reductions.  Furthermore, correlation function analysis showed that growth of the old trees at low elevation responded to the same seasonal patterns of moisture availability from 1887 to 1997 to which the younger trees at both the upper (post-fire, elevation 2350 meters) and lower SM sites responded.  The tree-ring chronologies show that both old and younger trees at the lower site responded to increased moisture after 1900

161

with a dramatic growth release.  The trees at the higher elevation site (SM-upper), on the other hand, do not show a dramatic growth release associated with the cool, wet conditions at the beginning of the twentieth century.  Yet one might expect grazing to have had a significant impact in a young, post-fire site.  Thus, it appears that trees at the low-elevation site responded more strongly to increased precipitation, and more moisture may also have facilitated tree establishment and growth at the drier site (lower elevation).

Dynamics between grasses and woody plants may have been influenced by multi-decadal patterns of higher moisture availability in the twentieth century.  Above-average precipitation sustained over a longer time period might lead to different patterns of water use by plants, as well as a downslope shift in the zone of piñon pine dominance.  Many authors have pointed out that the lower-elevation limits of piñon pine are controlled by moisture (Woodbury 1947).  Increased moisture would improve the ability of piñon pine seedlings to survive on soil textures that typically limit growth under drier conditions.  Higher moisture availability but similar (or lower) evaporative demand would increase the photosynthetic capacity of trees during the summer period, as well as lengthen the extent of the growing season both at the beginning and the end of the growing season.

Grazing may have facilitated tree establishment into open areas, but clearly climate was conducive to tree growth, as seen by the tree-ring record in the majority of sites.  For young, post-fire sites at Windy Point, tree establishment is associated with a sustained growth-release, probably indicating that climate was driving vegetation change.  In contrast, establishment of piñon pine trees in the SM-lower site post-dates the 1903 growth release, and may indicate that grazers played a role in bringing about vegetation change at this location.  However, the synchrony of the growth release among young and old trees at Sims Mesa with trees at sites from

other sampling areas (Windy Point, DWSA, GG) suggests that the more probable explanation is that low moisture conditions were ameliorated for a period during which trees were able to establish and survive.

The amplitude of the release in tree-ring chronologies from low-elevation sites at the WP and SM sampling areas suggests that growth response to increased moisture was greater on more drought-stressed sites.  The magnitude of response within sites at higher elevation is not as great as the response of lower-elevation sites (e.g., dramatic release is not seen at SM-upper), but the overall pattern among sites is nearly identical (Fig. 5.6).  If reduced grazing and subsequent reductions in competition were responsible for rapid growth and tree establishment, the effects might not be synchronous across sampling areas, and the pattern of amplitude of growth response would not be correlated with the elevation gradient.

### 5.4.3  Past patterns of growth and establishment

The relative importance of climate vs. grazing in effecting vegetation change on the Uncompahgre Plateau might better be determined by evaluating whether or not similar patterns of synchronous growth release coincident in time with tree establishment occurred in the past.  Vegetation structure on many sites suggests that periods of high tree establishment did occur prior to the introduction of livestock. A broadly even-aged cohort of piñon pine trees established at sites DWSA-F1 and GG-437 between 400 and 500 years ago.  The size frequency distributions for each (Fig. 5.3 I,j), and the pattern of establishment since 1600 (Fig. 5.5 c,d) suggested that few trees have recruited to the canopy over the last several hundred years. Uniform spacing between trees, and similar establishment dates among live and dead trees at site GG-437 shows that the density of trees in this site has decreased since 1880 (discussed in Chapter Three, see Fig. 3.2).  Similar stand structures were

BLM_0044869

163

frequently encountered in the study area, particularly on gentle slopes at higher elevation.  Vegetation structure that is broadly even-aged among live and dead trees may indicate that stem densities were previously higher than they are today and that mortality occurred through density-dependent thinning.  Indication of previously dense stands is further supported by the lack of saplings and small-diameter trees at these sites.  Thus, stand data from many sites indicates that high tree density did occur in the past, prior to the introduction of livestock.

All of the old-growth chronologies show that there have been periods in the past with growth releases of similar magnitude and duration to what occurred in the early 1900s.  Some examples are the period form c. 1600 to 1670.  This period of rapid growth followed a prolonged and severe drought that has been identified in other tree-ring chronologies throughout the western United States (see Fig. 2.4, Grissino-Mayer 1995).  Thus, just as a long period of wetter-than average climate of the early 1900s followed sustained drought in the 1890s, so did favorable conditions for growth in the early 1600s follow sustained drought in the late 1500s.  Other pluvial and drought periods have occurred several times in the lifespan of some of the woodlands on the Uncompahgre Plateau.  Thus, the more recent period of tree establishment and growth is probably not outside of the natural range of variability for woodlands in western Colorado.

## 5.5  CONCLUSION

This study compared growth rates and post-1880 tree establishment patterns among sites that were presumed to have different grazing impacts based on their vegetation structure prior to the introduction of livestock.  Past studies of piñon-juniper woodlands have invoked grazing as the proximate cause of tree invasion,

BLM_0044870

164

since there is evidence in some regions that grazing reduced fire occurrence through removal of fine fuels and facilitated tree invasion by reduction in competition between trees and grasses.  The results from western Colorado, however, indicate that climate was largely responsible for driving vegetation change in the Uncompahgre Plateau area.  Piñon pine trees in old-growth stands, young, post-fire stands and sites of presumed invasion all responded to cool season precipitation (preceding fall through current spring), with trees in relatively young stands also able to exploit additional growing season moisture.  Optimal moisture conditions occurred throughout the period over which grazing was thought to influence tree dynamics (1900-1940).  Furthermore, the growth response to above-normal precipitation was nearly identical among stands regardless of whether they were more likely or less likely to be impacted by grazing.  The growth response was similar in amplitude and occurred synchronously across sampling area, further indicating that climate was responsible for increased growth and tree establishment.  Structural data and tree-ring chronologies from old-growth stands suggest that similar climate-induced establishment events probably occurred in the past.

BLM_0044871

## CHAPTER 6:  STAND DEVELOPMENT IN PIÑON-JUNIPER WOODLANDS OF WESTERN COLORADO

### 6.1  INTRODUCTION

The traditional domain of forest dynamics has been the study of interactions among competition and plant succession, disturbance, and life histories and the consequent effects on vegetation composition and structure (Raup 1964, Oliver 1981, Peet 1981, Peet and Christensen 1987, Glenn-Lewin et al. 1992).  Dynamic processes determine the structure of extant vegetation and influence the nature of future vegetation.  The structure of the current vegetation is linked to the past through the ecological legacy of past disturbances.  Thus, disturbance, or any event that interrupts the structure and the function of an ecological community (White 1979), can influence the nature of the vegetation that develops on a site.  In turn, the current vegetation determines the nature of future disturbance through productivity and stage of development (White 1979, Veblen et al. 1994).  Synergism between disturbance and development is controlled by characteristics of the operational environment of the site (Mason and Langenheim 1957, Whittaker 1953), which may shift through time and is ultimately under the control of climate (Davis 1986).  In this way, communities represent a heterogeneous patch-mosaic (Watt 1947, Pickett and Thompson 1978, White and Pickett 1985) in space that also shifts through time. Theories of vegetation dynamics have progressed through a series of paradigms that started with stability and equilibrium and end near the present with non-equilibrium dynamics (Huston 1979, Wiens 1984, Glenn-Lewin et al. 1992, Wu and Loucks 1995).  The dynamic and non-equilibrial nature of ecosystem processes has been accepted by many (Christensen et al. 1996), yet applied ecosystem management is

still dependent upon equilibrium concepts for developing management goals and implementing restoration projects (McPherson and DeStefano 2003).

Dependence on stability and equilibrium dynamics is particularly trenchant in the models used to manage piñon-juniper woodlands in the western United States. The conventional model of the historic range of variability in piñon-juniper woodlands assumes a two-state model of ecological succession in which the system flips back and forth between grass-dominated and tree-dominated states (discussed in Section 1.2). In the conventional model, succession is treated as a unidirectional process where communities develop from bare ground to climax vegetation, except that the progression toward climax is periodically interrupted by the occurrence of fire. Resetting the system to earlier seres by wildfire has long been assumed to be the dominant process affecting woodlands over the last several hundred years, and cessation of fire is the dominant process that is believed to have moved woodlands to the climax stage (i.e., Leopold 1924, Emerson 1932, Cottam and Stewart 1940, Woodbury 1947, St. Andre et al. 1965, West et al. 1975, Tausch et al. 1981, Wright and Bailey 1982, Evans 1988, Miller and Wigand 1994, Gottfried et al. 1995, Miller and Tausch 2001).

Even though ideas of succession in woodlands always end with a climax stage, few studies have tried to document the form that vegetation structures in woodlands assume through time or assume at the climax stage. Few studies or theoretical papers discuss how succession in piñon-juniper woodlands might vary on sites with different productivity potentials. Instead, succession in woodlands has been treated from the perspective of a single model that is invariant across time and space, with much of the research in piñon-juniper woodlands focused on young, post-fire sites and competition between trees and grasses. This belief has culminated in vegetation prescriptions that seek to restore expanses of woodlands to

167

early and mid-seral stages, which may be quite appropriate for woodlands in some regions. However, results from earlier chapters in this dissertation have indicated that many woodlands in the Uncompahgre Plateau area have persisted without interruption by fire for several hundred years (Chapter Three) and that the fire regime in woodlands of western Colorado was one of infrequent, high-severity fires (Chapter Four). Similar results have been found for woodlands in Mesa Verde National Park in the southwest corner of Colorado (Erdman 1969, 1970, Floyd et al. 2000, Romme et al. 2003). In addition, rapid changes to woodlands structures may occur due to particularly wet or dry periods that either promotes rapid establishment and growth or mortality of one or both species (Chapter Five). Infrequent fire and persistence of old-growth stands argue for a better understanding of dynamic processes in woodlands than may be required for systems that are maintained by frequent fire. During the fire-free period, which may last for several hundred years on many sites, woodlands undergo structural changes that are driven by processes other than fire, such as climate variation, competition, and episodic tree mortality.

Clearly, if hundreds of years pass between stand-replacing fires, then other dynamic processes must be more important than fire in woodlands of the Uncompahgre Plateau area. Because these processes are dependent on the intersection of competition, facilitation, disturbance and environment, they probably are not the same from one site to another, but rather vary as a function of topography. Given the breadth of the piñon-juniper associations that have been described in other regions (i.e., West et al. 1998, Moir and Carleton 1986), it is likely that there is also much spatial variation in woodlands of the Uncompahgre Plateau area. The objective of this chapter is to develop a model of the topographic variation in stand development for woodlands of western Colorado based on stratification of the piñon-juniper landscape by elevation, slope gradient, and slope aspect. Better

BLM_0044874

168

understanding of the spatial and temporal variation in stand development of woodlands will help to update the conventional model of woodland dynamics by accounting for how dynamics and stand structures are influenced by position in the landscape as well as by the legacy of past disturbance events.

### 6.1.1. Chapter objectives

This chapter will develop a topographic model of woodland dynamics based on patterns encountered in the study area in western Colorado.  Age and diameter distributions of live and dead piñon pine and juniper trees were studied in four distinct sampling areas on the Uncompahgre Plateau in western Colorado.  The data were classified by elevation, major aspect, slope gradient, and soil depth in order to identify patterns of development that are influenced by spatial position in the landscape.

The format of this chapter will first be to describe patterns of distribution of the co-dominant tree species by elevation and by stand age.  Then the physical location of all stands will be divided into topographic classes based on elevation, aspect, slope, soil depth and fire history.  Patterns of development will be described based on stands in each topographic class, which will result in a topographic model of stand dynamics and discussion of how the pattern might change through time.

### 6.2  WOODLAND DISTRIBUTION PATTERNS IN WESTERN COLORADO

Stand characteristics were collected from 136 plots in each of four sampling areas on the Uncompahgre Plateau in western Colorado (Fig. 6.1).  Sampling methods varied among studies, but similar types of data were collected from each

BLM_0044875



Figure 6.1.  Location of sampling units within the Uncompahgre Plateau study area.
DWSA is the Dominguez Wilderness Study Area located north of Escalante Forks
and west of the city of Delta; GG is the Gunnison Gorge Wilderness Area and the
Black Canyon of the Gunnison National Park; SM is the Sims Mesa and upper
Government Springs area, located south of the city of Montrose; and WP is the
Windy Point area and upper Atkinson Mesa Area, located west of the town of Nucla
(not shown).

BLM_0044876

plot (Table 6.1).  The elevation and slope gradient were recorded for each plot and the slope aspect was classified as northeast-facing (315º-360º and 0º-135º) or southwest-facing (135º-315º).  Live and dead trees and saplings were recorded by species and diameter at the root collar (DRC).  Tree-ring samples were collected from live piñon pine trees, but not from juniper trees.  Soil depth was measured for the circular plots at Windy Point (WP) and Sims Mesa (SM), but not for the other studies (Table 6.1).  Based on the 75 circular plots, soils deeper than 50 cm are associated with slope gradients of less than 10º.  A number of sites with slopes less than 10º also had thin soils with large rocks outcropping at the surface.

### 6.2.1  Elevation:  spatial  gradient

Colorado piñon pine (*Pinus edulis*) and Utah Juniper (*Juniperus osteosperma*) assort along the elevation gradient in the Uncompahgre Plateau area in patterns that are similar to what has been described for woodland species in other locations (Woodin and Lindsay 1954, Tausch et al. 1981, West and Young 2000).  In the study area, juniper trees were found at all elevations, but piñon pine trees tend to dominate stem densities of all life stages above 2000 meters (Fig. 6.2a; also see Fig. 3.8).  Mature piñon pine trees become increasingly less common at low elevations (Fig. 6.2a), and only dominate stand basal area at the highest elevations (Fig. 6.2b).

Small-diameter pine trees were usually more abundant than small-diameter juniper trees throughout the elevation gradient, even in lower elevation stands where juniper trees dominate stem densities.  Many stands have a moderate to very high number of piñon pine seedlings and saplings (< 2 m tall), but the number of juniper seedlings and saplings was often very low.  The highest numbers of saplings were found at elevations between 2000-2250 m,  slopes < 9º, on soils < 60 cm deep, and in stands 100-300 years old (Fig. 6.3).

BLM_0044877

Table 6.1.  Summary table of sampling methods and parameters measured for sites used to develop the general topographic model of development for piñon-juniper woodlands in western Colorado.  A more detailed description of data collection is in Chapter Three. Raw data are in the Appendix.

| Study Name | Sampling Methods | Number Sampled | Parameters Measured |
|---|---|---|---|
| **Detailed Stand Reconstruction** | | | |
| DWSA-N or -S - Domingues Wilderness Study Area | Census 30m x 30 m square plots | 20 | Live Trees:  species, diameter at root collar (DRC) Dead Trees:  species, diameter if standing Tree-Ring Samples:  All live pinyon pine taller than 2 meters Saplings (20 cm to 2 m tall): counts by species Seedlings (< 20 cm tall):  collect a subsample to determine ages Elevation, Slope aspect and gradient |
| **Transect Study** | | | |
| WP - Windy Point, Atkinson Mesa GG - Gunnison Gorge / Black Canyon National Park DWSA-F  - Domingues Wilderness Study Area | Point-center quarter method along transects, point centers = 25 m | 41 | Live Trees:  species, diameter at root collar (DRC) Dead Trees:  species, diameter, decay class Tree-Ring Samples:  2 cores from pinyon pine at each point center; all dead pinyon pine within 5 m of point center Saplings (20 cm to 2 m tall): species, DRC Seedlings (< 20 cm tall):  species by subsample in one quarter of point center Elevation, slope aspect and gradient |
| **Circular Plots** | | | |
| WP - Windy Point SM – Sims Mesa | Cencus circular plots, 10 m radius | 75 | Live Trees:  species, diameter at root collar (DRC) Dead Trees:  species, diameter, decay class Tree-Ring Samples:  2-6 pinyon pine trees in dominant size classes Saplings (20 cm to 2 m tall): species, DRC Seedlings (< 20 cm tall):  species by subsample in one quarter of plot Elevation, slope aspect and gradient Soil Depth |

172



Figure 6.2.  Relationships of tree density and stand basal area to elevation and stand age.  a)  Number of trees per hectare for piñon pine and juniper trees along the elevation gradient; b)  contribution to stand basal area by piñon pine and juniper trees; c) Number of trees per hectare for each species by stand age; d) contribution to stand basal area by species in stands of different ages.  ● are juniper trees; ○ are piñon pine trees.

BLM_0044879



Figure 6.3.  Relationship of sapling densities to soil depth, stand age, elevation and slope.  a)  soil depth; b) stand age; c) elevation; and d) slope.

These data suggest that piñon pine seedlings establish more prolifically than juniper trees, but have higher rates of mortality at all life stages.  Juniper trees, on the other hand, establish at low densities but may have higher rates of tree survival at all life stages (Tausch and West 1988).  Both species are potentially long-lived and can reach great ages, though greater ages have been reported for juniper trees (West et al. 1975).

### 6.2.2  Stand age:  temporal gradient

When tree densities in stands of different ages are compared, the highest densities occur in stands between 100-250 years old (Fig. 6.2c).  The highest number of saplings was also found in stands in this age range (Fig. 6.3b).  Juniper tree densities, on the other hand, stayed relatively constant in stands of all ages for stands older than 150 years (Fig. 6.2c).  This reinforces the pattern pointed out above suggesting that rates of survival may be higher for juniper trees than for piñon pine trees.

Sites with higher basal areas tend to have more of the basal area dominated by juniper trees, regardless of the elevation (Fig. 6.2b).  This may be related in part to stand age, since younger stands tend to have a high density of piñon pine trees relative to juniper trees (Fig. 6.2c).  The oldest stands above 2000 meters have nearly equal amounts of basal distributed between the two species even though piñon pine dominates the stem densities of seedlings and saplings (Fig. 6.2d).

