*January 2009*

E N V I R O N

# REFERENCES

Bar-Ilan, A., Grant, J., Friesen, R., Pollack, A., Henderer, D., Pring, D., Sgamma, K., 2008. "Development of Baseline 2006 Emissions from Oil and Gas Activity in the Denver-Julesburg Basin"; Prepared for Western Governor's Association by ENVIRON International Corp., Novato CA. http://www.wrapair.org/forums/ogwg/documents/2008-04_%2706_Baseline_Emissions_DJ_Basin_Technical_Memo_(04-30).pdf

CDPHE, 2008. *Oil and Gas Industry Regulation Information*, Colorado Department of Public Health and the Environment, Denver, CO. http://www.cdphe.state.co.us/ap/oilgas.html

Colorado Oil and Gas Conservation Commission, December 8, 2008. Conservation Commission Colorado Weekly & Monthly Oil & Gas Statistics. http://www.cogcc.state.co.us.

EPA, 2008. "Standards of Performance for Stationary Spark Ignition Internal Combustion Engines and National Emission Standards for Hazardous Air Pollutants for Reciprocating Internal Combustion Engines; Final Rule," U.S. Environmental Protection Agency, Research Triangle Park, NC, January.

EPA, 2006. "Direct Final Rule and Notice of Proposed Rulemaking for Amendments to the Nonroad and Highway Diesel Fuel Regulations," U.S. Environmental Protection Agency, Research Triangle Park, NC, April. http://www.epa.gov/otaq/regs/fuels/diesel/420f06033.pdf

EPA, 2005. *Nonroad Diesel Equipment Regulations/Standards*, U.S. Environmental Protection Agency, July 7, 2005. Research Triangle Park, NC. http://www.epa.gov/nonroad-diesel/regulations.htm

Pollack, A., L. Chan, P. Chandraker, J. Grant, C. Lindhjem, S. Rao, J. Russell, C. Tran. 2006. "WRAP Mobile Emission Inventories Update." Prepared for Western Governors' Association. May.

Williams Production RMT Company. April 24, 2006. "An Overview of the Williams Fork Geological Model and Supporting Reservoir Engineering Data for 10-acre Density Development." Presented to Colorado Oil and Gas Conservation Commission. http://cogcc.state.co.us/

BLM_0045500



**Air Resources
Technical Support Document**
Grand Junction Field Office

Prepared for:
Bureau of Land Management
Grand Junction Field Office
2815 H Road
Grand Junction, Colorado 81506

Prepared by:
ENVIRON International Corporation
773 San Marin Drive, Suite 2115
Novato, California, 94998
www.environcorp.com
P-415-899-0700
F-415-899-0707

December 17, 2012
06-23290C



BLM_0045501

December 2012



## CONTENTS

1.0 INTRODUCTION ..................................................................................................1

   1.1  Scope and Goals .........................................................................................1

   1.2  Study Area ...................................................................................................1

   1.3  Relationships to Existing Plans and Documents.........................................2

   1.4  Emission Inventory Overview ......................................................................3

       1.4.1  Emission Generating Activities ........................................................3

       1.4.2  Pollutants .......................................................................................3

       1.4.3  Temporal ........................................................................................4

2.0 EMISSION INVENTORY DEVELOPMENT ...........................................................5

   2.1  Alternatives ................................................................................................5

       2.1.1  Activity By Alternative.....................................................................5

       2.1.2  Emission Controls...........................................................................8

   2.2  Emission Calculations ...............................................................................11

       2.2.1  Oil and Gas Sources.......................................................................11

       2.2.2  Non-Oil and Gas Sources ..............................................................42

3.0 EMISSION INVENTORY RESULTS .....................................................................51

   3.1  BLM Action Emissions...............................................................................51

   3.2  Cumulative Emission Calculations and Emission Summary .........................53

4.0 REFERENCES ....................................................................................................56

## APPENDICES

Appendix A.  Conventional and Coalbed Methane Oil and Gas Emission Inventory

Appendix B.  Shale Gas Emission Inventory

Appendix C.  Non-Oil and Gas Sources Emission Inventory

## TABLES

Table 2-1.   Oil and gas well counts by alternative. ....................................................6

Table 2-2.   Activity by alternative for non-oil and gas sources...................................7

Table 2-3.   Emission controls summary table for non-oil and gas source categories (note all controls listed in this table apply to each management alternative). ...............................................................................................8

BLM_0045502

December 2012



Table 2-4.    Oil and gas emission controls description..................................................9

Table 2-5.    Oil and gas emission control percent changes.........................................10

Table 2-6.    Construction source categories and scaling surrogates. .........................12

Table 2-7.    Vehicle fleets used during drilling and completion of conventional oil and gas production....................................................................................15

Table 2-8.    Vehicle fleets used during drilling and completion of shale gas production. .....................................................................................................15

Table 2-9.    Empirical constants by pollutant to estimate road dust emissions factor. ............................................................................................................17

Table 2-10.   Vehicles groups related to fugitive road dust emissions in conventional oil and gas developments....................................................................................18

Table 2-11.   Vehicles groups related to fugitive road dust emissions in shale gas developments..................................................................................................19

Table 2-12.   Vehicle fleets comprising production traffic.............................................23

Table 2-13.   Empirical constants by pollutant to estimate road dust emissions factor. ............................................................................................................24

Table 2-14    Coal mine construction and production schedule. ..................................43

Table 2-15    Schedule of uranium mines in production................................................43

Table 3-1.    Estimated annual emissions summary BLM actions within the Grand Junction Field Office planning area. ...........................................................51

Table 3-2.    Estimated annual emissions summary cumulative actions within the Grand Junction Field Office planning area. ...............................................54

**FIGURES**

Figure 1-1.   Grand Junction Field Office Planning Area..................................................2

Figure 3-1.   BLM action $NO_X$ emissions by alternative and source. ..........................52

Figure 3-2.   BLM action VOC emissions by alternative and source............................52

Figure 3-3.   BLM action $CO_2e$ emissions by alternative and source..........................53

Figure 3-4.   Cumulative action $NO_X$ emissions by alternative and source. ..............54

Figure 3-5.   BLM action VOC emissions by alternative and source............................55

Figure 3-6.   BLM action $CO_2e$ emissions by alternative and source..........................55

BLM_0045503

December 2012



## 1.0 INTRODUCTION

### 1.1 Scope and Goals

This Air Resources Technical Support Document (ARTSD) explains the data and methodologies used to analyze potential air quality impacts resulting from future development in the Colorado Bureau of Land Management (BLM) Grand Junction Field Office (GJFO) Planning Area.  For this effort an emission inventory was developed for emission sources affected by Bureau of Land Management (BLM) management decisions for the GJFO Planning Area.

### 1.2 Study Area

The emission inventory was developed for the GJFO Planning Area.  The GJFO Planning Area is located in western Colorado and borders Utah (Figure 1-1) and incorporates all or part of Garfield, Mesa, Montrose, and Rio Blanco Counties.

The GJFO contains approximately 1,444,000 acres of federal oil and gas estate. The overlying surface land is comprised of 1,273,000 acres BLM-managed land, 166,000 acres of private land, 2,500 acres of State land, and 2,140 acres of Bureau of Reclamation-managed lands. There are also approximately 3,580 acres of BLM-managed land overlying private mineral estate, and 554,000 acres of private surface land without federal mineral estate. Since 1989, an average of 36,000 acres of surface land have been leased for oil and gas development each year, there are currently 820 active leases covering 690,087 acres, and a remaining 1,102,923 acres available for leasing in the GJFO Planning Area. The GJFO Final Analysis of the Management Situation (AMS) (August 2009) reports 516 currently completed- producing or shut in wells, 52 approved applications (not yet drilled), 195 plugged and abandoned, 60 abandoned (surface reclamation pending acceptance), 14 drilling or not yet completed, for a total of 657 wells in the GJFO Planning Area.  Other major activities in the GJFO RMP that have the potential to affect air quality include OHV activity, underground coal mining, uranium mining, and prescribed fires and vegetation management.

BLM_0045504

December 2012

ENVIRON



**Figure 1-1.  Grand Junction Field Office Planning Area.**

## 1.3   Relationships to Existing Plans and Documents

The most recent documents describing activities in the GJFO Planning Area are the *Reasonably Foreseeable Development Scenario for Oil and Gas for the Grand Junction Field Office* (BLM, 2010b), the *Mineral Potential Report for the Grand Junction Resource Area* (BLM, 2010a).  The Mineral Potential Report indicates potential significant increases in coal as well as uranium and vanadium mining in the GJFO Planning Area.  The Reasonably Foreseeable Development Scenario for oil and gas also indicates potential significant increases in oil and gas activity in the GJFO Planning Area.

BLM_0045505

December 2012 

## 1.4   Emission Inventory Overview

### 1.4.1   Emission Generating Activities

The following list of emission generating activities were identified as those management actions and activities authorized, permitted, allowed or performed under this RMP that could potentially emit regulated air pollutants and could potentially cause impacts to air quality within the planning area and Class I areas within 100 kilometers of the planning area:

- Fluid Leasable Minerals – Conventional Oil and Gas
- Fluid Leasable Minerals – Coal Bed Natural Gas
- Fluid Leasable Minerals – Shale Gas
- Solid Leasable Minerals – Coal
- Locatable Minerals – Uranium and Vanadium
- Salable Minerals – Sand and Gravel
- Lands and Realty – Rights-of-Way
- Livestock Grazing
- Comprehensive Travel and Transportation Management
- Vegetation – Prescribed Fire and Mechanical Treatment

### 1.4.2   Pollutants

The emission inventory includes estimation of emissions of criteria air pollutants (CAPs), greenhouse gases (GHGs), and hazardous air pollutants (HAPs).

- Criteria Pollutants
  - Carbon monoxide (CO)
  - Nitrogen oxides ($NO_X$)
  - Particulate matter less than or equal to 10 microns in diameter ($PM_{10}$)
  - Particulate matter less than or equal to 2.5 microns in diameter ($PM_{2.5}$)
  - Sulfur dioxide ($SO_2$)
  - Volatile Organic Compounds (VOCs)
- Greenhouse Gases
- Hazardous Air Pollutants (HAPs)

While lead (pb) is a criteria pollutant, emissions of lead are expected to be extremely low and are therefore not included in this analysis.

HAP emissions were estimated for each emissions source.  For oil and gas emissions sources, HAP emissions from venting and combustion source categories were estimated for formaldehyde, n-hexane, benzene, toluene, ethylbenzene, and xylenes (BTEX).

BLM_0045506

December 2012 

Anthropogenic greenhouse gas emission inventories typically include carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$), and fluorinated gases.  Fluorinated gases are not expected to be emitted in appreciable quantities by any category considered in this emission inventory and were therefore not included in this analysis.

### 1.4.3   Temporal

The analysis focused on estimating annual emissions associated with peak construction, production, and operation activities associated with the identified emission generating management actions.  Year 2008 was chosen as the base year for estimating actual emissions as this was the most recent year that reliable production and emissions data was available for existing sources within the planning area.   Future year estimated emissions were calculated for 2009 to 2030.  Potential peak construction and operation years for projected oil and gas development occur in Year 10 and Year 20, therefore, Year 10 and Year 20 were selected to evaluate future air quality impacts.

BLM_0045507

December 2012



## 2.0 EMISSION INVENTORY DEVELOPMENT

The GJFO emission inventory was developed based on activity data for emission generating activities obtained from GJFO staff, the Reasonably Foreseeable Development Scenario for Oil and Gas for the Grand Junction Field Office (BLM, 2010b), the Mineral Potential Report (BLM, 2010a), and from NEPA analyses currently being conducted for BLM actions within the planning area.  There are two oil and gas developments which are currently expected to go through NEPA review, Black Hills DeBeque Exploratory Proposal (BHDEP) and the Fram Whitewater Unit Development; however, Environmental Assessment documents for these developments are not yet available.  *The Decision Record, Finding of No Significant Impact, and Final Environmental Assessment for the Whirlwind Mine Uranium Mining Project* (BLM, 2008) was used as a reference to identify the level of emissions associated with uranium mining.  *Environmental Assessment for CAM-Colorado LLC Federal Coal Lease C-0125439 Modification* (BLM, 2012) describes environmental impacts associated with modifications at the McClane Canyon Mining Leasehold.

## 2.1   Alternatives

For the GJFO RMP, the BLM developed four alternatives to prepare different combinations of resource uses to address the identified major planning issues, enhance or expand resources or resource uses, and resolve conflicts among resources and resource uses.

- Alternative A is the No Action alternative; a continuance of current management practices.
- Alternative B is the Preferred Alternative, seeking to balance resources among competing interests.
- Alternative C emphasizes non-consumptive use and management of resources through protection, restoration, and enhancement, while also providing for multiple uses, including livestock grazing and mineral development.
- Alternative D emphasizes active management for natural resources, commodity production, and public use opportunities.

Estimates of future activity for each emissions source category were made specific to each alternative for activities expected to be affected by the chosen management alternative.

### 2.1.1   Activity By Alternative

#### 2.1.1.1   Oil and Gas Sources

Future oil and gas activity estimates were taken from the Reasonably Foreseeable Development (RFD) Scenario for Oil and Gas for the Grand Junction Field Office (BLM, 2010b).  Table 2-1 shows estimates of well, rig, and compressor station counts for each alternative for short term (Year 10) and long term (Year 20) development, well counts for intermediate years were linearly interpolated.

BLM_0045508

December 2012 

For each year, the suite of existing and newly spudded wells along with well production decline estimates are used to estimate total annual gas production; total annual gas production is used to make future projections of certain oil and gas emissions sources such as midstream gathering and treating facilities.  The well decline curve from the Piceance Basin Midterm Emissions Study (ENVIRON, 2009) was used to represent individual well production by well age.

For the emission inventory analysis, conventional and coalbed natural gas (CBNG, also called coalbed methane) well emissions were developed separately from shale gas emissions based on the assumption that shale gas operational requirements differ significantly from those of conventional and coalbed methane wells due to differences in drilling, completion, and production practices used in the development and operation of shale gas wells.

**Table 2-1.  Oil and gas well counts by alternative.**

| Description | BLM | | Cumulative | |
|---|---|---|---|---|
| | Year 10 | Year 20 | Year 10 | Year 20 |
| **Alternative A** | | | | |
| Annual Number of Wells Drilled (Conventional and CBNG) | 6 | 5 | 37 | 37 |
| Annual Number of Wells Drilled (Shale Gas) | 6 | 6 | 37 | 37 |
| Number of Drill Rigs Operating | 2 | 2 | 6 | 6 |
| Number of Operating Compressor Stations | 2 | 2 | 7 | 8 |
| **Alternative B** | | | | |
| Annual Number of Wells Drilled (Conventional and CBNG) | 20 | 19 | 51 | 51 |
| Annual Number of Wells Drilled (Shale Gas) | 20 | 20 | 51 | 51 |
| Number of Drill Rigs Operating | 3 | 3 | 8 | 8 |
| Number of Operating Compressor Stations | 4 | 4 | 9 | 10 |
| **Alternative C** | | | | |
| Annual Number of Wells Drilled (Conventional and CBNG) | 6 | 5 | 37 | 37 |
| Annual Number of Wells Drilled (Shale Gas) | 6 | 6 | 37 | 37 |
| Number of Drill Rigs Operating | 2 | 2 | 6 | 6 |
| Number of Operating Compressor Stations | 2 | 2 | 7 | 8 |
| **Alternative D** | | | | |
| Annual Number of Wells Drilled (Conventional and CBNG) | 92 | 92 | 275 | 275 |
| Annual Number of Wells Drilled (Shale Gas) | 105 | 105 | 181 | 181 |
| Number of Drill Rigs Operating | 15 | 15 | 30 | 30 |
| Number of Operating Compressor Stations | 13 | 17 | 31 | 40 |

2.1.1.2   <u>Non-Oil and Gas Sources</u>

Comparisons of activities by source category for non-oil and gas sources are presented in Table 2-2 below.

BLM_0045509

December 2012



## Table 2-2.  Activity by alternative for non-oil and gas sources.

| Key Assumption | Base Year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
|---|---|---|---|---|---|---|---|---|---|
| **Coal Mining** | | | | | | | | | |
| tons produced (MMt/yr) | 0.0 | 10 | 14 | 8 | | 8 | | 10 | 14 |
| The Mineral Potential Report (BLM, 2010a) indicated that three new underground coal mines could be developed in the GJFO planning area over the next 20 years.  It was assumed that one new mine with environmental impacts equivalent to the Red Cliff mine (BLM, 2009) would replace the currently non-operational McClane mine.  BLM GJFO personnel indicated that three additional mines could be developed under Alternatives A and D, but restrictions under Alternatives B and C would result in no mines constructed or operated in addition to the replacement of the McClane mine. | | | | | | | | | |
| **Uranium Mining** | | | | | | | | | |
| tons produced (MMt/yr) | 0.0 | 0.7 | 1.5 | 0.7 | 1.5 | 0.7 | 1.5 | 0.7 | 1.5 |
| The Mineral Potential Report (BLM, 2010a) stated that at least 20 mines could be opened in the GJFO Planning Area.  In absence of any alternative specific consideration, it was assumed that 20 mines would be developed under each alternative, each assumed to have construction and operational characteristics similar to the estimates for the Whirlwind Mine, presented in Whirlwind Mine Environmental Assessment (BLM, 2008). | | | | | | | | | |
| **Sand and Gravel** | | | | | | | | | |
| Production (tons processed) | 160,790 | 160,790 | | 40,198 | | 40,198 | | 160,790 | |
| BLM GJFO Personnel indicated that sand and gravel mining activities would remain unchanged for Alternatives A and D, while a 75% drop from existing levels would occur by Year 10 and persist through Year 20 for Alternatives B and C. | | | | | | | | | |
| **Fire** | | | | | | | | | |
| Acres | 232 | 396 | | 396 | | 476 | | 297 | |
| BLM GJFO Personnel indicated that prescribed burning activities would remain similar to recent years for Alternatives A and B, while prescribed burning activities would increase by 20% for Alternative C and decrease by 25% for Alternative D. | | | | | | | | | |
| **Travel and Transportation Management** | | | | | | | | | |
| 1000 vehicle miles traveled per year | 7,043 | 9,081 | 11,210 | 7,804 | 7,804 | 6,748 | 6,748 | 9,081 | 11,210 |
| Traffic counter data collected by GJFO BLM Personnel indicated an average annual growth rate of 3% for off-road recreational vehicle activity under this source category.  It was assumed that for Alternatives A and D, recent growth rates remained unchanged in the future.  For Alternative B, activity was assumed to remain at 2012 levels based on reduced miles of routes and more use of existing routes.  For Alternative C, activity was assumed to decrease by 15% from 2012 levels based on reduced miles of routes and fewer open routes. | | | | | | | | | |
| **Livestock Grazing** | | | | | | | | | |
| AUMs | 42,132 | 42,132 | | 42,026 | | 40,929 | | 42,132 | |
| BLM GJFO Personnel indicated the 42,132 animal unit months (AUMs), 42,026 AUMs, 40,928 AUMs, and 42,132 AUMs for Alternatives A, B, C, and D respectively. | | | | | | | | | |
| **Lands-ROWs and Realty** | | | | | | | | | |
| # of sites | 28 | 28 | | 28 | | 28 | | 28 | |
| BLM GJFO Personnel indicated no change in activity for this emissions source from the base year for any alternative. | | | | | | | | | |

BLM_0045510

December 2012 

### 2.1.2   Emission Controls

The GJFO emission inventory accounted for all applicable emissions controls such as New Source Performance Standards (NSPS) and new Tier standards for non-road engines. Additionally, for certain oil and gas source categories, alternative specific controls were estimated.  Table 2-3 shows the emissions control measures for each emissions source category (except oil and gas) that were modeled in this analysis.  Table 2-4 presents the emission controls applied to oil and gas sources while Table 2-5 presents numerical estimates of the level of control associated with each oil and gas emissions control.

**Table 2-3.  Emission controls summary table for non-oil and gas source categories (note all controls listed in this table apply to each management alternative).**

| Applicable Pollutants | Control Description |
|---|---|
| **Coal Mining** ||
| $PM_{10}$, $PM_{2.5}$ | Emissions from coal mining and assumed emission controls were based on the Red Cliff EIS (BLM, 2009) <br> **Fugitive Dust Control:**  Mitigation measures would be implemented to reduce particulate matter/fugitive dust emissions during construction and production activities.  Unpaved roads would be treated with chemical suppressants to control fugitive road dust emissions.  Storage piles would be watered to limit wind erosion potential and reduce fugitive emissions.  It is assumed that most coal transfer points and processing activities would be enclosed and would therefore reduce fugitive particulate emissions. |
| **Uranium Mining** ||
| $NO_X$, $PM_{10}$, $PM_{2.5}$ | Emissions from uranium mining and assumed emission controls were based on the Whirlwind Mine Environmental Assessment (BLM, 2008) <br> **Generators:**  Generators would meet NSPS standards and incorporate best available control technology. <br> **Particulate:**  $PM_{10}$ emissions would be limited to CDPHE APEN permitted levels. The ore loading area would be treated with magnesium chloride and water would be used for dust suppression at the waste rock storage and other disturbed areas. |
| **Sand and Gravel** ||
| $PM_{10}$, $PM_{2.5}$ | **Fugitive Dust Control:**  Fugitive road dust emissions would be controlled by watering and/or application of magnesium chloride. |
| **Fire** ||
| - No specific emission controls identified - ||
| **Travel and Transportation Management** ||
| - No specific emission controls identified - ||
| **Livestock Grazing** ||
| $PM_{10}$, $PM_{2.5}$ | **Fugitive Dust Control:**  Fugitive road dust emissions would be controlled by watering. |
| **Land and Realty ROW** ||
| $PM_{10}$, $PM_{2.5}$ | **Fugitive Dust Control:**  Fugitive road dust emissions would be controlled during land and realty right-or-way projects by watering and/or application of magnesium chloride. |

BLM_0045511

December 2012



**Table 2-4.  Oil and gas emission controls description.**

| Applicable Pollutant(s) | Time Period | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| **Dust Control** | | | | | |
| $PM_{10}$, $PM_{2.5}$ | short-term | watering | watering | watering | watering, chemical suppression, graveling or paving |
| | long-term | | | | |
| **Drill Rig Engines** | | | | | |
| $NO_X$, PM | short-term | Tier II engines | Tier II engines | Tier IV engines | Tier II engines |
| | long-term | | Tier IV engines | Tier IV genset engines | Tier IV engines |
| **Completion Engines** | | | | | |
| $NO_X$, PM | short-term | Tier II engines | Tier II engines | Tier IV engines | Tier II engines |
| | long-term | | Tier IV engines | Tier IV genset engines | Tier IV engines |
| **Green Completions** | | | | | |
| VOC, HAPs | short-term | closed loop system and flaring control | closed loop system and flaring control | closed loop system and flaring control | closed loop system and flaring control |
| | long-term | | | | |
| **Liquids Removal System** | | | | | |
| All | short-term | none | none | pipeline system to eliminate well site liquids storage and truck hauling | none |
| | long-term | | pipeline system to eliminate well site liquids storage and truck hauling | | pipeline system to eliminate well site liquids storage and truck hauling |
| **Production Site Dehydrators** | | | | | |
| VOC, HAPs | short-term | flaring control | flaring control | flaring control | flaring control |
| | long-term | | | | |
| **Production Site Condensate Tanks** | | | | | |
| VOC, HAPs | short-term | flaring control | flaring control | flaring control | flaring control |
| | long-term | | | | |
| **Production Site Pneumatic Devices** | | | | | |
| VOC, HAPs | short-term | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements |
| | long-term | | | | |
| **Production Site Pneumatic Pumps** | | | | | |
| VOC, HAPs | short-term | flaring control | flaring control | flaring control | flaring control |
| | long-term | | | | |
| **Wellhead and Lateral Compressor Engines Electrification** | | | | | |
| All | short-term | none | none | electrification of compressor engines | none |
| | long-term | | | | |
| **Wellhead, Lateral, Centralized Compressor Engines** | | | | | |
| VOC, CO, $NO_X$ | short-term | All engines required to meet Colorado RICE and Federal NSPS Standards | | | |
| | long-term | | | | |

9

BLM_0045512

December 2012



**Table 2-5.  Oil and gas emission control percent changes.**

| Description | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| **Dust Control** | | | | | |
| PM$_{10}$, PM$_{2.5}$ Change in Emissions from Base Year | short-term | -50% | -50% | -50% | -80% |
| | long-term | | | -80% | |
| **Drill Rig Engines** | | | | | |
| NO$_x$, PM Change in Emissions from Base Year | short-term | 0% (NO$_x$) 0% (PM) 0% (VOC) | 0% (NO$_x$) 0% (PM) 0% (VOC) | -42% (NO$_x$) -80% (PM) -41% (VOC) | 0% (NO$_x$) 0% (PM) 0% (VOC) |
| | long-term | 0% (NO$_x$) 0% (PM) 0% (VOC) | -42% (NO$_x$) -80% (PM) -41% (VOC) | -89% (NO$_x$) -85% (PM) -41% (VOC) | -42% (NO$_x$) -80% (PM) -41% (VOC) |
| **Completion Engines** | | | | | |
| NO$_x$, PM Change in Emissions from Base Year | short-term | 0% (NO$_x$) 0% (PM) 0% (VOC) | 0% (NO$_x$) 0% (PM) 0% (VOC) | -42% (NO$_x$) -80% (PM) -41% (VOC) | 0% (NO$_x$) 0% (PM) 0% (VOC) |
| | long-term | | -42% (NO$_x$) -80% (PM) -41% (VOC) | -89% (NO$_x$) -85% (PM) -41% (VOC) | -42% (NO$_x$) -80% (PM) -41% (VOC) |
| **Green Completions** | | | | | |
| VOC, HAPs Change in Emissions from Base Year | short-term | -88% | -89% | -99% | -89% |
| | long-term | | | | |
| percent of completion gas to flare | short-term | -45% | -23% | -20% | -23% |
| | long-term | | | | |
| percent of completion gas to closed-loop system | short-term | -45% | -68% | -80% | -68% |
| | long-term | | | | |
| **Liquids Removal System** | | | | | |
| Percent of Liquids Production | short-term | 0% | 0% | 25% | 0% |
| | long-term | | 50% | 50% | 50% |
| **Production Site Dehydrators** | | | | | |
| VOC, HAPs Change in Emissions from Base Year | short-term | -10% | -48% | -76% | -48% |
| | long-term | | | | |
| **Production Site Condensate Tanks** | | | | | |
| VOC, HAPs Change in Emissions from Base Year | short-term | -10% | -48% | -76% | -48% |
| | long-term | | | | |

BLM_0045513

December 2012 

| Description | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| **Production Site Pneumatic Devices** | | | | | |
| Percent of Devices That Are Low Bleed | short-term | 100% | 100% | 100% | 100% |
| | long-term | | | | |
| **Production Site Pneumatic Pumps** | | | | | |
| VOC, HAPs Change in Emissions from Base Year | short-term | -10% | -48% | -76% | -48% |
| | long-term | | | | |
| **Wellhead and Lateral Compressor Engines Electrification** | | | | | |
| Percent of Engines that are Electrified | short-term | 0% | 0% | 50% | 0% |
| | long-term | | | | |

## 2.2   Emission Calculations

Emission calculations for all emission-generating activities were derived from Operator-supplied data whenever possible.  In the detailed calculations shown in Appendix A, B, and C, we indicate the origin of the input data and how these data were used in the emissions estimates.

Methods used to estimate emissions from each source category are explained in Sections 2.2.1 and 2.2.2. For oil and gas sources, the estimation methods used for the shale gas wells were the same as those used for conventional and CBNG wells unless noted otherwise. For each source category, emissions for the base year were estimated.  Emissions were then forecasted to future years, accounting for activity growth and for applicable sources emissions controls.  More detailed assumptions, emission factors and calculations by source category are described in Appendix A, B, and C.

### 2.2.1   Oil and Gas Sources

The methodologies implemented to estimate base year and future year emissions by alternative from oil and gas sources are explained in this section.  Methodologies apply to conventional oil and gas developments, as well as shale gas developments, unless noted otherwise.  More detailed assumptions, emission factors, and emission estimates by source category are described in Appendix A for conventional and CBNG activities and Appendix B for shale gas activities.

Emissions are generated in three main phases of oil and gas systems:

- Emissions from Well Construction and Development
- Emissions from the Production Phase (occurring at-or-nearby the wellpad)
- Emissions from Midstream Sources (Central Gas Compression and Processing)

BLM_0045514

December 2012



### 2.2.1.1   Emissions from Wellpad Construction and Development

Emissions from Wellpad Construction and Development include those generated by equipment, vehicles and activities related to wellpad construction, access roads construction, pipeline construction, wellbore drilling and well completions.  Table 2-6 includes the emission sources identified for the well pad construction and development phase.  Pollutant emissions are initially estimated on a per surrogate basis and later scaled with the projected surrogate estimate to obtain area-wide annual emissions from each source.

**Table 2-6.  Construction source categories and scaling surrogates.**

| Equipment Source Category | Emissions units per event | Scaling Surrogate |
|---|---|---|
| Well Pad, Access Road, and Pipeline Construction Equipment | tons/new pad | New pads per year |
| Well Pad, Access Road and Pipeline Construction Traffic | tons/new pad | New pads per year |
| Drilling Equipment and Completion Equipment | tons/spud | Spuds per year |
| Fracing Equipment | tons/spud | Spuds per year |
| Refracing Equipment | tons/refracing-event | Refracing events per year |
| Drilling and Well Completion Traffic | tons/spud | Spuds per year |
| Construction Wind Erosion | tons/new pad | New pads per year |
| Well Completion Venting | tons/spud | Spuds per year |

#### 2.2.1.1.1   Well Pad, Access Road, and Pipeline Construction Equipment

This category refers to emissions associated with off-road engines used during construction of well pads, access roads and pipelines within the GJFO Planning Area.  Participating operators provided activity data on engines used for these activities.  Detailed data for each engine type such as horsepower rating, hours of operation, fuel type, engine technology and load factors was made available.  The EPA NONROAD2008a model (USEPA, 2009b) was used to compile emission factors for each equipment type included in surveys.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).  Engines were classified in three types as activity data and emissions factors vary by utility: wellpad construction equipment, access road construction equipment and pipeline construction equipment.

Emissions on a per event (new well pads) basis for an engine type for which data was provided were estimated according to Equation 1:

$$E_{engine\,k,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907{,}185} \qquad\qquad \text{Equation (1)}$$

where:

  $E_{engine}$ are emissions of pollutant $i$ from an engine type k [ton/pad]
  $EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
  $HP$ is the horsepower of the engine k [hp]

BLM_0045515

December 2012



LF is the load factor of the engine k
$t_{event}$ is the number of hours the engine is used  [hr/pad]
907,185 is the mass unit conversion [g/ton]
n is the number of type-k engines

#### 2.2.1.1.1.1 Project-Wide Annual Emissions from Source Category

Annual emissions from well pad construction equipment by pollutant were estimated from the sum of engine emissions from each of the construction engine types ($E_{engineTOTAL,i} = \sum E_{engine\,k,i}$) according to Equation 2:

$$E_{well\,pad\,equip,\ i} = E_{engineTOTAL,i} \times S_{well\,pad}$$ 
Equation (2)

where:

$E_{well\,pad\,equip}$ are annual emissions of pollutant i from well pad construction and development equipment [ton/yr]
$E_{engineTOTAL,i}$ is sum of all engine emissions per event [ton/pad]
$S_{well\,pad}$ is the scaling surrogate for well pad construction [new pads/yr]

#### 2.2.1.1.2  Well Pad, Access Road and Pipeline Construction Traffic

This category refers to the exhaust emissions from light-duty and heavy-duty vehicle traffic during well pad, access road and pipeline construction.  Emission factors were developed using the MOVES2010a model (USEPA, 2010).  The emission factors were prepared for two vehicle classes, Semi-Trucks (Heavy Duty) and Pick-up Trucks (Light Duty), and represent annual average per-mile emissions in 2008 for Mesa County, Colorado. MOVES2010a emissions factors were modeled to include exhaust running, idle and start, brake wear, and tire wear, and evaporative processes.  The $N_2O$ emission factor was obtained from 2012 Climate Registry Default Emission Factors (TCR, 2012).

