## 2008 Colorado Emissions (tons per year)

| Source Category | CO | NH3 | NOX | PM10 | PM2_5 | SO2 | VOC |
|---|---|---|---|---|---|---|---|
| Agricultural | 0 | 68,477 | 0 | 0 | 0 | 0 | 0 |
| EGU | 5,177 | 468 | 61,857 | 1,628 | 527 | 56,685 | 508 |
| Non-EGU | 28,380 | 1 | 25,218 | 18,006 | 7,475 | 7,685 | 27,018 |
| Non-point | 95,828 | 1,967 | 7,798 | 270,299 | 55,914 | 338 | 66,388 |
| Offroad | 201,943 | 32 | 35,241 | 2,873 | 2,712 | 554 | 35,689 |
| Oil and Gas | 32,389 | 0 | 48,300 | 2,602 | 2,542 | 673 | 150,585 |
| Onroad | 523,260 | 2,417 | 135,257 | 5,520 | 4,321 | 1,032 | 52,094 |
| **Grand Total** | **886,977** | **73,362** | **313,670** | **300,928** | **73,491** | **66,965** | **332,282** |

## 2021 Colorado Emissions (tons per year) - CARMMS High Scenario

| Source Category | CO | NH3 | NOX | PM10 | PM2_5 | SO2 | VOC |
|---|---|---|---|---|---|---|---|
| Agricultural | 0 | 64,653 | 0 | 0 | 0 | 0 | 0 |
| EGU | 9,149 | 420 | 43,965 | 3,874 | 3,197 | 18,372 | 596 |
| Non-EGU | 33,508 | 1 | 33,006 | 22,415 | 14,100 | 4,155 | 24,171 |
| Non-point | 105,692 | 2,049 | 8,265 | 274,181 | 57,942 | 405 | 60,150 |
| Offroad | 480,676 | 93 | 42,770 | 3,992 | 3,764 | 96 | 43,330 |
| Oil and Gas | 122,998 | 0 | 131,649 | 37,842 | 6,888 | 1,356 | 313,464 |
| Onroad | 410,544 | 1,482 | 36,254 | 3,794 | 2,293 | 537 | 24,037 |
| Grand Total | 1,162,567 | 68,698 | 295,909 | 346,097 | 88,184 | 24,921 | 465,747 |

Difference

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Agricultural | 0 | -3,824 | 0 | 0 | 0 | 0 | 0 |
| EGU | 3,971 | -48 | -17,892 | 2,246 | 2,670 | -38,312 | 88 |
| Non-EGU | 5,128 | 0 | 7,788 | 4,409 | 6,625 | -3,529 | -2,847 |
| Non-point | 9,864 | 82 | 467 | 3,881 | 2,028 | 67 | -6,238 |
| Offroad | 278,733 | 61 | 7,528 | 1,119 | 1,052 | -458 | 7,641 |
| Oil and Gas | 90,609 | 0 | 83,349 | 35,240 | 4,345 | 683 | 162,879 |
| Onroad | -112,716 | -935 | -99,002 | -1,726 | -2,027 | -495 | -28,058 |
| Grand Total | 275,590 | -4,664 | -17,762 | 45,169 | 14,693 | -42,044 | 133,466 |

BLM_0045708

**CARMMS 2021 High Scenario Annual Emissions (tons per year)**

| Number | Group | NOX | VOC | SO2 | PM$_{2.5}$ | PM$_{10}$ |
|---|---|---|---|---|---|---|
| | **CARMMS 2021 high scenario emissions (tpy)** | | | | | |
| 19 | Biogenics + Fires | 113,165 | 992,560 | 1,132 | 79,453 | 574,255 |
| 1 | LSFO | 2,007 | 4,648 | 13 | 73 | 170 |
| 2 | WRFO | 11,264 | 27,258 | 904 | 597 | 1,368 |
| 3 | CRVFO | 1,311 | 6,076 | 2 | 71 | 250 |
| 4 | RPPA | 1,245 | 2,739 | 1 | 48 | 135 |
| 5 | GJFO | 7,293 | 18,108 | 15 | 310 | 1,496 |
| 6 | UFO | 586 | 870 | 1 | 35 | 140 |
| 7 | TRFO | 2,665 | 1,715 | 2 | 125 | 855 |
| 8 | KFO | 177 | 412 | 0 | 10 | 50 |
| 9 | RGFO #1 | 303 | 875 | 1 | 29 | 225 |
| 10 | PGPA | 930 | 2,682 | 3 | 90 | 689 |
| 11 | RGFO #2 | 1,151 | 1,526 | 1 | 22 | 58 |
| 12 | RGFO #3 | 224 | 77 | 0 | 3 | 16 |
| 13 | RGFO #4 | 90 | 944 | 0 | 16 | 134 |
| 14 | FFO | 3,321 | 8,747 | 5 | 314 | 1,824 |
| 15 | New O&G from non-Fed lands within BLM PAs | 65,713 | 228,655 | 297 | 4,548 | 30,790 |
| 16 | Combined Existing O&G from BLM PAs | 81,169 | 228,749 | 252 | 1,558 | 2,838 |
| 17 | Mining from BLM PAs | 686 | 46 | 8 | 6,957 | 6,977 |
| 18 | All O&G outside 14 BLM PAs | 61,220 | 301,705 | 4,572 | 2,680 | 2,822 |
| 20 | Remaining anthropogenic emissions | 459,907 | 312,498 | 95,720 | 242,828 | 1,400,504 |
| | 14 BLM PAs Fed O&G | 32,566 | 76,676 | 950 | 1,744 | 7,409 |
| | 14 PAs Total O&G | 179,447 | 534,080 | 1,499 | 7,849 | 41,038 |
| | Total O&G | 240,667 | 835,785 | 6,071 | 10,530 | 43,859 |
| | Total Anthropogenic | 701,260 | 1,148,329 | 101,799 | 260,315 | 1,451,340 |
| | Total All Emissions | 814,425 | 2,140,889 | 102,931 | 339,768 | 2,025,594 |

BLM_0045709



Technology Transfer Network
Clearinghouse for Inventories & Emissions Factors  Clearinghouse for Inventories & Emissions Factors    Emissions Factors & Policy Applications Center    Emissions Factors & AP 42

# Emissions Factors & AP 42, *Compilation of Air Pollutant Emission Factors*

An **emissions factor** is a representative value that attempts to relate the quantity of a pollutant released to the atmosphere with an activity associated with the release of that pollutant. These factors are usually expressed as the weight of pollutant divided by a unit weight, volume, distance, or duration of the activity emitting the pollutant (e.g., kilograms of particulate emitted per megagram of coal burned). Such factors facilitate estimation of emissions from various sources of air pollution. In most cases, these factors are simply averages of all available data of acceptable quality, and are generally assumed to be representative of long-term averages for all facilities in the source category (i.e., a population average).

The general equation for emissions estimation is:

$$E = A \times EF \times (1 - ER/100)$$

where:

- $E$ = emissions;
- $A$ = activity rate;
- $EF$ = emission factor, and
- $ER$ = overall emission reduction efficiency, %

**AP-42, *Compilation of Air Pollutant Emission Factors*,** has been published since 1972 as the primary compilation of EPA's emission factor information. It contains emission factors and process information for more than 200 air pollution source categories. A source category is a specific industry sector or group of similar emitting sources. The emission factors have been developed and compiled from source test data, material balance studies, and engineering estimates. The Fifth Edition of AP-42 was published in January 1995. Since then EPA has published supplements and updates to the fifteen chapters available in *Volume I, Stationary Point and Area Sources*. The latest emissions factors are available below on this website. Use the AP 42 Chapter webpage links below to access the document by chapter.

Access to these emissions factors and other EPA reviewed stationary point and area source factors is also available from the WebFIRE application. WebFIRE provides fast and complete access to the Agency's air emissions factors information.

*For information about emissions factors from highway vehicles and nonroad mobile sources, visit the Office of Transportation and Air Quality web site.*

**AP 42, Fifth Edition**
***Compilation of Air Pollutant Emission Factors,***
***Volume 1: Stationary Point and Area Sources***

**Proposed and final rules related to emissions factors**
**October 14, 2009** - The Emissions Factors Program Improvements - Advanced notice of proposed

BLM_0045710

rulemaking is available on the www.regulations.gov website `EXIT Disclaimer`, and the EPA's OAR and Policy Guidance Recent Additons webpage (PDF 290K). The comment period ended December 14, 2009.

**AP 42 FAQs**
Answers to frequently asked questions about AP 42

**Drafts**
Draft Sections Under Review

**AP 42 listing of supplements and updates.**
Supplements A through F (1996 - 2000)
Updates 2001 to present

**Older editions of AP-42, Volume 1**
This information is available for historical purposes only. For the most recent emissions factors, supported by the EPA, please see the table of contents below.

**Emissions Factors Procedures**
Procedures for the Development of Emissions Factors from Stationary Sources. This page includes both the existing procedures and the review draft for the proposed new procedures.

### Table of Contents, AP 42, Volume I, Fifth Edition

| | |
|---|---|
| Cover page and Contents | Cover page, detailed Table of Contents, Publications in Series, Insertion Instructions, and Key Word Index (PDF 128K). This is current through the Fifth Edition, Supplement C of AP 42. For sections and chapters added after November 1997, see the chapter web pages below. |
| Introduction | **Introduction to AP 42, Volume I, Fifth Edition** - January 1995 (PDF 40K) |
| Chapter 1 | **External Combustion Sources** |
| Chapter 2 | **Solid Waste Disposal** |
| Chapter 3 | **Stationary Internal Combustion Sources** |
| Chapter 4 | **Evaporation Loss Sources** |
| Chapter 5 | **Petroleum Industry** |
| Chapter 6 | **Organic Chemical Process Industry** |
| Chapter 7 | **Liquid Storage Tanks** |
| Chapter 8 | **Inorganic Chemical Industry** |
| Chapter 9 | **Food and Agricultural Industries** |
| Chapter 10 | **Wood Products Industry** |
| Chapter 11 | **Mineral Products Industry** |
| Chapter 12 | **Metallurgical Industry** |
| Chapter 13 | **Miscellaneous Sources** |
| Chapter 14 | **Greenhouse Gas Biogenic Sources** |

BLM_0045711

| | | |
|---|---|---|
| Chapter 15 | **Ordnance Detonation** | |
| Appendix A | **Miscellaneous Data & Conversion Factors** -- September 1985 (PDF 103K) | |
| Appendix B.1 | **Particle Size Distribution Data and Sized Emission Factors for Selected Sources** -- October 1986 (PDF 2M) | |
| Appendix B.2 | **Generalized Particle Size Distributions** -- September 1996 (PDF 137K) | |
| Appendix C.1 | **Procedures for Sampling Surface/Bulk Dust Loading** -- July 1993 (PDF 65K) | |
| Appendix C.2 | **Procedures for Laboratory Analysis of Surface/Bulk Dust Loading Samples** -- July 1993 (PDF 42K) | |

## Draft Sections Under Review

After the comment period, can I use a draft section? (TXT 1K)

| Chapter & Section | Description | Comments Requested by: |
|---|---|---|
| Chapter 15 | **Ordnance Detonation** | December 7, 2009 |
| Section 4.12 | **Manufacture of Rubber Products** | February 2, 2009 |
| Section 2.4 | **Municipal Solid Waste Landfills** | May 5, 2009 |

*For current information on AP 42 updates and the activities of the Measurement Policy Group, you can subscribe to the CHIEF Listserv.*

BLM_0045712

United States
Environmental Protection
Agency

Office of Air Quality
Planning and Standards
Research Triangle Park NC 27711

EPA-453/R-95-017
November 1995

Air

**EPA**

# Protocol for Equipment Leak Emission Estimates



BLM_0045713

EPA-453/R-95-017

# 1995 Protocol for Equipment Leak Emission Estimates

Emission Standards Division

U.S. ENVIRONMENTAL PROTECTION AGENCY
Office of Air and Radiation
Office of Air Quality Planning and Standards
Research Triangle Park, North Carolina 27711

November 1995

BLM_0045714

This report has been reviewed by the Emission Standards Division of the Office of Air Quality Planning and Standards, the EPA and approved for publication. Mention of trade names or commercial products is not intended to constitute endorsement or recommendation for use. Copies of this report are available through the Library Services Office (MD-35), U.S. Environmental Protection Agency, Research Triangle Park, North Carolina 27711; from the Office of Air Quality Planning and Standards Technology Transfer Network, U.S. Environmental Protection Agency, Research Triangle Park, North Carolina 27711; or, for a fee, from the National Technical Information Services, 5285 Port Royal Road, Springfield, Virginia 22161.

Publication No. EPA-453/R-95-017

BLM_0045715

# FOREWORD

The EPA's protocol for estimating equipment leak emissions is the result of detailed information gathering and data analysis. The protocol was written to provide a thorough understanding of acceptable approaches to generating process unit-specific emission estimates. In preparing this document, the EPA has encouraged knowledgeable individuals in industry and the regulatory community to provide comments.

The EPA has put forth considerable effort to make this document as comprehensive as possible. However, it should be understood that not all details and topics pertaining to equipment leaks could feasibly be included in this document. Additionally, it should be understood that the procedures presented in this document are not necessarily suitable for all applications. There will be cases where it will be necessary for the user of the document to make a professional judgement as to the appropriate technical approach for collecting and analyzing data used to estimate equipment leak emissions.

Additional data on equipment leak emissions continues to be collected. It is the intent of the EPA to periodically update this document after analysis of the data warrants such an update. For example, data recently collected in the petroleum industry has been used to revise the existing refinery correlations, which are based on data collected in the late 1970s. Furthermore, as new techniques for collecting and analyzing data are developed, they will be included in updated versions of this document.

Mention of any manufacturer or company name within this document does not represent endorsement by the EPA.

BLM_0045716

# TABLE OF CONTENTS

**Section**                                                                    **Page**

FOREWORD . . . . . . . . . . . . . . . . . . . . . . . . . .  i

1.0 INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . 1-1

2.0 DEVELOPMENT OF EQUIPMENT LEAK EMISSION ESTIMATES . . . . 2-1

   2.1 Introduction . . . . . . . . . . . . . . . . . . . 2-1
   2.2 General Information on the Approaches for
       Estimating Equipment Leak Emissions . . . . . . . . 2-3

      2.2.1 Equipment Leak Emission Estimation
            Approaches . . . . . . . . . . . . . . . . . 2-3
      2.2.2 Overview of Equipment Leak Data Collection . 2-6

   2.3 Approaches for Estimating Equipment Leak
       Emissions . . . . . . . . . . . . . . . . . . . . 2-10

      2.3.1 Average Emission Factor Approach . . . . . 2-10
      2.3.2 Screening Ranges Approach . . . . . . . . 2-18
      2.3.3 EPA Correlation Approach . . . . . . . . . 2-24
      2.3.4 Unit-Specific Correlation Approach . . . . 2-38

   2.4 Special Topics . . . . . . . . . . . . . . . . . . 2-44

      2.4.1 Speciating Emissions . . . . . . . . . . . 2-45
      2.4.2 Using Response Factors . . . . . . . . . . 2-46
      2.4.3 Monitoring Instrument Type and Calibration
            Gas . . . . . . . . . . . . . . . . . . . 2-51
      2.4.4 Estimating Emissions for Equipment Not
            Screened . . . . . . . . . . . . . . . . . 2-51
      2.4.5 Using Screening Data Collected at Several
            Different Times . . . . . . . . . . . . . 2-52
      2.4.6 Estimating VOC Emission Rates from Equipment
            Containing Non-VOC's . . . . . . . . . . . 2-52
      2.4.7 Estimating Equipment Leak Emissions of
            Inorganic Compounds . . . . . . . . . . . 2-53

   2.5 References . . . . . . . . . . . . . . . . . . . . 2-54

3.0 SOURCE SCREENING . . . . . . . . . . . . . . . . . . . 3-1

   3.1 Introduction . . . . . . . . . . . . . . . . . . . 3-1
   3.2 Monitoring Instruments . . . . . . . . . . . . . . 3-2

      3.2.1 Operating Principles and Limitations of
            Portable VOC Detection Devices . . . . . . 3-2

        3.2.2   Specifications and Performance Criteria of
                Portable VOC Detection Devices . . . . . . . 3-4
        3.2.3   Use of Monitoring Devices That Do Not Meet
                EPA Reference Method 21 Requirements . . . 3-10

    3.3 The Screening Program . . . . . . . . . . . . 3-12

        3.3.1   Identification of Equipment to be Screened  3-12
        3.3.2   Procedure for Screening . . . . . . . . . 3-15
        3.3.3   Data Handling . . . . . . . . . . . . 3-25

    3.4 References . . . . . . . . . . . . . . . . 3-27

4.0 MASS EMISSION SAMPLING . . . . . . . . . . . . . . 4-1

    4.1 Introduction . . . . . . . . . . . . . . . . 4-1
    4.2 Sampling Methods . . . . . . . . . . . . . . 4-2

        4.2.1   Vacuum Method . . . . . . . . . . . . 4-4
        4.2.2   Blow-Through Method . . . . . . . . . . 4-8

    4.3 Source Enclosure . . . . . . . . . . . . . 4-15

        4.3.1   Valves . . . . . . . . . . . . . . . 4-15
        4.3.2   Pumps and Agitators . . . . . . . . . 4-16
        4.3.3   Compressors . . . . . . . . . . . . . 4-17
        4.3.4   Connectors . . . . . . . . . . . . . 4-17
        4.3.5   Relief Valves . . . . . . . . . . . . 4-18

    4.4 Analytical Techniques . . . . . . . . . . . 4-18

        4.4.1   Analytical Instrumentation . . . . . . . . 4-19
        4.4.2   Calibration of Analytical Instruments  . . 4-19
        4.4.3   Analytical Techniques for Condensate . . . 4-21
        4.4.4   Calibration Procedures for the Portable
                Monitoring Instrument . . . . . . . . . 4-21

    4.5 Quality Control and Quality Assurance Guidelines  4-21

        4.5.1   Quality Control Procedures . . . . . . . . 4-22
        4.5.2   Quality Assurance Procedures . . . . . . . 4-25

    4.6 References . . . . . . . . . . . . . . . . 4-29

5.0 ESTIMATION OF CONTROL EFFICIENCIES FOR EQUIPMENT LEAK
    CONTROL TECHNIQUES . . . . . . . . . . . . . . 5-1

    5.1 Introduction . . . . . . . . . . . . . . . . 5-1

BLM_0045718

**Section**                                                    **Page**

  5.2   Equipment Modification Control Efficiency . . . . . 5-1

       5.2.1  Closed-Vent Systems . . . . . . . . . . . . 5-2
       5.2.2  Pumps . . . . . . . . . . . . . . . . . . 5-2
       5.2.3  Compressors . . . . . . . . . . . . . . . 5-4
       5.2.4  Pressure Relief Valves . . . . . . . . . . 5-4
       5.2.5  Valves . . . . . . . . . . . . . . . . . . 5-5
       5.2.6  Connectors . . . . . . . . . . . . . . . . 5-5
       5.2.7  Open-Ended Lines . . . . . . . . . . . . . 5-6
       5.2.8  Sampling Connections . . . . . . . . . . . 5-6

  5.3   Leak Detection and Repair Control Effectiveness . . 5-6

       5.3.1  Approach for Estimating LDAR Control
              Effectiveness . . . . . . . . . . . . . . 5-8
       5.3.2  Example Application of Approach . . . . . 5-57

  5.4   References . . . . . . . . . . . . . . . . . . . 5-61


APPENDICES

 A  Example Calculations . . . . . . . . . . . . . . . . . A-1

 B  Leak Rate Screening Value Correlation Development and
    Revision of SOCMI Correlations and Emission Factors . . B-1

 C  Revision of Petroleum Industry Correlations and Emission
    Factor . . . . . . . . . . . . . . . . . . . . . . . . C-1

 D  Response Factors . . . . . . . . . . . . . . . . . . . D-1

 E  Selection of Sample Size for Screening Connectors . . . E-1

 F  Reference Method 21 . . . . . . . . . . . . . . . . . . F-1

 G  Development of Leak Rate Versus Fraction Leaking
    Equations and Determination of LDAR Control
    Effectiveness . . . . . . . . . . . . . . . . . . . . . G-1

BLM_0045719

# LIST OF TABLES

**Table**                                                                        **Page**

2-1     SOCMI Average Emission Factors . . . . . . . . . 2-12

2-2     Refinery Average Emission Factors . . . . . . . . 2-13

2-3     Marketing Terminal Average Emission Factors . . . 2-14

2-4     Oil and Gas Production Operations Average Emission
           Factors . . . . . . . . . . . . . . . . . . . . 2-15

2-5     SOCMI Screening Ranges Emission Factors . . . . . 2-19

2-6     Refinery Screening Ranges Emission Factors . . . 2-20

2-7     Marketing Terminal Screening Ranges Emission
           Factors . . . . . . . . . . . . . . . . . . . . 2-21

2-8     Oil and Gas Production Operations Screening Ranges
           Emission Factors . . . . . . . . . . . . . . . . 2-22

2-9     SOCMI Leak Rate/Screening Value Correlations . . 2-26

2-10    Petroleum Industry Leak Rate/Screening Value
           Correlations . . . . . . . . . . . . . . . . . . 2-27

2-11    Default-Zero Values: SOCMI Process Units . . . . 2-33

2-12    Default-Zero Values: Petroleum Industry . . . . 2-34

2-13    10,000 and 100,000 ppmv Screening Value Pegged Emission
           Rates For SOCMI Process Units . . . . . . . . . . 2-36

2-14    10,000 and 100,000 ppmv Screening Value Pegged Emission
           Rates For the Petroleum Industry . . . . . . . . 2-37

3-1     Performance Criteria for Portable VOC Detectors . . 3-6

3-2     Portable VOC Detection Instruments . . . . . . . 3-11

3-3     Equipment Leak Emission Sources . . . . . . . . . 3-13

3-4     Example Field Sheets For Equipment Screening Data 3-26

4-1     Calculation Procedures For Leak Rate When Using
           the Vacuum Method . . . . . . . . . . . . . . . . 4-9

4-2     Calculation Procedures For Leak Rate When Using
           the Blow-Through Method . . . . . . . . . . . . . 4-13

4-3     Example GC Calibration Data Sheet . . . . . . . . 4-20

v

# LIST OF TABLES (Continued)

**Table**                                                                                                                    **Page**

4-4     Example Data Collection Form For Fugitive
        Emissions Bagging Test (Blow-Through Method)  . .  4-23

4-5     Example Data Collection Form For Fugitive
        Emissions Bagging Test (Vacuum Method)  . . . . .  4-24

4-6     Example Drift Test Report Form  . . . . . . . . .  4-28

5-1     Summary of Equipment Modifications  . . . . . . . . 5-3

5-2     Control Effectiveness For an LDAR Program At a
        SOCMI Process Unit  . . . . . . . . . . . . . . . 5-9

5-3     Control Effectiveness For an LDAR Program At a
        Refinery Process Unit . . . . . . . . . . . . . .  5-10

5-4     Equations Relating Average Leak Rate to Fraction
        Leaking at SOCMI Units  . . . . . . . . . . . .  5-46

5-5     Equations Relating Average Leak Rate to Fraction
        Leaking at Refinery Units . . . . . . . . . . .  5-47

5-6     Equations Relating Average Leak Rate to Fraction
        Leaking At Marketing Terminal Units . . . . . .  5-48

5-7     Equations Relating Average Leak Rate to Fraction
        Leaking At Oil and Gas Production Operating
        Units . . . . . . . . . . . . . . . . . . . . .  5-50

5-8     Values Used in Example Calculation  . . . . . . .  5-58

5-9     Example Calculation To Determine the Final Leak
        Frequency Of SOCMI Gas Valves In a Monthly
        Monitoring LDAR Program With a Leak Definition
        of 10,000 ppmv  . . . . . . . . . . . . . . . .  5-60

BLM_0045721

# LIST OF FIGURES

**Figure**                                                                                      **Page**

2-1      Overview of Data Collection and Analysis
         Approaches for Developing Equipment Leak
         Emissions Inventory . . . . . . . . . . . . . . . . 2-4

2-2      SOCMI Correlations Relating Total Organic Compound
         (TOC) Leak Rate to Screening Value:
         0 - 1,000 ppmv . . . . . . . . . . . . . . . . 2-28

2-3      SOCMI Correlations Relating Total Organic Compound
         (TOC) Leak Rate to Screening Value:
         1,000 - 1,000,000 ppmv . . . . . . . . . . . . . 2-29

2-4      Petroleum Industry Correlations Relating Total Organic
         Compound (TOC) Leak Rate to Screening Value:
         1,000 - 1,000,000 ppmv . . . . . . . . . . . . . 2-30

2-5      Petroleum Industry Correlations Relating Total Organic
         Compound (TOC) Leak Rate to Screening Value:
         1,000 - 1,000,000 ppmv . . . . . . . . . . . . . 2-31

3-1      Gate Valves . . . . . . . . . . . . . . . . . . . 3-17

3-2      Globe Valves . . . . . . . . . . . . . . . . . . 3-18

3-3      Lubricated Plug Valve . . . . . . . . . . . . . . 3-19

3-4      Ball Valve and Butterfly Valve . . . . . . . . . 3-20

3-5      Weir-Type Diaphragm Valve and Check Valves . . . 3-21

3-6      Centrifugal Pumps . . . . . . . . . . . . . . . . 3-23

3-7      Spring-Loaded Relief Valve . . . . . . . . . . . 3-24

4-1      Sampling Train for Bagging a Source Using the
         Vacuum Method . . . . . . . . . . . . . . . . . . 4-5

4-2      Equipment Required for the Blow-Through Sampling
         Technique . . . . . . . . . . . . . . . . . . . . 4-10

5-1      SOCMI Gas Valve Average Leak Rate Versus Fraction
         Leaking at Several Leak Definitions . . . . . . . 5-11

5-2      SOCMI Light Liquid Valve Average Leak Rate Versus
         Fraction Leaking at Several Leak Definitions . . 5-12

5-3      SOCMI Light Liquid Pump Average Leak Rate Versus
         Fraction Leaking at Several Leak Definitions . . 5-13

BLM_0045722

**Figure**                                                                                    **Page**

5-4      SOCMI Connector Average Leak Rate Versus Fraction
         Leaking at Several Leak Definitions . . . . . . .   5-14

5-5      Refinery Gas Valve Average Leak Rate Versus
         Fraction Leaking at Several Leak Definitions  . .   5-15

5-6      Refinery Light Liquid Valve Average Leak Rate
         Versus Fraction Leaking at Several Leak
         Definitions . . . . . . . . . . . . . . . . . . .   5-16

5-7      Refinery Light Liquid Pump Average Leak Rate
         Versus Fraction Leaking at Several Leak
         Definitions . . . . . . . . . . . . . . . . . . .   5-17

5-8      Refinery Connector Average Leak Rate Versus
         Fraction Leaking at Several Leak Definitions  . .   5-18

5-9      Marketing Terminal Gas Fittings Average Leak Rate
         Versus Fraction Leaking at Several Leak
         Definitions . . . . . . . . . . . . . . . . . . .   5-19

5-10     Marketing Terminal Light Liquid Fittings Average Leak
         Rate Versus Fraction Leaking at Several Leak
         Definitions . . . . . . . . . . . . . . . . . . .   5-20

5-11     Marketing Terminal Gas Others Average Leak Rate Versus
         Fraction Leaking at Several Leak Definitions  . .   5-21

5-12     Marketing Terminal Light Liquid Others Average Leak
         Rate Versus Fraction Leaking at Several Leak
         Definitions . . . . . . . . . . . . . . . . . . .   5-22

5-13     Marketing Terminal Light Liquid Pumps Average Leak Rate
         Versus Fraction Leaking at Several Leak
         Definitions . . . . . . . . . . . . . . . . . . .   5-23

5-14     Marketing Terminal Gas Valves Average Leak Rate Versus
         Fraction Leaking at Several Leak Definitions  . .   5-24

5-15     Marketing Terminal Light Liquid Valves Average Leak
         Rate Versus Fraction Leaking at Several Leak
         Definitions . . . . . . . . . . . . . . . . . . .   5-25

5-16     Oil and Gas Production Gas Connectors Average Leak Rate
         Versus Fraction Leaking at Several Leak
         Definitions . . . . . . . . . . . . . . . . . . .   5-27

BLM_0045723

# LIST OF FIGURES (Continued)

**Figure**                                                                    **Page**

5-17     Oil and Gas Production Light Oil Connectors Average
         Leak Rate Versus Fraction Leaking at Several Leak
         Definitions . . . . . . . . . . . . . . . . . .    5-28

5-18     Oil and Gas Production Water/Oil Connectors Average
         Leak Rate Versus Fraction Leaking at Several Leak
         Definitions . . . . . . . . . . . . . . . . . .    5-29

5-19     Oil and Gas Production Gas Flanges Average Leak Rate
         Versus Fraction Leaking at Several Leak
         Definitions . . . . . . . . . . . . . . . . . .    5-30

5-20     Oil and Gas Production Light Oil Flanges Average Leak
         Rate Versus Fraction Leaking at Several Leak
         Definitions . . . . . . . . . . . . . . . . . .    5-31

5-21     Oil and Gas Production Gas Open-Ended Lines Average
         Leak Rate Versus Fraction Leaking at Several Leak
         Definitions . . . . . . . . . . . . . . . . . .    5-32

5-22     Oil and Gas Production Heavy Oil Open-Ended Lines
         Average Leak Rate Versus Fraction Leaking at Several
         Leak Definitions  . . . . . . . . . . . . . . .    5-33

5-23     Oil and Gas Production Light Oil Open-Ended Lines
         Average Leak Rate Versus Fraction Leaking at Several
         Leak Definitions  . . . . . . . . . . . . . . .    5-34

5-24     Oil and Gas Production Water/Oil Open-Ended Lines
         Average Leak Rate Versus Fraction Leaking at Several
         Leak Definitions  . . . . . . . . . . . . . . .    5-35

5-25     Oil and Gas Production Gas Other Average Leak Rate
         Versus Fraction Leaking at Several Leak
         Definitions . . . . . . . . . . . . . . . . . .    5-36

5-26     Oil and Gas Production Heavy Oil Other Average Leak
         Rate Versus Fraction Leaking at Several Leak
         Definitions . . . . . . . . . . . . . . . . . .    5-37

5-27     Oil and Gas Production Light Oil Other Average Leak
         Rate Versus Fraction Leaking at Several Leak
         Definitions . . . . . . . . . . . . . . . . . .    5-38

5-28     Oil and Gas Production Water/Oil Other Average Leak
         Rate Versus Fraction Leaking at Several Leak
         Definitions . . . . . . . . . . . . . . . . . .    5-39

BLM_0045724

**Figure**                                                                    **Page**

5-29    Oil and Gas Production Gas Pumps Average Leak Rate
        Versus Fraction Leaking at Several Leak
        Definitions . . . . . . . . . . . . . . . . . . .   5-40

5-30    Oil and Gas Production Light Oil Pumps Average Leak
        Rate Versus Fraction Leaking at Several Leak
        Definitions . . . . . . . . . . . . . . . . . . .   5-41

5-31    Oil and Gas Production Gas Valves Average Leak Rate
        Versus Fraction Leaking at Several Leak
        Definitions . . . . . . . . . . . . . . . . . . .   5-42

5-32    Oil and Gas Production Heavy Oil Valves Average Leak
        Rate Versus Fraction Leaking at Several Leak
        Definitions . . . . . . . . . . . . . . . . . . .   5-43

5-33    Oil and Gas Production Light Oil Valves Average Leak
        Rate Versus Fraction Leaking at Several Leak
        Definitions . . . . . . . . . . . . . . . . . . .   5-44

5-34    Oil and Gas Production Water/Oil Valves Average Leak
        Rate Versus Fraction Leaking at Several Leak
        Definitions . . . . . . . . . . . . . . . . . . .   5-45

5-35    Marketing Terminals Light Liquid Pumps Average Leak
        Rate Versus Fraction Leaking at Several Leak
        Definitions . . . . . . . . . . . . . . . . . . .   5-55

BLM_0045725

# 1.0 INTRODUCTION

This document is an update to the EPA equipment leaks protocol document ("Protocol for Equipment Leak Emission Estimates," EPA-453/R-93-026, June 1993). The purpose of this document is the same as the original protocol document and subsequent revisions- to present standard procedures for estimating mass emissions from equipment leaks. However, this document publishes the results of additional data collection and analysis that has occurred since the original protocol and subsequent revisions were published, and also expands on some of the topics that were covered in the original protocol.

Some of the new features of the updated protocol are:

(1) New correlation equations, default zero emission rates, and pegged emission rates for the petroleum industry that replace the refinery correlations previously published are presented. The correlations relate screening values obtained using a portable monitoring instrument to mass emissions.

(2) The document has been expanded to include emission factors for marketing terminals and for oil and gas production operations. The refinery emission factors were not revised due to an unavailability of new data.

(3) Pegged emission rates for pegged readings at 10,000 ppmv have been added for SOCMI process units.

(4) Several of the equations in this version of the protocol have been revised by simplifying the symbols to more clearly communicate the concept being conveyed.

(5) An adjustment has been added to the blow-through method of calculating mass emissions. This adjustment more accurately accounts for the total flow through the bag.

BLM_0045726

As with the original protocol document, this document presents standard procedures for general use in generating unit-specific emission estimates for permitting and inventories. The document describes methodologies the EPA considers appropriate for development of equipment leak emission estimates. These methodologies are intended to assist States and industry in their efforts to estimate equipment leak emissions.

The updated protocol is divided into five chapters and several appendices. Chapter 2.0 describes how to estimate equipment leak emissions. Chapter 3.0 describes collecting screening data that can be used in the emission estimates. Chapter 4.0 describes collecting unit-specific equipment leak mass emissions data. Chapter 5.0 describes how to estimate the control efficiencies of equipment leak control techniques. The appendices support information contained in the chapters. Each of these chapters and the appendices are briefly described below.

Chapter 2.0 presents the four approaches for estimating total organic emissions from equipment leaks. These approaches are:

- Average Emission Factor Approach;
- Screening Ranges Approach;
- EPA Correlation Approach; and
- Unit-Specific Correlation Approach.

Additionally, several topics that are relevant to estimating equipment leak emissions are addressed. These topics include speciating equipment leak emissions of individual compounds from an equipment piece containing a mixture, using response factors, estimating emissions of volatile organic compounds, estimating emissions of inorganic compounds, and other topics not specifically related to any one of the four approaches.

Chapter 3.0 explains how to perform a screening survey at a process unit. Requirements for the use of a portable monitoring instrument are described. These requirements are based on the EPA Reference Method 21. Additionally, in chapter 3.0, guidance is provided on how to set up a screening program and how to screen different types of equipment.

1-2

BLM_0045727

Chapter 4.0, explains how to collect equipment leak rate data (bagging data) by enclosing individual equipment in a "bag" and measuring mass emissions. These data can be used to develop unit-specific leak rate/screening value correlations. Chapter 4.0 details the rigorous steps that need to be followed when collecting the bagging data to generate unit-specific correlations. These steps are intended to ensure that the data are of high quality.

Chapter 5.0, explains how to estimate the control efficiency of equipment leak emission control techniques. The two primary control techniques for reducing equipment leak emissions are (1) equipment modifications (such as replacing a standard valve with a sealless type) and (2) implementing a leak detection and repair (LDAR) program. Control efficiencies for different equipment leak modifications are summarized, and an approach for estimating the control efficiency of any LDAR program is provided.

Appendices A through G provide additional information supporting the material in the chapters. Appendix A contains detailed example calculations using the approaches described in chapter 2.0. Appendix B documents how the SOCMI correlations and emission factors were revised. Appendix B also serves as a demonstration of how data can be analyzed to develop unit-specific correlations. Appendix C presents the rationale for the development of the petroleum industry correlations, as well as the background for the development of marketing terminal and oil and gas production operations emission factors. Appendix D summarizes available data on response factors. Appendix E provides guidance on how to collect representative screening data for connectors. Appendix F contains a copy of the EPA Reference Method 21. Finally, appendix G demonstrates how LDAR control efficiencies presented in chapter 5.0 were calculated.

BLM_0045728

2.0.  DEVELOPMENT OF EQUIPMENT LEAK EMISSION ESTIMATES

2.1 INTRODUCTION

The purpose of this chapter is to describe the methods for estimating mass emissions from equipment leaks in a chemical processing unit.  Four approaches for estimating equipment leak emissions are presented:

Approach 1:  Average Emission Factor Approach;

Approach 2:  Screening Ranges Approach;

Approach 3:  EPA Correlation Approach; and

Approach 4:  Unit-Specific Correlation Approach.

General information on these approaches is presented in section 2.2, and detailed information on applying each of the approaches is presented in section 2.3.  Included in section 2.3 are emission factors and leak rate/screening value correlations for use in estimating emissions from equipment leaks in the petroleum industry and the synthetic organic chemical manufacturing industry (SOCMI). The SOCMI emission factors and correlations were revised and introduced in the 1993 update of this document.  The refinery correlations that have been revised and expanded to include the entire petroleum industry are introduced in this document.  Additionally, emission factors for marketing terminals are introduced in this document.  Emission factors for gas plants that have been updated and expanded to included oil and gas production operations are also introduced in this document.  The procedures in this document estimate emissions of total organic compounds (TOC's).  However, special procedures are also described for the purpose of estimating volatile organic compounds (VOC's).  As defined by the EPA, VOC's

2-1

BLM_0045729

include all organic compounds except those specifically excluded by the EPA due to negligible photochemical activity.

After the four approaches have been discussed, topics that are not specifically related to any particular approach, but are relevant to how equipment leak emissions are estimated, are addressed in section 2.4. These topics include:

- Estimating emissions of individual compounds within a mixture;

- Using response factors when estimating emissions;

- Considerations regarding the monitoring instrument used;

- Estimating emissions of equipment not screened when other equipment have been screened;

- Using screening data collected at different times;

- Estimating VOC emissions from equipment containing organic compounds excluded from the EPA's classification of TOC's; and

- Estimating emissions from equipment containing inorganic compounds.

Appendices A through E contain supporting documentation for the material presented in this chapter. Appendix A contains detailed example calculations that demonstrate the four approaches for estimating equipment leak emissions, as well as the topics discussed in section 2.4. Appendix B presents details on how unit-specific correlations can be developed, and also presents background information on the revision of the SOCMI correlations and emission factors. Appendix C presents background information on the development of average emission factors and correlation equations for the petroleum industry. Appendix D offers a detailed listing of available response factors. Appendix E contains information on the minimum number of connectors in a process unit that must be screened in order to obtain a representative sample.

BLM_0045730

## 2.2 GENERAL INFORMATION ON THE APPROACHES FOR ESTIMATING EQUIPMENT LEAK EMISSIONS

This section presents general information on the four approaches for estimating equipment leak emissions. Each approach is briefly described, and data requirements for each are summarized. Additionally, background information is presented to provide an historical overview of data collection and analysis on emissions of VOC's from equipment leaks.

### 2.2.1 Equipment Leak Emission Estimation Approaches

The four approaches described here can be used by any chemical-handling facility to develop an inventory of TOC or VOC emissions from equipment leaks. The approaches, in order of increasing refinement, are: Average Emission Factor Approach, Screening Ranges Approach, EPA Correlation Approach, and Unit-Specific Correlation Approach.

In general, the more refined approaches require more data and provide more accurate emission estimates for a process unit. In the Average Emission Factor Approach and the Screening Ranges Approach, emission factors are combined with equipment counts to estimate emissions. To estimate emissions with the EPA Correlation Approach, measured concentrations (screening values) for all equipment are individually entered into general correlations developed by the EPA. In the Unit-Specific Correlation Approach, screening and leak rate data are measured for a select set of individual equipment components and then used to develop unit-specific correlations. Screening values for all components are then entered into these unit-specific correlations to estimate emissions.

Figure 2-1 is an overview of the data collection and analysis required to apply each of the approaches. As can be seen from this figure, all of the approaches require an accurate count of equipment components by type of equipment (i.e., valves, pumps, connectors, etc.). Additionally, for some of the equipment types, the count must be further described by service (i.e., heavy liquid, light liquid, and gas).

2-3

BLM_0045731



Figure 2-1. Overview of Data Collection and Analysis Approaches for Developing Equipment Leak Emissions Inventory

2-4

BLM_0045732

Except for the Average Emission Factor Approach, all of the approaches require screening data. Screening data are collected by using a portable monitoring instrument to sample air from potential leak interfaces on individual pieces of equipment. A screening value is a measure of the concentration of leaking compounds in the ambient air that provides an indication of the leak rate from an equipment piece, and is measured in units of parts per million by volume (ppmv). The procedures for collecting screening data are presented in chapter 3.0.

In addition to equipment counts and screening data, the Unit-Specific Correlation Approach requires bagging data. Bagging data consist of screening values and their associated measured leak rates. A leak rate is measured by enclosing an equipment piece in a bag to determine the actual mass emission rate of the leak. The screening values and measured leak rates from several pieces of equipment are used to develop a unit-specific correlation. The resulting leak rate/screening value correlation predicts the mass emission rate as a function of the screening value. Procedures for collecting bagging data are described in detail in chapter 4.0.

Each of the approaches are applicable to any chemical-handling facility. However, the EPA has developed more than one set of emission factors and correlations, and the type of process unit being considered governs which set must be used to estimate emissions. Historical data collection on emissions from equipment leaks in SOCMI, refineries, marketing terminals and oils and gas production operations have yielded emission factors and correlations for these source categories. Emission factors and correlations for other source categories have not been developed.

For process units in source categories for which emission factors and/or correlations have not been developed, the factors and/or correlations already developed can be utilized. However, appropriate evidence should indicate that the existing emission factors and correlations are applicable to the source category in question. Criteria for determining the appropriateness of

BLM_0045733

applying existing emission factors and correlations to another source category may include one or more of the following: (1) process design, (2) process operation parameters (i.e., pressure and temperature), (3) types of equipment used, and (4) types of material handled. For example, in most cases, SOCMI emission factors and correlations are applicable for estimating equipment leak emissions from the polymer and resin manufacturing industry. This is because, in general, these two industries have comparable process design and comparable process operation, they use the same types of equipment, and they tend to use similar feedstock.

2.2.2 <u>Overview of Equipment Leak Data Collection</u>

Data on equipment leak emissions of organic compounds have been collected from refineries, marketing terminals, oil and gas production operations, and SOCMI process units. Emission factors and correlations have been developed for the following equipment types: valves, pumps, compressors, pressure relief valves, connectors, flanges, and open-ended lines. An "others" category has also been developed for the petroleum industry. For sampling connections, an average emission factor has been developed that estimates the typical amount of material purged when a sample is collected. A brief history of the development of these factors and correlations is presented below.

2.2.2.1 <u>Refinery Assessment Study</u>.[1,2] In the late 1970s, the EPA initiated the Petroleum Refinery Assessment Study, and equipment leak data from 13 refineries were collected. In this study, equipment was screened and the majority of sources that had screening values over 200 ppmv were bagged. Bagged equipment emission rates were reported as non-methane organic compound emission rates. Average emission factors and correlations for each equipment type were developed based on the screening and bagging data collected in this study.

The Refinery Assessment Study included an investigation of possible correlations between equipment leaks and process variables. The only process variables found to correlate with mass emission rates in a statistically significant manner were

BLM_0045734

(1) the phase of the process stream (service), and (2) the relative volatility of liquid streams. This finding led to the separation of data for valves, pumps, and pressure relief valves by type of service. Three service categories were defined:

- Gas/vapor - material in a gaseous state at operating conditions;

- Light liquid - material in a liquid state in which the sum of the concentration of individual constituents with a vapor pressure over 0.3 kilopascals (kPa) at 20 $^\circ$C is greater than or equal to 20 weight percent; and

- Heavy liquid - not in gas/vapor service or light liquid service.

2.2.2.2 <u>Gas Plant Studies</u>.[3] A total of six gas plants were screened in two studies: Four were screened by the EPA and two by the American Petroleum Institute. Average emission factors were developed, and information on the percentage of equipment with screening values equal to or greater than 10,000 ppmv was presented. The average factors include emissions of ethane and methane, which are hydrocarbons but are not classified as VOC's.

2.2.2.3 <u>Revised Petroleum Industry Correlations and Emission Factors</u>. During the early-1990's, new petroleum industry equipment leak bagging data were collected and analyzed. The Western States Petroleum Association (WSPA) and the American Petroleum Institute (API) jointly commissioned the 1994 refinery equipment leak report[4] to evaluate fugitive emissions collected from five petroleum refineries. The API also commissioned the 1993 marketing terminal equipment leak report,[5] which included bagging data from three marketing terminals, and, along with the Gas Research Institute (GRI), jointly commissioned the 1993 and 1995 oil and gas production operations reports, which included bagging data from 24 facilities.[6,7] In addition to the bagging data, screening data were also collected from 17 marketing terminals[8] and 24 oil and gas production facilities.[6,7] Data from gas/vapor, light liquid, and/or heavy liquid streams were collected for these studies from non-flanged connectors, flanges, open-ended lines, pumps, values, instruments, loading arms,

BLM_0045735

pressure relief valves, stuffing boxes, vents, compressors, dump lever arms, diaphrams, drains, hatches, meters, and polished rods.

A specific goal of the above studies was to collect high quality data to enhance or replace the previously published refinery correlations. As a result of the analyses discussed in appendix C, the bagging data collected from refineries, marketing terminals, and oil and gas production facilities during the early-1990's were combined to replace the previously published refinery correlations with correlations applicable to the entire petroleum industry. In addition, the new correlations apply across all services for a given equipment type. The previously published refinery correlations were specific to service and equipment.

The screening data were used to develop average emission factors for marketing terminals and for oil and gas production operations. The average emission factors for oil and gas production operations replace the gas plant factors published in previous versions of this document and apply to light crude, heavy crude, gas plant, gas production and off shore facilities. No new screening data were available for refineries, therefore the previously published refinery average emission factors remain unchanged in this version of the protocol. Appendix C contains more detailed information on how the new petroleum industry correlations, marketing terminal emission factors, and oil and gas production operations emission factors were developed.

2.2.2.4 <u>Original SOCMI Average Emission Factors and Correlations</u>. In 1980, two studies were coordinated by the EPA to collect data from SOCMI process units. These studies were the 24-Unit Study,[9] and the Six-Unit Maintenance Study.[10] In the 24-Unit Study, screening data were obtained from equipment containing organic compounds at 24 individual chemical process units representing a cross-section of the SOCMI. In the Six-Unit Maintenance Study, bagging data were collected from six of the process units within the 24-Unit Study to determine the effect of maintenance on equipment leak emissions. Most of the bagging

BLM_0045736

data were collected from equipment with screening values above 1,000 ppmv. As part of the Six-Unit Maintenance Study, correlations were developed for light liquid pumps, gas valves, and light liquid valves.

The original SOCMI average emission factors were first presented in the document "Fugitive Emission Sources of Organic Compounds--Additional Information on Emissions, Emission Reductions, and Costs."[6] This document is referred to as the Fugitive Emissions Additional Information Document (AID). In the Fugitive Emissions AID, the data from the Refinery Assessment Study were further analyzed to develop "leak/no leak" emission factors. (A "leak" was defined as a screening value greater than or equal to 10,000 ppmv.) With the exception of the factor for gas valves, the original SOCMI average emission factors were developed using (1) the leak/no-leak emission factors developed from the Refinery Assessment Study data, and (2) the leak frequencies from the SOCMI 24-Unit Study screening value data set. This approach was based on statistical comparisons that indicated that the most significant characteristic that distinguished equipment in SOCMI facilities from that in refineries was not the leak rate for a given screening value, but rather the fraction of equipment that had screening values greater than or equal to 10,000 ppmv.

Thus, the following equation was used to calculate the original SOCMI average emission factors:

$$\text{SOCMI Average Factor} = (F \times RLF) + (1 - F) \times RNLF$$

where:

F   =   Fraction of sources from the 24-Unit Study that screened greater than or equal to 10,000 ppmv;

RLF   =   Refinery leaking emission factor; and

RNLF =   Refinery non-leaking emission factor.

For gas valves, the previously collected data suggested that for a given screening value the leak rate at a SOCMI facility was

BLM_0045737

not statistically equivalent to the leak rate at a refinery. Therefore, data from the Six-Unit Maintenance Study were used to develop the gas valve average emission factor.

2.2.2.5  <u>Revised SOCMI Emission Factors and Correlations</u>.  In 1987 and 1988, screening data were obtained from 19 ethylene oxide and butadiene producers, and, in 1990, bagging data were collected from 16 of these process units.  Screening and bagging data were collected from light liquid pumps, gas valves, light liquid valves, and connectors.  A specific goal of the program was to bag equipment that had screening values less than 1,000 ppmv.  The bagging data were combined with bagging data previously collected in the Six-Unit Maintenance Study, and this combined bagging data set was used to revise the SOCMI correlations.  Likewise, the new screening data were combined with screening data previously collected in the 24-Unit Study, and this combined screening data set was used with the revised correlations to generate new SOCMI emission factors. Appendix B.2 contains more detailed information on how the revised SOCMI correlations and emission factors were developed.

2.3 APPROACHES FOR ESTIMATING EQUIPMENT LEAK EMISSIONS

In this section, each of the approaches for estimating equipment leak emissions are discussed.  The description of each approach focuses on the basic method for estimating TOC emissions.  Each of the approaches are demonstrated in example calculations contained in appendix A.  Special topics at the end of the chapter have been included to address how to estimate VOC emissions when some of the organic compounds in the stream are not classified as VOC's and also how to speciate emissions for individual chemicals from equipment containing a mixture.

2.3.1  <u>Average Emission Factor Approach</u>

One accepted approach for estimating emissions allows use of average emission factors developed by the EPA in combination with unit-specific data that are relatively simple to obtain.  These data include:  (1) the number of each type of component in a unit (valve, connector, etc.), (2) the service each component is in (gas, light liquid, or heavy liquid), (3) the TOC concentration

BLM_0045738

of the stream (and VOC or HAP concentrations if speciation is to be performed), and (4) the time period each component was in that service. The average emission factors for SOCMI process units, refineries, marketing terminals, and oil and gas production operations are presented in tables 2-1, 2-2, 2-3, and 2-4 respectively. The SOCMI, marketing terminal, and oil and gas production operations average emission factors predict total organic compound emission rates, whereas the refinery average factors predict non-methane organic compound emission rates. Note that limited data has been collected on the leak rate of agitators, and, until additional data are collected for emissions from agitator seals, the average factor for light liquid pump seals can be used to estimate emissions from agitators.

Although the average emission factors are in units of kilogram per hour per individual source, it is important to note that these factors are most valid for estimating emissions from a population of equipment. The average factors are not intended to be used for estimating emissions from an individual piece of equipment over a short time period (i.e., 1 hour).

To estimate emissions using the Average Emission Factor Approach, the concentration of TOC in weight fraction within the equipment is needed because equipment with higher TOC concentrations tend to have higher TOC leak rates. When using the Average Emission Factor Approach, equipment should be grouped into "streams" where all the equipment within the stream have approximately the same TOC weight fraction.

To apply the average emission factors, use the following equation to estimate TOC mass emissions from all of the equipment in a stream of a given equipment type:

$$E_{TOC} = F_A \times WF_{TOC} \times N$$

where:

$E_{TOC}$ = Emission rate of TOC from all equipment in the stream of a given equipment type (kg/hr);

BLM_0045739

TABLE 2-1.  SOCMI AVERAGE EMISSION FACTORS

| Equipment type | Service | Emission factor[a] (kg/hr/source) |
|---|---|---|
| Valves | Gas | 0.00597 |
| | Light liquid | 0.00403 |
| | Heavy liquid | 0.00023 |
| Pump seals[b] | Light liquid | 0.0199 |
| | Heavy liquid | 0.00862 |
| Compressor seals | Gas | 0.228 |
| Pressure relief valves | Gas | 0.104 |
| Connectors | All | 0.00183 |
| Open-ended lines | All | 0.0017 |
| Sampling connections | All | 0.0150 |

[a]These factors are for total organic compound emission rates.

[b]The light liquid pump seal factor can be used to estimate the leak rate from agitator seals.

BLM_0045740

TABLE 2-2.  REFINERY AVERAGE EMISSION FACTORS[a]

| Equipment type | Service | Emission factor (kg/hr/source)[b] |
|---|---|---|
| Valves | Gas | 0.0268 |
| | Light liquid | 0.0109 |
| | Heavy liquid | 0.00023 |
| Pump seals[c] | Light liquid | 0.114 |
| | Heavy liquid | 0.021 |
| Compressor seals | Gas | 0.636 |
| Pressure relief valves | Gas | 0.16 |
| Connectors | All | 0.00025 |
| Open-ended lines | All | 0.0023 |
| Sampling connections | All | 0.0150 |

[a]Source:  Reference 2.

[b]These factors are for non-methane organic compound emission rates.

[c]The light liquid pump seal factor can be used to estimate the leak rate from agitator seals.

BLM_0045741

TABLE 2-3.  MARKETING TERMINAL AVERAGE EMISSION FACTORS

| Equipment type | Service | Emission factor (kg/hr/source)[a] |
|---|---|---|
| Valves | Gas | 1.3E-05 |
|  | Light Liquid | 4.3E-05 |
| Pump seals | Gas | 6.5E-05 |
|  | Light Liquid | 5.4E-04 |
| Others (compressors and others)[b] | Gas | 1.2E-04 |
|  | Light Liquid | 1.3E-04 |
| Fittings (connectors and flanges)[c] | Gas | 4.2E-05 |
|  | Light Liquid | 8.0E-06 |

[a]These factors are for total organic compound emission rates (including non-VOC's such as methane and ethane).

[b]The "other" equipment type should be applied for any equipment type other than fittings, pumps, or valves.

[c]"Fittings" were not identified as flanges or non-flanged connectors; therefore, the fitting emissions were estimated by averaging the estimates from the connector and the flange correlation equations.

BLM_0045742

TABLE 2-4.  OIL AND GAS PRODUCTION OPERATIONS AVERAGE EMISSION
FACTORS (kg/hr/source)

| Equipment Type | Service[a] | Emission Factor (kg/hr/source)[b] |
|---|---|---|
| Valves | Gas | 4.5E-03 |
| | Heavy Oil | 8.4E-06 |
| | Light Oil | 2.5E-03 |
| | Water/Oil | 9.8E-05 |
| Pump seals | Gas | 2.4E-03 |
| | Heavy Oil | NA |
| | Light Oil | 1.3E-02 |
| | Water/Oil | 2.4E-05 |
| Others[c] | Gas | 8.8E-03 |
| | Heavy Oil | 3.2E-05 |
| | Light Oil | 7.5E-03 |
| | Water/Oil | 1.4E-02 |
| Connectors | Gas | 2.0E-04 |
| | Heavy Oil | 7.5E-06 |
| | Light Oil | 2.1E-04 |
| | Water/Oil | 1.1E-04 |
| Flanges | Gas | 3.9E-04 |
| | Heavy Oil | 3.9E-07 |
| | Light Oil | 1.1E-04 |
| | Water/Oil | 2.9E-06 |
| Open-ended lines | Gas | 2.0E-03 |
| | Heavy Oil | 1.4E-04 |
| | Light Oil | 1.4E-03 |
| | Water/Oil | 2.5E-04 |

[a]Water/Oil emission factors apply to water streams in oil service
with a water content greater than 50%, from the point of origin
to the point where the water content reaches 99%.  For water
streams with a water content greater than 99%, the emission rate
is considered negligible.
[b]These factors are for total organic compound emission rates
(including non-VOC's such as methane and ethane) and apply to
light crude, heavy crude, gas plant, gas production, and
off shore facilities.  "NA" indicates that not enough data were
available to develop the indicated emission factor.
[c]The "other" equipment type was derived from compressors,
diaphrams, drains, dump arms, hatches, instruments, meters,
pressure relief valves, polished rods, relief valves, and vents.
This "other" equipment type should be applied for any equipment
type other than connectors, flanges, open-ended lines, pumps, or
valves.

BLM_0045743

$F_A$ = Applicable average emission factor for the equipment type (kg/hr/source);

**FOR REFINERIES ONLY:** The emission factor "$F_A$" must be adjusted to account for all organic compounds in the stream because the refinery factors are only valid for non-methane organic compounds (percents up to a maximum of 10 percent by weight methane are permitted):

$$F_A = F_A \times \frac{WF_{TOC}}{WF_{TOC} - WF_{methane}} ;$$

$WF_{TOC}$ = Average weight fraction of TOC in the stream;

$WF_{methane}$ = Average weight fraction of methane in the stream; and

$N$ = Number of pieces of equipment of the applicable equipment type in the stream.

Note that the emission factor "$F_A$" is defined differently for refineries than for SOCMI, marketing terminals, or oil and gas production operations when calculating TOC mass emissions. It is necessary to adjust the "$F_A$" term when applied to refineries, because when the refinery factors were developed, the methane was subtracted out of the organic total. Adjusting the "$F_A$" term for refineries is a way to correct for this. Two guidelines when correcting the "$F_A$" term when applied to refineries are as follows:

- The correction should only be applied to equipment containing a mixture of organics and methane; and

- The maximum correction for the methane weight fraction should not exceed 0.10, even if the equipment contains greater than 10 weight percent methane. (This reflects that equipment in the Refinery Assessment Study[1,2] typically contained 10 weight percent or less methane).

Thus, at a SOCMI process unit, if there were 100 gas valves in a stream containing, on average, 90 weight percent TOC and 10 weight percent water vapor, emissions would be calculated as follows:

2-16

BLM_0045744

$$E_{TOC} = F_A \times WF_{TOC} \times N$$

$$= 0.00597 \text{ kg/hr/gas valve} \times 0.9 \times 100 \text{ gas valves}$$

$$= 0.54 \text{ kg/hr of VOC from gas valves in the stream}$$

At a refinery, if there were 100 gas valves in a stream that, on average, contained 80 weight percent non-methane TOC, 10 weight percent water vapor, and 10 weight percent methane (thus, the TOC weight percent would be 90), emissions would be calculated using the above equation as follows:

$$E_{TOC} = F_A \times \frac{WF_{TOC}}{WF_{TOC} - WF_{methane}} \times WF_{TOC} \times N$$

$$= 0.0268 \text{ kg/hr/gas valve} \times (0.9/0.9-0.1) \times 0.9 \times 100 \text{ gas valves}$$

$$= 2.71 \text{ kg/hr of VOC from gas valves in the stream}$$

If there are several streams at a process unit, the total TOC emission rate for an equipment type is the sum of emissions from each of the streams. The total emission rates for all of the equipment types are summed to generate the process unit total TOC emission rate from leaking equipment.

Assuming all of the organic compounds in the stream are classified as VOC's, the total VOC emission for each stream is calculated as the sum of TOC emissions associated with each specific equipment type in the stream. Section 2.4.6 discusses an adjustment that can be made to predict the VOC emission rate if some of the organic compounds in the stream are not classified as VOC's (such as methane and ethane).

As mentioned earlier, the average emission factors are not intended to provide an accurate estimate of the emission rate from a single piece of equipment. Rather, the average factors are more appropriately applied to the estimation of emissions from populations of equipment. Data indicate that the range of possible leak rates from individual pieces of equipment spans

2-17

BLM_0045745

several orders of magnitude. As a result, the majority of total emissions from a population of equipment at any given time will normally occur from a small percentage of the total equipment. The average emission factors account for the span of possible leak rates, but, as a result, they are not necessarily an accurate indication of the mass emission rate from an individual piece of equipment.

Furthermore, the average emission factors do not reflect different site-specific conditions among process units within a source category. Site-specific factors can have considerable influence on leak rates from equipment. Nevertheless, in the absence of screening data, the average emission factors do provide an indication of equipment leak emission rates from equipment in a process unit.

2.3.2  Screening Ranges Approach

The Screening Ranges Approach (formerly known as the leak/no-leak approach) offers some refinement over the Average Emission Factor Approach, thereby allowing some adjustment for individual unit conditions and operation. This approach is included in this section primarily to aid in the analysis of old datasets which were collected for older regulations that used 10,000 ppmv as the leak definition. This approach and the other two remaining approaches require that screening data be collected for the equipment in the process unit. The screening data are an indication of leak rates. When applying this approach, it is assumed that components having screening values greater than 10,000 ppmv have a different average emission rate than components with screening values less than 10,000 ppmv.

This approach may be applied when screening data are available as either "greater than or equal to 10,000 ppmv" or as "less than 10,000 ppmv." Emission factors for SOCMI, refineries, marketing terminals, and oil and gas production operations for these two ranges of screening values are presented in tables 2-5, 2-6, and 2-7, and 2-8, respectively. As with the average factors, the SOCMI, marketing terminal, and oil and gas production operations screening range factors predict total

BLM_0045746

TABLE 2-5. SOCMI SCREENING RANGES EMISSION FACTORS

| Equipment type | Service | ≥10,000 ppmv Emission factor (kg/hr/source)[a] | <10,000 ppmv Emission factor (kg/hr/source)[a] |
|---|---|---|---|
| Valves | Gas | 0.0782 | 0.000131 |
| | Light liquid | 0.0892 | 0.000165 |
| | Heavy liquid | 0.00023 | 0.00023 |
| Pump seals[b] | Light liquid | 0.243 | 0.00187 |
| | Heavy liquid | 0.216 | 0.00210 |
| Compressor seals | Gas | 1.608 | 0.0894 |
| Pressure relief valves | Gas | 1.691 | 0.0447 |
| Connectors | All | 0.113 | 0.0000810 |
| Open-ended lines | All | 0.01195 | 0.00150 |

[a]These factors are for total organic compound emission rates.

[b]The light liquid pump seal factors can be applied to estimate the leak rate from agitator seals.

BLM_0045747

TABLE 2-6.  REFINERY SCREENING RANGES EMISSION FACTORS[a]

| Equipment type | Service | ≥10,000 ppmv Emission factor (kg/hr/source)[b] | <10,000 ppmv Emission factor (kg/hr/source)[b] |
|---|---|---|---|
| Valves | Gas | 0.2626 | 0.0006 |
| | Light liquid | 0.0852 | 0.0017 |
| | Heavy liquid | 0.00023 | 0.00023 |
| Pump seals[c] | Light liquid | 0.437 | 0.0120 |
| | Heavy liquid | 0.3885 | 0.0135 |
| Compressor seals | Gas | 1.608 | 0.0894 |
| Pressure relief valves | Gas | 1.691 | 0.0447 |
| Connectors | All | 0.0375 | 0.00006 |
| Open-ended lines | All | 0.01195 | 0.00150 |

[a]Source:  Reference 6.

[b]These factors are for non-methane organic compound emission rates.

[c]The light liquid pump seal factors can be applied to estimate the leak rate from agitator seals.

BLM_0045748

TABLE 2-7.  MARKETING TERMINAL SCREENING RANGES EMISSION FACTORS

| Equipment type | Service | ≥10,000 ppmv Emission factor (kg/hr/source)[a] | <10,000 ppmv Emission factor (kg/hr/source)[a] |
|---|---|---|---|
| Valves | Gas | NA | 1.3E-05 |
| | Light Liquid | 2.3E-02 | 1.5E-05 |
| Pump seals | Light liquid | 7.7E-02 | 2.4E-04 |
| Other (compressors and others)[b] | Gas | NA | 1.2E-04 |
| | Light liquid | 3.4E-02 | 2.4E-05 |
| Fittings (connectors and flanges)[c] | Gas | 3.4E-02 | 5.9E-06 |
| | Light liquid | 6.5E-03 | 7.2E-06 |

[a]These factors are for total organic compound emission rates (including non-VOC's such as methane and ethane).  "NA" indicates that not enough data were available to develop the indicated emission factor.

[b]The "other" equipment type should be applied for any equipment type other than fittings, pumps, or valves.

[c]"Fittings" were not identified as flanges or connectors; therefore, the fitting emissions were estimated by averaging the estimates from the connector and the flange correlation equations.

BLM_0045749

TABLE 2-8. OIL AND GAS PRODUCTION OPERATIONS SCREENING RANGES
EMISSION FACTORS

| Equipment type | Service[b] | ≥10,000 ppmv Emission factor (kg/hr/source)[a] | <10,000 ppmv Emission factor (kg/hr/source)[a] |
|---|---|---|---|
| Valves | Gas | 9.8E-02 | 2.5E-05 |
| | Heavy Oil | NA | 8.4E-06 |
| | Light Oil | 8.7E-02 | 1.9E-05 |
| | Water/Oil | 6.4E-02 | 9.7E-06 |
| Pump seals | Gas | 7.4E-02 | 3.5E-04 |
| | Heavy Oil | NA | NA |
| | Light Oil | 1.0E-01 | 5.1E-04 |
| | Water/Oil | NA | 2.4E-04 |
| Others[c] | Gas | 8.9E-02 | 1.2E-04 |
| | Heavy Oil | NA | 3.2E-05 |
| | Light Oil | 8.3E-02 | 1.1E-04 |
| | Water/Oil | 6.9E-02 | 5.9E-05 |
| Connectors | Gas | 2.6E-02 | 1.0E-05 |
| | Heavy Oil | NA | 7.5E-06 |
| | Light Oil | 2.6E-02 | 9.7E-06 |
| | Water/Oil | 2.8E-02 | 1.0E-05 |
| Flanges | Gas | 8.2E-02 | 5.7E-06 |
| | Heavy Oil | NA | 3.9E-07 |
| | Light Oil | 7.3E-02 | 2.4E-06 |
| | Water/Oil | NA | 2.9E-06 |
| Open-ended lines | Gas | 5.5E-02 | 1.5E-05 |
| | Heavy Oil | 3.0E-02 | 7.2E-06 |
| | Light Oil | 4.4E-02 | 1.4E-05 |
| | Water/Oil | 3.0E-02 | 3.5E-06 |

[a]These factors are for total organic compound emission rates
(including non-VOC's such as methane and ethane) and apply to
light crude, heavy crude, gas plant, gas production, and
offshore facilities. "NA" indicates that not enough data were
available to develop the indicated emission factor.
[b]Water/Oil emission factors apply to water streams in oil service
with a water content greater than 50%, from the point of origin
to the point where the water content reaches 99%. For water
streams with a water content greater than 99%, the emission rate
is considered negligible.
[c]The "other" equipment type was derived from compressors,
diaphrams, drains, dump arms, hatches, instruments, meters,
pressure relief valves, polished rods, relief valves, and vents.
This "other" equipment type should be applied for any equipment
type other than connectors, flanges, open-ended lines, pumps, or
valves.

BLM_0045750

organic compound emissions, whereas the refinery screening range factors predict non-methane organic compound emissions. Note that there are not screening range factors for sampling connections because emissions from sampling connections occur when the line is purged, and, thus, are independent of any screening value. Also, as with the average factors, the screening range factors for light liquid pumps can be applied to agitators.

The Screening Ranges Approach is applied in a similar manner as the Average Emission Factor Approach in that equipment counts are multiplied by the applicable emission factor. Also, for refineries, the screening range emission factors must be adjusted for methane in the equipment because when the refinery factors were developed, the methane was subtracted out of the organic total.

To calculate TOC emissions using the Screening Ranges Approach, the following equation is used:

$$E_{TOC} = (F_G \times N_G) + (F_L \times N_L)$$

where:

$E_{TOC}$     =    TOC emission rate for an equipment type (kg/hr);

$F_G$     =    Applicable emission factor for sources with screening values greater than or equal to 10,000 ppmv (kg/hr/source);

                **FOR REFINERIES ONLY:** The emission factor "$F_G$" must be adjusted to account for all organic compounds in the stream because the refinery factors are only valid for non-methane organic compounds (percents up to a maximum of 10 percent by weight methane are permitted):

$$F_G = F_G \times \frac{WP_{TOC}}{WP_{TOC} - WP_{methane}} \; ;$$

$WP_{TOC}$     =    Average weight percent of TOC in the stream;

BLM_0045751

$WP_{methane}$     =    Average weight percent of methane in the stream;

$N_G$         =    Equipment count (specific equipment type) for sources with screening values greater than or equal to 10,000 ppmv;

$F_L$         =    Applicable emission factor for sources with screening values less than 10,000 ppmv (kg/hr/source)

> **FOR REFINERIES ONLY:** The emission factor "$F_L$" must be adjusted to account for all organic compounds in the stream because the refinery factors are only valid for non-methane organic compounds (percents up to a maximum of 10 percent by weight methane are permitted):

$$F_L = F_L \times \frac{WP_{TOC}}{WP_{TOC} - WP_{methane}} \quad ; \text{ and}$$

$N_L$         =    Equipment count (specific equipment type) for sources with screening values less than 10,000 ppmv.

Assuming all of the organic compounds in the stream are classified as VOC's, the total VOC emission for each stream is calculated as the sum of TOC emissions associated with each specific equipment type in the stream. Section 2.4.6 discusses an adjustment that can be made to predict the VOC emission rate if some of the organic compounds in the stream are not classified as VOC's (such as methane and ethane).

The screening range emission factors are a better indication of the actual leak rate from individual equipment than the average emission factors. Nevertheless, available data indicate that measured mass emission rates can vary considerably from the rates predicted by use of these factors.

## 2.3.3 EPA Correlation Approach

This approach offers an additional refinement to estimating emissions from equipment leaks by providing an equation to predict mass emission rate as a function of screening value for a particular equipment type. Correlations developed by the EPA relating screening values to mass emission rates for SOCMI

2-24

BLM_0045752

process units and for petroleum industry process units are presented in tables 2-9 and 2-10, respectively. Correlations for the petroleum industry apply to refineries, marketing terminals and oil and gas production operations. Figures 2-2 through 2-5 plot the correlations. Both the SOCMI and petroleum industry correlations predict total organic compound emission rates. Appendix B.1 contains additional information on the general development of correlation equations. Additionally, appendix B.2 contains information about the development of the SOCMI correlations and appendix C contains information about the development of the petroleum industry correlations.

The EPA Correlation Approach is preferred when actual screening values are available. Correlations can be used to estimate emissions for the entire range of non-zero screening values, from the highest potential screening value to the screening value that represents the minimum detection limit of the monitoring device. This approach involves entering the non-zero, non-pegged screening value into the correlation equation, which predicts the TOC mass emission rate based on the screening value. Default zero emission rates are used for screening values of zero ppmv and pegged emission rates are used for "pegged" screening values (the screening value is beyond the upper limit measured by the portable screening device).

Correlations for SOCMI are available for (1) gas valves; (2) light liquid valves; (3) connectors; and (4) light liquid pump seals. Correlations for the petroleum industry are available for (1) valves; (2) connectors; (3) pumps; (4) flanges; (5) open-ended lines; and (6) "others" (derived from instruments, loading arms, pressure relief valves, stuffing boxes, and vents).

Limited bagging data for compressors and pressure relief devices have been obtained at SOCMI plants. However, because statistical tests performed as part of the Refinery Assessment Study[2] indicated that emissions from light liquid pumps, compressors, and pressure relief valves could be expressed with a single correlation, until additional data are collected, the SOCMI equation for light liquid pump seals can be applied to

2-25

BLM_0045753

TABLE 2-9.  SOCMI LEAK RATE/SCREENING VALUE CORRELATIONS

| Equipment type | Correlation[a,b] |
|---|---|
| Gas valves | Leak rate (kg/hr) = 1.87E-06 × (SV)$^{0.873}$ |
| Light liquid valves | Leak rate (kg/hr) = 6.41E-06 × (SV)$^{0.797}$ |
| Light liquid pumps[c] | Leak rate (kg/hr) = 1.90E-05 × (SV)$^{0.824}$ |
| Connectors | Leak rate (kg/hr) = 3.05E-06 × (SV)$^{0.885}$ |

[a]SV = Screening value in ppmv.

[b]These correlations predict total organic compound emission rates.

[c]The correlation for light liquid pumps can be applied to compressor seals, pressure relief valves, agitator seals, and heavy liquid pumps.

BLM_0045754

TABLE 2-10.  PETROLEUM INDUSTRY LEAK RATE/SCREENING VALUE CORRELATIONS[a]

| Equipment type/service | Correlation[b,c] |
|---|---|
| Valves/all | Leak rate (kg/hr) = 2.29E-06 × (SV)$^{0.746}$ |
| Pump seals/all | Leak rate (kg/hr) = 5.03E-05 × (SV)$^{0.610}$ |
| Others[d] | Leak rate (kg/hr) = 1.36E-05 × (SV)$^{0.589}$ |
| Connectors/all | Leak rate (kg/hr) = 1.53E-06 × (SV)$^{0.735}$ |
| Flanges/all | Leak rate (kg/hr) = 4.61E-06 × (SV)$^{0.703}$ |
| Open-ended lines/all | Leak rate (kg/hr) = 2.20E-06 × (SV)$^{0.704}$ |

[a]The correlations presented in this table are revised petroleum industry correlations.

[b]SV = Screening value in ppmv.

[c]These correlations predict total organic compound emission rates (including non-VOC's such as methane and ethane).

[d]The "other" equipment type was derived from instruments, loading arms, pressure relief valves, stuffing boxes, and vents.  This "other" equipment type should be applied to any equipment type other than connectors, flanges, open-ended lines, pumps, or valves.

BLM_0045755



Figure 2-2. SOCMI Correlations relating total organic compound
(TOC) leak rate to screening value:
0 - 1,000 ppmv

2-28

BLM_0045756



## SOCMI Correlation Curves

### Screening Values 1,000-1,000,000 ppmv

□ Gas Valves    + Light Liquid Valves    ◇ Light Liquid Pumps    △ Connectors

Figure 2-3. SOCMI Correlations relating total organic compound
(TOC) leak rate to screening value:
1,000 - 1,000,000 ppmv

BLM_0045757



Petroleum Industry Correlation Curves
Screening Values 0 — 1,000 ppmv

Figure 2-4. Petroleum Industry Correlations relating total
organic compound (TOC) leak rate to screening value:
1,000 - 1,000,000 ppmv

2-30

BLM_0045758



Petroleum Industry Correlation Curves
Screening Values 0 — 1,000,000 ppmv

Figure 2-5. Petroleum Industry Correlations relating total
organic compound (TOC)leak rate to screening value:
1,000 - 1,000,000 ppmv

2-31

BLM_0045759

estimate emissions for compressor seals and pressure relief valves in SOCMI process units. Because bagging data were limited and the frequency of occurrence of some equipment types was small, a correlation for an "other" equipment type was developed for the petroleum industry correlations to apply to any equipment type other than connectors, flanges, open-ended lines, pumps, or valves.

Bagging data for agitator seals at petroleum industry and SOCMI process units are unavailable at this time. Compared to those equipment types that have correlations, agitators most closely resemble light liquid pumps, and, for this reason, the applicable light liquid pump correlation can be used to estimate agitator emissions. Similarly, the SOCMI light liquid pump correlation can be used to estimate emissions from SOCMI heavy liquid pumps.

The "default-zero" leak rate is the mass emission rate associated with a screening value of zero. (Note that any screening value that is less than or equal to ambient [background] concentration is considered a screening value of zero.) The correlations mathematically predict zero emissions for zero screening values. However, data collected by the EPA show this prediction to be incorrect. Mass emissions have been measured from equipment having a screening value of zero. A specific goal when revising the SOCMI and petroleum industry correlations was to collect mass emissions data from equipment that had a screening value of zero. These data were used to determine a default-zero leak rate associated with equipment with zero screening values.

Table 2-11 lists the SOCMI default-zero leak rates and table 2-12 presents the petroleum industry default-zero leak rates for each of the equipment types with correlation equations. These default-zero leak rates are applicable only when the minimum detection limit of the portable monitoring instrument is 1 ppmv or less above background.

The portable monitoring device used to collect the default-zero data was sufficiently sensitive to indicate a

BLM_0045760

TABLE 2-11. DEFAULT-ZERO VALUES: SOCMI PROCESS UNITS

| Equipment type | Default-zero emission rate (kg/hr/source)[a] |
|---|---|
| Gas valve | 6.6E-07 |
| Light liquid valve | 4.9E-07 |
| Light liquid pump[b] | 7.5E-06 |
| Connectors | 6.1E-07 |

[a]The default zero emission rates are for total organic compounds (including non-VOC's such as methane and ethane).

[b]The light liquid pump default zero value can be applied to compressors, pressure relief valves, agitators, and heavy liquid pumps.

BLM_0045761

TABLE 2-12.  DEFAULT-ZERO VALUES:  PETROLEUM INDUSTRY

| Equipment type/service | Default-zero emission rates[a,b] (kg/hr/source) |
|---|---|
| Valves/all | 7.8E-06 |
| Pump seals/all | 2.4E-05 |
| Others[c]/all | 4.0E-06 |
| Connectors/all | 7.5E-06 |
| Flanges/all | 3.1E-07 |
| Open-ended lines/all | 2.0E-06 |

[a]Default zero emission rates were based on the combined 1993 refinery and marketing terminal data only (default zero data were not collected from oil and gas production facilities).

[b]These default zero emission rates are for total organic compounds (including non-VOC's such as methane and ethane).

[c]The "other" equipment type was developed from instruments, loading arms, pressure relief valves, stuffing boxes, vents, compressors, and dump lever arms.  This "other" equipment type should be applied to any equipment type other than connectors, flanges, open-ended lines, pumps, or valves.

BLM_0045762

screening value of 1 ppmv or less. In cases where a monitoring instrument has a minimum detection limit greater than 1 ppmv, the default-zero leak rates presented in tables 2-11 and 2-12 are not applicable. For these cases, an alternative approach for determining a default-zero leak rate is to (1) determine one-half the minimum screening value of the monitoring instrument, and (2) enter this screening value into the applicable correlation to determine the associated default-zero leak rate.

The "pegged" emission rate is the mass emission rate associated with a screening value that has "pegged" the meter on the portable screening device (i.e. the screening value is beyond the upper limit measured by the portable screening device). In the case of a screening value pegged at 10,000 ppmv, a dilution probe should be used to extend the upper limit of the portable screening device to 100,000 ppmv. Thus, screening values can be reported up to 100,000 ppmv before pegging the instrument and the correlation equation can be used to estimate the mass emissions. However, in the case of previously-collected data or in the absence of a dilution probe, pegged readings of 10,000 ppmv are sometimes reported. In such cases, the 10,000 ppmv pegged emission rates can be used to estimate the mass emissions.

Table 2-13 presents the 10,000 ppmv and 100,000 ppmv pegged emission rates for SOCMI process units and table 2-14 presents the 10,000 ppmv and 100,000 ppmv pegged emission rates for petroleum industry process units. These pegged emission rates are to be used to estimate emissions when instrument readings are pegged and a dilution probe is not used.

Assuming all of the organic compounds in the equipment are classified as VOC's, total VOC emissions for each equipment type are calculated as the sum of emissions associated with each of the screening values. Section 2.4.6 discusses a correction that can be made to the predicted VOC emissions rate if some of the organic compounds in the equipment are not classified as VOC's (such as methane and ethane).

To summarize the correlation approach, each equipment piece with a screening value of zero is assigned the default-zero leak

BLM_0045763

TABLE 2-13. 10,000 PPMV AND 100,000 PPMV SCREENING VALUE PEGGED EMISSION RATES FOR SOCMI PROCESS UNITS

| Equipment type | 10,000 ppmv pegged emission rate (kg/hr/source)[a,b] | 100,000 ppmv pegged emission rate (kg/hr/source)[a] |
|---|---|---|
| Gas valves | 0.024 | 0.11 |
| Light liquid valves | 0.036 | 0.15 |
| Light liquid pump seals[b] | 0.14 | 0.62 |
| Connectors | 0.044 | 0.22 |

[a]The SOCMI pegged emission rates are for total organic compounds.

[b]The 10,000 ppmv pegged emission rate applies only when a dilution probe cannot be used or in the case of previously-collected data that contained screening values reported pegged at 10,000 ppmv.

[c]The light liquid pump seal pegged emission rates can be applied to compressors, pressure relief valves, and agitators.

BLM_0045764

TABLE 2-14.   10,000 ppmv and 100,000 PPMV SCREENING VALUE PEGGED
EMISSION RATES FOR THE PETROLEUM INDUSTRY

| Equipment type/service | 10,000 ppmv pegged emission rate (kg/hr/source)[a,b] | 100,000 ppmv pegged emission rate (kg/hr/source)[a] |
|---|---|---|
| Valves/all | 0.064 | 0.140 |
| Pump seals/all | 0.074 | 0.160[c] |
| Others[d]/all | 0.073 | 0.110 |
| Connectors/all | 0.028 | 0.030 |
| Flanges/all | 0.085 | 0.084 |
| Open-ended lines/all | 0.030 | 0.079 |

[a]The petroleum industry pegged emission rates are for total organic compounds (including non-VOC's such as methane and ethane).

[b]The 10,000 ppmv pegged emission rate applies only when a dilution probe cannot be used or in the case of previously-collected data that contained screening values reported pegged at 10,000 ppmv.  The 10,000 ppmv pegged emission rate was based on components screened at greater than or equal to 10,000 ppmv; however, in some cases, most of the data could have come from components screened at greater than 100,000 ppmv, thereby resulting in similar pegged emission rates for both the 10,000 and 100,000 pegged levels (e.g., connector and flanges).

[c]Only 2 data points were available for the pump seal 100,000 pegged emission rate; therefore the ratio of the pump seal 10,000 pegged emission rate to the overall 10,000 ppmv pegged emission rate was multiplied by the overall 10,000 ppmv pegged emission rate to approximate the pump 100,000 ppmv pegged emission rate.

[d]The "other" equipment type was developed from instruments, loading arms, pressure relief valves, stuffing boxes, vents, compressors, dump lever arms, diaphrams, drains, hatches, meters, and polished rods.  This "other" equipment type should be applied to any equipment type other than connectors, flanges, open-ended lines, pumps, and valves.

BLM_0045765

rate.  For all equipment with a non-zero screening value, the screening value associated with each individual equipment piece is entered into the applicable correlation to predict emissions. *It should be noted that each individual screening value must be entered into the correlation to predict emissions for an equipment piece.  Do not average screening values and then enter the average value into the correlation to estimate emissions.* Finally, each equipment piece with a screening value reported as pegged is assigned the appropriate pegged emission rate.

2.3.4  <u>Unit-Specific Correlation Approach</u>

To develop unit-specific correlations screening value and corresponding mass emissions data (i.e., bagging data) must be collected from process unit equipment.  (See chapter 4.0 for a detailed discussion on the procedures for bagging equipment.) The equipment selected for bagging should be screened at the time of bagging.  The mass emissions rate determined by bagging, and the associated screening value, can then be used to develop a leak rate/screening value relationship (i.e., correlation) for that specific equipment type in that process unit.  The correlations must be developed on a process unit basis to minimize the error associated with differing leak rate characteristics between units.

If a unit-specific correlation is developed, as long as the procedures for bagging discussed in chapter 4.0 are followed, it is not necessary to demonstrate that the correlation is statistically different from the EPA correlation for it to be applied.  However, before developing unit-specific correlations, it may be desirable to evaluate the validity of the EPA correlations to a particular process unit.  As few as four leak rate measurements of a particular equipment type in a particular service can be adequate for this purpose.  The measured emission rates can be compared with the rates that would be predicted by the EPA correlations to evaluate whether or not the EPA correlations provide reasonable mass emission estimates.  A simple method of comparison is to determine if measured emission rates are consistently less than or greater than what would be

2-38

BLM_0045766

predicted by the EPA correlation. If there is a consistent trend, such as all of the measured leak rates being lower than the rate predicted by the EPA correlation, the EPA correlation may not provide reasonable emission estimates for the process unit.

A more formal comparison is the Wilcoxon signed-rank test. This test can be performed by comparing the logarithm of the measured mass emission rates to the logarithm of the corresponding rates predicted by the EPA correlation. The absolute magnitude of the differences are then ranked (e.g., the pair with the smallest difference is assigned a rank of 1, the pair with the next smallest difference a rank of 2, etc.), and the sum of the ranks associated with positive differences is computed. For example, if four bags were measured and they each predicted higher mass emission rates than the EPA correlation, the value of the sum of the ranks associated with those pairs with positive differences would equal:

$$1 + 2 + 3 + 4 = 10$$

On the other hand, if four bags were measured and three predicted higher mass emission rates than the EPA correlation, but the one with the greatest absolute difference predicted a lower rate than the EPA correlation, then the sum of the positive ranks would equal:

$1 + 2 + 3 = 6$. *(Note: The sum of the negative ranks would equal 4).*

The value of the sum of the positive ranks can be compared to given values on statistical tables to evaluate if there are statistically significant differences between the measured rates and the rates predicted by the EPA correlation.

However the comparison is performed, in cases where the EPA correlations provide an adequate estimate of emissions, then the potential increase in accuracy obtained by developing

BLM_0045767

unit-specific correlations may not be worth the effort.
Consideration should also be given to the typical screening value
measured at a process unit.  If a process unit normally has very
low screening values, then the difference between the sum of unit
equipment leak emissions predicted by a unit-specific correlation
and the EPA correlation will likely be relatively small.

In developing new correlations, a minimum number of leak rate
measurements and screening value pairs must be obtained according
to the following methodology.  First, equipment at the process
unit is screened so that the distribution of screening values at
the unit is known.  Then, mass emissions data must be collected
from individual sources that have screening values distributed
over the entire range.  The criteria for choosing these sources
is as follows.  For each equipment type (i.e., valves, pumps,
etc.) and service (i.e., gas, light liquid, etc.), a random
sample of a minimum of six components should be chosen for
bagging from each of the following screening value ranges:

<u>Screening Value Range (ppmv)</u>

1 - 100
101 - 1,000
1,001 - 10,000
10,001 - 100,000
> 100,000

The requirement of six bags per screening value range is
based on the EPA experience with bagging components.  There are
two primary reasons for the above requirement: (1) to be
confident in the representativeness of the data, and (2) to
accurately reflect the range of possible mass emission rates
associated with a given screening value.  The importance of the
first reason is self-evident:  The more data collected the better
the representativeness.  The importance of the second reason is
that a given screening value does not necessarily have a "true"
emissions rate.  For a single screening value, the mass emissions
may range over several orders of magnitude depending upon several

BLM_0045768

factors, including the equipment type (i.e., gate valve versus ball valve versus plug valve, etc.) and operating parameters (i.e., chemical handled, temperature, pressure, etc.). This range of possible mass emission rates is accounted for when the correlation is developed (see discussion on the scale bias correction factor), and it is important to obtain enough data to accurately reflect the range. If six sources are not available in a particular screening value range, additional sources from the nearest range should be tested so that a minimum of 30 emission rate/screening value pairs are obtained for each source type. If 30 or more bags are collected, the process unit-specific correlation can be used to estimate emissions across the entire range of screening values (1 to 1,000,000 ppmv).

In some cases, it may be desirable to develop a correlation with fewer than 30 bags. This can be accomplished by developing a correlation that is not valid across the entire range of screening values. Two alternatives are available: (1) to develop a correlation valid for screening values ranging from 1 to 100,000 ppmv, or (2) to develop a correlation valid for screening values ranging from 1 to 10,000 ppmv. These alternatives may be preferable for process units with equipment that do not normally have high screening values. An example of this type of process unit is one that already has a leak detection and repair program in place to prevent the release of odor-causing chemicals. At this type of process unit, leaks may be quickly detected and repaired.

For the first alternative, a minimum of 24 bags are required, rather than 30, because sources with screening values greater than 100,000 ppmv do not need to be bagged. Thus, a minimum of six sources each should be chosen for bagging from each of the screening ranges presented above except for the greater than 100,000 ppmv range. In the event that a source screens at 100,000 ppmv or greater, emissions can be estimated using "pegged" emission rates shown in table 2-13 for SOCMI process units, and in table 2-14 for petroleum industry process units.

2-41

BLM_0045769

For the second alternative, a minimum of 18 bags are required, because sources screening greater than 10,000 ppmv do not need to be bagged. Thus, a minimum of six sources should be chosen for bagging from the 1 to 100 ppmv range, the 100 to 1000 ppmv range, and the 1,000 to 10,000 ppmv range. In the event that a source screens at 10,000 ppmv or greater, emissions can be estimated using the applicable greater than or equal to 10,000 ppmv pegged emission rate presented in table 2-13 for SOCMI process units, or table 2-14 for petroleum industry process units. An advantage of using the greater than or equal to 10,000 ppmv pegged emission rates is that several of the available portable monitoring instruments have a maximum readout of 10,000 ppmv, and to obtain a screening value from a source screening at 10,000 ppmv, it is necessary to install a dilution probe. However, if the greater than or equal to 10,000 ppmv factor is used, installing a dilution probe is not necessary for this alternative.

The above groupings and recommended number of sources are given as guidelines. They are based on experience in measuring leak rates and developing leak rate/screening value correlations. Other source selection strategies can be used if an appropriate rationale is given.

With mass emissions data and screening values, leak rate/screening value correlations can be generated using the following methodology. Least-squares regression analyses are completed for each equipment type/service, regressing the log of the leak rate on the log of the screening concentration, according to:

$$\text{Log}_{10} \text{ (leak rate [in kg/hr])} = \beta_0 + \beta_1 \times \text{Log}_{10} \text{ (SV)}$$

where:

$\beta_0$, $\beta_1$ = Regression constants; and

SV = Screening value.

BLM_0045770

Note that the results are the same whether the base 10 or natural logarithm are used (see appendix B). The equations presented here are written assuming the base 10 logarithm is used. All analyses should be conducted using logarithms of both the leak rate and screening value because this type of data has been shown to be log-normally distributed. A scale bias correction factor (SBCF) is required in transforming the equation in the log-scale back to the original units. The transformed equation is the unit-specific correlation, and is expressed as:

$$\text{Leak rate} = \text{SBCF} \times 10^{\beta_0} \times SV^{\beta_1}$$

where:

| | | |
|---|---|---|
| Leak rate | = | Emission rate of TOC's from the individual equipment piece (kg/hr); |
| SBCF | = | Scale bias correction factor; |
| $\beta_0, \beta_1$ | = | Regression constants; and |
| SV | = | Screening value. |

The SBCF is a function of the mean square error of the correlation in log space. The greater the range of possible emission rates for a given screening value, the greater the SBCF will be. The purpose of the SBCF is to reflect this range when transforming the correlation out of log space. When regressed in log space, in general, approximately half of the data points will lie above the correlation line and half will lie below it, and, for a given screening value, the correlation will pass through the mean log leak rate (i.e., the geometric mean). Thus, one way of thinking of the correlation in log space is that it predicts the geometric mean emissions rate across the range of screening values. However, the geometric mean always underestimates the arithmetic mean.

A simplified hypothetical example will help demonstrate this point: For a screening value of 500,000 ppmv, three bagging data points were obtained with mass emission rates of 0.1 kg/hr,

BLM_0045771

1 kg/hr, and 10 kg/hr. In log space, these emission rates correspond to $\log_{10} (0.1) = -1$, $\log_{10} (1) = 0$, and $\log_{10} (10) = 1$, respectively. Thus, the geometric mean of these three points is $(-1 + 0 + 1)/3 = 0$. Directly transforming this geometric mean to normal space predicts an emission rate for a screening value of 500,000 ppmv of $10^0 = 1$ kg/hr, whereas the arithmetic mean of the emission rates is $(0.1 + 1 + 10)/3 = 3.7$ kg/hr. From this example, it can be seen that the geometric mean underestimates the arithmetic mean.

Thus, if the correlation was directly transformed, it would underestimate the true average emission rate associated with a given screening value, and, for this reason, the SBCF is necessary to transform the correlation out of log space.

In appendix B, additional details on developing a process-unit specific correlation are presented. Appendix B also contains information on development of the revised SOCMI correlations.

2.4 SPECIAL TOPICS

There are several special topics relevant to estimating equipment leak emissions that are not specific to any one of the four approaches that have been described. These special topics are discussed in this section:

- Speciating emissions;

- Using response factors;

- Monitoring instrument type and calibration gas;

- Estimating emissions for equipment not screened (when other screening data are available);

- Using screening data collected at several different times;

- Estimating VOC emission rates from equipment containing organic compounds not classified as VOC's (such as methane and ethane); and

- Estimating equipment leak emissions of inorganic compounds.

2-44

BLM_0045772

Each of these topics above are addressed in the following sections.

## 2.4.1 Speciating Emissions

For each of the four approaches for estimating equipment leak emissions, the equations presented are used to estimate TOC emissions for estimating equipment leak emissions. Often, in a chemical-handling facility, material in equipment is a mixture of several chemicals, and, in some cases, it may be necessary to estimate emissions of a specific VOC in the mixture. The following equation is used to speciate emissions from a single equipment piece:

$$E_x = E_{TOC} \times (WP_x / WP_{TOC})$$

where:

$E_x$ = The mass emissions of organic chemical "x" from the equipment (kg/hr);

$E_{TOC}$ = The TOC mass emissions from the equipment (kg/hr) calculated from either the Average Emission Factor, Screening Ranges, Correlation, or Unit-Specific Correlation approaches;

$WP_x$ = The concentration of organic chemical "x" in the equipment in weight percent; and

$WP_{TOC}$ = The TOC concentration in the equipment in weight percent.

An assumption in the above equation is that the weight percent of the chemicals in the mixture contained in the equipment will equal the weight percent of the chemicals in the leaking material. In general, this assumption should be accurate for single-phase streams containing (1) any gas/vapor material, or (2) liquid mixtures containing constituents of similar volatilities.

If the material in the equipment piece is a liquid mixture of constituents with varying volatilities, in certain cases this assumption may not be correct. Whether or not the assumption is valid for a liquid mixture of varying volatilities depends on the physical mechanism of how the leakage occurs from the equipment.

2-45

BLM_0045773

If the physical mechanism is one in which the liquid "flashes" before it leaks from the equipment, the leaking vapor may contain a higher concentration of the more volatile constituents than is contained in the liquid mixture. On the other hand, if the mechanism is one in which the liquid material leaks from the equipment and then evaporates, the assumption that the weight percent of each constituent in the liquid will equal the weight percent of each constituent in the vapor is valid. There are no clear guidelines to determine what mechanism is taking place for any given piece of equipment; for this reason, unless there is information to suggest otherwise, it should be assumed that the leaking vapor has the same concentrations as the liquid.

For those cases where it is suspected the leaking vapor will have different concentrations than the liquid, engineering judgement should be used to estimate emissions of individual chemical species. An example might be equipment containing material in two phases. Another hypothetical example is a case where equipment contain a liquid mixture of two constituents with one of the constituents having a very low vapor pressure and the other a much higher vapor pressure. Leaks may occur from the equipment such that the constituent with higher vapor pressure volatilizes to the atmosphere, but the constituent with lower vapor pressure is washed to the waste water treatment system prior to volatilization.

2.4.2  Using Response Factors

A correction factor that can be applied to a screening value is a response factor (RF) that relates the actual concentration to the measured concentration of a given compound, using a specific reference gas. As stated earlier, screening values are obtained by using a portable monitoring instrument to detect VOC's at an equipment piece leak interface. An "ideal" screening RF value is one that is equal to the actual concentration of VOC's at the leak interface. However, portable monitoring instruments used to detect TOC concentration do not respond to different TOC's equally. (This is discussed in more detail in chapter 3.0). To demonstrate this point, consider a monitoring

BLM_0045774

instrument calibrated using a reference gas.  If the instrument is calibrated correctly and is used to measure the concentration of the gas with which it has been calibrated, it will indicate the actual concentration.  However, when used to measure other gases for which the monitoring instrument is more or less sensitive than the calibration gas, it will not indicate the actual concentration.  To correct for this, RF's have been developed.  The RF is calculated using the equation:

$$RF = AC/SV$$

where:

RF = Response factor;

AC = Actual concentration of the organic compound (ppmv); and

SV = Screening value (ppmv).

The value of the RF is a function of several parameters. These parameters include the monitoring instrument, the calibration gas used to calibrate the instrument, the compound(s) being screened, and the screening value.

The correlations presented in this chapter have been developed primarily from screening value/mass emission data pairs collected from equipment containing compounds that had RF's less than three.  Thus, for cases in which a calibrated instrument is used to measure concentrations of a compound for which that instrument has an RF of three or less, reasonably accurate emission estimates can be obtained directly without adjusting the screening value.  However, for a case in which a compound has an RF greater than three for the calibrated instrument, the emissions estimated using the unadjusted screening value will generally underestimate the actual emissions.  The EPA recommends that if a compound (or mixture) has an RF greater than three, then the RF should be used to adjust the screening value before it is used in estimating emissions.

2-47

BLM_0045775

A detailed listing of published RF's is contained in appendix D. These RF's were developed by injecting a known concentration of a pure compound into a monitoring instrument and comparing that actual concentration to the instrument readout (i.e., screening value).

As an example of applying a RF, consider chloroform. From table D-2 in appendix D, it can be seen that the RF for chloroform at an actual concentration of 10,000 ppmv is equal to 4.48 for a Foxboro OVA-108 monitoring instrument calibrated with methane. Thus, when the actual concentration of chloroform is 10,000 ppmv, the instrument will read 10,000 ppmv divided by 4.48, which equals 2,230 ppmv. If the measured value for chloroform was directly entered into the correlation, it would tend to underestimate emissions. (Note that when the RF is less than 1 the unadjusted screening value will tend to overestimate actual emissions.)

The RF's in appendix D are for pure compounds. Those RF's can be used to estimate the RF for a mixture using the equation:

$$RF_m = \frac{1}{\sum_{i=1}^{n} (x_i/RF_i)}$$

where:

$RF_m$ = Response factor of the mixture;

$n$ = Number of components in the mixture;

$x_i$ = Mole fraction of constituent i in the mixture; and

$RF_i$ = Response factor of constituent i in the mixture.

This equation is derived in appendix A.

An alternative approach for determining the RF of a pure compound or a mixture is to perform analysis in a laboratory to generate the data used to calculate a RF. The approach for generating these data in the laboratory is described in chapter 3.0. The approach involves injecting samples of a known concentration of the material of interest into the actual portable monitoring instrument used to obtain the screening values and calculating the RF based on the instrument readout.

BLM_0045776

In general, calculating the RF by performing analysis on site will give the most accurate RF information, since, among other factors, RF's have been shown to be a function of the individual monitoring instrument.

Ideally, when using screening values to estimate equipment leak emissions, the RF would be equal to 1, and, in this way, the screening value would be the actual concentration. However, because RF's are a function of several parameters, this cannot normally be achieved. Response factors can be used to correct all screening values, if so desired. To evaluate whether a RF correction to a screening value should be made, the following three steps can be carried out.

(1) For the combination of monitoring instrument and calibration gas used, determine the RF's of a given material at an actual concentration of 500 ppmv and 10,000 ppmv. (See appendix D; in some cases, it may not be possible to achieve an actual concentration of 10,000 ppmv for a given material. In these cases, the RF at the highest concentration that can be safely achieved should be determined.)

(2) If the RF's at both actual concentrations are below 3, it is not necessary to adjust the screening values.

(3) If either of the RF's are greater than 3, then the EPA recommends an RF be applied for those screening values for which the RF exceeds 3.

One of the following two approaches can be applied to correct screening values:

(1) Use the higher of either the 500 ppmv RF or the 10,000 ppmv RF to adjust all screening values.

(2) Generate a response factor curve to adjust the screening values.

A RF curve can be generated in one of two ways. The simplest way is to assume that the RF value is a linear function of the screening value. The first step to generate a line relating screening value to RF is to convert the RF at the actual concentration to the RF at the associated screening value. This is done by dividing the RF by the actual concentration to get the associated screening value. Thus, if, at an actual concentration

2-49

BLM_0045777

of 10,000 ppmv, an instrument has a RF of 5, this corresponds to a screening value of 2,000 ppmv (i.e., 10,000 ppmv divided by 5). This procedure is implemented at both actual concentrations of 10,000 ppmv and 500 ppmv, and a line is drawn between the RF's at each associated screening value. This line can then be used to estimate the RF at any given screening value. (See appendix A for a demonstration of this procedure.) The line should not be extrapolated for screening values beyond the endpoints. For these screening values, the endpoint RF should be applied.

For some materials, the RF is nonlinear as the screening value increases. For these materials, RF's at several screening values can be estimated by collecting data in a laboratory, as mentioned earlier. The RF/screening value relationship can then be generated by fitting a curve through the data pairs.

When an RF is used, the screening value is multiplied by the RF before mass emissions are estimated. Thus, if a screening value is 3,000 ppmv and the associated RF is 4, then the screening value must be adjusted to 12,000 ppmv (i.e., 3,000 multiplied by 4) before mass emissions are predicted.

It should be noted that if it is possible to calibrate the monitoring instrument with the material contained in the equipment that is being screened, the RF should equal 1. Thus, theoretically, the screening values will equal the actual concentration, and no RF adjustment will be necessary. If it is necessary to apply RF's, site personnel should use engineering judgement to group process equipment into streams containing similar compounds. All components associated with a given stream can then be assigned the same RF, as opposed to calculating an RF for each individual equipment piece.

2.4.3 <u>Monitoring Instrument Type and Calibration Gas</u>

When the correlations presented in section 2.3 were developed, in general, for each of the source categories, the data were collected using a specific type of monitoring instrument calibrated with a specific calibration gas. The correlations are intended to relate actual concentration to mass emissions. For this reason, screening values obtained from any

BLM_0045778

combination of monitoring instrument and calibration gas can be
entered directly into the correlations as long as the screening
values are an indication of actual concentration.  If the
screening values are not an indication of the actual
concentration, the guidelines set forth in the previous section
on RF's can be applied to correct the screening values
(i.e., screening values should be adjusted if the RF is greater
than 3).  Otherwise, it is not necessary to correct screening
values to account for the instrument type and calibration gas
that were used to develop the correlation curves developed by
the EPA.

2.4.4  <u>Estimating Emissions for Equipment Not Screened</u>

    Often, screening data cannot be collected for all of the
equipment pieces in a process unit.  In some cases, equipment are
difficult or unsafe to screen.  Difficult or unsafe to screen
equipment must be included in the equipment counts.  For these
equipment pieces, the average emission factors must be used to
estimate emissions.

    In other cases, it is not possible to screen every equipment
piece due to cost considerations.  This is particularly true for
connectors.  Appendix E provides criteria for determining how
many connectors must be screened to constitute a large enough
sample size to identify the screening value distribution for
connectors.  If the criteria in appendix E are met, the average
emission rate for connectors that were screened can be applied to
connectors that were not screened.  It should be noted that if
connectors must be included in a leak detection and repair
program as part of an equipment leaks standard, then all
connectors must be screened.  For equipment types other than
connectors, if they are not monitored, the Average Emission
Factor approach should be used to estimate emissions.

2.4.5  <u>Using Screening Data Collected at Several Different
     Times</u>

    When screening data is collected and used to estimate
emissions, the emissions estimate represents a "snapshot" of
emissions at the time the screening data were obtained.  Over

BLM_0045779

time, it is possible that more screening data will be collected, and that for individual equipment pieces, several screening values will have been obtained at different time periods. For example, if quarterly monitoring is performed on a valve, in an annual period four screening values will be obtained from the valve. The annual emissions from the valve should be calculated by determining the emissions for each quarter based on the operational hours for the quarter, and summing the quarterly emissions together to arrive at emissions for the entire year. See appendix A for an example of estimating emissions from an equipment piece for which more than one screening value has been obtained.

## 2.4.6 Estimating VOC Emission Rates from Equipment Containing Non-VOC's

Some organic compounds not classified as VOC's can be detected by the screening instrument. Because the compounds are detected, the emissions associated with the screening value will include emissions of the "non-VOC's." The two key organic compounds not classified as VOC's are methane and ethane, but other organic compounds not classified as VOC's include methylene chloride, 1,1,1-trichloroethane, and several chlorofluorocarbons. An approach very similar to that outlined in section 2.4.1 (Speciating Emissions) is used to estimate VOC emissions from equipment containing these non-VOC's mixed with VOC's.

Once TOC emissions have been estimated by using either the Average Emission Factor, the Screening Ranges, the Correlation, or the Unit-Specific Correlation approaches, the VOC emissions from a group of equipment containing similar composition can be calculated using the equation:

$$E_{VOC} = E_{TOC} \times (WP_{VOC}/WP_{TOC})$$

where:

$E_{VOC}$   =   The VOC mass emissions from the equipment (kg/hr);

$E_{TOC}$   =   The TOC mass emissions from the equipment (kg/hr) calculated form either the Average

BLM_0045780

Emission Factor, Screening Ranges, Correlation, or Unit-Specific Correlation approaches;

$WP_{VOC}$ = The concentration of VOC in the equipment in weight percent;

$WP_{TOC}$ = The TOC concentration in the equipment in weight percent.

### 2.4.7 <u>Estimating Equipment Leak Emissions of Inorganic Compounds</u>

The majority of data collected for estimating equipment leak emissions has been for TOC's or VOC's and not for inorganic compounds. Accordingly, the emission factors and correlations presented in section 2.3 are not intended to be applied for the used of estimating emissions of inorganic compounds. However, in some cases, there may be a need to estimate equipment leak emissions of inorganic compounds--particularly for those that exist as a gas/vapor or for those that are volatile. Some examples of inorganic compounds include sulfur dioxide, ammonia, and hydrochloric acid.

The best way to estimate equipment leak emissions of inorganic compounds would be to develop unit-specific correlations as described in section 2.3.4. To do this, it would be necessary to obtain a portable monitoring instrument that could detect the inorganic compounds. If it is not possible to develop a unit-specific correlation, but a portable monitoring instrument (or some other approach) can be used to indicate the actual concentration of the inorganic compound at the equipment leak interface, then the "screening values" obtained with this instrument can be entered into the applicable correlations presented in section 2.3.3 to estimate emissions. Alternatively, the equal to or greater than 10,000 ppmv, or the less than 10,000 ppmv emission factors could be applied. In the event that there is no approach that can be used to estimate the concentration of the inorganic compound at the leak interface, then in the absence of any other data, the average emission factors can be used.

2-53

BLM_0045781

## 2.5 REFERENCES

1.  Radian Corporation. Assessment of Atmospheric Emissions from Petroleum Refining: Volume 4. Appendices C, D, E. Prepared for U.S. Environmental Protection Agency. Research Triangle Park, NC. Publication No. EPA-600/2-80-075d. July 1980.

2.  Wetherhold, R.G., L.P. Provost, and C.D. Smith (Radian Corporation). Assessment of Atmospheric Emissions from Petroleum Refining: Volume 3. Appendix B. Prepared for U.S. Environmental Protection Agency. Research Triangle Park, NC. Publication No. EPA-600/2-80-075c. April 1980.

3.  DuBose, D.A., J.I. Steinmetz, and G.E. Harris (Radian Corporation). Frequency of Leak Occurrence and Emission Factors for Natural Gas Liquid Plants. Final Report. Prepared for U.S. Environmental Protection Agency. Research Triangle Park, NC. EMB Report No. 80-FOL-1. July 1982.

4.  1993 Study of Refinery Fugitive Emissions from Equipment Leaks, Volumes I, II, and III, Radian DCN No. 93-209-081-02, Radian Corporation, Prepared for Western States Petroleum Association, Glendale, CA, and American Petroleum Institute, Washington, D.C., 1994.

5.  Development of Fugitive Emission Factors and Emission Profiles for Petroleum Marketing Terminals, Volumes I and II, API 4588, Radian Corporation, Prepared for American Petroleum Institute, 1993.

6.  Fugitive Hydrocarbon Emissions from Oil and Gas Production Operations, API 4589, Star Environmental, Prepared for American Petroleum Institute, 1993.

7.  Emission Factors for Oil and Gas Production Operations, API 4615, Star Environmental, Prepared for American Petroleum Institute, 1995.

8.  Letter from Robert Strieter, API, to David Markwordt, U.S. EPA, regarding the submittal of gasoline distribution facility fugitive equipment screening data. April 26, 1994.

9.  Blacksmith, J.R., et al. (Radian Corporation.) Problem-Oriented Report: Frequency of Leak Occurrence for Fittings in Synthetic Organic Chemical Plant Process Units. Prepared for U.S. Environmental Protection Agency. Research Triangle Park, NC. Publication No. EPA-600/2-81-003. September 1980.

10. Langley, G.J. and R.G. Wetherhold. (Radian Corporation.) Evaluation of Maintenance for Fugitive VOC Emissions Control.

BLM_0045782

Prepared for U.S. Environmental Protection Agency.  Research
Triangle Park, NC.  Publication No. EPA-600/S2-81-080.
May 1981.

11. U.S. Environmental Protection Agency.  Fugitive Emission
    Sources of Organic Compounds - Additional Information of
    Emissions, Emission Reductions, and Costs (section 2).
    Research Triangle Park, NC.  Publication
    No. EPA-450/3 82-010.  April 1982.

BLM_0045783

3.0  SOURCE SCREENING

## 3.1  INTRODUCTION

This chapter presents procedures for screening equipment components with a portable volatile organic compound (VOC) analyzer.  When performing source screening, the portable analyzer probe opening is placed at the leak interface of the equipment component to obtain a "screening" value.  The screening value is an indication of the concentration level of any leaking material at the leak interface.  A screening value is not a direct measure of mass emissions rate, but, as discussed in chapter 2.0, can be entered into a mass emissions/screening value correlation equation to estimate mass emissions.

This chapter is divided into two sections.  The first section provides a description of the portable analyzers that can be used when conducting screening surveys.  Operating principles of the analyzers and performance criteria and specifications in the EPA Reference Method 21 (the method describing the use of portable VOC analyzers)[1] are described, and the use of monitoring devices that do not meet the EPA Reference Method 21 requirements is discussed.  The second section presents the protocol for successfully conducting a screening program.  This section includes methods to identify components to be included in the screening program, a discussion on the development of a systematic approach for performing the screening survey, the protocol for screening each of the equipment types, and recommendations for collecting and handling data.

BLM_0045784

3.2 MONITORING INSTRUMENTS

A number of portable VOC detection devices have the potential to measure the concentration level at the leak interface of equipment. Any analyzer can be used, provided it meets the specifications and performance criteria set forth in the EPA Reference Method 21, section 3.0.[1]. Reference Method 21 is included in this document as appendix F.

In general, portable VOC monitoring instruments are equipped with a probe that is placed at the leak interface of a piece of equipment. A pump within the instrument draws a continuous sample of gas from the leak interface area to the instrument detector. The instrument response is a screening value--that is, a relative measure of concentration level. The screening value is in units of parts per million by volume (ppmv). However, the screening value does not necessarily indicate the actual total concentration at the leak interface of the compound(s) being detected because the sensitivity of instruments vary for different compounds. As discussed in section 2.4.2, response factors (RF's) relate actual concentration of a compound to the observed concentration from the detector. Before a monitoring instrument is used, it must first be calibrated using a reference gas containing a known compound at a known concentration. Methane and isobutylene are frequently used reference compounds.

3.2.1 <u>Operating Principles and Limitations of Portable VOC Detection Devices</u>

Monitoring instruments operate on a variety of detection principles, with the three most common being ionization, infrared absorption, and combustion. Ionization detectors operate by ionizing the sample and then measuring the charge (i.e., number of ions) produced. Two methods of ionization currently used are flame ionization and photoionization. Each of these detector types are briefly described below.

A standard flame ionization detector (FID) theoretically measures the total carbon content of the organic vapor sampled, but many other factors influence the FID readout. Although carbon monoxide and carbon dioxide ($CO_2$) do not produce

3-2

BLM_0045785

interferences, FID's react to water vapor at a low sensitivity. Furthermore, erratic readings may result if water condenses in the sample tube. A filter is used to remove particulate matter from the sample. Certain portable FID instruments are equipped with gas chromatograph (GC) options making them capable of measuring total gaseous non-methane organics or individual organic components. Certain organic compounds containing nitrogen, oxygen, or halogen atoms give a reduced response when sampled with an FID, and the FID may not respond to some organic compounds.

Photoionization detectors use ultraviolet light (instead of a flame) to ionize organic vapors. As with FID's, the detector response varies with the functional group in the organic compounds. Photoionization detectors have been used to detect equipment leaks in process units in the SOCMI, especially for certain compounds, such as formaldehyde, aldehydes, and other oxygenated compounds, which will not give a satisfactory response on a FID or combustion-type detector.

Nondispersive infrared (NDIR) instruments operate on the principle of light absorption characteristics of certain gases. These instruments are usually subject to interference because other gases, such as water vapor and $CO_2$, may also absorb light at the same wavelength as the compound of interest. These detectors are generally used only for the detection and measurement of single components. For this type of detection, the wavelength at which a certain compound absorbs infrared radiation is predetermined and the device is preset for that specific wavelength through the use of optical filters. For example, if set to a wavelength of 3.4 micrometers, infrared devices can detect and measure petroleum fractions, including gasoline and naphtha.

Combustion analyzers are designed either to measure the thermal conductivity of a gas or to measure the heat produced by combustion of the gas. The most common method in which portable VOC detection devices are used involves the measurement of the heat of combustion. These detection devices are referred to as

BLM_0045786

hot wire detectors or catalytic oxidizers. Combustion analyzers, like most other detectors, are nonspecific for gas mixtures. In addition, combustion analyzers exhibit reduced response (and, in some cases, no response) to gases that are not readily combusted, such as formaldehyde and carbon tetrachloride.

3.2.2 <u>Specifications and Performance Criteria of Portable VOC Detection Devices</u>

As previously stated, any portable analyzer may be used as a screening device, provided it meets the specifications and the performance criteria called for in the EPA Reference Method 21. (See appendix F.) Reference Method 21 specifies the requirements that must be met when a facility is collecting screening data to comply with a regulation. The requirements of the EPA Reference Method 21 are also applicable when screening data are collected for the sole purpose of estimating emissions. When the requirements of Reference Method 21 refer to a "leak definition," this is the screening value indicating that a piece of equipment is leaking as defined in the applicable regulation. If screening data are collected for the sole purpose of estimating emissions, the equivalent to the "leak definition" concentration in the text that follows is the highest screening value (i.e., 10,000 ppmv) that the monitoring instrument can readout.

Reference Method 21 requires that the analyzer meet the following specifications:[1]

- The VOC detector should respond to those organic compounds being processed (determined by the RF);

- Both the linear response range and the measurable range of the instrument for the VOC to be measured and the calibration gas must encompass the leak definition concentration specified in the regulation;

- The scale of the analyzer meter must be readable to ± 2.5 percent of the specified leak definition concentration;

- The analyzer must be equipped with an electrically driven pump so that a continuous sample is provided at a nominal flow rate of between 0.1 and 3.0 liters per minute;

3-4

BLM_0045787

- The analyzer must be intrinsically safe for operation in explosive atmospheres; and

- The analyzer must be equipped with a probe or probe extension for sampling not to exceed .25 inch in outside diameter, with a single end opening for admission of sample.

Note that the suction flow rate span allowed by Reference Method 21 is intended to accommodate a wide variety of instruments, and manufacturers guidelines for appropriate suction flow rate should be followed.

In addition to the above specifications, criteria for the calibration gases to be used are specified. A minimum of two calibration gases are required for analyzer performance evaluation. One is a "zero" gas, which is defined as air with less than 10 ppmv VOC; the other calibration gas, or reference gas, uses a specified reference compound in an air mixture. The concentration of the reference compound must approximately equal the leak definition specified in the regulation. If cylinder calibration gas mixtures are used, they must be analyzed and certified by the manufacturer to be within ± 2 percent accuracy. The shelf life must also be specified. Calibration gases can also be prepared by the user as long as they are accurate to within ± 2 percent.

The instrument performance criteria that each analyzer must meet are presented in table 3-1 and discussed in greater detail in the following sections.

3.2.2.1 <u>Response Factor</u>. The sensitivity of an analyzer varies, depending on the composition of the sample and concentration of VOC detected. The RF quantifies the sensitivity of the analyzer to each compound. The RF is defined by:

$$RF = \frac{Actual\ Concentration\ of\ Compound}{Observed\ Concentration\ from\ Detector}$$

An RF must be determined for each compound that is to be measured. Response factors may be determined either by testing or from referenced sources. (The RF's for many commonly screened compounds are presented in appendix D.) The RF tests are

3-5

BLM_0045788

TABLE 3-1.  PERFORMANCE CRITERIA FOR PORTABLE VOC DETECTORS[a]

| Criteria | Requirement | Time interval |
|---|---|---|
| Instrument response factor | Must be <10 unless correction curve is used | One time, before detector is put in service. |
| Instrument response time | Must be ≤30 seconds | One time, before detector is put in service. If modification to sample pumping or flow configuration is made, a new test is required. |
| Calibration precision | Must be ≤10 percent of calibration gas value | Before detector is put in service and at 3-month intervals or next use, whichever is later. |

[a]Source:  Reference 1.

BLM_0045789

required before placing the analyzer into service, but do not need to be repeated. The RF for each compound to be measured must be less than 10 for an analyzer to be acceptable for use in a screening program. According to Reference Method 21, the RF can either be measured in the laboratory using a prepared gas concentration at 80 percent of the applicable leak definition, or it can be taken from values published in the literature. When no instrument is available that meets this criteria when calibrated with the reference compound specified in the applicable regulation, the available instrument may be calibrated with one of the VOC's to be measured. However, the analyzer RF must still be less than 10 for each VOC to be measured.

As discussed in section 2.4.2, RF's depend on several parameters, including the compound, the screening value, the monitoring instrument, and the calibration gas. In chapter 2.0, guidance was provided on when and how to apply RF's for estimating emissions. Methods were presented on calculating an RF for a given chemical at a screening value other than one for which data were published. Methods were also presented for calculating RF's for mixtures.

In this chapter, several additional issues pertaining to RF's are discussed. These issues are (1) the consideration of RF's when selecting a monitoring instrument, (2) how laboratory analysis can be performed to generate data to determine an RF for a given compound, and (3) when laboratory analysis is recommended.

Response factors contained in appendix D can be used as a guide for selecting an appropriate monitoring device. If at the applicable leak definition, the RF of an instrument is greater than 10, that instrument does not meet Reference Method 21 requirements unless a substitute reference gas is used to calibrate the instrument. For example, at a concentration of 10,000 ppmv, it can be seen that when screening equipment in a process unit that contains cumene, an FID can be used (RF = 1.92 at an actual concentration of 10,000 ppmv), while the catalytic oxidation detector cannot (RF = 12.49). Similarly, at a

BLM_0045790

concentration of 10,000 ppmv, neither of these devices respond to carbon tetrachloride and, therefore, cannot be used unless calibrated with a substitute VOC such that an RF of under 10 can be calculated for this compound.

Response factors can be determined by laboratory analysis using the following method. First, the analyzer is calibrated using the reference gas. Then, for each organic species that is to be measured, a known standard in air is obtained or prepared. The concentration of the organic species should be at approximately the leak definition value. This mixture is then injected into the analyzer and the observed meter reading is recorded. The analyzer is then "zeroed" by injecting zero air until a stable reading is obtained. The procedure is repeated by alternating between the mixture and zero air until a total of three measurements are obtained. An RF is calculated for each repetition and then averaged over the three measurements. This procedure can be repeated at several different concentration values. The data can then be used to generate a curve that relates RF to screening value. (See appendix A.)

The most accurate method for estimating RF's is to perform laboratory analysis. This is particularly true because RF's vary, not just for the detector type, but also for each individual instrument. However, in some cases, time and resource constraints may require the use of published RF data. Nevertheless, a limitation of the published data is that it is typically specific to a pure compound for a single actual concentration value, detector type, and calibration gas. Additionally, although an RF for mixtures can be calculated as described in section 2.4.2 (i.e., if an RF is known for each individual compound), the most accurate RF for a mixture is calculated by preparing known standards of air for the mixture and injecting the standard into the analyzer as described earlier.

3-8

BLM_0045791

3.2.2.2 <u>Response Time</u>.  The response time of an analyzer is defined as the time interval from a step change in VOC concentration at the input of a sampling system, to the time at which the corresponding concentration value is reached as displayed on the analyzer readout meter.  Response time is determined by introducing zero air into the instrument sample probe.  When the meter reading has stabilized, the specified calibration gas is injected.  The response time is measured as the time lapsed between switching to the calibration gas and the time when 90 percent of the final stable reading is obtained. This test is performed three times and the response time is calculated as the average of the three tests.  The response time must be equal to or less than 30 seconds for the analyzer to be acceptable for screening purposes.

The response time test is required before placing an analyzer in service.  The response time must be determined for the analyzer configuration that will be used during testing.  If a modification to the sample pumping system or flow configuration is made that would change the response time (e.g., change in analyzer probe or probe filter, or the instrument pump), a new test is required before the screening survey is conducted.

3.2.2.3 <u>Calibration Precision</u>.  Calibration precision is the degree of agreement between measurements of the same known value. To ensure that the readings obtained are repeatable, a calibration precision test must be completed before placing the analyzer in service, and at 3-month intervals, or at the next use, whichever is later.  The calibration precision must be equal to or less than 10 percent of the calibration gas value.

To perform the calibration precision test, three measurements are required for each non-zero concentration.  Measurements are made by first introducing zero gas and adjusting the analyzer to zero.  The specified calibration gas (reference) is then introduced and the meter reading is recorded.  This procedure must be performed three times.  The average algebraic difference between the meter readings and the known value of the calibration gas is then computed.  This average difference is then divided by

BLM_0045792

the known calibration value and multiplied by 100 to express the resulting calibration precision as percent. The calibration precision of the analyzer must be equal to or less than 10 percent of the calibration gas value.

3.2.2.4 <u>Safety</u>. Portable instruments to detect VOC emissions from equipment leak sources are required to be used in potentially hazardous locations such as petroleum refineries and bulk gasoline terminals. The National Electrical Code requires that instruments to be used in hazardous locations be certified to be explosion-proof, intrinsically safe, or purged.

Hazardous locations are divided into three classes: Class I, Class II, and Class III. Each class is divided into two divisions (division 1 or 2) according to the probability that a hazardous atmosphere will be present and also into seven groups, depending on the type of hazardous material exposure: Groups A through D are flammable gases or vapors, and groups E, F, and G apply to combustible or conductive gases. Class I, division 1, groups A, B, C, and D locations are those in which hazardous concentrations of flammable gases or vapors may exist under normal operating conditions. Class I, division 2, groups A, B, C, and D locations are those in which hazardous concentrations of flammable gases may exist only under unlikely conditions of operation.

Any instrument considered for use in potentially hazardous environments must be classified as intrinsically safe for Class I, division 1 and class II, division 1 conditions at a minimum. The instrument must not be operated with any safety device, such as an exhaust flame arrestor, removed.

Table 3-2 lists several portable VOC detection instruments. table 3-2 includes manufacturer, model number, pollutants detected, principle of operation, and range. Note that additional instruments, not listed here, may be available.

3.2.3 <u>Use of Monitoring Devices That Do Not Meet EPA Reference Method 21 Requirements</u>

In some cases, a monitoring device may not be available that meets all of the performance specifications of the EPA Reference

BLM_0045793

## TABLE 3-2. PORTABLE VOC DETECTION INSTRUMENTS

| Manufacturer | Model no. | Pollutant(s) detected | Principle of operation | Range (ppm) |
|---|---|---|---|---|
| Bacharach Instrument Co., Santa Clara, California | L | Combustible gases | Catalytic combustion | 0-100% LEL[a] |
| | TLV Sniffer | Combustible gases | Catalytic combustion | 0-1,000 and 0-10,000 |
| Foxboro, S. Norwalk, Connecticut | OVA-128 | Most organic compounds | FID/GC | 0-1,000 |
| | OVA-108 | Most organic compounds | FID/GC | 0-10,000 |
| | Miran IBX | Compounds that absorb infrared radiation | NDIR | Compound specific |
| Health Consultants | Detecto - PAK III | Most organic compounds | FID/GC | 0-10,000 |
| HNU Systems, Inc. Newton Upper Falls, Massachusetts | HW-101 | Chlorinated hydrocarbons, aromatics, aldehydes, ketones, any substance that UV light ionizes | Photoionization | 0-20, 0-200, 0-2,000 |
| Mine Safety Appliances Co., Pittsburgh, Pennsylvania | 40 | Combustible gases | Catalytic combustion | 0-10% and 0-100% LEL[a] |
| Survey and Analysis, Inc., Northboro, Massachusetts | On Mark Model 5 | Combustible gases | Thermal conductivity | 0-5 and 0-100% LEL[a] |

[a]LEL = Lower explosive limit.

BLM_0045794

Method 21. For example, there are several cases (e.g., phosgene) where the RF at 10,000 ppmv is greater than 10. An instrument may meet all other requirements, but fail as a Reference Method 21 instrument because it cannot meet the RF requirement. If an instrument fails to meet Reference Method 21 requirements, it can still be used for the purpose of estimating emissions if its reliability can be documented.

Two primary steps must be taken to document the reliability of an analyzer that fails to meet the Reference Method 21 requirements. First, a laboratory program must be undertaken to demonstrate the response of the monitoring instrument to the compounds being measured; that is, an instrument response curve must be developed for the entire screening value range and documented so that screening values taken in the field can be adjusted to actual concentrations if necessary. Second, the testing program must be sufficiently well-documented to demonstrate how the instrument will be used when screening equipment. For example, if the response time of the candidate instrument exceeds the Reference Method 21 performance specification, the test plan should reflect added screening time at each potential leak point. Once this laboratory demonstration has been completed and the screening value correction curve has been established, the instrument may be used in a screening program.

3.3 THE SCREENING PROGRAM

The goal of the screening program is to measure VOC concentrations at seals, shafts, and other potential leak points. All equipment to be included in the screening survey needs to be identified before the screening program starts. A list of equipment types that are potential sources of fugitive emissions is provided in table 3-3.

3.3.1 Identification of Equipment to be Screened

The first step in the screening survey is to precisely define the process unit boundaries. This is usually straightforward, but occasionally multiple units may be built on the same pad and share some common facilities. A process unit can be defined as

3-12

BLM_0045795

TABLE 3-3. EQUIPMENT LEAK EMISSION SOURCES

Equipment types

Agitator seals
Compressor seals
Connectors
Diaphrams
Drains
Dump lever arms
Flanges
Hatches
Instruments
Loading arms
Meters
Open-ended lines
Polished rods
Pressure relief devices
Pump seals
Stuffing boxes
Valves
Vents

Service
Gas/vapor
Light liquid
Heavy liquid

BLM_0045796

the smallest set of process equipment that can operate independently and includes all operations necessary to achieve its process objective. The exact basis for the unit definition should be documented. A plot plan of the unit should be obtained and marked with the appropriate boundaries.

The next step is to obtain a simplified flow diagram of the process and note the process streams. The actual screening and data collection can be done efficiently by systematically following each stream. For example, a logical starting point would be where one of the feed lines enters the process boundary. The screening team would follow that line, screening all sources, until the line terminates at the connectors of a reactor or separation step. This approach offers the advantage of screening groups of equipment with roughly the same composition of material in the line. Screening would then continue on the outlet side of the reactor or separation equipment. Minor loops, such as a bypass around a control valve, pump, or heat exchanger, should be screened on the initial pass. Larger loops of process equipment, such as parallel passes and processing alternatives, are more effectively treated as separate streams.

Each source should be uniquely identified to indicate that it has been screened. For example, sources can be tagged. Tags can consist of any form of weatherproof and readily visible identification. Alternatively, a process unit can be considered appropriately tagged if the unit has a system of identifying markings with an associated diagram allowing easy location of marked sources. Once all the equipment along the major streams has been screened, the unit should be divided into a grid to search for fittings missed on the initial survey. Consistent with equipment leaks standards, equipment that is unsafe to monitor or very difficult to access does not need to be included in the survey. Documentation must be provided, however, to substantiate the unsafe or confined nature of such equipment.

3-14

BLM_0045797

### 3.3.2  Procedure for Screening

Once the equipment to be screened has been identified, the procedures outlined in the EPA Reference Method 21 to screen each equipment type are followed.[1]  The probe inlet is placed at the surface of the potential leak interface where leakage could occur.  (The potential leak interface is the boundary between the process fluid and the atmosphere.)  For equipment with no moving parts at the leak interface, the probe should be placed directly on the leak interface; for equipment with moving parts (e.g., pumps, compressors, and agitators), the probe should be placed approximately 1 centimeter off from the leak interface.  Care must be taken to ensure that the probe is held perpendicular, not tangential, to the leak potential interface; otherwise, inaccurate readings will result.  The probe must then be moved along the interface periphery while observing the instrument readout.  If an increased meter reading is observed, slowly move the probe along the interface where concentrations register until the maximum meter reading is obtained.  The probe inlet should be left at this maximum reading location for approximately two times the instrument response time.  The maximum reading is recorded as the screening value.

The instrument measurement may exceed the scale of the instrument.  This is referred to as a "pegged" readout.  For example, for several instruments, the highest readout on the scale is 10,000 ppmv.  For the purposes of generating an emissions estimate, a dilution probe should be employed to measure concentrations greater than the instrument's normal range unless average emission factors for greater than or equal to the "pegged" readout are applied.  It is important to note that extending the measurement range necessitates the calibration of the instrument to the higher concentrations.

Care should be taken to avoid fouling the probe with grease, dust, or liquids.  A short piece of Teflon® tubing can be used as a probe tip extender and then can be snipped off as the tip fouls.  In areas with a noticeable particulate loading, this tubing can be packed loosely with untreated fiberglass, which

BLM_0045798

acts as a filter. (Note that the instrument must also be calibrated with this filter in place.) If a surface to be screened is obviously dirty, hold the probe tip just over the surface to avoid scooping up contaminants. Some fouling is unavoidable, so it is recommended that the probe tip filter be cleaned at least daily and any other filters on a weekly basis. Normally, these filters can be cleaned by just tapping them lightly on a table top, but if the deposits are wet and caked on, they should be washed with an aqueous solution of soap and alcohol. This solution also can be used to wash the probe and transfer line periodically. Care should be taken to blow the equipment dry before reuse.

This general procedure can be used to screen equipment such as valves, connectors and flanges, pumps and compressors, open-ended lines, and other potential sources of VOC leakage, such as pressure relief devices, loading arms, stuffing boxes, instruments, vents, dump lever arms, drains, diaphrams, hatches, notes, or polished rods. The following sections describe the location on each type of equipment where screening efforts should be concentrated.

3.3.2.1 <u>Valves</u>. For valves, the most common source of leaks is at the seal between the stem and housing. To screen this source, the probe opening is placed where the stem exits the packing gland and is moved around the stem circumference. The maximum reading is recorded as the screening valve. Also, the probe opening is placed at the packing gland take-up connector seat, and the probe is moved along the periphery. In addition, valve housings of multipart assemblies should be screened at the surface of all points where leaks could occur. Figures 3-1 through 3-5 illustrate screening points for several different types of valves.

3.3.2.2 <u>Connectors and Flanges</u>. For connectors, the probe opening is placed at the outer edge of the connector - gasket interface and the circumference of the connector is sampled. For screwed connectors, the threaded connection interface must also be screened. Other types of nonpermanent joints, such as

BLM_0045799



Figure 3-1. Gate Valves

BLM_0045800

through



Manual Globe Valve



Globe Type Control Valve

Figure 3-2. Globe Valves

BLM_0045801



Figure 3-3. Lubricated Plug Valve

3-19

BLM_0045802



**Ball Valve**



**Butterfly Valve**

Figure 3-4. Ball Valve and Butterfly Valve

3-20

BLM_0045803



Weir-Type Diaphragm Valve



Check Valves

Figure 3-5. Weir-Type Diaphragm Valve and Check Valves

BLM_0045804

threaded connections, are sampled with a similar traverse.

    3.3.2.3 <u>Pumps, Compressors, and Agitators</u>. Pumps,
compressors, and agitators are screened with a circumferential
traverse at the outer surface shaft and seal interface where the
shaft exits the housing. If the source is a rotating shaft, the
probe inlet is positioned within 1 centimeter of the shaft - seal
interface.  If the housing configuration prevents a complete
traverse of the shaft periphery, all accessible portions must be
sampled.  All other joints on the pump or compressor housing
where leakage could occur should also be sampled.  Figure 3-6
illustrates screening points for two types of centrifugal pumps.

    3.3.2.4 <u>Pressure Relief Devices</u>.  The configuration of most
pressure relief devices prevents sampling at the sealing seat.
Because of their design and function, pressure relief devices
must be approached with extreme caution.  These devices should
not be approached during periods of process upsets, or other
times when the device is likely to activate.  Similarly, care
must be used in screening pressure relief devices to avoid
interfering with the working parts of the device (e.g., the seal
disk, the spring, etc.)  For those devices equipped with an
enclosed extension, or horn, the probe inlet is placed at
approximately the center of the exhaust area to the atmosphere.
It should be noted that personnel conducting the screening should
be careful not to place hands, arms, or any parts of the body in
the horn.  Figure 3-7 illustrates the screening points for a
spring-loaded relief valve.

    3.3.2.5 <u>Open-Ended Lines</u>.  Fugitive leaks from open-ended
lines are emitted through a regularly shaped opening.  If that
opening is very small (as in sampling lines of less than 1 inch
in diameter), a single reading in the center is sufficient.  For
larger openings it is necessary to traverse the perimeter of the
opening.  The concentration at the center must also be read.

BLM_0045805



Moving Shaft

Screen Here

Stationary Casing

Vertical Centrifugal Pump



Screen Here

Horizontal Centrifugal Pump

Figure 3-6.  Centrifugal Pumps

BLM_0045806



Screen Here

Tension Adjustment
Thimble

Horn

Spring

Disk

Alternate Screening
Area if Horn
Inaccessible

Nozzle

To Process

Figure 3-7. Spring-Loaded Relief Valve

3-24

BLM_0045807

### 3.3.3  Data Handling

To ensure that data quality is maintained, it is recommended that data be recorded on prepared data sheets.  The data collected should include the following:

1.  Monitoring instrument type and model number.

2.  Operator's name.

3.  Date.

4.  Component identification number (ID number).  (If permanent ID's are not in place, assign ID's as each source is screened.)

5.  Component type (i.e., valve, connector, open-ended line, etc.)

6.  Location/stream.  (Provide brief description of where the screened component is located and the composition of material in the equipment.)

7.  Service (i.e., gas, light liquid, or heavy liquid).

8.  Number of hours per year the component is in service.

9.  Screening value (ppmv).

10. Background concentration (ppmv).

11. Comments.  If any explanation is required, it should be noted in a "comments" section.

In some cases, it may be necessary or desirable to adjust the screening values for RF.  In these cases, the data sheet should be designed to accommodate extra columns for RF and corrected screening values.  Table 3-4 provides an example data sheet that may be used to log measurements taken during a screening program.

BLM_0045808

TABLE 3-4.  EXAMPLE FIELD SHEETS FOR EQUIPMENT SCREENING DATA

Detector model no. _____
Operator name _____
Date _____

| Component ID | Component Type | Location/ Stream | Service | Operating hrs/yr | Screening value (ppmv) | Background (ppmv) | Comments |
|---|---|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ | _____ |

BLM_0045809

## 3.4  REFERENCES

1.  Code of Federal Regulations, Title 40, Part 60, Appendix A.
    Reference Method 21, Determination of Volatile Organic
    Compound Leaks.  Washington, DC.  U.S. Government Printing
    Office.  Revised June 22, 1990.

BLM_0045810

# 4.0  MASS EMISSION SAMPLING

## 4.1  INTRODUCTION

This chapter describes the procedures for "bagging" equipment to measure mass emissions of organic compounds.  An equipment component is bagged by enclosing the component to collect leaking vapors.  Measured emission rates from bagged equipment coupled with screening values can be used to develop unit-specific screening value/mass emission rate correlation equations.  Unit-specific correlations can provide precise estimates of mass emissions from equipment leaks at the process unit.  However, it is recommended that unit-specific correlations are only developed in cases where the existing EPA correlations do not give reasonable mass emission estimates for the process unit.  The focus of the chapter is on bagging equipment containing organic compounds, but similar procedures can be applied to bag equipment containing inorganic compounds as long as there are comparable analytical techniques for measuring the concentration of the inorganic compound.

This chapter is divided into four sections.  In section 4.2, the methods for bagging equipment are discussed.  Considerations for bagging each equipment type are discussed in section 4.3.  In section 4.4, techniques used in the laboratory analysis of bagged samples are discussed.  Section 4.4 also includes a description of a rigorous calibration procedure for the portable monitoring device that must be followed.  Finally, in section 4.5, quality assurance and quality control (QA/QC) guidelines are provided.

BLM_0045811

4.2 SAMPLING METHODS

The emission rate from an equipment component is measured by bagging the component--that is, isolating the component from ambient air to collect any leaking compound(s). A tent (i.e., bag) made of material impermeable to the compound(s) of interest is constructed around the leak interface of the piece of equipment. A known rate of carrier gas is induced through the bag and a sample of the gas from the bag is collected and analyzed to determine the concentration (in parts per million by volume [ppmv]) of leaking material. The concentration is measured using laboratory instrumentation and procedures. Mass emissions are calculated based on the measured concentration and the flow rate of carrier gas through the bag.

In some cases, it may be necessary to collect liquid leaking from a bagged equipment piece. Liquid can either be dripping from the equipment piece prior to bagging, and/or be formed as condensate within the bag. If liquid accumulates in the bag, then the bag should be configured so that there is a low point to collect the liquid. The time in which the liquid accumulates should be recorded. The accumulated liquid should then be taken to the laboratory and transferred to a graduated cylinder to measure the volume of organic material. Based on the volume of organic material in the cylinder (with the volume of water or nonorganic material subtracted out), the density of the organic material, and the time in which the liquid accumulated, the organic liquid leak rate can be calculated. Note that the density can be assumed to be equivalent to the density of organic material in the equipment piece, or, if sufficient volume is collected, can be measured using a hydrometer. It should be noted that in some cases condensate may form a light coating on the inside surface of the bag, but will not accumulate. In these cases, it can be assumed that an equilibrium between condensation and evaporation has been reached and that the vapor emissions are equivalent to total emissions from the source.

When bagging an equipment piece, the enclosure should be kept as small as practical. This has several beneficial effects:

BLM_0045812

- The time required to reach equilibrium is kept to a minimum;

- The time required to construct the enclosure is minimized;

- A more effective seal results from the reduced seal area; and

- Condensation of heavy organic compounds inside the enclosure is minimized or prevented due to reduced residence time and decreased surface area available for heat transfer.

Two methods are generally employed in sampling source enclosures: the vacuum method and the blow-through method. Both methods involve enclosing individual equipment pieces with a bag and setting up a sampling train to collect two samples of leaking vapors to be taken to the laboratory for analysis. Both methods require that a screening value be obtained from the equipment piece prior to and after the equipment piece is enclosed. The methods differ in the ways in which the carrier gas is conveyed through the bag. In the vacuum method, a vacuum pump is used to pull air through the bag. In the blow-through method, a carrier gas such as nitrogen (or other inert gas) is blown into the bag.

In general, the blow-through method has advantages over the vacuum method. These advantages are as follows:

(1) The blow-through method is more conducive to better mixing in the bag.

(2) The blow-through method minimizes ambient air in the bag and thus reduces potential error associated with background organic compound concentrations. (For this reason the blow-through method is especially preferable when measuring the leak rate from components with zero or very low screening values.)

(3) The blow-through method minimizes oxygen concentration in the bag (assuming air is not used as the carrier gas) and the risk of creating an explosive environment.

(4) In general, less equipment is required to set up the blow-through method sampling train.

However, the blow-through method does require a carrier gas source, and preferably the carrier gas should be inert and free

4-3

BLM_0045813

of any organic compounds and moisture. The vacuum method does not require a special carrier gas.

Details of the sampling train of each of these bagging methods are discussed in sections 4.2.1 and 4.2.2, respectively. These sections also contain summaries of the steps of the sampling procedure for each method. For both methods, the approach described above for collecting and measuring liquid leak rates can be utilized. In addition to the sampling descriptions presented in the following sections, the quality control and assurance guidelines presented in section 4.5 must also be followed when bagging equipment.

4.2.1  Vacuum Method

The sampling train used in the vacuum method is depicted in figure 4-1. The train can be mounted on a portable cart, which can be moved around the process unit from component to component. The major equipment items in the sampling train are the vacuum pump used to draw air through the system, and the dry gas meter used to measure the flow rate of gas through the train. In previous studies that the EPA conducted, a 4.8-cubic feet per minute Teflon® ring piston-type vacuum pump equipped with a 3/4-horsepower, air-driven motor was used. Other equipment that may be used in the train includes valves, copper and stainless steel tubing, Teflon® tubing and tape, thermometer, pressure-reading device, liquid collection device, and air-driven diaphragm sampling pumps. It also may be necessary to use desiccant preceding the dry gas meter to remove any moisture.

The bag is connected by means of a bulkhead fitting and Teflon® tubing to the sampling train. A separate line is connected from the bag to a pressure-reading device to allow continuous monitoring of the pressure inside the bag. If a significant vacuum exists inside the bag when air is being pulled through, a hole is made in the opposite side of the bag from the outlet to the sampling train. This allows air to enter the bag more easily and, thus, reduces the vacuum in the enclosure. However, it is important to maintain a vacuum in the bag, since VOC could be lost through the hole if the bag became pressurized.

4-4

BLM_0045814



Figure 4-1. Sampling train for bagging a source using the vacuum method.

4-5

BLM_0045815

In practice, it has been found that only a very slight vacuum (0.1 inches of water) is present in the bag during most of the sampling, even in the absence of a hole through the bag wall. Sufficient air enters around the seals to prevent the development of a significant vacuum in the bag. A small diaphragm sampling pump can be used to collect two samples into sample bags or canisters, which are then transported to the laboratory for analysis.

The diaphragm pump can also be used to collect a background sample of the ambient air near the bagged component. The concentration in the background bag is subtracted from the average concentration in the sample bags when calculating the leak rate. Often this correction is insignificant (particularly for components with high leak rates or in cases where there is no detectable volatile organic compound (VOC) concentration measured by the portable monitoring device), and collection of a background bag is optional. However, in some cases collection of a background bag is important so that emission rates are not biased high.

Any liquid that accumulates in the bag should be collected using the approach described in section 4.2. Note that if there is a concern that condensation will occur in equipment downstream from the bag outlet, a cold trap can be placed as close to the bag outlet as possible to remove water or heavy organic compounds that may condense downstream. Any organic condensate that collects in the cold trap must be measured to calculate the total leak rate.

The flow rate through the system can be varied by throttling the flow with a control valve immediately upstream of the vacuum pump. Typical flow rates are approximately 60 liters per minute ($\ell$/min) or less. A good flow rate to use is one in which a balance can be found between reaching equilibrium conditions and having a high enough concentration of organic compounds in the bag outlet to accurately measure the concentration in the laboratory. As the flow rate is decreased, the concentration of organic compounds increases in the gas flowing through the

BLM_0045816

sampling system. The flow rate should be adjusted to avoid any operations with an explosive mixture of organic compounds in air. It may also be possible to increase the flow rate in order to minimize liquid condensation in the bag.

The flow rate should be set to a constant rate and kept at that rate long enough for the system to reach equilibrium. To determine if equilibrium conditions have been reached, a portable monitoring device can be used to indicate if the outlet concentration has stabilized.

It is not recommended that the vacuum method be used to measure the leak rate from equipment that have low screening values (approximately 10 ppmv or less), because considerable error can be introduced due to the background organic concentration in the ambient air that is pulled through the bag.

In summary, the vacuum sampling procedure consists of the following steps.

(1) Determine the composition of material in the designated equipment component, and the operating conditions of the component.

(2) Obtain and record a screening value with the portable monitoring instrument.

(3) Cut a bag from appropriate material (see section 4.3) that will easily fit over the equipment component.

(4) Connect the bag to the sampling train.

(5) If a cold trap is used, immerse the trap in an ice bath.

(6) Note the initial reading of the dry gas meter.

(7) Start the vacuum pump and a stopwatch simultaneously. Make sure a vacuum exists within the bag.

(8) Record the temperature and pressure at the dry gas meter.

(9) Observe the VOC concentration at the vacuum pump exhaust with the monitoring instrument. Make sure concentration stays below the lower explosive limit.

(10) Record the temperature, pressure, dry gas meter reading, outlet VOC concentration and elapsed time every 2 to 5 minutes (min).

BLM_0045817

(11)   Collect 2 gas samples from the discharge of the
       diaphragm sampling pump when the outlet concentration
       stabilizes (i.e., the system is at equilibrium).

(12)   Collect a background bag (optional).

(13)   Collect any liquid that accumulated in the bag as
       well as in the cold trap (if used) in a sealed
       container.

(14)   Take a final set of readings and stop the vacuum
       pump.

(15)   Transport all samples to the laboratory, along with
       the data sheet.

(16)   Remove the bag.

(17)   Rescreen the source with the portable monitoring
       instrument and record.

Based on the data collected in the steps described above, mass
emissions are calculated using the equation presented in
table 4-1.

4.2.2  Blow-Through Method

       The sampling train for the blow-through method is presented
in figure 4-2.  The temperature and oxygen concentrations are
measured inside the bag with a thermocouple (or thermometer) and
an oxygen/combustible gas monitor.  The carrier gas is metered
into the bag through one or two tubes (two tubes provide for
better mixing) at a steady rate throughout the sampling period.
The flow rate of the carrier gas is monitored in a gas rotameter
calibrated to the gas.  Typical flow rates are approximately
60 $\ell$/min or less.  It is preferable to use an inert gas such as
nitrogen for the blow-through method so as to minimize the risk
of creating an explosive environment inside the bag.  Also, the
carrier gas should be free of any organic compounds and moisture.
The pressure in the bag should never exceed 1 pound per square
inch gauge (psig).

       The flow rate through the bag can be varied by adjusting the
carrier gas regulator.  As mentioned in section 4.2.1, a good
flow rate to use is one in which a balance can be found between
reaching equilibrium conditions and having a high enough

BLM_0045818

TABLE 4-1.  CALCULATION PROCEDURES FOR LEAK RATE WHEN USING THE
VACUUM METHOD

$$\text{Leak Rate (kg/hr)} = \frac{9.63 \times 10^{-10}\,(Q)(MW)(GC)(P)}{T + 273.15} + \frac{(\rho)(V_L)}{16.67(t)}$$

where:

$9.63 \times 10^{-10}$ = A conversion factor using the gas constant:

$$\frac{°K \times 10^6 \times kg\text{-}mol \times min}{\ell \times hour \times mmHg}\ ;$$

Q       =   Flow rate out of bag ($\ell$/min);

$MW^a$  =   Molecular weight of organic compound(s) in the sample bag[c] or alternatively in the process stream contained within the equipment piece being bagged (kg/kg-mol);

$GC^b$  =   Sample bag organic compound concentration (ppmv) minus background bag organic compound concentration[c] (ppmv);

P       =   Absolute pressure at the dry gas meter (mmHg);

T       =   Temperature at the dry gas meter (°C);

$\rho$  =   Density of organic liquid collected (g/m$\ell$);

$V_L$   =   Volume of liquid collected (m$\ell$);

16.67   =   A conversion factor to adjust term to units of kilograms per hour (g × hr)/(kg × min)

t       =   Time in which liquid is collected (min); and

[a]For mixtures calculate MW as:

$$= \sum_{i=1}^{n} MW_i\,X_i \Big/ \sum_{i=1}^{n} X_i$$

where:
  $MW_i$ = Molecular weight of organic compound i;
  $X_i$ = Mole fraction of organic compound i; and
  n = Number of organic compounds in mixture.
[b]For mixtures, the value of GC is the total concentration of all the organic compounds in the mixture.
[c]Collection of a background bag is optional.  If a background bag is not collected, assume the background concentration is zero.

BLM_0045819



Figure 4-2. Equipment Required for the Blow-Through
            Sampling Technique

4-10

BLM_0045820

concentration of organic compounds in the bag outlet to accurately measure the concentration in the laboratory. Adjustments to the flow rate may also help minimize liquid condensation in the bag. Any liquid that does accumulate in the bag should be collected using the approach described in section 4.2.

The carrier gas flow rate should be set to a constant rate and kept at that rate long enough for the system to reach equilibrium. In addition to the carrier gas flow through the bag, some ambient air may enter the bag if it is not airtight. The oxygen measurements are used to determine the flow of ambient air through the bag. The oxygen measurements are also an indication of the quality of the bagging procedure (the lower the oxygen concentration the better). Once oxygen concentration falls below 5 percent, the portable monitoring instrument is used to check organic compound concentrations at several locations within the bag to ensure that the bag contents are at steady state.

Once the bag contents are at steady state, two gas samples are drawn out of the bag for laboratory analysis using a portable sampling pump. It may also be necessary to collect a background bag sample, particularly if the source had screened at zero and if there is still a detectable level of oxygen in the bag. However, collection of a background bag is optional.

In summary, the blow-through method consists of the following steps, which assume nitrogen is used as the carrier gas.

(1) Determine the composition of the material in the designated equipment component, and the operating conditions of the component.

(2) Screen the component using the portable monitoring instrument.

(3) Cut a bag that will easily fit over the equipment component.

BLM_0045821

(4) Connect tubing from the nearest nitrogen source to a rotameter stand.

(5) Run tubing from the rotameter outlet to a "Y" that splits the nitrogen flow into two pieces of tubing and insert the tubes into openings located on either side of the bag.

(6) Turn on the nitrogen flow and regulate it at the rotameter to a constant rate and record the time.

(7) After the nitrogen is flowing, wrap aluminum foil around those parts of the component where air could enter the bag-enclosed volume.

(8) Use duct tape, wire, and/or rope to secure the bag to the component.

(9) Put a third hole in the bag roughly equidistant from the two carrier gas-fed holes.

(10) Measure the oxygen concentration in the bag by inserting the lead from an oxygen meter into the third hole. Adjust the bag (i.e., modify the seals at potential leak points) until the oxygen concentration is less than 5 percent.

(11) Measure the temperature in the bag.

(12) Check the organic compound concentration at several points in the bag with the portable monitoring instrument to ensure that carrier gas and VOC are well mixed throughout the bag.

(13) Collect samples in sample bags or canisters by drawing a sample out of the bag with a portable sampling pump.

(14) Collect a background bag (optional).

(15) Remove the bag and collect any liquid that accumulated in the bag in a sealed container. Note the time over which the liquid accumulated.

(16) Rescreen the source.

Table 4-2 gives equations used to calculate mass emission rates when using the blow-through method. An adjustment is provided for the leak rate equation in table 4-2 to account for the total flow through the bag. This adjustment is recommended and represents an improvement over previous versions

4-12

BLM_0045822

TABLE 4-2. CALCULATION PROCEDURES FOR LEAK RATE
WHEN USING THE BLOW-THROUGH METHOD

$$\text{Leak Rate} \atop (\text{kg/hr}) = \left( \frac{1.219 \times 10^{-5} \text{ (Q) (MW) (GC)}}{T + 273.15} + \frac{(\rho)(V_L)}{16.67 \text{ (t)}} \right) \times \left( \frac{10^6 \text{ppmv}}{10^6 \text{ppmv-GC}} \right)$$

where:

$1.219 \times 10^{-5}$ = A conversion factor taking into account the gas constant and assuming a pressure in the tent of 1 atmosphere:

$$\frac{{}^\circ K \times 10^6 \times \text{kg-mol}}{m^3} \; ;$$

Q = flow rate out of tent ($m^3$/hr);

$$= \frac{N_2 \text{ Flow Rate } (\ell/\text{min})}{1 - [\text{Tent Oxygen Conc. (volume \%)}/21]} \times \frac{[0.06 \ (m^3/\text{min})]}{(\ell/\text{hr})}$$

$MW^a$ = Molecular weight of organic compounds in the sample bag or alternatively in the process stream contained within the equipment piece being bagged (kg/kg-mol);

$GC^b$ = Sample bag organic compound concentration (ppmv), corrected for background bag organic compound concentration (ppmv);[c]

T = Temperature in tent (${}^\circ$C);

$\rho$ = Density of organic liquid collected (g/m$\ell$);

$V_L$ = Volume of liquid collected (m$\ell$);

16.67 = A conversion factor to adjust term to units of Kilograms per hour (g × hr)/(kg × min); and

t = Time in which liquid is collected (min).

[a]For mixtures calculate MW as:

$$= \sum_{i=1}^{n} MW_i \ X_i \ / \ \sum_{i=1}^{n} X_i$$

where:

$MW_i$ = Molecular weight of organic compound i;

4-13

BLM_0045823

$X_i$ = Mole fraction of organic compound i; and
n = Number of organic compounds in mixture.

[b]For mixtures, the value of GC is the total concentration of all the organic compounds in the mixture.

[c]Collection of a background bag is optional. If a background bag is not collected, assume the background concentration is zero. To correct for background concentration, use the following equation:

$$GC_{(ppmv)} = SB - \left( \frac{TENT}{21} \times BG \right)$$

where:

SB   = Sample bag concentration (ppmv);
TENT = Tent oxygen concentration (volume %); and
BG   = Background bag concentration (ppmv)

BLM_0045824

of this document for quantifying mass emissions from the blow
through method.

4.3   SOURCE ENCLOSURE

      In this section, choosing a bagging material and the
approach for bagging specific equipment types are discussed.  An
important criteria when choosing the bagging material is that it
is impermeable to the specific compounds being emitted from the
equipment piece.  This criteria is also applicable for sample gas
bags that are used to transport samples to the laboratory.  A bag
stability test over time similar to the Flexible Bag Procedure
described in section 5.3.2 of the EPA method 18 is one way to
check the suitability of a bagging material.[1]  After a bag has
been used, it must be purged.  Bags containing residual organic
compounds that cannot be purged should be discarded.  Mylar®,
Tedlar®, Teflon®, aluminum foil, or aluminized Mylar® are
recommended potential bagging materials.  The thickness of the
bagging material can range from 1.5 to 15 millimeters (mm),
depending on the bagging configuration needed for the type of
equipment being bagged, and the bagging material.  Bag
construction for individual sources is discussed in
sections 4.3.1 through 4.3.5.  For convenience, Mylar® will be
used as an example of bagging material in the following
discussions.

4.3.1   <u>Valves</u>

      When a valve is bagged, only the leak points on the valve
should be enclosed.  Do not enclose surrounding flanges.  The
most important property of the valve that affects the type of
enclosure selected for use is the metal skin temperature where
the bag will be sealed.  At skin temperatures of approximately
200 °C or less, the valve stem and/or stem support can be wrapped
with 1.5- to 2.0-mm Mylar® and sealed with duct tape at each end
and at the seam.  The Mylar® bag must be constructed to enclose
the valve stem seal and the packing gland seal.

      When skin temperatures are in excess of 200 °C, a different
method of bagging the valve should be utilized.  Metal bands,
wires, or foil can be wrapped around all hot points that would be

BLM_0045825

in contact with the Mylar® bag material. Seals are then made against the insulation using duct tape or adjustable metal bands of stainless steel. At extremely high temperatures, metal foil can be used as the bagging material and metal bands used to form seals. At points where the shape of the equipment prevent a satisfactory seal with metal bands, the foil can be crimped to make a seal.

4.3.2 <u>Pumps and Agitators</u>

As with valves, a property of concern when preparing to sample a pump or agitator is the metal skin temperature at areas or points that are in contact with the bag material. At skin temperatures below 200 °C, Mylar® plastic and duct tape are satisfactory materials for constructing a bag around a pump or agitator seal. If the temperature is too high or the potential points of contact are too numerous to insulate, an enclosure made of aluminum foil can be constructed. This enclosure is sealed around the pump and bearing housing using silicone fabric insulting tape, adjustable metal bands, or wire.

The configuration of the bag will depend upon the type of pump. Most centrifugal pumps have a housing or support that connects the pump drive (or bearing housing) to the pump itself. The support normally encloses about one-half of the area between the pump and drive motor, leaving open areas on the sides. The pump can be bagged by cutting panels to fit these open areas. These panels can be made using thicker bagging material such as 14-mm Mylar®. In cases where supports are absent or quite narrow, a cylindrical enclosure around the seal can be made so that it extends from the pump housing to the motor or bearing support. As with the panels, this enclosure should be made with thicker bagging material to provide strength and rigidity.

Reciprocating pumps can present a somewhat more difficult bagging problem. If supports are present, the same type of two-panel Mylar® bag can be constructed as that for centrifugal pumps. In many instances, however, sufficiently large supports are not provided, or the distance between pump and driver is relatively long. In these cases, a cylindrical enclosure as

BLM_0045826

discussed above can be constructed.  If it is impractical to
extend the enclosure all the way from the pump seal to the pump
driver, a seal can be made around the reciprocating shaft.  This
can usually be best completed by using heavy aluminum foil and
crimping it to fit closely around the shaft.  The foil is
attached to the Mylar® plastic of the enclosure and sealed with
the duct tape.

In cases where liquid is leaking from a pump, the outlet
from the bag to the sampling train should be placed at the top of
the bag and as far away from spraying leaks as practical.  A low
point should be formed in the bag to collect the liquid so that
the volume of the liquid can be measured and converted to a mass
rate.

### 4.3.3  Compressors

In general, the same types of bags that are suitable for
pumps can be directly applied to compressors.  However, in some
cases, compressor seals are enclosed and vented to the atmosphere
at a high-point vent.  If the seals are vented to a high-point
vent, this vent line can be sampled.  A Mylar® bag can be
constructed and sealed around the outlet of the vent and
connected to the sampling train.  If the high-point vents are
inaccessible, the vent lines from the compressor seal enclosures
can be disconnected at some convenient point between the
compressor and the normal vent exit.  Sampling is then conducted
at this intermediate point.  In other cases, enclosed compressor
seals are vented by means of induced draft blowers or fans.  In
these cases, if the air flow rate is know or can be determined,
the outlet from the blower/fan can be sampled to determine the
emission rate.

### 4.3.4  Connectors

In most cases, the physical configurations of connectors
lend themselves well to the determination of leak rates.  The
same technique can be used for a connector whether it is a
flanged or a threaded fitting.  To bag a connector with a skin
temperature below 200 °C, a narrow section of Mylar® film is
constructed to span the distance between the two flange faces or

BLM_0045827

the threaded fitting of the leaking source.  The Mylar® is
attached and sealed with duct tape.  When testing connectors with
skin temperatures above 200 °C, the outside perimeter of both
sides of the connector are wrapped with heat-resistant insulating
tape.  Then, a narrow strip of aluminum foil can be used to span
the distance between the connection.  This narrow strip of foil
can be sealed against the insulating tape using adjustable bands
of stainless steel.

### 4.3.5  Relief Valves

Relief devices in gas/vapor service generally relieve to the
atmosphere through a large-diameter pipe that is normally located
at a high point on the process unit that it serves.  The "horns"
can be easily bagged by placing a Mylar® plastic bag over the
opening and sealing it to the horn with duct tape.  Because may
of these devices are above grade level, accessibility to the
sampling train may be limited or prevented.  It is sometimes
possible to run a long piece of tubing from the outlet connection
on the bag to the sampling train located at grade level or on a
stable platform.

As discussed previously in section 3.0, the purpose of
pressure relief devices makes them inherently dangerous to
sample, especially over a long period of time.  If these
equipment are to be sampled for mass emissions, special care and
precautions should be taken to ensure the safety of the personnel
conducting the field sampling.

### 4.4  ANALYTICAL TECHNIQUES

The techniques used in the laboratory analysis of the bagged
samples will depend on the type of processes sampled.  The
following sections describe the analytical instrumentation and
calibration, and analytical techniques for condensate.  These are
guidelines and are not meant to be a detailed protocol for the
laboratory personnel.  Laboratory personnel should be well-versed
in the analysis of organic compound mixtures and should design
their specific analyses to the samples being examined.

Also discussed is the calibration protocol for the portable
monitoring instrument.  When bagging data are collected, it is

BLM_0045828

critical that the screening value associated with mass emission rates is accurate. For this reason, a more rigorous calibration of the portable monitoring instrument is required than if only screening data are being collected.

4.4.1 <u>Analytical Instrumentation</u>

The use of analytical instrumentation in a laboratory is critical to accurately estimate mass emissions. The analytical instrument of choice depends on the type of sample being processed. Gas chromatographs (GC's) equipped with a flame ionization detector or electron capture detector are commonly used to identify individual constituents of a sample. Other considerations besides instrument choice are the type of column used, and the need for temperature programming to separate individual constituents in the process stream with sufficient resolution. For some process streams, total hydrocarbon analyses may be satisfactory.

4.4.2 <u>Calibration of Analytical Instruments</u>

Gas chromatographs should be calibrated with either gas standards generated from calibrated permeation tubes containing individual VOC components, or bottled standards of common gases. Standards must be in the range of the concentrations to be measured. If cylinder calibration gas mixtures are used, they must be analyzed and certified by the manufacturer to be within ± 2 percent accuracy, and a shelf life must be specified. Cylinder standards beyond the shelf life must either be reanalyzed or replaced.

Field experience indicates that certified accuracies of ± 2 percent are difficult to obtain for very low-parts per million (ppm) calibration standards (< 10 ppm). Users of low-parts per million calibration standards should strive to obtain calibration standards that are as accurate as possible. The accuracy must be documented for each concentration standard.

The results of all calibrations should be recorded on prepared data sheets. Table 4-3 provides an example of a data collection form for calibrating a GC. If other analytical instruments are used to detect the organic compounds from liquid

BLM_0045829

TABLE 4-3.  EXAMPLE GC CALIBRATION DATA SHEET

Plant ID          _____
Instrument ID     _____
Analyst Name      _____

| Date | Time | Certified Gas Conc. (ppmv) | Instrument Reading (ppmv) | Comments |
|------|------|---------------------------|---------------------------|----------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

BLM_0045830

samples, they should be calibrated according to standard calibration procedures for the instrument.

### 4.4.3 Analytical Techniques for Condensate

Any condensate collected should be brought to the laboratory sealed in the cold trap flask. This material is transferred to a graduated cylinder to measure the volume collected. If there is enough volume to make it feasible, the organic layer should be separated from the aqueous layer (if present) and weighed to determine its density. If water-miscible organic compounds are present, both the aqueous and organic phases should be analyzed by GC to determine the total volume of organic material.

### 4.4.4. Calibration Procedures for the Portable Monitoring Instrument

To generate precise screening values, a rigorous calibration of the portable monitoring instrument is necessary. Calibrations must be performed at the start and end of each working day, and the instrument reading must be within 10 percent of each of the calibration gas concentrations. A minimum of five calibration gas standards must be prepared including a zero gas standard, a standard approaching the maximum readout of the screening instrument, and three standards between these values. If the monitoring instrument range is from 0 to 10,000 ppmv, the following calibration gases are required:

- A zero gas (0-0.2 ppm) organic in air standard;
- A 9.0 ppm (8-10 ppm) organic in air standard;
- A 90 ppm (80-100 ppm) organic in air standard;
- A 900 ppm (800-1,000 ppm) organic in air standard; and
- A 9,000 ppm (8,000-10,000 ppm) organic in air standard.

The same guidelines for the analysis and certification of the calibration gases as described for calibrating laboratory analytical instruments must be followed for calibrating the portable monitoring instrument.

### 4.5 QUALITY CONTROL AND QUALITY ASSURANCE GUIDELINES

To ensure that the data collected during the bagging program is of the highest quality, the following QC/QA procedures must be followed. Quality control requirements include procedures to be

4-21

BLM_0045831

followed when performing equipment leak mass emissions sampling. Quality assurance requirements include accuracy checks of the instrumentation used to perform mass emissions sampling. Each of these QC/QA requirements are discussed below.

4.5.1  Quality Control Procedures

A standard data collection form must be prepared and used when collecting data in the field. Tables 4-4 and 4-5 are examples of data collection forms for the blow-through and vacuum methods of mass emissions sampling, respectively.

In addition to completing the data collection forms, the following guidelines need to be adhered to when performing the bagging analysis:

- Background levels near equipment that is selected for bagging must not exceed 10 ppmv, as measured with the portable monitoring device.

- Screening values for equipment that is selected for bagging must be readable within the spanned range of the monitoring instruments. If a screening value exceeds the highest reading on the meter (i.e., "pegged reading"), a dilution probe should be used, or in the event that this is not possible, the reading should be identified as pegged.

- Only one piece of equipment can be enclosed per bag; a separate bag must be constructed for each equipment component.

- A separate sample bag must be used for each equipment component that is bagged. Alternatively, bags should be purged and checked for contamination prior to reuse.

- A GC must be used to measure the concentrations from gas samples.

- Gas chromatography analyses of bagged samples must follow the analytical procedures outlined in the EPA method 18.

- To ensure adequate mixing within the bag when using the blow-through method, the dilution gas must be directed onto the equipment leak interface.

- To ensure that steady-state conditions exist within the bag, wait at least five time constants (volume of bag dilution/gas flow rate) before withdrawing a sample for recording the analysis.

4-22

BLM_0045832

TABLE 4-4.  EXAMPLE DATA COLLECTION FORM FOR FUGITIVE EMISSIONS
BAGGING TEST (BLOW-THROUGH METHOD)

Equipment Type _____     Component ID _____

Equipment Category _____     Plant ID _____

Line Size _____     Date _____

Stream Phase (G/V, LL, HL) _____     Analysis Team _____

Barometric Pressure _____     _____

Ambient Temperature _____     Instrument ID _____

Stream Temperature _____     Stream Pressure _____

Stream Composition (Wt %) _____,_____

_____, _____,_____

Time                     Bagging Test Measurement Data

_____ Initial Screening (ppmv) Equipment Piece _____ Bkgd.____

_____ Background Bag Organic Compound Conc. (ppmv)[a] _____

_____ Dilution Gas Flow Rate ($\ell$/min) _____

_____ Sample Bag 1 Organic Compound Conc. (ppmv) _____

_____ $O_2$ Concentration (volume %) _____

_____ Bag Temperature (°C) _____


_____ Dilution Gas Flow Rate ($\ell$/min) _____

_____ Sample Bag 2 Organic Compound Conc. (ppmv) _____

_____ $O_2$ Concentration (volume %) _____

_____ Bag Temperature (°C) _____


Condensate Accumulation:  Starting Time _____   Final Time _____

Organic Condensate Collected (m$\ell$) _____

Density of Organic Condensate (g/m$\ell$) _____


_____ Final Screening (ppmv) Equipment Piece _____ Bkgd._____

[a]Collection of a background bag is optional.  However, it is
recommended in cases where the screening value is less than
10 ppmv and there is a detectable oxygen level in the bag.

4-23

BLM_0045833

TABLE 4-5.  EXAMPLE DATA COLLECTION FORM FOR FUGITIVE EMISSIONS
BAGGING TEST (VACUUM METHOD)

Equipment Type _____        Component ID _____
Equipment Category _____        Plant ID _____
Line Size _____        Date _____
Stream Phase (G/V, LL, HL) _____        Analysis Team _____
Barometric Pressure _____        _____
Ambient Temperature _____        Instrument ID _____
Stream Temperature _____        Stream Pressure _____
Stream Composition (Wt %) _____,_____
_____,  _____,_____

Time                        Bagging Test Measurement Data

_____ Initial Screening (ppmv) Equipment Piece[a] _____ Bkgd._____
_____ Background Bag Organic Compound Conc. (ppmv)[b] _____
_____ Dry Gas Meter Reading ($\ell$/min) _____
_____ Sample Bag 1 Organic Compound Conc. (ppmv) _____
_____ Vacuum Check in Bag (Y/N) (Must be YES to collect sample.)
_____ Dry Gas Meter Temperature[c] (°C) _____
_____ Dry Gas Meter Pressure[c] (mmHg) _____

_____ Dry Gas Meter Reading ($\ell$/min) _____
_____ Sample Bag 2 Organic Compound Conc. (ppmv) _____
_____ Vacuum Check in Bag (Y/N) (Must be YES to collect sample.)
_____ Dry Gas Meter Temperature[c] (°C) _____
_____ Dry Gas Meter Pressure[c] (mmHg) _____

Condensate Accumulation:  Starting Time _____  Final Time _____
Organic Condensate Collected (m$\ell$) _____
Density of Organic Condensate (g/m$\ell$) _____

_____ Final Screening (ppmv) Equip. Piece[a] _____ Bkgd. _____

[a]The vacuum method is not recommended if the screening value is
 approximately 10 ppmv or less.
[b]Collection of a background bag is optional.
[c]Pressure and temperature are measured at the dry gas meter.

BLM_0045834

- The carrier gas used in the blow-through method of bagging should be analyzed by GC before it is used, and the concentration of organic compounds in the sample should be documented. For cylinder purge gases, one gas sample should be analyzed. For plant purge gas systems, gas samples should be analyzed with each bagged sample unless plant personnel can demonstrate that the plant gas remains stable enough over time to allow a one-time analysis.

- The portable monitoring instrument calibration procedure described in section 4.4.4 should be performed at the beginning and end of each day.

## 4.5.2 Quality Assurance Procedures

Accuracy checks on the laboratory instrumentation and portable monitoring device must be performed to ensure data quality. These checks include a leak rate check performed in the laboratory, blind standards to be analyzed by the laboratory instrumentation, and drift checks on the portable monitoring device.

### 4.5.2.1 Leak Rate Check

A leak rate check is normally performed in the laboratory by sampling an artificially induced leak rate of a known gas. This can clarify the magnitude of any bias in the combination of sampling/test method, and defines the variance in emissions estimation due to the sampling. If the result is outside the 80 to 120 percent recovery range, the problem must be investigated and corrected before sampling continues. The problems and associated solutions should be noted in the test report.

Leak rate checks should be performed at least two times per week during the program. The leak rate checks should be conducted at two concentrations: (1) within the range of 10 multiplied by the calculated lower limit of detection for the laboratory analytical instrument; and (2) within 20 percent of the maximum concentration that has been or is expected to be detected in the field during the bagging program.

To perform a leak rate check, first induce a known flow rate with one of the known gas concentrations into a sampling bag.

BLM_0045835

For example, this can be done using a gas permeation tube of a known organic compound constituent. Next, determine the concentration of the gas using a laboratory analytical instrument and compare the results to the known gas concentration.

If the calculated leak rate is not within $\pm$ 20 percent of the induced leak rate, further analysis should be performed to determine the reason.

Areas that can potentially induce accuracy problems include:
- Condensation,
- Pluggage,
- Seal of bag not tight (leakage),
- Adsorption onto bag, and
- Permeation of bag.

The results of all accuracy checks should be recorded on prepared data sheets.

4.5.2.2  <u>Blind Standards Preparation and Performance</u>

Blind standards are analyzed by the laboratory instrumentation to ensure that the instrument is properly calibrated. Blind standards must be prepared and submitted at least two times per week during the program. The blind standards are prepared by diluting or mixing known gas concentrations in a prescribed fashion so that the resulting concentrations are known. The analytical results should be within $\pm$ 25 percent of the blind standard gas concentration. If the results are not within 25 percent of the blind standard concentration, further analyses must be performed to determine the reason. Use of blind standards not only defines the analytical variance component and analytical accuracy, but it can serve to point out equipment malfunctions and/or operator error before questionable data are generated.

4.5.2.3  <u>Drift Checks</u>

Drift checks need to be performed to ensure that the portable monitoring instrument remains calibrated. At a minimum, drift checks must be performed before and after a small group of components (i.e., two or three) are bagged. Preferably, drift

BLM_0045836

checks should be performed on the screening instrument immediately before and after each component is bagged. These checks should be performed by analyzing one of the calibration gases used to calibrate the portable monitoring instrument. The choice of calibration gas concentration should reflect the anticipated screening value of the next component to be monitored. For example, if a component had previously screened at 1,000 ppmv and been identified for bagging, the calibration standard should be approximately 900 ppmv.

Drift check data must be recorded on data sheets containing the information shown in the example in table 4-6. If the observed instrument reading is different from the certified value by greater than ± 20 percent, then a full multipoint calibration must be performed (see section 3.2.4.1). Also, all those components analyzed since the last drift check must be retested.

Drift checks should also be performed if flameout of the portable monitoring instrument occurs. Using the lowest calibration gas standard (i.e., approximately 9 ppmv standard), determine the associated response on the portable monitoring instrument. If the response is not within ± 10 percent of the calibration gas concentration, a full multipoint calibration is required before testing resumes.

BLM_0045837

TABLE 4-6.  EXAMPLE DRIFT TEST REPORT FORM

Plant ID_____

Instrument ID  _____

Analyst Name   _____

| Date | Standard Gas Conc. (ppmv) | Time | Measured Conc. (ppmv) | % Error[a] | ID Number of Component Bagged Since Last Test |
|------|------|------|------|------|------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

[a] % Error = $\dfrac{\text{Certified Conc. - Measured Conc.}}{\text{Certified Conc.}} * 100$

BLM_0045838

## 4.6 REFERENCES

1. Code of Federal Regulations, Title 40, Part 60, Appendix A. Reference Method 21, Determination of Volatile Organic Compound Leaks.  Washington, DC.  U.S. Government Printing Office.  Revised June 22, 1990.

BLM_0045839

## 5.0   ESTIMATION OF CONTROL EFFICIENCIES FOR EQUIPMENT LEAK CONTROL TECHNIQUES

### 5.1   INTRODUCTION

In this chapter, control techniques for reducing equipment leak emissions are described.  There are two primary techniques for reducing equipment leak emissions:  (1) modifying or replacing existing equipment, and (2) implementing a leak detection and repair (LDAR) program.

Modifying or replacing existing equipment is referred to in this chapter as an "equipment modification."  Examples of equipment modifications include installing a cap on an open-ended line, replacing an existing pump with a sealless type, and installing on a compressor a closed-vent system that collects potential leaks and routes them to a control device.  In section 5.2, possible equipment modifications for each of the equipment types are briefly described.  Also, the estimated control efficiency is presented for each equipment modification.

An LDAR program is a structured program to detect and repair equipment that is identified as leaking.  The focus of this chapter is LDAR programs for which a portable monitoring device is used to identify equipment leaks from individual pieces of equipment.  In section 5.3, an approach is presented for estimating the control effectiveness of an LDAR program.

### 5.2   EQUIPMENT MODIFICATION CONTROL EFFICIENCY

Controlling emissions by modifying existing equipment is achieved by either installing additional equipment that eliminates or reduces emissions, or replacing existing equipment with sealless types.  Equipment modifications for each equipment type are described in the following sections.  A separate section

BLM_0045840

is included on closed-vent systems, which can be installed on more than one type of equipment. Equipment modifications that can be used for each equipment type are summarized in table 5-1. Table 5-1 also contains an approximate control efficiency for each modification.

5.2.1 Closed-Vent Systems

A closed-vent system captures leaking vapors and routes them to a control device. The control efficiency of a closed-vent system depends on the percentage of leaking vapors that are routed to the control device and the efficiency of the control device. A closed-vent system can be installed on a single piece of equipment or on a group of equipment pieces. For use on single pieces of equipment, closed-vent systems are primarily applicable to equipment types with higher potential emission rates, such as pumps, compressors, and pressure relief devices.

5.2.2 Pumps

Equipment modifications that are control options for pumps include routing leaking vapors to a closed-vent system (as discussed in section 5.2.1), installing a dual mechanical seal containing a barrier fluid, or replacing the existing pump with a sealless type.

5.2.2.1 Dual Mechanical Seals. A dual mechanical seal contains two seals between which a barrier fluid is circulated. Depending on the design of the dual mechanical seal, the barrier fluid can be maintained at a pressure that is higher than the pumped fluid or at a pressure that is lower than the pumped fluid. If the barrier fluid is maintained at a higher pressure than the pumped fluid, the pumped fluid will not leak to the atmosphere. The control efficiency of a dual mechanical seal with a barrier fluid at a higher pressure than the pumped fluid is essentially 100 percent, assuming both the inner and outer seal do not fail simultaneously.

If the barrier fluid is maintained at a lower pressure than the pumped fluid, a leak in the inner seal would result in the pumped fluid entering the barrier fluid. To prevent emissions of the pumped fluid to the atmosphere, a barrier fluid reservoir

BLM_0045841

TABLE 5-1. SUMMARY OF EQUIPMENT MODIFICATIONS

| Equipment type | Modification | Approximate control efficiency (%) |
|---|---|---|
| Pumps | Sealless design | 100[a] |
| | Closed-vent system | 90[b] |
| | Dual mechanical seal with barrier fluid maintained at a higher pressure than the pumped fluid | 100 |
| Compressors | Closed-vent system | 90[b] |
| | Dual mechanical seal with barrier fluid maintained at a higher pressure than the compressed gas | 100 |
| Pressure relief devices | Closed-vent system | [c] |
| | Rupture disk assembly | 100 |
| Valves | Sealless design | 100[a] |
| Connectors | Weld together | 100 |
| Open-ended lines | Blind, cap, plug, or second valve | 100 |
| Sampling connections | Closed-loop sampling | 100 |

[a]Sealless equipment can be a large source of emissions in the event of equipment failure.

[b]Actual efficiency of a closed-vent system depends on percentage of vapors collected and efficiency of control device to which the vapors are routed.

[c]Control efficiency of closed vent-systems installed on a pressure relief device may be lower than other closed-vent systems, because they must be designed to handle both potentially large and small volumes of vapor.

BLM_0045842

system should be used.  At the reservoir, the pumped fluid can vaporize (i.e., de-gas) and then be collected by a closed-vent system.

The actual emissions reduction achievable through use of dual mechanical seals depends on the frequency of seal failure. Failure of both the inner and outer seals could result in relatively large releases of the process fluid.  Pressure monitoring of the barrier fluid may be used to detect failure of the seals, allowing for a quick response to a failure.

5.2.2.2  <u>Sealless Pumps</u>.  When operating properly, a sealless pump will not leak because the process fluid cannot escape to the atmosphere.  Sealless pumps are used primarily in processes where the pumped fluid is hazardous, highly toxic, or very expensive, and where every effort must be made to prevent all possible leakage of the fluid.  Under proper operating conditions, the control efficiency of sealless pumps is essentially 100 percent; however, if a catastrophic failure of a sealless pump occurs, there is a potential for a large quantity of emissions.

5.2.3  <u>Compressors</u>

Emissions from compressors may be reduced by collecting and controlling the emissions from the seal or by improving seal performance.  Shaft seals for compressors are of several different types--all of which restrict but do not eliminate leakage.  In some cases, compressors can be equipped with ports in the seal area to evacuate collected gases using a closed-vent system.  Additionally, for some compressor seal types, emissions can be controlled by using a barrier fluid in a similar manner as described for pumps.

5.2.4  <u>Pressure Relief Valves</u>

Equipment leaks from pressure relief valves (PRV's) occur as a result of improper reseating of the valve after a release, or if the process is operating too close to the set pressure of the PRV and the PRV does not maintain its seal.  Emissions occurring from PRV's as a result of an overpressure discharge are not considered to be equipment leak emissions.  There are two primary

BLM_0045843

alternatives for controlling equipment leaks from pressure relief devices: use of a rupture disk (RD) in conjunction with the PRV, or use of a closed-vent system.

   5.2.4.1  <u>Rupture Disk/Pressure Relief Valve Combination</u>. Although they are also pressure relief devices, RD's can be installed upstream of a PRV to prevent fugitive emissions through the PRV seat. Rupture disk/pressure relief valve combinations require certain design constraints and criteria to avoid potential safety hazards, which are not covered in this document. If the RD fails, it must be replaced. The control efficiency of the RD/PRV combination is assumed to be 100 percent when operated and maintained properly.

   5.2.4.2  <u>Closed-Vent System</u>. A closed-vent system can be used to transport equipment leaks from a pressure relief device to a control device such as a flare. The equipment leak control efficiency for a closed-vent system installed on a pressure relief device may not be as high as the control efficiency that can be achieved by installing a closed-vent system on other equipment types. This is because emissions from pressure relief devices can be either high flow emissions during an overpressure incident or low flow emissions associated with equipment leaks, and it may be difficult to design a control device to efficiently handle both high and low flow emissions.

5.2.5  <u>Valves</u>

   Emissions from process valves can be eliminated if the valve stem can be isolated from the process fluid. Two types of sealless valves are available: diaphragm valves and sealed bellows valves. The control efficiency of both diaphragm and sealed bellows valves is virtually 100 percent. However, a failure of these types of valves has the potential to cause temporary emissions much larger than those from other types of valves.

5.2.6  <u>Connectors</u>

   In cases where connectors are not required for safety, maintenance, process modification, or periodic equipment removal, emissions can be eliminated by welding the connectors together.

BLM_0045844

5.2.7  Open-Ended Lines

Emissions from open-ended lines can be controlled by properly installing a cap, plug, or second valve to the open end. If a second valve is installed, the upstream valve should always be closed first after use of the valves to prevent the trapping of fluids between the valves.  The control efficiency of these measures is assumed to be essentially 100 percent.

5.2.8  Sampling Connections

Emissions from sampling connections occur as a result of purging the sampling line to obtain a representative sample of the process fluid.  Emissions from sampling connections can be reduced by using a closed-loop sampling system or by collecting the purged process fluid and transferring it to a control device or back to the process.  The closed-loop sampling system is designed to return the purged fluid to the process at a point of lower pressure.  A throttle valve or other device is used to induce the pressure drop across the sample loop.  The efficiency of a closed-loop system is assumed to be 100 percent.

Alternatively, in some cases, sampling connections can be designed to collect samples without purging the line.  If such a sampling connection is installed and no emissions to the atmosphere occur when a sample is collected, then the control efficiency can be assumed to be 100 percent.

5.3  LEAK DETECTION AND REPAIR CONTROL EFFECTIVENESS

An LDAR program is designed to identify pieces of equipment that are emitting sufficient amounts of material to warrant reduction of the emissions through repair.  These programs are best applied to equipment types that can be repaired on-line, resulting in immediate emissions reduction, and/or to equipment types for which equipment modifications are not feasible.  An LDAR program is best suited to valves and pumps, and can also be implemented for connectors.

For other equipment types, an LDAR program is not as applicable.  Compressors are repaired in a manner similar to pumps; however, because compressors ordinarily do not have a spare for bypass, a process unit shutdown may be required for

5-6

repair. Open-ended lines are most easily controlled by equipment modifications. Emissions from sampling connections can only be reduced by changing the method of collecting the sample (since by definition equipment leak emissions are the material purged from the line), and cannot be reduced by an LDAR program. Safety considerations may preclude the use of an LDAR program on pressure relief valves.

In this section, an approach is presented that can be used to estimate the control effectiveness of any given LDAR program for light liquid pumps, gas valves, light liquid valves, and connectors. The approach is based on the relationship between the percentage of equipment pieces that are leaking and the corresponding average leak rate for all of the equipment. In this approach, the three most important factors in determining the control effectiveness are: (1) how a "leak" is defined, (2) the initial leak frequency before the LDAR program is implemented, and (3) the final leak frequency after the LDAR program is implemented. The leak definition (or action level) is the screening value at which a "leak" is indicated if a piece of equipment screens equal to or greater than that value. The leak frequency is the fraction of equipment with screening values equal to or greater than the leak definition.

Once these three factors are determined, a graph that plots leak frequency versus mass emission rate at several different leak definitions is used to predict emissions preceding and subsequent to implementing the LDAR program. In this way the emissions reduction (i.e., control effectiveness) associated with the LDAR program can be easily calculated.

A general description of the approach is provided in the subsections below. This is followed by an example application of the approach. The approach has been applied to determine the control effectiveness at Synthetic Organic Chemical Manufacturing Industry (SOCMI) and refinery process units for the following LDAR programs: (1) monthly LDAR with a leak definition of 10,000 parts per million by volume (ppmv), (2) quarterly LDAR with a leak definition of 10,000 ppmv, and (3) LDAR equivalent to that

BLM_0045846

specified in the proposed hazardous organic National Emission
Standard for Hazardous Air Pollutants (NESHAP) equipment leaks
negotiated regulation.[1]  Tables 5-2 and 5-3 summarize the
estimated control effectiveness for the three LDAR programs
mentioned above at SOCMI process units and refineries,
respectively.  It should be noted that, to calculate the control
effectiveness values presented in tables 5-2 and 5-3, assumptions
were made that may not necessarily be applicable to specific
process units.  For example, the control effectiveness values in
the tables are based on the assumption that the emission rate
prior to implementing the LDAR program is the emission rate that
would be predicted by the average emission factor.  The best way
to calculate the effectiveness of an LDAR program is by
collecting and analyzing data at the specific process unit.

5.3.1  Approach for Estimating LDAR Control Effectiveness

     As previously stated, the key parameters for estimating the
control effectiveness of an LDAR program are the leak definition,
the initial leak frequency, and the final leak frequency.  The
leak definition is a given part of an LDAR program.  It can
either be defined by the process unit implementing the program or
by an equipment standard to which the process unit must comply.
After the leak definition is established, the control
effectiveness of an LDAR program can be estimated based on the
average leak rate before the LDAR program is implemented, and the
average leak rate after the program is in place.

     Figures 5-1 through 5-4 are graphs presenting mass emission
rate versus leak frequency for SOCMI-type process units at
several leak definitions for gas valves, light liquid valves,
light liquid pumps, and connectors, respectively.  Figures 5-5
through 5-8 are graphs presenting mass emission rate versus leak
frequency for refinery process units at several leak definitions
for gas valves, light liquid valves, light liquid pumps, and
connectors, respectively.  Figures 5-9 through 5-15 are graphs
presenting mass emission rate versus leak frequency for gas
fittings, light liquid fittings, gas others, light liquid others,
light liquid pumps, gas valves, and light liquid valves, for

BLM_0045847

TABLE 5-2.  CONTROL EFFECTIVENESS FOR AN LDAR PROGRAM AT A SOCMI PROCESS UNIT

| Equipment type and service | Control effectiveness (%) | | |
|---|---|---|---|
| | Monthly monitoring 10,000 ppmv leak definition | Quarterly monitoring 10,000 ppmv leak definition | HON reg neg[a] |
| Valves - gas | 87 | 67 | 92 |
| Valves - light liquid | 84 | 61 | 88 |
| Pumps - light liquid | 69 | 45 | 75 |
| Connectors - all | b | b | 93 |

[a] Control effectiveness attributable to the requirements of the proposed hazardous organic NESHAP equipment leak negotiated regulation are estimated based on equipment-specific leak definitions and performance levels.

[b] Data are not available to estimate control effectiveness.

BLM_0045848

TABLE 5-3. CONTROL EFFECTIVENESS FOR AN LDAR PROGRAM AT A REFINERY PROCESS UNIT

| Equipment type and service | Control effectiveness (%) | | |
| --- | --- | --- | --- |
| | Monthly monitoring 10,000 ppmv leak definition | Quarterly monitoring 10,000 ppmv leak definition | HON reg neg[a] |
| Valves - gas | 88 | 70 | 96 |
| Valves - light liquid | 76 | 61 | 95 |
| Pumps - light liquid | 68 | 45 | 88 |
| Connectors - all | b | b | 81 |

[a] Control effectiveness attributable to the requirements of the proposed hazardous organic NESHAP equipment leak negotiated regulation are estimated based on equipment-specific leak definitions and performance levels.

[b] Data are not available to estimate control effectiveness.

BLM_0045849



Figure 5-1.    SOCMI Gas Valve Average Leak Rate Versus Fraction
               Leaking at Several Leak Definitions.

5-11

BLM_0045850



Figure 5-2.    SOCMI Light Liquid Valve Average Mass Emission
               Rate Versus Fraction Leaking at Several Leak
               Definitions

BLM_0045851



Figure 5-3.    SOCMI Light Liquid Pump Average Leak Rate Versus
Fraction Leaking at Several Leak Definitions

BLM_0045852



Figure 5-4.    SOCMI Connector Average Leak Rate Versus Fraction
               Leaking at Several Leak Definitions.

BLM_0045853



Figure 5-5.    Refinery Gas Valve Average Leak Rate Versus
Fraction Leaking at Several Leak Definitions

BLM_0045854



Figure 5-6.    Refinery Light Liquid Valve Average Leak Rate
               Versus Fraction Leaking at Several Leak
               Definitions

BLM_0045855



Figure 5-7.    Refinery Light Liquid Pump Average Leak Rate
Versus Fraction Leaking at Several Leak
Definitions

BLM_0045856



Refinery Connector Equations

Figure 5-8.    Refinery Connector Average Leak Rate Versus
Fraction Leaking at Several Leak Definitions

5-18

BLM_0045857



Figure 5-9.    Marketing Terminal Gas Fittings Average Leak Rate
               Versus Fraction Leaking at Several Leak
               Definitions

BLM_0045858



Figure 5-10.    Marketing Terminal Light Liquid Fittings Average
               Leak Rate Versus Fraction Leaking at Several Leak
               Definitions

BLM_0045859



Figure 5-11.   Marketing Terminal Gas Others Average Leak Rate
Versus Fraction Leaking at Several Leak
Definitions

BLM_0045860



Figure 5-12.   Marketing Terminal Light Liquid Others Average
               Leak Rate Versus Fraction Leaking at Several Leak
               Definitions

BLM_0045861



Figure 5-13.   Marketing Terminal Light Liquid Pumps Average Leak
Rate Versus Fraction Leaking at Several Leak
Definitions

BLM_0045862



Average Leak Rate Curves
Marketing Terminals — Gas Valves

Leak Definition:

⊕⊕⊕ 500 ppmv          ⊟⊟⊟ 1,000 ppmv

◇◇◇ 2,000 ppmv        ⊖⊖⊖ 5,000 ppmv

A-A-A Avg Factor

Figure 5-14.   Marketing Terminal Gas Valves Average Leak Rate
               Versus Fraction Leaking at Several Leak
               Definitions

BLM_0045863



Figure 5-15.   Marketing Terminal Liquid Light Valves Average
Leak Rate Versus Fraction Leaking at Several Leak
Definitions

BLM_0045864

marketing terminal process units. Figures 5-16 through 5-34 present mass emission rate as a function of leak frequency for connectors, flanges, open-ended lines, others, pumps, and valves at oil and gas production operations. Using these figures, for a given leak definition, the leak rate before and after the LDAR program is implemented, along with the corresponding control effectiveness, can be determined by plotting the initial and final leak frequency on these graphs. Tables 5-4, 5-5, 5-6, and 5-7 present equations for the lines in each of the SOCMI, refinery, marketing terminal, and oil and gas production operations, and graphs, respectively. Appendix G describes the approach that was used to develop the equations.

Figure 5-35 provides guidance on how to determine the initial and final leak frequencies. This figure is a simplified graphical presentation on how the leak frequency will change after an LDAR program is implemented. When generating the figure, it was assumed that all equipment pieces are monitored at the same time. Each occurrence of equipment monitoring is referred to as a "monitoring cycle," and it is assumed that equal time periods lapse between monitoring cycles.

From figure 5-35, it can be seen that there is an immediate reduction in leak frequency after the LDAR program is implemented, and then the leak frequency will oscillate over monitoring cycles. This oscillation occurs because between monitoring cycles a certain percentage of previously non-leaking equipment will begin to leak. There are four key points on the graph presented in figure 5-35. These key points are:

- Point X - initial leak frequency;

- Point Y - leak frequency immediately after monitoring for and repairing leaking equipment (i.e., immediately after a monitoring cycle);

- Point Z - leak frequency immediately preceding a monitoring cycle; and

- Point F - average leak frequency between monitoring cycles (final leak frequency).

5-26

BLM_0045865



Figure 5-16.  Oil and Gas Production Gas Connectors Average Leak Rate Versus Fraction Leaking at Several Leak Definitions

BLM_0045866



Average Leak Rate Curves
Oil & Gas Production — Light Oil Connectors

Leak Definition:

⊕⊕⊕ 500 ppmv      ⊟⊟⊟ 1,000 ppmv
◇◇◇ 2,000 ppmv      ⊖⊖⊖ 5,000 ppmv
☆☆☆ 10,000 ppmv      A A A Avg Factor

Figure 5-17.    Oil and Gas Production Light Oil Connectors
Average Leak Rate Versus Fraction Leaking at
Several Leak Definitions

BLM_0045867



Figure 5-18.  Oil and Gas Production Water/Oil Connectors
Average Leak Rate Versus Fraction Leaking at
Several Leak Definitions

BLM_0045868



Figure 5-19.   Oil and Gas Production Gas Flanges Average Leak
Rate Versus Fraction Leaking at Several Leak
Definitions

BLM_0045869



Figure 5-20. Oil and Gas Production Light Oil Flanges Average
Leak Rate Versus Fraction Leaking at Several Leak
Definitions

BLM_0045870



Figure 5-21.   Oil and Gas Production Gas Open-Ended Lines
Average Leak Rate Versus Fraction Leaking at
Several Leak Definitions

BLM_0045871



Figure 5-22.    Oil and Gas Production Heavy Oil Open-Ended Lines
                Average Leak Rate Versus Fraction Leaking at
                Several Leak Definitions

BLM_0045872



Figure 5-23.    Oil and Gas Production Light Oil Open-Ended Lines
Average Leak Rate Versus Fraction Leaking at
Several Leak Definitions

BLM_0045873



Figure 5-24.   Oil and Gas Production Water/Oil Open-Ended Lines
Average Leak Rate Versus Fraction Leaking at
Several Leak Definitions

BLM_0045874



Figure 5-25.   Oil and Gas Production Gas Other Average Leak Rate
Versus Fraction Leaking at Several Leak
Definitions

BLM_0045875



Figure 5-26.    Oil and Gas Production Heavy Oil Other Average
                Leak Rate Versus Fraction Leaking at Several Leak
                Definitions

BLM_0045876



Figure 5-27.   Oil and Gas Production Light Oil Other Average
Leak Rate Versus Fraction Leaking at Several Leak
Definitions

BLM_0045877



Average Leak Rate Curves

Oil & Gas Production — Water/Oil Other

Leak Definition:

⊕⊕⊕ 500 ppmv     ⊟⊟⊟ 1,000 ppmv
◇◇◇ 2,000 ppmv     ⊖⊖⊖ 5,000 ppmv
☆☆☆ 10,000 ppmv     A–A–A Avg Factor

Figure 5-28.  Oil and Gas Production Water/Oil Other Average
Leak Rate Versus Fraction Leaking at Several Leak
Definitions

BLM_0045878



Figure 5-29.    Oil and Gas Production Gas Pump Average Leak Rate
                Versus Fraction Leaking at Several Leak
                Definitions

BLM_0045879



Figure 5-30.    Oil and Gas Production Light Oil Pumps Average
                Leak Rate Versus Fraction Leaking at Several Leak
                Definitions

BLM_0045880



Figure 5-31.   Oil and Gas Production Gas Valves Average Leak
Rate Versus Fraction Leaking at Several Leak
Definitions

BLM_0045881



Figure 5-32. Oil and Gas Production Heavy Oil Valves Average Leak Rate Versus Fraction Leaking at Several Leak Definitions

BLM_0045882



Figure 5-33.    Oil and Gas Production Light Oil Valves Average
                Leak Rate Versus Fraction Leaking at Several Leak
                Definitions

BLM_0045883



Figure 5-34.    Oil and Gas Production Water/Oil Valves Average
Leak Rate Versus Fraction Leaking at Several Leak
Definitions

BLM_0045884

TABLE 5-4. EQUATIONS RELATING AVERAGE LEAK RATE TO FRACTION LEAKING AT SOCMI UNITS

| Equipment type | Leak definition (ppmv) | Equations[a] |
|---|---|---|
| Gas valve | 500 | ALR = (0.044 × LKFRAC) + 1.7E-05 |
| | 1000 | ALR = (0.050 × LKFRAC) + 2.8E-05 |
| | 2000 | ALR = (0.057 × LKFRAC) + 4.3E-05 |
| | 5000 | ALR = (0.068 × LKFRAC) + 8.1E-05 |
| | 10000 | ALR = (0.078 × LKFRAC) + 1.3E-04 |
| Light liquid valve | 500 | ALR = (0.047 × LKFRAC) + 2.7E-05 |
| | 1000 | ALR = (0.053 × LKFRAC) + 3.9E-05 |
| | 2000 | ALR = (0.061 × LKFRAC) + 5.9E-05 |
| | 5000 | ALR = (0.077 × LKFRAC) + 1.1E-04 |
| | 10000 | ALR = (0.089 × LKFRAC) + 1.7E-04 |
| Light liquid pump | 500 | ALR = (0.095 × LKFRAC) + 3.1E-04 |
| | 1000 | ALR = (0.11 × LKFRAC) + 4.6E-04 |
| | 2000 | ALR = (0.13 × LKFRAC) + 6.7E-04 |
| | 5000 | ALR = (0.20 × LKFRAC) + 1.4E-03 |
| | 10000 | ALR = (0.24 × LKFRAC) + 1.9E-03 |
| Connector | 500 | ALR = (0.047 × LKFRAC) + 1.7E-05 |
| | 1000 | ALR = (0.060 × LKFRAC) + 2.5E-05 |
| | 2000 | ALR = (0.073 × LKFRAC) + 3.5E-05 |
| | 5000 | ALR = (0.092 × LKFRAC) + 5.4E-05 |
| | 10000 | ALR = (0.11 × LKFRAC) + 8.1E-05 |

[a]ALR = Average leak rate (kg/hr per source) and LKFRAC = leak fraction.

BLM_0045885

TABLE 5-5.  EQUATIONS RELATING AVERAGE LEAK RATE TO FRACTION LEAKING AT REFINERY UNITS

| Equipment type | Leak definition (ppmv) | Equation[a] |
|---|---|---|
| Gas valve | 500 | ALR = (0.11 × LKFRAC) + 8.8E-05 |
| | 1000 | ALR = (0.13 × LKFRAC) + 1.4E-04 |
| | 10000 | ALR = (0.26 × LKFRAC) + 6.0E-04 |
| Light liquid valve | 500 | ALR = (0.038 × LKFRAC) + 2.0E-04 |
| | 1000 | ALR = (0.042 × LKFRAC) + 2.8E-04 |
| | 10000 | ALR = (0.084 × LKFRAC) + 1.7E-03 |
| Light liquid pump | 500 | ALR = (0.20 × LKFRAC) + 1.3E-03 |
| | 1000 | ALR = (0.23 × LKFRAC) + 2.0E-03 |
| | 10000 | ALR = (0.43 × LKFRAC) + 1.2E-02 |
| Connector | 500 | ALR = (0.014 × LKFRAC) + 1.3E-05 |
| | 1000 | ALR = (0.017 × LKFRAC) + 1.8E-05 |
| | 10000 | ALR = (0.037 × LKFRAC) + 6.0E-05 |

[a]ALR = Average leak rate (kg/hr per source) and LKFRAC = leak fraction.

BLM_0045886

TABLE 5-6.  EQUATIONS RELATING AVERAGE LEAK RATE TO FRACTION LEAKING AT MARKETING TERMINAL UNITS

| Equipment Type | Leak Definition (ppmv) | Equation[a] |
|---|---|---|
| Gas Connector | 500 | $ALR = (0.017 \times LKFRAC) + 5.3E\text{-}06$ |
| | 1000 | $ALR = (0.017 \times LKFRAC) + 5.3E\text{-}06$ |
| | 2000 | $ALR = (0.034 \times LKFRAC) + 5.9E\text{-}06$ |
| | 5000 | $ALR = (0.034 \times LKFRAC) + 5.9E\text{-}06$ |
| | 10000 | $ALR = (0.034 \times LKFRAC) + 5.9E\text{-}06$ |
| Light Liquid Connector | 500 | $ALR = (0.0021 \times LKFRAC) + 7.0E\text{-}06$ |
| | 1000 | $ALR = (0.0028 \times LKFRAC) + 7.1E\text{-}06$ |
| | 2000 | $ALR = (0.0042 \times LKFRAC) + 7.1E\text{-}06$ |
| | 5000 | $ALR = (0.0058 \times LKFRAC) + 7.2E\text{-}06$ |
| | 10000 | $ALR = (0.0065 \times LKFRAC) + 7.2E\text{-}06$ |
| Gas Other | 500 | $ALR = (0.0018 \times LKFRAC) + 3.1E\text{-}05$ |
| | 1000 | $ALR = (0.0021 \times LKFRAC) + 4.0E\text{-}05$ |
| | 2000 | $ALR = (0.0023 \times LKFRAC) + 4.8E\text{-}05$ |
| | 5000 | $ALR = (0.0029 \times LKFRAC) + 8.4E\text{-}05$ |
| | 10000 | $ALR = 1.2E\text{-}04$ |
| Light Liquid Other | 500 | $ALR = (0.019 \times LKFRAC) + 2.1E\text{-}05$ |
| | 1000 | $ALR = (0.022 \times LKFRAC) + 2.2E\text{-}05$ |
| | 2000 | $ALR = (0.025 \times LKFRAC) + 2.2E\text{-}05$ |
| | 5000 | $ALR = (0.034 \times LKFRAC) + 2.4E\text{-}05$ |
| | 10000 | $ALR = (0.034 \times LKFRAC) + 2.4E\text{-}05$ |
| Light Liquid Pump | 500 | $ALR = (0.014 \times LKFRAC) + 9.6E\text{-}05$ |
| | 1000 | $ALR = (0.018 \times LKFRAC) + 1.2E\text{-}04$ |
| | 2000 | $ALR = (0.029 \times LKFRAC) + 1.6E\text{-}04$ |
| | 5000 | $ALR = (0.051 \times LKFRAC) + 2.1E\text{-}04$ |
| | 10000 | $ALR = (0.077 \times LKFRAC) + 2.4E\text{-}04$ |

BLM_0045887

TABLE 5-6.  EQUATIONS RELATING AVERAGE LEAK RATE TO FRACTION
LEAKING AT MARKETING TERMINAL UNITS (CONTINUED)

| Equipment Type | Leak Definition (ppmv) | Equation[a] |
|---|---|---|
| Gas Valve | 500 | ALR = (0.0012 × LKFRAC) + 8.9E-06 |
| | 1000 | ALR = (0.0017 × LKFRAC) + 9.2E-06 |
| | 2000 | ALR = (0.0017 × LKFRAC) + 9.2E-06 |
| | 5000 | ALR = (0.0017 × LKFRAC) + 9.2E-06 |
| | 10000 | ALR = 1.3E-05 |
| Light Liquid Valve | 500 | ALR = (0.0045 × LKFRAC) + 9.5E-06 |
| | 1000 | ALR = (0.0052 × LKFRAC) + 9.8E-06 |
| | 2000 | ALR = (0.0077 × LKFRAC) + 1.1E-05 |
| | 5000 | ALR = (0.013 × LKFRAC) + 1.2E-05 |
| | 10000 | ALR = (0.023 × LKFRAC) + 1.5E-05 |

[a]ALR = Average leak rate (kg/hr per source)
LKFRAC = Leak fraction.

BLM_0045888

TABLE 5-7.  EQUATIONS RELATING AVERAGE LEAK RATE TO FRACTION
LEAKING AT OIL AND GAS PRODUCTION OPERATION UNITS

| Equipment Type | Leak Definition (ppmv) | Equation[a] |
|---|---|---|
| Gas Connector | 500 | ALR = (0.016 × LKFRAC) + 7.7E-06 |
| | 1000 | ALR = (0.018 × LKFRAC) + 8.0E-06 |
| | 2000 | ALR = (0.020 × LKFRAC) + 8.5E-06 |
| | 5000 | ALR = (0.023 × LKFRAC) + 9.4E-06 |
| | 10000 | ALR = (0.026 × LKFRAC) + 1.0E-05 |
| Light Oil Connector | 500 | ALR = (0.016 × LKFRAC) + 7.7E-06 |
| | 1000 | ALR = (0.021 × LKFRAC) + 8.3E-06 |
| | 2000 | ALR = (0.022 × LKFRAC) + 8.6E-06 |
| | 5000 | ALR = (0.025 × LKFRAC) + 9.2E-06 |
| | 10000 | ALR = (0.026 × LKFRAC) + 9.7E-06 |
| Water/Oil Connector | 500 | ALR = (0.013 × LKFRAC) + 7.8E-06 |
| | 1000 | ALR = (0.014 × LKFRAC) + 7.9E-06 |
| | 2000 | ALR = (0.016 × LKFRAC) + 8.3E-06 |
| | 5000 | ALR = (0.023 × LKFRAC) + 9.4E-06 |
| | 10000 | ALR = (0.028 × LKFRAC) + 1.0E-05 |
| Gas Flange | 500 | ALR = (0.043 × LKFRAC) + 1.1E-06 |
| | 1000 | ALR = (0.051 × LKFRAC) + 1.8E-06 |
| | 2000 | ALR = (0.059 × LKFRAC) + 2.6E-06 |
| | 5000 | ALR = (0.075 × LKFRAC) + 4.7E-06 |
| | 10000 | ALR = (0.082 × LKFRAC) + 5.7E-06 |
| Light Oil Flange | 500 | ALR = (0.037 × LKFRAC) + 9.4E-07 |
| | 1000 | ALR = (0.046 × LKFRAC) + 1.2E-06 |
| | 2000 | ALR = (0.055 × LKFRAC) + 1.6E-06 |
| | 5000 | ALR = (0.068 × LKFRAC) + 2.1E-06 |
| | 10000 | ALR = (0.073 × LKFRAC) + 2.4E-06 |

BLM_0045889

TABLE 5-7. EQUATIONS RELATING AVERAGE LEAK RATE TO FRACTION
LEAKING AT OIL AND GAS PRODUCTION OPERATION UNITS
(CONTINUED)

| Equipment Type | Leak Definition (ppmv) | Equation[a] |
|---|---|---|
| Gas Open-Ended Line | 500 | ALR = (0.037 × LKFRAC) + 4.1E-06 |
| | 1000 | ALR = (0.039 × LKFRAC) + 5.0E-06 |
| | 2000 | ALR = (0.045 × LKFRAC) + 7.5E-06 |
| | 5000 | ALR = (0.051 × LKFRAC) + 1.2E-05 |
| | 10000 | ALR = (0.055 × LKFRAC) + 1.5E-05 |
| Heavy Oil Open-Ended Line | 500 | ALR = (0.012 × LKFRAC) + 4.3E-06 |
| | 1000 | ALR = (0.015 × LKFRAC) + 4.9E-06 |
| | 2000 | ALR = (0.020 × LKFRAC) + 6.0E-06 |
| | 5000 | ALR = (0.030 × LKFRAC) + 7.2E-06 |
| | 10000 | ALR = (0.030 × LKFRAC) + 7.2E-06 |
| Light Oil Open-Ended Line | 500 | ALR = (0.030 × LKFRAC) + 3.8E-06 |
| | 1000 | ALR = (0.032 × LKFRAC) + 4.7E-06 |
| | 2000 | ALR = (0.036 × LKFRAC) + 6.7E-06 |
| | 5000 | ALR = (0.040 × LKFRAC) + 9.7E-06 |
| | 10000 | ALR = (0.044 × LKFRAC) + 1.4E-05 |
| Water/Oil Open-Ended Line | 500 | ALR = (0.030 × LKFRAC) + 3.5E-06 |
| | 1000 | ALR = (0.030 × LKFRAC) + 3.5E-06 |
| | 2000 | ALR = (0.030 × LKFRAC) + 3.5E-06 |
| | 5000 | ALR = (0.030 × LKFRAC) + 3.5E-06 |
| | 10000 | ALR = (0.030 × LKFRAC) + 3.5E-06 |
| Gas Other | 500 | ALR = (0.055 × LKFRAC) + 1.8E-05 |
| | 1000 | ALR = (0.061 × LKFRAC) + 3.1E-05 |
| | 2000 | ALR = (0.066 × LKFRAC) + 4.5E-05 |
| | 5000 | ALR = (0.078 × LKFRAC) + 8.2E-05 |
| | 10000 | ALR = (0.089 × LKFRAC) + 1.2E-04 |

BLM_0045890

TABLE 5-7.  EQUATIONS RELATING AVERAGE LEAK RATE TO FRACTION
LEAKING AT OIL AND GAS PRODUCTION OPERATION UNITS
(CONTINUED)

| Equipment Type | Leak Definition (ppmv) | Equation[a] |
|---|---|---|
| Heavy Oil Other | 500 | $ALR = (0.0011 \times LKFRAC) + 2.1E{-}05$ |
| | 1000 | $ALR = (0.0011 \times LKFRAC) + 2.1E{-}05$ |
| | 2000 | $ALR = 3.2E{-}05$ |
| | 5000 | $ALR = 3.2E{-}05$ |
| | 10000 | $ALR = 3.2E{-}05$ |
| Light Oil Other | 500 | $ALR = (0.053 \times LKFRAC) + 3.4E{-}05$ |
| | 1000 | $ALR = (0.058 \times LKFRAC) + 4.4E{-}05$ |
| | 2000 | $ALR = (0.067 \times LKFRAC) + 6.4E{-}05$ |
| | 5000 | $ALR = (0.075 \times LKFRAC) + 8.6E{-}05$ |
| | 10000 | $ALR = (0.083 \times LKFRAC) + 1.4E{-}04$ |
| Water/Oil Other | 500 | $ALR = (0.066 \times LKFRAC) + 2.5E{-}05$ |
| | 1000 | $ALR = (0.066 \times LKFRAC) + 2.5E{-}05$ |
| | 2000 | $ALR = (0.066 \times LKFRAC) + 2.5E{-}05$ |
| | 5000 | $ALR = (0.066 \times LKFRAC) + 2.5E{-}05$ |
| | 10000 | $ALR = (0.069 \times LKFRAC) + 5.9E{-}05$ |
| Gas Pump | 500 | $ALR = (0.027 \times LKFRAC) + 1.1E{-}04$ |
| | 1000 | $ALR = (0.052 \times LKFRAC) + 2.3E{-}04$ |
| | 2000 | $ALR = (0.052 \times LKFRAC) + 2.3E{-}04$ |
| | 5000 | $ALR = (0.074 \times LKFRAC) + 3.5E{-}04$ |
| | 10000 | $ALR = (0.074 \times LKFRAC) + 3.5E{-}04$ |
| Light Oil Pump | 500 | $ALR = (0.071 \times LKFRAC) + 7.9E{-}05$ |
| | 1000 | $ALR = (0.079 \times LKFRAC) + 1.5E{-}04$ |
| | 2000 | $ALR = (0.082 \times LKFRAC) + 1.9E{-}04$ |
| | 5000 | $ALR = (0.10 \times LKFRAC) + 5.1E{-}04$ |
| | 10000 | $ALR = (0.10 \times LKFRAC) + 5.1E{-}04$ |

BLM_0045891

TABLE 5-7.  EQUATIONS RELATING AVERAGE LEAK RATE TO FRACTION
LEAKING AT OIL AND GAS PRODUCTION OPERATION UNITS
(CONTINUED)

| Equipment Type | Leak Definition (ppmv) | Equation[a] |
|---|---|---|
| Gas Valve | 500 | ALR = (0.070 × LKFRAC) + 9.1E-06 |
| | 1000 | ALR = (0.076 × LKFRAC) + 1.1E-05 |
| | 2000 | ALR = (0.083 × LKFRAC) + 1.4E-05 |
| | 5000 | ALR = (0.092 × LKFRAC) + 1.9E-05 |
| | 10000 | ALR = (0.098 × LKFRAC) + 2.5E-05 |
| Heavy Oil Valve | 500 | ALR = (0.0013 × LKFRAC) + 7.8E-06 |
| | 1000 | ALR = (0.0013 × LKFRAC) + 7.8E-06 |
| | 2000 | ALR = (0.0013 × LKFRAC) + 7.8E-06 |
| | 5000 | ALR = 8.4E-06 |
| | 10000 | ALR = 8.4E-06 |
| Light Oil Valve | 500 | ALR = (0.059 × LKFRAC) + 9.4E-06 |
| | 1000 | ALR = (0.069 × LKFRAC) + 1.2E-05 |
| | 2000 | ALR = (0.075 × LKFRAC) + 1.4E-05 |
| | 5000 | ALR = (0.083 × LKFRAC) + 1.7E-05 |
| | 10000 | ALR = (0.087 × LKFRAC) + 1.9E-05 |
| Water/Light Oil Valve | 500 | ALR = (0.022 × LKFRAC) + 8.1E-06 |
| | 1000 | ALR = (0.022 × LKFRAC) + 8.1E-06 |
| | 2000 | ALR = (0.064 × LKFRAC) + 9.7E-06 |
| | 5000 | ALR = (0.064 × LKFRAC) + 9.7E-06 |
| | 10000 | ALR = (0.064 × LKFRAC) + 9.7E-06 |

[a]ALR = Average leak rate (kg/hr per source)
LKFRAC = Leak fraction.

BLM_0045892

The initial leak frequency is the fraction of sources defined as leaking before the LDAR program is implemented. The initial leak frequency is point X on figure 5-35. The lower the leak definition, the higher the initial leak frequency. At a process unit, the initial leak frequency can be determined based on collected screening data. If no screening data are available, the initial leak frequency can be assumed to be equivalent to the leak frequency associated with the applicable average emission factor. However, if a process unit already has some type of LDAR program in place, the average emission factor may overestimate emissions.

On figures 5-1 through 5-34, the average emission factor for each equipment type is plotted as a horizontal line. From this line, an initial leak frequency can be determined for any of the leak definitions. For example, on figure 5-1, which is for gas valves, the SOCMI average emission factor equals 0.00597 kilograms per hour (kg/hr). For a leak definition of 500 ppmv, this average emission factor corresponds to a fraction leaking of approximately 0.136. Similarly, for a leak definition of 10,000 ppmv, the average emission factor corresponds to a fraction leaking of 0.075. These points are determined by finding the intersection of the SOCMI average emission factor line and the applicable leak definition line and reading off the corresponding fraction leaking. Alternatively the fraction leaking associated with the average factor can be calculated using the equations in tables 5-4, 5-5, 5-6, and 5-7.

The leak frequency immediately after a monitoring cycle is Point Y on figure 5-35. After an LDAR program is implemented for a given time period, point Y will reach a "steady-state" value. As presented in figure 5-35, point Y depends on two key factors: (1) the percentage of equipment successfully repaired after being identified as leaking, and (2) the percentage of equipment that was repaired for which leaks recurred. Two simplifying assumptions when calculating point Y are: (1) that leaking equipment is instantaneously repaired, and (2) that the recurring leaks will occur instantaneously after the equipment is repaired.

5-54

BLM_0045893



Figure 5-35.  Simplified Graphical Presentation of Changes in
Leak Frequency After Implementation of an LDAR
Program

BLM_0045894

Based on these assumptions the value for point Y is calculated using the following equation:

$$Y_i = Z_i - (FR \times Z_i) + (FR \times Z_i \times R)$$

where:

$Y_i$ = Leak fraction immediately after monitoring cycle i;

$Z_i$ = Leak fraction immediately preceding monitoring cycle i (note that $Z_1$ equals point X.);

R = Fraction of repaired sources for which a leak immediately recurs; and

FR = Fraction of leaking sources successfully repaired.

Point Z on figure 5-35 is the leak frequency immediately preceding equipment monitoring. After an LDAR program is implemented for a given time period, point Z will reach a "steady-state" value. To go from point Y to point Z on figure 5-35, the occurrence rate is added to point Y. The occurrence rate equals the percentage of initially nonleaking equipment that starts to leak between monitoring cycles. Use the following equation to go from point Y to point Z:

$$Z_{i+1} = Oc \times (1 - Y_i) + Y_i$$

where:

$Z_{i+1}$ = Leak fraction immediately preceding monitoring cycle i + 1;

Oc = Fraction of nonleaking sources which will leak in the time period between monitoring cycles (i.e, occurrence rate); and

$Y_i$ = Leak fraction immediately after monitoring cycle i.

After several monitoring cycles, the leak frequency will be found to approximately oscillate between points Y and Z. The average value of these two "steady-state" values is the final leak frequency. This is point F on figure 5-35. The final leak frequency is the average percent of sources that are still leaking after an LDAR program has been implemented.

Once the initial and final leak frequencies are determined, they can be entered into the applicable equation from table 5-4

BLM_0045895

or table 5-5 to calculate the associated average leak rates at
these leak frequencies.  Based on the initial leak rate and the
final leak rate, the control effectiveness for an LDAR program
can be calculated.  The control effectiveness is calculated as:

$$Eff = (ILR-FLR)/ILR \times 100$$

where:

    Eff  =    Control effectiveness (percent);

    ILR  =    Initial leak rate (kg/hr/source); and

    FLR  =    Final leak rate (kg/hr/source).

5.3.2  Example Application of Approach

     As previously mentioned, the approach described in
section 5.3.1 was applied to estimate the control effectiveness
for three types of LDAR programs: (1) monthly inspection with a
leak definition of 10,000 ppmv, (2) quarterly inspection with a
leak definition of 10,000 ppmv, and (3) a program complying with
the requirements specified in the proposed hazardous organic
NESHAP equipment leaks negotiated regulation.[1]  Details of these
calculations are presented in appendix G.  As an example of
applying the approach, the control effectiveness for gas valves
at a SOCMI process unit implementing a monthly LDAR program with
a leak definition of 10,000 ppmv is presented in the following
paragraphs.

     Table 5-8 presents the SOCMI gas valve occurrence rate,
recurrence rate, unsuccessful repair rate, and initial leak
frequency.  (See appendix G for details on how each of these
parameters were determined.)  Using the values presented in
table 5-6 and the approach presented in section 5.3.1, the LDAR
control effectiveness can be calculated.  Note that figure 5-9 is
also based on monthly monitoring of gas valves in a SOCMI process
unit with a leak definition of 10,000 ppmv, and it is referred to
in this example demonstration.

     For gas valves with a leak definition of 10,000 ppmv, the
initial leak frequency is 7.5 percent.  This initial leak
frequency value is taken from figure 5-1, by finding the value of

BLM_0045896

TABLE 5-8.   VALUES USED IN EXAMPLE CALCULATION[a]

| |
|---|
| Source Category:  SOCMI |
| Equipment Type:  Gas Valves |
| LDAR Program:  Monthly Monitoring with a Leak Definition of 10,000 ppmv |
| Occurrence Rate:  1.00% |
| Recurrence Rate:  14% |
| Unsuccessful Repair Rate:  10% |
| Initial Leak Frequency:[b]  7.5% |

[a]See appendix F for information on how the occurrence rate, recurrence rate, and unsuccessful repair rate were determined.

[b]Based on the SOCMI average emission factor for gas valves.

BLM_0045897

the fraction leaking at the intersection of the SOCMI average
factor line and the 10,000-ppmv leak definition line.  The
initial leak rate for this leak frequency is the SOCMI gas valve
average emission factor, which equals 0.00597.  After the LDAR
program is implemented and monitoring occurs on a monthly basis,
the steady-state leak frequency immediately after monitoring (see
point $Y_6$ on figure 5-35) equals 0.29 percent.  The steady-state
leak frequency prior to monitoring (see point $Z_6$ on figure 5-35)
equals 1.29 percent.  This gives an average of 0.79 percent as
the final leak frequency (see point F on figure 5-35).  The
calculations performed to determine the final leak frequency are
shown in table 5-9.  Once the estimated gas valve final leak
frequency is determined, the associated leak rate can be found
using figure 5-1 or the gas valve equation for a leak definition
of 10,000 ppmv listed on table 5-4.  The corresponding leak rate
associated with the final leak frequency of 0.79 percent at a
leak definition of 10,000 ppmv is 0.00075 kg/hr.  Thus, the
control effectiveness of a monthly LDAR program with a leak
definition of 10,000 ppmv for gas valves is:

$$= (0.00597-0.00075)/0.00597 \times 100$$

$$= 87 \text{ percent.}$$

BLM_0045898

TABLE 5-9.  EXAMPLE CALCULATION TO DETERMINE THE FINAL LEAK FREQUENCY OF SOCMI GAS VALVES
IN A MONTHLY MONITORING LDAR PROGRAM WITH A LEAK DEFINITION OF 10,000 PPMV[a]

| Starting parameters | Resulting parameters |
|---|---|
| 1.  Leak definition:<br>    = 10,000 ppmv | 1.  Steady-state leak frequency after<br>    monitoring (Point $Y_6$):<br>    = 0.29 percent |
| 2.  Leak occurrence (Oc):<br>    = 1.00 percent | 2.  Steady-state leak frequency immediately<br>    prior to monitoring  (Point $Z_6$): |
| 3.  Leak recurrence (R):<br>    = 14 percent |     = 1.29 percent |
| 4.  Successful repair rate (FR):<br>    = 90 percent | 3.  Final leak frequency  (Point F)[b]:<br>    = 0.79 percent |
| 5.  Initial leak frequency (Point X):<br>    = 7.5 percent | |

Calculations

| Monitoring cycle | Leak frequency after<br>monitoring:  Point $Y_i$<br>(percent)[c] | Leak frequency prior to<br>monitoring:  Point $Z_i$<br>(percent)[d] |
|---|---|---|
| 1 | 1.70 | 7.50 |
| 2 | 0.61 | 2.67 |
| 3 | 0.36 | 1.60 |
| 4 | 0.31 | 1.36 |
| 5 | 0.29 | 1.30 |
| 6[e] | 0.29 | 1.29 |

[a]Refer to Figure 5-4 for graphical presentation of all points identified in this table.

[b]Final Leak Frequency equals the average of the prior to monitoring and after monitoring steady-state leak frequencies.

[c]$Y_i = Z_i - (FR * Z_i) + (FR * Z_i * R)$

[d]$Z_i + 1 = Oc * (1 - Y_i) + Y_i$

[e]After the sixth monitoring cycle, the values for $Y_i$ and $Z_i$ reach steady-state.

BLM_0045899

## 5.4 REFERENCES

1. National Emission Standards for Hazardous Air Pollutants for Source Categories; Organic Hazardous Air Pollutants from the Synthetic Organic Chemical Manufacturing Industry and Seven Other Processes. Subpart H--Equipment Leaks. Federal Register. Vol. 57, No. 252, pp 62765-62785. Washington, DC. Office of the Federal Register. December 31, 1992.

BLM_0045900

APPENDIX A:  EXAMPLE CALCULATIONS

BLM_0045901

A-1. INTRODUCTION

This appendix provides example calculations demonstrating the approaches described in chapter 2.0. A simple dataset from a hypothetical process unit is expanded as needed to illustrate how the data are is used in each approach. Table A-1 summarizes information used in the example calculations. This information includes the equipment count, hours of operation, and composition for each stream. The stream compositions presented in table A-1 are completely hypothetical and were chosen for the sole purpose of demonstrating the various approaches. Three streams are presented in table A-1. Note that the hours of operation are based on the time in which the equipment contains material. (Even if a process unit is shutdown, if the equipment contains material, then the shutdown time must still be included in the hours of operation.)

Two SOCMI equipment type/service categories are used in the example calculations: pumps/light liquid and valves/gas. The same technique used for these equipment type/service categories can be followed for any equipment type/service. In each of the calculations, emissions are estimated on an annual basis.

The following sections present the example calculations. In section A-2, the Average Emission Factor Approach is presented. Section A-3 presents the Screening Ranges Approach. In section A-4, the EPA Correlation Equation Approach is presented, and in section A-5, the use of the Unit-Specific Correlation is discussed. Section A-6 explains how to speciate emissions. Section A-7 demonstrates three approaches for applying response factors (RF's). Section A-8 demonstrates how to annualize emissions when more than one screening value is collected from individual equipment pieces over an annual time period. Section A-9 shows how to estimate VOC emissions when screening data are collected from equipment containing organic compounds not classified as VOC's. Finally, section A-10 addresses estimating emissions from equipment containing inorganic compounds.

A-1

BLM_0045902

## TABLE A-1. DATA FOR EXAMPLE CALCULATIONS

| Stream ID | Equipment type/service | Equipment count | Hours of operation[a] (hr/yr) | Stream composition | |
|---|---|---|---|---|---|
| | | | | Constituent | wt. fraction |
| A | Pumps/light liquid | 15 | 8,760 | ethyl acrylate water | 0.80 0.20 |
| B | Pumps/light liquid | 12 | 4,380 | ethyl acrylate styrene | 0.10 0.90 |
| C | Valves/gas | 40 | 8,760 | ethyl acrylate ethane water vapor | 0.65 0.25 0.10 |

[a]Hours or operation include all time in which material is contained in the equipment.

BLM_0045903

A-2. AVERAGE EMISSION FACTOR APPROACH

The Average Emission Factor Approach is demonstrated for
Streams A and B, which contain light liquid pumps. The SOCMI
average TOC emission factor for light liquid pumps is
0.0199 kg/hr. Based on this emission factor and data contained
in table A-1, total VOC emissions can be calculated. Note that
the TOC's in Stream A are also VOC's and that stream A contains
water, which is not a VOC. This is accounted for when total VOC
emissions are estimated from Stream A. Table A-2 summarizes the
Average Emission Factor Approach calculations.

A-3. SCREENING RANGES APPROACH

The Screening Ranges Approach is demonstrated for Streams A
and B. The calculations for the Screening Ranges Approach are
similar to those used for the Average Emission Factor Approach,
except that an emission factor for each screening value range is
used. In this example, the component screening values are
designated as either less than 10,000 ppmv or equal to or greater
than 10,000 ppmv. It is assumed that none of the light liquid
pumps in Stream A have a screening value greater than or equal to
10,000 ppmv, and one of the light liquid pumps in Stream B
screens greater than 10,000 ppmv. It is also assumed that one of
the pumps in Stream B could not be screened. Emissions from this
pump are calculated using the average emission factor. Table A-3
summarizes the calculations used in the Screening Ranges
Approach.

A-4. EPA CORRELATION EQUATION APPROACH

The EPA Correlation Equation Approach is demonstrated for
Streams A and B. The EPA Correlation Equation Approach involves
entering screening values into a correlation equation to generate
an emission rate for each equipment piece. In table A-4, assumed
screening values and the resulting emissions for each individual
equipment piece are presented. Emissions from the pump that was
not screened are estimated using the average emission factor.

A-3

BLM_0045904

TABLE A-2.  AVERAGE EMISSION FACTOR METHOD

| Stream ID | Equipment count | TOC Emission factor (kg/hr/source) | Weight Fraction of TOC | Hours of operation (hr/yr) | VOC emissions[a] (kg/yr) |
|---|---|---|---|---|---|
| A | 15 | 0.0199 | 0.80 | 8,760 | 2,090 |
| B | 12 | 0.0199 | 1.00 | 4,380 | 1,050 |
| Total Emissions | | | | | 3,140 |

[a]VOC Emissions = (no. of components) × (emission factor) × (wt. fraction TOC) × ($WP_{VOC}$/$WP_{TOC}$) × (hours of operation).

BLM_0045905

TABLE A-3.   SCREENING VALUE RANGES METHOD

| Stream ID | Equipment count | TOC Emission factor (kg/hr/source) | Hours of operation (hr/yr) | VOC emissions (kg/yr) |
|---|---|---|---|---|
| Components screening $\geq$ 10,000 ppmv[a] | | | | |
| B | 1 | 0.243 | 4,380 | 1,060 |
| Components screening < 10,000 ppmv[a] | | | | |
| A | 15 | 0.00187 | 8,760 | 246 |
| B | 10 | 0.00187 | 4,380 | 82 |
| Components not screened[b] | | | | |
| B (TOC wt. fraction equal to 1.0) | 1 | 0.0199 | 4,380 | 87 |
| Total emissions | | | | 1,480 |

[a] VOC emissions = (no. of components) $\times$ (TOC emission factor) $\times$ ($WP_{VOC}/WP_{TOC}$) $\times$ (hours of operation).

[b] VOC emissions = (no. of components) $\times$ (average TOC emission factor) $\times$ (wt. fraction of TOC) $\times$ ($WP_{VOC}/WP_{TOC}$) $\times$ (hours of operation).

BLM_0045906

TABLE A-4. EPA CORRELATION EQUATION METHOD[a]

| Equipment ID | Screening value (ppmv) | TOC mass emissions[b] (kg/yr) |
|---|---|---|
| A-1 | 0 | 0.066 |
| A-2 | 0 | 0.066 |
| A-3 | 0 | 0.066 |
| A-4 | 0 | 0.066 |
| A-5 | 0 | 0.066 |
| A-6 | 20 | 2.0 |
| A-7 | 50 | 4.2 |
| A-8 | 50 | 4.2 |
| A-9 | 100 | 7.4 |
| A-10 | 100 | 7.4 |
| A-11 | 200 | 13 |
| A-12 | 400 | 23 |
| A-13 | 1,000 | 49 |
| A-14 | 2,000 | 87 |
| A-15 | 5,000 | 190 |
| Total Stream A Emissions: | | 390 |
| B-1 | 0 | 0.033 |
| B-2 | 0 | 0.033 |
| B-3 | 0 | 0.033 |
| B-4 | 10 | 0.55 |
| B-5 | 30 | 1.4 |
| B-6 | 250 | 7.9 |
| B-7 | 500 | 14 |
| B-8 | 2,000 | 44 |
| B-9 | 5,000 | 93 |
| B-10 | 8,000 | 140 |
| B-11 | 25,000 | 350 |
| B-12 (100% TOC) | Not screened | 87 |
| Total Stream B Emissions: | | 740 |
| Total Emissions | | 1,130 |

[a]Equipment type:  Light liquid pumps.
Correlation equation: Leak rate (kg/hr) = $1.90 \times 10^{-5} \times (SV)^{0.824}$
Default-zero mass emission rate: $7.49 \times 10^{-6}$ kg/hr
Hours of operation: Stream A = 8,760; Stream B = 4,380.

[b]VOC Emissions = (correlation equation or default-zero emission rate) $\times$ ($WP_{VOC}/WP_{TOC}$) $\times$ (hours of operation)

[c]VOC Emissions = (average emission factor) $\times$ (wt. fraction of TOC) $\times$ ($WP_{VOC}/WP_{TOC}$) $\times$ (hours of operation)

A-6

BLM_0045907

A-5. UNIT-SPECIFIC CORRELATION APPROACH

Correlation equations may be developed for specific units rather than using the more general EPA Correlation Equations. Appendix B presents details on developing unit-specific correlations. Once correlations are developed using the approach outlined in appendix B, they are applied in the same manner as described for the EPA correlations.

A-6. SPECIATING EMISSIONS

The emission rate of specific compounds in a mixture can be calculated if the concentration of the compound in the stream is known. The equation for speciating emissions is

$$E_x = E_{TOC} \times (WP_x/WP_{TOC})$$

where:

| | | |
|---|---|---|
| $E_x$ | = | The mass emissions of organic chemical "x" from the equipment piece (mass/time); |
| $E_{TOC}$ | = | The TOC mass emissions from the individual equipment piece (mass/time) calculated from either the Average Emission Factor, Screening Ranges, Correlation, or Unit-Specific Correlation approaches; |
| $WP_x$ | = | The concentration of organic chemical "x" in the equipment piece (weight percent); |
| $WP_{TOC}$ | = | The total TOC concentration in the equipment piece (weight percent). |

See table A-5 for a demonstration of speciating emissions of Stream B. Because all of the equipment in Stream B contains the same composition, the emissions can be speciated on a stream-wide basis.

A-7. RESPONSE FACTORS

Response factors are used to correct screening values to compensate for variations in a monitor's response to different compounds. Determination of whether an adjustment to the screening value will provide more valid emission estimates can be made by reviewing RF's at actual concentrations of 500 ppmv and 10,000 ppmv for the material in the equipment being screened.

A-7

BLM_0045908

TABLE A-5. SPECIATING EMISSIONS OF STREAM B[a]

| Method of calculation | Total TOC emission (kg/yr) | Ethyl acrylate emissions[b] (kg/yr) | Styrene emissions[b] (kg/yr) |
|---|---|---|---|
| Avg. emission factor | 1,050[c] | 105 | 945 |
| Screening ranges | 1,230[d] | 123 | 1,110 |
| Correlation equation | 740[e] | 74 | 666 |

[a]Equipment type: Light liquid pumps
Total TOC wt. fraction 1.0
Ethyl acrylate wt. fraction 0.1
Styrene wt. fraction 0.9

[b]Emissions for species = (total TOC emissions) × (wt. fraction of individual chemical)/(total TOC wt. fraction).

[c]From Table A-2.

[d]From Table A-3.

[e]From Table A-4.

BLM_0045909

The RF's can be taken from table D-1 in appendix D, or may
be calculated based on analytical measurement performed in a
laboratory.  For materials with RF's below three at both actual
concentrations, the screening value does not need to be
corrected.  If the RF at either concentration is above three, the
screening value obtained from the monitoring device should be
adjusted.

If it is necessary to adjust the screening value, one of two
approaches can be applied:

    (1)    Use the higher of either the 500 ppmv or 10,000 ppmv
            RF to adjust all screening values, or

    (2)    Plot the RF versus screening value and determine the
            applicable RF for each screening value.

Table D-1 in appendix D presents the RF's for chemical
compounds at actual concentrations of 500 ppmv and 10,000 ppmv
for several different monitoring devices.  For the example
calculations presented here, data for the Foxboro OVA-108 is
utilized.  Table A-6 presents the RF's for ethyl acrylate and
styrene. From table A-6, it can be seen that at both
concentrations, the RF for ethyl acrylate is below three.
Therefore, it is not necessary to adjust any of the screening
values taken from the equipment in Stream A.  (The only TOC
constituent in Stream A is ethyl acrylate.)  Stream B contains
10 percent ethyl acrylate and 90 percent styrene.  The RF's at
both concentration values for Stream B are calculated using the
following equation:

$$RF_m = \frac{1}{\sum\limits_{i=1}^{n} (X_i/RF_i)}$$

where:

    $RF_m$ = Response factor of the mixture;

    $n$    = Number of constituents in the mixture;

    $X_i$  = Mole fraction of constituent i in the mixture; and

BLM_0045910

TABLE A-6.   APPLICATION OF RESPONSE FACTORS[a]

| Chemical | Molecular weight | Mole fraction for stream B[b] | Response factor at actual conc. of 500 ppmv | Response factor at actual conc. of 10,000 ppmv |
|---|---|---|---|---|
| Ethyl Acrylate (0.10 wt. frac.) | 100.1 | 0.1036 | 2.49 | 0.72 |
| Styrene (0.90 wt. frac.) | 104.2 | 0.8964 | 1.10 | 6.06 |

[a]Response factors are taken from Table D-1 in Appendix D and are based on a Foxboro OVA-108 calibrated with methane.

[b]Mole fraction calculated as:

$$= \frac{\dfrac{\text{Weight fraction compound i}}{\text{MW of compound i}}}{\displaystyle\sum_{i=1}^{n} \dfrac{\text{Weight fraction compound i}}{\text{MW of compound i}}}$$

BLM_0045911

$RF_i$ = Response factor of constituent i in the mixture;

The derivation of the above equation is presented in table A-7. Using the RF's and mole fraction information from table A-6, the RF for the mixture in Stream B is calculated as follows:

$$RF_m(@\ 500\ ppmv) = (0.1036/2.49 + 0.8963/1.10)^{-1} = 1.17$$

and

$$RF_m(@\ 10,000\ ppmv) = (0.1036/0.72 + 0.8964/6.06)^{-1} = 3.43$$

From the above calculations, it can be seen that at an actual concentration of 10,000 ppmv the RF is above three, which means the screening values need to be adjusted. Table A-8 demonstrates the simplest approach for adjusting the screening values. This approach involves multiplying all of the screening values by whichever RF is higher.

Correcting the screening values by the approach described above may be inaccurate in some cases. For example, if all or most of the equipment have low screening values, using the RF based on an actual concentration of 10,000 ppmv may cause an over estimate in the calculated emission rate. A more precise application of RF's is to plot the RF versus the screening value. This can be done by fitting a straight line between the RF and the corresponding screening values associated with the 500 and 10,000 ppmv actual concentrations. For the example case, this is done as follows.

Screening value associated with actual concentration of 500 ppmv:

=    (500 ppmv)/(RF at actual concentration of 500 ppmv)

=    500 ppmv/1.17

=    427 ppmv

A-11

BLM_0045912

Screening value associated with actual concentration of 10,000 ppmv:

= (10,000 ppmv)/(RF at actual concentration of 10,000 ppmv)

BLM_0045913

TABLE A-8.  APPLYING RESPONSE FACTORS FROM TABLE C-1a

| Equipment ID | Unadjusted screening value (ppmv) | Response factor of mixture | Adjusted screening value[b] (ppmv) | VOC Emission rate[c] (kg/yr) |
|---|---|---|---|---|
| B-1 | 0 | -- | Default zero | 0.033 |
| B-2 | 0 | -- | Default zero | 0.033 |
| B-3 | 0 | -- | Default zero | 0.033 |
| B-4 | 10 | 3.43 | 34 | 1.5 |
| B-5 | 30 | 3.43 | 103 | 3.8 |
| B-6 | 250 | 3.43 | 858 | 22 |
| B-7 | 500 | 3.43 | 1,715 | 39 |
| B-8 | 2,000 | 3.43 | 6,860 | 120 |
| B-9 | 5,000 | 3.43 | 17,150 | 260 |
| B-10 | 8,000 | 3.43 | 27,440 | 380 |
| B-11 | 25,000 | 3.43 | 85,750 | 970 |
| B-12 | Not Screened | -- | -- | 87[d] |
| Total Emissions of Stream B | | | | 1,880 |

[a]Equipment type:  Light liquid pumps
 Correlation equation:  Leak rate (kg/hr) = $1.90 \times 10^{-5}$ (SV)$^{0.824}$
 Default-zero mass emission rate: $7.49 \times 10^{-6}$ kg/hr
 Hours of operation:  Stream B = 4,380

[b]Adjusted SV = (unadjusted SV) $\times$ (RF of mixture)

[c]VOC Emission = (correlation equation or default-zero emission rate) $\times$ ($WP_{VOC}/WP_{TOC}$) $\times$ (hours of operation)

[d]VOC Emission = (average emission factor) $\times$ (wt. fraction of VOC) $\times$ ($WP_{VOC}/WP_{TOC}$) $\times$ (hours of operation)

TABLE A-7.  DERIVATION OF EQUATION USED TO ESTIMATE
RESPONSE FACTOR FOR A MIXTURE

(1)  Response Factor (RF) Equation:

$$RF = \frac{\text{Actual Concentration (ppmv)}}{\text{Screening Value (ppmv)}} = \frac{A}{SV}$$

(2)  For a mixture, each compound will contribute to the actual concentration and to the screening value, thus:

$$A = A_1 + A_2 + A_3 \ldots = A_{TOT}$$

$$SV = SV_1 + SV_2 + SV_3 \ldots$$

Thus, the above equation converts to:

$$RF = \frac{A_{TOT}}{SV_1 + SV_2 + SV_3 \ldots}$$

(3)  The value for the screening value of each individual compound ($SV_i$) is calculated as:

$$SV_i = \frac{A_i}{RF_i}; \text{ substituting gives:}$$

$$RF = \frac{A_{TOT}}{\dfrac{A_1}{RF_1} + \dfrac{A_2}{RF_2} + \dfrac{A_3}{RF_3} \ldots}$$

(4)  The mole fraction of each individual compound ($X_i$) is calculated as:

$$X_i = \frac{A_i}{A_{TOT}};$$

Thus, the actual concentration of compound i is calculated as:

$$A_i = X_i A_{TOT}; \text{ substituting gives:}$$

$$RF = \frac{A_{TOT}}{\dfrac{X_1 A_{TOT}}{RF_1} + \dfrac{X_2 A_{TOT}}{RF_2} + \dfrac{X_3 A_{TOT}}{RF_3} \ldots} = \frac{1}{\dfrac{X_1}{RF_1} + \dfrac{X_2}{RF_2} + \dfrac{X_3}{RF_3} \ldots}$$

(5)  Thus, the response factor of a mixture is calculated as:

$$RF = \frac{1}{\displaystyle\sum_{i=1}^{n} X_i/RF_i}$$

A-14

BLM_0045915

=       10,000/3.43

        =       2,915 ppmv

        Figure A-1 plots this screening value/RF relationship.
Table A-9 uses this plot to calculate emissions.  Note that in
table A-9, all of the screening values are adjusted.  An
alternative would be to adjust only those screening values having
an associated RF greater than three.  Note that for all screening
values less than 427 ppmv, the RF calculated at 427 ppmv is
applied, and, similarly, for all screening values above
2,915 ppmv, the RF at 2,915 ppmv is applied.
        An alternative to using the RF's in appendix D is to use the
analytical technique described in chapter 3.0 to determine RF's
at several different actual concentrations.  These RF's are then
related to the screening value.  Once the RF's and associated
screening values are determined, a first-order or second-order
(if the relationship appears nonlinear) equation can be fitted to
the RF data.  Table A-10 demonstrates how the collected data of
RF's at actual concentrations is converted to RF's for the
associated screening values.  A hypothetical plot of the
RF/screening value relationship is shown in figure A-2.
Table A-11 demonstrates how emissions can then be calculated by
applying the plot.  Note that the line is not extrapolated beyond
the highest screening value for which data were obtained.
A-8.  ANNUALIZING EMISSIONS
        If more than one screening value is obtained from an
equipment piece, all of the screening values can be used to
estimate emissions, as long as the elapsed time between each
screening value obtained is known.  This is demonstrated for pump
A-15 in Stream A.  Table A-12 shows how emissions are calculated
for each period between the collection of screening values.
Notice that each screening value is used to estimate emissions
since the last screening value was obtained.

BLM_0045916



Figure A-1. Response Factor Curve Generated From Response Factor Data in Table C-1

A-16

BLM_0045917

TABLE A-9.  ESTIMATING EMISSIONS USING RESPONSE FACTORS GENERATED FROM FIGURE A-1[a]

| Equipment ID | Unadjusted screening value (ppmv) | Response factor of mixture | Adjusted screening value[b] (ppmv) | VOC Emission rate[c] (kg/yr) |
|---|---|---|---|---|
| B-1 | 0 | -- | Default zero | 0.033 |
| B-2 | 0 | -- | Default zero | 0.033 |
| B-3 | 0 | -- | Default zero | 0.033 |
| B-4 | 10 | 1.17 | 12 | 0.63 |
| B-5 | 30 | 1.17 | 35 | 1.6 |
| B-6 | 250 | 1.17 | 293 | 9.0 |
| B-7 | 500 | 1.24 | 620 | 17 |
| B-8 | 2000 | 2.62 | 5,240 | 97 |
| B-9 | 5000 | 3.43 | 17,150 | 260 |
| B-10 | 8000 | 3.43 | 27,440 | 380 |
| B-11 | 25000 | 3.43 | 85,750 | 970 |
| B-12 | Not screened | -- | -- | 87[d] |
| Total Emissions of Stream B | | | | 1,820 |

[a]Equipment type:  Light liquid pumps
Correlation equation:  Leak rate (kg/hr) = $1.90 \times 10^{-5}$ (SV)$^{0.824}$
Default-zero mass emission rate:  $7.49 \times 10^{-6}$ kg/hr
Hours of operation:  Stream B = 4,380

[b]Adjusted SV = (unadjusted SV) $\times$ (RF of mixture taken from Figure A-1)

[c]VOC Emission = (correlation equation or default-zero emission rate) $\times$ ($WP_{VOC}/WP_{TOC}$) $\times$ (hours of operation)

[d]VOC Emission = (no. of components) $\times$ (average emission factor) $\times$ (wt. fraction of VOC) $\times$ ($WP_{VOC}/WP_{TOC}$) $\times$ (hours of operation)

TABLE A-10.  GENERATION OF HYPOTHETICAL RESPONSE FACTOR DATA FOR STREAM B[a]

| Actual standard gas concentration (ppmv) | Sample number | Measured screening value (ppmv) | Response factor |
|---|---|---|---|
| 500 | 1 | 375 | 1.33 |
| 500 | 2 | 390 | 1.28 |
| 500 | 3 | 390 | 1.28 |
| | | Avg = 385 | Avg = 1.30 |
| 2,000 | 1 | 1,219 | 1.64 |
| 2,000 | 2 | 1,205 | 1.66 |
| 2,000 | 3 | 1,258 | 1.59 |
| | | Avg = 1,227 | Avg = 1.63 |
| 5,000 | 1 | 1,865 | 2.68 |
| 5,000 | 2 | 1,930 | 2.59 |
| 5,000 | 3 | 1,872 | 2.67 |
| | | Avg = 1,889 | Avg = 2.65 |
| 10,000 | 1 | 2,976 | 3.36 |
| 10,000 | 2 | 3,040 | 3.29 |
| 10,000 | 3 | 2,994 | 3.34 |
| | | Avg = 3,003 | Avg = 3.33 |
| 25,000 | 1 | 6,361 | 3.93 |
| 25,000 | 2 | 6,394 | 3.91 |
| 25,000 | 3 | 6,476 | 3.86 |
| | | Avg = 6,410 | Avg = 3.90 |

[a]This table is a demonstration of how analytical determination of response factors can be used to generate a response factor/screening value relationship.

BLM_0045919



Figure A-2.    Response Factor Curve Generated by Analytical
               Determination of Response Factors

A-19

BLM_0045920

TABLE A-11.   RESPONSE FACTORS GENERATED FROM FIGURE A-2[a]

| Equipment ID | Unadjusted screening value (ppmv) | Response factor of mixture | Adjusted screening value[b] (ppmv) | VOC Emission rate[c] (kg/yr) |
|---|---|---|---|---|
| B-1 | 0 | -- | Default zero | 0.033 |
| B-2 | 0 | -- | Default zero | 0.033 |
| B-3 | 0 | -- | Default zero | 0.033 |
| B-4 | 10 | 1.46 | 15 | 0.76 |
| B-5 | 30 | 1.47 | 44 | 1.9 |
| B-6 | 250 | 1.56 | 390 | 11 |
| B-7 | 500 | 1.69 | 845 | 21 |
| B-8 | 2,000 | 2.31 | 4,620 | 87 |
| B-9 | 5,000 | 3.60 | 18,000 | 270 |
| B-10 | 8,000 | 4.20 | 33,600 | 450 |
| B-11 | 25,000 | 4.20 | 105,000 | 1,140 |
| B-12 | Not screened | -- | -- | 87[d] |
| Total Emissions of Stream B | | | | 2,070 |

[a]Equipment type:  Light liquid pumps
Correlation equation:  Leak rate (kg/hr) = $1.90 \times 10^{-5}$ (SV)$^{0.824}$
Default-zero mass emission rate:  $7.49 \times 10^{-6}$ kg/hr
Hours of operation:  Stream B = 4,380

[b]Adjusted SV = (unadjusted SV) $\times$ (RF of mixture taken from Figure A-2).

[c]VOC Emissions = (correlation equation or default-zero emission rate) $\times$ ($WP_{VOC}/WP_{TOC}$) $\times$ (hours of operation).

[d]VOC Emission = (no. of components) $\times$ (average emission factor) $\times$ ( wt. fraction of VOC) $\times$ ($WP_{VOC}/WP_{TOC}$) $\times$ (hours of operation).

BLM_0045921

TABLE A-12.  ANNUALIZING EMISSIONS FOR LIGHT LIQUID PUMP A-15a

| Hypothetical date | Screening value (ppmv) | Hours elapsed since last screening value[b] | VOC emissions since last screening value[c] (kg) |
|---|---|---|---|
| January 1 | 5,000 | -- | -- |
| February 1 | 0 | 744 | 0.006 |
| March 1 | 0 | 672 | 0.005 |
| April 1 | 8,000 | 744 | 23.3 |
| May 1 | 100 | 720 | 0.6 |
| June 1 | 1,000 | 744 | 4.2 |
| July 1 | 0 | 720 | 0.005 |
| August 1 | 0 | 744 | 0.006 |
| September 1 | 0 | 744 | 0.006 |
| October 1 | 10,000 | 720 | 27.0 |
| November 1 | 0 | 744 | 0.006 |
| December 1 | 0 | 720 | 0.005 |
| January 1 | 0 | 744 | 0.006 |
| | TOTALS: | 8,760 | 55.1 |

[a]Equipment type:  Light liquid pumps
Correlation equation:  Leak rate (kg/hr) = $1.90 \times 10^{-5} (SV)^{0.824}$
Default-zero mass emission rate:  $7.49 \times 10^{-6}$ kg/hr

[b]Hours elapsed since the last screening value was obtained.  For example, the hours elapsed since the screening value obtained on March 1 are the hours from February 1 to March 1, which equal 24 hr/day × 28 days, or 672 hours.

[c]VOC Emissions = (correlation equation or default-zero emission rate) × ($WP_{VOC}/WP_{TOC}$) × (hours elapsed).

BLM_0045922

A-9. ESTIMATING VOC EMISSIONS FROM EQUIPMENT CONTAINING ORGANIC COMPOUNDS NOT CLASSIFIED AS VOC's.

Stream C contains ethane, which is an organic compound, but is not classified as a VOC. When a monitoring instrument is used to screen equipment in Stream C, the resulting screening value will include measurement of the ethane. However, the ethane should not be included in the estimated VOC emission rate. The following equation is applied to subtract out the ethane contribution:

$$E_{VOC} = E_{TOC} \times (WP_{VOC}/WP_{TOC})$$

where:

$E_{VOC}$     =     The VOC mass emissions from the equipment (kg/hr);

$E_{TOC}$     =     The TOC mass emissions from the equipment (kg/hr); calculated from either the Average Emission Factor, Screening Ranges, Correlation, or Unit-Specific Correlation approaches;

$WP_{VOC}$     =     The concentration of VOC in the equipment in weight percent;

$WP_{TOC}$     =     The TOC concentration in the equipment in weight percent.

The above calculation is demonstrated below by assuming that screening values have been obtained from equipment in Stream C as either greater than or equal to 10,000 ppmv or less than 10,000 ppmv. Assume 2 of the 40 gas valves in Stream C screened above 10,000 ppmv, and the remainder screened below 10,000 ppmv. Uncorrected VOC emissions are calculated using the Screening Ranges Approach:

$$E_{TOC} = (F_G \times N_G) + (F_L \times N_L)$$

where:

$E_{TOC}$     =     TOC emission rate for an equipment type (kg/hr);

$F_G$     =     Applicable emission factor for sources with screening values greater than or equal to 10,000 ppmv (kg/hr/source);

A-22

BLM_0045923

$N_G$ = Equipment count (specific equipment type) for sources with screening values greater than or equal to 10,000 ppmv;

$F_L$ = Applicable emission factor for sources with screening values less than 10,000 ppmv (kg/hr/source); and

$N_L$ = Equipment count (specific equipment type) for sources with screening values less than 10,000 ppmv.

Thus,

$E_{TOC}$ = 0.0782 kg/hr × 2 + 0.000131 kg/hr × 38

= 0.161 kg/hr

Converting to an annual emission rate gives:

= 0.161 kg/hr × 8,760 hr/yr

= 1,410 kg/yr

Using the weight fraction of the compounds in Stream C given in table A-1 (65% ethyl acrylate, 25% ethane, and 10% water vapor), the above emission rate is corrected as follows:

$E_{VOC}$ = $E_{TOC}$ × (WP$_{VOC}$/WP$_{TOC}$)
= 1,410 kg/yr × 65/(65 + 25)
= 1,020 kg/yr VOC emissions

A-10. ESTIMATING INORGANIC EQUIPMENT LEAKS

If the hypothetical process unit also had equipment that contained a volatile inorganic compound, emissions could be estimated using the following guidelines. If a monitoring device is not available, the equipment emissions can be calculated using the Average Emission Factor Approach. If a monitoring device is available, the best approach for estimating the emissions is to generate unit specific correlations, but the EPA Correlation Equations could also be applied as in section A-4. If the monitoring device cannot accurately predict the screening value

BLM_0045924

but can be used to predict concentrations greater than/less than 10,000 ppmv, the emissions may be estimated by applying the Screening Ranges approach presented in section A-3.

BLM_0045925

APPENDIX B:

LEAK RATE/SCREENING VALUE CORRELATION DEVELOPMENT
AND REVISION OF SOCMI CORRELATIONS
AND EMISSION FACTORS

BLM_0045926

APPENDIX B

The purpose of this appendix is to provide supplemental information on the approach for developing site-specific correlations as discussed in chapter 2.0 of this document. Also, this appendix contains background information on the data collection and analysis performed to revise the SOCMI correlations and emission factors, and presents summary parameters associated with the SOCMI and petroleum industry correlations. Section B.1 addresses the following:

- Analysis of bagging and screening data;
- Development of a correlation equation; and
- Development of a default-zero leak rate.

Section B.2 addresses the following:

- Analysis of new SOCMI bagging data;
- Development of revised correlations and default-zero leak rates;
- Development of revised SOCMI emission factors; and
- Summary of SOCMI and petroleum industry correlation parameters.

## B.1 DEVELOPMENT OF SITE-SPECIFIC CORRELATION EQUATIONS

Development of site-specific correlations involves bagging individual pieces of equipment. (Refer to chapter 4.0 for details on how equipment is bagged.) The emission rate and associated screening value from several equipment pieces of the same type (valve, pump, connector, etc.) and service (gas, light liquid or heavy liquid) are used to develop a correlation. The correlation predicts a leak rate based on a screening value. To develop a correlation, "bagging data" must be collected. In this appendix, "bagging data" refers to data used to estimate the mass emission rate from an equipment piece, and the screening value obtained with the portable monitoring instrument when the equipment piece is bagged.

### B.1.1 Preliminary Analysis of Bagging Data.

For the purposes of this discussion, it is assumed the blow-through method is used to bag the equipment piece. For each

BLM_0045927

bagged (tented) equipment piece, two sample bags should be collected. For each sample bag the following bagging data should be recorded: (1) total organic compound concentration (ppmv) measured in the sample bag at the laboratory using a GC or similar instrument, (2) the mole percent and molecular weight of each of the constituents in the sample bag (or alternatively in the process stream contained within the enclosed equipment piece), (3) the temperature in the tent when the sample bag is collected, (4) the carrier gas flow rate out of the tent, (5) the tent oxygen concentration (6) background bag organic compound concentration measured at the laboratory (optional), and (7) the density and volume of any organic liquid collected from the bagged equipment piece and the time in which the liquid accumulated.

In some cases, the sample bag total organic concentration will be below the GC minimum detection limit. If this occurs, one half the GC minimum detection limit should be used to estimate emissions.

For each sample bag, the vapor leak rate is calculated using the following equation:

$$\text{Vapor leak rate (kg/hr)} = \frac{(1.219 \times 10^{-5}) \times (Q) \times (MW) \times (GC)}{T + 273.15}$$

where:

$1.219 \times 10^{-5}$ = A conversion factor based on the gas constant and assuming a pressure in the tent of 1 atmosphere ($^\circ K \times 10^6 \times kg\text{-}mol/m^3$)

$Q$ = Flow rate out of tent ($m^3/hr$)

$$= \frac{N_2 \text{ flow rate } (\ell/min)}{1 - [\text{tent oxygen conc. (volume \%)}/21]} \times \frac{0.06 \text{ m}^3/\text{min}}{\ell/hr}$$

$T$ = Temperature in tent ($^\circ C$)

B-2

BLM_0045928

MW = Molecular weight of organic compounds in the sample bag or alternatively in the process stream contained within the equipment piece being bagged. For mixtures, MW is calculated as follows:

$$MW = \frac{\sum_{i=1}^{n} MW_i\, x_i}{\sum_{i=1}^{n} x_i}$$

where:

$MW_i$ = Molecular weight of organic compound i;

$x_i$ = Mole fraction of organic compound i; and

n = Number of organic compounds in the mixture.

GC = Sample bag organic compound concentration. If a background sample bag is obtained, the value of GC can be corrected for background organic compound concentration using the following equation:

$$GC = SBC - \left( \frac{Oxy\, x\, BBC}{21} \right)$$

where:

SBC = Sample bag organic compound concentration (ppmv);

Oxy = Tent oxygen concentration (volume %); and

BBC = Background sample bag organic compound concentration.

The vapor leak rate calculated from the two sample bags is averaged. Added to this average vapor leak rate is the leak rate of any liquid that is collected in the bag. The liquid leak rate is calculated as follows:

$$\text{Liquid leak rate (kg/hr)} = \frac{\rho\, V_L}{16.67\, t}$$

BLM_0045929

where:

$\rho$ = Density of organic liquid collected (g/m$\ell$);

$V_L$ = Volume of organic liquid collected (m$\ell$);

$t$ = Time in which liquid is collected (minutes); and

16.67 = A conversion factor to adjust term to units of kilograms per hour [g × hr/(kg × min)]

Thus, the total emission rate for the bagged equipment piece is as follows:

Leak rate (kg/hr) = Average vapor leak rate (kg/hr)
                    + Liquid leak rate (kg/hr)

The screening value associated with each bagged equipment piece is calculated by subtracting the background screening value from the average of the initial and final screening values. In cases where the background concentration was larger than the average of the initial and final screening values, the screening value should be recorded as 0 ppmv.

B.1.2    Correlation Equation Development.

After preliminary analysis of the bagging data is complete, there will be a mass emission rate and corresponding screening value associated with each individual equipment piece that was bagged. All mass emission rate/screening value data pairs with nonzero screening values are used to develop the site-specific correlation. Data pairs with a screening value of zero can be used to develop a default-zero leak rate, and this is discussed in section B.1.3.

Two terms used in conjunction with developing the correlation are defined as follows: "log space"--where the logarithms of both the screening values and mass emission rates are evaluated, and "arithmetic space"--where the actual screening values and emission rates are evaluated. The data is first analyzed in log space to develop an expression relating the logarithm of the screening value to the logarithm of the mass

B-4

BLM_0045930

emission rate. This expression is then transformed to arithmetic space to arrive at the correlation equation.

It is necessary to perform the initial analysis in log space because both the screening value and mass emission rate data typically span several orders of magnitude, and the data are not normally distributed in arithmetic space. Normality of the data is important for the validity of the statistical procedures being used. Historically, the data have been shown to be approximately log-normally distributed.

The first step in the development of the correlation equation is to calculate the logarithm of each screening value and mass emission rate. Note that the correlation developed will be the same whether the natural logarithm or base 10 logarithm is used. The next step is to perform simple linear (least squares) regression in log space. The log of the mass emission rate (dependent variable, Y) is regressed on the log of the screening value (independent variable, X). The resulting regression line takes the following form:

$$Y_i = \beta_0 + \beta_1 X_i$$

where:

$Y_i$ = Logarithm of the leak rate determined by bagging equipment piece i;

$X_i$ = Logarithm of the screening value for equipment piece i;

$\beta_O$ = Intercept of regression line; and

$\beta_1$ = Slope of regression line.

The value for the slope and intercept are calculated using the following equations:

$$\beta_1 = \frac{(\overline{XY}) - (\overline{X})\,(\overline{Y})}{\overline{X^2} - (\overline{X})^2}$$

B-5

BLM_0045931

and

$$\beta_0 = \overline{Y} - \beta_1 \overline{X}$$

where:

$$\overline{X} = \frac{\sum X_i}{n}$$

$$\overline{Y} = \frac{\sum Y_i}{n}$$

$$\overline{XY} = \frac{\sum X_i Y_i}{n}$$

$$\overline{X}^2 = \frac{\sum X_i{}^2}{n}$$

$n$ = number of screening/bagging pairs.

Once these have been calculated, then the Mean Squared Error (MSE) can be given by:

$$MSE = \frac{1}{n-2} \sum_{i=1}^{n} r_i{}^2$$

where:

$$r_i = Y_i - \beta_0 - \beta_1 X_i$$

The slope and intercept and a scale bias correction factor (SCBF) are used in the final step to transform the regression equation from log space to arithmetic space. The transformed equation is the correlation equation and it is calculated as follows:

Leak rate (kg/hr) = SBCF x (e or 10)$^{\beta_0}$ x (Screening value)$^{\beta_1}$

Note that if the natural logarithm of the leak rates and screening values is used when developing the regression line, then the "e" term should be raised to the power of the intercept

BLM_0045932

($\beta_0$). On the other hand, if the base 10 logarithm of the leak rates and screening values is used when developing the regression line, then the "10" term should be raised to the power of the intercept ($\beta_0$).

The SBCF is a correction factor which accounts for the variability of the data in the log space (see discussion in section 2.3.4). It is obtained by summing a sufficient number (usually 10-15) of the terms from the infinite series given below:

$$SBCF = 1 + \frac{(m-1) \times T}{m} + \frac{(m-1)^3 \times T^2}{m^2 \times 2! \times (m+1)} + \frac{(m-1)^5 \times T^3}{m^3 \times 3! \times (m+1) \times (m+3)} + \ldots,$$

where:

    T (when regression performed using base 10 logarithms)
        = $(MSE/2) \times ((\ln10)^2)$;

    T (when regression performed using natural logarithms)
        = $(MSE/2)$;

    MSE  = mean square error from the regression;

    ln10 = natural logarithm of 10; and

    m    = number of data pairs (n) - 1.

## B.1.3    Determination of Default Zero and Pegged Mass Emission Rates

A default zero emission rate can be calculated based on the emission rates measured from bagged equipment that have a screening value of zero ppmv. A pegged emisison rate can be calculated based on the emission rates measured from bagged equipment that have a screening value reported as pegged. The first step to determine the default-zero or pegged leak rate is to take the logarithm of each of the mass emission rates and then determine the average log leak rate. The average log leak rate is used to calculate the default-zero or pegged mass emission rate. Analysis is performed in log space rather than just determining the arithmetic average because this gives the most efficient estimator of the default-zero or pegged leak rate. The average log leak rate and a scale bias correction factor, that

BLM_0045933

takes into account the variance of the log mass emission rates, are then utilized in the following equation to calculate the default zero leak rate:

Default Zero or pegged Leak Rate (kg/hr) $=$ SBCF $\times$ (10 or e)$^{\text{LOG:AVG}}$

where:

SBCF $=$ Scale bias correction factor for the logs of the mass emission rates; and

LOG:AVG $=$ Average of the logs of the mass emission rates.

The SBCF for the default zero or pegged leak rate determination is calculated using the same equation for the SBCF as presented in section B.1.2, with the following two exceptions: (1) the variance of the log mass emission rates is used in the "T" term, rather than the regression mean square error (MSE); and (2) the sample size (n) is used in the "m" term, rather than "n-1". The variance ($S^2$) of the log mass emission rates is calculated as:

$$S^2 = \frac{1}{n-1} \sum_{i=1}^{n} (\text{LOG:LEAK}_i - \text{LOG:AVG})^2$$

where:

LOG:LEAK$_i$ $=$ Logarithm of leak rate from component i;

LOG:AVG $=$ Average of the logs of the mass emission rates; and

n $=$ Number of data points.

## B.2 DEVELOPMENT OF REVISED SOCMI CORRELATIONS AND FACTORS

In 1990 bagging data were obtained from several ethylene oxide (EO) and butadiene (BD) producers. Bagging data were collected from connectors, light liquid pumps, gas valves, and light liquid valves. In 1987 and 1988 screening data had been

B-8

BLM_0045934

collected from the same EO/BD process units. These bagging and
screening data were used to revise the SOCMI correlations and
factors.

(Note that as used in the following discussion, "bagging
data" refers to the screening value/mass emission data pairs, and
"screening data" to the data set of screening values collected
independently of the bagging data. Normally, bagging data are
collected from a chosen set of equipment pieces to provide the
best data for developing a correlation. On the other hand,
screening data are collected from all equipment pieces to give a
representative distribution of screening values).

To revise the SOCMI correlations and factors, the data
collected from the EO/BD process units were compared with data
previously collected from SOCMI process units. In the following
discussion this previously collected data are referred to as
"old" data. The old SOCMI bagging data were collected in the
Six-Unit Maintenance Study (EPA-600/S2-81-080). The old SOCMI
screening data were collected in the 24-Unit Study
(EPA-600/2-81-003). The EO/BD data are referred to as "new."
When the data sets are joined, the resulting data set is referred
to as "combined."

B.2.1    Analysis of SOCMI Bagging Data

Following the approach described in section B.1, the new
SOCMI bagging data were analyzed to develop new correlations.
A comparison of the old and new bagging data was performed to
evaluate any differences. Note that for connectors, only new
bagging data were analyzed since connectors were not bagged as
part of the Six-Unit Maintenance Study. Attachment 1 includes
the complete list of each of the emission rate/screening value
datapoints and presents summary tables on the regression
statistics of the old, new, and combined data.

To evaluate the differences between the new and the old data
for light liquid pumps, light liquid valves, and gas valves, the
following statistical tests were applied:

B-9

BLM_0045935

- Wilcoxon test of paired differences, and

- F-test of statistical parameters.

The statistical tests did not have consistent results for the three equipment types. For light liquid pumps, no statistically significant differences were found, for light liquid valves, the tests indicated significant differences, and for gas valves, the tests were inconclusive.

A better comparison was a visual comparison of the data plotted in log space. This comparison was made by developing plots of the old and new bagging data with regression lines superimposed. All of the regression equations are plotted in figures B-1 through B-4. Figure B-1 presents the new bagging data and regression equation for connectors. Figures B-2 through B-4 show old and new bagging data superimposed upon the old, new, and combined regression equations for light liquid pumps, gas valves, and light liquid valves, respectively. The regression lines in these four figures are drawn to correspond only to the data points from which they were derived.

Figures B-2 through B-4 suggest the old and new data points appear to lie along a common axis with a similar amount of scatter. Figures B-2 through B-4 also demonstrate that most of the old data were from equipment which had screening values exceeding 1,000 ppmv, whereas a significant portion of the new data came from equipment screening less than 1,000 ppmv. The correlation derived from combining the old and new bagging data spans the greatest range of screening values. Additionally, for each of the equipment types, the combined correlation equation has the best fit. Since the combined regressions span the greatest range of screening values and have the best fit, the combined data set was used to develop the revised SOCMI correlation equations.

B.2.2    Development of Revised SOCMI Correlations and Development of Default-Zero Factors.

B-10

BLM_0045936



Figure B-1.    Connector Regression Equation

BLM_0045937



Figure B-2.    Light Liquid Pump Regression Equations

BLM_0045938



Figure B-3.    Gas Valve Regression Equations

B-13

BLM_0045939



Figure B-4.    Light Liquid Valve Regression Equations

B-14

BLM_0045940

After the old and new bagging data were combined, an initial regression analysis was performed on the logarithms of the screening values and mass emission rates following the procedures outlined in section B.1 on the development of correlation equations. For the combined data sets outliers were removed. The residuals (differences between measured log mass emission rates and log mass emission rates predicted by the regression) were used to flag outliers. A data pair was flagged as an outlier whenever the absolute value of its studentized residual (the residual divided by its standard error) was greater than or equal to 3. These data pairs are indicated as outliers in the table contained in attachment 1, which lists the screening values and mass emission rates for the combined bagging data set.

Attachment 2 contains a table listing all of the bagging data used to develop the default zero mass emission rates. These data were collected at the EO/BD process units, and were analyzed using the approach outlined in section B.1.3.

B.2.3    Revision of SOCMI Emission Factors

After the SOCMI correlations were revised, they were utilized in conjunction with the "old", "new", and "combined" screening value data sets to revise the SOCMI emission factors. Recall that the "old" screening data were the data collected in the SOCMI 24-Unit Study (EPA-600/2-81-003), the "new" screening data were the data collected from the EO/BD process units in 1987 and 1988, and the combined data were the two data sets combined.

Using screening data in conjunction with the applicable correlation equation, emission factors are calculated in the following manner.

(1)    Screening values with a value of zero are assigned the default zero emission rate,

(2)    Pegged screening values were assigned the appropriate pegged emission rate,

(3)    All other screening values are entered into the applicable correlation equation to determine the associated mass emission rate, and

BLM_0045941

(4)     The sum of all of the individual emission rates is
        divided by the total number of screening values
        (i.e., equipment pieces) to give the average factor.

These steps were followed to revise the SOCMI average emission
factors for connectors, light liquid pumps, gas valves, and light
liquid valves.  The same approach was used to revise the SOCMI
Screening Range Emission factors ($\geq$10,000 ppmv / <10,000 ppmv),
except that the screening values were segregated into the two
ranges to calculate the average of each range.

Consistent with development of the revised SOCMI correlation
equations (which were developed from the combined bagging data
set), the combined screening data set was used to revise the
SOCMI factors.  The combined data set has the advantage that it
reflects changes that have occurred in SOCMI process units since
the 24-Unit Study, and contains data from a representative
sampling of SOCMI process units.

To develop the emission factors it was necessary to make
adjustments to a small percentage of the screening values.  These
adjustments were applied to large screening values that were
identified as "pegged data."  The large screening value data are
important in the emission factor calculations and these
adjustments were made in an attempt to keep as many screening
values in the analysis as possible.

Examination of the frequency distributions of the screening
value data sets revealed spikes near 10,000 ppmv (between 9980
and 10,001 ppmv) and near 100,000 ppmv (between 99,980 and
100,001 ppmv).  These spikes indicate that the instrument was
"pegged" or unable to measure the concentration being sampled
because the concentration was beyond the measurement range of the
instrument.  It was assumed that screening values pegged at
10,000 ppmv had actual values between 10,000 and 100,000 ppmv,
and that screening values pegged at 100,000 ppmv had actual
values greater than 100,000 ppmv.  Because there were several
screening values greater than 10,000 ppmv and 100,000 ppmv that
were not pegged, an average from the two ranges

B-16

BLM_0045942

(10,000-100,000 ppmv and >100,000 ppv) was calculated to substitute for the pegged readings. For the 10,000-100,000 ppmv range, the average was 33,620 ppm and for the greater than 100,000 ppmv range, the average was 302,367 ppm. These averages were used in the emission factor analysis for pegged data from the screening data sets. Thus, each pegged screening value was assigned the applicable average screening value, which was entered into the correlation to predict emissions.

Attachment 3 lists the average emission factors generated from each of the screening data sets, using the revised SOCMI correlations. There are thousands of screening values in the data sets, and these data sets are not reproduced in this appendix. Instead, figures plotting the distribution of the screening values are presented in attachment 3.

B.2.4    Summary of SOCMI and Petroleum Industry Correlation Parameters

Table B-1 presents the regression line slope and intercept and the SBCF associated with each of the revised SOCMI and petroleum industry correlations contained in tables 2-9 and 2-10 of this document.

B-17

BLM_0045943

TABLE B-1.  SUMMARY OF SOCMI AND PETROLEUM INDUSTRY CORRELATION PARAMETERS.

| Equipment type | Regression intercept[a] $(\beta_0)$ | Regression slope $(\beta_0)$ | SBCF |
|---|---|---|---|
| SOCMI Correlations | | | |
| Gas valves | -6.529 | 0.873 | 6.315 |
| Light liquid valves | -6.069 | 0.797 | 7.520 |
| Light liquid pumps | -5.273 | 0.824 | 3.563 |
| Connectors | -6.434 | 0.885 | 8.298 |
| Petroleum Industry Correlation | | | |
| Valves | -6.154 | 0.746 | 3.27 |
| Pumps | -5.014 | 0.610 | 5.15 |
| Others | -5.575 | 0.589 | 5.14 |
| Connectors | -6.468 | 0.735 | 4.51 |
| Flanges | -5.988 | 0.703 | 4.48 |
| Open-Ended Lines | -6.366 | 0.704 | 5.11 |

[a]Regression intercepts are based on analysis in log space using Base 10 logarithms of leak rates in kg/hr.

BLM_0045944

APPENDIX B:  ATTACHMENT 1

This attachment lists bagging data used to develop the combined correlation equations for each of the equipment types in table B-1-1.  Also included is a summary table (table B-1-2) of the regression statistics associated with the old, new, and combined SOCMI bagging data sets.  Note that the regression statistics presented in table B-1-2 are based on development of the regression lines using natural log leak rates and natural log screening values.

BLM_0045945

Table B-1-1.  Bagging data used to develop the combined correlation equations.

--------------------- Equipment Type=CONNECTOR Service=ALL -----------------------

| Plant Type | Data Origin | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|---|
| EO | NEW | 0.0000000728 | 299.00 | -16.4361 | 5.7004 |
| EO | NEW | 0.0000000734 | 2.00 | -16.4271 | 0.6931 |
| EO | NEW | 0.0000001004 | 4.50 | -16.1142 | 1.5041 |
| EO | NEW | 0.0000001061 | 0.50 | -16.0586 | -0.6931 |
| EO | NEW | 0.0000001101 | 6.00 | -16.0217 | 1.7918 |
| EO | NEW | 0.0000001137 | 0.80 | -15.9900 | -0.2231 |
| BD | NEW | 0.0000001265 | 2.90 | -15.8832 | 1.0647 |
| EO | NEW | 0.0000001544 | 21.50 | -15.6835 | 3.0681 |
| EO | NEW | 0.0000001613 | 4.25 | -15.6400 | 1.4469 |
| BD | NEW | 0.0000001620 | 1.00 | -15.6354 | 0.0000 |
| EO | NEW | 0.0000001644 | 2.00 | -15.6207 | 0.6931 |
| EO | NEW | 0.0000001731 | 18.50 | -15.5693 | 2.9178 |
| EO | NEW | 0.0000002953 | 458.50 | -15.0354 | 6.1280 |
| EO | NEW | 0.0000002996 | 0.40 | -15.0209 | -0.9163 |
| EO | NEW | 0.0000003195 | 0.40 | -14.9565 | -0.9163 |
| BD | NEW | 0.0000003254 | 13.80 | -14.9382 | 2.6247 |
| BD | NEW | 0.0000003346 | 1.70 | -14.9105 | 0.5306 |
| BD | NEW | 0.0000003430 | 1.35 | -14.8856 | 0.3001 |
| BD | NEW | 0.0000003442 | 12.75 | -14.8819 | 2.5455 |
| BD | NEW | 0.0000003939 | 4.00 | -14.7473 | 1.3863 |
| BD | NEW | 0.0000003994 | 10.00 | -14.7334 | 2.3026 |
| EO | NEW | 0.0000004007 | 0.80 | -14.7300 | -0.2231 |
| BD | NEW | 0.0000004288 | 4.00 | -14.6623 | 1.3863 |
| BD | NEW | 0.0000004757 | 1.50 | -14.5586 | 0.4055 |
| EO | NEW | 0.0000004798 | 999.00 | -14.5499 | 6.9068 |
| EO | NEW | 0.0000005309 | 399.40 | -14.4486 | 5.9900 |
| EO | NEW | 0.0000005812 | 2.75 | -14.3582 | 1.0116 |
| EO | NEW | 0.0000005944 | 28.50 | -14.3357 | 3.3499 |
| EO | NEW | 0.0000006075 | 128.00 | -14.3140 | 4.8520 |
| BD | NEW | 0.0000006524 | 97.00 | -14.2426 | 4.5747 |
| EO | NEW | 0.0000007355 | 3.50 | -14.1227 | 1.2528 |
| BD | NEW | 0.0000007648 | 3.25 | -14.0837 | 1.1787 |
| BD | NEW | 0.0000008560 | 8.50 | -13.9710 | 2.1401 |
| BD | NEW | 0.0000008798 | 28.50 | -13.9436 | 3.3499 |
| BD | NEW | 0.0000008869 | 2.00 | -13.9356 | 0.6931 |
| BD | NEW | 0.0000008984 | 8.30 | -13.9293 | 2.1163 |
| EO | NEW | 0.0000008988 | 4.25 | -13.8267 | 1.4469 |
| BD | NEW | 0.0000010715 | 17.00 | -13.7464 | 2.8332 |
| EO | NEW | 0.0000012661 | 1.00 | -13.5795 | 0.0000 |
| EO | NEW | 0.0000016351 | 4.50 | -13.3238 | 1.5041 |
| BD | NEW | 0.0000017995 | 4.00 | -13.2280 | 1.3863 |
| BD | NEW | 0.0000018303 | 19.25 | -13.2110 | 2.9575 |
| BD | NEW | 0.0000020777 | 3.50 | -13.0842 | 1.2528 |
| BD | NEW | 0.0000022858 | 3.75 | -12.9888 | 1.3218 |
| EO | NEW | 0.0000032725 | 3.00 | -12.6300 | 1.0986 |

B-20

Table B-1-1.  Bagging data used to develop the correlation equations

-------------------- Equipment Type=CONNECTOR Service=ALL ----------------------
(continued)

| Plant Type | Data Origin | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|------------|-------------|-------------------------------|------------------------|--------------------------------------|---------------------------------------|
| EO | NEW | 0.0000036190 | 1.60 | -12.5293 | 0.4700 |
| BD | NEW | 0.0000036396 | 0.80 | -12.5236 | -0.2231 |
| BD | NEW | 0.0000038387 | 8.50 | -12.4704 | 2.1401 |
| EO | NEW | 0.0000041625 | 6.50 | -12.3894 | 1.8718 |
| EO | NEW | 0.0000044784 | 48.00 | -12.3162 | 3.8712 |
| BD | NEW | 0.0000046207 | 7.80 | -12.2850 | 2.0541 |
| BD | NEW | 0.0000057784 | 41.50 | -12.0614 | 3.7257 |
| BD | NEW | 0.0000080668 | 12.00 | -11.7278 | 2.4849 |
| BD | NEW | 0.0000095125 | 100.00 | -11.5629 | 4.6052 |
| EO | NEW | 0.0000100797 | 297.00 | -11.5050 | 5.6937 |
| BD | NEW | 0.0000137255 | 19.75 | -11.1963 | 2.9832 |
| BD | NEW | 0.0000140845 | 4.50 | -11.1704 | 1.5041 |
| BD | NEW | 0.0000140911 | 14.00 | -11.1700 | 2.6391 |
| EO | NEW | 0.0000142252 | 63.50 | -11.1605 | 4.1510 |
| BD | NEW | 0.0000143958 | 195.50 | -11.1486 | 5.2756 |
| BD | NEW | 0.0000151611 | 16.00 | -11.0968 | 2.7726 |
| BD | NEW | 0.0000161064 | 13.50 | -11.0363 | 2.6027 |
| EO | NEW | 0.0000166253 | 18.50 | -11.0046 | 2.9178 |
| BD | NEW | 0.0000168916 | 195.00 | -10.9887 | 5.2730 |
| EO | NEW | 0.0000178679 | 0.95 | -10.9325 | -0.0513 |
| BD | NEW | 0.0000183124 | 123.50 | -10.9079 | 4.8162 |
| BD | NEW | 0.0000191290 | 4995.00 | -10.8643 | 8.5162 |
| BD | NEW | 0.0000194650 | 16.50 | -10.8469 | 2.8034 |
| EO | NEW | 0.0000197515 | 50.50 | -10.8323 | 3.9220 |
| BD | NEW | 0.0000198244 | 23.00 | -10.8286 | 3.1355 |
| BD | NEW | 0.0000227951 | 320.50 | -10.6890 | 5.7699 |
| BD | NEW | 0.0000279813 | 67.00 | -10.4840 | 4.2047 |
| BD | NEW | 0.0000348217 | 18.00 | -10.2653 | 2.8904 |
| BD | NEW | 0.0000351763 | 195.50 | -10.2551 | 5.2756 |
| BD | NEW | 0.0000359334 | 9.00 | -10.2338 | 2.1972 |
| BD | NEW | 0.0000403480 | 198.00 | -10.1180 | 5.2883 |
| BD | NEW | 0.0000423987 | 472.00 | -10.0684 | 6.1570 |
| BD | NEW | 0.0000445724 | 13.00 | -10.0184 | 2.5649 |
| EO | NEW | 0.0000509982 | 25.00 | -9.8837 | 3.2189 |
| EO | NEW | 0.0000512445 | 323.00 | -9.8789 | 5.7777 |
| BD | NEW | 0.0000595643 | 275.00 | -9.7285 | 5.6168 |
| BD | NEW | 0.0000758688 | 35.00 | -9.4865 | 3.5553 |
| BD | NEW | 0.0000860423 | 98.00 | -9.3607 | 4.5850 |
| BD | NEW | 0.0000910990 | 1049.00 | -9.3036 | 6.9556 |
| BD | NEW | 0.0000947099 | 94.40 | -9.2647 | 4.5475 |
| BD | NEW | 0.0001007398 | 197.50 | -9.2030 | 5.2857 |
| BD | NEW | 0.0001051050 | 38.80 | -9.1606 | 3.6584 |
| BD | NEW | 0.0001178839 | 94.80 | -9.0458 | 4.5518 |
| BD | NEW | 0.0001397861 | 371.00 | -8.8754 | 5.9162 |

B-21

BLM_0045947

Table B-1-1. Bagging data used to develop the correlation equations

--------------------- Equipment Type=CONNECTOR Service=ALL ---------------------
(continued)

| Plant Type | Data Origin | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|---|
| BD | NEW | 0.0001721438 | 54.90 | -8.6672 | 4.0055 |
| BD | NEW | 0.0001806903 | 4747.00 | -8.6187 | 8.4653 |
| BD | NEW | 0.0002038979 | 895.00 | -8.4979 | 6.7968 |
| BD | NEW | 0.0002463283 | 97.00 | -8.3088 | 4.5747 |
| BD | NEW | 0.0002731277 | 549.00 | -8.2056 | 6.3081 |
| BD | NEW | 0.0002853205 | 345.00 | -8.1619 | 5.8435 |
| BD | NEW | 0.0003727741 | 198.50 | -7.8945 | 5.2908 |
| BD | NEW | 0.0004184529 | 199.00 | -7.7789 | 5.2933 |
| BD | NEW | 0.0005627360 | 195.00 | -7.4827 | 5.2730 |
| EO | NEW | 0.0008093015 | 997.00 | -7.1193 | 6.9048 |
| BD | NEW | 0.0008566981 | 99.00 | -7.0624 | 4.5951 |
| BD | NEW | 0.0013381945 | 1049.00 | -6.6164 | 6.9556 |
| BD | NEW | 0.0013408366 | 999.00 | -6.6145 | 6.9068 |
| BD | NEW | 0.0017192076 | 471.50 | -6.3659 | 6.1559 |
| BD | NEW | 0.0021650014 | 1997.00 | -6.1353 | 7.5994 |
| BD | NEW | 0.0085056085 | 2999.00 | -4.7670 | 8.0060 |
| BD | NEW | 0.0101785661 | 3996.00 | -4.5875 | 8.2930 |
| BD | NEW | 0.0587476684 | 99998.80 | -2.8345 | 11.5129 |

N = 107    (0 outliers)

B-22

BLM_0045948

Table B-1-1.  Bagging data used to develop the correlation equations

----------------------- Equipment Type=PUMP Service=LL -----------------------

| Plant Type | Data Origin | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) | Outlier Flag |
|---|---|---|---|---|---|---|
| BD | NEW | 0.0000003333 | 3.00 | -14.9141 | 1.0986 | |
| BD | NEW | 0.0000003346 | 64.40 | -14.9104 | 4.1651 | OUTLIER |
| BD | NEW | 0.0000004908 | 1.30 | -14.5272 | 0.2624 | |
| EO | NEW | 0.0000012091 | 4.00 | -13.6256 | 1.3863 | |
| BD | NEW | 0.0000021532 | 9.50 | -13.0486 | 2.2513 | |
| EO | NEW | 0.0000038359 | 768.00 | -12.4711 | 6.6438 | OUTLIER |
| EO | NEW | 0.0000055733 | 49.00 | -12.0975 | 3.8918 | |
| EO | NEW | 0.0000067016 | 8.40 | -11.9132 | 2.1282 | |
| RE | OLD | 0.0000068315 | 42.53 | -11.8940 | 3.7503 | |
| EO | NEW | 0.0000115240 | 3.00 | -11.3711 | 1.0986 | |
| EO | NEW | 0.0000137032 | 1.00 | -11.1979 | 0.0000 | |
| BD | NEW | 0.0000173708 | 15.00 | -10.9607 | 2.7081 | |
| RE | OLD | 0.0000182707 | 83.26 | -10.9102 | 4.4220 | |
| BD | NEW | 0.0000218470 | 21.00 | -10.7314 | 3.0445 | |
| BD | NEW | 0.0000234610 | 8.00 | -10.6602 | 2.0794 | |
| BD | NEW | 0.0000243023 | 10.00 | -10.6249 | 2.3026 | |
| BD | NEW | 0.0000262744 | 95.00 | -10.5469 | 4.5539 | |
| RE | OLD | 0.0000273344 | 647.80 | -10.5074 | 6.4736 | |
| BD | NEW | 0.0000287475 | 7.80 | -10.4570 | 2.0541 | |
| RE | OLD | 0.0000343297 | 719.36 | -10.2795 | 6.5784 | |
| EO | NEW | 0.0000385230 | 13.90 | -10.1643 | 2.6319 | |
| BD | NEW | 0.0000418537 | 394.00 | -10.0813 | 5.9764 | |
| BD | NEW | 0.0000474696 | 4.00 | -9.9554 | 1.3863 | |
| EO | NEW | 0.0000588925 | 2.75 | -9.7398 | 1.0116 | |
| BD | NEW | 0.0000715064 | 33.00 | -9.5457 | 3.4965 | |
| EO | NEW | 0.0000722114 | 180.00 | -9.5359 | 5.1930 | |
| EO | NEW | 0.0000978468 | 1.00 | -9.2321 | 0.0000 | |
| BD | NEW | 0.0001152058 | 2.75 | -9.0681 | 1.0116 | |
| EO | NEW | 0.0001232483 | 74.00 | -9.0013 | 4.3041 | |
| EO | NEW | 0.0001803724 | 44.00 | -8.6205 | 3.7842 | |
| RE | OLD | 0.0001957145 | 47.12 | -8.5389 | 3.8526 | |
| RE | OLD | 0.0001991513 | 49.68 | -8.5214 | 3.9057 | |
| RE | OLD | 0.0002209241 | 744.91 | -8.4177 | 6.6133 | |
| BD | NEW | 0.0002667811 | 892.50 | -8.2291 | 6.7940 | |
| RE | OLD | 0.0002999432 | 2388.28 | -8.1119 | 7.7783 | |
| BD | NEW | 0.0003013546 | 65.00 | -8.1072 | 4.1744 | |
| RE | OLD | 0.0004782523 | 49.86 | -7.6454 | 3.9091 | |
| EO | NEW | 0.0005168934 | 105.00 | -7.5677 | 4.6540 | |
| EO | NEW | 0.0005477897 | 499.00 | -7.5096 | 6.2126 | |
| RE | OLD | 0.0005646821 | 16033.45 | -7.4792 | 9.6824 | |
| EO | NEW | 0.0005681949 | 595.00 | -7.4730 | 6.3886 | |
| EO | NEW | 0.0005857415 | 349.00 | -7.4426 | 5.8551 | |
| RE | OLD | 0.0006402389 | 3102.49 | -7.3537 | 8.0400 | |
| EO | NEW | 0.0006886734 | 199.00 | -7.2807 | 5.2933 | |
| BD | NEW | 0.0007364641 | 598.00 | -7.2137 | 6.3936 | |

B-23

BLM_0045949

Table B-1-1.  Bagging data used to develop the correlation equations

----------------------- Equipment Type=PUMP Service=LL -----------------------
(continued)

| Plant Type | Data Origin | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) | Outlier Flag |
|---|---|---|---|---|---|---|
| RE | OLD | 0.0007563452 | 1378.39 | -7.1870 | 7.2287 | |
| RE | OLD | 0.0007987816 | 8095.43 | -7.1324 | 8.9991 | |
| RE | OLD | 0.0009912542 | 289.26 | -6.9165 | 5.6673 | |
| BD | NEW | 0.0010889569 | 471.00 | -6.8225 | 6.1549 | |
| RE | OLD | 0.0011480956 | 521.79 | -6.7697 | 6.2573 | |
| BD | NEW | 0.0012930833 | 348.00 | -6.6507 | 5.8522 | |
| RE | OLD | 0.0013248663 | 2221.10 | -6.6264 | 7.7058 | |
| BD | NEW | 0.0014886548 | 3197.00 | -6.5099 | 8.0700 | |
| EO | NEW | 0.0016401471 | 101.20 | -6.4130 | 4.6171 | |
| RE | OLD | 0.0017660014 | 24145.32 | -6.3390 | 10.0918 | |
| BD | NEW | 0.0018539657 | 299.00 | -6.2904 | 5.7004 | |
| BD | NEW | 0.0021087390 | 997.00 | -6.1617 | 6.9048 | |
| EO | NEW | 0.0022296212 | 2000.00 | -6.1059 | 7.6009 | |
| BD | NEW | 0.0023007567 | 5499.25 | -6.0745 | 8.6124 | |
| BD | NEW | 0.0025947420 | 1993.80 | -5.9543 | 7.5978 | |
| RE | OLD | 0.0027435637 | 2125.99 | -5.8985 | 7.6620 | |
| RE | OLD | 0.0029144932 | 5870.47 | -5.8381 | 8.6777 | |
| BD | NEW | 0.0029456140 | 5.75 | -5.8274 | 1.7492 | |
| BD | NEW | 0.0033415187 | 125.00 | -5.7013 | 4.8283 | |
| BD | NEW | 0.0036014533 | 1899.00 | -5.6264 | 7.5491 | |
| BD | NEW | 0.0036569429 | 1393.90 | -5.6111 | 7.2399 | |
| EO | NEW | 0.0037009240 | 3197.50 | -5.5992 | 8.0701 | |
| BD | NEW | 0.0037297151 | 599.00 | -5.5914 | 6.3953 | |
| BD | NEW | 0.0039913442 | 700.00 | -5.5236 | 6.5511 | |
| RE | OLD | 0.0041248489 | 2775.53 | -5.4907 | 7.9286 | |
| RE | OLD | 0.0046220969 | 16654.09 | -5.3769 | 9.7204 | |
| RE | OLD | 0.0046281246 | 6538.83 | -5.3756 | 8.7855 | |
| BD | NEW | 0.0050222262 | 1099.00 | -5.2939 | 7.0022 | |
| RE | OLD | 0.0054013839 | 9501.80 | -5.2211 | 9.1592 | |
| BD | NEW | 0.0055450728 | 2998.00 | -5.1948 | 8.0057 | |
| RE | OLD | 0.0070361493 | 1381.77 | -4.9567 | 7.2311 | |
| BD | NEW | 0.0071307927 | 27.60 | -4.9433 | 3.3178 | |
| BD | NEW | 0.0081605157 | 6498.00 | -4.8084 | 8.7792 | |
| EO | NEW | 0.0090139120 | 7696.90 | -4.7090 | 8.9486 | |
| RE | OLD | 0.0098565101 | 2548.00 | -4.6196 | 7.8431 | |
| BD | NEW | 0.0101206645 | 2997.00 | -4.5932 | 8.0054 | |
| RE | OLD | 0.0108936908 | 12820.53 | -4.5196 | 9.4588 | |
| RE | OLD | 0.0110475772 | 14254.89 | -4.5055 | 9.5649 | |
| BD | NEW | 0.0115165376 | 3194.50 | -4.4640 | 8.0692 | |
| RE | OLD | 0.0120415404 | 20840.78 | -4.4194 | 9.9447 | |
| RE | OLD | 0.0120492786 | 19187.09 | -4.4188 | 9.8620 | |
| BD | NEW | 0.0126046858 | 5248.25 | -4.3737 | 8.5656 | |
| RE | OLD | 0.0135546418 | 15011.05 | -4.3010 | 9.6165 | |
| RE | OLD | 0.0138366847 | 10491.80 | -4.2804 | 9.2583 | |

B-24

BLM_0045950

Table B-1-1.  Bagging data used to develop the correlation equations

----------------------- Equipment Type=PUMP Service=LL -----------------------
(continued)

| Plant Type | Data Origin | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) | Outlier Flag |
|---|---|---|---|---|---|---|
| BD | NEW | 0.0154757686 | 3998.50 | -4.1685 | 8.2937 | |
| BD | NEW | 0.0155724932 | 3998.00 | -4.1622 | 8.2935 | |
| RE | OLD | 0.0156873305 | 300.60 | -4.1549 | 5.7058 | |
| RE | OLD | 0.0159032925 | 51041.21 | -4.1412 | 10.8404 | |
| RE | OLD | 0.0196113751 | 88270.79 | -3.9316 | 11.3882 | |
| BD | NEW | 0.0198424922 | 2748.50 | -3.9199 | 7.9188 | |
| BD | NEW | 0.0219422932 | 797.00 | -3.8193 | 6.6809 | |
| RE | OLD | 0.0220953073 | 38632.61 | -3.8124 | 10.5619 | |
| BD | NEW | 0.0221617288 | 6996.50 | -3.8094 | 8.8532 | |
| RE | OLD | 0.0226278893 | 12142.30 | -3.7886 | 9.4045 | |
| RE | OLD | 0.0232021936 | 22078.88 | -3.7635 | 10.0024 | |
| RE | OLD | 0.0258831450 | 10996.59 | -3.6542 | 9.3053 | |
| RE | OLD | 0.0263221310 | 8527.17 | -3.6373 | 9.0510 | |
| RE | OLD | 0.0274280572 | 193253.34 | -3.5962 | 12.1718 | |
| RE | OLD | 0.0300037851 | 12130.06 | -3.5064 | 9.4034 | |
| RE | OLD | 0.0305561087 | 16850.04 | -3.4882 | 9.7321 | |
| RE | OLD | 0.0361388265 | 9472.44 | -3.3204 | 9.1561 | |
| RE | OLD | 0.0371630240 | 37500.32 | -3.2924 | 10.5321 | |
| RE | OLD | 0.0409811410 | 12196.61 | -3.1946 | 9.4089 | |
| RE | OLD | 0.0476567087 | 130564.77 | -3.0437 | 11.7796 | |
| RE | OLD | 0.0480145702 | 23101.38 | -3.0363 | 10.0476 | |
| BD | NEW | 0.0492542578 | 5998.00 | -3.0108 | 8.6992 | |
| RE | OLD | 0.0556463965 | 38446.34 | -2.8887 | 10.5570 | |
| RE | OLD | 0.0572488867 | 3111.50 | -2.8603 | 8.0429 | |
| RE | OLD | 0.0586671574 | 41504.10 | -2.8359 | 10.6335 | |
| BD | NEW | 0.0863688407 | 99996.00 | -2.4491 | 11.5129 | |
| RE | OLD | 0.0977863072 | 88269.36 | -2.3250 | 11.3881 | |
| BD | NEW | 0.1039387219 | 5997.00 | -2.2640 | 8.6990 | |
| RE | OLD | 0.1074526291 | 45285.17 | -2.2307 | 10.7207 | |
| BD | NEW | 0.2535689673 | 99994.00 | -1.3721 | 11.5129 | |

N = 119   (2 outliers)

Table B-1-1. Bagging data used to develop the correlation equations

------------------------ Equipment Type=VALVE Service=G ------------------------

| Plant Type | Data Origin | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) | Outlier Flag |
|---|---|---|---|---|---|---|
| EO | NEW | 0.0000000717 | 37.50 | -16.4508 | 3.6243 | |
| EO | NEW | 0.0000000720 | 35.00 | -16.4468 | 3.5553 | |
| EO | NEW | 0.0000000737 | 2.00 | -16.4235 | 0.6931 | |
| BD | NEW | 0.0000001062 | 1.00 | -16.0577 | 0.0000 | |
| EO | NEW | 0.0000001082 | 4.00 | -16.0396 | 1.3863 | |
| EO | NEW | 0.0000001147 | 4.00 | -15.9811 | 1.3863 | |
| EO | NEW | 0.0000001167 | 0.10 | -15.9641 | -2.3026 | |
| EO | NEW | 0.0000001170 | 9.00 | -15.9608 | 2.1972 | |
| EO | NEW | 0.0000001172 | 5.00 | -15.9591 | 1.6094 | |
| EO | NEW | 0.0000001198 | 4.00 | -15.9374 | 1.3863 | |
| EO | NEW | 0.0000001251 | 21.50 | -15.8945 | 3.0681 | |
| EO | NEW | 0.0000001525 | 1.20 | -15.6963 | 0.1823 | |
| EO | NEW | 0.0000001579 | 1.00 | -15.6615 | 0.0000 | |
| EO | NEW | 0.0000001705 | 2.00 | -15.5848 | 0.6931 | |
| EO | NEW | 0.0000001964 | 98.25 | -15.4430 | 4.5875 | |
| EO | NEW | 0.0000002292 | 3.00 | -15.2887 | 1.0986 | |
| EO | NEW | 0.0000002537 | 224.30 | -15.1869 | 5.4130 | |
| EO | NEW | 0.0000002824 | 9.00 | -15.0800 | 2.1972 | |
| BD | NEW | 0.0000003468 | 6.20 | -14.8747 | 1.8245 | |
| BD | NEW | 0.0000003511 | 1.75 | -14.8622 | 0.5596 | |
| EO | NEW | 0.0000003724 | 0.40 | -14.8032 | -0.9163 | |
| BD | NEW | 0.0000004915 | 1.00 | -14.5259 | 0.0000 | |
| BD | NEW | 0.0000005202 | 1.50 | -14.4690 | 0.4055 | |
| EO | NEW | 0.0000005222 | 108.00 | -14.4652 | 4.6821 | |
| EO | NEW | 0.0000005551 | 4.00 | -14.4041 | 1.3863 | |
| BD | NEW | 0.0000006288 | 1.25 | -14.2795 | 0.2231 | |
| EO | NEW | 0.0000007041 | 0.20 | -14.1663 | -1.6094 | |
| EO | NEW | 0.0000007204 | 1497.50 | -14.1434 | 7.3116 | |
| BD | NEW | 0.0000007597 | 2.50 | -14.0903 | 0.9163 | |
| EO | NEW | 0.0000008744 | 68.90 | -13.9497 | 4.2327 | |
| EO | NEW | 0.0000010541 | 198.00 | -13.7628 | 5.2883 | |
| BD | NEW | 0.0000013394 | 51.50 | -13.5241 | 3.9416 | |
| BD | NEW | 0.0000013799 | 3499.30 | -13.4935 | 8.1603 | |
| BD | NEW | 0.0000013870 | 15.70 | -13.4884 | 2.7537 | |
| BD | NEW | 0.0000018645 | 6.00 | -13.1925 | 1.7918 | |
| BD | NEW | 0.0000018779 | 1.50 | -13.1854 | 0.4055 | |
| EO | NEW | 0.0000021100 | 99.00 | -13.0688 | 4.5951 | |
| EO | NEW | 0.0000022366 | 0.20 | -13.0105 | -1.6094 | |
| EO | NEW | 0.0000024148 | 598.00 | -12.9339 | 6.3936 | |
| BD | NEW | 0.0000025627 | 28.00 | -12.8744 | 3.3322 | |
| EO | NEW | 0.0000034003 | 678.00 | -12.5916 | 6.5191 | |
| BD | NEW | 0.0000036200 | 6.00 | -12.5290 | 1.7918 | |
| EO | NEW | 0.0000036375 | 19.00 | -12.5242 | 2.9444 | |
| EO | NEW | 0.0000038715 | 118.25 | -12.4619 | 4.7728 | |
| EO | NEW | 0.0000042396 | 38.40 | -12.3710 | 3.6481 | |

B-26

BLM_0045952

Table B-1-1.  Bagging data used to develop the correlation equations

----------------------- Equipment Type=VALVE Service=G -----------------------
(continued)

| Plant Type | Data Origin | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) | Outlier Flag |
|---|---|---|---|---|---|---|
| BD | NEW | 0.0000045549 | 5.40 | -12.2993 | 1.6864 | |
| EO | NEW | 0.0000056834 | 9.50 | -12.0780 | 2.2513 | |
| BD | NEW | 0.0000061124 | 4.00 | -12.0052 | 1.3863 | |
| EO | NEW | 0.0000070548 | 2.10 | -11.8618 | 0.7419 | |
| BD | NEW | 0.0000074252 | 17.50 | -11.8106 | 2.8622 | |
| BD | NEW | 0.0000080241 | 3.40 | -11.7331 | 1.2238 | |
| EO | NEW | 0.0000083624 | 40.15 | -11.6918 | 3.6926 | |
| RE | OLD | 0.0000118648 | 20.46 | -11.3419 | 3.0184 | |
| BD | NEW | 0.0000128110 | 8.50 | -11.2652 | 2.1401 | |
| BD | NEW | 0.0000137662 | 83.90 | -11.1933 | 4.4296 | |
| RE | OLD | 0.0000149663 | 4952.69 | -11.1097 | 8.5077 | |
| RE | OLD | 0.0000166075 | 4954.50 | -11.0057 | 8.5081 | |
| RE | OLD | 0.0000175591 | 1007.37 | -10.9499 | 6.9151 | |
| EO | NEW | 0.0000214657 | 698.50 | -10.7491 | 6.5489 | |
| BD | NEW | 0.0000220929 | 20.50 | -10.7203 | 3.0204 | |
| EO | NEW | 0.0000243523 | 850.00 | -10.6229 | 6.7452 | |
| BD | NEW | 0.0000246644 | 144.50 | -10.6101 | 4.9733 | |
| BD | NEW | 0.0000263657 | 139.25 | -10.5434 | 4.9363 | |
| BD | NEW | 0.0000285391 | 15.50 | -10.4642 | 2.7408 | |
| BD | NEW | 0.0000298709 | 109.00 | -10.4186 | 4.6913 | |
| RE | OLD | 0.0000357822 | 2987.55 | -10.2381 | 8.0022 | |
| RE | OLD | 0.0000359337 | 2497.04 | -10.2338 | 7.8229 | |
| BD | NEW | 0.0000365393 | 598.00 | -10.2171 | 6.3936 | |
| BD | NEW | 0.0000395358 | 3.50 | -10.1383 | 1.2528 | |
| BD | NEW | 0.0000421641 | 98.50 | -10.0739 | 4.5901 | |
| RE | OLD | 0.0000440123 | 2282.07 | -10.0310 | 7.7328 | |
| EO | NEW | 0.0000445925 | 17.50 | -10.0179 | 2.8622 | |
| BD | NEW | 0.0000523996 | 78.00 | -9.8566 | 4.3567 | |
| BD | NEW | 0.0000557747 | 119.00 | -9.7942 | 4.7791 | |
| RE | OLD | 0.0000617007 | 2670.91 | -9.6932 | 7.8902 | |
| RE | OLD | 0.0000647076 | 1740.60 | -9.6456 | 7.4620 | |
| RE | OLD | 0.0000724907 | 680.87 | -9.5321 | 6.5234 | |
| RE | OLD | 0.0000779572 | 1315.53 | -9.4594 | 7.1820 | |
| RE | OLD | 0.0000833618 | 290.43 | -9.3923 | 5.6714 | |
| RE | OLD | 0.0000996210 | 700.59 | -9.2141 | 6.5519 | |
| RE | OLD | 0.0001071514 | 4740.81 | -9.1413 | 8.4640 | |
| RE | OLD | 0.0001137777 | 4385.68 | -9.0813 | 8.3861 | |
| BD | NEW | 0.0001197735 | 474.40 | -9.0299 | 6.1621 | |
| RE | OLD | 0.0001341897 | 987.15 | -8.9163 | 6.8948 | |
| RE | OLD | 0.0001376705 | 496.21 | -8.8906 | 6.2070 | |
| RE | OLD | 0.0001546078 | 1224.74 | -8.7929 | 7.1105 | |
| RE | OLD | 0.0001625511 | 24157.28 | -8.7245 | 10.0923 | |
| EO | NEW | 0.0001720041 | 498.75 | -8.6680 | 6.2121 | |
| RE | OLD | 0.0001766026 | 7061.58 | -8.6416 | 8.8624 | |

B-27

Table B-1-1.  Bagging data used to develop the correlation equations

----------------------- Equipment Type=VALVE Service=G -----------------------
(continued)

| Plant<br>Type | Data<br>Origin | Measured<br>Emission<br>Rate (kg/hr) | Screening<br>Value (ppmv) | Natural<br>Log of<br>Emission<br>Rate<br>(kg/hr) | Natural<br>Log of<br>Screening<br>Value<br>(ppmv) | Outlier<br>Flag |
|-------|-----|-------------|-----------|---------|---------|---|
| BD | NEW | 0.0001866845 | 824.40 | -8.5861 | 6.7147 | |
| RE | OLD | 0.0001904680 | 1643.51 | -8.5660 | 7.4046 | |
| RE | OLD | 0.0001964120 | 1423.98 | -8.5353 | 7.2612 | |
| RE | OLD | 0.0001977607 | 24689.43 | -8.5285 | 10.1141 | |
| RE | OLD | 0.0002152405 | 1556.44 | -8.4438 | 7.3502 | |
| RE | OLD | 0.0002180108 | 2095.88 | -8.4310 | 7.6477 | |
| RE | OLD | 0.0002232184 | 3292.43 | -8.4074 | 8.0994 | |
| RE | OLD | 0.0002275124 | 6482.10 | -8.3883 | 8.7768 | |
| RE | OLD | 0.0002307162 | 4804.03 | -8.3743 | 8.4772 | |
| RE | OLD | 0.0002322459 | 4368.95 | -8.3677 | 8.3823 | |
| BD | NEW | 0.0002437423 | 499.40 | -8.3194 | 6.2134 | |
| RE | OLD | 0.0002528838 | 928.66 | -8.2826 | 6.8337 | |
| RE | OLD | 0.0002757637 | 877.50 | -8.1960 | 6.7771 | |
| BD | NEW | 0.0002760188 | 6695.10 | -8.1950 | 8.8091 | |
| EO | NEW | 0.0002904846 | 8998.00 | -8.1440 | 9.1048 | |
| RE | OLD | 0.0003425098 | 2139.46 | -7.9792 | 7.6683 | |
| EO | NEW | 0.0003724437 | 9998.00 | -7.8954 | 9.2101 | |
| BD | NEW | 0.0003991030 | 394.00 | -7.8263 | 5.9764 | |
| RE | OLD | 0.0004050504 | 9863.86 | -7.8115 | 9.1966 | |
| BD | NEW | 0.0004404057 | 1999.00 | -7.7278 | 7.6004 | |
| RE | OLD | 0.0004427801 | 4287.44 | -7.7224 | 8.3634 | |
| RE | OLD | 0.0004461460 | 18661.82 | -7.7149 | 9.8342 | |
| BD | NEW | 0.0004471948 | 799.00 | -7.7125 | 6.6834 | |
| RE | OLD | 0.0004520589 | 55794.96 | -7.7017 | 10.9294 | |
| RE | OLD | 0.0004529831 | 4949.37 | -7.6997 | 8.5070 | |
| RE | OLD | 0.0004536846 | 3965.77 | -7.6981 | 8.2855 | |
| RE | OLD | 0.0004640417 | 560.84 | -7.6755 | 6.3294 | |
| RE | OLD | 0.0004685177 | 4279.25 | -7.6659 | 8.3615 | |
| RE | OLD | 0.0004728028 | 14956.09 | -7.6568 | 9.6129 | |
| RE | OLD | 0.0005228957 | 4399.96 | -7.5561 | 8.3894 | |
| RE | OLD | 0.0005323154 | 2867.11 | -7.5383 | 7.9611 | |
| RE | OLD | 0.0005465275 | 16699.10 | -7.5119 | 9.7231 | |
| BD | NEW | 0.0005634682 | 2999.70 | -7.4814 | 8.0063 | |
| BD | NEW | 0.0005651718 | 247.00 | -7.4784 | 5.5094 | |
| RE | OLD | 0.0005730494 | 2037.49 | -7.4645 | 7.6195 | |
| RE | OLD | 0.0005839129 | 35105.41 | -7.4458 | 10.4661 | |
| RE | OLD | 0.0005991093 | 246.51 | -7.4201 | 5.5074 | |
| RE | OLD | 0.0006007199 | 27836.27 | -7.4174 | 10.2341 | |
| RE | OLD | 0.0006146615 | 1592.14 | -7.3944 | 7.3728 | |
| BD | NEW | 0.0006404920 | 2743.50 | -7.3533 | 7.9170 | |
| RE | OLD | 0.0006448431 | 2313.46 | -7.3465 | 7.7465 | |
| BD | NEW | 0.0007363507 | 1247.00 | -7.2138 | 7.1285 | |
| EO | NEW | 0.0009188385 | 3448.00 | -6.9924 | 8.1455 | |
| RE | OLD | 0.0009212745 | 2316.36 | -6.9898 | 7.7478 | |

B-28

BLM_0045954

Table B-1-1.  Bagging data used to develop the correlation equations

----------------------- Equipment Type=VALVE Service=G -----------------------
(continued)

| Plant Type | Data Origin | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) | Outlier Flag |
|---|---|---|---|---|---|---|
| RE | OLD | 0.0009386789 | 7331.62 | -6.9710 | 8.9000 | |
| RE | OLD | 0.0009859662 | 32119.44 | -6.9219 | 10.3772 | |
| RE | OLD | 0.0011533445 | 2785.34 | -6.7651 | 7.9321 | |
| RE | OLD | 0.0011636438 | 2797.20 | -6.7562 | 7.9364 | |
| RE | OLD | 0.0011668930 | 203224.00 | -6.7534 | 12.2221 | |
| RE | OLD | 0.0011712242 | 21751.69 | -6.7497 | 9.9874 | |
| RE | OLD | 0.0017829290 | 67504.85 | -6.3295 | 11.1200 | |
| RE | OLD | 0.0019401846 | 56199.96 | -6.2450 | 10.9367 | |
| RE | OLD | 0.0020010182 | 8684.64 | -6.2141 | 9.0693 | |
| RE | OLD | 0.0022581253 | 4284.86 | -6.0932 | 8.3628 | |
| RE | OLD | 0.0022870089 | 3791.44 | -6.0805 | 8.2405 | |
| RE | OLD | 0.0025260448 | 3163.33 | -5.9811 | 8.0594 | |
| RE | OLD | 0.0025348896 | 534.08 | -5.9776 | 6.2805 | |
| RE | OLD | 0.0026295658 | 50201.19 | -5.9409 | 10.8238 | |
| RE | OLD | 0.0027833322 | 20393.42 | -5.8841 | 9.9230 | |
| RE | OLD | 0.0029409798 | 4530.72 | -5.8290 | 8.4186 | |
| RE | OLD | 0.0031312882 | 1860.09 | -5.7663 | 7.5284 | |
| BD | NEW | 0.0031778789 | 4297.80 | -5.7515 | 8.3659 | |
| RE | OLD | 0.0033409352 | 219611.97 | -5.7015 | 12.2996 | |
| RE | OLD | 0.0033838729 | 23015.69 | -5.6887 | 10.0439 | |
| RE | OLD | 0.0036846059 | 17536.22 | -5.6036 | 9.7720 | |
| RE | OLD | 0.0036971583 | 16495.48 | -5.6002 | 9.7108 | |
| RE | OLD | 0.0039426484 | 12647.22 | -5.5359 | 9.4452 | |
| RE | OLD | 0.0039504089 | 34241.04 | -5.5339 | 10.4412 | |
| RE | OLD | 0.0040050325 | 1333.88 | -5.5202 | 7.1958 | |
| RE | OLD | 0.0041065399 | 4005.05 | -5.4952 | 8.2953 | |
| RE | OLD | 0.0041660267 | 2803.86 | -5.4808 | 7.9388 | |
| RE | OLD | 0.0046273787 | 20516.30 | -5.3758 | 9.9290 | |
| RE | OLD | 0.0051511364 | 3629.80 | -5.2685 | 8.1969 | |
| RE | OLD | 0.0060064387 | 760.42 | -5.1149 | 6.6339 | |
| RE | OLD | 0.0064640997 | 61150.08 | -5.0415 | 11.0211 | |
| RE | OLD | 0.0067947745 | 102781.04 | -4.9916 | 11.5404 | |
| RE | OLD | 0.0086599432 | 287461.04 | -4.7490 | 12.5688 | |
| BD | NEW | 0.0102338821 | 12994.00 | -4.5821 | 9.4722 | |
| RE | OLD | 0.0112479155 | 9730.32 | -4.4876 | 9.1830 | |
| RE | OLD | 0.0150883255 | 749143.47 | -4.1938 | 13.5267 | |
| RE | OLD | 0.0192079955 | 191834.63 | -3.9524 | 12.1644 | |
| RE | OLD | 0.0212769340 | 29340.67 | -3.8501 | 10.2867 | |
| RE | OLD | 0.0262475666 | 189629.11 | -3.6402 | 12.1528 | |
| RE | OLD | 0.0265051976 | 2373.75 | -3.6304 | 7.7722 | |
| RE | OLD | 0.0277367164 | 820321.32 | -3.5850 | 13.6175 | |
| RE | OLD | 0.0342721260 | 90882.86 | -3.3734 | 11.4173 | |
| RE | OLD | 0.0449106195 | 17031.74 | -3.1031 | 9.7428 | |
| RE | OLD | 0.0645502674 | 16874.50 | -2.7403 | 9.7336 | |

BLM_0045955

Table B-1-1.  Bagging data used to develop the correlation equations

----------------------- Equipment Type=VALVE Service=G -----------------------
(continued)

| Plant Type | Data Origin | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) | Outlier Flag |
|---|---|---|---|---|---|---|
| RE | OLD | 0.1109042134 | 326432.21 | -2.1991 | 12.6960 | |
| RE | OLD | 0.1140677949 | 20836.56 | -2.1710 | 9.9445 | |

N = 179   (0 outliers)

B-30

BLM_0045956

Table B-1-1.  Bagging data used to develop the correlation equations

---------------------- Equipment Type=VALVE Service=LL ----------------------

| Plant Type | Data Origin | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) | Outlier Flag |
|---|---|---|---|---|---|---|
| EO | NEW | 0.0000001148 | 2.00 | -15.9798 | 0.6931 | |
| EO | NEW | 0.0000001182 | 0.40 | -15.9509 | -0.9163 | |
| EO | NEW | 0.0000001490 | 0.70 | -15.7195 | -0.3567 | |
| EO | NEW | 0.0000001545 | 7.00 | -15.6828 | 1.9459 | |
| BD | NEW | 0.0000001546 | 2.00 | -15.6825 | 0.6931 | |
| BD | NEW | 0.0000001705 | 2.25 | -15.5843 | 0.8109 | |
| EO | NEW | 0.0000001748 | 13.50 | -15.5593 | 2.6027 | |
| BD | NEW | 0.0000001777 | 1.50 | -15.5431 | 0.4055 | |
| EO | NEW | 0.0000002092 | 0.90 | -15.3801 | -0.1054 | |
| EO | NEW | 0.0000002655 | 24.25 | -15.1418 | 3.1884 | |
| EO | NEW | 0.0000002662 | 34.00 | -15.1392 | 3.5264 | |
| EO | NEW | 0.0000002674 | 119.00 | -15.1344 | 4.7791 | |
| EO | NEW | 0.0000002973 | 1.00 | -15.0285 | 0.0000 | |
| BD | NEW | 0.0000003209 | 0.25 | -14.9523 | -1.3863 | |
| BD | NEW | 0.0000003246 | 14.00 | -14.9406 | 2.6391 | |
| BD | NEW | 0.0000003272 | 145.00 | -14.9326 | 4.9767 | |
| BD | NEW | 0.0000003761 | 1.00 | -14.7934 | 0.0000 | |
| EO | NEW | 0.0000004160 | 1.10 | -14.6925 | 0.0953 | |
| BD | NEW | 0.0000004269 | 2.50 | -14.6668 | 0.9163 | |
| EO | NEW | 0.0000005550 | 0.60 | -14.4043 | -0.5108 | |
| EO | NEW | 0.0000006711 | 2.00 | -14.2144 | 0.6931 | |
| EO | NEW | 0.0000006800 | 1547.50 | -14.2011 | 7.3444 | |
| EO | NEW | 0.0000007182 | 2.80 | -14.1465 | 1.0296 | |
| BD | NEW | 0.0000007281 | 1.30 | -14.1328 | 0.2624 | |
| EO | NEW | 0.0000007741 | 1.85 | -14.0715 | 0.6152 | |
| EO | NEW | 0.0000007760 | 0.45 | -14.0691 | -0.7985 | |
| BD | NEW | 0.0000009403 | 2.25 | -13.8770 | 0.8109 | |
| BD | NEW | 0.0000009766 | 3.25 | -13.8391 | 1.1787 | |
| BD | NEW | 0.0000010750 | 3.50 | -13.7432 | 1.2528 | |
| BD | NEW | 0.0000013768 | 6.45 | -13.4957 | 1.8641 | |
| EO | NEW | 0.0000014189 | 398.00 | -13.4656 | 5.9865 | |
| BD | NEW | 0.0000017270 | 4.00 | -13.2691 | 1.3863 | |

B-31

BLM_0045957

Table B-1-1.  Bagging data used to develop the correlation equations

---------------------- Equipment Type=VALVE Service=LL ----------------------
(continued)

| Plant Type | Data Origin | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) | Outlier Flag |
|---|---|---|---|---|---|---|
| BD | NEW | 0.0000021600 | 209.00 | -13.0454 | 5.3423 | |
| EO | NEW | 0.0000026370 | 6.70 | -12.8459 | 1.9021 | |
| BD | NEW | 0.0000026381 | 18.50 | -12.8455 | 2.9178 | |
| EO | NEW | 0.0000028522 | 51.20 | -12.7674 | 3.9357 | |
| EO | NEW | 0.0000031653 | 21.80 | -12.6633 | 3.0819 | |
| RE | OLD | 0.0000032615 | 2740.82 | -12.6333 | 7.9160 | |
| BD | NEW | 0.0000034734 | 13.50 | -12.5704 | 2.6027 | |
| BD | NEW | 0.0000034854 | 486.75 | -12.5669 | 6.1878 | |
| BD | NEW | 0.0000036357 | 1.40 | -12.5247 | 0.3365 | |
| BD | NEW | 0.0000036487 | 3.05 | -12.5211 | 1.1151 | |
| BD | NEW | 0.0000038172 | 0.20 | -12.4760 | -1.6094 | |
| EO | NEW | 0.0000038185 | 45.00 | -12.4756 | 3.8067 | |
| EO | NEW | 0.0000045401 | 21.50 | -12.3026 | 3.0681 | |
| BD | NEW | 0.0000048429 | 21.50 | -12.2380 | 3.0681 | |
| EO | NEW | 0.0000053288 | 11.40 | -12.1424 | 2.4336 | |
| EO | NEW | 0.0000054257 | 1.00 | -12.1244 | 0.0000 | |
| BD | NEW | 0.0000054590 | 44.90 | -12.1182 | 3.8044 | |
| RE | OLD | 0.0000061236 | 5194.17 | -12.0034 | 8.5553 | |
| EO | NEW | 0.0000063620 | 4.80 | -11.9652 | 1.5686 | |
| EO | NEW | 0.0000076923 | 30.00 | -11.7753 | 3.4012 | |
| BD | NEW | 0.0000079625 | 195.50 | -11.7408 | 5.2756 | |
| BD | NEW | 0.0000080291 | 20.85 | -11.7324 | 3.0374 | |
| BD | NEW | 0.0000081895 | 17.75 | -11.7127 | 2.8764 | |
| BD | NEW | 0.0000087183 | 0.25 | -11.6501 | -1.3863 | |
| BD | NEW | 0.0000090393 | 7.00 | -11.6139 | 1.9459 | |
| BD | NEW | 0.0000096017 | 0.90 | -11.5536 | -0.1054 | |
| EO | NEW | 0.0000106063 | 29.00 | -11.4541 | 3.3673 | |
| BD | NEW | 0.0000114056 | 2.40 | -11.3814 | 0.8755 | |
| EO | NEW | 0.0000116662 | 90.00 | -11.3588 | 4.4998 | |
| RE | OLD | 0.0000118300 | 97.72 | -11.3449 | 4.5821 | |
| BD | NEW | 0.0000123249 | 21.90 | -11.3039 | 3.0865 | |
| BD | NEW | 0.0000130315 | 20.00 | -11.2481 | 2.9957 | |
| BD | NEW | 0.0000136318 | 49.80 | -11.2031 | 3.9080 | |
| EO | NEW | 0.0000138914 | 39.40 | -11.1842 | 3.6738 | |
| RE | OLD | 0.0000150006 | 500.63 | -11.1074 | 6.2159 | |
| EO | NEW | 0.0000150217 | 108.00 | -11.1060 | 4.6821 | |
| BD | NEW | 0.0000150810 | 32.50 | -11.1021 | 3.4812 | |
| BD | NEW | 0.0000155478 | 54.50 | -11.0716 | 3.9982 | |
| RE | OLD | 0.0000185551 | 78.10 | -10.8948 | 4.3580 | |
| RE | OLD | 0.0000191256 | 191501.42 | -10.8645 | 12.1627 | OUTLIER |
| RE | OLD | 0.0000196624 | 4878.72 | -10.8368 | 8.4926 | |
| BD | NEW | 0.0000200735 | 250.00 | -10.8161 | 5.5215 | |
| BD | NEW | 0.0000212478 | 67.00 | -10.7593 | 4.2047 | |
| EO | NEW | 0.0000226439 | 44.10 | -10.6956 | 3.7865 | |

B-32

Table B-1-1. Bagging data used to develop the correlation equations

---------------------- Equipment Type=VALVE Service=LL ----------------------
(continued)

| Plant Type | Data Origin | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) | Outlier Flag |
|---|---|---|---|---|---|---|
| EO | NEW | 0.0000228716 | 74.80 | -10.6856 | 4.3148 | |
| EO | NEW | 0.0000242425 | 2.40 | -10.6274 | 0.8755 | |
| BD | NEW | 0.0000244394 | 35.50 | -10.6193 | 3.5695 | |
| RE | OLD | 0.0000269514 | 5443.31 | -10.5215 | 8.6021 | |
| BD | NEW | 0.0000298536 | 298.90 | -10.4192 | 5.7001 | |
| EO | NEW | 0.0000301615 | 148.00 | -10.4089 | 4.9972 | |
| EO | NEW | 0.0000330901 | 59.25 | -10.3163 | 4.0818 | |
| BD | NEW | 0.0000336994 | 92.50 | -10.2980 | 4.5272 | |
| BD | NEW | 0.0000354699 | 28.50 | -10.2468 | 3.3499 | |
| RE | OLD | 0.0000378083 | 604.46 | -10.1830 | 6.4043 | |
| BD | NEW | 0.0000382742 | 657.80 | -10.1707 | 6.4889 | |
| EO | NEW | 0.0000383797 | 243.60 | -10.1680 | 5.4955 | |
| RE | OLD | 0.0000387557 | 242.12 | -10.1582 | 5.4894 | |
| EO | NEW | 0.0000387574 | 48.90 | -10.1582 | 3.8898 | |
| BD | NEW | 0.0000407202 | 29.00 | -10.1088 | 3.3673 | |
| BD | NEW | 0.0000415953 | 1349.80 | -10.0875 | 7.2077 | |
| RE | OLD | 0.0000417925 | 42609.46 | -10.0828 | 10.6598 | |
| BD | NEW | 0.0000429883 | 248.00 | -10.0546 | 5.5134 | |
| BD | NEW | 0.0000443510 | 99.00 | -10.0234 | 4.5951 | |
| BD | NEW | 0.0000462778 | 1.75 | -9.9808 | 0.5596 | |
| RE | OLD | 0.0000470621 | 906.10 | -9.9640 | 6.8091 | |
| RE | OLD | 0.0000482670 | 10833.21 | -9.9388 | 9.2904 | |
| EO | NEW | 0.0000508340 | 79.00 | -9.8869 | 4.3694 | |
| RE | OLD | 0.0000529921 | 890.55 | -9.8454 | 6.7918 | |
| RE | OLD | 0.0000546755 | 1193.53 | -9.8141 | 7.0847 | |
| EO | NEW | 0.0000561055 | 348.00 | -9.7883 | 5.8522 | |
| EO | NEW | 0.0000565507 | 60.00 | -9.7733 | 4.0943 | |
| EO | NEW | 0.0000626293 | 163.70 | -9.6783 | 5.0980 | |
| RE | OLD | 0.0000626636 | 1985.67 | -9.6777 | 7.5937 | |
| RE | OLD | 0.0000654535 | 318.60 | -9.6342 | 5.7639 | |
| RE | OLD | 0.0000660567 | 5226.31 | -9.6250 | 8.5615 | |
| RE | OLD | 0.0000664281 | 4914.24 | -9.6194 | 8.4999 | |
| EO | NEW | 0.0000713497 | 343.00 | -9.5479 | 5.8377 | |
| RE | OLD | 0.0000749810 | 1458.90 | -9.4983 | 7.2854 | |
| EO | NEW | 0.0000778658 | 148.50 | -9.4605 | 5.0006 | |
| BD | NEW | 0.0000893438 | 350.00 | -9.3230 | 5.8579 | |
| BD | NEW | 0.0000936958 | 199.75 | -9.2755 | 5.2971 | |
| BD | NEW | 0.0001029548 | 872.75 | -9.1812 | 6.7716 | |
| EO | NEW | 0.0001063538 | 148.75 | -9.1487 | 5.0023 | |
| BD | NEW | 0.0001147397 | 499.50 | -9.0728 | 6.2136 | |
| RE | OLD | 0.0001266782 | 1183.21 | -8.9739 | 7.0760 | |
| BD | NEW | 0.0001377292 | 73.00 | -8.8902 | 4.2905 | |
| BD | NEW | 0.0001972580 | 174.75 | -8.5310 | 5.1634 | |
| RE | OLD | 0.0002313295 | 50044.57 | -8.3717 | 10.8207 | |

B-33

BLM_0045959

Table B-1-1. Bagging data used to develop the correlation equations

---------------------- Equipment Type=VALVE Service=LL ----------------------
(continued)

| Plant Type | Data Origin | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) | Outlier Flag |
|---|---|---|---|---|---|---|
| BD | NEW | 0.0002317965 | 180.00 | -8.3697 | 5.1930 | |
| RE | OLD | 0.0002524777 | 12405.49 | -8.2842 | 9.4259 | |
| RE | OLD | 0.0002580228 | 44328.29 | -8.2625 | 10.6994 | |
| RE | OLD | 0.0002594664 | 510.60 | -8.2569 | 6.2356 | |
| RE | OLD | 0.0002714139 | 185.88 | -8.2119 | 5.2251 | |
| RE | OLD | 0.0002825941 | 6976.92 | -8.1715 | 8.8504 | |
| RE | OLD | 0.0002947841 | 1516.43 | -8.1293 | 7.3241 | |
| RE | OLD | 0.0003011106 | 44592.42 | -8.1080 | 10.7053 | |
| RE | OLD | 0.0003056054 | 181.92 | -8.0932 | 5.2036 | |
| RE | OLD | 0.0003367527 | 88.38 | -7.9962 | 4.4816 | |
| RE | OLD | 0.0003494725 | 1041.01 | -7.9591 | 6.9479 | |
| RE | OLD | 0.0003655199 | 17367.57 | -7.9142 | 9.7624 | |
| RE | OLD | 0.0003726697 | 856.19 | -7.8948 | 6.7525 | |
| RE | OLD | 0.0003738730 | 8088.28 | -7.8916 | 8.9982 | |
| RE | OLD | 0.0003743390 | 1959.19 | -7.8903 | 7.5803 | |
| RE | OLD | 0.0003964414 | 4048.28 | -7.8330 | 8.3060 | |
| RE | OLD | 0.0004653107 | 35414.65 | -7.6728 | 10.4749 | |
| BD | NEW | 0.0004698821 | 1543.75 | -7.6630 | 7.3420 | |
| RE | OLD | 0.0004809845 | 4284.78 | -7.6397 | 8.3628 | |
| RE | OLD | 0.0004922594 | 104088.32 | -7.6165 | 11.5530 | |
| BD | NEW | 0.0005246367 | 2645.50 | -7.5528 | 7.8806 | |
| RE | OLD | 0.0005251847 | 1151.37 | -7.5518 | 7.0487 | |
| RE | OLD | 0.0005308943 | 14765.02 | -7.5409 | 9.6000 | |
| RE | OLD | 0.0005614771 | 97.30 | -7.4849 | 4.5778 | |
| BD | NEW | 0.0005705547 | 358.30 | -7.4689 | 5.8814 | |
| RE | OLD | 0.0006267770 | 1565.55 | -7.3749 | 7.3560 | |
| RE | OLD | 0.0006426108 | 5861.53 | -7.3500 | 8.6762 | |
| RE | OLD | 0.0006597100 | 1793.09 | -7.3237 | 7.4917 | |
| BD | NEW | 0.0006830173 | 94.75 | -7.2890 | 4.5512 | |
| RE | OLD | 0.0007019466 | 8827.10 | -7.2617 | 9.0856 | |
| RE | OLD | 0.0007129023 | 9940.79 | -7.2462 | 9.2044 | |
| RE | OLD | 0.0007649183 | 25559.24 | -7.1757 | 10.1488 | |
| RE | OLD | 0.0007702967 | 14.18 | -7.1687 | 2.6518 | |
| RE | OLD | 0.0008350761 | 1281.36 | -7.0880 | 7.1557 | |
| BD | NEW | 0.0008369235 | 6097.00 | -7.0858 | 8.7156 | |
| RE | OLD | 0.0008536995 | 2810.09 | -7.0659 | 7.9410 | |
| RE | OLD | 0.0008577230 | 6709.07 | -7.0612 | 8.8112 | |
| RE | OLD | 0.0009616788 | 46673.57 | -6.9468 | 10.7509 | |
| RE | OLD | 0.0010351161 | 71798.27 | -6.8732 | 11.1816 | |
| RE | OLD | 0.0010736310 | 3136.03 | -6.8367 | 8.0507 | |
| RE | OLD | 0.0012337497 | 8519.07 | -6.6977 | 9.0501 | |
| RE | OLD | 0.0012793343 | 16658.85 | -6.6614 | 9.7207 | |
| RE | OLD | 0.0013448227 | 962.89 | -6.6115 | 6.8699 | |
| RE | OLD | 0.0013933013 | 1602.40 | -6.5761 | 7.3793 | |

B-34

BLM_0045960

Table B-1-1.  Bagging data used to develop the correlation equations

---------------------- Equipment Type=VALVE Service=LL ----------------------
(continued)

| Plant Type | Data Origin | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) | Outlier Flag |
|---|---|---|---|---|---|---|
| RE | OLD | 0.0014732045 | 22177.98 | -6.5203 | 10.0069 | |
| RE | OLD | 0.0016009142 | 22172.87 | -6.4372 | 10.0066 | |
| RE | OLD | 0.0018373887 | 1769.15 | -6.2994 | 7.4783 | |
| RE | OLD | 0.0018697565 | 25877.90 | -6.2819 | 10.1611 | |
| RE | OLD | 0.0021076721 | 93629.13 | -6.1622 | 11.4471 | |
| RE | OLD | 0.0022196068 | 4376.80 | -6.1104 | 8.3841 | |
| BD | NEW | 0.0023716142 | 1495.00 | -6.0442 | 7.3099 | |
| RE | OLD | 0.0026041383 | 1313.08 | -5.9507 | 7.1801 | |
| RE | OLD | 0.0026564280 | 52084.68 | -5.9308 | 10.8606 | |
| RE | OLD | 0.0030068935 | 45068.90 | -5.8068 | 10.7159 | |
| RE | OLD | 0.0030297587 | 6771.42 | -5.7993 | 8.8205 | |
| RE | OLD | 0.0032025436 | 9836.80 | -5.7438 | 9.1939 | |
| RE | OLD | 0.0032489277 | 140865.29 | -5.7294 | 11.8556 | |
| RE | OLD | 0.0032868739 | 134149.17 | -5.7178 | 11.8067 | |
| RE | OLD | 0.0034814651 | 284948.25 | -5.6603 | 12.5601 | |
| RE | OLD | 0.0034830527 | 59618.63 | -5.6598 | 10.9957 | |
| RE | OLD | 0.0035502018 | 4839.96 | -5.6408 | 8.4847 | |
| RE | OLD | 0.0036059944 | 5555.74 | -5.6252 | 8.6226 | |
| RE | OLD | 0.0037109239 | 72002.57 | -5.5965 | 11.1845 | |
| RE | OLD | 0.0037115648 | 24755.46 | -5.5963 | 10.1168 | |
| RE | OLD | 0.0038957946 | 9810.65 | -5.5479 | 9.1912 | |
| BD | NEW | 0.0038969686 | 1544.40 | -5.5476 | 7.3424 | |
| RE | OLD | 0.0039248950 | 7476.44 | -5.5404 | 8.9195 | |
| RE | OLD | 0.0040089261 | 13953.59 | -5.5192 | 9.5435 | |
| RE | OLD | 0.0042596218 | 30597.64 | -5.4586 | 10.3287 | |
| RE | OLD | 0.0043498677 | 2026.05 | -5.4376 | 7.6138 | |
| RE | OLD | 0.0043951332 | 4587.13 | -5.4273 | 8.4310 | |
| RE | OLD | 0.0046094493 | 73036.68 | -5.3796 | 11.1987 | |
| RE | OLD | 0.0046247477 | 2875.27 | -5.3763 | 7.9639 | |
| RE | OLD | 0.0046555934 | 3279.62 | -5.3697 | 8.0955 | |
| RE | OLD | 0.0047542941 | 5891.43 | -5.3487 | 8.6813 | |
| RE | OLD | 0.0049436538 | 2135.71 | -5.3097 | 7.6666 | |
| RE | OLD | 0.0049687260 | 9436.54 | -5.3046 | 9.1523 | |
| RE | OLD | 0.0055770694 | 80485.19 | -5.1891 | 11.2958 | |
| RE | OLD | 0.0059962681 | 19368.05 | -5.1166 | 9.8714 | |
| RE | OLD | 0.0066867186 | 28552.82 | -5.0076 | 10.2595 | |
| RE | OLD | 0.0073478291 | 129657.01 | -4.9134 | 11.7726 | |
| RE | OLD | 0.0076182294 | 194.63 | -4.8772 | 5.2711 | |
| RE | OLD | 0.0078722531 | 3118.82 | -4.8444 | 8.0452 | |
| BD | NEW | 0.0079621021 | 9500.00 | -4.8331 | 9.1590 | |
| RE | OLD | 0.0095095298 | 2553.37 | -4.6555 | 7.8452 | |
| RE | OLD | 0.0102176741 | 44254.56 | -4.5836 | 10.6977 | |
| RE | OLD | 0.0105761365 | 20652.95 | -4.5492 | 9.9356 | |
| RE | OLD | 0.0126755860 | 960160.86 | -4.3681 | 13.7749 | |

B-35

BLM_0045961

Table B-1-1.  Bagging data used to develop the correlation equations

---------------------- Equipment Type=VALVE Service=LL ----------------------
(continued)

| Plant Type | Data Origin | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) | Outlier Flag |
|---|---|---|---|---|---|---|
| RE | OLD | 0.0128994159 | 301945.80 | -4.3506 | 12.6180 | |
| RE | OLD | 0.0134752877 | 28558.21 | -4.3069 | 10.2597 | |
| RE | OLD | 0.0137156706 | 114.30 | -4.2892 | 4.7388 | |
| RE | OLD | 0.0190054451 | 1649.34 | -3.9630 | 7.4081 | |
| RE | OLD | 0.0194889771 | 518201.90 | -3.9379 | 13.1581 | |
| RE | OLD | 0.0220373843 | 213772.09 | -3.8150 | 12.2727 | |
| RE | OLD | 0.0220386022 | 7980.81 | -3.8150 | 8.9848 | |
| RE | OLD | 0.0221003955 | 362645.26 | -3.8122 | 12.8012 | |
| RE | OLD | 0.0248459751 | 9843.83 | -3.6951 | 9.1946 | |
| RE | OLD | 0.0254155227 | 41862.00 | -3.6724 | 10.6421 | |
| RE | OLD | 0.0263386824 | 659517.01 | -3.6367 | 13.3993 | |
| RE | OLD | 0.0272779071 | 1399.25 | -3.6017 | 7.2437 | |
| RE | OLD | 0.0283621432 | 288.41 | -3.5627 | 5.6644 | |
| RE | OLD | 0.0283930499 | 352.85 | -3.5616 | 5.8660 | |
| RE | OLD | 0.0293848208 | 480.98 | -3.5273 | 6.1758 | |
| RE | OLD | 0.0303470196 | 562236.45 | -3.4951 | 13.2397 | |
| RE | OLD | 0.0305360632 | 21853.55 | -3.4888 | 9.9921 | |
| RE | OLD | 0.0372725448 | 122666.22 | -3.2895 | 11.7172 | |
| RE | OLD | 0.0410821388 | 62573.58 | -3.1922 | 11.0441 | |
| RE | OLD | 0.0468639667 | 393961.70 | -3.0605 | 12.8840 | |
| RE | OLD | 0.0687821973 | 49473.43 | -2.6768 | 10.8092 | |
| RE | OLD | 0.0713743302 | 36751.32 | -2.6398 | 10.5119 | |
| RE | OLD | 0.0838252864 | 360547.09 | -2.4790 | 12.7954 | |
| RE | OLD | 0.1027415340 | 53569.80 | -2.2755 | 10.8887 | |
| RE | OLD | 0.2448798474 | 371111.15 | -1.4070 | 12.8243 | |

N = 233    (1 outliers)

B-36

BLM_0045962

Table B-1-2. Comparison of regression results for the old, new, and combined bagging data sets.

Equipment Type/Service: Connectors/All

| | Data Used in Regression |
| Statistical Parameter | New |
| --- | --- |
| Number of data pairs | 107 |
| Regression intercept | -14.815 |
| Regression slope | 0.885 |
| Regression $R^2$ | 0.525 |
| Regression correlation coefficient | 0.725 |
| Regression mean square error | 4.355 |
| Regression root mean square error | 2.087 |
| Average ln screening value | 3.472 |
| Sum of squares of ln screening values | 646.821 |
| Scale bias correction factor | 8.298 |
| Correlation equation constant | 3.05E-6 |

Equipment Type/Service: Pumps/Light Liquid

| | Data Used in Regression | | |
| Statistical Parameter | Old[a] | New | Combined |
| --- | --- | --- | --- |
| Number of data pairs | 51 | 68 | 117 |
| Regression intercept | -12.827 | -12.515 | -12.142 |
| Regression slope | 0.865 | 0.907 | 0.824 |
| Regression $R^2$ | 0.613 | 0.644 | 0.710 |
| Regression correlation coefficient | 0.783 | 0.803 | 0.842 |
| Regression mean square error | 2.246 | 3.783 | 2.591 |
| Regression root mean square error | 1.499 | 1.945 | 1.610 |
| Average ln screening value | 8.582 | 5.393 | 6.783 |
| Sum of squares of ln screening values | 233.223 | 548.793 | 1071.500 |
| Scale bias correction factor | 2.941 | 6.149 | 3.563 |
| Correlation equation constant | 7.91E-6 | 2.26E-5 | 1.90E-5 |

a Indicates that the parameter were derived from the
   digitized data pairs for the OLD regression.

BLM_0045963

Table B-1-2. (continued)

Equipment Type/Service: Valves/Gas

| Statistical Parameter | Data Used in Regression | | |
| --- | --- | --- | --- |
| | Old[a] | New | Combined |
| Number of data pairs | 95 | 84 | 179 |
| Regression intercept | -12.848 | -14.936 | -15.033 |
| Regression slope | 0.661 | 0.750 | 0.873 |
| Regression $R^2$ | 0.359 | 0.516 | 0.715 |
| Regression correlation coefficient | 0.599 | 0.711 | 0.846 |
| Regression mean square error | 2.767 | 4.392 | 3.745 |
| Regression root mean square error | 1.663 | 2.096 | 1.935 |
| Average ln screening value | 8.823 | 3.691 | 6.415 |
| Sum of squares of ln screening values | 329.550 | 682.442 | 2186.020 |
| Scale bias correction factor | 3.858 | 8.311 | 6.315 |
| Correlation equation constant | 1.02E-5 | 2.71E-6 | 1.87E-6 |

[a] Indicates that the parameter were derived from the digitized data pairs for the OLD regression.

Equipment Type/Service: Valves/Light Liquid

| Statistical Parameter | Data Used in Regression | | |
| --- | --- | --- | --- |
| | Old[a] | New | Combined |
| Number of data pairs | 126 | 107 | 232 |
| Regression intercept | -10.585 | -14.137 | -13.975 |
| Regression slope | 0.452 | 0.721 | 0.797 |
| Regression $R^2$ | 0.194 | 0.502 | 0.677 |
| Regression correlation coefficient | 0.441 | 0.709 | 0.823 |
| Regression mean square error | 4.413 | 3.115 | 4.088 |
| Regression root mean square error | 2.101 | 1.765 | 2.022 |
| Average ln screening value | 8.978 | 3.300 | 6.345 |
| Sum of squares of ln screening values | 644.683 | 633.647 | 3110.310 |
| Scale bias correction factor | 8.608 | 4.580 | 7.520 |
| Correlation equation constant | 2.18E-4 | 3.32E-6 | 6.41E-6 |

[a] indicates that the parameter were derived from the digitized data pairs for the OLD regression

BLM_0045964

APPENDIX B:  ATTACHMENT 2

This attachment lists the data used to develop the default-zero emission leak rates in table B-2-1.  Table B-2-2 lists summary information on the default-zero development.

BLM_0045965

Table B-2-1.  Data used for default zero calculations.

-------------Equipment Type=CONNECTORS Service=ALL-------------

| PLT_TYPE | Screening Value (ppmv) | Mass Emission Rate (kg/hr) | Natural Log of Mass Emission Rate (kg/hr) |
|---|---|---|---|
| EO | 0.00 | 0.0000000475 | -16.86331619 |
| EO | 0.00 | 0.0000000608 | -16.61499543 |
| EO | 0.00 | 0.0000000613 | -16.60715372 |
| EO | 0.00 | 0.0000000790 | -16.35377339 |
| EO | 0.00 | 0.0000000988 | -16.13056673 |
| EO | 0.00 | 0.0000001027 | -16.09179287 |
| BD | 0.00 | 0.0000001033 | -16.08517422 |
| BD | 0.00 | 0.0000001037 | -16.08139097 |
| EO | 0.00 | 0.0000001065 | -16.05085510 |
| EO | 0.00 | 0.0000001079 | -16.04208307 |
| EO | 0.00 | 0.0000001085 | -16.03689892 |
| EO | 0.00 | 0.0000001089 | -16.03320436 |
| EO | 0.00 | 0.0000001112 | -16.01231281 |
| EO | 0.00 | 0.0000001113 | -16.01113856 |
| EO | 0.00 | 0.0000001115 | -16.00911113 |
| EO | 0.00 | 0.0000001120 | -16.00437388 |
| EO | 0.00 | 0.0000001125 | -16.00075170 |
| EO | 0.00 | 0.0000001133 | -15.99300732 |
| EO | 0.00 | 0.0000001146 | -15.98221965 |
| EO | 0.00 | 0.0000001146 | -15.98146212 |
| EO | 0.00 | 0.0000001150 | -15.97834935 |
| EO | 0.00 | 0.0000001166 | -15.96444127 |
| EO | 0.00 | 0.0000001176 | -15.95559511 |
| EO | 0.00 | 0.0000001177 | -15.95545662 |
| EO | 0.00 | 0.0000001178 | -15.95391595 |
| EO | 0.00 | 0.0000001181 | -15.95192362 |
| EO | 0.00 | 0.0000001189 | -15.94478891 |
| EO | 0.00 | 0.0000001213 | -15.92488652 |
| EO | 0.00 | 0.0000001234 | -15.90745448 |
| EO | 0.00 | 0.0000001240 | -15.90308275 |
| EO | 0.00 | 0.0000001296 | -15.85882804 |
| BD | 0.00 | 0.0000001320 | -15.84081663 |
| EO | 0.00 | 0.0000001349 | -15.81855266 |
| BD | 0.00 | 0.0000001376 | -15.79862472 |
| EO | 0.00 | 0.0000001390 | -15.78899513 |
| BD | 0.00 | 0.0000001412 | -15.77318199 |
| EO | 0.00 | 0.0000001413 | -15.77244897 |
| BD | 0.00 | 0.0000001440 | -15.75326730 |
| BD | 0.00 | 0.0000001446 | -15.74929429 |
| BD | 0.00 | 0.0000001448 | -15.74817023 |
| BD | 0.00 | 0.0000001454 | -15.74382504 |
| BD | 0.00 | 0.0000001455 | -15.74329360 |
| BD | 0.00 | 0.0000001485 | -15.72271562 |
| BD | 0.00 | 0.0000001490 | -15.71949421 |
| BD | 0.00 | 0.0000001497 | -15.71483698 |
| BD | 0.00 | 0.0000001505 | -15.70909501 |

Table B-2-1.  Data used for default zero calculations.
(continued)

------ Equipment Type=CONNECTORS Service=ALL ------

| PLT_TYPE | Screening Value (ppmv) | Mass Emission Rate (kg/hr) | Natural Log of Mass Emission Rate (kg/hr) |
|---|---|---|---|
| EO | 0.00 | 0.0000001511 | -15.70514515 |
| EO | 0.00 | 0.0000001544 | -15.68403336 |
| BD | 0.00 | 0.0000001547 | -15.68204363 |
| EO | 0.00 | 0.0000001563 | -15.67144879 |
| BD | 0.00 | 0.0000001573 | -15.66508859 |
| BD | 0.00 | 0.0000001574 | -15.66445227 |
| BD | 0.00 | 0.0000001596 | -15.65073157 |
| EO | 0.00 | 0.0000001614 | -15.63962500 |
| BD | 0.00 | 0.0000001621 | -15.63500235 |
| BD | 0.00 | 0.0000001625 | -15.63229582 |
| EO | 0.00 | 0.0000001631 | -15.62914831 |
| EO | 0.00 | 0.0000001636 | -15.62557049 |
| EO | 0.00 | 0.0000001641 | -15.62273582 |
| EO | 0.00 | 0.0000001642 | -15.62198449 |
| EO | 0.00 | 0.0000001648 | -15.61837621 |
| EO | 0.00 | 0.0000001648 | -15.61837621 |
| EO | 0.00 | 0.0000001650 | -15.61705986 |
| BD | 0.00 | 0.0000001650 | -15.61705962 |
| EO | 0.00 | 0.0000001651 | -15.61656953 |
| EO | 0.00 | 0.0000001657 | -15.61295101 |
| EO | 0.00 | 0.0000001657 | -15.61295101 |
| EO | 0.00 | 0.0000001660 | -15.61112981 |
| EO | 0.00 | 0.0000001688 | -15.59463081 |
| EO | 0.00 | 0.0000001692 | -15.59241662 |
| EO | 0.00 | 0.0000001717 | -15.57752890 |
| BD | 0.00 | 0.0000001741 | -15.56347827 |
| BD | 0.00 | 0.0000001747 | -15.56001908 |
| EO | 0.00 | 0.0000001750 | -15.55828552 |
| EO | 0.00 | 0.0000001807 | -15.52620814 |
| EO | 0.00 | 0.0000001812 | -15.52341721 |
| BD | 0.00 | 0.0000001904 | -15.47417798 |
| BD | 0.00 | 0.0000001920 | -15.46559058 |
| BD | 0.00 | 0.0000001932 | -15.45858528 |
| EO | 0.00 | 0.0000001990 | -15.43018880 |
| EO | 0.00 | 0.0000002086 | -15.38283699 |
| EO | 0.00 | 0.0000002194 | -15.33220908 |
| EO | 0.00 | 0.0000002431 | -15.22964242 |
| EO | 0.00 | 0.0000002476 | -15.21159451 |
| EO | 0.00 | 0.0000002508 | -15.19874994 |
| BD | 0.00 | 0.0000002570 | -15.17423032 |
| BD | 0.00 | 0.0000002585 | -15.16834490 |
| BD | 0.00 | 0.0000002593 | -15.16532554 |
| BD | 0.00 | 0.0000002594 | -15.16500428 |
| EO | 0.00 | 0.0000002602 | -15.16174131 |
| EO | 0.00 | 0.0000002607 | -15.15994436 |

B-41

BLM_0045967

Table B-2-1. Data used for default zero calculations.

------ Equipment Type=CONNECTORS Service=ALL ------
(continued)

| PLT_TYPE | Screening Value (ppmv) | Mass Emission Rate (kg/hr) | Natural Log of Mass Emission Rate (kg/hr) |
|----------|------------------------|----------------------------|-------------------------------------------|
| EO | 0.00 | 0.0000002626 | -15.15272411 |
| EO | 0.00 | 0.0000002626 | -15.15272411 |
| EO | 0.00 | 0.0000002659 | -15.13996186 |
| EO | 0.00 | 0.0000002664 | -15.13812531 |
| BD | 0.00 | 0.0000002959 | -15.03330632 |
| EO | 0.00 | 0.0000003055 | -15.00115460 |
| BD | 0.00 | 0.0000003140 | -14.97386313 |
| EO | 0.00 | 0.0000003276 | -14.93133352 |
| BD | 0.00 | 0.0000003303 | -14.92340849 |
| BD | 0.00 | 0.0000003315 | -14.91955531 |
| BD | 0.00 | 0.0000003346 | -14.91035517 |
| BD | 0.00 | 0.0000003436 | -14.88372774 |
| BD | 0.00 | 0.0000003436 | -14.88368692 |
| BD | 0.00 | 0.0000003442 | -14.88192105 |
| BD | 0.00 | 0.0000003461 | -14.87648133 |
| BD | 0.00 | 0.0000003504 | -14.86410580 |
| BD | 0.00 | 0.0000003672 | -14.81747447 |
| BD | 0.00 | 0.0000003946 | -14.74527193 |
| BD | 0.00 | 0.0000004121 | -14.70207785 |
| EO | 0.00 | 0.0000004133 | -14.69904106 |
| BD | 0.00 | 0.0000004212 | -14.68010001 |
| EO | 0.00 | 0.0000004468 | -14.62113094 |
| EO | 0.00 | 0.0000004720 | -14.56621062 |
| EO | 0.00 | 0.0000005089 | -14.49108397 |
| EO | 0.00 | 0.0000005180 | -14.47320006 |
| EO | 0.00 | 0.0000005187 | -14.47197698 |
| EO | 0.00 | 0.0000005908 | -14.34186784 |
| BD | 0.00 | 0.0000006166 | -14.29899587 |
| BD | 0.00 | 0.0000006960 | -14.17794549 |
| EO | 0.00 | 0.0000007110 | -14.15652787 |
| EO | 0.00 | 0.0000007192 | -14.14510177 |
| EO | 0.00 | 0.0000008267 | -14.00581175 |
| EO | 0.00 | 0.0000009572 | -13.85329011 |
| EO | 0.00 | 0.0000010002 | -13.81535039 |
| BD | 0.00 | 0.0000010065 | -13.80901606 |
| EO | 0.00 | 0.0000010071 | -13.80841513 |
| EO | 0.00 | 0.0000011795 | -13.65045667 |
| EO | 0.00 | 0.0000011927 | -13.63951593 |
| EO | 0.00 | 0.0000021315 | -13.05868377 |
| EO | 0.00 | 0.0000023492 | -12.96141917 |
| EO | 0.00 | 0.0000024557 | -12.91711588 |
| BD | 0.00 | 0.0000024895 | -12.90342759 |
| BD | 0.00 | 0.0000025620 | -12.87473675 |
| BD | 0.00 | 0.0000030901 | -12.68731235 |
| BD | 0.00 | 0.0000033269 | -12.61346713 |

B-42

BLM_0045968

Table B-2-1.  Data used for default zero calculations.

--------- Equipment Type=CONNECTORS Service=ALL --------
(continued)

| PLT_TYPE | Screening Value (ppmv) | Mass Emission Rate (kg/hr) | Natural Log of Mass Emission Rate (kg/hr |
|----------|------------------------|----------------------------|------------------------------------------|
| BD | 0.00 | 0.0000037589 | -12.49138454 |
| BD | 0.00 | 0.0000040185 | -12.42460572 |
| BD | 0.00 | 0.0000042414 | -12.37062573 |
| BD | 0.00 | 0.0000044626 | -12.31978282 |
| BD | 0.00 | 0.0000066833 | -11.91589131 |
| BD | 0.00 | 0.0000075709 | -11.79119727 |
| BD | 0.00 | 0.0000105577 | -11.45865639 |
| BD | 0.00 | 0.0000144776 | -11.14290744 |
| BD | 0.00 | 0.0000154005 | -11.08111125 |
| BD | 0.00 | 0.0000165494 | -11.00916328 |

N = 146

------------------- Equipment Type=PUMP Service=LL
-------------------

| PLT_TYPE | Screening Value (ppmv) | Mass Emission Rate (kg/hr) | Natural Log of Mass Emission Rate (kg/hr |
|----------|------------------------|----------------------------|------------------------------------------|
| EO | 0.00 | 0.0000002532 | -15.18920187 |
| EO | 0.00 | 0.0000002674 | -15.13444207 |
| BD | 0.00 | 0.0000003397 | -14.89520337 |
| BD | 0.00 | 0.0000006493 | -14.24738145 |
| BD | 0.00 | 0.0000013801 | -13.49334976 |
| BD | 0.00 | 0.0000031715 | -12.66130995 |
| EO | 0.00 | 0.0000061497 | -11.99910617 |
| BD | 0.00 | 0.0000978267 | -9.232313175 |

N = 8

BLM_0045969

Table B-2-1.  Data used for default zero calculations.

------- ------ Equipment Type=VALVE Service=G -------------

| PLT_TYPE | Screening Value (ppmv) | Mass Emission Rate (kg/hr) | Natural Log of Mass Emission Rate (kg/hr) |
|----------|------------------------|----------------------------|-------------------------------------------|
| EO | 0.00 | 0.0000000591 | -16.64400086 |
| EO | 0.00 | 0.0000000722 | -16.44327301 |
| EO | 0.00 | 0.0000000737 | -16.42283692 |
| EO | 0.00 | 0.0000000786 | -16.35920326 |
| EO | 0.00 | 0.0000000790 | -16.35376554 |
| EO | 0.00 | 0.0000000796 | -16.34647953 |
| EO | 0.00 | 0.0000001079 | -16.04237697 |
| EO | 0.00 | 0.0000001081 | -16.04053084 |
| EO | 0.00 | 0.0000001083 | -16.03863245 |
| EO | 0.00 | 0.0000001312 | -15.84631356 |
| EO | 0.00 | 0.0000001321 | -15.83996505 |
| BD | 0.00 | 0.0000001325 | -15.83639998 |
| EO | 0.00 | 0.0000001382 | -15.79429751 |
| BD | 0.00 | 0.0000001436 | -15.75651804 |
| EO | 0.00 | 0.0000001446 | -15.74956966 |
| BD | 0.00 | 0.0000001516 | -15.70207714 |
| EO | 0.00 | 0.0000001581 | -15.65972752 |
| BD | 0.00 | 0.0000001595 | -15.65122577 |
| BD | 0.00 | 0.0000001602 | -15.64710329 |
| EO | 0.00 | 0.0000001750 | -15.55828552 |
| EO | 0.00 | 0.0000002350 | -15.26347692 |
| BD | 0.00 | 0.0000002539 | -15.18638489 |
| EO | 0.00 | 0.0000002612 | -15.15814418 |
| BD | 0.00 | 0.0000002633 | -15.14979281 |
| EO | 0.00 | 0.0000002674 | -15.13444207 |
| BD | 0.00 | 0.0000003272 | -14.93266093 |
| BD | 0.00 | 0.0000003339 | -14.91228255 |
| EO | 0.00 | 0.0000003878 | -14.76283680 |
| EO | 0.00 | 0.0000004091 | -14.70928502 |
| BD | 0.00 | 0.0000004607 | -14.59056027 |
| BD | 0.00 | 0.0000006457 | -14.25286952 |
| BD | 0.00 | 0.0000007014 | -14.17014032 |
| EO | 0.00 | 0.0000009932 | -13.82235860 |
| BD | 0.00 | 0.0000009955 | -13.81999480 |
| BD | 0.00 | 0.0000022122 | -13.02153380 |
| BD | 0.00 | 0.0000022562 | -13.00184573 |
| BD | 0.00 | 0.0000025712 | -12.87114036 |
| BD | 0.00 | 0.0000033699 | -12.60062417 |
| BD | 0.00 | 0.0000044219 | -12.32894306 |
| BD | 0.00 | 0.0000106176 | -11.45299698 |

N = 40

Table B-2-1.  Data used for default zero calculations.

------- Equipment Type=VALVE Service=LL -------

| PLT_TYPE | Screening Value (ppmv) | Mass Emission Rate (kg/hr) | Natural Log of Mass Emission Rate (kg/hr) |
|---|---|---|---|
| EO | 0.00 | 0.0000001121 | -16.00352165 |
| EO | 0.00 | 0.0000001173 | -15.95857877 |
| EO | 0.00 | 0.0000001211 | -15.92634574 |
| EO | 0.00 | 0.0000001229 | -15.91229458 |
| EO | 0.00 | 0.0000001337 | -15.82756192 |
| BD | 0.00 | 0.0000001440 | -15.75311308 |
| BD | 0.00 | 0.0000001461 | -15.73913742 |
| BD | 0.00 | 0.0000001498 | -15.71376221 |
| BD | 0.00 | 0.0000001503 | -15.71042334 |
| BD | 0.00 | 0.0000001513 | -15.70424314 |
| EO | 0.00 | 0.0000001642 | -15.62246991 |
| EO | 0.00 | 0.0000001644 | -15.62066973 |
| EO | 0.00 | 0.0000001645 | -15.62017964 |
| EO | 0.00 | 0.0000001648 | -15.61837621 |
| EO | 0.00 | 0.0000001654 | -15.61475957 |
| EO | 0.00 | 0.0000001656 | -15.61343643 |
| EO | 0.00 | 0.0000001657 | -15.61294634 |
| EO | 0.00 | 0.0000001660 | -15.61112981 |
| EO | 0.00 | 0.0000001663 | -15.60930997 |
| BD | 0.00 | 0.0000001669 | -15.60596798 |
| EO | 0.00 | 0.0000001758 | -15.55382679 |
| BD | 0.00 | 0.0000001758 | -15.55382679 |
| BD | 0.00 | 0.0000001780 | -15.54144504 |
| BD | 0.00 | 0.0000001804 | -15.52802656 |
| EO | 0.00 | 0.0000001827 | -15.51543605 |
| BD | 0.00 | 0.0000001853 | -15.50155175 |
| EO | 0.00 | 0.0000002507 | -15.19885548 |
| EO | 0.00 | 0.0000002568 | -15.17511567 |
| EO | 0.00 | 0.0000002623 | -15.15362868 |
| EO | 0.00 | 0.0000002645 | -15.14545135 |
| EO | 0.00 | 0.0000002654 | -15.14208066 |
| EO | 0.00 | 0.0000002657 | -15.14094135 |
| EO | 0.00 | 0.0000002664 | -15.13812531 |
| BD | 0.00 | 0.0000002750 | -15.10635430 |
| BD | 0.00 | 0.0000002786 | -15.09348218 |
| BD | 0.00 | 0.0000002807 | -15.08603323 |
| EO | 0.00 | 0.0000002831 | -15.07737541 |
| BD | 0.00 | 0.0000003292 | -14.92670035 |
| BD | 0.00 | 0.0000003296 | -14.92525863 |
| BD | 0.00 | 0.0000003327 | -14.91592554 |
| BD | 0.00 | 0.0000003803 | -14.78222371 |
| EO | 0.00 | 0.0000003997 | -14.73266021 |
| EO | 0.00 | 0.0000004350 | -14.64784669 |
| EO | 0.00 | 0.0000004933 | -14.52205744 |
| BD | 0.00 | 0.0000005121 | -14.48467228 |

B-45

BLM_0045971

Table B-2-1.  Data used for default zero calculations.

------------ Equipment Type=VALVE Service=LL ------------
(continued)

| PLT_TYPE | Screening Value (ppmv) | Mass Emission Rate (kg/hr) | Natural Log of Mass Emission Rate (kg/hr |
|----------|------------------------|----------------------------|------------------------------------------|
| EO | 0.00 | 0.0000007099 | -14.15820731 |
| BD | 0.00 | 0.0000011219 | -13.70046348 |
| BD | 0.00 | 0.0000022380 | -13.00992148 |
| EO | 0.00 | 0.0000028444 | -12.77016392 |
| BD | 0.00 | 0.0000041389 | -12.39507152 |
| BD | 0.00 | 0.0000053490 | -12.13860411 |
| EO | 0.00 | 0.0000121637 | -11.31705756 |

N = 53

BLM_0045972

Table B-2-2.    Comparison of Default Zero Mass Emission Rates from the Original EPA Protocol and from the CMA/EPA EO/BD Study

| Equipment Type | Service | Old Default Zero Emission Rate (kg/hr) | Results from CMA/EPA EO/BD Bagging Data Study | | | | | |
| | | | Number of Observations | Scale Bias Correction Factor | Revised Default Zero Emission Rate (kg/hr) | Lower 95% Confidence Limit | Default Zero Upper 95% Confidence Limit | Screening Value[a] (ppmv) |
| CONNEC | ALL | 9.34E-5 | 146 | 2.06 | 6.12E-7 | 5.02E-7 | 7.45E-7 | 0.163 |
| PUMP | LL | 3.91E-5 | 8 | 4.73 | 7.49E-6 | 1.36E-6 | 4.11E-5 | 0.323 |
| VALVE | G | 3.31E-5 | 40 | 2.19 | 6.56E-7 | 4.35E-7 | 9.87E-7 | 0.301 |
| VALVE | LL | 4.52E-4 | 53 | 1.65 | 4.85E-7 | 3.67E-7 | 6.42E-7 | 0.039 |

[a] The "default zero" screening value is the screening value that would result in emissions equal to the default zero mass emission rate when entered into the applicable correlation.  The revised SOCMI correlations were used to estimate the "default zero" screening values.

BLM_0045973

APPENDIX B:  ATTACHMENT 3

This attachment summarizes information on each of the screening data sets.  Table B-3-1 summarizes data used to revise the SOCMI emission factors.  Figures B-3-1 through B-3-4 plot the screening value distributions for each data set.

BLM_0045974



Figure B-3-1. Distribution of Connectors Screening Values for SOCMI

BLM_0045975



# Light Liquid Pumps

% of Sources

Figure B-3-2.  Distribution of Light Liquid Pumps Screening
Values for SOCMI

BLM_0045976



Figure B-3-3. Distributio of Gas Valves Screening Values for SOCMI

BLM_0045977



Figure B-3-4.  Distribution of Light Liquid Valves Screening
            Values for SOCMI

BLM_0045978

Table B-3-1.  Emission Factors Calculated From Revised SOCMI Correlation Equations.

| Screening data set | Equipment type | Phase | Old emission factor (kg/hr) | Total number of screening values | Average nonzero emission rate (kg/hr) | Number of zero screening values | Default zero emission rate (kg/hr) | Average emission factor (kg/hr) |
|---|---|---|---|---|---|---|---|---|
| 24 UNIT | CONNEC | ALL | 8.30E-04 | 4,283 | 2.50E-02 | 3,740 | 6.12E-07 | 3.16E-03 |
| 24 UNIT | PUMP | LL | 4.94E-02 | 646 | 5.36E-02 | 335 | 7.45E-06 | 2.58E-02 |
| 24 UNIT | VALVE | G | 5.60E-03 | 9,669 | 2.47E-02 | 5,962 | 6.56E-07 | 9.45E-03 |
| 24 UNIT | VALVE | LL | 7.10E-03 | 18,300 | 2.99E-02 | 14,292 | 4.85E-07 | 6.55E-03 |
| EO/BD | CONNEC | ALL | 8.30E-04 | 3,562 | 3.76E-04 | 1,381 | 6.12E-07 | 2.30E-04 |
| EO/BD | PUMP | LL | 4.94E-02 | 252 | 7.12E-03 | 85 | 7.45E-06 | 4.72E-03 |
| EO/BD | VALVE | G | 5.60E-03 | 6,507 | 2.83E-03 | 4,685 | 6.56E-07 | 7.92E-04 |
| EO/BD | VALVE | LL | 7.10E-03 | 15,810 | 3.26E-03 | 10,429 | 4.85E-07 | 1.11E-03 |
| COMBINED | CONNEC | ALL | 8.30E-04 | 7,845 | 5.28E-03 | 5,121 | 6.12E-07 | 1.83E-03[a] |
| COMBINED | PUMP | LL | 4.94E-02 | 898 | 3.73E-02 | 420 | 7.45E-06 | 1.99E-02[a] |
| COMBINED | VALVE | G | 5.60E-03 | 16,176 | 1.75E-02 | 10,647 | 6.56E-07 | 5.97E-03[a] |
| COMBINED | VALVE | LL | 7.10E-03 | 34,110 | 1.46E-02 | 24,721 | 4.85E-07 | 4.03E-03[a] |

[a] These average emission factors are the revised SOCMI average emission factors.

BLM_0045979

APPENDIX C:

Revision of Petroleum Industry Correlations and Emisison Factors

BLM_0045980

APPENDIX C

The purpose of this appendix is to provide background information on the data collection and analysis performed to revise the petroleum industry (refineries, marketing terminals, and oil and gas production operations) correlations and to develop marketing terminal and oil and gas production operation average emission factors. Section C.1 addresses the following:

- Comparison of old (1980) and new (1993) refinery data;
- Development of revised petroleum industry correlation equations, default zero emission rates, and pegged emission rates;
- Summary of petroleum industry correlation parameters; and
- Development of marketing terminal and oil and gas production operation average emission factors.

The figures for this section appear at the end of section C.1.

Several attachments that list all of the data are also included for this appendix. Attachment 1 lists the bagging data used to develop the correlation equations, attachment 2 lists the bagging data used to develop pegged emission rates, attachment 3 lists the bagging data used to develop default zero emission rates, and attachment 4 summarizes the screening data for average emission factors.

## C.1 DEVELOPMENT OF REVISED PETROLEUM INDUSTRY CORRELATIONS AND FACTORS

During the early-1990's, new petroleum industry equipment leak data were collected and analyzed. The Western States Petroleum Association (WSPA) and the American Petroleum Institute (API) jointly commissioned the 1994 refinery equipment leak report[1] to evaluate fugitive emissions at petroleum refineries. The API also commissioned the 1993 marketing terminal equipment leak report,[2] and, along with the Gas Research Institute (GRI), jointly commissioned the 1993 oil and gas production operations reports.[3,4] These data are referred to in this discussion as the 1993 petroleum industry data. In contrast to the data collected during the late-1970's for the 1980 refinery report[5] (these are referred to in this discussion as the 1980 refinery data) which came from uncontrolled facilities and were used to develop correlations and emission factors that appear in previous

C-1

BLM_0045981

versions of this protocol, the 1993 petroleum industry data came from controlled facilities and were collected using current procedures that are considered state of the art for the 1990's.

The purpose of this section is to explain how and why the 1993 data were used to update the petroleum industry correlations and to present the data that were used in this update. The conclusions presented in this section were based on a combination of engineering judgement and quantitative statistical analysis of the available emission data. Judgments were made based on an understanding of possible mechanisms of equipment leak emissions and qualitative assessment of the data. A more detailed explanation of the analyses highlighted in this section appear in a technical memorandum[6] that is available on EPA's electronic bulletin board.[7]

C.1.1    Overview of Data Analysis

Based on guidelines presented in chapter 4 of this document, the quality control/quality assurance (QC/QA) procedures for data collection and laboratory analysis of the 1993 petroleum industry data were evaluated and found to be of sufficient quality for the development of correlations. However, a few data pairs were excluded from correlation development due to large background concentrations or high screening value variability. Several options were considered for using the 1993 petroleum industry equipment leak data, including:

- Combine the 1980 refinery data and the 1993 refinery data to develop revised refinery correlations and, based on 1993 data, provide separate new correlations for marketing terminals and oil and gas production operations.

- Combine the 1980 refinery data with the 1993 refinery, marketing terminal, and oil and gas production data to develop new petroleum industry correlations that apply to all three industry segments.

- Drop the 1980 data and correlations from further use. Combine the 1993 refinery, marketing terminal, and oil and gas production operations data to develop a single correlation that applies to all three industry segments or keep the three industry segment correlations separate.

BLM_0045982

Judgments based upon an understanding of equipment leak emission mechanisms and a qualitative assessment of the data were used in conjunction with the following visual comparisons and statistical tests, that quantitatively evaluate the similarities or differences between the data being compared, to assess the options listed above:

- Visual comparison of the plotted data, regression lines, and 95 percent confidence intervals for the regression lines, to identify general characteristics of the data and to put the results of statistical tests into perspective.

- F-test for the mean square error (MSE) differences between the regression equations, to compare the variability of the errors of the predictions.

- T-tests for intercept ($b_0$) and slope ($b_1$) differences between the regression equations, to determine whether the regressions were statistically different. If the t-test for the intercepts indicated similarities, but the t-test for the slopes indicated differences or vice versa, the regressions were considered statistically different. However, when both the intercept and slope t-tests indicated similarities, the regressions were considered statistically the same.

- Mass verification analysis. Because of the statistical requirement for normality of the data distributions for the above tests to be valid, the visual and statistical tests were evaluated in log-log space (i.e., the mathematical space that results when regressing the natural logarithm of the mass emission rate against the natural logarithm of the screening value). The mass verification analysis was conducted to assess the impact of the correlations on the nontransformed data. The total measured mass was compared to the total mass predicted from each of the industry segment correlations and from the combined correlations. Mass ratios (the ratio of the total predicted mass to the total measured mass) formed the basis for evaluating the results. The mass verification was considered good when mass ratio was close to 1.0, indicating that the predicted mass was close to the measured mass (a mass ratio of 1.0 indicates a perfect prediction because the predicted mass equals the measured mass).

C-3

BLM_0045983

C.1.2   Comparison of the 1993 Refinery Data with the 1980
        Refinery Data

The 1980 refinery data were collected and analyzed in the
laboratory using procedures that were not as stringent as the
current procedures.  Thus, the 1993 refinery data are of better
quality than the 1980 data, as evaluated by today's standards.

Also, the 1980 data were screened with a TLV calibrated with
hexane and the 1993 refinery data were screened with an OVA
calibrated with methane.  Thus, any comparisons between the two
datasets must be made on a common basis.  The conversion from TLV
to OVA is not totally clear or understood.  Multiple conversion
equations exist and the TLV/OVA relationship changes at different
screening levels.  Also, the TLV and OVA use different methods to
obtain measurements that give different results for the same
data.  This difficulty was overcome sufficiently to perform a
crude comparison; however no adjustments could be made to compare
both datasets on a common basis with regards to data quality.
The following relationship (taken from Figure C3-18a)[8] was used
to approximate an OVA-methane screening value from a TLV-hexane
screening value:

$$SV_{OVA-methane} = 10^C \qquad\qquad (C-1)$$

where:

$SV_{OVA-methane}$ = screening value taken with OVA-methane

$$C = \frac{[\log_{10}(SV_{TLV-hexane}) + 0.193]}{0.952}$$

$SV_{TLV-hexane}$ = screening value taken with TLV-hexane.

However, this transformation was achieved in the 1993
refinery report[1] using another conversion equation (from the 1979
valve screening report[9]) that gave results that were different
from those obtained using Equation C-1 above, thereby emphasizing
the uncertainty that exists for any of the transformations from
TLV to OVA.

Additionally, pegged data were identified in the 1980
dataset and removed prior to comparisons with the 1993 refinery

C-4

BLM_0045984

data, because separate emission rates are now calculated for pegged readings. Thus, the 1980 correlations were adjusted for screening instrument (TLV) and pegged data. Using available screening data from 17 marketing terminals as an example, the adjusted 1980 correlations gave estimations of total facility emissions that ranged between 42% to 116% of the total facility emissions obtained from the published 1980 correlations. The adjusted 1980 correlations gave an estimation of the total emissions from all 17 marketing terminals that were 61% of the total emissions estimated from the published 1980 correlations.

The comparisons between the 1980 refinery data and the 1993 refinery data were made for matching equipment types/services. The following four equipment types/services were compared: all connectors, light liquid pumps, gas valves, and light liquid valves. Plots that compare the raw data, the regression lines, and the 95 percent confidence intervals of the regression lines for the 1980 and 1993 refinery data were constructed for the four equipment types/services. The plot for all connector data, which illustrates the largest visual differences, is shown in Figure C-1 and the plot for gas valve data, which illustrates the smallest visual differences, is shown in figure c-2. All of the plots revealed a general separation of data pairs and 95 percent confidence intervals of the regression lines, thereby suggesting that there were differences between the 1980 and 1993 refinery data.

The results of the statistical tests (not shown) for differences between the 1980 and 1993 refinery regressions indicated that the regression lines were different because statistically significant differences between the 1980 refinery data and the 1993 refinery data existed for both the slope and intercept for all equipment types/services. Figure C-3 shows the ratios of predicted to measured mass that were calculated from the 1980 refinery data, the 1993 refinery data, and the combined 1980/1993 refinery data (a predicted to measured mass ratio of 1.0 would indicate a perfect prediction). In all cases, either the combined correlation or the 1993 refinery correlation did a

C-5

BLM_0045985

better job of predicting the total mass of the 1980 refinery data than did the 1980 correlation, and the 1993 refinery correlation always gave the best mass ratios for the 1993 refinery data. The ratios of predicted to measured mass using the combined 1980/1993 refinery correlations were further from 1.0 than those obtained individually with either the 1980 or 1993 refinery correlations for the respective datasets, and thus, a rather poor verification of the combined correlation was indicated.

Based on the above results, the 1980 refinery data were not used to develop the revised correlations that are presented in this revised version of the protocol.

C.1.3    Comparison of the 1993 Refinery Data, the 1993 Marketing Terminal Data, and the 1993 Oil and Gas Production Operations Data

An underlying concern with all of the comparisons discussed in this section was the relatively small sample size for most of the equipment types/services. This problem was also encountered in the 1980 refinery report.[5] Table C-1 shows the sample size for each equipment type/service for the 1993 refinery data, the 1993 marketing terminal data, and the 1993 oil and gas production operations data that were deemed suitable for correlation development. (For comparative purposes, the corresponding sample sizes from the 1980 refinery analysis[5] are footnoted in Table C-1.) The sample size was 30 or larger for only 9 of the 46 equipment types/services for which data were collected. It is recommended in chapter 2 that the sample size should be 30 or larger for the development of correlations. In addition, the sample size was 10 or less for 23 of the 46 equipment types/services. Sample sizes that are this small may produce results of only limited usefulness and meaning.

Two-way statistical comparisons were made between the 1993 refinery, marketing terminal, and oil and gas production operations data for equipment types/services where data were collected. All comparisons were service-specific. The following equipment types/services were compared:  light liquid connectors, light liquid flanges, light liquid open-ended lines, light liquid

BLM_0045986

TABLE C-1.  SUMMARY OF THE SAMPLE SIZE FOR EACH EQUIPMENT TYPE/SERVICE FOR THE 1993 REFINERY DATA, THE 1993 MARKETING TERMINAL DATA, AND THE 1993 OIL AND GAS PRODUCTION OPERATIONS DATA

| | | Sample Size | | | |
|---|---|---|---|---|---|
| Equipment Type | Stream Service | 1993 Refinery Data | 1993 Marketing Terminal Data | 1993 Oil & Gas Production Operations Data | Total |
| Connector | Gas | 8 | 2 | 24 | 34 |
| | Heavy Liquid | 2 | 0 | 1 | 3 |
| | Light Liquid | 18 | 21 | 42 | 81 |
| Flange | Gas | 4 | 1 | 9 | 14 |
| | Heavy Liquid | 1 | 0 | 1 | 2 |
| | Light Liquid | 15 | 12 | 13 | 40 |
| Instrument[a] | Gas | 0 | 0 | 2 | 2 |
| | Light Liquid | 0 | 0 | 1 | 1 |
| Loading Arm[a] | Gas | 0 | 7 | 0 | 7 |
| | Light Liquid | 0 | 16 | 0 | 16 |
| Open-Ended Line | Gas | 7 | 0 | 48 | 55 |
| | Heavy Liquid | 3 | 0 | 13 | 16 |
| | Light Liquid | 15 | 16 | 39 | 70 |
| Other[a] | Gas | 0 | 1 | 0 | 1 |
| | Light Liquid | 0 | 3 | 0 | 1 |
| Pressure Relief Valve[a] | Gas | 1 | 0 | 6 | 7 |
| | Light Liquid | 1 | 0 | 3 | 4 |
| Pump | Heavy Liquid | 11 | 0 | 0 | 11 |
| | Light Liquid | 30 | 11 | 1 | 42 |
| Stuffing Box[a] | Heavy Liquid | 0 | 0 | 11 | 11 |
| | Light Liquid | 0 | 0 | 12 | 12 |
| Valve | Gas | 50 | 2 | 84 | 136 |
| | Heavy Liquid | 22 | 0 | 1 | 23 |
| | Light Liquid | 82 | 45 | 51 | 178 |
| Vent[a] | Gas | 0 | 0 | 3 | 3 |
| | Light Liquid | 0 | 0 | 3 | 3 |
| 1993 Petroleum Industry Total | | 270 | 137 | 368 | 775 |
| 1980 Refinery Total[b] | | | | | 678 |

[a] Components with small sample sizes will be grouped together to form an "OTHERS" category.

[b] For comparative purposes, sample sizes from the 1980 refinery report are: all flanges-52; light liquid pumps-259, gas valves-79; light liquid values-119; valves and compressors in hydrogen service-47; all drains-61; and heavy liquid pumps-61.

BLM_0045987

pumps, gas valves, and light liquid valves.

Plots that compare the 1993 refinery, marketing terminal, and oil and gas production operations raw data, regression lines, and 95 percent confidence intervals for the regression lines were constructed for all equipment types/services listed above. The plot for light liquid flange data, which illustrates the largest visual differences, is shown in Figure C-4 and the plot for light liquid valve data, which illustrates the smallest visual differences, is shown in Figure C-5. In general, all of the data plots revealed a general intermingling of data pairs from the three petroleum industry segments and an overlapping of 95 percent confidence intervals of the regression lines. No clear separation of petroleum industry segments was evident in most of the data plots.

The results of the statistical tests (not shown) for two-way differences between regressions for the petroleum industry segment datasets indicated statistically significant differences for all of the equipment types/services; however, the visual plots indicated that these differences may be too small to really be relevant, especially when compared to the magnitude of the differences between the 1980 and 1993 refinery data.

Figure C-6 presents the ratios of predicted to measured mass that were calculated from the 1993 refinery, marketing terminal, and oil and gas production operations data. The mass ratios from facility type-specific correlations for the predictions that were closest to 1.0 for a given facility type dataset were usually from the correlation based on another facility type. For example, for light liquid valves, the marketing terminal correlation gave a mass ratio of 1.06 for the refinery data, whereas the refinery correlation gave a mass ratio of 1.50 for the refinery data.

In several cases, the combined petroleum industry correlation gave an even closer ratio of predicted to measured mass than any of the individual facility type-specific correlations. For example, for light liquid flanges, the combined correlation gave a mass ratio of 0.94 for the marketing

C-8

BLM_0045988

terminal data, which is better than the 1.34 obtained when using the marketing terminal correlation.  Overall, the combined 1993 petroleum industry correlations gave mass ratios ranging between 0.10 and 2.85 for facility type-specific datasets.  The mass ratios using the combined correlations to predict the total mass of the combined dataset ranged between 0.28 and 1.42 for all equipment types/services.  Thus, the ratios of predicted to measured mass obtained from the combined 1993 petroleum industry correlations were closer to 1.0 than those obtained individually with facility type-specific correlations, thus supporting the combination of data from the three petroleum industry segments.

It is not surprising that the visual and statistical results showed similarities between the petroleum industry segment datasets because the three industry segments produce similar products of similar molecular weights, viscosities, and densities.  Therefore the leak mechanisms and screening instrument response rates are not expected to be different between the industry segments.  Although some small differences were identified, there is not compelling evidence to believe that these differences were large enough to be real or meaningful.

C.1.4    <u>Development of the Combined Refinery/Marketing
         Terminal/Oil and Gas Production Pperations
         Correlations, Default Zero Emission Rates, and Pegged
         Emission Rates</u>

Based on the results presented in the above section, the 1993 refinery, marketing terminal data, and oil and gas production operations data were combined to develop petroleum industry correlations using the procedures outlined in chapter 2 and appendix B.  Due to the small sample size for some equipment types, an "others" category was developed to provide a correlation for cases not otherwise covered.  The equipment types flagged in Table C-1 (instruments, loading arms, other, pressure relief valves, stuffing boxes, and vents, compressors, and dump lever arms) were combined to form this "other" equipment type.

The visual and statistical tests for differences between regression equations were applied to the combined dataset to aid in the decision of what equipment type(s)/service(s), if any, to

BLM_0045989

combine for developing the correlations. Visual inspection of
the data plots (not shown) revealed that the gas, light liquid,
and heavy liquid service data were generally well intermingled.
The p-values from the t-tests for $b_0$ and $b_1$ differences indicated
that the services were statistically similar only for gas/heavy
liquid open-ended lines and for gas/light liquid open-ended
lines. However, most of the statistically significant
differences appeared too small in the visual plots to really be
relevant. As with the comparisons between the refinery,
marketing terminal, and oil and gas production operations data,
the mass verification analysis for the services showed that when
differences were identified for the service comparisons, they
were small, thereby lending support towards combining the data.
Other factors that support combining services include:

- The leak mechanism is the same regardless of service.
  However, screening value distributions, which affect total
  emissions (not correlations), may be different for each
  service.

- When services were segregated, sample sizes for nearly all
  equipment types were less than 30, the sample size
  recommended in chapter 2 for developing correlations, even
  after combining all of the petroleum industry segment data.
  Combination of data from all services increased the sample
  size to above 30 for nearly all equipment types.

- The importance of the component service was investigated in
  the 1994 refinery report,[1] using additional statistical
  tests. The analyses of variance that were presented in the
  refinery report showed that services should be combined
  because there were no statistically significant differences
  between the correlations for different services for a given
  equipment type.

The visual analysis that was conducted to compare the
regression equations for the different equipment types revealed
that the raw data for the different equipment types were well
intermingled for some equipment types and separated for other
types. However, a stacking of regression lines and confidence
intervals was evident, such that some equations overlapped
(connectors and open-ended lines), but there were rather large
differences between other equations (pumps versus connectors).
Thus, in contrast to other comparisons, where the differences

BLM_0045990

were either consistently large (1980 versus 1993 refinery data)
or small (1993 petroleum industry segment data), differences
between the equipment types varied. Based on the visual results,
it was felt that further analysis outside the objectives of this
study was necessary to determine which equipment types to
combine. Therefore, the equipment types remained segregated.

Correlations, default zero emission rates, and pegged
emission rates were developed from the combined 1993 refinery,
marketing terminal, and oil and gas production operations data
for combined services for connectors, flanges, open-ended lines,
pumps, valves, and "other" equipment types. Table C-2 shows the
regression statistics for correlations. The $R^2$ values ranged
from 0.32 for "others" to 0.54 for valves, thereby indicating
that the equations were capable of predicting about half of the
variability of the mass emission rates. These $R^2$ values
corresponded to correlation coefficients (r, the square root of
$R^2$) ranging from 0.57 to 0.73. Although these $R^2$ values were
sometimes less than those obtained for individual
facility/service types, they were more consistent across
equipment types than the $R^2$ values for the individual
facility/service types which ranged from 0.04 to 0.75. These $R^2$
values revealed the inherent limits of this tool for predicting
mass emission rates (an inability to account for 25% to 50% of
the mass emission variance) and were not substantially different
from those shown in other reports.[1,2,3,5] Table C-3 shows the
petroleum industry correlations, default zero emission rates, and
pegged emission rates for each equipment type as calculated from
the combined 1993 refinery, marketing terminal, and oil and gas
production operations data.

Emission estimates from the revised correlations depend on
the distribution of equipment types and screening values at a
given facility. Comparisons of the results obtained from the
1993 correlations and previously published correlations can vary
greatly from facility-to-facility. For screening data that
contained a large number of low screening values from 17
marketing terminals, the 1993 correlations gave estimations of

BLM_0045991

TABLE C-2.  REGRESSION STATISTICS FOR THE COMBINED 1993 REFINERY, MARKETING TERMINAL, AND OIL AND GAS PRODUCTION OPERATIONS DATA

| Equipment Type/ Service | Number of Data Pairs | Intercept $(b_0)$ | Slope $(b_1)$ | Coefficient of Simple Determination $(R^2)$ | Standard Error of Estimate | Mean ln Screening Value[a] | Sum of Squared Differences[b] | Scale Bias Correction Factor (SBCF) | Half-Width of the 95% Confidence Interval[c] |
|---|---|---|---|---|---|---|---|---|---|
| Valve/All | 337 | -14.169 | 0.746 | 0.54 | 1.544 | 6.477 | 1705.07 | 3.27 | 0.17 |
| Connector/All | 118 | -14.893 | 0.735 | 0.47 | 1.754 | 6.214 | 592.09 | 4.51 | 0.32 |
| Pump/All | 53 | -11.546 | 0.610 | 0.46 | 1.856 | 5.816 | 409.21 | 5.15 | 0.51 |
| Other[d]/All | 70 | -12.838 | 0.589 | 0.32 | 1.843 | 5.437 | 316.36 | 5.14 | 0.44 |
| Flange/All | 56 | -13.788 | 0.703 | 0.37 | 1.771 | 5.767 | 204.71 | 4.48 | 0.47 |
| Open-Ended Line/All | 141 | -14.658 | 0.704 | 0.44 | 1.823 | 6.166 | 745.97 | 5.11 | 0.30 |

[a]The mean ln screening value is the average of all of the ln screening values: $\overline{X} = (1/n) \times \Sigma(X_i)$.

[b]The sum of squared differences refers to the difference between the individual ln screening values and the average ln screening value: $\Sigma(X_i - \overline{X})^2$. (The mean ln screening value and the sum of squared differences are used to calculate confidence intervals.)

[c]The half-width of the 95 percent confidence interval is calculated using the mean ln screening value as the X-value being evaluated in the confidence interval calculation.

[d]The "other" equipment type includes instruments, loading arms, pressure relief valves, stuffing boxes, vents, compressors, and dump lever arms.

BLM_0045992

TABLE C-3. CORRELATION EQUATIONS, DEFAULT ZERO EMISSION RATES, AND PEGGED EMISSION RATES FOR PREDICTING TOTAL ORGANIC COMPOUND EMISSIONS FROM THE COMBINED 1993 REFINERY, MARKETING TERMINAL, AND OIL AND GAS PRODUCTION OPERATIONS DATA[a]

| Equipment Type/Service | Default Zero Emission Rate (kg/hr/source)[b] | Pegged Emission Rates (kg/hr/source)[c] | | Correlation Equation[d] (kg/hr/source) |
| --- | --- | --- | --- | --- |
| | | 10,000 ppmv | 100,000 ppmv | |
| Valve/All | 7.8E-06 | 0.064 | 0.140 | LEAK = $2.29\text{E-}06 \times (SV)^{0.746}$ |
| Pump/All | 2.4E-05 | 0.074 | 0.160[e] | LEAK = $5.03\text{E-}05 \times (SV)^{0.610}$ |
| Other[f]/All | 4.0E-06 | 0.073 | 0.110 | LEAK = $1.36\text{E-}05 \times (SV)^{0.589}$ |
| Connector/All | 7.5E-06 | 0.028 | 0.030 | LEAK = $1.53\text{E-}06 \times (SV)^{0.735}$ |
| Flange/All | 3.1E-07 | 0.085 | 0.084 | LEAK = $4.61\text{E-}06 \times (SV)^{0.703}$ |
| Open-Ended Line/All | 2.0E-06 | 0.030 | 0.079 | LEAK = $2.20\text{E-}06 \times (SV)^{0.704}$ |

[a]To estimate emissions: use the default zero emission rates only when the screening value (adjusted for background) equals 0.0 ppmv; otherwise use the correlation equations. If the monitoring device registers a pegged value, use the appropriate pegged emission rate.
[b]Default zero emission rates were based on the combined 1993 refinery and marketing terminal data only (default zero data were not collected from oil and gas production facilities).
[c]The 10,000 ppmv pegged emission rate was based on components screened at greater than 10,000 ppmv; however, in some cases, most of the data could have come from components screened at greater than 100,000 ppmv, thereby resulting in similar pegged emission rates for both the 10,000 and 100,000 pegged levels (e.g., connector and flanges).
[d]LEAK is the predicted mass emission rate (kg/hr) and SV is the screening value (ppmv) measured by the monitoring device.
[e]Only 2 data points were available for the pump 100,000 pegged emission rate; therefore the ratio of the pump 10,000 pegged emission rate to the overall 10,000 ppmv pegged emission rate was multiplied by the overall 100,000 ppmv pegged emission rate to approximate the pump 100,000 ppmv pegged emission rate.
[f]The "other" equipment type was developed from instruments, loading arms, pressure relief devices, stuffing boxes, vents, compressors, dump lever arms, diaphrams, drains, hatches, meters, and polished rods. This "other" equipment type sould be applied to any equipment other than connectors, flanges, open-ended lines, pumps or valves.

BLM_0045993

the total facility emissions that ranged from less than 10% to over 800% of the total facility emissions obtained from the adjusted 1980 correlations presented in this paper. When the total emissions from all 17 marketing terminals were evaluated, the 1993 correlations gave an estimate that was 40% of the total estimated by the adjusted 1980 correlations. Though the 17 marketing terminals do not represent the entire petroleum industry, these results illustrate the differences encountered when comparing emission estimates for individual facilities versus evaluating all facilities as a single group.

C.1.4    <u>Marketing Terminal and Oil and Gas Production Operation
         Screening Data for Development of Average Emission
         Factors</u>

Screening data from 17 marketing terminals[10] and from 24 oil and gas production operation facilities[11,12] were available to EPA for the development of average emission factors using the same procedures as discussed in appendix B.2.3 for the revision of SOCMI average factors. Attachment 4 to appendix C summarizes the screening data used to develop the emission factors.

Little documentation is available for the marketing terminal data because the data were collected and delivered directly to EPA with no formal report being written. The marketing terminal emission factors (shown in Tables 2-3 and 2-7) represent emissions from uncontrolled facilities.

The following five facility types were represented in the oil and gas production operations screening dataset:

- light crude facilities,
- heavy crude facilities,
- gas plants,
- gas production facilities, and
- offshore facilities.

The 24 oil and gas production operations facilities generally represent uncontrolled facilities, however, a couple of gas plants have agency-mandated inspection and maintenance programs. Anecdotal data were available regarding the control level at other facilities. A statistical analysis revealed that there were no significant differences between emission factors for those groups of sites with some form of inspection and

C-14

BLM_0045994

maintenance program versus those sites with no such programs13.
Thus, the oil and gas production operations emission factors
(shown in Tables 2-4 and 2-8) represent emissions from
uncontrolled facilities.

BLM_0045995

**REFERENCES**

1. 1993 Study of Refinery Fugitive Emissions from Equipment Leaks, Volumes I, II, and III, Radian DCN No. 93-209-081-02, Radian Corporation, Prepared for Western States Petroleum Association, Glendale, CA, and American Petroleum Institute, Washington, D.C., 1994.

2. Development of Fugitive Emission Factors and Emission Profiles for Petroleum Marketing Terminals, Volumes I and II, API 4588, Radian Corporation, Prepared for American Petroleum Institute, 1993.

3. Fugitive Hydrocarbon Emissions from Oil and Gas Production Operations, API 4589, Star Environmental, Prepared for American Petroleum Institute, 1993.

4. Emission Factors for Oil and Gas Production Operations, API 4615, Star Enivironmental, Prepared for American Petroleum Institute, 1995.

5. Assessment of Atmospheric Emissions from Petroleum Refining, EPA-600/2-80-075., U.S. Environmental Protection Agency, Research Triangle Park, NC, 1980.

6. Petroleum Industry Equipment Leaks: Revised Correlations, Default Zero Emission Rates, and Pegged Emission Rates for Estimating VOC Emissions, Developed from 1993 Data from Refineries, Marketing Terminals, and Oil and Gas Production Operations, technical memorandum from David Epperson, Radian Corporation/Reasearch Triangle Park, to David Markwordt, US EPA/OAQPS, January 27, 1995.

7. Technology Transfer Network (Electronic Bulletin Boards), Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, NC, help desk phone number: (919) 541-5384, 1-5 pm EST.

8. Assessment of Atmospheric Emissions from Petroleum Refining: Volume 4, Appendix C, EPA-600/2-80-075d, U.S. Environmental Protection Agency, Research Triangle Park, NC, 1980.

9. Valve Screening Study at Six San Francisco Bay Area Petroleum Refineries, Radian DCN No. 79-219-370-05. Radian Corporation, Prepared for the United States Environmental Protection Agency, Research Triangle Park, NC, 1979.

10. Letter from Robert Strieter, API, to David Markwordt, U.S. EPA, regarding the submittal of gasoline distribution facility fugitive equipment screening data.  April 26, 1994.

11. Fugitive Hydrocarbon Emissions from Oil and Gas Production Operations, API 4589, Star Environmental, Prepared for American Petroleum Institute, 1993.

BLM_0045996

12. Emission Factors for Oil and Gas Production Operations, API 4615, Star Enivironmental, Prepared for American Petroleum Institute, 1995.

13. Fax to Eric Peterson, Santa Barbara APCD, Santa Barbara, CA from G.E. Harris, Radian/Austin, August 31, 1995.

BLM_0045997



Figure C-1.    Plot of data and regression lines with 95 percent
               confidence intervals for the all connector data
               from the 1980 (solid lines for regression
               equations and confidence bounds; O for individual
               data points) and 1993 (dashed lines for regression
               equations and confidence bounds; N for individual
               data points) refinery reports (screening values
               are in ppmv and leak rates in kg/hr).

BLM_0045998



Figure C-2.    Plot of data and regression lines with 95 percent
               confidence intervals for the gas valve data from
               the 1980 (solid lines for regression equations and
               confidence bounds; O for individual data points)
               and 1993 (dashed lines for regression equations
               and confidence bounds; N for individual data
               points) refinery reports (screening values are
               in ppmv and leak rates in kg/hr).

BLM_0045999



Figure C-3.   Comparison of ratios of predicted to measured mass
              formthe 1980 refinery, the 1993 refinery, and the
              combined 1980/1993 refinery data (a
              predicted-to-measured mass ratio of 1.0 indicates
              a perfect prediction).  Bars that reach 4.0 on the
              chart actually extend beyond 4.0.

C-20

BLM_0046000



Figure C-4.    Plot of data and regression lines with 95 percent
               confidence intervals for the light liquid flange
               data from the 1993 refinery (solid lines for
               regression equations and confidence bounds; R for
               individual data points), the 1993 marketing
               terminal (short dashed lines for regression
               equations and confidence bounds; M for individual
               data points), and the 1993 oil and gas production
               operations (alternating short and long dashed
               lines for regression equations and confidence
               bounds; M for individual data points) reports
               (screening values are in ppmv and leak rates in
               kg/hr).

BLM_0046001



Figure C-5.    Plot of data and regression lines with 95 percent
               confidence intervals for the light liquid valve
               data from the 1993 refinery (solid lines for
               regression equations and confidence bounds; R for
               individual data points), the 1993 marketing
               terminal (short dashed lines for regression
               equations and confidence bounds; M for individual
               data points), and the 1993 oil and gas production
               operations (alternating short and long dashed
               lines for regression equations and confidence
               bounds; M for individual data points) reports
               (screening values are in ppmv and leak rates in
               kg/hr).

BLM_0046002



Figure C-6.    Comparison of the ratios of predicted to observed
               mass from the 1993 refinery, marketing terminal,
               oil and gas production operations, and the
               combined refinery/marketing terminal/oil and gas
               production operations data (a
               predicted-to-measured mass ratio of 1.0 indicates
               a perfect prediction).  Bars that reach 4.0 on the
               chart actually extend beyond 4.0.

BLM_0046003

APPENDIX C:   ATTACHMENT 1

This attachment lists the bagging data used to develop the correlation equations for each of the equipment types in table C-1-1.  Also included is a summary table (table C-1-2) of the regression statistics for the 1993 refinery, marketing terminal and oil and gas production operations data individually. Note that the regression statistics presented in table C-1-2 are based on the development of the regression lines using natural logarithms of the leak rates and screening values.  Table C-1-3 lists the bagging data for the 1980 refinery data while table C-1-4 presents regression statistics for the 1980 and 1993 refinery data sets.

BLM_0046004

# TABLE C-1-1.   BAGGING DATA USED TO DEVELOP CORRELATION EQUATIONS

----------------------- Equipment Type=CONNECTOR SERVICE=G -----------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|------|------|------|------|------|
| ONOFF | 0.00000045360 | 8.00 | -14.606 | 2.079 |
| REF | 0.00000050826 | 13.00 | -14.492 | 2.565 |
| ONOFF | 0.00000181439 | 1.75 | -13.220 | 0.560 |
| ONOFF | 0.00000272158 | 106.00 | -12.814 | 4.663 |
| ONOFF | 0.00000272158 | 145.00 | -12.814 | 4.977 |
| ONOFF | 0.00000453597 | 70.00 | -12.303 | 4.248 |
| ONOFF | 0.00000498957 | 98.00 | -12.208 | 4.585 |
| ONOFF | 0.00000498957 | 1,045.00 | -12.208 | 6.952 |
| ONOFF | 0.00000680396 | 1,450.00 | -11.898 | 7.279 |
| ONOFF | 0.00000725755 | 440.00 | -11.833 | 6.087 |
| ONOFF | 0.00001043273 | 195.00 | -11.471 | 5.273 |
| ONOFF | 0.00001360791 | 6,240.00 | -11.205 | 8.739 |
| ONOFF | 0.00001632949 | 4,982.00 | -11.023 | 8.514 |
| MT | 0.00001732831 | 30.00 | -10.963 | 3.401 |
| ONOFF | 0.00001995827 | 93.00 | -10.822 | 4.533 |
| ONOFF | 0.00002313345 | 43.00 | -10.674 | 3.761 |
| ONOFF | 0.00002903021 | 890.00 | -10.447 | 6.791 |
| ONOFF | 0.00002993740 | 549.00 | -10.416 | 6.308 |
| ONOFF | 0.00003084460 | 130.50 | -10.387 | 4.871 |
| REF | 0.00004677946 | 267.00 | -9.970 | 5.587 |
| REF | 0.00004909734 | 446.00 | -9.922 | 6.100 |
| REF | 0.00006622970 | 1,196.50 | -9.622 | 7.087 |
| ONOFF | 0.00010659530 | 2,742.00 | -9.146 | 7.916 |
| ONOFF | 0.00013245033 | 1,999.00 | -8.929 | 7.600 |
| ONOFF | 0.00014061508 | 1,985.00 | -8.869 | 7.593 |
| REF | 0.00019757326 | 271.00 | -8.529 | 5.602 |
| MT | 0.00027662615 | 30.00 | -8.193 | 3.401 |
| ONOFF | 0.00033566180 | 790.00 | -7.999 | 6.672 |
| REF | 0.00039860292 | 7,745.00 | -7.828 | 8.955 |
| ONOFF | 0.00046040098 | 3,996.00 | -7.683 | 8.293 |
| ONOFF | 0.00049850313 | 5,498.00 | -7.604 | 8.612 |
| REF | 0.00094198494 | 10,995.00 | -6.968 | 9.305 |
| ONOFF | 0.00105688107 | 8,995.00 | -6.852 | 9.104 |
| REF | 0.00220312075 | 43,995.00 | -6.118 | 10.692 |

N = 34

C-25

BLM_0046005

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

-------------------- Equipment Type=CONNECTOR SERVICE=HL ----------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|------------|-------------------------------|------------------------|--------------------------------------|---------------------------------------|
| REF   | 0.00000057407  | 58.50     | -14.371 | 4.069 |
| ONOFF | 0.00001360791  | 19.50     | -11.205 | 2.970 |
| REF   | 0.00098339835  | 8,994.00  | -6.924  | 9.104 |

N = 3

-------------------- Equipment Type=CONNECTOR SERVICE=LL ----------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|------------|-------------------------------|------------------------|--------------------------------------|---------------------------------------|
| REF   | 0.00000003124 | 36.50    | -17.282 | 3.597 |
| REF   | 0.00000032133 | 38.00    | -14.951 | 3.638 |
| REF   | 0.00000039502 | 6.50     | -14.744 | 1.872 |
| ONOFF | 0.00000045360 | 13.50    | -14.606 | 2.603 |
| REF   | 0.00000069890 | 18.00    | -14.174 | 2.890 |
| REF   | 0.00000138429 | 1,335.00 | -13.490 | 7.197 |
| REF   | 0.00000140733 | 26.50    | -13.474 | 3.277 |
| ONOFF | 0.00000226799 | 1,547.00 | -12.997 | 7.344 |
| REF   | 0.00000252558 | 1,393.00 | -12.889 | 7.239 |
| ONOFF | 0.00000272158 | 20.00    | -12.814 | 2.996 |
| ONOFF | 0.00000272158 | 41.00    | -12.814 | 3.714 |
| ONOFF | 0.00000272158 | 155.00   | -12.814 | 5.043 |
| ONOFF | 0.00000272158 | 498.00   | -12.814 | 6.211 |
| ONOFF | 0.00000362878 | 75.00    | -12.527 | 4.317 |
| REF   | 0.00000366230 | 91.00    | -12.517 | 4.511 |
| ONOFF | 0.00000408237 | 56.00    | -12.409 | 4.025 |
| ONOFF | 0.00000408237 | 96.00    | -12.409 | 4.564 |
| MT    | 0.00000418117 | 35.00    | -12.385 | 3.555 |
| ONOFF | 0.00000544316 | 157.50   | -12.121 | 5.059 |
| ONOFF | 0.00000589676 | 200.00   | -12.041 | 5.298 |
| ONOFF | 0.00000635036 | 290.00   | -11.967 | 5.670 |
| ONOFF | 0.00000680396 | 39.00    | -11.898 | 3.664 |
| ONOFF | 0.00000816475 | 4,400.00 | -11.716 | 8.389 |
| MT    | 0.00001033612 | 317.00   | -11.480 | 5.759 |
| ONOFF | 0.00001133993 | 294.00   | -11.387 | 5.684 |
| ONOFF | 0.00001133993 | 1,240.00 | -11.387 | 7.123 |
| REF   | 0.00001226163 | 1,345.50 | -11.309 | 7.205 |
| ONOFF | 0.00001270072 | 123.00   | -11.274 | 4.812 |
| MT    | 0.00001529121 | 23.00    | -11.088 | 3.135 |
| ONOFF | 0.00001542230 | 322.00   | -11.080 | 5.775 |

C-26

BLM_0046006

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

-------------------- Equipment Type=CONNECTOR SERVICE=LL ----------------------
(continued)

| Plant Type | Measured Emission Rate (ppmv) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| ONOFF | 0.00001542230 | 395.00 | -11.080 | 5.979 |
| MT | 0.00001610768 | 23.00 | -11.036 | 3.135 |
| REF | 0.00001628413 | 649.00 | -11.025 | 6.475 |
| ONOFF | 0.00001814388 | 56.00 | -10.917 | 4.025 |
| REF | 0.00018800613 | 19,304.00 | -10.881 | 9.868 |
| ONOFF | 0.00002222625 | 945.00 | -10.714 | 6.851 |
| ONOFF | 0.00002267985 | 825.00 | -10.694 | 6.715 |
| ONOFF | 0.00002313345 | 5,900.00 | -10.674 | 8.683 |
| ONOFF | 0.00002585503 | 172.00 | -10.563 | 5.147 |
| MT | 0.00002609816 | 45.00 | -10.554 | 3.807 |
| MT | 0.00002844053 | 321.00 | -10.468 | 5.771 |
| ONOFF | 0.00002993740 | 121.00 | -10.416 | 4.796 |
| ONOFF | 0.00003356618 | 450.00 | -10.302 | 6.109 |
| MT | 0.00003923025 | 42.50 | -10.146 | 3.750 |
| MT | 0.00004271251 | 670.00 | -10.061 | 6.507 |
| MT | 0.00004451148 | 446.50 | -10.020 | 6.101 |
| MT | 0.00004481675 | 542.00 | -10.013 | 6.295 |
| ONOFF | 0.00005080287 | 6,930.00 | -9.888 | 8.844 |
| ONOFF | 0.00005216366 | 1,996.00 | -9.861 | 7.599 |
| MT | 0.00005430464 | 112.00 | -9.821 | 4.718 |
| MT | 0.00005460855 | 96.00 | -9.815 | 4.564 |
| ONOFF | 0.00006304999 | 3,248.00 | -9.672 | 8.086 |
| REF | 0.00006329946 | 21,996.00 | -9.668 | 9.999 |
| MT | 0.00006931416 | 141.50 | -9.577 | 4.952 |
| MT | 0.00008792071 | 511.00 | -9.339 | 6.236 |
| ONOFF | 0.00009570897 | 8,450.00 | -9.254 | 9.042 |
| ONOFF | 0.00010886329 | 1,245.00 | -9.125 | 7.127 |
| ONOFF | 0.00011612084 | 3,495.00 | -9.061 | 8.159 |
| ONOFF | 0.00012847120 | 1,900.00 | -9.008 | 7.550 |
| ONOFF | 0.00013381112 | 6,998.00 | -8.919 | 8.853 |
| MT | 0.00013952191 | 420.00 | -8.877 | 6.040 |
| ONOFF | 0.00018461399 | 2,992.00 | -8.597 | 8.004 |
| MT | 0.00021457407 | 621.50 | -8.447 | 6.432 |
| ONOFF | 0.00021863377 | 5,990.00 | -8.428 | 8.698 |
| MT | 0.00025722126 | 41.00 | -8.266 | 3.714 |
| ONOFF | 0.00026263268 | 1,249.00 | -8.245 | 7.130 |
| REF | 0.00026441985 | 3,595.50 | -8.238 | 8.187 |
| MT | 0.00030734827 | 270.00 | -8.088 | 5.598 |
| MT | 0.00031839790 | 171.50 | -8.052 | 5.145 |
| ONOFF | 0.00032341468 | 1,993.00 | -8.037 | 7.597 |
| ONOFF | 0.00033475460 | 2,240.00 | -8.002 | 7.714 |
| ONOFF | 0.00041640207 | 290.00 | -7.784 | 5.670 |
| MT | 0.00071681938 | 6,996.00 | -7.241 | 8.853 |
| MT | 0.00075932142 | 940.00 | -7.183 | 6.846 |

BLM_0046007

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

-------------------- Equipment Type=CONNECTOR SERVICE=LL ---------------------
(continued)

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| REF | 0.00082713417 | 89,996.50 | -7.098 | 11.408 |
| REF | 0.00087190420 | 62,482.50 | -7.045 | 11.043 |
| REF | 0.00090365599 | 6,492.50 | -7.009 | 8.778 |
| ONOFF | 0.00152363240 | 2,490.00 | -6.487 | 7.820 |
| REF | 0.00337970607 | 52,843.00 | -5.690 | 10.875 |
| REF | 0.02082463939 | 27,493.00 | -3.872 | 10.222 |
| ONOFF | 0.15713462760 | 44,990.00 | -1.851 | 10.714 |

N = 81

---------------------- Equipment Type=FLANGE SERVICE=G -----------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| REF | 0.00000133929 | 344.50 | -13.523 | 5.842 |
| ONOFF | 0.00000272158 | 46.00 | -12.814 | 3.829 |
| REF | 0.00000347791 | 97.00 | -12.569 | 4.575 |
| MT | 0.00000944344 | 37.50 | -11.570 | 3.624 |
| ONOFF | 0.00000952554 | 122.00 | -11.562 | 4.804 |
| ONOFF | 0.00001133993 | 398.00 | -11.387 | 5.986 |
| ONOFF | 0.00003220539 | 597.00 | -10.343 | 6.392 |
| REF | 0.00003784088 | 81.00 | -10.182 | 4.394 |
| ONOFF | 0.00003810215 | 39.00 | -10.175 | 3.664 |
| ONOFF | 0.00005553884 | 197.00 | -9.802 | 5.283 |
| ONOFF | 0.00007076114 | 1,996.00 | -9.556 | 7.599 |
| ONOFF | 0.00054068765 | 424.00 | -7.523 | 6.050 |
| REF | 0.00268479543 | 4,996.00 | -5.920 | 8.516 |
| ONOFF | 0.00444751882 | 999.00 | -5.415 | 6.907 |

N = 14

C-28

BLM_0046008

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

---------------------- Equipment Type=FLANGE SERVICE=HL ----------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| REF | 0.00000585594 | 22.50 | -12.048 | 3.114 |
| ONOFF | 0.00000907194 | 345.00 | -11.610 | 5.844 |

N = 2

BLM_0046009

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

---------------------- Equipment Type=FLANGE SERVICE=LL ----------------------

| Plant Type | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| REF | 0.00000084061 | 5.00 | -13.989 | 1.609 |
| REF | 0.00000206056 | 19.50 | -13.093 | 2.970 |
| ONOFF | 0.00000317518 | 84.00 | -12.660 | 4.431 |
| ONOFF | 0.00000544316 | 133.50 | -12.121 | 4.894 |
| MT | 0.00000558151 | 46.00 | -12.096 | 3.829 |
| ONOFF | 0.00000680396 | 4,480.00 | -11.898 | 8.407 |
| REF | 0.00001045859 | 595.50 | -11.468 | 6.389 |
| ONOFF | 0.00001315431 | 174.00 | -11.239 | 5.159 |
| MT | 0.00001445342 | 34.50 | -11.145 | 3.541 |
| ONOFF | 0.00001451510 | 65.00 | -11.140 | 4.174 |
| MT | 0.00001889096 | 50.00 | -10.877 | 3.912 |
| ONOFF | 0.00001905108 | 10.50 | -10.868 | 2.351 |
| ONOFF | 0.00002585503 | 186.00 | -10.563 | 5.226 |
| ONOFF | 0.00002903021 | 530.00 | -10.447 | 6.273 |
| MT | 0.00003226209 | 1,096.50 | -10.342 | 7.000 |
| REF | 0.00003390230 | 69.50 | -10.292 | 4.241 |
| ONOFF | 0.00003674136 | 3,997.00 | -10.212 | 8.293 |
| ONOFF | 0.00003764855 | 192.00 | -10.187 | 5.257 |
| ONOFF | 0.00003991654 | 247.00 | -10.129 | 5.509 |
| MT | 0.00005107956 | 87.00 | -9.882 | 4.466 |
| MT | 0.00006298648 | 1,096.50 | -9.673 | 7.000 |
| REF | 0.00007970607 | 1,996.00 | -9.437 | 7.599 |
| REF | 0.00008327588 | 222.50 | -9.393 | 5.405 |
| REF | 0.00012617255 | 593.00 | -8.978 | 6.385 |
| MT | 0.00013896398 | 392.00 | -8.881 | 5.971 |
| REF | 0.00016897850 | 1,548.00 | -8.686 | 7.345 |
| REF | 0.00024779098 | 3,244.50 | -8.303 | 8.085 |
| ONOFF | 0.00025129275 | 1,145.00 | -8.289 | 7.043 |
| MT | 0.00025963440 | 94.00 | -8.256 | 4.543 |
| REF | 0.00030001361 | 671.00 | -8.112 | 6.509 |
| MT | 0.00037563277 | 27.50 | -7.887 | 3.314 |
| MT | 0.00046017418 | 372.50 | -7.684 | 5.920 |
| MT | 0.00090079833 | 37.50 | -7.012 | 3.624 |
| REF | 0.00095309807 | 20,246.00 | -6.956 | 9.916 |
| MT | 0.00096566271 | 997.00 | -6.943 | 6.905 |
| REF | 0.00125641840 | 34,995.50 | -6.679 | 10.463 |
| REF | 0.00169028395 | 3,997.50 | -6.383 | 8.293 |
| REF | 0.00344683843 | 11,547.00 | -5.670 | 9.354 |
| ONOFF | 0.00355020391 | 1,998.00 | -5.641 | 7.600 |
| REF | 0.00382985576 | 1,495.00 | -5.565 | 7.310 |

N = 40

BLM_0046010

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

-------------------- Equipment Type=INSTRUMENT SERVICE=G ---------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| ONOFF | 0.00007302912 | 1,992.00 | -9.525 | 7.597 |
| ONOFF | 0.00028259095 | 29,998.00 | -8.172 | 10.309 |

N = 2

-------------------- Equipment Type=INSTRUMENT SERVICE=LL ---------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| ONOFF | 0.00000272158 | 2,743.00 | -12.814 | 7.917 |

N = 1

---------------------- Equipment Type=LOADARM SERVICE=G ----------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| MT | 0.00000641205 | 18.00 | -11.957 | 2.890 |
| MT | 0.00002664338 | 45.00 | -10.533 | 3.807 |
| MT | 0.00007439445 | 70.00 | -9.506 | 4.248 |
| MT | 0.00036316339 | 19.50 | -7.921 | 2.970 |
| MT | 0.00134378118 | 2,498.50 | -6.612 | 7.823 |
| MT | 0.00294180350 | 387.00 | -5.829 | 5.958 |
| MT | 0.00397654903 | 1,096.00 | -5.527 | 6.999 |

N = 7

C-31

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

---------------------- Equipment Type=LOADARM SERVICE=LL ----------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| MT | 0.00000263449 | 3.00 | -12.847 | 1.099 |
| MT | 0.00000483852 | 75.00 | -12.239 | 4.317 |
| MT | 0.00000647374 | 76.00 | -11.948 | 4.331 |
| MT | 0.00001007893 | 6.00 | -11.505 | 1.792 |
| MT | 0.00001144289 | 4.50 | -11.378 | 1.504 |
| MT | 0.00001305906 | 5.50 | -11.246 | 1.705 |
| MT | 0.00001802640 | 33.00 | -10.924 | 3.497 |
| MT | 0.00001825229 | 6.00 | -10.911 | 1.792 |
| MT | 0.00002585775 | 79.00 | -10.563 | 4.369 |
| MT | 0.00002943210 | 26.50 | -10.433 | 3.277 |
| MT | 0.00004225755 | 46.50 | -10.072 | 3.839 |
| MT | 0.00005778372 | 15.00 | -9.759 | 2.708 |
| MT | 0.00007896671 | 70.00 | -9.446 | 4.248 |
| MT | 0.00010795156 | 96.00 | -9.134 | 4.564 |
| MT | 0.00012671233 | 10.50 | -8.974 | 2.351 |
| MT | 0.00021594394 | 145.50 | -8.440 | 4.980 |

N = 16

BLM_0046012

Table C-1-1. Bagging Data Used to Develop Correlation Equations

------------------------ Equipment Type=OEL SERVICE=G ------------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| REF | 0.00000077642 | 20.30 | -14.069 | 3.011 |
| ONOFF | 0.00000090719 | 9.00 | -13.913 | 2.197 |
| ONOFF | 0.00000136079 | 8.00 | -13.507 | 2.079 |
| REF | 0.00000177710 | 60.50 | -13.241 | 4.103 |
| ONOFF | 0.00000181439 | 20.50 | -13.220 | 3.020 |
| ONOFF | 0.00000181439 | 26.50 | -13.220 | 3.277 |
| ONOFF | 0.00000181439 | 30.50 | -13.220 | 3.418 |
| ONOFF | 0.00000226799 | 84.00 | -12.997 | 4.431 |
| ONOFF | 0.00000272158 | 48.00 | -12.814 | 3.871 |
| ONOFF | 0.00000272158 | 195.00 | -12.814 | 5.273 |
| ONOFF | 0.00000272158 | 63.00 | -12.814 | 4.143 |
| ONOFF | 0.00000272158 | 113.50 | -12.814 | 4.732 |
| ONOFF | 0.00000362878 | 440.00 | -12.527 | 6.087 |
| ONOFF | 0.00000362878 | 499.00 | -12.527 | 6.213 |
| REF | 0.00000391912 | 16.50 | -12.450 | 2.803 |
| ONOFF | 0.00000408237 | 546.00 | -12.409 | 6.303 |
| ONOFF | 0.00000453597 | 377.00 | -12.303 | 5.932 |
| ONOFF | 0.00000498957 | 59.00 | -12.208 | 4.078 |
| ONOFF | 0.00000544316 | 24.00 | -12.121 | 3.178 |
| ONOFF | 0.00000544316 | 930.00 | -12.121 | 6.835 |
| ONOFF | 0.00000589676 | 755.00 | -12.041 | 6.627 |
| ONOFF | 0.00000771115 | 65.00 | -11.773 | 4.174 |
| ONOFF | 0.00000861834 | 740.00 | -11.662 | 6.607 |
| ONOFF | 0.00000907194 | 383.00 | -11.610 | 5.948 |
| ONOFF | 0.00001043273 | 600.00 | -11.471 | 6.397 |
| ONOFF | 0.00001088633 | 4,430.00 | -11.428 | 8.396 |
| ONOFF | 0.00001133993 | 250.00 | -11.387 | 5.521 |
| REF | 0.00001313209 | 893.00 | -11.240 | 6.795 |
| ONOFF | 0.00001587590 | 349.00 | -11.051 | 5.855 |
| ONOFF | 0.00001859748 | 2,725.00 | -10.892 | 7.910 |
| ONOFF | 0.00002177266 | 1,745.00 | -10.735 | 7.465 |
| ONOFF | 0.00002812302 | 1,747.00 | -10.479 | 7.466 |
| ONOFF | 0.00002857661 | 1,143.00 | -10.463 | 7.041 |
| ONOFF | 0.00003039100 | 1,400.00 | -10.401 | 7.244 |
| REF | 0.00003324186 | 1,295.00 | -10.312 | 7.166 |
| ONOFF | 0.00003447337 | 1,845.00 | -10.275 | 7.520 |
| REF | 0.00004146875 | 15,068.00 | -10.091 | 9.620 |
| ONOFF | 0.00004853488 | 17,499.00 | -9.933 | 9.770 |
| ONOFF | 0.00007166833 | 820.00 | -9.543 | 6.709 |
| ONOFF | 0.00008845142 | 483.50 | -9.333 | 6.181 |
| ONOFF | 0.00010024494 | 170.00 | -9.208 | 5.136 |
| ONOFF | 0.00012065681 | 1,043.00 | -9.023 | 6.950 |
| ONOFF | 0.00013743990 | 3,400.00 | -8.892 | 8.132 |
| ONOFF | 0.00016057335 | 999.00 | -8.737 | 6.907 |
| ONOFF | 0.00016737730 | 80.00 | -8.695 | 4.382 |

BLM_0046013

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

----------------------- Equipment Type=OEL SERVICE=G ------------------------
(continued)

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| ONOFF | 0.00020729384 | 3,746.00 | -8.481 | 8.228 |
| ONOFF | 0.00025991109 | 849.00 | -8.255 | 6.744 |
| ONOFF | 0.00029257008 | 13,497.00 | -8.137 | 9.510 |
| ONOFF | 0.00043046358 | 1,980.00 | -7.751 | 7.591 |
| ONOFF | 0.00057652182 | 27,497.00 | -7.458 | 10.222 |
| ONOFF | 0.00084278327 | 5,998.00 | -7.079 | 8.699 |
| REF | 0.00087367323 | 44,998.00 | -7.043 | 10.714 |
| ONOFF | 0.00107184977 | 5,998.00 | -6.838 | 8.699 |
| ONOFF | 0.00229792253 | 14,999.00 | -6.076 | 9.616 |
| ONOFF | 0.04543499955 | 1,800.00 | -3.091 | 7.496 |

N = 55

----------------------- Equipment Type=OEL SERVICE=HL ------------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| REF | 0.00000137984 | 195.00 | -13.494 | 5.273 |
| ONOFF | 0.00000453597 | 107.50 | -12.303 | 4.677 |
| ONOFF | 0.00000498957 | 33.50 | -12.208 | 3.512 |
| ONOFF | 0.00000544316 | 75.00 | -12.121 | 4.317 |
| ONOFF | 0.00000544316 | 170.00 | -12.121 | 5.136 |
| ONOFF | 0.00000635036 | 85.50 | -11.967 | 4.449 |
| ONOFF | 0.00001224712 | 75.00 | -11.310 | 4.317 |
| ONOFF | 0.00002948381 | 95.00 | -10.432 | 4.554 |
| ONOFF | 0.00005533884 | 142.00 | -9.802 | 4.956 |
| ONOFF | 0.00005715323 | 58.00 | -9.770 | 4.060 |
| ONOFF | 0.00006304999 | 329.50 | -9.672 | 5.798 |
| ONOFF | 0.00008074027 | 2,994.00 | -9.424 | 8.004 |
| REF | 0.00011177991 | 1,097.50 | -9.099 | 7.001 |
| REF | 0.00018571169 | 15,496.50 | -8.591 | 9.648 |
| ONOFF | 0.00045904019 | 1,194.00 | -7.686 | 7.085 |
| ONOFF | 0.00109226163 | 4,990.00 | -6.820 | 8.515 |

N = 16

BLM_0046014

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

----------------------- Equipment Type=OEL SERVICE=LL -----------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| ONOFF | 0.00000045360 | 698.00 | -14.606 | 6.548 |
| REF | 0.00000079071 | 100.00 | -14.050 | 4.605 |
| ONOFF | 0.00000090719 | 293.00 | -13.913 | 5.680 |
| MT | 0.00000109340 | 1.00 | -13.726 | 0.000 |
| ONOFF | 0.00000136079 | 122.00 | -13.507 | 4.804 |
| MT | 0.00000179606 | 2.00 | -13.230 | 0.693 |
| ONOFF | 0.00000181439 | 3.75 | -13.220 | 1.322 |
| REF | 0.00000269491 | 14.50 | -12.824 | 2.674 |
| ONOFF | 0.00000272158 | 96.00 | -12.814 | 4.564 |
| ONOFF | 0.00000272158 | 75.00 | -12.814 | 4.317 |
| ONOFF | 0.00000272158 | 110.00 | -12.814 | 4.700 |
| REF | 0.00000272462 | 1,448.00 | -12.813 | 7.278 |
| MT | 0.00000289948 | 8.00 | -12.751 | 2.079 |
| MT | 0.00000312574 | 1.75 | -12.676 | 0.560 |
| ONOFF | 0.00000317518 | 63.00 | -12.660 | 4.143 |
| ONOFF | 0.00000317518 | 547.00 | -12.660 | 6.304 |
| REF | 0.00000396675 | 488.00 | -12.438 | 6.190 |
| ONOFF | 0.00000453597 | 1,004.00 | -12.303 | 6.912 |
| ONOFF | 0.00000725755 | 180.00 | -11.833 | 5.193 |
| ONOFF | 0.00000725755 | 1,148.00 | -11.833 | 7.046 |
| ONOFF | 0.00000771115 | 148.00 | -11.773 | 4.997 |
| ONOFF | 0.00000771115 | 1,000.50 | -11.773 | 6.908 |
| REF | 0.00000810124 | 247.00 | -11.723 | 5.509 |
| ONOFF | 0.00000861834 | 535.00 | -11.662 | 6.282 |
| MT | 0.00001089767 | 175.50 | -11.427 | 5.168 |
| ONOFF | 0.00001224712 | 3.00 | -11.310 | 1.099 |
| MT | 0.00001287898 | 545.50 | -11.260 | 6.302 |
| ONOFF | 0.00001360791 | 996.00 | -11.205 | 6.904 |
| REF | 0.00001366144 | 522.50 | -11.201 | 6.259 |
| ONOFF | 0.00001496870 | 2.50 | -11.110 | 0.916 |
| ONOFF | 0.00002131906 | 44.00 | -10.756 | 3.784 |
| ONOFF | 0.00002585503 | 1,498.00 | -10.563 | 7.312 |
| ONOFF | 0.00002721582 | 99.00 | -10.512 | 4.595 |
| REF | 0.00003169282 | 1,493.00 | -10.359 | 7.309 |
| REF | 0.00003332713 | 66.50 | -10.309 | 4.197 |
| MT | 0.00003502223 | 296.00 | -10.260 | 5.690 |
| ONOFF | 0.00004127733 | 2,144.00 | -10.095 | 7.670 |
| ONOFF | 0.00004399891 | 1,492.00 | -10.031 | 7.308 |
| MT | 0.00004551393 | 51.00 | -9.997 | 3.932 |
| ONOFF | 0.00007529711 | 849.00 | -9.494 | 6.744 |
| REF | 0.00007992833 | 3,243.00 | -9.434 | 8.084 |
| REF | 0.00009666606 | 14,846.00 | -9.244 | 9.605 |
| ONOFF | 0.00010659530 | 1,748.00 | -9.146 | 7.466 |
| ONOFF | 0.00010704890 | 6,985.00 | -9.142 | 8.852 |
| ONOFF | 0.00011067767 | 796.00 | -9.109 | 6.680 |

C-35

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

----------------------- Equipment Type=OEL SERVICE=LL -----------------------
(continued)

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| ONOFF | 0.00012428558 | 2,200.00 | -8.993 | 7.696 |
| ONOFF | 0.00013063594 | 34,996.00 | -8.943 | 10.463 |
| REF | 0.00013571623 | 535.00 | -8.905 | 6.282 |
| ONOFF | 0.00020956183 | 2,097.00 | -8.470 | 7.648 |
| ONOFF | 0.00023541686 | 2,248.00 | -8.354 | 7.718 |
| MT | 0.00028113490 | 142.00 | -8.177 | 4.956 |
| ONOFF | 0.00029483807 | 1,744.00 | -8.129 | 7.464 |
| REF | 0.00035645469 | 1,996.00 | -7.939 | 7.599 |
| ONOFF | 0.00035970244 | 1,190.00 | -7.930 | 7.082 |
| ONOFF | 0.00038510387 | 4,489.00 | -7.862 | 8.409 |
| MT | 0.00053411050 | 495.00 | -7.535 | 6.205 |
| REF | 0.00056373038 | 12,493.50 | -7.481 | 9.433 |
| MT | 0.00056382110 | 93.00 | -7.481 | 4.533 |
| MT | 0.00076480994 | 1,186.00 | -7.176 | 7.078 |
| MT | 0.00082414043 | 210.00 | -7.101 | 5.347 |
| MT | 0.00086428377 | 1,039.00 | -7.054 | 6.946 |
| REF | 0.00092007620 | 12,990.00 | -6.991 | 9.472 |
| ONOFF | 0.00120112492 | 37,492.00 | -6.724 | 10.532 |
| MT | 0.00175405969 | 990.00 | -6.346 | 6.898 |
| ONOFF | 0.00219268802 | 19,992.00 | -6.123 | 9.903 |
| ONOFF | 0.00361471469 | 42,493.00 | -5.623 | 10.657 |
| ONOFF | 0.00594257462 | 69,994.00 | -5.126 | 11.156 |
| ONOFF | 0.00753968974 | 347.00 | -4.888 | 5.849 |
| REF | 0.00883470924 | 26,795.00 | -4.729 | 10.196 |
| MT | 0.05022226254 | 7,992.00 | -2.991 | 8.986 |

N = 70

----------------------- Equipment Type=OTHER SERVICE=G -----------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| MT | 0.00001317427 | 970.00 | -11.237 | 6.877 |

N = 1

C-36

BLM_0046016

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

---------------------- Equipment Type=OTHER SERVICE=LL ----------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| MT | 0.00000408142 | 73.00 | -12.409 | 4.290 |
| MT | 0.00001337113 | 3,995.00 | -11.222 | 8.293 |
| MT | 0.00003222716 | 2,991.00 | -10.343 | 8.003 |

N = 3

------------------------ Equipment Type=PRV SERVICE=G ------------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| REF | 0.00000184074 | 2,595.00 | -13.205 | 7.861 |
| ONOFF | 0.00000408237 | 19.00 | -12.409 | 2.944 |
| ONOFF | 0.00001451510 | 81.00 | -11.140 | 4.394 |
| ONOFF | 0.00007393631 | 149.00 | -9.512 | 5.004 |
| ONOFF | 0.00010387372 | 578.50 | -9.172 | 6.360 |
| ONOFF | 0.00014651184 | 1,345.00 | -8.828 | 7.204 |
| ONOFF | 0.00029166289 | 1,741.00 | -8.140 | 7.462 |

N = 7

------------------------ Equipment Type=PRV SERVICE=LL -----------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| REF | 0.00000105779 | 3.80 | -13.759 | 1.335 |
| ONOFF | 0.00001496870 | 297.00 | -11.110 | 5.694 |
| ONOFF | 0.00002812302 | 997.00 | -10.479 | 6.905 |
| ONOFF | 0.00024312801 | 5,491.00 | -8.322 | 8.611 |

N = 4

C-37

BLM_0046017

Table C-1-1. Bagging Data Used to Develop Correlation Equations

----------------------- Equipment Type=PUMP SERVICE=HL -----------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| REF | 0.00000090434 | 281.00 | -13.916 | 5.638 |
| REF | 0.00000241563 | 10.00 | -12.934 | 2.303 |
| REF | 0.00000450227 | 6.80 | -12.311 | 1.917 |
| REF | 0.00001091808 | 19.00 | -11.425 | 2.944 |
| REF | 0.000026122447 | 18.00 | -10.553 | 2.890 |
| REF | 0.00006783543 | 9.50 | -9.598 | 2.251 |
| REF | 0.00032885331 | 45.50 | -8.020 | 3.818 |
| REF | 0.00082590946 | 323.00 | -7.099 | 5.778 |
| REF | 0.00089771387 | 1,145.50 | -7.016 | 7.044 |
| REF | 0.00290669509 | 277.00 | -5.841 | 5.624 |
| REF | 0.01268710877 | 9,496.50 | -4.367 | 9.159 |

N = 11

BLM_0046018

Table C-1-1. Bagging Data Used to Develop Correlation Equations

------------------------ Equipment Type=PUMP SERVICE=LL ------------------------

| Plant Type | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|------------|-------------------------------|------------------------|--------------------------------------|----------------------------------------|
| MT    | 0.00000569400 | 24.50     | -12.076 | 3.199  |
| REF   | 0.00002452599 | 107.00    | -10.616 | 4.673  |
| MT    | 0.00002501950 | 2.00      | -10.596 | 0.693  |
| MT    | 0.00002550576 | 20.00     | -10.577 | 2.996  |
| MT    | 0.00003079742 | 95.00     | -10.388 | 4.554  |
| REF   | 0.00003737186 | 7,999.00  | -10.195 | 8.987  |
| MT    | 0.00003825274 | 45.50     | -10.171 | 3.818  |
| REF   | 0.00004112537 | 126.00    | -10.099 | 4.836  |
| REF   | 0.00004198093 | 192.00    | -10.078 | 5.257  |
| REF   | 0.00005151955 | 66.50     | -9.874  | 4.197  |
| REF   | 0.00006067767 | 4.50      | -9.710  | 1.504  |
| MT    | 0.00006509571 | 5.00      | -9.640  | 1.609  |
| MT    | 0.00006677855 | 7.50      | -9.614  | 2.015  |
| REF   | 0.00014387644 | 22.00     | -8.847  | 3.091  |
| REF   | 0.00018394954 | 21.50     | -8.572  | 3.068  |
| REF   | 0.00028473646 | 7,999.00  | -8.164  | 8.987  |
| REF   | 0.00034099156 | 136.00    | -7.984  | 4.913  |
| MT    | 0.00034670235 | 8,945.50  | -7.967  | 9.099  |
| REF   | 0.00048530346 | 127.00    | -7.631  | 4.844  |
| REF   | 0.00052476640 | 15.50     | -7.553  | 2.741  |
| REF   | 0.00059974599 | 1,780.00  | -7.419  | 7.484  |
| REF   | 0.00062650821 | 66.00     | -7.375  | 4.190  |
| MT    | 0.00066574435 | 43.00     | -7.315  | 3.761  |
| REF   | 0.00082055702 | 27,996.00 | -7.106  | 10.240 |
| REF   | 0.00086514560 | 33,744.50 | -7.053  | 10.427 |
| MT    | 0.00092406786 | 6,868.00  | -6.987  | 8.835  |
| REF   | 0.00095527533 | 5,970.00  | -6.954  | 8.695  |
| REF   | 0.00119445704 | 22,995.00 | -6.730  | 10.043 |
| REF   | 0.00121223805 | 1,394.00  | -6.715  | 7.240  |
| REF   | 0.00122534700 | 621.00    | -6.705  | 6.431  |
| REF   | 0.00153538057 | 183.50    | -6.479  | 5.212  |
| REF   | 0.00179438447 | 1,697.00  | -6.323  | 7.437  |
| REF   | 0.00220076204 | 947.00    | -6.119  | 6.853  |
| REF   | 0.00301020593 | 996.00    | -5.806  | 6.904  |
| REF   | 0.00489884786 | 395.00    | -5.319  | 5.979  |
| REF   | 0.00679034746 | 5,745.50  | -4.992  | 8.656  |
| REF   | 0.00757234873 | 4,997.00  | -4.883  | 8.517  |
| REF   | 0.00958087635 | 41,995.00 | -4.648  | 10.645 |
| REF   | 0.00968248208 | 13,995.00 | -4.637  | 9.546  |
| MT    | 0.01317699356 | 4,488.00  | -4.329  | 8.409  |
| REF   | 0.03439081920 | 17,694.50 | -3.370  | 9.781  |
| ONOFF | 0.07243808401 | 4,992.00  | -2.625  | 8.516  |

N = 42

C-39

BLM_0046019

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

------------------- Equipment Type=STUFFING BOX SERVICE=HL --------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| ONOFF | 0.00000317518 | 26.00 | -12.660 | 3.258 |
| ONOFF | 0.00000317518 | 46.00 | -12.660 | 3.829 |
| ONOFF | 0.00000317518 | 47.50 | -12.660 | 3.861 |
| ONOFF | 0.00000544316 | 75.00 | -12.121 | 4.317 |
| ONOFF | 0.00000589676 | 162.00 | -12.041 | 5.088 |
| ONOFF | 0.00001043273 | 145.00 | -11.471 | 4.977 |
| ONOFF | 0.00001451510 | 145.00 | -11.140 | 4.977 |
| ONOFF | 0.00004127733 | 127.00 | -10.095 | 4.844 |
| ONOFF | 0.00007076114 | 294.00 | -9.556 | 5.684 |
| ONOFF | 0.00089630772 | 795.00 | -7.017 | 6.678 |
| ONOFF | 0.00129592670 | 1,095.00 | -6.649 | 6.999 |

N = 11

------------------- Equipment Type=STUFFING BOX SERVICE=LL --------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| ONOFF | 0.00014197587 | 293.00 | -8.860 | 5.680 |
| ONOFF | 0.00032114669 | 842.00 | -8.044 | 6.736 |
| ONOFF | 0.00046266896 | 630.00 | -7.678 | 6.446 |
| ONOFF | 0.00052390456 | 71.00 | -7.554 | 4.263 |
| ONOFF | 0.00059421210 | 647.00 | -7.428 | 6.472 |
| ONOFF | 0.00107321056 | 4,498.00 | -6.837 | 8.411 |
| ONOFF | 0.00114442529 | 1,246.00 | -6.773 | 7.128 |
| ONOFF | 0.00120611449 | 992.00 | -6.720 | 6.900 |
| ONOFF | 0.00142293387 | 748.00 | -6.555 | 6.617 |
| ONOFF | 0.00371586682 | 3,994.00 | -5.595 | 8.293 |
| ONOFF | 0.00399664338 | 4,498.00 | -5.522 | 8.411 |
| ONOFF | 0.00602331489 | 3,496.00 | -5.112 | 8.159 |

N = 12

BLM_0046020

# TABLE C-1-1. BAGGING DATA USED TO DEVELOP CORRELATION EQUATIONS
## (CONTINUED)

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

----------------------- Equipment Type=VALVE SERVICE=G -----------------------

| Plant Type | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| ONOFF | 0.00000045360 | 1.25 | -14.606 | 0.223 |
| ONOFF | 0.00000045360 | 9.00 | -14.606 | 2.197 |
| ONOFF | 0.00000045360 | 52.50 | -14.606 | 3.961 |
| ONOFF | 0.00000045360 | 1,997.00 | -14.606 | 7.599 |
| ONOFF | 0.00000090719 | 122.00 | -13.913 | 4.804 |
| REF | 0.00000108460 | 150.00 | -13.734 | 5.011 |
| ONOFF | 0.00000136079 | 142.00 | -13.507 | 4.956 |
| REF | 0.00000162324 | 78.00 | -13.331 | 4.357 |
| MT | 0.00000211567 | 295.50 | -13.066 | 5.689 |
| MT | 0.00000226853 | 1.00 | -12.996 | 0.000 |
| ONOFF | 0.00000272158 | 46.50 | -12.814 | 3.839 |
| ONOFF | 0.00000272158 | 227.50 | -12.814 | 5.427 |
| ONOFF | 0.00000317518 | 31.50 | -12.660 | 3.450 |
| ONOFF | 0.00000317518 | 42.00 | -12.660 | 3.738 |
| REF | 0.00000322045 | 33.00 | -12.646 | 3.497 |
| REF | 0.00000323338 | 23.50 | -12.642 | 3.157 |
| ONOFF | 0.00000453597 | 180.00 | -12.303 | 5.193 |
| REF | 0.00000474236 | 11.00 | -12.259 | 2.398 |
| ONOFF | 0.00000498957 | 1,497.00 | -12.208 | 7.311 |
| ONOFF | 0.00000498957 | 1,780.00 | -12.208 | 7.484 |
| REF | 0.00000566633 | 68.50 | -12.081 | 4.227 |
| REF | 0.00000584324 | 50.00 | -12.050 | 3.912 |
| ONOFF | 0.00000635036 | 749.00 | -11.967 | 6.619 |
| REF | 0.00000662796 | 22.50 | -11.924 | 3.114 |
| ONOFF | 0.00000725755 | 1,620.00 | -11.833 | 7.390 |
| ONOFF | 0.00000907194 | 648.00 | -11.610 | 6.474 |
| ONOFF | 0.00000952554 | 299.00 | -11.562 | 5.700 |
| REF | 0.00000959040 | 105.00 | -11.555 | 4.654 |
| ONOFF | 0.00000997913 | 3.50 | -11.515 | 1.253 |
| ONOFF | 0.00000997913 | 3.50 | -11.515 | 1.253 |
| REF | 0.00001004944 | 240.00 | -11.508 | 5.481 |
| REF | 0.00001313209 | 66.00 | -11.240 | 4.190 |
| REF | 0.00001568266 | 306.00 | -11.063 | 5.724 |
| REF | 0.00001582872 | 26.00 | -11.054 | 3.258 |
| REF | 0.00001608773 | 1,194.50 | -11.037 | 7.085 |
| ONOFF | 0.00001905108 | 1,300.00 | -10.868 | 7.170 |
| REF | 0.00001952236 | 724.00 | -10.844 | 6.585 |
| ONOFF | 0.00002177266 | 96.00 | -10.735 | 4.564 |
| ONOFF | 0.00002404064 | 236.50 | -10.636 | 5.466 |
| REF | 0.00002500272 | 13.00 | -10.597 | 2.565 |
| ONOFF | 0.00002721582 | 115.00 | -10.512 | 4.745 |
| REF | 0.00002723941 | 100.00 | -10.511 | 4.605 |
| REF | 0.00002964075 | 1,495.00 | -10.426 | 7.310 |
| REF | 0.00002977456 | 798.50 | -10.422 | 6.683 |
| ONOFF | 0.00002993740 | 71.00 | -10.416 | 4.263 |

C-41

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

---------------------- Equipment Type=VALVE SERVICE=G ----------------------
(continued)

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| ONOFF | 0.00003039100 | 3,485.00 | -10.401 | 8.156 |
| ONOFF | 0.00003129819 | 1,880.00 | -10.372 | 7.539 |
| REF | 0.00003320285 | 297.00 | -10.313 | 5.694 |
| ONOFF | 0.00003538057 | 870.00 | -10.249 | 6.768 |
| ONOFF | 0.00004581330 | 1,746.00 | -9.991 | 7.465 |
| REF | 0.00004823551 | 396.50 | -9.939 | 5.983 |
| ONOFF | 0.00004853488 | 490.00 | -9.933 | 6.194 |
| REF | 0.00005161027 | 195.50 | -9.872 | 5.276 |
| ONOFF | 0.00005171006 | 1,048.00 | -9.870 | 6.955 |
| REF | 0.00005379207 | 331.50 | -9.830 | 5.804 |
| REF | 0.00005465391 | 22.50 | -9.814 | 3.114 |
| REF | 0.00005555656 | 1,049.00 | -9.798 | 6.956 |
| ONOFF | 0.00005760682 | 918.00 | -9.762 | 6.822 |
| REF | 0.00005882700 | 1,045.00 | -9.741 | 6.952 |
| REF | 0.00006236052 | 515.00 | -9.683 | 6.244 |
| ONOFF | 0.00006441078 | 169.00 | -9.650 | 5.130 |
| REF | 0.00006601651 | 496.50 | -9.626 | 6.208 |
| REF | 0.00006713236 | 795.00 | -9.609 | 6.678 |
| ONOFF | 0.00007030754 | 498.00 | -9.563 | 6.211 |
| ONOFF | 0.00007166833 | 1,497.00 | -9.543 | 7.311 |
| REF | 0.00007594121 | 420.00 | -9.486 | 6.040 |
| ONOFF | 0.00008618343 | 249.00 | -9.359 | 5.517 |
| REF | 0.00008973964 | 922.00 | -9.319 | 6.827 |
| ONOFF | 0.00009434818 | 1,748.00 | -9.269 | 7.466 |
| REF | 0.00009616711 | 197.50 | -9.249 | 5.286 |
| REF | 0.00009735099 | 996.00 | -9.237 | 6.904 |
| REF | 0.00010011794 | 1,397.00 | -9.209 | 7.242 |
| ONOFF | 0.00010160573 | 525.00 | -9.194 | 6.263 |
| ONOFF | 0.00010523451 | 3,993.00 | -9.159 | 8.292 |
| ONOFF | 0.00010886329 | 8,180.00 | -9.125 | 9.009 |
| ONOFF | 0.00011158487 | 1,996.00 | -9.101 | 7.599 |
| ONOFF | 0.00011294566 | 499.00 | -9.089 | 6.213 |
| ONOFF | 0.00012564638 | 749.00 | -8.982 | 6.619 |
| ONOFF | 0.00013154314 | 780.00 | -8.936 | 6.659 |
| ONOFF | 0.00013426472 | 785.00 | -8.916 | 6.666 |
| ONOFF | 0.00013426472 | 8,400.00 | -8.916 | 9.036 |
| ONOFF | 0.00014605824 | 3,999.00 | -8.832 | 8.294 |
| ONOFF | 0.00014681184 | 1,997.00 | -8.828 | 7.599 |
| ONOFF | 0.00017327406 | 1,994.00 | -8.661 | 7.598 |
| ONOFF | 0.00018053162 | 290.00 | -8.620 | 5.670 |
| REF | 0.00018855575 | 2,343.00 | -8.576 | 7.759 |
| REF | 0.00019906105 | 142.00 | -8.522 | 4.956 |
| REF | 0.00019947836 | 830.00 | -8.520 | 6.721 |
| ONOFF | 0.00021727297 | 243.00 | -8.434 | 5.493 |

C-42

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

------------------------ Equipment Type=VALVE SERVICE=G ------------------------
(continued)

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| ONOFF | 0.00021818017 | 5,725.00 | -8.430 | 8.653 |
| REF | 0.00022242130 | 4,246.00 | -8.411 | 8.354 |
| REF | 0.00022387281 | 297.00 | -8.404 | 5.694 |
| REF | 0.00023074027 | 735.00 | -8.374 | 6.600 |
| ONOFF | 0.00023904563 | 798.00 | -8.339 | 6.682 |
| ONOFF | 0.00026898304 | 999.00 | -8.221 | 6.907 |
| ONOFF | 0.00026898304 | 1,165.00 | -8.221 | 7.060 |
| REF | 0.00028817473 | 3,898.40 | -8.152 | 8.268 |
| ONOFF | 0.00029257008 | 14,995.00 | -8.137 | 9.615 |
| ONOFF | 0.00031887871 | 1,998.00 | -8.051 | 7.600 |
| ONOFF | 0.00031978590 | 1,339.00 | -8.048 | 7.200 |
| ONOFF | 0.00032114669 | 1,339.00 | -8.044 | 7.200 |
| ONOFF | 0.00033203302 | 2,999.00 | -8.010 | 8.006 |
| REF | 0.00033339381 | 7,995.50 | -8.006 | 8.987 |
| REF | 0.00033416946 | 996.00 | -8.004 | 6.904 |
| ONOFF | 0.00034972331 | 7,492.00 | -7.958 | 8.922 |
| REF | 0.00035323415 | 22,495.00 | -7.948 | 10.021 |
| REF | 0.00038567541 | 16,496.00 | -7.861 | 9.711 |
| REF | 0.00041993559 | 1,949.00 | -7.775 | 7.575 |
| ONOFF | 0.00043137077 | 2,997.00 | -7.749 | 8.005 |
| ONOFF | 0.00043227796 | 3,990.00 | -7.746 | 8.292 |
| ONOFF | 0.00053070852 | 3,998.00 | -7.541 | 8.294 |
| REF | 0.00060437268 | 65,699.00 | -7.411 | 11.093 |
| ONOFF | 0.00066542683 | 1,045.00 | -7.315 | 6.952 |
| REF | 0.00066864737 | 3,493.00 | -7.310 | 8.159 |
| ONOFF | 0.00069445704 | 740.00 | -7.272 | 6.607 |
| ONOFF | 0.00074027034 | 699.00 | -7.208 | 6.550 |
| ONOFF | 0.00082191781 | 7,495.00 | -7.104 | 8.922 |
| ONOFF | 0.00090220448 | 69,995.00 | -7.011 | 11.156 |
| ONOFF | 0.00094484260 | 14,999.00 | -6.964 | 9.616 |
| ONOFF | 0.00102558287 | 3,241.00 | -6.882 | 8.084 |
| ONOFF | 0.00109815840 | 44,998.00 | -6.814 | 10.714 |
| REF | 0.00111150239 | 79,998.80 | -6.802 | 11.290 |
| ONOFF | 0.00111358069 | 1,444.00 | -6.800 | 7.275 |
| ONOFF | 0.00115621882 | 4,491.00 | -6.763 | 8.410 |
| ONOFF | 0.00124965980 | 6,000.00 | -6.685 | 8.700 |
| REF | 0.00132495691 | 7,998.00 | -6.626 | 8.987 |
| ONOFF | 0.00145377846 | 2,499.00 | -6.534 | 7.824 |
| ONOFF | 0.00155719858 | 5,235.00 | -6.465 | 8.563 |
| ONOFF | 0.00207339200 | 3,465.00 | -6.179 | 8.150 |
| ONOFF | 0.00244851674 | 2,696.00 | -6.012 | 7.900 |
| ONOFF | 0.00269255194 | 44,995.00 | -5.917 | 10.714 |
| ONOFF | 0.00380250386 | 7,499.00 | -5.572 | 8.923 |
| REF | 0.01290846412 | 2,993.00 | -4.350 | 8.004 |

BLM_0046023

Table C-1-1. Bagging Data Used to Develop Correlation Equations

----------------------- Equipment Type=VALVE SERVICE=G -----------------------
(continued)

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| ONOFF | 0.01376394811 | 3,498.00 | -4.286 | 8.160 |
| ONOFF | 0.01612628141 | 49,998.00 | -4.127 | 10.820 |
| ONOFF | 0.04505624603 | 64,998.00 | -3.100 | 11.082 |

N = 136

----------------------- Equipment Type=VALVE SERVICE=HL -----------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| REF | 0.00000007416 | 22.00 | -16.417 | 3.091 |
| REF | 0.00000024878 | 31.00 | -15.207 | 3.434 |
| REF | 0.00000384555 | 28.00 | -12.469 | 3.332 |
| REF | 0.00000417178 | 23.50 | -12.387 | 3.157 |
| REF | 0.00000515059 | 30.50 | -12.176 | 3.418 |
| REF | 0.00000583507 | 18.50 | -12.052 | 2.918 |
| ONOFF | 0.00001043273 | 120.00 | -11.471 | 4.787 |
| REF | 0.00002810986 | 121.00 | -10.479 | 4.796 |
| REF | 0.00003200898 | 505.00 | -10.349 | 6.225 |
| REF | 0.00003625011 | 122.50 | -10.225 | 4.808 |
| REF | 0.00004638030 | 42.00 | -9.979 | 3.738 |
| REF | 0.00007379116 | 167.00 | -9.514 | 5.118 |
| REF | 0.00012682573 | 92.00 | -8.973 | 4.522 |
| REF | 0.00022685294 | 183.00 | -8.391 | 5.209 |
| REF | 0.00025173728 | 290.00 | -8.287 | 5.670 |
| REF | 0.00028499501 | 464.00 | -8.163 | 6.140 |
| REF | 0.00031120838 | 540.00 | -8.075 | 6.292 |
| REF | 0.00040606459 | 446.00 | -7.809 | 6.100 |
| REF | 0.00042830899 | 956.50 | -7.756 | 6.863 |
| REF | 0.00047713871 | 2,097.50 | -7.648 | 7.649 |
| REF | 0.00049600835 | 2,993.00 | -7.609 | 8.004 |
| REF | 0.00223700445 | 11,494.00 | -6.103 | 9.350 |
| REF | 0.01003356618 | 1,996.00 | -4.602 | 7.599 |

N = 23

C-44

BLM_0046024

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

---------------------- Equipment Type=VALVE SERVICE=LL ----------------------

| Plant Type | Measured Emission Rate(kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| ONOFF | 0.00000045360 | 510.00 | -14.606 | 6.234 |
| REF | 0.00000067060 | 46.50 | -14.215 | 3.839 |
| ONOFF | 0.00000090719 | 3,210.00 | -13.913 | 8.074 |
| REF | 0.00000097029 | 5.50 | -13.846 | 1.705 |
| REF | 0.00000097655 | 51.00 | -13.839 | 3.932 |
| REF | 0.00000124345 | 5.50 | -13.598 | 1.705 |
| REF | 0.00000157471 | 31.50 | -13.361 | 3.450 |
| ONOFF | 0.00000181439 | 8.75 | -13.220 | 2.169 |
| ONOFF | 0.00000181439 | 26.00 | -13.220 | 3.258 |
| REF | 0.00000189545 | 50.00 | -13.176 | 3.912 |
| REF | 0.00000203465 | 26.00 | -13.105 | 3.258 |
| MT | 0.00000205103 | 4.25 | -13.097 | 1.447 |
| REF | 0.00000209952 | 15.00 | -13.074 | 2.708 |
| REF | 0.00000232450 | 23.50 | -12.972 | 3.157 |
| MT | 0.00000237776 | 10.00 | -12.949 | 2.303 |
| REF | 0.00000248467 | 33.50 | -12.905 | 3.512 |
| REF | 0.00000401492 | 136.00 | -12.425 | 4.913 |
| MT | 0.00000447800 | 11.50 | -12.316 | 2.442 |
| REF | 0.00000502041 | 80.00 | -12.202 | 4.382 |
| ONOFF | 0.00000635036 | 274.00 | -11.967 | 5.613 |
| REF | 0.00000640298 | 128.50 | -11.959 | 4.856 |
| ONOFF | 0.00000816475 | 49.00 | -11.716 | 3.892 |
| REF | 0.00000834528 | 51.00 | -11.694 | 3.932 |
| ONOFF | 0.00000861834 | 89.00 | -11.662 | 4.489 |
| MT | 0.00000862560 | 524.00 | -11.661 | 6.261 |
| REF | 0.00000895128 | 119.50 | -11.624 | 4.783 |
| MT | 0.00000984079 | 18.00 | -11.529 | 2.890 |
| ONOFF | 0.00000997913 | 142.00 | -11.515 | 4.956 |
| REF | 0.00001072938 | 60.00 | -11.443 | 4.094 |
| REF | 0.00001154767 | 17.00 | -11.369 | 2.833 |
| REF | 0.00001223850 | 3.50 | -11.311 | 1.253 |
| MT | 0.00001432233 | 59.50 | -11.154 | 4.086 |
| ONOFF | 0.00001496870 | 15.50 | -11.110 | 2.741 |
| MT | 0.00001524449 | 22.00 | -11.091 | 3.091 |
| MT | 0.00001602150 | 34.00 | -11.042 | 3.526 |
| MT | 0.00001613626 | 28.50 | -11.034 | 3.350 |
| REF | 0.00001662116 | 173.00 | -11.005 | 5.153 |
| ONOFF | 0.00001769028 | 339.00 | -10.942 | 5.826 |
| REF | 0.00001839744 | 47.50 | -10.903 | 3.861 |
| ONOFF | 0.00002086546 | 1,197.00 | -10.777 | 7.088 |
| ONOFF | 0.00002131906 | 148.00 | -10.756 | 4.997 |
| ONOFF | 0.00002267985 | 298.00 | -10.694 | 5.697 |
| MT | 0.00002288442 | 74.00 | -10.685 | 4.304 |
| ONOFF | 0.00002338705 | 59.00 | -10.655 | 4.078 |
| ONOFF | 0.00002404064 | 210.00 | -10.636 | 5.347 |

C-45

BLM_0046025

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

---------------------- Equipment Type=VALVE SERVICE=LL ----------------------
(continued)

| Plant<br>Type | Measured<br>Emission<br>Rate(kg/hr) | Screening<br>Value (ppmv) | Natural<br>Log of<br>Emission<br>Rate<br>(kg/hr) | Natural<br>Log of<br>Screening<br>Value<br>(ppmv) |
|---|---|---|---|---|
| MT | 0.00002413726 | 588.00 | -10.632 | 6.377 |
| ONOFF | 0.00002449424 | 1,398.00 | -10.617 | 7.243 |
| MT | 0.00002719722 | 75.00 | -10.512 | 4.317 |
| ONOFF | 0.00002721582 | 8,960.00 | -10.512 | 9.101 |
| REF | 0.00002937177 | 646.00 | -10.435 | 6.471 |
| ONOFF | 0.00003175179 | 2,497.00 | -10.358 | 7.823 |
| REF | 0.00003262633 | 176.00 | -10.330 | 5.170 |
| MT | 0.00003474508 | 45.00 | -10.267 | 3.807 |
| ONOFF | 0.00003492697 | 1,143.00 | -10.262 | 7.041 |
| MT | 0.00003817473 | 119.00 | -10.173 | 4.779 |
| MT | 0.00003920348 | 181.00 | -10.147 | 5.198 |
| REF | 0.00004325547 | 400.50 | -10.048 | 5.993 |
| ONOFF | 0.00004399891 | 441.00 | -10.031 | 6.089 |
| MT | 0.00004902930 | 116.00 | -9.923 | 4.754 |
| MT | 0.00005014515 | 109.00 | -9.901 | 4.691 |
| REF | 0.00005050349 | 447.50 | -9.893 | 6.104 |
| MT | 0.00005156491 | 22.00 | -9.873 | 3.091 |
| ONOFF | 0.00005352445 | 1,998.00 | -9.835 | 7.600 |
| MT | 0.00005386918 | 205.00 | -9.829 | 5.323 |
| MT | 0.00005803320 | 691.00 | -9.754 | 6.538 |
| MT | 0.00005873628 | 124.00 | -9.742 | 4.820 |
| REF | 0.00005976594 | 108.80 | -9.725 | 4.690 |
| REF | 0.00005993377 | 793.00 | -9.722 | 6.676 |
| REF | 0.00006152590 | 100.00 | -9.696 | 4.605 |
| MT | 0.00006221537 | 116.00 | -9.685 | 4.754 |
| REF | 0.00006287762 | 2,496.00 | -9.674 | 7.822 |
| MT | 0.00006335843 | 61.00 | -9.667 | 4.111 |
| MT | 0.00006978137 | 71.50 | -9.570 | 4.270 |
| ONOFF | 0.00007575070 | 3,249.00 | -9.488 | 8.086 |
| ONOFF | 0.00007756509 | 272.00 | -9.464 | 5.606 |
| REF | 0.00007775560 | 2,645.50 | -9.462 | 7.881 |
| REF | 0.00008625601 | 26.50 | -9.358 | 3.277 |
| REF | 0.00008785721 | 192.00 | -9.340 | 5.257 |
| ONOFF | 0.00009026581 | 193.00 | -9.313 | 5.263 |
| ONOFF | 0.00009661617 | 2,246.00 | -9.245 | 7.717 |
| REF | 0.00009754604 | 74.00 | -9.235 | 4.304 |
| ONOFF | 0.00010342012 | 17,499.00 | -9.177 | 9.770 |
| REF | 0.00010648644 | 1,196.00 | -9.147 | 7.087 |
| REF | 0.00011324050 | 595.00 | -9.086 | 6.389 |
| MT | 0.00012015785 | 496.50 | -9.027 | 6.208 |
| REF | 0.00012067949 | 5,000.00 | -9.022 | 8.517 |
| REF | 0.00012075660 | 224.00 | -9.022 | 5.412 |
| REF | 0.00013744443 | 23,996.00 | -8.892 | 10.086 |
| ONOFF | 0.00014106867 | 2,998.00 | -8.866 | 8.006 |

C-46

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

---------------------- Equipment Type=VALVE SERVICE=LL ----------------------
(continued)

| Plant Type | Measured Emission Rate (kg/hr) | Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of Screening Value (ppmv) |
|---|---|---|---|---|
| MT | 0.00014320058 | 132.00 | -8.851 | 4.883 |
| REF | 0.00015138801 | 796.50 | -8.796 | 6.680 |
| REF | 0.00015260365 | 2,096.50 | -8.788 | 7.648 |
| REF | 0.00015486256 | 1,044.00 | -8.773 | 6.951 |
| ONOFF | 0.00016102694 | 3,950.00 | -8.734 | 8.281 |
| ONOFF | 0.00016374853 | 798.00 | -8.717 | 6.682 |
| REF | 0.00016769028 | 894.00 | -8.693 | 6.796 |
| ONOFF | 0.00016783090 | 1,997.00 | -8.693 | 7.599 |
| ONOFF | 0.00018461399 | 1,995.00 | -8.597 | 7.598 |
| ONOFF | 0.00018461399 | 2,244.00 | -8.597 | 7.716 |
| ONOFF | 0.00019867550 | 2,998.00 | -8.524 | 8.006 |
| ONOFF | 0.00020185068 | 1,344.00 | -8.508 | 7.203 |
| ONOFF | 0.00021545859 | 596.00 | -8.443 | 6.390 |
| REF | 0.00021628867 | 1,348.00 | -8.439 | 7.206 |
| REF | 0.00022579153 | 3,493.00 | -8.396 | 8.159 |
| REF | 0.00022907557 | 568.00 | -8.381 | 6.342 |
| MT | 0.00023388370 | 20,897.00 | -8.361 | 9.947 |
| MT | 0.00024798603 | 2,744.00 | -8.302 | 7.917 |
| REF | 0.00025930781 | 12,145.50 | -8.257 | 9.405 |
| REF | 0.00026239681 | 2,736.00 | -8.246 | 7.914 |
| ONOFF | 0.00027306541 | 8,450.00 | -8.206 | 9.042 |
| MT | 0.00027484804 | 4,996.50 | -8.199 | 8.516 |
| REF | 0.00028502676 | 1,345.00 | -8.163 | 7.204 |
| REF | 0.00028960809 | 1,248.00 | -8.147 | 7.129 |
| REF | 0.00029077384 | 372.50 | -8.143 | 5.920 |
| MT | 0.00029242947 | 187.50 | -8.137 | 5.234 |
| REF | 0.00029891137 | 105.00 | -8.115 | 4.654 |
| REF | 0.00029939672 | 794.00 | -8.114 | 6.677 |
| MT | 0.00031903747 | 52.50 | -8.050 | 3.961 |
| REF | 0.00032606822 | 4,997.50 | -8.028 | 8.517 |
| ONOFF | 0.00032704345 | 498.00 | -8.025 | 6.211 |
| ONOFF | 0.00033611540 | 253.50 | -7.998 | 5.535 |
| REF | 0.00035377846 | 34,996.50 | -7.947 | 10.463 |
| REF | 0.00035974780 | 2,240.00 | -7.930 | 7.714 |
| ONOFF | 0.00036106323 | 198.00 | -7.926 | 5.288 |
| MT | 0.00036868820 | 4,545.00 | -7.906 | 8.422 |
| ONOFF | 0.00037240316 | 975.00 | -7.896 | 6.882 |
| MT | 0.00041536787 | 3,243.00 | -7.786 | 8.084 |
| MT | 0.00042058423 | 4,246.50 | -7.774 | 8.354 |
| MT | 0.00043848771 | 21,994.00 | -7.732 | 9.999 |
| REF | 0.00044372675 | 42,745.50 | -7.720 | 10.663 |
| REF | 0.00045395990 | 893.00 | -7.698 | 6.795 |
| REF | 0.00046035562 | 20,246.50 | -7.684 | 9.916 |
| REF | 0.00046933684 | 796.00 | -7.664 | 6.680 |

C-47

BLM_0046027

Table C-1-1. Bagging Data Used to Develop Correlation Equations

---------------------- Equipment Type=VALVE SERVICE=LL ----------------------
(continued)

| Plant<br>Type | Measured<br>Emission<br>Rate(kg/hr) | Screening<br>Value (ppmv) | Natural<br>Log of<br>Emission<br>Rate<br>(kg/hr) | Natural<br>Log of<br>Screening<br>Value<br>(ppmv) |
|------|------|------|------|------|
| REF | 0.00047251202 | 8,490.00 | -7.657 | 9.047 |
| REF | 0.00047945205 | 3,996.00 | -7.643 | 8.293 |
| REF | 0.00049981856 | 159.50 | -7.601 | 5.072 |
| ONOFF | 0.00052617255 | 19,998.00 | -7.550 | 9.903 |
| REF | 0.00057253016 | 674.00 | -7.465 | 6.513 |
| REF | 0.00060782001 | 23,994.50 | -7.406 | 10.086 |
| REF | 0.00061521364 | 1,598.00 | -7.394 | 7.377 |
| MT | 0.00062442166 | 2,147.50 | -7.379 | 7.672 |
| REF | 0.00063122562 | 2,992.00 | -7.368 | 8.004 |
| REF | 0.00066533612 | 133.50 | -7.315 | 4.894 |
| REF | 0.00068511295 | 995.00 | -7.286 | 6.903 |
| ONOFF | 0.00070443618 | 19,994.00 | -7.258 | 9.903 |
| MT | 0.00071074118 | 8,091.00 | -7.249 | 8.999 |
| ONOFF | 0.00075932142 | 54,997.00 | -7.183 | 10.915 |
| REF | 0.00095572893 | 39,996.50 | -6.953 | 10.597 |
| REF | 0.00098348907 | 1,695.00 | -6.924 | 7.435 |
| ONOFF | 0.00102558287 | 54,995.00 | -6.882 | 10.915 |
| MT | 0.00103914542 | 2,745.00 | -6.869 | 7.918 |
| REF | 0.00107547854 | 474.00 | -6.835 | 6.161 |
| REF | 0.00113353896 | 10,997.00 | -6.782 | 9.305 |
| ONOFF | 0.00114669328 | 2,982.00 | -6.771 | 8.000 |
| ONOFF | 0.00118570262 | 2,998.00 | -6.737 | 8.006 |
| MT | 0.00134518734 | 2,257.50 | -6.611 | 7.722 |
| REF | 0.00134786356 | 79,997.00 | -6.609 | 11.290 |
| ONOFF | 0.00135444071 | 1,046.00 | -6.604 | 6.953 |
| REF | 0.00135698086 | 7,497.00 | -6.602 | 8.922 |
| REF | 0.00153742175 | 21,495.00 | -6.478 | 9.976 |
| MT | 0.00160918080 | 5,434.00 | -6.432 | 8.600 |
| ONOFF | 0.00169010251 | 2,740.00 | -6.383 | 7.916 |
| REF | 0.00183253198 | 6,690.00 | -6.302 | 8.808 |
| MT | 0.00188274517 | 8,994.00 | -6.275 | 9.104 |
| MT | 0.00197233058 | 5,494.00 | -6.229 | 8.611 |
| REF | 0.00213984396 | 15,998.50 | -6.147 | 9.680 |
| ONOFF | 0.00223351175 | 54,998.00 | -6.104 | 10.915 |
| MT | 0.00239059240 | 3,844.00 | -6.036 | 8.254 |
| ONOFF | 0.00247028939 | 42,492.00 | -6.003 | 10.657 |
| ONOFF | 0.00256236959 | 2,496.00 | -5.967 | 7.822 |
| REF | 0.00258328041 | 1,004.00 | -5.959 | 6.912 |
| MT | 0.00279048353 | 3,389.00 | -5.882 | 8.128 |
| MT | 0.00305193686 | 3,302.00 | -5.792 | 8.102 |
| REF | 0.00312115577 | 1,243.00 | -5.770 | 7.125 |
| REF | 0.00471287308 | 2,498.00 | -5.357 | 7.823 |
| REF | 0.00601378935 | 25,895.50 | -5.114 | 10.162 |
| REF | 0.01730744806 | 25,490.00 | -4.057 | 10.146 |

BLM_0046028

Table C-1-1.  Bagging Data Used to Develop Correlation Equations

---------------------- Equipment Type=VALVE SERVICE=LL ----------------------
(continued)

| Plant<br>Type | Measured<br>Emission<br>Rate(kg/hr) | Screening<br>Value (ppmv) | Natural<br>Log of<br>Emission<br>Rate<br>(kg/hr) | Natural<br>Log of<br>Screening<br>Value<br>(ppmv) |
|---|---|---|---|---|
| REF | 0.02037603193 | 72,924.00 | -3.893 | 11.197 |

N = 178

----------------------- Equipment Type=VENT SERVICE=G -----------------------

| Plant<br>Type | Measured<br>Emission<br>Rate(kg/hr) | Screening<br>Value (ppmv) | Natural<br>Log of<br>Emission<br>Rate<br>(kg/hr) | Natural<br>Log of<br>Screening<br>Value<br>(ppmv) |
|---|---|---|---|---|
| ONOFF | 0.00000952554 | 99.00 | -11.562 | 4.595 |
| ONOFF | 0.00005261725 | 1,998.00 | -9.852 | 7.600 |
| ONOFF | 0.00033883698 | 894.00 | -7.990 | 6.796 |

N = 3

----------------------- Equipment Type=VENT SERVICE=LL -----------------------

| Plant<br>Type | Measured<br>Emission<br>Rate(kg/hr) | Screening<br>Value (ppmv) | Natural<br>Log of<br>Emission<br>Rate<br>(kg/hr) | Natural<br>Log of<br>Screening<br>Value<br>(ppmv) |
|---|---|---|---|---|
| ONOFF | 0.00010478091 | 1,496.00 | -9.164 | 7.311 |
| ONOFF | 0.00014877982 | 396.00 | -8.813 | 5.981 |
| ONOFF | 0.00093168829 | 3,497.00 | -6.979 | 8.160 |

N = 3

C-49

BLM_0046029

Table C-1-2.  REGRESSION STATISTICS FOR THE 1993 REFINERY, MARKETING TERMINAL, AND OIL AND GAS PRODUCTION OPERATIONS DATA

| Equipment | | Facility Type[a] | Sample Size | Intercept $(b_0)$ | Slope $(b_1)$ | Root Mean Square Error (RMSE) | Coefficient of Simple Determination $(R^2)$ | Scale Bias Correction Factor (SBCF) | Mean ln Screening Value | Sum of Squared Deviations from the Mean ln Screening Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Type | Service | | | | | | | | | |
| Connector | Light Liquid | REF93 | 18 | -18.01355 | 1.005 | 1.960 | 0.7353 | 5.2595 | 7.12669 | 169.2060 |
| | | MT93 | 21 | -12.57236 | 0.560 | 1.144 | 0.3456 | 1.8293 | 5.28173 | 41.9152 |
| | | OAG93 | 42 | -15.95523 | 0.860 | 1.564 | 0.5223 | 3.1956 | 6.40961 | 144.7306 |
| Flange | Light Liquid | REF93 | 15 | -14.91663 | 0.891 | 1.316 | 0.7503 | 2.1504 | 6.79160 | 85.2498 |
| | | MT93 | 12 | -10.41103 | 0.237 | 1.748 | 0.0413 | 3.5250 | 5.00211 | 23.3301 |
| | | OAG93 | 13 | -12.88458 | 0.430 | 1.715 | 0.1721 | 3.4347 | 5.73992 | 36.3270 |
| Open-Ended Line | Light Liquid | REF93 | 15 | -16.36068 | 0.907 | 1.693 | 0.5966 | 3.4293 | 6.97954 | 66.9792 |
| | | MT93 | 16 | -14.01355 | 0.995 | 1.614 | 0.7372 | 3.1160 | 4.71076 | 103.1866 |
| | | OAG93 | 39 | -14.59519 | 0.668 | 1.929 | 0.4218 | 5.6760 | 6.50333 | 225.1838 |
| Pump | Light Liquid | REF93 | 30 | -10.07607 | 0.419 | 1.579 | 0.3281 | 3.1882 | 6.71261 | 194.3916 |
| | | MT93 | 11 | -11.40718 | 0.527 | 1.617 | 0.5128 | 2.2985 | 4.45340 | 89.1903 |
| Valve | Gas | REF93 | 50 | -13.94624 | 0.675 | 1.245 | 0.5725 | 2.1124 | 6.22836 | 218.6160 |
| | | OAG93 | 84 | -15.20999 | 0.858 | 1.708 | 0.5296 | 4.1228 | 6.92689 | 365.7776 |
| Valve | Light Liquid | REF93 | 82 | -14.17854 | 0.783 | 1.453 | 0.6340 | 2.7995 | 6.56265 | 476.8908 |
| | | MT93 | 45 | -13.29112 | 0.705 | 1.071 | 0.7036 | 1.7392 | 5.89259 | 235.3645 |
| | | OAG93 | 51 | -13.79570 | 0.633 | 1.635 | 0.3949 | 3.5907 | 7.02241 | 213.3342 |

[a]Facility types are: REF93=1993 refinery data, MT93=1993 marketing terminal data, and OAG93=1993 oil and gas production operations data

# Table C-1-3.  1980 Refinery Data

| Measured Emission Rate(kg/hr) | Original TLV Screening Value (ppmv) | OVA Adjusted Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of TLV Screening Value (ppmv | Natural Log of OVA Screening Value (ppmv |
|---|---|---|---|---|---|
| 0.00002862 | 68.49 | 135.17 | -10.461 | 4.227 | 4.907 |
| 0.00007993 | 287.96 | 611.03 | -9.434 | 5.663 | 6.415 |
| 0.00011026 | 43.00 | 82.89 | -9.113 | 3.761 | 4.418 |
| 0.00011643 | 336.64 | 719.98 | -9.058 | 5.819 | 6.579 |
| 0.00015369 | 576.42 | 1,266.67 | -8.781 | 6.357 | 7.144 |
| 0.00021599 | 199.00 | 414.48 | -8.440 | 5.293 | 6.027 |
| 0.00021940 | 21.47 | 39.96 | -8.425 | 3.066 | 3.688 |
| 0.00022339 | 289.36 | 614.14 | -8.407 | 5.668 | 6.420 |
| 0.00029047 | 1,447.68 | 3,332.47 | -8.144 | 7.278 | 8.111 |
| 0.00031247 | 914.91 | 2,057.90 | -8.071 | 6.819 | 7.629 |
| 0.00044767 | 425.98 | 921.92 | -7.711 | 6.054 | 6.826 |
| 0.00045162 | 451.40 | 979.81 | -7.703 | 6.112 | 6.887 |
| 0.00045829 | 914.48 | 2,056.87 | -7.688 | 6.818 | 7.629 |
| 0.00058280 | 214.08 | 447.53 | -7.448 | 5.366 | 6.104 |
| 0.00061930 | 398.97 | 860.61 | -7.387 | 5.989 | 6.758 |
| 0.00062396 | 912.27 | 2,051.66 | -7.379 | 6.816 | 7.626 |
| 0.00062744 | 677.13 | 1,500.12 | -7.374 | 6.518 | 7.313 |
| 0.00084939 | 106.60 | 215.14 | -7.071 | 4.669 | 5.371 |
| 0.00085546 | 582.26 | 1,280.16 | -7.064 | 6.367 | 7.155 |
| 0.00087692 | 1,959.67 | 4,580.42 | -7.039 | 7.581 | 8.430 |
| 0.00089035 | 921.20 | 2,072.75 | -7.024 | 6.826 | 7.637 |
| 0.00117035 | 4,529.79 | 11,044.58 | -6.750 | 8.418 | 9.310 |
| 0.00170106 | 198.70 | 413.81 | -6.377 | 5.292 | 6.025 |
| 0.00173544 | 726.19 | 1,614.50 | -6.356 | 6.588 | 7.387 |
| 0.00177404 | 3,302.89 | 7,925.90 | -6.334 | 8.103 | 8.978 |
| 0.00179269 | 2,290.01 | 5,394.75 | -6.324 | 7.736 | 8.593 |
| 0.00179403 | 999.45 | 2,258.09 | -6.323 | 6.907 | 7.722 |
| 0.00231632 | 4,214.88 | 10,239.49 | -6.068 | 8.346 | 9.234 |
| 0.00242557 | 2,860.43 | 6,814.53 | -6.022 | 7.959 | 8.827 |
| 0.00342813 | 3,385.21 | 8,133.54 | -5.676 | 8.127 | 9.004 |
| 0.00342813 | 3,385.21 | 8,133.54 | -5.676 | 8.127 | 9.004 |
| 0.00467383 | 3,933.75 | 9,523.33 | -5.366 | 8.277 | 9.161 |
| 0.00468673 | 3,933.74 | 9,523.31 | -5.363 | 8.277 | 9.161 |
| 0.00468673 | 3,933.74 | 9,523.31 | -5.363 | 8.277 | 9.161 |
| 0.00670911 | 496.56 | 1,083.02 | -5.004 | 6.208 | 6.988 |
| 0.00956087 | 1,981.92 | 4,635.07 | -4.650 | 7.592 | 8.441 |
| 0.00988148 | 4,890.96 | 11,971.40 | -4.617 | 8.495 | 9.390 |
| 0.01433650 | 4,984.13 | 12,211.05 | -4.245 | 8.514 | 9.410 |

N = 38

BLM_0046031

# Table C-1-3.  1980 Refinery Data (Con't.)

| Measured Emission Rate(kg/hr) | Original TLV Screening Value (ppmv) | OVA Adjusted Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of TLV Screening Value (ppmv | Natural Log of OVA Screening Value (ppmv |
|---|---|---|---|---|---|
| 0.00000165 | 124.56 | 253.38 | -13.318 | 4.825 | 5.535 |
| 0.00001587 | 124.20 | 252.60 | -11.051 | 4.822 | 5.532 |
| 0.00002657 | 125.41 | 255.18 | -10.536 | 4.832 | 5.542 |
| 0.00006707 | 306.36 | 652.11 | -9.610 | 5.725 | 6.480 |
| 0.00016828 | 1,084.56 | 2,460.50 | -8.690 | 6.989 | 7.808 |
| 0.00025242 | 110.79 | 224.04 | -8.284 | 4.708 | 5.412 |
| 0.00066593 | 4.88 | 8.44 | -7.314 | 1.586 | 2.133 |
| 0.00067665 | 247.44 | 521.05 | -7.298 | 5.511 | 6.256 |
| 0.00109637 | 255.86 | 539.70 | -6.816 | 5.545 | 6.291 |
| 0.00111300 | 1,093.11 | 2,480.86 | -6.801 | 6.997 | 7.816 |
| 0.00163974 | 9,675.85 | 24,512.03 | -6.413 | 9.177 | 10.107 |
| 0.00164782 | 84.27 | 168.08 | -6.408 | 4.434 | 5.124 |
| 0.00168344 | 249.76 | 526.17 | -6.387 | 5.520 | 6.266 |
| 0.00168969 | 249.75 | 526.16 | -6.383 | 5.520 | 6.266 |
| 0.00169157 | 1,095.50 | 2,486.57 | -6.382 | 6.999 | 7.819 |
| 0.00169595 | 249.75 | 526.16 | -6.380 | 5.520 | 6.266 |
| 0.00170673 | 337.53 | 721.97 | -6.373 | 5.822 | 6.582 |
| 0.00263438 | 344.99 | 738.73 | -5.939 | 5.844 | 6.605 |
| 0.00271318 | 126.27 | 257.03 | -5.910 | 4.838 | 5.549 |
| 0.00282061 | 85.42 | 170.48 | -5.871 | 4.448 | 5.139 |
| 0.00286144 | 205.12 | 427.86 | -5.856 | 5.324 | 6.059 |
| 0.00414221 | 3,256.12 | 7,808.06 | -5.487 | 8.088 | 8.963 |
| 0.00414368 | 1,082.80 | 2,456.31 | -5.486 | 6.987 | 7.806 |
| 0.00420110 | 345.22 | 739.25 | -5.472 | 5.844 | 6.606 |
| 0.00428421 | 255.41 | 538.69 | -5.453 | 5.543 | 6.289 |
| 0.00433189 | 204.22 | 425.90 | -5.442 | 5.319 | 6.054 |
| 0.00690873 | 1,213.08 | 2,767.64 | -4.975 | 7.101 | 7.926 |
| 0.00691392 | 209.53 | 437.53 | -4.974 | 5.345 | 6.081 |
| 0.00696835 | 413.59 | 893.79 | -4.966 | 6.025 | 6.795 |
| 0.00716594 | 252.19 | 531.56 | -4.938 | 5.530 | 6.276 |
| 0.00716625 | 252.52 | 532.30 | -4.938 | 5.531 | 6.277 |
| 0.00719254 | 252.19 | 531.55 | -4.935 | 5.530 | 6.276 |
| 0.00722439 | 2,659.82 | 6,313.44 | -4.930 | 7.886 | 8.750 |
| 0.01088314 | 672.51 | 1,489.38 | -4.521 | 6.511 | 7.306 |
| 0.01097489 | 254.74 | 537.20 | -4.512 | 5.540 | 6.286 |
| 0.01097489 | 254.74 | 537.20 | -4.512 | 5.540 | 6.286 |
| 0.01117409 | 610.07 | 1,344.46 | -4.494 | 6.414 | 7.204 |
| 0.01119616 | 414.95 | 896.86 | -4.492 | 6.028 | 6.799 |
| 0.01147153 | 2,922.21 | 6,969.21 | -4.468 | 7.980 | 8.849 |
| 0.01147253 | 2,929.91 | 6,988.51 | -4.468 | 7.983 | 8.852 |
| 0.01673968 | 254.28 | 536.20 | -4.090 | 5.538 | 6.285 |
| 0.01673968 | 254.28 | 536.20 | -4.090 | 5.538 | 6.285 |
| 0.01748345 | 600.96 | 1,323.40 | -4.047 | 6.399 | 7.188 |
| 0.01761340 | 600.95 | 1,323.36 | -4.039 | 6.399 | 7.188 |
| 0.01778718 | 414.14 | 895.03 | -4.029 | 6.026 | 6.797 |

C-52

BLM_0046032

# Table C-1-3.  1980 Refinery Data (Con't.)

------------------------ Equipment Type=DRAIN SERVICE=ALL -----------------------

| Measured Emission Rate(kg/hr) | Original TLV Screening Value (ppmv) | OVA Adjusted Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of TLV Screening Value (ppmv | Natural Log of OVA Screening Value (ppmv |
|---|---|---|---|---|---|
| 0.01794441 | 9,705.86 | 24,591.90 | -4.020 | 9.180 | 10.110 |
| 0.02777731 | 9,675.31 | 24,510.60 | -3.584 | 9.177 | 10.107 |
| 0.02864463 | 2,945.66 | 7,027.99 | -3.553 | 7.988 | 8.858 |
| 0.04440422 | 2,195.64 | 5,161.48 | -3.114 | 7.694 | 8.549 |
| 0.04565131 | 1,658.94 | 3,845.08 | -3.087 | 7.414 | 8.255 |
| 0.11170747 | 2,216.10 | 5,212.02 | -2.192 | 7.704 | 8.559 |
| 0.11520974 | 9,757.82 | 24,730.22 | -2.161 | 9.186 | 10.116 |
| 0.28962977 | 9,643.68 | 24,426.45 | -1.239 | 9.174 | 10.103 |
| 0.28962977 | 9,643.68 | 24,426.45 | -1.239 | 9.174 | 10.103 |
| 0.28965511 | 9,669.08 | 24,494.01 | -1.239 | 9.177 | 10.106 |
| 0.43111208 | 2,966.41 | 7,079.99 | -0.841 | 7.995 | 8.865 |
| 0.43111208 | 2,966.41 | 7,079.99 | -0.841 | 7.995 | 8.865 |
| 1.12802623 | 9,741.28 | 24,686.17 | 0.120 | 9.184 | 10.114 |
| 1.14068097 | 9,753.65 | 24,719.09 | 0.132 | 9.185 | 10.115 |
| 1.77893548 | 9,735.45 | 24,670.65 | 0.576 | 9.184 | 10.113 |
| 1.78553430 | 9,735.29 | 24,670.24 | 0.580 | 9.184 | 10.113 |

N = 61

BLM_0046033

# Table C-1-3.  1980 Refinery Data (Con't.)

| Measured Emission Rate(kg/hr) | Original TLV Screening Value (ppmv) | OVA Adjusted Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of TLV Screening Value (ppmv | Natural Log of OVA Screening Value (ppmv |
|---|---|---|---|---|---|
| 0.00002962 | 8.11 | 14.37 | -10.427 | 2.093 | 2.665 |
| 0.00003944 | 90.04 | 180.18 | -10.141 | 4.500 | 5.194 |
| 0.00015933 | 330.36 | 705.88 | -8.745 | 5.800 | 6.559 |
| 0.00030611 | 115.55 | 234.17 | -8.092 | 4.750 | 5.456 |
| 0.00043153 | 181.88 | 377.09 | -7.748 | 5.203 | 5.932 |
| 0.00043691 | 711.47 | 1,580.13 | -7.736 | 6.567 | 7.365 |
| 0.00044418 | 712.29 | 1,582.04 | -7.719 | 6.568 | 7.366 |
| 0.00044597 | 198.46 | 413.29 | -7.715 | 5.291 | 6.024 |
| 0.00089174 | 257.29 | 542.85 | -7.022 | 5.550 | 6.297 |
| 0.00121225 | 713.23 | 1,584.25 | -6.715 | 6.570 | 7.368 |
| 0.00121225 | 713.23 | 1,584.25 | -6.715 | 6.570 | 7.368 |
| 0.00121559 | 714.87 | 1,588.07 | -6.713 | 6.572 | 7.370 |
| 0.00121579 | 607.33 | 1,338.12 | -6.712 | 6.409 | 7.199 |
| 0.00125953 | 913.98 | 2,055.71 | -6.677 | 6.818 | 7.628 |
| 0.00168810 | 3,960.24 | 9,590.69 | -6.384 | 8.284 | 9.169 |
| 0.00178173 | 710.83 | 1,578.63 | -6.330 | 6.566 | 7.364 |
| 0.00180113 | 846.36 | 1,896.25 | -6.319 | 6.741 | 7.548 |
| 0.00183552 | 1,188.93 | 2,709.80 | -6.300 | 7.081 | 7.905 |
| 0.00242435 | 789.16 | 1,761.85 | -6.022 | 6.671 | 7.474 |
| 0.00244487 | 661.26 | 1,463.22 | -6.014 | 6.494 | 7.288 |
| 0.00245776 | 844.47 | 1,891.79 | -6.009 | 6.739 | 7.545 |
| 0.00250471 | 1,176.77 | 2,680.70 | -5.990 | 7.071 | 7.894 |
| 0.00251852 | 1,179.48 | 2,687.17 | -5.984 | 7.073 | 7.896 |
| 0.00345651 | 916.25 | 2,061.05 | -5.667 | 6.820 | 7.631 |
| 0.00479664 | 10,438.79 | 26,546.18 | -5.340 | 9.253 | 10.187 |
| 0.00481697 | 2,376.33 | 5,608.57 | -5.336 | 7.773 | 8.632 |
| 0.00483651 | 648.56 | 1,433.70 | -5.332 | 6.475 | 7.268 |
| 0.00697471 | 504.98 | 1,102.31 | -4.965 | 6.225 | 7.005 |
| 0.00962437 | 425.60 | 921.06 | -4.643 | 6.053 | 6.826 |
| 0.00978532 | 392.28 | 845.47 | -4.627 | 5.972 | 6.740 |
| 0.00986119 | 10,464.10 | 26,613.82 | -4.619 | 9.256 | 10.189 |
| 0.00986121 | 10,440.11 | 26,549.72 | -4.619 | 9.253 | 10.187 |
| 0.00995942 | 1,982.33 | 4,636.09 | -4.609 | 7.592 | 8.442 |
| 0.00996275 | 1,422.56 | 3,271.75 | -4.609 | 7.260 | 8.093 |
| 0.01438591 | 4,733.39 | 11,566.60 | -4.242 | 8.462 | 9.356 |
| 0.01931711 | 3,127.43 | 7,484.21 | -3.947 | 8.048 | 8.921 |
| 0.01950717 | 10,513.52 | 26,745.84 | -3.937 | 9.260 | 10.194 |
| 0.01966882 | 10,513.54 | 26,745.91 | -3.929 | 9.260 | 10.194 |
| 0.01970286 | 1,861.25 | 4,339.10 | -3.927 | 7.529 | 8.375 |
| 0.02633481 | 506.84 | 1,106.58 | -3.637 | 6.228 | 7.009 |
| 0.02731456 | 3,677.22 | 8,872.08 | -3.600 | 8.210 | 9.091 |
| 0.02754090 | 3,681.46 | 8,882.81 | -3.592 | 8.211 | 9.092 |
| 0.02775928 | 5,249.27 | 12,894.31 | -3.584 | 8.566 | 9.465 |
| 0.02815822 | 199.52 | 415.60 | -3.570 | 5.296 | 6.030 |
| 0.02818559 | 1,184.04 | 2,698.10 | -3.569 | 7.077 | 7.900 |

BLM_0046034

Table C-1-3.  1980 Refinery Data (Con't.)

| Measured Emission Rate(kg/hr) | Original TLV Screening Value (ppmv) | OVA Adjusted Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of TLV Screening Value (ppmv | Natural Log of OVA Screening Value (ppmv |
|---|---|---|---|---|---|
| 0.02842387 | 1,003.61 | 2,267.96 | -3.561 | 6.911 | 7.727 |
| 0.02850212 | 1,003.61 | 2,267.96 | -3.558 | 6.911 | 7.727 |
| 0.02850212 | 1,004.76 | 2,270.70 | -3.558 | 6.913 | 7.728 |
| 0.02859211 | 10,538.38 | 26,812.30 | -3.555 | 9.263 | 10.197 |
| 0.02859211 | 10,538.38 | 26,812.30 | -3.555 | 9.263 | 10.197 |
| 0.03691188 | 1,018.75 | 2,303.91 | -3.299 | 6.926 | 7.742 |
| 0.03917114 | 3,092.10 | 7,395.43 | -3.240 | 8.037 | 8.909 |
| 0.03955608 | 10,526.89 | 26,781.58 | -3.230 | 9.262 | 10.195 |
| 0.05258516 | 2,621.03 | 6,216.74 | -2.945 | 7.871 | 8.735 |
| 0.05616945 | 2,837.15 | 6,756.30 | -2.879 | 7.951 | 8.818 |
| 0.07550022 | 10,588.68 | 26,946.74 | -2.584 | 9.268 | 10.202 |
| 0.11098012 | 9,451.61 | 23,915.68 | -2.198 | 9.154 | 10.082 |
| 0.11374890 | 10,589.44 | 26,948.76 | -2.174 | 9.268 | 10.202 |
| 0.15479117 | 10,565.72 | 26,885.35 | -1.866 | 9.265 | 10.199 |
| 0.30036837 | 10,506.45 | 26,726.96 | -1.203 | 9.260 | 10.193 |
| 0.30369119 | 10,518.53 | 26,759.24 | -1.192 | 9.261 | 10.195 |

N = 61

BLM_0046035

# Table C-1-3. 1980 Refinery Data (Con't.)

------------------ Equipment Type=P_CS_PRV SERVICE=LL_G_TPS ------------------

| Measured Emission Rate(kg/hr) | Original TLV Screening Value (ppmv) | OVA Adjusted Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of TLV Screening Value (ppmv | Natural Log of OVA Screening Value (ppmv |
|---|---|---|---|---|---|
| 0.00004237 | 3,392.48 | 8,151.87 | -10.069 | 8.129 | 9.006 |
| 0.00006298 | 136.58 | 279.12 | -9.673 | 4.917 | 5.632 |
| 0.00006364 | 1,886.21 | 4,400.25 | -9.662 | 7.542 | 8.389 |
| 0.00006397 | 1,534.24 | 3,542.06 | -9.657 | 7.336 | 8.172 |
| 0.00010622 | 170.88 | 353.17 | -9.150 | 5.141 | 5.867 |
| 0.00016673 | 3,408.70 | 8,192.83 | -8.699 | 8.134 | 9.011 |
| 0.00017201 | 594.94 | 1,309.46 | -8.668 | 6.388 | 7.177 |
| 0.00041408 | 374.65 | 805.59 | -7.789 | 5.926 | 6.692 |
| 0.00041408 | 374.65 | 805.59 | -7.789 | 5.926 | 6.692 |
| 0.00042163 | 1,089.97 | 2,473.39 | -7.771 | 6.994 | 7.813 |
| 0.00043552 | 35.08 | 66.94 | -7.739 | 3.558 | 4.204 |
| 0.00068080 | 268.97 | 568.78 | -7.292 | 5.595 | 6.343 |
| 0.00068243 | 193.58 | 402.61 | -7.290 | 5.266 | 5.998 |
| 0.00104082 | 3,463.88 | 8,332.20 | -6.868 | 8.150 | 9.028 |
| 0.00105002 | 1,716.27 | 3,984.79 | -6.859 | 7.448 | 8.290 |
| 0.00105273 | 1,205.32 | 2,749.04 | -6.856 | 7.094 | 7.919 |
| 0.00105947 | 3,814.46 | 9,220.20 | -6.850 | 8.247 | 9.129 |
| 0.00106711 | 24.55 | 46.02 | -6.843 | 3.201 | 3.829 |
| 0.00107106 | 24.55 | 46.02 | -6.839 | 3.201 | 3.829 |
| 0.00108841 | 431.13 | 933.64 | -6.823 | 6.066 | 6.839 |
| 0.00108885 | 245.52 | 516.81 | -6.823 | 5.503 | 6.248 |
| 0.00167903 | 970.51 | 2,189.47 | -6.390 | 6.878 | 7.691 |
| 0.00170760 | 1,207.89 | 2,755.21 | -6.373 | 7.097 | 7.921 |
| 0.00173961 | 431.38 | 934.21 | -6.354 | 6.067 | 6.840 |
| 0.00254547 | 685.07 | 1,518.60 | -5.973 | 6.530 | 7.326 |
| 0.00259400 | 4,915.33 | 12,034.08 | -5.955 | 8.500 | 9.395 |
| 0.00259443 | 1,742.04 | 4,047.66 | -5.954 | 7.463 | 8.306 |
| 0.00263011 | 15,437.18 | 40,039.38 | -5.941 | 9.645 | 10.598 |
| 0.00264161 | 3,073.11 | 7,347.73 | -5.936 | 8.030 | 8.902 |
| 0.00268912 | 1,216.00 | 2,774.64 | -5.919 | 7.103 | 7.928 |
| 0.00271908 | 1,216.01 | 2,774.68 | -5.907 | 7.103 | 7.928 |
| 0.00272186 | 383.07 | 824.63 | -5.906 | 5.948 | 6.715 |
| 0.00399588 | 13,479.04 | 34,722.28 | -5.522 | 9.509 | 10.455 |
| 0.00405129 | 1,224.09 | 2,794.03 | -5.509 | 7.110 | 7.935 |
| 0.00406909 | 3,070.07 | 7,340.09 | -5.504 | 8.029 | 8.901 |
| 0.00416407 | 34,171.65 | 92,254.02 | -5.481 | 10.439 | 11.432 |
| 0.00423609 | 1,952.06 | 4,561.75 | -5.464 | 7.577 | 8.425 |
| 0.00423609 | 1,952.06 | 4,561.75 | -5.464 | 7.577 | 8.425 |
| 0.00641761 | 549.40 | 1,204.39 | -5.049 | 6.309 | 7.094 |
| 0.00646354 | 11,933.39 | 30,552.46 | -5.042 | 9.387 | 10.327 |
| 0.00655481 | 1,738.73 | 4,039.58 | -5.028 | 7.461 | 8.304 |
| 0.00656223 | 2,472.04 | 5,846.08 | -5.026 | 7.813 | 8.674 |
| 0.00656741 | 6,115.18 | 15,137.41 | -5.026 | 8.719 | 9.625 |
| 0.00658649 | 6,816.89 | 16,967.08 | -5.023 | 8.827 | 9.739 |
| 0.00665525 | 34,348.91 | 92,756.76 | -5.012 | 10.444 | 11.438 |

BLM_0046036

# Table C-1-3.  1980 Refinery Data (Con't.)

| Measured Emission Rate(kg/hr) | Original TLV Screening Value (ppmv) | OVA Adjusted Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of TLV Screening Value (ppmv | Natural Log of OVA Screening Value (ppmv |
|---|---|---|---|---|---|
| 0.00672364 | 3,057.93 | 7,309.60 | -5.002 | 8.025 | 8.897 |
| 0.00673458 | 18,598.42 | 48,693.93 | -5.001 | 9.831 | 10.793 |
| 0.00679853 | 3,057.97 | 7,309.71 | -4.991 | 8.026 | 8.897 |
| 0.00684900 | 3,053.32 | 7,298.03 | -4.984 | 8.024 | 8.895 |
| 0.00690833 | 1,550.34 | 3,581.13 | -4.975 | 7.346 | 8.183 |
| 0.01031255 | 158.23 | 325.77 | -4.574 | 5.064 | 5.786 |
| 0.01036867 | 11,977.05 | 30,669.89 | -4.569 | 9.391 | 10.331 |
| 0.01058991 | 3,017.82 | 7,208.93 | -4.548 | 8.012 | 8.883 |
| 0.01085059 | 17,055.40 | 44,459.47 | -4.524 | 9.744 | 10.702 |
| 0.01088011 | 1,544.12 | 3,566.03 | -4.521 | 7.342 | 8.179 |
| 0.01088011 | 1,544.12 | 3,566.03 | -4.521 | 7.342 | 8.179 |
| 0.01580135 | 18,934.25 | 49,617.93 | -4.148 | 9.849 | 10.812 |
| 0.01593600 | 776.04 | 1,731.11 | -4.139 | 6.654 | 7.457 |
| 0.01650647 | 34,388.01 | 92,867.66 | -4.104 | 10.445 | 11.439 |
| 0.01656751 | 34,388.09 | 92,867.88 | -4.100 | 10.445 | 11.439 |
| 0.01689730 | 3,810.16 | 9,209.28 | -4.081 | 8.245 | 9.128 |
| 0.01692011 | 24,077.03 | 63,863.87 | -4.079 | 10.089 | 11.065 |
| 0.01719892 | 1,535.57 | 3,545.31 | -4.063 | 7.337 | 8.173 |
| 0.01719892 | 1,535.57 | 3,545.31 | -4.063 | 7.337 | 8.173 |
| 0.02585373 | 3,477.82 | 8,367.42 | -3.655 | 8.154 | 9.032 |
| 0.02593482 | 17,205.09 | 44,869.44 | -3.652 | 9.753 | 10.712 |
| 0.02608028 | 60,696.69 | 168,680.19 | -3.647 | 11.014 | 12.036 |
| 0.02608058 | 60,603.82 | 168,409.10 | -3.647 | 11.012 | 12.034 |
| 0.02627388 | 60,604.52 | 168,411.13 | -3.639 | 11.012 | 12.034 |
| 0.02639205 | 1,560.08 | 3,604.77 | -3.635 | 7.352 | 8.190 |
| 0.02646313 | 4,937.17 | 12,090.24 | -3.632 | 8.505 | 9.400 |
| 0.02686162 | 1,747.13 | 4,060.09 | -3.617 | 7.466 | 8.309 |
| 0.02686725 | 21,446.53 | 56,555.63 | -3.617 | 9.973 | 10.943 |
| 0.02690520 | 305.39 | 649.94 | -3.615 | 5.722 | 6.477 |
| 0.02699393 | 2,453.79 | 5,800.75 | -3.612 | 7.805 | 8.666 |
| 0.02749516 | 6,829.08 | 16,998.96 | -3.594 | 8.829 | 9.741 |
| 0.02757885 | 34,200.07 | 92,334.61 | -3.591 | 10.440 | 11.433 |
| 0.02757885 | 34,200.07 | 92,334.61 | -3.591 | 10.440 | 11.433 |
| 0.02768154 | 34,095.81 | 92,038.95 | -3.587 | 10.437 | 11.430 |
| 0.02778396 | 34,095.89 | 92,039.17 | -3.583 | 10.437 | 11.430 |
| 0.02780143 | 6,829.17 | 16,999.20 | -3.583 | 8.829 | 9.741 |
| 0.02813742 | 6,005.66 | 14,852.78 | -3.571 | 8.700 | 9.606 |
| 0.02824146 | 6,005.69 | 14,852.85 | -3.567 | 8.700 | 9.606 |
| 0.03877057 | 30,226.79 | 81,100.81 | -3.250 | 10.316 | 11.303 |
| 0.03927627 | 8,464.05 | 21,297.97 | -3.237 | 9.044 | 9.966 |
| 0.03996025 | 6,008.29 | 14,859.61 | -3.220 | 8.701 | 9.606 |
| 0.03999937 | 690.59 | 1,531.47 | -3.219 | 6.538 | 7.334 |
| 0.04005716 | 54,394.88 | 150,333.83 | -3.217 | 10.904 | 11.921 |
| 0.04060862 | 38,084.57 | 103,381.36 | -3.204 | 10.548 | 11.546 |

BLM_0046037

# Table C-1-3.  1980 Refinery Data (Con't.)

| Measured Emission Rate(kg/hr) | Original TLV Screening Value (ppmv) | OVA Adjusted Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of TLV Screening Value (ppmv | Natural Log of OVA Screening Value (ppmv |
|---|---|---|---|---|---|
| 0.04060908 | 38,026.29 | 103,215.21 | -3.204 | 10.546 | 11.545 |
| 0.04187031 | 11,943.02 | 30,578.34 | -3.173 | 9.388 | 10.328 |
| 0.04256917 | 9,349.99 | 23,645.64 | -3.157 | 9.143 | 10.071 |
| 0.04256917 | 9,349.99 | 23,645.64 | -3.157 | 9.143 | 10.071 |
| 0.04283001 | 2,432.76 | 5,748.56 | -3.151 | 7.797 | 8.657 |
| 0.04283051 | 2,429.05 | 5,739.33 | -3.151 | 7.795 | 8.655 |
| 0.06487572 | 24,414.57 | 64,804.64 | -2.735 | 10.103 | 11.079 |
| 0.06532933 | 42,937.13 | 117,260.65 | -2.728 | 10.667 | 11.672 |
| 0.06538471 | 38,223.99 | 103,778.94 | -2.727 | 10.551 | 11.550 |
| 0.06581353 | 42,937.52 | 117,261.79 | -2.721 | 10.668 | 11.672 |
| 0.06772129 | 3,881.55 | 9,390.62 | -2.692 | 8.264 | 9.147 |
| 0.06798752 | 494.31 | 1,077.85 | -2.688 | 6.203 | 6.983 |
| 0.06842301 | 4,313.78 | 10,492.02 | -2.682 | 8.370 | 9.258 |
| 0.06849158 | 494.31 | 1,077.86 | -2.681 | 6.203 | 6.983 |
| 0.06997327 | 2,509.90 | 5,940.16 | -2.660 | 7.828 | 8.689 |
| 0.06997569 | 2,498.40 | 5,911.58 | -2.660 | 7.823 | 8.685 |
| 0.09915559 | 42,959.58 | 117,325.05 | -2.311 | 10.668 | 11.673 |
| 0.10025896 | 43,025.90 | 117,515.33 | -2.300 | 10.670 | 11.674 |
| 0.10120459 | 4,296.13 | 10,446.92 | -2.291 | 8.365 | 9.254 |
| 0.10206861 | 77,307.92 | 217,480.42 | -2.282 | 11.256 | 12.290 |
| 0.10232039 | 1,581.97 | 3,657.91 | -2.280 | 7.366 | 8.205 |
| 0.10262666 | 60,707.73 | 168,712.42 | -2.277 | 11.014 | 12.036 |
| 0.10331044 | 1,930.11 | 4,507.88 | -2.270 | 7.565 | 8.414 |
| 0.10338849 | 60,615.54 | 168,443.32 | -2.269 | 11.012 | 12.034 |
| 0.10383965 | 12,085.32 | 30,961.16 | -2.265 | 9.400 | 10.340 |
| 0.10462156 | 54,460.17 | 150,523.39 | -2.257 | 10.905 | 11.922 |
| 0.10462397 | 54,293.77 | 150,040.32 | -2.257 | 10.902 | 11.919 |
| 0.10699986 | 6,851.16 | 17,056.70 | -2.235 | 8.832 | 9.744 |
| 0.10931033 | 7,637.50 | 19,118.82 | -2.214 | 8.941 | 9.858 |
| 0.15847552 | 43,182.52 | 117,964.71 | -1.842 | 10.673 | 11.678 |
| 0.15898465 | 76,643.97 | 215,518.87 | -1.839 | 11.247 | 12.281 |
| 0.16951073 | 3,042.23 | 7,270.20 | -1.775 | 8.020 | 8.892 |
| 0.25840755 | 7,645.71 | 19,140.43 | -1.353 | 8.942 | 9.860 |
| 0.26302874 | 3,067.28 | 7,333.09 | -1.335 | 8.029 | 8.900 |
| 0.26527004 | 12,081.00 | 30,949.56 | -1.327 | 9.399 | 10.340 |
| 0.42981364 | 3,073.86 | 7,349.62 | -0.844 | 8.031 | 8.902 |
| 1.10801132 | 30,774.57 | 82,645.36 | 0.103 | 10.334 | 11.322 |
| 1.10801132 | 30,774.57 | 82,645.36 | 0.103 | 10.334 | 11.322 |
| 1.12449932 | 30,775.07 | 82,646.76 | 0.117 | 10.334 | 11.322 |

N = 128

C-58

BLM_0046038

# Table C-1-3.   1980 Refinery Data (Con't.)

| Measured Emission Rate(kg/hr) | Original TLV Screening Value (ppmv) | OVA Adjusted Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of TLV Screening Value (ppmv | Natural Log of OVA Screening Value (ppmv |
|---|---|---|---|---|---|
| 0.00001331 | 88.91 | 177.82 | -11.227 | 4.488 | 5.181 |
| 0.00004011 | 6,639.19 | 16,502.81 | -10.124 | 8.801 | 9.711 |
| 0.00005873 | 1,100.81 | 2,499.23 | -9.743 | 7.004 | 7.824 |
| 0.00008684 | 28,723.41 | 76,869.15 | -9.351 | 10.265 | 11.250 |
| 0.00008847 | 273.72 | 579.32 | -9.333 | 5.612 | 6.362 |
| 0.00008852 | 82.39 | 164.13 | -9.332 | 4.411 | 5.101 |
| 0.00012745 | 2,159.55 | 5,072.40 | -8.968 | 7.678 | 8.532 |
| 0.00026556 | 4,000.01 | 9,691.09 | -8.234 | 8.294 | 9.179 |
| 0.00037361 | 4,327.05 | 10,525.93 | -7.892 | 8.373 | 9.262 |
| 0.00053159 | 2,786.15 | 6,628.77 | -7.540 | 7.932 | 8.799 |
| 0.00056183 | 9,364.08 | 23,683.07 | -7.484 | 9.145 | 10.073 |
| 0.00056516 | 9,364.16 | 23,683.30 | -7.478 | 9.145 | 10.073 |
| 0.00077033 | 9,401.02 | 23,781.23 | -7.169 | 9.149 | 10.077 |
| 0.00079547 | 3,094.87 | 7,402.39 | -7.137 | 8.036 | 8.910 |
| 0.00111849 | 2,001.89 | 4,684.16 | -6.796 | 7.602 | 8.452 |
| 0.00163767 | 10,341.06 | 26,285.19 | -6.414 | 9.244 | 10.177 |
| 0.00164080 | 8,596.21 | 21,647.44 | -6.413 | 9.059 | 9.983 |
| 0.00164247 | 10,364.87 | 26,348.78 | -6.412 | 9.246 | 10.179 |
| 0.00230073 | 40,320.51 | 109,766.16 | -6.075 | 10.605 | 11.606 |
| 0.00230829 | 3,972.31 | 9,621.40 | -6.071 | 8.287 | 9.172 |
| 0.00329738 | 17,115.36 | 44,623.65 | -5.715 | 9.748 | 10.706 |
| 0.00335895 | 87,956.92 | 249,053.14 | -5.696 | 11.385 | 12.425 |
| 0.00339793 | 67,782.41 | 189,423.49 | -5.685 | 11.124 | 12.152 |
| 0.00479241 | 4,409.66 | 10,737.12 | -5.341 | 8.392 | 9.281 |
| 0.00525603 | 22,456.91 | 59,357.68 | -5.248 | 10.019 | 10.991 |
| 0.00740749 | 48,426.60 | 133,057.03 | -4.905 | 10.788 | 11.799 |
| 0.01034094 | 62,802.08 | 174,831.53 | -4.572 | 11.048 | 12.072 |
| 0.01097916 | 57,627.00 | 159,730.80 | -4.512 | 10.962 | 11.981 |
| 0.01099118 | 29,275.75 | 78,422.59 | -4.511 | 10.285 | 11.270 |
| 0.01504923 | 44,686.05 | 122,282.85 | -4.196 | 10.707 | 11.714 |
| 0.01514346 | 57,523.86 | 159,430.51 | -4.190 | 10.960 | 11.979 |
| 0.01518837 | 57,458.07 | 159,238.97 | -4.187 | 10.959 | 11.978 |
| 0.03115510 | 15,704.60 | 40,768.29 | -3.469 | 9.662 | 10.616 |
| 0.04884917 | 10,368.47 | 26,304.97 | -3.019 | 9.245 | 10.178 |
| 0.09161977 | 17,363.25 | 45,302.80 | -2.390 | 9.762 | 10.721 |
| 0.09853946 | 44,817.44 | 122,660.53 | -2.317 | 10.710 | 11.717 |
| 0.13483362 | 41,140.73 | 112,112.87 | -2.004 | 10.625 | 11.627 |
| 0.13594593 | 10,484.70 | 26,668.84 | -1.995 | 9.258 | 10.191 |

N = 38

BLM_0046039

# Table C-1-3. 1980 Refinery Data (Con't.)

| Measured Emission Rate(kg/hr) | Original TLV Screening Value (ppmv) | OVA Adjusted Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of TLV Screening Value (ppmv | Natural Log of OVA Screening Value (ppmv |
|---|---|---|---|---|---|
| 0.00000225 | 4.59 | 7.91 | -13.007 | 1.525 | 2.068 |
| 0.00001410 | 44.59 | 86.11 | -11.170 | 3.797 | 4.456 |
| 0.00005956 | 62.56 | 122.91 | -9.729 | 4.136 | 4.811 |
| 0.00008638 | 156.77 | 322.62 | -9.357 | 5.055 | 5.776 |
| 0.00012792 | 21.47 | 39.97 | -8.964 | 3.067 | 3.688 |
| 0.00012930 | 209.02 | 436.41 | -8.953 | 5.342 | 6.079 |
| 0.00013197 | 305.66 | 650.53 | -8.933 | 5.722 | 6.478 |
| 0.00018238 | 620.52 | 1,368.68 | -8.609 | 6.431 | 7.222 |
| 0.00018238 | 620.52 | 1,368.68 | -8.609 | 6.431 | 7.222 |
| 0.00018799 | 22.13 | 41.25 | -8.579 | 3.097 | 3.720 |
| 0.00019149 | 84.34 | 168.23 | -8.561 | 4.435 | 5.125 |
| 0.00026364 | 64.62 | 127.17 | -8.241 | 4.169 | 4.846 |
| 0.00027025 | 976.13 | 2,202.77 | -8.216 | 6.884 | 7.697 |
| 0.00027125 | 5,330.54 | 13,104.08 | -8.212 | 8.581 | 9.481 |
| 0.00039603 | 484.14 | 1,054.57 | -7.834 | 6.182 | 6.961 |
| 0.00056453 | 1,162.25 | 2,645.96 | -7.480 | 7.058 | 7.881 |
| 0.00060409 | 9,829.56 | 24,921.22 | -7.412 | 9.193 | 10.123 |
| 0.00075854 | 8,440.85 | 21,236.66 | -7.184 | 9.041 | 9.963 |
| 0.00082319 | 10.05 | 18.01 | -7.102 | 2.308 | 2.891 |
| 0.00083585 | 984.52 | 2,222.66 | -7.087 | 6.892 | 7.706 |
| 0.00085249 | 3,206.69 | 7,683.59 | -7.067 | 8.073 | 8.947 |
| 0.00113007 | 1,153.61 | 2,625.30 | -6.785 | 7.051 | 7.873 |
| 0.00118193 | 10.03 | 17.96 | -6.741 | 2.305 | 2.888 |
| 0.00120220 | 3,324.54 | 7,980.47 | -6.724 | 8.109 | 8.985 |
| 0.00123419 | 9,979.00 | 25,319.36 | -6.697 | 9.208 | 10.139 |
| 0.00163290 | 4,540.59 | 11,072.23 | -6.417 | 8.421 | 9.312 |
| 0.00168838 | 1,363.36 | 3,128.89 | -6.384 | 7.218 | 8.048 |
| 0.00170950 | 1,796.41 | 4,180.46 | -6.372 | 7.494 | 8.338 |
| 0.00179606 | 3,953.18 | 9,572.75 | -6.322 | 8.282 | 9.167 |
| 0.00241099 | 5,398.93 | 13,280.75 | -6.028 | 8.594 | 9.494 |
| 0.00241192 | 860.44 | 1,929.39 | -6.027 | 6.757 | 7.565 |
| 0.00243467 | 3,361.20 | 8,072.96 | -6.018 | 8.120 | 8.996 |
| 0.00247077 | 3,354.55 | 8,056.16 | -6.003 | 8.118 | 8.994 |
| 0.00247366 | 8,515.22 | 21,433.26 | -6.002 | 9.050 | 9.973 |
| 0.00248176 | 3,998.89 | 9,689.06 | -5.999 | 8.294 | 9.179 |
| 0.00249558 | 8,515.54 | 21,434.09 | -5.993 | 9.050 | 9.973 |
| 0.00255458 | 1,013.43 | 2,291.28 | -5.970 | 6.921 | 7.737 |
| 0.00341580 | 39,058.18 | 106,159.28 | -5.679 | 10.573 | 11.573 |
| 0.00348074 | 33,787.34 | 91,164.47 | -5.661 | 10.428 | 11.420 |
| 0.00349794 | 54,274.02 | 149,982.99 | -5.656 | 10.902 | 11.918 |
| 0.00353072 | 8,527.25 | 21,465.06 | -5.646 | 9.051 | 9.974 |
| 0.00353574 | 30,014.01 | 80,501.23 | -5.645 | 10.309 | 11.296 |
| 0.00355244 | 1,381.43 | 3,172.46 | -5.640 | 7.231 | 8.062 |
| 0.00357339 | 1,381.46 | 3,172.54 | -5.634 | 7.231 | 8.062 |
| 0.00357551 | 15,739.47 | 40,863.36 | -5.634 | 9.664 | 10.618 |

BLM_0046040

# Table C-1-3.  1980 Refinery Data (Con't.)

| Measured Emission Rate(kg/hr) | Original TLV Screening Value (ppmv) | OVA Adjusted Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of TLV Screening Value (ppmv | Natural Log of OVA Screening Value (ppmv |
|---|---|---|---|---|---|
| 0.00485006 | 8,625.65 | 21,725.33 | -5.329 | 9.062 | 9.986 |
| 0.00491615 | 3,398.24 | 8,166.42 | -5.315 | 8.131 | 9.008 |
| 0.00491615 | 3,398.24 | 8,166.42 | -5.315 | 8.131 | 9.008 |
| 0.00493071 | 3,391.35 | 8,149.01 | -5.312 | 8.129 | 9.006 |
| 0.00495259 | 1,383.25 | 3,176.85 | -5.308 | 7.232 | 8.064 |
| 0.00516794 | 9,994.91 | 25,361.77 | -5.265 | 9.210 | 10.141 |
| 0.00729950 | 8,551.85 | 21,530.11 | -4.920 | 9.054 | 9.977 |
| 0.00736431 | 8,534.69 | 21,484.75 | -4.911 | 9.052 | 9.975 |
| 0.00739766 | 1,176.57 | 2,680.21 | -4.907 | 7.070 | 7.894 |
| 0.00755167 | 86,029.82 | 243,324.55 | -4.886 | 11.362 | 12.402 |
| 0.00758374 | 2,932.48 | 6,994.95 | -4.882 | 7.984 | 8.853 |
| 0.00758440 | 24,845.17 | 66,005.77 | -4.882 | 10.120 | 11.097 |
| 0.00759940 | 13,655.17 | 35,199.01 | -4.880 | 9.522 | 10.469 |
| 0.00772423 | 5,502.03 | 13,547.27 | -4.863 | 8.613 | 9.514 |
| 0.01046618 | 86,317.33 | 244,178.82 | -4.560 | 11.366 | 12.406 |
| 0.01047971 | 73,754.07 | 206,991.10 | -4.558 | 11.208 | 12.240 |
| 0.01060438 | 8,547.05 | 21,517.41 | -4.546 | 9.053 | 9.977 |
| 0.01066692 | 8,547.24 | 21,517.93 | -4.541 | 9.053 | 9.977 |
| 0.01079315 | 8,547.64 | 21,518.97 | -4.529 | 9.053 | 9.977 |
| 0.01127245 | 6,475.35 | 16,075.28 | -4.485 | 8.776 | 9.685 |
| 0.01166120 | 5,355.65 | 13,168.93 | -4.451 | 8.586 | 9.486 |
| 0.01474084 | 8,540.75 | 21,500.76 | -4.217 | 9.053 | 9.976 |
| 0.01570609 | 29,161.44 | 78,100.99 | -4.154 | 10.281 | 11.266 |
| 0.01605400 | 24,817.50 | 65,928.55 | -4.132 | 10.119 | 11.096 |
| 0.02334577 | 7,507.70 | 18,777.67 | -3.757 | 8.924 | 9.840 |
| 0.02368390 | 5,459.20 | 13,436.52 | -3.743 | 8.605 | 9.506 |
| 0.02368390 | 5,459.20 | 13,436.52 | -3.743 | 8.605 | 9.506 |
| 0.03207526 | 21,746.78 | 57,387.63 | -3.440 | 9.987 | 10.958 |
| 0.04684899 | 47,238.27 | 129,629.48 | -3.061 | 10.763 | 11.772 |
| 0.06870371 | 62,845.47 | 174,958.43 | -2.678 | 11.048 | 12.072 |
| 0.10218383 | 62,944.53 | 175,248.12 | -2.281 | 11.050 | 12.074 |
| 0.13512360 | 62,501.44 | 173,952.50 | -2.002 | 11.043 | 12.067 |

N = 77

BLM_0046041

# Table C-1-3. 1980 Refinery Data (Con't.)

-------------------- Equipment Type=V_CS SERVICE=HYDRO ----------------------

| Measured Emission Rate(kg/hr) | Original TLV Screening Value (ppmv) | OVA Adjusted Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of TLV Screening Value (ppmv | Natural Log of OVA Screening Value (ppmv |
|---|---|---|---|---|---|
| 0.00000026 | 499.50 | 1,089.76 | -15.164 | 6.214 | 6.994 |
| 0.00001464 | 33,440.21 | 90,180.89 | -11.132 | 10.418 | 11.410 |
| 0.00002100 | 354.70 | 760.60 | -10.771 | 5.871 | 6.634 |
| 0.00002104 | 1,197.44 | 2,730.17 | -10.769 | 7.088 | 7.912 |
| 0.00002118 | 1,974.09 | 4,615.83 | -10.762 | 7.588 | 8.437 |
| 0.00002933 | 33,494.85 | 90,335.66 | -10.437 | 10.419 | 11.411 |
| 0.00003021 | 7,191.76 | 17,948.51 | -10.407 | 8.881 | 9.795 |
| 0.00004536 | 253.47 | 534.39 | -10.001 | 5.535 | 6.201 |
| 0.00012180 | 28,416.27 | 76,005.97 | -9.013 | 10.255 | 11.239 |
| 0.00012180 | 28,416.27 | 76,005.97 | -9.013 | 10.255 | 11.239 |
| 0.00012252 | 28,416.66 | 76,007.07 | -9.007 | 10.255 | 11.239 |
| 0.00018123 | 95,583.08 | 271,783.91 | -8.616 | 11.468 | 12.513 |
| 0.00025613 | 95,116.75 | 270,391.26 | -8.270 | 11.463 | 12.508 |
| 0.00026043 | 4,052.53 | 9,825.60 | -8.253 | 8.307 | 9.193 |
| 0.00041109 | 161.22 | 289.09 | -7.797 | 4.950 | 5.667 |
| 0.00054874 | 95,287.08 | 270,899.89 | -7.508 | 11.465 | 12.510 |
| 0.00056055 | 3,638.51 | 8,773.98 | -7.487 | 8.199 | 9.080 |
| 0.00110337 | 28,727.31 | 76,880.12 | -6.809 | 10.266 | 11.250 |
| 0.00110661 | 28,727.51 | 76,880.68 | -6.806 | 10.266 | 11.250 |
| 0.00111311 | 28,727.91 | 76,881.80 | -6.801 | 10.266 | 11.250 |
| 0.00118994 | 1,204.72 | 2,747.61 | -6.734 | 7.094 | 7.918 |
| 0.00170959 | 10,318.68 | 26,225.43 | -6.371 | 9.242 | 10.174 |
| 0.00235967 | 8,602.88 | 21,665.09 | -6.049 | 9.060 | 9.983 |
| 0.00509039 | 94,269.02 | 267,860.46 | -5.280 | 11.454 | 12.498 |
| 0.00706640 | 95,751.81 | 272,287.91 | -4.952 | 11.470 | 12.515 |
| 0.00710793 | 95,753.13 | 272,291.86 | -4.947 | 11.470 | 12.515 |
| 0.00712880 | 95,753.80 | 272,293.84 | -4.944 | 11.470 | 12.515 |
| 0.01037369 | 95,729.11 | 272,220.09 | -4.568 | 11.469 | 12.514 |
| 0.01040414 | 95,729.77 | 272,222.06 | -4.566 | 11.469 | 12.514 |
| 0.01046548 | 95,621.82 | 271,899.63 | -4.560 | 11.468 | 12.513 |
| 0.01049601 | 95,731.75 | 272,227.99 | -4.557 | 11.469 | 12.514 |
| 0.01559018 | 95,711.47 | 272,167.42 | -4.161 | 11.469 | 12.514 |
| 0.02089894 | 95,777.39 | 272,364.32 | -3.868 | 11.470 | 12.515 |
| 0.02102181 | 95,778.71 | 272,368.27 | -3.862 | 11.470 | 12.515 |
| 0.02114537 | 95,780.04 | 272,372.22 | -3.856 | 11.470 | 12.515 |
| 0.02120783 | 95,671.37 | 272,047.64 | -3.853 | 11.469 | 12.514 |
| 0.02133247 | 95,672.91 | 272,052.24 | -3.848 | 11.469 | 12.514 |
| 0.03262723 | 95,877.79 | 272,664.22 | -3.423 | 11.471 | 12.516 |
| 0.03337807 | 10,367.31 | 26,355.28 | -3.400 | 9.246 | 10.179 |
| 0.04530855 | 95,188.17 | 270,604.54 | -3.094 | 11.464 | 12.508 |
| 0.04570873 | 95,190.15 | 270,610.43 | -3.085 | 11.464 | 12.508 |
| 0.04584365 | 95,082.37 | 270,288.60 | -3.083 | 11.462 | 12.507 |
| 0.06482435 | 29,370.14 | 78,688.21 | -2.736 | 10.288 | 11.273 |
| 0.06483958 | 74,453.14 | 209,052.45 | -2.736 | 11.218 | 12.250 |
| 0.06535400 | 95,270.18 | 270,849.44 | -2.728 | 11.464 | 12.509 |

BLM_0046042

Table C-1-3.  1980 Refinery Data (Con't.)

| Measured Emission Rate(kg/hr) | Original TLV Screening Value (ppmv) | OVA Adjusted Screening Value (ppmv) | Natural Log of Emission Rate (kg/hr) | Natural Log of TLV Screening Value (ppmv | Natural Log of OVA Screening Value (ppmv |
|---|---|---|---|---|---|
| 0.06612569 | 95,164.29 | 270,533.21 | -2.716 | 11.463 | 12.508 |
| 0.06612569 | 95,164.29 | 270,533.21 | -2.716 | 11.463 | 12.508 |

N = 47

C-63

BLM_0046043

Table C-1-4.  REGRESSION STATISTICS FOR THE 1980 AND 1993 REFINERY DATA

| Equipment | | Facility Type[a] | Sample Size | Intercept $(b_0)$ | Slope $(b_1)$ | Root Mean Square Error (RMSE) | Coefficient of Simple Determination $(R^2)$ | Scale Bias Correction Factor (SBCF) | Mean ln Screening Value | Sum of Squared Deviations from the Mean ln Screening Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Type | Service | | | | | | | | | |
| Connector | All | REF80 | 38 | -12.07497 | 0.759 | 1.011 | 0.5333 | 1.6334 | 6.69239 | 72.8674 |
| | | REF93 | 28 | -17.45599 | 1.007 | 1.851 | 0.7233 | 4.7774 | 7.04812 | 229.6503 |
| Pump | Light Liquid[b] | REF80 | 128 | -10.02998 | 0.676 | 1.726 | 0.3371 | 4.3133 | 8.36906 | 417.3760 |
| | | REF93 | 30 | -10.07607 | 0.419 | 1.579 | 0.3281 | 3.1882 | 6.71261 | 194.3916 |
| Valve | Gas | REF80 | 38 | -14.93176 | 0.960 | 1.751 | 0.4788 | 4.2109 | 9.15822 | 109.8584 |
| | | REF93 | 50 | -13.94624 | 0.675 | 1.245 | 0.5725 | 2.1124 | 6.22836 | 218.6160 |
| Valve | Light Liquid[c] | REF80 | 77 | -11.46481 | 0.678 | 1.230 | 0.6145 | 2.0935 | 7.98760 | 393.2046 |
| | | REF93 | 82 | -14.17854 | 0.783 | 1.453 | 0.6340 | 2.7995 | 6.56265 | 476.8908 |

[a]Facility types are: REF80=1980 refinery data and REF93=1993 refinery data
[b]For light liquid pumps, the 1980 refinery data include two-phase stream pumps, gas compressors, gas pressure relief valves, and light liquid pumps.
[c]For light liquid valves, the 1980 refinery data include two-phase stream valves and light liquid valves.

BLM_0046044

APPENDIX C:  ATTACHMENT 2

This attachment lists the bagging data used to develop the pegged emission rates for the combined 1993 petroleum industry data in table C-2-1.  Table C-2-2 lists summary statistics for the 10,000 ppmv pegged emission rates and Table C-2-3 lists summary statistics for the 100,000 ppmv pegged emission rates.

BLM_0046045

TABLE C-2-1.  BAGGING DATA USED TO DEVELOP PEGGED EMISSION RATES

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| --------- Equipment Type=COMPRESSOR SERVICE=G ---------- | | | | |
| ONOFF | 100000 | 100000 | 0.02448289939 | -3.710 |
| ONOFF | 100000 | 100000 | 0.03493150685 | -3.354 |
| N = 2 | | | | |
| ---------- Equipment Type=COMPRESSOR SERVICE=LL ----------- | | | | |
| ONOFF | 100000 | 100000 | 0.00101197496 | -6.896 |
| N = 1 | | | | |
| ----------- Equipment Type=CONNECTOR SERVICE=G ----------- | | | | |
| ONOFF | 5000 | 10000 | 0.00001270072 | -11.274 |
| ONOFF | 70000 | 70000 | 0.00009344099 | -9.278 |
| ONOFF | 10000 | 10000 | 0.00015104781 | -8.798 |
| REF | 100000 | 100000 | 0.00019804046 | -8.527 |
| ONOFF | 100000 | 100000 | 0.00031933231 | -8.049 |
| MT | 100000 | 100000 | 0.00035811031 | -7.935 |
| ONOFF | 100000 | 100000 | 0.00045858659 | -7.687 |
| ONOFF | 100000 | 100000 | 0.00081556745 | -7.112 |
| REF | 11000 | 11000 | 0.00094198494 | -6.968 |
| REF | 91000 | 91000 | 0.00125365146 | -6.682 |
| REF | 100000 | 100000 | 0.00199886601 | -6.215 |
| REF | 48000 | 40000 | 0.00220312075 | -6.118 |
| MT | 100000 | 100000 | 0.00277519731 | -5.887 |
| ONOFF | 10000 | 10000 | 0.00287262996 | -5.853 |
| ONOFF | 10000 | 10000 | 0.00291935045 | -5.836 |
| ONOFF | 100000 | 45000 | 0.00297922526 | -5.816 |
| ONOFF | 100000 | 100000 | 0.00371632042 | -5.595 |
| ONOFF | 10000 | 100000 | 0.00515513018 | -5.268 |
| ONOFF | 10000 | 10000 | 0.00559920167 | -5.185 |
| ONOFF | 100000 | 100000 | 0.00675269890 | -4.998 |
| ONOFF | 100000 | 100000 | 0.00760364692 | -4.879 |
| ONOFF | 100000 | 100000 | 0.00877029847 | -4.736 |
| ONOFF | 100000 | 100000 | 0.01064229339 | -4.543 |
| ONOFF | 100000 | 100000 | 0.01651047809 | -4.104 |
| REF | 100000 | 100000 | 0.02005624603 | -3.909 |
| ONOFF | 10000 | 10000 | 0.03374716502 | -3.389 |
| REF | 100000 | 100000 | 0.03482899392 | -3.357 |
| REF | 12500 | 29000 | 0.03548852400 | -3.339 |
| REF | 55000 | 55000 | 0.05391454232 | -2.920 |

BLM_0046046

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| ONOFF | 100000 | 100000 | 0.06664383562 | -2.708 |
| ONOFF | 100000 | 100000 | 0.10322462125 | -2.271 |

N = 31

---------- Equipment Type=CONNECTOR SERVICE=HL ----------

| | | | | |
|---|---|---|---|---|
| REF | 76650 | 21900 | 0.01362968339 | -4.296 |
| REF | 1700 | 1200 | 0.03207475279 | -3.440 |

N = 2

---------- Equipment Type=CONNECTOR SERVICE=LL ----------

| | | | | |
|---|---|---|---|---|
| ONOFF | 100000 | 100000 | 0.00000408237 | -12.409 |
| ONOFF | 10000 | 5000 | 0.00001859748 | -10.892 |
| REF | 21060 | 17550 | 0.00001880613 | -10.881 |
| ONOFF | 10000 | 10000 | 0.00002494784 | -10.599 |
| REF | 16500 | 27500 | 0.00006329946 | -9.668 |
| ONOFF | 10000 | 10000 | 0.00006441078 | -9.650 |
| ONOFF | 100000 | 100000 | 0.00010977048 | -9.117 |
| ONOFF | 10000 | 10000 | 0.00027215821 | -8.209 |
| ONOFF | 100000 | 100000 | 0.00038328949 | -7.867 |
| ONOFF | 100000 | 100000 | 0.00040143337 | -7.820 |
| REF | 48000 | 100000 | 0.00062002177 | -7.386 |
| ONOFF | 10000 | 10000 | 0.00063594303 | -7.360 |
| REF | 90000 | 90000 | 0.00082713417 | -7.098 |
| ONOFF | 100000 | 100000 | 0.00088768938 | -7.027 |
| ONOFF | 10000 | 10000 | 0.00092760591 | -6.983 |
| REF | 72000 | 80000 | 0.00117463485 | -6.747 |
| REF | 117000 | 117000 | 0.00119817654 | -6.727 |
| ONOFF | 4000 | 10000 | 0.00153451873 | -6.480 |
| ONOFF | 10000 | 10000 | 0.00185475823 | -6.290 |
| ONOFF | 100000 | 100000 | 0.00198267259 | -6.223 |
| ONOFF | 10000 | 10000 | 0.00259548217 | -5.954 |
| REF | 100000 | 100000 | 0.00275909462 | -5.893 |
| REF | 47000 | 47000 | 0.00283806586 | -5.865 |
| REF | 117000 | 117000 | 0.00303991654 | -5.796 |
| REF | 49700 | 56000 | 0.00337970607 | -5.690 |
| ONOFF | 10000 | 10000 | 0.00383470924 | -5.564 |
| ONOFF | 5000 | 10000 | 0.00396035562 | -5.531 |
| ONOFF | 100000 | 50000 | 0.00445613717 | -5.413 |
| ONOFF | 100000 | 100000 | 0.00489748707 | -5.319 |
| ONOFF | 100000 | 100000 | 0.00597387281 | -5.120 |
| REF | 90000 | 90000 | 0.00711648372 | -4.945 |
| ONOFF | 10000 | 10000 | 0.01034019777 | -4.572 |
| ONOFF | 100000 | 100000 | 0.01055701715 | -4.551 |

BLM_0046047

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate (kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| ONOFF | 10000 | 10000 | 0.01699718770 | -4.075 |
| REF | 20000 | 35000 | 0.02082463939 | -3.872 |
| ONOFF | 100000 | 100000 | 0.02084550485 | -3.871 |
| ONOFF | 100000 | 100000 | 0.02378708156 | -3.739 |
| REF | 66000 | 66000 | 0.02872992833 | -3.550 |
| ONOFF | 100000 | 100000 | 0.05975551120 | -2.817 |
| ONOFF | 100000 | 100000 | 0.07526807584 | -2.587 |
| ONOFF | 40000 | 50000 | 0.15713462760 | -1.851 |

N = 41

----------- Equipment Type=DUMP LEVER ARM SERVICE=G -----------

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate (kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| ONOFF | 100000 | 100000 | 0.39765218180 | -0.922 |

N = 1

----------- Equipment Type=FLANGE SERVICE=G -----------

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate (kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| ONOFF | 10000 | 10000 | 0.00000544316 | -12.121 |
| REF | 86000 | 86000 | 0.00007830899 | -9.455 |
| ONOFF | 10000 | 8000 | 0.00030254922 | -8.103 |
| ONOFF | 4000 | 10000 | 0.00045722580 | -7.690 |
| ONOFF | 100000 | 100000 | 0.00241857933 | -6.025 |
| ONOFF | 10000 | 9000 | 0.00292252563 | -5.835 |
| REF | 86000 | 86000 | 0.00374639390 | -5.587 |
| ONOFF | 100000 | 90000 | 0.00613217817 | -5.094 |
| ONOFF | 100000 | 100000 | 0.01279370407 | -4.359 |
| ONOFF | 100000 | 100000 | 0.01363467296 | -4.295 |
| ONOFF | 100000 | 100000 | 0.01780277601 | -4.028 |
| ONOFF | 100000 | 100000 | 0.01851673773 | -3.989 |
| REF | 100000 | 100000 | 0.02487798240 | -3.694 |
| ONOFF | 100000 | 100000 | 0.03357615894 | -3.394 |
| ONOFF | 100000 | 20000 | 0.04434137712 | -3.116 |
| ONOFF | 100000 | 100000 | 0.06712600925 | -2.701 |
| ONOFF | 100000 | 100000 | 0.09028894130 | -2.405 |
| ONOFF | 100000 | 100000 | 0.10636124467 | -2.241 |

N = 18

----------- Equipment Type=FLANGE SERVICE=LL -----------

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate (kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| ONOFF | 100000 | 100000 | 0.00015603738 | -8.765 |
| REF | 18000 | 22500 | 0.00095309807 | -6.956 |
| REF | 30000 | 40000 | 0.00125641840 | -6.679 |
| REF | 13200 | 9900 | 0.00344683843 | -5.670 |

BLM_0046048

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| ONOFF | 100000 | 60000 | 0.02859657081 | -3.554 |
| ONOFF | 100000 | 100000 | 0.17639481085 | -1.735 |

N = 6

---------- Equipment Type=INSTRUMENT SERVICE=G ----------

| | | | | |
|---|---|---|---|---|
| ONOFF | 30000 | 30000 | 0.00028259095 | -8.172 |
| ONOFF | 100000 | 100000 | 0.01809307811 | -4.012 |

N = 2

---------- Equipment Type=INSTRUMENT SERVICE=LL ----------

| | | | | |
|---|---|---|---|---|
| ONOFF | 100000 | 100000 | 0.00345005897 | -5.669 |

N = 1

---------- Equipment Type=LOADARM SERVICE=G ----------

| | | | | |
|---|---|---|---|---|
| MT | 100000 | 100000 | 0.00021052799 | -8.466 |
| MT | 400000 | 400000 | 0.04320148780 | -3.142 |
| MT | 310000 | 310000 | 0.04397804590 | -3.124 |
| MT | 7200 | 24000 | 0.04716501860 | -3.054 |

N = 4

---------- Equipment Type=OEL SERVICE=G ----------

| | | | | |
|---|---|---|---|---|
| ONOFF | 100000 | 100000 | 0.00000272158 | -12.814 |
| ONOFF | 3000 | 10000 | 0.00001360791 | -11.205 |
| ONOFF | 200 | 10000 | 0.00001769028 | -10.942 |
| ONOFF | 10000 | 10000 | 0.00001814388 | -10.917 |
| ONOFF | 10000 | 10000 | 0.00003039100 | -10.401 |
| REF | 13400 | 16750 | 0.00004146875 | -10.091 |
| ONOFF | 20000 | 15000 | 0.00004853488 | -9.933 |
| ONOFF | 10000 | 10000 | 0.00005080287 | -9.888 |
| ONOFF | 3000 | 10000 | 0.00007983308 | -9.436 |
| ONOFF | 10000 | 10000 | 0.00008935861 | -9.323 |
| ONOFF | 10000 | 10000 | 0.00009026581 | -9.313 |
| REF | 100000 | 100000 | 0.00013893677 | -8.881 |
| ONOFF | 9000 | 10000 | 0.00014877982 | -8.813 |
| ONOFF | 10000 | 100000 | 0.00020547945 | -8.490 |
| REF | 6000 | 10000 | 0.00023758051 | -8.345 |
| ONOFF | 12000 | 15000 | 0.00029257008 | -8.137 |

BLM_0046049

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| ONOFF | 100000 | 100000 | 0.00046901932 | -7.665 |
| ONOFF | 35000 | 20000 | 0.00057652182 | -7.458 |
| ONOFF | 10000 | 10000 | 0.00059194412 | -7.432 |
| ONOFF | 100000 | 100000 | 0.00072167287 | -7.234 |
| REF | 50000 | 40000 | 0.00087367323 | -7.043 |
| ONOFF | 100000 | 100000 | 0.00094847138 | -6.961 |
| ONOFF | 100000 | 100000 | 0.00100244942 | -6.905 |
| ONOFF | 10000 | 10000 | 0.00142610904 | -6.553 |
| ONOFF | 10000 | 9000 | 0.00148326227 | -6.514 |
| ONOFF | 70000 | 70000 | 0.00203392906 | -6.198 |
| ONOFF | 15000 | 15000 | 0.00229792253 | -6.076 |
| REF | 119000 | 119000 | 0.00267976050 | -5.922 |
| ONOFF | 100000 | 100000 | 0.00350403701 | -5.654 |
| ONOFF | 40000 | 100000 | 0.00398666425 | -5.525 |
| REF | 89000 | 89000 | 0.00412528350 | -5.491 |
| ONOFF | 100000 | 100000 | 0.00440850948 | -5.424 |
| ONOFF | 100000 | 100000 | 0.00509843055 | -5.279 |
| ONOFF | 10000 | 10000 | 0.00556200671 | -5.192 |
| REF | 110000 | 110000 | 0.00582781457 | -5.145 |
| ONOFF | 10000 | 10000 | 0.00610314796 | -5.099 |
| ONOFF | 100000 | 100000 | 0.00673001905 | -5.001 |
| ONOFF | 100000 | 100000 | 0.00783997097 | -4.849 |
| ONOFF | 100000 | 80000 | 0.00808309897 | -4.818 |
| ONOFF | 100000 | 100000 | 0.00899074662 | -4.712 |
| REF | 140000 | 140000 | 0.01182844961 | -4.437 |
| ONOFF | 100000 | 100000 | 0.01357071578 | -4.300 |
| REF | 140000 | 140000 | 0.01958495872 | -3.933 |
| ONOFF | 100000 | 100000 | 0.02699718770 | -3.612 |
| ONOFF | 100000 | 100000 | 0.04810033566 | -3.034 |
| ONOFF | 100000 | 100000 | 0.05125374218 | -2.971 |
| ONOFF | 100000 | 100000 | 0.05756735916 | -2.855 |
| ONOFF | 100000 | 100000 | 0.06938129366 | -2.668 |
| ONOFF | 100000 | 100000 | 0.15146738637 | -1.887 |
| ONOFF | 100000 | 100000 | 0.19622017600 | -1.629 |
| ONOFF | 100000 | 100000 | 0.72652136442 | -0.319 |

N = 51

----------- Equipment Type=OEL SERVICE=HL -----------

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| ONOFF | 10000 | 8000 | 0.00003991654 | -10.129 |
| REF | 15000 | 16000 | 0.00018571169 | -8.591 |
| ONOFF | 10000 | 10000 | 0.00264628504 | -5.935 |
| REF | 700 | 700 | 0.00467341014 | -5.366 |

N = 4

BLM_0046050

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| ---------- Equipment Type=OEL SERVICE=LL ---------- | | | | |
| ONOFF | 20000 | 100000 | 0.00003538057 | -10.249 |
| REF | 13200 | 16500 | 0.00009666606 | -9.244 |
| ONOFF | 20000 | 3000 | 0.00011385285 | -9.081 |
| ONOFF | 30000 | 40000 | 0.00013063594 | -8.943 |
| ONOFF | 2000 | 10000 | 0.00043000998 | -7.752 |
| ONOFF | 10000 | 8000 | 0.00043499955 | -7.740 |
| REF | 12000 | 13000 | 0.00056373038 | -7.481 |
| ONOFF | 6000 | 20000 | 0.00085366960 | -7.066 |
| REF | 100000 | 100000 | 0.00085947564 | -7.059 |
| REF | 14000 | 12000 | 0.00092007620 | -6.991 |
| REF | 95000 | 100000 | 0.00101356255 | -6.894 |
| ONOFF | 10000 | 1000 | 0.00117753788 | -6.744 |
| ONOFF | 40000 | 35000 | 0.00120112492 | -6.724 |
| MT | 300000 | 300000 | 0.00217168647 | -6.132 |
| ONOFF | 20000 | 20000 | 0.00219268802 | -6.123 |
| MT | 136000 | 119000 | 0.00292179987 | -5.836 |
| ONOFF | 50000 | 35000 | 0.00361471469 | -5.623 |
| ONOFF | 100000 | 100000 | 0.00493286764 | -5.312 |
| ONOFF | 80000 | 60000 | 0.00594257462 | -5.126 |
| ONOFF | 100000 | 100000 | 0.00672366869 | -5.002 |
| ONOFF | 50000 | 100000 | 0.00678853307 | -4.993 |
| ONOFF | 100000 | 30000 | 0.00804363603 | -4.823 |
| ONOFF | 100000 | 100000 | 0.00847319242 | -4.771 |
| REF | 20000 | 33600 | 0.00883470924 | -4.729 |
| ONOFF | 10000 | 10000 | 0.00924929692 | -4.683 |
| ONOFF | 10000 | 10000 | 0.01178853307 | -4.441 |
| ONOFF | 100000 | 100000 | 0.01185702622 | -4.435 |
| REF | 73000 | 73000 | 0.01350811939 | -4.304 |
| ONOFF | 100000 | 100000 | 0.01985711694 | -3.919 |
| ONOFF | 100000 | 100000 | 0.02174907013 | -3.828 |
| REF | 140000 | 140000 | 0.04261680123 | -3.156 |
| ONOFF | 100000 | 100000 | 0.07331080468 | -2.613 |

N = 32

| ---------- Equipment Type=OTHER SERVICE=G ---------- | | | | |
| MT | 100000 | 100000 | 0.01708926789 | -4.069 |
| MT | 100000 | 100000 | 0.01809353171 | -4.012 |

N = 2

| ---------- Equipment Type=PRV SERVICE=G ---------- | | | | |
| ONOFF | 100000 | 100000 | 0.02052209018 | -3.886 |

BLM_0046051

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| ONOFF | 100000 | 100000 | 0.36418670054 | -1.010 |

N = 2

---------- Equipment Type=PUMP SERVICE=LL ----------

| | | | | |
|---|---|---|---|---|
| REF | 35000 | 21000 | 0.00082055702 | -7.106 |
| REF | 40500 | 27000 | 0.00086514560 | -7.053 |
| REF | 109000 | 98100 | 0.00105651819 | -6.853 |
| REF | 76500 | 90000 | 0.00106527261 | -6.845 |
| REF | 21000 | 25000 | 0.00119445704 | -6.730 |
| MT | 10000 | 12000 | 0.00176567178 | -6.339 |
| REF | 56000 | 28000 | 0.00958087635 | -4.648 |
| REF | 12000 | 16000 | 0.00968248208 | -4.637 |
| REF | 18000 | 17400 | 0.03439081920 | -3.370 |
| REF | 77000 | 47000 | 0.03876077293 | -3.250 |
| REF | 100000 | 100000 | 0.16085911276 | -1.827 |
| REF | 100000 | 100000 | 1.25088451420 | 0.224 |

N = 12

---------- Equipment Type=STUFFING BOX SERVICE=LL ----------

| | | | | |
|---|---|---|---|---|
| ONOFF | 10000 | 500 | 0.00035698086 | -7.938 |
| ONOFF | 10000 | 10000 | 0.00215186428 | -6.141 |

N = 2

---------- Equipment Type=VALVE SERVICE=G ----------

| | | | | |
|---|---|---|---|---|
| ONOFF | 100000 | 100000 | 0.00000725755 | -11.833 |
| ONOFF | 1000 | 10000 | 0.00001814388 | -10.917 |
| ONOFF | 10000 | 10000 | 0.00002585503 | -10.563 |
| ONOFF | 60000 | 10000 | 0.00002585503 | -10.563 |
| ONOFF | 100000 | 100000 | 0.00002676222 | -10.529 |
| ONOFF | 100000 | 100000 | 0.00004127733 | -10.095 |
| ONOFF | 10000 | 10000 | 0.00005171006 | -9.870 |
| ONOFF | 100000 | 100000 | 0.00005488524 | -9.810 |
| ONOFF | 100000 | 3000 | 0.00008754423 | -9.343 |
| REF | 20000 | 2000 | 0.00023997097 | -8.335 |
| ONOFF | 100000 | 100000 | 0.00026399347 | -8.240 |
| ONOFF | 10000 | 10000 | 0.00026852944 | -8.223 |
| ONOFF | 15000 | 15000 | 0.00029257008 | -8.137 |
| ONOFF | 100000 | 100000 | 0.00031706432 | -8.056 |
| REF | 22500 | 22500 | 0.00035323415 | -7.948 |
| ONOFF | 10000 | 10000 | 0.00038555747 | -7.861 |
| REF | 18000 | 15000 | 0.00038567541 | -7.861 |

BLM_0046052

| Plant<br>Type | Initial<br>Screening<br>Value<br>(ppmv) | Final<br>Screening<br>Value<br>(ppmv) | Measured<br>Emission<br>Rate(kg/hr) | Natural<br>Log of<br>Emission<br>Rate<br>(kg/hr) |
|---|---|---|---|---|
| REF | 65700 | 65700 | 0.00060437268 | -7.411 |
| REF | 100000 | 100000 | 0.00060967976 | -7.403 |
| ONOFF | 10000 | 10000 | 0.00064002540 | -7.354 |
| ONOFF | 100000 | 100000 | 0.00068946748 | -7.280 |
| ONOFF | 100000 | 20000 | 0.00069717863 | -7.268 |
| REF | 80000 | 48000 | 0.00085747981 | -7.062 |
| ONOFF | 70000 | 70000 | 0.00090220448 | -7.011 |
| ONOFF | 30000 | 10000 | 0.00094166742 | -6.968 |
| ONOFF | 15000 | 15000 | 0.00094484260 | -6.964 |
| ONOFF | 10000 | 10000 | 0.00095799692 | -6.951 |
| ONOFF | 100000 | 100000 | 0.00104644834 | -6.862 |
| ONOFF | 50000 | 40000 | 0.00109815840 | -6.814 |
| ONOFF | 10000 | 10000 | 0.00121291844 | -6.715 |
| ONOFF | 7500 | 10000 | 0.00122335117 | -6.706 |
| REF | 100000 | 100000 | 0.00128871451 | -6.654 |
| ONOFF | 100000 | 100000 | 0.00128957634 | -6.653 |
| ONOFF | 100000 | 100000 | 0.00133085367 | -6.622 |
| REF | 100000 | 100000 | 0.00160963440 | -6.432 |
| ONOFF | 40000 | 40000 | 0.00171278236 | -6.370 |
| REF | 109000 | 109000 | 0.00178594756 | -6.328 |
| ONOFF | 10000 | 10000 | 0.00181348090 | -6.313 |
| ONOFF | 10000 | 10000 | 0.00199129094 | -6.219 |
| REF | 100000 | 100000 | 0.00205130182 | -6.189 |
| ONOFF | 60000 | 100000 | 0.00206341286 | -6.183 |
| ONOFF | 100000 | 100000 | 0.00208563912 | -6.173 |
| ONOFF | 25000 | 40000 | 0.00233194230 | -6.061 |
| ONOFF | 50000 | 40000 | 0.00269255194 | -5.917 |
| MT | 300000 | 300000 | 0.00277487980 | -5.887 |
| ONOFF | 100000 | 100000 | 0.00287081557 | -5.853 |
| REF | 67000 | 100000 | 0.00287548762 | -5.852 |
| ONOFF | 100000 | 100000 | 0.00300553388 | -5.807 |
| ONOFF | 100000 | 100000 | 0.00333167014 | -5.704 |
| ONOFF | 100000 | 100000 | 0.00336795791 | -5.693 |
| REF | 77000 | 77000 | 0.00341059603 | -5.681 |
| REF | 80000 | 80000 | 0.00349872993 | -5.655 |
| ONOFF | 100000 | 100000 | 0.00377438084 | -5.580 |
| REF | 58000 | 35000 | 0.00417118752 | -5.480 |
| REF | 100000 | 100000 | 0.00479905652 | -5.339 |
| REF | 100000 | 100000 | 0.00497732015 | -5.303 |
| ONOFF | 100000 | 100000 | 0.00498639209 | -5.301 |
| REF | 78000 | 78000 | 0.00514197587 | -5.270 |
| ONOFF | 100000 | 100000 | 0.00520366506 | -5.258 |
| ONOFF | 100000 | 100000 | 0.00543227796 | -5.215 |
| ONOFF | 10000 | 10000 | 0.00546720494 | -5.209 |
| REF | 100000 | 100000 | 0.00554839880 | -5.194 |
| ONOFF | 100000 | 100000 | 0.00594393541 | -5.125 |
| ONOFF | 10000 | 10000 | 0.00630545224 | -5.066 |
| ONOFF | 100000 | 100000 | 0.00660664066 | -5.020 |
| REF | 70000 | 63000 | 0.00672094711 | -5.003 |

BLM_0046053

Table C-2-1.  BAGGING DATA USED TO DEVELOP PEGGED EMISSION RATES
(CONTINUED)

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| ONOFF | 80000 | 100000 | 0.0068760772929 | -4.980 |
| ONOFF | 100000 | 100000 | 0.0084540933 | -4.773 |
| ONOFF | 80000 | 100000 | 0.0085040370 | -4.767 |
| REF | 100000 | 100000 | 0.0087907103 | -4.734 |
| REF | 90000 | 90000 | 0.0091576703 | -4.693 |
| ONOFF | 100000 | 100000 | 0.0099909281 | -4.605 |
| REF | 100000 | 100000 | 0.0107779189 | -4.530 |
| ONOFF | 100000 | 100000 | 0.0108405152 | -4.524 |
| ONOFF | 10000 | 10000 | 0.0115023133 | -4.465 |
| ONOFF | 100000 | 100000 | 0.0133870089 | -4.313 |
| REF | 50000 | 50000 | 0.0134382654 | -4.310 |
| REF | 16000 | 80000 | 0.0137294747 | -4.288 |
| ONOFF | 100000 | 100000 | 0.0145105688 | -4.233 |
| ONOFF | 50000 | 50000 | 0.0161262814 | -4.127 |
| ONOFF | 30000 | 100000 | 0.0165971551 | -4.099 |
| ONOFF | 100000 | 100000 | 0.0166483715 | -4.095 |
| REF | 58000 | 58000 | 0.0169055611 | -4.080 |
| REF | 120000 | 120000 | 0.0187998750 | -3.974 |
| ONOFF | 100000 | 100000 | 0.0188330020 | -3.972 |
| ONOFF | 100000 | 100000 | 0.0203837430 | -3.893 |
| ONOFF | 100000 | 100000 | 0.0207438991 | -3.876 |
| ONOFF | 100000 | 100000 | 0.0214492424 | -3.842 |
| ONOFF | 100000 | 100000 | 0.0221604826 | -3.809 |
| ONOFF | 100000 | 100000 | 0.0249732377 | -3.690 |
| REF | 71400 | 71400 | 0.0252215049 | -3.680 |
| ONOFF | 100000 | 100000 | 0.0252213535 | -3.680 |
| ONOFF | 100000 | 100000 | 0.0281915086 | -3.569 |
| ONOFF | 100000 | 100000 | 0.0308357993 | -3.479 |
| ONOFF | 100000 | 100000 | 0.0334713780 | -3.397 |
| ONOFF | 100000 | 100000 | 0.0337811848 | -3.388 |
| ONOFF | 100000 | 100000 | 0.0338968520 | -3.384 |
| ONOFF | 100000 | 100000 | 0.0352766941 | -3.345 |
| ONOFF | 100000 | 100000 | 0.0359548217 | -3.325 |
| ONOFF | 100000 | 100000 | 0.0364909734 | -3.311 |
| ONOFF | 100000 | 100000 | 0.0377111494 | -3.278 |
| ONOFF | 100000 | 100000 | 0.0383271341 | -3.262 |
| ONOFF | 5000 | 10000 | 0.0412791436 | -3.187 |
| ONOFF | 100000 | 100000 | 0.0416220630 | -3.178 |
| ONOFF | 100000 | 100000 | 0.0443876440 | -3.115 |
| ONOFF | 60000 | 70000 | 0.0450562460 | -3.100 |
| ONOFF | 10000 | 10000 | 0.0493717681 | -3.008 |
| ONOFF | 100000 | 100000 | 0.0513920892 | -2.968 |
| ONOFF | 100000 | 100000 | 0.0529692461 | -2.938 |
| ONOFF | 100000 | 100000 | 0.0552576411 | -2.896 |
| ONOFF | 100000 | 100000 | 0.0601800780 | -2.810 |
| MT | 90000 | 300000 | 0.0605997387 | -2.804 |
| ONOFF | 10000 | 10000 | 0.0658958541 | -2.720 |
| ONOFF | 10000 | 10000 | 0.0691912365 | -2.671 |
| ONOFF | 10000 | 100000 | 0.0698689104 | -2.661 |

C-74

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| ONOFF | 100000 | 100000 | 0.07176086365 | -2.634 |
| REF | 100000 | 100000 | 0.07735190057 | -2.559 |
| ONOFF | 100000 | 100000 | 0.08639118207 | -2.449 |
| ONOFF | 10000 | 10000 | 0.08908826998 | -2.418 |
| ONOFF | 100000 | 100000 | 0.09582463939 | -2.345 |
| ONOFF | 100000 | 100000 | 0.15789757779 | -1.846 |
| ONOFF | 100000 | 100000 | 0.18449242493 | -1.690 |
| ONOFF | 100000 | 100000 | 0.18958677311 | -1.663 |
| ONOFF | 100000 | 100000 | 0.19712873084 | -1.624 |
| ONOFF | 100000 | 100000 | 0.21433094439 | -1.540 |
| ONOFF | 100000 | 100000 | 0.22602739726 | -1.487 |
| ONOFF | 100000 | 100000 | 0.27724439808 | -1.283 |
| ONOFF | 10000 | 10000 | 0.28369636215 | -1.260 |
| ONOFF | 100000 | 100000 | 0.28827360973 | -1.244 |
| ONOFF | 100000 | 100000 | 0.38205751610 | -0.962 |
| ONOFF | 100000 | 100000 | 0.44049986392 | -0.820 |
| ONOFF | 100000 | 100000 | 0.81931597569 | -0.199 |
| ONOFF | 100000 | 100000 | 1.13625011340 | 0.128 |

N = 133

---------- Equipment Type=VALVE SERVICE=HL ----------

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| REF | 10000 | 16000 | 0.00043354350 | -7.744 |
| REF | 11000 | 12000 | 0.00223700445 | -6.103 |

N = 2

---------- Equipment Type=VALVE SERVICE=LL ----------

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| ONOFF | 10000 | 10000 | 0.00002404064 | -10.636 |
| ONOFF | 10000 | 10000 | 0.00002449424 | -10.617 |
| ONOFF | 100000 | 100000 | 0.00003447337 | -10.275 |
| REF | 80000 | 32000 | 0.00009142702 | -9.300 |
| ONOFF | 15000 | 20000 | 0.00010342012 | -9.177 |
| REF | 16000 | 32000 | 0.00013744443 | -8.892 |
| ONOFF | 10000 | 4000 | 0.00018279960 | -8.607 |
| MT | 19800 | 22000 | 0.00023388370 | -8.361 |
| REF | 13500 | 10800 | 0.00025930781 | -8.257 |
| REF | 42000 | 28000 | 0.00035377846 | -7.947 |
| MT | 17600 | 26400 | 0.00043848771 | -7.732 |
| REF | 49500 | 36000 | 0.00044372675 | -7.720 |
| REF | 70000 | 35000 | 0.00045913091 | -7.686 |
| REF | 18000 | 22500 | 0.00046035562 | -7.684 |
| ONOFF | 10000 | 10000 | 0.00050122471 | -7.598 |
| ONOFF | 20000 | 20000 | 0.00052617255 | -7.550 |
| ONOFF | 10000 | 10000 | 0.00056563549 | -7.478 |
| REF | 2000 | 10000 | 0.00056713236 | -7.475 |

BLM_0046055

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| REF | 10000 | 24000 | 0.00059525538 | -7.427 |
| REF | 24000 | 24000 | 0.00060782001 | -7.406 |
| ONOFF | 100000 | 60000 | 0.00065091173 | -7.337 |
| ONOFF | 30000 | 4000 | 0.00068220992 | -7.290 |
| ONOFF | 20000 | 20000 | 0.00070443618 | -7.258 |
| ONOFF | 10000 | 10000 | 0.00070488978 | -7.257 |
| ONOFF | 70000 | 40000 | 0.00075932142 | -7.183 |
| REF | 50000 | 30000 | 0.00095572893 | -6.953 |
| ONOFF | 60000 | 50000 | 0.00102558287 | -6.882 |
| REF | 11000 | 11000 | 0.00113353896 | -6.782 |
| REF | 80000 | 80000 | 0.00134786356 | -6.609 |
| ONOFF | 80000 | 100000 | 0.00135625510 | -6.603 |
| MT | 10000 | 11984 | 0.00142805951 | -6.551 |
| REF | 25000 | 18000 | 0.00153742175 | -6.478 |
| ONOFF | 10000 | 10000 | 0.00168647374 | -6.385 |
| ONOFF | 350 | 10000 | 0.00185929420 | -6.288 |
| ONOFF | 20000 | 15000 | 0.00211829810 | -6.157 |
| ONOFF | 40000 | 70000 | 0.00223351175 | -6.104 |
| ONOFF | 10000 | 10000 | 0.00225936678 | -6.093 |
| ONOFF | 10000 | 10000 | 0.00226753152 | -6.089 |
| ONOFF | 100000 | 100000 | 0.00230064411 | -6.075 |
| ONOFF | 50000 | 35000 | 0.00247028939 | -6.003 |
| REF | 58000 | 58000 | 0.00307012610 | -5.786 |
| ONOFF | 10000 | 9000 | 0.00325773383 | -5.727 |
| REF | 70000 | 70000 | 0.00345051256 | -5.669 |
| ONOFF | 9000 | 10000 | 0.00417490701 | -5.479 |
| ONOFF | 90000 | 100000 | 0.00426290484 | -5.458 |
| ONOFF | 100000 | 100000 | 0.00436587136 | -5.434 |
| ONOFF | 10000 | 10000 | 0.00454277420 | -5.394 |
| ONOFF | 100000 | 100000 | 0.00488886873 | -5.321 |
| REF | 5000 | 40000 | 0.00500408237 | -5.298 |
| REF | 70000 | 70000 | 0.00507983308 | -5.282 |
| ONOFF | 100000 | 100000 | 0.00518234600 | -5.262 |
| ONOFF | 100000 | 100000 | 0.00592896671 | -5.128 |
| ONOFF | 10000 | 10000 | 0.00596117209 | -5.122 |
| REF | 24500 | 27300 | 0.00601378935 | -5.114 |
| ONOFF | 100000 | 100000 | 0.00647010796 | -5.041 |
| REF | 131400 | 146000 | 0.00666334029 | -5.011 |
| REF | 30000 | 70000 | 0.00844506940 | -4.774 |
| REF | 55000 | 100000 | 0.00920847319 | -4.688 |
| ONOFF | 100000 | 100000 | 0.01027941577 | -4.578 |
| ONOFF | 100000 | 100000 | 0.01037285675 | -4.569 |
| ONOFF | 10000 | 10000 | 0.01041458768 | -4.565 |
| ONOFF | 10000 | 10000 | 0.01133221446 | -4.480 |
| ONOFF | 10000 | 10000 | 0.01256146240 | -4.377 |
| REF | 67000 | 67000 | 0.01319241586 | -4.328 |
| REF | 140000 | 140000 | 0.01378798875 | -4.284 |
| ONOFF | 10000 | 10000 | 0.01564138619 | -4.158 |
| REF | 17000 | 34000 | 0.01730744806 | -4.057 |

BLM_0046056

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| ONOFF | 100000 | 100000 | 0.01835979316 | -3.998 |
| REF | 100000 | 100000 | 0.01882427651 | -3.973 |
| ONOFF | 45000 | 45000 | 0.01897986029 | -3.964 |
| REF | 76000 | 69850 | 0.02037603193 | -3.893 |
| REF | 100000 | 100000 | 0.02065272612 | -3.880 |
| ONOFF | 10000 | 10000 | 0.02356890139 | -3.748 |
| REF | 87500 | 87500 | 0.02427696634 | -3.718 |
| REF | 100000 | 100000 | 0.02519096435 | -3.681 |
| REF | 39000 | 39000 | 0.02586999909 | -3.655 |
| ONOFF | 100000 | 100000 | 0.02691508664 | -3.615 |
| REF | 70000 | 70000 | 0.03012791436 | -3.502 |
| ONOFF | 10000 | 10000 | 0.03019504672 | -3.500 |
| ONOFF | 10000 | 10000 | 0.03919486528 | -3.239 |
| ONOFF | 10000 | 10000 | 0.08274879797 | -2.492 |
| ONOFF | 100000 | 100000 | 0.08523224168 | -2.462 |
| ONOFF | 10000 | 10000 | 0.08567948834 | -2.457 |
| ONOFF | 100000 | 100000 | 0.08933548036 | -2.415 |
| ONOFF | 100000 | 100000 | 0.09434591309 | -2.361 |
| ONOFF | 100000 | 100000 | 0.10369500136 | -2.266 |
| REF | 70000 | 70000 | 0.18793885512 | -1.672 |
| ONOFF | 100000 | 100000 | 0.38088768938 | -0.965 |

N = 88

---------- Equipment Type=VENT SERVICE=G -----------

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| ONOFF | 100000 | 100000 | 0.00012972875 | -8.950 |
| ONOFF | 100000 | 100000 | 0.00851719133 | -4.766 |
| ONOFF | 100000 | 100000 | 0.00923206024 | -4.685 |
| ONOFF | 100000 | 100000 | 0.02947428105 | -3.524 |

N = 4

---------- Equipment Type=VENT SERVICE=LL -----------

| Plant Type | Initial Screening Value (ppmv) | Final Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|---|
| ONOFF | 100000 | 100000 | 0.00005443164 | -9.819 |
| ONOFF | 100000 | 100000 | 0.00027714778 | -8.191 |
| ONOFF | 10000 | 10000 | 0.00117844507 | -6.744 |
| ONOFF | 10000 | 10000 | 0.00200762043 | -6.211 |

N = 4

BLM_0046057

TABLE C-2-2.  PEGGED VOC MASS EMISSION RATES AND 95 PERCENT CONFIDENCE INTERVALS FOR READINGS PEGGED AT 10,000 PPMV DEVELOPED FROM THE COMBINED 1993 REFINERY, MARKETING TERMINAL, AND OIL AND GAS PRODUCTION OPERATIONS DATA

| Equipment Type/Service | Sample Size | Normal Statistic[a] (Probability of a Larger Normal Statistic) | | Mean Natural Log Mass Emission Rate | Scale Bias Correction Factor | Lower 95 Percent Confidence Bound for Pegged Emission Rate (kg/hr) | Pegged Emission Rate (kg/hr) | Upper 95 Percent Confidence Bound for Pegged Emission Rate (kg/hr) |
|---|---|---|---|---|---|---|---|---|
| | | Mass Emission Rate | ln Mass Emission Rate | | | | | |
| Connector/All | 74 | 0.5569 (0.0000) | 0.9631 (0.0945) | -6.067 | 12.24 | 0.01668 | 0.02836 | 0.04821 |
| Flange/All | 24 | 0.6790 (0.0000) | 0.9424 (0.1899) | -5.312 | 17.25 | 0.02877 | 0.08504 | 0.25141 |
| Open-Ended Line/All | 87 | 0.2597 (0.0000) | 0.9819 (0.6620) | -6.374 | 17.78 | 0.01797 | 0.03031 | 0.05110 |
| Pump/All | 12 | 0.3985 (0.0000) | 0.8640 (0.0519) | -4.869 | 9.63 | 0.01609 | 0.07395 | 0.33989 |
| Valve/All | 223 | 0.3740 (0.000) | 0.9774 (0.1524) | -5.301 | 12.84 | 0.04741 | 0.06403 | 0.08648 |
| Other[b]/All | 25 | 0.4359 (0.0000) | 0.9506 (0.2710) | -5.219 | 13.46 | 0.02665 | 0.07285 | 0.19914 |

[a]The Normal Statistic is generated by default from SAS--by default the Shapiro-Wilk statistic is calculated for sample sizes less than 2,000.  Probabilities greater than 0.05 indicate a normal distribution.

[b]The "other" equipment type was developed from instruments, loading arms, pressure relief valves, stuffing boxes, vents, compressors, and dump lever arms.  This "other" equipment type should be applied to any equipment other than connectors, flanges, open-ended lines, pumps, or valves.

BLM_0046058

TABLE C-2-3. PEGGED VOC MASS EMISSION RATES AND 95 PERCENT CONFIDENCE INTERVALS FOR READINGS PEGGED AT 100,000 PPMV DEVELOPED FROM THE COMBINED 1993 REFINERY, MARKETING TERMINAL, AND OIL AND GAS PRODUCTION OPERATIONS DATA

| Equipment Type/Service | Sample Size | Normal Statistic[a] (Probability of a Larger Normal Statistic) | | Mean Natural Log Mass Emission Rate | Scale Bias Correction Factor | Lower 95 Percent Confidence Bound for Pegged Emission Rate (kg/hr) | Pegged Emission Rate (kg/hr) | Upper 95 Percent Confidence Bound for Pegged Emission Rate (kg/hr) |
|---|---|---|---|---|---|---|---|---|
| | | Mass Emission Rate | ln Mass Emission Rate | | | | | |
| Connector/All | 33 | 0.6405 (0.0000) | 0.9579 (0.2747) | -5.739 | 9.25 | 0.01359 | 0.02974 | 0.06509 |
| Flange/All | 12 | 0.8101 (0.0106) | 0.8653 (0.0539) | -3.969 | 4.47 | 0.02515 | 0.08439 | 0.28317 |
| Open-Ended Line/All | 36 | 0.3759 (0.0000) | 0.9444 (0.0918) | -4.893 | 10.55 | 0.03672 | 0.07911 | 0.17046 |
| Pump/All[b] | - | - | - | - | - | - | 0.16000 | - |
| Valve/All | 99 | 0.4680 (0.0000) | 0.9519 (0.0042) | -4.388 | 11.30 | 0.08984 | 0.14043 | 0.21952 |
| Other/All[c] | 19 | 0.4759 (0.0000) | 0.9140 (0.0900) | -4.853 | 14.61 | 0.03374 | 0.11406 | 0.38554 |

[a]The Normal Statistic is generated by default from SAS--by default the Shapiro-Wilk statistic is calculated for sample sizes less than 2,000. Probabilities greater than 0.05 indicate a normal distribution.
[b]Only 2 data points were available for the pump emission factor; therefore the ratio of the pump/overall 10,000 ppmv emission factor was multiplied by the overall 100,000 ppmv emission factor to approximate the pump 100,000 ppmv emission factor
[c]The "other" equipment type was developed from instruments, loading arms, pressure relief valves, stuffing boxes, vents, compressors, and dump lever arms. This "other" equipment type should be applied to any equipment other than connectors, flanges, open-ended lines, pumps, or valves.

BLM_0046059

This attachment lists the bagging data used to develop the default zero emission rates for the combined 1993 petroleum industry data in table C-3-1.  Table C-3-2 lists summary statistics for the default zero emission rates.

BLM_0046060

TABLE C-3-1.  BAGGING DATA USED TO DEVELOP DEFAULT ZERO EMISSION RATES

| Plant Type | Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|
| ---------- Equipment Type=CONNECTOR SERVICE=G ---------- | | | |
| REF | 0.00 | 0.00000000476 | -19.163 |
| REF | 0.00 | 0.00000000636 | -18.873 |
| REF | 0.00 | 0.00000002555 | -17.483 |
| REF | 0.00 | 0.00000023605 | -15.259 |
| REF | 0.00 | 0.00000038635 | -14.767 |
| REF | 0.00 | 0.00000362959 | -12.526 |
| | | N = 6 | |
| ---------- Equipment Type=CONNECTOR SERVICE=LL ---------- | | | |
| REF | 0.00 | 0.00000000501 | -19.112 |
| REF | 0.00 | 0.00000000544 | -19.030 |
| REF | 0.00 | 0.00000000739 | -18.723 |
| REF | 0.00 | 0.00000000763 | -18.691 |
| REF | 0.00 | 0.00000000777 | -18.673 |
| MT | 0.00 | 0.00000137993 | -13.493 |
| MT | 0.00 | 0.00000177942 | -13.239 |
| MT | 0.00 | 0.00000258886 | -12.864 |
| MT | 0.00 | 0.00000332328 | -12.615 |
| REF | 0.00 | 0.00000470743 | -12.266 |
| MT | 0.00 | 0.00000863240 | -11.660 |
| MT | 0.00 | 0.00001050395 | -11.464 |
| | | N = 12 | |
| ---------- Equipment Type=FLANGE SERVICE=G ---------- | | | |
| REF | 0.00 | 0.00000000642 | -18.863 |
| REF | 0.00 | 0.00000000709 | -18.764 |
| REF | 0.00 | 0.00000007912 | -16.352 |
| REF | 0.00 | 0.00000080155 | -14.037 |
| | | N = 4 | |
| ---------- Equipment Type=FLANGE SERVICE=LL ---------- | | | |
| REF | 0.00 | 0.00000000958 | -18.464 |
| REF | 0.00 | 0.00000019031 | -15.475 |
| REF | 0.00 | 0.00000021919 | -15.333 |
| REF | 0.00 | 0.00000021930 | -15.333 |
| REF | 0.00 | 0.00000047102 | -14.568 |
| | | N = 5 | |
| ---------- Equipment Type=LOADARM SERVICE=LL ---------- | | | |
| MT | 0.00 | 0.00005125646 | -9.879 |

BLM_0046061

| Plant<br>Type | Screening<br>Value (ppmv) | Measured<br>Emission<br>Rate(kg/hr) | Natural<br>Log of<br>Emission<br>Rate<br>(kg/hr) |
|---|---|---|---|

N = 1

---------- Equipment Type=OEL SERVICE=G ----------

| REF | 0.00 | 0.00000000693 | -18.788 |
| REF | 0.00 | 0.00000140955 | -13.472 |
| MT | 0.00 | 0.00000303602 | -12.705 |
| MT | 0.00 | 0.00000334319 | -12.609 |

N = 4

---------- Equipment Type=OEL SERVICE=HL ----------

| REF | 0.00 | 0.00000000575 | -18.975 |
| REF | 0.00 | 0.00000000583 | -18.960 |
| REF | 0.00 | 0.00000001096 | -18.329 |
| REF | 0.00 | 0.00000009800 | -16.138 |

N = 4

---------- Equipment Type=OEL SERVICE=LL ----------

| REF | 0.00 | 0.00000000511 | -19.093 |
| REF | 0.00 | 0.00000000540 | -19.036 |
| REF | 0.00 | 0.00000076594 | -14.082 |
| MT | 0.00 | 0.00000288878 | -12.755 |

N = 4

---------- Equipment Type=PRV SERVICE=G ----------

| REF | 0.00 | 0.00000000710 | -18.763 |
| REF | 0.00 | 0.00000000807 | -18.635 |
| REF | 0.00 | 0.00000001125 | -18.303 |

N = 3

---------- Equipment Type=PUMP SERVICE=HL ----------

| REF | 0.00 | 0.00000002008 | -17.723 |
| REF | 0.00 | 0.00000002256 | -17.607 |
| REF | 0.00 | 0.00000002315 | -17.581 |
| REF | 0.00 | 0.00000002586 | -17.471 |
| REF | 0.00 | 0.00000089186 | -13.930 |

N = 5

BLM_0046062

| Plant Type | Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|------------|------------------------|-------------------------------|---------------------------------------|

----------- Equipment Type=PUMP SERVICE=LL -----------

| Plant Type | Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|------------|------------------------|-------------------------------|---------------------------------------|
| REF | 0.00 | 0.00000002503 | -17.503 |
| REF | 0.00 | 0.00000002714 | -17.422 |
| REF | 0.00 | 0.00000005485 | -16.719 |
| REF | 0.00 | 0.00000006666 | -16.524 |
| REF | 0.00 | 0.00000053647 | -14.438 |
| REF | 0.00 | 0.00000186896 | -13.190 |
| MT | 0.00 | 0.00000480541 | -12.246 |
| MT | 0.00 | 0.00000775832 | -11.767 |
| MT | 0.00 | 0.00000998821 | -11.514 |
| MT | 0.00 | 0.00001319922 | -11.235 |
| MT | 0.00 | 0.00001436632 | -11.151 |
| MT | 0.00 | 0.00001653679 | -11.010 |
| REF | 0.00 | 0.00002058968 | -10.791 |
| MT | 0.00 | 0.00006269164 | -9.677 |

N = 14

----------- Equipment Type=VALVE SERVICE=G -----------

| Plant Type | Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|------------|------------------------|-------------------------------|---------------------------------------|
| REF | 0.00 | 0.00000000775 | -18.676 |
| REF | 0.00 | 0.00000000865 | -18.565 |
| REF | 0.00 | 0.00000000940 | -18.482 |
| REF | 0.00 | 0.00000000990 | -18.431 |
| REF | 0.00 | 0.00000001019 | -18.402 |
| REF | 0.00 | 0.00000001420 | -18.070 |
| REF | 0.00 | 0.00000002762 | -17.405 |
| REF | 0.00 | 0.00000003664 | -17.122 |
| REF | 0.00 | 0.00000003966 | -17.043 |
| REF | 0.00 | 0.00000004455 | -16.927 |
| REF | 0.00 | 0.00000020591 | -15.396 |
| REF | 0.00 | 0.00000032682 | -14.934 |
| REF | 0.00 | 0.00000032845 | -14.929 |
| REF | 0.00 | 0.00000061449 | -14.302 |
| REF | 0.00 | 0.00000083416 | -13.997 |
| MT | 0.00 | 0.00000125837 | -13.586 |
| MT | 0.00 | 0.00000196249 | -13.141 |
| MT | 0.00 | 0.00000201696 | -13.114 |
| MT | 0.00 | 0.00000208210 | -13.082 |
| REF | 0.00 | 0.00000218398 | -13.034 |
| MT | 0.00 | 0.00000238633 | -12.946 |
| MT | 0.00 | 0.00000798694 | -11.738 |
| REF | 0.00 | 0.00000893314 | -11.626 |
| REF | 0.00 | 0.00001171097 | -11.355 |
| REF | 0.00 | 0.00001563050 | -11.066 |

N = 25

BLM_0046063

| Plant Type | Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|------------|------------------------|-------------------------------|--------------------------------------|

---------- Equipment Type=VALVE SERVICE=HL -----------

| Plant Type | Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|------------|------------------------|-------------------------------|--------------------------------------|
| REF | 0.00 | 0.00000000660 | -18.836 |
| REF | 0.00 | 0.00000000665 | -18.828 |
| REF | 0.00 | 0.00000001034 | -18.387 |
| REF | 0.00 | 0.00000001058 | -18.364 |
| REF | 0.00 | 0.00000001345 | -18.124 |
| REF | 0.00 | 0.00000001638 | -17.927 |
| REF | 0.00 | 0.00000004990 | -16.813 |
| REF | 0.00 | 0.00000005393 | -16.736 |
| REF | 0.00 | 0.00000005530 | -16.710 |
| REF | 0.00 | 0.00000240865 | -12.936 |
| REF | 0.00 | 0.00001479770 | -11.121 |
| REF | 0.00 | 0.00002881475 | -10.455 |
| REF | 0.00 | 0.00003605008 | -10.231 |

N = 13

---------- Equipment Type=VALVE SERVICE=LL -----------

| Plant Type | Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|------------|------------------------|-------------------------------|--------------------------------------|
| REF | 0.00 | 0.00000000467 | -19.182 |
| REF | 0.00 | 0.00000000637 | -18.871 |
| REF | 0.00 | 0.00000000664 | -18.830 |
| REF | 0.00 | 0.00000000691 | -18.791 |
| REF | 0.00 | 0.00000000834 | -18.602 |
| REF | 0.00 | 0.00000000976 | -18.445 |
| REF | 0.00 | 0.00000000997 | -18.423 |
| REF | 0.00 | 0.00000001104 | -18.322 |
| REF | 0.00 | 0.00000001198 | -18.240 |
| REF | 0.00 | 0.00000002004 | -17.725 |
| REF | 0.00 | 0.00000002139 | -17.660 |
| REF | 0.00 | 0.00000002191 | -17.636 |
| REF | 0.00 | 0.00000002793 | -17.394 |
| REF | 0.00 | 0.00000005696 | -16.681 |
| REF | 0.00 | 0.00000007503 | -16.405 |
| REF | 0.00 | 0.00000048449 | -14.540 |
| REF | 0.00 | 0.00000053602 | -14.439 |
| MT | 0.00 | 0.00000103293 | -13.783 |
| MT | 0.00 | 0.00000112977 | -13.693 |
| REF | 0.00 | 0.00000192842 | -13.159 |
| MT | 0.00 | 0.00000195101 | -13.147 |
| MT | 0.00 | 0.00000195727 | -13.144 |
| MT | 0.00 | 0.00000220253 | -13.026 |
| REF | 0.00 | 0.00000233299 | -12.968 |
| REF | 0.00 | 0.00000234795 | -12.962 |
| REF | 0.00 | 0.00000312302 | -12.677 |
| REF | 0.00 | 0.00000683117 | -11.894 |

BLM_0046064

| Plant Type | Screening Value (ppmv) | Measured Emission Rate(kg/hr) | Natural Log of Emission Rate (kg/hr) |
|---|---|---|---|
| REF | 0.00 | 0.00000696181 | -11.875 |
| REF | 0.00 | 0.00000698812 | -11.871 |
| REF | 0.00 | 0.00001664883 | -11.003 |

N = 30

BLM_0046065

TABLE C-3-2. DEFAULT ZERO VOC MASS EMISSION RATES AND 95 PERCENT CONFIDENCE INTERVALS DEVELOPED FROM THE COMBINED 1993 REFINERY AND MARKETING TERMINAL DATA[a]

| Equipment Type/Service | Sample Size | Normal Statistic[b] (Probability of a Larger Normal Statistic) | | Mean ln Mass Emission Rate | Scale Bias Correction Factor | Lower 95 Percent Confidence Bound for Default Zero Emission Rate (kg/hr) | Default Zero Emission Rate (kg/hr) | Upper 95 Percent Confidence Bound for Default Zero Emission Rate (kg/hr) |
| | | Mass Emission Rate | ln Mass Emission Rate | | | | | |
|---|---|---|---|---|---|---|---|---|
| Connector/All | 18 | 0.7177 (0.0001) | 0.8302 (0.0034) | -15.550 | 42.72 | 1.64E-06 | 7.54E-06 | 3.47E-05 |
| Flange/All | 9 | 0.8137 (0.0296) | 0.8687 (0.1173) | -16.354 | 3.94 | 7.39E-08 | 3.11E-07 | 1.31E-06 |
| Open-Ended Line/All | 12 | 0.7232 (0.0009) | 0.7909 (0.0061) | -16.245 | 22.70 | 3.19E-07 | 2.00E-06 | 1.25E-05 |
| Pump/All | 19 | 0.5942 (0.0000) | 0.8532 (0.0065) | -14.184 | 34.97 | 5.81E-06 | 2.42E-05 | 1.01E-04 |
| Valve/All | 68 | 0.5178 (0.0000) | 0.8764 (0.0000) | -15.415 | 38.38 | 3.95E-06 | 7.75E-06 | 1.52E-05 |
| Other[c]/All | 4 | 0.6297 (0.0000) | 0.6691 (0.0045) | -16.395 | 52.16 | 3.91E-09 | 3.95E-06 | 4.00E-03 |

[a]No default zero data were collected from oil and gas production facilities

[b]The Normal Statistic is generated by default from SAS--by default the Shapiro-Wilk statistic is calculated for sample sizes less than 2,000. Probabilities greater than 0.05 indicate a normal distribution.

[c]The "other" equipment type were developed from instruments, loading arms, pressure relief valves, stuffing boxes, vents, compressors, and dump lever arms. This "other" equipment type should be applied to any equipment other than connectors, flanges, open-ended lines, pumps, or valves.

APPENDIX C:  ATTACHMENT 4

Because it would be impractical to list all of the screening data used to develop emission factors, this attachment summarizes the 1993 marketing terminal and oil and gas production operations screening data sets.  Figures C-4-1 through C-4-4 are plots of the distribution of screening values for marketing terminals and figures C-5-5 through C-5-10 are plots of the distribution of screening valves for oil and gas production operations.

BLM_0046067



Figure C-4-1.  Distribution of Connector Screening Values for Marketing Terminals

BLM_0046068



Figure C-4-2. Distribution of Other Screening Values for Marketing Terminals

BLM_0046069



Figure C-4-3. Distribution of Pump Screening Values for
Marketing Terminals

C-90

BLM_0046070



Figure C-4-4.  Distribution of Valve Screening Values for
Marketing Terminals

C-91

BLM_0046071



Figure C-4-5.  Distribution of Connector Screening Values for Oil
              and Gas Operations

BLM_0046072



Distribution of Screening Values
Oil ang Gas Operations — Flanges

Figure C-4-6.  Distribution of Flange Screening Values for Oil
and Gas Operations

BLM_0046073



Figure C-4-7.  Distribution of Open-Ended Line Screening Values
for Oil and Gas Operations

BLM_0046074



Figure C-4-8. Distribution of Pump Screening Values for Oil and
Gas Operations

BLM_0046075



Figure C-4-9.  Distribution of Valve Screening Values for Oil and
Gas Operations

BLM_0046076



Figure C-4-10. Distribution of Other Screening Values for Oil and
Gas Operations

BLM_0046077

APPENDIX D:  RESPONSE FACTORS

BLM_0046078

# APPENDIX D

## RESPONSE FACTORS

The response factors presented in table D-1 were taken from two separate sources. The response factors at an actual concentration of 10,000 ppmv are from the EPA document entitled, "Response Factors of VOC Analyzers Calibrated with Methane for Selected Organic Chemicals," EPA-600/2-81-002 (September 1980). The document presents results of analytical tests performed to determine the response factors at 10,000 ppmv of two portable monitoring instruments--the Foxboro OVA-108 and the Bacharach TLV-108. Both instruments were calibrated with methane.

The response factors at a concentration of 500 ppmv are from the document entitled "Method 21 Evaluation for the HON, "90-ME-07)" (March 1991) prepared for the Emission Measurement Branch of the U.S. Environmental Protection Agency. This document presents the results of analytical tests performed to determine the response factors at an actual concentration of 500 ppmv of several emission monitors including the Foxboro OVA-108, two of Foxboro OVA-128 units, the Heath Detecto-PAK III, and the HNU Systems HW-101. The two Foxboro OVA-128 instrument response factors are presented in the table to indicate the variability of individual instruments. To determine the response factor for the OVA-128, the average of the two instrument response factors should be used. All of the instruments except the HNU HW-101 were calibrated with methane. The HNU HW-101 was calibrated with benzene.

A dashed line in table D-1 indicates that the study did not test that particular chemical. If the emission monitor did not respond to a chemical, N/R was recorded to indicate no response.

Operators of portable leak detection devices should be thoroughly familiar with their instrumentation. Even under the best of circumstances, no two analyzers will perform exactly the same and the effect of changes in instrument parameters upon accuracy can be significant. Other external quality controls, such as a checklist for periodically noting battery condition,

D-1

BLM_0046079

fuel pressure, post-survey calibration checks, etc., will support
the validity of the data. An audit program testing both the
operator and the analyzer should be a requirement whenever a
situation warranting an exacting determination of a fugitive
emission is encountered.

In general, the response factors follow the pattern which
would be predicted for increasing flame ionization detector
response with increasing hydrocarbon character for the molecule.
The sequence of compounds methyl chloride, methylene chloride,
chloroform, and carbon tetrachloride exhibits progressively
decreasing response on the OVA detectors (response factors
ranging from 2 to 12) as the substitution on the methyl carbon
atom increases (i.e., decreasing hydrocarbon character for the
molecule). In general, increasing electronegativity of the
substituent decreases the system response: methyl chloride,
response factor approximately 2; methyl bromide, response factor
approximately 5; iodomethane, response factor approximately 8.
Carbon tetrachloride exhibits a response factor of 12 or more,
but tetrachloroethylene has a response factor of 2 or less. The
lack of carbon-hydrogen bonds in tetrachloroethylene is
apparently compensated by the presence of a site of unsaturation
in the molecule (chlorobenzene, response factor 0.60 vs.
trichlorobenzene, response factor of 12 or greater). The
difficulty of obtaining a reproducible and useful response factor
for compounds of insufficient volatility such as nitrobenzene,
m-cresol, and oxygenated compounds such as acrylic acid
demonstrates that there is a point dictated by vapor pressure or
possibly boiling point where an accurate measurement cannot be
made using the portable field analyzers. With compounds which
are not very volatile, the portable field analyzers can be
usedonly qualitatively, at best; if a large amount of the
compound is present in the air, the compound will be observed but
not with a proportionate quantitative response.

BLM_0046080

# TABLE D-1.  RESPONSE FACTORS AT ACTUAL CONCENTRATIONS OF 10,000 PPMV AND 500 PPMV

| CAS No.# | Compound Name | Volatility Class | Actual Concentration: 10,000 ppmV | | Actual Concentration: 500 ppmV | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Foxboro OVA - 108[a] | Bacharach TLV[a] | Foxboro OVA - 108[a] | Foxboro OVA - 128[a] | Foxboro OVA - 128[a] | Heath DP III[a] | HNU HW - 101[b] |
| 75-07-0 | Acetaldehyde | LL | -- | -- | 8.41 | 9.96 | 7.95 | 5.36 | 6.07 |
| 64-19-7 | Acetic Acid | LL | 1.83 | 5.70 | -- | -- | -- | -- | -- |
| 108-24-7 | Acetic anhydride | LL | 1.36 | 2.89 | -- | -- | -- | -- | -- |
| 67-64-1 | Acetone | LL | 0.79 | 1.22 | -- | -- | -- | -- | -- |
| 75-36-5 | Acetone cyanohydrin | HL | 3.42 | 7.84 | -- | -- | -- | -- | -- |
| 75-05-08 | Acetonitrile | LL | 0.94 | 1.17 | 1.20 | 1.24 | 1.27 | 1.27 | N/R |
| 98-36-2 | Acetophenone | HL | 10.98 | 54.86 | 2.71 | 2.62 | 2.43 | 2.92 | 3.07 |
| 75-36-5 | Acetyl chloride | LL | 1.99 | 2.59 | -- | -- | -- | -- | -- |
| 74-36-2 | Acetylene | G | 0.37 | 11.95 | -- | -- | -- | -- | -- |
| 107-02-8 | Acrolein | LL | -- | -- | 6.25 | 6.69 | 5.64 | 3.71 | 2.73 |
| 79-10-7 | Acrylic acid | LL | 4.65 | 36.95 | 10.51[c] | 10.81[c] | 9.63[c] | 8.61[c] | 8.91[c] |
| 107-13-1 | Acrylonitrile | LL | 0.96 | 2.70 | 1.55 | 1.58 | 1.56 | 1.47 | 3.04 |
| | Allene | G | 0.55 | 5.78 | -- | -- | -- | -- | -- |
| 107-18-6 | Allyl alcohol | LL | 0.94 | | -- | -- | -- | -- | -- |
| 107-5-1 | Allyl chloride | LL | -- | -- | 2.77 | 2.73 | 2.51 | 1.56 | 1.46 |
| 71-41-0c | Amyl alcohol, N- | HL | 0.69 | 1.78 | -- | -- | -- | -- | -- |
| | Amylene | LL | 0.31 | 1.03 | -- | -- | -- | -- | -- |
| 62-53-3 | Aniline | HL | -- | -- | 14.44[c] | 20.45[c] | 22.68[c] | 14.71[c] | 15.23[c] |
| 100-66-3 | Anisole | LL | 0.92 | 2.69 | -- | -- | -- | -- | -- |
| 100-52-7 | Benzaldehyde | HL | 2.36 | 6.30 | -- | -- | -- | -- | -- |

BLM_0046081

D-4

| CAS No.# | Compound Name | Volatility Class | Actual Concentration: 10,000 ppmV | | Actual Concentration: 500 ppmV | | | | |
| | | | Foxboro OVA - 108[a] | Bacharach TLV[a] | Foxboro OVA - 108[a] | Foxboro OVA - 128[a] | Foxboro OVA - 128[a] | Heath DP III[a] | HNU HW - 101[b] |
|---|---|---|---|---|---|---|---|---|---|
| 71-43-2 | Benzene | LL | 0.21 | 1.07 | 0.56 | 0.54 | 0.50 | 0.38 | 1.00 |
| 100-47-0 | Benzonitrile | HL | 2.24 | 9.13 | -- | -- | -- | -- | -- |
| 98-38-4 | Benzoyl Chloride | HL | 6.40 | 6.60 | -- | -- | -- | -- | -- |
| 100-44-7 | Benzyl Chloride | HL | 4.20 | 4.87 | 1.43 | 1.42 | 1.21 | 0.95 | 1.34 |
| 10-86-0 | Bromobenzene | LL | 0.36 | 1.16 | -- | -- | -- | -- | -- |
| 75-25-2 | Bromoform | LL | -- | -- | 5.90 | 6.71 | 5.68 | 5.12 | 0.62 |
| 106-99-0 | Butadiene, 1,3- | G | 0.37 | 6.00 | 2.41 | 2.69 | 2.37 | 1.68 | 2.15 |
| 106-97-8 | Butane, N- | G | 0.38 | 0.68 | -- | -- | -- | -- | -- |
| 71-36-3 | Butanol, N- | LL | 1.43 | 2.80 | -- | -- | -- | -- | -- |
| 78-92-2 | Butanol, Sec- | LL | 0.70 | 1.26 | -- | -- | -- | -- | -- |
| 75-65-0 | Butanol, Tert- | S | 0.44 | 2.19 | -- | -- | -- | -- | -- |
| 106-98-9 | Butene, 1- | G | 0.51 | 2.97 | -- | -- | -- | -- | -- |
| 111-76-2 | Butoxyethanol, 2-[c] | | -- | -- | 19.37[c] | 26.11[c] | 24.69[c] | 13.93[c] | 9.23[c] |
| 123-86-4 | Butyl acetate | LL | 0.60 | 1.30 | -- | -- | -- | -- | -- |
| 141-32-2 | Butyl acrylate, N- | LL | 0.64 | 1.98 | -- | -- | -- | -- | -- |
| 142-96-1 | Butyl ether, N- | LL | 2.70 | 2.66 | -- | -- | -- | -- | -- |
| | Butyl ether, Sec- | LL | 0.26 | 1.13 | -- | -- | -- | -- | -- |
| 109-73-9 | Butylamine, N- | LL | 0.63 | 1.91 | -- | -- | -- | -- | -- |
| 13952-84-6 | Butylamine, Sec- | LL | 0.67 | 1.50 | -- | -- | -- | -- | -- |
| 75-64-9 | Butylamine, Tert- | LL | 0.58 | 1.80 | -- | -- | -- | -- | -- |
| 98-06-6 | Butylbenzene, Tert- | HL | 1.27 | 6.42 | -- | -- | -- | -- | -- |

BLM_0046082

# TABLE D-1.  RESPONSE FACTORS AT ACTUAL CONCENTRATIONS OF 10,000 PPMV AND 500 PPMV (Cont.)

| CAS No.# | Compound Name | Volatility Class | Actual Concentration: 10,000 ppmV | | Actual Concentration: 500 ppmV | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Foxboro OVA - 108[a] | Bacharach TLV[a] | Foxboro OVA - 108[a] | Foxboro OVA - 128[a] | Foxboro OVA - 128[a] | Heath DP III[a] | HNU HW - 101[b] |
| 123-72-8 | Butyraldehyde, N- | LL | 1.39 | 1.89 | -- | -- | -- | -- | -- |
| 107-92-6 | Butyric acid | HL | 0.74 | 4.58 | -- | -- | -- | -- | -- |
| 109-74-0 | Butyronitrile | LL | 0.46 | 1.33 | -- | -- | -- | -- | -- |
| 75-1-50 | Carbon disulfide | LL | -- | 2.96 | 33.87 | 53.06 | N/R | 57.06 | 0.71 |
| 56-23-5 | Carbon tetrachloride | LL | -- | -- | 12.07 | 15.99 | 13.72 | 11.11 | 3.06 |
| 463-58-1 | Carbonyl Sulfide | G | -- | -- | 103.95 | N/R | N/R | N/R | 3.14 |
| 107-20-0 | Chloroacetaldehyde | LL | 13.40 | 5.07 | -- | -- | -- | -- | -- |
| 79-04-9 | Chloroacetyl chloride | LL | -- | -- | 1.86 | 1.93 | 1.66 | 1.28 | 3.21 |
| 108-90-7 | Chlorobenzene | LL | 0.36 | 0.88 | 0.62 | 0.60 | 0.54 | 0.38 | 1.06 |
| 75-00-3 | Chloroethane | G | 0.67 | 2.16 | -- | -- | -- | -- | -- |
| 67-66-3 | Chloroform | L | 4.48 | 8.77 | 2.06 | 2.38 | 1.91 | 1.38 | 3.35 |
| | Chloromethyl methyl ether | | -- | -- | 7.77 | 9.76 | 7.52 | 4.28 | 1.65 |
| 25167-80-0 | Chlorophenol, O- | HL | 3.33 | 5.87 | -- | -- | -- | -- | -- |
| | 50% Chloroprene/xylene | | -- | -- | 1.46 | 1.47 | 1.27 | 0.77 | 1.37 |
| | Chloropropene, 1- | LL | 0.59 | 0.86 | -- | -- | -- | -- | -- |
| | Chloropropene, 3- | LL | 0.75 | 1.24 | -- | -- | -- | -- | -- |
| 108-41-8 | Chlorotoluene, M- | LL | 0.43 | 0.92 | -- | -- | -- | -- | -- |
| 95-49-9 | Chlorotoluene, O- | LL | 0.45 | 1.05 | -- | -- | -- | -- | -- |
| 106-43-4 | Chlorotoluene, P- | LL | 0.52 | 1.15 | -- | -- | -- | -- | -- |
| 95-48-7 | Cresol, O- | S | 0.95 | 3.98 | -- | -- | -- | -- | -- |

TABLE D-1.  RESPONSE FACTORS AT ACTUAL CONCENTRATIONS OF 10,000 PPMV AND 500 PPMV (Cont.)

| CAS No.# | Compound Name | Volatility Class | Actual Concentration: 10,000 ppmV | | Actual Concentration: 500 ppmV | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Foxboro OVA - 108[a] | Bacharach TLV[a] | Foxboro OVA - 108[a] | Foxboro OVA - 128[a] | Foxboro OVA - 128[a] | Heath DP III[a] | HNU HW - 101[b] |
| 108-39-4 | Cresol, M- | LL | -- | -- | 75.60[c] | 115.20[c] | N/R | N/R | N/R |
| 106-44-5 | Cresol, P- | S | -- | -- | N/R | N/R | N/R | N/R | N/R |
| 4170-30-0 | Crotonaldehyde | LL | 1.32 | 8.54 | -- | -- | -- | -- | -- |
| 98-82-8 | Cumene | LL | 1.92 | 12.49 | 2.05 | 1.82 | 1.55 | 0.79 | 1.87 |
| 110-82-7 | Cyclohexane | LL | 0.36 | 0.72 | -- | -- | -- | -- | -- |
| 108-93-0 | Cyclohexanol | HL | 0.82 | 4.92 | -- | -- | -- | -- | -- |
| 108-94-1 | Cyclohexanone | LL | 1.50 | 3.99 | -- | -- | -- | -- | -- |
| 110-83-8 | Cyclohexene | LL | 0.40 | 1.84 | -- | -- | -- | -- | -- |
| 108-91-8 | Cyclohexylamine | LL | 0.47 | 1.38 | -- | -- | -- | -- | -- |
| 124-18-5 | Decane | HL | 0.00 | 0.20 | -- | -- | -- | -- | -- |
| 123-42-2 | Diacetone alcohol | HL | 1.53 | 0.98 | -- | -- | -- | -- | -- |
| 431-03-8 | Diacetyl | LL | 1.61 | 2.81 | -- | -- | -- | -- | -- |
| | Dichloro-1-propene, 2,3- | LL | 61.51 | 34.34 | -- | -- | -- | -- | -- |
| 541-73-1 | Dichlorobenzene, M- | HL | 0.66 | 1.89 | -- | -- | -- | -- | -- |
| 95-50-1 | Dichlorobenzene, O- | HL | 0.70 | 1.22 | -- | -- | -- | -- | -- |
| 75-34-3 | Dichloroethane, 1,1- | LL | 0.77 | 1.80 | -- | -- | -- | -- | -- |
| 107-06-2 | Dichloroethane, 1,2- | LL | 0.95 | 2.08 | -- | -- | -- | -- | -- |
| 540-59-0 | Dichloroethylene, 2- | LL | 1.31 | 1.93 | -- | -- | -- | -- | -- |
| 540-59-0 | Dichloroethylene, TRANS, 1,2 | LL | 1.13 | 1.86 | -- | -- | -- | -- | -- |
| 111-44-4 | Dichloroethyl ether[c] | | -- | -- | 22.12[c] | 25.10[c] | 24.48[c] | 16.88[c] | 8.79[c] |

TABLE D-1.  RESPONSE FACTORS AT ACTUAL CONCENTRATIONS OF 10,000 PPMV AND 500 PPMV (Cont.)

| CAS No.# | Compound Name | Volatility Class | Actual Concentration: 10,000 ppmV | | Actual Concentration: 500 ppmV | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Foxboro OVA - 108[a] | Bacharach TLV[a] | Foxboro OVA - 108[a] | Foxboro OVA - 128[a] | Foxboro OVA - 128[a] | Heath DP III[a] | HNU HW - 101[b] |
| | Dichloromethane | LL | 2.26 | 3.63 | -- | -- | -- | -- | -- |
| | Dichloropropane, 1,2- | LL | 1.03 | 1.80 | -- | -- | -- | -- | -- |
| 542-75-6 | Dichloropropene, 1,3- | | -- | -- | 2.03 | 2.08 | 1.93 | 1.23 | 1.18 |
| 25167-70-8 | Diisobutylene | LL | 0.24 | 1.39 | -- | -- | -- | -- | -- |
| | Dimethoxy ethane, 1,2- | LL | 1.28 | 1.43 | -- | -- | -- | -- | -- |
| 68-12-2 | Dimethylformamide, N,N- | LL | 3.89 | 2.95 | 6.42 | 6.38 | 7.20 | 7.09 | 5.73 |
| 57-14-7 | Dimethylhydrazine, 1,1- | LL | 1.04 | 2.74 | 2.68 | 2.84 | 3.00 | 2.89 | 2.29 |
| 67-68-5 | Dimethylsulfoxide | HL | 0.00 | 4.88 | -- | -- | -- | -- | -- |
| 123-91-1 | Dioxane, 1,4- | LL | 1.58 | 1.23 | 3.74 | 4.27 | 3.60 | 3.21 | 1.66 |
| 106-89-8 | Epichlorohydrin | LL | 1.72 | 2.02 | 2.30 | 2.41 | 2.07 | 1.27 | 1.95 |
| 106-88-7 | Epoxybutane, 1,2- | | -- | -- | 2.67 | 2.54 | 2.16 | 1.89 | 2.68 |
| 74-84-0 | Ethane | G | 0.57 | 0.73 | -- | -- | -- | -- | -- |
| 64-17-5 | Ethanol | LL | 2.04 | -- | -- | -- | -- | -- | -- |
| 110-80-5 | Ethoxy ethanol, 2- | LL | 1.68 | 1.61 | 3.55 | 4.09 | 3.50 | 2.02 | 1.70 |
| 141078-6 | Ethyl acetate | LL | 0.84 | 3.13 | -- | -- | -- | -- | -- |
| 141-97-9 | Ethyl acetoacetate | HL | 3.02 | 3.13 | -- | -- | -- | -- | -- |
| 140-88-5 | Ethyl acrylate | LL | 0.72 | -- | 2.49 | 2.64 | 2.18 | 1.16 | 1.09 |
| 75-00-3 | Ethyl chloride | G | -- | -- | 1.68 | 1.84 | 1.65 | 1.10 | 2.38 |
| 105-39-5 | Ethyl chloroacetate | LL | 1.97 | 1.47 | -- | -- | -- | -- | -- |
| 60-29-7 | Ethyl Ether | LL | 0.97 | 1.11 | -- | -- | -- | -- | -- |
| 100-41-4 | Ethylbenzene | LL | 0.70 | 3.14 | 0.77 | 0.76 | 0.66 | 0.51 | 1.08 |

| CAS No.# | Compound Name | Volatility Class | Actual Concentration: 10,000 ppmV | | Actual Concentration: 500 ppmV | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Foxboro OVA – 108[a] | Bacharach TLV[a] | Foxboro OVA – 108[a] | Foxboro OVA – 128[a] | Foxboro OVA – 128[a] | Heath DP III[a] | HNU HW – 101[b] |
| 74-35-1 | Ethylene | G | 0.52 | 4.49 | -- | -- | -- | -- | -- |
| 106-93-4 | Ethylene dibromide | | -- | -- | 2.03 | 2.22 | 2.03 | 1.36 | 0.98 |
| 107-06-2 | Ethylene dichloride | LL | -- | -- | 1.37 | 1.59 | 1.41 | 1.19 | 1.42 |
| 107-21-1 | Ethylene glycol[c] | | -- | -- | 24.81 | 39.39 | N/R | 33.13 | 10.91 |
| 75-21-8 | Ethylene oxide | G | 2.72 | 2.43 | 2.40 | 2.77 | 2.40 | 1.81 | 6.61 |
| 107-15-3 | Ethylenediamine | LL | 1.78 | 2.46 | -- | -- | -- | -- | -- |
| 64-18-6 | Formic Acid | LL | 34.87 | 33.21 | -- | -- | -- | -- | -- |
| | Formalin (37% formaldehyde/$H_2O$) | | -- | -- | 18.83 | 31.39 | 27.66 | 16.50 | 4.04 |
| 556-52-5 | Glycidol | LL | 8.42 | 5.23 | -- | -- | -- | -- | -- |
| 142-82-5 | Heptane | LL | 0.30 | 0.75 | -- | -- | -- | -- | -- |
| 87-68-3 | Hexachlorobutadiene[c] | | -- | -- | 16.28[c] | 22.99[c] | 18.06[c] | 14.56[c] | 19.34[c] |
| 100-54-3 | Hexane, N- | LL | 0.31 | 0.72 | 1.42 | 1.49 | 1.33 | 0.93 | 1.49 |
| 592-41-6 | Hexene, 1- | LL | 0.39 | 2.92 | -- | -- | -- | -- | -- |
| | Hydroxyacetone | LL | 8.70 | 9.34 | -- | -- | -- | -- | -- |
| 74-88-4 | Iodomethane | | -- | -- | 8.06 | 8.76 | 7.35 | 4.59 | 0.72 |
| 75-28-5 | Isobutane | G | 0.30 | 0.61 | -- | -- | -- | -- | -- |
| 115-11-7 | Isobutylene | G | 2.42 | 6.33 | -- | -- | -- | -- | -- |
| 540-84-1 | Isooctane | LL | -- | -- | 1.05 | 1.05 | 0.89 | 0.56 | 0.98 |
| 78-79-5 | Isoprene | LL | 0.38 | -- | -- | -- | -- | -- | -- |
| 78-59-1 | Isophorone[c] | | -- | -- | 28.80 | 40.71 | N/R | 29.69 | 17.76 |

BLM_0046086

TABLE D-1.  RESPONSE FACTORS AT ACTUAL CONCENTRATIONS OF 10,000 PPMV AND 500 PPMV (Cont.)

| | | | Actual Concentration: 10,000 ppmV | | Actual Concentration: 500 ppmV | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CAS No.# | Compound Name | Volatility Class | Foxboro OVA - 108[a] | Bacharach TLV[a] | Foxboro OVA - 108[a] | Foxboro OVA - 128[a] | Foxboro OVA - 128[a] | Heath DP III[a] | HNU HW - 101[b] |
| 67-63-0 | Isopropanol | LL | 0.90 | 1.35 | -- | -- | -- | -- | -- |
| 108-21-4 | Isopropyl acetate | LL | 0.68 | 1.25 | -- | -- | -- | -- | -- |
| 75-29-6 | Isopropyl chloride | LL | 0.62 | 0.99 | -- | -- | -- | -- | -- |
| 590-86-3 | Isovaleraldehyde | LL | 0.55 | 2.04 | -- | -- | -- | -- | -- |
| 141-79-7 | Mesityl oxide | LL | 1.12 | 3.12 | -- | -- | -- | -- | -- |
| 78-85-3 | Methacrolein | LL | 1.27 | 3.10 | -- | -- | -- | -- | -- |
| 79-41-4 | Methacrylic acid | HL | 0.71 | 6.61 | -- | -- | -- | -- | -- |
| 67-56-1 | Methanol | LL | 5.69 | 1.88 | 13.24 | 17.34 | N/R | 21.73 | 4.59 |
| 111-90-0 | Methoxy-ethanol, 2- | LL | 2.70 | 2.19 | 9.61[c] | 9.87[c] | N/R | 7.91[c] | 2.80[c] |
| 79-20-9 | Methyl acetate | LL | 1.80 | 1.76 | -- | -- | -- | -- | -- |
| 74-99-7 | Methyl acetylene | G | 0.53 | 3.92 | -- | -- | -- | -- | -- |
| 74-83-9 | Methyl bromide | G | -- | -- | 3.71 | 3.83 | 3.46 | 2.43 | 1.47 |
| 74-87-3 | Methyl chloride | G | 1.75 | 2.45 | 1.97 | 2.38 | 1.97 | 1.27 | 1.77 |
| 78-93-3 | Methyl ethyl ketone | LL | 0.57 | 1.12 | 1.78 | 1.84 | 1.59 | 1.19 | 2.92 |
| 107-31-3 | Methyl formate | LL | 3.47 | 1.93 | -- | -- | -- | -- | -- |
| 60-34-4 | Methyl hydrazine | LL | -- | -- | 5.47 | 5.50 | 5.74 | 5.44 | 3.93 |
| 108-10-1 | Methyl isobutyl ketone | LL | -- | -- | 1.65 | 1.69 | 1.40 | 0.98 | 1.46 |
| 80-62-6 | Methyl methacrylate | LL | 0.99 | 2.36 | 2.02 | 2.16 | 1.81 | 0.92 | 1.84 |
| | Methyl tert-butyl ketone | | -- | -- | 1.23 | 1.25 | 1.03 | 0.72 | 1.69 |
| 108-11-2 | Methyl-2-pentanol, 4- | LL | 1.70 | 1.94 | -- | -- | -- | -- | -- |

TABLE D-1. RESPONSE FACTORS AT ACTUAL CONCENTRATIONS OF 10,000 PPMV AND 500 PPMV (Cont.)

| CAS No.# | Compound Name | Volatility Class | Actual Concentration: 10,000 ppmV | | Actual Concentration: 500 ppmV | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Foxboro OVA - 108[a] | Bacharach TLV[a] | Foxboro OVA - 108[a] | Foxboro OVA - 128[a] | Foxboro OVA - 128[a] | Heath DP III[a] | HNU HW - 101[b] |
| | Methyl-2-pentanone, 4- | LL | 0.49 | 1.54 | -- | -- | -- | -- | -- |
| | Methyl-3-butyn-2-OL, 2- | LL | 0.51 | -- | -- | -- | -- | -- | -- |
| 109-87-5 | Methylal | LL | 1.46 | 1.41 | -- | -- | -- | -- | -- |
| 100-61-8 | Methylaniline, N- | HL | 4.13 | 5.25 | -- | -- | -- | -- | -- |
| 108-87-2 | Methylcyclohexane | LL | 0.38 | 0.85 | -- | -- | -- | -- | -- |
| | Methylcyclohexene, 1- | LL | 0.33 | 2.22 | -- | -- | -- | -- | -- |
| 75-09-2 | Methylene chloride | LL | 2.26 | 3.63 | 1.67 | 1.72 | 1.41 | 0.84 | 2.06 |
| 77-75-8 | Methylpentynol | LL | 1.17 | 2.82 | -- | -- | -- | -- | -- |
| 98-83-9 | Methylstyrene, A- | LL | 10.24 | 31.46 | -- | -- | -- | -- | -- |
| 110-91-8 | Morpholine | LL | 0.92 | 1.93 | -- | -- | -- | -- | -- |
| 98-95-3 | Nitrobenzene | HL | 29.77 | 40.61 | 16.41[c] | 16.52[c] | N/R | 26.01[c] | 19.98[c] |
| 79-24-3 | Nitroethane | LL | 1.40 | 2.54 | -- | -- | -- | -- | -- |
| 75-52-5 | Nitromethane | LL | 3.32 | 5.25 | -- | -- | -- | -- | -- |
| 24332-01-4 | Nitropropane, 2- | LL | 1.06 | 1.77 | 1.86 | 1.91 | 1.60 | 1.06 | 3.29 |
| 111-84-2 | Nonane-N | LL | 1.62 | 5.54 | -- | -- | -- | -- | -- |
| 111-65-9 | Octane | LL | 1.04 | 2.06 | -- | -- | -- | -- | -- |
| | Phenol (90% carboxylic acid) | LL | -- | -- | 16.38 | 44.89 | 47.01 | N/R | 71.06 |
| 109-66-0 | Pentane | LL | 0.42 | 0.62 | -- | -- | -- | -- | -- |
| 109-06-8 | Picoline, 2- | LL | 0.34 | 1.17 | -- | -- | -- | -- | -- |
| 74-98-6 | Propane | G | 0.88 | 0.63 | -- | -- | -- | -- | -- |

TABLE D-1.  RESPONSE FACTORS AT ACTUAL CONCENTRATIONS OF 10,000 PPMV AND 500 PPMV (Cont.)

| CAS No.# | Compound Name | Volatility Class | Actual Concentration: 10,000 ppmV | | Actual Concentration: 500 ppmV | | | | |
| | | | Foxboro OVA - 108[a] | Bacharach TLV[a] | Foxboro OVA - 108[a] | Foxboro OVA - 128[a] | Foxboro OVA - 128[a] | Heath DP III[a] | HNU HW - 101[b] |
|---|---|---|---|---|---|---|---|---|---|
| 123-38-6 | Propionaldehyde | LL | 1.19 | 1.65 | 4.01 | 4.27 | 3.95 | 2.53 | 4.79 |
| 79-09-4 | Propionic acid | LL | 1.34 | 3.51 | -- | -- | -- | -- | -- |
| 71-23-8 | Propyl alcohol | LL | 0.91 | 1.55 | -- | -- | -- | -- | -- |
| 103-65-1 | Propylbenzene, N- | LL | 0.44 | 5.97 | -- | -- | -- | -- | -- |
| 115-07-1 | Propylene | G | 0.79 | 2.80 | -- | -- | -- | -- | -- |
| 78-87-5 | Propylene dichloride | LL | -- | -- | 1.49 | 1.48 | 1.26 | 0.84 | 1.37 |
| 75-56-0 | Propylene oxide | LL | 0.80 | 1.15 | 2.02 | 2.14 | 1.78 | 1.26 | 3.09 |
| 75-55-8 | Propyleneimine, 1,2- | | -- | -- | 1.75 | 1.52 | 1.53 | 1.33 | 2.31 |
| 110-86-1 | Pyridine | LL | 0.41 | 1.17 | -- | -- | -- | -- | -- |
| 100-42-5 | Styrene | LL | 4.16 | 36.83 | 1.10 | 1.08 | 0.93 | 0.57 | 1.36 |
| 96-09-3 | Styrene Oxide | L | -- | -- | 2.61 | 2.49 | 2.06 | 2.61 | 3.03 |
| 79-34-5C | Tetrachloroethane, 1,1,1,2- | LL | 3.00 | 6.52 | -- | -- | -- | -- | -- |
| | Tetrachloroethane, 1,1,2,2- | LL | 6.06 | 14.14 | 1.64 | 1.69 | 1.66 | 1.14 | 1.52 |
| 127-18-4 | Tetrachloroethylene | LL | 3.16 | 11.46 | 1.77 | 2.09 | 1.72 | 1.20 | 0.74 |
| 108-88-3 | Toluene | LL | 0.33 | 2.32 | 0.87 | 0.87 | 0.76 | 0.57 | 1.25 |
| 120-82-1 | Trichlorobenzene, 1,2,4 | | 1.35 | 0.39 | 12.55 | 16.71 | N/R | 18.66 | 16.58 |
| 71-55-6 | Trichloroethane, 1,1,1- | LL | 0.79 | 2.41 | 1.09 | 1.16 | 1.03 | 0.70 | 1.85 |
| 79-00-5 | Trichloroethane, 1,1,2- | LL | 1.26 | 3.68 | 1.19 | 1.27 | 1.11 | 0.79 | 1.33 |
| 79-01-6 | Trichloroethylene | LL | 0.94 | 3.35 | 2.26 | 2.60 | 2.14 | 1.25 | 1.09 |
| 96-18-4 | Trichloropropane, 1,2,3- | LL | 0.95 | 2.23 | -- | -- | -- | -- | -- |

BLM_0046089

TABLE D-1.  RESPONSE FACTORS AT ACTUAL CONCENTRATIONS OF 10,000 PPMV AND 500 PPMV (Cont.)

| CAS No.# | Compound Name | Volatility Class | Actual Concentration: 10,000 ppmV | | Actual Concentration: 500 ppmV | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Foxboro OVA - 108[a] | Bacharach TLV[a] | Foxboro OVA - 108[a] | Foxboro OVA - 128[a] | Foxboro OVA - 128[a] | Heath DP III[a] | HNU HW - 101[b] |
| 121-44-8 | Triethylamine | LL | 0.46 | 1.41 | 0.47 | 0.49 | 0.48 | 0.35 | 0.73 |
| 108-05-4 | Vinyl acetate | LL | 1.31 | 3.99 | 3.63 | 3.36 | 2.80 | 1.48 | 2.07 |
| 593-60-2 | Vinyl bromide | G | -- | -- | 2.14 | 2.41 | 2.33 | 1.68 | 1.37 |
| 75-01-4 | Vinyl chloride | G | 0.65 | 1.10 | 2.03 | 2.11 | 2.11 | 1.76 | 2.18 |
| | Vinyl propionate | LL | 0.94 | 0.70 | -- | -- | -- | -- | -- |
| 75-35-4 | Vinylidene chloride | LL | 1.15 | 2.38 | 2.73 | 2.97 | 2.61 | 1.79 | 1.70 |
| 106-42-3 | Xylene, P- | LL | 2.27 | 5.35 | 0.89 | 0.88 | 0.74 | 0.54 | 0.93 |
| 108-38-3 | Xylene, M- | LL | 0.30 | 3.56 | 0.89 | 0.89 | 0.75 | 0.54 | 0.96 |
| 95-47-6 | Xylene, O- | LL | 0.36 | 1.40 | 0.95 | 0.95 | 0.80 | 0.60 | 1.09 |

N/R = No response
[a] = Calibrated with methane in air.
[b] = Calibrated with benzene in air.
[c] = Volatility problem with compound.

APPENDIX E

SELECTION OF SAMPLE SIZE FOR SCREENING CONNECTORS

BLM_0046091

APPENDIX E

SELECTION OF SAMPLE SIZE FOR SCREENING CONNECTORS

In estimating emissions for a given process unit, all
equipment components must be surveyed for each class of
components.  The one exception to this "total component
screening" criterion is the category of connectors.  Note
however, that if the process unit is subject to a standard which
requires the screening of connectors, then all connectors must be
screened.  In typical process units, connectors represent the
largest count of individual equipment components, making it
costly to screen all components.  The purpose of this appendix is
to present a methodology for determining how many connectors must
be screened to constitute a large enough sample size to identify
the actual screening value distribution of connectors in the
entire process unit.  Please note that the sampling is to be a
random sampling throughout the process unit.

The basis for selecting the sample population to be screened
is the probability that at least one "leaking" connector will be
in the screened population. The "leaker" is used as a
representation of the complete distribution of screening values
for the entire class of sources.  The following binomial
distribution was developed to approximate the number of
connectors that must be screened to ensure that the entire
distribution of screening values for these components is
represented in the sample:

$$n \geq N \times \{1 - (1 - p)^{1/D}\} \qquad (E-1)$$

where:

N = Number of connectors;

D = (fraction of leaking connectors) × N; and

$p \geq 0.95$.

BLM_0046092

Refer to figure E-1, which shows the fraction of leaking connectors at several leak definitions based on currently available data. Since the fraction of leaking connectors will most likely not be known prior to screening, the leaking fraction at the intersection of the SOCMI average emission factor line and applicable leak definition line on figure F-1 can be used to estimate what the fraction of leaking connectors will be. Entering this value into equation E-1 for at least a 95 percent confidence interval (p = 0.95) will give the minimum number of connectors that need to be screened. A larger sample size will be required for units exhibiting a lower fraction of leaking connectors.

After 'n' connectors have been screened, an actual leak frequency should be calculated as follows:

$$\text{Leaking frequency} = \frac{\text{Number of leaking connectors}}{n} \qquad \text{(E-2)}$$

Then, the confidence level of the sample size can be calculated using the following equation, based upon a hypergeometric distribution:

$$P = 1 - \frac{(N-D')! \ (N-n)!}{N! \ (N-D'-n)!} \qquad \text{(E-3)}$$

where:

   N = Total population of connectors;

   n = Sample size; and

   $D' = \dfrac{\text{Number of leaking connectors}}{n} \times N$

If 'p' calculated in this manner is less than 0.95, then a less than 95 percent confidence exists that the screening value distribution has been properly identified. Therefore, additional connectors must be screened to achieve a 95 percent confidence level. The number of additional connectors required to satisfy the requirement for a 95 percent confidence level can be calculated by solving Equation (E-1) again, using the leak frequency calculated in Equation (E-2), and subtracting the

E-2

BLM_0046093



Figure E-1.    Fraction of Leaking Connectors at Several Leak
              Definitions

BLM_0046094

original sample size.  After this additional number of connectors have been screened, the revised fraction of leaking components and the confidence level of the new sample size (i.e., the original sample size plus the additional connectors screened) should be recalculated using Equation (E-3).  The Agency requires sufficient screening to achieve a 95 percent confidence level, until a maximum of 50 percent of the total number of connectors in the process unit have been screened. The EPA believes that 50 percent of the total connector population is a reasonable upper limit for a sample size.  If half of the total number of connectors are screened, no further connector screening is necessary, even if a 95 percent confidence level has not been achieved.

BLM_0046095

APPENDIX F


REFERENCE METHOD 21


(Code of Federal Regulations, Title 40, Part 60,
Appendix A.  Reference Method 21, Determination of
Volatile Organic Compound Leaks.  Washington, D.C.,
U.S. Government Printing Office.  Revised
June 22, 1990.)

BLM_0046096

(EMTIC M-21, 2/9/93)

**Method 21 - Determination of Volatile Organic Compound Leaks**

# 1. APPLICABILITY AND PRINCIPLE

**1.1 Applicability.** This method applies to the determination of volatile organic compound (VOC) leaks from process equipment. These sources include, but are not limited to, valves, flanges and other connections, pumps and compressors, pressure relief devices, process drains, open-ended valves, pump and compressor seal system degassing vents, accumulator vessel vents, agitator seals, and access door seals.

**1.2 Principle.** A portable instrument is used to detect VOC leaks from individual sources. The instrument detector type is not specified, but it must meet the specifications and performance criteria contained in section 3. A leak definition concentration based on a reference compound is specified in each applicable regulation. This procedure is intended to locate and classify leaks only, and is not to be used as a direct measure of mass emission rate from individual sources.

# 2. DEFINITIONS

**2.1 Leak Definition Concentration.** The local VOC concentration at the surface of a leak source that indicates that a VOC emission (leak) is present, The leak definition is an instrument meter reading based on a reference compound.

**2.2 Reference Compound.** The VOC species selected as an instrument calibration basis for specification of the leak definition concentration. (For example, if a leak definition concentration is 10,000 ppm as methane, then any source emission that results in a local concentration that yields a meter reading of 10,000 ppm on an instrument meter calibrated with methane would be classified as a leak. In this example, the leak definition is 10,000 ppm, and the reference compound is methane.)

**2.3 Calibration Gas.** The VOC compound used to adjust the instrument meter reading to a known value. The calibration gas is usually the reference compound at a known concentration approximately equal to the leak definition concentration.

**2.4 No Detectable Emission.** The total VOC concentration at the surface of a leak source that indicates that a VOC emission (leak) is not present. Since background VOC concentrations may exist, and to account for instrument drift and imperfect reproducibility, a difference between the source surface

F-1

BLM_0046097

concentration and the local ambient concentration is determined. A difference based on the meter readings of less than a concentration corresponding to the minimum readability specification indicates that a VOC emission (leak) is not present. (For example, if the leak definition in a regulation is 10,000 ppm, then the allowable increase is surface concentration versus local ambient concentration would be 500 ppm based on the instrument meter readings.)

**2.5 Response Factor.** The ratio of the known concentration of a VOC compound to the observed meter reading when measured using an instrument calibrated with the reference compound specified in the applicable regulation.

**2.6 Calibration Precision.** The degree of agreement between measurements of the same known value, expressed as the relative percentage of the average difference between the meter readings and the known concentration to the known concentration.

**2.7 Response Time.** The time interval from a step change in VOC concentration at the input of the sampling system to the time at which 90 percent of the corresponding final value is reached as displayed on the instrument readout meter.

## 3. APPARATUS

**3.1 Monitoring Instrument.**

**3.1.1 Specifications**

**a.** The VOC instrument detector shall respond to the compounds being processed. Detector types which may meet this requirement include, but are not limited to, catalytic oxidation, flame ionization, infrared absorption, and photoionization.

**b.** The instrument shall be capable of measuring the leak definition concentration specified in the regulation.

**c.** The scale of the instrument meter shall be readable to + or - 5 percent of the specified leak definition concentration.

**d.** The instrument shall be equipped with a pump so that a continuous sample is provided to the detector. The nominal sample flow rate shall be 0.1 to 3.0 liters per minute.

**e.** The instrument shall be intrinsically safe for operation in explosive atmospheres as defined by the applicable U.S.A. standards (e.g., National Electrical Code by the National Fire Prevention Association).

**f.** The instrument shall be equipped with a probe or probe extension for sampling not to exceed 1/4 in. in outside diameter, with a single end opening for admission of sample.

F-2

BLM_0046098

### 3.1.2  Performance Criteria.

**a.**  The instrument response factors for the individual compounds to be measured must be less than 10.

**b.**  The instrument response time must be equal to or less than 30 seconds.  The response time must be determined for the instrument configuration to be used during testing.

**c.**  The calibration precision must be equal to or less than 10 percent of the calibration gas value.

**d.**  The evaluation procedure for each parameter is given in section 4.4.

### 3.1.3  Performance Evaluation Requirements.

**a.**  A response factor must be determined for each compound that is to be measured, either by testing or from reference sources. The response factor tests are required before placing the analyzer into service, but do not have to be repeated at subsequent intervals.

**b.**  The calibration precision test must be completed prior to placing the analyzer into service, and at subsequent 3-month intervals or at the next use whichever is later.

**c.**  The response time test is required before placing the instrument into service.  If a modification to the sample pumping system or flow configuration is made that would change the response time, a new test is required before further use.

### 3.2  Calibration Gases.

The monitoring instrument is calibrated in terms of parts per million by volume (ppm) of the reference compound specified in the applicable regulation.  The calibration gases required for monitoring and instrument performance evaluation are a zero gas (air, less than 10 ppm VOC) and a calibration gas in air mixture approximately equal to the leak definition specified in the regulation.  If cylinder calibration gas mixtures are used, they must be analyzed and certified by the manufacturer to be within + or - 2 percent accuracy, and a shelf life must be specified. Cylinder standards must be either reanalyzed or replaced at the end of the specified shelf life.  Alternatively, calibration gases may be prepared by the user according to any accepted gaseous preparation procedure that will yield a mixture accurate to within + or - 2 percent.  Prepared standards must be replaced each day of use unless it can be demonstrated that degradation does not occur during storage.

Calibrations may be performed using a compound other than the reference compound if a conversion factor is determined for that alternative compound so that the resulting meter readings

BLM_0046099

during source surveys can be converted to reference compound results.

## 4. PROCEDURES

**4.1 Pretest Preparations.** Perform the instrument evaluation procedure given in section 4.4 if the evaluation requirement of section 3.1.3 have not been met.

**4.2 Calibration Procedures.** Assemble and start up the VOC analyzer according to the manufacturer's instructions. After the appropriate warmup period and zero internal calibration procedure, introduce the calibration gas into the instrument sample probe. Adjust the instrument meter readout to correspond to the calibration gas value. (<u>Note</u>: If the meter readout cannot be adjusted to the proper value, a malfunction of the analyzer is indicated and corrective actions are necessary before use.)

**4.3 Individual Source Surveys.**

**4.3.1 Type I - Leak Definition Based on Concentration.** Place the probe inlet at the surface of the component interface where leakage could occur. Move the probe along the interface periphery while observing the instrument readout. If an increased meter reading is observed, slowly sample the interface where leakage is indicated until the maximum meter reading is obtained. Leave the probe inlet at this maximum reading location for approximately two times the instrument response time. If the maximum observed meter reading is greater than the leak definition in the applicable regulation, record and report the results as specified in the regulation reporting requirements. Examples of the application of this general technique to specific equipment types are:

**a.** Valves - Leaks usually occur at the seal between the stem and the housing. Place the probe at the interface where the stem exits the packing and sample the stem circumference and the flange periphery. Survey valves of multipart assemblies where a leak could occur.

**b.** Flanges and Other Connections - Place the probe at the outer edge of the flange-gasket interface and sample the circumference of the flange.

**c.** Pump or Compressor Seals - If applicable, determine the type of shaft seal. Perform a survey of the local area ambient VOC concentration and determine if detectable emissions exist as described above.

**d.** Pressure Relief Devices - For those devices equipped with an enclosed extension, or horn, place the probe inlet at approximately the center of the exhaust area to the atmosphere.

F-4

BLM_0046100

**e.** Process Drains - For open drains, place the probe inlet as near as possible to the center of the area open to the atmosphere. For covered drains, locate probe at the surface of the cover and traverse the periphery.

**f.** Open-ended Lines or Valves - Place the probe inlet at approximately the center of the opening of the atmosphere.

**g.** Seal System Degassing Vents, Accumulator Vessel Vents, Pressure Relief Devices - If applicable, observe whether the applicable ducting or piping exists. Also, determine if any sources exist in the ducting or piping where emissions could occur before the control device. If the required ducting or piping exists and there are no sources where the emissions could be vented to the atmosphere before the control device, then it is presumed that no detectable emissions are present. If there are sources in the ducting or piping where emissions could be vented or sources where leaks could occur, the sampling surveys described in this section shall be used to determine if detectable emissions exist.

**h.** Access door seals - Place the probe inlet at the surface of the door seal interface and traverse the periphery.

**4.3.2 Type II - "No Detectable Emission".** Determine the ambient concentration around the source by moving the probe randomly upwind and downwind around one to two meters from the source. In case of interferences, this determination may be made closer to the source down to no closer than 25 centimeters. Then move the probe to the surface of the source and measure as in 4.3.1. The difference in these concentrations determines whether there are no detectable emissions. When the regulation also requires that no detectable emissions exist, visual observations and sampling surveys are required. Examples of this technique are: (a) Pump or Compressor Seals - Survey the local area ambient VOC concentration and determine if detectable emissions exist. (b) Seal System Degassing Vents, Accumulator Vessel Vents, Pressure Relief Devices - Determine if any VOC sources exist upstream of the device. If such ducting exists and emissions cannot be vented to the atmosphere upstream of the control device, then it is presumed that no detectable emissions are present. If venting is possible sample to determine if detectable emissions are present.

**4.3.3 Alternative Screening Procedure.**

**4.3.3.1** A screening procedure based on the formation of bubbles in a soap solution that is sprayed on a potential leak source may be used for those sources that do not have continuously moving parts, that do not have surface temperatures greater than the boiling point or less than the freezing point of the soap solution, that do not have open areas to the atmosphere that the soap solution cannot bridge, or that do not exhibit evidence of

BLM_0046101

liquid leakage. Sources that have these conditions present must be surveyed using the instrument technique of section 4.3.1 or 4.3.2.

**4.3.3.2** Spray a soap solution over all potential leak sources. The soap Solution may be a commercially available leak detection solution or may be prepared using concentrated detergent and water.

A pressure sprayer or squeeze bottle may be used to dispense the solution. Observe the potential leak sites to determine if any bubbles are formed. If no bubbles are observed, the source is presumed to have no detectable emissions or leaks as applicable. If any bubbles are observed, the instrument techniques of section 4.3.1 or 4.3.2 shall be used to determine if a leak exists, or if the source has detectable emissions, as applicable.

**4.4    Instrument Evaluation Procedures.** At the beginning of the instrument performance evaluation test, assemble and start up the instrument according to the manufacturer's instructions for recommended warmup period and preliminary adjustments.

**4.4.1    Response Factor.**

**4.4.1.1** Calibrate the instrument with the reference compound as specified in the applicable regulation. For each organic species that is to be measured during individual source surveys, obtain or prepare a known standard in air at a concentration of approximately 80 percent of the applicable leak definition unless limited by volatility or explosivity. In these cases, prepare a standard at 90 percent of the standard saturation concentration, or 70 percent of the lower explosive limit, respectively. Introduce this mixture to the analyzer and record the observed meter reading. Introduce zero air until a stable reading is obtained. Make a total of three measurements by alternating between the known mixture and zero air. Calculate the response factor for each repetition and the average response factor.

**4.4.1.2** Alternatively, if response factors have been published for the compounds of interest for the instrument or detector type, the response factor determination is not required, and existing results may be referenced. Examples of published response factors for flame ionization and catalytic oxidation detectors are included in the Bibliography.

**4.4.2    Calibration Precision.** Make a total of three measurements by alternately using zero gas and the specified calibration gas. Record the meter readings. Calculate the average algebraic difference between the meter readings and the known value. Divide this average difference by the known calibration value and multiply by 100 to express the resulting calibration precision as a percentage.

F-6

BLM_0046102

**4.4.3  Response Time.**  Introduce zero gas into the instrument sample probe.  When the meter reading has stabilized, switch quickly to the specified calibration gas.  Measure the time from switching to when 90 percent of the final stable reading is attained.  Perform this test sequence three times and record the results.  Calculate the average response time.

## 5.  BIBLIOGRAPHY

**1.**     Dubose, D.A., and G.E. Harris.  Response Factors of VOC Analyzers at a Meter Reading of 10,000 ppmv for Selected Organic Compounds.  U.S. Environmental Protection Agency, Research Triangle
Park, NC.  Publication No. EPA 600/2-81051. September 1981.

**2.**     Brown, G.E., et al.  Response Factors of VOC Analyzers Calibrated with Methane for Selected Organic Compounds.  U.S. Environmental Protection Agency, Research Triangle Park, NC. Publication No. EPA 600/2-81-022.  May 1981.

**3.**     DuBose, D.A. et al.  Response of Portable VOC Analyzers to Chemical Mixtures.  U.S. Environmental Protection Agency, Research Triangle Park, NC.  Publication No. EPA 600/2-81-110. September 1981.

BLM_0046103

APPENDIX G


DEVELOPMENT OF LEAK RATE
VERSUS FRACTION LEAKING EQUATIONS
AND DETERMINATION OF LDAR CONTROL EFFECTIVENESS

BLM_0046104

APPENDIX G

The purpose of this appendix is to provide additional information on the approach used to develop the average leak rate versus fraction leaking equations presented in chapter 5.0. Also, background information is presented on the determination of control effectiveness of LDAR programs at SOCMI process units and refinery process units.

## G.1 DEVELOPMENT OF AVERAGE LEAK RATE VERSUS FRACTION LEAKING EQUATIONS

In chapter 5.0, tables 5-4 and 5-5 present equations that predict average leak rate based on the fraction leaking at SOCMI process units and refinery process units, respectively. Equations are presented for gas valves, light liquid valves, light liquid pumps, and connectors, and each of the equations are plotted in figures 5-1 through 5-8.

The equations are expressed in the following format:

Average Leak Rate = (Slope × Fraction Leaking) + Intercept

The average leak rate has units of kilograms per hour per source. The fraction leaking is the fraction of sources that screen greater than or equal to the applicable leak definition. The leak definition is the screening value at which a leak is indicated. (For example an equipment leak regulation may have a leak definition of 10,000 ppmv.) Equations were developed for several possible leak definitions.

Using the applicable equation, if it is known what percentage of sources screen greater than or equal to the leak definition, then an overall average leak rate for all sources can be estimated. If the fraction leaking before and after an LDAR program is implemented are known, then the average leak rates before and after the program can be determined. These average leak rates before and after the program are used to calculate the control efficiency of the program.

BLM_0046105

The leak rate versus fraction leaking equations were developed using the following procedure:

STEP 1:    Determine average emission factors for
           (1) screening values greater than or equal to the
           applicable leak definition, and (2) screening
           values less than the applicable definition.

STEP 2:    The average emission factor for screening values
           less than the leak definition is the intercept in
           the equation.

STEP 3:    The average emission factor for screening values
           greater than or equal to the leak definition minus
           the average emission factor for screening values
           less than the leak definition is the slope in the
           equation.

An example of the above steps is presented for gas valves in a SOCMI process units for a leak definition of 10,000 ppmv. From table 2-4 the gas valve $\geq$10,000 ppmv emission factor is 0.0782 kg/hr and the <10,000 ppmv factor is 0.000131 kg/hr. Thus, the equation relating average leak rate to fraction leaking for SOCMI gas valves with a leak definition of 10,000 ppmv is as follows:

$$\text{Avg Leak Rate (kg/hr)} = [(0.0782 - 0.000131) \times FL] + 0.000131$$
$$= (0.0781 \times FL) + 0.000131$$

where:

$$FL = \text{Fraction leaking.}$$

Notice that when applying the above equation if 100 percent of the gas valves screened less than 10,000 ppmv, the equation predicts an average leak rate equal to the <10,000 ppmv factor. Similarly, if 100 percent of sources screened greater than or equal to 10,000 ppmv, the equation predicts an average leak rate equal to the $\geq$10,000 ppmv factor.

For SOCMI process units, equations were developed for each of the equipment types for leak definitions of 500 ppmv, 1,000 ppmv, 2,000 ppmv, 5,000 ppmv, and 10,000 ppmv. For each of the leak definitions, the greater than or equal to factors and the less than factors were developed by entering the applicable

G-2

BLM_0046106

screening data from the combined screening data set into the
applicable revised SOCMI correlation equation (see appendix B).
For example, the <500 ppmv factor for connectors was estimated by
entering all connector screening data with values less than
500 ppmv from the combined screening dataset into the revised
SOCMI connector correlation equation.  The sum of total emissions
divided by the number of screening values gives the <500 ppmv
connector average emission factor.

For refinery process units, equations were developed for
each of the equipment types for leak definitions of 500 ppmv,
1,000 ppmv and 10,000 ppmv.  The refinery $\geq$10,000 ppmv and
<10,000 ppmv emission factors had previously been developed and
are presented in table 2-5.  The same approach used to develop
the $\geq$10,000/<10,000 ppmv refinery factors was used to develop the
factors for leak definitions of 500 ppmv and 1,000 ppmv.  This
approach involves using information from the Refinery Assessment
Study (EPA-600/2-80-075c) on the cumulative distribution of
emissions and screening values.

G.2   CONTROL EFFECTIVENESS CALCULATIONS

In addition to the equations described in section G.1,
chapter 5.0 presents estimated control effectiveness values at
SOCMI and refinery process units for control equivalent to:

(1)   Monthly LDAR program with a leak definition of
      10,000 ppmv;

(2)   Quarterly LDAR program with a leak definition of
      10,000 ppmv; and

(3)   Control equivalent to the LDAR program required by the
      proposed hazardous organic NESHAP equipment leaks
      negotiated regulation.

Tables G-1 and G-2 summarize how the control effectiveness values
of the above LDAR programs were determined for SOCMI and refinery
process units, respectively.

The approach for calculating the control effectiveness of a
LDAR program is discussed in detail in chapter 5.0.  The approach
involves determining the average leak rate before and after the
LDAR program is implemented.  The average leak rates before and

BLM_0046107

TABLE G-1.  DETERMINATION OF LDAR CONTROL EFFECTIVENESS AT SOCMI PROCESS UNITS

| Equipment type | Control program | Leak definition (ppmv) | Initial leak fraction (percent) | Initial leak rate (kg/hr) | Steady-state leak fraction after LDAR implemented (percent) | | | Final leak rate (kg/hr) | LDAR control effectiveness (percent) |
| | | | | | Immediately after LDAR monit. | Immediately prior to LDAR monit. | Cycle average | | |
|---|---|---|---|---|---|---|---|---|---|
| LL Valves | Monthly | 10000 | 4.3 | 0.0040 | 0.20 | 0.88 | 0.54 | 0.00064 | 84 |
| | Quarterly | 10000 | 4.3 | 0.0040 | 0.59 | 2.61 | 1.60 | 0.00159 | 61 |
| | HON reg neg | 500 | 8.5 | 0.0040 | 0.00 | 2.00 | 1.00 | 0.00050 | 88 |
| Gas Valves | Monthly | 10000 | 7.5 | 0.0060 | 0.29 | 1.29 | 0.79 | 0.00075 | 87 |
| | Quarterly | 10000 | 7.5 | 0.0060 | 0.86 | 3.80 | 2.33 | 0.00195 | 67 |
| | HON reg neg | 500 | 13.6 | 0.0060 | 0.00 | 2.00 | 1.00 | 0.00045 | 92 |
| LL Pumps | Monthly | 10000 | 7.5 | 0.0199 | 0.00 | 3.53 | 1.77 | 0.00613 | 69 |
| | Quarterly | 10000 | 7.5 | 0.0199 | 0.00 | 7.50 | 3.75 | 0.01092 | 45 |
| | HON reg neg | 1000 | 17.1 | 0.0199 | 0.00 | 8.04 | 4.02 | 0.00501 | 75 |
| Connectors | HON reg neg | 500 | 3.9 | 0.0018 | 0.00 | 0.50 | 0.25 | 0.00013 | 93 |

BLM_0046108

# TABLE G-2. DETERMINATION OF LDAR CONTROL EFFECTIVENESS AT REFINERY PROCESS UNITS

| Equipment type | Control program | Leak definition (ppmv) | Initial leak fraction (percent) | Initial leak rate (kg/hr) | Immediately after LDAR monit. | Immediately prior to LDAR monit. | Cycle average | Final leak rate (kg/hr) | LDAR control effectiveness (percent) |
|---|---|---|---|---|---|---|---|---|---|
| LL Valves | Monthly | 10000 | 11.0 | 0.0109 | 0.39 | 1.72 | 1.06 | 0.00258 | 76 |
| | Quarterly | 10000 | 11.0 | 0.0109 | 1.15 | 5.07 | 3.11 | 0.00430 | 61 |
| | HON reg neg | 500 | 28.5 | 0.0109 | 0.00 | 2.00 | 1.00 | 0.00057 | 95 |
| Gas Valves | Monthly | 10000 | 10.0 | 0.0268 | 0.36 | 1.60 | 0.98 | 0.00317 | 88 |
| | Quarterly | 10000 | 10.0 | 0.0268 | 1.06 | 4.69 | 2.88 | 0.00813 | 70 |
| | HON reg neg | 500 | 24.0 | 0.0268 | 0.00 | 2.00 | 1.00 | 0.00120 | 96 |
| LL Pumps | Monthly | 10000 | 24.0 | 0.1140 | 0.00 | 11.28 | 5.64 | 0.03597 | 68 |
| | Quarterly | 10000 | 24.0 | 0.1140 | 0.00 | 24.00 | 12.00 | 0.06300 | 45 |
| | HON reg neg | 1000 | 48.0 | 0.1140 | 0.00 | 10.00 | 5.00 | 0.01365 | 88 |
| Connectors | HON reg neg | 500 | 1.7 | 0.00025 | 0.00 | 0.50 | 0.25 | 0.00005 | 81 |

BLM_0046109

after implementing the LDAR program are estimated by entering the
fraction leaking before and after implementing the program into
the equations described in section G.1.

For SOCMI process units, the fraction leaking before
implementing the LDAR program was based on the percentage of
equipment screening above the applicable leak definition in the
combined SOCMI screening dataset.  (See appendix B.)  Similarly,
the initial fraction leaking for refinery process units was based
on data from the Refinery Assessment Study on the percentage of
equipment screening above the applicable leak definition.  Note
that each of the initial leak fractions predict leak rates equal
to the applicable SOCMI or refinery average emission factors
(tables 2-1 and 2-2) when entered into the applicable equation
described in section G.1.  In other words, when estimating the
control effectiveness for the SOCMI and refinery LDAR programs,
it has been assumed that prior to implementing the program
equipment leak emissions are equivalent to emissions that would
be predicted by the average emission factors.

The fraction leaking after implementing the LDAR program is
assumed to be the average of the "steady-state" fraction leaking
immediately before and after a monitoring cycle (see discussion
in chapter 5.0).  The following parameters are used to estimate
the steady-state leak fractions:
- recurrence rate,
- unsuccessful repair rate, and
- occurrence rate.

The values used for these parameters are summarized in
table G-3 for both SOCMI and refinery process units.

The paragraphs below summarize the approach used to
determine the above parameters.  First, the approach used to
determine the parameters in a program with a leak definition of
10,000 ppmv is described.  Then, the approach used to determine
the parameters in a program equivalent to the proposed hazardous
organic NESHAP equipment leaks negotiated regulation is
described.

BLM_0046110

## TABLE G-3. PARAMETERS USED TO CALCULATE STEADY-STATE LEAK FRACTION AFTER LDAR PROGRAM IS IMPLEMENTED

| Equipment type | Control program | Leak definition (ppmv) | Recurrence rate[a] (percent) | Unsuccessful repair rate[a] (percent) | Initial leak fraction[b] (percent) | Occurrence rate[c] (percent) |
|---|---|---|---|---|---|---|
| PARAMETER VALUES FOR SOCMI PROCESS UNITS | | | | | | |
| LL Valves | Monthly | 10000 | 14 | 10 | 4.3 | 0.68 |
| | Quarterly | 10000 | 14 | 10 | 4.3 | 2.03 |
| | HON reg neg | 500 | 0 | 0 | 8.5 | 2.00 |
| Gas Valves | Monthly | 10000 | 14 | 10 | 7.5 | 1.00 |
| | Quarterly | 10000 | 14 | 10 | 7.5 | 2.97 |
| | HON reg neg | 500 | 0 | 0 | 13.6 | 2.00 |
| LL Pumps | Monthly | 10000 | 0 | 0 | 7.5 | 3.53 |
| | Quarterly | 10000 | 0 | 0 | 7.5 | 7.50 |
| | HON reg neg | 1000 | 0 | 0 | 17.1 | 8.04 |
| Connectors | HON reg neg | 500 | 0 | 0 | 3.9 | 0.50 |
| PARAMETER VALUES FOR REFINERY PROCESS UNITS | | | | | | |
| LL Valves | Monthly | 10000 | 14 | 10 | 11.0 | 1.34 |
| | Quarterly | 10000 | 14 | 10 | 11.0 | 3.97 |
| | HON reg neg | 500 | 0 | 0 | 28.5 | 2.00 |
| Gas Valves | Monthly | 10000 | 14 | 10 | 10.0 | 1.24 |
| | Quarterly | 10000 | 14 | 10 | 10.0 | 3.67 |
| | HON reg neg | 500 | 0 | 0 | 24.0 | 2.00 |
| LL Pumps | Monthly | 10000 | 0 | 0 | 24.0 | 11.28 |
| | Quarterly | 10000 | 0 | 0 | 24.0 | 24.00 |
| | HON reg neg | 1000 | 0 | 0 | 48.0 | 10.00 |
| Connectors | HON reg neg | 500 | 0 | 0 | 1.7 | 0.50 |

[a] The recurrence rate and unsuccessful repair rate for valves and pumps in LDAR programs with a leak definition of 10,000 ppmv was obtained from the SOCMI Fugitives AID (EPA-450/3-82-010). For the HON reg neg, a simplifying assumption was made that the recurrence rate and unsuccessful repair rate equal zero percent for all equipment types.

[b] The initial leak fraction for SOCMI process units is based on the combined screening dataset. The initial leak fraction for refinery process units is based on data collected in the Refinery Assessment Study (EPA-600/2-8--075c).

[c] The occurrence rate for LDAR programs with a leak definition of 10,000 ppmv is calculated as a function of the initial leak fraction. The relationship is based on data collected in the Six Unit Maintenance Study (EPA-600/S2-081-080). The equations for valves and pumps are as follows:
    Valve 30 Day Occurrence rate = 0.0976 * leak fraction + 0.264.
    Pump 30 Day Occurrence rate = 0.47 * leak fraction.
The quarterly occurrence rate is approximately 3 times the 30-day occurrence rate. In cases where the quarterly occurrence rate exceeded the initial leak fraction, it was set equal to the initial leak fraction. The occurrence rate for the HON reg neg LDAR programs is set equal to the performance level, except for pumps in SOCMI process units. For pumps in SOCMI process units the occurrence rate is calculated using the equation above.

BLM_0046111

G.2.1    LDAR Program with Leak Definition of 10,000 ppmv.

Estimates for the recurrence rate and unsuccessful repair
rate were obtained from the Fugitive Emissions Additional
Information document (EPA-450/3-82-010). In this document, data
collected for LDAR programs with a leak definition of 10,000 ppmv
were summarized. It was concluded that the recurrence rate for
valves was 14 percent and the unsuccessful repair rate for valves
10 percent. It was assumed that all pumps are replaced with a
new seal and for that reason the recurrence rate and unsuccessful
repair rate for pumps were both assumed equal to zero percent
(i.e., all pumps are successfully repaired and leaks do not
recur). Data were unavailable for connectors for an LDAR program
with a leak definition of 10,000 ppmv, and, for this reason,
control efficiency for connectors in an LDAR program with a leak
definition of 10,000 ppmv have not been estimated.

Estimates for the occurrence rate were based on data
collected in the Six Unit Maintenance Study (EPA-600/S2-081-080).
Data from this study indicated that the occurrence rate is a
function of the initial leak fraction. For valves this
relationship was expressed by the following equation:

$$OCC_{valve} = 0.0976 \ (LF) + 0.264$$

where:

$OCC_{valve}$    = Monthly occurrence rate for valves; and

$LF$    = Initial leak fraction.

For pumps, the relationship was as follows:

$$OCC_{pump} = 0.47 \times LF$$

where:

$OCC_{pump}$    = Monthly occurrence rate for pumps; and

$LF$    = Initial leak fraction.

BLM_0046112

For both pumps and valves, the monthly occurrence rate was used to estimate the quarterly occurrence rate using the following equation:

$$Q = M + M (1 - M) + M \{1 - [M + M (1 - M)]\}$$

where:

M = Monthly occurrence rate; and
Q = Quarterly occurrence rate.

Note that in cases where the estimated quarterly occurrence rate exceeded the initial leak fraction, it was set equal to the initial leak fraction.

G.2.2    <u>Control Equivalent to the LDAR Program Required by the Proposed Hazardous Organic NESHAP Equipment Leaks Negotiated Regulation</u>

For each of the equipment types, the proposed hazardous organic NESHAP LDAR program requirements include a performance level requirement. This performance level specifies the allowable leak fraction once the program is in place. For example, the performance level for valves is 2 percent. Because the proposed hazardous organic NESHAP rule contains the performance level requirement and because limited data are available on LDAR programs with the leak definitions of the proposed hazardous organic NESHAP rule, simplifying assumptions were made when estimating the recurrence rate, unsuccessful repair rate, and occurrence rate.

For each of the equipment types, it was assumed that the recurrence rate and unsuccessful repair rate were equal to zero percent. These two parameters have the least impact on the predicted control efficiency.

For valves and connectors, the proposed hazardous organic NESHAP rule allows for reduced monitoring frequency if the leak fraction remains below the performance level. For this reason, it was assumed that process units would monitor valves and connectors at whatever monitoring frequency (i.e., monthly, quarterly, annually, etc.) that allows them to meet the performance level. Thus, for valves and connectors the

G-9

BLM_0046113

occurrence rate was set equal to the performance level. Note that in cases where process units remain below the performance level this may overestimate the occurrence rate. However, this is offset by the assumption that the recurrence rate and unsuccessful repair rate are equal to zero percent.

For pumps the proposed hazardous organic NESHAP rule requires monthly monitoring. For this reason the occurrence rate was calculated using the same equation for pumps as presented in section G.2.1 for LDAR programs with a leak definition of 10,000 ppmv. Note, however, that the initial leak fraction used in the equation was the leak fraction associated with the leak definition of the proposed hazardous organic NESHAP rule (1,000 ppmv). For refineries, the predicted occurrence rate for pumps exceeded the performance level, and for this reason the occurrence rate was set equal to the performance level.

BLM_0046114

## TECHNICAL REPORT DATA
(Please read Instructions on the reverse before completing)

| 1. Report No. EPA-453/R-95-017 | 2. | 3. RECIPIENT'S ACCESSION NO. |
|---|---|---|

| 4. TITLE AND SUBTITLE | 5. REPORT DATA |
|---|---|
| 1995 Protocol for Equipment Leak Emission Estimates | November 1995 |
| | 6. PERFORMING ORGANIZATION CODE |

| 7. AUTHOR(S) | 8. PERFORMING ORGANIZATION REPORT NO. |
|---|---|
| David L. Epperson | DCN: 95-652-015-55-05 |

| 9. PERFORMING ORGANIZATION NAME AND ADDRESS | 10. PROGRAM ELEMENT NO. |
|---|---|
| Radian Corporation P.O. Box 13000 Research Triangle Park, NC 27709 | |
| | 11. CONTRACT/GRANT NO. 68-D1-0117, WA 155 |

| 12. SPONSORING AGENCY NAME AND ADDRESS | 13. TYPE OF REPORT AND PERIOD COVERED |
|---|---|
| Director, Office of Air Quality Planning and Standards U.S. Environmental Protection Agency Research Triangle Park, N.C. 27711 | |
| | 14. SPONSORING AGENCY EPA/200/04 |

15. SUPPLEMENTARY NOTES

Project Officer is David W. Markwordt, Mail Drop 13 (919)-541-0837

16. ABSTRACT

The report presents standard protocols for estimating mass emissions from equipment leaks. Different approaches for estimating equipment leak emissions are described and several topics relevant to estimating equipment leak emissions (such as speciating emissions) are addressed. Information on how to perform a screening survey at a process unit is presented. Information on how a process unit can collect equipment leak rate data by enclosing individual equipment pieces and measuring mass emissions is provided. Also, information if provided that can be used to estimate the control efficiency of equipment leak control techniques. The document will help facilities generate accurate plant-specific equipment leak emission estimates.

17. KEY WORDS AND DOCUMENT ANALYSIS

| a. DESCRIPTORS | b. IDENTIFIERS/OPEN ENDED TERMS | c. COSATI Field/Group |
|---|---|---|
| Synthetic Organic Chemical Manufacturing Petroleum Refining Organic Compounds | Fugitive Emissions Equipment Leaks Response Factors Screening Data Bagging Data Leak Detection and Repair | |

| 18. DISTRIBUTION STATEMENT | 19. SECURITY CLASS (This Report) | 21. NO. OF PAGES |
|---|---|---|
| Release to Public | Unclassified | 400 |
| | 20. SECURITY CLASS (This page) Unclassified | 22. PRICE |

EPA Form 2220-1 (Rev. 4-77) PREVIOUS EDITION IS OBSOLETE

BLM_0046115

AP-42
FIFTH EDITION
JANUARY 1995

# COMPILATION
# OF
# AIR POLLUTANT
# EMISSION FACTORS

# VOLUME I:
# STATIONARY POINT
# AND AREA SOURCES

Office Of Air Quality Planning And Standards
Office Of Air And Radiation
U. S. Environmental Protection Agency
Research Triangle Park, NC 27711

January 1995

BLM_0046116

This report has been reviewed by the Office Of Air Quality Planning And Standards, U. S. Environmental Protection Agency, and has been approved for publication. Any mention of trade names or commercial products is not intended to constitute endorsement or recommendation for use.

AP-42
Fifth Edition
Volume I

BLM_0046117

# NOTICE

The Emission Factor And Inventory Group (EFIG) has been working for several months on this Fifth Edition of AP-42. It is the result of a major technical undertaking by EFIG's AP-42 Team and the several contractors who assisted. This document represents a substantial step toward complying with Section 130 of the *Clean Air Act Amendments Of 1990*, which direct the U. S. Environmental Protection Agency to review and revise its air pollutant emission factors every three years. Although such updating is required only for ozone-related pollutants (total organic compounds, oxides of nitrogen, and carbon monoxide), the AP-42 Team has also addressed the other criteria pollutants, hazardous pollutants, global warming gases and speciation information, where data are available. Sections of AP-42 are continuously being developed, reviewed and/or updated.

Even though there are significant additions and improvements in this book, many data gaps and uncertainties still exist. All readers and users of AP-42 are asked to provide comments, test data, and any other information for our evaluation and possible use to improve future updates.

Users familiar with this document may notice changes in factor quality ratings, specifically that some factors, although unchanged or supported by even newer and more extensive data, are rated lower in quality than previously in the AP-42 series. This is attributable to the adoption of more consistent and stringently applied rating criteria. There are some factors in this edition with lower ratings than previously, but they are believed to represent appropriate estimates. AP-42 emission factors are truly for estimation purposes and are no substitute for exact measurements taken at a source.

Users should especially note this edition's expanded "Introduction", for its information on pollutant definition, factor limitations, the factor rating system, and cautionary notes on the use of factors for anything other than emission estimation and inventory and approximation purposes.

In addition to print, the AP-42 series is available in several other media. The *Air CHIEF* compact disc (CD-ROM), with AP-42 and other hazardous air pollutant emission estimation reports and data bases, can be purchased from the Government Printing Office. Also, *The CHIEF* electronic bulletin board (by modem, 919-541-5742) posts the latest AP-42 and other reports and tools before they are available on paper. Final sections of AP-42 can be obtained quickly from our automatic *Fax CHIEF* service (919-541-5626 or -0548). These last two media operate 24 hours per day, 7 days per week. If you have questions or need further information on these tools or other aspects of emission estimation, call our help line, *Info CHIEF*, at 919-541-5285, during regular office hours, eastern time.

If you have factor needs, new data, questions, or suggestions, please send them to the address below. You may also ask for a free subscription to *The CHIEF*, our quarterly newsletter (also on the electronic bulletin board and *Fax CHIEF*). Our abilities to respond to individual questions often get impinged by time and resource constraints and the sheer volume of requests, so please use the above capabilities and tools whenever possible. Though we are a client-oriented organization, we have neither staff nor structure to provide engineering support.

AP-42 Team (MD 14)
Emission Factor And Inventory Group
Emissions, Monitoring, And Analysis Division
Office Of Air Quality Planning And Standards
U. S. Environmental Protection Agency
Research Triangle Park, NC 27711

BLM_0046118

# AP-42 TABLE OF CONTENTS

Page

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

1. EXTERNAL COMBUSTION SOURCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.0-1
   1.1    Bituminous And Subbituminous Coal Combustion . . . . . . . . . . . . . . . . . 1.1-1
   1.2    Anthracite Coal Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.2-1
   1.3    Fuel Oil Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.3-1
   1.4    Natural Gas Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.4-1
   1.5    Liquefied Petroleum Gas Combustion . . . . . . . . . . . . . . . . . . . . . . . . 1.5-1
   1.6    Wood Waste Combustion In Boilers . . . . . . . . . . . . . . . . . . . . . . . . . 1.6-1
   1.7    Lignite Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.7-1
   1.8    Bagasse Combustion In Sugar Mills . . . . . . . . . . . . . . . . . . . . . . . . . 1.8-1
   1.9    Residential Fireplaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.9-1
   1.10   Residential Wood Stoves . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.10-1
   1.11   Waste Oil Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.11-1

2. SOLID WASTE DISPOSAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.0-1
   2.1    Refuse Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.1-1
   2.2    Sewage Sludge Incineration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.2-1
   2.3    Medical Waste Incineration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.3-1
   2.4    Landfills . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.4-1
   2.5    Open Burning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.5-1
   2.6    Automobile Body Incineration . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.6-1
   2.7    Conical Burners . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.7-1

3. STATIONARY INTERNAL COMBUSTION SOURCES . . . . . . . . . . . . . . . . . . . . . . 3.0-1
   3.1    Stationary Gas Turbines For Electricity Generation . . . . . . . . . . . . . . . 3.1-1
   3.2    Heavy-duty Natural Gas-fired Pipeline Compressor Engines . . . . . . . . . . 3.2-1
   3.3    Gasoline And Diesel Industrial Engines . . . . . . . . . . . . . . . . . . . . . . . 3.3-1
   3.4    Large Stationary Diesel And All Stationary Dual-fuel Engines . . . . . . . . . 3.4-1

4. EVAPORATION LOSS SOURCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.0-1
   4.1      Dry Cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.1-1
   4.2      Surface Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2-1
   4.2.1    Nonindustrial Surface Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.1-1
   4.2.2    Industrial Surface Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2-1
   4.2.2.1  General Industrial Surface Coating . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.1-1
   4.2.2.2  Can Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.2-1
   4.2.2.3  Magnet Wire Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.3-1
   4.2.2.4  Other Metal Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.4-1
   4.2.2.5  Flat Wood Interior Panel Coating . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.5-1
   4.2.2.6  Paper Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.6-1
   4.2.2.7  Polymeric Coating Of Supporting Substrates . . . . . . . . . . . . . . . . . 4.2.2.7-1
   4.2.2.8  Automobile And Light Duty Truck Surface Coating Operations . . . . . . 4.2.2.8-1
   4.2.2.9  Pressure Sensitive Tapes And Labels . . . . . . . . . . . . . . . . . . . . . . 4.2.2.9-1
   4.2.2.10 Metal Coil Surface Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.10-1
   4.2.2.11 Large Appliance Surface Coating . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.11-1

| | | |
|---|---|---|
| 4.2.2.12 | Metal Furniture Surface Coating | 4.2.2.12-1 |
| 4.2.2.13 | Magnetic Tape Manufacturing | 4.2.2.13-1 |
| 4.2.2.14 | Surface Coating Of Plastic Parts For Business Machines | 4.2.2.14-1 |
| 4.3 | Waste Water Collection, Treatment And Storage | 4.3-1 |
| 4.4 | Polyester Resin Plastic Products Fabrication | 4.4-1 |
| 4.5 | Asphalt Paving Operations | 4.5-1 |
| 4.6 | Solvent Degreasing | 4.6-1 |
| 4.7 | Waste Solvent Reclamation | 4.7-1 |
| 4.8 | Tank And Drum Cleaning | 4.8-1 |
| 4.9 | Graphic Arts | 4.9-1 |
| 4.9.1 | General Graphic Printing | 4.9.1-1 |
| 4.9.2 | Publication Gravure Printing | 4.9.2-1 |
| 4.10 | Commercial/Consumer Solvent Use | 4.10-1 |
| 4.11 | Textile Fabric Printing | 4.11-1 |
| | | |
| 5. | PETROLEUM INDUSTRY | 5.0-1 |
| 5.1 | Petroleum Refining | 5.1-1 |
| 5.2 | Transportation And Marketing Of Petroleum Liquids | 5.2-1 |
| 5.3 | Natural Gas Processing | 5.3-1 |
| | | |
| 6. | ORGANIC CHEMICAL PROCESS INDUSTRY | 6.0-1 |
| 6.1 | Carbon Black | 6.1-1 |
| 6.2 | Adipic Acid | 6.2-1 |
| 6.3 | Explosives | 6.3-1 |
| 6.4 | Paint And Varnish | 6.4-1 |
| 6.5 | Phthalic Anhydride | 6.5-1 |
| 6.6 | Plastics | 6.6-1 |
| 6.6.1 | Polyvinyl Chloride | 6.6.1-1 |
| 6.6.2 | Poly(ethylene terephthalate) | 6.6.2-1 |
| 6.6.3 | Polystyrene | 6.6.3-1 |
| 6.6.4 | Polypropylene | 6.6.4-1 |
| 6.7 | Printing Ink | 6.7-1 |
| 6.8 | Soap And Detergents | 6.8-1 |
| 6.9 | Synthetic Fibers | 6.9-1 |
| 6.10 | Synthetic Rubber | 6.10-1 |
| 6.11 | Terephthalic Acid | 6.11-1 |
| 6.12 | Lead Alkyl | 6.12-1 |
| 6.13 | Pharmaceuticals Production | 6.13-1 |
| 6.14 | Maleic Anhydride | 6.14-1 |
| 6.15 | Methanol | 6.15-1 |
| 6.16 | Acetone And Phenol | 6.16-1 |
| 6.17 | Propylene | 6.17-1 |
| 6.18 | Benzene, Toluene And Xylenes | 6.18-1 |
| 6.19 | Butadiene | 6.19-1 |
| 6.20 | Cumene | 6.20-1 |
| 6.21 | Ethanol | 6.21-1 |
| 6.22 | Ethyl Benzene | 6.22-1 |
| 6.23 | Ethylene | 6.23-1 |

BLM_0046120

| | | |
|---|---|---|
| 6.24 | Ethylene Dichloride And Vinyl Chloride | 6.24-1 |
| 6.25 | Ethylene Glycol | 6.25-1 |
| 6.26 | Ethylene Oxide | 6.26-1 |
| 6.27 | Formaldehyde | 6.27-1 |
| 6.28 | Glycerine | 6.28-1 |
| 6.29 | Isopropyl Alcohol | 6.29-1 |
| | | |
| 7. | LIQUID STORAGE TANKS | 7.0-1 |
| 7.1 | Organic Liquid Storage Tanks | 7.1-1 |
| | | |
| 8. | INORGANIC CHEMICAL INDUSTRY | 8.0-1 |
| 8.1 | Synthetic Ammonia | 8.1-1 |
| 8.2 | Urea | 8.2-1 |
| 8.3 | Ammonium Nitrate | 8.3-1 |
| 8.4 | Ammonium Sulfate | 8.4-1 |
| 8.5 | Phosphate Fertilizers | 8.5-1 |
| 8.5.1 | Normal Superphosphates | 8.5.1-1 |
| 8.5.2 | Triple Superphosphates | 8.5.2-1 |
| 8.5.3 | Ammonium Phosphate | 8.5.3-1 |
| 8.6 | Hydrochloric Acid | 8.6-1 |
| 8.7 | Hydrofluoric Acid | 8.7-1 |
| 8.8 | Nitric Acid | 8.8-1 |
| 8.9 | Phosphoric Acid | 8.9-1 |
| 8.10 | Sulfuric Acid | 8.10-1 |
| 8.11 | Chlor-Alkali | 8.11-1 |
| 8.12 | Sodium Carbonate | 8.12-1 |
| 8.13 | Sulfur Recovery | 8.13-1 |
| 8.14 | Hydrogen Cyanide | 8.14-1 |
| | | |
| 9. | FOOD AND AGRICULTURAL INDUSTRIES | 9.0-1 |
| 9.1 | Tilling Operations | 9.1-1 |
| 9.2 | Growing Operations | 9.2-1 |
| 9.2.1 | Fertilizer Application | 9.2.1-1 |
| 9.2.2 | Pesticide Application | 9.2.2-1 |
| 9.2.3 | Orchard Heaters | 9.2.3-1 |
| 9.3 | Harvesting Operations | 9.3-1 |
| 9.3.1 | Cotton Harvesting | 9.3.1-1 |
| 9.3.2 | Grain Harvesting | 9.3.2-1 |
| 9.3.3 | Rice Harvesting | 9.3.3-1 |
| 9.3.4 | Cane Sugar Harvesting | 9.3.4-1 |
| 9.4 | Livestock And Poultry Feed Operations | 9.4-1 |
| 9.4.1 | Cattle Feedlots | 9.4.1-1 |
| 9.4.2 | Swine Feedlots | 9.4.2-1 |
| 9.4.3 | Poultry Houses | 9.4.3-1 |
| 9.4.4 | Dairy Farms | 9.4.4-1 |
| 9.5 | Animal And Meat Products Preparation | 9.5-1 |
| 9.5.1 | Meat Packing Plants | 9.5.1-1 |
| 9.5.2 | Meat Smokehouses | 9.5.2-1 |

BLM_0046121

| | | |
|---|---|---|
| 9.5.3 | Meat Rendering Plants | 9.5.3-1 |
| 9.5.4 | Manure Processing | 9.5.4-1 |
| 9.5.5 | Poultry Slaughtering | 9.5.5-1 |
| 9.6 | Dairy Products | 9.6-1 |
| 9.6.1 | Natural And Processed Cheese | 9.6.1-1 |
| 9.7 | Cotton Ginning | 9.7-1 |
| 9.8 | Preserved Fruits And Vegetables | 9.8-1 |
| 9.8.1 | Canned Fruits And Vegetables | 9.8.1-1 |
| 9.8.2 | Dehydrated Fruits And Vegetables | 9.8.2-1 |
| 9.8.3 | Pickles, Sauces And Salad Dressings | 9.8.3-1 |
| 9.9 | Grain Processing | 9.9-1 |
| 9.9.1 | Grain Elevators And Processes | 9.9.1-1 |
| 9.9.2 | Cereal Breakfast Food | 9.9.2-1 |
| 9.9.3 | Pet Food | 9.9.3-1 |
| 9.9.4 | Alfalfa Dehydration | 9.9.4-1 |
| 9.9.5 | Pasta Manufacturing | 9.9.5-1 |
| 9.9.6 | Bread Baking | 9.9.6-1 |
| 9.9.7 | Corn Wet Milling | 9.9.7-1 |
| 9.10 | Confectionery Products | 9.10-1 |
| 9.10.1 | Sugar Processing | 9.10.1-1 |
| 9.10.1.1 | Cane Sugar Processing | 9.10.1.1-1 |
| 9.10.1.2 | Beet Sugar Processing | 9.10.1.2-1 |
| 9.10.2 | Salted And Roasted Nuts And Seeds | 9.10.2-1 |
| 9.10.2.1 | Almond Processing | 9.10.2.1-1 |
| 9.10.2.2 | Peanut Processing | 9.10.2.2-1 |
| 9.11 | Fats And Oils | 9.11-1 |
| 9.11.1 | Vegetable Oil Processing | 9.11.1-1 |
| 9.12 | Beverages | 9.12-1 |
| 9.12.1 | Malt Beverages | 9.12.1-1 |
| 9.12.2 | Wines And Brandy | 9.12.2-1 |
| 9.12.3 | Distilled Spirits | 9.12.3-1 |
| 9.13 | Miscellaneous Food And Kindred Products | 9.13-1 |
| 9.13.1 | Fish Processing | 9.13.1-1 |
| 9.13.2 | Coffee Roasting | 9.13.2-1 |
| 9.13.3 | Snack Chip Deep Fat Frying | 9.13.3-1 |
| 9.13.4 | Yeast Production | 9.13.4-1 |
| 9.14 | Tobacco Products | 9.14-1 |
| 9.15 | Leather Tanning | 9.15-1 |
| 9.16 | Agricultural Wind Erosion | 9.16-1 |
| 10. | WOOD PRODUCTS INDUSTRY | 10.0-1 |
| 10.1 | Lumber | 10.1-1 |
| 10.2 | Chemical Wood Pulping | 10.2-1 |
| 10.3 | Pulp Bleaching | 10.3-1 |
| 10.4 | Papermaking | 10.4-1 |
| 10.5 | Plywood | 10.5-1 |
| 10.6 | Reconstituted Wood Products | 10.6-1 |
| 10.6.1 | Waferboard And Oriented Strand Board | 10.6.1-1 |

| 10.6.2 | Particleboard | 10.6.2-1 |
| 10.6.3 | Medium Density Fiberboard | 10.6.3-1 |
| 10.7 | Charcoal | 10.7-1 |
| 10.8 | Wood Preserving | 10.8-1 |

11. MINERAL PRODUCTS INDUSTRY ... 11.0-1

| 11.1 | Hot Mix Asphalt Plants | 11.1-1 |
| 11.2 | Asphalt Roofing | 11.2-1 |
| 11.3 | Bricks And Related Clay Products | 11.3-1 |
| 11.4 | Calcium Carbide Manufacturing | 11.4-1 |
| 11.5 | Refractory Manufacturing | 11.5-1 |
| 11.6 | Portland Cement Manufacturing | 11.6-1 |
| 11.7 | Ceramic Products Manufacturing | 11.7-1 |
| 11.8 | Clay And Fly Ash Sintering | 11.8-1 |
| 11.9 | Western Surface Coal Mining | 11.9-1 |
| 11.10 | Coal Cleaning | 11.10-1 |
| 11.11 | Coal Conversion | 11.11-1 |
| 11.12 | Concrete Batching | 11.12-1 |
| 11.13 | Glass Fiber Manufacturing | 11.13-1 |
| 11.14 | Frit Manufacturing | 11.14-1 |
| 11.15 | Glass Manufacturing | 11.15-1 |
| 11.16 | Gypsum Manufacturing | 11.16-1 |
| 11.17 | Lime Manufacturing | 11.17-1 |
| 11.18 | Mineral Wool Manufacturing | 11.18-1 |
| 11.19 | Construction Aggregate Processing | 11.19-1 |
| 11.19.1 | Sand And Gravel Processing | 11.19.1-1 |
| 11.19.2 | Crushed Stone Processing | 11.19.2-1 |
| 11.20 | Lightweight Aggregate Manufacturing | 11.20-1 |
| 11.21 | Phosphate Rock Processing | 11.21-1 |
| 11.22 | Diatomite Processing | 11.22-1 |
| 11.23 | Taconite Ore Processing | 11.23-1 |
| 11.24 | Metallic Minerals Processing | 11.24-1 |
| 11.25 | Clay Processing | 11.25-1 |
| 11.26 | Talc Processing | 11.26-1 |
| 11.27 | Feldspar Processing | 11.27-1 |
| 11.28 | Vermiculite Processing | 11.28-1 |
| 11.29 | Alumina Manufacturing | 11.29-1 |
| 11.30 | Perlite Manufacturing | 11.30-1 |
| 11.31 | Abrasives Manufacturing | 11.31-1 |

12. METALLURGICAL INDUSTRY ... 12.0-1

| 12.1 | Primary Aluminum Production | 12.1-1 |
| 12.2 | Coke Production | 12.2-1 |
| 12.3 | Primary Copper Smelting | 12.3-1 |
| 12.4 | Ferroalloy Production | 12.4-1 |
| 12.5 | Iron And Steel Production | 12.5-1 |
| 12.6 | Primary Lead Smelting | 12.6-1 |
| 12.7 | Zinc Smelting | 12.7-1 |

| | | |
|---|---|---|
| 12.8 | Secondary Aluminum Operations | 12.8-1 |
| 12.9 | Secondary Copper Smelting And Alloying | 12.9-1 |
| 12.10 | Gray Iron Foundries | 12.10-1 |
| 12.11 | Secondary Lead Processing | 12.11-1 |
| 12.12 | Secondary Magnesium Smelting | 12.12-1 |
| 12.13 | Steel Foundries | 12.13-1 |
| 12.14 | Secondary Zinc Processing | 12.14-1 |
| 12.15 | Storage Battery Production | 12.15-1 |
| 12.16 | Lead Oxide And Pigment Production | 12.16-1 |
| 12.17 | Miscellaneous Lead Products | 12.17-1 |
| 12.18 | Leadbearing Ore Crushing And Grinding | 12.18-1 |
| 12.19 | Electric Arc Welding | 12.19-1 |
| 12.20 | Electroplating | 12.20-1 |

| | | |
|---|---|---|
| 13. | MISCELLANEOUS SOURCES | 13.0-1 |
| 13.1 | Wildfires And Prescribed Burning | 13.1-1 |
| 13.2 | Fugitive Dust Sources | 13.2-1 |
| 13.2.1 | Paved Roads | 13.2.1-1 |
| 13.2.2 | Unpaved Roads | 13.2.2-1 |
| 13.2.3 | Heavy Construction Operations | 13.2.3-1 |
| 13.2.4 | Aggregate Handling And Storage Piles | 13.2.4-1 |
| 13.2.5 | Industrial Wind Erosion | 13.2.5-1 |
| 13.3 | Explosives Detonation | 13.3-1 |
| 13.4 | Wet Cooling Towers | 13.4-1 |
| 13.5 | Industrial Flares | 13.5-1 |

| | | |
|---|---|---|
| 14. | GREENHOUSE GAS BIOGENIC SOURCES | 14.0-1 |
| 14.1 | Emissions From Soils — Greenhouse Gases | 14.1-1 |
| 14.2 | Termites — Greenhouse Gases | 14.2-1 |
| 14.3 | Lightning Emissions — Greenhouse Gases | 14.2-1 |

APPENDIX A
Miscellaneous Data And Conversion Factors ................................... A-1

APPENDIX B.1
Particle Size Distribution Data And Sized Emission Factors For Selected Sources .... B.1-1

APPENDIX B.2
Generalized Particle Size Distributions ....................................... B.2-1

APPENDIX C.1
Procedures For Sampling Surface/Bulk Dust Loading .......................... C.1-1

APPENDIX C.2
Procedures For Laboratory Analysis Of Surface/Bulk Dust Loading Samples ....... C.2-1

BLM_0046124

# PUBLICATIONS IN SERIES

*Issue*                                                                    *Date*
COMPILATION OF AIR POLLUTANT EMISSION FACTORS, FIFTH EDITION    1/95

SUPPLEMENT A                                                           11/96
    Introduction
    Section  1.1      Bituminous And Subbituminous Coal Combustion
            1.2      Anthracite Coal Combustion
            1.3      Fuel Oil Combustion
            1.4      Natural Gas Combustion
            1.6      Wood Waste Combustion In Boilers
            1.7      Lignite Combustion
            1.11    Waste Oil Combustion
            3.1      Stationary Gas Turbines For Electricity Generation
            3.2      Heavy-duty Natural Gas-fired Pipeline Compressor Engines
            3.4      Large Stationary Diesel And All Stationary Dual-fuel Engines
            5.3      Natural Gas Processing
            7.0      Liquid Storage Tanks Introduction
            7.1      Organic Liquid Storage Tanks
            9.5.2   Meat Smokehouses
            9.5.3   Meat Rendering Plants
            9.8.1   Canned Fruits And Vegetables
            9.8.2   Dehydrated Fruits And Vegetables
            9.8.3   Pickles, Sauces And Salad Dressings
            9.9.1   Grain Elevators And Processes
            9.9.2   Cereal Breakfast Food
            9.9.5   Pasta Manufacturing
            9.11.1  Vegetable Oil Processing
            9.12.2  Wines And Brandy
            9.13.2  Coffee Roasting
            10.7    Charcoal
            11.10   Coal Cleaning
            11.14   Frit Manufacturing
            11.19   Construction Aggregate Processing
            11.22   Diatomite Processing
            11.26   Talc Processing
            11.28   Vermiculite Processing
            13.2.1  Paved Roads
            12.2.2  Unpaved Roads
    Appendix      B.2
Generalized Particle Size Distributions

BLM_0046125

SUPPLEMENT B                                                    11/96
   Section

| | |
|---|---|
| 1.1 | Bituminous And Subbituminous Coal Combustion |
| 1.2 | Anthracite Coal Combustion |
| 1.3 | Fuel Oil Combustion |
| 1.4 | Natural Gas Combustion |
| 1.5 | Liquefied Petroleum Gas Combustion |
| 1.6 | Wood Waste Combustion In Boilers |
| 1.7 | Lignite Combustion |
| 1.8 | Bagasse Combustion In Sugar Mills |
| 1.9 | Residential Fireplaces |
| 1.10 | Residential Wood Stoves |
| 1.11 | Waste Oil Combustion |
| 2.1 | Refuse Combustion |
| 3.1 | Stationary Gas Turbines For Electricity Generation |
| 3.2 | Heavy-duty Natural Gas-fired Pipeline Compressor Engines |
| 3.3 | Gasoline And Diesel Industrial Engines |
| 3.4 | Large Stationary Diesel And All Stationary Dual-fuel Engines |
| 6.2 | Adipic Acid |
| 9.7 | Cotton Ginning |
| 9.9.4 | Alfalfa Dehydrating |
| 9.12.1 | Malt Beverages |
| 11.7 | Ceramic Products Manufacturing |
| 12.20 | Electroplating |
| 13.1 | Wildfires And Prescribed Burning |
| 14.0 | Greenhouse Gas Biogenic Sources |
| 14.1 | Emissions From Soils—Greenhouse Gases |
| 14.2 | Termites—Greenhouse Gases |
| 14.3 | Lightning Emissions—Greenhouse |

SUPPLEMENT C                                                    11/97
   Section

| | |
|---|---|
| 9.5.1 | Meat Packing Plants |
| 9.6.1 | Natural and Processed Cheese |
| 9.9.6 | Bread Baking |
| 9.10.1.1 | Cane Sugar Processing |
| 9.10.1.2 | Sugarbeet Processing |
| 9.12.3 | Distilled Spirits |
| 9.15 | Leather Tanning |
| 11.3 | Brick And Structural Clay Product Manufacturing |
| 11.14 | Frit Manufacturing |
| 11.23 | Taconite Ore Processing |

BLM_0046126

# Instructions For Inserting
## *Supplement A* Of Volume I
### Into AP-42

Pp. 1.1-3 through -24 replace same.  Editorial Change.

Pp. 1.2-3 through -6 replace same.  Editorial Change.

Pp. 1. 3-1 through - 12 and - 15 through - 18 replace same. Editorial Change.

Pp. 1.4-3 and -4 replace same.  Editorial Change.

Pp. 1.6-3 through -6 replace same.  Editorial Change.

Pp. 1.7-3 through -8 replace same.  Editorial Change.

Pp. 1.11-5and-6 replace same. EditorialChange.

Pp. 3.1-3 through -6 replace same.  Editorial Change.

Pp. 3.2-3 and -4 and -7 and -8 replace same.  Editorial Change.

Pp. 3.4-3 and -4 replace same.  Editorial Change.

Pp. 5.3-1 through -8 (blank) replace same.  Editorial Change.

Pp. 7.0-1 and -2 (blank) replace same.  Revised Chapter Introduction.

Pp. 7.1-l through -102 (blank) replace 7.1-1 through-108 (blank). Major Revision.

Pp. 9.5.2-1 through -6 replace 9.5.2-1 and -2 (blank).  New Section.

Pp. 9.5.3-1 through -8 replace 9.5.3-1 and -2 (blank).  New Section.

Pp. 9.8. 1-1 through -8 replace 9.8. 1-1 and -2 (blank).  New Section.

Pp. 9.8.2-1 through -4 replace 9.8.2-1 and -2 (blank).  New Section.

Pp. 9.8.3-1 through -4 replace 9.8.3-1 and -2 (blank).  New Section.

Pp. 9.9. 1-1 and -2 (blank) replace same.  New Information.

Pp. 9.9.2-1 through -12 replace 9.9.2-1 and -2 (blank).  New Section.

Pp. 9.9.5-1 through -4 (blank) replace 9.9.5-1 and -2 (blank).  New Section.

Pp.9.11.1-Ithrough-12 (blank)replace9.11.1-1and-2 (blank).  NewSection.

Pp. 9.12.2-1 through -10 (blank) replace 9.12.2-1 and -2 (blank).  New Section.

Pp. 9.13.2-1 through -8 (blank) replace 9.13.2-1 and -2 (blank).  New Section.

Pp. 10.7-1 through -8 (blank) replace 10.7-1 and -2 (blank).  New Section.

Pp. 11.10-Ithrough-8(blank)replacell.10-Ithrough-4. MajorRevision.

Pp. 11. 14-1 through -6 (blank) replace 11. 14-1 and -2 (blank).  New Section.

Pp. 11. 19. 1 -1 through -8 replace I 1. 19. 1 -1 and -2 (blank).  New Section.

Pp. 11.22-1 through -6 (blank) replace 11.22-1 and -2 (blank).  New Section.

Pp. 11.26-1 through -8 (blank) replace 11.26-1 through -4 (blank).  Major Revision.

Pp. 11.28-1 through -4 replace 11.28-1 and -2 (blank).  New Section.

Pp. 13.2. 1-1 through -28 replace same.  Editorial Change.

Pp. 13.2.2-1 through -8 replace same.  Editorial Change.

Pp. B.2-3 and -4 replace same.  Editorial Change.

Insert new Technical Report Data Sheet.

BLM_0046127

**Instructions For Inserting**
***Supplement B* Of Volume I**
**Into AP-42**

| | | | |
|---|---|---|---|
| Preliminary Matter | Publications In Series, Contents, Key Word Index | Replace all | Minor Revision |
| Chap. 1, Sect 1-11 | External Combustion Sources | Replace all | New Information |
| Chap. 2, Sect. 1 | Refuse Combustion | Replace entire | Minor Revision |
| Chap. 3, Sect. 1-4 | Stationary Internal Combustion Sources | Replace all | New Information |
| Chap. 6, Sect. 2 | Adipic Acid | Replace entire | Major Revision |
| Chap. 9, Sect. 7 | Cotton Ginning | Replace [Work In Progress] sheet | New Section |
| Chap. 9, Sect. 9.4 | Alfalfa Dehydrating | Replace [Work In Progress] sheet | New Section |
| Chap. 9, Sect. 12.1 | Malt Beverages | Replace [Work In Progress] sheet | New Section |
| Chap. 11, Sect. 7 | Ceramic Products Manufacturing | Replace entire | Major Revision |
| Chap. 12, Sect. 20 | Electroplating | Add | New Section |
| Chap. 13, Sect. 1 | Wildfires And Prescribed Burning | Replace entire | Minor Revision |
| Chap. 14, Sect. 1-3 | Greenhouse Gas Biogenic Sources | Add | New Chapter |

Insert new Technical Report Data Sheet.

BLM_0046128

**Instructions For Inserting**
***Supplement C* Of Volume I**
**Into AP-42**

| | | | |
|---|---|---|---|
| Chap. 9, Sect. 5.1 | Meat Packing Plants | Replace [Work In Progress] sheet | New Section |
| Chap. 9, Sect. 6.1 | Natural and Processed Cheese | Replace [Work In Progress] sheet | New Section |
| Chap. 9, Sect. 9.6 | Bread Baking | Replace [Work In Progress] sheet | New Section |
| Chap. 9, Sect. 10.1.1 | Cane Sugar Processing | Replace [Work In Progress] sheet | New Section |
| Chap. 9, Sect. 10.1.2 | Sugarbeet Processing | Replace [Work In Progress] sheet | New Section |
| Chap. 9, Sect. 12.3 | Distilled Spirits | Replace [Work In Progress] sheet | New Section |
| Chap. 9, Sect. 15 | Leather Tanning | Replace [Work In Progress] sheet | New Section |
| Chap. 11, Sect. 3 | Brick And Structural Clay Product Manufacturing | Replace entire | Major Revision |
| Chap. 11, Sect. 14 | Frit Manufacturing | Replace entire | Minor Revision |
| Chap. 11, Sect. 23 | Taconite Ore Processing | Replace entire | Major Revision |

Insert new Technical Report Data Sheet.

BLM_0046129

# KEY WORD INDEX

Chapter/Section

Abrasives Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.31
Acetone And Phenol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.16
Acid
    Adipic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.2
    Hydrochloric . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.6
    Hydrofluoric . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.7
    Nitric . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.8
    Phosphoric . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.9
    Sulfuric . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.10
    Terephthalic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.11
Adipic Acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.2
Aggregate Handling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.2.4
Aggregate Manufacturing, Lightweight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.20
Aggregate Processing, Construction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.19
Aggregate Storage Piles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.2.4
Agricultural Industries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.0
Agricultural Wind Erosion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.16
Alcohol, Isopropyl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.29
Alfalfa Dehydration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.9.4
Alkali, Chlor- . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.11
Almond Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.10.2.1
Alumina Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.29
Aluminum
    Operations, Secondary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.8
    Production, Primary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.1
Ammonia, Synthetic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.1
Ammonium Nitrate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.3
Ammonium Phosphate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.5.3
Ammonium Sulfate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.4
Analysis, Surface/Bulk Dust Loading . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . App. C.2
Anhydride, Phthalic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.5
Animal And Meat Products Preparation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.5
Anthracite Coal Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.2
Appliance Surface Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.11
Ash
    Fly Ash Sintering . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.8
Asphalt
    Hot Mix Plants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.1
    Paving . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.5
    Roofing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.2
Automobile Body Incineration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.6
Automobile Surface Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.8

Bagasse Combustion In Sugar Mills . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.8
Baking, Bread . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.9.6

Bark
    Wood Waste Combustion In Boilers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.6
Batching, Concrete . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.12
Battery Production, Storage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.15
Beet Sugar Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.10.1.2
Benzene, Toluene And Xylenes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.18
Beverages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.12
    Brandy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.12.2
    Liquors, Distilled Spirits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.12.3
    Malt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.12.1
    Wines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.12.2
Bituminous Coal Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.1
Bleaching, Wood Pulp . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.3
Brandy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.12.2
Bread Baking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.9.6
Bricks And Related Clay Products . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.3
Bulk Material Analysis Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . App. C.2
Bulk Material Sampling Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . App. C.1
Burners, Conical (Teepee) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.7
Burning, Open . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.5
Burning, Prescribed, And Wildfires . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.1
Business Machines, Plastic Parts Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.14
Butadiene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.19

Calcium Carbide Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.4
Can Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.2
Cane Sugar Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.10.1.1
Canned Fruits And Vegetables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.8.1
Carbon Black . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.1
Carbonate
    Sodium Carbonate Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.12
Cattle Feedlots . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.4.1
Cement
    Portland Cement Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.6
Ceramic Products Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.7
Cereal Breakfast Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.9.2
Charcoal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.7
Cheese, Natural And Processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.6.1
Chemical Wood Pulping . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.2
Chemicals, Inorganic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.0
Chemicals, Organic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.0
Chlor-Alkali . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.11
Clay
    Bricks And Related Clay Products . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.3
    Ceramic Products Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.7
    Clay And Fly Ash Sintering . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.8
    Clay Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.25

BLM_0046131

Cleaning
    Coal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.10
    Drum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.8
    Dry Cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.1
    Tank . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.8
Coal
    Anthracite Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.2
    Bituminous Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.1
    Cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.10
    Conversion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.11
    Subbituminous Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.1
    Surface Mining, Western . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.9
Coating, Surface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2
    Appliance, Large . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.11
    Automobile And Light Duty Truck . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.8
    Can . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.2
    Fabric . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.7
    Flat Wood Interior Panel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.5
    Labels, Pressure Sensitive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.9
    Magnet Wire . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.3
    Magnetic Tape . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.13
    Metal Coil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.10
    Metal Furniture . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.12
    Metal, General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.4
    Paper . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.6
    Plastic Parts For Business Machines . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.14
    Polymeric Coating Of Supporting Substrates . . . . . . . . . . . . . . . . . . . . . 4.2.2.7
    Tapes, Pressure Sensitive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.9
Coffee Roasting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.13.2
Coke Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.2
Collection, Waste Water . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.3
Combustion
    Anthracite Coal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.2
    Bagasse, In Sugar Mills . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.8
    Bituminous Coal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.1
    Fuel Oil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.3
    Internal, Mobile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol. II
    Internal, Stationary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.0
    Lignite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.7
    Liquefied Petroleum Gas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.5
    Natural Gas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.4
    Orchard Heaters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.2.3
    Refuse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.1
    Residential Fireplaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.9
    Residential Wood Stoves . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.10
    Subbituminous Coal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.1
    Waste Oil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.11
    Wood Waste In Boilers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.6
Compressors, Pipeline, Natural Gas Fired . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.2
Concrete Batching . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.12
Confectionery Products . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.10
Conical Burners . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.7
Construction Aggregate Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.19

Construction Operations, Heavy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.2.3
Conversion factors, units, etc. – Miscellaneous . . . . . . . . . . . . . . . . . . . . . . . . . . . . App. A
Cooling Towers, Wet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.4
Copper
   Alloying . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.9
   Smelting, Primary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.3
   Smelting, Secondary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.9
Corn Wet Milling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.9.7
Cotton
   Ginning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.7
   Harvesting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.3.1
Crushed Stone Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.19.2
Cumene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.20
Cyanide, Hydrogen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.14

Dairy Farms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.4.4
Dairy Products . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.6
Deep Fat Frying, Snack Chip . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.13.3
Degreasing, Solvent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.6
Dehydrated Fruits And Vegetables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.8.2
Dehydration, Alfalfa . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.9.4
Detergents
   Soap And Detergents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.8
Detonation, Explosives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.3
Diatomite Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.22
Diesel Engines, Industrial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.3
Diesel Engines, Stationary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.4
Distilled Spirits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.12.3
Drum Cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.8
Dry Cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.1
Dual Fuel Engines, Stationary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.4
Dust Loading Analysis, Surface/Bulk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . App. C.2
Dust Loading Sampling Procedures, Surface/Bulk . . . . . . . . . . . . . . . . . . . . . . . . . App. C.1
Dust Sources, Fugitive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.2

Electric Arc Welding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.19
Electric Utility Power Plants, Gas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.1
Electricity Generators, Stationary Gas Turbine . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.1
Electroplating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.20
Erosion, Wind, Industrial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.2.5
Ethanol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.21
Ethyl Benzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.22
Ethylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.23
Ethylene Dichloride And Vinyl Chloride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.24
Ethylene Glycol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.25
Ethylene Oxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.26
Evaporation Loss Sources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.0
Explosives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.3
Explosives Detonation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.3
External Combustion Sources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.0

Fabric Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.7
Fabric Printing, Textile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.11

Fats, Cooking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.11
Feedlots
    Cattle . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.4.1
    Dairy Farms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.4.4
    Poultry Houses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.4.3
    Swine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.4.2
Feldspar Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.27
Ferroalloy Production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.4
Fertilizer Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.2.1
Fertilizers
    Ammonium Phosphate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.5.3
    Phosphate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.5
Fiberboard, Medium Density . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.6.3
Fiber Manufacturing, Glass . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.13
Fibers, Synthetic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.9
Fireplaces, Residential . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.9
Fires
    Forest Wildfires And Prescribed Burning . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.1
Fish Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.13.1
Flares, Industrial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.5
Flat Wood Interior Panel Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.5
Fly Ash
    Clay And Fly Ash Sintering . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.8
Food And Agricultural Industries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.0
Food And Kindred Products, Miscellaneous . . . . . . . . . . . . . . . . . . . . . . . . . . 9.13
    Coffee Roasting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.13.2
    Fish Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.13.1
    Snack Chip Deep Fat Frying . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.13.3
    Yeast Production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.13.4
Formaldehyde . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.27
Foundries
    Gray Iron . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.10
    Steel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.13
Frit Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.14
Fruits, Preserved . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.8
    Canned . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.8.1
    Dehydrated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.8.2
Fuel Oil Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.3
Fugitive Dust Sources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.2
Furniture Surface Coating, Metal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.12

Gas Combustion, Liquefied Petroleum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.5
Gas, Natural
    Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.4
    Pipeline Compressors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.2
    Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5.3
    Turbines, Electricity-generating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.1
Gasoline/Diesel Industrial Engines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.3
Ginning, Cotton . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.7
Glass Fiber Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.13
Glass Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.15
Graphic Arts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.9
    General Graphic Printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.9.1

BLM_0046134

Publication Gravure Printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.9.2
Glycerine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.28
Grain
   Alfalfa Dehydration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.9.4
   Bread Baking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.9.6
   Cereal Breakfast Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.9.2
   Corn Wet Milling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.9.7
   Elevators And Processes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.9.1
   Harvesting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.3.2
   Pasta Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.9.5
   Pet Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.9.3
   Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.9
Gravel Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.19.1
Gray Iron Foundries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.10
Greenhouse Gas biogenic Sources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14.0
Growing Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.2
Gypsum Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.16

Harvesting Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.3
   Cotton Harvesting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.3.1
   Grain Harvesting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.3.2
   Rice Harvesting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.3.3
   Sugar Cane Harvesting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.3.4
Heaters, Orchard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.2.3
Highway Vehicles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol. II
Hot Mix Asphalt Plants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.1
Hydrochloric Acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.6
Hydrofluoric Acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.7
Hydrogen Cyanide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.14

Incineration
   Automobile Body . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.6
   Medical Waste . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.3
   Open Burning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.5
   Sewage Sludge . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.2
Industrial Engines, Gasoline And Diesel . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.3
Industrial Flares . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.5
Industrial Surface Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2
Industrial Surface Coating, General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.1
Industrial Wind Erosion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.2.5
Ink, Printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.7
Inorganic Chemical Industry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.0
Interior Panel Coating, Flat Wood . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.5
Internal Combustion Engines
   Highway Vehicle . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol. II
   Off-highway Mobile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol. II
   Off-highway Stationary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.0

Iron
   Gray Iron Foundries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.10
   Iron Production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.5
Isopropyl Alcohol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.29

Labels, Pressure Sensitive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.9
Landfills . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.4
Large Bore Engines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.4
Lead
    Ore Crushing And Grinding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.18
    Processing, Secondary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.11
    Products, Miscellaneous . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.17
    Smelting, Primary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.6
Lead Alkyl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.12
Lead Oxide Production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.16
Lead Pigment Production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.16
Leadbearing Ore Crushing And Grinding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.18
Leather Tanning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.15
Light Duty Truck Surface Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.8
Lightning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14.1
Lightweight Aggregate Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.20
Lignite Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.7
Lime Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.17
Liquefied Petroleum Gas Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.5
Liquid Storage Tanks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7.0
Livestock Feed Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.4
Lumber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.1

Magnesium, Secondary Smelting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.12
Magnet Wire Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.3
Magnetic Tape Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.13
Maleic Anhydride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.14
Malt Beverages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.12.1
Manure Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.5.4
Marketing, Petroleum Liquids . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5.2
Meat Packing Plants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.5.1
Meat Products Preparation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.5
Meat Rendering Plants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.5.3
Meat Smokehouses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.5.2
Medical Waste Incineration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.3
Metal Coating, General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.4
Metal Coil Surface Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.10
Metal Furniture Surface Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.12
Metallic Minerals Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.24
Metallurgical Industry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.0
Methanol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.15
Mineral Products Industry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.0
Mineral Wool Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.18
Minerals Processing, Metallic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.24
Mining, Western Surface Coal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.9
Miscellaneous Sources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.0
Mobile Sources
    Highway . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol. II
    Off-highway . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol. II

Natural And Processed Cheese . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.6.1
Natural Gas Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.4
Natural Gas Fired Pipeline Compressors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.2

Natural Gas Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5.3
Nitric Acid Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.8
Nonindustrial Surface Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.1
Normal Superphosphates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.5.1
Nuts And Seeds, Salted And Roasted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.10.2
    Almond Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.10.2.1
    Peanut Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.10.2.2

Off-highway Mobile Sources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol. II
Off-highway Stationary Sources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.0
Oil
    Fuel Oil Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.3
    Waste Oil Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.11
Oils, Cooking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.11
    Vegetable Oil Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.11.1
Open Burning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.5
Orchard Heaters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.2.3
Ore Processing
    Leadbearing Ore Crushing And Grinding . . . . . . . . . . . . . . . . . . . . . . . . . . 12.18
    Taconite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.23
Organic Chemical Process Industry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.0
Organic Liquid Storage Tanks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7.1
Oriented Strand Board . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.6.1

Paint And Varnish . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.4
Panel Coating, Flat Wood Interior . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.5
Paper Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.6
Papermaking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.4
Particleboard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.6.2
Particle size distribution data, factors, generalized . . . . . . . . . . . . . . . . . . . . App. B.2
Particle size distribution data, factors, selected . . . . . . . . . . . . . . . . . . . . . . App. B.1
Pasta Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.9.5
Paved Roads . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.2.1
Paving, Asphalt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.5
Peanut Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.10.2.2
Perlite Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.30
Pesticide Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.2.2
Pet Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.9.3
Petroleum
    Liquefied Petroleum Gas Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.5
    Liquids, Transportation And Marketing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5.2
    Refining . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5.1
    Storage Of Organic Liquids . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7.1
Petroleum Industry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5.0
Pharmaceuticals Production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.13
Phenol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.16
Phosphate, Ammonium . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.5.3
Phosphate Fertilizers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.5
Phosphate Rock Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.21
Phosphoric Acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.9
Phthalic Anhydride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.5
Pickles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.8.3
Pigment

Lead Oxide And Pigment Production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.16
Pipeline Compressors, Natural Gas Fired . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.2
Plastic Part Surface Coating, Business Machine . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.14
Plastics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.6
Plywood . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.5
Polyester Resin Plastic Products Fabrication . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.4
Poly(ethylene terephthalate) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.6.2
Polymeric Coating Of Supporting Substrates . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.7
Polypropylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.6.4
Polystyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.6.3
Polyvinyl Chloride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.6.1
Portland Cement Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.6
Poultry Feed Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.4
Poultry Houses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.4.3
Poultry Slaughtering . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.5.5
Prescribed Burning, Wildfires And . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.1
Preserved Fruits And Vegetables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.8
Preserving, Wood . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.8
Printing, General Graphic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.9.1
Printing, Publication Gravure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.9.2
Printing, Textile Fabric . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.11
Printing Ink . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.7
Processed Cheese . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.6.1
Propylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.17
Pulp Bleaching, Wood . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.3
Pulping, Chemical Wood . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.2

Reclamation, Waste Solvent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.7
Reconstituted Wood Products . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.6
Recovery, Sulfur . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.13
Refining, Petroleum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5.1
Refractory Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.5
Refuse Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.1
Rendering Plants, Meat . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.5.3
Residential Fireplaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.9
Resin, Polyester, Plastic Product Fabrication . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.4
Rice Harvesting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.3.3
Roads
   Paved . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.2.1
   Unpaved . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.2.2
Roasted Nuts And Seeds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.10.2
Roasting, Coffee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.13.2
Rock Processing, Phosphate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.21
Roofing, Asphalt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.2
Rubber, Synthetic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.10

Salad Dressings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.8.3
Salted And Roasted Nuts And Seeds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.10.2
   Almond Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.10.2.1
   Peanut Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.10.2.2
Sampling, Surface/Bulk Loading . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . App. C.1
Sand And Gravel Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.19.1
Sauces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.8.3

Seeds, Salted And Roasted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.10.2
Sewage Sludge Incineration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.2
Sized emission factors, generalized . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . App. B.2
Sized emission factors, selected . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . App. B.1
Smelting
    Primary Copper . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.3
    Primary Lead . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.6
    Secondary Copper Smelting And Alloying . . . . . . . . . . . . . . . . . . . . . . . 12.9
    Secondary Magnesium . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.12
    Zinc . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.7
Smokehouses, Meat . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.5.2
Snack Chip Deep Fat Frying . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.13.3
Soap And Detergent Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.8
Sodium Carbonate Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.12
Soils . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14.1
Solid Waste Disposal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.0
Solvent
    Commercial/Consumer Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.10
    Degreasing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.6
    Waste, Reclamation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.7
Stationary Gas Turbines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.1
Stationary Internal Combustion Sources, Off-highway . . . . . . . . . . . . . . . . . 3.0
Steel
    Foundries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.13
    Production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.5
Stone Processing, Crushed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.19.2
Storage, Waste Water . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.3
Storage Battery Production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.15
Storage Piles, Aggregate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.2.4
Storage Tanks, Liquid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7.0
    Organic Liquid Storage Tanks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7.1
Subbituminous Coal Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.1
Substrates, Supporting, Polymeric Coating Of . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.7
Sugar Harvesting, Cane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.3.4
Sugar Mills, Bagasse Combustion In . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.8
Sugar Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.10.1
Sugar Processing, Beet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.10.1.2
Sugar Processing, Cane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.10.1.1
Sulfur Recovery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.13
Sulfuric Acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.10
Surface/Bulk Dust Loading Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . App. C.2
Surface/Bulk Dust Loading Sampling Procedures . . . . . . . . . . . . . . . . . . . . App. C.1
Surface Coal Mining, Western . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.9
Surface Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2
Surface Coating, Industrial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2
Surface Coating, Nonindustrial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.1
Surface Material Analysis Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . App. C.2
Surface Material Sampling Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . App. C.1
Swine Feedlots . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.4.2
Synthetic Ammonia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.1
Synthetic Fibers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.9
Synthetic Rubber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.10

BLM_0046139

Taconite Ore Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.23
Talc Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.26
Tank And Drum Cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.8
Tape, Magnetic, Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.13
Tapes And Labels, Pressure Sensitive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.9
Teepee (Conical) Burners . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.7
Terephthalic Acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.11
Termites . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14.2
Textile Fabric Printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.11
Tilling Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.1
Tobacco Products . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.14
Toluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.18
Transportation And Marketing Of Petroleum Liquids . . . . . . . . . . . . . . . . . . . . . . . 5.2
Treatment, Waste Water . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.3
Triple Superphosphates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.5.2
Truck, Light Duty, Surface Coating, . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.8
Turbines, Natural Gas Fired . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.1

Unpaved Roads . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.2.2
Urea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.2

Varnish
    Paint And Varnish Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.4
Vegetable Oil Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.11.1
Vegetables, Canned . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.8.1
Vegetables, Dehydrated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.8.2
Vegetables, Preserved . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.8
Vehicles, Highway And Off-highway . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol. II
Vermiculite Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11.28
Vinyl Chloride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.24

Waferboard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.6.1
Waste Disposal, Solid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.0
Waste Oil Combustion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.11
Waste Solvent Reclamation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.7
Waste Water Collection, Treatment and Storage . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.3
Welding, Electric Arc . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.19
Wet Cooling Towers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.4
Wet Milling, Corn . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.9.7
Wildfires . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.1
Wind Erosion
    Agricultural . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.16
    Industrial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13.2.5
Wine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.12.2
Wire Coating, Magnet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.3
Wood
    Charcoal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.7
    Flat Interior Panel Coating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.2.2.5
    Lumber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.1
    Medium Density Fiberboard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.6.3
    Oriented Strand Board . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.6.1
    Papermaking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.4
    Particleboard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.6.2

Plywood . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.5
Pulp Bleaching . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.3
Pulping, Chemical . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.2
Reconstituted Wood Products . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.6
Stoves . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.10
Waferboard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.6.1
Waste Combustion In Boilers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.6
Wood Preserving . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.8
Wood Products Industry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.0

Xylenes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.18

Yeast Production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9.13.4

Zinc
Processing, Secondary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.14
Smelting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.7

## 13.2.2 Unpaved Roads

### 13.2.2.1 General

When a vehicle travels an unpaved road, the force of the wheels on the road surface causes pulverization of surface material. Particles are lifted and dropped from the rolling wheels, and the road surface is exposed to strong air currents in turbulent shear with the surface. The turbulent wake behind the vehicle continues to act on the road surface after the vehicle has passed.

The particulate emission factors presented in the previous draft version of this section of AP-42, dated October 2001, implicitly included the emissions from vehicles in the form of exhaust, brake wear, and tire wear as well as resuspended road surface material[25]. EPA included these sources in the emission factor equation for unpaved public roads (equation 1b in this section) since the field testing data used to develop the equation included both the direct emissions from vehicles and emissions from resuspension of road dust.

This version of the unpaved public road emission factor equation only estimates particulate emissions from resuspended road surface material [23, 26]. The particulate emissions from vehicle exhaust, brake wear, and tire wear are now estimated separately using EPA's MOBILE6.2 [24]. This approach eliminates the possibility of double counting emissions. Double counting results when employing the previous version of the emission factor equation in this section and MOBILE6.2 to estimate particulate emissions from vehicle traffic on unpaved public roads. It also incorporates the decrease in exhaust emissions that has occurred since the unpaved public road emission factor equation was developed. The previous version of the unpaved public road emission factor equation includes estimates of emissions from exhaust, brake wear, and tire wear based on emission rates for vehicles in the 1980 calendar year fleet. The amount of PM released from vehicle exhaust has decreased since 1980 due to lower new vehicle emission standards and changes in fuel characteristics.

### 13.2.2.2 Emissions Calculation And Correction Parameters[1-6]

The quantity of dust emissions from a given segment of unpaved road varies linearly with the volume of traffic. Field investigations also have shown that emissions depend on source parameters that characterize the condition of a particular road and the associated vehicle traffic. Characterization of these source parameters allow for "correction" of emission estimates to specific road and traffic conditions present on public and industrial roadways.

Dust emissions from unpaved roads have been found to vary directly with the fraction of silt (particles smaller than 75 micrometers [μm] in diameter) in the road surface materials.[1] The silt fraction is determined by measuring the proportion of loose dry surface dust that passes a 200-mesh screen, using the ASTM-C-136 method. A summary of this method is contained in Appendix C of AP-42. Table 13.2.2-1 summarizes measured silt values for industrial unpaved roads. Table 13.2.2-2 summarizes measured silt values for public unpaved roads. It should be noted that the ranges of silt content vary over two orders of magnitude. Therefore, the use of data from this table can potentially introduce considerable error. Use of this data is strongly discouraged when it is feasible to obtain locally gathered data.

Since the silt content of a rural dirt road will vary with geographic location, it should be measured for use in projecting emissions. As a conservative approximation, the silt content of the parent soil in the area can be used. Tests, however, show that road silt content is normally lower than in the surrounding parent soil, because the fines are continually removed by the vehicle traffic, leaving a higher percentage of coarse particles.

BLM_0046142

Other variables are important in addition to the silt content of the road surface material. For example, at industrial sites, where haul trucks and other heavy equipment are common, emissions are highly correlated with vehicle weight. On the other hand, there is far less variability in the weights of cars and pickup trucks that commonly travel publicly accessible unpaved roads throughout the United States. For those roads, the moisture content of the road surface material may be more dominant in determining differences in emission levels between, for example a hot, desert environment and a cool, moist location.

The PM-10 and TSP emission factors presented below are the outcomes from stepwise linear regressions of field emission test results of vehicles traveling over unpaved surfaces. Due to a limited amount of information available for PM-2.5, the expression for that particle size range has been scaled against the result for PM-10. Consequently, the quality rating for the PM-2.5 factor is lower than that for the PM-10 expression.

BLM_0046143

Table 13.2.2-1.  TYPICAL SILT CONTENT VALUES OF SURFACE MATERIAL
ON INDUSTRIAL UNPAVED ROADS[a]

| Industry | Road Use Or Surface Material | Plant Sites | No. Of Samples | Silt Content (%) | |
|---|---|---|---|---|---|
| | | | | Range | Mean |
| Copper smelting | Plant road | 1 | 3 | 16 - 19 | 17 |
| Iron and steel production | Plant road | 19 | 135 | 0.2 - 19 | 6.0 |
| Sand and gravel processing | Plant road | 1 | 3 | 4.1 - 6.0 | 4.8 |
| | Material storage area | 1 | 1 | - | 7.1 |
| Stone quarrying and  processing | Plant road | 2 | 10 | 2.4 - 16 | 10 |
| | Haul road to/from pit | 4 | 20 | 5.0-15 | 8.3 |
| Taconite mining and processing | Service road | 1 | 8 | 2.4 - 7.1 | 4.3 |
| | Haul road to/from pit | 1 | 12 | 3.9 - 9.7 | 5.8 |
| Western surface coal mining | Haul road to/from pit | 3 | 21 | 2.8 - 18 | 8.4 |
| | Plant road | 2 | 2 | 4.9 - 5.3 | 5.1 |
| | Scraper route | 3 | 10 | 7.2 - 25 | 17 |
| | Haul road (freshly graded) | 2 | 5 | 18 - 29 | 24 |
| Construction sites | Scraper routes | 7 | 20 | 0.56-23 | 8.5 |
| Lumber sawmills | Log yards | 2 | 2 | 4.8-12 | 8.4 |
| Municipal solid waste landfills | Disposal routes | 4 | 20 | 2.2 - 21 | 6.4 |

[a]References 1,5-15.

BLM_0046144

The following empirical expressions may be used to estimate the quantity in pounds (lb) of size-specific particulate emissions from an unpaved road, per vehicle mile traveled (VMT):

For vehicles traveling on unpaved surfaces at industrial sites, emissions are estimated from the following equation:

$$E = k \ (s/12)^a (W/3)^b \tag{1a}$$

and, for vehicles traveling on publicly accessible roads, dominated by light duty vehicles, emissions may be estimated from the following:

$$E = \frac{k \ (s/12)^a (S/30)^d}{(M/0.5)^c} - C \tag{1b}$$

where   k, a, b, c and d are empirical constants (Reference 6) given below and

$E =$   size-specific emission factor (lb/VMT)
$s =$   surface material silt content (%)
$W =$   mean vehicle weight (tons)
$M =$   surface material moisture content (%)
$S =$   mean vehicle speed (mph)
$C =$   emission factor for 1980's vehicle fleet exhaust, brake wear and tire wear.

The source characteristics s, W and M are referred to as correction parameters for adjusting the emission estimates to local conditions. The metric conversion from lb/VMT to grams (g) per vehicle kilometer traveled (VKT) is as follows:

$$1 \ \text{lb/VMT} = 281.9 \ \text{g/VKT}$$

The constants for Equations 1a and 1b based on the stated aerodynamic particle sizes are shown in Tables 13.2.2-2 and 13.2.2-4. The PM-2.5 particle size multipliers (k-factors) are taken from Reference 27.

BLM_0046145

Table 13.2.2-2. CONSTANTS FOR EQUATIONS 1a AND 1b

| Constant | Industrial Roads (Equation 1a) | | | Public Roads (Equation 1b) | | |
|---|---|---|---|---|---|---|
| | PM-2.5 | PM-10 | PM-30* | PM-2.5 | PM-10 | PM-30* |
| k (lb/VMT) | 0.15 | 1.5 | 4.9 | 0.18 | 1.8 | 6.0 |
| a | 0.9 | 0.9 | 0.7 | 1 | 1 | 1 |
| b | 0.45 | 0.45 | 0.45 | - | - | - |
| c | - | - | - | 0.2 | 0.2 | 0.3 |
| d | - | - | - | 0.5 | 0.5 | 0.3 |
| Quality Rating | B | B | B | B | B | B |

*Assumed equivalent to total suspended particulate matter (TSP)
"-" = not used in the emission factor equation

Table 13.2.2-2 also contains the quality ratings for the various size-specific versions of Equation 1a and 1b. The equation retains the assigned quality rating, if applied within the ranges of source conditions, shown in Table 13.2.2-3, that were tested in developing the equation:

Table 13.2.2-3. RANGE OF SOURCE CONDITIONS USED IN DEVELOPING EQUATION 1a AND 1b

| Emission Factor | Surface Silt Content, % | Mean Vehicle Weight | | Mean Vehicle Speed | | Mean No. of Wheels | Surface Moisture Content, % |
|---|---|---|---|---|---|---|---|
| | | Mg | ton | km/hr | mph | | |
| Industrial Roads (Equation 1a) | 1.8-25.2 | 1.8-260 | 2-290 | 8-69 | 5-43 | 4-17[a] | 0.03-13 |
| Public Roads (Equation 1b) | 1.8-35 | 1.4-2.7 | 1.5-3 | 16-88 | 10-55 | 4-4.8 | 0.03-13 |

[a] See discussion in text.

        As noted earlier, the models presented as Equations 1a and 1b were developed from tests of traffic on unpaved surfaces. Unpaved roads have a hard, generally nonporous surface that usually dries quickly after a rainfall or watering, because of traffic-enhanced natural evaporation. (Factors influencing how fast a road dries are discussed in Section 13.2.2.3, below.) The quality ratings given above pertain to the mid-range of the measured source conditions for the equation. A higher mean vehicle weight and a higher than normal traffic rate may be justified when performing a worst-case analysis of emissions from unpaved roads.

        The emission factors for the exhaust, brake wear and tire wear of a 1980's vehicle fleet ($C$) was obtained from EPA's MOBILE6.2 model [23]. The emission factor also varies with aerodynamic size range

BLM_0046146

as shown in Table 13.2.2-4

Table 13.2.2-4. EMISSION FACTOR FOR 1980'S VEHICLE FLEET
EXHAUST, BRAKE WEAR AND TIRE WEAR

| Particle Size Range[a] | $C$, Emission Factor for Exhaust, Brake Wear and Tire Wear[b] lb/VMT |
|---|---|
| $PM_{2.5}$ | 0.00036 |
| $PM_{10}$ | 0.00047 |
| $PM_{30}$[c] | 0.00047 |

[a]  Refers to airborne particulate matter (PM-x) with an aerodynamic diameter equal to or less than x micrometers.

[b]  Units shown are pounds per vehicle mile traveled (lb/VMT).

[c]  PM-30 is sometimes termed "suspendable particulate" (SP) and is often used as a surrogate for TSP.

It is important to note that the vehicle-related source conditions refer to the average weight, speed, and number of wheels for all vehicles traveling the road. For example, if 98 percent of traffic on the road are 2-ton cars and trucks while the remaining 2 percent consists of 20-ton trucks, then the mean weight is 2.4 tons. More specifically, Equations 1a and 1b are *not* intended to be used to calculate a separate emission factor for each vehicle class within a mix of traffic on a given unpaved road. That is, in the example, one should *not* determine one factor for the 2-ton vehicles and a second factor for the 20-ton trucks. Instead, only one emission factor should be calculated that represents the "fleet" average of 2.4 tons for all vehicles traveling the road.

Moreover, to retain the quality ratings when addressing a group of unpaved roads, it is necessary that reliable correction parameter values be determined for the road in question. The field and laboratory procedures for determining road surface silt and moisture contents are given in AP-42 Appendices C.1 and C.2. Vehicle-related parameters should be developed by recording visual observations of traffic. In some cases, vehicle parameters for industrial unpaved roads can be determined by reviewing maintenance records or other information sources at the facility.

In the event that site-specific values for correction parameters cannot be obtained, then default values may be used. In the absence of site-specific silt content information, an appropriate mean value from Table 13.2.2-1 may be used as a default value, but the quality rating of the equation is reduced by two letters. Because of significant differences found between different types of road surfaces and between different areas of the country, use of the default moisture content value of 0.5 percent in Equation 1b is discouraged. The quality rating should be downgraded two letters when the default moisture content value is used. (It is assumed that readers addressing industrial roads have access to the information needed to develop average vehicle information in Equation 1a for their facility.)

The effect of routine watering to control emissions from unpaved roads is discussed below in Section 13.2.2.3, "Controls". However, all roads are subject to some natural mitigation because of rainfall and other precipitation. The Equation 1a and 1b emission factors can be extrapolated to annual

BLM_0046147

average uncontrolled conditions (but including natural mitigation) under the simplifying assumption that annual average emissions are inversely proportional to the number of days with measurable (more than 0.254 mm [0.01 inch]) precipitation:

$$E_{ext} = E \ [(365 - P)/365] \qquad (2)$$

where:

$E_{ext}$ = annual size-specific emission factor extrapolated for natural mitigation, lb/VMT

$E$ = emission factor from Equation 1a or 1b

$P$ = number of days in a year with at least 0.254 mm (0.01 in) of precipitation (see below)

Figure 13.2.2-1 gives the geographical distribution for the mean annual number of "wet" days for the United States.

Equation 2 provides an estimate that accounts for precipitation on an annual average basis for the purpose of inventorying emissions. It should be noted that Equation 2 does not account for differences in the temporal distributions of the rain events, the quantity of rain during any event, or the potential for the rain to evaporate from the road surface. In the event that a finer temporal and spatial resolution is desired for inventories of public unpaved roads, estimates can be based on a more complex set of assumptions. These assumptions include:

1. The moisture content of the road surface material is increased in proportion to the quantity of water added;
2. The moisture content of the road surface material is reduced in proportion to the Class A pan evaporation rate;
3. The moisture content of the road surface material is reduced in proportion to the traffic volume; and
4. The moisture content of the road surface material varies between the extremes observed in the area. The CHIEF Web site (http://www.epa.gov/ttn/chief/ap42/ch13/related/c13s02-2.html) has a file which contains a spreadsheet program for calculating emission factors which are temporally and spatially resolved. Information required for use of the spreadsheet program includes monthly Class A pan evaporation values, hourly meteorological data for precipitation, humidity and snow cover, vehicle traffic information, and road surface material information.

It is emphasized that the simple assumption underlying Equation 2 and the more complex set of assumptions underlying the use of the procedure which produces a finer temporal and spatial resolution have not been verified in any rigorous manner. For this reason, the quality ratings for either approach should be downgraded one letter from the rating that would be applied to Equation 1.

13.2.2.3 Controls[18-22]

A wide variety of options exist to control emissions from unpaved roads. Options fall into the following three groupings:

1. Vehicle restrictions that limit the speed, weight or number of vehicles on the road;

BLM_0046148

2. <u>Surface improvement</u>, by measures such as (a) paving or (b) adding gravel or slag to a dirt road; and

3. <u>Surface treatment</u>, such as watering or treatment with chemical dust suppressants.

Available control options span broad ranges in terms of cost, efficiency, and applicability. For example, traffic controls provide moderate emission reductions (often at little cost) but are difficult to enforce. Although paving is highly effective, its high initial cost is often prohibitive. Furthermore, paving is not feasible for industrial roads subject to very heavy vehicles and/or spillage of material in transport. Watering and chemical suppressants, on the other hand, are potentially applicable to most industrial roads at moderate to low costs. However, these require frequent reapplication to maintain an acceptable level of control. Chemical suppressants are generally more cost-effective than water but not in cases of temporary roads (which are common at mines, landfills, and construction sites). In summary, then, one needs to consider not only the type and volume of traffic on the road but also how long the road will be in service when developing control plans.

<u>Vehicle restrictions</u>. These measures seek to limit the amount and type of traffic present on the road or to lower the mean vehicle speed. For example, many industrial plants have restricted employees from driving on plant property and have instead instituted bussing programs. This eliminates emissions due to employees traveling to/from their worksites. Although the heavier average vehicle weight of the busses increases the base emission factor, the decrease in vehicle-miles-traveled results in a lower overall emission rate.

BLM_0046149



Figure 13.2.2-1.  Mean number of days with 0.01 inch or more of precipitation in United States.

Surface improvements. Control options in this category alter the road surface. As opposed to the "surface treatments" discussed below, improvements are relatively "permanent" and do not require periodic retreatment.

The most obvious surface improvement is paving an unpaved road. This option is quite expensive and is probably most applicable to relatively short stretches of unpaved road with at least several hundred vehicle passes per day. Furthermore, if the newly paved road is located near unpaved areas or is used to transport material, it is essential that the control plan address routine cleaning of the newly paved road surface.

The control efficiencies achievable by paving can be estimated by comparing emission factors for unpaved and paved road conditions. The predictive emission factor equation for paved roads, given in Section 13.2.1, requires estimation of the silt loading on the traveled portion of the paved surface, which in turn depends on whether the pavement is periodically cleaned. Unless curbing is to be installed, the effects of vehicle excursion onto unpaved shoulders (berms) also must be taken into account in estimating the control efficiency of paving.

Other improvement methods cover the road surface with another material that has a lower silt content. Examples include placing gravel or slag on a dirt road. Control efficiency can be estimated by comparing the emission factors obtained using the silt contents before and after improvement. The silt content of the road surface should be determined after 3 to 6 months rather than immediately following placement. Control plans should address regular maintenance practices, such as grading, to retain larger aggregate on the traveled portion of the road.

Surface treatments refer to control options which require periodic reapplication. Treatments fall into the two main categories of (a) "wet suppression" (i. e., watering, possibly with surfactants or other additives), which keeps the road surface wet to control emissions and (b) "chemical stabilization/ treatment", which attempts to change the physical characteristics of the surface. The necessary reapplication frequency varies from several minutes for plain water under summertime conditions to several weeks or months for chemical dust suppressants.

Watering increases the moisture content, which conglomerates particles and reduces their likelihood to become suspended when vehicles pass over the surface. The control efficiency depends on how fast the road dries after water is added. This in turn depends on (a) the amount (per unit road surface area) of water added during each application; (b) the period of time between applications; (c) the weight, speed and number of vehicles traveling over the watered road during the period between applications; and (d) meteorological conditions (temperature, wind speed, cloud cover, etc.) that affect evaporation during the period.

BLM_0046151

Figure 13.2.2-2 presents a simple bilinear relationship between the instantaneous control efficiency due to watering and the resulting increase in surface moisture. The moisture ratio "M" (i.e., the x-axis in Figure 13.2.2-2) is found by dividing the surface moisture content of the watered road by the surface moisture content of the uncontrolled road. As the watered road surface dries, both the ratio M and the predicted instantaneous control efficiency (i.e., the y-axis in the figure) decrease. The figure shows that between the uncontrolled moisture content and a value twice as large, a small increase in moisture content results in a large increase in control efficiency. Beyond that, control efficiency grows slowly with increased moisture content.

Given the complicated nature of how the road dries, characterization of emissions from watered roadways is best done by collecting road surface material samples at various times between water truck passes. (Appendices C.1 and C.2 present the sampling and analysis procedures.) The moisture content measured can then be associated with a control efficiency by use of Figure 13.2.2-2. Samples that reflect average conditions during the watering cycle can take the form of either a series of samples between water applications or a single sample at the midpoint. It is essential that samples be collected during periods with active traffic on the road. Finally, because of different evaporation rates, it is recommended that samples be collected at various times during the year. If only one set of samples is to be collected, these must be collected during hot, summertime conditions.

When developing watering control plans for roads that do not yet exist, it is strongly recommended that the moisture cycle be established by sampling similar roads in the same geographic area. If the moisture cycle cannot be established by similar roads using established watering control plans, the more complex methodology used to estimate the mitigation of rainfall and other precipitation can be used to estimate the control provided by routine watering. An estimate of the maximum daytime Class A pan evaporation (based upon daily evaporation data published in the monthly Climatological Data for the state by the National Climatic Data Center) should be used to insure that adequate watering capability is available during periods of highest evaporation. The hourly precipitation values in the spreadsheet should be replaced with the equivalent inches of precipitation (where the equivalent of 1 inch of precipitation is provided by an application of 5.6 gallons of water per square yard of road). Information on the long term average annual evaporation and on the percentage that occurs between May and October was published in the Climatic Atlas (Reference 16). Figure 13.2.2-3 presents the geographical distribution for "Class A pan evaporation" throughout the United States. Figure 13.2.2-4 presents the geographical distribution of the percentage of this evaporation that occurs between May and October. The U. S. Weather Bureau Class A evaporation pan is a cylindrical metal container with a depth of 10 inches and a diameter of 48 inches. Periodic measurements are made of the changes of the water level.

The above methodology should be used only for prospective analyses and for designing watering programs for existing roadways. The quality rating of an emission factor for a watered road that is based on this methodology should be downgraded two letters. Periodic road surface samples should be collected and analyzed to verify the efficiency of the watering program.

As opposed to watering, chemical dust suppressants have much less frequent reapplication requirements. These materials suppress emissions by changing the physical characteristics of the existing road surface material. Many chemical unpaved road dust suppressants form a hardened surface that binds particles together. After several applications, a treated road often resembles a paved road except that the surface is not uniformly flat. Because the improved surface results in more grinding of small particles, the silt content of loose material on a highly controlled surface may be substantially higher than when the surface was uncontrolled. For this reason, the models presented as Equations 1a and 1b cannot be used to estimate emissions from chemically stabilized roads. Should the road be allowed to return to an

BLM_0046152

uncontrolled state with no visible signs of large-scale cementing of material, the Equation 1a and 1b emission factors could then be used to obtain conservatively high emission estimates.



Figure 13.2.2-2. Watering control effectiveness for unpaved travel surfaces

BLM_0046153

The control effectiveness of chemical dust suppressants appears to depend on (a) the dilution rate used in the mixture; (b) the application rate (volume of solution per unit road surface area); (c) the time between applications; (d) the size, speed and amount of traffic during the period between applications; and (e) meteorological conditions (rainfall, freeze/thaw cycles, etc.) during the period. Other factors that affect the performance of dust suppressants include other traffic characteristics (e. g., cornering, track-on from unpaved areas) and road characteristics (e. g., bearing strength, grade). The variabilities in the above factors and differences between individual dust control products make the control efficiencies of chemical dust suppressants difficult to estimate. Past field testing of emissions from controlled unpaved roads has shown that chemical dust suppressants provide a PM-10 control efficiency of about 80 percent when applied at regular intervals of 2 weeks to 1 month.

BLM_0046154



Figure 13.2.2-3. Annual evaporation data.

BLM_0046155



Figure 13.2.2-4. Geographical distribution of the percentage of evaporation occurring between May and October.

Petroleum resin products historically have been the dust suppressants (besides water) most widely used on industrial unpaved roads. Figure 13.2.2-5 presents a method to estimate average control efficiencies associated with petroleum resins applied to unpaved roads.[20] Several items should be noted:

1. The term "ground inventory" represents the total volume (per unit area) of petroleum resin concentrate (*not solution*) applied since the start of the dust control season.

2. Because petroleum resin products must be periodically reapplied to unpaved roads, the use of a time-averaged control efficiency value is appropriate. Figure 13.2.2-5 presents control efficiency values averaged over two common application intervals, 2 weeks and 1 month. Other application intervals will require interpolation.

3. Note that zero efficiency is assigned until the ground inventory reaches 0.05 gallon per square yard (gal/yd$^2$). Requiring a minimum ground inventory ensures that one must apply a reasonable amount of chemical dust suppressant to a road before claiming credit for emission control. Recall that the ground inventory refers to the amount of petroleum resin concentrate rather than the total solution.

As an example of the application of Figure 13.2.2-5, suppose that Equation 1a was used to estimate an emission factor of 7.1 lb/VMT for PM-10 from a particular road. Also, suppose that, starting on May 1, the road is treated with 0.221 gal/yd$^2$ of a solution (1 part petroleum resin to 5 parts water) on the first of each month through September. Then, the average controlled emission factors, shown in Table 13.2.2-5, are found.

Table 13.2-2-5. EXAMPLE OF AVERAGE CONTROLLED EMISSION FACTORS FOR SPECIFIC CONDITIONS

| Period | Ground Inventory, gal/yd$^2$ | Average Control Efficiency, %[a] | Average Controlled Emission Factor, lb/VMT |
|---|---|---|---|
| May | 0.037 | 0 | 7.1 |
| June | 0.073 | 62 | 2.7 |
| July | 0.11 | 68 | 2.3 |
| August | 0.15 | 74 | 1.8 |
| September | 0.18 | 80 | 1.4 |

[a] From Figure 13.2.2-5, $\leq 10$ μm. Zero efficiency assigned if ground inventory is less than 0.05 gal/yd$^2$. 1 lb/VMT = 281.9 g/VKT. 1 gal/yd$^2$ = 4.531 L/m$^2$.

Besides petroleum resins, other newer dust suppressants have also been successful in controlling emissions from unpaved roads. Specific test results for those chemicals, as well as for petroleum resins and watering, are provided in References 18 through 21.

BLM_0046157



Figure 13.2.2-5. Average control efficiencies over common application intervals.

13.2.2.4  Updates Since The Fifth Edition

The Fifth Edition was released in January 1995.  Revisions to this section since that date are summarized below.  For further detail, consult the background report for this section (Reference 6).

October 1998 (Supplement E)– This was a major revision of this section.  Significant changes to the text and the emission factor equations were made.

October 2001 – Separate emission factors for unpaved surfaces at industrial sites and publicly accessible roads were introduced.  Figure 13.2.2-2 was included to provide control effectiveness estimates for watered roads.

December 2003 – The public road emission factor equation (equation 1b) was adjusted to remove the component of particulate emissions from exhaust, brake wear, and tire wear. The parameter $C$ in the new equation varies with aerodynamic size range of the particulate matter.  Table 13.2.2-4 was added to present the new coefficients.

January 2006 – The PM-2.5 particle size multipliers (i.e., factors) in Table 13.2.2-2 were modified and the quality ratings were upgraded from C to B based on the wind tunnel studies of a variety of dust emitting surface materials.

References For Section 13.2.2

1.  C. Cowherd, Jr., *et al., Development Of Emission Factors For Fugitive Dust Sources,* EPA-450/3-74-037, U. S. Environmental Protection Agency, Research Triangle Park, NC, June 1974.

2.  R. J. Dyck and J. J. Stukel, "Fugitive Dust Emissions From Trucks On Unpaved Roads", *Environmental Science And Technology, 10*(10):1046-1048, October 1976.

3.  R. O. McCaldin and K. J. Heidel, "Particulate Emissions From Vehicle Travel Over Unpaved Roads", Presented at the 71st Annual Meeting of the Air Pollution Control Association, Houston, TX, June 1978.

4.  C. Cowherd, Jr, *et al., Iron And Steel Plant Open Dust Source Fugitive Emission Evaluation,* EPA-600/2-79-013, U. S. Environmental Protection Agency, Cincinnati, OH, May 1979.

5.  G. Muleski, *Unpaved Road Emission Impact,* Arizona Department of Environmental Quality, Phoenix, AZ, March 1991.

6.  *Emission Factor Documentation For AP-42, Section 13.2.2, Unpaved Roads, Final Report,* Midwest Research Institute, Kansas City, MO, September 1998.

7.  T. Cuscino, Jr., *et al., Taconite Mining Fugitive Emissions Study,* Minnesota Pollution Control Agency, Roseville, MN, June 1979.

8.  *Improved Emission Factors For Fugitive Dust From Western Surface Coal Mining Sources,* 2 Volumes, EPA Contract No. 68-03-2924, Office of Air Quality Planning and Standards, U. S. Environmental Protection Agency, Research Triangle Park, NC.

BLM_0046159

9.  T. Cuscino, Jr., *et al.*, *Iron And Steel Plant Open Source Fugitive Emission Control Evaluation*, EPA-600/2-83-110, U. S. Environmental Protection Agency, Cincinnati, OH, October 1983.

10. *Size Specific Emission Factors For Uncontrolled Industrial And Rural Roads*, EPA Contract No. 68-02-3158, Midwest Research Institute, Kansas City, MO, September 1983.

11. C. Cowherd, Jr., and P. Englehart, *Size Specific Particulate Emission Factors For Industrial And Rural Roads*, EPA-600/7-85-038, U. S. Environmental Protection Agency, Cincinnati, OH, September 1985.

12. *PM-10 Emission Inventory Of Landfills In The Lake Calumet Area*, EPA Contract 68-02-3891, Work Assignment 30, Midwest Research Institute, Kansas City, MO, September 1987.

13. *Chicago Area Particulate Matter Emission Inventory — Sampling And Analysis*, EPA Contract No. 68-02-4395, Work Assignment 1, Midwest Research Institute, Kansas City, MO, May 1988.

14. *PM-10 Emissions Inventory Data For The Maricopa And Pima Planning Areas*, EPA Contract No. 68-02-3888, Engineering-Science, Pasadena, CA, January 1987.

15. *Oregon Fugitive Dust Emission Inventory*, EPA Contract 68-D0-0123, Midwest Research Institute, Kansas City, MO, January 1992.

16. *Climatic Atlas Of The United States*, U. S. Department Of Commerce, Washington, DC, June 1968.

17. National Climatic Data Center, *Solar And Meteorological Surface Observation Network 1961-1990*; 3 Volume CD-ROM. Asheville, NC, 1993.

18. C. Cowherd, Jr. *et al.*, *Control Of Open Fugitive Dust Sources*, EPA-450/3-88-008, U. S. Environmental Protection Agency, Research Triangle Park, NC, September 1988.

19. G. E. Muleski, *et al.*, *Extended Evaluation Of Unpaved Road Dust Suppressants In The Iron And Steel Industry*, EPA-600/2-84-027, U. S. Environmental Protection Agency, Cincinnati, OH, February 1984.

20. C. Cowherd, Jr., and J. S. Kinsey, *Identification, Assessment And Control Of Fugitive Particulate Emissions*, EPA-600/8-86-023, U. S. Environmental Protection Agency, Cincinnati, OH, August 1986.

21. G. E. Muleski and C. Cowherd, Jr., *Evaluation Of The Effectiveness Of Chemical Dust Suppressants On Unpaved Roads*, EPA-600/2-87-102, U. S. Environmental Protection Agency, Cincinnati, OH, November 1986.

22. *Fugitive Dust Background Document And Technical Information Document For Best Available Control Measures*, EPA-450/2-92-004, Office Of Air Quality Planning And Standards, U. S. Environmental Protection Agency, Research Triangle Park, NC, September 1992.

23. Written communication (Technical Memorandum) from P. Hemmer, E.H. Pechan & Associates, Inc., Durham, NC to B. Kuykendal, U. S. Environmental Protection Agency, Research Triangle Park, NC, August, 21, 2003.

BLM_0046160

24. MOBILE6 User Guide, United States Environmental Protection Agency, Office of Transportation and Air Quality. EPA420-R-02-028, October 2002.

25. Written communication (Technical Memorandum) from G. Muleski, Midwest Research Institute, Kansas City, MO, to B. Kuykendal, U. S. Environmental Protection Agency, Research Triangle Park, NC, Subject "Unpaved Roads", September 27, 2001.

26. Written communication (Technical Memorandum) from W. Kuykendal, U. S. Environmental Protection Agency, to File, Subject "Decisions on Final AP-42 Section 13.2.2 Unpaved Roads", November 24, 2003.

27. C. Cowherd, *Background Document for Revisions to Fine Fraction Ratios &sed for AP-42 Fugitive Dust Emission Factors*. Prepared by Midwest Research Institute for Western Governors Association, Western Regional Air Partnership, Denver, CO, February 1, 2006.

BLM_0046161

Advanced Search      A–Z Index

## Climate Change

Contact Us      Share

Climate Change Home

Basic Information

Greenhouse Gas Emissions

Science

Impacts & Adaptation

What EPA is Doing

What You Can Do

Newsroom

Glossary

Students' Site

You are here: EPA Home › Climate Change › Science › Overview

# Climate Change Science Overview

ON THIS PAGE

Earth's climate is changing
Natural causes alone cannot explain recent changes
Human causes can explain these changes

Climate will continue to change unless we reduce our emissions
Climate change impacts our health, environment, and economy

Earth's climate is changing in ways that affect our weather, oceans, snow, ice, ecosystems, and society.

Natural causes alone cannot explain all of these changes. Human activities are contributing to climate change, primarily by releasing billions of tons of carbon dioxide ($CO_2$) and other heat–trapping gases, known as greenhouse gases, into the atmosphere every year. [1]

Climate changes will continue into the future. The more greehouse gases we emit, the larger future climate changes will be.



Human activities, like driving, manufacturing, electricity generation, and the clearing of forests contribute to greenhouse gas emissions and warm the planet.
Sources: EPA 2010, EPA 2011, USGCRP 2008

Changes in the climate system affect our health, environment, and economy. We can prepare for some of the impacts of climate change to reduce their effects on our well–being.

## Earth's climate is changing

The global average temperature increased by more than 1.3°F over the last [2]

**Related Links:**

• USGCRP *Global Climate*

BLM_0046162

century.     The average temperature in the Arctic rose by almost twice as much. [2] The buildup of greenhouse gases in our atmosphere and the warming of the planet are responsible for other changes, such as:

- Changing precipitation patterns [1] [3]
- Increases in ocean temperatures, sea level, and acidity [1]
- Melting of glaciers and sea ice [1]

Learn more about the indicators of climate change.

- Change Impacts in the United States
- NRC America's Climate Choices Reports
  EXIT Disclaimer
- IPCC Fourth Assessment Report EXIT Disclaimer
- IPCC Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation, Summary for Policy Makers EXIT Disclaimer



View enlarged image

These maps show temperatures across the world in the 1880s (left) and the 1980s (right), as compared to average temperatures from 1951 to 1980. This difference from average is called an anomaly. The map on the left shows that it was colder in the 1880's in most places. The map on the right shows it was warmer in the 1980s in most places. Earth's average surface temperature has increased almost 1.5°F during the 20th century. Two-thirds of the warming has occurred since 1975, at a rate of roughly 0.3°F–0.4°F per decade.

Source: NASA





Click on the image to open a pop-up that explains the differences between climate change and global warming.

Click on the image to open a pop-up that shows a larger version of this image, plus text that explains the differences between weather and climate.

BLM_0046163

## Natural causes alone cannot explain recent changes

Natural processes such as changes in the sun's energy, shifts in ocean currents, and others affect Earth's climate. However, they do not explain the warming that we have observed over the last half-century. [1]

## Human causes can explain these changes

Most of the warming of the past half century has been caused by human emissions of greenhouse gases. [1] Greenhouse gases come from a variety of human activities, including: burning fossil fuels for heat and energy, clearing forests, fertilizing crops, storing waste in landfills, raising livestock, and producing some kinds of industrial products.

Greenhouse gas emissions are not the only way that people can change the climate. Activities such as agriculture or road construction can change the reflectivity of Earth's surface, leading to local warming or cooling. This effect is observed in urban centers, which are often warmer than surrounding, less populated areas. Emissions of small particles, known as aerosols, into the air can also lead to reflection or absorption of the sun's energy.

Learn more about past and present climate trends and their causes.



View enlarged image

Models that account only for the effects of natural processes are not able to explain the warming over the past century. Models that also account for the greenhouse gases emitted by humans are able to explain this warming.
Source: USGRCP 2009

## Climate will continue to change unless we reduce our emissions

During the 21st century, global warming is projected to continue and climate changes are likely to intensify. Scientists have used climate models to project different aspects of future climate, including temperature, precipitation, snow and ice, ocean level, and ocean acidity. Depending on future emissions of greenhouse gases and how the climate responds, average global temperatures are projected to increase worldwide by 2°F to 11.5°F by 2100. [1] Learn more about the projections of future climate change.

## Climate change impacts our health, environment, and economy

Climate change affects our environment and natural resources, and impacts our way of life in many ways. For example:



View enlarged image

This graph shows the increase in greenhouse gas (GHG) concentrations in the atmosphere over the last 2,000 years. Increases in concentrations of these gases since 1750 are due to human activities in the industrial era. Concentration units are parts per million (ppm) or parts per billion (ppb), indicating the number of molecules of the greenhouse gas per million or billion molecules of air.
Source: USGCRP 2009

- Warmer temperatures increase the frequency, intensity, and duration of heat waves, which can pose health risks, particularly for young children and the elderly.
- Rising sea levels threaten coastal communities and ecosystems.
- Changes in the patterns and amount of rainfall, as well as changes in the timing and amount of stream flow, can affect water supplies and water quality and the production of hydroelectricity.
- Changing ecosystems influence geographic ranges of many plant and animal species and the timing of their lifecycle events, such as migration and reproduction.

BLM_0046164

- Increases in the frequency and intensity of extreme weather events, such as heat waves, droughts, and floods, can increase losses to property, cause costly disruptions to society, and reduce the availability and affordability of insurance.

We can prepare for some of the likely climate change impacts to reduce their effect on ecosystem and human well-being. Making such preparations is known as adaptation. Examples of adaptation include strengthening water conservation programs, upgrading stormwater systems, developing early warning systems for extreme heat events, and preparing for stronger storms through better emergency preparation and response strategies.

Learn more about how climate change impacts are expected to affect different U.S. regions and sectors and how we can prepare.



This slideshow describes some of the projected climate change impacts to key sectors, among other topics. Click the image above to play the slideshow.

## References:

[1] NRC (2010). *Advancing the Science of Climate Change* EXIT Disclaimer . National Research Council. The National Academies Press, Washington, DC, USA.

[2] IPCC (2007). *Climate Change 2007: Synthesis Report* EXIT Disclaimer . *Contribution of Working Groups I, II and III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Pachauri, R.K. and A. Reisinger (eds.)]. Geneva, Switzerland.

[3] IPCC (2012) EXIT Disclaimer . Summary for Policymakers in: *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation* [Field, C.B., V. Barros, T.F. Stocker, D. Qin, D.J. Dokken, K.L. Ebi, M.D. Mastrandrea, K.J. Mach, G.-K. Plattner, S.K. Allen, M. Tignor and P.M. Midgley (eds.)]. A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

[4] Le Treut, H., R. Somerville, U. Cubasch, Y. Ding, C. Mauritzen, A. Mokssit, T. Peterson and M. Prather (2007). Historical Overview of Climate Change Science. In: *Climate Change 2007: The Physical Science Basis* EXIT Disclaimer . *Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0046165

| Basic Information | Greenhouse Gas Emissions | Science | What EPA is Doing | What You Can Do |
|---|---|---|---|---|
| | Overview of Gases | Overview | Evaluating Policy Options, Costs, and Benefits | At Home |
| Newsroom | Sources of Emissions | Causes of Climate Change | Regulatory Initiatives | On the Road |
| | Global Data | Indicators of Climate Change | Voluntary Programs | In the Office |
| Related Links | National Data | Future Climate Change | State, Local, and Tribal Partnerships | At School |
| | Facility Data | | International Partnerships | |
| Glossary | Individual Calculator | Climate Change Impacts and Adapting to Change | | Climate Connections |
| | | | | Clean Energy |
| Students' Site | | | | Climate and Transportation |
| | | | | Climate and Water |
| | | | | Climate and Waste |
| | | | | EPA Climate Science Research |

EPA Home | Privacy and Security Notice | Contact Us
WCMS
Last updated on Monday, September 09, 2013
Last updated on Tuesday, November 26, 2013

file:///C|/Air/Uncompaghre%20RMP/Ch%203%20References/Science%20_%20Climate%20Change%20_%20US%20EPA.htm[11/26/2013 2:24:53 PM]

BLM_0046166



# Climate Change Indicators in the United States

BLM_0046167



## How to Obtain Copies

You can electronically download this document from EPA's Climate Indicators Site at www.epa.gov/climatechange/indicators.html. To request free copies of this report, call the National Service Center for Environmental Publications (NSCEP) at 1-800-490-9198.

## For Further Information

For further information, please e-mail climateindicators@epa.gov or call the EPA Climate Change Division hotline at 202-343-9990.

BLM_0046168

# Contents

Acknowledgments ....................................................................................................... ii

Introduction ................................................................................................................ 1

Summary of Key Findings ........................................................................................... 4

Greenhouse Gases ....................................................................................................... 8

    U.S. Greenhouse Gas Emissions ...................................................................................... 10

    Global Greenhouse Gas Emissions .................................................................................. 12

    Atmospheric Concentrations of Greenhouse Gases ........................................................ 14

    Climate Forcing ............................................................................................................... 18

Weather and Climate ................................................................................................. 20

    U.S. and Global Temperature .......................................................................................... 22

    Heat Waves ...................................................................................................................... 24

    Drought ............................................................................................................................ 26

    U.S. and Global Precipitation ........................................................................................... 28

    Heavy Precipitation ......................................................................................................... 30

    Tropical Cyclone Intensity ............................................................................................... 32

Oceans ....................................................................................................................... 34

    Ocean Heat ...................................................................................................................... 36

    Sea Surface Temperature ................................................................................................. 38

    Sea Level .......................................................................................................................... 40

    Ocean Acidity .................................................................................................................. 42

Snow and Ice ............................................................................................................. 44

    Arctic Sea Ice ................................................................................................................... 46

    Glaciers ............................................................................................................................ 48

    Lake Ice ............................................................................................................................ 50

    Snow Cover ...................................................................................................................... 52

    Snowpack ......................................................................................................................... 54

Society and Ecosystems ............................................................................................ 56

    Heat-Related Deaths ........................................................................................................ 58

    Length of Growing Season ............................................................................................... 60

    Plant Hardiness Zones ..................................................................................................... 62

    Leaf and Bloom Dates ...................................................................................................... 64

    Bird Wintering Ranges ..................................................................................................... 66

Conclusion ................................................................................................................. 68

Climate Change Resources ........................................................................................ 69

Endnotes .................................................................................................................... 71

BLM_0046169

# Acknowledgments

This report reflects the contributions of multiple individuals. Jason Samenow of EPA served as the report's day-to-day project manager, with key assistance from Kevin Rosseel. Eastern Research Group, Inc., under contract to EPA, managed the report's technical development and layout. ICF International also provided support in the screening and development of indicators.

Scientists across five federal agencies were instrumental in providing indicator data and/or reviewing the indicator descriptions. In particular, the National Oceanic and Atmospheric Administration's National Climatic Data Center provided key assistance for this report's chapter on weather and climate. EPA also received essential support for this report from scientists at a number of universities, nongovernmental organizations, and international institutions.

## Data Providers and Indicator Reviewers—U.S. Federal Agencies

| | |
|---|---|
| Centers for Disease Control and Prevention | George Luber |
| EPA | *Office of Air and Radiation*<br>Brian B. Cook, Ben DeAngelo, Christine Davis, Mausami Desai, Michael Hadrick, Leif Hockstad, Jeremy Martinich, William Perkins, Marcus Sarofim, Melissa Weitz<br><br>*Office of Water*<br>Robert Cantilli, Rachael Novak |
| National Oceanic and Atmospheric Administration | *Climate Prediction Center*<br>Gerry Bell<br><br>*Earth Systems Research Laboratory*<br>David Hofmann<br><br>*National Climatic Data Center*<br>Deke Arndt, David Easterling, Karin Gleason, Richard Heim, Jay Lawrimore, Dick Reynolds, Ahira Sánchez-Lugo, David Wuertz<br><br>*National Environmental Satellite, Data, and Information Service*<br>Tom Smith<br><br>*National Oceanographic Data Center*<br>Sydney Levitus<br><br>*National Ocean Service*<br>Chris Zervas<br><br>*Pacific Marine Environmental Laboratory*<br>Chris Sabine |
| National Snow and Ice Data Center | Walt Meier |
| U.S. Geological Survey | Ed Josberger, Shad O'Neel |

## Data Providers and Indicator Reviewers—Universities, Nongovernmental Organizations, and International Institutions

| | |
|---|---|
| Arbor Day Foundation | Woody Nelson |
| Australia's Commonwealth Scientific and Industrial Research Organisation | John Church, Catia Domingues, Neil White |
| Bermuda Institute of Ocean Sciences | Nicholas Bates |
| Desert Research Institute | Ken Kunkel, Kelly Redmond |
| Japan Agency for Marine-Earth Science and Technology | Masayoshi Ishii |
| Massachusetts Institute of Technology | Kerry Emanuel |
| National Audubon Society | Gregory Butcher, Daniel Niven, Robert Perciasepe |
| Rutgers University | David Robinson |
| University of Colorado–Boulder | Mark Meier, Steve Nerem |
| University of Southampton | Andrew Yool |
| University of Washington | Philip Mote |
| University of Wisconsin–Madison | Barbara Benson, John Magnuson |
| University of Wisconsin–Milwaukee | Mark Schwartz |

BLM_0046170



# Introduction

**O**ver the last several decades, evidence of human influences on climate change has become increasingly clear and compelling. There is indisputable evidence that human activities such as electricity production and transportation are adding to the concentrations of greenhouse gases that are already naturally present in the atmosphere. These heat-trapping gases are now at record-high levels in the atmosphere compared with the recent and distant past.

Warming of the climate system is well documented, evident from increases in global average air and ocean temperatures, widespread melting of snow and ice, and rising global average sea level. The buildup of greenhouse gases in the atmosphere is very likely the cause of most of the recent observed increase in average temperatures, and contributes to other climate changes.[1]

## What Is Climate Change?

**Climate change** refers to any significant change in measures of climate (such as temperature, precipitation, or wind) lasting for an extended period (decades or longer). Climate change might result from natural factors and processes or from human activities.

The term "climate change" is often used interchangeably with the term **global warming**. Global warming refers to an average increase in the temperature of the atmosphere near the Earth's surface, which can contribute to changes in global climate patterns. However, rising temperatures are just one aspect of climate change.

Collecting and interpreting environmental indicators has played a critical role in our increased understanding of climate change and its causes. An indicator represents the state of certain environmental conditions over a given area and a specified period of time. Scientists, analysts, decision-makers, and others use environmental indicators, including those related to climate, to help track trends over time in the state of the environment, key factors that influence the environment, and effects on ecosystems and society.

## About This Report

The U.S. Environmental Protection Agency (EPA) has published this report, *Climate Change Indicators in the United States*, to help readers interpret a set of important indicators to better understand climate change. The report presents 24 indicators, each describing trends in some way related to the causes and effects of climate change. The indicators focus primarily on the United States, but in some cases global trends are presented in order to provide context or a basis for comparison. The indicators span a range of time periods, depending on

**The phrase "climate change" is growing in preferred use to "global warming" because it helps convey that there are changes in addition to rising temperatures.**

—The National Academies[2]

BLM_0046171

## Ground-Level Ozone, Particles, and Aerosols

This report does not document trends in various short-lived greenhouse gases (such as ground-level ozone) or particles and aerosols (such as black carbon and sulfate aerosols).

Ground-level ozone is a greenhouse gas: it traps some of the Earth's outgoing energy, thus having a warming effect on the atmosphere and contributing to increases in global temperature. Depending on their composition, particles and aerosols can have net heating or cooling effects at the Earth's surface. For example, airborne sulfate aerosols have a cooling effect on the atmosphere, while airborne black carbon aerosols have a warming effect.

Readers can learn more about ozone, particles, and other air pollutants from EPA's *Our Nation's Air—Status and Trends* report (www.epa.gov/airtrends/2010/index.html). The report presents information on the status and trends of air pollutant emissions and atmospheric concentrations in the United States, but does not interpret those data in the context of climate change.

For more information on the linkages between climate change and air quality, see EPA's April 2009 *Assessment of the Impacts of Global Change on Regional U.S. Air Quality* (http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=203459).

data availability. For each indicator, this report presents one or more graphics showing trends over time; a list of key points; and text that describes how the indicator relates to climate change, how the indicator was developed, and any factors that might contribute to uncertainty in the trend or the supporting data (referred to in this report as "indicator limitations").

The report also includes a summary of major findings associated with each indicator (see Summary of Key Findings on p. 4). Additional resources that can provide readers with more information appear at the end of the report (see Climate Change Resources on p. 69).

Although some of the indicators show that fundamental environmental changes are now occurring likely as a result of climate change, others are not as clear. As new or more complete data become available, EPA plans to update the indicators presented in this report and provide additional indicators that can broaden our understanding of climate change.

EPA selected the 24 indicators presented in this report from a broader set of 110 indicators, many of which were identified at an expert workshop (November 30 to December 1, 2004) on climate change indicators convened by the National Academy of Sciences and funded by EPA. The indicators in this report were chosen using a set of screening criteria that considered usefulness, objectivity, data quality, transparency, ability to show a meaningful trend, and relevance to climate change.

All of the indicators selected for this report are based on data that have been collected and compiled by following rigorous protocols that are widely accepted by the scientific community. Various government agencies, academic institutions, and other organizations collected the data.

The indicators are divided into five chapters:

**Most of the observed increase in global average temperatures since the mid-20th century is very likely due to the observed increase in anthropogenic greenhouse gas concentrations.**

—Intergovernmental Panel on Climate Change[3]



**Greenhouse Gases:** The indicators in this chapter characterize the amount of greenhouse gases emitted into the atmosphere through human activities, the concentrations of these gases in the atmosphere, and how emissions and concentrations have changed over time.



**Weather and Climate:** This chapter focuses on indicators related to weather and climate patterns, including temperature, precipitation, storms, droughts, and heat waves. These indicators can reveal long-term changes in the Earth's climate system.

BLM_0046172



**Oceans:** The world's oceans have a two-way relationship with climate. The oceans influence climate on regional and global scales, while changes in climate can fundamentally alter certain properties of the ocean. This chapter examines trends in ocean characteristics that relate to climate change, such as acidity, temperature, heat storage, and sea level.



**Snow and Ice:** Climate change can dramatically alter the Earth's snow- and ice-covered areas. These changes, in turn, can affect air temperatures, sea levels, ocean currents, and storm patterns. This chapter focuses on trends in glaciers; the extent and depth of snow cover; and the freezing and thawing of oceans and lakes.



**Society and Ecosystems:** Changes in the Earth's climate can affect public health, agriculture, energy production and use, land use and development, and recreation. Climate change can also disrupt the functioning of ecosystems and increase the risk of harm or even extinction for some species. This chapter looks at just a few of the impacts that may be linked to climate change, including heat-related illnesses and changes in plant growth. EPA looks forward to expanding this chapter in future reports as the science evolves and the capacity to report on these types of indicators is broadened.

# Looking Ahead

Environmental indicators are a key tool for evaluating existing and future programs and supporting new decisions with sound science. In the years to come, the indicators in this report will provide data to help the Agency decide how best to use its policy-making and program management resources to respond to climate change. Ultimately, these indicators will help EPA and its constituents evaluate the success of their climate change efforts.

## Indicator Updates

Suggestions for new indicators are welcome. To provide input or to get more information on climate change indicators, visit: www.epa.gov/climatechange/indicators.html.

BLM_0046173

# Summary of Key Findings

The indicators in this report present clear evidence that the composition of the atmosphere is being altered as a result of human activities and that the climate is changing. They also illustrate a number of effects on society and ecosystems related to these changes.

## Greenhouse Gases

 **U.S. Greenhouse Gas Emissions.** In the United States, greenhouse gas emissions caused by human activities increased by 14 percent from 1990 to 2008. Carbon dioxide accounts for most of the nation's emissions and most of this increase. Electricity generation is the largest source of greenhouse gas emissions in the United States, followed by transportation. Emissions per person have remained about the same since 1990.

 **Global Greenhouse Gas Emissions.** Worldwide, emissions of greenhouse gases from human activities increased by 26 percent from 1990 to 2005. Emissions of carbon dioxide, which account for nearly three-fourths of the total, increased by 31 percent over this period. Like in the United States, the majority of the world's emissions are associated with energy use.

 **Atmospheric Concentrations of Greenhouse Gases.** Concentrations of carbon dioxide and other greenhouse gases in the atmosphere have risen substantially since the beginning of the industrial era. Almost all of this increase is attributable to human activities. Historical measurements show that the current levels of many greenhouse gases are higher than any seen in thousands of years, even after accounting for natural fluctuations.

 **Climate Forcing.** Climate or "radiative" forcing is a way to measure how substances such as greenhouse gases affect the amount of energy that is absorbed by the atmosphere. An increase in radiative forcing leads to warming while a decrease in forcing produces cooling. From 1990 to 2008, the radiative forcing of all the greenhouse gases in the Earth's atmosphere increased by about 26 percent. The rise in carbon dioxide concentrations accounts for approximately 80 percent of this increase.

BLM_0046174

# Weather and Climate

 **U.S. and Global Temperature.** Average temperatures have risen across the lower 48 states since 1901, with an increased rate of warming over the past 30 years. Seven of the top 10 warmest years on record for the lower 48 states have occurred since 1990, and the last 10 five-year periods have been the warmest five-year periods on record. Average global temperatures show a similar trend, and 2000–2009 was the warmest decade on record worldwide. Within the United States, parts of the North, the West, and Alaska have seen temperatures increase the most.

 **Heat Waves.** The frequency of heat waves in the United States decreased in the 1960s and 1970s, but has risen steadily since then. The percentage of the United States experiencing heat waves has also increased. The most severe heat waves in U.S. history remain those that occurred during the "Dust Bowl" in the 1930s, although average temperatures have increased since then.

 **Drought.** Over the period from 2001 through 2009, roughly 30 to 60 percent of the U.S. land area experienced drought conditions at any given time. However, the data for this indicator have not been collected for long enough to determine whether droughts are increasing or decreasing over time.

 **U.S. and Global Precipitation.** Average precipitation has increased in the United States and worldwide. Since 1901, precipitation has increased at an average rate of more than 6 percent per century in the lower 48 states and nearly 2 percent per century worldwide. However, shifting weather patterns have caused certain areas, such as Hawaii and parts of the Southwest, to experience less precipitation than they used to.

 **Heavy Precipitation.** In recent years, a higher percentage of precipitation in the United States has come in the form of intense single-day events. Eight of the top 10 years for extreme one-day precipitation events have occurred since 1990. The occurrence of abnormally high annual precipitation totals has also increased.

 **Tropical Cyclone Intensity.** The intensity of tropical storms in the Atlantic Ocean, Caribbean, and Gulf of Mexico did not exhibit a strong long-term trend for much of the 20th century, but has risen noticeably over the past 20 years. Six of the 10 most active hurricane seasons have occurred since the mid-1990s. This increase is closely related to variations in sea surface temperature in the tropical Atlantic.

BLM_0046175

# Oceans



**Ocean Heat.** Several studies have shown that the amount of heat stored in the ocean has increased substantially since the 1950s. Ocean heat content not only determines sea surface temperature, but it also affects sea level and currents.



**Sea Surface Temperature.** The surface temperature of the world's oceans increased over the 20th century. Even with some year-to-year variation, the overall increase is statistically significant, and sea surface temperatures have been higher during the past three decades than at any other time since large-scale measurement began in the late 1800s.



**Sea Level.** When averaged over all the world's oceans, sea level has increased at a rate of roughly six-tenths of an inch per decade since 1870. The rate of increase has accelerated in recent years to more than an inch per decade. Changes in sea level relative to the height of the land vary widely because the land itself moves. Along the U.S. coastline, sea level has risen the most relative to the land along the Mid-Atlantic coast and parts of the Gulf Coast. Sea level has decreased relative to the land in parts of Alaska and the Northwest.



**Ocean Acidity.** The ocean has become more acidic over the past 20 years, and studies suggest that the ocean is substantially more acidic now than it was a few centuries ago. Rising acidity is associated with increased levels of carbon dioxide dissolved in the water. Changes in acidity can affect sensitive organisms such as corals.

# Snow and Ice



**Arctic Sea Ice.** Part of the Arctic Ocean stays frozen year-round. The area covered by ice is typically smallest in September, after the summer melting season. September 2007 had the least ice of any year on record, followed by 2008 and 2009. The extent of Arctic sea ice in 2009 was 24 percent below the 1979 to 2000 historical average.



**Glaciers.** Glaciers in the United States and around the world have generally shrunk since the 1960s, and the rate at which glaciers are melting appears to have accelerated over the last decade. Overall, glaciers worldwide have lost more than 2,000 cubic miles of water since 1960, which has contributed to the observed rise in sea level.



**Lake Ice.** Lakes in the northern United States generally appear to be freezing later and thawing earlier than they did in the 1800s and early 1900s. The length of time that lakes stay frozen has decreased at an average rate of one to two days per decade.

BLM_0046176



**Snow Cover.** The portion of North America covered by snow has generally decreased since 1972, although there has been much year-to-year variability. Snow covered an average of 3.18 million square miles of North America during the years 2000 to 2008, compared with 3.43 million square miles during the 1970s.



**Snowpack.** Between 1950 and 2000, the depth of snow on the ground in early spring decreased at most measurement sites in the western United States and Canada. Spring snowpack declined by more than 75 percent in some areas, but increased in a few others.

## Society and Ecosystems



**Heat-Related Deaths.** Over the past three decades, more than 6,000 deaths across the United States were caused by heat-related illness such as heat stroke. However, considerable year-to-year variability makes it difficult to determine long-term trends.



**Length of Growing Season.** The average length of the growing season in the lower 48 states has increased by about two weeks since the beginning of the 20th century. A particularly large and steady increase has occurred over the last 30 years. The observed changes reflect earlier spring warming as well as later arrival of fall frosts. The length of the growing season has increased more rapidly in the West than in the East.



**Plant Hardiness Zones.** Winter low temperatures are a major factor in determining which plants can survive in a particular area. Plant hardiness zones have shifted noticeably northward since 1990, reflecting higher winter temperatures in most parts of the country. Large portions of several states have warmed by at least one hardiness zone.



**Leaf and Bloom Dates.** Leaf growth and flower blooms are examples of natural events whose timing can be influenced by climate change. Observations of lilacs and honeysuckles in the lower 48 states suggest that leaf growth is now occurring a few days earlier than it did in the early 1900s. Lilacs and honeysuckles are also blooming slightly earlier than in the past, but it is difficult to determine whether this change is statistically meaningful.



**Bird Wintering Ranges.** Some birds shift their range or alter their migration habits to adapt to changes in temperature or other environmental conditions. Long-term studies have found that bird species in North America have shifted their wintering grounds northward by an average of 35 miles since 1966, with a few species shifting by several hundred miles. On average, bird species have also moved their wintering grounds farther from the coast, consistent with rising inland temperatures.

BLM_0046177

# Greenhouse



## The Greenhouse Effect

Some solar radiation is reflected by the Earth and the atmosphere.

Most radiation is absorbed by the Earth's surface and warms it.

Some of the infrared radiation passes through the atmosphere. Some is absorbed and re-emitted in all directions by greenhouse gas molecules. The effect of this is to warm the Earth's surface and the lower atmosphere.

**Atmosphere**

**Earth's surface**

Infrared radiation is emitted by the Earth's surface.



**U.S. Greenhouse Gas Emissions**



**Global Greenhouse Gas Emissions**



**Atmospheric Concentrations of Greenhouse Gases**

BLM_0046178

# Gases

Energy from the sun drives the Earth's weather and climate. The Earth absorbs some of the energy it receives from the sun and radiates the rest back toward space. However, certain gases in the atmosphere, called greenhouse gases, absorb some of the energy radiated from the Earth and trap it in the atmosphere. These gases essentially act as a blanket, making the Earth's surface warmer than it would be otherwise.

The "greenhouse effect" occurs naturally, making life as we know it possible. During the past century, however, human activities have substantially increased the amount of greenhouse gases in the atmosphere, changing the composition of the atmosphere and influencing climate. Some greenhouse gases are almost entirely man-made. Other greenhouse gases come from a combination of natural sources and human activities. For example, carbon dioxide is a greenhouse gas that occurs naturally because of volcanoes, forest fires, and biological processes (such as breathing), but is also produced by burning fossil fuels in power plants and automobiles. Other major sources of greenhouse gases include industrial and agricultural processes, waste management, and land use changes.

The major greenhouse gases emitted into the atmosphere through human activities are carbon dioxide, methane, nitrous oxide, and fluorinated gases (see Greenhouse Gases Associated With Human Activities at right). Many of these gases can remain in the atmosphere for tens to hundreds of years after being released. Thus, to get a more complete picture of the amount of greenhouse gases in the atmosphere, both emissions (how much of a given greenhouse gas is produced and emitted into the air) and concentrations (the amount of a greenhouse gas present in a certain volume of air) are measured. Long-lived greenhouse gases become globally mixed in the atmosphere, reflecting both past and recent contributions from emission sources worldwide.

## Greenhouse Gases Associated With Human Activities

The principal greenhouse gases that enter the atmosphere because of human activities are:

- **Carbon dioxide** is emitted primarily through the burning of fossil fuels (oil, natural gas, and coal), solid waste, and trees and wood products. Changes in land use, such as growing new forests or disturbing soils, can lead to the addition or removal of carbon dioxide to/from the atmosphere.

- **Methane** is emitted during the production and transport of coal, natural gas, and oil. Methane emissions also result from livestock and agricultural practices and from the decay of organic waste in municipal solid waste landfills.

- **Nitrous oxide** is emitted during agricultural and industrial activities, as well as during combustion of fossil fuels and solid waste.

- **Fluorinated gases,** such as hydrofluorocarbons, perfluorocarbons, and sulfur hexafluoride, are emitted from a variety of industrial processes and commercial and household uses. Fluorinated gases are sometimes used as substitutes for ozone-depleting substances such as chlorofluorocarbons (CFCs).

Some short-lived greenhouse gases, such as tropospheric ozone, and aerosols (or particles in the atmosphere), such as black carbon and sulfates, are relevant to climate change. While this report focuses only on major, long-lived greenhouse gases, these shorter-lived substances might be included in future editions of this report. For the latest trends and information on these gases, visit EPA's Air Trends Report at: www.epa.gov/airtrends/2010/index.html.

**Climate Forcing**

BLM_0046179



# U.S. Greenhouse

This indicator describes emissions of greenhouse gases in the United States and its territories.

## Background

A number of factors influence the quantities of greenhouse gases released into the atmosphere, including economic activity, population, income level, energy prices, land use, technology, and weather conditions. There are several ways to track these emissions. In addition to tracking overall emissions and emissions from specific industrial sectors in absolute terms, many countries also track emissions per capita.

Methods to reduce greenhouse gas emissions include fuel switching (such as switching from fossil fuels to wind power); conservation and energy efficiency; and methane recovery from emission sources such as landfills and coal mines.

## About the Indicator

This indicator focuses on emissions of carbon dioxide, methane, nitrous oxide, and several fluorinated compounds—all important greenhouse gases that are influenced by human activities. These particular gases are covered under the United Nations Framework Convention on Climate Change, an international agreement that requires participating countries to develop and periodically submit an inventory of greenhouse gas emissions. Data and analysis for this indicator come from EPA's *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990–2008.*[1]

This indicator reports emissions of greenhouse gases according to their global warming potential, a measure of how much a given amount of the greenhouse gas is estimated to contribute to global warming over a selected period of time. For the purposes of comparison, global warming potential values are given in relation to carbon dioxide and are expressed in terms of carbon dioxide equivalents. For additional perspective, this indicator also shows greenhouse gas emissions in relation to economic activity and population.

### Figure 1. U.S. Greenhouse Gas Emissions by Gas, 1990–2008

*This figure shows emissions of carbon dioxide, methane, nitrous oxide, and several fluorinated compounds in the United States from 1990 to 2008. For consistency, emissions are expressed in million metric tons of carbon dioxide equivalents.*



* HFCs are hydrofluorocarbons, PFCs are perfluorocarbons, and SF₆ is sulfur hexafluoride.

Data source: U.S. EPA, 2010[1]

### Figure 2. U.S. Greenhouse Gas Emissions and Sinks by Economic Sector, 1990–2008

*This figure shows greenhouse gas sinks and emissions by source in the United States from 1990 to 2008. For consistency, emissions are expressed in million metric tons of carbon dioxide equivalents. Totals do not match Figure 1 exactly because the economic sectors shown here do not include emissions from U.S. territories.*



Data source: U.S. EPA, 2010[1]

BLM_0046180

# Gas Emissions

## Figure 3. U.S. Greenhouse Gas Emissions per Capita and per Dollar of GDP, 1990–2008

*This figure shows trends in greenhouse gas emissions from 1990 to 2008 per capita, based on the total U.S. population (heavy orange line). It also shows trends in emissions compared with the real GDP, which is the value of all goods and services produced in the country during a given year, adjusted for inflation (heavy blue line). All data are indexed to 1990 as the base year, which is assigned a value of 100; thus a value of 140 in 2000 would represent a 40 percent increase since 1990.*



Data source: U.S. EPA, 2010[4]

## Key Points

- In 2008, U.S. greenhouse gas emissions totaled 6,957 million metric tons of carbon dioxide equivalents, a 14 percent increase from 1990 (see Figure 1).

- During the period from 1990 to 2008 (see Figure 1):

  o Emissions of carbon dioxide, the primary greenhouse gas emitted by human activities, increased by 16 percent.

  o Emissions of fluorinated compounds, released as a result of commercial, industrial, and household uses, rose by 66 percent. Although fluorinated gases accounted for only 2 percent of all greenhouse gas emissions in 2008, they are important because they have extremely high global warming potential values and long atmospheric lifetimes.

  o Methane emissions decreased by 7 percent, largely because of reduced emissions from landfills and coal mines.[5]

  o Nitrous oxide emissions, largely derived from agricultural soil management, nitrogen application, and vehicle emissions, declined by 1 percent.

- Electricity generation has accounted for about 32 percent of total U.S. greenhouse gas emissions since 1990. Transportation is the second largest source of greenhouse gas emissions, accounting for 27 percent of emissions since 1990 (see Figure 2).

- In 2008, 14 percent of U.S. greenhouse gas emissions were offset by uptake of carbon and "sequestration" in forests, trees, agricultural soils, and landfilled yard trimmings and food scraps (these are referred to as sinks, as shown in Figure 2 beneath the axis).

- Emissions per capita have remained nearly level since 1990 (see Figure 3), as emissions have increased at about the same rate as the population.

- From 1990 to 2008, greenhouse gas emissions per unit of U.S. GDP declined by 31 percent (see Figure 3).

## Indicator Limitations

While this indicator addresses many of the most important greenhouse gases, it does not include other gases that are not covered under the United Nations Framework Convention on Climate Change but could still affect the Earth's energy balance and climate (see the Climate Forcing indicator on p. 18 for more details). For example, this indicator excludes ozone-depleting substances such as chlorofluorocarbons (CFCs) and hydrochlorofluorocarbons, which have high global warming potentials, as these gases are being phased out under an international agreement called the Montreal Protocol. There also are a variety of natural greenhouse gas emission sources; however, this indicator includes only man-made and human-influenced greenhouse gas emissions.

## Data Sources

Data for this indicator came from EPA's *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990–2008*. This report is available online at: www.epa.gov/climatechange/emissions/usinventoryreport.html. The calculations in Figure 3 are based on gross domestic product (GDP) and population data provided by the U.S. Bureau of Economic Analysis and the U.S. Census, respectively.



BLM_0046181



# Global Greenhouse

This indicator describes emissions of greenhouse gases worldwide.

## Background

Every country around the world emits greenhouse gases, meaning the root causes of climate change are truly global. Some countries produce more greenhouse gases than others, however, depending on factors such as economic activity, population, income level, land use, and weather conditions. Tracking greenhouse gas emissions worldwide provides a global context for understanding the United States' role in addressing climate change.

## About the Indicator

Like the U.S. Greenhouse Gas Emissions indicator (p. 10), this indicator focuses on emissions of gases covered under the United Nations Framework Convention on Climate Change: carbon dioxide, methane, nitrous oxide, and several fluorinated compounds. These are all important greenhouse gases that are influenced by human activities, and the Convention requires participating countries to develop and periodically submit an inventory of emissions.

Data and analysis for this indicator come from the World Resources Institute's Climate Analysis Indicators Tool (CAIT), which compiles data from greenhouse gas inventories developed by EPA and other agencies worldwide. Global estimates for carbon dioxide are published annually, but estimates for other gases such as methane and nitrous oxide are available only every fifth year.

This indicator tracks emissions of greenhouse gases according to their global warming potential, a measure of how much a given amount of the greenhouse gas is estimated to contribute to global warming over a selected period of time. For the purposes of comparison, global warming potential values are given in relation to carbon dioxide and are expressed in terms of carbon dioxide equivalents.

### Figure 1. Global Greenhouse Gas Emissions by Gas, 1990–2005

This figure shows worldwide emissions of carbon dioxide, methane, nitrous oxide, and several fluorinated compounds from 1990 to 2005. For consistency, emissions are expressed in million metric tons of carbon dioxide equivalents. These totals do not include emissions due to land use change or forestry because estimates are not available for the most recent years.



* HFCs are hydrofluorocarbons, PFCs are perfluorocarbons, and SF$_6$ is sulfur hexafluoride.

Data source: World Resources Institute, 2009[6]

### Figure 2. Global Greenhouse Gas Emissions by Sector, 1990–2005

This figure shows worldwide greenhouse gas emissions by sector from 1990 to 2005.* For consistency, emissions are expressed in million metric tons of carbon dioxide equivalents. These totals do not include emissions due to land use change or forestry because estimates are not available for the most recent years.



* Note that the sectors shown here are different from the economic sectors used in U.S. emissions accounting (see the U.S. Greenhouse Gas Emissions indicator). Emissions from international transport (aviation and marine) are separate from the energy sector because they are not part of individual countries' emission inventories.

Data source: World Resources Institute, 2009[7]

BLM_0046182

# Gas Emissions

## Key Points

- In 2005, the world is estimated to have emitted over 38,000 million metric tons of greenhouse gases, expressed as carbon dioxide equivalents. This represents a 26 percent increase from 1990 (see Figures 1 and 2).

- During the period from 1990 to 2005, global emissions of all major greenhouse gases increased (see Figure 1). Methane emissions rose the least—10 percent—while emissions of fluorinated compounds more than doubled. Emissions of carbon dioxide increased by 31 percent, which is particularly important because carbon dioxide accounts for nearly three-fourths of total global emissions.

- Energy use is the largest source of greenhouse gas emissions worldwide (about 73 percent of the total), followed by agriculture (16 to 17 percent) (see Figure 2).

- In the United States, changes in land use and forestry represent a net "sink" for greenhouse gases, meaning they absorb more greenhouse gases (for example, through the net growth of forests) than they emit. On a global scale, however, these activities represent an additional source of greenhouse gases due to factors such as human-caused destruction of forests.[8]

- Greenhouse gas emissions are increasing faster in some parts of the world than in others (see Figure 3).

## Indicator Limitations

Like the U.S. Greenhouse Gas Emissions indicator (p. 10), this indicator does not include emissions of a number of gases that might affect climate but are not covered under the United Nations Framework Convention on Climate Change. For example, this indicator excludes ozone-depleting substances such as chlorofluorocarbons (CFCs) and hydrochlorofluorocarbons, which have high global warming potentials, as these gases are being phased out under an international agreement called the Montreal Protocol. There also are a variety of natural greenhouse gas emission sources; however, this indicator includes only man-made and human-influenced greenhouse gas emissions.

Global emission inventories for gases other than carbon dioxide are limited. Data are only available at five-year intervals, and the most recent year—2005—represents a set of projections. The United Nations Framework Convention on Climate Change database has more comprehensive data; however, these data are available only for developed countries that are parties to the Convention—a group that accounts for only about half of global greenhouse gas emissions. Thus, to provide a more representative measure of global greenhouse gas emissions, this indicator uses the broader CAIT database.

## Data Sources

Data for this indicator came from the World Resources Institute's CAIT database, which is accessible online at: http://cait.wri.org. CAIT compiles data that were originally collected by organizations such as the United Nations, International Energy Agency, EPA, and U.S. Carbon Dioxide Information Analysis Center.

### Figure 3. Global Carbon Dioxide Emissions by Region, 1990–2005

*This figure shows carbon dioxide emissions from 1990 to 2005 for different regions of the world. These data do not include emissions attributable to land use, land use change, or forestry.*



Data source: World Resources Institute, 2009[9]

BLM_0046183



# Atmospheric Conce

## Background

Since the Industrial Revolution, humans have added a significant amount of greenhouse gases into the atmosphere by burning fossil fuels, cutting down forests, and other activities (see the U.S. and Global Greenhouse Gas Emissions Indicators on pp. 10–13). When greenhouse gases are emitted into the atmosphere, most remain in the atmosphere for long time periods, ranging from a decade to many millennia. If emissions exceed their uptake by "sinks," such as oceans and vegetation, these gases accumulate and their concentrations rise. Long-lived greenhouse gases become well mixed in the atmosphere because of transport by winds, and concentrations are similar throughout the world. Concentrations of short-lived greenhouse gases such as tropospheric ozone often vary regionally and are not described in this indicator.

Concentrations of greenhouse gases are measured in parts per million (ppm). parts per billion (ppb), or parts per trillion (ppt) by volume. In other words, if a parcel of air were divided into a million parts (or a billion or trillion), this indicator measures how many of those parts would be made up of greenhouse gases.

## About the Indicator

This indicator describes concentrations of greenhouse gases in the atmosphere. It focuses on the major greenhouse gases that result from human activities: carbon dioxide, methane, nitrous oxide, and certain manufactured gases—known as halocarbons—that contain fluorine. chlorine, bromine, or iodine. This indicator shows concentrations of greenhouse gases over thousands of years. Measurements in recent years have come from monitoring stations around the world, while older measurements come from air bubbles trapped in layers of ice from Antarctica and Greenland. By determining the age of the ice layers and the concentrations of gases trapped inside, scientists can learn what the atmosphere was like thousands of years ago.

### Figure 1. Global Atmospheric Concentrations of Carbon Dioxide Over Time

*This figure shows concentrations of carbon dioxide in the atmosphere from hundreds of thousands of years ago through 2009. The data come from a variety of historical studies and monitoring sites around the world.*



**Measurement locations:**
(Please see Endnotes for complete list of data sources)[10]
- EPICA Dome C, Antarctica: 647,426 BC to 411,548 BC
- Vostok Station, Antarctica: 415,157 BC to 339 BC
- EPICA Dome C, Antarctica: 9002 BC to 1515 AD

### Figure 2. Global Atmospheric Concentrations of Methane Over Time

*This figure shows concentrations of methane in the atmosphere from hundreds of thousands of years ago through 2008. The data come from a variety of historical studies and monitoring sites around the world.*



**Measurement locations:**
(Please see Endnotes for complete list of data sources)[11]
- EPICA Dome C, Antarctica: 646,729 BC to 1888 AD
- Vostok Station, Antarctica: 415,172 BC to 346 BC
- Greenland GISP2 ice core: 87,798 BC to 8187 BC

BLM_0046184

## 10,000 BC to 2009 AD



## 1950 AD to 2009 AD



| | |
|---|---|
| — Law Dome, Antarctica, 75-year smoothed: 1010 AD to 1975 AD | — Cape Matatula, American Samoa: 1976 AD to 2008 AD |
| — Siple Station, Antarctica: 1744 AD to 1953 AD | — South Pole, Antarctica: 1976 AD to 2008 AD |
| — Mauna Loa, Hawaii: 1959 AD to 2009 AD | — Cape Grim, Australia: 1992 AD to 2006 AD |
| — Barrow, Alaska: 1974 AD to 2008 AD | — Lampedusa Island, Italy: 1993 AD to 2000 AD |
| | — Shetland Islands, Scotland: 1993 AD to 2002 AD |

## 10,000 BC to 2008 AD



## 1950 AD to 2008 AD



| | |
|---|---|
| — Byrd Station, Antarctica: 85,929 BC to 6748 BC | — Greenland Site J: 1598 AD to 1951 AD |
| — Greenland GRIP ice core: 46,933 BC to 8129 BC | — Cape Grim, Australia: 1984 AD to 2008 AD |
| — EPICA Dome C, Antarctica: 8945 BC to 1760 AD | — Mauna Loa, Hawaii: 1987 AD to 2008 AD |
| — Law Dome, Antarctica: 1008 AD to 1980 AD | — Shetland Islands, Scotland: 1993 AD to 2001 AD |
| — Various Greenland locations: 1075 AD to 1885 AD | |

## Key Points

- Global atmospheric concentrations of carbon dioxide, methane, nitrous oxide, and certain manufactured greenhouse gases have all risen substantially in recent years (see Figures 1, 2, 3, and 4).

- Before the industrial era began around 1780, carbon dioxide concentrations measured approximately 270–290 ppm. Concentrations have risen steadily since then, reaching 387 ppm in 2009—a 38 percent increase. Almost all of this increase is due to human activities.[12]

- Since 1905, the concentration of methane in the atmosphere has roughly doubled. It is very likely that this increase is predominantly due to agriculture and fossil fuel use.[13]

- Historical measurements show that the current global atmospheric concentrations of carbon dioxide and methane are unprecedented over the past 650,000 years, even after accounting for natural fluctuations (see Figures 1 and 2).

- Over the past 100,000 years, concentrations of nitrous oxide in the atmosphere have rarely exceeded 280 ppb. Levels have risen steadily since the 1920s, however, reaching a new high of 323 ppb in 2009 (see Figure 3). This increase is primarily due to agriculture.[14]

- Concentrations of manufactured halocarbons (gases that contain chlorine, fluorine, bromine, or iodine) were essentially zero a few decades ago, but have increased rapidly as they have been incorporated into industrial products and processes (see Figure 4 on page 16). Some of these chemicals are now being phased out of use because they also cause harm to the Earth's ozone layer, causing their concentrations to stabilize. However, concentrations of others continue to increase.

*(Continued on page 16)*

BLM_0046185

# Indicator Limitations

This indicator includes several of the most important greenhouse gases, but some others are not covered. The indicator also does not address certain other pollutants that can affect climate by either reflecting or absorbing energy. For example, sulfate particles can reflect sunlight away from the Earth, while black carbon aerosols (soot) absorb energy.

# Data Sources

The data in this indicator came from multiple sources. Summary global atmospheric concentration data for carbon dioxide (Figure 1), methane (Figure 2), and nitrous oxide (Figure 3) were provided by EPA's Office of Atmospheric Programs, based on greenhouse gas concentration measurements reported in a collection of studies published in the peer-reviewed literature. References for the underlying data are included in the corresponding exhibits, and some data sets are also available in electronic format at: www.epa.gov/climatechange/science/recentac.html. Global atmospheric concentration data for selected halocarbons (Figure 4) are a subset of the data depicted in the Intergovernmental Panel on Climate Change's Fourth Assessment Report.[15]

## Figure 3. Global Atmospheric Concentrations of Nitrous Oxide Over Time

*This figure shows concentrations of nitrous oxide in the atmosphere from 100,000 years ago through 2009. The data come from a variety of historical studies and monitoring sites around the world.*



**104,301 BC to 2009 AD**

Year (negative values = BC)

Nitrous oxide concentration (ppb)

**Measurement locations:**
(Please see Endnotes for complete list of data sources)[16]
— Greenland GISP2 ice core: 104,301 BC to 1871 AD
— Taylor Dome, Antarctica: 30,697 BC to 497 BC



## Water Vapor as a Greenhouse Gas

Water vapor is the most abundant greenhouse gas in the atmosphere. Human activities produce only a very small increase in water vapor primarily through irrigation and combustion processes, and so it is not included in this indicator. However, the surface warming caused by human-produced increases in other greenhouse gases leads to an increase in atmospheric water vapor, because a warmer climate increases evaporation and allows the atmosphere to hold more moisture. This creates a "feedback loop" that can lead to more warming.

## Figure 4. Global Atmospheric Concentrations of Selected Halocarbons, 1978–2006

*This figure shows concentrations of several man-made halocarbons (gases containing fluorine, chlorine, bromine, or iodine) in the atmosphere. The data come from monitoring sites around the world. Note that the scale is logarithmic, which means it increases by powers of 10. This is because the concentrations of different halocarbons can vary by many orders of magnitude. The numbers following the name of each gas (e.g., HCFC-22) are used to denote specific types of those gases.*

BLM_0046186



**10,000 BC to 2009 AD**



**1950 AD to 2009 AD**



- EPICA Dome C, Antarctica: 9000 BC to 1780 AD
- Antarctica: 1756 AD to 1964 AD
- Antarctica: 1903 AD to 1976 AD
- Cape Grim, Australia: 1979 AD to 2008 AD
- South Pole, Antarctica: 1998 AD to 2009 AD
- Barrow, Alaska: 1999 AD to 2009 AD
- Mauna Loa, Hawaii: 2000 AD to 2009 AD



Data source: IPCC, 2007[17]





# Climate Forcing

This indicator measures the levels of greenhouse gases in the atmosphere based on their ability to cause changes in the Earth's climate.

## Background

When energy from the sun reaches the Earth, the planet absorbs some of this energy and radiates the rest back to space as heat. The Earth's surface temperature depends on this balance between incoming and outgoing energy. If this energy balance is shifted, the Earth's surface could become noticeably warmer or cooler, leading to a variety of changes in global climate.

A number of natural and man-made mechanisms can affect the global energy balance and force changes in the Earth's climate. Greenhouse gases are one such mechanism. Greenhouse gases in the atmosphere absorb and re-emit some of the outgoing energy radiated from the Earth's surface, causing that heat to be retained in the lower atmosphere. Some greenhouse gases remain in the atmosphere for decades or even centuries, and therefore can affect the Earth's energy balance over a long time period. Factors that influence Earth's energy balance can be quantified in terms of "radiative climate forcing." Positive radiative forcing indicates warming (for example, by increasing incoming energy or decreasing the amount of energy that escapes to space), while negative forcing is associated with cooling.

## About the Indicator

The Annual Greenhouse Gas Index measures the average total radiative forcing of 17 greenhouse gases, including carbon dioxide, methane, and nitrous oxide. This index was calculated by the National Oceanic and Atmospheric Administration based on measured concentrations of the gases in the atmosphere. Because each gas has a different capacity to absorb heat energy, this indicator converts concentrations into a measure of the total radiative forcing (energy absorption) caused by each gas.

The total radiative forcing of these gases is then translated into one index value. This value represents the ratio of the total radiative forcing for that year compared with the total radiative forcing in 1990.

## Figure 1. The Annual Greenhouse Gas Index, 1979–2008

This figure shows the amount of radiative forcing caused by various greenhouse gases, based on the concentrations present in the Earth's atmosphere. Radiative forcing is represented by the Annual Greenhouse Gas Index, which is set to a value of 1 for 1990.



Data source: NOAA, 2009[18]

## Atmospheric Lifetime and "Global Warming Potential" of Important Greenhouse Gases

Several factors determine how strongly a particular greenhouse gas will affect the Earth's climate. One factor is the length of time that the gas remains in the atmosphere. For example, a molecule of methane emitted today will last an average of 12 years before decaying, while a molecule of sulfur hexafluoride will last for thousands of years. Each gas also has its own unique ability to absorb energy and contribute to climate forcing. By considering both the lifetime of the gas and its ability to absorb energy, scientists have come up with an overall global warming potential for each gas, which is expressed relative to the global warming potential of carbon dioxide.

| Greenhouse gas | Average lifetime in the atmosphere | Global warming potential of one molecule of the gas over 100 years (relative to carbon dioxide = 1) |
|---|---|---|
| Carbon dioxide | 50–200 years* | 1 |
| Methane | 12 years | 21 |
| Nitrous oxide | 120 years | 310 |
| CFC-12 | 100 years | 10,600 |
| CFC-11 | 45 years | 4,600 |
| HFC-134a | 14.6 years | 1,300 |
| Sulfur hexafluoride | 3,200 years | 23,900 |

* Carbon dioxide's lifetime is poorly defined because the gas is not destroyed over time, but instead moves between different parts of the ocean–atmosphere–land system. Some of the excess carbon dioxide will be absorbed quickly (for example, by the ocean surface), but some will remain in the atmosphere for thousands of years.

Data source: EPA uses atmospheric lifetimes and global warming potentials from the Intergovernmental Panel on Climate Change's (IPCC's) Second Assessment Report,[19] as countries have agreed to do under current international treaties within the United Nations Framework Convention on Climate Change (UNFCCC). Two exceptions are CFC-11 and CFC-12, which are not covered under the UNFCCC and for which EPA is using values from the IPCC's Third Assessment Report.[20]

BLM_0046188

## Key Points

- In 2008, the Annual Greenhouse Gas Index was 1.26, an increase in radiative forcing of 26 percent over 1990 (see Figure 1). Carbon dioxide accounts for approximately 80 percent of this increase.

- Of the five most prevalent greenhouse gases shown in Figure 1, carbon dioxide and nitrous oxide are the only two whose contributions to radiative forcing continue to increase at a steady rate. By 2008, radiative forcing due to carbon dioxide was 35 percent higher than in 1990.

- Although the overall Annual Greenhouse Gas Index continues to grow, the rate of increase has slowed somewhat over time. This change has occurred in large part because methane concentrations have remained relatively steady since 1990, and CFC concentrations are declining because most of their uses have been banned (see Figure 1).

## Indicator Limitations

There are uncertainties and limitations in the data and models used for deriving radiative forcing values. In addition, the Annual Greenhouse Gas Index does not consider certain other climate forcing mechanisms. For example, reflective aerosol particles in the atmosphere can reduce radiative forcing, while ground-level ozone can increase it.

## Data Sources

Data for this indicator were provided by the National Oceanic and Atmospheric Administration. This figure and other information are available at: www.esrl.noaa.gov/gmd/aggi.



BLM_0046189

# Weather and

**Earth's Atmosphere**







- Exosphere
- Thermosphere
  - Shuttle
  - Aurora
- Mesosphere
  - Meteors
- Stratosphere
  - Weather balloon
- Troposphere
  - Mount Everest

Source: NOAA, 2009[1]


**U.S. and Global Temperature**


**Heat Waves**


**Drought**

BLM_0046190

# Climate

**W**eather is the state of the atmosphere at any given time and place. Most weather takes place in the lower layer of the atmosphere, the troposphere (see diagram of the Earth's atmosphere at left). Familiar aspects of weather include temperature, precipitation, clouds, and wind. Severe weather conditions include hurricanes, tornadoes, and blizzards.

Climate is the average weather in a given place, usually over a period of more than 30 years. While the weather can change in just a few hours, climate changes occur over longer timeframes. Climate is defined not only by average temperature and precipitation, but also by the type, frequency, and intensity of weather events such as heat waves, cold waves, storms, floods, and droughts. Climate has natural year-to-year variations, and extremes in temperatures and weather events have occurred throughout history.

**Shifting storm patterns will likely cause some areas to experience more droughts. Extreme weather events such as storms, floods, and hurricanes will likely also become more intense.**

The Earth's climate depends on the balance between the amount of energy received from the sun and the amount of energy that is absorbed or radiated back into space. Natural influences can alter how much heat is reflected or absorbed by the Earth's surface, including changes in the sun's intensity, volcanic eruptions, and multi-year climate cycles such as El Niño. Human activities such as deforestation and the production of greenhouse gases also affect this balance. These alterations, in turn, affect climate on local, regional, and global scales.

Generally, increases in the Earth's surface temperature will increase evaporation from the oceans and land, leading to more overall precipitation. However, this additional precipitation will not be distributed evenly, and shifting storm patterns will likely cause some areas to experience more severe droughts. Scientists have suggested that extreme weather events such as storms, floods, and hurricanes will likely also become more intense. There is natural variability in the intensity and frequency of such events, however, so care must be taken to determine whether observed trends reflect long-term changes in the Earth's climate system.

Climate variations can directly or indirectly affect many aspects of human society—in both positive and disruptive ways. For example, warmer temperatures might reduce heating costs and improve conditions for growing some crops, yet extreme heat can cause illness or death among vulnerable populations. Precipitation can replenish water supplies and nourish crops, but intense storms can damage property, cause loss of life and population displacement, and temporarily disrupt essential services such as transportation, telecommunications, and energy and water supplies.

**U.S. and Global Precipitation**



**Heavy Precipitation**



**Tropical Cyclone Intensity**

21

BLM_0046191



# U.S. and Global

This indicator describes trends in average temperature for the United States and the world.

## Background

Temperature is a fundamental component of climate, and it can have wide-ranging effects on human life and ecosystems, as many of the other indicators in this report demonstrate. For example, increases in air temperature can lead to more intense heat waves, which can cause illness and death in vulnerable populations. Temperature patterns also determine what types of animals and plants can survive in a particular place. Changes in temperature can disrupt a wide range of natural processes, particularly if these changes occur abruptly and plant and animal species do not have time to adapt.

As greenhouse gases trap more energy in the Earth's atmosphere, average temperatures at the Earth's surface are expected to rise. However, because climate change (both natural and human-driven) can shift the wind patterns and ocean currents that drive the world's climate system, some areas might experience more warming than others, and some might experience cooling. Changes in air temperature can, in turn, cause changes in sea surface temperature, precipitation patterns, and other aspects of climate.

## About the Indicator

This indicator examines U.S. and global temperature patterns from 1901 to the present. Data were provided by the National Oceanic and Atmospheric Administration, which keeps historical records from weather stations around the world. U.S. surface measurements come from stations on land, while global surface trends also incorporate observations from buoys and ships on the ocean, thereby providing data from sites spanning the entire surface of the Earth. For comparison, this indicator also displays data from satellites that have measured the temperature of the Earth's lower atmosphere since 1979.

This indicator shows annual anomalies, or differences, compared with the average temperature from 1901 to 2000. Anomalies are calculated in degrees for each location, then averaged together.

### Figure 1. Temperatures in the Lower 48 States, 1901–2009

*This figure shows how average temperatures in the lower 48 states have changed since 1901. Surface data come from land-based weather stations, while satellite measurements cover the lower troposphere, which is the lowest level of the Earth's atmosphere (see diagram on p. 20). "UAH" and "RSS" represent two different methods of analyzing the original satellite measurements. This graph uses the 1901 to 2000 average as a baseline for depicting change. Choosing a different baseline period would not change the shape of the trend.*



Data source: NOAA, 2010[2]

### Figure 2. Temperatures Worldwide, 1901–2009

*This figure shows how average temperatures worldwide have changed since 1901. Surface global data come from a combined set of land-based weather stations and sea surface temperature measurements, while satellite measurements cover the lower troposphere, which is the lowest level of the Earth's atmosphere (see diagram on p. 20). "UAH" and "RSS" represent two different methods of analyzing the original satellite measurements. This graph uses the 1901 to 2000 average as a baseline for depicting change. Choosing a different baseline period would not change the shape of the trend.*



Data source: NOAA, 2010[3]

22

BLM_0046192

# Temperature

## Key Points

- Since 1901, temperatures have risen across the lower 48 states at an average rate of 0.13°F per decade (1.3°F per century) (see Figure 1). Average temperatures have risen more quickly since the late 1970s (0.35 to 0.51°F per decade). Seven of the top 10 warmest years on record for the lower 48 states have occurred since 1990, and the last 10 five-year periods have been the 10 warmest five-year periods on record.

- Global average surface temperatures have risen at an average rate of 0.13°F per decade since 1901 (see Figure 2), similar to the rate of warming within the lower 48 states. Since the late 1970s, however, the United States has warmed at nearly twice the global rate. Worldwide, 2000–2009 was the warmest decade on record.

- Some parts of the United States have experienced more warming than others (see Figure 3). The North, the West, and Alaska have seen temperatures increase the most, while some parts of the South have experienced little change. However, not all of these regional trends are statistically meaningful.

## Indicator Limitations

Data from the early 20th century are somewhat less precise because there were fewer stations collecting measurements at the time. However, the overall trends are still reliable. Measurement instruments and methods (for example, the time of day measurements are taken) have also changed over time, and some stations have moved. Where possible, the data have been adjusted to account for these kinds of changes.

## Data Sources

The data for this indicator were provided by the National Oceanic and Atmospheric Administration's National Climatic Data Center, which maintains a large collection of climate data online at: www.ncdc.noaa.gov/oa/ncdc.html. Surface temperature anomalies were calculated based on monthly values from a network of long-term monitoring stations. Satellite data were analyzed by two independent groups, resulting in the slightly different "UAH" and "RSS" trend lines.

### Figure 3. Rate of Temperature Change in the United States, 1901–2008

*This figure shows how average air temperatures have changed in different parts of the United States since the early 20th century (since 1901 for the lower 48 states, 1905 for Hawaii, and 1918 for Alaska).*



Temperature change (°F per century):

-4  -3  -2  -1  0  1  2  3  4

Gray interval: -0.1 to 0.1°F

Data source: NOAA, 2009[4]

BLM_0046193



# Heat Waves

This indicator tracks the frequency of extreme heat events in the United States.

## Background

A heat wave is a prolonged period of abnormally hot weather. With an overall warming of the Earth's climate, heat waves are expected to become more frequent, longer, and more intense in places where they already occur.[5] Increased frequency and severity of heat waves can lead to more illness and death, particularly among older adults, the young, and other vulnerable groups (see the Heat-Related Deaths indicator on p. 58). Excessive heat also can kill or injure crops and livestock, and can lead to power outages as heavy demands for air conditioning strain the power grid.

## About the Indicator

While there is no universal definition of a heat wave, this indicator defines a heat wave as a four-day period with an average temperature that would only be expected to occur once every 10 years, based on the historical record.

This indicator reviews trends in the U.S. Annual Heat Wave Index between 1895 and 2008. This index tracks the frequency of heat waves across the lower 48 states, but not the intensity of these episodes. The index uses daily maximum temperature data from the National Oceanic and Atmospheric Administration, which keeps records from weather stations throughout the nation. Approximately 300 to 400 stations reported data from 1895 to 1910; over the last 100 years, the number of stations has risen to 700 or more.

The index value for a given year could mean several different things. For example, an index value of 0.2 in any given year could mean that 20 percent of the recording stations experienced one heat wave; 10 percent of stations experienced two heat waves; or some other combination of stations and episodes resulted in this value.

*(Continued on page 25)*

### Figure 1. U.S. Annual Heat Wave Index, 1895–2008

*This figure shows the annual values of the U.S. Heat Wave Index from 1895 to 2008. These data cover the lower 48 states.*



Data source: CCSP, 2009[6]

## Key Points

- Heat waves occurred with high frequency in the 1930s, and these remain the most severe heat waves in the U.S. historical record (see Figure 1). Many years of intense drought (the "Dust Bowl") contributed to these heat waves by depleting soil moisture and reducing the moderating effects of evaporation.[7]

- There is no clear trend over the entire period tracked by the index. Although it is hard to see in Figure 1 (because of the extreme events of the 1930s), heat wave frequency decreased in the 1960s and 1970s but has risen since then (see Figure 1).

- Like the heat wave index, the percentage of the United States affected by heat waves has also risen steadily since the 1970s (see Figures 2 and 3). The recent period of increasing heat is distinguished by a rise in extremely high nighttime temperatures.

BLM_0046194

## Figure 2. Areas of the Lower 48 States With Hot Daily High Temperatures, 1910–2008

*This chart shows the percentage of the land area of the lower 48 states with summer daily high temperatures well above normal. The bars represent individual years, while the line is a smoothed nine-year moving average.*



Data source: CCSP, 2009[8]

## Figure 3. Areas of the Lower 48 States With Hot Daily Low Temperatures, 1910–2008

*This chart shows the percentage of the land area of the lower 48 states with summer daily low temperatures well above normal. The bars represent individual years, while the line is a smoothed nine-year moving average.*



Data source: CCSP, 2009[9]

For additional perspective, this indicator also looks at heat waves in terms of size (percent of area affected) and the difference between trends in daytime high temperatures and trends in nighttime low temperatures.

# Indicator Limitations

Temperature data are less certain for the early part of the record because fewer stations were operating at that time. In addition, measurement instruments and procedures have changed over time, and some stations have moved. The data have been adjusted to account for some biases, however, and these uncertainties are not sufficient to change the fundamental trends shown in the figures.

This indicator does not consider humidity, which can have additional health impacts when combined with heat.

# Data Sources

The data for this indicator are based on measurements from the National Oceanic and Atmospheric Administration's National Weather Service Cooperative Observer Network. These weather station data are available online at: www.nws.noaa.gov/os/coop/what-is-coop.html.

BLM_0046195



# Drought

This indicator measures drought conditions of U.S. lands.

## Background

There are many definitions and types of drought. Meteorologists generally define drought as a prolonged period of dry weather caused by a lack of precipitation, which results in a serious water shortage for some activity, group, or ecological system. Drought can also be thought of as an imbalance between precipitation and evaporation.

As average temperatures rise because of climate change, the Earth's water cycle is expected to speed up, increasing evaporation. Increased evaporation will make more water available in the air for precipitation, but contribute to drying over some land areas. As a result, storm-affected areas are likely to experience increased precipitation (see the U.S. and Global Precipitation indicator on p. 28) and increased risk of flooding (see the Heavy Precipitation indicator on p. 30), while areas located far from storm tracks are likely to experience less precipitation and increased risk of drought. Since the 1970s, drought-affected areas have increased on a global scale—more likely than not as a result of climate change caused by human activities.[10]

Drought conditions can affect agriculture, water supplies, energy production, and many other aspects of society. The impacts vary depending on the type, location, intensity, and duration of the drought. For example, effects on agriculture can range from slowed plant growth to severe crop losses, while water supply impacts can range from lowered reservoir levels to major water shortages. Lower stream flow and ground water levels can also harm plants and animals, and dried-out vegetation increases the risk of wildfires.

## About the Indicator

During the 20th century, many indices were created to measure drought severity by looking at trends in precipitation, soil moisture, stream flow, vegetation health, and other variables.[11] This indicator is based on the U.S. Drought Monitor, which integrates several of these indices.

*(Continued on page 27)*

## Figure 1. U.S. Lands Under Drought Conditions, 2000–2009

*This chart shows the percentage of U.S. lands classified under drought conditions from 2000 through 2009. The data cover all 50 states plus Puerto Rico.*



Data source: National Drought Mitigation Center, 2010[12]

## Key Points

- Because data from the U.S. Drought Monitor are only available for the most recent decade, there is no clear long-term trend in this indicator. With continued data collection, future versions of this indicator should be able to paint a more complete picture of long-term trends in drought.

- Over the period from 2000 through 2009, roughly 30 to 60 percent of the U.S. land area experienced drought conditions at any given time (see Figure 1). The years 2002, 2003, and 2007 were relatively high drought years, while 2001, 2005, and 2009 were relatively low drought years.

- "Abnormally dry area" (D0)—the mildest drought event—was the most commonly occurring level of drought in the United States between 2000 and 2009.

- As of early 2010, moderate to severe drought is affecting parts of several western states, along with a small portion of the Upper Midwest.[13]

BLM_0046196

## Categories of Drought Severity

| Category | Description | Possible Impacts |
|---|---|---|
| D0 | Abnormally dry | Going into drought: short-term dryness slowing planting or growth of crops or pastures. Coming out of drought: some lingering water deficits; pastures or crops not fully recovered. |
| D1 | Moderate drought | Some damage to crops or pastures; streams, reservoirs, or wells low; some water shortages developing or imminent; voluntary water use restrictions requested. |
| D2 | Severe drought | Crop or pasture losses likely; water shortages common; water restrictions imposed. |
| D3 | Extreme drought | Major crop/pasture losses; widespread water shortages or restrictions. |
| D4 | Exceptional drought | Exceptional and widespread crop/pasture losses; shortages of water in reservoirs, streams, and wells, creating water emergencies. |

*Experts update the U.S. Drought Monitor weekly and produce maps that illustrate current conditions as well as short- and long-term trends. Major participants include the National Oceanic and Atmospheric Administration, the U.S. Department of Agriculture, and the National Drought Mitigation Center.*

For a map of current drought conditions, visit the Drought Monitor Web site at: www.drought.unl.edu/dm/monitor.html.

The Drought Monitor also considers additional factors such as snow water content, ground water levels, reservoir storage, pasture/range conditions, and other impacts.

The Drought Monitor uses codes from D0 to D4 (see table at left) to classify drought severity. This indicator measures the percent of U.S. land under each of these drought categories from 2000 through 2009. The indicator covers all 50 states and Puerto Rico.

## Indicator Limitations

Because of the relative newness of the U.S. Drought Monitor, it cannot be used to assess long-term trends. Other indicators are available that do show historical trends, but they have other weaknesses and cannot be compared across geographic regions or across time.[14]

The drought classification scheme used for this indicator is produced by combining data from several different sources. These data are combined to reflect the collective judgment of experts and in some cases are adjusted to reconcile conflicting trends shown by different data sources over different time periods.

The indicator gives a broad overview of drought conditions in the United States. It is not intended to replace local or state information that might describe conditions more precisely for a particular region.

## Data Sources

Data for this indicator were provided by the U.S. Drought Monitor. Historical data in table form are available at: www.drought.unl.edu/dm/DM_tables.htm?archive. Maps and current drought information can be found on the main Drought Monitor site at: www.drought.unl.edu/dm/monitor.html.

BLM_0046197



# U.S. and Global

This indicator describes trends in average precipitation for the United States and the world.

## Background

Precipitation can have wide-ranging effects on human life and ecosystems. Rainfall, snowfall, and the timing of snowmelt can all affect the amount of water available for drinking and irrigation, and can also determine what types of animals and plants (including crops) can survive in a particular place. Changes in precipitation can disrupt a wide range of natural processes, particularly if these changes occur abruptly and plant and animal species do not have time to adapt.

As average temperatures at the Earth's surface rise (see the U.S. and Global Temperature indicator on p. 22), more evaporation and cloud formation occurs, which, in turn, increases overall precipitation. Therefore, a warming climate is expected to increase precipitation in many areas. However, just as precipitation patterns vary across the world, so will the effects of climate change. By shifting the wind patterns and ocean currents that drive the world's climate system, climate change will also cause some areas to experience decreased precipitation.

## About the Indicator

This indicator examines U.S. and global precipitation patterns from 1901 to the present, based on rainfall and snowfall measurements from land-based stations worldwide. Data were provided by the National Oceanic and Atmospheric Administration, which keeps historical records from weather stations around the world.

This indicator shows annual anomalies, or differences, compared with the average precipitation from 1901 to 2000. These anomalies are presented in terms of percent change compared with the baseline.

## Figure 1. Precipitation in the Lower 48 States, 1901–2009

*This figure shows how the amount of precipitation in the lower 48 states has changed since 1901. This graph uses the 1901 to 2000 average as a baseline for depicting change. Choosing a different baseline period would not change the shape of the trend.*



Data source: NOAA, 2010[15]

## Figure 2. Precipitation Worldwide, 1901–2009

*This figure shows how the amount of precipitation globally has changed since 1901. This graph uses the 1901 to 2000 average as a baseline for depicting change. Choosing a different baseline period would not change the shape of the trend.*



Data source: NOAA, 2010[16]

BLM_0046198

# Precipitation

## Key Points

- Average precipitation has increased in the United States and worldwide (see Figures 1 and 2). Since 1901, global precipitation has increased at an average rate of 1.9 percent per century, while precipitation in the lower 48 states has increased at a rate of 6.4 percent per century.

- Some parts of the United States have experienced greater increases in precipitation than others. A few areas such as Hawaii and parts of the Southwest have seen a decrease (see Figure 3).

## Indicator Limitations

Data from the early 20th century are somewhat less precise because there were fewer stations collecting measurements at the time. However, the overall trends are still reliable. Measurement instruments and methods have also changed over time, and some stations have moved. Where possible, the data have been adjusted to account for these kinds of changes.

## Data Sources

The data for this indicator were provided by the National Oceanic and Atmospheric Administration's National Climatic Data Center, which maintains a large collection of climate data online at: www.ncdc.noaa.gov/oa/ncdc.html. Global, U.S., and regional precipitation anomalies were calculated based on monthly values from a network of long-term monitoring stations.

### Figure 3. Rate of Precipitation Change in the United States, 1901–2008

*This figure shows how the amount of precipitation has changed in different parts of the United States since the early 20th century (since 1901 for the lower 48 states; since 1905 for Hawaii). Alaska is not shown because of limited data coverage.*





Change in precipitation (% per century):

-60  -50  -40  -30  -20  -10  0  10  20  30  40  50  60

Gray interval: -2 to 2%

Data source: NOAA, 2009[17]



BLM_0046199



# Heavy Precipitation

This indicator tracks the frequency of heavy precipitation events in the United States.

## Background

Heavy precipitation refers to instances during which the amount of precipitation experienced in a location substantially exceeds what is normal. What constitutes a period of heavy precipitation varies according to the location and the season.

Climate change can affect the intensity and frequency of precipitation. Warmer oceans increase the amount of water that evaporates into the air, and warmer air can hold more moisture than cooler air. When this moisture-laden air moves over land, it can produce more intense precipitation—for example, heavier rain and snow storms.[18] The potential impacts of heavy precipitation include crop damage, soil erosion, and an increase in flood risk due to heavy rains. In addition, runoff from precipitation can hurt water quality as pollutants deposited on land wash into water bodies.

Heavy precipitation does not necessarily mean the total amount of precipitation at a location has increased—just that precipitation is occurring in more intense events. However, changes in the intensity of precipitation can also lead to changes in overall precipitation totals.

## About the Indicator

Heavy precipitation events can be measured by tracking their frequency, by examining their return period (the chance that the event will be equaled or exceeded in a given year), or by directly measuring the amount of precipitation in a certain period.

One way to track heavy precipitation is by calculating what percentage of a particular location's total precipitation in a given year has come in the form of extreme one-day events—or, in other words, what percentage of precipitation is arriving in short, intense bursts. Figure 1 of this indicator looks at the prevalence of extreme single-day precipitation events over time.

*(Continued on page 31)*

### Figure 1. Extreme One-Day Precipitation Events in the Lower 48 States, 1910–2008

*This figure shows the percentage of the land area of the lower 48 states where a much greater than normal portion of total annual precipitation has come from extreme single-day precipitation events. The bars represent individual years, while the line is a smoothed nine-year moving average.*



Data source: NOAA, 2009[19]

### Figure 2. Abnormally High Annual Precipitation in the Lower 48 States, 1895–2008

*This figure shows the percentage of the land area of the lower 48 states that experienced much greater than normal precipitation in any given year, which means it scored 2.0 or above on the annual Standardized Precipitation Index (SPI). The thicker orange line shows a nine-year moving average that smooths out some of the year-to-year fluctuations, while the straight black line is the trend line that fits the data best.*



Data source: NOAA, 2009[20]

BLM_0046200



## Key Points

- In recent years, a larger percentage of precipitation has come in the form of intense single-day events. Eight of the top 10 years for extreme one-day precipitation events have occurred since 1990 (see Figure 1).

- The prevalence of extreme single-day precipitation events remained fairly steady between 1910 and the 1980s, but has risen substantially since then. Over the entire period from 1910 to 2008, the prevalence of extreme single-day precipitation events increased at a rate of about half a percentage point per decade (5 percentage points per century) (see Figure 1).

- The percentage of land area experiencing much greater than normal yearly precipitation totals increased between 1895 and 2008. However, there has been much year-to-year variability. In some years there were no abnormally wet areas, while a few others had abnormally high precipitation totals over 10 percent or more of the lower 48 states' land area (see Figure 2).

- Figures 1 and 2 are both consistent with a variety of other studies that have found an increase in heavy precipitation over timeframes ranging from single days to 90-day periods to whole years.[21] For more information on trends in overall precipitation levels, see the U.S. and Global Precipitation indicator on p. 28.

For added insight, this indicator also tracks the occurrence of abnormally high total yearly precipitation. It does so by looking at the Standardized Precipitation Index (SPI), which compares actual yearly precipitation totals with the range of precipitation totals that one would typically expect at a specific location, based on historical data. If a location experiences less precipitation than normal during a particular period, it will receive a negative SPI score, while a period with more precipitation than normal will receive a positive score. The more precipitation (compared with normal), the higher the SPI score. The SPI is a useful way to look at precipitation totals because it allows comparison of different locations and different seasons on a standard scale. Figure 2 shows what percentage of the total area of the lower 48 states had an annual SPI score of 2.0 or above (well above normal) in any given year.

Both parts of this indicator are based on data from a large national network of weather stations compiled by the National Oceanic and Atmospheric Administration.

## Indicator Limitations

Weather monitoring stations tend to be closer together in the eastern and central states than in the western states. In areas with fewer monitoring stations, heavy precipitation indicators are less likely to reflect local conditions accurately.

## Data Sources

The data used for this indicator were provided by the National Oceanic and Atmospheric Administration's National Climatic Data Center. Figure 1 is based on Step #4 of the National Oceanic and Atmospheric Administration's U.S. Climate Extremes Index; for data and a description of the index, see: www.ncdc.noaa.gov/extremes/cei.html. Figure 2 is based on the U.S. SPI, which is shown in a variety of maps available online at: www.ncdc.noaa.gov/oa/climate/research/prelim/drought/spi.html. The data and metadata used to construct these maps are available from the National Oceanic and Atmospheric Administration at: ftp://ftp.ncdc.noaa.gov/pub/data/cirs.

BLM_0046201



# Tropical Cyclone

This indicator examines the intensity of hurricanes and other tropical storms in the Atlantic Ocean, Caribbean, and Gulf of Mexico.

## Background

Hurricanes, tropical storms, and other intense rotating storms fall into a general category called cyclones. There are two main types of cyclones: tropical and extratropical. Tropical cyclones get their energy from warm tropical oceans, while extratropical cyclones form outside the tropics, getting their energy from the jet stream and from temperature differences between the north and the south, often involving cold fronts and warm fronts.

This indicator focuses on tropical cyclones in the Atlantic Ocean, Caribbean, and Gulf of Mexico. Tropical cyclones are most common during the "hurricane season," which runs from June through November. The effects of tropical cyclones are numerous and well known. At sea, storms disrupt and endanger shipping traffic. When cyclones encounter land, their intense rains and high winds can cause property damage, loss of life, soil erosion, and flooding. The associated storm surge—the large volume of ocean water pushed ashore by the cyclone's strong winds—can also cause severe flooding and destruction.

Climate change is expected to affect tropical cyclone intensity by increasing sea surface temperatures, a key factor that influences cyclone formation and behavior. According to the U.S. Global Change Research Program, it is very likely that increased levels of greenhouse gases have contributed to an increase in sea surface temperatures in areas where hurricanes form, suggesting a human contribution to hurricane activity over the last 50 years.[22] The U.S. Global Change Research Program and the Intergovernmental Panel on Climate Change project that tropical cyclones will become more intense, with higher wind speeds and heavier rains.[23] However, observations of past cyclone activity and projections of future activity have uncertainties because of changes in monitoring technology, longer-term regional climate patterns, and the limitations of climate models.

## About the Indicator

This indicator uses two related indices: the Accumulated Cyclone Energy (ACE) Index and the Power Dissipation Index (PDI).

The National Oceanic and Atmospheric Administration uses the ACE Index to measure the strength of individual tropical storms as

(Continued on page 33)

### Figure 1. North Atlantic Cyclone Intensity According to the Accumulated Cyclone Energy Index, 1950–2009

This figure shows total annual Accumulated Cyclone Energy (ACE) Index values from 1950 through 2009. The National Oceanic and Atmospheric Administration has defined "near normal," "above normal," and "below normal" ranges based on the distribution of ACE Index values over the 50 years from 1951 to 2000.



Data source: NOAA, 2010[24]



BLM_0046202

# Intensity

## Key Points

- When examining the entire ACE Index data series from 1950 to 2009, no clear trends in cyclone intensity are apparent (see Figure 1). However, intensity has risen noticeably over the past 20 years, and six of the 10 most active years have occurred since the mid-1990s. Comparable levels of activity were also seen during the previous high-activity era which spanned the 1950s and 1960s.

- The PDI (see Figure 2) shows a similar trend: fluctuating cyclone intensity for most of the mid- to late 20th century, followed by a noticeable increase since 1995. These trends are closely related to variations in sea surface temperature in the tropical Atlantic (see Figure 2), leading the U.S. Global Change Research Program to conclude that hurricane activity has "increased substantially since the 1950s and '60s in association with warmer Atlantic sea surface temperatures."[25]

## Figure 2. North Atlantic Cyclone Intensity According to the Power Dissipation Index, 1949–2009

*This figure presents annual values of the Power Dissipation Index (PDI). North Atlantic sea surface temperature trends are provided for reference. Note that sea surface temperature uses different units, but the numbers have been adjusted here to show how the trends are similar. The lines have been smoothed using a five-year weighted average.*



Data source: Emanuel. 2010[26]

well as the total cyclone activity over the course of a hurricane season. An individual storm's **ACE Index** value is a number based on the storm's maximum wind speed measured at six-hour intervals over the entire time when the cyclone is classified as at least a tropical storm (that is, a storm with a wind speed of at least 39 miles per hour). Therefore, the **ACE Index** value accounts for both cyclone strength and duration.

The National Oceanic and Atmospheric Administration calculates the **ACE Index** value for an entire hurricane season by adding the **ACE Index** values for all named storms in a season, including subtropical storms, tropical storms, and hurricanes. For this indicator, the **ACE Index** has been converted to a numerical scale where 100 equals the median value (the midpoint) over a base period from 1951 to 2000. The National Oceanic and Atmospheric Administration has set specific thresholds (see Figure 1) to define whether the **ACE Index** for a given year is close to normal, significantly above normal, or significantly below.

For additional perspective, this indicator also shows trends in the PDI. Like the **ACE Index**, the PDI is based on measurements of wind speed, but it uses a different calculation method that places more emphasis on storm intensity. This indicator shows the annual PDI value, which represents the sum of PDI values for all named storms during the year.

## Indicator Limitations

Over time, data collection methods have changed as technology has improved. For example, wind speed collection methods have evolved substantially over the past 60 years. How these changes in data gathering technologies might affect data consistency over the life of the indicator is not fully understood.

## Data Sources

The ACE Index data (Figure 1) came from the National Oceanic and Atmospheric Administration's Climate Prediction Center, and are available online at: www.cpc.noaa.gov/products/outlooks/background_information.shtml. Values for the PDI have been calculated by Kerry Emanuel at the Massachusetts Institute of Technology. Both indices are based on wind speed measurements compiled by the National Oceanic and Atmospheric Administration.

BLM_0046203

# Oceans



Ocean Heat

Sea Surface Temperature

Sea Level

BLM_0046204

The oceans and the atmosphere interact constantly—both physically and chemically—exchanging heat, water, gases, and particles. This relationship influences the Earth's climate on regional and global scales. It also affects the state of the oceans.

Covering nearly 70 percent of the Earth's surface, the oceans store vast amounts of energy absorbed from the sun and move this energy around the globe through currents. As greenhouse gases trap more energy from the sun, the oceans will absorb more heat, resulting in an increase in sea surface temperatures, rising sea levels, and possible changes to ocean currents. These changes will very likely lead to alterations in climate patterns around the world. For example, warmer waters promote the development of more intense storms in the tropics, which can cause property damage or loss of life.

The oceans are also a key component of the Earth's carbon cycle. Over geological time, much of the world's carbon has come to reside in the oceans, either within plants and animals (living or dead) or dissolved as carbon dioxide. Although the oceans can help lessen climate change by

**Even if greenhouse gas emissions are stabilized tomorrow, it will take many more years—decades or centuries—for the oceans to adjust to the climate changes that have already occurred.**

storing a significant fraction of the carbon dioxide that human activities emit into the atmosphere, increasing levels of dissolved carbon dioxide can change the chemistry of seawater and harm certain organisms. These effects, in turn, could substantially alter the biodiversity and productivity of ocean ecosystems.

Changes in ocean systems generally occur over much longer time periods than in the atmosphere, where storms can form and dissipate in a single day. The interactions between ocean and atmosphere occur slowly, over many years—even decades. For this reason, even if greenhouse gas emissions are stabilized tomorrow, it will take many more years—decades or centuries—for the oceans to adjust to the climate changes that have already occurred.



**Ocean Acidity**



# Ocean Heat

This indicator describes trends in the amount of heat stored in the world's oceans.

## Background

When sunlight reaches the Earth's surface, the world's oceans absorb some of this energy and store it as heat. The amount of heat in the ocean, or ocean heat content, plays an important role in the Earth's climate system for several reasons. First, the amount of heat absorbed by the ocean affects its temperature. Sea surface temperature is especially important (see the Sea Surface Temperature indicator on p. 38) because surface waters exchange heat with the air and influence weather patterns. Deeper waters also absorb heat, however. Water also has a much higher heat capacity than air, meaning the oceans can absorb larger amounts of heat energy with only a slight increase in temperature.

Greenhouse gases are trapping more energy from the sun, and the oceans are currently absorbing a significant fraction of this extra heat.[1] If not for the large heat storage capacity provided by the oceans, the atmosphere would grow warmer at a much faster rate.[2] Increased heat absorption can change the dynamics of the ocean, however, because many currents are driven by differences in temperature. These currents influence climate patterns and sustain ecosystems—for example, coastal fishing grounds that depend on upwelling currents to bring nutrients to the surface. Because water expands slightly as it gets warmer, an increase in ocean heat content will also increase the volume of water in the ocean, which is one cause of the observed increases in sea level (see the Sea Level indicator on p. 40).

## About the Indicator

This indicator shows trends in global ocean heat content to a depth of 700 meters (nearly 2,300 feet) from 1955 to 2008. The indicator measures ocean heat content in joules, which is a unit of energy.

*(Continued on page 37)*

### Figure 1. Ocean Heat Content, 1955–2008

*This figure shows changes in ocean heat content between 1955 and 2008. Ocean heat content is measured in joules, a unit of energy, and compared against the long-term average, which is set at zero.*



Data sources: Domingues et al., 2008;[3] Ishii and Kimoto, 2009;[4] Levitus et al., 2009[5]

BLM_0046206



## Key Points

- In three different data interpretations, the long-term trend shows that ocean heat content has increased substantially since 1955 (see Figure 1).

- Although concentrations of greenhouse gases have risen at a steady rate over the past few decades (see the Atmospheric Concentrations of Greenhouse Gases indicator on p. 14), the rate of change in ocean heat content can vary greatly from year to year (see Figure 1). Year-to-year changes are influenced by events such as volcanic eruptions and recurring ocean-atmosphere patterns such as El Niño.

The National Oceanic and Atmospheric Administration and the National Aeronautics and Space Administration collected these data using a variety of ocean profiling instruments launched from ships and airplanes and, more recently, underwater robots. Thus, the data must be carefully adjusted to account for different measurement techniques. Scientists' understanding of how to correct the data has evolved over time, leading to changes in the trend line. Figure 1 shows three different interpretations of the same underlying data.

## Indicator Limitations

Data must be carefully reconstructed and filtered for biases because of different data collection techniques and uneven sampling over time and space. Various methods of correcting the data have led to slightly different versions of the ocean heat trend line. Scientists continue to compare their results and improve their estimates over time. They also test their ocean heat estimates by looking at corresponding changes in other properties of the ocean. For example, they can check to see whether observed changes in sea level match the amount of sea level rise that would be expected based on the estimated change in ocean heat.

## Data Sources

Data for this indicator were collected by the National Oceanic and Atmospheric Administration and the National Aeronautics and Space Administration, and were analyzed by Domingues et al. (2008),[6] Ishii and Kimoto (2009),[7] and Levitus et al. (2009).[8]

BLM_0046207



# Sea Surface Temp

This indicator describes global trends in sea surface temperature.

## Background

Sea surface temperature—the temperature of the water at the ocean surface—is an important physical attribute of the world's oceans. The surface temperature of the world's oceans varies mainly with latitude, with the warmest waters at the equator and the coldest waters in the Arctic and Antarctic regions. As air temperatures change, so can sea surface temperatures, as well as the ocean circulation patterns that transport warm and cold water around the globe.

Changes in sea surface temperature can alter marine ecosystems in several ways. For example, variations in ocean temperature can affect what species of plants and animals are present in a location, alter migration and breeding patterns, threaten fragile ocean life such as corals, and change the frequency and intensity of harmful algal blooms.[9] Over the long term, increases in sea surface temperature also can reduce the amount of nutrients supplied to surface waters from the deep sea, leading to declines in fish populations.[10]

Because the oceans constantly interact with the atmosphere, sea surface temperature also can have profound effects on global climate. Based on changes in sea surface temperature, the amount of atmospheric water vapor over the oceans is estimated to have increased by about 5 percent during the 20th century.[11] This water vapor feeds weather systems that produce precipitation, and the increase in water vapor increases the risk of heavy rain and snow (see the Heavy Precipitation and Tropical Cyclone Intensity indicators on p. 30 and p. 32, respectively). Changes in sea surface temperature can also shift precipitation patterns, potentially leading to droughts in some areas.

## Figure 1. Average Global Sea Surface Temperature, 1880–2009

*This graph shows how the average surface temperature of the world's oceans has changed since 1880. This graph uses the 1971 to 2000 average as a baseline for depicting change. Choosing a different baseline period would not change the shape of the trend. The shaded band shows the likely range of values, based on the number of measurements collected and the precision of the methods used.*



Data source: NOAA, 2010[12]



BLM_0046208

## Example of a Sea Surface Temperature Map

*This image is an example of a sea surface temperature map based on satellite measurements and computer models. "Warm" colors such as red and orange indicate warmer water temperatures.*



Source: NASA, 2008[13]

### Key Points

- Sea surface temperature increased over the 20th century. From 1901 through 2009, temperatures rose at an average rate of 0.12 degrees per decade. Over the last 30 years, sea surface temperatures have risen more quickly at a rate of 0.21 degrees per decade (see Figure 1).

- Sea surface temperatures have been higher during the past three decades than at any other time since 1880 (see Figure 1).

- The largest increases in sea surface temperature occurred in two key periods: between 1910 and 1940, and from 1970 to the present. Sea surface temperatures appear to have cooled between 1880 and 1910 (see Figure 1).

## About the Indicator

This indicator tracks average global sea surface temperature from 1880 through 2009 using data compiled by the National Oceanic and Atmospheric Administration. Techniques for measuring sea surface temperature have evolved since the 1800s. For instance, the earliest data were collected by inserting a thermometer into a water sample collected by lowering a bucket from a ship. Today, temperature measurements are collected more systematically from ships, as well as at stationary buoys.

The data for this indicator have been carefully reconstructed and filtered to correct for biases in the different collection techniques and to minimize the effects of sampling changes over various locations and times. The data are shown as anomalies, or differences, compared with the average sea surface temperature from 1971 to 2000.

## Indicator Limitations

Because this indicator tracks sea surface temperature at a global scale, the data cannot be used to analyze local or regional trends.

Due to denser sampling and improvements in sample design and measurement techniques, newer data have more certainty than older data. The earlier trends shown by this indicator are less precise because of lower sampling frequency and less precise sampling methods.

## Data Sources

Data for this indicator were provided by the National Oceanic and Atmospheric Administration's National Climatic Data Center and are available online at: www.ncdc.noaa.gov/oa/climate/research/sst/ersstv3.php. These data were reconstructed from actual measurements of water temperature, which are available from the National Oceanic and Atmospheric Administration at: http://icoads.noaa.gov/products.html.

BLM_0046209



# Sea Level

This indicator describes how sea level has changed over time. The indicator describes two types of sea level trends: absolute and relative.

## Background

As the temperature of the ocean changes (see the Sea Surface Temperature indicator on p. 38), so does sea level. Temperature and sea level are linked for two main reasons:

1. Changes in the volume of water and ice on land (namely glaciers and ice sheets) can increase or decrease the volume of water in the ocean.

2. As water warms, it expands slightly—an effect that is magnified over the entire surface and depth of the oceans.

Changing sea levels can affect human activities in coastal areas. For example, rising sea levels can lead to increased flooding and erosion, which is a particular concern in low-lying areas. Sea level rise also can alter ecosystems, transforming marshes and other wetlands into open waters and freshwater systems to salt water.

The sea level changes that affect coastal systems involve more than just expanding oceans, however, because the Earth's continents can also rise and fall relative to the oceans. Land can rise through processes such as sediment accumulation (the process that built the Mississippi Delta) and geological uplift (for example, over long timeframes as tectonic plates collide and build mountain ranges, and over shorter timeframes as glaciers melt and the land below is no longer weighed down by heavy ice). In other areas, land can sink because of erosion, sediment compaction, natural subsidence (sinking due to geologic changes), or engineering projects that prevent rivers from naturally depositing sediments along their banks. Changes in ocean currents such as the Gulf Stream can also affect sea levels by pushing more water against some coastlines and pulling it away from others, raising or lowering sea levels accordingly.

Scientists account for these types of changes by measuring sea level in two different ways. *Relative* sea level is the height of the ocean relative to the land elevation at a particular location. In contrast, *absolute* sea level strictly measures the height of the ocean surface above the center of the earth, without regard to whether nearby land is also rising or falling.

## Figure 1. Trends in Global Average Absolute Sea Level, 1870–2008

*This graph shows how the average absolute sea level of the world's oceans has changed since 1870, based on a combination of long-term tidal gauge measurements and recent satellite measurements. Absolute sea level does not account for changes in land elevation. The shaded band shows the likely range of values, based on the number of measurements collected and the precision of the methods used.*



Data sources: CSIRO, 2009;[14] University of Colorado at Boulder, 2009[15]



BLM_0046210

## Key Points

- After a period of approximately 2,000 years of little change, average sea levels rose worldwide throughout the 20th century, and the rate of change has accelerated in recent years.[16] When averaged over all the world's oceans, absolute sea level increased at an average rate of 0.06 inches per year from 1870 to 2008 (see Figure 1). From 1993 to 2008, however, average sea level rose at a rate of 0.11 to 0.13 inches per year—roughly twice as fast as the long-term trend.

- Relative sea level rose along much of the U.S. coastline between 1958 and 2008, particularly the Mid-Atlantic coast and parts of the Gulf coast, where some stations registered increases of more than 8 inches (see Figure 2). Meanwhile, relative sea level fell at some locations in Alaska and the Pacific Northwest. At those sites, even if absolute sea level has risen, land elevation has apparently risen faster.

- While absolute sea level has increased steadily overall, particularly in recent decades, regional trends vary, and absolute sea level has decreased in some places.[17] Relative sea level also has not risen uniformly because of regional and local changes in land movement and long-term changes in coastal circulation patterns.

## About the Indicator

This indicator presents trends in sea level based on measurements from tidal gauges and from satellites that orbit the Earth. Tidal gauges measure relative sea level at points along the coast, while satellite instruments measure absolute sea level over nearly the entire ocean surface. Many tidal gauges have collected data for more than 100 years, while satellites have collected data since the early 1990s.

Figure 1 shows trends in absolute sea levels averaged over the entire Earth's ocean surface. The long-term trend is based on tidal gauge data that have been adjusted to show absolute global trends through calibration with recent satellite data. Figure 2 shows trends at a more local scale, highlighting the 1958 to 2008 change in relative sea level at 76 tidal gauges along the Atlantic, Pacific, and Gulf coasts of the United States.

## Indicator Limitations

Relative sea level trends represent a combination of absolute sea level change and any local land movement. Tidal gauge measurements such as those in Figure 2 generally cannot distinguish between these two different influences without an accurate measurement of vertical land motion nearby.

Some changes in relative and absolute sea level can be due to multi-year cycles such as El Niño, which affect coastal ocean temperatures; salt content; winds; atmospheric pressure; and currents. Obtaining a reliable trend can require many years of data, which is why the satellite record in Figure 1 has been supplemented with a longer-term reconstruction based on tidal gauge measurements.

## Data Sources

Absolute sea level trends were provided by Australia's Commonwealth Scientific and Industrial Research Organisation and the University of Colorado. These data are based on measurements collected by satellites and tidal gauges. Relative sea level data are available from the National Oceanic and Atmospheric Administration, which publishes an interactive online map (http://tidesandcurrents.noaa.gov/sltrends/slrmap.html) with links to detailed data for each tidal gauge.

## Figure 2. Trends in Relative Sea Level Along U.S. Coasts, 1958–2008

*This map shows changes in relative sea level from 1958 to 2008 at tidal gauge stations along U.S. coasts. Relative sea level accounts for changes in sea level as well as land elevation.*



Data source: NOAA, 2009[18]



Relative sea level change (inches):

| ≤ -8 | -7.99 to -6 | -5.99 to -4 | -3.99 to -2 | -1.99 to 0 | 0.01 to 2 | 2.01 to 4 | 4.01 to 6 | 6.01 to 8 | > 8 |
|---|---|---|---|---|---|---|---|---|---|

BLM_0046211