## 6.3 WOODLAND DEVELOPMENT BY TOPOGRAPHIC CLASS

The spatial and temporal patterns of tree distribution described above indicate that there are variations in woodland development that depend upon topographic position, site history and soil characteristics.  In order to investigate differences in development based on topographic position, each site was classified into one of two binary classes for elevation, slope aspect, slope gradient and soil depth (Table 6.2).  Elevation was divided into two classes defined by one half of the elevation range of all sites.  Slope aspect was divided into two classes defined by predominantly northeast vs. southwest facing sites.  Slope gradient was divided into two classes based on the maximum gradient where soils > 50 cm deep were found,

Table 6.2.  Classification of sites into topographic categories based on elevation, slope aspect and gradient, soil depth and fire history.  Fire history refers to presence of absence of evidence for a stand-replacing fire.

| Low Elevation (1700-2149m) | | | | High Elevation (2150-2600m) | | | |
|---|---|---|---|---|---|---|---|
| **NE** | | **SW** | | **NE** | | **SW** | |
| Slope < 10º | Slope > 10º | Slope < 10º | Slope > 10º | Slope < 10º | Slope > 10º | Slope < 10º | Slope > 10º |
| n = 24 | n = 3 | n = 31 | n = 10 | n = 22 | n = 9 | n = 16 | n = 21 |
| *soil >50 cm*<br>SM-11<br>SM-16<br>SM-20<br>SM-28[b]<br>SM-33<br>SM-42[b]<br>WP-165<br>WP-166 | | *soil >50 cm*<br>SM-12<br>SM-26[b]<br>SM-37<br>WP-87[f]<br>WP-183<br>WP-198[f] | *soil >50 cm*<br>SM-10 | *soil >50 cm*<br>SM-57<br>SM-58<br>SM-60[f]<br>SM-63[f]<br>SM-64[f]<br>SM-65[f]<br>SM-72[f]<br>WP-70[f] | | *soil >50 cm*<br>WP-1b[b]<br>WP-37<br>WP-39 | |
| *soil <50 cm*<br>SM-17[b]<br>SM-18[b]<br>SM-19<br>SM-23<br>SM-27<br>SM-29<br>SM-30<br>SM-31<br>SM-34[b]<br>SM-35<br>SM-36<br>SM-43[b]<br>SM-52[b]<br>WP-107 | *soil <50 cm*<br>DWSA-N4<br>WP-86 | *soil <50 cm*<br>DWSA-N3<br>GG-410<br>SM-25<br>WP-1a[b]<br>WP-12<br>WP-13<br>WP-17<br>WP-19<br>WP-20<br>WP-85<br>WP-108[b]<br>WP-182<br>WP-184<br>WP-200[b] | *soil <50 cm*<br>DWSA-S3<br>GG-102<br>GG-103<br>GG-1403<br>WP-88[b]<br>WP-212 | *soil <50 cm*<br>GG-79<br>SM-32<br>SM-50<br>SM-55<br>SM-56 | *soil <50 cm*<br>DWSA-N9 | *soil <50 cm*<br>GG-75<br>WP-38<br>WP-53<br>WP-54 | *soil <50 cm*<br>DWSA-S9<br>DWSA-S10<br>GG-73<br>GG-95<br>GG-134<br>GG-144<br>GG-158<br>WP-21<br>WP-27 |
| *& post-fire*<br>WP-126<br>WP-146 | *& post-fire*<br>GG-355 | *& post-fire*<br>WP-4[b]<br>WP-5<br>WP-6<br>WP-11<br>WP-16[b]<br>WP-18<br>WP-25[b]<br>WP-67<br>WP-68<br>WP-127[b]<br>WP-167[b] | *& post-fire*<br>DWSA-S4<br>WP-26[b]<br>WP-147[b] | *& post-fire*<br>DWSA-F1<br>DWSA-F2<br>DWSA-F3<br>GG-437<br>SM-51<br>SM-54<br>SM-66<br>SM-67<br>SM-68 | *& post-fire*<br>DWSA-N1<br>DWSA-N2<br>DWSA-N5<br>DWSA-N6<br>DWSA-N7<br>DWSA-N8<br>DWSA-N10<br>SM-38 | *& post-fire*<br>DWSA-S5<br>GG-199<br>GG-487<br>GG-1039<br>SM-53<br>SM-69<br>WP-2<br>WP-7<br>WP-52 | *& post-fire*<br>DWSA-S1<br>DWSA-S2<br>DWSA-S6<br>DWSA-S7<br>DWSA-S8<br>GG-127<br>GG-188<br>GG-489<br>WP-14<br>WP-15<br>WP-40<br>WP-69 |

f   Sites have deep soils and evidence of stand-replacing fire.
b   Sites have evidence of a bark beetle outbreak.

BLM_0044882

which was 9º.  Dividing all sites into classes based on three variables (elevation, aspect, slope gradient) created eight topographic classes (Table 6.2).  Within each of the eight topographic classes, sites were additionally divided into groups by soil depth and fire history.  The binary classes for soil depth were ≤ 50 cm and > 50 cm to bedrock or a rocky layer.  Sites with no soil data (all sites from the detailed stand structure study and the transect study) were classified as soil < 50 cm.  The two fire history classes were presence or absence of evidence for a stand-replacing fire.

### 6.3.1  Low-elevation, slopes < 10º

Woodlands on deep soils had almost no juniper component and, in most cases, no evidence of a previous woodland stand (Table 6.3).  More than 90% of sites in this class were from the circular plot study, where soil depth as well as vegetation structure was measured.   Sites with soils deeper than 50 cm are currently experiencing moderate-to-high mortality of piñon pine trees.  Bark beetle damage was only identified at two of these plots (Table 6.2).  Many of the sites in this class with soil depths less than 50 cm are dominated by juniper trees.  Few juniper trees appeared to be dying.  However, piñon pine trees on sites with both deep and shallow soils were experiencing stress and mortality (Fig. 6.4).  Inspection of the early growth rates of many of the trees on deeper soils showed rapid growth coincident in time with a period of above-average spring and winter moisture (Chapter Four), which may have facilitated invasion of piñon pine trees into deeper soils.  Current high mortality of piñon pine trees may be due to lower available soil water.  Piñon pine trees are less drought tolerant than juniper trees.  High rates of establishment of piñon pine trees during periods of above average moisture followed by high mortality during subsequent droughts may account for the pattern of juniper

BLM_0044883

Table 6.3.  Summary of development characteristics for stands in each topographic class.  Topographic classes are defined in Table 6.2.

|  | **Low Elevation** | **High Elevation** |
|---|---|---|
| **Gentle Slope** | **Deep Soil**:  Piñon pine-dominated, pulsed establishment with pulsed mortality caused by drought.<br><br>**Shallow Soil:**  Juniper-dominated, pulsed establishment and mortality, especially of piñon pine.<br><br>**Fire:**  More likely on shallow soils, SW aspects.<br><br>**Bark Beetles:**  No pattern, possibly less likely in young, post-fire stands. | **All aspects:**  even-aged initial and secondary cohorts likely.  Many with piñon dominance, or co-dominance<br><br>**Fire:**  Common on all aspects and soils < 1 m deep.  Leads to even-aged initial cohort.<br><br>**Bark Beetles:**  Rare, only 1 of 38 stands, occurred on deep soils. |
| **Steep Slope** | **NE Aspects:**  juniper-dominated, relatively even-aged piñon cohorts.<br><br>**SW Aspects:**  juniper-dominated, linear correlation between piñon diameter and piñon age.<br><br>**Fire and Bark Beetles:**  possible, but not prominent. | **NE Aspects:**  fire likely, pinyon-dominated with even-aged cohorts.<br><br>**SW Aspects:**  fire common, juniper-dominated with both even-aged cohorts and apparent limited recruitment through time.<br><br>**Bark Beetles:**  Rare, but possibly because sampling pre-dates widespread mortality in study area. |

BLM_0044884

178





photographs: K. Eisenhart

Figure 6.4. Color photographs showing recent drought-related mortality south of Montrose, Colorado. Both photographs were taken south of Montrose on the east side of Uncompahgre Plateau, November 2003.

dominance on less deep soils and few mature trees on deeper soils. Woody debris from juniper-dominated stands supported this assumption, since the diameters of piñon pine logs were similar to or greater than the diameters of living piñon pine trees.

Few northeast-aspect sites in the low-elevation/low-slope class had evidence of past fire (WP-126, -146), whereas about 40% of southwest-facing sites did. Post-

BLM_0044885

fire development in younger stands on southwest-facing sites (100-200 years ago: WP-5, -6, -67, -68) shows an even-aged piñon pine cohort with several very large-diameter juniper trees.  The size distribution is mixed for both tree species.  Older post-fire sites also had a few, very large-diameter juniper trees, but the age frequency distribution of piñon pine trees was not even-aged.  Many have an "older-larger" group of piñon pine trees, possibly from an initial post-fire recruitment phase similar to what was seen for young, post-fire stands.  It is possible that establishment dates for some of the dead trees would indicate that they were part of this initial cohort.  Trees that established more recently fit a linear size/age trend, probably indicating suppressed growth in fully-stocked stands.

Many of the non-fire sites in this topographic class in the SM area had notable numbers of dead juniper trees that were cut down at some time in the past, which appears to have released piñon saplings.  A few piñon pine trees were also removed.  Selective cutting of straight juniper branches or whole trees is common throughout the study area, but cutting entire, large-diameter trees is not common as it was in the low-elevation zone at Sims Mesa.

Thirty percent of the piñon pine trees found on gentle slopes at low elevation had evidence of bark beetles.  Most of the sites in this topographic class were sampled in 2002 or 2003 as part of the transect study or circular plot study.  In 2000 and 2002, when sites at the DWSA or GG sampling areas were measured, bark beetle-caused mortality was not obvious.  By 2003 (WP and SM sampling areas), evidence of bark beetles was found on trees growing in both deep and shallow soils, as well as on post-fire and non-fire sites.  Mortality associated with bark beetles ranged from one or a few trees affected to mortality of all trees in a plot (Fig. 6.5).

180



photographs: K. Eisenhart

Figure 6.5.  Young piñon pine stands attacked by the piñon Ips, *Ips confusus*.  Bark beetle evidence was sawdust, exit holes and audible chewing.  a) site SM-26, 2117 m, soil depth 68 cm, stand age 160 years; b) site WP-1b, 2206 m, soil depth 140 cm, stand age 120 years.  The shrub species are (a) sagebrush, and (b) sagebrush in openings, but Gambel oak under tree branches.  Both photos taken during summer 2003.

BLM_0044887

### 6.3.2  Low-elevation, slopes > 10º

In general, most low-elevation, steeper slopes were dominated by juniper trees regardless of aspect (Table 6.3).  Only one site had soil deeper than 50 cm (Table 6.2).  Four of thirteen sites had evidence of a previous stand-replacing fire, and three of these were on southwest aspects.  Three stands had visual evidence of bark beetles, and all three were older than 230 years (WP-26, -147, and -88); two of these were post-fire stands.  Sites on northeast aspects may be relatively even-aged, but too few stands were sampled to clarify this pattern, especially since age structures were only subsampled for two of the three sites (circular plot study, Table 6.1).

Younger, southwest-facing stands tended to have a broadly, even-aged cohort of piñon pine trees.  However, older stands expressed a more linear relationship between diameter and age.  If tree ages less than 300 years were ignored, the linear trend became more distinct, suggesting development occurred though either an initial, uneven-aged, mixed-size distribution, or else a more broadly, even-aged cohort with subsequent morality during the intervening centuries.  Drought stress is probably high on low-elevation sites that face south.  Thus it is probable that the trend of size versus age for the oldest trees in the stands resulted from past mortality.  Many of the younger trees initiated beginning  approximately 200 years ago.

### 6.3.3  High-elevation, slopes < 10º

Just over 60% of sites on gentle slopes at higher elevation have evidence of stand-replacing fire (Table 6.2).  Young post-fire stands on northeast aspects developed from an even-aged, mixed-size cohort (Table 6.3).  The majority of young, post-fire stands in this class is from the circular plot study at SM, and may represent

182

development after a single, large fire (SM-60 to -72 in Table 6.1).  All have similar size and age distributions.  None have evidence of current mortality caused by bark beetles.  In many cases the stands are quite dense and past mortality of piñon pine may represent density-dependent thinning.  Very few young, post-fire sites have a significant juniper component.  A similar pattern occurred on southwest aspects slopes and persisted for more than 250 years (GG-1039, SM-53, -69, WP-7, and -52).

An older, post-fire sites on all aspects appear to have a series of even-aged, mixed-size cohorts that might suggest episodic establishment, or episodic mortality with continuous or sporadic establishment (DWSA-F1, -F2, -F3, -S5, GG-437, -487, SM-51, -54, and WP-2).  Older stands also have a greater number of juniper trees.  The even-aged nature of age frequency distributions suggests that recruitment into these stands may be pulsed, only occurring episodically or during favorable intervals.  Favorable intervals could be brought about through either regional climate, or microclimates that are made more favorable by structural changes that occur during the course of stand development.  For example, extensive drought-related mortality might increase the number of germination sites for tree establishment and reduce root competition for water during subsequent periods of above-average moisture.  Visual inspection of age structures suggested that favorable periods for recruitment occurred about 200, 300-400, and 400-500 years ago.  Likewise, tree-ring chronologies from the Uncompahgre Plateau area indicate periods of above-average moisture occurred from c. 1600 to 1660 (400-500 years ago) and 1780 to 1800 (200 years ago) (Chapter Five).

An abundance of trees aged 100-200 years is common throughout topographic classes and may indicate a period of climate that was favorable to piñon pine establishment and survival.  Dead trees have not been aged in the majority of

stands, but data are available for establishment dates of dead trees in the transect study site at GG. Those data suggest that many of the dead pine trees were part of the initial cohort, and subsequently died as a result of density-dependent stand thinning.

Non-fire sites with southwest aspects do not have a dominant juniper-component, and appear to maintain a fairly even-aged cohort (except WP-38). One of the sites on soil deeper than 1 m (WP-1b) recently experienced a catastrophic bark beetle event (Fig. 6.5b). Non-fire sites with northeast aspects have a more dominant juniper component than post-fire sites, though some also have large, co-dominant piñon pine trees. Ages were determined for all size classes of piñon pine trees at site GG-79, which suggests even-aged cohorts, as was found for post-fire sites. The oldest trees at GG-79 were approximately 700 years old, so the age structure might indicate that this ancient-growth stand was once a post-fire site even though no evidence of fire was found. Age cohorts at site GG-79 initiated 300-400 years ago, and again beginning 200 years ago. The dearth of small-diameter piñon pine trees and the size frequency distribution of dead trees in several of these stands suggested that further development may be resource limited and stands are experiencing density-dependent thinning.

### 6.3.4 High-elevation, slopes > 10°

Sites on northeast aspects at higher elevations and steeper slopes were most likely to have evidence of a past, stand-replacing fire (Table 6.3). Stand structures were generally characterized by a small number of old, larger-diameter piñon pine trees with the majority of living trees establishing later in a broadly or narrowly even-aged cohort (DWSDA-N1, -N7, -N8, and N-9). Younger stands also had a broadly even-aged cohort initiating about 200 years ago.

BLM_0044890

Few of the sites on southwestern aspects (57%) had evidence of past fire (Table 6.2).  In addition, sites on these aspects -- regardless of fire history -- tended to have a significant juniper component.  Static age structures on many sites suggest that there have been periods in the past where broadly even-aged cohorts have developed.  However, during the periods of time between cohorts, trees that established show a more linear relationship between diameter and tree age regardless of site history.   This pattern may suggest past periods that were favorable for tree recruitment.  None of the sites on high-elevation, steep slopes showed signs of bark beetle outbreak, though this may be because sites at DWSA and GG were sampled prior to extensive tree mortality in the study area.

## 6.3  TOPOGRAPHIC MODEL OF WOODLAND DEVELOPMENT

The foregoing description of tree-distribution patterns and structural development by topographic class (summarized in Table 6.2) suggests several spatial trends for vegetation dynamics in the piñon-juniper woodlands of western Colorado.  Spatial trends vary with elevation, aspect, slope and soil characteristics. Topographic variables influence moisture availability, which consequently determines site productivity and species composition of the dominant plants.  Each physical variable alone has the ability to influence soil moisture.  At low elevations stand dynamics are strongly related to drought and low potential productivity.  Deep soils limit piñon survival and inhibit juniper establishment.  Steep slopes also limit moisture availability to plants through rates of higher runoff.  Conversely, productivity tends to increase at higher elevations and on gentle slopes.  However, different combinations of the topographic variables can influence the soil moisture gradient in different

BLM_0044891

ways.  Any combination that changes moisture availability to plants will influence tree establishment and mortality, as well as the disturbance regime at a particular site.

The spatial patterns of woodland development can be visualized in two-dimensional space by plotting woodland sites according to their elevations and slope gradients (Fig. 6.6a).  Sites can be further divided into two classes indicating whether or not evidence for a stand-replacing fire was detected.  None of the fire evidence found in any of the plots suggested that frequent surface fires occurred (Chapter Three).  All of the evidence instead indicates that stand-replacing fires occurred in the past.

Patterns of tree distribution and stand development can be added to the distribution of sites in Fig. 6.6a.  Based on the data presented, fires were more likely to occur at higher elevations, whereas many of the lower-elevation sites were experiencing high rates of mortality (Table 6.3).  Thus, elevation describes a moisture gradient where drought-related mortality is more likely to occur at the low end of the gradient and catastrophic fires are more likely to occur at the upper end (orange line on Figure 6.6b).  Deep soils were found at high and low elevations, but limited to slopes  $\leq 10°$. Stands on deep soils post-date settlement, and many have high mortality, including high elevation sites such as WP-1b, which was experiencing catastrophic insect mortality (Fig. 6.5a).  Trees appear to have invaded deep soils during the twentieth century only to die back during persistent drought that has been occurring since about 1999.  Thus, soil depth interacts with low and moderate elevations to cause high moisture stress to trees on deep soils (blue curve on Figure 6.6b).  Finally, slope gradient has a variable effect on soil moisture depending upon elevation and aspect.  Increased precipitation and lower temperature at high elevations may partially compensate for higher runoff on steeper slopes.  Thus, there is a pattern of increasing moisture stress on less steep slopes as you move toward

BLM_0044892



Figure 6.6.  Relationships among slope, elevation, soil depth and disturbance in piñon-juniper woodlands on the Uncompahgre Plateau.  a)  Distribution of sampled stands by slope and elevation; gray circles are sites where evidence of stand-replacing fire was found, open circles are sites where no fire evidence was found;  b)  model of topographic control over vegetation dynamics.  The orange line separates higher elevation sites where stand-replacing fire is more likely from lower elevation sites where drought mortality is more likely.  The red line separates slopes with low productivity from those with increasing amounts of fuels.  The blue curve separates sites where soil depth is most likely to limit productivity and tree growth.