Emissions from two distinct fleet types were estimated in this source category dependent on the vehicle destination/use: (1) well pad and access road construction vehicles and (2) pipeline construction vehicles.  Annual vehicle miles traveled (VMT) to well site were provided by operator for each vehicle class (light duty and heavy duty) within each fleet type (well pad and access road, and pipeline construction), thus exhaust emissions for each of four vehicle groups were calculated using the MOVES2010a emission factors on a grams per mile basis, as shown in Equation 3.

$$E_{traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$
Equation (3)

where:

$E_{traffic,\ i}$ is traffic exhaust emissions for pollutant i per well pad  [ton/pad]
$EF_i$ is the average emission factor of pollutant i [g/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/pad]
D is the round trip distance [miles/trip]
907185 is the mass conversion [g/ton]

---

BLM_0045516

December 2012



#### 2.2.1.1.2.1 Project-Wide Annual Emissions from Source Category

Annual emissions for well pad, pipeline and access road construction traffic by pollutant were propagated with the appropriate scaling surrogate according to Equation 4:

$$E_{well\ pad\ traffic,\ i} = E_{traffic,\ i} \times S_{well\ pad} \qquad \text{Equation (4)}$$

where:

$E_{well\ pad\ traffic,\ i}$ is the annual exhaust emissions of pollutant i from well pad, pipeline and access road construction traffic [ton/yr]

$E_{traffic,\ i}$ are the emissions of pollutant i per new well pad [ton/wellpad]

$S_{well\ pad}$ is the scaling surrogate for well pad and access road construction traffic [new pads/yr]

#### 2.2.1.1.3   Drilling, Completion and Hydraulic Fracturing Equipment

This section refers to emissions associated with off-road engines used during drilling and completion activities.  Operators provided detailed data for each engine type per source category such as horsepower rating, hours of operation, fuel type, engine technology and load factors. Based on this, emissions for four distinct engine groups were estimated: (1) drilling equipment, (2) completion equipment, (3) fracing equipment, and (4) refracing equipment. Emissions were estimated separately by engine type as inputs and surrogates (see Table 2-6) varied by type; however the same methodology delineated by Equations 5 and 6 was used in all calculations.

For drilling, completion and hydraulic fracturing equipment, the EPA Tier 2 Federal Diesel Engine Standard emission rates were applied for $NO_X$, VOC, CO, $PM_{10}$ and $PM_{2.5}$ emissions.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).  Emissions on a per event (spuds/fracing events/refracing events) basis for an engine type were estimated according to Equation 5:

$$E_{engine\ k,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185} \qquad \text{Equation (5)}$$

where:

$E_{engine}$ are exhaust emissions of pollutant $i$ from an engine type k [ton/event]

$EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]

$HP$ is the horsepower of the engine k [hp]

$LF$ is the load factor of the engine k

$t_{event}$ is the number of hours engine k is used [hr/event]

$907,185$ is the mass unit conversion [g/ton]

$n$ is the number of type-k engines

#### 2.2.1.1.3.1 Project-Wide Annual Emissions from Source Category

Annual equipment emissions by pollutant were estimated separately for each of the four engine groups and scaled with the appropriate scaling surrogate according to Equation 6:

---

14

BLM_0045517

December 2012 

$$E_{D\&C\ equipment,\ i} = E_{engineTOTAL,i} \times S_{event}$$   Equation (6)

where:

$E_{D\&C\ equipment,i}$ is annual emissions of pollutant i from completion/drilling equipment [ton/yr]

$E_{engineTOTAL,i}$ is sum of all engine emissions per event [ton/event]

$S_{event}$ is the scaling surrogate for completion/drilling operations [event/yr] according to Table 2-6.

### 2.2.1.1.4   Drilling and Well Completion Traffic

This section refers to on-road emissions from light-duty and heavy-duty vehicle traffic during drilling and completion operations.  Methodology to estimate traffic emissions from these source categories was similar to that of source category *Well Pad, Access Road and Pipeline Construction Traffic.*  However, emissions for *Drilling Traffic* and *Completion Traffic* were calculated separately since activity inputs and surrogates varied by source category.  Data to estimate the annual vehicle miles traveled (VMT) per activity were provided by operator for each vehicle class (light duty and heavy duty) within each fleet. Fleets were defined by the vehicle destination or utility, which vary by the type of oil and gas development (conventional and CBNG versus shale).  These are shown in Tables 2-7 and 2-8 below. Annual average emission factors from EPA's MOVES2010a model for Mesa County, Colorado were developed for each vehicle class (light duty and heavy duty) for years 2008 to 2030.

**Table 2-7.  Vehicle fleets used during drilling and completion of conventional oil and gas production.**

| Vehicle Use/Destination | Vehicle Class | | Fleet group ID |
|---|---|---|---|
| | Type | Class | |
| Drilling Traffic | Semi Trucks | Heavy Duty Truck | 1 |
| | Pickup Trucks | Light Duty Truck | 2 |
| Rig Move Drilling Traffic | Semi Trucks | Heavy Duty Truck | 3 |
| | Pickup Trucks | Light Duty Truck | 4 |
| Rig Hauling | Semi Trucks | Heavy Duty Truck | 5 |
| Well Completion & Testing | Semi Trucks | Heavy Duty Truck | 6 |
| | Pickup Trucks | Light Duty Truck | 7 |

**Table 2-8.  Vehicle fleets used during drilling and completion of shale gas production.**

| Vehicle Use/Destination | Vehicle Class | | Fleet group ID |
|---|---|---|---|
| | Type | Class | |
| Drilling Traffic | Semi Trucks | Heavy Duty Truck | 1 |
| | Pickup Trucks | Light Duty Truck | 2 |
| Drilling Water Trucks | Semi Trucks | Heavy Duty Truck | 3 |
| Rig Hauling | Semi Trucks | Heavy Duty Truck | 4 |
| Well Completion & Testing | Semi Trucks | Heavy Duty Truck | 5 |
| | Pickup Trucks | Light Duty Truck | 6 |

BLM_0045518

December 2012



Exhaust emissions for each of the fleet groups were calculated using the appropriate MOVES2010a emission factors on a grams per mile basis, as shown in Equation 7:

$$E_{traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$

Equation (7)

where:

$E_{traffic,\ i}$ is the traffic emissions for pollutant i per spud  [tons/spud]
$EF_i$ is the average emission factor of pollutant i [g/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/spud]
$D$ is the round trip distance [miles/trip]
$907185$ is the mass unit conversion [g/ton]

Given that emissions from the vehicle fleets are based on the same surrogate (spuds), total emissions from drilling and completion traffic will be the sum of emissions per spud from each fleet (calculated with Equation 7), as shown in Equation 8:

$$E_{traffic,D\&C,\ i} = \sum_{fleet=1}^{7}\left(E_{traffic,\ i}\right)_{fleet}$$

Equation (8)

where

$E_{traffic,D\&C,\ i}$ is the total drilling and completions emissions of pollutant i per spud [ton/spud]
$E_{traffic,\ i}$ is the traffic emissions for pollutant i per spud for a vehicle fleet [tons/spud]

2.2.1.1.4.1  Project-Wide Annual Emissions from Source Category

Annual emissions for drilling/completion traffic by pollutant were propagated with the appropriate scaling surrogate (spuds per year) according to Equation 9:

$$E_{traffic,\ i} = E_{traffic,D\&C,\ i} \times S_{spud}$$

Equation (9)

where:

$E_{category\ traffic,\ i}$ are annual emissions of pollutant i from drilling/completion traffic [ton/yr]
$E_{traffic,D\&C,\ i}$ is the total drilling and completions emissions of pollutant i per spud [ton/spud]
$S_{spud}$ is the scaling surrogate for drilling/completion traffic [spuds/yr]

*2.2.1.1.5  Construction Equipment Fugitive Dust*

Fugitive dust emissions from disturbed land by well pad construction equipment were estimated based on AP-42 Chapter 13 Section 13.2.3 guidance for estimating emissions from Heavy Construction Operations (USEPA, 1995).  A construction fugitive dust emission factor for total suspended particles (TSP) is available in the AP-42 guidance (1.2 tons-TSP/acre/month of activity).

Total suspended particle emissions from wellpad construction equipment on a per wellpad basis are estimated based on Equation 10:

BLM_0045519

December 2012 

$$E_{equip.dust,TSP} = EF \times A \times t \times \frac{(1-C)}{30}$$
Equation (10)

where:
$E_{equip,dust,TSP}$ is the TSP emissions from construction equipment fugitive dust [tons/wellpad]
$A$ is the average number of acres disturbed per wellpad [acres/wellpad]
$t$ is the number of construction days per wellpad [days]
$C$ is the control efficiency
$30$ is the conversion factor for days/month

Conversion factors for TSP to particulate matter $PM_{10}$ (EPA, 2006b) and from $PM_{10}$ to $PM_{2.5}$ (Midwest Research Institute, 2006) were used to estimate other fugitive dust pollutant emissions ($PM_{10}$ and $PM_{2.5}$).  A control efficiency of 50% was assumed for well pad construction watering control.

2.2.1.1.5.1  Project-Wide Annual Emissions from Source Category
Annual emissions for construction equipment fugitive dust, by pollutant i, were propagated with the appropriate scaling surrogate (wellpads per year) according to Equation 11:

$$E_{equip,dust,i_{TOTAL}} = E_{equip.dust,i} \times S_{new\ pads}$$
Equation (11)

where:
$E_{equip,dust,i_{TOTAL}}$ is the annual dust emissions of pollutant i from construction equipment [ton/yr]
$E_{equip.dust,i}$ is the fugitive dust emissions of pollutant i from construction equipment per pad [tons/wellpad]
$S_{new\ pads}$ is the scaling surrogate for construction equipment fugitive dust [new pads/yr]

*2.2.1.1.6  Fugitive Dust Emissions from Construction, Drilling and Completion Support Vehicles*
Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance Section 13.2.2.1 Unpaved Roads (USEPA, 2006a).  Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 12.

$$EF_i = k \left(\frac{s}{12}\right)^a \left(\frac{W}{3}\right)^b$$
Equation (12)

where:
$EF$ is the size-specific particulate emissions factor for pollutant i (lb/mile)
$s$ is the surface material silt content (%)
$W$ is the mean vehicle weight (tons)
$k, a, b$ are empirical constants according to Table 2-9

**Table 2-9.  Empirical constants by pollutant to estimate road dust emissions factor.**

| Parameter | $PM_{10}$ | $PM_{2.5}$ |
|---|---|---|
| k | 1.5 | 0.15 |
| a | 0.9 | 0.9 |
| b | 0.45 | 0.45 |

BLM_0045520

December 2012 

Because the emissions factor is a function of vehicle weight, individual emissions factor for heavy duty vehicles and light duty vehicles were derived with Equation 12.  To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 13 was applied:

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100}$$
Equation (13)

where:

$EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]

$EF_i$ is the size-specific emission factor [lb/mile]

$P$ is number of precipitation days (>0.01" rainfall) at the site (Precipitation days at Grand Junction Walker, CO; from Western Regional Climate Center. Mean data 1990-2010)

$CE$ is the control efficiency for watering in unpaved roads; $CE$ =50%

Emissions were estimated for all types of vehicles involved in construction, drilling and completion activities in the Project.  The vehicle groups were classified according to their vehicle class and utility, and survey data was collected to estimate annual vehicle miles traveled per activity (or event), which varied by vehicle groups and by the type of oil and gas development (conventional versus shale).  The vehicle fleets used in each type of development are shown in Tables 2-10 and 2-11.

**Table 2-10.  Vehicles groups related to fugitive road dust emissions in conventional oil and gas developments.**

| Vehicle group ID | Utility/destination | Vehicle Class | Event (surrogate) |
|---|---|---|---|
| 1 | Well Pad Access Road Construction | Heavy Duty Truck | New pads |
| 2 | | Light Duty Truck | |
| 3 | Pipeline Construction | Heavy Duty Truck | |
| 4 | | Light Duty Truck | |
| 5 | Drilling Traffic | Heavy Duty Truck | Spuds |
| 6 | | Light Duty Truck | |
| 7 | Rig Move Drilling Traffic | Heavy Duty Truck | |
| 8 | | Light Duty Truck | |
| 9 | Rig Hauling | Heavy Duty Truck | |
| 10 | Well Completion & Testing | Heavy Duty Truck | |
| 11 | | Light Duty Truck | |

BLM_0045521

December 2012



**Table 2-11.  Vehicles groups related to fugitive road dust emissions in shale gas developments.**

| Vehicle group ID | Utility/destination | Vehicle Class | Event (surrogate) |
|---|---|---|---|
| 1 | Well Pad Access Road Construction | Heavy Duty Truck | New pads |
| 2 | | Light Duty Truck | |
| 3 | Pipeline Construction | Heavy Duty Truck | |
| 4 | | Light Duty Truck | |
| 5 | Drilling Traffic (including Rig Moves) | Heavy Duty Truck | Spuds |
| 6 | | Light Duty Truck | |
| 7 | Drilling Water Trucks | Heavy Duty Truck | |
| 8 | Rig Hauling | Heavy Duty Truck | |
| 9 | Well Completion & Testing | Heavy Duty Truck | |
| 10 | | Light Duty Truck | |

Fugitive dust road emissions were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 13, along with the vehicle miles traveled for each vehicle group as shown in Equation 14.

$$E_{traffic,\ i} = \frac{EF_{mitigated} \times N_{trips} \times D}{2000}$$

Equation (14)

where:

$E_{traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per event [ton/event]
$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/event]
$D$ is the round trip distance [miles/trip]
$2000$ is the mass conversion [lb/ton]

2.2.1.1.6.1  Project-Wide Annual Emissions from Source Category

Annual emissions for road fugitive dust from construction/drilling/completion traffic were propagated with the appropriate scaling surrogate according to Equation 15:

$$E_{dust,traffic,\ i} = E_{traffic,\ i} \times S_{event}$$

Equation (15)

where:

$E_{dust,traffic,\ i}$ are annual emissions of pollutant i for road fugitive dust from construction/drilling/completion traffic [ton/yr]
$E_{traffic,\ i}$ are the emissions of pollutant i per event (spuds or new pads) [ton/event]
$S_{event}$ is the scaling surrogate for the vehicle group [event/yr]

*2.2.1.1.7   Construction Wind Erosion*

Wind erosion dust emissions associated with well pad construction, and road and pipeline construction operations were estimated based on AP-42 guidance for the estimation of emissions from industrial

BLM_0045522

December 2012 

wind erosion (USEPA, 2006b). Wind erosion emissions per well pad were estimated based on Equation 16:

$$E_{dust,i} = \frac{P \times A \times r}{907,185}$$

Equation (16)

where:

$E_{dust,i}$ are dust emissions for pollutant i from construction wind erosion [ton/pad]
$P$ is the erosion potential [g/m$^2$]
$A$ is the well pad construction area [m$^2$/pad]
$r$ is the particle size multiplier for PM$_{10}$ or PM$_{2.5}$
*907,185* is a mass unit conversion [g/ton]

The erosions potential is a function of the wind friction velocity, as shown in equation 17 and 18:

$$P = 58 \times (u^* - u_t)^2 + 25(u^* - u_t)$$

Equation (17)

where:

$u^*$ is the friction velocity (m/s)
$u_t$ is the threshold friction velocity (m/s)
$$P = 0 \quad for \quad (u^* \le u_t)$$

Equation (18)

Friction velocity estimates ($u^*$) were made by multiplying the average annual fastest wind speed from Grand Junction, Colorado from 1947 to 1979 by 0.053 per AP-42 guidance (USEPA, 2006b).  Particle size multiplier of 0.5 and 0.075 were assumed for PM$_{10}$ and PM$_{2.5}$ respectively per AP-42 guidance.

2.2.1.1.7.1 Project-Wide Annual Emissions from Source Category
The annual construction dust wind erosion emissions were scaled by multiplying per well pad emissions by the scaling surrogate (new pads) according to Equation 19:

$$E_{wind\ erosion\ total,\ i} = E_{dust,\ i} \times S_{well\ pad}$$

Equation (19)

where:

$E_{.dust\ erosion\ total,i}$ are the annual emissions of pollutant i from construction dust wind erosion [ton/yr]
$E_{dust,i}$ are the dust emissions of pollutant i per well pad [ton/pad]
$S_{well\ pad}$ is the scaling surrogate for construction dust wind erosion [pad/yr]

### 2.2.1.1.8  Well Completion Venting

This section describes emissions from well completion venting. The calculation methodology for estimating venting emissions from a single completion event is shown below in Equation 20:

BLM_0045523

December 2012 

$$E_{completion,i} = \left[\frac{P \times Q_{completion}}{\frac{R}{MW_{gas}} \times T \times 3.5 \times 10^{-5}}\right] \times \frac{f_i}{907185} \times (1 - 0.95 F_{flare} - F_{green}) \qquad \text{Equation (20)}$$

where:

$E_{completion,i}$ is the uncontrolled emissions of pollutant $i$ from a single completion event [ton/event]

$P$ is atmospheric pressure [1 atm]

$Q_{completion}$ is the volume of gas generated per completion [MCF/event]

$R$ is the universal gas constant [0.082 L-atm/mol-K]

$MW_{gas}$ is the molecular weight of the gas [g/mol]

$T$ is the atmospheric temperature [298 K]

$f_i$ is the mass fraction of pollutant $i$ in the completion venting gas

$F_{green}$ is the fraction of completions that were controlled by green completion techniques

$F_{flare}$ is the fraction of completions controlled by flare

$0.95$ is the control efficiency of the flare

2.2.1.1.8.1 Extrapolation to Project-Wide Annual Emissions

Annual emissions are obtained by scaling-up emissions per event by with the number of spuds for a particular year. The total emissions from completion venting are estimated following Equation 21:

$$E_{completion,TOTAL,i} = E_{completion,i} \times S_{spuds} \qquad \text{Equation (21)}$$

where:

$E_{completion,TOTAL}$ are the annual emissions for pollutant i from completion venting [tons/year]

$E_{completion,i}$ are the completion emissions from a single completion event [tons/event], event=spuds

$S_{spuds}$ is the scaling surrogate for completion venting in a particular year [spuds/year]

## 2.2.1.2   Emissions from the Production Phase

Emissions from the Production phase include those generated by equipment, vehicles and activities related to oil and gas production at wellsites after a well has been completed. Pollutant emissions are initially estimated on a per event basis and later scaled with the projected number of events per year (scaling surrogate) to obtain Project-wide annual emissions from each source.

### 2.2.1.2.1  Well Workovers Equipment

This category refers to emissions associated with off-road engines used during well workovers. Participating operators provided activity data on engines used for this activity, as wells as the well workover frequency per year.  Detailed data for a typical workover engine such as horsepower rating, hours of operation, fuel type, engine technology and load factors was made available from the operators.  The EPA NONROAD2008a model (EPA, 2009b) was used to

BLM_0045524

December 2012



compile emission factors for 'other oil field equipment' representative of workover engines. The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on a per well basis for a workover engine were estimated according to Equation 22:

$$E_{engine,\ i} = f \times \frac{EF_i \times HP \times LF \times t \times n}{907,185}$$

Equation (22)

where:
    $E_{engine}$ are emissions of pollutant $i$ from a workover engine [ton/well]
    $EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
    $HP$ is the horsepower of the engine [hp]
    $LF$ is the load factor of the engine
    $t$ is the number of hours of use per day [hr/day]
    $907,185$ is the mass unit conversion [g/ton]
    $n$ is the number of operating days per well [days/well]
    $f$ is the well workover frequency per year

2.2.1.2.1.1  Project-Wide Annual Emissions from Source Category
Annual emissions from well workover equipment by pollutant were estimated according to Equation 23:

$$E_{WO-equip,\ i} = E_{engine\ i} \times S_{wells}$$

Equation (23)

where:
    $E_{WO\text{-}equip,\ i}$ are annual emissions of pollutant i from workover equipment [ton/yr]
    $E_{engine,\ i}$ is emissions of pollutant i from workover equipment per well [ton/well]
    $S_{well\ pad}$ is the scaling surrogate for workovers [active wells/yr]

### 2.2.1.2.2  *Production Traffic (Well workovers, Road Maintenance, Well Pad Reclamation and Production)*

This section describes the estimation of exhaust emissions from light-duty and heavy-duty vehicle traffic used for Well Workovers, Maintenance, Well Pad Reclamation and Production. This excludes traffic from tank loading and compressor stations maintenance.  Vehicle classes within the four source categories are shown in Table 2-12.  Emissions from these vehicle fleets were first estimated on a per well basis and later on scaled to annual Project-wide emissions with the scaling surrogate, active wells per year.

BLM_0045525

December 2012 

**Table 2-12. Vehicle fleets comprising production traffic.**

| Vehicle fleets ID | Utility (source category) | Vehicle Class | Event (surrogate) |
|---|---|---|---|
| 1 | Well Workover Commuting Vehicles | Light Duty Truck | |
| 2 | | Heavy Duty Truck | |
| 3 | Road Maintenance | Light Duty Truck | Active Wells |
| 4 | Road and Well Pad Reclamation | Light Duty Truck | |
| 5 | Other Production Traffic (Fuel Haul Truck) | Heavy Duty Truck | |

Emission factors were developed using the MOVES2010a model (USEPA, 2010). The emission factors were prepared for two vehicle classes, Semi-Trucks (Heavy Duty) and Pick-up Trucks (Light Duty), and represent annual average per-mile emissions in 2008 for Mesa County, Colorado. MOVES2010a emissions factors were modeled to include exhaust running, idle and start, brake wear, and tire wear, and evaporative processes. The $N_2O$ emission factor was obtained from 2012 Climate Registry Default Emission Factors (TCR, 2012). Data to estimate annual vehicle miles traveled (VMT) were provided by operator for each fleet.

Exhaust emissions for the five vehicle groups were estimated as shown in Equation 24.

$$E_{fleet,traffic, \ i} = \frac{EF_i \times N_{trips} \times D}{907185} \qquad \text{Equation (24)}$$

where:

$E_{fleet,traffic, \ i}$ is the fleet's traffic emissions for pollutant i per well [tons/well]
$EF_i$ is the average emission factor of pollutant i [g/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/well]
$D$ is the round trip distance [miles/trip]
$907185$ is the mass unit conversion [g/ton]

2.2.1.2.2.1  Project-Wide Annual Emissions from Source Category

Annual emissions for each category (fleet) of production traffic were propagated with the appropriate scaling surrogate (active wells per year) according to Equation 25:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,, \ i} \times S_{wells} \qquad \text{Equation (25)}$$

where:

$E_{fleet,TOTAL, \ i}$ are annual emissions of pollutant i from a production fleet [ton/yr]
$E_{fleet,traffic, \ i}$ is the emissions of pollutant i per well for a production traffic fleet [ton/well]
$S_{wells}$ is the scaling surrogate for the source category [active wells/yr]

2.2.1.2.3  *Fugitive Dust Emissions from Production Traffic (Well Workovers, Road Maintenance, Well Pad Reclamation and Other Production)*

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance Section 13.2.2.1 Unpaved Roads (EPA, 2006a). Road dust emission

---

23

BLM_0045526

December 2012



factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 12.

$$EF_i = k \left(\frac{s}{12}\right)^a \left(\frac{W}{3}\right)^b$$

Equation (26)

Where:

    $EF$ is the size-specific particulate emissions factor for pollutant i (lb/mile)
    $s$ is the surface material silt content (%)
    $W$ is the mean vehicle weight (tons)
    $k, a, b$ are empirical constants according to Table 2-13

**Table 2-13.  Empirical constants by pollutant to estimate road dust emissions factor.**

| Parameter | PM$_{10}$ | PM$_{2.5}$ |
|---|---|---|
| k | 1.5 | 0.15 |
| a | 0.9 | 0.9 |
| b | 0.45 | 0.45 |

Because the emissions factor is a function of vehicle weight, individual emissions factor for heavy duty vehicles and light duty vehicles were calculated with Equation 26. To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 27 was applied:

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100}$$

Equation (27)

Where:

    $EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]
    $EF_i$ is the size-specific emission factor [lb/mile]
    $P$ is number of precipitation days (>0.01" rainfall) at the site (Precipitation days at Grand Junction Walker, CO; from Western Regional Climate Center. Mean data 1990-2010)
    $CE$ is the control efficiency for watering in unpaved roads

Vehicle fleets comprising Production traffic are shown in Table 2-12. Fugitive dust emissions from these vehicle fleets were first estimated on a per well basis and later scaled to annual Project-wide emissions with the scaling surrogate, active wells per year.

Fugitive dust road emissions per well were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 27, along with the vehicle miles traveled for each vehicle group. This is shown in Equation 28

$$E_{fleet,traffic, \ i} = \frac{EF_{mitigated} \times N_{trips} \times D}{2000}$$

Equation (28)

24

December 2012



where:

> $E_{fleet,traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per well  [ton/well]
> $EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]
> $N_{trips}$ is the annual number of round trips per activity [trips/well]
> $D$ is the round trip distance [miles/trip]
> $2000$ is the mass conversion [lb/ton]

#### 2.2.1.2.3.1  Project-Wide Annual Emissions from Source Category

Annual fugitive dust emissions for each category (fleet) of Production traffic were propagated with the appropriate scaling surrogate (active wells per year) according to Equation 29:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,,\ i} \times S_{wells}$$

Equation (29)

where:

> $E_{fleet,TOTAL,\ i}$ are annual fugitive dust emissions of pollutant i from a production fleet [ton/yr]
> $E_{fleet,traffic,\ i}$ is the fugitive dust emissions of pollutant i per well for a production traffic fleet [ton/well]
> $S_{wells}$ is the scaling surrogate for the source category [active wells/yr]

#### 2.2.1.2.4  Blowdown venting

This section refers to the estimation of emissions from venting during well blowdowns. The calculation methodology for estimating emissions from a single blowdown event is shown below in Equation 30:

$$E_{blowdown,i} = \left( \frac{P \times (V_{vented})}{\left( \frac{R}{MW_{gas}} \right) \times T \times 3.5 \times 10^{-5}} \right) \times \frac{f_i}{907185}$$

Equation (30)

where:

> $E_{blowdown,i}$ is the emissions of pollutant i from a single blowdown event [ton/event]
> $P$ is atmospheric pressure [1 atm]
> $V_{vented}$ is the volume of vented gas per blowdown (uncontrolled) [MCF/event]
> $R$ is the universal gas constant [0.082 L-atm/mol-K]
> $MW_{gas}$ is the molecular weight of the gas [g/mol]
> $T$ is the atmospheric temperature [298 K]
> $f_i$ is the mass fraction of pollutant i in the vented gas

#### 2.2.1.2.4.1  Project-Wide Annual Emissions from Source Category

The total emissions from all annual blowdowns events occurring are estimated with Equation 31:

---

25

December 2012



$$E_{blowdown,TOTAL} = E_{blowdown,i} \times N_{blowdown} \times S_{wells}$$

Equation (31)

where:

$E_{blowdown,TOTAL}$ are the total annual emissions from blowdowns [tons/yr]
$E_{blowdown,i}$ are the blowdown emissions from a single blowdown event [tons/event]
$N_{blowdown}$ is the frequency of blowdowns per well per year [events/yr-well]
$S_{wells}$ is the total number of active wells for a particular year [wells]

## 2.2.1.2.5   Well Recompletion Venting

This section describes emissions from well recompletion venting. The calculation methodology for estimating venting emissions from a single recompletion event is shown below in Equation 32:

$$E_{recompletion,i} = \left[ \frac{P \times Q_{recompletion}}{\frac{R}{MW_{gas}} \times T \times 3.5 \times 10^{-5}} \right] \times \frac{f_i}{907185}$$

Equation (32)

where:

$E_{recompletion,i}$ is the uncontrolled emissions of pollutant $i$ from a single recompletion event [ton/event]
$P$ is atmospheric pressure [1 atm]
$Q_{recompletion}$ is the volume of gas generated per recompletion [MCF/event]
$R$ is the universal gas constant [0.082 L-atm/mol-K]
$MW_{gas}$ is the molecular weight of the gas [g/mol]
$T$ is the atmospheric temperature [298 K]
$f_i$ is the mass fraction of pollutant $i$ in the recompletion venting gas

### 2.2.1.2.5.1   Extrapolation to Annual Project-Wide Emissions

Annual emissions are obtained by scaling-up emissions per event with the total number of recompletion events in a particular year. The total emissions from recompletion venting are estimated following Equation 33:

$$E_{recompletion,TOTAL,i} = E_{recompletion,i} \times f \times S_{well\ count}$$

Equation (33)

where:

$E_{completion,TOTAL}$ are the annual emissions for pollutant i from recompletion venting [tons/year]
$E_{completion,i}$ are the venting emissions from a single recompletion event [tons/event]
$f$ is the frequency of recompletion events per well per year [events/yr-well]
$S_{well\ count}$ is the scaling surrogate for recompletion venting in a particular year [active wells]

BLM_0045529

December 2012



### 2.2.1.2.6  Wellhead Fugitives

This source category refers to fugitive emissions or *leaks* from well equipment such as pump seals, valves, connectors, flanges, etc.  Fugitive emissions were estimated for three main streams identified by the operator: gas service stream, liquids service stream and high oil stream.  VOC, $CO_2$ and $CH_4$ emissions per stream were estimated using device-specific TOC emission factors for oil and gas production (EPA, Protocol for Equipment Leak Emission Estimates, 1995) and equipment counts provided in the survey responses.  Operator provided total device counts per well by type of equipment and by the type of service to which the equipment applies – gas, liquids and high oil.  Data on the vented gas weight fractions was also provided by operator.

Fugitive VOC emissions for an individual device in a given stream (gas, liquids, and high oil) were estimated according to Equation 34:

$$E_{fugitiveVOC,k} = EF_{TOC} \times N \times t_{annual} \times Y$$

Equation (34)

where:

$E_{fugitive\ VOC,\ k}$ is the fugitive VOC emissions for a given device k [ton/yr-well]
$EF_{TOC}$ is the emission factor of TOC [kg/hr/device]
$N$ is the total number of devices type-k for a given stream per well [devices/well]
$Y$ is the ratio of VOC to TOC in the vented gas

Total VOC fugitive emissions for a given stream are equal to the sum of all fugitive emissions from devices in that stream per Equation 35:

$$E_{fugitiveVOC,stream} = \sum E_{fugitiveVOC,\ k}$$

Equation (35)

where:

$E_{fugitive\ VOC,stream}$ is the total fugitive VOC emissions in a given stream per well [ton/yr-well]

$CO_2$ and $CH_4$ fugitive emissions per stream were estimated according to Equations 36 and 37:

$$E_{fugitiveCH4,stream} = E_{fugitiveVOC,stream} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}}$$

Equation (36)

$$E_{fugitiveCO2,stream} = E_{fugitiveVOC,stream} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}}$$

Equation (37)

where:

$E_{fugitive\ CO2,stream}$ is the total fugitive $CO_2$ emissions in a given stream per well [ton/yr-well]
$E_{fugitive\ CH4,stream}$ is the total fugitive $CH_4$ emissions in a given stream per well [ton/yr-well]
*Weight fractions* per pollutant were based on operator provided gas compositions. For gas and well streams, sales gas composition was used. For condensate stream, fugitive-post flash compositions were used.