BLM_0044893

187

lower elevations (red line on Fig. 6.6b).  On the other hand, steep slopes with southwest aspects from high elevation sites may favor the growth of trees by reducing soil moisture, since high moisture may also limit the distribution of piñon pine trees (Woodbury 1947).

The spatial patterns that have been described for woodlands in the study area probably shifts to some extent through time.  During periods of above-average precipitation, for example the location of the boundary that separated drought-dominated low elevation sites from fire-dominated high elevation sites may shift downslope.  This may explain the post-1900 phenomenon of young trees increasing in density on sites that are typically water stressed (Chapter Four).  Analogously, effects of slope, aspect and soil depth on soil moisture would also vary depending on temperature and precipitation over a period of time. This means that the triangle formed by the intersection of lines describing vegetation shifts caused by differences in elevation, slope, and soil depth (Figure 6.6b) may shift through time and change in size.  The lowest elevations may always be droughty, but available soil moisture at intermediate elevations may shift through time, facilitating tree establishment and survival during wet periods such as the early 1900s, but causing mortality and die-back during persistent droughts, as has occurred recently in the study area (Fig. 6.4).  Thus, the zone in the middle of the graph represents a transition zone (Fig. 6.7) whose dynamics depend to a large extent on climate as it is moderated by abiotic site characteristics.  Vegetation in the transition zone probably shifts back and forth between woodland and savanna on time scales longer than decades.

BLM_0044894

188



Figure 6.7.  General topographic model of woodland development for western Colorado.  Moisture availability increases as elevation increases and slope decreases.  Moisture availability to trees is reduced on deeper soils.  There is a transitional zone from fire-dominated disturbance to drought-dominated mortality in the center of the figure.  The boundaries that intersect the transition zone shift through time depending on climate trends.

## 6.5  CONCLUSION

Contrary to the implications of conventional models of succession in piñon-juniper woodlands, results from this study suggest that trajectories of structural development depend upon topographic position in the landscape.  The primary role of topographic position is most likely its effect on the soil moisture gradient (Whittaker 1975).  The elevation gradient is most likely a proxy for available soil moisture, while other topographic variables moderate the pattern.  The availability of soil moisture and differences in the physiology of tree and shrub species lead to

BLM_0044895

189

predictable assortment of species along the proxy moisture gradient.  As described in other studies, piñon pine trees are dominant at higher elevation, whereas juniper trees may be more common at lower elevation (Emerson 1932, Woodbury 1947, Woodin and Lindsey 1954, West et al. 1975).  In the middle of the elevation gradient piñon pine and juniper are co-dominant, though piñon pine is usually more abundant in smaller size classes.

The soil moisture gradient controls the productivity of the vegetation and, in turn, the nature of dynamics at each sites.  The amount of soil moisture at a particular site depends upon its elevation, slope aspect and gradient, and soil characteristics and can be modified through time by the structure of vegetation as it develops or by climate.  However, the model developed in this chapter suggests that biotic control may be more important at the moister end of the gradient (typically high-elevation/low-slope), whereas abiotic control may be more important at the drier end of the gradient (low elevation).   The data indicate that competition and density-dependent processes operate where productivity is highest, and stands may follow directional sequence of development through stand initiation, to canopy closure, to transitional old growth (Oliver 1981, Peet and Christensen 1987).  Spatially, high productivity is more likely at higher elevation, but sites at lower elevation and in the transition zone may show similar patterns during periods of above-average moisture.  Where moisture is limiting, productivity is lower and density-independent processes prevail.  At sites of low moisture availability tree establishment may depend on facilitation to ameliorate environmental stress.  Sites may pass through a long sequence of establishment and mortality events that do not progress linearly through building and senescing phases, but rater cycle through periods of succession and retrogression.

BLM_0044896

190

A transition zone exists between the high-elevation zone where stands tend to progress linearly through predictable stages of development and the low-elevation zone where woodland structures alternate between succession and retrogression. The nature of disturbance and dynamics in this zone is dependent upon the effects of climate on the operational environment.  Woodlands in the transition zone have moderately open to closed tree canopies, with a low shrub understory such as sagebrush.  Currently, stands in this zone are experiencing drought-related mortality of piñon pine trees.  However, there is evidence in some stands in this zone for past stand-replacing fire.  Thus it would appear that there is a continuum of dynamics that can occur along the moisture gradient, with the importance of a particular process shifting in time in response to climate and vegetation structure.

The topographic model developed in this chapter expresses the synergism between vegetation structure and disturbance, which is controlled by climate and moderated by topographic position.  The conventional model may explain typical dynamics for a particular part of the gradient at a particular point in time, but does not capture the complexity of dynamics that are in force across space and how they might shift in time.  The general topographic model of woodland dynamics described in this chapter, on the other hand, characterizes the types of disturbances that are likely in different parts of the moisture gradient and puts forth a hypothesis of the nature of stand development expected on sites from different topographic positions. This model also suggests how the spatial distribution of dynamic processes might shift through time.

BLM_0044897

191

**CHAPTER 7:  CONCUSION TO RANGE OF VARIABILITY STUDY**


The purpose of this dissertation was to assess the current and historic range of variability of piñon-juniper woodlands of the Uncompahgre Plateau area in western Colorado.  Prior to this study, dynamics in the piñon-juniper woodlands of the study area were assumed to follow a conventional model that has been applied to woodlands throughout their range in seven Western states.  The conventional model assumes that prior to the introduction of livestock and modern fire suppression, woodlands were maintained as more open, savanna-like structures by frequent, low-intensity fire.  According to the conventional model, grazing excluded fire and reduced competition between trees and grasses, which facilitated the invasion of trees into both wooded and savanna sites.  Some implications of the conventional model are that the majority of trees in the landscape post-date settlement and the introduction of livestock, and that the majority of woodland stands have developed beyond the stage where fire would have caused tree mortality and returned the stand to a savanna-like or treeless vegetation structure.

This study indicates that the historic fire regime in piñon-juniper woodlands of western Colorado was not dominated by frequent, low-intensity fires.  Instead, direct and indirect evidence indicate that stand-replacing fires occurred in the past. Surface fires may have occurred, but were probably less common, based on the paucity of structural evidence that would support this assumption.  For example, the majority of stands that were sampled were not savanna-like in 1880.  In fact, a number of stands had been more dense in the past than they are now.  Stand structures indicated that trees in many stands had established more then 35 years before the introduction of livestock, which also argues against maintenance of savannas by fire before 1880.  Stands with older trees and non-savanna structures

BLM_0044898

had abundant coarse woody fuels in the understory, some of which was quite decayed.  Abundant coarse fuels are not likely to be found in vegetation maintained by frequent fires.

The direct evidence of stand replacing fire was charcoal on logs scattered throughout the stand.  The charcoal was found on logs of both species and juniper snags.  In many cases the state of decay suggested that the fire had occurred long ago.  If stand age can be used as a proxy of minimum time-since-fire, fire return intervals for woodland in the Uncompahgre Plateau area might be 200-700+ years.  It appears that a great amount of both living and dead biomass accumulates on a site between fires insuring that when fire occurs it will be of high-intensity and high-severity.  The fires that have occurred in recent years in piñon-juniper woodlands in southwest Colorado are probably not outside of the historic range of variability for fires in this system.  Catastrophic, stand-replacing fires occurred in the past and will continue to occur.  Fire management may wish to focus on mitigating the affects of high-severity fires where structures or human lives are at risk, but this activity is not the same as restoration.  In fact, fire management plans may have to change to address the nature of past fires and the reality that thinning piñon-juniper stands would have to be a never-ending process.

Another assumption of the conventional model of historic dynamics in piñon-juniper woodlands is that grazing facilitated tree invasion by excluding fires and reducing competition between trees and herbaceous species.  Yet this study found that many woodlands in the Uncompahgre Plateau area predate the introduction of livestock, and that tree establishment started in many stands in the 1700s.  Many more trees appear to have established prior to the introduction of livestock than have established since.  In addition, many of the stands that did not have savanna-like structures were already several hundred years old in the late 1800s.  Structures in

BLM_0044899

193

many older stands suggested a past period of higher tree density and subsequent density-dependent thinning.  Thus, high tree density may be a phase that woodlands in western Colorado pass through as they develop into old-growth forests.

The location of old stands at all elevations and topographic positions suggests that fire did not limit old-growth stands in the Uncompahgre Plateau region to steep and rocky sites where productivity was too low to support surface fires. Instead, many old stands were found on level sites.  Restoration projects are restricted to moderately level sites by the heavy equipment that is employed.  Yet, my qualitative observations of debris on many Uncompahgre Plateau sites where early-seral vegetation has been "restored" since the 1940s indicate that diameter sizes of trees were too large for trees to have established since the introduction of livestock.  In the past, then, the need for restoration was not adequately demonstrated prior to implementation.   Because heavy equipment is restricted to limited parts of the landscape, sites on low slope gradients might be more adversely affected and more likely to be outside of their historic range of variability.

The abundance of old trees and old stands throughout the landscape indicates that the majority of the landscape was probably not maintained in early to mid-seral stages by frequent fires.  There may have been periods of time in the past where a high proportion of the landscape was in earlier seral stages; however, there were probably also periods where the landscape was dominated by aging woodlands.  Stands older than 700 years can be found in the landscape, but the majority of stands are less than 400-500 years old.  There is currently not enough data to know if the number of old growth stands are limited by wildfire, by drought, or by old-age senescence.

Fire-related and drought-related mortality may operate over similar time periods, since fires are more likely during periods of sustained drought.  Other

BLM_0044900

194

researchers have suggested that the number of old trees and old woodlands in the

Southwest are limited by drought, particularly the megadrought of the late 1500s

(Betancourt et al. 1993, Swetnam and Betancourt 1998, Miller and Tausch 2001).

Comparing patterns of tree growth of piñon pine trees in the study area with tree

growth of Douglas fir trees in New Mexico suggest that climate during the period

1500 to 2000 might have been comparable throughout the region (Fig. 7.1).   Other

research of regional climate patterns from tree-ring records throughout the West

have shown that tree-ring growth patterns are in phase during severe and persistent

droughts (Gray et al. 2003).   However, between the droughts in the late 1500s and



Figure 7.1.  Comparison between tree-ring chronologies from old-growth stands in
the study area and El Malpaís, New Mexico (Grissino-Mayer 1995, 2004).  a)  Old-
growth chronology from Windy Point stand compared to New Mexico chronology;  b)
Old-Tree chronology from Sims Mesa compared to New Mexico chronology.  PIED is
*Pinus edulis*; PSME is *Pseudotsuga menzeisii*.

BLM_0044901

the 1950s, tree-ring growth from different regions does not share similar patterns of low-frequency variation, though tree-ring chronologies from northwest New Mexico and southwest Colorado do share similar patterns (Gray et al. 2003). Regional variations in climate may explain differences reported for piñon-juniper woodlands in the Great Basin versus the Colorado Plateau versus the Southwest.

Precipitation records for a number of climate stations in western Colorado show that cool season precipitation was above average for several decades in the early twentieth century. The response of tree growth to increased moisture is seen throughout the study area in both young and old-growth stands, as well as in tree-ring chronologies from as far away as northwestern New Mexico (Grissino-Mayer 1995). Clearly the weather during the early 1900s was unusually wet when compared to the late 1800s and could have facilitated tree establishment. Tree establishment may be greater in areas where trees were not previously established. Response to moisture appeared to be greater at low-elevation sites where tree density was low prior to the beginning of the wet period. Many of the low elevation sites had an increase in tree establishment that was associated with growth release in existing trees. Not all of the old stands, though, show an increase in tree density. Of course, age structures in this study represent a picture of survivors. Old stands may have had an increase in establishment that was not detected because trees died before reaching the canopy. Evidence of small-diameter saplings that might have died more than 50 years ago was not present. The return interval for sustained drought may be shorter than that for stand-replacing fire. If so, drought plays a role in woodlands that has not been fully appreciated in the past.

The growth response to climate in the study area and the widespread mortality that is occurring across the landscape indicate that other factors besides fire are probably important in determining the structure of woodland vegetation. It is

possible that managers will not need to manipulate vegetation if mortality continues to occur.  In this case, choices made by managers in the past may not be harmful with respect to patterns of stand age distribution in the woodlands.  However, it is likely that extensive manipulations of vegetation have impacted the landscape in other ways.  For example, past vegetation management may have adversely affected soil structure, the distribution of cryptobiotic soil crusts, and facilitated invasion of exotic species..

Another assumption of historic dynamics in piñon-juniper woodlands of western Colorado is that the landscape has aged since settlement because of fire exclusion.  However, the ubiquity of old-growth stands throughout sampling areas and topographic positions indicates that the majority of the landscape was probably not early to mid-seral stage prior to the introduction of livestock.  Some areas may have been in early seral stages because they were recovering from fire.  Others still might indeed have been more open and savanna-like.  The sites more likely to have been savanna-like occur towards the lower elevation limits of piñon pine.  This study did not sample the juniper savanna zone below the piñon-juniper woodland zone, so results should not be extrapolated beyond the range of piñon pine.  It is possible that the conventional model may apply to juniper savannas, though it is equally likely that cycles of drought and increasing moisture might have played more of a role in juniper savannas than has been considered in the past.

The last chapter in this dissertation introduced a spatial model of woodland dynamics to replace the conventional model for woodlands in western Colorado. The new model suggests that the importance of processes depend on the position of a woodland in the landscape.  Because topographic position influences soil moisture availability, the nature of processes active on a site shift through time.  This observation is important because of the variability of moisture in this region from year

197

to year.  The new model is a result of data presented in the dissertation and needs to be tested.  It represents a new set of assumptions that are tied to the present and the past, and may be able to guide decisions about management in the future under different climate scenarios.

# LITERATURE CITED

Allen CD. 1989. *Changes in the landscape of the Jemez Mountains, New Mexico.* PhD thesis. University of California, Berkeley, Berkeley, CA. 346 pp.

Allen CD. 2002. Lots of lightning and plenty of people: an ecological history of fire in the upland Southwest. In *Fire, native peoples, and the natural landscape*, ed. TR Vale, pp. 143-193. Washington, D.C.: Island Press

Allen CD, Breshears DD. 1998. Drought-induced shift of a forest-woodland ecotone: rapid landscape response to climate variation. *Proceedings of the National Academy of Sciences* 95: 14839-14842

Applequist. 1958. A simple pith locator for use with off-center increment cores. *Journal of Forestry* 56: 141

Archer S. 1994. Woody plant encroachment into southwestern grasslands and savannas: rates, patterns and proximate causes. In *Ecological implications of livestock herbivory in the West*, ed. M Vavra, WA Laycock, RD Pieper, pp. 13-68. Denver, CO: Society for Range Management

Arnold JF, Jameson DA, Reid EH. 1964. *The pinyon-juniper type of Arizona: effects of grazing, fire and tree control*, USDA Forest Service, *Rep. 84*

Baisan CH, Swetnam TT. 1997. *Interactions of fire regimes and land use history in the central Rio Grande Valley.* USDA Forest Service, *RM-RP-330*

Baker WL, Shinneman DJ. 2004. Fire and restoration of pinyon-juniper woodlands in the western United States: a review. *Forest Ecology and Management* 89: 1-21

Barbour MG, Burk JH, Pitts WD. 1987. Methods of Sampling the Plant Community. In *Terrestrial Plant Ecology*, pp. 182-208. Menlo Park: Benjamin/Cummings

Barney MA, Frischknecht NC. 1974. Vegetation changes following fire in the pinyon-juniper type of west-central Utah. *Journal of Range Management* 27: 91-96

Betancourt JL, Pierson EA, Rylander KA, Fairchilds-Parks JA, Dean JS. 1993. Influence of history and climate on New Mexico piñon-juniper woodlands. In *Managing piñon-juniper ecosystems for sustainability and social needs*, ed. EG Aldon, DW Shaw, USDA Forest Service, GTR-RM-263, pp. 42-62

Blackburn WH, Tueller PT. 1970. Pinyon and juniper invasion in black sage-brush communities in east-central Nevada. *Ecology* 51: 841-848

Bradley AF, Noste NV, Fischer WC. 1992. *Fire Ecology of Forests and Woodlands in Utah.* USDA Forest Service, Intermountain Research Station, Ogden, UT, *GTR-INT-287*

Brockway DG, Gatewood RG, Paris RB. 2002. Restoring grassland savannas from degraded pinyon-juniper woodlands: effects of mechanical overstory

BLM_0044905

reduction and slash treatment alternatives. *Journal of Environmental Management* 64: 179-197

Brown JK, Kapler J. 2000. *Wildland fire in ecosystems:  effects of fire on flora.* USDA Forest Service, Fort Collins, CO, *GTR-RMRS-42 vol.2*

Brown PM, Kaye MW, Huckaby LS, Baisan CH. 2001. Fire history along environmental gradients in the Sacramento Mountains, New Mexico: influences of local patterns and regional processes. *Ecoscience* 8:115-126.

Burkhardt JW, Tisdale EW. 1976. Causes of juniper invasion in southwestern Idaho. *Ecology* 76: 472-484

Burwell TA. 1999. *Environmental history of the lower montane pinyon (Pinus monophylla) treeline, eastern California.* PhD thesis. University of Wisconsin, Madison, WC. 270 pp.