BLM_0045530

December 2012



### 2.2.1.2.6.1 Project-Wide Annual Emissions from Source Category

Fugitive emissions were propagated annually according to Equation 38 using the scaling surrogate, active well counts:

$$E_{fugitive,\ i} = E_{fugitive\ i,stream} \times S_{well\ count}$$

Equation (38)

where:

$E_{fugitive,\ i}$ are the annual fugitive emissions for pollutant i in a given stream [ton/yr]
$E_{fugitive\ I,\ stream}$ are fugitive emissions of pollutant i in a stream per well [lb/yr-well]
$S_{well\ count}$ is the number of active wells for a particular year [active wells]

### 2.2.1.2.7 Pneumatic Devices

Emissions for pneumatic devices will vary by the bleed rate of the device. Operator data indicated that all pneumatic devices used within the Planning Area are low bleed. The methodology for estimating the emissions from a mix of pneumatic devices i (liquid level controllers, pressure controllers, etc.) for a single typical well is shown in Equation 39:

$$E_{pneumatic,j} = \frac{f_j}{907185} \left( \sum_i \dot{V}_i \times N_i \times t_{annual} \right) \times \frac{P}{\left( \left( R \middle/ MW_{gas} \right) \times T \times 3.5 \times 10^{-5} \right)}$$

Equation (39)

where:

$E_{pneumatic,j}$ is the total emissions of pollutant j from all pneumatic devices for a typical well [ton/year/well]
$\dot{V}_i$ is the volumetric bleed rate from device i [MCF/hr/device]
$N_i$ is the average number of devices i found in a well [devices/well]
$t_{annual}$ is the number of hours per year that devices were operating [8760 hr/yr]
$P$ is the atmospheric pressure [1 atm]
$R$ is the universal gas constant [0.082 L-atm/mol-K]
$MW_{gas}$ is the molecular weight of the gas [g/mol]
$T$ is the atmospheric temperature [298 K]
$f_j$ is the mass fraction of pollutant j in the vented gas

### 2.2.1.2.7.1 Extrapolation to Project-wide Annual Emissions

Annual emissions from pneumatic devices were estimated according to Equation 40:

$$E_{pneumatic,TOTAL,j} = E_{pneumatic,j} \times N_{well}$$

Equation (40)

where:

$E_{pneumatic,TOTAL,j}$ is the total annual emissions of pollutant j from pneumatic devices [ton/yr]
$E_{pneumatic,j}$ is the pneumatic device emissions of pollutant j for a single typical well [ton/yr/well]

28

BLM_0045531

December 2012 

$N_{well}$ is the total number of active wells in the basin [wells]

### 2.2.1.2.8   Pneumatic Pumps

To estimate emissions from pneumatic pumps, operator provided data indicating the average gas consumption rate per gallon of chemical injected and the annual chemical throughput for a single pump. Emissions per well from pneumatic pumps were estimated as shown in Equation 41:

$$E_{pump,i} = \frac{N_{CIP} \times V_{vented,gas} \times t_{pump} \times MW_i \times R \times Y_i}{2000}$$

Equation (41)

where:

$E_{pump, i}$ is the pneumatic pump emissions for pollutant i per well [ton/yr-well]
$V_{vented,TOTAL}$ is the average gas venting rate per pump [SCF/pump/hr]
$N_{CIP}$ is the number of gas-actuated pneumatic pumps per well [pump/well]
$t_{pump}$ is the annual hours of operation of a pump [hrs/yr]
$MW_i$ is the molecular weight of pollutant i [lb/lb-mol]
$R$ is the universal gas constant [lb-mol/391.9scf]
$Y_i$ is the molar fraction of pollutant i in pneumatic pump vented gas
$2000$ is the mass unit conversion [lb/ton]

#### 2.2.1.2.8.1   Project-Wide Annual Emissions from Source Category

To estimate project-wide annual emissions from pneumatic pumps the scaling surrogate, active wells, was used according to Equation 42

$$E_{pneumaticpumps, \ i} = E_{pump, \ i} \times S_{well \ count}$$

Equation (42)

where:

$E_{pneumaticpumps, i}$ are the annual emissions for pollutant i from pneumatic pumps [ton/yr]
$E_{pump, i}$ is the emissions from all pneumatic pumps per well [ton/yr-well]
$S_{well \ count}$ is the number of active wells for a particular year [wells]

### 2.2.1.2.9   Water Injection Pumps

This category refers to exhaust emissions associated with diesel combustion in water injection pump engines.  Participating operators provided activity data on engines used for water disposal. Detailed data for each engine type such as horsepower rating, hours of operation, fuel type, engine technology and load factors was made available.  The EPA NONROAD2008a model (USEPA, 2009b).  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on a per well basis for a water injection pump were estimated according to Equation 43:

BLM_0045532

December 2012


$$E_{engine,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185}$$ Equation (43)

where:
$E_{engine}$ are per-well emissions of pollutant $i$ from water injection pumps [ton/well]
$EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
$HP$ is the horsepower of the pump [hp]
$LF$ is the load factor of the pump
$t_{event}$ is the number of hours the engine is used annually [hrs/unit]
$907,185$ is the mass unit conversion [g/ton]
$n$ is the number of water injection pumps per well [units/well]

### 2.2.1.2.9.1 Project-Wide Annual Emissions from Source Category
Annual emissions from water injection pumps for pollutant i were estimated according to Equation 44:

$$E_{water\,pumps,\;i} = E_{engine,\;i} \times S_{well}$$ Equation (44)

where:
$E_{well\,pad\,equip}$ are annual emissions of pollutant i from water injection pumps [ton/yr]
$E_{engine,\;i}$ is engine emissions per well [ton/well]
$S_{well}$ is the scaling surrogate for water injection pumps [active wells/yr]

### 2.2.1.2.10 Miscellaneous Engines
This category refers to exhaust emissions associated with miscellaneous engines at well sites. Participating operators provided detailed data for miscellaneous engines such as horsepower rating, hours of operation, fuel type, engine technology and load factors. The EPA NONROAD2008a model (USEPA, 2009) was used to compile emission factors. The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on a per well basis for miscellaneous engines were estimated according to Equation45:

$$E_{engine,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185} \times f$$ Equation (45)

where:
$E_{engine}$ are per-well emissions of pollutant $i$ from miscellaneous engines [ton/well]
$EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
$HP$ is the horsepower of the pump [hp]
$LF$ is the load factor of the pump
$t_{event}$ is the number of hours the engine is used  [hrs/unit]
$f$ is the fraction of wells served by a miscellaneous engine
$907,185$ is the mass unit conversion [g/ton]
$n$ is the number of engines per well [units/well]

BLM_0045533

December 2012



### 2.2.1.2.10.1   Project-Wide Annual Emissions from Source Category

Annual emissions from miscellaneous engines for pollutant i were estimated according to Equation 46:

$$E_{water\,pumps,\ i} = E_{engine,\ i} \times S_{well} \qquad \text{Equation (46)}$$

where:

$E_{well\,pad\,equip}$  are annual emissions of pollutant i from miscellaneous engines [ton/yr]
$E_{engine,\ i}$ is engine emissions per well [ton/well]
$S_{well}$ is the scaling surrogate for miscellaneous engines [active wells/yr]

### *2.2.1.2.11 Compressor Station Maintenance Traffic Exhaust*

This section describes the estimation of exhaust emissions from light-duty vehicles (pickup trucks) used for compressor maintenance at compressor stations.  Emission factors were developed using the MOVES2010a model (USEPA, 2010).  The emission factors were prepared for two vehicle classes, Semi-Trucks (Heavy Duty) and Pick-up Trucks (Light Duty), and represent annual average per-mile emissions in 2008 for Mesa County, Colorado.  MOVES2010a emissions factors were modeled to include exhaust running, idle and start, brake wear, and tire wear, and evaporative processes.  The $N_2O$ emission factor was obtained from 2012 Climate Registry Default Emission Factors (TCR, 2012). The total vehicle miles travelled annually from maintenance visits to a single compressor station were provided by operators.

Exhaust emissions for this fleet were estimated as shown in Equation 47.

$$E_{fleet,traffic,\ i} = \frac{EF_i \times VMT_{CS}}{907185} \qquad \text{Equation (47)}$$

where:

$E_{fleet,traffic,\ i}$ is the fleet's traffic emissions for pollutant i per well  [tons/station]
$EF_i$ is the average emission factor for light duty vehicles of pollutant i [g/mile]
$VMT_{CS}$ is the annual miles travelled for maintenance compressor station [miles/station]
*907185* is the mass unit conversion [g/ton]

### 2.2.1.2.11.1   Project-Wide Annual Emissions from Source Category

Annual emissions for the compressor maintenance fleet were propagated with the scaling surrogate "total count of active compressor stations" according to Equation 48:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,,\ i} \times S_{CS} \qquad \text{Equation (48)}$$

where:

$E_{fleet,TOTAL,\ i}$  are annual emissions of pollutant i from compressor station maintenance traffic [ton/yr]
$E_{fleet,traffic,\ i}$ is the emissions of pollutant i per station for the fleet [ton/station]

BLM_0045534

December 2012 

$S_{CS}$ is the scaling surrogate for the source category [number of active compressor stations per year]

### 2.2.1.2.12 Fugitive Dust Emissions from Compressor Station Maintenance Traffic

Road dust emission factors for light duty vehicles traveling on unpaved surfaces to and from compressor stations were estimated with the same methodology as in Section 2.2.1.2.6 using Equations 26 and 27. Fugitive dust road emissions per station (visited) were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 27, along with the annual vehicle miles traveled per compressor station. This is shown in Equation 49.

$$E_{fleet,traffic,\ i} = \frac{EF_{mitigated} \times VMT}{2000} \qquad \text{Equation (49)}$$

where:

$E_{fleet,traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per station [ton/station]

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

$VMT$ is the annual miles travelled for maintenance compressor station [miles/station]

$2000$ is the mass conversion [lb/ton]

#### 2.2.1.2.12.1   Project-Wide Annual Emissions from Source Category

Annual fugitive dust emissions for compressor station maintenance traffic were propagated with the "total number of compressor stations" according to Equation 50:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{CS} \qquad \text{Equation (50)}$$

where:

$E_{fleet,TOTAL,\ i}$ are annual fugitive dust emissions of pollutant i from compressor station maintenance traffic [ton/yr]

$E_{fleet,traffic,\ i}$ is the emissions of pollutant i per station for the fleet [ton/station]

$S_{CS}$ is the scaling surrogate for the source category [number of active compressor stations per year]

### 2.2.1.2.13 Condensate Tanks Flashing

Condensate tank emissions were calculated differently for conventional oil and gas developments and for shale gas developments.

#### 2.2.1.2.13.1   Emissions estimates for conventional and coalbed natural gas developments

GJFO Planning Area-wide wellsite condensate tank emissions were obtained from the CDPHE APENS database in the 2008 WestJump Piceance Basin Inventory for non-midstream sources. $CO_2$ and $CH_4$ emissions were then calculated using the weight fraction ratios from local flash gas composition analyses, as shown in Equations 51 and 52:

---

32

December 2012



$$E_{tanks,CH4} = E_{tanks,VOC} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}}$$   Equation (51)

$$E_{tanks,CO2} = E_{tanks,VOC} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}}$$   Equation (52)

where:

$E_{tanks,VOC}$ is the total annual condensate tanks emissions from APENS database [tons/yr]
$E_{tanks,CO2}$ is the total condensate tank $CO_2$ emissions [tons/yr]
$E_{tanks,CH4}$ is the total condensate $CH_4$ emissions [tons/yr]
*Weight fractions* of each pollutant in flash gas

### 2.2.1.2.13.2   Project-Wide Annual Emissions from Condensate Tanks (Conventional O&G)

Condensate tanks flashing emissions are scaled to project-wide emissions by multiplying APENS database-derived total emissions by the barrels of condensate production in future years:

$$E_{tanksTOTAL,i} = E_{tanks,\ i} \times S_{cond}$$   Equation (53)

where:

$E_{tanks,TOTAL,\ i}$ are the total project-wide emissions from condensate tanks for pollutant i [tons/yr]
$E_{tanks,\ i}$ is the condensate tank emissions from APENS database for pollutant i [tons/yr]
$N_{cond}$ is the scaling surrogate for the source category [condensate production bbl/yr]

### 2.2.1.2.13.3   Emissions estimates for shale gas developments

An uncontrolled VOC emissions factor applicable to Garfield, Mesa, Rio Blanco, and Moffat Counties (CDPHE, 2011) was used to estimate emissions for condensate tanks in shale gas developments on a per barrel basis. The published emissions factor was 10 lbs VOC/bbl [0.005 tons/bbl]. This was multiplied by the annual condensate production from shale gas wells to propagate emissions to the Planning Area level for each year. Similar to the methodology for conventional oil and gas sources, $CO_2$ and $CH_4$ emissions for were then calculated using the weight fraction ratios from local flash gas composition analyses using Equations 51 and 52.

### *2.2.1.2.14 Loading Emissions from Condensate Tanks*

This section describes emissions from truck loading of condensate from tanks. The loading loss rate is estimated following Equation 54:

$$L = 12.46 \times \left( \frac{S \times V \times M}{T} \right)$$   Equation (54)

where:

$L$ is the loading loss rate [lb/1000gal]
$S$ is the saturation factor taken from AP-42 default values based on operating mode. The operating mode for loading assumed was submerged loading: dedicated normal service.
$V$ is the true vapor pressure of the liquid loaded [psia]

BLM_0045536

December 2012 

$M$ is the molecular weight of the vapor [lb/lb-mole]
$T$ is the temperature of the bulk liquid [$^\circ$R], T=540 R

VOC tank loading emissions are then estimated by Equation 55:

$$E_{loading, \ VOC} = L \times Y_{voc} \times \frac{42}{2000}$$

Equation (55)

where:

$E_{loading}$ are the VOC tank loading emissions [ton/bbl]
$L$ is the loading loss rate [lb/1000gal]
$Y_{VOC}$ is the weight fraction of VOC in the vapor in the liquid loaded
$42$ is a unit conversion [gal/bbl]
$2000$ is a unit conversion [lbs/ton]

$CO_2$ and $CH_4$ emissions are calculated based on Equations 56-57:

$$E_{loading,CH4} = E_{loading,VOC} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}}$$

Equation (56)

$$E_{loading,CO2} = E_{loading,VOC} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}}$$

Equation (57)

where:

$E_{loading,CO2}$ is the total loading $CO_2$ emissions per barrel of liquid [ton/bbl]
$E_{loadingCH4}$ is the total loading $CH_4$ emissions per barrel of liquid [ton/bbl]
*Weight fractions* of each pollutant in the vapor losses from the liquid loaded

2.2.1.2.14.1    Project-Wide Annual Emissions from Source Category
Annual emissions per pollutant i from condensate loading were scaled by annual condensate production per Equation 58:

$$E_{tank\ loadout, \ i} = E_{loading, \ i} \times S_{bbl\ condensate}$$

Equation (58)

where:

$E_{tank\ loadout, i}$ is the total condensate loading emissions for pollutant i from tank load-out [ton/yr]
$E_{loading, i}$ is the condensate loading emissions for pollutant i from per barrel [ton/bbl]
$S_{bbl\ condensate}$ is the total annual of barrels condensate [bbl/yr]

*2.2.1.2.15 Condensate and Water Hauling Traffic Exhaust*
This section describes the estimation of exhaust emissions from heavy-duty vehicles (haul trucks) used for produced condensate hauling from the well site. Condensate hauling exhaust emissions are estimated with the same methodology (Equations 59 and 60) for conventional and shale gas developments. Emission factors were developed using the MOVES2010a model (EPA, 2010). The emission factors were prepared for two vehicle classes, Semi-Trucks (Heavy

BLM_0045537



Duty) and Pick-up Trucks (Light Duty), and represent annual average per-mile emissions in 2008 for Mesa County, Colorado.  MOVES2010a emissions factors were modeled to include exhaust running, idle and start, brake wear, and tire wear, and evaporative processes. The $N_2O$ emission factor was obtained from 2012 Climate Registry Default Emission Factors (TCR, 2012). The total round trip distance for each hauling trip was provided by operator. It was assumed a hauling volume of condensate per truck of 200 barrels, hence the number of round trips per barrel was estimated (1/200).

Exhaust emissions for condensate hauling fleet were estimated as shown in Equation 59.

$$E_{fleet,traffic, \ i} = \frac{EF_i \times N_{trips} \times D}{907185} \qquad \text{Equation (59a)}$$

where:

$E_{fleet,traffic, \ i}$ is the hauling traffic exhaust emissions for pollutant i per barrel [ton/bbl]
$EF_i$ is the average emission factor of pollutant i for heavy duty vehicles [g/mile]
$N_{trips}$ is the annual number of round trips per barrel [trips/bbl]. N=1/200
$D$ is the round trip distance [miles/trip]
$907185$ is the mass conversion [g/ton]

### 2.2.1.2.15.1    Project-Wide Annual Emissions from Condensate Hauling

Annual emissions for the condensate hauling fleet were propagated with the annual condensate production according to Equation 60:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,, \ i} \times S_{bbl,condensate} \qquad \text{Equation (60a)}$$

where:

$E_{fleet,TOTAL, \ i}$ are annual emissions of pollutant i from condensate hauling traffic [ton/yr]
$E_{fleet,traffic, \ i}$ is the emissions of pollutant i per barrel for the hauling fleet [ton/bbl]
$S_{bbl,condensate}$ is the scaling surrogate for the source category [barrels of condensate produced per year]

### 2.2.1.2.15.2    Water hauling exhaust emissions for conventional oil and gas

COGCC data from 2008 to 2011 indicated that produced water from active wells is approximately 16 times as much as condensate production.  It was assumed that the produced water truck capacity (volume) is 100 bbl and that all water was hauled out. Thus based on the previous conditions, the number of water haul trips is 32 times the number of condensate haul trips.  Therefore, project-wide exhaust emissions from water hauling traffic will be 32 times larger than project-wide exhaust emissions from condensate hauling.

### 2.2.1.2.15.3    Water hauling exhaust emissions for shale gas developments

Water usage in shale gas developments is more significant than in conventional plays as large quantities of water are needed for hydraulic fracturing during initial completions and recompletions.  This water is later produced with the gas. COGCC data from 2011 indicates that about 4 barrels of water are produced per 100 MCF of gas from shale wells.  Assuming that

BLM_0045538

December 2012



produced water truck capacity is 100 bbl and that all water is hauled out, the number of water hauling trips (round trip) per unit of gas produced was estimated as follows:

$$No.\,of\,trips = \frac{\frac{4\,bbl\,water}{100\,MCF}}{\frac{100\,bbl\,water\,hauled}{trip}} = 0.0004\,trips/MCF$$

Exhaust emissions for water hauling fleet were estimated as shown in Equation 59:

$$E_{fleet,traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185} \qquad \text{Equation (59b)}$$

where:

$E_{fleet,traffic,\ i}$ is the hauling exhaust emissions for pollutant i per MCF gas produced [ton/MCF]
$EF_i$ is the average emission factor of pollutant i for heavy duty vehicles [g/mile]
$N_{trips}$ is the annual number of round trips per MCF of gas produced [trips/MCF].
N=0.0004
$D$ is the round trip distance [miles/trip]
$907185$ is the mass conversion [g/ton]

### 2.2.1.2.15.4    Project-Wide Annual Emissions from Water Hauling (Shale gas)

Annual emissions for the water hauling fleet were propagated with the annual shale gas production according to Equation 60:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{gas\,production} \qquad \text{Equation (60b)}$$

where:

$E_{fleet,TOTAL,\ i}$ are annual emissions of pollutant i from water hauling traffic [ton/yr]
$E_{fleet,traffic,\ i}$ is the emissions of pollutant i per MCF for the hauling fleet [ton/bbl]
$S_{bbl,condensate}$ is the scaling surrogate for the source category [MCF of gas produced per year]

### 2.2.1.2.16 Fugitive Dust Emissions from Condensate and Water Hauling Traffic

Road dust emission factors for heavy duty vehicles traveling on unpaved surfaces for condensate hauling were estimated with the same methodology as in Section 2.2.1.2.6 using Equations 26 and 27. Fugitive dust road emissions per barrel of condensate were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 27. This is shown in Equation 61.

$$E_{fleet,traffic,\ i} = \frac{EF_{mitigated} \times D \times N_{trips}}{2000} \qquad \text{Equation (61)}$$

where:

$E_{fleet,traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per barrel of condensate [ton/bbl]

BLM_0045539

December 2012                                                   ENVIRON

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]
$N_{trips}$ is the annual number of round trips per barrel of condensate hauled [trips/bbl]
$D$ is the round trip distance per hauling trip [miles/trip]
*2000* is the mass conversion [lb/ton]

### 2.2.1.2.16.1   Project-Wide Annual Emissions from Source Category
Annual fugitive dust emissions for condensate hauling were propagated with the annual condensate production according to Equation 62:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{bbl,condensate}$$

Equation (62)

where:

$E_{fleet,TOTAL,\ i}$ are annual fugitive dust emissions of pollutant i from condensate hauling traffic [ton/yr]
$E_{fleet,traffic,\ i}$ is the dust emissions of pollutant i per barrel for the hauling fleet [ton/bbl]
$S_{bbl,condensate}$ is the scaling surrogate for the source category [barrels of condensate produced per year]

### 2.2.1.2.16.2   Water hauling fugitive dust emissions for conventional oil and gas sources
As explained above, it was assumed project-wide fugitive dust emissions from water hauling traffic will be 32 times larger than project-wide fugitive dust emissions from condensate hauling.

### 2.2.1.2.16.3   Water hauling fugitive dust emissions for shale gas sources
Road dust emission factors for heavy duty vehicles traveling on unpaved surfaces for water hauling were estimated with the same methodology as in Section 2.2.1.2.6 using Equations 26 and 27.  Fugitive dust road emissions were calculated using the mitigated emissions factors ($EF_{mitigated}$) in pounds per mile from Equation 27.  First, emissions on a per unit of gas produced basis were estimated using Equation 59b, and the number of trips for water hauling (in shale developments) estimated in Section 2.2.1.2.15.  Secondly, project-wide emissions were propagated by multiplying the fugitive emissions from water hauling with the annual gas production from shale, as shown in Equation 60b.

### *2.2.1.2.17 Heaters*
This section describes the methodology for estimating emissions from tank heaters and separator heaters.  Heater emissions are a function of the properties of the local produced gas used as a fuel.  Emissions factors for external combustion of natural gas were obtained from EPA's AP-42 Section 1.4 Natural Gas Combustion. Emissions per well from tank heaters and separator heaters can be estimated individually using Equation 63.

$$E_{heater,i} = N_{heaters} \times \frac{EF_i \times Q_{heater} \times t_{annual}}{(HV_{local} \times 2000)}$$

Equation (63)

BLM_0045540

December 2012



where:

$E_{heater,i}$ is the per well emissions for pollutant from a given heater [ton/well-yr]
$EF_i$ is the heater emission factor for a given pollutant i [lb/MM SCF]
$Q_{heater}$ is the heater MMBTU/hr rating [MMBTU$_{rated}$/hr]
$HV_{local}$ is the local natural gas heating value [BTU$_{local}$/SCF]
$t_{annual}$ is the annual hours of operation [hr/yr]
$N_{heaters}$ is the number of heaters per well [1/well]. N=1

### 2.2.1.2.17.1   Project-Wide Annual Emissions from Source Category

Annual emissions for tank heaters and separator heaters are estimated with Equation 64 using the scaling surrogate active wells.

$$E_{heater,TOTAL,i} = E_{heater,i} \times W_{TOTAL}$$

Equation (64)

where:

$E_{heater,TOTAL}$ is the total emissions of pollutant i for a given heater type in the Project [ton/yr]
$E_{heater}$ is the per well annual emissions from a given heater type for pollutant i [ton/well-yr]
$W_{TOTAL}$ is the total number of wells for a particular year [wells]

### 2.2.1.2.18 Dehydrator Emissions

This section describes the methodology to estimate emissions from dehydrator still vents in conventional oil and gas developments. VOC emissions were obtained from the 2008 CDPHE APENS database from non-midstream dehydrators in GJFO Planning Area. $CH_4$ and $CO_2$ emissions are estimated based on gas composition ratios from a GRI-GlyCalc model run output for BLM-Grand Junction, and the vented gas composition, respectively. This is shown in Equations 65 and 66:

$$E_{dehy,CH4} = E_{dehy,VOC} \times \left[\frac{(RG+FT)_{CH4}}{(RG+FT)_{VOC}}\right]_{GlyCalc}$$

Equation (65)

$$E_{dehy,CO2} = E_{dehy,VOC} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}}$$

Equation (66)

where:

$E_{dehy,VOC}$ is the total annual dehydrator emissions from APENS database [tons/yr]
$E_{dehy,CH4}$ is the dehydrator $CH_4$ emissions [tons/yr]
$RG$ is the uncontrolled regenerator emissions for pollutant i [tons/yr] from the GRI-GlyCalc model run
$FT$ is the flash tank off gas emissions for pollutant i [tons/yr] from the GRI-GlyCalc model run
$E_{dehy,CO2}$ is the dehydrator $CO_2$ emissions [tons/yr]
Weight fractions of each pollutant in vented gas composition

38

BLM_0045541

December 2012                                                ENVIRON

#### 2.2.1.2.18.1   Project-Wide Annual Emissions from Dehydrators (Conventional)

Dehydrator venting emissions are scaled to project-wide emissions by multiplying APENS-database-derived total emissions by the ratio of the annual gas production for the year for which emissions are to be estimated to the 2008 annual gas production for the base year APENS data.

$$E_{dehyTOTAL,i,j} = E_{dehy,i,j} \times \frac{S_{gas\ production,j}}{S_{gas\ production,2008}}$$   Equation (67)

where:

$E_{dehy,TOTAL,i}$ are the total project-wide emissions from dehydrators for pollutant i in year j [tons/yr]

$E_{dehy,i,j}$ is the dehydrator emissions from APENS database for pollutant i in base year 2008 [tons/yr]

$S_{gas\ production}$ is the annual gas production in year j [MCF/yr]

#### 2.2.1.2.18.2   Dehydrators emissions in Shale gas developments

Dehydrator emissions were estimated based on the emissions from this source in conventional gas developments. First, 2008 emissions for VOC, $CH_4$ and $CO_2$ estimated based on the APENS database and with Equations 65-66 were divided by the 2008 annual gas production (source COGCC database) to arrive at emissions per unit of gas production (conventional sources), tons/MCF. To adjust emissions of each pollutant to shale gas developments, the gas composition component weight fractions were used as shown in the equation below:

$$Emissions_{shale,dehy}\ [\tfrac{tons}{mcf}] = Emissions_{conv,dehy} \times \frac{weight\ fraction_{shale}}{weight\ fraction_{conventional}}$$

These emissions on a per unit of gas basis were propagated to Project-wide emissions by multiplying with the annual gas production for a particular year.

#### 2.2.1.2.19 Well Completion Flaring

This section describes the methodology for estimating flaring emissions from completion venting as described in Equation 68. It was assumed the efficiency of the flare was 95 percent.

$$E_{flare,completion} = \left( \frac{EF_i \times Q_{completion} \times F_{flared} \times HV}{1000} \right) \Big/ 2000$$   Equation (68)

where:

$E_{flare,completion}$ is the project-wide flaring emissions of pollutant i for well completions [ton/event]

$EF_i$ is the flaring emissions factor for pollutant i [lb/MMBtu]

$Q_{completion}$ is the volume of gas generated per completion [MCF/event]

$HV$ is the local heating value of the gas [BTU/SCF]

---

BLM_0045542

December 2012



$F_{flared}$ is the fraction of well completions with flares

### 2.2.1.2.19.1   Extrapolation to Project-Wide Annual Emissions

Annual project-wide flaring emissions for well completions are scaled-up using the total number of spuds per year as shown in Equation 69:

$$E_{heater,TOTAL,i} = E_{heater,i} \times S_{TOTAL}$$

Equation (69)

where:

$E_{heater,TOTAL}$ is the annual emissions from well completion flaring for pollutant i [ [ton/yr]
$E_{heater}$ is the emissions from well completion flaring for pollutant i per event [ton/event]
$S_{TOTAL}$ is the total number of spuds for a particular year [spuds]. The number of well completions is assumed equal to the spuds count for the year.

### 2.2.1.2.20 Other Flaring

This section describes flaring emissions for source categories that potentially could be 100% controlled by flare under certain scenarios.  This applies to dehydrator vents, condensate tanks flashing, and pneumatic pumps. VOC vented emissions (in tons) are converted to volume using Equation 70 and the VOC fraction of the gas.

$$V_{flared,source} = \frac{E_{voc,\ source}}{f_{voc}} \times \frac{R \times T \times 3.5 \times 10^{-5} \times}{MW_{gas} \times P} \times F_{flared} \times 907.185$$

Equation (70)

where

$V_{flared,source}$ is the flaring volume from a venting source in units of: [MMSCF/well-yr] for pneumatic pumps.   [MMSCF/yr] for condensate tanks, and [MMSCF/yr] for dehydrator vents
$E_{VOC,source}$ is the VOC mass emissions from a venting source: [tons/well-yr] for pneumatic pumps.   [tons/yr] for condensate tanks, and [tons/yr] for dehydrator vents
$P$ is atmospheric pressure [1 atm]
$R$ is the universal gas constant [0.082 L-atm/mol-K]
$MW_{gas}$ is the molecular weight of the gas [g/mol]
$T$ is the atmospheric temperature [298 K]
$f_{voc}$ is the mass fraction of VOCs in the vented gas
$F_{flared}$ is the fraction of the gas that is flared. Assumed 100%

The mass VOC emissions used in Equation 70 are obtained through emission estimates described in the preceding sections for dehydrators, condensate tanks, and pneumatic pumps.

### 2.2.1.2.21 Midstream sources

### 2.2.1.2.21.1   Conventional and Coalbed Methane Sources

GJFO Planning Area emissions from midstream sources were obtained from the CDPHE APENS database used in the 2008 WestJumpAQMS Piceance Basin Inventory.

BLM_0045543

December 2012 

Midstream sources emissions were designated as BLM or non-BLM sources based on facility land ownership and were divided into the following categories based on SCC designation:

- Compressor Engines
- Glycol Dehydrator
- Natural Gas Processing Facilities, Gas Sweeting: Amine Process
- Natural Gas Production, Gas Sweetening: Amine Process
- Permitted Fugitives
- Process Heaters
- Tank Losses
- Natural Gas Processing Facilities, Flanges and Connections
- Natural Gas Processing Facilities, Process Valves
- Natural Gas Production, All Equipment Leak Fugitives
- Natural Gas Production, Flares
- Oil Production, Processing Operations: Not Classified

Annual 2008 emissions were available for pollutants VOCs, CO, $NO_X$, $PM_{10}$ and $SO_2$ in tons per year. Emissions for $CH_4$ and $CO_2$ were calculated using the vented gas speciation according to Equations 71 and 72 for the following sources.

- Glycol Dehydrator
- Natural Gas Processing Facilities, Gas Sweeting: Amine Process
- Natural Gas Production, Gas Sweetening: Amine Process
- Permitted Fugitives
- Tank Losses
- Natural Gas Processing Facilities, Flanges and Connections
- Natural Gas Processing Facilities, Process Valves
- Natural Gas Production, All Equipment Leak Fugitives
- Oil Production, Processing Operations: Not Classified

$$E_{source,CH4} = E_{tanks,VOC} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}} \qquad \text{Equation (71)}$$

$$E_{sourceCO2} = E_{tanks,VOC} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}} \qquad \text{Equation (72)}$$

where:
$E_{source,VOC}$ is the total annual emissions from APENS database *a source* [tons/yr]
$E_{source,CO2}$ is the total $CO_2$ emissions from *a source* [tons/yr]
$E_{source,CH4}$ is the total $CH_4$ emissions from *a source* [tons/yr]
*Weight fractions* of each pollutant in the vented gas

BLM_0045544

December 2012 

For combustion sources such as compressor engines, process heaters and flares, emissions for $CH_4$, $N_2O$ and $CO_2$ were estimated using the ratios of each greenhouse gas to VOC of emissions factors from AP-42.

Emissions in future years were estimated by multiplying 2008 emissions by the ratio of gas production in a given future year to gas production in 2008.

### 2.2.1.2.21.2    Shale Gas

Midstream emissions for shale gas wells were estimated based on the assumption of compression requirements per unit of gas produced of 120 hp/MMSCFd and 60 hp/MMSCFd for gathering and treating compression respectively.  Midstream compressor engine emission rates were applied to the horsepower estimates from applicable CDPHE and NSPS standards for $NO_x$, VOC, and CO, and from AP-42 estimates for other pollutants.

Midstream emissions of $NO_x$, VOC, CO, $PM_{10}$, $PM_{2.5}$, and $SO_2$ from sources other than compressor engines were estimated based on 2008 APENS conventional and coalbed methane well emissions.  The 2008 APENS midstream emissions that were not compressor engines were divided by 2008 annual gas production to obtain non-compressor engine midstream emissions on a per unit of gas production basis.  The midstream emissions on a per unit of gas production basis were then multiplied by the shale gas production estimates to obtain Planning Area-wide midstream emissions from shale gas sources.  GHG emissions for all midstream sources except compressor engines were then estimated based on shale gas composition or AP-42 emission rates similar to conventional midstream sources as as described above.

## 2.2.2   Non-Oil and Gas Sources

The methodologies implemented to estimate base year and future year emissions by alternative from non-oil and gas sources are explained in this section.  More detailed assumptions, emission factors, and emission estimates by source category are described in Appendices C.

### 2.2.2.1   Coal Mining

Annual emissions from coal mining were estimated according to the number of mines constructed and/or producing in a given year combined with estimates of per mine total construction and production emissions.  Per mine emission estimates were taken from the Red Cliff Mine EIS document (BLM, 2009).  The number of coal mines in construction and in production per year is shown in Table 2-14.

### 2.2.2.2   Uranium Mining

Annual emissions from uranium mining were estimated according to the number of mines constructed and/or producing in a given year combined with estimates of emissions per mine from discrete emission producing activities: wind erosion, fugitive dust, heavy equipment, and on-road vehicles.  Activity inputs such as the equipment and vehicle operations, tons of material processed, and disturbed area were taken primarily from the Whirlwind Mine EA (BLM, 2008).  The number of uranium mines in operation is shown in Table 2-15.