Chambers JC. 2001. *Pinus monophylla* establishment in an expanding pinyon-juniper woodland: environmental conditions, facilitation, and interacting factors. *Journal of Vegetation Science* 12: 27-40

Chambers JC, Schupp EW, Vander Wall SB. 1999a. Seed dispersal and seedling establishment of piñon and juniper species within the piñon-juniper woodland. In *Proceedings:  Ecology and management of pinyon-juniper communities within the interior West*, ed. SB Monsen, R Stevens, pp. 29-34. Ogden, UT: USDA Forest Service, RMRS-P-9

Chambers JC, Vander Wall SB, Schupp EW. 1999b. Seed and seedling ecology of piñon and juniper species in the pygmy woodlands of western North America. *The Botanical Review* 65: 1-38

Christensen NN, Ann M. Bartuska JHB, Stephen Carpenter, Carla D'Antonio, Robert Francis, Jerry F. Franklin, James A. MacMahon, Reed F. Noss,  David J. Parsons CHP, Monica G. Turner, Robert G. Woodmansee. 1996. The report of the Ecological Society of America on the scientific basis for ecosystem management. *Ecological Applications* 6: 665-691

Chronic H. 1980. *Roadside Geology of Colorado.* Missoula, MT: Mountain Press Publishing Co.

Clary WP. 1975. Present and future multiple use demands on the pinyon-juniper type. In *The Pinyon-Juniper Ecosystem:  A Symposium*, ed. GF Gifford, FF Busby, pp. 19-23. Logan, UT: Utah State University

Cottam WP, Stewart G. 1941. Plant succession as a result of grazing and of meadow desiccation by erosion since settlement in 1862. *Journal of Forestry* 38: 613-625

Coulson RN. 1979. Population Dynamics of Bark Beetles. *Annual Review of Entomology* 24: 417-447

BLM_0044906

Curtis JT. 1959. *The vegetation of Wisconsin*. Madison: University of Wisconsin Press

Dahms CW, Geils BW. 1997. *Assessment of Forest Ecosystem Health in the Southwest*. USDA Forest Service, Fort Collins, CO, *RM-GTR-295*

Daniel TW, Rivers RJ, Isaacson HE, Everhard EJ, LeBaron AD. 1966. *Management alternatives for pinyon-juniper woodlands. Part A: ecology of the pinyon-juniper type of the Colorado Plateau and the Basin and Range provinces*, Bureau of Land Management and the Utah Agricultural Experiment Station, Logan, Utah, 242 pp

D'Arrigo RD, Jacoby GC. 1991. A 1000-year record of winter precipitation from northwestern New Mexico, USA: a reconstruction from tree-rings and its relation to El Nino and the Southern Oscillation. *Holocene* 1: 95-101

Davis MB. 1986. Climatic instability, time lags, and community disequilibrium. In *Community Ecology*, ed. J Diamond, TJ Case, pp. 269-84. New York, NY: Harper and Row Publishers

DeLucia EH, Schlesinger WH. 1991. Resource-use efficiency and drought tolerance in adjacent Great Basin and Sierran plants. *Ecology* 72: 51-58

Dick-Peddie WA. 1993. *New Mexico Vegetation: Past, present and future*. Albuquerque: University of New Mexico Press

Dieterich JH. 1980. *The composite fire interval - a tool for more accurate interpretation of fire history*. Proceedings of the Fire History Workshop, Tucson, AZ, USDA Forest Service, RM-GTR-81

Douglas AE. 1936. Climate cycles and tree growth. *Carnegie Institute of Washington* 289

Duncan RP. 1989. An evaluation of errors in tree age estimates based on increment cores in Kahikatea (*Dacrycarpus dacryidioides*). *New Zealand Natural Sciences* 16: 31-37

Dwyer DD, Pieper RD. 1967. Fire effects on blue grama-pinyon-juniper rangeland in New Mexico. *Journal of Rangeland Management* 20: 359-362

Dyksterhuis EJ. 1957. The savannah concept and its use. *Ecology* 38: 435-442

Egan D, Howell EA. 2001. *The Historical Ecology Handbook*. Washington, D.C.: Island Press. 457pp.

Emerson FW. 1932. The tension zone between the grama grass and piñon-juniper associations in northeastern New Mexico. *Ecology* 13: 347-358

Erdman JA. 1969. *Pinyon-juniper succession after fires on residual soils of the Mesa Verde, Colorado*. PhD thesis. University of Colorado, Boulder. 81 pp.

BLM_0044907

Erdman JA. 1970. Pinyon-Juniper succession after natural fires on residual soils of Mesa Verde, Colorado. *Brigham Young University Science Bulletin* XI: 1-26

Evans RA. 1988. *Management of Pinyon-Juniper Woodlands.* USDA Forest Service, Ogden, UT, *GTR-INT-249*

Floyd ME. 1981. *The reproductive biology of two species of piñon pine in the southwestern United States and Northern Mexico*. PhD thesis. University of Colorado, Boulder, Colorado

Floyd L, Colyer M, Hanna DD, Romme WH. 2003. Gnarly old trees: canopy characteristics of old-growth piñon-juniper woodlands. In *Ancient piñon-juniper woodlands*, pp. 11-30. Boulder, CO: University Press of Colorado

Floyd LM, Romme WH, Hanna DD. 2000. Fire history and vegetation pattern in Mesa Verde National Park, Colorado, USA. *Ecological Applications* 10: 1666-1680

Fritts H. 1976. *Tree Rings and Climate*. New York: Academic Press

Fritts HC, Dean JS. 1992. Dendrochronological modeling of the effects of climatic change on tree-ring width chronologies from the Chaco Canyon area, southwestern United States. *Tree-Ring Bulletin* 52: 31-58

Fulé PZ, Covington WW, Moore C. 1997. Determining reference conditions for ecosystem management of southwestern ponderosa pine forests. *Ecological Applications* 7: 895-908

Glenn-Lewin DC, Peet RK, Veblen TT. 1992. Prologue. In *Plant Succession: Theory and Prediction*, ed. DC Glenn-Lewin, RK Peet, TT Veblen. London: Chapman and Hall

Goodrich S, Barber B. 1999. Return interval for pinyon-juniper following fire in the Green River corridor, near Dutch John, Utah. In *Proceedings: ecology and management of pinyon-juniper communities within the interior West*, ed. SB Monsen, R Stevens, Ogden, UT: USDA Forest Service, RMRS-P-9, pp. 391-3.

Gottfried GJ, Severson KE. 1993. Distribution and multiresource management of piñon-juniper woodlands in the southwestern United States. In *Managing piñon-juniper ecosystems for sustainability and social needs*, ed. EF Aldon, DW Shaw, Fort Collins, CO: USDA Forest Service, Rocky Mountain Forest and Range Experiment Station, GTR-RM-236, pp. 108-116.

Gottfried GJ, Swetnam TW, Allen CD, Betancourt JL, Chung-MacCoubray AL. 1995. *Chapter Six: Pinyon-Juniper Woodlands.* USDA, Forest Service, Fort Collins, CO, *RM-GTR-268*

Gray ST, Betancourt JL, Fastie CL, Jackson ST. 2003. Patterns and sources of multidecadal oscillations in drought-sensitive tree-ring records from the central and southern Rocky Mountains. *Geophysical Research Letters* 30 (6, 1316) : 49- 1-4

Grissino-Mayer HD. 1995. *Tree-ring reconstructions of climate and fire history at El Malpais National Monument, New Mexico.* PhD thesis. University of Arizona, Tucson, AZ

Grissino-Mayer HD. 2004. International Tree Ring Data Bank:  El Malpais (USA; 34N,108W; *Pseudotsuga menziesii*). *IGBP PAGES/World Data Center for Paleoclimatological Data, NOAA/NGDC Paleoclimatology Program, Boulder, CO., USA*: 4-18-04

Grover HD, Musick HB. 1990. Shrubland encroachment in southern New Mexico, U.S. A.: an analysis of desertification processes in the American Southwest. *Climatic Change* 17: 305-330

Hann WJ, Bunnell DL. 2001. Fire and land management planning and implementation across multiple scales. *International Journal of Wildland Fire* 10: 389-403

Hann WJ, Havlina D, Schlisky A, al. e. 2003. Interagency and The Nature Conservancy fire regime condition class website. USDA Forest Service, US Department of Interior, The Nature Conservancy, and Systems for Environmental Management.  http://www.frcc.gov

Hardy CC, Schmidt KM, Menakis JP, Sampson RN. 2001. Spatial data for national fire planning and fuel management. *International Journal of Wildland Fire* 10: 353-372

Harlan T. 2000. International Tree Ring Data Bank:  Dolores (USA; 37N, 108W, *Pinus edulis*). *IGBP PAGES/World Data Center for Paleoclimatological Data, NOAA/NGDC Paleoclimatology Program, Boulder, CO., USA*: 11-29-00

Harmon ME, Franklin JF, Swanson FJ, Sollins P, Gregory SV, et al. 1986. Ecology of Coarse Woody Debris in Temperate Ecosystems. *Advances in Ecological Research* 15: 133-302

Harrington MG. 1987. *Characteristics of 1-year-old natural pinyon seedlings.* USDA Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO, *RM-477*

Harris AT, Asner GP, Miller ME. 2003. Changes in vegetation structure after long-term grazing in pinyon-juniper ecosystems: Integrating imaging spectroscopy and field studies. *Ecosystems* 6: 368-383

Hastings BK, Smith FM, Jacobs BF. 2003. Rapidly eroding piñon-juniper woodlands in New Mexico: Response to slash treatment. *Journal of Environmental Quality* 32: 1290-1298

Hastings JR, Turner RM. 1965. *The Changing Mile: An Ecological Study of Vegetation Change with Time in the Lower Mile of an Arid and Semiarid Region.* Tucson, AZ: University of Arizona Press. 317 pp.

BLM_0044909

Heinselman ML. 1978. Fire in wilderness ecosystems. In *Wilderness management,* Ed. JC Hendee, GH Stankey, RC Lucas, USDA Forest Service, Washington, D.C., No. 1365, pp. 249-278

Higgs E. 2003. *Nature by design: People, natural processes, and ecological restoration.* Cambridge, MA: The MIT Press. 341 pp.

Hoffman AF. 1921. The piñon-juniper land problem II: plan for handling the piñon-juniper type. *Journal of Forestry* 19: 537-541

Holling CS, Meffe GK. 1996. Command and control and the pathology of natural resource management. *Conservation Biology* 10: 328-337

Holmes RL. 1983. Computer assisted quality control. *Tree Ring Bulletin* 43: 69-78

Holmes RL. 1999. Dendrochronology Program Library. Tucson, AZ: Lab of Tree Ring Research, University of Arizona

Humphries HC, Bourgeron PS. 2001. Methods for determining historical range of variability. In *A guidebook for integrated ecological assessments*, ed. ME Jensen, PS Bourgeron, pp. 273-91: Springer-Verlag

Huston M. 1979. A general hypothesis of species diversity. *The American Midland Naturalist* 113: 81-101

Jacobs BF, Gatewood RG. 1999. Restoration studies in degraded pinyon-juniper woodlands of north-central New Mexico. In *Ecology and Management of pinyon-juniper communities within the interior West*, ed. SB Monsen, R Stevens, USDA Forest Service, Provo, Utah, RMRS-P-9, pp. 294-298

Jameson DA, Williams JA, Wilton EW. 1962. Vegetation and soils of Fishtail Mesa, Arizona. *Ecology* 43: 403-410

Jeffers DS. 1921. The pinyon-juniper land problem I: should the piñon-juniper lands be included in the National Forests? *Journal of Forestry* 19: 534-537

Johnsen TN, Jr. 1962. One-seed juniper invasion of northern Arizona grasslands. *Ecological Monographs* 32: 187-207

Johnson EA, Miyanishi K, Kleb H. 1994. The hazards of interpretation of static age structure as shown by stand reconstructions in a *Pinus contorta - Picea engelmannii* forest. *Journal of Ecology* 82: 923-931

Kaufmann MR, Graham RT, Boyce DA, Moir CB, Edminster WM, et al. 1994. *An ecological basis for ecosystem management.* Rocky Mountain Research Station, Fort Collins, Colorado, USA, *RM-GTR-246*

Keane RE, Ryan KC, Veblen TT, Allen CD, Logan J, Hawkes B. 2002. *Cascading effects of fire exclusion in Rocky Mountain ecosystems: a literature review.* USDA Forest Service, *RMRS-GTR-91*

BLM_0044910

Kilgore BM. 1981. *Fire in ecosystem distribution and structure: western forests and scrublands*. USDA Forest Service, Washington, D. C., *GTR-WO-26*

Kimmins JP. 1997. *Forest Ecology: A Foundation for Sustainable Management*. Upper Saddle River, NJ: Prentice Hall

Kipfmueller KF, Swetnam TT. 2001. Using dendrochronology to reconstruct the history of forest and woodland ecosystems. In *The Historical Ecology Handbook*, ed. D Egan, EA Howell, pp. 199-228. Washington, D.C.: Island Press

Knapp AK, Soule PT. 1996. Vegetation change and the role of atmospheric $CO_2$ enrichment on a relict site in central Oregon: 1960-10, *Annals of the Association of American Geographers 86: 387-411*

Landres PB, Morgan P, Swanson FJ. 1999. Overview of the use of the natural variability concepts in managing ecological systems. *Ecological Applications* 9: 1179-1188

Lanner RM, Van Devender TR. 1998. The recent history of pinyon pines in the American Southwest. In *Ecology and Biogeography of Pinus*, ed. DM Richardson. Cambridge, UK: Cambridge University Press

Leatherman DA, Kondratieff BC. 2003. Insects associated with the piñon-juniper woodlands of Mesa Verde Country. In *Ancient piñon-juniper woodlands*, pp. 167-180. Boulder, CO: University Press of Colorado

Leopold A. 1924. Grass, brush, timber, and fire in Southern Arizona. *Journal of Forestry* 22: 1-10

Ligon JD. 1978. Reproductive interdependence of pinyon jays and pinyon pines. *Ecological Monographs* 48:111-126

Linton MJ, Sperry JS, Williams DG. 1998. Limits to water transport in *Juniperus osteosperma* and *Pinus edulis*: implications for drought tolerance and regulation of transpiration. *Functional Ecology* 12: 906-911

Madany MH, West NE. 1983. Livestock grazing-fire regime interactions within montane forest of Zion National park, Utah. *Ecology* 64: 661-667

Magnuson JJ. 1990. Long-term ecological research and the invisible present. *BioScience* 40: 495-501

Marsh BW. 1909. *Uncompahgre Valley and the Gunnison Tunnel*. Lincoln, NE: International Publishing Association

Marshall M. 1979. *Uncompahgre*. Ouray, CO: Western Reflections, Inc. 220 pp.

Mason HL, Langenheim JH. 1957. Language analysis and the concept environment. *Ecology* 38: 235-340

BLM_0044911

McAuliffe J. 2003. The interface between precipitation and vegetation. In *Changing precipitation regimes and terrestrial ecosystems*, ed. JF Weltzin, GR McPherson, pp. 9-27. Tucson, AZ: The University of Arizona Press

McBride JR. 1983. Analysis of tree rings and fire scars to establish fire history. *Tree-Ring Bulletin* 43: 54-67

McPherson GR. 1997. *Ecology and Management of North American Savannas*. Tucson, AZ: The University of Arizona Press

McPherson GR, DeStefano S. 2003. *Applied ecology and natural resource management*. Cambridge, U.K.: Cambridge University Press. 165 pp.

Meagher GS. 1943. Reaction of piñon and juniper seedlings to artificial shade and supplemental watering. *Journal of Forestry* 41: 480-492

Miller ME. 1999. Use of historic aerial photography to study vegetation change in the Negrito Creek watershed, southwestern New Mexico. *The Southwestern Naturalist* 44: 121-137

Miller RF, Rose JA. 1995. Historic expansion of *Juniperus occidentalis* (western juniper) in southeastern Oregon. *Great Basin Naturalist* 55: 37-45

Miller RF, Rose JA. 1999. Fire history and western juniper encroachment in sagebrush steppe. *Journal of Range Management* 52: 550-559

Miller RF, Tausch RJ. 2001. The role of fire in juniper and pinyon woodlands: a descriptive analysis. In *Proceedings of the invasive species workshop: the role of fire in the control and spread of invasive species. Fire conference 2000: the First National Congress on Fire Ecology, Prevention, and Management,* ed. KEM Galley, TP Wilson. Tall Timbers Research Station, Tallahassee, FL, Misc. pub. 11: 15-30.

Miller RF, Wigand PE. 1994. Holocene changes in semiarid pinyon-juniper woodlands: response to climate, fire, and human activities in the US Great Basin. *BioScience* 7: 465-474

Mitchell. 1976. The regionalization of climate in the western United States. *Journal of Applied Meteorology* 15: 920-927

Moir WH. 1992. Ecological concepts in old-growth forest definition. In *Old-growth forests in the Southwest and Rocky Mountain regions -- Proceedings of a workshop*, ed. MR Kaufmann, WH Moir, RL Bassett. Portal, AZ: USDA Forest Service, GTR-RM-213, pp. 1-11

Moir WH, Carleton JO. 1987. *Classification of pinyon-juniper (P-J) sites on National Forests of the Southwest.* USDA Forest Service, GTR-INT-215

Moore MM, Covington WW, Fule PZ. 1999. Reference conditions and ecological restoration: a southwestern ponderosa pine perspective. *Ecological Applications* 9: 1266-1277

BLM_0044912

Morgan P, G. H. Aplet, J. B. Haufler, H. C. Humphries, M. M. Moore, and W. D. Wilson. 1994. Historical range of variability: a useful tool for evaluating ecological change. *Journal of Sustainable Forestry* 2: 87-111

Neilson RP. 1987. *On the interface between current ecological studies and the paleobotany of pinyon-juniper woodlands.* USDA, Forest Service, Reno, NV, *GTR-INT-215*

Neilson RP. 2003. The importance of precipitation seasonality in controlling vegetation distribution. In *Changing precipitation regimes and terrestrial ecosystems: a North American perspective*, ed. JF Weltzin, GR McPherson, pp. 47-71. Tucson, AZ: The University of Arizona Press

NOAA. 2003. National Climate Data Center. National Oceanic and Atmospheric Administration

Oliveira-Filho AT, Ratter JA. 2002. Vegetation physiognomies and woody flora of the cerrado biome. In *The cerrados of Brazil: ecology and natural history of a neotropical savanna*, ed. P Oliveira, RJ Marquis, New York: Columbia University Press

Oliver CD. 1981. Forest development in North America following major disturbances. *Forest Ecology and Management* 3: 153-68

Padien DJ, Lajtha K. 1992. Plant spatial pattern and nutrient distribution in pinyon-juniper woodlands along an elevational gradient in northern New Mexico. *International Journal of Plant Science* 153: 425-433

Palmer J, Nelson EW. 1937. *The range resources of Colorado*, USDA Forest Service, Rocky Mountain Forest and Range Experiment Station, Preliminary Report, April 15, 1937, 23pp.