42

BLM_0045545

December 2012



**Table 2-14 Coal mine construction and production schedule.**

| Year | No. Mines Constructed | | No. Mines In Production | |
|---|---|---|---|---|
| | Alt. A & D | Alt. B & C | Alt. A & D | Alt. B & C |
| 2008 - 2013 | - | - | - | - |
| 2014 | 1 | 1 | - | - |
| 2015 | - | - | 1 | 1 |
| 2016 | 1 | - | 1 | 1 |
| 2017 | - | - | 2 | 1 |
| 2018 | 1 | - | 2 | 1 |
| 2019 | - | - | 3 | 1 |
| 2020 | 1 | - | 3 | 1 |
| 2021 - 2030 | - | - | 4 | 1 |

**Table 2-15 Schedule of uranium mines in production.**

| Year | Uranium Mining Facilities, All Alternatives |
|---|---|
| 2008-2012 | 0 |
| 2013 | 1 |
| 2014 | 3 |
| 2015 | 5 |
| 2016 | 7 |
| 2017 | 9 |
| 2018 | 10 |
| 2019 | 11 |
| 2020 | 12 |
| 2021 | 13 |
| 2022 | 14 |
| 2023 | 15 |
| 2024 | 16 |
| 2025 | 17 |
| 2026 | 18 |
| 2027 | 19 |
| 2028 | 20 |
| 2029 | 20 |
| 2030 | 20 |

### 2.2.2.2.1  Wind Erosion

Wind erosion dust emissions were estimated based on AP-42 guidance for the estimation of emissions from industrial wind erosion (USEPA, 2006b) based on Equation 73:

---

43

December 2012 

$$E_{dust,i} = \frac{k \times P \times M \times N}{907,185}$$ Equation (73)

where:

$E_{dust,\,i}$ are dust emissions for pollutant i from construction wind erosion [ton/mine]

$k$ is the particle size multiplies [0.5 for PM10 and 0.075 from PM2.5]

$P$ is the erosion potential [g/m$^2$]

$M$ is the number of disturbed acres [m$^2$/pad]

$N$ is the number of disturbances

$907,185$ is a mass unit conversion [g/ton]

The erosions potential is a function of the wind friction velocity, as shown in Equation 74 and 75:

$$P = 58 \times (u* - u_t)^2 + 25(u* - u_t)$$ Equation (74)

where:

$u*$ is the friction velocity (m/s)

$u_t$ is the threshold friction velocity (m/s)

$$P = 0 \qquad for \qquad (u* \leq u_t)$$ Equation (75)

Friction velocity estimates (u*) were made by multiplying the average annual fastest wind speed from Grand Junction, Colorado from 1947 to 1979 by 0.053 per AP-42 guidance (USEPA, 2006b).

### 2.2.2.2.2  Fugitive Dust

Fugitive dust emissions from ventilation and surface facilities were taken from Whirlwind Mine EA (BLM, 2008) permit not-to-exceed values.

### 2.2.2.2.3  Heavy Equipment

This category refers to emissions associated with off-road equipment used in uranium mining. The EPA NONROAD2008a model (USEPA, 2009b) was used to compile emission factors for each equipment type included in surveys.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on per piece of equipment were estimated according to Equation 76:

$$E_{engine,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185}$$ Equation (76)

where:

$E_{engine}$ are emissions of pollutant i [ton/equipment]

$EF_i$ is the emissions factor of pollutant i [g/hp-hr]

$HP$ is the horsepower [hp]

44

December 2012 

*LF* is the load factor
$t_{event}$ is the number of hours the engine is used  [hr/pad]
*907,185* is the mass unit conversion [g/ton]

#### 2.2.2.2.4  On-road Vehicles - Exhaust

This category refers to the exhaust and road dust emissions from light-duty and heavy-duty vehicle traffic used in uranium mining.

Emission factors were developed using the MOVES2010a model (USEPA, 2010). The emission factors were prepared for two vehicle classes, Semi-Trucks (Heavy Duty) and Pick-up Trucks (Light Duty), and represent annual average per-mile emissions in 2008 for Mesa County, Colorado.  MOVES2010a emissions factors were modeled to include exhaust running, idle and start, brake wear, and tire wear, and evaporative processes.  The $N_2O$ emission factor was obtained from 2012 Climate Registry Default Emission Factors (TCR, 2012). Emissions were calculated using the MOVES2010a emission factors on a grams per mile basis, as shown in Equation 77.

$$E_{traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$ 

Equation (77)

where:

$E_{traffic,\ i}$ is traffic exhaust emissions for pollutant i per well pad  [ton/pad]
$EF_i$ is the average emission factor of pollutant i [g/mile]. For exhaust emissions, $EF_i$ = MOVES emission factors.
$N_{trips}$ is the annual number of round trips per activity [trips/pad]
*D* is the round trip distance [miles/trip]
*907185* is the mass conversion [g/ton]

#### 2.2.2.2.5  On-road Vehicles - Road Dust

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance Section 13.2.2.1 Unpaved Roads (USEPA, 2006a).  Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 78.

$$EF_i = k \left(\frac{s}{12}\right)^a \left(\frac{W}{3}\right)^b$$ 

Equation (78)

where:

*EF* is the size-specific particulate emissions factor for pollutant i (lb/mile)
*s* is the surface material silt content (%)
*W* is the mean vehicle weight (tons)
*k, a, b* are empirical constants according to Table 2-9

BLM_0045548

December 2012 

Because the emissions factor is a function of vehicle weight, individual emissions factor for heavy duty vehicles and light duty vehicles were derived with Equation 78.  To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 79 was applied:

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100}$$

Equation (79)

where:

$EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]

$EF_i$ is the size-specific emission factor [lb/mile]

$P$ is number of precipitation days (>0.01" rainfall) at the site (Precipitation days at Grand Junction Walker, CO; from Western Regional Climate Center. Mean data 1990-2010)

$CE$ is the control efficiency for watering in unpaved roads

Fugitive dust road emissions were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 79, along with the vehicle miles traveled for each vehicle group as shown in Equation 80.

$$E_{traffic,\ i} = \frac{EF_{mitigated} \times N_{trips} \times D}{2000}$$

Equation (80)

where:

$E_{traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per event  [ton]

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

$N_{trips}$ is the annual number of round trips per activity [trips]

$D$ is the round trip distance [miles/trip]

2000 is the mass conversion [lb/ton]

### 2.2.2.3   Sand and Gravel

Annual emissions from sand and gravel extraction were estimated based on the data provided by BLM GJFO personnel on the quantity of sand and gravel material extracted, equipment operation, and vehicle use for sand and gravel extraction.

Wind erosion, heavy equipment, and on-road vehicle exhaust and road dust emissions were estimated with sand and gravel activity using the similar methodology to uranium mining as described above.

#### 2.2.2.3.1   Extraction and Processing Fugitive Dust

Fugitive dust emissions associated with sand and gravel extraction were estimated based on AP-42 methodology.  Extraction emissions were estimated using AP-42, Chapter 11.9 methodology and include estimates of emissions from the following processes: scraping, removal of overburden, grading, scraper unloading, batch drop, and truck loading.  AP-42

BLM_0045549

December 2012



methodology for estimating emissions from rock crushing (Chapter 11.19) and concrete batching (11.12) were used to estimate processing emissions for the following processes: tertiary crushing, fines crushing, screening, fines screening, conveyor transfer point, truck drop unloading, and batch plant crushed rock transfer.  For all processes except removal of overburden, grading, and batch drop, AP-42 particulate matter emission rates were applied directly to GJFO sand and gravel activity.  For removal of overburden, grading, and batch drop standard AP-42 equations were used to estimate particulate matter emissions.

### 2.2.2.4   <u>Vegetation – Prescribed Fire and Mechanical Treatment</u>

Annual emissions from prescribed fires and mechanical treatments were estimated based on the data provided by BLM GJFO personnel on the heavy equipment operation and vehicle use during prescribed fires and mechanical treatments as well as recent estimates of prescribed fire acreage burned.  Future estimates of prescribed fire and mechanical treatment activity for Alternatives A and B were assumed to remain at average 2007 to 2011 levels.  Prescribed fire activity was assumed to increase from average 2007 to 2011 levels by 20% for Alternative C and decrease by 25% for Alternative D.  Mechanical treatment activity was assumed to decrease average 2007 to 2011 levels by 20% for Alternative C and increase by 25% for Alternative D.

Heavy equipment and on-road vehicle exhaust emissions were estimated with prescribed fire and mechanical treatment activity using the similar methodology to uranium mining as described above.

#### *2.2.2.4.1  SMOKE*

SMOKE emissions from prescribed fires were estimated by applying the annual estimate of acreage burned to a tons/acre burned emission factor.  The tons/acre burned emission factor was derived estimated based on average emission rates from prescribed fires in the Western Governor's Association/Western Regional Air Partnership 2002 Fire Emission Inventory (WRAP, 2005).

#### *2.2.2.4.2  Fugitive Dust from Heavy Equipment*

Fugitive dust emissions from heavy equipment were estimated based on AP-42 Chapter 13 Section 13.2.3 guidance for estimating emissions from Heavy Construction Operations (USEPA, 1995).  A construction fugitive dust emission factor for total suspended particles (TSP) is available in the AP-42 guidance (1.2 tons-TSP/acre/month of activity).

Total suspended particle emissions from wellpad construction equipment on a per wellpad basis are estimated based on Equation 81:

$$E_{equip.dust,TSP} = EF \times A \times t \times \frac{(1-C)}{30} \qquad \text{Equation (81)}$$

where:

$E_{equip,dust,TSP}$ is the TSP emissions from construction equipment fugitive dust [tons]
$A$ is the average number of acres disturbed annually [acres]
$t$ is the number of days to completion [days]

BLM_0045550

December 2012



$C$ is the control efficiency for watering
$30$ is the conversion factor for days/month

Conversion factors for TSP to particulate matter $PM_{10}$ (EPA, 2006b) and from $PM_{10}$ to $PM_{2.5}$ (Midwest Research Institute, 2006) were used to estimate other fugitive dust pollutant emissions ($PM_{10}$ and $PM_{2.5}$).

### 2.2.2.4.3   On-road Vehicle Road Dust

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance Section 13.2.2.1 Unpaved Roads (USEPA, 2006a).  Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 82.

$$EF_i = \frac{k\left(\frac{s}{12}\right)^a\left(\frac{S}{30}\right)^b}{\left(\frac{M}{0.5}\right)^c} - C \qquad\qquad \text{Equation (82)}$$

where:

$EF$ is the size-specific particulate emissions factor for pollutant i (lb/mile)
$s$ is the surface material silt content (%)
$S$ is the mean vehicle speed (mi/hr)
$M$ is the surface material moisture content (%)
$k, a, b$ are empirical constants
$C$ is the emission factor for 1980's  vehicle fleet exhaust, brake wear, and tire wear (lb/VMT)

To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 83 was applied:

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100} \qquad\qquad \text{Equation (83)}$$

where:

$EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]
$EF_i$ is the size-specific emission factor [lb/mile]
$P$ is number of precipitation days (>0.01" rainfall) at the site (Precipitation days at Grand Junction Walker, CO; from Western Regional Climate Center. Mean data 1990-2010)
$CE$ is the control efficiency for watering in unpaved roads

Fugitive dust road emissions were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 13, along with the vehicle miles traveled for each vehicle group as shown in Equation 84:

---

BLM_0045551



$$E_{traffic,\ i} = \frac{EF_{mitigated} \times N_{trips} \times D}{2000}$$

Equation (84)

where:

$E_{traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per event [ton]
$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]
$N_{trips}$ is the annual number of round trips per activity [trips]
$D$ is the round trip distance [miles/trip]
$2000$ is the mass conversion [lb/ton]

## 2.2.2.5   Comprehensive Travel and Transportation Management

Annual emissions from Travel and Transportation Management were estimated for off-road recreational vehicles based on annual VMT data which were estimated based on traffic counter data provided by BLM GJFO personnel; BLM GJFO personnel also provided estimates of activity for heavy equipment used in road maintenance operations.

Heavy equipment emissions were estimated with Travel and Transportation Management activity using the similar methodology to uranium mining as described above.  Recreational vehicle road dust emissions were estimated using methodology similar to road dust from Prescribed Fire and Mechanical Treatment activities.

### 2.2.2.5.1   Recreational Vehicles

This category refers to emissions associated with off-road motorcycles and all-terrain vehicles (ATVs).  The EPA NONROAD2008a model (USEPA, 2009b) was used to estimate emission rates on a grams per mile basis for motorcycle and ATV use within the GJFO Planning Area.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions were estimated according to Equation 85:

$$E_{vehicle\ type,i} = \frac{EF_i \times M}{907,185}$$

Equation (85)

where:

$E_{vehicle\ type}$ are emissions of pollutant $i$ for motorcycles or ATVs [ton]
$EF_i$ is the emissions factor of pollutant $i$ [g/mi]
$M$ is the number of miles travelled annually by motorcycles or ATVs [mi]
$907,185$ is the mass unit conversion [g/ton]

## 2.2.2.6   Livestock Grazing

Annual emissions from livestock grazing and associated activities were estimated based on the data provided by BLM GJFO personnel on the number of animals in the GJFO Planning Area for the base year and for the future year for each alternative as well as information about the annual frequency, type, and duration of livestock associated construction projects.

BLM_0045552

December 2012



Wind erosion, heavy equipment, and on-road vehicle exhaust emissions were estimated with livestock grazing associated activity using the similar methodology to uranium mining as described above.  Road dust emissions were estimated using methodology similar to road dust from Prescribed Fire and Mechanical Treatment described above.

### 2.2.2.6.1  Enteric Fermentation

Enteric fermentation emissions were estimated by applying the IPCC (2006) $CH_4$ emission rate per animal to the number of animals in the GJFO Planning Area.

### 2.2.2.7   Lands and Realty – Rights-of-Way

Annual emissions from land and realty – right-of-way activities were estimated based on the data provided by BLM GJFO personnel on the annual frequency and type of projects.

Wind erosion, heavy equipment, and on-road vehicle exhaust emissions were estimated with land and realty – right-of-way activity using the similar methodology to uranium mining as described above.  Road dust emissions were estimated using methodology similar to road dust from Prescribed Fire and Mechanical Treatment described above.

BLM_0045553

December 2012



## 3.0 EMISSION INVENTORY RESULTS

In this section, we present emissions plots and tables summarizing the GJFO Planning Area emissions.  For more detailed emissions results, see Appendices A, B, and C which show detailed emission estimates.

### 3.1   BLM Action Emissions

Table 3-1 shows BLM action total emissions across all source categories for the base year and for each alternative for year 10 and year 20.  Notably, in both year 10 and year 20, Alternative C has the lowest emissions while Alternative D has the highest emissions across all pollutants.  A comparison of emissions from Alternative A and B indicates that $PM_{10}$ and $CH_4$ emissions are lower in Alternative B relative to Alternative A, but for all other pollutants are higher in Alternative A relative to Alternative B.  Note that in Table 3-1 we are using the standard convention of reporting criteria pollutant emissions using short tones (tons) but GHG emissions are reported using long (metric) tonnes.

**Table 3-1.  Estimated annual emissions summary BLM actions within the Grand Junction Field Office planning area.**

| Scenario | Emissions (tons per year) | | | | | | | Emissions (1000 tonnes per year) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | VOC | CO | $NO_X$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | HAPs | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ |
| Base Year | 1,102 | 1,992 | 1,536 | 2,047 | 289 | 66 | 104 | 352 | 8 | 0.01 | 530 |
| Year 10 | | | | | | | | | | | |
| Alternative A | 1,054 | 1,835 | 1,513 | 2,790 | 485 | 55 | 99 | 284 | 103 | 0.01 | 2,459 |
| Alternative B | 1,627 | 2,655 | 2,185 | 2,450 | 471 | 89 | 162 | 430 | 87 | 0.01 | 2,270 |
| Alternative C | 930 | 1,665 | 1,350 | 2,121 | 399 | 55 | 83 | 275 | 84 | 0.01 | 2,042 |
| Alternative D | 5,130 | 7,811 | 6,516 | 3,448 | 769 | 283 | 548 | 1286 | 125 | 0.02 | 3,918 |
| Year 20, | | | | | | | | | | | |
| Alternative A | 934 | 1,811 | 1,608 | 3,705 | 695 | 49 | 98 | 231 | 140 | 0.01 | 3,181 |
| Alternative B | 1,709 | 2,808 | 2,195 | 3,028 | 649 | 112 | 179 | 457 | 88 | 0.01 | 2,312 |
| Alternative C | 728 | 1,518 | 1,319 | 2,686 | 576 | 48 | 73 | 219 | 82 | 0.01 | 1,950 |
| Alternative D | 6,783 | 9,631 | 6,723 | 4,469 | 1,001 | 472 | 709 | 1761 | 178 | 0.03 | 5,498 |

Figures 3-1, 3-2, and 3-3 show BLM action emissions by aggregate source for the base year and for each alternative in year 10 and year 20.  The majority of emissions in the base year across all pollutants are from oil and gas activities.  In year 10 and year 20, Alternative D $NO_X$ and VOC emissions are dominated by oil and gas minerals while both oil and gas and non-oil and gas minerals are major contributors to Alternative D $CO_2e$ emissions.  In year 10 and year 20 for Alternatives A, B, and C oil and gas and non-oil and gas minerals are the highest contributors to $NO_X$ emissions.  Notably, non-oil and gas mineral contributions to VOC emissions are small.  In year 10 and year 20, across all alternatives, non-oil and gas minerals are the largest source of emissions $CO_2e$ emissions.

BLM_0045554

December 2012





**Figure 3-1. BLM action NO$_X$ emissions by alternative and source.**



**Figure 3-2. BLM action VOC emissions by alternative and source.**

BLM_0045555

December 2012





**Figure 3-3.  BLM action CO$_2$e emissions by alternative and source.**

## 3.2   Cumulative Emission Calculations and Emission Summary

Cumulative emissions incorporate all BLM action emissions as well as additional oil and gas development not subject to direct BLM control.  Table 3-2 shows cumulative action emissions for the base year and for each alternative for year 10 and year 20.  Similar to BLM action emissions, in both year 10 and year 20, Alternative C has the lowest emissions while Alternative D has the highest emissions across all pollutants.  A comparison of emissions from Alternative A and B indicates shows PM$_{10}$ and CH$_4$ emissions are lower in Alternative B relative to Alternative A, but for other pollutants are higher in Alternative A relative to Alternative B.

53

December 2012    

**Table 3-2.  Estimated annual emissions summary cumulative actions within the Grand Junction Field Office planning area.**

| Scenario | Emissions (tons per year) | | | | | | | Emissions (1000 tonnes per year) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | VOC | CO | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | HAPs | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ |
| Base Year | 3,874 | 7,052 | 8,965 | 2,854 | 582 | 300 | 371 | 1375 | 22 | 0.02 | 1,850 |
| Year 10 | | | | | | | | | | | |
| Alternative A | 3,767 | 5,144 | 4,434 | 3,084 | 623 | 199 | 347 | 958 | 118 | 0.02 | 3,451 |
| Alternative B | 4,199 | 5,963 | 5,106 | 2,744 | 610 | 234 | 397 | 1104 | 102 | 0.02 | 3,260 |
| Alternative C | 3,369 | 4,897 | 3,875 | 2,359 | 511 | 199 | 305 | 947 | 99 | 0.02 | 3,028 |
| Alternative D | 13,443 | 17,949 | 14,446 | 4,385 | 1,212 | 661 | 1,432 | 3169 | 169 | 0.04 | 6,726 |
| Year 20 | | | | | | | | | | | |
| Alternative A | 3,794 | 5,133 | 4,336 | 4,028 | 844 | 226 | 362 | 930 | 157 | 0.02 | 4,236 |
| Alternative B | 4,361 | 6,129 | 4,551 | 3,316 | 775 | 289 | 423 | 1156 | 105 | 0.02 | 3,363 |
| Alternative C | 3,227 | 4,686 | 3,218 | 2,947 | 696 | 225 | 302 | 915 | 99 | 0.02 | 2,995 |
| Alternative D | 17,927 | 22,322 | 14,586 | 5,542 | 1,483 | 1,070 | 1,852 | 4408 | 242 | 0.06 | 9,509 |

Figures 3-4, 3-5, and 3-6 show cumulative action emissions by source for the base year and each alternative in year 10 and year 20.  Similar to BLM action emissions, the majority of emissions in the base year across all pollutants are from oil and gas activities.  In year 10 and year 20, Alternative D $NO_x$ and VOC emissions are dominated by oil and gas minerals while both oil and gas and non-oil and gas minerals contribute to Alternative D $CO_2e$ emissions.  In year 10 and year 20, across all alternatives, non-oil and gas minerals are the largest source of emissions $CO_2e$ emissions.



**Figure 3-4.  Cumulative action $NO_X$ emissions by alternative and source.**

BLM_0045557

December 2012





**Figure 3-5.  BLM action VOC emissions by alternative and source.**



**Figure 3-6.  BLM action CO$_2$e emissions by alternative and source.**

55

December 2012 

# 4.0 REFERENCES

API. 2009. American Petroleum Institute. "API Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and." August 2009.

BLM. 2008. Bureau of Land Management. " The Decision Record, Finding of No Significant Impact, and Final Environmental Assessment for the Whirlwind Mine Uranium Mining Project " September 2008.

BLM. 2009. Bureau of Land Management. "Draft Environmental Impact Statement -Proposed Red Cliff Mine Project and Federal Coal Lease by Application." January 2009.

BLM. 2010a. Bureau of Land Management. "Mineral Potential Report for the Grand Junction Resource Area, Grand Junction Field Office." March 2010.

BLM. 2010b. Bureau of Land Management. "Reasonable Foreseeable Development Scenario for Oil and Gas, Grand Junction Field Office, Colorado." March 2010.

BLM. 2012. Bureau of Land Management. " Environmental Assessment for CAM-Colorado LLC Federal Coal Lease C-0125439 Modification." April 2012.

CDPHE. 2011. Colorado Department of Public Health. Oil and Gas Exploration and Production Regulation No.7 Requirements: An Overview of Air Quality Regulations. December 2011.

ENVIRON. 2009. ENVIRON International Corporation. "Final Report Development of 2012 Oil and Gas Emissions Projections for the Piceance Basin." January 2009.

IPCC. 2006. Intergovernmental Panel on Climate Change. " 2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 4 Agriculture, Forestry, and Other Land Use." 2006.

IPCC. 2007. Intergovernmental Panel on Climate Change. "Fourth Assessment Report: Climate Change 2007."

TCR. 2012. The Climate Registry. 2012 Climate Registry Default Emission Factors. January 2012

USEPA. 1995a. U.S. Environmental Protection Agency. "AP-42, Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources, Fifth Edition." U.S. EPA Office of Air Quality Planning and Standards, January 1995 with Supplements.

USEPA. 2006a. U.S. Environmental Protection Agency. "AP-42, Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources, Fifth Edition: Chapter 13.2.2 Unpaved Roads" U.S. EPA Office of Air Quality Planning and Standards, November 2006.

USEPA. 2006b. U.S. Environmental Protection Agency. "Compilation of Air Pollutant Emission Factors: AP-42, Fifth Edition, Volume I: Stationary Point and Area Sources: Chapter 13.2.5 Industrial Wind Erosion" U.S. EPA Office of Air Quality Planning and Standards, November 2006.

USEPA. 2009b. U.S. Environmental Protection Agency, Office of Transportation and Air Quality. NONROAD2008a. 06 July 2009. <http://www.epa.gov/otaq/nonrdmdl.htm>.

BLM_0045559

December 2012



USEPA.  2010.  U.S. Environmental Protection Agency, Office of Transportation and Air Quality. MOVES 2010a. August 2010. < http://www.epa.gov/otaq/models/moves/index.htm >.

WRAP.  2005. Western Governors' Association - Western Regional Air Partnership. "2002 Fire Emission Inventory For the WRAP Region - Phase II." July 2005.

BLM_0045560

December 2012



# APPENDIX A

## Conventional and Coalbed Methane Oil and Gas Emission Inventory

BLM_0045561

December 2012     **Appendix A** 

## Development by Alternative

| Development Scenario | | | | |
|---|---|---|---|---|
| **Description** | **Alternative A** | **Alternative B** | **Alternative C** | **Alternative D** |
| BLM Wells - Short Term Development | 56 | 196 | 56 | 916 |
| BLM Wells - Long Term Development | 110 | 390 | 110 | 1,831 |
| Cumulative Wells - Short Term Development | 372 | 512 | 372 | 2,752 |
| Cumulative Wells - Long Term Development | 742 | 1,022 | 742 | 5,502 |
| BLM Well Pads - Short Term Development | 16 | 58 | 16 | 269 |
| BLM Well Pads - Long Term Development | 32 | 115 | 32 | 539 |
| Cumulative Well Pads - Short Term Development | 109 | 151 | 109 | 809 |
| Cumulative Well Pads - Long Term Development | 218 | 301 | 218 | 1,618 |
| BLM Typical Wells Per Pad | 3.4 | 3.4 | 3.4 | 3.4 |
| Cumulative Typical Wells Per Pad | 3.4 | 3.4 | 3.4 | 3.4 |
| BLM Maximum Wells Constructed in Single Year | 6 | 20 | 6 | 92 |
| Cumulative Maximum Wells Constructed in Single Year | 37 | 51 | 37 | 275 |
| Well Production Decline Curve Estimate | WRAP Phase III Piceance Rullison Type Curve | | | |
| 20-year Average Production Per Well (MMSCFd) | 211 | | | |
| Maximum Average Annual No. Drill Rigs -- GJFO area-wide | 2 | 2 | 2 | 13 |
| BLM Maximum Gas Production (MMscf) | 28,799 | 85,744 | 28,799 | 396,280 |
| Cumulative Maximum Gas Production (MMscfd) | 174,922 | 234,588 | 174,922 | 1,203,317 |
| **Field Compression** | | | | |
| **Description** | **Alternative A** | **Alternative B** | **Alternative C** | **Alternative D** |
| Assumed Throughput per Added Compressor Station (mmscfd) | 50,000 | 50,000 | 50,000 | 50,000 |
| BLM Number of Field Compressor Stations | 7 | 8 | 7 | 14 |
| Cumulative Number of Field Compressor Stations | 28 | 29 | 28 | 49 |

## Activity Description

| | BLM | | Cumulative | |
|---|---|---|---|---|
| **Description** | **2018** | **2028** | **2018** | **2028** |
| **Alternative A** | | | | |
| Wells Constructed | 6 | 5 | 37 | 37 |
| Drill Rigs Operating | 1 | 1 | 2 | 2 |
| Active Wells | 432 | 171 | 1,532 | 1,202 |
| Operating Compressor Stations | 1 | 1 | 4 | 4 |
| **Alternative B** | | | | |
| Wells Constructed | 20 | 19 | 51 | 51 |
| Drill Rigs Operating | 1 | 1 | 3 | 3 |
| Active Wells | 572 | 451 | 1,672 | 1,482 |
| Operating Compressor Stations | 2 | 2 | 5 | 5 |
| **Alternative C** | | | | |
| Wells Constructed | 6 | 5 | 37 | 37 |
| Drill Rigs Operating | 1 | 1 | 2 | 2 |
| Active Wells | 432 | 171 | 1,532 | 1,202 |
| Operating Compressor Stations | 1 | 1 | 4 | 4 |
| **Alternative D** | | | | |
| Wells Constructed | 92 | 92 | 275 | 275 |
| Drill Rigs Operating | 5 | 5 | 13 | 13 |
| Active Wells | 1,292 | 1,892 | 3,912 | 5,982 |
| Operating Compressor Stations | 6 | 8 | 19 | 24 |

BLM_0045562

　Appendix A　

## Control Efficiency by Alternative

| Emission Controls - Control Percentages | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | | | Alternative A | Alternative B | Alternative C | Alternative D |
| Dust Control | PM10, PM2.5 | short-term | 50% | 50% | 50% | 80% |
| | | long-term | 50% | 50% | 80% | 80% |
| Drill Rigs (control from basline to higher Tier engine) | NOx, PM | short-term | 0% (NOx) 0% (PM) 0% (VOC) | 0% (NOx) 0% (PM) 0% (VOC) | -42% (NOx) -80% (PM) -41% (VOC) | 0% (NOx) 0% (PM) 0% (VOC) |
| | | long-term | 0% (NOx) 0% (PM) 0% (VOC) | -42% (NOx) -80% (PM) -41% (VOC) | -89% (NOx) -85% (PM) -41% (VOC) | -42% (NOx) -80% (PM) -41% (VOC) |
| Completion Equipment (control from basline to higher Tier engine) | NOx, PM | short-term | 0% (NOx) 0% (PM) 0% (VOC) | 0% (NOx) 0% (PM) 0% (VOC) | -42% (NOx) -80% (PM) -41% (VOC) | 0% (NOx) 0% (PM) 0% (VOC) |
| | | long-term | 0% (NOx) 0% (PM) 0% (VOC) | -42% (NOx) -80% (PM) -41% (VOC) | -89% (NOx) -85% (PM) -41% (VOC) | -42% (NOx) -80% (PM) -41% (VOC) |
| Green Completions (combination flaring and closed loop) | VOC, HAPs | short-term | 88% | 89% | 99% | 89% |
| | | long-term | 88% | 89% | 99% | 89% |
| | percent of completion gas to flare (assumed 95% control efficiency | short-term | 45% | 23% | 20% | 23% |
| | | long-term | 45% | 23% | 20% | 23% |
| | percent of completion gas to closed-loop system | short-term | 45% | 68% | 80% | 68% |
| | | long-term | 45% | 68% | 80% | 68% |
| Liquids Removal System (haul traffic) | All | short-term | 0% | 0% | 25% | 0% |
| | | long-term | 0% | 50% | 50% | 50% |
| Production Site Separator Heaters (consolidation) | All | short-term | 0% | 0% | 0% | 0% |
| | | long-term | 0% | 0% | 0% | 0% |
| Production Site Tank Heaters (consolidation) | All | short-term | 0% | 0% | 0% | 0% |
| | | long-term | 0% | 0% | 0% | 0% |
| Production Site Dehydrators (flaring) | VOC, HAPs | short-term | 10% | 48% | 76% | 48% |
| | | long-term | 10% | 48% | 76% | 48% |
| Production Site Condensate Tanks (flaring) | VOC, HAPs | short-term | 10% | 48% | 76% | 48% |
| | | long-term | 10% | 48% | 76% | 48% |
| Production Site Pneumatic Devices (percentage of devices that are low-bleed) | VOC, HAPs | short-term | 100% | 100% | 100% | 100% |
| | | long-term | 100% | 100% | 100% | 100% |
| Production Site Pneumatic Pumps (flaring) | VOC, HAPs | short-term | 10% | 48% | 76% | 48% |
| | | long-term | 10% | 48% | 76% | 48% |
| Production Site Pneumatic Pumps (electrification) | VOC, HAPs | short-term | 0% | 0% | 0% | 0% |
| | | long-term | 0% | 0% | 0% | 0% |
| Wellhead and Lateral Compressor Engines (electrification) | All | short-term | 0% | 0% | 50% | 0% |
| | | long-term | 0% | 0% | 50% | 0% |

BLM_0045563

December 2012                                     Appendix A                                                    ENVIRON

## Controls by Alternative

| Emission Controls - Descriptions | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | | | **Alternative A** | **Alternative B** | **Alternative C** | **Alternative D** |
| Dust Control | PM10, PM2.5 | short-term | watering | watering | watering | watering, chemical suppression, graveling or paving |
| | | long-term | watering | watering | watering, chemical suppression, graveling or paving | watering, chemical suppression, graveling or paving |
| Drill Rigs (control from basline to higher Tier engine) | NOx, PM | short-term | Tier II engines | Tier II engines | Tier IV engines | Tier II engines |
| | | long-term | Tier II engines | Tier IV engines | Tier IV genset engines | Tier II engines |
| Completion Equipment (control from basline to higher Tier engine) | NOx, PM | short-term | Tier II engines | Tier II engines | Tier IV engines | Tier II engines |
| | | long-term | Tier II engines | Tier IV engines | Tier IV genset engines | Tier IV engines |
| Green Completions (combination flaring and closed loop) | VOC, HAPs | short-term | closed loop system and flaring control | closed loop system and flaring control | closed loop system and flaring control | closed loop system and flaring control |
| | | long-term | closed loop system and flaring control | closed loop system and flaring control | closed loop system and flaring control | closed loop system and flaring control |
| Liquids Removal System (haul traffic) | All | short-term | none | none | pipeline system to elimate well site liquids storage and truck hauling | none |
| | | long-term | none | pipeline system to elimate well site liquids storage and truck hauling | pipeline system to elimate well site liquids storage and truck hauling | pipeline system to elimate well site liquids storage and truck hauling |
| Production Site Separator Heaters (consolidation) | All | short-term | none | none | none | none |
| | | long-term | none | none | none | none |
| Production Site Tank Heaters (consolidation) | All | short-term | none | none | none | none |
| | | long-term | none | none | none | none |
| Production Site Dehydrators (flaring) | VOC, HAPs | short-term | flaring control | flaring control | flaring control | flaring control |
| | | long-term | flaring control | flaring control | flaring control | flaring control |
| Production Site Condensate Tanks (flarng) | VOC, HAPs | short-term | flaring control | flaring control | flaring control | flaring control |
| | | long-term | flaring control | flaring control | flaring control | flaring control |
| Production Site Pneumatic Devices (percentage of devices that are low-bleed) | VOC, HAPs | short-term | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements |
| | | long-term | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements |
| Production Site Pneumatic Pumps (flaring) | VOC, HAPs | short-term | flaring control | flaring control | flaring control | flaring control |
| | | long-term | flaring control | flaring control | flaring control | flaring control |
| Production Site Pneumatic Pumps (electrification) | VOC, HAPs | short-term | none | none | none | none |
| | | long-term | none | none | none | none |
| Wellhead and Lateral Compressor Engines (electrification) | All | short-term | none | none | electrification of compressor engines | none |
| | | long-term | none | none | electrification of compressor engines | none |
| Wellhead, Lateral, Centralized Compressor Engines (CDPHE RICE and NSPS) | VOC, CO, NOx | short-term | All engines required to meet Colorado RICE and Federal NSPS Standards | | | |
| | | long-term | | | | |