Payne NF, Bryant FC. 1994. *Techniques for wildlife habitat management of uplands*. New York: McGraw-Hill. 840 pp.

Paysen TE, Ansley RJ, Brown JK, Gottfried GJ, Haase SM, et al. 2000. Chapter Six: Fire in western shrubland, woodland and grassland ecosystems. In *Wildland fire in ecosystems: effects of fire on flora*, ed. JK Brown, J Kapler, pp. 121-257. Fort Collins, CO: USDA Forest Service

Peet RK. 1981. Forest vegetation of the Colorado Front Range. *Vegetatio* 45: 3-75

Peet RK, Christensen NL. 1987. Competition and tree death. *BioScience* 37: 586-595

Pickett STA, Thompson JN. 1978. Patch dynamics and the design of nature reserves. *Biological Conservation* 13: 27-37

Raup. 1964. Some problems in ecological theory and their relation to conservation. *Journal of Ecology* 52: 19-28

BLM_0044913

Reed AD, Metcalf MD. 1999. *Colorado's prehistory: a context for the northern Colorado River basin*: University of Utah Press. 216 pp.

Rogers P, Atkins D, Frank M, Parker D. 2001. *Forest health monitoring in the Interior West: a baseline summary of forest issues, 1996-1999*. USDA Forest Service, Rocky Mountain Research Station, Fort Collins, CO, *RMRS-GTR-75*

Rogers TJ. 1995. Insect and disease associates of the piñon-juniper woodlands. In *Desired future conditions for piñon-juniper ecosystems*, ed. DW Shaw, EF Aldon, C LoSapio, Flagstaff, AZ: USDA Forest Service, Rocky Mountain Forest and Experiment Station, GTR-RM-258, pp. 107-8.

Romme WH. 1980. *Fire history terminology: report of the ad hoc committee.* USDA Forest Service, Tucson, Arizona, USA, *RM-GTR-81*

Romme WH, Floyd-Hanna L, Hanna DD. 2003. *Ancient piñon-juniper forests of Mesa Verde and the West: a cautionary note for forest restoration programs.* USDA Forest Service, Fort Collins, CO, *RMRS-P-29*

Ronco FJ. 1987. Stand structure and function of pinyon-juniper woodlands. In *Proceedings -- pinyon-juniper conference*, ed. RL Everett, USDA Forest Service, Reno, NV, *GTR-INT-215*

Rowlands PG, Brian NJ. 2001. Fishtail Mesa: A vegetation resurvey of a relict area in Grand Canyon National Park, Arizona. *Western North American Naturalist* 61: 159-181

Savage M, Swetnam TW. 1990. Early 19th-century fire decline following sheep pasturing in a Navajo ponderosa pine forest. *Ecology* 71: 271-289

Schmidt KM, Menakis JP, Hardy CC, Hann WJ, Bunnell DL. 2002. *Development of coarse-scale spatial data for wildland fire and fuel management*, USDA Forest Service, Fort Collins, GTR-RMRS-87, 41pp.

Scholes RJ, Archer SR. 1997. Tree-grass interactions in savannas. *Annual Review of Ecology and Systematics* 28: 517-544

Shreve F. 1922. Conditions indirectly affecting vertical distribution on desert mountains. *Ecology* 3: 269-274

Simmons VM. 2000. *The Ute Indians of Utah, Colorado and New Mexico.* Boulder, CO: University of Colorado Press. 323 pp.

Soule PT, Knapp PA. 1999. Western juniper expansion on adjacent disturbed and near-relict sites, *Journal of Range Management* 52: 525-533

Springfield HW. 1976. *Characteristics and management of southwestern pinyon-juniper ranges.* USDA Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO, *Res. Pap. RM-160*, 33pp.

St. Andre G, Mooney HA, Wright RD. 1965. The pinyon woodland zone in the White Mountains of California. *American Naturalist* 73: 225-239

Stewart OC. 1942. Culture element distributions: XVIII Ute-Southern Paiute. *Anthropological Records* 6: 231-354

Stockton CW, Jacoby GCJ. 1976. Long-term surface-water supply and streamflow trends in the upper Colorado River basin. *Lake Powell Research Project Bulletin* 18: 40p.

Stoddart LA, Smith AD, Box TW. 1975. *Range Management*. New York, NY: McGraw-Hill Book Company. 532 pp.

Stokes M, Harlan T. 2000. International Tree Ring Data Bank:  Escalante Forks (USA; 38N,108W; *Pinus edulis*),  IGBP PAGES/World Data Center for Paleoclimatological Data, NOAA/NGDC Paleoclimatology Program, Boulder, CO., USA, 11-29-00

Stokes MA, Smiley TL. 1968. *An Introduction to Tree Ring Dating*. Chicago: University of Chicago Press

Swanson FJ, Jones JA, Wallin DO, Cissel JH. 1994. *Natural variability - implications for ecosystem management.* USDA Forest Service, Pacific Northwest Research Station, Portland, OR, *PNW-GTR-318*

Swetnam TW, Allen CD, Betancourt JL. 1999. Applied historical ecology: using the past to manage for the future. *Ecological Applications* 9: 1189-1206

Swetnam TW, Baisan CH. 1996. *Historical fire regime patterns in the southwestern United States since AD 1700.* USDA, Rocky Mountain Forest and Range Experiment Station, Los Alamos, New Mexico, *RM-GTR-286*

Swetnam TW, Betancourt JL. 1998. Mesoscale disturbance and ecological response to decadal climatic variability in the American Southwest. *Journal of Climate* 11: 3128-3147

Swetnam TW, Brown PM. 1992. Oldest known conifers in the Southwestern Unites States:  temporal and spatial patterns of maximum age. In *Old-growth forests in the Southwest and Rocky Mountain regions -- Proceedings of a workshop*, ed. MR Kaufmann, WH Moir, RL Bassett, Portal, AZ: USDA Forest Service, GTR-RM-213, pp. 24-38.

Tausch RJ, West NE. 1988. Differential establishment of pinyon and juniper following fire.  *The American Midland Naturalist* 119: 174-184

Tausch RJ, West NE, Nabi AA. 1981. Tree age and dominance patterns in Great Basin pinyon-juniper woodlands. *Journal of Range Science* 34: 259-264

Uncompahgre Plateau Partners. 2004. *Uncompahgre Plateau Project Plan:  a collaborative approach to restore and maintain the ecosystem health of the*

*Uncompahgre Plateau in Western Colorado*, Bureau of Land Management, Colorado Division of Wildlife, Public Lands Partnership, U.S. Forest Service

United States Government. 2002. Healthy Forests Restoration Act, H. R. 1904, United States Government

USDA Forest Service. 2003. *America's Forests 2003: Health Update*, Washington, D.C.

USDA National Resource Conservation Service. 1995. *Soil Survey of Uncompahgre National Forest Area, Colorado: Parts of Mesa, Montrose, Ouray and San Miguel Counties*, USDA Forest Service and Soil Conservation Service

USDA National Resource Conservation Service. 2001. *Soil survey of San Miguel area, Colorado: parts of Dolores, Montrose, and San Miguel Counties*, USDA Forest Service and Soil Conservation Service

USDA Soils Conservation Service. 1981. *Soil survey of Paonia area, Colorado; parts of Delta, Gunnison, and Montrose Counties*, USDA Soils Conservation Service in cooperation with Colorado Agricultural Experiment Station

USDI Bureau of Land Management. 1999. *Uncompahgre Field Office Fire Management Plan*, USDI Bureau of Land Management, Uncompahgre Field Office, Montrose, Colorado

Vale TR. 1982. Chapter 5: Studying Vegetation Change. In *Plants and People: Vegetation change in North America*, ed. TR Vale, pp. 56-61. Madison, WI: Association of American Geographers

Veblen TT. 2003. Key issues in fire regime research for fuels management and ecological restoration. In *Conference on fire, fuel treatments, and ecological restoration: proper place, appropriate time*, ed. PN Omi, LA Joyce. USDA Forest Service, Fort Collins, CO, RMRS-P-29

Veblen TT, Hadley KS, Nel EM, Kitzberger T, Reid M, Villalba R. 1994. Disturbance regime and disturbance interactions in a Rocky Mountain subalpine forest. *Journal of Ecology* 82: 125-135

Veblen TT, Hadley KS, Reid MS, Rebertus AJ. 1991a. Methods of detecting past spruce beetle outbreaks in Rocky Mountain subalpine forests. *Canadian Journal of Forest Research* 21: 242-254

Veblen TT, Hadley KS, Reid MS, Rebertus AJ. 1991b. The response of subalpine forests to spruce beetle outbreak in Colorado. *Ecology* 72: 213-231

Villalba R, Veblen TT. 1998. Influences of large-scale climatic variability on episodic tree mortality in northern Patagonia. *Ecology* 79: 2624-2640

Walker BH. 2003. Ecological Resilience in Grazed Rangelands: A generic case study. In *Resilience and the behavior of large-scale systems*, ed. LH Gunderson, L Pritchard-Jr., pp. 249-66. Washington: Island Press

Walker BH, Noy-Meir I. 1982. Aspects of the stability and resilience of savanna ecosystems. In *Ecology of Tropical Savannas*, ed. BJ Huntley, BH Walker, pp. 556-90: Springer-Verlag

Walker J, Gillison AN. 1982. Austral savannas. In *Ecology of tropical savannas*, ed. BJ Huntley, BH Walker, pp. 5-24. Berlin: Springer-Verlag

Watt. 1947. Pattern and process in the plant community. *Journal of Ecology* 35: 1-22

Weaver H. 1951. Fire as an ecological factor in the southwestern ponderosa pine forest. *Journal of Forestry* 49: 93-98

West NE, Rea KH, Tausch R. 1975. Basic synecological relationships in juniper-pinyon woodlands. In *The Pinyon-Juniper Ecosystem: A Symposium*, ed. GF Gifford, FF Busby. Logan, Utah: Utah State University

West NE, Tausch RJ, Tueller PT. 1998. *A management-oriented classification of pinyon-juniper woodlands of the Great Basin.* USDA Forest Service, Rocky Mountain Research Station, Ogden, UT, *RMRS-GTR-12*

West NE, Young JA. 2000. Intermountain Valleys and Lower Mountain Slopes. In *North American Terrestrial Vegetation*, ed. MG Barbour, WD Billings, New York: Cambridge University Press, pp. 255-284

White PS. 1979. Pattern, process, and natural disturbance in vegetation. *The Botanical Review* 45: 229-299

White PS, Pickett STA. 1985. Natural disturbance and patch dynamics: an introduction. In *The Ecology of Natural Disturbance and Patch Dynamics*, ed. STA Pickett, PS White. Orlando: Academic Press, Inc.

White PS, Walker JL. 1997. Approximating nature's variation:  selecting and using reference information in restoration ecology. *Restoration Ecology* 5: 338-349

Whittaker RH. 1953. A consideration of climax theory:  the climax as a population and pattern. *Ecological Monographs* 23: 41-78

Whittaker RH. 1975. *Communities and Ecosystems*. New York: Macmillan. 385 pp.

Wiens JA. 1984. On understanding a non-equilibrium world: myth and reality in community patterns and processes. In *Ecological Communities: Conceptual issues and the evidence*, ed. DR Strong, Jr., D Simberloff, LG Abele, AB Thistle, pp. 439-57. Princeton, NJ: Princeton University Press

Wilson JL, Tkacz BM. 1992. *Pinyon Ips outbreak in pinyon juniper woodlands in northern Arizona: a case study.* USDA Forest Service, Fort Collins, CO, *GTR-RM-218*

Wilson SD. 1998. Competition between grasses and woody plants. In *Population biology of grasses*, ed. GP Cheplick, pp. 231-54. Cambridge, UK: Cambridge University Press

Woodbury AM. 1947. Distribution of pigmy conifers in Utah and Northeastern Arizona. *Ecology* 28: 113-126

Woodhouse CA. 2003. A 431-year reconstruction of western Colorado snowpack from tree rings, *Journal of Climate 16: 1551-1561*

Woodin HE, Lindsey AA. 1954. Juniper-pinyon east of the continental divide, as analyzed by the line-strip method. *Ecology* 35: 473-489

Wright HA, Bailey AW. 1982. *Fire Ecology:  United States and Southern Canada*. New York: John Wiley and Sons. 501 pp.

Wu J, Loucks OL. 1995. From balance of nature to hierarchical patch dynamics: a paradigm shift in ecology. *The Quarterly Review of Biology* 70: 439-466

Young JA, Evans RA. 1981. Demography and fire history of a western juniper stand. *Journal of Range Management* 34: 501-506

BLM_0044918

212

APPENDIX: SIZE AND AGE STRUCTURES BY STUDY AND SAMPLING AREA

CONTENTS

INTRODUCTION                                                                        213

DETAILED STAND RECONSTRUCTION

    Dominguez Wilderness Study Area (DWSA), N&S sites
                                                                                    214

TRANSECT STUDY

    Dominguez Wilderness Study area (DWSA), F-sites          218

    Windy Point and Atkinson Mesa (WP)                       219

    Gunnison Gorge and Black Canyon of the Gunnison
    National Park (GG)                                       223

CIRCULAR PLOT STUDY

    Windy Point, Campbell Creek area (WP)                    227

    Sims Mesa and Government Springs (SM)                    233

BLM_0044919

213

Introduction

The following pages show diameter distributions for live and dead pinyon pine and juniper trees, and diameter-age relationships for pinyon pine trees for each sampled site.  All horizontal axes show diameter at the root collar (DRC) in 10 cm classes. Distributions show raw data not standardized by sampling area.  See section 3.2 for descriptions of data collection methods.  Diameter distributions for dead trees include both standing dead and fallen trees except for plots sampled for the detailed stand reconstruction study.  In that study, logs were counted by species, but diameters were not measured.  Therefore, the diameter distributions for dead trees at the Dominguez Wilderness Study Area are only for standing dead trees and text has been added to the plot to indicate the number of fallen logs of each species. For all plots across sampling areas, age data were collected from pinyon pine trees only.  The age estimates in diameter-age scatterplots are based on core age plus corrections for missing pith and for the number of years for tree to reach coring height (see Chapter 3 for details).

BLM_0044920

Dominguez Wilderness Study Area (DWSA), N&S sites.
(Diameters of fallen trees were not quantified for this study)

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine

Live Trees | Dead Standing Trees | DRC (cm) vs Age

Case No. 1:20-cv-02484-MSK Document 40-3 filed 04/27/21 USDC Colorado pg 289 of 338

DWSA continued.

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine

| Live Trees | Dead Standing Trees | DRC (cm) vs Age |
|---|---|---|



DWSA continued.

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine

Live Trees | Dead Standing Trees | DRC (cm) vs Age



217

DWSA continued.

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine



218

Dominguez Wilderness Study area (DWSA), F-sites

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine



219

Windy Point and Atkinson Mesa (WP)

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine



220

WP continued.

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine



221

WP continued.

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine



222

WP continued.

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine

| Live Trees | All Dead Trees | DRC (cm) vs Age |
|---|---|---|

WP-26





BLM_0044929

Gunnison Gorge and Black Canyon of the Gunnison National Park (GG)

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine

Live Trees | All Dead Trees | DRC (cm) vs Age



224

GG continued.

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine



GG continued.

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine

| Live Trees | All Dead Trees | DRC (cm) vs Age |
|---|---|---|



226

GG continued.

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine



Windy Point, Campbell Creek area (WP)

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine

Live Trees | All Dead Trees | DRC (cm) vs Age



228

WP continued.

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine



WP continued.

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine

| Live Trees | All Dead Trees | DRC (cm) vs Age |
|---|---|---|



WP continued.

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine

Live Trees All Dead Trees DRC (cm) vs Age



231

WP continued.

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine



232

WP continued.

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine



Sims Mesa and Government Springs (SM)
(* sites = additional plots at sagebrush ecotone with 0.5 km spacing)

Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine, *extra 0.5 km plots

Live Trees | All Dead Trees | DRC (cm) vs Age



SM continued.
(* sites = additional plots at sagebrush ecotone with 0.5 km spacing)
Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine, *extra 0.5 km plots

| Live Trees | All Dead Trees | DRC (cm) vs Age |
|---|---|---|



SM continued.
(* sites = additional plots at sagebrush ecotone with 0.5 km spacing)
Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine

Live Trees | All Dead Trees | DRC (cm) vs Age



SM continued.
(* sites = additional plots at sagebrush ecotone with 0.5 km spacing)
Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine

| Live Trees | All Dead Trees | DRC (cm) vs Age |
|---|---|---|

SM-35

SM-36*

SM-37

SM-38*

SM-42*

SM-43*



Case No. 1:20-cv-02484-MSK Document 40-3 filed 04/27/21 USDC Colorado pg 311 of 338

SM continued.
(* sites = additional plots at sagebrush ecotone with 0.5 km spacing)
Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine

| Live Trees | All Dead Trees | DRC (cm) vs Age |
|---|---|---|

SM-50

SM-51

SM-52

SM-53

SM-54

SM-55

SM continued.
(* sites = additional plots at sagebrush ecotone with 0.5 km spacing)
Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine

| Live Trees | All Dead Trees | DRC (cm) vs Age |
|---|---|---|



SM continued.
(* sites = additional plots at sagebrush ecotone with 0.5 km spacing)
Frequency Distributions of DRC (cm) by species
■ juniper, □ pinyon pine

Live Trees All Dead Trees DRC (cm) vs Age

# RECOMMENDED BEST MANAGEMENT PRACTICES FOR PLANTS OF CONCERN

## Practices Developed to Reduce the Impacts of Oil and Gas Development Activities to Plants of Concern



**Prepared by the Colorado Rare Plant Conservation Initiative**

**Brian A. Elliott, Elliott Environmental Consulting,
Brian Kurzel, Colorado Natural Areas Program,
and Susan Spackman Panjabi, Colorado Natural Heritage Program**

**August 25, 2011**

BLM_0044947

# Table of Contents

I. Introduction ............................................................................................................. 3

II. Project Planning and Rare Plant Surveys ...................................................... 4

III. Measures for Impact Avoidance and Minimization ....................................... 5

    1. General Protection Measures ..................................................................... 5

    2. Non-native Species Management .............................................................. 6

    3. Restoration and Revegetation .................................................................. 6

    4. Monitoring .................................................................................................. 7

    5. Research ...................................................................................................... 7

IV. Acknowledgements ..................................................................................... 7

V. References ..................................................................................................... 8

VI. Appendix One ............................................................................................. 13

    I. PLANNING INFRASTRUCTURE PLACEMENT AND DEVELOPMENT
ACTIVITIES .................................................................................................. 13

    II. ELEMENTS OF AN IMPACT AVOIDANCE AND INIMIZATION PLAN ........ 13

        A. GENERAL Wildlife AND Environmental Protection Measures: ...................... 13

        B. INFRASTRUCTURE LAYOUT WILDLIFE PROTECTION MEASURES ..... 13

        C. DRILLING AND PRODUCTION OPERATIONS RARE PLANT
PROTECTION MEASURES: .................................................................. 15

        D. INVASIVE/NON-NATIVE VEGETATION CONTROL: ................................. 16

        E. RESTORATION, RECLAMATION AND ABANDONMENT: ........................ 16

        F.  MONITORING: ....................................................................................... 20

VII. Research ....................................................................................................... 20

VIII. Appendix Two .............................................................................................. 200

B.A. Elliott, Kurzel, B., and S. Spackman Panjabi. 2011. Recommended Best Management Practices for Plants of Concern.  Practices developed to reduce the impacts of oil and gas development activities to plants of concern.  Unpublished report prepared by the Rare Plant Conservation Initiative for the National Fish and Wildlife Foundation.