BLM_0045564

December 2012                                                     Appendix A



## Activity by Year and Alternative

**Total Wells Activity**

| Year | Alternative A | | | | Alternative B | | | | Alternative C | | | | Alternative D | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | spuds | active well count | gas production | oil production | spuds | active well count | gas production | oil production | spuds | active well count | gas production | oil production | spuds | active well count | gas production | oil production |
| Base Year | 420 | 1,862 | 62,320,277 | 173,772 | 420 | 1,862 | 62,320,277 | 173,772 | 420 | 1,862 | 62,320,277 | 173,772 | 420 | 1,862 | 62,320,277 | 173,772 |
| Year 10 | 37 | 1,532 | 59,779,274 | 105,578 | 51 | 1,672 | 75,997,493 | 127,803 | 37 | 1,532 | 59,779,274 | 105,578 | 279 | 3,912 | 335,488,838 | 483,396 |
| Year 20 | 37 | 1,202 | 63,709,311 | 97,228 | 51 | 1,482 | 85,139,337 | 126,594 | 37 | 1,202 | 63,709,311 | 97,228 | 275 | 5,962 | 428,019,739 | 596,460 |

**BLM Wells Activity**

| Year | Alternative A | | | | Alternative B | | | | Alternative C | | | | Alternative D | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | spuds | active well count | gas production | oil production | spuds | active well count | gas production | oil production | spuds | active well count | gas production | oil production | spuds | active well count | gas production | oil production |
| Base Year | 17 | 692 | 10,511,636 | 23,564 | 17 | 692 | 10,511,636 | 23,564 | 17 | 692 | 10,511,636 | 23,564 | 17 | 692 | 10,511,636 | 23,564 |
| Year 10 | 6 | 432 | 9,301,592 | 15,199 | 20 | 572 | 25,519,802 | 37,423 | 6 | 432 | 9,301,592 | 15,199 | 92 | 1,292 | 108,927,737 | 151,721 |
| Year 20 | 5 | 171 | 9,520,743 | 14,075 | 19 | 451 | 30,950,769 | 43,442 | 5 | 171 | 9,520,743 | 14,075 | 92 | 1,892 | 141,278,171 | 194,929 |

**non-BLM Wells Activity**

| Year | Alternative A | | | | Alternative B | | | | Alternative C | | | | Alternative D | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | spuds | active well count | gas production | oil production | spuds | active well count | gas production | oil production | spuds | active well count | gas production | oil production | spuds | active well count | gas production | oil production |
| Base Year | 403 | 1,170 | 51,808,641 | 150,208 | 403 | 1,170 | 51,808,641 | 150,208 | 403 | 1,170 | 51,808,641 | 150,208 | 403 | 1,170 | 51,808,641 | 150,208 |
| Year 10 | 32 | 1,100 | 50,477,681 | 90,380 | 32 | 1,100 | 50,477,681 | 90,380 | 32 | 1,100 | 50,477,681 | 90,380 | 184 | 2,620 | 226,561,101 | 331,875 |
| Year 20 | 32 | 1,031 | 54,188,568 | 83,152 | 32 | 1,031 | 54,188,568 | 83,152 | 32 | 1,031 | 54,188,568 | 83,152 | 184 | 4,070 | 286,741,568 | 401,831 |

A-4

BLM_0045565

December 2012                                                    Appendix A                                                    

## Exhaust Emissions from Well Pad and Pipeline Construction Heavy Equipment

Source(s):Construction Equipment
Projection Parameter(s): spuds
Area(s): All

*Emission Factors for Construction Equipment*

| Equipment | Emission Factors (g/hp-hr) | | | | | | | | Equipment Category |
|---|---|---|---|---|---|---|---|---|---|
| | VOC | CO | NO$_x$ | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ | CO$_2$ | CH$_4$ | N$_2$O | |
| Wellpad Construction Equipment | 0.25 | 1.71 | 3.44 | 0.24 | 0.23 | 0.07 | 316 | 0.00 | 0.003 | Other Construction Equipment |
| Wellpad Access Road | 0.22 | 0.99 | 2.88 | 0.19 | 0.18 | 0.07 | 316 | 0.00 | 0.003 | Other Construction Equipment |
| Pipeline Construction | 0.22 | 0.99 | 2.88 | 0.19 | 0.18 | 0.07 | 316 | 0.00 | 0.003 | Other Construction Equipment |

Source: EPA NONROADS 2008a

N2O factor source: 2009 API O&G GHG Methodologies Compendium , Tables 4-13 and 4-17. 130,500 Btu/gallon, 2545 Btu/hp-hr.

**Emission Estimations for Construction Equipment (using 2008 emission factors)**

Data in green highlights estimated from operator surveys

| Construction Site | Equipment Type | Capacity (hp) | # of Units | Avg. Load Factor (%) | # of Operating Hours/Day | # of Operating Days/Well Pad | # of Operating Hours/Well Pad | # of Well Pads | Emissions (tons/equipment type/well pad) | | | | | | | | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | VOC | CO | NO$_x$ | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ | CO$_2$ | CH$_4$ | N$_2$O | |
| Well Pad | Construction Equipment | 307 | 3 | 40 | 10 | 22 | 220 | 1 | 2.E-02 | 2.E-01 | 3.E-01 | 2.E-02 | 2.E-02 | 6.E-03 | 3.E+01 | 3.E-04 | 2.E-04 | new pads |
| Well Pad Access Road | Construction Equipment | 195 | 8 | 42.5 | 10 | 9 | 87 | 1 | 1.E-02 | 6.E-02 | 2.E-01 | 1.E-02 | 1.E-02 | 4.E-03 | 2.E+01 | 2.E-04 | 2.E-04 | new pads |
| Pipeline | Construction Equipment | 197 | 3 | 42 | 10 | 1 | 14 | 1 | 9.E-04 | 4.E-03 | 1.E-02 | 7.E-04 | 7.E-04 | 3.E-04 | 1.E+00 | 1.E-05 | 1.E-05 | new pads |
| | | | | | | | | Subtotal | 3.71E-02 | 2.20E-01 | 5.03E-01 | 3.40E-02 | 3.29E-02 | 1.08E-02 | 4.96E+01 | 5.53E-04 | 3.97E-04 | |

## Exhaust Emissions from Drilling and Completion Equipment

Source(s): Drilling Equipment, Completion Equipment, Fracing Equipment, Refracing Equipment
Projection Parameter(s): spuds, Fracing Events, Refracing Events
Area(s): All

*Exhaust Emission Factors for Diesel Powered Bore/Drill Rig and Completion Engines*

| Project Year/Hp Category | Tier Level | HP Range for Efs | Emission Factors (g/hp-hr) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | VOC | CO | NO$_x$ | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ | CO$_2$ | CH$_4$ | N$_2$O |
| 1200-2000 | Tier 2 | >1200 | 0.26 | 2.61 | 4.53 | 0.15 | 0.14 | 0.11 | 530 | 0.004 | 0.002 |
| 2000-3000 | Tier 2 | >1200 | 0.26 | 2.61 | 4.53 | 0.15 | 0.14 | 0.11 | 530 | 0.004 | 0.002 |
| 1200-2000 (future control) | Tier IV | >1200 | 0.15 | 2.61 | 2.61 | 0.03 | 0.03 | 0.11 | 531 | 0.004 | 0.002 |
| 2000-3000 (future control) | Tier IV | >1200 | 0.15 | 2.61 | 2.61 | 0.03 | 0.03 | 0.11 | 531 | 0.004 | 0.002 |
| 1200-2000 (future control) | Tier IV genset | >1200 | 0.15 | 2.61 | 0.50 | 0.02 | 0.02 | 0.11 | 531 | 0.004 | 0.002 |
| 2000-3000 (future control) | Tier IV genset | >1200 | 0.15 | 2.61 | 0.50 | 0.02 | 0.02 | 0.11 | 531 | 0.004 | 0.002 |

Source: EPA Federal Diesel Engine Standards

N2O factor source: 2009 API O&G GHG Methodologies Compendium , Tables 4-13 and 4-17. 130,500 Btu/gallon, 2545 Btu/hp-hr.

**Combustive Emissions Estimation for Industrial Engines**

Data in green highlights estimated from operator surveys

| Construction Site | Equipment Type | Capacity (hp) | # of Units | Avg. Load Factor (%) | # of Operating Hours/Day | # of Operating Days/activity | # of Operating Hours/activity | Total No.of activity | Emissions (tons/equipment type/activity) | | | | | | | | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | VOC | CO | NO$_x$ | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ | CO$_2$ | CH$_4$ | N$_2$O | |
| Rig-up, Drilling, and Rig-down | Drilling Equipment | 2469 | 2 | 40 | 24 | 17 | 408 | 1 | 2.E-01 | 2.E+00 | 4.E+00 | 1.E-01 | 1.E-01 | 1.E-01 | 5.E+02 | 3.E-03 | 2.E-03 | spuds |
| | Completion | 1500 | 6 | 40 | 24 | 17 | 412 | 1 | 4.E-01 | 4.E+00 | 7.E+00 | 2.E-01 | 2.E-01 | 2.E-01 | 9.E+02 | 6.E-03 | 3.E-03 | spuds |
| Well Completion & Testing | Fracing Equipment* | 1500 | 7 | 96 | 7 | 1 | 7 | 1 | 2.E-02 | 2.E-01 | 3.E-01 | 1.E-02 | 1.E-02 | 9.E-03 | 4.E+01 | 3.E-04 | 1.E-04 | Fracing Events |
| | Refracing Equipment* | 1500 | 4 | 97 | 1 | 3 | 3 | 1 | 5.E-03 | 5.E-02 | 9.E-02 | 3.E-03 | 3.E-03 | 2.E-03 | 1.E+01 | 7.E-05 | 4.E-05 | Refracing Events |
| | | | | | | | | Subtotal | 7.E-01 | 7.E+00 | 1.E+01 | 4.E-01 | 4.E-01 | 3.E-01 | 1.E+03 | 1.E-02 | 5.E-03 | |

*The units for fracing and refracing emissions is lb/tons per fracing events and lb/tons per refracing events respectively. Drilling and C ompletion Equipment emissions are reported as lb/tons per spuds.

BLM_0045566



December 2012                                               Appendix A

## Combustive Emissions Estimation for Wellpad and Access Road Traffic

Source(s): Construction Traffic
Projection Parameter(s): new pads
Area(s): All

**Emission Factors for Commuting Vehicles**

| Vehicle | | Emission Factors (g/mi) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Type | Class | NO$_x$ | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ | CO | VOC | CO$_2$ | CH$_4$ | N$_2$O |
| Light-Duty Diesel Truck | LDDT | 5.17 | 0.33 | 0.30 | 0.02 | 3.11 | 0.70 | 730 | 0.01 | 0.002 |
| Heavy-Duty Diesel Truck | HDDV | 17.02 | 0.77 | 0.70 | 0.06 | 3.80 | 0.85 | 2004 | 0.04 | 0.005 |

Source: EPA MOVES 2010

N2O factor source: TCR GRP, 2012 Climate Registry Default Emission Factors – Released January 6, 2012

**Combustive Emissions Estimation for Wellpad and Access Road Traffic**
Data in green highlights estimated from operator surveys

| Construction Site Destination | Vehicle | | Round Trip Distance (miles) | # of Round Trips/Well Pad/ Year | Miles Traveled/ Well pad/Year | Total # of Well Pad | Emissions (tons/well pad) | | | | | | | | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Type | Class | | | | | VOC | CO | NO$_x$ | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ | CO$_2$ | CH$_4$ | N$_2$O | |
| Well Pad and Access Road Construction Traffic | Semi Trucks | HDDV | 4 | 27 | 95 | 1 | 9.E-05 | 4.E-04 | 2.E-03 | 8.E-05 | 7.E-06 | 7.E-06 | 2.E-01 | 4.E-06 | 5.E-07 | new pads |
| | Pickup Trucks | LDDT | 4 | 67 | 237 | 1 | 2.E-04 | 8.E-04 | 1.E-03 | 9.E-05 | 8.E-05 | 6.E-06 | 2.E-01 | 4.E-06 | 4.E-07 | new pads |
| Pipeline Construction | Semi Trucks | HDDV | 3 | 0 | 2 | 1 | 1.E-06 | 6.E-06 | 3.E-05 | 1.E-06 | 1.E-06 | 1.E-07 | 3.E-03 | 7.E-08 | 8.E-09 | new pads |
| | Pickup Trucks | LDDT | 4 | 3 | 11 | 1 | 9.E-06 | 4.E-05 | 7.E-05 | 4.E-06 | 4.E-06 | 3.E-07 | 9.E-03 | 2.E-07 | 2.E-08 | new pads |
| | | | | | | Subtotal | 3.E-04 | 1.E-03 | 3.E-03 | 2.E-04 | 2.E-04 | 1.E-05 | 4.E-01 | 8.E-06 | 9.E-07 | |

## Combustive Emissions Estimation for Drilling and Completion Road Traffic

Source(s): Completion Traffic, Drilling Traffic
Projection Parameter(s): new pads
Area(s): All

**Emission Factors for Commuting Vehicles**
Emissions factors for commute vehicles in this category are the same as those for Wellpad and Access Road Traffic

**Combustive Emissions Estimation for Drilling and Completion Road Traffic**
Data in green highlights estimated from operator surveys

| Construction Site Destination | Vehicle | | Round Trip Distance (miles) | # of Round Trips/activity/ Year | Miles Traveled/activity/ Year | Total # | Emissions (tons/spud) | | | | | | | | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Type | Class | | | | | VOC | CO | NO$_x$ | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ | CO$_2$ | CH$_4$ | N$_2$O | |
| Drilling Traffic | Semi Trucks | HDDV | 4 | 142 | 520 | 1 | 5.E-04 | 2.E-03 | 1.E-02 | 4.E-04 | 4.E-04 | 4.E-05 | 1.E+00 | 2.E-05 | 3.E-06 | spuds |
| | Pickup Trucks | LDDT | 6 | 111 | 631 | 1 | 5.E-04 | 2.E-03 | 4.E-03 | 2.E-04 | 2.E-04 | 2.E-05 | 5.E-01 | 9.E-06 | 1.E-06 | spuds |
| Rig Move Drilling Traffic | Semi Trucks | HDDV | 3 | 32 | 95 | 1 | 9.E-05 | 4.E-04 | 2.E-03 | 8.E-05 | 7.E-05 | 7.E-06 | 2.E-01 | 4.E-06 | 5.E-07 | spuds |
| | Pickup Trucks | LDDT | 5 | 108 | 506 | 1 | 4.E-04 | 2.E-03 | 3.E-03 | 2.E-04 | 2.E-04 | 1.E-05 | 4.E-01 | 8.E-06 | 8.E-07 | spuds |
| Rig Hauling | Semi Trucks | HDDV | 5 | 25 | 125 | 1 | 1.E-04 | 5.E-04 | 2.E-03 | 1.E-04 | 1.E-04 | 9.E-06 | 3.E-01 | 6.E-06 | 7.E-07 | spuds |
| Well Completion & Testing | Semi Trucks | HDDV | 4 | 42 | 168 | 1 | 2.E-04 | 7.E-04 | 3.E-03 | 1.E-04 | 1.E-04 | 1.E-05 | 4.E-01 | 8.E-06 | 9.E-07 | spuds |
| | Pickup Trucks | LDDT | 4 | 36 | 144 | 1 | 1.E-04 | 5.E-04 | 8.E-04 | 5.E-05 | 5.E-05 | 4.E-06 | 1.E-01 | 2.E-06 | 2.E-07 | spuds |
| | | | | | | Subtotal | 2.E-03 | 8.E-03 | 2.E-02 | 1.E-03 | 1.E-03 | 1.E-04 | 3.E+00 | 6.E-05 | 7.E-06 | |

BLM_0045567

December 2012                                                     Appendix A



## Fugitive Dust Emission Estimations for Construction/Drilling/Completion Road Traffic

Source(s): Fugitive Dust
Projection Parameter(s): new pads, spuds
Area(s): All

### Emission Factors for Industrial Unpaved Roads [a]

| | | Parameter | $PM_{10}$ | $PM_{2.5}$ |
|---|---|---|---|---|
| E (lb/VMT) = | k (s/12)[a] (W/3)[b] | k | 1.5 | 0.15 |
| | | a | 0.9 | 0.9 |
| | | b | 0.45 | 0.45 |
| $E_{ext}$ = E (1 - P/365) | | | | |

| Function/Variable Description | Assumed Value | Reference |
|---|---|---|
| s = surface material silt content (%) | 5.1 | EPA AP-42 Section 13.2.2, Table "13.2.2-1 |
| W = mean vehicle weight (tons) | Listed in the table below | |
| M = surface material moisture content (%) | 2 | EPA AP-42 Section 13.2.2 |
| P = Number of days precip per year | 59 | Data assumed representative of project area from Western Regional Climate Center for Grand Junction Walker , CO (data source nearest project area). Mean for data from 1900-2010. http://www.wrcc.dri.edu/htmlfiles/co/co.01.html |
| Emissions Control Percentage[c] | 50% | |

[a] Source: EPA, AP-42 Volume I, Section 13.2.2 Unpaved Roads, Table 13.2.2-2, Nov. 2006
[b] Fitzpatrick, M. 1990. User's Guide: Emission Control Technologies and Emission Factors for Unpaved Road Fugitive Emissions , EPA/625/5-97/022.   http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=2000BSFC.

### Fugitive Dust Emission Estimations for Road Traffic
Data in green highlights estimated from operator surveys

| Construction Site Destination | Vehicle Type | Avg. Vehicle Weight (tons) | Round Trip Distance (miles) | # of Round Trips/activity/ Year | Miles Traveled/activity/ Year | Total # | $PM_{10}$ Controlled Em. Factor (lb/VMT) | $PM_{10}$ Emissions (lbs/vehicle type/activity) | $PM_{10}$ Emissions (tons/vehicle type/activity) | $PM_{10}$ (tons/activity) | $PM_{2.5}$ Controlled Em. Factor (lb/VMT) | $PM_{2.5}$ Emissions (lbs/vehicle type/activity) | $PM_{2.5}$ Emissions (tons/vehicle type/activity) | $PM_{2.5}$ (tons/activity) | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Well Pad Access Road Construction | Semi Trucks | 35 | 4 | 27 | 95 | 1 | 0.9 | 84 | 0.04 | 0.08 | 0.09 | 8 | 0.00 | 0.01 | new pads |
| | Pickup Trucks | 4 | 4 | 67 | 237 | 1 | 0.3 | 74 | 0.04 | | 0.03 | 7 | 0.00 | | new pads |
| Pipeline Construction | Semi Trucks | 35 | 3 | 0 | 2 | 1 | 0.9 | 1 | 0.00 | 0.00 | 0.09 | 0 | 0.00 | 0.00 | new pads |
| | Pickup Trucks | 4 | 4 | 3 | 11 | 1 | 0.3 | 4 | 0.00 | | 0.03 | 0 | 0.00 | | new pads |
| Drilling Traffic | Semi Trucks | 35 | 4 | 142 | 520 | 1 | 0.9 | 457 | 0.23 | 0.33 | 0.09 | 46 | 0.02 | 0.03 | spuds |
| | Pickup Trucks | 4 | 6 | 111 | 631 | 1 | 0.3 | 197 | 0.10 | | 0.03 | 20 | 0.01 | | spuds |
| Rig Move Drilling Traffic | Semi Trucks | 35 | 3 | 32 | 95 | 1 | 0.9 | 84 | 0.04 | 0.12 | 0.09 | 8 | 0.00 | 0.01 | spuds |
| | Pickup Trucks | 4 | 5 | 108 | 506 | 1 | 0.3 | 158 | 0.08 | | 0.03 | 16 | 0.01 | | spuds |
| Rig Hauling | Semi Trucks | 35 | 5 | 25 | 125 | 1 | 0.9 | 110 | 0.05 | 0.05 | 0.09 | 11 | 0.01 | 0.01 | spuds |
| Well Completion & Testing (continued | Semi Trucks | 35 | 4 | 42 | 168 | 1 | 0.9 | 148 | 0.07 | 0.10 | 0.09 | 15 | 0.01 | 0.01 | spuds |
| | Pickup Trucks | 4 | 4 | 36 | 144 | 1 | 0.3 | 45 | 0.02 | | 0.03 | 4 | 0.00 | | spuds |
| | | | | | | | | | Subtotal | 6.8E-01 | | | | 6.8E-02 | |

BLM_0045568

December 2012                                   Appendix A                                   ENVIRON

**Fugitive Dust Emissions Estimation From Well Pad Construction Activities**

Source(s): Fugitive Dust
Projection Parameter(s): new pads
Area(s): All

*Fugitive Dust from Heavy Construction Operations*

| INPUTS & ASSUMPTIONS | | | |
|---|---|---|---|
| Description | Value | Source | Notes |
| Control Efficiency (C) of watering[1] | 0.5 | a | |
| TSP Emission Factor | 1.2 | b | Tons TSP/acre-month |
| Conversion factor for TSP to $PM_{10}$ | 0.35 | c | Percentage of TSP |
| Conversion factor for $PM_{10}$ to $PM_{2.5}$ | 0.1 | d | Percentage of $PM_{10}$ |

[a] Fitzpatrick, M. 1990. *User's Guide: Emission Control Technologies and Emission Factors for Unpaved Road Fugitive Emissions*, EPA/625/5-87/022.  http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=20008SFC.
[b] EPA, AP-42, Volume I, Section 13.2.3 Heavy Construction Operations, Jan. 1995 (Errata Feb. 2010)
[c] EPA, AP-42, Volume I, Section 13.2.4 Aggregate Handling and Storage Piles, Nov. 2006
[d] Midwest Research Institute. 2006. *Background Document for Revisions to Fine Fraction Ratios Used for AP-42 Fugitive Dust Emission Factors*, Report prepared for the Western Governors' Association, Western Regional Air Partnership (WRAP), MRI Project No. 110397, November 1, 2006.

**Fugitive Dust Emissions Estimation from Well Pad Construction Activities**
Data in green highlights estimated from operator surveys

| Area Disturbed for Oil Wells | Avg. Disturbed Acres per wellpad | Construction Days | Total # of Well Pad | Total Disturbed Acres | Emissions | | | | | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (lbs/well pad) | | | (tons/year/well pad) | | | |
| | | | | | TSP | $PM_{10}$ | $PM_{2.5}$ | TSP | $PM_{10}$ | $PM_{2.5}$ | |
| Well Pad | 8.0 | 22 | 1 | 8.0 | 7,040 | 2,464 | 246 | 3.5 | 1.2 | 0.1 | new pads |
| Well Pad Access Road and Pipeline Construction | 8.7 | 10 | 1 | 8.7 | 3,533 | 1,236 | 124 | 1.8 | 0.6 | 0.1 | new pads |
| | | | Total | | 10,573 | 3,700 | 370 | 5 | 2 | 0 | |

A-8

BLM_0045569

Appendix A                     ENVIRON

## Construction Wind Erosion Emissions

Source(s): Wind Erosion
Projection Parameter(s): new pads
Area(s): All

**Emission Factors for Industrial Wind Erosion**

| | | | |
|---|---|---|---|
| $E$ (tons/year) = | $k * \dfrac{P * M * N}{453.6 * 2000}$ | | AP-42 Section 13.2.5.3 Equation 2 |
| Erosion Potential P (g/m2/year) = | $58(U^**-Ut^*)^2 + 25(U^**-Ut^*)$ | for $U^*>Ut^*$; P=0 otherwise | AP-42 Section 13.2.5.3 Equation 3 |
| Friction Velocity $U^*$ (m/s) = | $0.053 U_{10}^+$ | | AP-42 Section 13.2.5.3 Equation 4 |

P = Erosion Potential (gm/m²/yr)   M = Disturbed area (m²)
U⁺ = Friction velocity (m/s)   N = # of disturbances
U₁ = threshold velocity (m/s)   k = 0.5 for PM₁₀
U10 = fastest wind speed (m/s)   k = 0.075 for PM₂.₅

$U_{10}$ =   23.30   | 52 | average fastest (mph)
$U_t$ well pads  =   1.02   AP-42 Industrial Wind Erosion Table 13.2.5-2, Overburden
$U_t$ roads/pipelines  =   1.33   AP-42 Industrial Wind Erosion Table 13.2.5-2, Roadbed material

### Construction Wind Erosion Emissions
Data in green highlights estimated from operator surveys

| | Fastest Mile ($U_{10}$) (m/s) | Max. Friction Velocity ($U^*$) (m/s) | Well Erosion Potential (P) (g/m²/yr) | Road Erosion Potential (P) (g/m²/yr) | Peak # of Wells Drilled per year | Average Disturbed acres per pad | Disturbed Area (M) (m²) | Number of Disturbances (N) | $PM_{10}$ Emissions (tons/year/well) | $PM_{2.5}$ Emissions (tons/year/well) | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Well pad construction | 23.30 | 1.23 | 8.05 | | 1.00 | 8.00 | 32387 | 1.00 | 0.14 | 0.02 | new pads |
| Road and Pipeline Construction | 23.30 | 1.23 | | 0.00 | 1.00 | 8.69 | 35170 | 1.00 | 0.00 | 0.00 | new pads |
| | | | | | | | | **TOTAL** | 1E-01 | 2E-02 | |

BLM_0045570

December 2012                                    Appendix A



**Well Completion Emissions Estimation**

Source(s): Completion and Recompletion Venting
Projection Parameter(s): spuds
Area(s): All

**Completion Emissions**

Data in green highlights estimated from operator surveys

| | |
|---|---|
| VOC Wt% = | 7 |
| CO2 Wt% = | 12 |
| CH4 Wt% = | 65 |
| N2O Wt% = | 0 |
| VOC/TOC Wt% = | 9 |

| | Base Year, Alternative A | Alternative B, D | Alternative C | |
|---|---|---|---|---|
| Total volume of gas released | 359 | 359 | 359 | (MCF/event) |
| Fraction of Completion Gas Vented | 10% | 10% | 0% | |
| Fractio of Completion Gas Controlled via Flare | 45.00% | 23% | 20% | |
| Fractio of Completion Gas Controlled via Green Completion | 45.00% | 68% | 80% | |
| Total Volume of Gas Vented (MCF/event) | 44 | 40 | 4 | (MCF/event) |

| R | | 0.08206 | L atm / K-mol |
|---|---|---|---|
| standard temp | 273.15 | K | |
| standard press | | 1 | atm |
| MCF to 1000 liter conve | | 28.317 | 1000L/MCF |

**Annual Emissions Estimation for Completions**

| Volume of Gas Vented (mscf/yr) | VOC volume emissions (MCF/year/spud) | VOC volume emissions (1000L/year/spud) | VOC mass emissions (kg/year/spud) | VOC mass emissions (tons/year/spud) | CO2 mass emissions (tons/year/spud) | CH4 mass emissions (tons/year/spud) | Projection Parameter |
|---|---|---|---|---|---|---|---|
| 44.0 | 1.1 | 31.8 | 83.6 | 9E-02 | 2E-01 | 9E-01 | spuds |

A-10

BLM_0045571

December 2012                                   Appendix A



## Fugitive Dust from Heavy Equipment on Industrial Unpaved Roads for Well Workovers

Source(s): Production Traffic
Projection Parameter(s): active well counts
Area(s): All

**Emission Factors for Industrial Unpaved Roads [a]**

| | Parameter | $PM_{10}$ | $PM_{2.5}$ |
|---|---|---|---|
| $E \ (lb/VMT) = \ \ k \ (s/12)^a \ (W/3)^b$ | k | 1.5 | 0.15 |
| | a | 0.9 | 0.9 |
| | b | 0.45 | 0.45 |
| $E_{ctl} = E \ (1 - P/565)$ | | | |

| Function/Variable Description | Assumed Value | Reference |
|---|---|---|
| s = surface material silt content (%) | 5.1 | EPA AP-42 Section 13.2.2, Table 13.2.2-1 |
| W = mean vehicle weight (tons) | Listed in the table below | |
| M = surface material moisture content (%) | 2.0 | EPA AP-42 Section 13.2.2 |
| P = Number of days precip per year | 59 | Data assumed representative of project area from Western Regional Climate Center for Grand Junction Walker, CO (data source nearest project area). Mean for data from 1900-2010. http://www.wrcc.dri.edu/htmlfiles/co/co.01.html |
| Emissions Control Percentage[b] | 50% | |

[a] Source: EPA, AP-42 Volume I, Section 13.2.2 Unpaved Roads, Table 13.2.2-2, Nov. 2006
[b] Fitzpatrick, M. 1990. User's Guide: Emission Control Technologies and Emission Factors for Unpaved Fugitive Emissions, EPA/625/5-87/022.   http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=2000BSFC.

**Fugitive Dust Estimations for Road Traffic**

Data in green highlights estimated from operator surveys

| Activity | Vehicle Type | Avg. Vehicle Weight (tons) | Round Trip Distance (miles) | # of Round Trips/Well/Year | Miles Traveled/ Well/Year | Total # of Wells Drilled | $PM_{10}$ Controlled Emission Factor (lb/VMT) | $PM_{10}$ Emissions (lbs/well) | $PM_{10}$ Emissions (tons/year/well) | $PM_{2.5}$ Controlled Emission Factor (lb/VMT) | $PM_{2.5}$ Emissions (lbs/well) | $PM_{2.5}$ Emissions (tons/year/well) | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Well Workover | WO Rig | 35 | 4 | 1 | 2 | 0.08 | 0.9 | 2 | 0.00 | 0.09 | 0.2 | 0.00 | active well counts |
| | Haul Truck | 35 | 4 | 1 | 5 | 0.08 | 0.9 | 5 | 0.00 | 0.09 | 0.5 | 0.00 | active well counts |
| | Pickup Truck | 4 | 4 | 6 | 26 | 0.08 | 0.3 | 8 | 0.00 | 0.03 | 0.8 | 0.00 | active well counts |
| | | | | | | Total | | 6.3E-04 | | | | 6.3E-05 | |

Number of wells is based on peak year applied to all project years (provides for a conservative estimate).

BLM_0045572

December 2012                                                Appendix A                                    

## Exhaust Emissions from Well Workover Equipment

Source(s): Production Traffic
Projection Parameter(s): active well counts
Area(s): All

### Emission Factors

| Fuel Type | Emission Factors (g/hp-hr) | | | | | | | | |
|-----------|------|------|------|------|------|------|------|------|------|
|  | VOC | CO | NO$_x$ | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ | CO$_2$ | CH$_4$ | N$_2$O |
| Diesel | 0.12 | 0.75 | 2.25 | 0.11 | 0.10 | 0.05 | 228 | 0.00 | 0.002 |

Source: EPA NONROADS 2008a
N2O factor source: 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17. 130,500 Btu/gallon, 2545 Btu/hp-hr.