BLM_0044948

# I. Introduction

Seventeen globally imperiled plants found in oil and gas development areas in Colorado are in danger of extinction (Table 1). Collectively, these species occupy less than 11,000 acres in Colorado (Figure 1 and Table 1). One of the biggest conservation issues for Colorado native plants is the lack of awareness of the existence and status of these rare plant species. Increasing this awareness, especially during development activities that may impact rare plants, will reduce the likelihood of future listings under the Endangered Species Act. Avoiding or minimizing impacts to these species during oil and gas development activities may help to effectively conserve their habitat and is unlikely to confer substantial impacts on oil and gas development projects. The intent of these BMPs is to inform people working in energy development areas regarding the importance of Colorado's botanical treasures, and to outline some of the ways in which they can coexist with oil and gas development.

The desired outcome of these recommended BMPs is to significantly reduce the impacts of oil and gas development to the seventeen plants of concern on federal, state, and/or private land. These BMPs are not intended to replace other BMPs written for specific species or habitats. The BMPs listed here are intended to evolve as additional information becomes available about Colorado's botanical diversity, and as resource extraction and resource conservation technologies develop.

Federal, State, and local land management agencies have developed complementary policy and guidance regarding a number of issues discussed in these BMPs. For example, BLM's Record of Decision for the National Vegetation Treatments Final Programmatic EIS (PEIS) identifies standard operating procedures to be used with all applications of herbicides on public lands (BLM 2007a). The Biological Assessment developed for BLM's PEIS outlines conservation measures for species, or groups of species, that react similarly to proposed vegetation treatments. These conservation measures for plants are found on pages 4–129 to 4–134 of the Final Programmatic Biological Assessment for Vegetation Treatments on BLM Lands in 17 Western States (BLM 2007b).

The following recommended measures are intended to complement the CDOW Actions to Minimize Adverse Impacts to Wildlife Resources (CDOW 2008, Appendix One), and are organized to provide guidance at each step of the oil and gas development process. The implementation of these recommendations may assure that development proceeds without unintended harm to globally imperiled plants.

BLM_0044949

## II. Project Planning and Rare Plant Surveys

*Voluntarily incorporate sensitive plant species and habitats into the preparation of CDOW 'Wildlife Mitigation Plans' or 'Comprehensive Drilling Plans' to assure all sensitive biodiversity elements are addressed* (CDOW 2008).

1. Gather mapped location information for plants of concern (Table 1) in potential project areas by consulting with the Colorado Natural Heritage Program at Colorado State University, the U.S. Fish and Wildlife Service, or other known sources of rare plant spatial data.

2. If federally listed Threatened or Endangered plant species occur in a project area on federal lands, consultation with the U.S. Fish and Wildlife Service (USFWS) is necessary. If Candidate or Proposed species are found, discuss the management of these species with the USFWS to avoid complications should these species become listed Threatened or Endangered during the life of the project.

3. Conduct rare plant surveys. **Please note that information pertinent to individual species of concern is provided, where possible, in Appendix Two.**

   a. Field botanical surveys are recommended for all projects that overlap the range of the plants of concern (Figure 2) to determine if plants of concern (Table 1) or suitable habitat are present. If possible, all plants tracked by the Colorado Natural Heritage Program should also be documented in the surveys (Colorado Natural Heritage Program 2011). Botanical surveys are generally considered valid for three years.

   b. Prior to field surveys, maps should be provided (as hard-copy and GIS files) to a botanical surveyor showing all known locations for the plants of concern, as well as the proposed areas of disturbance. Maps should include existing and proposed infrastructure, including roads, pipelines, well pads, ponds, pits, parking lots, all other work areas, and any area liable to be subjected to ground disturbance. These maps should contain as much of this information as possible and be updated as new sites are proposed.

   c. Field botanical surveys should be conducted by qualified individual(s) with botanical expertise, according to commonly accepted survey protocols, and using suitable GPS equipment. The Colorado Natural Heritage Program at Colorado State University can provide reference materials to assist with survey efforts, field forms, etc.

   d. Field botanical surveys should be conducted at a time when the plant species of concern can be detected and accurately identified. In some cases multi-year surveys are necessary. For example, in dry years some ephemeral annuals (such as *Phacelia submutica*) may not germinate and produce plants, but they are still present at the site in the seedbank.

   e. Field botanical surveys should be completed across the project disturbance area and include a 600 meter buffer around the project area. In some cases the topographic setting or land ownership patterns may impede covering the full recommended survey area. Surveys should also include areas

4

BLM_0044950

where direct or indirect effects may impact hydrology. Surveys should be floristic, providing a list of plant species encountered during the survey. Negative survey data should also be reported to the landowner or land manager.

f. If plant species of concern are found within the survey area, the botanist should endeavor to determine the complete extent of the occurrence and the approximate number of individuals within the occurrence. Ideally occurrences should be delineated by GPS and the results imported to GIS for inclusion on updated project maps.

g. Field survey results should be reported to the Colorado Natural Heritage Program at Colorado State University, and to appropriate land managers. A photograph or voucher specimen (if sufficient individuals are present) should be taken. Vouchers should be deposited in one of the region's major herbaria (e.g., University of Colorado, Colorado State University, Denver Botanic Gardens, Rocky Mountain Herbarium).

h. Verify that adequate field surveys and all other planning phase activities have been completed. If new locations of plants listed in Table 1 were found during botanical surveys, ensure that they are shown on updated project maps.

## III. Measures for Impact Avoidance and Minimization

### 1. General Protection Measures

a. Provide annual educational training for oil and gas company staff and contractors on specific rare plant species of concern, (e.g., how to recognize species, appropriate survey times, etc.) and on the overall aspects of the landscape planning documents.

b. No surface disturbance (NSD) is recommended in Areas of Critical Environmental Concern (ACECs) designated for rare plant values, or in known occupied habitat for plants listed in Table 1.

c. Where plants of concern (Table 1) occur in a project area, an avoidance buffer of 200 meters minimum is recommended. The 200 meter buffer reduces dust transport, weed invasion, unauthorized vehicular activities, and chemical and produced-water spills. It also reduces impact to pollinators and their habitat.

d. Where avoidance is not feasible and development is allowed within 200 meters of plant populations, impacts to the plants of concern can be reduced by placing temporary fencing or other barriers around the footprint of the project. To avoid working in habitat for the plants of concern, and drawing attention to the plants, the edge of disturbance should be fenced, not the nearby plant population.

e. Ensure that a botanical monitor is on site when clearing of vegetation occurs in the vicinity of plant species of concern.

f. Perform frequent and timely inspections of development sites and plants of concern occurrences to ensure that BMPs are being followed, and to identify

5

areas of potential conflict.  Inspections of plant occurrences should be performed by a botanist or other qualified personnel.

**g.** Prevent plumes of dust and particulate matter from impacting plants of concern.  While new roads should not be built within 200 meters of the plants of concern, preexisting roads with an expected increase in traffic should be graveled in these areas.  The operator is encouraged to apply water for dust abatement to such areas during the flowering period.  If possible, dust abatement applications should be comprised of water only, with minimal use of magnesium chloride.

**h.** *Ex-situ* techniques such as transplanting are not recommended under any circumstances.

**i.** Fire retardant chemicals should not be applied within 200 meters of plants of concern.

**j.** Alteration and disturbance of the hydrological setting for plants of concern are discouraged.

**k.** Overspray from evaporation ponds should be located such that it falls at least 200 meters from habitat for plants of concern.

**l.** Construction should take place down slope of plants of concern where feasible. Down slope ground disturbing activities should be conducted in such a way as to avoid as much as is reasonably possible undercutting and sloughing of the slopes where habitat for the plants of concern occurs. If well pads and roads must be sited upslope, buffers of 200 meters minimum between surface disturbances and plants of concern should be incorporated.

### 2. Non-native Species Management

**a.** Ensure that the plants of concern are protected from undue damage resulting from weed control efforts.

**b.** Control noxious weeds using integrated techniques.  Mechanical or chemical control in areas with plants of concern should only be implemented very carefully by personnel familiar with rare plants to avoid damage to non-target species.

**c.** Aerial herbicide application should be kept at least 600 meters from known plant populations.  Ground applications should only directly spray into habitat for plants of concern in instances where weed populations threaten habitat integrity or plant populations.  Great care should be used to avoid pesticide drift in those cases.

**d.** Ensure that seed used for revegetation as well as straw and hay bales used for erosion control are certified free of noxious weeds.

### 3. Restoration and Revegetation

**e.** Many rare plants are adapted to live on specific substrates that may not resemble topsoil (e.g. shale barrens with very course and rocky substrate). Rare plants may not compete on more developed top soils, so the retention of original surface substrates in reclamation is important.

**f.** Although land management agencies may allow use of non-native species for revegetation of sensitive areas under some circumstances, **nonnative**

6

BLM_0044952

*invasive* **plant species should not be used under any circumstances near rare plant populations**.

   **g.**  Site-specific and species-specific seed mixes should be developed depending on the location of a project and the species of interest. **Appendix Two** includes lists of associated plant species that may serve as a reference for starting a seed mix, and information about pollinators, when available, for each species can be used to determine appropriate mix of forbs vs. grasses to provide flowering resources for pollinators.

   **h.**  Use nearby occupied rare plant habitat as reference areas for revegetation of disturbed occupied habitat to meet goals of native vegetation cover, composition and structure.

### 4. Monitoring

These measures, along with those included in Appendix One, assess the effectiveness of reclamation efforts, noxious species invasions and the effects of development on populations of plants of concern.

   a.  Collect baseline data on rare plant metrics (cover, density, etc.) prior to any adjacent development. Although land management agencies may have specific quantitative or qualitative monitoring guidelines, an excellent reference for developing and implementing a monitoring plan is Elzinga et al. (1997). Follow up on this quantitative monitoring regularly after development has been completed.

   b.  Monitor impacts from oil and gas development on plants of concern. If impacts (changes in the quality and/or condition of the occurrences) are noted, change management to address the cause of impacts.

### 5. Research

   a.  Collaborate and/or fund research investigation into the impacts of oil and gas development activities on plants of concern and/or the survey of potential habitat for additional populations.

   b.  Conduct research to better understand: the pollination ecology of the plants of concern, relationships the plants of concern have with insect pollinators, and pollinator habitat.

   c.  Support research to test the effectiveness of specific Best Management Practices for plants of concern.

# IV. Acknowledgements

We appreciate the input of numerous individuals during the preparation of this document, especially Carol Dawson, Anna Lincoln, Carla DeYoung, Terry Bridgman, Jessica

BLM_0044953

Farber, David Anderson, Renee Rondeau, Mo Ewing, Betsy Neely, and Spencer Kimball. We are also grateful for funding provided by the National Fish and Wildlife Foundation.

# V. References

ALL Consulting.  2002.  Handbook on Best Management Practices and Mitigation Strategies for Coal Bed Methane in the Montana Portion of the Powder River Basin.

BLM.  2004.  Best Management Practice Information Sheets. (WO1_WO_BMPs_Technical_Information_Sheets)

BLM  2006.  BLM Programmatic Consultation for Resource Management Plan Implementation: Proposed Project Design Criteria.

BLM  2007a.  Final Vegetation Treatments on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Statement and associated Record of Decision. (FES 07-21).

BLM  2007b.  Final Biological Assessment for Vegetative Treatments Using Herbicides on Bureau of Land Management Lands in 17 Western States (FES 07-21).

BLM White River Field Office.  Undated excerpt.  Piceance Development Project.

California Native Plant Society.  1992.  Policy on Appropriate Application of Ex Situ Conservation Techniques.

Colorado Bird Observatory.  Undated.  Best Management Practices for Shortgrass Prairie Birds: A Landowner's Guide.

Colorado Mule Deer Association and the Colorado Wildlife Federation.  2006.  Wildlife Management Guidelines for Oil & Gas Development.

Colorado Natural Areas Program. 2008. Best Management Practices/ Conservation Measures for the Mount Callahan Natural Area and Mount Callahan Saddle Natural Area. Exhibit B of the Articles of Designation for Mount Callahan and Mount Callahan Saddle Natural Areas.

Colorado Natural Heritage Program. 2011. Biodiversity Tracking and Conservation System.  Colorado State University, Fort Collins, Colorado.

Colorado Natural Heritage Program and The Nature Conservancy.  August 2008.  A Biodiversity Scorecard for Colorado.  Colorado Natural Heritage Program, Colorado State University, Ft. Collins, Colorado, and The Nature Conservancy, Boulder, Colorado. Unpublished Report to The Nature Conservancy.  133 pp.

8

BLM_0044954

Colorado Noxious Weed Act. 2003. Title 35: Agriculture, Article 5.5: Colorado Noxious Weed Act, and 8 CRR 1203-19 Rules pertaining to the administration and enforcement of the Colorado Noxious Weed Act.

Elzinga, C.L., D.W. Salzer, and J.W. Willoughby. 1997. Measuring & Monitoring Plant Populations. BLM Technical Reference 1730-1.

Federal Register: 2006. Notice of Proposed Plant Materials Policy, Forest Service Manual. Vol. 71, No. 102: 30375-30376.

Horizon Environmental Services. 2004. Guidance Document Reasonable and Prudent Practices for Stabilization (RAPPS) of Oil and Gas Construction Sites HJN 040027 IM.

U. S. Department of the Interior and United States Department of Agriculture. 2007. The BLM GOLD BOOK: Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development. BLM/WO/ST-06/021+3071/REV 07. Bureau of Land Management. Denver, Colorado. 84 pp.

U.S. Fish and Wildlife Service. 1999. Biological Opinion for the Proposed Inland Production Company Road, Water Pipeline and Natural Gas Pipeline and Potential Well Development within Inland's Humpback and Greater Boundary Oilfield Units.

U.S. Fish and Wildlife Service. 2007. FWS/BLM Recommendations for Avoiding Adverse Effects on Threatened, Endangered, Proposed, and Candidate plants; updated draft 9-21-2007.

U.S. Fish and Wildlife Service. 2007 Ute ladies'-tresses (*Spiranthes diluvialis*) Conservation Measures.

U.S. Fish and Wildlife Service. 2008. Grahams Beardtongue Conservation Measures.

U.S. Fish and Wildlife Service. 2008. Uinta Basin hookless cactus Conservation Measures.

U.S. Fish and Wildlife Service. 2008. White River beardtongue (*Penstemon scariosus* var. *albifluvis*) Conservation Measures.

U.S. Forest Service. FSM 2070: Native Plant Materials.

9

**Table 1.** Seventeen plants of concern that are the primary focus of these BMPs. These species are either considered globally imperiled or are federally listed by the USFWS. All of these taxa are threatened with extinction, and oil and gas development activities pose significant issues relative to their long term conservation (Colorado Natural Heritage Program and The Nature Conservancy 2008, Colorado Natural Heritage Program 2011). **Additional information on each species is provided in Appendix Two.**

| Scientific name | Imperilment rank (CNHP 2008) | Federal Status | Endemic to Colorado | Occupied acres in Colorado | Habitat |
|---|---|---|---|---|---|
| *Astragalus humillimus* | G1/S1 | LE | No | 477 | Cliff and canyon |
| *Astragalus debequaeus* | G2/S2 | BLM | Yes | 1433 | Pinyon-juniper |
| *Astragalus osterhoutii* | G1/S1 | LE | Yes | 793 | Shrubland |
| *Cryptantha gypsophila* | G2/S2 | BLM | Yes | 525 | Pinyon-juniper |
| *Eriogonum clavellatum* | G2/S1 | none | No | 4 | Shrubland |
| *Eriogonum pelinophilum* | G2/S2 | LE | Yes | 1,178 | Shrubland |
| *Lesquerella congesta* | G1/S1 | LT | Yes | 740 | Barrens |
| *Lesquerella parviflora* | G2/S2 | BLM | Yes | 1,194 | Barrens |
| *Mentzelia rhizomata* | G2/S2 | BLM | Yes | 359 | Barrens |
| *Penstemon debilis* | G1/S1 | C | Yes | 60 | Barrens |
| *Penstemon fremontii* var. *glabrescens* | G3T2/S2 | none | Yes | 349 | Shrubland |
| *Penstemon grahamii* | G2/S1 | BLM | No | 639 | Barrens |
| *Penstemon scariosus* var. *albifluvis* | G4T1/S1 | C | Yes | 124 | Barrens |
| *Phacelia submutica* | G2T2/S2 | C, FS | Yes | 586 | Barrens |
| *Physaria obcordata* | G1G2/S1S2 | LT | Yes | 473 | Barrens |
| *Sclerocactus glaucus* | G3/S3 | LT | Yes | 1,378 | Barrens |
| *Thalictrum heliophilum* | G2/S2 | none | Yes | 279 | Barrens |
| **Total Acres** | | | | **10,591** | |

\* Federal Status codes: BLM: Bureau of Land Management Sensitive, FS: Forest Service Sensitive, LE: listed Endangered, LT: listed Threatened, C: Candidate.