### Emission Estimations for Engines
Data in green highlights estimated from operator surveys

| Activity | Equipment Type | Capacity (hp) | # of Operating Hours/Day | # of Operating Days/Well | Load Factor | Well Workover Frequency per Year | Total # of Wells Workover | Emissions (tons/year/well) | | | | | | | | | | Projection Parameter |
|----------|----------------|---------------|--------------------------|--------------------------|-------------|----------------------------------|---------------------------|------|------|------|------|------|------|------|------|------|----------------------|
|  |  |  |  |  |  |  |  | VOC | CO | NO$_x$ | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ | CO$_2$ | CH$_4$ | N$_2$O |  |
| Well Workover | Workover Equipment | 638 | 9 | 6 | 43 | 0.08 | 1 | 2E-04 | 1E-03 | 3E-03 | 1E-04 | 1E-04 | 6E-05 | 3E-01 | 2E-06 | 2E-06 | active well counts |

## Exhaust Emissions for Well Workover Commuting Vehicles

Source(s): Production Traffic
Projection Parameter(s): active well counts
Area(s): All

| Vehicle | | Emission Factors (g/mi) | | | | | | | | |
|---------|---------|------|------|------|------|------|------|------|------|------|
| Type | Class | NO$_x$ | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ | CO | VOC | CO$_2$ | CH$_4$ | N$_2$O |
| Light-Duty Diesel Truck | LDDT | 5.17 | 0.33 | 0.30 | 0.02 | 3.11 | 0.70 | 729.87 | 0.01 | 0.002 |
| Heavy-Duty Diesel Truck | HDDV | 17.02 | 0.77 | 0.70 | 0.06 | 3.80 | 0.85 | 2004.18 | 0.04 | 0.005 |

Source: EPA MOVES 2010
N2O factor source: TCR GRP, 2012 Climate Registry Default Emission Factors – Released January 6, 2012

### Emission Estimations for Road Traffic
Data in green highlights estimated from operator surveys

| Activity | Vehicle | | Round Trip Distance (miles) | # of Round Trips/Well/Year | Miles Traveled/ Well/Year | Workover Frequency | Emissions (tons/year/well) | | | | | | | | | Projection Parameter |
|----------|---------|---------|-----------------------------|----------------------------|---------------------------|--------------------|------|------|------|------|------|------|------|------|------|----------------------|
|  | Type | Class |  |  |  |  | VOC | CO | NO$_x$ | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ | CO$_2$ | CH$_4$ | N$_2$O |  |
| Well Workover | WO Rig | HDDV | 4 | 1 | 2 | 0.08 | 2E-07 | 8E-07 | 4E-06 | 2E-07 | 2E-07 | 1E-08 | 4E-04 | 9E-09 | 1E-09 | active well counts |
|  | Haul Truck | HDDV | 4 | 1 | 5 | 0.08 | 4E-07 | 2E-06 | 8E-06 | 4E-07 | 3E-07 | 3E-08 | 1E-03 | 2E-08 | 2E-09 | active well counts |
|  | Pickup Truck | LDDT | 4 | 6 | 26 | 0.08 | 2E-06 | 8E-06 | 1E-05 | 8E-07 | 7E-07 | 6E-08 | 2E-03 | 3E-08 | 4E-09 | active well counts |
|  |  |  |  |  |  | Total | 2.91E-06 | 1.03E-05 | 2.47E-05 | 1.35E-06 | 1.23E-06 | 1.01E-07 | 3.20E-03 | 6.24E-08 | 7.06E-09 |  |

A-12

December 2012                                      Appendix A                                      

## Blowdown Emissions

Source(s): Well Blowdowns
Projection Parameter(s): active well counts
Area(s): All

Data in green highlights estimated from operator surveys

| | |
|---|---|
| VOC Wt% = | 7 |
| CO2 Wt% = | 12 |
| CH4 Wt% = | 65 |
| N2O Wt% = | 0 |
| VOC/TOC Wt% = | 9 |

| R | 0.08206 | L atm / K-mol |
|---|---|---|
| standard temp | 273.15 | K |
| standard press | 1 | atm |
| MCF to 1000 liter conver | 28.317 | 1000L/MCF |

| Type | Control Efficiency (%) | Volume of gas vented per blowdown Uncontrolled (MCF) | Frequency of Blowdown per well per year | Vented Volume (MCF/year) | Vented Volume (MMSCF/year) |
|---|---|---|---|---|---|
| Blowdown | 0% | 0.8 | 3 | 3 | 0.003 |

**Annual Emissions Estimation for Pblowdowns**

| Volume of Gas Vented (MCF/yr) | VOC volume emissions (MCF/year/well) | VOC volume emissions (1000L/year/well) | VOC mass emissions (kg/year/well) | VOC mass emissions (tons/year/well) | CO2 mass emissions (tons/year/well) | CH4 mass emissions (tons/year/well) | Projection Parameter |
|---|---|---|---|---|---|---|---|
| 3 | 0.07 | 2 | 5 | 6E-03 | 1E-02 | 5E-02 | active well counts |

## Recompletion Emissions Estimation

Source(s): Completion and Recompletion Venting
Projection Parameter(s): active well counts
Area(s): All

Data in green highlights estimated from operator surveys

| | |
|---|---|
| VOC Wt% = | 7 |
| CO2 Wt% = | 12 |
| CH4 Wt% = | 65 |
| N2O Wt% = | 0 |
| VOC/TOC Wt% = | 9 |

| R | 0.08206 | L atm / K-mol |
|---|---|---|
| standard temp | 273.15 | K |
| standard press | 1 | atm |
| MCF to 1000 liter conver | 28.317 | 1000L/MCF |

| Type | Control Efficiency (%) | Volume of gas vented per well per recompletion | No. of recompletion per well per year | Vented Volume (MCF/year/well) | Vented Volume (MMSCF/year/well) |
|---|---|---|---|---|---|
| Recompletion | 0% | 30 | 0.1 | 2 | 0.002 |

**Annual Emissions Estimation for Recompletion**

| Volume of Gas Vented (mscf/yr) | VOC volume emissions | VOC volume emissions (1000L/year/well) | VOC mass emissions (kg/year/well) | VOC mass emissions | CO2 mass emissions | CH4 mass emissions | Projection Parameter |
|---|---|---|---|---|---|---|---|
| 2 | 0.1 | 2 | 4 | 5E-03 | 8E-03 | 4E-02 | active well counts |

A-13

BLM_0045574

December 2012                                 Appendix A                                 ENVIRON

## Compressor Start-up and Shutdown Emissions Estimation

Source(s): Equipment Leaks
Projection Parameter(s): active well counts
Area(s): All

Data in green highlights estimated from operator surveys

**Pollutant Species Weight Percentages**

| | |
|---|---|
| VOC Wt% = | 7 |
| CO2 Wt% = | 12 |
| CH4 Wt% = | 65 |
| N2O Wt% = | 0 |
| VOC/TOC Wt% = | 9 |

### Compressor Start-up Emissions

| Type | Control Efficiency (%) | Volume of gas vented per Start-up  Uncontrolled (MCF) | Frequency of Start-up per well per year | Vented Volume (MCF/year) | Vented Volume (MMSCF/year) |
|---|---|---|---|---|---|
| Compressor Start-up | 0% | 10 | 1 | 11 | 0.01 |

Annual Emissions Estimation for Compressor Start-up

| Volume of Gas Vented (mscf/yr) | VOC volume emissions (MCF/year/well) | VOC volume emissions (1000L/year/well) | VOC mass emissions (kg/year/well) | VOC mass emissions (tons/year/well) | CO2 mass emissions (tons/year/well) | CH4 mass emissions (tons/year/well) | Projection Parameter |
|---|---|---|---|---|---|---|---|
| 11 | 0.3 | 8 | 21 | 2E-02 | 4E-02 | 2E-01 | active well counts |

| | | | |
|---|---|---|---|
| R | | 0.08206 | L atm / K-mol |
| standard temp | 273.15 | | K |
| standard press | | 1 | atm |
| MCF to 1000 liter conver | | 28.317 | 1000L/MCF |

### Compressor Shutdown Emissions

| Type | Control Efficiency (%) | Volume of gas vented per shutdown Uncontrolled (MCF) | Frequency of Start-up per well per year | Vented Volume (MCF/year) | Vented Volume (MMSCF/year) |
|---|---|---|---|---|---|
| Compressor Shutdown | 0% | 10 | 1 | 11 | 0.01 |

Annual Emissions Estimation for Compressor Shutdown

| Volume of Gas Vented (mscf/yr) | VOC volume emissions (MCF/year/well) | VOC volume emissions (1000L/year/well) | VOC mass emissions (kg/year/well) | VOC mass emissions (tons/year/well) | CO2 mass emissions (tons/year/well) | CH4 mass emissions (tons/year/well) | Projection Parameter |
|---|---|---|---|---|---|---|---|
| 11.24 | 0.3 | 8 | 21 | 2E-02 | 4E-02 | 2E-01 | active well counts |

A-14

BLM_0045575

December 2012 | Appendix A



## Wellhead Fugitives Emissions Estimation

Source(s): Equipment Leaks
Projection Parameter(s): active well counts
Area(s): All

### Fugitive Emissions from Equipment Leaks

| Well Equipment Component | TOC Emission Factor | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Gas | | Light Oil >20° API | | Heavy Oil <20° API | | Water/Oil | |
| | (kg/hr) | (lb/hr) | (kg/hr) | (lb/hr) | (kg/hr) | (lb/hr) | (kg/hr) | (lb/hr) |
| valves | 4.50E-03 | 9.92E-03 | 2.50E-03 | 5.51E-03 | 8.40E-06 | 1.85E-05 | 9.80E-05 | 2.16E-04 |
| pump seals | 2.40E-03 | 5.29E-03 | 1.30E-02 | 2.87E-02 | 3.20E-05 | 7.05E-05 | 2.40E-05 | 5.29E-05 |
| others | 8.80E-03 | 1.94E-02 | 7.50E-03 | 1.65E-02 | 3.20E-05 | 7.05E-05 | 1.40E-02 | 3.09E-02 |
| connectors | 2.00E-04 | 4.41E-04 | 2.10E-04 | 4.63E-04 | 7.50E-06 | 1.65E-05 | 1.10E-04 | 2.43E-04 |
| flanges | 3.90E-04 | 8.60E-04 | 1.10E-04 | 2.43E-04 | 3.90E-07 | 8.60E-07 | 2.90E-06 | 6.36E-06 |
| open-ended lines | 2.00E-03 | 4.41E-03 | 1.40E-03 | 3.09E-03 | 1.40E-04 | 3.09E-04 | 2.50E-04 | 5.51E-04 |

Source: EPA-453/R-95-017 Protocol for Equipment Leak Emission Estimates, November 1995
Table 2-4 , Oil and Gas Production Operations Average Estimation Factors
"Other" category includes compressor seals, pressure relief valves, diaphragms, drains, dump arms, hatches, instruments, meters, polished rods and vents

Data in green highlights estimated from operator surveys

| | |
|---|---|
| VOC Wt% = | 7 |
| CO2 Wt% = | 12 |
| CH4 Wt% = | 65 |
| N2O Wt% = | 0 |
| VOC/TOC Wt% = | 9 |

### Emissions from Equipment Leaks at Wellhead per Well

| component | Ave. # in Gas Service | Emission factor (lb/hr) | Ave. # in Liquid service | Emission factor (lb/hr) | Ave. # in High Oil service | Emission factor (lb/hr) | Ave. # in Water/Oil Service | Emission factor (lb/hr) | TOC emissions per well (lb/hr) | VOC emissions per well (lb/hr) | $CO_2$ emissions per well (lb/hr) | $CH_4$ emissions per well (lb/hr) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| valves | 40 | 0.0099 | 14 | 0.0055 | 0 | 0.0000 | 3 | 0.0002 | 0.56392 | 0.05 | 0.09 | 0.47 |
| pump seals | 2 | 0.0053 | 1 | 0.0287 | 0 | 0.0001 | 0 | 0.0001 | 0.03624 | 0.00 | 0.01 | 0.03 |
| others | 46 | 0.0194 | 0 | 0.0165 | 0 | 0.0001 | 0 | 0.0309 | 0.89242 | 0.08 | 0.13 | 0.74 |
| connectors | 0 | 0.0004 | 0 | 0.0005 | 0 | 0.0000 | 0 | 0.0002 | 0.00000 | 0.00 | 0.00 | 0.00 |
| flanges | 13 | 0.0009 | 8 | 0.0002 | 0 | 0.0000 | 1 | 0.0000 | 0.01312 | 0.00 | 0.00 | 0.01 |
| open ended lines | 6 | 0.0044 | 2 | 0.0031 | 0 | 0.0003 | 0 | 0.0006 | 0.03263 | 0.00 | 0.00 | 0.03 |
| TOTAL emissions/well/hr = | | | | | | | | | 1.54133 | 0.1 | 0.2 | 1.3 |

### Annual Emissions from Equipment Leaks Per Well

| Year | Number of Producing Wells | Operating Hours | VOC emissions (lb/yr) | VOC emissions (ton/yr) | $CO_2$ emissions (lb/yr) | $CO_2$ emissions (ton/yr) | $CH_4$ emissions (lb/yr) | $CH_4$ emissions (ton/yr) | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|
| Base Year | 1 | 8760 | 1203 | 6E-01 | 2037 | 1E+00 | 11178 | 6E+00 | active well counts |

BLM_0045576

December 2012          Appendix A



## Pneumatic Devices Fugitives Emissions Estimation

Source(s): Pneumatic Devices
Projection Parameter(s): active well counts
Area(s): All

Data in green highlights estimated from operator surveys

| Device | Number of Devices / well | Hi-Bleed Rate (cfh) | Lo-Bleed Rate (cfh) | Hours of Operation (hr/yr) | Volume of gas vented (mscf/yr) |
|---|---|---|---|---|---|
| Liquid level controller | 1 | | 6 | 8760 | 53 |
| Pressure controller | 1 | | 6 | 8760 | 53 |
| Liquid level controller | 0.1 | | 6 | 8760 | 6 |
| Liquid level controller | 0.1 | | 6 | 8760 | 4 |
| TOTAL Volume vented per well | | | | | 115.23 |

**Pneumatic Devices**

| Volume of Gas Vented (mscf/yr) | VOC volume emissions (MCF/year/well) | VOC volume emissions (1000L/year/well) | VOC mass emissions (kg/year/well) | VOC mass emissions (tons/year/well) | CO2 mass emissions (tons/year/well) | CH4 mass emissions (tons/year/well) | Projection Parameter |
|---|---|---|---|---|---|---|---|
| 115.23 | 3 | 83 | 219 | 0.2 | 0.4 | 2 | active well counts |

| R | 0.08206 | L atm / K-mol |
|---|---|---|
| standard temp | 273.15 | K |
| standard press | 1 | atm |
| MCF to 1000 liter conve | 28.317 | 1000L/MCF |

## Pneumatic Pumps Fugitives Emissions Estimation

Source(s): Pneumatic Pumps
Projection Parameter(s): active well counts
Area(s): All

Data in green highlights estimated from operator surveys

| Type | Gallons/yr/pump | SCF/Gallon | Number of Pump | Vented Volume (MCF/year) | Vented Volume (MMSCF/year) |
|---|---|---|---|---|---|
| Pneumatic Pumps | 91 | 119 | 1 | 11 | 0.01 |

**Annual Emissions Estimation for Pneumatic Pumps**

| Volume of Gas Vented (mscf/yr) | VOC volume emissions (MCF/year/well) | VOC volume emissions (1000L/year/well) | VOC mass emissions (kg/year/well) | VOC mass emissions (tons/year/well) | CO2 mass emissions (tons/year/well) | CH4 mass emissions (tons/year/well) | Projection Parameter |
|---|---|---|---|---|---|---|---|
| 11 | 0.3 | 8 | 20 | 0.02 | 0.04 | 0.2 | active well counts |

BLM_0045577



## Exhaust Emissions from Water Injection Pumps Estimation

Source(s): Water Injection Pumps
Projection Parameter(s): active well counts
Area(s): All

Data in green highlights estimated from operator surveys

**Emission Factors for Injection Pumps**

| Equipment | Emission Factors (g/hp-hr) | | | | | | | | | Equipment Category |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOx | PM10 | SO2 | CO | VOC | PM2.5 | CO2 | CH4 | N2O | |
| Water Injection Pumps | 0.13 | 0.64 | 2.26 | 0.10 | 0.10 | 0.05 | 228 | 0.002 | 0.002 | Pumps |

Source: EPA NONROADS 2008a

N2O factor source: 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17. 130,500 Btu/gallon, 2545 Btu/hp-hr.

NOTE: Use emission factors for 2008 for all project years = conservative estimate of fleet turnover

**Emission Estimations for Injection Pumps**

| Construction Site | Equipment Type | Capacity (hp) | # of Units per Well | Avg. Load Factor (%) | # of Operating Hours | # of Well | Emissions (tons/equipment type/well) | | | | | | | | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N2O | |
| Water Injection Pumps | Pumps | 347 | 0.06 | 46.67 | 2920 | 1 | 3E-03 | 3E-03 | 4E-03 | 2E-02 | 2E-03 | 7E-02 | 7E+00 | 6E-05 | 6E-05 | active well counts |
| | | | | | | Subtotal | 3E-03 | 3E-03 | 4E-03 | 2E-02 | 2E-03 | 7E-02 | 7E+00 | 6E-05 | 6E-05 | |

## Exhaust Emissions from Miscellaneous Engines Estimation

Source(s): Misc. Engines
Projection Parameter(s): active well counts
Area(s): All

Data in green highlights estimated from operator surveys

**Emission Factors for Misc. Engines**

| Equipment | Emission Factors (g/hp-hr) | | | | | | | | | Equipment Category |
|---|---|---|---|---|---|---|---|---|---|---|
| | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N2O | |
| Misc. Engines | 0.2 | 0.4 | 2.0 | 0.1 | 0.1 | 0.05 | 228 | 0.002 | 0.002 | Misc. Engines |

Source: EPA NONROADS 2008a

N2O factor source: 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17. 130,500 Btu/gallon, 2545 Btu/hp-hr.

NOTE: Use emission factors for 2008 for all project years = conservative estimate of fleet turnover

**Emission Estimations for Construction Equipment (using 2008 emission factors)**

| Construction Site | Equipment Type | Capacity (hp) | # of Units per Well | Fraction of wells to be served by Miscellaneous engine | Avg. Load Factor (%) | # of Operating Hours/Well | # of Well | Emissions (tons/equipment type/well) | | | | | | | | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N2O | |
| Misc. Engines | Misc. Engines | 139 | 1 | 0.4 | 47 | 2925 | 1 | 1.E-02 | 4.E-02 | 2.E-01 | 1.E-02 | 1.E-02 | 4.E-03 | 2.E+01 | 2.E-04 | 2.E-04 | active well counts |
| | | | | | | | Subtotal | 1.E-02 | 4.E-02 | 2.E-01 | 1.E-02 | 1.E-02 | 4.E-03 | 2.E+01 | 2.E-04 | 2.E-04 | |

BLM_0045578

December 2012                                                                    Appendix A



**Condensate Tank and Condensate Truck Loadout Emissions Estimation**

Source(s): Condensate Tanks, Condensate Loadout
Projection Pararmeter(s): total tanks, annual condensate productions
Area(s): BLM, non-BLM

**Condensate Tank Emissions**

| Area | Emissions | | | Projection Parameter |
|------|-----------|---|---|----------------------|
| | VOC Emissions (tons)[a] | CO$_2$ Emissions (tons) | CH$_4$ Emissions (tons) | |
| BLM | 7.160 | 0.1891 | 1.111 | total tanks |
| non-BLM | 430.554 | 11.1895 | 66.826 | total tanks |

[a] Emission estimates from non-midstream sources from the CDPHE APENS database (see by source data below from row 99)

**Flash Gas Weight Fractions**

| | | |
|---|---|---|
| CO2 Fraction in Flash Gas | %wt | 2 |
| CH4 Fraction in Flash Gas | %wt | 9 |
| VOC Fraction in Flash Gas | %wt | 58 |
| VOC Molecular weight in Flash gas | lb/lb-mol | 36 |

**Condensate Truck Loadout VOC Emissions**

Data in green highlights estimated from operator surveys

Emissions were estimated based on EPA, AP-42 Section 5.2.2.1.1 Equation 1



$$L_L = 12.46 \ \frac{SPM}{T}$$

$L_L$ = Loading Loss pounds per 1000 gallons (lb/10$^3$ gal) of liquid loaded
S = a saturation factor
P = true vapor pressure of liquid loaded, pounds per square inch absolute (psia)
M = molecular weight of vapors, pounds per pounds-mole (lb/lb-mole)
T = temperature of bulk liquid loaded (F+460)

| | | |
|---|---|---|
| S = | 0.6 | from EPA, AP-42 Section 5.2-1 |
| P = | 5 | |
| M = | 50 | from EPA, AP-42 Section 7.2-1 |
| T = | 540 | ave. temp. |
| Mode of Operation | submerged loading; dedicated normal service | |
| L$_L$ = | 4 | |

**Condensate Well Condensate Truck Loadout Emissions - Base Year**

| Project Year | Emission Factor (lbs/1,000 gallons) | VOC Emissions (tons/bbl) | CO$_2$ Emissions (tons/bbl) | CH$_4$ Emissions (tons/bbl) | Projection Parameter |
|--------------|-------------------------------------|--------------------------|-----------------------------|-----------------------------|----------------------|
| Base Year | 4 | 4E-05 | 1E-06 | 7E-06 | annual condensate production |

BLM_0045579

December 2012                                     Appendix A                                     

## Fugitive Dust Emission Estimations for Condensate Tank Loadout and Water Hauling Road Traffic

Source(s): Production Traffic
Projection Parameter(s): annual condensate production
Area(s): all

### Emission Factors for Road Traffic

$$E \ (lb/VMT) = \frac{k \ (s/12)^a \ (S/30)^d}{(M/0.5)^c} \cdot C$$

$$E_{\text{col}} = E \ (1 - P/365)$$

| | Parameter | $PM_{10}$ | $PM_{2.5}$ |
|---|---|---|---|
| | k | 1.8 | 0.18 |
| | a | 1 | 1 |
| | d | 0.5 | 0.5 |
| | c | 0.2 | 0.2 |

| Function/Variable Description | | Assumed Value | Reference |
|---|---|---|---|
| s = surface material silt content (%) | | 5 | EPA AP-42 Section 13.2.2, Table 13.2.2-1 |
| S = mean vehicle speed (mph) | | Listed in the table below | |
| C = emission factor for 1980's vehicle fleet exhaust, brake wear, and tire wear (lb/VMT) | $PM_{2.5}$ | 0.00036 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| | $PM_{10}$ | 0.00047 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| M = surface material moisture content (%) | | 2.0 | EPA AP-42 Section 13.2.2 |
| P = Number of days precip per year | | 59 | Data assumed representative of project area from Western Regional Climate Center for Grand Junction Walker , CO (data source nearest project area) |
| Emissions Control Percentage[b] | | 50% | |

[a] Source: EPA, AP-42 Volume I, Section 13.2.2 Unpaved Roads, Table 13.2.2-2, Nov. 2006
[b] Fitzpatrick, M. 1990. User's Guide: Emission Control Technologies and Emission Factors for Unpaved Road Fugitive Emissions , EPA/625/5-87/022.   http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=20008SFC.

### Fugitive Dust Emission Estimations for Condensate Tank Loadout Road Traffic

| Activity | Vehicle Type | Avg. Vehicle Speed (mph) | Round Trip Distance (miles) | # of Round Trips/bbl | Miles Traveled/bbl/Year | $PM_{10}$ | | | $PM_{2.5}$ | | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Controlled Emission Factor (lb/VMT) | Emissions | | Controlled Emission Factor (lb/VMT) | Emissions | | |
| | | | | | | | (lb/bbl/yr) | (tons/bbl/year) | | (lb/bbl/yr) | (tons/bbl/year) | |
| Produced Condensate Hauling | Haul Truck (200 bbl) | 15 | 4 | 0.01 | 0.02 | 0.2 | 0.003 | 2E-06 | 0.02 | 0.0003 | 2E-07 | annual condensate production |
| | | | | | Total | | | 1.6E-06 | | | 1.6E-07 | |

Assume no dust control measures (watering) would be used

**Water Hauling Emissions**
1. COGCC data from 2008 to 2011 indicates about 16 times as much produced water from active wells relative to condensate
2. Assumed that condensate truck capacity is 200 bbl while produced water truck capacity is 100 bbl.
3. Assumed that all water is hauled out.
4. Based on #1, #2, and #3, assumed that there are 32 times the number of water haul trips relative to condensate haul trips.

BLM_0045580

December 2012  Appendix A  

## On-Road Exhaust Emission Estimations for Condensate Tank Loadout and Water Hauling Road Traffic

Source(s): Production Traffic
Projection Parameter(s): annual condensate production
Area(s): all

**Emission Factors for Condensate Tank Vehicles - Road Traffic**

| Vehicle Class | Emission Factors (g/mi) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | CO | VOC | $CO_2$ | $CH_4$ | $N_2O$ |
| Heavy-Duty Diesel Truck (HDDV) | 17 | 0.8 | 0.7 | 0.06 | 4 | 0.8 | 2004 | 0.04 | 0.005 |

Source: EPA MOVES 2010

N2O factor source: TCR GRP, 2012 Climate Registry Default Emission Factors – Released January 6, 2012

**On-Road Exhaust Emission Estimations for Road Traffic - Based on Produced Per Barrel of Condensate**

| Activity | Vehicle | | | Round Trip Distance (miles) | # of Round Trips/bbl* | Miles Traveled/bbl/Year | Emissions (tons/year/bbl) | | | | | | | | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Type | Class | | | | | VOC | CO | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | $CO_2$ | $CH_4$ | $N_2O$ | |
| Produced Condensate Hauling | Haul Truck (200 bbl) | HDDV | | 4 | 0.01 | 0.02 | 2E-08 | 8E-08 | 4E-07 | 2E-08 | 1E-08 | 1E-09 | 4E-05 | 9E-10 | 1E-10 | annual condensate production |
| *assumed condensate truck loadout volume of 200 bbl | | | | | | TOTAL | 2E-08 | 8E-08 | 4E-07 | 2E-08 | 1E-08 | 1E-09 | 4E-05 | 9E-10 | 1E-10 | |

**Water Hauling Emissions**
1. COGCC data from 2008 to 2011 indicates about 16 times as much produced water from active wells relative to condensate
2. Assumed that condensate truck capacity is 200 bbl while produced water truck capacity is 100 bbl.
3. Assumed that all water is hauled out.
4. Based on #1, #2, and #3, assumed that there are 32 times the number of water haul trips relative to condensate haul trips.

BLM_0045581

December 2012                                            Appendix A                                             ENVIRON

## Fugitive Dust Emissions from Support Vehicles for Road Maintenance

Source(s): Producton Traffic
Projection Parameter(s): active well counts
Area(s): All

**Emission Factors for Publicly Accessible Unpaved Roads[a]**

| | Parameter | $PM_{10}$ | $PM_{2.5}$ |
|---|---|---|---|
| $E \text{ (lb/VMT)} = \dfrac{k(s/12)^a(S/30)^d}{(M/0.5)^c}$ C | k | 1.8 | 0.18 |
| | a | 1 | 1 |
| | d | 0.5 | 0.5 |
| $E_{ext} = E(1 - P/365)$ | c | 0.2 | 0.2 |

| Function/Variable Description | | Assumed Value | Reference |
|---|---|---|---|
| s = surface material silt content (%) | | 5 | EPA AP-42 Section 13.2.2, Table 13.2.2-1 |
| S = mean vehicle speed (mph) | | Listed in the table below | |
| C = emission factor for 1980's vehicle fleet exhaust, brake wear, and tire wear (lb/VMT) | $PM_{2.5}$ | 0.00036 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| | $PM_{10}$ | 0.00047 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| M = surface material moisture content (%) | | 2.0 | EPA AP-42 Section 13.2.2 |
| P = Number of days precip per year | | 59 | Data assumed representative of project area from Western Regional Climate Center for Grand Junction Walker , CO (data source nearest project area). Mean for data from 1900-2010. http://www.wrcc.dri.edu/htmlfiles/co/co.01.html |
| Emissions Control Percentage[b] | | 50% | |

[a] Source: EPA, AP-42 Volume I, Section 13.2.2 Unpaved Roads, Table 13.2.2-2, Nov. 2006
[b] Fitzpatrick, M. 1990. User's Guide: Emission Control Technologies and Emission Factors for Unpaved Road Fugitive Emissions , EPA/625/6-87/022.   http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=20008SFC.

**Emission Estimations for Road Traffic  per Year**

Data in green highlights estimated from operator surveys

| Activity | Vehicle Type | Avg. Vehicle Speed (mph) | Total Miles Traveled per well | $PM_{10}$ Controlled Emission Factor (lb/VMT) | $PM_{10}$ Emissions (lbs/yr) | $PM_{10}$ Emissions (tons/yr) | $PM_{2.5}$ Controlled Emission Factor (lb/VMT) | $PM_{2.5}$ Emissions (lbs/yr) | $PM_{2.5}$ Emissions (tons/yr) | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|
| Road Maintenance | Pickup Truck | 15 | 18 | 0.2 | 3 | 2E-03 | 0.02 | 0.3 | 2E-04 | active well counts |

## On-Road Exhaust Emissions from Support Vehicles for Road Maintenance

Source(s): Producton Traffic
Projection Parameter(s): active well counts
Area(s): All

**Emission Factors for Commuting Vehicles Exhaust**

| Vehicle Class | Emission Factors (g/mi) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | CO | VOC | $CO_2$ | $CH_4$ | $N_2O$ |
| Light-Duty Diesel Truck | 5 | 0.3 | 0.3 | 0.02 | 3 | 0.7 | 730 | 0.01 | 0.002 |

Source: EPA MOVES 2010
N2O factor source: TCR GRP, 2012 Climate Registry Default Emission Factors – Released January 6, 2012

**Emission Estimations for Road Traffic**

| Activity | Vehicle Type | Vehicle Class | Total Miles Traveled | Emissions (tons/yr) | | | | | | | | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | VOC | CO | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | $CO_2$ | $CH_4$ | $N_2O$ | |
| Road Maintenance | Pickup Truck | LDDV | 18 | 1E-05 | 6E-05 | 1E-04 | 7E-06 | 6E-06 | 5E-07 | 1E-02 | 3E-07 | 3E-08 | active well counts |

BLM_0045582

December 2012                                     Appendix A



## Well Head and Lateral Compressor Engines Emissions Estimation

Source(s): Wellhead and Lateral Compressor Engines
Projection Parameter(s): active well counts
Area(s): All

**Emission Factors for Natural Gas-Fired Compressors and Pumps**

| Compressor | | Units | Emission Factors | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Nox | PM$_{10}$ | SO$_2$ | CO | VOC | PM$_{2.5}$ | CO$_2$ | CH$_4$ | N$_2$O |
| Compressor Engines | Rich Burn | gm/bhp-hr | 8E+00 | 7E-02 | 2E-03 | 1E+01 | 1E-01 | 7E-02 | 1E+02 | 3E-03 | 3E-04 |
| | | controlled* | 2E+00 | | | 4E+00 | 1E+00 | | | | |
| | | lb/MMBTU | 2E+00 | 2E-02 | 6E-04 | 4E+00 | 3E-02 | 2E-02 | 1E+02 | 2E-03 | 2E-04 |

Efs Source: EPA, AP-42 Section 3.2 Natural Gas Fired Reciprocating Engines
EPA Mandatory GHG Reporting, Part 98, Subpart C, Tables C-1 and C-2.

*controls apply to lateral engines only

**Emission Estimations for Compressors Engines**

Data in green highlights estimated from operator surveys

| Type of Compressors / Pumps | Rate (Hp) | # Units per Well | Annual Compression (Hp) | Operating Hours/Year | Emissions (tons/year/well) | | | | | | | | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | VOC | CO | NO$_x$ | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ | CO$_2$ | CH$_4$ | N$_2$O | |
| Wellhead Compressor Engines | 45 | 0.1 | 4 | 6,778 | 3E-03 | 4E-01 | 2E-01 | 2E-03 | 2E-03 | 6E-05 | 4E+00 | 7E-05 | 7E-06 | active well counts |
| Lateral Compressor Engines | 212 | 0.02 | 5 | 8,760 | 5E-03 | 6E-01 | 4E-01 | 3E-03 | 3E-03 | 1E-04 | 6E+00 | 1E-04 | 1E-05 | active well counts |
| | | | | Total | 8E-03 | 1E+00 | 6E-01 | 5E-03 | 5E-03 | 2E-04 | 1E+01 | 2E-04 | 2E-05 | |

Assumed 100% load factor

BLM_0045583

December 2012                                               Appendix A


ENVIRON

## Fugitive Dust from Commuting Vehicles on Unpaved Roads for Compressor Maintenance

Source(s): Production Traffic
Projection Parameter(s): active well counts
Area(s): All

*Emission Factors for Road Traffic*

| | Parameter | $PM_{10}$ | $PM_{2.5}$ |
|---|---|---|---|
| $E\ (lb/VMT) = \dfrac{k\ (s/12)^{a}\ (S/30)^{d}}{(M/0.5)^{c}}\ \_ C$ | k | 1.8 | 0.18 |
| | a | 1 | 1 |
| | d | 0.5 | 0.5 |
| $E_{ext} = E\ (1 - P/365)$ | c | 0.2 | 0.2 |

Source: EPA, AP-42 Volume I, Section 13.2.2 Unpaved Roads, Table 13.2.2-2

| Function/Variable Description | | Assumed Value | Reference |
|---|---|---|---|
| s = surface material silt content (%) | | 5 | EPA AP-42 Section 13.2.2, Table 13.2.3-1 |
| S = mean vehicle speed (mph) | | Listed in the table below | |
| C = emission factor for 1980's vehicle fleet exhaust, brake wear, and tire wear (lb/VMT) | $PM_{2.5}$ | 0.00036 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| | $PM_{10}$ | 0.00047 | EPA AP-42 Section 13.2.3, Table 13.2.3-4 |
| M = surface material moisture content (%) | | 2.0 | EPA AP-42 Section 13.2.2 |
| P = Number of days precip per year | | 59 | Data assumed representative of project area from Western Regional Climate Center for Grand Junction Walker , CO (data source nearest project area). Mean for data from 1900-2010. http://www.wrcc.dri.edu/htmlfiles/co/co.01.html |
| Emissions Control Percentage[b] | | 50% | |

[a] Source: EPA, AP-42 Volume I, Section 13.2.2 Unpaved Roads, Table 13.2.2-2, Nov. 2006
[b] Fitzpatrick, M. 1990. *User's Guide: Emission Control Technologies and Emission Factors for Unpaved Road Fugitive Emissions* , EPA/625/5-87/022.   http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=2000SFC.