10

BLM_0044956

## Most Imperiled Plants in Oil and Gas Development Areas



**Figure 1.** Occupied habitat for the seventeen plants of concern. Total occupied acreage is less than 30,000 acres (Colorado Natural Heritage Program 2008).

11

BLM_0044957



**Figure 2.**  Areas recommended for survey for the seventeen plants of concern.  These areas include the full range of the seventeen plants of concern in Colorado (Colorado Natural Heritage Program 2008).

BLM_0044958

# VI. Appendix One

**CDOW Recommended Actions That May Minimize Adverse Impacts to Plants of Concern.  These recommended actions are taken directly or paraphrased from the CDOW Recommended Actions (CDOW 2008).**

*The purpose of this document is to enumerate potential actions that may avoid, minimize, and/or mitigate adverse impacts of oil and gas operations on Colorado's wildlife resources.*

## I. PLANNING INFRASTRUCTURE PLACEMENT AND DEVELOPMENT ACTIVITIES

1.  Plan development activities at the largest scale possible (i.e. landscape level) in order to allow for phased or clustered development to avoid or minimize impacts to wildlife resources.  Use unitization, operator agreements, and other agreements to improve communication, to consolidate and minimize infrastructure, and to allow for effective landscape level planning.

## II. ELEMENTS OF AN IMPACT AVOIDANCE AND INIMIZATION PLAN

### A. GENERAL Wildlife AND Environmental Protection Measures:

These measures are meant to educate field personnel regarding specific wildlife concerns.

1.  Provide annual educational training for staff and contractors on specific wildlife issues of concern, (e.g., how to recognize lek sites, the location and importance of seasonal wildlife habitats and migratory patterns, how to locate mountain plover nests, the effects of winter range disturbance on wildlife, etc.,) and on the overall aspects of the landscape planning documents and any agreements with CDOW.

### B. INFRASTRUCTURE LAYOUT WILDLIFE PROTECTION MEASURES (including production facilities, ancillary facilities, and roads):  *The purpose of these measures is to consolidate development activities and production facilities in order to minimize direct habitat loss and fragmentation, and to minimize displacement of wildlife due to audible, olfactory and visual disturbances.*

1.  Avoid new surface disturbance and placing new facilities in key wildlife habitats in consultation with the Colorado Natural Areas Program (State Department of Natural Resources).

2.  Phase and concentrate all development activities, so that large areas of undisturbed habitat for rare plants remain.  Minimize the duration of development

13

BLM_0044959

and avoid repeated or chronic disturbance of developed areas.  Complete all anticipated drilling within a phased, concentrated, development area during a single, uninterrupted time period.

3.  Develop a transportation plan to incorporate the following strategies:

    a.  Minimize the number, length, and footprint of oil and gas development roads;

    b.  Use existing routes where possible;

    c.  Combine utility infrastructure (gas, electric, and water) planning with roadway planning to avoid separate utility corridors;

    d.  Combine and share roads to minimize habitat fragmentation

    e.  Surface roads to ensure that the anticipated volume of traffic and the weight and speed of vehicles using the road do not cause environmental damage, including generation of fugitive dust and contribution of sediment to downstream areas.

    f.  Implement fugitive dust control measures.

    g.  Coordinate employee transport, encourage carpooling or provide bus transport to work sites.

    h.  Prohibit or substantially limit the amount of traffic on lease roads during important phonological periods for the plants of concern.

    i.  Install and use locked gates or other means to prevent unauthorized vehicular travel on roads and facility rights-of-way.

    j.  Limit parking to already disturbed areas.

4.  Develop and implement appropriate density caps or thresholds on wells sites, facilities and infrastructure.

5.  Maximize the utility of surface facilities by developing multiple wells from a single pad (directional drilling), and by co-locating multipurpose facilities (for example, well pads and compressors) to avoid unnecessary habitat fragmentation and disturbance of additional geographic areas.

6.  Minimize the number, size and distribution of well pads and locate pads along existing roads where possible.

7.  Cluster well pads in the least environmentally sensitive areas.

14

BLM_0044960

8. Consolidate and centralize fluid collection and distribution facilities.

9. Share/consolidate corridors for pipeline ROW's to the maximum extent possible.

10. Engineer pipelines to avoid field fitting and reduce excessive ROW widths and reclamation.

11. Adequately size infrastructure and facilities to accommodate both current and future gas production. Economize gas transportation.

## C. DRILLING AND PRODUCTION OPERATIONS RARE PLANT PROTECTION MEASURES: *The purpose of these measures is to reduce disturbance on the actual drill site and the surrounding area, to reduce direct conflict with wildlife and hunters, and to prevent wildlife access to equipment.*

1. Schedule construction, drilling, and completion activities to avoid particularly sensitive seasonal wildlife habitats in consultation with CDOW. See Appendix Two for information on important flowering and fruiting times for the plants of concern.

2. Reduce visits to well-sites through remote monitoring (i.e. SCADA) and the use of multi-function contractors.

3. Use centralized hydraulic fracturing operations.

4. Transport water through centralized pipeline systems rather than by trucking.

5. Where possible, locate pipeline systems under existing roadways, or roadways that are planned for development.

6. Maximize use of state-of-the-art drilling technology (e.g., high efficiency rigs, coiled-tubing unit rigs, closed-loop or pitless drilling, etc.) to minimize disturbance.

7. Conduct well completions with drilling operations to limit the number of rig moves and traffic.

8. Employ state-of-the-art technology to protect existing vegetation (e.g., use mats if possible to preserve topsoil/vegetative root stock).

15

BLM_0044961

**D. INVASIVE/NON-NATIVE VEGETATION CONTROL:**

*The purpose of these measures is to ensure proper planning, assessment and control of weed infestations on all locations.*

1. Develop an aggressive, integrated, noxious and invasive weed management plan. Utilize an adaptive management strategy that permits effective responses to monitored findings and reflects local site and geologic conditions.  Use of dedicated personnel with single responsibility for weed control is often the most effective approach.

2. Map the occurrence of existing weed infestations prior to development to effectively monitor and target areas that will likely become issues after development.

3. Establish a systematic and thorough noxious and invasive monitoring program for all disturbed areas and maintain monitoring records.

4. Continue control programs for the life of the well field.

5. Use reclamation as a weed management tool.  Plant competition provided by established reclamation is the most effective weed management tool.  Use native plant species of local stock if possible.

6. Thoroughly clean vehicles and other equipment to remove weed seeds before moving equipment to new sites.

7. Educate employees and contractors about noxious and invasive weed issues.

**E. RESTORATION, RECLAMATION AND ABANDONMENT:**

*The purpose of these measures is to restore disturbed sites to their pre-development conditions, using native vegetation that can be used by the indigenous wildlife.  Develop a reclamation plan in consultation with CDOW, NRCS, and the land owner or land management agency that incorporates wildlife species-specific goals and that defines reclamation performance standards, including the following components:*

1. Soil

   a. Strip and segregate surface substrate prior to construction. Many rare plants are adapted to live on specific substrates that may not resemble the top soil. Appropriately configure surface substrate piles Maintain separation between pit contents and soils.

16

BLM_0044962

    **b.** Salvage surface substrate from all road construction and other rights-of-way and re-apply during interim and final reclamation.

    **c.** Evaluate the utility of soil amendment application or consider importing topsoil to achieve effective reclamation.

**2.** Seed

    **a.** Use only certified weed-free native seed in seed mixes,.

    **b.** Test seed rigorously and frequently for purity, germination/viability, and the presence of weeds.

    **c.** Use locally adapted seed whenever available, especially for species which have wide geographic ranges and much genetic variation (e.g., big sagebrush (*Artemisia tridentata*), antelope bitterbrush (*Purshia tridentata*), etc.).

    **d.** Where more than one ecotype of a given species is available and potentially adapted to the site, include more than one ecotype per species in the seed mix.

    **e.** Use appropriately diverse reclamation seed mixes that mirror an appropriate reference area for the site being reclaimed (see also species-specific recommendations if available).

    **f.** Conduct seeding in a manner that ensures that seedbed preparation and planting techniques are targeted toward the varied needs of grasses, forbs and shrubs (e.g., seed forbs and shrubs separately from grasses, broadcast big sagebrush but drill grasses, etc.).

    **g.** Emphasize bunchgrass over sod-forming grasses in seed mixes in order to facilitate forb and shrub establishment.

    **h.** Seed immediately after re-contouring and spreading surface substrate.  Spread surface substrate and conduct seeding during optimal periods for seed germination and establishment.  Use of the same contractor for re-contouring land as used for seeding is often the most effective approach.

    **i.** Do not include aggressive, non-native grasses (e.g., intermediate wheatgrass, pubescent wheatgrass, crested wheatgrass, smooth brome, etc.) in reclamation seed mixes.  Site specific exceptions may be considered.

    **j.** Distribute quick germinating site adapted native seed or sterile non-native seed for interim reclamation on cut and fill slopes and topsoil piles.

    **k.** Plan for reclamation failure and be prepared to repeat seeding as necessary to meet vegetation cover, composition, and diversity standards.

17

BLM_0044963

      **l.**   Consider reclaiming with tubelings/plantings where seed failure is likely or has occurred.

**3.**  Vegetative Cover Standard

      **a.**   Establish vegetation with total perennial non-invasive plant cover of at least eighty (80) percent of pre-disturbance or reference area levels.

      **b.**   Establish vegetation with plant diversity of non-invasive species which is at least half that of pre-disturbance or reference area levels.  Quantify diversity of vegetation using a metric that considers only species with at least 3 percent relative plant cover.

      **c.**   Establish permanent and documented photo points and vegetation measurement plots or transects; monitor at least annually until plant cover, composition, and diversity standards have been met.

      **d.**   Observe and maintain a performance standard for reclamation success characterized by the establishment of a self-sustaining, vigorous, diverse, locally appropriate plant community on the site, with a density sufficient to control erosion and non-native plant invasion and diversity sufficient to allow for normal plant community development.

**4.**  Timing

      **a.**   Use early and effective reclamation techniques, including interim reclamation to accelerate return of disturbed areas for use by wildlife, rare plants and their pollinators.

      **b.**   Remove all unnecessary infrastructure.

      **c.**   Close and reclaim roads not necessary for development immediately, including removing all bridges and culverts and recontouring/reclaiming all stream crossings.

      **d.**   Reclaim reserve pits as quickly as possible after drilling and ensure that pit contents do not contaminate soil.

      **e.**   Remediate hydrocarbon spills on disturbed areas prior to reclamation.

      **f.**   Reclaim sites during optimum seasons (e.g. late fall/early winter or early spring).

18

BLM_0044964

    **g.**  Complete final reclamation activities so that seeding occurs during the first optimal season following plugging and abandonment of oil and gas wells.

**5.**  Interim reclamation

    **a.**  Use a variety of native grasses and forbs to establish effective, interim reclamation on all disturbed areas (e.g., road shoulders and borrow areas), including disturbed areas where additional future ground disturbance is expected to occur.

    **b.**  Perform interim reclamation to final reclamation species composition and establishment standards.

    **c.**  Perform "interim" reclamation on all disturbed areas not needed for active support of production operations.

**6.**  Establishing reclaimed areas

    **a.**  Apply certified weed free mulch and crimp or tacify to remain in place to reclaim areas for seed preservation and moisture retention.

    **b.**  Utilize staked soil retention blankets for erosion control and reclamation of large surface areas with 3:1 or steeper slopes.  Avoid use of plastic blanket materials, known to cause mortality of snakes.

    **c.**  Install cattle guards to regulate livestock pasture utilization;

    **d.**  Control weeds in areas surrounding reclamation areas in order to reduce weed competition.

    **e.**  Educate employees and contractors about weed issues.

**7.**  Fencing

    **a.**  Support development and implementation of portable wildlife-proof fencing that could be used to protect vegetation during early stages of development then moved to another area.  These should be implemented in areas where establishment of browse species is a priority.  Monitor production of browse in areas receiving protection and compare to browse production in an adjacent area.

    **b.**  Fence livestock and/or wildlife out of newly reclaimed areas until reclamation standards have been met and plants are capable of sustaining herbivory.

    **c.**  Inventory, monitor and remove obsolete, degraded, or hazardous fencing.

19

BLM_0044965

**F. MONITORING:**

*These measures assess the ecological condition of a disturbed area and measure the success or failure of the reclamation effort as well as measuring effects of development activities on other resources.*

1. Conduct necessary reclamation and invasive plant monitoring.

2. Census and assess the utilization of the reclaimed areas by the target species.

3. Maintain pre and post development site inspection records and monitor operations for compliance.

4. Utilize GIS technologies to assess the extent of disturbance and document the reclamation progression and the footprint of disturbances.

# VII. RESEARCH

*These measures are suggested where questions or uncertainties exist about the degree of impact to specific resources or other aspects of oil and gas development or reclamation is unknown.*

A. Identify native species for which commercial seed sources are not available. Provide support to contractors for developing cultivation and seed production techniques for needed species.

B. Conduct reclamation field trials to match seed mixes, soil preparation techniques, and planting methods to local conditions.

# VIII. Appendix Two

Species profiles for the plants of concern that are the focus of this document.

20

BLM_0044966

REVIEW

# Injection-Induced Earthquakes

William L. Ellsworth

Earthquakes in unusual locations have become an important topic of discussion in both North America and Europe, owing to the concern that industrial activity could cause damaging earthquakes. It has long been understood that earthquakes can be induced by impoundment of reservoirs, surface and underground mining, withdrawal of fluids and gas from the subsurface, and injection of fluids into underground formations. Injection-induced earthquakes have, in particular, become a focus of discussion as the application of hydraulic fracturing to tight shale formations is enabling the production of oil and gas from previously unproductive formations. Earthquakes can be induced as part of the process to stimulate the production from tight shale formations, or by disposal of wastewater associated with stimulation and production. Here, I review recent seismic activity that may be associated with industrial activity, with a focus on the disposal of wastewater by injection in deep wells; assess the scientific understanding of induced earthquakes; and discuss the key scientific challenges to be met for assessing this hazard.

Earthquakes are expected within tectonically active regions such as along plate boundaries or within distributed zones of deformation. Recent seismic activity across the coterminous United States, for example, concentrates along the plate boundaries of the West Coast and within the intermountain West (Fig. 1). Within such actively deforming zones, elastic strain energy accumulates in the crust, sometimes for centuries, before being released in earthquakes. The potential for earthquakes also exists within continental interiors, despite very low deformation rates (*1*). This is because shear stress levels within the interior of plates or near plate boundaries are commonly found to be near the strength limit of the crust (*2*). Under these conditions, small perturbations that effect fault stability can and do trigger earthquakes (*3–6*). For example, the injection of water under high pressure into impermeable basement rocks beneath Basel, Switzerland, to develop an enhanced geothermal system beneath the city induced four moment magnitude ($M_w$) 3 earthquakes in 2006 and 2007 (*7*) (earthquake magnitudes measured using other scales are denoted by $M$). These small earthquakes led to the abandonment of the project, loss of the investment, and ongoing litigation over compensation for damage. The extraction of natural gas from shallow deposits in the Netherlands also causes earthquakes (*8*). A recent $M$ 3.4 event near Loppersum damaged scores of homes in the area, resulting in large losses for the property owners (*9*).

Within the central and eastern United States, the earthquake count has increased dramatically over the past few years (Fig. 2). More than 300 earthquakes with $M ≥ 3$ occurred in the 3 years from 2010 through 2012, compared with an average rate of 21 events/year observed from 1967 to 2000. States experiencing elevated levels of seismic activity included Arkansas, Colorado, New Mexico, Ohio, Oklahoma, Texas, and Virginia. The greatest rise in activity occurred in 2011 when 188 $M ≥ 3$ earthquakes occurred. Although earthquake

Earthquake Science Center, U.S. Geological Survey, Menlo Park, CA 94025, USA.
E-mail: ellsworth@usgs.gov

Downloaded from www.sciencemag.org on May 28, 2015



**Fig. 1. Seismicity of the coterminous United States and surrounding regions, 2009–2012.** Black dots denote seismic events. Only earthquakes with $M ≥ 3$ are shown; larger symbols denote events with $M ≥ 4$. Background colors give the probability of peak ground acceleration with a 2% probability of exceedance in 50 years, from the U.S. National Seismic Hazard Map (*1*). Red, ≥ 1*g*; orange, 0.3 to 1*g*; yellow, 0.1 to 0.3*g*; light green, 0.03 to 0.1*g*; darker green, 0.03 to 0.1*g*.

BLM_0044967

REVIEW

detection improved for $M < 3$ as the USArray transportable seismograph array began to pass through the region starting in 2008 (10), a recent report on seismicity in the central and eastern United States found that the probability of missing $M \geq 3$ earthquakes in the region has been near zero for decades (11). Consequently, the increased earthquake count represents a temporal change in earthquake rate. Because the hazard of damaging ground shaking is fundamentally related to the rate of earthquake occurrence (1), regions where the rate increased may be more hazardous than forecast by the 2008 version of the U.S. National Seismic Hazard Map (Fig. 1) (1). Understanding why seismicity increased and how this increase affects the hazard have become a priority for the earthquake-research community.

A number of these recent earthquakes occurred in areas where specific types of nearby industrial activities raise the possibility that these events were induced by human activity. Here, I will use the term "induced" to include both earthquakes triggered by anthropogenic causes that primarily release tectonic stress and those that primarily release stresses created by the industrial activity (4). Understanding which earthquakes may have been induced and, if so, how are challenging problems to solve in the current data-poor environment.