### Emissions Estimation for Commuting Vehicles: Compressor Maintenance
Data in green highlights estimated from operator surveys

| Activity | Vehicle Type | Avg. Vehicle Speed (mph) | Total Miles Traveled per Compressor Station | $PM_{10}$ | | $PM_{2.5}$ | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|
| | | | | Controlled Emission Factor (lb/VMT) | tons/year/well) | Controlled Emission Factor (lb/VMT) | tons/year/wel l) | |
| Compressor Maintenance | Pickup Truck | 15 | 107 | 0.2 | 9E-03 | 0.02 | 9E-04 | Total No. of Compressor Stations |

A-23

BLM_0045584



December 2012                                         Appendix A

**On-Road Exhaust Emission Estimations for Compressor Maintenance Road Traffic**

Source(s): Production Traffic
Projection Parameter(s): active well counts
Area(s): All

**Exhaust Emission Factors for Commuting Reclaim Vehicles Road Traffic**

| Vehicle Class | Emission Factors (g/mi) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | CO | VOC | $CO_2$ | $CH_4$ | $N_2O$ |
| Light-Duty Diesel Truck | 5 | 0.3 | 0.3 | 0.02 | 3 | 0.70 | 730 | 0.01 | 0.002 |

Source: EPA MOVES 2010
N2O factor source: TCR GRP, 2012 Climate Registry Default Emission Factors – Released January 6, 2012

**Exhaust Emissions Estimation for Commuting Reclaim Vehicles: Road Traffic**

| Activity | Vehicle | | Total Miles Traveled per Compressor Station | Emissions (tons/year/well) | | | | | | | | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Type | Class | | VOC | CO | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | $CO_2$ | $CH_4$ | $N_2O$ | |
| Compressor Maintenance | Pickup Truck | LDDV | 107 | 8E-05 | 4E-04 | 6E-04 | 4E-05 | 4E-05 | 3E-06 | 9E-02 | 2E-06 | 2E-07 | Total No.of Compressor Stations |

A-24

BLM_0045585

December 2012  Appendix A  ENVIRON

## Road and Well Pad Reclamation Fugitive Dust from Commuting Vehicles on Unpaved Roads

Source(s): Production Traffic
Projection Parameter(s): active well counts
Area(s): All

**Emission Factors for Road Traffic**

|  | Parameter | $PM_{10}$ | $PM_{2.5}$ |
|---|---|---|---|
| $E \ (lb/VMT) = \dfrac{k \ (s/12)^a \ (S/30)^d}{(M/0.5)^c} \ C$ | k | 1.8 | 0.18 |
|  | a | 1 | 1 |
|  | d | 0.5 | 0.5 |
| $E_{ext} = E \ (1 - P/365)$ | c | 0.2 | 0.2 |
| Source: EPA, AP-42 Volume I. Section 13.2.2 Unpaved Roads. Table 13.2.2-2 | | | |

| Function/Variable Description | | Assumed Value | Reference |
|---|---|---|---|
| s = surface material silt content (%) | | 5 | EPA AP-42 Section 13.2.2, Table 13.2.2-1 |
| S = mean vehicle speed (mph) | | Listed in the table below | |
| C = emission factor for 1980's vehicle fleet exhaust, brake wear, and tire wear (lb/VMT) | $PM_{10}$ | 0.00036 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
|  | $PM_{10}$ | 0.00047 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| M = surface material moisture content (%) | | 2.0 | EPA AP-42 Section 13.2.2 |
| P = Number of days precip per year | | 59 | Data assumed representative of project area from Western Regional Climate Center for Grand Junction Walker , CO (data source nearest |
| Emissions Control Percentage[c] | | 50% | |

[b] Source: EPA, AP-42 Volume I, Section 13.2.2 Unpaved Roads, Table 13.2.2-2, Nov. 2006
[c] Fitzpatrick, M. 1990. User's Guide: Emission Control Technologies and Emission Factors for Unpaved Road Fugitive Emissions , EPA/625/5-87/022.   http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=20008SFC.

**Emissions Estimation for Commuting Vehicles: Road and Well Pad Reclamation**
Data in green highlights estimated from operator surveys

| Activity | Vehicle Type | Avg. Vehicle Speed (mph) | Total Miles Traveled per Well | $PM_{10}$ | | $PM_{2.5}$ | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Controlled Emission Factor (lb/VMT) | (tons/year/well) | Controlled Emission Factor (lb/VMT) | (tons/year/well) | |
| Road and Well Pad Reclamation | Pickup Truck | 15 | 416 | 0.2 | 4E-02 | 0.02 | 4E-03 | active well counts |

## Road and Well Pad Reclamation On-Road Exhaust Emission Estimations for Road Traffic

Source(s): Production Traffic
Projection Parameter(s): active well counts
Area(s): All

**Exhaust Emission Factors for Commuting Reclaim Vehicles Road Traffic**

| Vehicle Class | Emission Factors (g/mi) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | CO | VOC | $CO_2$ | $CH_4$ | $N_2O$ |
| Light-Duty Diesel Truck | 5 | 0.3 | 0.3 | 0.02 | 3 | 0.7 | 730 | 0.01 | 0.002 |

Source: EPA MOVES 2010
N2O factor source: TCR GRP, 2012 Climate Registry Default Emission Factors – Released January 6, 2012

**Exhaust Emissions Estimation for Commuting Reclaim Vehicles: Road Traffic**

| Activity | Vehicle | | Total Miles Traveled per Well | Emissions (tons/year/well) | | | | | | | | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Type | Class |  | VOC | CO | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | $CO_2$ | $CH_4$ | $N_2O$ | |
| Road and Well Pad Reclamation | Pickup Truck | LDDV | 416 | 3E-04 | 1E-03 | 2E-03 | 2E-04 | 1E-04 | 1E-05 | 3E-01 | 6E-06 | 7E-07 | active well counts |

BLM_0045586

December 2012                                      Appendix A                                      

## Fugitive Dust Emissions from Other Production Traffic Activity
(Production Traffic occurred due to activity other than Maintenance, Workover, Recompletion and Tanks)

Source(s): Production Traffic
Projection Parameter(s): active well counts
Area(s): All

*Emission Factors for Road Traffic*

|  | Parameter | $PM_{10}$ | $PM_{2.5}$ |
|---|---|---|---|
| $E$ (lb/VMT) = $\dfrac{k\,(s/12)^a\,(S/30)^d}{(M/0.5)^c}$ · C | k | 1.8 | 0.18 |
|  | a | 1 | 1 |
|  | d | 0.5 | 0.5 |
| $E_{ctl} = E(1 - P/265)$ | c | 0.2 | 0.2 |
| Source: EPA, AP-42 Volume I, Section 13.2.2 Unpaved Roads, Table 13.2.2-2 | | | |

| Function/Variable Description | | Assumed Value | Reference |
|---|---|---|---|
| s = surface material silt content (%) | | 5 | EPA AP-42 Section 13.2.2, Table 13.2.2-1 |
| S = mean vehicle speed (mph) | | Listed in the table below | |
| C = emission factor for 1980's vehicle fleet exhaust, brake wear, and tire wear (lb/VMT) | $PM_{2.5}$ | 0.00036 | EPA AP-42 Section 13.2.2, Table 13.2.3-4 |
|  | $PM_{10}$ | 0.00047 | EPA AP-42 Section 13.2.2, Table 13.2.3-4 |
| M = surface material moisture content (%) | | 2.0 | EPA AP-42 Section 13.2.2 |
| P = Number of days precip per year | | 59 | Data assumed representative of project area from Western Regional Climate Center for Grand Junction Walker, CO (data source nearest |
| Emissions Control Percentage[b] | | 50% | |

[a] Source: EPA, AP-42 Volume I, Section 13.2.2 Unpaved Roads, Table 13.2.2-2, Nov. 2006
[b] Fitzpatrick, M. 1990. User's Guide: Emission Control Technologies and Emission Factors for Unpaved Road Fugitive Emissions, EPA/625/5-87/022.   http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=2000BSFC.

*Fugitive Dust Emission Estimations for Road Traffic*
Data in green highlights estimated from operator surveys

| Activity | Vehicle Type | Avg. Vehicle Speed (mph) | Round Trip Distance (miles) | # of Round Trips/Year/well | Miles Traveled/ Well/Year | $PM_{10}$ | | $PM_{2.5}$ | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Controlled Emission Factor (lb/VMT) | (tons/year/well) | Controlled Emission Factor (lb/VMT) | (tons/year/well) | |
| Road and Well Pad Reclamation | Pickup Truck | 15 | 7 | 0.6 | 4 | 0.2 | 4E-04 | 0.02 | 4E-05 | active well counts |

## Exhaust Emissions from Other Production Traffic Activity
(Production Traffic occurred due to activity other than Maintenance, Workover, Recompletion and Tanks)

Source(s): Production Traffic
Projection Parameter(s): active well counts
Area(s): All

**Exhaust Emission Factors for Commuting Reclaim Vehicles Road Traffic**

| Vehicle Class | Emission Factors (g/mi) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | CO | VOC | $CO_2$ | $CH_4$ | $N_2O$ |
| HDDV | 17 | 0.8 | 0.7 | 0.06 | 4 | 0.8 | 2004 | 0.04 | 0.005 |

Source: EPA MOVES 2010
N2O factor source: TCR GRP, 2012 Climate Registry Default Emission Factors – Released January 6, 2012

**Combustive Emissions Estimation Road Traffic**

| Activity | Vehicle | | Round Trip Distance (miles) | # of Round Trips/Year/well | Miles Traveled/ Well/Year | Emissions (tons/year/well) | | | | | | | | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Type | Class |  |  |  | VOC | CO | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | $CO_2$ | $CH_4$ | $N_2O$ | |
| Road and Well Pad Reclamation | Fuel Haul Truck | HDDV | 7 | 0.6 | 4 | 4E-05 | 2E-05 | 8E-05 | 4E-06 | 3E-06 | 3E-07 | 9E-03 | 2E-07 | 2E-08 | active well counts |

A-26

December 2012                                                   Appendix A                                                   ENVIRON

## Flaring Emissions Estimation

Source(s): Completion Flaring
Projection Parameter(s): Spuds
Area(s): All

### Emission Factors for External Gas Combustion (Flaring)

| | Emission Factor (lb/MMBtu)[a] | | | Fraction of THC as CH4 | N2O (lb/MMSCF)[a] | VOC/THC[b] |
|---|---|---|---|---|---|---|
| NOx | CO | THC | CO2 | | | |
| 0.068 | 0.37 | 0.14 | 113 | 25% | 1.44 | 63% |

[a] Emission Factors are from AP-42, Table 13.5-1 (English Units). EMISSION FACTORS FOR FLARE OPERATIONS
[b] Emission Factor from  API Compendium of greenhouse gas emissions methodologies for the oil and natural gas industry,2009  Table 4-11, GHG Emission Factors for Gas Flares in Developed Countries - Footnote C
[c] VOC/THC ratio based on the EPA SPECIATE 0051 -Flaring Speciation Profile

### Flaring Emissions

Data in green highlights estimated from operator surveys

| Well Completion Flaring | Volume of Gas Flared/Well (MMSCFY) | Heating Value (Btu/SCF) | # of spuds | Emissions (tons/year/spud) | | | | | | | | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | VOC | CO | NO$_x$ | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ | CO$_2$ | CH$_4$ | N$_2$O | |
| Flaring | 0.2 | 1007 | 1 | 8E-03 | 3E-02 | 6E-03 | 0E+00 | 0E+00 | 0E+00 | 1E+01 | 3E-03 | 1E-04 | spuds |
| | | | Total | 8E-03 | 3E-02 | 6E-03 | 0E+00 | 0E+00 | 0E+00 | 1E+01 | 3E-03 | 1E-04 | |

## Heater Emissions Estimation

Source(s): Heaters
Projection Parameter(s): Active Well Counts
Area(s): All

### Emission Factors for External Gas Combustion (Heaters)

Source: EPA, AP-42 Section 1.4 Natural Gas Combustion

| Unit | NO$_x$ | PM$_{10}$ | SO$_2$ | CO | VOC | PM$_{2.5}$ | CO$_2$ | CH$_4$ | HCHO | N$_2$O |
|---|---|---|---|---|---|---|---|---|---|---|
| lb/MMSCF | 100 | 7.6 | 0.60 | 84 | 5.50 | 7.6 | 120000 | 2.3 | 0.075 | 2.2 |
| lb/MMBTU | 0.098 | 0.007 | 0.001 | 0.082 | 0.005 | 0.007 | 117.647 | 0.002 | 0.000 | 0.002 |

Source: EPA, AP-42 Section 1.4 Natural Gas Combustion

### Heater Emissions

Data in green highlights estimated from operator surveys

| Wellsite Heaters | # of Heater per Well | Heating Value (MMBtu/hr) | Hours of Operation (hr/yr) | Annual Heater Fuel Usage / Well (MMSCF/year/well) | # of Wells | Emissions (tons/year/well) | | | | | | | | | Projection Parameter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | VOC | CO | NO$_x$ | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ | CO$_2$ | CH$_4$ | N$_2$O | |
| Tank Heaters | 1 | 0.83 | 4,964 | 4 | 1 | 1E-02 | 2E-01 | 2E-01 | 1E-02 | 1E-02 | 0E+00 | 2E+02 | 4E-03 | 4E-03 | active well counts |
| Separator Heaters | 1 | 0.67 | 4,599 | 3 | 1 | 8E-03 | 1E-01 | 1E-01 | 1E-02 | 1E-02 | 0E+00 | 2E+02 | 3E-03 | 3E-03 | active well counts |
| | | | | Total | | 2E-02 | 3E-01 | 3E-01 | 2E-02 | 2E-02 | 0E+00 | 4E+02 | 8E-03 | 7E-03 | |

BLM_0045588

December 2012                                         Appendix A                                      

**Wellsite Dehydrator Emissions Estimation**

Source(s): Dehydrator
Projection Parameter(s): gas production
Area(s): All

**2008 Annual Total GJFO Dehydrator Venting and Tank Flashing Emissions (tpy)**

| Land Designation | VOC Emissions (tons total) | CH₄ Emissions (ton total) | CO₂ Emissions (ton total) | Projection Parameter |
|---|---|---|---|---|
| BLM | 32 | 42 | 55 | gas production |
| non-BLM | 75 | 98 | 127 | gas production |

*VOC emissions are from the CDPHE APENS database while CH4 and CO2 emissions are estimated based on gas composition ratios from GlyCalc Output and the vented gas composition, repectively.*

BLM_0045589

December 2012                                         Appendix A                          

## Midstream Emissions Summary by Source and GHG Emission Ratios

### Emissions Summary by Source

| Source Description | Emissions (tons/year-well) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N2O |
| Compressor Engines | 22.3 | 229.7 | 291.1 | 1.8 | 1.8 | 0.1 | 4898.4 | 0.1 | 0.0 |
| Glycol Dehydrator | 32.7 | 5.0 | 5.0 | 0.0 | 0.0 | 0.0 | 55.3 | 303.5 | 0.0 |
| Natural Gas Processing Facilities, Gas Sweeting: Amine Process | 2.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.7 | 20.4 | 0.0 |
| Natural Gas Production, Gas Sweetening: Amine Process | 9.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 15.2 | 83.6 | 0.0 |
| Permitted Fugitives | 5.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.0 | 54.8 | 0.0 |
| Process Heaters | 1.3 | 11.4 | 22.4 | 0.6 | 0.6 | 0.0 | 26880.0 | 0.5 | 0.5 |
| Tank Losses | 14.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 24.5 | 134.3 | 0.0 |
| Compressor Engines | 292.3 | 604.4 | 1193.2 | 26.5 | 26.5 | 15.4 | 20076.5 | 0.4 | 0.0 |
| Glycol Dehydrator | 109.6 | 24.9 | 19.2 | 1.0 | 1.0 | 1.8 | 185.5 | 1017.9 | 0.0 |
| Natural Gas Processing Facilities, Flanges and Connectors | 70.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 119.0 | 853.1 | 0.0 |
| Natural Gas Processing Facilities, Gas Sweeting: Amine Process | 4.7 | 47.4 | 45.5 | 3.3 | 3.3 | 0.0 | 7.9 | 43.6 | 0.0 |
| Natural Gas Processing Facilities, Process Valves | 4.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.1 | 44.6 | 0.0 |
| Natural Gas Production, All Equipt Leak Fugitives | 27.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 46.2 | 253.6 | 0.0 |
| Natural Gas Production, Flares | 0.8 | 25.2 | 5.2 | 0.1 | 0.1 | 0.0 | 8554.3 | 2.7 | 0.1 |
| Natural Gas Production, Gas Sweetening: Amine Process | 28.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 48.2 | 264.8 | 0.0 |
| Oil Production, Processing Operations: Not Classified | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.8 | 10.0 | 0.0 |
| Permitted Fugitives | 89.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 151.1 | 829.3 | 0.0 |
| Process Heaters | 9.5 | 16.7 | 16.0 | 0.9 | 0.9 | 0.0 | 19152.0 | 0.4 | 0.4 |
| Tank Losses | 176.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 299.1 | 1841.8 | 0.0 |

### GHG Emission Ratios

| Source | CO2/NOx | CH4/NOx | N2O/NOx | Basis |
|---|---|---|---|---|
| Compressor Engines | 1.7E+01 | 3.2E-04 | 3.2E-05 | AP-42 EFs, Rich Burn Engine |
| Process Heaters | 1.2E+03 | 2.3E-02 | 2.2E-02 | AP-42 EFs |
| Solid Waste Disposal - Industrial | 1.7E+03 | 5.1E-01 | 1.8E-02 | AP-42 EFs |
| Natural Gas Production, Flares | 1.7E+03 | 5.1E-01 | 1.9E-02 | AP-42 EFs |

| Source | CO2/VOC | CH4/VOC | N2O/VOC | Basis |
|---|---|---|---|---|
| Glycol Dehydrator | 2 | 9 | 0 | vented gas composition |
| Natural Gas Processing Facilities, Flanges and Connectors | 2 | 9 | 0 | vented gas composition |
| Natural Gas Processing Facilities, Gas Sweeting: Amine Process | 2 | 9 | 0 | vented gas composition |
| Natural Gas Processing Facilities, Process Valves | 2 | 9 | 0 | vented gas composition |
| Tank Losses | 2 | 9 | 0 | vented gas composition |
| Permitted Fugitives | 2 | 9 | 0 | vented gas composition |
| Natural Gas Production, Gas Sweetening: Amine Process | 2 | 9 | 0 | vented gas composition |
| Natural Gas Production, All Equipt Leak Fugitives | 2 | 9 | 0 | vented gas composition |
| Oil Production, Processing Operations: Not Classified | 2 | 9 | 0 | vented gas composition |

BLM_0045590

December 2012                                    Appendix A



## Midstream Emissions Summary by Process and Facility

### Emissions Summary By Process

| Source | Emissions (tons/year-well) | | | | |
|---|---|---|---|---|---|
| | VOC | CO | NOx | PM10 | SO2 |
| **BLM** | | | | | |
| Compressor Engines | 22.3 | 229.7 | 291.1 | 1.8 | 0.1 |
| Glycol Dehydrator | 32.7 | 5.0 | 5.0 | 0.0 | 0.0 |
| Natural Gas Processing Facilities, Gas Sweeting: Amine Process | 2.2 | 0.0 | 0.0 | 0.0 | 0.0 |
| Natural Gas Production, Gas Sweetening: Amine Process | 9.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Permitted Fugitives | 5.9 | 0.0 | 0.0 | 0.0 | 0.0 |
| Process Heaters | 1.3 | 11.4 | 22.4 | 0.6 | 0.0 |
| Tank Losses | 14.5 | 0.0 | 0.0 | 0.0 | 0.0 |
| **BLM Subtotal** | **87.8** | **246.1** | **318.5** | **2.3** | **0.2** |
| **non-BLM** | | | | | |
| Compressor Engines | 292.3 | 604.4 | 1193.2 | 26.5 | 15.4 |
| Glycol Dehydrator | 109.6 | 24.9 | 19.2 | 1.0 | 1.8 |
| Natural Gas Processing Facilities, Flanges and Connections | 70.3 | 0.0 | 0.0 | 0.0 | 0.0 |
| Natural Gas Processing Facilities, Gas Sweeting: Amine Process | 4.7 | 47.4 | 45.5 | 3.3 | 3.3 |
| Natural Gas Processing Facilities, Process Valves | 4.8 | 0.0 | 0.0 | 0.0 | 0.0 |
| Natural Gas Production, All Equipt Leak Fugitives | 27.3 | 0.0 | 0.0 | 0.0 | 0.0 |
| Natural Gas Production, Flares | 0.8 | 25.2 | 5.2 | 0.1 | 0.0 |
| Natural Gas Production, Gas Sweetening: Amine Process | 28.5 | 0.0 | 0.0 | 0.0 | 0.0 |
| Oil Production, Processing Operations: Not Classified | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| Permitted Fugitives | 89.3 | 0.0 | 0.0 | 0.0 | 0.0 |
| Process Heaters | 9.5 | 16.7 | 16.0 | 0.9 | 0.0 |
| Tank Losses | 176.7 | 0.0 | 0.0 | 0.0 | 0.0 |
| **non-BLM Subtotal** | **814.8** | **718.6** | **1279.0** | **31.8** | **20.5** |
| **Grand Total** | **902.6** | **964.7** | **1597.6** | **34.1** | **20.7** |

### Emissions Summary By Facility

| Facility | Emissions (tons/year-well) | | | | |
|---|---|---|---|---|---|
| | VOC | CO | NOx | PM10 | SO2 |
| **BLM** | | | | | |
| ASPEN OPERATING, LLC - SINK CREEK C.S. | 2.8 | 2.7 | 49.2 | 0.1 | 0.0 |
| ETC CANYON PIPELINE - BAR X C.S. | 17.5 | 35.6 | 65.1 | 0.4 | 0.0 |
| ETC CANYON PIPELINE - PREMIER BAR X | 8.8 | 20.0 | 53.9 | 0.4 | 0.0 |
| PUBLIC SERVCE CO ASBURY STATION | 5.7 | 25.4 | 19.3 | 0.1 | 0.0 |
| PUBLIC SERVICE CO BAXTER STATION | 28.7 | 106.0 | 64.7 | 0.2 | 0.0 |
| PUBLIC SERVICE CO HUNTER CANYON STA | 0.6 | 2.0 | 16.4 | 0.2 | 0.0 |
| BADGER MIDSTREAM SERVICES - BADGER WGP | 23.6 | 54.4 | 50.0 | 1.1 | 0.1 |
| **BLM Subtotal** | **87.8** | **246.1** | **318.5** | **2.3** | **0.2** |
| **non-BLM** | | | | | |
| BARGATH LLC - CRAWFORD TRAIL | 63.5 | 70.0 | 184.2 | 5.9 | 0.4 |
| BARRETT RESOURCES CORP TRAIL RIDGE C S | 1.0 | 3.0 | 23.0 | 0.1 | 0.0 |
| BLACK HILLS MIDSTREAM - HORSESHOE CANYON | 79.1 | 67.0 | 66.4 | 1.2 | 1.5 |
| COLLBRAN VALLEY GAS - ANDERSON GULCH | 70.4 | 72.5 | 129.4 | 4.4 | 3.4 |
| COLORADO FUEL MANUFACTURERS, INC. | 104.4 | 15.7 | 49.2 | 2.1 | 2.5 |
| DELTA PETROLEUM CORP - MVS CS AND HCPWRF | 89.9 | 32.3 | 16.9 | 0.2 | 0.0 |
| DELTA PETROLEUM CORPORATION - VEGA STA. | 38.3 | 49.9 | 27.5 | 1.8 | 0.0 |
| DELTA PETROLUEM - BUZZARD CREEK | 26.6 | 70.8 | 77.8 | 0.2 | 0.0 |
| ENCANA OIL & GAS (USA), INC. - GASAWAY | 20.5 | 19.4 | 19.4 | 0.0 | 0.0 |
| ETC CANYON PIPELINE -PREMIER DEBEQUE | 16.9 | 42.7 | 74.8 | 1.3 | 0.1 |
| FRAM OPERATING - REEDER MESA CS | 9.2 | 24.6 | 19.4 | 0.5 | 0.0 |
| OXY USA - BRUSH CREEK COMPRESSOR STATION | 28.3 | 51.4 | 92.6 | 2.4 | 0.1 |
| OXY USA - CASCADE CREEK CENTRAL FACILITY | 8.3 | 0.2 | 13.0 | 0.0 | 0.0 |
| OXY USA INC. | 45.3 | 29.6 | 77.6 | 1.8 | 0.1 |
| OXY USA WTP LF - CONN CREEK GAS | 172.3 | 74.5 | 323.5 | 8.2 | 12.4 |
| SOURCEGAS DBA ROCKY MT - COLLBRAN | 12.5 | 19.7 | 22.8 | 0.5 | 0.0 |
| SOURCEGAS DBA ROCKY MTN -DEBEQUE C S | 8.0 | 65.5 | 28.5 | 0.6 | 0.0 |
| TRANSCOLORADO GAS TR CO - WHITEWATER CS | 20.4 | 9.9 | 33.0 | 1.0 | 0.1 |
| **non-BLM Subtotal** | **814.8** | **718.6** | **1279.0** | **31.8** | **20.5** |
| **Grand Total** | **902.6** | **964.7** | **1597.6** | **34.1** | **20.7** |

BLM_0045591

December 2012                                                    Appendix A



## Speciate Sales Gas Analysis - Venting Emissions from Well Activities

Speciated Sales Gas Analysis - Venting Emissions from Well Activities

Gas analysis from operator surveys

| Gas MW | 19.95 |
|---|---|
| VOC Fraction (molar) | 2.56% |
| VOC/TOC (weight) | 8.91% |
| VOC MW | 58.88 |

| Gas Component | Mole Fraction (%) | Molecular Weight (lb/lb-mol) | Gas Weight (lb/lb-mol) | Weight Percent (wt%) | Weight (lb/MMscf) | VOC species? | VOC renormalized wt% | VOC g/mol |
|---|---|---|---|---|---|---|---|---|
| Methane | 81.012 | 16.040 | 12.994 | 65.148 | 27661.784 | N | | |
| Ethane | 4.334 | 30.070 | 1.303 | 6.534 | 2774.469 | N | | |
| Nitrogen | 6.718 | 28.010 | 1.882 | 9.435 | 4005.993 | N | | |
| Water | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | N | | |
| Carbon Dioxide | 5.380 | 44.010 | 2.368 | 11.870 | 5040.196 | N | | |
| Nitrous Oxide | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | N | | |
| Hydrogen Sulfide | 0.000 | 34.080 | 0.000 | 0.000 | 0.000 | N | | |
| Propane | 1.437 | 44.100 | 0.634 | 3.177 | 1349.027 | Y | 45.306 | 19.980 |
| Iso-butane | 0.288 | 58.120 | 0.168 | 0.841 | 356.920 | Y | 11.987 | 6.967 |
| n-butane | 0.329 | 58.120 | 0.191 | 0.957 | 406.469 | Y | 13.651 | 7.934 |
| i-pentane | 0.154 | 72.150 | 0.111 | 0.555 | 235.847 | Y | 7.921 | 5.715 |
| n-pentane | 0.104 | 72.150 | 0.075 | 0.375 | 159.336 | Y | 5.351 | 3.861 |
| Hexanes | 0.111 | 86.180 | 0.095 | 0.478 | 202.792 | Y | 6.811 | 5.869 |
| Heptanes | 0.037 | 100.200 | 0.037 | 0.188 | 79.692 | Y | 2.676 | 2.682 |
| Octanes+ | 0.017 | 114.230 | 0.019 | 0.098 | 41.500 | Y | 1.394 | 1.592 |
| Benzene | 0.004 | 78.110 | 0.003 | 0.015 | 6.302 | Y | 0.212 | 0.165 |
| Ethylbenzene | 0.000 | 106.170 | 0.000 | 0.001 | 0.408 | Y | 0.014 | 0.015 |
| n-Hexane | 0.068 | 86.180 | 0.059 | 0.295 | 125.384 | Y | 4.211 | 3.629 |
| Toluene | 0.003 | 92.140 | 0.003 | 0.016 | 6.766 | Y | 0.227 | 0.209 |
| 2,2,4-Trimethylpentane | 0.001 | 114.000 | 0.001 | 0.005 | 1.947 | Y | 0.065 | 0.075 |
| Xylenes | 0.002 | 106.170 | 0.002 | 0.012 | 5.167 | Y | 0.174 | 0.184 |
| **Totals** | **100.000** | **---** | **19.946** | **100.000** | | | **100.000** | **58.877** |

A-31

BLM_0045592

December 2012                                            Appendix A



## ALT A - Emissions Summary, All Areas (BLM+non-BLM)

| Conv/CBNG Oil and Gas Development Estimated Emissions, Cumulative activities (tons/yr) - Alternative A | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
| Project Year 10 | | | | | | | | |
| Completion Engines | 16 | 166 | 288 | 9 | 9 | 0 | 2 | 33,783 |
| Completion Venting | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 675 |
| Condensate Tanks | 250 | 0 | 0 | 0 | 0 | 0 | 12 | 821 |
| Construction Equipment | 0 | 2 | 5 | 0 | 0 | 0 | 0 | 545 |
| Dehydrators | 95 | 0 | 0 | 0 | 0 | 0 | 50 | 2,765 |
| Drilling Engines | 8 | 86 | 150 | 5 | 5 | 0 | 1 | 17,545 |
| Field Compressor Engines | 22 | 1,344 | 752 | 8 | 8 | 0 | 2 | 15,400 |
| Flaring | 5 | 20 | 4 | 0 | 0 | 0 | 2 | 6,114 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 45 | 5 | 0 | 0 | 0 |
| Fugitive Leaks | 922 | 0 | 0 | 0 | 0 | 0 | 45 | 181,365 |
| Heaters | 28 | 423 | 503 | 38 | 38 | 0 | 4 | 607,319 |
| Midstream Compressor Engines | 425 | 928 | 535 | 27 | 27 | 15 | 47 | 23,984 |
| Other Midstream | 564 | 125 | 109 | 6 | 6 | 5 | 93 | 161,525 |
| Other Production | 105 | 65 | 284 | 16 | 16 | 7 | 7 | 47,573 |
| Pneumatic Devices | 370 | 0 | 0 | 0 | 0 | 0 | 18 | 72,777 |
| Pneumatic Pumps | 34 | 0 | 0 | 0 | 0 | 0 | 2 | 6,627 |
| Traffic | 1 | 3 | 6 | 65 | 7 | 0 | 0 | 818 |
| Water Injection Pumps | 5 | 5 | 6 | 31 | 2 | 111 | 1 | 11,232 |
| Well Blowdowns | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1,758 |
| **Project Year 10 Totals** | **2,862** | **3,167** | **2,643** | **251** | **123** | **138** | **286** | **1,192,625** |
| Project Year 20 | | | | | | | | |
| Completion Engines | 16 | 165 | 287 | 9 | 9 | 0 | 2 | 33,602 |
| Completion Venting | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 671 |
| Condensate Tanks | 224 | 0 | 0 | 0 | 0 | 0 | 11 | 737 |
| Construction Equipment | 0 | 2 | 5 | 0 | 0 | 0 | 0 | 542 |
| Dehydrators | 99 | 0 | 0 | 0 | 0 | 0 | 52 | 2,881 |
| Drilling Engines | 8 | 86 | 149 | 5 | 5 | 0 | 1 | 17,451 |
| Field Compressor Engines | 30 | 819 | 394 | 6 | 6 | 0 | 3 | 12,089 |
| Flaring | 6 | 26 | 3 | 0 | 0 | 0 | 2 | 8,018 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 45 | 5 | 0 | 0 | 0 |
| Fugitive Leaks | 723 | 0 | 0 | 0 | 0 | 0 | 35 | 142,298 |
| Heaters | 22 | 332 | 395 | 30 | 30 | 0 | 3 | 476,499 |
| Midstream Compressor Engines | 484 | 1,021 | 348 | 29 | 29 | 16 | 54 | 25,562 |
| Other Midstream | 601 | 134 | 116 | 6 | 6 | 5 | 100 | 172,144 |
| Other Production | 83 | 51 | 223 | 13 | 12 | 5 | 5 | 37,328 |
| Pneumatic Devices | 290 | 0 | 0 | 0 | 0 | 0 | 14 | 57,101 |
| Pneumatic Pumps | 25 | 0 | 0 | 0 | 0 | 0 | 1 | 5,012 |
| Traffic | 1 | 2 | 5 | 52 | 5 | 0 | 0 | 687 |
| Water Injection Pumps | 4 | 4 | 3 | 25 | 2 | 87 | 0 | 8,812 |
| Well Blowdowns | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 1,379 |
| **Project Year 20 Totals** | **2,627** | **2,642** | **1,931** | **219** | **109** | **114** | **284** | **1,002,812** |