Several examples since 2011 highlight the difficulty in determining whether earthquakes were induced by human activity. The $M_w$ 4.0 earthquake on 31 December 2011 in Youngstown, Ohio, appears to have been induced by injection of wastewater in a deep Underground Injection Control (UIC) class II well (12). The $M_w$ 4.7 27 February 2011 central Arkansas earthquake has also been linked to deep injection of wastewater (13). The $M_w$ 4.4 11 September 2011 earthquake near Snyder, Texas, occurred in an oil field where injection for secondary recovery has been inducing earthquakes for years (14). The $M_w$ 4.8 10 October 2011 earthquake near Fashing, Texas, occurred in a region where long-term production of gas has been linked to earthquake activity (15). For others, such as the $M_w$ 5.7 6 November 2011 central Oklahoma earthquake (16) or the $M_w$ 4.9 17 May 2012 east Texas earthquake (17), where active wastewater-injection wells are located near their respective epicenters, the question of natural versus induced remains an active topic of research.

The potential association between deep wastewater disposal wells and earthquakes has received considerable attention due to the association of this activity with the development of tight shale formations for gas and petroleum by hydraulic fracturing, or "fracking" (5). Wells used in the U.S. petroleum industry to inject fluids are regulated as UIC class II wells. Approximately 110,000 of these wells are used for enhanced oil recovery. In addition, 30,000 class II wells in the United States are used for wastewater disposal. Of these wells, most have no detected seismicity within tens of kilometers, although a few are correlated with seismicity (18). However, this can be said with confidence only for earthquakes $M_w \geq 3$, as

smaller earthquakes are not routinely reported in the central and eastern United States. So it is possible that smaller earthquakes could be more common in the vicinity of these wells. In California, where the completeness threshold is below $M_w$ 2, the majority of the 2300 active wastewater-injection wells are located in regions of low seismicity. As with elsewhere in the United States, a small fraction of the California wastewater wells coincide with earthquakes, which raises the question of what factors distinguish those seismically active wells from the majority of wells if the earthquakes and injection activities are related.

## Mechanics of Induced Earthquakes

Earthquakes release stored elastic strain energy when a fault slips. A fault will remain locked as long as the applied shear stress is less than the strength of the contact. The failure condition to initiate rupture is usually expressed in terms of the effective stress $\tau_{crit} - \mu(\sigma_n - P) + \tau_o$, where the critical shear stress $\tau_{crit}$ equals the product of the coefficient of friction $\mu$ and the effective normal stress given by the difference between the applied normal stress $\sigma_n$ and the pore pressure $P$ (3, 19, 20). For almost all rock types, $\mu$ lies between 0.6 and 1.0, and the cohesive strength of the sliding surface, $\tau_o$, is negligible under typical crustal conditions. Increasing the shear stress, reducing the normal stress, and/or elevating the pore pressure can bring the fault to failure, triggering the nucleation of the earthquake (Fig. 3). Once initiated, sliding resistance drops and seismic waves radiate away, driven by the imbalance between the elastic stress stored in the surrounding rock mass and the frictional resistance of the dynamically weakened sliding surface. Rupture will continue to propagate, as long as the wave-mediated stress at the rupture front exceeds the static strength, and may extend into regions where the ambient stresses are below the failure threshold.

Rocks fail in tension when the pore pressure exceeds the sum of the least principal stress, $\sigma_3$, and the tensile strength of the rock, forming an opening-mode fracture that propagates in the plane normal to $\sigma_3$. The industrial process of hydraulic fracturing commonly involves both tensile and shear failure. Depending on the local stress state, hydraulically conductive fractures may be induced to fail in shear before $P = \sigma_3$. A successful "frac job" may create a fracture network dominated by pathways created by shear failure (21).



**Cumulative number of earthquakes M ≥ 3**

**Fig. 2. Cumulative count of earthquakes with $M \geq 3$ in the central and eastern United States, 1967–2012.** The dashed line corresponds to the long-term rate of 21.2 earthquakes/year. (**Inset**) Distribution of epicenters in the region considered here.

BLM_0044968

REVIEW

Earthquakes are known to be induced by a wide range of human activities (3–5) that modify the stress and/or pore pressure (Fig. 3). At present, with the use of seismological methods, it is not possible to discriminate between man-made and natural tectonic earthquakes. Induced earthquakes sometimes occur at the source of the stress or pressure perturbation; at other times, these events take place deep below and kilometers away from the source. When removed from the source, induced earthquakes typically release stored tectonic stress on preexisting faults, as do natural earthquakes. Sometimes induced events occur shortly after the industrial activity begins, but in other cases they happen long after it has been under way or even ceased. Factors that should enhance the probability of a particular stress or pore-pressure perturbation inducing earthquakes include the magnitude of the perturbation, its spatial extent, ambient stress condition close to the failure condition, and the presence of faults well oriented for failure in the tectonic stress field. Hydraulic connection between the injection zone and faults in the basement may also favor inducing earthquakes, as the tectonic shear stress increases with depth in the brittle crust (2). In addition, the larger the fault, the larger the magnitude of earthquakes it can host.

Methods for anticipating the time of failure have long been the "holy grail" of seismology (22). Though short-term prediction remains an elusive goal, it has been proposed that critically loaded faults have enhanced triggering susceptibility to dynamic stresses from distant earthquakes (23). Specifically, some but not all of the sites where fluid-injection–induced earthquakes are suspected of contributing to the recent increase in seismicity in the midcontinent (Fig. 2) experienced increased rates of microearthquakes in the days immediately after three recent great earthquakes (23).

## Earthquakes Induced by Hydraulic Fracturing

The industrial process of hydraulic fracturing involves the controlled injection of fluid under pressure to create tensile fractures, thereby increasing the permeability of rock formations. It has been used for well over half a century to stimulate the recovery of hydrocarbons. For many decades, the primary application was to improve the output of aging oil and gas reservoirs. Beginning in the late 1990s, technologies for extracting natural gas and oil from tight shale formations led to the development of new natural gas fields in many parts of the central and eastern United States, western Canada, and Europe. Global development of oil and gas from shale will undoubtedly continue, as the resource potential is high in many parts of the world.

Extracting hydrocarbons from shale requires the creation of a network of open fractures connected to the borehole. Horizontal drill holes extending up to several kilometers within the shale formation undergo a staged series of hydraulic fractures, commonly pressurizing a limited section of the cased well at a time to stimulate the flow of gas or oil into the well. Each stage involves the high-pressure injection of water into the formation. Fracking intentionally induces numerous microearthquakes, the vast majority with $M_w < 1$.

Several cases have recently been reported in which earthquakes large enough to be felt but too small to cause structural damage were associated directly with fracking. These cases are notable because of the public concern that they raised, despite maximum magnitudes far too small to cause structural damage. Investigation of a sequence of felt events with maximum $M$ 2.9 in south central Oklahoma revealed a clear temporal correlation between fracking operations in a nearby well and the seismic activity (24). Available data were insufficient to definitely rule out a natural cause due to the occurrence of some natural seismicity in the general area. In April and May 2012, a series of induced earthquakes with maximum $M$ 2.3 occurred near Blackpool, United Kingdom (25), during fracking to develop a shale gas reservoir.

One of the major shale plays in the United States—the Marcellus Shale of the Appalachian Basin in Pennsylvania, West Virginia, Ohio, and New York—lies within a region characterized by low levels of natural seismic activity (Fig. 1). The regional seismographic network operated by Lamont Doherty Earth Observatory (LDEO) systematically catalogs all earthquakes with $M \geq 2$ in Pennsylvania (Fig. 4). Although thousands of hydraulic fractures were done in Pennsylvania since major development of the field began in 2005, only six earthquakes with $M \geq 2$ were detected by the LDEO network within the footprint of the Marcellus Shale, the largest of which was just $M$ 2.3. The largest earthquake in the region since the development of shale gas happened across the Ohio border in Youngstown, where it was induced by injection (12), much of the fluid apparently coming from wells in Pennsylvania.

Beginning in 2009, an unusual sequence of earthquakes was noted in the Horn River Basin of British Columbia, including 21 events with $M_w$ 3.0 and larger. Only the largest, at $M_w$ 3.6, was reported as felt by workers in this remote area where it did no damage (26). The investigation into the cause of these events by the BC Oil and Gas Commission (26) concluded that the events "were caused by fluid injection during hydraulic fracturing in proximity of pre-existing faults." Two of the hydrofrac treatments were recorded by dense seismometer deployments at the surface. Precise hypocentral locations showed that the induced earthquakes occurred on previously unknown faults located outside of the stimulation interval that were well oriented for failure in the ambient stress field. Apparently, fracture pressure was quickly communicated through hydraulically conductive pathways and induced slip on critically stressed faults via reduction of the effective normal stress.

## Earthquakes Induced by Deep Injection

There has been a growing realization that the principal seismic hazard from injection-induced earthquakes comes from those associated with disposal of wastewater into deep strata or basement formations (5). Before 2011, the $M_w$ 4.8 event on 9 August 1967 near Denver, Colorado, was the largest event widely accepted in the scientific community as having been induced by wastewater injection (5). The hazard landscape of what is possible has shifted due to the role that wastewater injection into a depleted oil field may have played in the $M_w$ 5.7 6 November 2011 central Oklahoma earthquake (16), although a consensus on its origin has not yet been reached (27). This earthquake damaged homes and unreinforced masonry buildings in the epicentral



**Fig. 3. Schematic diagram of mechanisms for inducing earthquakes.** Earthquakes may be induced by increasing the pore pressure acting on a fault (**left**) or by changing the shear and normal stress acting on the fault (**right**). See (4).

BLM_0044969

REVIEW

area and was felt as far as 1000 km away in Chicago, Illinois.

The November 2011 central Oklahoma earthquake sequence initiated very close to a pair of wastewater-injection wells where disposal operation began 18 years earlier (*16*). No unusual seismicity was detected in this historically quiet region, where only a few events of $M < 2$ were noted, until a $M_w$ 4.1 earthquake occurred near the wells in early 2010. Aftershocks of this event continued sporadically through 2010 and into mid-2011. This decaying sequence was shattered by a $M_w$ 5.0 earthquake on 5 November 2011, followed 20 hours later by the $M_w$ 5.7 mainshock. With the initiating point of the November sequence within 1.5 km of the injection wells and some earthquake hypocenters at the same depth as injection, the potential for a causal connection between injection and the earthquakes is clear. The long delay between the start of injection and the earthquakes, however, deviates from the pattern seen in other documented cases of injection-induced seismicity, such as the 2011 Youngstown, Ohio, earthquake where there was, at most, a few months of delay before induced seismicity began. In the Oklahoma case, years of injection may have been needed to raise the pore pressure above the preproduction level in this depleted oil field before fault strength was exceeded (*16*).

Much of the concern about earthquakes and fracking centers on the injection of wastewater, composed of flowback fluids and coproduced formation brine in deep wells, and not on fracking itself. Wastewater disposal appears to have induced both the 2011 central Arkansas earthquake (*13*) and the 2011 Youngstown, Ohio, earthquake (*12*), as mentioned above. Unprecedented levels of seismicity have also been seen in the Barnett Shale in north central Texas, where commercial development of shale gas was exceeded. Since development began in late 1998, nine earthquakes of $M \geq 3$ occurred, compared with none in the preceding 25 years. A notable sequence occurred in the Dallas–Fort Worth area from October 2008 through May 2009. A detailed investigation of this sequence concluded that the earthquakes were most probably caused by disposal of shale gas wastewater in a UIC class II disposal well at the Dallas/Fort Worth International Airport (*28*), although as with the Oklahoma earthquake, not all investigators agree that the case is proven (*29*). Because routine earthquake reporting in the region is incomplete for events of $M < 3$, the passage of the USArray Transportable Array through the region over an 18 month period in 2009–2011 made it possible to improve magnitude completeness to $M$ 1.5 and location accuracy by several fold. Epicenters for the most reliable locations were clustered in eight groups, all within 3 km of high-rate (>25,000 m³/month) wastewater-injection wells (*18*). These results suggest that the injection rate, as well as the total

volume of injection, may be a predictor of seismic potential.

## Lessons from Three Case Studies of Deep, High-Volume Injection

Conclusions about the cause of many of the recent earthquakes suspected of being induced by injection are complicated by incomplete information on the hydrogeology, the initial state of stress and pore pressure, the pumping history of the well(s), and where pressure changes are being communicated at depth. Routine earthquake locations with uncertainties of 5 to 10 km and a high magnitude-detection threshold are of limited use. Three particularly well-documented cases of injection-induced seismicity from Colorado illustrate what can be learned when more is known about the pre-injection stress state and seismicity, as well as the injection history.

### Rocky Mountain Arsenal

In 1961, a deep injection well was drilled at the Rocky Mountain Arsenal (RMA) northeast of Denver, Colorado, to dispose of hazardous chemicals produced at this defense plant (*30*). Within several months of the start of routine injection in the 3.6-km-deep well in March 1962, residents of the northeastern Denver area began to report earthquakes, and events registered on two nearby seismic stations. Between the start of injection and its termination in February 1966, a total of 13 earthquakes with body wave magnitudes ($m_b$) 4 and larger occurred. The following year, the three largest of the Denver earthquakes occurred, including the $M_w$ 4.8 event on 9 August 1967 that caused minor structural damage near the epicenter. By this time, the earthquakes had migrated as far as 10 km from the injection point (*31*). Hydrologic modeling showed that the migrating seismicity would track a critical pressure front of 3.2 MPa (*32*). Although declining,



**Fig. 4. Seismicity of Pennsylvania and surrounding regions, 1970–2012.** Shading indicates areas underlain by deposits of the Marcellus Shale. Blue dots, earthquakes before 2005; red dots, after 2005. Seismicity was determined by the Lamont Doherty Earth Observatory (*45*).

earthquake activity continued for the next two decades, including a $m_b$ 4.3 earthquake on 2 April 1981. The RMA earthquakes demonstrate how the diffusion of pore pressure within an ancient fault system can initiate earthquakes many kilometers from the injection point, delayed by months or even years after injection ceased.

### Rangely

The insights gained from RMA led to the suggestion that earthquakes could be controlled by modulating the fluid pressure in the fault, according to the effective-stress relation (*19*). In 1969, the U.S. Geological Survey (USGS) began an experiment to test the effective-stress hypothesis in the Rangely oil field in northwestern Colorado (*20*). Water injected into the reservoir under high pressure had been used to enhance oil production at Rangely since 1957. The operator, Chevron Oil Company, gave USGS permission to regulate the fluid pressure in a portion of the field that was known to be seismically active. Laboratory measurements of the coefficient of friction on core samples of the reservoir rocks and in situ determination of the state of stress led to the prediction that a critical fluid pressure of 25.7 MPa would be required to induce earthquakes. Two cycles of fluid injection and withdrawal were conducted between 1969 and 1973. When the pressure in a monitoring well exceeded the target pressure, earthquake activity increased; when pressure was below the threshold, earthquake activity decreased. In particular, the earthquake activity ceased within 1 day of the start of backflow in May 1973, providing strong evidence that the rate of seismicity could be controlled by adjusting the pore pressure at the depth where earthquakes initiate, if stress conditions and the strength of the faulted rock mass were known. The rapid response of seismicity at the onset of backflow also emphasized the importance of understanding the geohydrology and, in particular, the importance of hydraulically conductive faults and fractures for transmitting pore pressure within the system.

### Paradox Valley

An ongoing fluid-injection project has been under way since 1996 in Paradox Valley in southwestern Colorado, where the saline shallow water table is being suppressed by pumping to prevent salt from entering the Dolores River as it crossed the valley and, eventually, the Colorado River further downstream (*33*). In its natural state, the Dolores River picks up salt from the groundwater as it crosses Paradox Valley. After extensive study of alternatives, the U.S. Bureau of Reclamation determined that high-pressure injection of brine into a deep disposal well (UIC class V) provided the best method for reducing the salinity of the Dolores River. Injection occurs in a tight, but highly fractured dolomitic limestone with a fracture-dominated porosity of less than 6% located 4.3 km

BLM_0044970

below land surface. To date, more than $7 \times 10^6$ m$^3$ of brine have been injected. One operational objective, based on both the RMA and Rangely experiences, was the need to minimize the magnitude of earthquakes induced by injection.

A local seismic network was established in 1985 to determine background levels of seismicity before the drilling of the well and initial injection tests. Between 1985 and June 1996, only three tectonic earthquakes were detected within 15 km of the well and just 12 within 35 km (33). However, hundreds of earthquakes were induced during injection tests conducted between 1991 and 1995. Most of these earthquakes were concentrated within 1 km of the injection point, although a few were located 3 to 4 km from this site. All events were below $M$ 3. The occurrence

of induced earthquakes is not notable here, as injection required a bottom hole pressure in excess of the hydraulic fracture pressure of 70 MPa.

High injection pressure was needed to keep pace with the disposal requirements; consequently, induced earthquakes were expected when disposal operations went into production in 1996. Continuous monitoring of injection pressures and volumes, along with seismicity, is being conducted to insure the safe operation of the project. During the first few years of operations, several of the induced earthquakes exceeded $M$ 3, necessitating changes in injection procedures in an attempt to limit the maximum magnitude. The dimension of the activated zone also grew, with earthquakes as far as 8 km from the injection point appearing within a year and events to beyond 12 km several

years later (Fig. 5). Because seismicity rapidly abated after each injection test, it was hypothesized that occasional shutdowns of 20 days would allow the fluid pressure to equilibrate, reducing the potential for larger events (33). By itself, this procedure proved inadequate, as a $M$ 4.3 event was induced in May 2000.

After this earthquake, a new procedure was introduced in 2000 that involved periodic 20-day shutdowns and a 33% reduction in the injection volume, which initially reduced the required bottom hole pressure to 78 MPa. Over the following decade, the pressure required to inject that volume steadily increased to more than 84 MPa in 2012, drawing the revised strategy into question, as a steadily increasing injection pressure is not sustainable in the long term. On 24 January



**Fig. 5. Seismicity near Paradox Valley, Colorado.** The U.S. Bureau of Reclamation extracts saline groundwater from shallow wells where the Dolores River crosses Paradox Valley to prevent its entry into the Colorado River system. Since 1996, the brine has been disposed of by injection into a 4.3-km-deep UIC class V well. Injection has induced more than 1500 earthquakes with $M \geq 1$, including the $M_w$ 3.9 earthquake on 25 January 2013, which was located 8 km northwest of the well. Earthquake locations courtesy of the Paradox Valley Unit, Bureau of Reclamation (33).

BLM_0044971