BLM_0045593

December 2012                                    Appendix A



## ALT A - Emissions Summary, BLM Only

| Conv/CBNG Oil and Gas Development Estimated Emissions, BLM activities (tons/yr) - Alternative A | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
| **Project Year 10** | | | | | | | | |
| Completion Engines | 2 | 25 | 43 | 1 | 1 | 0 | 0 | 5,086 |
| Completion Venting | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 102 |
| Condensate Tanks | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
| Construction Equipment | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 82 |
| Dehydrators | 27 | 0 | 0 | 0 | 0 | 0 | 14 | 782 |
| Drilling Engines | 1 | 13 | 23 | 1 | 1 | 0 | 0 | 2,641 |
| Field Compressor Engines | 5 | 405 | 233 | 2 | 2 | 0 | 1 | 4,342 |
| Flaring | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 651 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 7 | 1 | 0 | 0 | 0 |
| Fugitive Leaks | 260 | 0 | 0 | 0 | 0 | 0 | 13 | 51,142 |
| Heaters | 8 | 119 | 142 | 11 | 11 | 0 | 1 | 171,254 |
| Midstream Compressor Engines | 65 | 144 | 88 | 4 | 4 | 2 | 7 | 3,732 |
| Other Midstream | 88 | 19 | 17 | 1 | 1 | 1 | 15 | 25,133 |
| Other Production | 29 | 18 | 80 | 5 | 4 | 2 | 2 | 13,413 |
| Pneumatic Devices | 104 | 0 | 0 | 0 | 0 | 0 | 5 | 20,522 |
| Pneumatic Pumps | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 1,889 |
| Traffic | 0 | 1 | 1 | 17 | 2 | 0 | 0 | 195 |
| Water Injection Pumps | 1 | 1 | 2 | 9 | 1 | 31 | 0 | 3,167 |
| Well Blowdowns | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 496 |
| **Project Year 10 Totals** | 609 | 748 | 630 | 58 | 28 | 36 | 59 | 304,643 |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 2 | 24 | 42 | 1 | 1 | 0 | 0 | 4,904 |
| Completion Venting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 98 |
| Condensate Tanks | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 13 |
| Construction Equipment | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 79 |
| Dehydrators | 27 | 0 | 0 | 0 | 0 | 0 | 14 | 786 |
| Drilling Engines | 1 | 13 | 22 | 1 | 1 | 0 | 0 | 2,547 |
| Field Compressor Engines | 4 | 114 | 54 | 1 | 1 | 0 | 0 | 1,720 |
| Flaring | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 809 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 7 | 1 | 0 | 0 | 0 |
| Fugitive Leaks | 103 | 0 | 0 | 0 | 0 | 0 | 5 | 20,244 |
| Heaters | 3 | 47 | 56 | 4 | 4 | 0 | 0 | 67,788 |
| Midstream Compressor Engines | 72 | 152 | 55 | 4 | 4 | 2 | 8 | 3,820 |
| Other Midstream | 90 | 20 | 17 | 1 | 1 | 1 | 15 | 25,725 |
| Other Production | 12 | 7 | 32 | 2 | 2 | 1 | 1 | 5,310 |
| Pneumatic Devices | 41 | 0 | 0 | 0 | 0 | 0 | 2 | 8,123 |
| Pneumatic Pumps | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 711 |
| Traffic | 0 | 0 | 1 | 7 | 1 | 0 | 0 | 99 |
| Water Injection Pumps | 1 | 1 | 1 | 3 | 0 | 12 | 0 | 1,254 |
| Well Blowdowns | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 196 |
| **Project Year 20 Totals** | 366 | 381 | 280 | 32 | 16 | 16 | 47 | 144,226 |

BLM_0045594

December 2012                                         Appendix A



**ALT B - Emissions Summary, All Areas (BLM+non-BLM)**

| Conv/CBNG Oil and Gas Development Estimated Emissions, Cumulative activities (tons/yr) -  Alternative B | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
| Project Year 10 | | | | | | | | |
| Completion Engines | 22 | 229 | 397 | 13 | 13 | 0 | 3 | 46,497 |
| Completion Venting | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 843 |
| Condensate Tanks | 198 | 0 | 0 | 0 | 0 | 0 | 10 | 651 |
| Construction Equipment | 1 | 3 | 8 | 1 | 0 | 0 | 0 | 750 |
| Dehydrators | 93 | 0 | 0 | 0 | 0 | 0 | 49 | 2,810 |
| Drilling Engines | 12 | 119 | 206 | 7 | 7 | 0 | 1 | 24,148 |
| Field Compressor Engines | 27 | 1,411 | 775 | 9 | 9 | 0 | 3 | 16,808 |
| Flaring | 6 | 24 | 4 | 0 | 0 | 0 | 2 | 7,506 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 62 | 6 | 0 | 0 | 0 |
| Fugitive Leaks | 1,006 | 0 | 0 | 0 | 0 | 0 | 49 | 197,939 |
| Heaters | 30 | 461 | 549 | 42 | 42 | 0 | 4 | 662,818 |
| Midstream Compressor Engines | 553 | 1,193 | 587 | 34 | 34 | 19 | 61 | 30,491 |
| Other Midstream | 717 | 159 | 138 | 7 | 7 | 6 | 119 | 205,347 |
| Other Production | 116 | 71 | 310 | 17 | 17 | 8 | 7 | 51,922 |
| Pneumatic Devices | 404 | 0 | 0 | 0 | 0 | 0 | 20 | 79,428 |
| Pneumatic Pumps | 32 | 0 | 0 | 0 | 0 | 0 | 2 | 6,334 |
| Traffic | 1 | 3 | 7 | 71 | 7 | 0 | 0 | 944 |
| Water Injection Pumps | 5 | 5 | 7 | 34 | 3 | 121 | 1 | 12,258 |
| Well Blowdowns | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 1,918 |
| **Project Year 10 Totals** | **3,236** | **3,680** | **2,988** | **297** | **145** | **155** | **331** | **1,349,414** |
| Project Year 20 | | | | | | | | |
| Completion Engines | 13 | 228 | 228 | 3 | 3 | 0 | 2 | 46,313 |
| Completion Venting | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 840 |
| Condensate Tanks | 155 | 0 | 0 | 0 | 0 | 0 | 8 | 513 |
| Construction Equipment | 1 | 3 | 8 | 1 | 0 | 0 | 0 | 756 |
| Dehydrators | 97 | 0 | 0 | 0 | 0 | 0 | 51 | 2,948 |
| Drilling Engines | 7 | 118 | 118 | 1 | 1 | 0 | 1 | 24,053 |
| Field Compressor Engines | 39 | 954 | 439 | 8 | 8 | 0 | 4 | 14,906 |
| Flaring | 8 | 32 | 6 | 0 | 0 | 0 | 3 | 9,930 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 60 | 6 | 0 | 0 | 0 |
| Fugitive Leaks | 892 | 0 | 0 | 0 | 0 | 0 | 43 | 175,446 |
| Heaters | 27 | 409 | 487 | 37 | 37 | 0 | 4 | 587,498 |
| Midstream Compressor Engines | 653 | 1,372 | 417 | 39 | 39 | 21 | 72 | 34,160 |
| Other Midstream | 803 | 178 | 155 | 8 | 8 | 7 | 133 | 230,048 |
| Other Production | 103 | 63 | 274 | 15 | 15 | 7 | 7 | 46,024 |
| Pneumatic Devices | 358 | 0 | 0 | 0 | 0 | 0 | 17 | 70,402 |
| Pneumatic Pumps | 22 | 0 | 0 | 0 | 0 | 0 | 1 | 4,430 |
| Traffic | 1 | 3 | 6 | 61 | 6 | 0 | 0 | 791 |
| Water Injection Pumps | 5 | 5 | 6 | 30 | 2 | 107 | 1 | 10,865 |
| Well Blowdowns | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1,700 |
| **Project Year 20 Totals** | **3,196** | **3,365** | **2,143** | **262** | **125** | **143** | **347** | **1,261,622** |

A-34

December 2012        Appendix A



## ALT B - Emissions Summary, BLM Only

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| Conv/CBNG Oil and Gas Development Estimated Emissions, BLM activities (tons/yr) - Alternative B | | | | | | | | |
| **Project Year 10** | | | | | | | | |
| Completion Engines | 9 | 88 | 152 | 5 | 5 | 0 | 1 | 17,800 |
| Completion Venting | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 323 |
| Condensate Tanks | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 23 |
| Construction Equipment | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 287 |
| Dehydrators | 46 | 0 | 0 | 0 | 0 | 0 | 24 | 1,377 |
| Drilling Engines | 4 | 45 | 79 | 3 | 3 | 0 | 1 | 9,244 |
| Field Compressor Engines | 10 | 472 | 256 | 3 | 3 | 0 | 1 | 5,751 |
| Flaring | 2 | 7 | 1 | 0 | 0 | 0 | 1 | 2,203 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 24 | 2 | 0 | 0 | 0 |
| Fugitive Leaks | 344 | 0 | 0 | 0 | 0 | 0 | 17 | 67,716 |
| Heaters | 10 | 158 | 188 | 14 | 14 | 0 | 1 | 226,753 |
| Midstream Compressor Engines | 194 | 409 | 140 | 12 | 12 | 6 | 21 | 10,239 |
| Other Midstream | 241 | 53 | 46 | 2 | 2 | 2 | 40 | 68,955 |
| Other Production | 39 | 24 | 106 | 6 | 6 | 3 | 3 | 17,762 |
| Pneumatic Devices | 138 | 0 | 0 | 0 | 0 | 0 | 7 | 27,173 |
| Pneumatic Pumps | 11 | 0 | 0 | 0 | 0 | 0 | 1 | 2,124 |
| Traffic | 0 | 1 | 2 | 24 | 3 | 0 | 0 | 321 |
| Water Injection Pumps | 2 | 2 | 2 | 12 | 1 | 41 | 0 | 4,193 |
| Well Blowdowns | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 656 |
| **Project Year 10 Totals** | **1,061** | **1,261** | **976** | **104** | **50** | **53** | **117** | **462,900** |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 5 | 87 | 87 | 1 | 1 | 0 | 1 | 17,617 |
| Completion Venting | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 320 |
| Condensate Tanks | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| Construction Equipment | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 288 |
| Dehydrators | 52 | 0 | 0 | 0 | 0 | 0 | 27 | 1,581 |
| Drilling Engines | 3 | 45 | 45 | 1 | 0 | 0 | 0 | 9,149 |
| Field Compressor Engines | 14 | 249 | 99 | 2 | 2 | 0 | 2 | 4,537 |
| Flaring | 2 | 9 | 2 | 0 | 0 | 0 | 1 | 2,880 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 23 | 2 | 0 | 0 | 0 |
| Fugitive Leaks | 271 | 0 | 0 | 0 | 0 | 0 | 13 | 53,391 |
| Heaters | 8 | 124 | 148 | 11 | 11 | 0 | 1 | 178,786 |
| Midstream Compressor Engines | 241 | 503 | 123 | 14 | 14 | 8 | 27 | 12,418 |
| Other Midstream | 292 | 65 | 56 | 3 | 3 | 3 | 48 | 83,630 |
| Other Production | 32 | 19 | 84 | 5 | 5 | 2 | 2 | 14,007 |
| Pneumatic Devices | 109 | 0 | 0 | 0 | 0 | 0 | 5 | 21,425 |
| Pneumatic Pumps | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 1,184 |
| Traffic | 0 | 1 | 2 | 19 | 2 | 0 | 0 | 254 |
| Water Injection Pumps | 1 | 1 | 2 | 9 | 1 | 33 | 0 | 3,306 |
| Well Blowdowns | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 517 |
| **Project Year 20 Totals** | **1,048** | **1,105** | **850** | **88** | **42** | **45** | **128** | **405,314** |

BLM_0045596

December 2012                                                    Appendix A                                            

## ALT C - Emissions Summary, All Areas (BLM+non-BLM)

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| **Conv/CBNG Oil and Gas Development Estimated Emissions, Cumulative activities (tons/yr) - Alternative C** | | | | | | | | |
| **Project Year 10** | | | | | | | | |
| Completion Engines | 10 | 166 | 166 | 2 | 2 | 0 | 1 | 33,781 |
| Completion Venting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 55 |
| Condensate Tanks | 152 | 0 | 0 | 0 | 0 | 0 | 7 | 503 |
| Construction Equipment | 0 | 2 | 6 | 0 | 0 | 0 | 0 | 548 |
| Dehydrators | 46 | 0 | 0 | 0 | 0 | 0 | 24 | 1,438 |
| Drilling Engines | 5 | 86 | 86 | 1 | 1 | 0 | 1 | 17,544 |
| Field Compressor Engines | 16 | 1,254 | 722 | 7 | 7 | 0 | 2 | 13,528 |
| Flaring | 5 | 19 | 4 | 0 | 0 | 0 | 2 | 5,905 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 30 | 3 | 0 | 0 | 0 |
| Fugitive Leaks | 922 | 0 | 0 | 0 | 0 | 0 | 45 | 181,365 |
| Heaters | 28 | 423 | 503 | 38 | 38 | 0 | 4 | 607,319 |
| Midstream Compressor Engines | 425 | 928 | 535 | 27 | 27 | 15 | 47 | 23,984 |
| Other Midstream | 564 | 125 | 109 | 6 | 6 | 5 | 93 | 161,525 |
| Other Production | 105 | 65 | 284 | 16 | 16 | 7 | 7 | 47,573 |
| Pneumatic Devices | 370 | 0 | 0 | 0 | 0 | 0 | 18 | 72,777 |
| Pneumatic Pumps | 28 | 0 | 0 | 0 | 0 | 0 | 1 | 5,541 |
| Traffic | 1 | 3 | 6 | 64 | 7 | 0 | 0 | 795 |
| Water Injection Pumps | 5 | 5 | 6 | 31 | 2 | 111 | 1 | 11,232 |
| Well Blowdowns | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1,758 |
| **Project Year 10 Totals** | **2,690** | **3,077** | **2,426** | **222** | **109** | **138** | **253** | **1,187,171** |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 10 | 165 | 32 | 1 | 1 | 0 | 1 | 33,600 |
| Completion Venting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 55 |
| Condensate Tanks | 96 | 0 | 0 | 0 | 0 | 0 | 5 | 318 |
| Construction Equipment | 0 | 2 | 6 | 0 | 0 | 0 | 0 | 549 |
| Dehydrators | 35 | 0 | 0 | 0 | 0 | 0 | 18 | 1,141 |
| Drilling Engines | 5 | 86 | 16 | 1 | 1 | 0 | 1 | 17,450 |
| Field Compressor Engines | 17 | 641 | 334 | 4 | 4 | 0 | 2 | 8,355 |
| Flaring | 6 | 25 | 3 | 0 | 0 | 0 | 2 | 7,810 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 29 | 3 | 0 | 0 | 0 |
| Fugitive Leaks | 723 | 0 | 0 | 0 | 0 | 0 | 35 | 142,298 |
| Heaters | 22 | 332 | 395 | 30 | 30 | 0 | 3 | 476,499 |
| Midstream Compressor Engines | 484 | 1,021 | 348 | 29 | 29 | 16 | 54 | 25,562 |
| Other Midstream | 601 | 134 | 116 | 6 | 6 | 5 | 100 | 172,144 |
| Other Production | 83 | 51 | 223 | 13 | 12 | 5 | 5 | 37,328 |
| Pneumatic Devices | 290 | 0 | 0 | 0 | 0 | 0 | 14 | 57,101 |
| Pneumatic Pumps | 14 | 0 | 0 | 0 | 0 | 0 | 1 | 2,846 |
| Traffic | 1 | 2 | 5 | 50 | 5 | 0 | 0 | 627 |
| Water Injection Pumps | 4 | 4 | 3 | 25 | 2 | 87 | 0 | 8,812 |
| Well Blowdowns | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 1,379 |
| **Project Year 20 Totals** | **2,397** | **2,463** | **1,483** | **188** | **94** | **114** | **241** | **993,873** |

BLM_0045597

December 2012                                                        Appendix A



## ALT C - Emissions Summary, BLM Only

| Conv/CBNG Oil and Gas Development Estimated Emissions, BLM activities (tons/yr) - Alternative C | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
| **Project Year 10** | | | | | | | | |
| Completion Engines | 1 | 25 | 25 | 0 | 0 | 0 | 0 | 5,085 |
| Completion Venting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| Condensate Tanks | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| Construction Equipment | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 83 |
| Dehydrators | 14 | 0 | 0 | 0 | 0 | 0 | 7 | 418 |
| Drilling Engines | 1 | 13 | 13 | 0 | 0 | 0 | 0 | 2,641 |
| Field Compressor Engines | 4 | 391 | 229 | 2 | 2 | 0 | 0 | 4,060 |
| Flaring | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 620 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 |
| Fugitive Leaks | 260 | 0 | 0 | 0 | 0 | 0 | 13 | 51,142 |
| Heaters | 8 | 119 | 142 | 11 | 11 | 0 | 1 | 171,254 |
| Midstream Compressor Engines | 65 | 144 | 88 | 4 | 4 | 2 | 7 | 3,792 |
| Other Midstream | 88 | 19 | 17 | 1 | 1 | 1 | 15 | 25,133 |
| Other Production | 29 | 18 | 80 | 5 | 4 | 2 | 2 | 13,413 |
| Pneumatic Devices | 104 | 0 | 0 | 0 | 0 | 0 | 5 | 20,522 |
| Pneumatic Pumps | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1,726 |
| Traffic | 0 | 1 | 1 | 17 | 2 | 0 | 0 | 192 |
| Water Injection Pumps | 1 | 1 | 2 | 9 | 1 | 31 | 0 | 3,167 |
| Well Blowdowns | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 496 |
| **Project Year 10 Totals** | **590** | **734** | **598** | **54** | **26** | **36** | **51** | **303,699** |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 1 | 24 | 5 | 0 | 0 | 0 | 0 | 4,904 |
| Completion Venting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| Condensate Tanks | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| Construction Equipment | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 80 |
| Dehydrators | 10 | 0 | 0 | 0 | 0 | 0 | 5 | 318 |
| Drilling Engines | 1 | 13 | 2 | 0 | 0 | 0 | 0 | 2,547 |
| Field Compressor Engines | 2 | 88 | 45 | 1 | 1 | 0 | 0 | 1,166 |
| Flaring | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 779 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 |
| Fugitive Leaks | 103 | 0 | 0 | 0 | 0 | 0 | 5 | 20,244 |
| Heaters | 3 | 47 | 56 | 4 | 4 | 0 | 0 | 67,788 |
| Midstream Compressor Engines | 72 | 152 | 55 | 4 | 4 | 2 | 8 | 3,820 |
| Other Midstream | 90 | 20 | 17 | 1 | 1 | 1 | 15 | 25,725 |
| Other Production | 12 | 7 | 32 | 2 | 2 | 1 | 1 | 5,310 |
| Pneumatic Devices | 41 | 0 | 0 | 0 | 0 | 0 | 2 | 8,123 |
| Pneumatic Pumps | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 390 |
| Traffic | 0 | 0 | 1 | 7 | 1 | 0 | 0 | 90 |
| Water Injection Pumps | 1 | 1 | 1 | 3 | 0 | 12 | 0 | 1,254 |
| Well Blowdowns | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 196 |
| **Project Year 20 Totals** | **341** | **355** | **215** | **27** | **14** | **16** | **37** | **142,748** |

BLM_0045598

December 2012                                                    Appendix A



## ALT D - Emissions Summary, All Areas (BLM+non-BLM)

| Conv/CBNG Oil and Gas Development Estimated Emissions, Cumulative activities (tons/yr) - Alternative D | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
| **Project Year 10** | | | | | | | | |
| Completion Engines | 120 | 1,229 | 2,134 | 70 | 68 | 2 | 15 | 249,923 |
| Completion Venting | 23 | 0 | 0 | 0 | 0 | 0 | 1 | 4,533 |
| Condensate Tanks | 579 | 0 | 0 | 0 | 0 | 0 | 28 | 1,913 |
| Construction Equipment | 3 | 18 | 41 | 3 | 3 | 1 | 0 | 4,030 |
| Dehydrators | 363 | 0 | 0 | 0 | 0 | 0 | 190 | 11,030 |
| Drilling Engines | 62 | 638 | 1,108 | 36 | 35 | 1 | 8 | 129,798 |
| Field Compressor Engines | 105 | 2,489 | 1,136 | 20 | 20 | 1 | 12 | 39,348 |
| Flaring | 33 | 139 | 26 | 0 | 0 | 0 | 13 | 43,005 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 333 | 34 | 0 | 0 | 0 |
| Fugitive Leaks | 2,353 | 0 | 0 | 0 | 0 | 0 | 114 | 463,120 |
| Heaters | 71 | 1,079 | 1,285 | 98 | 98 | 0 | 10 | 1,550,803 |
| Midstream Compressor Engines | 2,604 | 5,437 | 1,417 | 152 | 152 | 83 | 288 | 134,608 |
| Other Midstream | 3,165 | 703 | 610 | 32 | 32 | 28 | 524 | 906,498 |
| Other Production | 279 | 166 | 724 | 41 | 40 | 18 | 18 | 121,510 |
| Pneumatic Devices | 944 | 0 | 0 | 0 | 0 | 0 | 46 | 185,838 |
| Pneumatic Pumps | 59 | 0 | 0 | 0 | 0 | 0 | 3 | 11,581 |
| Traffic | 2 | 10 | 23 | 178 | 19 | 0 | 0 | 2,958 |
| Water Injection Pumps | 12 | 13 | 16 | 80 | 6 | 283 | 2 | 28,680 |
| Well Blowdowns | 23 | 0 | 0 | 0 | 0 | 0 | 1 | 4,489 |
| **Project Year 10 Totals** | **10,801** | **11,921** | **8,519** | **1,042** | **506** | **417** | **1,272** | **3,893,664** |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 71 | 1,228 | 1,228 | 14 | 14 | 2 | 9 | 249,726 |
| Completion Venting | 23 | 0 | 0 | 0 | 0 | 0 | 1 | 4,530 |
| Condensate Tanks | 659 | 0 | 0 | 0 | 0 | 0 | 32 | 2,180 |
| Construction Equipment | 3 | 18 | 41 | 3 | 3 | 1 | 0 | 4,077 |
| Dehydrators | 453 | 0 | 0 | 0 | 0 | 0 | 237 | 13,813 |
| Drilling Engines | 37 | 638 | 638 | 7 | 7 | 1 | 5 | 129,695 |
| Field Compressor Engines | 196 | 3,110 | 1,161 | 31 | 31 | 1 | 22 | 59,984 |
| Flaring | 48 | 201 | 37 | 0 | 0 | 0 | 19 | 62,085 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 321 | 33 | 0 | 0 | 0 |
| Fugitive Leaks | 3,587 | 0 | 0 | 0 | 0 | 0 | 173 | 705,809 |
| Heaters | 108 | 1,644 | 1,958 | 149 | 149 | 0 | 15 | 2,363,468 |
| Midstream Compressor Engines | 3,363 | 6,979 | 1,513 | 194 | 194 | 106 | 372 | 171,735 |
| Other Midstream | 4,038 | 897 | 778 | 40 | 40 | 36 | 669 | 1,156,519 |
| Other Production | 418 | 253 | 1,104 | 62 | 60 | 27 | 27 | 185,164 |
| Pneumatic Devices | 1,439 | 0 | 0 | 0 | 0 | 0 | 70 | 283,223 |
| Pneumatic Pumps | 75 | 0 | 0 | 0 | 0 | 0 | 4 | 14,923 |
| Traffic | 3 | 12 | 26 | 247 | 26 | 0 | 0 | 3,412 |
| Water Injection Pumps | 19 | 19 | 25 | 122 | 9 | 432 | 2 | 43,709 |
| Well Blowdowns | 35 | 0 | 0 | 0 | 0 | 0 | 2 | 6,841 |
| **Project Year 20 Totals** | **14,575** | **14,999** | **8,507** | **1,191** | **566** | **605** | **1,658** | **5,460,893** |

BLM_0045599

December 2012 | Appendix A |  ENVIRON

## ALT D - Emissions Summary, BLM Only

| Conv/CBNG Oil and Gas Development Estimated Emissions, BLM activities (tons/yr) - Alternative D | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
| **Project Year 10** | | | | | | | | |
| Completion Engines | 40 | 409 | 710 | 23 | 23 | 1 | 5 | 83,187 |
| Completion Venting | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 1,509 |
| Condensate Tanks | 25 | 0 | 0 | 0 | 0 | 0 | 1 | 83 |
| Construction Equipment | 1 | 6 | 14 | 1 | 1 | 0 | 0 | 1,341 |
| Dehydrators | 181 | 0 | 0 | 0 | 0 | 0 | 95 | 5,509 |
| Drilling Engines | 21 | 212 | 369 | 12 | 12 | 0 | 3 | 43,203 |
| Field Compressor Engines | 35 | 818 | 372 | 7 | 7 | 0 | 4 | 12,995 |
| Flaring | 8 | 35 | 6 | 0 | 0 | 0 | 3 | 10,837 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 111 | 11 | 0 | 0 | 0 |
| Fugitive Leaks | 777 | 0 | 0 | 0 | 0 | 0 | 38 | 152,953 |
| Heaters | 23 | 356 | 424 | 32 | 32 | 0 | 3 | 512,177 |
| Midstream Compressor Engines | 853 | 1,773 | 406 | 49 | 49 | 27 | 94 | 43,705 |
| Other Midstream | 1,028 | 228 | 198 | 10 | 10 | 9 | 170 | 294,325 |
| Other Production | 92 | 55 | 239 | 13 | 13 | 6 | 6 | 40,129 |
| Pneumatic Devices | 312 | 0 | 0 | 0 | 0 | 0 | 15 | 61,376 |
| Pneumatic Pumps | 19 | 0 | 0 | 0 | 0 | 0 | 1 | 3,810 |
| Traffic | 1 | 3 | 7 | 58 | 6 | 0 | 0 | 968 |
| Water Injection Pumps | 4 | 4 | 5 | 26 | 2 | 94 | 1 | 9,472 |
| Well Blowdowns | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 1,482 |
| **Project Year 10 Totals** | **3,435** | **3,901** | **2,752** | **344** | **166** | **137** | **439** | **1,278,063** |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 24 | 408 | 408 | 5 | 5 | 1 | 3 | 83,091 |
| Completion Venting | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 1,507 |
| Condensate Tanks | 31 | 0 | 0 | 0 | 0 | 0 | 2 | 104 |
| Construction Equipment | 1 | 6 | 14 | 1 | 1 | 0 | 0 | 1,357 |
| Dehydrators | 231 | 0 | 0 | 0 | 0 | 0 | 121 | 7,046 |
| Drilling Engines | 12 | 212 | 212 | 2 | 2 | 0 | 2 | 43,153 |
| Field Compressor Engines | 64 | 942 | 331 | 10 | 10 | 0 | 7 | 19,037 |
| Flaring | 12 | 51 | 9 | 0 | 0 | 0 | 5 | 15,722 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 107 | 11 | 0 | 0 | 0 |
| Fugitive Leaks | 1,138 | 0 | 0 | 0 | 0 | 0 | 55 | 223,984 |
| Heaters | 34 | 522 | 621 | 47 | 47 | 0 | 5 | 750,031 |
| Midstream Compressor Engines | 1,113 | 2,307 | 476 | 64 | 64 | 35 | 123 | 56,685 |
| Other Midstream | 1,333 | 296 | 257 | 13 | 13 | 12 | 221 | 381,737 |
| Other Production | 133 | 80 | 350 | 20 | 19 | 9 | 8 | 58,761 |
| Pneumatic Devices | 457 | 0 | 0 | 0 | 0 | 0 | 22 | 89,879 |
| Pneumatic Pumps | 23 | 0 | 0 | 0 | 0 | 0 | 1 | 4,559 |
| Traffic | 1 | 4 | 8 | 79 | 8 | 0 | 0 | 1,097 |
| Water Injection Pumps | 6 | 6 | 8 | 39 | 3 | 137 | 1 | 13,871 |
| Well Blowdowns | 11 | 0 | 0 | 0 | 0 | 0 | 1 | 2,171 |
| **Project Year 20 Totals** | **4,633** | **4,835** | **2,696** | **386** | **183** | **194** | **576** | **1,753,790** |

BLM_0045600

December 2012                                            Appendix A



**Base Year 2008 - BLM and Cumulative**

| Conv/CBNG Oil and Gas Development Estimated Emissions, (tons/yr) - Base Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
| **Base Year BLM** | | | | | | | | |
| Completion Engines | 7 | 76 | 132 | 4 | 4 | 3 | 1 | 15,439 |
| Completion Venting | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 308 |
| Condensate Tanks | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| Construction Equipment | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 249 |
| Dehydrators | 32 | 0 | 0 | 0 | 0 | 0 | 17 | 942 |
| Drilling Engines | 4 | 39 | 68 | 2 | 2 | 2 | 0 | 8,018 |
| Field Compressor Engines | 6 | 695 | 413 | 4 | 4 | 0 | 1 | 6,954 |
| Flaring | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 172 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 21 | 2 | 0 | 0 | 0 |
| Fugitive Leaks | 416 | 0 | 0 | 0 | 0 | 0 | 20 | 81,922 |
| Heaters | 12 | 191 | 227 | 17 | 17 | 0 | 2 | 274,324 |
| Midstream Compressor Engines | 22 | 230 | 291 | 2 | 2 | 0 | 2 | 4,903 |
| Other Midstream | 66 | 16 | 27 | 1 | 1 | 0 | 19 | 39,683 |
| Other Production | 47 | 29 | 128 | 7 | 7 | 3 | 3 | 21,485 |
| Pneumatic Devices | 167 | 0 | 0 | 0 | 0 | 0 | 8 | 32,873 |
| Pneumatic Pumps | 16 | 0 | 0 | 0 | 0 | 0 | 1 | 3,063 |
| Traffic | 0 | 1 | 2 | 28 | 3 | 0 | 0 | 337 |
| Water Injection Pumps | 2 | 2 | 3 | 14 | 1 | 50 | 0 | 5,073 |
| Well Blowdowns | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 794 |
| **BLM Totals** | **811** | **1,282** | **1,295** | **100** | **43** | **59** | **75** | **498,563** |
| **Base Year Cumulative** | | | | | | | | |
| Completion Engines | 183 | 1,875 | 3,257 | 107 | 104 | 82 | 23 | 381,424 |
| Completion Venting | 39 | 0 | 0 | 0 | 0 | 0 | 0 | 7,618 |
| Condensate Tanks | 430 | 0 | 0 | 0 | 0 | 0 | 21 | 1,436 |
| Construction Equipment | 5 | 27 | 62 | 4 | 4 | 1 | 1 | 6,150 |
| Dehydrators | 107 | 0 | 0 | 0 | 0 | 0 | 56 | 3,119 |
| Drilling Engines | 95 | 974 | 1,692 | 56 | 54 | 43 | 12 | 198,093 |
| Field Compressor Engines | 15 | 1,870 | 1,111 | 10 | 10 | 0 | 2 | 18,711 |
| Flaring | 3 | 14 | 3 | 0 | 0 | 0 | 0 | 4,247 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 508 | 52 | 0 | 0 | 0 |
| Fugitive Leaks | 1,120 | 0 | 0 | 0 | 0 | 0 | 54 | 220,432 |
| Heaters | 34 | 514 | 611 | 46 | 46 | 0 | 5 | 738,138 |
| Midstream Compressor Engines | 315 | 834 | 1,484 | 28 | 28 | 15 | 35 | 24,999 |
| Other Midstream | 588 | 131 | 113 | 6 | 6 | 5 | 97 | 168,391 |
| Other Production | 130 | 79 | 945 | 19 | 19 | 8 | 8 | 57,827 |
| Pneumatic Devices | 449 | 0 | 0 | 0 | 0 | 0 | 22 | 88,454 |
| Pneumatic Pumps | 42 | 0 | 0 | 0 | 0 | 0 | 2 | 8,243 |
| Traffic | 2 | 7 | 17 | 82 | 9 | 0 | 0 | 2,241 |
| Water Injection Pumps | 6 | 6 | 8 | 38 | 3 | 135 | 1 | 13,651 |
| Well Blowdowns | 11 | 0 | 0 | 0 | 0 | 0 | 1 | 2,136 |
| **Cumulative Totals** | **3,581** | **6,330** | **8,703** | **904** | **335** | **290** | **342** | **1,945,311** |

BLM_0045601

December 2012



# APPENDIX B

## Shale Gas Emission Inventory