estimated to be between 63.0 and 84.4 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 13.2 percent below to 16.3 percent above the 2010 emission estimate of 72.6 Tg $CO_2$ Eq.

Table 3-31: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Coal Mining (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg CO₂ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg CO₂ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Coal Mining | CH₄ | 72.6 | 63.0 | 84.4 | -13.2% | +16.3% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Recalculations Discussion

For the current inventory, updated mine maps were received for the Oak Grove and Jim Walter Resources (JWR) mines, which provided a more accurate depiction of the dates that certain pre-drainage CMM wells were mined through. As a result, the mined-through dates were adjusted for some wells based on updated mine plans, and underground emissions avoided values changed slightly from 2005 to 2009.

## 3.5.    Abandoned Underground Coal Mines (IPCC Source Category 1B1a)

Underground coal mines contribute the largest share of $CH_4$ emissions, with active underground mines the leading source of underground emissions. However, mines also continue to release $CH_4$ after closure. As mines mature and coal seams are mined through, mines are closed and abandoned. Many are sealed and some flood through intrusion of groundwater or surface water into the void. Shafts or portals are generally filled with gravel and capped with a concrete seal, while vent pipes and boreholes are plugged in a manner similar to oil and gas wells. Some abandoned mines are vented to the atmosphere to prevent the buildup of $CH_4$ that may find its way to surface structures through overburden fractures. As work stops within the mines, the $CH_4$ liberation decreases but it does not stop completely. Following an initial decline, abandoned mines can liberate $CH_4$ at a near-steady rate over an extended period of time, or, if flooded, produce gas for only a few years. The gas can migrate to the surface through the conduits described above, particularly if they have not been sealed adequately. In addition, diffuse emissions can occur when $CH_4$ migrates to the surface through cracks and fissures in the strata overlying the coal mine. The following factors influence abandoned mine emissions:

- Time since abandonment;

- Gas content and adsorption characteristics of coal;

- $CH_4$ flow capacity of the mine;

- Mine flooding;

- Presence of vent holes; and

- Mine seals.

Gross abandoned mine $CH_4$ emissions ranged from 6.0 to 9.1 Tg $CO_2$ Eq. from 1990 through 2010, varying, in general, by less than 1 to approximately 19 percent from year to year. Fluctuations were due mainly to the number of mines closed during a given year as well as the magnitude of the emissions from those mines when active. Gross abandoned mine emissions peaked in 1996 (9.1 Tg $CO_2$ Eq.) due to the large number of mine closures from 1994 to 1996 (70 gassy mines closed during the three-year period). In spite of this rapid rise, abandoned mine emissions have been generally on the decline since 1996. There were fewer than fifteen gassy mine closures during each of the years from 1998 through 2010, with only five closures in 2010. By 2010, gross abandoned mine emissions decreased slightly to 7.6 Tg $CO_2$ Eq. (see Table 3-32 and Table 3-33). Gross emissions are reduced by $CH_4$

BLM_0046963

recovered and used at 38 mines, resulting in net emissions in 2010 of 5.0 Tg $CO_2$ Eq.

Table 3-32:  $CH_4$ Emissions from Abandoned Coal Mines (Tg $CO_2$ Eq.)

| Activity | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| Abandoned Underground | | | | | | | | |
|   Mines | 6.0 | | 7.0 | 7.6 | 8.9 | 9.0 | 8.1 | 7.6 |
| Recovered & Used | + | | 1.5 | 2.2 | 3.6 | 3.7 | 3.0 | 2.7 |
| **Total** | **6.0** | | **5.5** | **5.5** | **5.3** | **5.3** | **5.1** | **5.0** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.
Note:  Totals may not sum due to independent rounding.

Table 3-33:  $CH_4$ Emissions from Abandoned Coal Mines (Gg)

| Activity | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| Abandoned Underground | | | | | | | | |
|   Mines | 288 | | 334 | 364 | 425 | 429 | 388 | 364 |
| Recovered & Used | + | | 70 | 103 | 172 | 177 | 143 | 126 |
| **Total** | **288** | | **264** | **261** | **254** | **253** | **244** | **237** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.
Note:  Totals may not sum due to independent rounding.

## Methodology

Estimating $CH_4$ emissions from an abandoned coal mine requires predicting the emissions of a mine from the time of abandonment through the inventory year of interest.  The flow of $CH_4$ from the coal to the mine void is primarily dependent on the mine's emissions when active and the extent to which the mine is flooded or sealed.  The $CH_4$ emission rate before abandonment reflects the gas content of the coal, rate of coal mining, and the flow capacity of the mine in much the same way as the initial rate of a water-free conventional gas well reflects the gas content of the producing formation and the flow capacity of the well.  A well or a mine which produces gas from  a coal seam and the surrounding strata will produce less gas through time as the reservoir of gas is depleted.  Depletion of a reservoir will follow a predictable pattern that depends on the interplay of a variety of natural physical conditions imposed on the reservoir.  The depletion of a reservoir is commonly modeled by mathematical equations and mapped as a type curve.  Type curves, which are also referred to as decline curves, have been developed for abandoned coal mines.  Existing data on abandoned mine emissions through time, although sparse, appear to fit the hyperbolic type of decline curve used in forecasting production from natural gas wells.

In order to estimate $CH_4$ emissions over time for a given mine, it is necessary to apply a decline function, initiated upon abandonment, to that mine.  In the analysis, mines were grouped by coal basin with the assumption that they will generally have the same initial pressures, permeability, and isotherm.  As $CH_4$ leaves the system, the reservoir pressure, Pr, declines as described by the isotherm.  The emission rate declines because the mine pressure (Pw) is essentially constant at atmospheric pressure, for a vented mine, and the productivity index (PI) term is essentially constant at the pressures of interest (atmospheric to 30 psia).  A rate-time equation can be generated that can be used to predict future emissions.  This decline through time is hyperbolic in nature and can be empirically expressed as:

$$q = q_i \, (1+bD_it)^{(-1/b)}$$

where,

    q    = Gas rate at time t in mmcf/d
    $q_i$    = Initial gas rate at time zero ($t_o$) in million cubic feet per day mmcfd)
    b    = The hyperbolic exponent, dimensionless
    $D_i$    = Initial decline rate, 1/yr
    t = Elapsed time from $t_o$ (years)

This equation is applied to mines of various initial emission rates that have similar initial pressures, permeability and adsorption isotherms (EPA 2003).

The decline curves created to model the gas emission rate of coal mines must account for factors that decrease the rate of emission after mining activities cease, such as sealing and flooding.  Based on field measurement data, it was

BLM_0046964

assumed that most U.S. mines prone to flooding will become completely flooded within eight years and therefore no longer have any measurable $CH_4$ emissions. Based on this assumption, an average decline rate for flooding mines was established by fitting a decline curve to emissions from field measurements. An exponential equation was developed from emissions data measured at eight abandoned mines known to be filling with water located in two of the five basins. Using a least squares, curve-fitting algorithm, emissions data were matched to the exponential equation shown below. There was not enough data to establish basin-specific equations as was done with the vented, non-flooding mines (EPA 2003).

$$q = q_{ie}^{(-Dt)}$$

where,

  q  = Gas flow rate at time t in mcf/d
  $q_i$  = Initial gas flow rate at time zero ($t_o$) in mcfd
  D  = Decline rate, 1/yr
  t  = Elapsed time from $t_o$ (years)

Seals have an inhibiting effect on the rate of flow of $CH_4$ into the atmosphere compared to the rate that would be emitted if the mine had an open vent. The total volume emitted will be the same, but will occur over a longer period. The methodology, therefore, treats the emissions prediction from a sealed mine similar to emissions from a vented mine, but uses a lower initial rate depending on the degree of sealing. The computational fluid dynamics simulator was again used with the conceptual abandoned mine model to predict the decline curve for inhibited flow. The percent sealed is defined as 100 × (1 − (initial emissions from sealed mine / emission rate at abandonment prior to sealing)). Significant differences are seen between 50 percent, 80 percent and 95 percent closure. These decline curves were therefore used as the high, middle, and low values for emissions from sealed mines (EPA 2003).

For active coal mines, those mines producing over 100 mcfd account for 98 percent of all $CH_4$ emissions. This same relationship is assumed for abandoned mines. It was determined that 469 abandoned mines closing after 1972 produced emissions greater than 100 mcfd when active. Further, the status of 273 of the 469 mines (or 58 percent) is known to be either: 1) vented to the atmosphere; 2) sealed to some degree (either earthen or concrete seals); or, 3) flooded (enough to inhibit $CH_4$ flow to the atmosphere). The remaining 42 percent of the mines were placed in one of the three categories by applying a probability distribution analysis based on the known status of other mines located in the same coal basin (EPA 2003).

Table 3-34:  Number of gassy abandoned mines occurring in U.S. basins grouped by class according to post-abandonment state

| Basin | Sealed | Vented | Flooded | Total Known | Unknown | Total Mines |
|-------|--------|--------|---------|-------------|---------|-------------|
| Central Appl. | 25 | 25 | 48 | 98 | 129 | 227 |
| Illinois | 30 | 3 | 14 | 47 | 26 | 73 |
| Northern Appl. | 42 | 22 | 16 | 80 | 36 | 116 |
| Warrior Basin | 0 | 0 | 16 | 16 | 0 | 16 |
| Western Basins | 27 | 3 | 2 | 32 | 10 | 42 |
| **Total** | **124** | **53** | **96** | **273** | **196** | **474** |

Inputs to the decline equation require the average emission rate and the date of abandonment. Generally this data is available for mines abandoned after 1972; however, such data are largely unknown for mines closed before 1972. Information that is readily available such as coal production by state and county are helpful, but do not provide enough data to directly employ the methodology used to calculate emissions from mines abandoned after 1971. It is assumed that pre-1972 mines are governed by the same physical, geologic, and hydrologic constraints that apply to post-1972 mines; thus, their emissions may be characterized by the same decline curves.

During the 1970s, 78 percent of $CH_4$ emissions from coal mining came from seventeen counties in seven states. In addition, mine closure dates were obtained for two states, Colorado and Illinois, for the hundred year period extending from 1900 through 1999. The data were used to establish a frequency of mine closure histogram (by decade) and applied to the other five states with gassy mine closures. As a result, basin-specific decline curve equations were applied to 145 gassy coal mines estimated to have closed between 1920 and 1971 in the United

BLM_0046965

States, representing 78 percent of the emissions.  State-specific, initial emission rates were used based on average coal mine $CH_4$ emissions rates during the 1970s (EPA 2003).

Abandoned mines emission estimates are based on all closed mines known to have active mine $CH_4$ ventilation emission rates greater than 100 mcfd at the time of abandonment.  For example, for 1990 the analysis included 145 mines closed before 1972 and 258 mines closed between 1972 and 1990.  Initial emission rates based on MSHA reports, time of abandonment, and basin-specific decline curves influenced by a number of factors were used to calculate annual emissions for each mine in the database.  Coal mine degasification data are not available for years prior to 1990, thus the initial emission rates used reflect ventilation emissions only for pre-1990 closures.  $CH_4$ degasification amounts were added to the quantity of $CH_4$ ventilated for the total $CH_4$ liberation rate for seventeen mines that closed between 1992 and 2010.  Since the sample of gassy mines (with active mine emissions greater than 100 mcfd) is assumed to account for 78 percent of the pre-1971 and 98 percent of the post-1971 abandoned mine emissions, the modeled results were multiplied by 1.22 and 1.02 to account for all U.S. abandoned mine emissions.

From 1993 through 2010, emission totals were downwardly adjusted to reflect abandoned mine $CH_4$ emissions avoided from those mines.  The inventory totals were not adjusted for abandoned mine reductions in 1990 through 1992, because no data was reported for abandoned coal mining $CH_4$ recovery projects during that time.

## Uncertainty and Time-Series Consistency

A quantitative uncertainty analysis was conducted to estimate the uncertainty surrounding the estimates of emissions from abandoned underground coal mines.  The uncertainty analysis described below provides for the specification of probability density functions for key variables within a computational structure that mirrors the calculation of the inventory estimate.  The results provide the range within which, with 95 percent certainty, emissions from this source category are likely to fall.

As discussed above, the parameters for which values must be estimated for each mine in order to predict its decline curve are: 1) the coal's adsorption isotherm; 2) $CH_4$ flow capacity as expressed by permeability; and 3) pressure at abandonment.  Because these parameters are not available for each mine, a methodological approach to estimating emissions was used that generates a probability distribution of potential outcomes based on the most likely value and the probable range of values for each parameter.  The range of values is not meant to capture the extreme values, but values that represent the highest and lowest quartile of the cumulative probability density function of each parameter.  Once the low, mid, and high values are selected, they are applied to a probability density function.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 3-35.  Abandoned coal mines $CH_4$ emissions in 2010 were estimated to be between 3.88 and 6.05 Tg $CO_2$ Eq. at a 95 percent confidence level.  This indicates a range of 22 percent below to 21 percent above the 2010 emission estimate of 4.98 Tg $CO_2$ Eq.  One of the reasons for the relatively narrow range is that mine-specific data is used in the methodology.  The largest degree of uncertainty is associated with the unknown status mines (which account for 42 percent of the mines), with a ±51 percent uncertainty.

Table 3-35:  Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Abandoned Underground Coal Mines (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Abandoned Underground Coal Mines | $CH_4$ | 4.98 | 3.88 | 6.05 | -22% | +21% |

[a] Range of emission estimates predicted by Monte Carlo Simulation for a 95 percent confidence interval.

## Recalculations Discussion

After last year's submission of the 1990-2009 Inventory, a small error in the calculations spreadsheet for Abandoned

BLM_0046966

Underground Coal Mines was discovered. This error was fixed in preparation of this year's Inventory and as a result some of the emissions estimates for this source category in past years differ from last year's report. No new data or methodologies were used to recalculate these values.

## 3.6.   Natural Gas Systems (IPCC Source Category 1B2b)

The U.S. natural gas system encompasses hundreds of thousands of wells, hundreds of processing facilities, and over a million miles of transmission and distribution pipelines. Overall, natural gas systems emitted 215.4 Tg $CO_2$ Eq. (10,259 Gg) of $CH_4$ in 2010, a 14 percent increase over 1990 emissions (see Table 3-36 and Table 3-37) and 32.3 Tg $CO_2$ Eq. (32,301 Gg) of non-combustion $CO_2$ in 2010, a 14 percent decrease over 1990 emissions (see Table 3-38 and Table 3-39). Improvements in management practices and technology, along with the replacement of older equipment, have helped to stabilize emissions. Methane emissions increased since 2008 due to an increase in production and production wells.

$CH_4$ and non-combustion $CO_2$ emissions from natural gas systems are generally process related, with normal operations, routine maintenance, and system upsets being the primary contributors. Emissions from normal operations include: natural gas engines and turbine uncombusted exhaust, bleed and discharge emissions from pneumatic devices, and fugitive emissions from system components. Routine maintenance emissions originate from pipelines, equipment, and wells during repair and maintenance activities. Pressure surge relief systems and accidents can lead to system upset emissions. Below is a characterization of the four major stages of the natural gas system. Each of the stages is described and the different factors affecting $CH_4$ and non-combustion $CO_2$ emissions are discussed.

*Field Production.*   In this initial stage, wells are used to withdraw raw gas from underground formations. Emissions arise from the wells themselves, gathering pipelines, and well-site gas treatment facilities such as dehydrators and separators. Emissions from pneumatic devices, gas wells with liquids unloading, and gas well completions and re-completions (workovers) with and without hydraulic fracturing account for the majority of $CH_4$ emissions. Flaring emissions account for the majority of the non-combustion $CO_2$ emissions. Emissions from field production accounted for approximately 58 percent of $CH_4$ emissions and about 34 percent of non-combustion $CO_2$ emissions from natural gas systems in 2010.

*Processing.*   In this stage, natural gas liquids and various other constituents from the raw gas are removed, resulting in "pipeline quality" gas, which is injected into the transmission system. Fugitive $CH_4$ emissions from compressors, including compressor seals, are the primary emission source from this stage. The majority of non-combustion $CO_2$ emissions come from acid gas removal units, which are designed to remove $CO_2$ from natural gas. Processing plants account for about 8 percent of $CH_4$ emissions and approximately 66 percent of non-combustion $CO_2$ emissions from natural gas systems.

*Transmission and Storage.*   Natural gas transmission involves high pressure, large diameter pipelines that transport gas long distances from field production and processing areas to distribution systems or large volume customers such as power plants or chemical plants. Compressor station facilities, which contain large reciprocating and turbine compressors, are used to move the gas throughout the United States transmission system. Fugitive $CH_4$ emissions from these compressor stations and from metering and regulating stations account for the majority of the emissions from this stage. Pneumatic devices and engine uncombusted exhaust are also sources of $CH_4$ emissions from transmission facilities.

Natural gas is also injected and stored in underground formations, or liquefied and stored in above ground tanks, during periods of low demand (e.g., summer), and withdrawn, processed, and distributed during periods of high demand (e.g., winter). Compressors and dehydrators are the primary contributors to emissions from these storage facilities. $CH_4$ emissions from the transmission and storage sector account for approximately 20 percent of emissions from natural gas systems, while $CO_2$ emissions from transmission and storage account for less than 1 percent of the non-combustion $CO_2$ emissions from natural gas systems.

*Distribution.*   Distribution pipelines take the high-pressure gas from the transmission system at "city gate" stations, reduce the pressure and distribute the gas through primarily underground mains and service lines to individual end users. There were over 1,202,000 miles of distribution mains in 2010, an increase of approximately 258,000 miles since 1990 (OPS 2010b). Distribution system emissions, which account for approximately 13 percent of $CH_4$

BLM_0046967

emissions from natural gas systems and less than 1 percent of non-combustion $CO_2$ emissions, result mainly from fugitive emissions from gate stations and pipelines. An increased use of plastic piping, which has lower emissions than other pipe materials, has reduced emissions from this stage. Distribution system $CH_4$ emissions in 2010 were 15 percent lower than 1990 levels.

Table 3-36 and Table 3-37 show total $CH_4$ emissions for the four major stages of natural gas systems, in Tg CO2 Eq (Table 3-36) and Gg (Table 3-37). Table 3-38 gives more information on how the numbers in 3-36 were calculated. Table 3-38 shows the calculated $CH_4$ release (i.e. potential emissions before any controls are applied) from each stage, and the amount of that $CH_4$ that is estimated to have been flared, captured, or otherwise controlled, and therefore not emitted to the atmosphere. Subtracting the $CH_4$ that is controlled from the quantity of $CH_4$ that was calculated to be released results in the emissions totals.

Table 3-36: $CH_4$ Emissions from Natural Gas Systems (Tg $CO_2$ Eq.)*

| Stage | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Field Production | 89.0 | 105.2 | 133.8 | 117.8 | 123.2 | 129.4 | 126.0 |
| Processing | 18.0 | 14.6 | 14.8 | 15.5 | 16.2 | 17.8 | 17.1 |
| Transmission and Storage | 49.2 | 41.4 | 40.9 | 42.5 | 43.3 | 44.7 | 43.8 |
| Distribution | 33.4 | 29.3 | 28.3 | 29.4 | 29.9 | 29.1 | 28.5 |
| **Total** | **189.6** | **190.5** | **217.7** | **205.3** | **212.7** | **220.9** | **215.4** |

*These values represent $CH_4$ emitted to the atmosphere. $CH_4$ that is captured (and not emitted to the atmosphere) has been calculated and removed from emission totals.
Note: Totals may not sum due to independent rounding.

Table 3-37: $CH_4$ Emissions from Natural Gas Systems (Gg)*

| Stage | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Field Production | 4,240 | 5,011 | 6,370 | 5,611 | 5,869 | 6,161 | 6,002 |
| Processing | 855 | 694 | 704 | 737 | 770 | 837 | 812 |
| Transmission and Storage | 2,343 | 1,971 | 1,949 | 2,024 | 2,062 | 2,127 | 2,086 |
| Distribution | 1,591 | 1,395 | 1,346 | 1,402 | 1,426 | 1,384 | 1,359 |
| **Total** | **9,029** | **9,071** | **10,369** | **9,774** | **10,127** | **10,519** | **10,259** |

* These values represent $CH_4$ emitted to the atmosphere. $CH_4$ that is captured (and not emitted to the atmosphere) has been calculated and removed from emission totals.
Note: Totals may not sum due to independent rounding.

Table 3-38: Calculated Potential $CH_4$ and Captured/Combusted $CH_4$ from Natural Gas Systems (Tg $CO_2$ Eq.)

| | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **Calculated Potential‡** | **189.4** | **240.2** | **295.7** | **274.2** | **293.3** | **288.5** | **288.6** |
| Field Production | 88.9 | 141.0 | 197.8 | 173.7 | 191.2 | 186.9 | 185.9 |
| Processing | 17.9 | 17.3 | 17.7 | 18.2 | 19.0 | 19.3 | 20.1 |
| Transmission and Storage | 49.2 | 51.9 | 51.0 | 52.0 | 52.6 | 52.5 | 53.0 |
| Distribution | 33.4 | 30.0 | 29.3 | 30.2 | 30.5 | 29.9 | 29.6 |
| **Captured/Combusted** | **(0.2)*** | **49.7** | **77.9** | **68.9** | **80.6** | **67.6** | **73.1** |
| Field Production | + | 35.8 | 64.0 | 55.9 | 67.9 | 57.5 | 59.8 |
| Processing | + | 2.7 | 2.9 | 2.8 | 2.8 | 1.5 | 3.0 |
| Transmission and Storage | + | 10.5 | 10.1 | 9.5 | 9.2 | 7.8 | 9.2 |
| Distribution | + | 0.7 | 1.0 | 0.8 | 0.6 | 0.9 | 1.1 |
| **Net Emissions** | **189.6** | **190.5** | **217.7** | **205.3** | **212.7** | **220.9** | **215.4** |
| Field Production | 89.0 | 105.2 | 133.8 | 117.8 | 123.2 | 129.4 | 126.0 |
| Processing | 18.0 | 14.6 | 14.8 | 15.5 | 16.2 | 17.8 | 17.1 |
| Transmission and Storage | 49.2 | 41.4 | 40.9 | 42.5 | 43.3 | 44.7 | 43.8 |
| Distribution | 33.4 | 29.3 | 28.3 | 29.4 | 29.9 | 29.1 | 28.5 |

Note: Totals may not sum due to independent rounding.
*The base year of the factors used is 1992; for reductions reported between 1990 and 1992, it is assumed that reductions are already taken into account in the Calculated Potential values and the reduction is added back into the estimate for the

BLM_0046968

appropriate year(s). For 1990, this table shows the value added back into the estimate.
+ Emissions are less than 0.1 Tg $CO_2$ Eq.
‡ In this context, "potential" means the total emissions calculated before voluntary reductions/regulatory controls are applied.

Table 3-39: Non-combustion $CO_2$ Emissions from Natural Gas Systems (Tg $CO_2$ Eq.)

| Stage | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Field Production | 9.7 | 8.0 | 9.4 | 9.7 | 11.3 | 10.9 | 10.8 |
| Processing | 27.8 | 21.7 | 21.2 | 21.2 | 21.4 | 21.2 | 21.3 |
| Transmission and Storage | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Distribution | + | + | + | + | + | + | + |
| **Total** | **37.6** | **29.9** | **30.8** | **31.0** | **32.8** | **32.2** | **32.3** |

Note:  Totals may not sum due to independent rounding.
+ Emissions are less than 0.1 Tg $CO_2$ Eq.

Table 3-40: Non-combustion $CO_2$ Emissions from Natural Gas Systems (Gg)

| Stage | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Field Production | 9,703 | 8,049 | 9,437 | 9,745 | 11,335 | 10,875 | 10,848 |
| Processing | 27,763 | 21,746 | 21,214 | 21,199 | 21,385 | 21,188 | 21,346 |
| Transmission and Storage | 62 | 64 | 63 | 64 | 65 | 65 | 65 |
| Distribution | 46 | 41 | 40 | 41 | 42 | 41 | 41 |
| **Total** | **37,574** | **29,901** | **30,754** | **31,049** | **32,826** | **32,169** | **32,301** |

Note:  Totals may not sum due to independent rounding.

## Methodology

The primary basis for estimates of $CH_4$ and non-combustion-related $CO_2$ emissions from the U.S. natural gas industry is a detailed study by the Gas Research Institute and EPA (EPA/GRI 1996).  The EPA/GRI study developed over 80 $CH_4$ emission factors to characterize emissions from the various components within the operating stages of the U.S. natural gas system.  The same factors were used to estimate both $CH_4$ and non-combustion $CO_2$ emissions. $CO_2$ factors were developed using the $CH_4$ emission factors and average $CO_2$ and $CH_4$ content of gas.  The EPA/GRI study was based on a combination of process engineering studies and measurements at representative gas facilities.  From this analysis, a 1992 emission estimate was developed using the emission factors and activity data drivers from the study, except where direct activity data was available (e.g., offshore platform counts, processing plant counts, transmission pipeline miles, and distribution pipelines).  For other years, a set of industry activity data drivers was developed that can be used to update activity data, where such data is not directly available.  These drivers include statistics on gas production, number of wells, system throughput, miles of various kinds of pipe, and other statistics that characterize the changes in the U.S. natural gas system infrastructure and operations.

Although the inventory primarily uses EPA/GRI emission factors, significant improvements were made to the emissions estimates for three sources with last year's inventory: gas wells with liquids unloading, condensate storage tanks and centrifugal compressors.  In addition, data for two sources not included in the EPA/GRI study – gas well completions and gas well workovers (re-completions) with hydraulic fracturing– were added.  In the case of gas wells with liquids unloading, the methodology was revised to use a large sample of well and reservoir characteristics from the HPDI database (HPDI 2009) along with an engineering statics equation (EPA 2006a) to estimate the volume of natural gas necessary to expel a liquid column choking the well production.  See Annex 3.4 for more information on the methodology for gas wells with liquids unloading.  For condensate storage tanks, sample E&P Tank runs were used as was the case in previous inventories; however, the factor was improved by using a large sample distribution of condensate production by gravity from the HPDI database (HPDI 2009) to weigh the sample simulation flashing emissions rather than assuming a uniform distribution of condensate gravities. Additionally, TERC (TERC 2009) data representing two regions was used in the emission factors for those two regions to estimate the effects of separator dump valves malfunctioning and allowing natural gas to vent through the downstream condensate storage tanks.  The EPA/GRI emission factor for centrifugal compressors (used in earlier

BLM_0046969

inventories) was derived from sampled emissions at the seal face of wet seal compressors. A World Gas Conference publication (WGC 2009) on the seal oil degassing vents was used to update this factor and to also account for the emergence of dry seal centrifugal compressors (EPA 2006b), which eliminates seal oil degassing vents and reduces overall emissions. For more information on this factor, see Annex 3.4. Previous Inventories did not differentiate between wells without hydraulic fracturing and with hydraulic fracturing for completions and workovers. Gas well completions and workovers with hydraulic fracturing were not common at the time the EPA/GRI survey was conducted. Since then, these activities have become more prevalent and emissions data on this activity has become available through a number of sources. Using this data, an emission factor was developed for gas well completions and workovers with hydraulic fracturing. See Annex 3.4 for more detailed information on the methodology and data used to calculate $CH_4$ and non-combustion $CO_2$ emissions from natural gas systems.

The emissions factors described above represent expected emissions from an activity, and do not take into account use of technologies that reduce emissions. To take into account use of such technologies, data is collected on regulatory and voluntary reductions. For more information on these reductions, please see the Annex. The numbers presented in tables 3-36 and 3-37 are the $CH_4$ that is emitted to the atmosphere (i.e., net emissions), not potential emissions without capture or flaring.

Activity data were taken from the following sources: American Gas Association (AGA 1991–1998); Bureau of Ocean Energy Management, Regulation and Enforcement (previous Minerals and Management Service) (BOEMRE 2010a-d); Monthly Energy Review (EIA 2010f); Natural Gas Liquids Reserves Report (EIA 2005); Natural Gas Monthly (EIA 2010b,c,e); the Natural Gas STAR Program annual emissions savings (EPA 2010); Oil and Gas Journal (OGJ 1997–2010); Office of Pipeline Safety (OPS 2010a-b); Federal Energy Regulatory Commission (FERC 2010) and other Energy Information Administration publications (EIA 2001, 2004, 2010a,d); World Oil Magazine (2010a-b). Data for estimating emissions from hydrocarbon production tanks were incorporated (EPA 1999). Coalbed $CH_4$ well activity factors were taken from the Wyoming Oil and Gas Conservation Commission (Wyoming 2009) and the Alabama State Oil and Gas Board (Alabama 2010). Other state well data was taken from: American Association of Petroleum Geologists (AAPG 2004); Brookhaven College (Brookhaven 2004); Kansas Geological Survey (Kansas 2010); Montana Board of Oil and Gas Conservation (Montana 2010); Oklahoma Geological Survey (Oklahoma 2010); Morgan Stanley (Morgan Stanley 2005); Rocky Mountain Production Report (Lippman 2003); New Mexico Oil Conservation Division (New Mexico 2010, 2005); Texas Railroad Commission (Texas 2010a-d); Utah Division of Oil, Gas and Mining (Utah 2010). Emission factors were taken from EPA/GRI (1996). GTI's Unconventional Natural Gas and Gas Composition Databases (GTI 2001) were used to adapt the $CH_4$ emission factors into non-combustion related $CO_2$ emission factors and adjust $CH_4$ emission factors from the EPA/GRI survey. Methane compositions from GTI 2001 are adjusted year to year using gross production by NEMS for oil and gas supply regions from the EIA. Therefore, emission factors may vary from year to year due to slight changes in the $CH_4$ composition for each NEMS oil and gas supply module region. Additional information about $CO_2$ content in transmission quality natural gas was obtained from numerous U.S. transmission companies to help further develop the non-combustion $CO_2$ emission factors.

## Uncertainty and Time-Series Consistency

A quantitative uncertainty analysis was conducted to determine the level of uncertainty surrounding estimates of emissions from natural gas systems. Performed using @RISK software and the IPCC-recommended Tier 2 methodology (Monte Carlo Simulation technique), this analysis provides for the specification of probability density functions for key variables within a computational structure that mirrors the calculation of the inventory estimate. The @RISK model utilizes 1992 (base year) emissions to quantify the uncertainty associated with the emissions estimates using the top twelve emission sources for the year 2010.

The results presented below provide with 95 percent certainty the range within which emissions from this source category are likely to fall for the year 2010. The heterogeneous nature of the natural gas industry makes it difficult to sample facilities that are completely representative of the entire industry. Because of this, scaling up from model facilities introduces a degree of uncertainty. Additionally, highly variable emission rates were measured among many system components, making the calculated average emission rates uncertain. The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 3-41. Natural gas systems $CH_4$ emissions in 2010 were estimated to be between 174.5 and 280.0 Tg $CO_2$ Eq. at a 95 percent confidence level. Natural gas systems non-energy $CO_2$ emissions in 2010 were estimated to be between 26.2 and 42.0 Tg $CO_2$ Eq. at 95 percent confidence level.

BLM_0046970

Table 3-41: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ and Non-energy $CO_2$ Emissions from Natural Gas Systems (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.)[c] | Uncertainty Range Relative to Emission Estimate[a] | | | |
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound[c] | Upper Bound[c] | Lower Bound[c] | Upper Bound[c] |
|---|---|---|---|---|---|---|
| Natural Gas Systems | $CH_4$ | 215.4 | 174.5 | 280.0 | -19% | +30% |
| Natural Gas Systems[b] | $CO_2$ | 32.3 | 26.2 | 42.0 | -19% | +30% |

[a] Range of emission estimates predicted by Monte Carlo Simulation for a 95 percent confidence interval.

[b] An uncertainty analysis for the non-energy $CO_2$ emissions was not performed. The relative uncertainty estimated (expressed as a percent) from the $CH_4$ uncertainty analysis was applied to the point estimate of non-energy $CO_2$ emissions.

[c] All reported values are rounded after calculation. As a result, lower and upper bounds may not be duplicable from other rounded values as shown in table.

## QA/QC and Verification Discussion

The natural gas inventory is continually being reviewed and assessed to determine whether emission factors and activity factors accurately reflect current industry practice. A QA/QC analysis was performed for data gathering and input, documentation, and calculation. In addition, through regulations, public webcasts, and the Natural Gas STAR Program, EPA performs a QA/QC check to determine the assumptions in the Inventory are consistent with current industry practices. Finally, QA/QC checks are consistently conducted to minimize human error in the model calculations.

As a result of the QA/QC checks, two corrections were made in the current Natural Gas Systems estimates. First, the calculation for the $CH_4$ content was corrected. The $CH_4$ content is adjusted for each year by the gross production of natural gas in each state as reported by the EIA. In the previous Inventory, the $CH_4$ content was adjusted incorrectly by including state production totals for which there was no $CH_4$ content data. The current Inventory correctly makes a minor adjustment to the $CH_4$ content using only state productions for which $CH_4$ content is available. Second, emission factors for fugitive emissions from gas wells (i.e., equipment leaks from valves, connectors, and open ended lines on or associated with the wellhead) were corrected. For several NEMS regions these fugitive emission factors from the 1996 GRI study were missing or inconsistent with the study.

## Recalculations Discussion

EPA has received information and data related to the emissions estimates through the inventory preparation process and the formal public notice and comment process of the proposed oil and gas new source performance standards (NSPS) for VOCs. EPA plans to carefully evaluate this and all other relevant information provided. Subsequently, all relevant updates will then be incorporated, as applicable, in the next cycle of the Inventory. See Planned Improvements below. In light of this current review of information and data, for the current Inventory, emissions for the natural gas sector were calculated using the same methodologies, emission factors, and sources of activity data as the 1990-2009 Inventory report. Additionally, EPA has used the estimates for emissions from completions and workovers hydraulically fractured wells from the *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2009* (i.e., maintained the same activity data and voluntary reductions for hydraulically fractured gas well completions and existing hydraulically fractured gas wells), holding constant the 2009 value for the 2010 estimate. Note that the estimates provided in the public review draft were changed because several values for hydraulically fractured well completions had been updated over the time series. Removing these updates resulted in a change of in total sector $CH_4$ emissions of 0.3 percent over the time series from the public review draft.

Some of the calculated emissions for the 1990 through 2009 times series have changed from the previous Inventory report due to corrections noted above in QA/QC and Verification Discussion.

## Planned Improvements

EPA is considering a number of potential improvements for the Natural Gas Systems inventory.

For the production sector, EPA intends to evaluate additional data on emission reductions, particularly those related

BLM_0046971

to gas wells with liquids unloading, and voluntary and regulatory reductions from well completions and, if appropriate, will incorporate revisions into future inventories. Evaluation of reductions associated with liquids unloading will include review of data on controls such as plunger lifts and other artificial lift technologies as appropriate. Additionally, accounting for the uncertainty of emission reductions to more accurately provide upper and lower bounds within the 95 percent confidence interval will be investigated. EPA also intends to investigate improvements to its estimates of emissions from hydraulic fracturing, including revisiting the estimates for workover frequency and the number of well completions. The current method for determining hydraulically fractured gas well completion counts relies on data from state websites. Using this method, gas well counts are limited to those that are published online and, therefore, the number of wells is not entirely complete. Subsequently, an underestimate of the number of gas well completions is expected.

In the storage sector, the emission factors in the Inventory account for flashing emissions from condensate tanks. Measurement studies and anecdotal evidence suggest that, in some cases, produced gas from the separator will bypass the liquid dump valve and vent through the storage tank, which is not taken into account in the current estimates. New data on this source will be reviewed as it becomes available and emissions will be updated, as appropriate.

Data collected through EPA's Greenhouse Gas Reporting Program (40 CFR Part 98, Mandatory Reporting of Greenhouse Gases; Final Rule, Subpart W) will be reviewed for potential improvements to the natural gas systems emission estimates. The rule will collect actual activity data using improved quantification methods from those used in several of the studies which form the basis of the Natural Gas Systems emission estimates. Data collection for Subpart W began January 1, 2011 with emissions reporting beginning in 2012. These data will be reviewed for inclusion into a future Inventory to improve the accuracy and reduce the uncertainty of the emission estimates.

As discussed above, EPA has received information and data related to the emissions estimates through the inventory preparation process and the formal public notice and comment process of the proposed oil and gas new source performance standards (NSPS) for VOCs. EPA plans to carefully evaluate this and all other relevant information provided to us. Subsequently, all relevant updates will then be incorporated, as applicable, in the next cycle of the Inventory.

Finally, EPA is also considering improvements to the documentation of the Natural Gas Systems source category. EPA is considering including a table matching each emission factor and activity factor with its source or calculation methodology. The purpose of this improvement would be to make the calculation methodologies more transparent. In addition, EPA is considering adding additional tables to Annex 3.4 to show activity data and emission factors for previous years. EPA also plans on revising the emissions tables in Annex 3.4 to show voluntary emissions reductions broken out for key emission sources.

### 3.7.   Petroleum Systems (IPCC Source Category 1B2a)

Methane emissions from petroleum systems are primarily associated with crude oil production, transportation, and refining operations. During each of these activities, $CH_4$ emissions are released to the atmosphere as fugitive emissions, vented emissions, emissions from operational upsets, and emissions from fuel combustion. Fugitive and vented $CO_2$ emissions from petroleum systems are primarily associated with crude oil production and refining operations but are negligible in transportation operations. Combustion $CO_2$ emissions from fuels are already accounted for in the Fossil Fuels Combustion source category, and hence have not been taken into account in the Petroleum Systems source category. Total $CH_4$ and $CO_2$ emissions from petroleum systems in 2010 were 31.1 Tg $CO_2$ Eq. (1,478 Gg $CH_4$) and 0.3 Tg $CO_2$ (337 Gg), respectively. Since 1990, $CH_4$ emissions have declined by 11.8 percent, due to industry efforts to reduce emissions and a decline in domestic oil production (see Table 3-42 and Table 3-43). $CO_2$ emissions have also declined by 14.4 percent since 1990 due to similar reasons (see Table 3-44 and Table 3-45).

*Production Field Operations.* Production field operations account for 98.4 percent of total $CH_4$ emissions from petroleum systems. Vented $CH_4$ from field operations account for approximately 90 percent of the emissions from the production sector, uncombusted $CH_4$ emissions (i.e. unburned fuel) account for 6.4 percent, fugitive emissions are 3.5 percent, and process upset emissions are slightly over two-tenths of a percent. The most dominant sources of emissions, in order of magnitude, are shallow water offshore oil platforms, natural-gas-powered high bleed pneumatic devices, oil tanks, natural-gas powered low bleed pneumatic devices, gas engines, deep water offshore platforms, and chemical injection pumps. These seven sources alone emit about 94 percent of the production field operations emissions. Offshore platform emissions are a combination of fugitive, vented, and uncombusted fuel

BLM_0046972

emissions from all equipment housed on oil platforms producing oil and associated gas. Emissions from high and low-bleed pneumatics occur when pressurized gas that is used for control devices is bled to the atmosphere as they cycle open and closed to modulate the system. Emissions from oil tanks occur when the $CH_4$ entrained in crude oil under pressure volatilizes once the crude oil is put into storage tanks at atmospheric pressure. Emissions from gas engines are due to unburned $CH_4$ that vents with the exhaust. Emissions from chemical injection pumps are due to the 25 percent of such pumps that use associated gas to drive pneumatic pumps. The remaining six percent of the emissions are distributed among 26 additional activities within the four categories: vented, fugitive, combustion and process upset emissions. For more detailed, source-level data on $CH_4$ emissions in production field operations, refer to Annex 3.5.

Vented $CO_2$ associated with natural gas emissions from field operations account for 99 percent of the total $CO_2$ emissions from production field operations, while fugitive and process upsets together account for less than 1 percent of the emissions. The most dominant sources of vented emissions are oil tanks, high bleed pneumatic devices, shallow water offshore oil platforms, low bleed pneumatic devices, and chemical injection pumps. These five sources together account for 98.5 percent of the non-combustion $CO_2$ emissions from production field operations, while the remaining 1.5 percent of the emissions is distributed among 24 additional activities within the three categories: vented, fugitive and process upsets.

*Crude Oil Transportation.* Crude oil transportation activities account for less than 0.5 percent of total $CH_4$ emissions from the oil industry. Venting from tanks and marine vessel loading operations accounts for 60.3 percent of $CH_4$ emissions from crude oil transportation. Fugitive emissions, almost entirely from floating roof tanks, account for 18.5 percent. The remaining 21 percent is distributed among six additional sources within these two categories. Emissions from pump engine drivers and heaters were not estimated due to lack of data.

*Crude Oil Refining.* Crude oil refining processes and systems account for less than 1.5 percent of total $CH_4$ emissions from the oil industry because most of the $CH_4$ in crude oil is removed or escapes before the crude oil is delivered to the refineries. There is an insignificant amount of $CH_4$ in all refined products. Within refineries, vented emissions account for about 81 percent of the emissions, while fugitive and combustion emissions account for approximately nine and nine and half percent respectively. Refinery system blowdowns for maintenance and the process of asphalt blowing—with air, to harden the asphalt—are the primary venting contributors. Most of the fugitive $CH_4$ emissions from refineries are from leaks in the fuel gas system. Refinery combustion emissions include small amounts of unburned $CH_4$ in process heater stack emissions and unburned $CH_4$ in engine exhausts and flares.

Asphalt blowing from crude oil refining accounts for 4.5 percent of the total non-combustion $CO_2$ emissions in petroleum systems.

Table 3-42:  $CH_4$ Emissions from Petroleum Systems (Tg $CO_2$ Eq.)

| Activity | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| **Production Field Operations** | **34.7** | | **28.7** | **28.7** | **29.3** | **29.5** | **30.2** | **30.6** |
| Pneumatic device venting | 10.3 | | 8.3 | 8.3 | 8.4 | 8.7 | 8.8 | 8.8 |
| Tank venting | 5.3 | | 3.9 | 3.9 | 4.0 | 3.8 | 4.3 | 4.5 |
| Combustion & process upsets | 1.9 | | 1.5 | 1.5 | 1.5 | 1.6 | 2.0 | 2.0 |
| Misc. venting & fugitives | 16.8 | | 14.5 | 14.5 | 15.0 | 14.8 | 14.6 | 14.7 |
| Wellhead fugitives | 0.6 | | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 |
| **Crude Oil Transportation** | **0.1** | | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** |
| **Refining** | **0.4** | | **0.4** | **0.4** | **0.4** | **0.4** | **0.4** | **0.4** |
| **Total** | **35.2** | | **29.2** | **29.2** | **29.8** | **30.0** | **30.7** | **31.0** |

Note: Totals may not sum due to independent rounding.

Table 3-43:  $CH_4$ Emissions from Petroleum Systems (Gg)

| Activity | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| **Production Field Operations** | **1,653** | | **1,365** | **1,365** | **1,396** | **1,404** | **1,437** | **1,455** |
| Pneumatic device venting | 489 | | 397 | 396 | 398 | 416 | 419 | 420 |
| Tank venting | 250 | | 187 | 188 | 192 | 182 | 206 | 214 |
| Combustion & process upsets | 88 | | 71 | 71 | 72 | 75 | 94 | 97 |
| Misc. venting & fugitives | 799 | | 690 | 692 | 714 | 706 | 693 | 700 |

BLM_0046973

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wellhead fugitives | 26 | 19 | 17 | 20 | 24 | 24 | 24 |
| **Crude Oil Transportation** | 7 | 5 | 5 | 5 | 5 | 5 | 5 |
| **Refining** | 18 | 19 | 19 | 19 | 19 | 18 | 19 |
| **Total** | **1,677** | **1,389** | **1,389** | **1,420** | **1,427** | **1,460** | **1,478** |

Note: Totals may not sum due to independent rounding.

Table 3-44:  $CO_2$  Emissions from Petroleum Systems (Tg  $CO_2$  Eq.)

| Activity | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **Production Field** | | | | | | | |
| **Operations** | **0.4** | **0.3** | **0.3** | **0.3** | **0.3** | **0.3** | **0.3** |
| Pneumatic device venting | + | + | + | + | + | + | + |
| Tank venting | 0.3 | 0.2 | 0.2 | 0.3 | 0.2 | 0.3 | 0.3 |
| Misc. venting & fugitives | + | + | + | + | + | + | + |
| Wellhead fugitives | + | + | + | + | + | + | + |
| **Crude Refining** | + | + | + | + | + | + | + |
| **Total** | **0.39** | **0.31** | **0.31** | **0.31** | **0.30** | **0.33** | **0.34** |

+ Does not exceed 0.05 Tg  $CO_2$  Eq.
Note: Totals may not sum due to independent rounding.

Table 3-45:  $CO_2$  Emissions from Petroleum Systems (Gg)

| Activity | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **Production Field** | | | | | | | |
| **Operations** | **376** | **285** | **285** | **292** | **280** | **311** | **322** |
| Pneumatic device venting | 27 | 22 | 22 | 22 | 23 | 23 | 23 |
| Tank venting | 328 | 246 | 246 | 252 | 239 | 270 | 281 |
| Misc. venting & fugitives | 18 | 16 | 16 | 16 | 16 | 16 | 16 |
| Wellhead fugitives | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **Crude Refining** | **18** | **20** | **20** | **18** | **16** | **14** | **15** |
| **Total** | **394** | **305** | **306** | **310** | **297** | **325** | **337** |

Note: Totals may not sum due to independent rounding.

## Methodology

The methodology for estimating  $CH_4$  emissions from petroleum systems is a bottom-up approach, based on comprehensive studies of  $CH_4$  emissions from U.S. petroleum systems (EPA 1996, EPA 1999).  These studies combined emission estimates from 64 activities occurring in petroleum systems from the oil wellhead through crude oil refining, including 33 activities for crude oil production field operations, 11 for crude oil transportation activities, and 20 for refining operations.  Annex 3.5 provides greater detail on the emission estimates for these 64 activities.  The estimates of  $CH_4$  emissions from petroleum systems do not include emissions downstream of oil refineries because these emissions are negligible.

The methodology for estimating  $CH_4$  emissions from the 64 oil industry activities employs emission factors initially developed by EPA (1999).  Activity data for the years 1990 through 2010 were collected from a wide variety of statistical resources.  Emissions are estimated for each activity by multiplying emission factors (e.g., emission rate per equipment item or per activity) by the corresponding activity data (e.g., equipment count or frequency of activity).  EPA (1999) provides emission factors for all activities except those related to offshore oil production and field storage tanks.  For offshore oil production, two emission factors were calculated using data collected over a one-year period for all federal offshore platforms (EPA 2005, BOEMRE 2004).  One emission factor is for oil platforms in shallow water, and one emission factor is for oil platforms in deep water.  Emission factors are held constant for the period 1990 through 2010.  The number of platforms in shallow water and the number of platforms in deep water are used as activity data and are taken from Bureau of Ocean Energy Management, Regulation, and Enforcement (BOEMRE) (formerly Minerals Management Service) statistics (BOEMRE 2011a-c).  For oil storage tanks, the emissions factor was calculated as the total emissions per barrel of crude charge from E&P Tank data weighted by the distribution of produced crude oil gravities from the HPDI production database (EPA 1999, HPDI 2010).

BLM_0046974

For some years, complete activity data were not available. In such cases, one of three approaches was employed. Where appropriate, the activity data was calculated from related statistics using ratios developed for EPA (1996). For example, EPA (1996) found that the number of heater treaters (a source of $CH_4$ emissions) is related to both number of producing wells and annual production. To estimate the activity data for heater treaters, reported statistics for wells and production were used, along with the ratios developed for EPA (1996). In other cases, the activity data was held constant from 1990 through 2010 based on EPA (1999). Lastly, the previous year's data were used when data for the current year were unavailable. The $CH_4$ and $CO_2$ sources in the production sector share common activity data. See Annex 3.5 for additional detail.

Key references used to obtain activity data are the Energy Information Administration annual and monthly reports (EIA 1990 through 2010, 1995 through 2010, 1995 through 2010a-b), "Methane Emissions from the Natural Gas Industry by the Gas Research Institute and EPA" (EPA/GRI 1996a-d), "Estimates of Methane Emissions from the U.S. Oil Industry" (EPA 1999), consensus of industry peer review panels, BOEMRE reports (BOEMRE 2005, 2010a-c), analysis of BOEMRE data (EPA 2005, BOEMRE 2004), the Oil & Gas Journal (OGJ 2011a,b), the Interstate Oil and Gas Compact Commission (IOGCC 2009, and the United States Army Corps of Engineers (1995-2009).

The methodology for estimating $CO_2$ emissions from petroleum systems combines vented, fugitive, and process upset emissions sources from 29 activities for crude oil production field operations and one activity from petroleum refining. Emissions are estimated for each activity by multiplying emission factors by their corresponding activity data. The emission factors for $CO_2$ are estimated by multiplying the $CH_4$ emission factors by a conversion factor, which is the ratio of $CO_2$ content and methane content in produced associated gas. The only exceptions to this methodology are the emission factors for crude oil storage tanks, which are obtained from E&P Tank simulation runs, and the emission factor for asphalt blowing, which was derived using the methodology and sample data from API (2009).

## Uncertainty and Time-Series Consistency

This section describes the analysis conducted to quantify uncertainty associated with the estimates of emissions from petroleum systems. Performed using @RISK software and the IPCC-recommended Tier 2 methodology (Monte Carlo Stochastic Simulation technique), the method employed provides for the specification of probability density functions for key variables within a computational structure that mirrors the calculation of the inventory estimate. The results provide the range within which, with 95 percent certainty, emissions from this source category are likely to fall.

The detailed, bottom-up inventory analysis used to evaluate U.S. petroleum systems reduces the uncertainty related to the $CH_4$ emission estimates in comparison to a top-down approach. However, some uncertainty still remains. Emission factors and activity factors are based on a combination of measurements, equipment design data, engineering calculations and studies, surveys of selected facilities and statistical reporting. Statistical uncertainties arise from natural variation in measurements, equipment types, operational variability and survey and statistical methodologies. Published activity factors are not available every year for all 64 activities analyzed for petroleum systems; therefore, some are estimated. Because of the dominance of the seven major sources, which account for 92 percent of the total methane emissions, the uncertainty surrounding these seven sources has been estimated most rigorously, and serves as the basis for determining the overall uncertainty of petroleum systems emission estimates.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 3-46. Petroleum systems $CH_4$ emissions in 2010 were estimated to be between 23.64 and 77.31 Tg $CO_2$ Eq., while $CO_2$ emissions were estimated to be between 0.26 and 0.85 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 24 percent below to 149 percent above the 2010 emission estimates of 31.05 and 0.34 Tg $CO_2$ Eq. for $CH_4$ and $CO_2$, respectively.

BLM_0046975

Table 3-46:  Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Petroleum Systems (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.)[b] | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound[b] | Upper Bound[b] | Lower Bound[b] | Upper Bound[b] |
| Petroleum Systems | $CH_4$ | 31.05 | 23.64 | 77.31 | -24% | 149% |
| Petroleum Systems | $CO_2$ | 0.34 | 0.26 | 0.85 | -24% | 149% |

[a] Range of 2010 relative uncertainty predicted by Monte Carlo Stochastic Simulation, based on 1995 base year activity factors, for a 95 percent confidence interval.
[b] All reported values are rounded after calculation.  As a result, lower and upper bounds may not be duplicable from other rounded values as shown in table.
Note: Totals may not sum due to independent rounding

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010.  Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification Discussion

The petroleum inventory is continually being reviewed and assessed to determine whether emission factors and activity factors accurately reflect current industry practice.  A QA/QC analysis was performed for data gathering and input, documentation, and calculation.  The primary focus of the QA/QC checks is determining if the assumptions in the Inventory are consistent with current industry practices through regulations, public webcasts, and the Natural Gas STAR Program.  Finally, QA/QC checks are consistently conducted to minimize human error in the model calculations.

A webcast was held by EPA for industry to comment on the ratio of high-bleed to low-bleed pneumatics, among other topics. Two of the top seven emission sources, high-bleed and low-bleed pneumatic devices, use the earlier mentioned industry peer review panel activity source (EPA/GRI 1996c). The Inventory assumes four pneumatic devices per well-site with a heater-treater and separator, and three pneumatic devices per well-site with a separator but without a heater-treater.  EPA requested industry's views on the assumption that, for each year of the time series (1990 to 2010), 35 percent of devices are high-bleed pneumatic devices.  No new information was raised, nor concerns expressed, about this factor during the webcast and therefore this factor has not changed in the current inventory.

Additionally, the webcast discussed the emission factor for a refinery source, asphalt blowing. EPA requested comment on the current $CH_4$ emission factor for asphalt blowing (derived from a Radian International Study) versus the 2009 API Compendium's $CH_4$ emission factor. The emission factor from the current Inventory was not modified as a result of these comments; however, the activity for asphalt blowing was modified by applying a 10 percent factor to the activity obtained through EIA's Petroleum Supply Annual. This was based on asphalt market analysis.

BLM_0046976

## Recalculations Discussion

Most revisions for the current Inventory relative to the previous report were due to updating previous years' data with revised data from existing data sources. Well completion venting, well drilling, and offshore platform activity factors were updated with revised data from existing data sources from 1990 onward. Updating the activity data for asphalt blowing reduced $CH_4$ and $CO_2$ emissions for this source by a factor of 10, which has a relatively large impact on fugitive emissions from petroleum refineries, but due to the small contribution of refineries to the overall fugitive emissions, a relatively small impact on the overall greenhouse gas emission estimates from petroleum systems.

In addition, when activity data updates are made for a particular emissions source the entire time series is revised or corrected, which may result in slight changes in estimated emissions from past years..

## Planned Improvements

In 2010, all U.S. petroleum refineries were required to collect information on their greenhouse gas emissions. This data was reported to EPA through its GHGRP in 2011. Data collected under this program will be evaluated for use in future inventories to improve the calculation of national emissions from petroleum systems. In particular, whether certain emissions sources currently accounted for in the Energy sector should be separately accounted for in the petroleum systems source category estimates (e.g., $CO_2$ process emissions from hydrogen production) will be investigated.

Improvements to the documentation of the Petroleum Systems source category is also being considered. A table matching each emission factor and activity factor with its source or calculation methodology is being considered. The purpose of this improvement would be to make the calculation methodologies more transparent.

[BEGIN BOX]

Box 3-3: Carbon Dioxide Transport, Injection, and Geological Storage

Carbon dioxide is produced, captured, transported, and used for Enhanced Oil Recovery (EOR) as well as commercial and non-EOR industrial applications. This $CO_2$ is produced from both naturally-occurring $CO_2$ reservoirs and from industrial sources such as natural gas processing plants and ammonia plants. In the current Inventory, emissions from naturally-produced $CO_2$ are estimated based on the application.

In the current Inventory report, the $CO_2$ that is used in non-EOR industrial and commercial applications (e.g., food processing, chemical production) is assumed to be emitted to the atmosphere during its industrial use. These emissions are discussed in the Carbon Dioxide Consumption section. The naturally-occurring $CO_2$ used in EOR operations is assumed to be fully sequestered. Additionally, all anthropogenic $CO_2$ emitted from natural gas processing and ammonia plants is assumed to be emitted to the atmosphere, regardless of whether the $CO_2$ is captured or not. These emissions are currently included in the Natural Gas Systems and the Ammonia Production sections of the Inventory report, respectively.

IPCC (IPCC 2006) included, for the first time, methodological guidance to estimate emissions from the capture, transport, injection, and geological storage of $CO_2$. The methodology is based on the principle that the carbon capture and storage system should be handled in a complete and consistent manner across the entire Energy sector. The approach accounts for $CO_2$ captured at natural and industrial sites as well as emissions from capture, transport, and use. For storage specifically, a Tier 3 methodology is outlined for estimating and reporting emissions based on site-specific evaluations. However, IPCC (IPCC 2006) notes that if a national regulatory process exists, emissions information available through that process may support development of $CO_2$ emissions estimates for geologic storage.

As of January 1, 2011, facilities that conduct geologic sequestration of $CO_2$ and all other facilities that inject $CO_2$ underground are required to calculate and report greenhouse gas data annually to EPA through its GHGRP. EPA's GHGRP requires greenhouse gas reporting from facilities that inject $CO_2$ underground for geologic sequestration,

BLM_0046977

and requires greenhouse gas reporting from all other facilities that inject $CO_2$ underground for any reason, including enhanced oil and gas recovery. Facilities conducting geologic sequestration of $CO_2$ are required to develop and implement an EPA-approved site-specific monitoring, reporting and verification (MRV) plan, and to report the amount of $CO_2$ sequestered using a mass balance approach. Data from this program, which will be reported to EPA starting in 2012, for the 2011 calendar year, will provide additional facility-specific information about the carbon capture, transport and storage chain. That information will be evaluated closely and opportunities for improving the emission estimates will be considered.

Preliminary estimates indicate that the amount of $CO_2$ captured from industrial and natural sites is 46.2 Tg $CO_2$ (46,198 Gg $CO_2$) (see Table 3-47 and Table 3-48). Site-specific monitoring and reporting data for $CO_2$ injection sites (i.e., EOR operations) were not readily available, therefore, these estimates assume all $CO_2$ is emitted.

Table 3-47: Potential Emissions from $CO_2$ Capture and Transport (Tg $CO_2$ Eq.)

| Year | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Acid Gas Removal Plants | 4.8 | 5.8 | 6.2 | 6.4 | 6.6 | 7.0 | 11.6 |
| Naturally Occurring $CO_2$ | 20.8 | 28.3 | 30.2 | 33.1 | 36.1 | 39.7 | 34.0 |
| Ammonia Production Plants | + | 0.7 | 0.7 | 0.7 | 0.6 | 0.6 | 0.7 |
| Pipelines Transporting $CO_2$ | + | + | + | + | + | + | + |
| **Total** | **25.6** | **34.7** | **37.1** | **40.1** | **43.3** | **47.3** | **46.2** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.
Note; Totals may not sum due to independent rounding.

Table 3-48: Potential Emissions from $CO_2$ Capture and Transport (Gg)

| Year | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Acid Gas Removal Plants | 4,832 | 5,798 | 6,224 | 6,088 | 6,630 | 7,035 | 11,554 |
| Naturally Occurring $CO_2$ | 20,811 | 28,267 | 30,224 | 33,086 | 36,102 | 39,725 | 33,967 |
| Ammonia Production Plants | + | 676 | 676 | 676 | 580 | 580 | 677 |
| Pipelines Transporting $CO_2$ | 8 | 7 | 7 | 7 | 8 | 8 | 8 |
| **Total** | **25,643** | **34,742** | **37,124** | **40,141** | **43,311** | **47,340** | **46,198** |

+ Does not exceed 0.5 Gg.
Note: Totals do not include emissions from pipelines transporting $CO_2$
Note; Totals may not sum due to independent rounding.

[END BOX]


## 3.8.  Energy Sources of Indirect Greenhouse Gas Emissions

In addition to the main greenhouse gases addressed above, many energy-related activities generate emissions of indirect greenhouse gases. Total emissions of nitrogen oxides ($NO_x$), carbon monoxide (CO), and non-$CH_4$ volatile organic compounds (NMVOCs) from energy-related activities from 1990 to 2010 are reported in Table 3-49.

Table 3-49:  $NO_x$, CO, and NMVOC Emissions from Energy-Related Activities (Gg)

| Gas/Source | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **$NO_x$** | **21,106** | **15,319** | **14,473** | **13,829** | **13,012** | **10,887** | **10,887** |
| Mobile Combustion | 10,862 | 9,012 | 8,488 | 7,965 | 7,441 | 6,206 | 6,206 |
| Stationary Combustion | 10,023 | 5,858 | 5,545 | 5,432 | 5,148 | 4,159 | 4,159 |
| Oil and Gas Activities | 139 | 321 | 319 | 318 | 318 | 393 | 393 |
| Incineration of Waste | 82 | 129 | 121 | 114 | 106 | 128 | 128 |
| *International Bunker Fuels\** | *2,020* | *1,703* | *1,794* | *1,791* | *1,917* | *1,651* | *1,812* |
| **CO** | **125,640** | **69,062** | **65,399** | **61,739** | **58,078** | **49,647** | **49,647** |
| Mobile Combustion | 119,360 | 62,692 | 58,972 | 55,253 | 51,533 | 43,355 | 43,355 |
| Stationary Combustion | 5,000 | 4,649 | 4,695 | 4,744 | 4,792 | 4,543 | 4,543 |

BLM_0046978

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incineration of Waste | 978 | 1,403 | 1,412 | 1,421 | 1,430 | 1,403 | 1,403 |
| Oil and Gas Activities | 302 | 318 | 319 | 320 | 322 | 345 | 345 |
| *International Bunker Fuels** | *130* | *132* | *161* | *160* | *165* | *149* | *152* |
| **NMVOCs** | **12,620** | **7,798** | **7,702** | **7,604** | **7,507** | **5,333** | **5,333** |
| Mobile Combustion | 10,932 | 6,330 | 6,037 | 5,742 | 5,447 | 4,151 | 4,151 |
| Stationary Combustion | 912 | 716 | 918 | 1,120 | 1,321 | 424 | 424 |
| Oil and Gas Activities | 554 | 510 | 510 | 509 | 509 | 599 | 599 |
| Incineration of Waste | 222 | 241 | 238 | 234 | 230 | 159 | 159 |
| *International Bunker Fuels** | *61* | *54* | *59* | *59* | *62* | *57* | *58* |

\* These values are presented for informational purposes only and are not included in totals.
Note: Totals may not sum due to independent rounding.

## Methodology

Due to the lack of data available at the time of publication, emission estimates for 2010 rely on 2009 data as a proxy. Emission estimates for 2009 were obtained from preliminary data (EPA 2010, EPA 2009), and disaggregated based on EPA (2003), which, in its final iteration, will be published on the National Emission Inventory (NEI) Air Pollutant Emission Trends web site. Emissions were calculated either for individual categories or for many categories combined, using basic activity data (e.g., the amount of raw material processed) as an indicator of emissions. National activity data were collected for individual categories from various agencies. Depending on the category, these basic activity data may include data on production, fuel deliveries, raw material processed, etc.

Activity data were used in conjunction with emission factors, which together relate the quantity of emissions to the activity. Emission factors are generally available from the EPA's Compilation of Air Pollutant Emission Factors, AP-42 (EPA 1997). The EPA currently derives the overall emission control efficiency of a source category from a variety of information sources, including published reports, the 1985 National Acid Precipitation and Assessment Program emissions inventory, and other EPA databases.

## Uncertainty and Time-Series Consistency

Uncertainties in these estimates are partly due to the accuracy of the emission factors used and accurate estimates of activity data. A quantitative uncertainty analysis was not performed.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## 3.9.  International Bunker Fuels (IPCC Source Category 1: Memo Items)

Emissions resulting from the combustion of fuels used for international transport activities, termed international bunker fuels under the UNFCCC, are not included in national emission totals, but are reported separately based upon location of fuel sales. The decision to report emissions from international bunker fuels separately, instead of allocating them to a particular country, was made by the Intergovernmental Negotiating Committee in establishing the Framework Convention on Climate Change.[103] These decisions are reflected in the IPCC methodological guidance, including the 2006 IPCC Guidelines, in which countries are requested to report emissions from ships or aircraft that depart from their ports with fuel purchased within national boundaries and are engaged in international transport separately from national totals (IPCC 2006).[104]

Greenhouse gases emitted from the combustion of international bunker fuels, like other fossil fuels, include $CO_2$,

---

[103] See report of the Intergovernmental Negotiating Committee for a Framework Convention on Climate Change on the work of its ninth session, held at Geneva from 7 to 18 February 1994 (A/AC.237/55, annex I, para. 1c).
[104] Note that the definition of international bunker fuels used by the UNFCCC differs from that used by the International Civil Aviation Organization.

---

$CH_4$ and $N_2O$. Two transport modes are addressed under the IPCC definition of international bunker fuels: aviation and marine.[105] Emissions from ground transport activities—by road vehicles and trains—even when crossing international borders are allocated to the country where the fuel was loaded into the vehicle and, therefore, are not counted as bunker fuel emissions.

The IPCC Guidelines distinguish between different modes of air traffic. Civil aviation comprises aircraft used for the commercial transport of passengers and freight, military aviation comprises aircraft under the control of national armed forces, and general aviation applies to recreational and small corporate aircraft. The IPCC Guidelines further define international bunker fuel use from civil aviation as the fuel combusted for civil (e.g., commercial) aviation purposes by aircraft arriving or departing on international flight segments. However, as mentioned above, and in keeping with the IPCC Guidelines, only the fuel purchased in the United States and used by aircraft taking-off (i.e., departing) from the United States are reported here. The standard fuel used for civil aviation is kerosene-type jet fuel, while the typical fuel used for general aviation is aviation gasoline.[106]

Emissions of $CO_2$ from aircraft are essentially a function of fuel use. Methane and $N_2O$ emissions also depend upon engine characteristics, flight conditions, and flight phase (i.e., take-off, climb, cruise, decent, and landing). Methane is the product of incomplete combustion and occurs mainly during the landing and take-off phases. Methane may be emitted by gas turbines during idle and by older technology engines, but recent data suggest that little or no $CH_4$ is emitted by modern engines (Anderson et al. 2011). In jet engines, $N_2O$ is primarily produced by the oxidation of atmospheric nitrogen, and the majority of emissions occur during the cruise phase. International marine bunkers comprise emissions from fuels burned by ocean-going ships of all flags that are engaged in international transport. Ocean-going ships are generally classified as cargo and passenger carrying, military (i.e., U.S. Navy), fishing, and miscellaneous support ships (e.g., tugboats). For the purpose of estimating greenhouse gas emissions, international bunker fuels are solely related to cargo and passenger carrying vessels, which is the largest of the four categories, and military vessels. Two main types of fuels are used on sea-going vessels: distillate diesel fuel and residual fuel oil. $CO_2$ is the primary greenhouse gas emitted from marine shipping.

Overall, aggregate greenhouse gas emissions in 2010 from the combustion of international bunker fuels from both aviation and marine activities were 129.2 Tg $CO_2$ Eq., or 14 percent above emissions in 1990 (see Table 3-50 and Table 3-51). Emissions from international flights and international shipping voyages departing from the United States have increased by 56 percent and decreased by 15 percent, respectively, since 1990. The majority of these emissions were in the form of $CO_2$; however, small amounts of $CH_4$ and $N_2O$ were also emitted.

Table 3-50:  $CO_2$, $CH_4$, and $N_2O$ Emissions from International Bunker Fuels (Tg $CO_2$ Eq.)

| Gas/Mode | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **$CO_2$** | **111.8** | **109.8** | **128.4** | **127.6** | **133.7** | **122.3** | **127.8** |
| Aviation | 46.4 | 56.8 | 74.6 | 73.8 | 75.5 | 68.6 | 72.5 |
| Marine | 65.4 | 53.0 | 53.8 | 53.9 | 58.2 | 53.7 | 55.3 |
| **$CH_4$** | **0.2** | **0.1** | **0.2** | **0.2** | **0.2** | **0.1** | **0.2** |
| Aviation | + | + | + | + | + | + | + |
| Marine | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **$N_2O$** | **1.1** | **1.0** | **1.2** | **1.2** | **1.2** | **1.1** | **1.2** |
| Aviation | 0.5 | 0.6 | 0.8 | 0.8 | 0.8 | 0.7 | 0.7 |
| Marine | 0.5 | 0.4 | 0.4 | 0.4 | 0.5 | 0.4 | 0.4 |
| **Total** | **113.0** | **110.9** | **129.8** | **129.0** | **135.1** | **123.6** | **129.2** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.
Note:  Totals may not sum due to independent rounding.  Includes aircraft cruise altitude emissions.

[105] Most emission related international aviation and marine regulations are under the rubric of the International Civil Aviation Organization (ICAO) or the International Maritime Organization (IMO), which develop international codes, recommendations, and conventions, such as the International Convention of the Prevention of Pollution from Ships (MARPOL).
[106] Naphtha-type jet fuel was used in the past by the military in turbojet and turboprop aircraft engines.

BLM_0046980

Table 3-51:  $CO_2$, $CH_4$ and $N_2O$ Emissions from International Bunker Fuels (Gg)

| Gas/Mode | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **$CO_2$** | **111,828** | **109,765** | **128,413** | **127,643** | **133,730** | **122,338** | **127,841** |
| Aviation | 46,399 | 56,751 | 74,581 | 73,788 | 75,534 | 68,614 | 72,542 |
| Marine | 65,429 | 53,014 | 53,832 | 53,856 | 58,196 | 53,723 | 55,299 |
| **$CH_4$** | **8** | **7** | **8** | **8** | **8** | **7** | **8** |
| Aviation | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Marine | 7 | 5 | 5 | 5 | 6 | 5 | 6 |
| **$N_2O$** | **3** | **3** | **4** | **4** | **4** | **4** | **4** |
| Aviation | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Marine | 2 | 1 | 1 | 1 | 1 | 1 | 1 |

Note:  Totals may not sum due to independent rounding.  Includes aircraft cruise altitude emissions.

## Methodology

Emissions of $CO_2$ were estimated by applying C content and fraction oxidized factors to fuel consumption activity data.  This approach is analogous to that described under $CO_2$ from Fossil Fuel Combustion.  C content and fraction oxidized factors for jet fuel, distillate fuel oil, and residual fuel oil were taken directly from EIA and are presented in Annex 2.1, Annex 2.2, and Annex 3.7 of this inventory.  Density conversions were taken from Chevron (2000), ASTM (1989), and USAF (1998).  Heat content for distillate fuel oil and residual fuel oil were taken from EIA (2010) and USAF (1998), and heat content for jet fuel was taken from EIA (2010a).  A complete description of the methodology and a listing of the various factors employed can be found in Annex 2.1.  See Annex 3.7 for a specific discussion on the methodology used for estimating emissions from international bunker fuel use by the U.S. military.

Emission estimates for $CH_4$ and $N_2O$ were calculated by multiplying emission factors by measures of fuel consumption by fuel type and mode.  Emission factors used in the calculations of $CH_4$ and $N_2O$ emissions were obtained from the Revised 1996 IPCC Guidelines (IPCC/UNEP/OECD/IEA 1997) and the 2006 IPCC Guidelines (IPCC 2006).  For aircraft emissions, the following values, in units of grams of pollutant per kilogram of fuel consumed (g/kg), were employed: 0.09 for $CH_4$ and 0.1 for $N_2O$ (IPCC 2006).  For marine vessels consuming either distillate diesel or residual fuel oil the following values (g/MJ), were employed: 0.32 for $CH_4$ and 0.08 for $N_2O$.  Activity data for aviation included solely jet fuel consumption statistics, while the marine mode included both distillate diesel and residual fuel oil.

Activity data on aircraft fuel consumption for inventory years 2000 through 2005 were developed using the FAA's System for assessing Aviation's Global Emissions (SAGE) model (FAA 2006).  That tool has been incorporated into the Aviation Environmental Design Tool (AEDT), which calculates noise in addition to aircraft fuel burn and emissions for all commercial flights globally in a given year (FAA 2010).  Data for inventory years 2006 through 2010 were developed using AEDT.  Activity data on commercial aircraft fuel consumption for years 2000 through 2009 were developed with "domestic" defined as only the 50 states and "international bunkers" as departures from the 50 states to a destination outside of the 50 states. For year 2010 the data was provided both with domestic defined as the 50 states -and- separately as the 50 states and U.S. Territories.  The 2010 data formats will be produced for future inventories and recalculations of prior inventories.

International aviation bunker fuel consumption from 1990 to 2010 was calculated by assigning the difference between the sum of domestic activity data (in Tbtu) from SAGE and the AEDT, and the reported EIA transportation jet fuel consumption to the international bunker fuel category for jet fuel from EIA (2010a). Data on U.S. Department of Defense (DoD) aviation bunker fuels and total jet fuel consumed by the U.S. military was supplied by the Office of the Under Secretary of Defense (Installations and Environment), DoD.  Estimates of the percentage of each Service's total operations that were international operations were developed by DoD.  Military aviation bunkers included international operations, operations conducted from naval vessels at sea, and operations conducted from U.S. installations principally over international water in direct support of military operations at sea.  Military aviation bunker fuel emissions were estimated using military fuel and operations data synthesized from unpublished data by the Defense Energy Support Center, under DoD's Defense Logistics Agency (DESC 2011).  Together, the data allow the quantity of fuel used in military international operations to be estimated.  Densities for each jet fuel type were obtained from a report from the U.S. Air Force (USAF 1998).  Final jet fuel consumption estimates are presented in Table 3-52. See Annex 3.7 for additional discussion of military data.

BLM_0046981

Activity data on distillate diesel and residual fuel oil consumption by cargo or passenger carrying marine vessels departing from U.S. ports were taken from unpublished data collected by the Foreign Trade Division of the U.S. Department of Commerce's Bureau of the Census (DOC 2011) for 1990 through 2001, 2007, through 2010, and the Department of Homeland Security's Bunker Report for 2003 through 2006 (DHS 2008). Fuel consumption data for 2002 was interpolated due to inconsistencies in reported fuel consumption data. Activity data on distillate diesel consumption by military vessels departing from U.S. ports were provided by DESC (2011). The total amount of fuel provided to naval vessels was reduced by 13 percent to account for fuel used while the vessels were not-underway (i.e., in port). Data on the percentage of steaming hours underway versus not-underway were provided by the U.S. Navy. These fuel consumption estimates are presented in. Table 3-53.

Table 3-52: Aviation Jet Fuel Consumption for International Transport (Million Gallons)

| Nationality | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| U.S. and Foreign Carriers | 4,934 | 5,944 | 7,812 | 7,729 | 7,912 | 7,187 | 7,598 |
| U.S. Military | 862 | 464 | 403 | 413 | 389 | 370 | 359 |
| **Total** | **5,796** | **6,408** | **8,215** | **8,142** | **8,301** | **7,557** | **7,957** |

Note: Totals may not sum due to independent rounding.

Table 3-53: Marine Fuel Consumption for International Transport (Million Gallons)

| Fuel Type | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Residual Fuel Oil | 4,781 | 3,881 | 4,004 | 4,059 | 4,373 | 4,040 | 4,141 |
| Distillate Diesel Fuel & Other | 617 | 444 | 446 | 358 | 445 | 426 | 476 |
| U.S. Military Naval Fuels | 522 | 471 | 414 | 444 | 437 | 384 | 377 |
| **Total** | **5,920** | **4,796** | **4,864** | **4,861** | **5,254** | **4,850** | **4,994** |

Note: Totals may not sum due to independent rounding.

## Uncertainty and Time-Series Consistency

Emission estimates related to the consumption of international bunker fuels are subject to the same uncertainties as those from domestic aviation and marine mobile combustion emissions; however, additional uncertainties result from the difficulty in collecting accurate fuel consumption activity data for international transport activities separate from domestic transport activities.[107] For example, smaller aircraft on shorter routes often carry sufficient fuel to complete several flight segments without refueling in order to minimize time spent at the airport gate or take advantage of lower fuel prices at particular airports. This practice, called tankering, when done on international flights, complicates the use of fuel sales data for estimating international bunker fuel emissions. Tankering is less common with the type of large, long-range aircraft that make many international flights from the United States, however. Similar practices occur in the marine shipping industry where fuel costs represent a significant portion of overall operating costs and fuel prices vary from port to port, leading to some tankering from ports with low fuel costs.

Uncertainties exist with regard to the total fuel used by military aircraft and ships, and in the activity data on military operations and training that were used to estimate percentages of total fuel use reported as bunker fuel emissions. Total aircraft and ship fuel use estimates were developed from DoD records, which document fuel sold to the Navy and Air Force from the Defense Logistics Agency. These data may slightly over or under estimate actual total fuel use in aircraft and ships because each Service may have procured fuel from, and/or may have sold to, traded with, and/or given fuel to other ships, aircraft, governments, or other entities. There are uncertainties in aircraft operations and training activity data. Estimates for the quantity of fuel actually used in Navy and Air Force flying activities reported as bunker fuel emissions had to be estimated based on a combination of available data and expert judgment. Estimates of marine bunker fuel emissions were based on Navy vessel steaming hour data, which reports fuel used while underway and fuel used while not underway. This approach does not capture some voyages that would be classified as domestic for a commercial vessel. Conversely, emissions from fuel used while not underway preceding an international voyage are reported as domestic rather than international as would be done for a commercial vessel. There is uncertainty associated with ground fuel estimates for 1997 through 2001. Small fuel quantities may have

---

[107] See uncertainty discussions under Carbon Dioxide Emissions from Fossil Fuel Combustion.

BLM_0046982

been used in vehicles or equipment other than that which was assumed for each fuel type.

There are also uncertainties in fuel end-uses by fuel-type, emissions factors, fuel densities, diesel fuel sulfur content, aircraft and vessel engine characteristics and fuel efficiencies, and the methodology used to back-calculate the data set to 1990 using the original set from 1995. The data were adjusted for trends in fuel use based on a closely correlating, but not matching, data set. All assumptions used to develop the estimate were based on process knowledge, Department and military Service data, and expert judgments. The magnitude of the potential errors related to the various uncertainties has not been calculated, but is believed to be small. The uncertainties associated with future military bunker fuel emission estimates could be reduced through additional data collection.

Although aggregate fuel consumption data have been used to estimate emissions from aviation, the recommended method for estimating emissions of gases other than $CO_2$ in the 2006 IPCC Guidelines is to use data by specific aircraft type, number of individual flights and, ideally, movement data to better differentiate between domestic and international aviation and to facilitate estimating the effects of changes in technologies. The IPCC also recommends that cruise altitude emissions be estimated separately using fuel consumption data, while landing and take-off (LTO) cycle data be used to estimate near-ground level emissions of gases other than $CO_2$.[108]

There is also concern regarding the reliability of the existing DOC (2011) data on marine vessel fuel consumption reported at U.S. customs stations due to the significant degree of inter-annual variation.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2009. Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

A source-specific QA/QC plan for international bunker fuels was developed and implemented. This effort included a Tier 1 analysis, as well as portions of a Tier 2 analysis. The Tier 2 procedures that were implemented involved checks specifically focusing on the activity data and emission factor sources and methodology used for estimating $CO_2$, $CH_4$, and $N_2O$ from international bunker fuels in the United States. Emission totals for the different sectors and fuels were compared and trends were investigated. No corrective actions were necessary.

## Recalculations Discussion

Slight changes to emission estimates are due to revisions made to historical activity data for aviation jet fuel consumption using the FAA's AEDT. These historical data changes resulted in changes to the emission estimates for 1990 through 2009 relative to the previous inventory, which averaged to an annual decrease in emissions from international bunker fuels of 0.03 Tg $CO_2$ Eq. (less than 0.1 percent) in $CO_2$ emissions, an annual decrease of less than 0.01 Tg $CO_2$ Eq. (0.01 percent) in $CH_4$ emissions, and an annual decrease of less than 0.01 Tg $CO_2$ Eq. (0.01 percent) in $N_2O$ emissions.

## 3.10.  Wood Biomass and Ethanol Consumption (IPCC Source Category 1A)

The combustion of biomass fuels such as wood, charcoal, and wood waste and biomass-based fuels such as ethanol from corn and woody crops generates $CO_2$ in addition to $CH_4$ and $N_2O$ already covered in this chapter. In line with the reporting requirements for inventories submitted under the UNFCCC, $CO_2$ emissions from biomass combustion have been estimated separately from fossil fuel $CO_2$ emissions and are not directly included in the energy sector contributions to U.S. totals. In accordance with IPCC methodological guidelines, any such emissions are calculated by accounting for net carbon (C) fluxes from changes in biogenic C reservoirs in wooded or crop lands. For a more

---

[108] U.S. aviation emission estimates for CO, $NO_x$, and NMVOCs are reported by EPA's National Emission Inventory (NEI) Air Pollutant Emission Trends web site, and reported under the Mobile Combustion section. It should be noted that these estimates are based solely upon LTO cycles and consequently only capture near ground-level emissions, which are more relevant for air quality evaluations. These estimates also include both domestic and international flights. Therefore, estimates reported under the Mobile Combustion section overestimate IPCC-defined domestic CO, $NO_x$, and NMVOC emissions by including landing and take-off (LTO) cycles by aircraft on international flights, but underestimate because they do not include emissions from aircraft on domestic flight segments at cruising altitudes. The estimates in Mobile Combustion are also likely to include emissions from ocean-going vessels departing from U.S. ports on international voyages.

BLM_0046983

complete description of this methodological approach, see the *Land Use, Land-Use Change, and Forestry* chapter (Chapter 7), which accounts for the contribution of any resulting $CO_2$ emissions to U.S. totals within the Land Use, Land-Use Change and Forestry sector's approach.

In 2010, total $CO_2$ emissions from the burning of woody biomass in the industrial, residential, commercial, and electricity generation sectors were approximately 191.6 Tg $CO_2$ Eq. (191,591 Gg) (see Table 3-54 and Table 3-55). As the largest consumer of woody biomass, the industrial sector was responsible for 70 percent of the $CO_2$ emissions from this source. Emissions from this sector increased from 2009 to 2010 due to a corresponding increase in wood consumption.  The residential sector was the second largest emitter, constituting 25 percent of the total, while the commercial and electricity generation sectors accounted for the remainder.

Table 3-54:  $CO_2$ Emissions from Wood Consumption by End-Use Sector (Tg $CO_2$ Eq.)

| End-Use Sector | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| Industrial | 143.2 | | 148.4 | 150.0 | 143.9 | 136.3 | 122.9 | 133.9 |
| Residential | 63.3 | | 48.3 | 43.7 | 48.1 | 50.1 | 48.4 | 47.3 |
| Commercial | 7.2 | | 7.8 | 7.2 | 7.8 | 8.1 | 8.2 | 7.9 |
| Electricity Generation | 0.7 | | 1.2 | 1.7 | 2.4 | 2.8 | 2.4 | 2.6 |
| **Total** | **214.4** | | **205.7** | **202.7** | **202.2** | **197.4** | **181.8** | **191.6** |

Note:  Totals may not sum due to independent rounding.

Table 3-55:  $CO_2$ Emissions from Wood Consumption by End-Use Sector (Gg)

| End-Use Sector | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| Industrial | 143,219 | | 148,386 | 150,033 | 143,929 | 136,324 | 122,851 | 133,871 |
| Residential | 63,286 | | 48,283 | 43,657 | 48,113 | 50,147 | 48,440 | 47,260 |
| Commercial | 7,173 | | 7,821 | 7,246 | 7,768 | 8,133 | 8,160 | 7,908 |
| Electricity Generation | 733 | | 1,182 | 1,744 | 2,394 | 2,754 | 2,355 | 2,552 |
| **Total** | **214,410** | | **205,671** | **202,680** | **202,204** | **197,358** | **181,806** | **191,591** |

Note:  Totals may not sum due to independent rounding.

Biomass-derived fuel consumption in the United States transportation sector consisted primarily of ethanol use. Ethanol is primarily produced from corn grown in the Midwest, and was used mostly in the Midwest and South. Pure ethanol can be combusted, or it can be mixed with gasoline as a supplement or octane-enhancing agent.  The most common mixture is a 90 percent gasoline, 10 percent ethanol blend known as gasohol.  Ethanol and ethanol blends are often used to fuel public transport vehicles such as buses, or centrally fueled fleet vehicles.

In 2010, the United States consumed an estimated 1,089 trillion Btu of ethanol, and as a result, produced approximately 74.5 Tg $CO_2$ Eq. (74,519 Gg) (see Table 3-56 and Table 3-57 ) of $CO_2$ emissions.  Ethanol production and consumption has grown steadily every year since 1990, with the exception of 1996 due to short corn supplies and high prices in that year.

Table 3-56:  $CO_2$ Emissions from Ethanol Consumption (Tg $CO_2$ Eq.)

| End-Use Sector | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| Transportation | 4.1 | | 22.4 | 30.2 | 38.1 | 53.8 | 61.2 | 73.2 |
| Industrial | 0.1 | | 0.5 | 0.7 | 0.7 | 0.8 | 0.9 | 1.1 |
| Commercial | + | | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 |
| **Total** | **4.2** | | **22.9** | **31.0** | **38.9** | **54.7** | **62.3** | **74.5** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.

Table 3-57:  $CO_2$ Emissions from Ethanol Consumption (Gg)

| End-Use Sector | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| Transportation[a] | 4,136 | | 22,414 | 30,237 | 38,116 | 53,796 | 61,191 | 73,225 |
| Industrial | 56 | | 468 | 662 | 674 | 797 | 888 | 1,062 |
| Commercial | 34 | | 60 | 86 | 135 | 146 | 194 | 232 |

BLM_0046984

| Total | 4,227 | 22,943 | 30,985 | 38,924 | 54,739 | 62,272 | 74,519 |

<sup>a</sup> See Annex 3.2, Table A-88 for additional information on transportation consumption of these fuels.

## Methodology

Woody biomass emissions were estimated by applying two EIA gross heat contents (Lindstrom 2006) to U.S. consumption data (see Table 3-58), provided in energy units. This year woody biomass consumption data for the industrial, residential, and commercial sectors were obtained from EIA 2011, while woody biomass consumption data for the electricity generation sector was estimated from EPA's Clean Air Market Acid Rain Program dataset (EPA 2011). The bottom-up analysis of woody biomass consumption based on EPA's Acid Rain Program dataset indicated that the amount of woody biomass consumption allocated in the EIA statistics should be adjusted. Therefore, for these estimates, the electricity generation sector's woody biomass consumption was adjusted downward to match the value obtained from the bottom-up analysis based on EPA's Acid Rain Program dataset. As the total woody biomass consumption estimate from EIA is considered to be accurate at the national level, the woody biomass consumption totals for the industrial, residential, and commercial sectors were adjusted upward proportionately.

One heat content (16.95 MMBtu/MT wood and wood waste) was applied to the industrial sector's consumption, while the other heat content (15.43 MMBtu/MT wood and wood waste) was applied to the consumption data for the other sectors. An EIA emission factor of 0.434 MT C/MT wood (Lindstrom 2006) was then applied to the resulting quantities of woody biomass to obtain $CO_2$ emission estimates. It was assumed that the woody biomass contains black liquor and other wood wastes, has a moisture content of 12 percent, and is converted into $CO_2$ with 100 percent efficiency. The emissions from ethanol consumption were calculated by applying an emission factor of 18.67 Tg C/QBtu (EPA 2010) to U.S. ethanol consumption estimates that were provided in energy units (EIA 2011) (see Table 3-59).

Table 3-58:  Woody Biomass Consumption by Sector (Trillion Btu)

| End-Use Sector | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Industrial | 1,525.8 | 1,580.8 | 1,598.4 | 1,533.3 | 1,452.3 | 1,308.8 | 1,426.2 |
| Residential | 613.7 | 468.2 | 423.4 | 466.6 | 486.3 | 469.8 | 458.3 |
| Commercial | 69.6 | 75.8 | 70.3 | 75.3 | 78.9 | 79.1 | 76.7 |
| Electricity Generation | 7.1 | 11.5 | 16.9 | 23.2 | 26.7 | 22.8 | 24.7 |
| **Total** | **2,216.2** | **2,136.4** | **2,108.9** | **2,098.5** | **2,044.2** | **1,880.5** | **1,985.9** |

Table 3-59:  Ethanol Consumption by Sector (Trillion Btu)

| End-Use Sector | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Transportation | 60.4 | 327.4 | 441.7 | 556.8 | 785.8 | 893.9 | 1,069.7 |
| Industrial | 0.8 | 6.8 | 9.7 | 9.8 | 11.6 | 13.0 | 15.5 |
| Commercial | 0.5 | 0.9 | 1.3 | 2.0 | 2.1 | 2.8 | 3.4 |
| **Total** | **61.7** | **335.1** | **452.6** | **568.6** | **799.6** | **909.7** | **1,088.6** |

## Uncertainty and Time-Series Consistency

It is assumed that the combustion efficiency for woody biomass is 100 percent, which is believed to be an overestimate of the efficiency of wood combustion processes in the United States. Decreasing the combustion efficiency would decrease emission estimates. Additionally, the heat content applied to the consumption of woody biomass in the residential, commercial, and electric power sectors is unlikely to be a completely accurate representation of the heat content for all the different types of woody biomass consumed within these sectors. Emission estimates from ethanol production are more certain than estimates from woody biomass consumption due to better activity data collection methods and uniform combustion techniques.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2009.  Details on the emission trends through time are described in more detail in the Methodology section,

BLM_0046985

above.

## Recalculations Discussion

Wood and ethanol consumption values were revised relative to the previous Inventory for 2009 based on updated information from EIA's Annual Energy Review (EIA 2011). Additionally, the change in methodology for calculating emissions from woody biomass led a decrease in emissions from the electricity generation sector and an increase in emissions for the other sectors over the time series. This adjustment of historical data for wood biomass consumption resulted in an average annual decrease in emissions from wood biomass consumption of about 1.0 Tg $CO_2$ Eq. (0.5 percent) from 1990 through 2009. Slight adjustments were made to ethanol consumption based on updated information from EIA (2011), which slightly increased estimates for ethanol consumed. As a result of adjustments to historical EIA data, average annual emissions from ethanol consumption increased by less than 0.05 Tg $CO_2$ Eq. (less than 0.05 percent) relative to the previous Inventory.

**Planned Improvements**

The availability of facility-level combustion emissions through EPA's GHGRP will be examined to help better characterize the industrial sector's energy consumption in the United States, and further classify business establishments according to industrial economic activity type. Most methodologies used in EPA's GHGRP are consistent with IPCC, though for EPA's GHGRP, facilities collect detailed information specific to their operations according to detailed measurement standards, which may differ with the more aggregated data collected for the Inventory to estimate total, national U.S. emissions. In addition, and unlike the reporting requirements for this chapter under the UNFCCC reporting guidelines, [109] some facility-level fuel combustion emissions reported under the GHGRP may also include industrial process emissions. In line with UNFCCC reporting guidelines, fuel combustion emissions are included in this chapter, while process emissions are included in the Industrial Processes chapter of this report. In examining data from EPA's GHGRP that would be useful to improve the emission estimates for the $CO_2$ from biomass combustion category, particular attention will also be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all inventory years as reported in this inventory. Additionally, analyses will focus on aligning reported facility-level fuel types and IPCC fuel types per the national energy statistics, ensuring $CO_2$ emissions from biomass are separated in the facility-level reported data, and maintaining consistency with national energy statistics provided by EIA. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon. [110]

---

[109] See <http://unfccc.int/resource/docs/2006/sbsta/eng/09.pdf>
[110] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

BLM_0046986

BLM_0046987



Figure 3-1:  2010 Energy Chapter Greenhouse Gas Sources

BLM_0046988



**Figure 3-2 2010 U.S. Fossil Carbon Flows (Tg CO$_2$ Eq.)**

BLM_0046989



Figure 3-3:  2010 U.S. Energy Consumption by Energy Source

BLM_0046990



Figure 3-4: U.S. Energy Consumption (Quadrillion Btu)
Note: Expressed as gross calorific values.



Figure 3-5:  2010 $CO_2$ Emissions from Fossil Fuel Combustion by Sector and Fuel Type
Note:  The electricity generation sector also includes emissions of less than 0.5 Tg $CO_2$ Eq. from geothermal-based electricity generation.

BLM_0046991



Figure 3-6: Annual Deviations from Normal Heating Degree Days for the United States (1950-2010)
Note: Climatological normal data are highlighted.
    Statistical confidence interval for "normal" climatology period of 1971 through 2000.



Figure 3-7: Annual Deviations from Normal Cooling Degree Days for the United States (1950-2010)
Note: Climatological normal data are highlighted.
    Statistical confidence interval for "normal" climatology period of 1971 through 2000.



Figure 3-8: Nuclear, Hydroelectric, and Wind Power Plant Capacity Factors in the United States (1990-2010)



Figure 3-9:  Electric Generation Retail Sales by End-Use Sector
Note:  The transportation end-use sector consumes minor quanties of electricity.

BLM_0046993



Figure 3-10:  Industrial Production Indexes (Index 2007=100)



Figure 3-11:  Sales-Weighted Fuel Economy of New Passenger Cars and Light-Duty Trucks, 1990-2010

BLM_0046994



Figure 3-12: Sales of New Passenger Cars and Light-Duty Trucks, 1990-2010



Figure 3-13: Mobile Source $CH_4$ and $N_2O$ Emissions



Figure 3-14: U.S. Energy Consumption and Energy-Related $CO_2$ Emissions Per Capita and Per Dollar GDP

BLM_0046995

# 4.        Industrial Processes

Greenhouse gas emissions are produced as the by-products of various non-energy-related industrial activities. That is, these emissions are produced from an industrial process itself and are not directly a result of energy consumed during the process. For example, raw materials can be chemically transformed from one state to another. This transformation can result in the release of greenhouse gases such as carbon dioxide ($CO_2$), methane ($CH_4$), and nitrous oxide ($N_2O$). The processes addressed in this chapter include iron and steel production and metallurgical coke production, cement production, lime production, ammonia production and urea consumption, limestone and dolomite consumption (e.g., flux stone, flue gas desulfurization, and glass manufacturing), soda ash production and use, aluminum production, titanium dioxide production, $CO_2$ consumption, ferroalloy production, phosphoric acid production, zinc production, lead production, petrochemical production, silicon carbide production and consumption, nitric acid production, and adipic acid production (see Figure 4-1).

Figure 4-1:  2010 Industrial Processes Chapter Greenhouse Gas Sources

In addition to the three greenhouse gases listed above, there are also industrial sources of man-made fluorinated compounds called hydrofluorocarbons (HFCs), perfluorocarbons (PFCs), and sulfur hexafluoride ($SF_6$). The present contribution of these gases to the radiative forcing effect of all anthropogenic greenhouse gases is small; however, because of their extremely long lifetimes, many of them will continue to accumulate in the atmosphere as long as emissions continue. In addition, many of these gases have high global warming potentials; $SF_6$ is the most potent greenhouse gas the Intergovernmental Panel on Climate Change (IPCC) has evaluated. Usage of HFCs is growing rapidly since they are the primary substitutes for ozone depleting substances (ODSs), which are being phased-out under the Montreal Protocol on Substances that Deplete the Ozone Layer. In addition to their use as ODS substitutes, HFCs, PFCs, and $SF_6$ are employed and emitted by a number of other industrial sources in the United States. These industries include aluminum production, HCFC-22 production, semiconductor manufacture, electric power transmission and distribution, and magnesium metal production and processing.

In 2010, industrial processes generated emissions of 303.4 teragrams of $CO_2$ equivalent (Tg $CO_2$ Eq.), or 4.4 percent of total U.S. greenhouse gas emissions. Carbon dioxide emissions from all industrial processes were 139.7 Tg $CO_2$ Eq. (139,726 Gg) in 2010, or 2.4 percent of total U.S. $CO_2$ emissions. Methane emissions from industrial processes resulted in emissions of approximately 1.5 Tg $CO_2$ Eq. (69 Gg) in 2010, which was less than 1 percent of U.S. $CH_4$ emissions. $N_2O$ emissions from adipic acid and nitric acid production were 19.5 Tg $CO_2$ Eq. (63 Gg) in 2010, or 6.4 percent of total U.S. $N_2O$ emissions. In 2010 combined emissions of HFCs, PFCs, and $SF_6$ totaled 142.7 Tg $CO_2$ Eq. Total emissions from Industrial Processes in 2010 were 3.4 percent less than 1990 emissions.

The slight decrease in overall Industrial Processes emissions since 1990 reflects a range of emission trends among the industrial process emission sources. Emissions resulting from most types of metal production have declined significantly since 1990 but largely due to production shifting to other countries, but also due to transitions to less-emissive methods of production (in the case of iron and steel) and to improved practices (in the case of PFC emissions from aluminum production). Emissions from mineral sources have either increased or not changed significantly since 1990 but largely track economic cycles, while $CO_2$ and $CH_4$ emissions from chemical sources have either decreased or not changed significantly. HFC emissions from the substitution of ozone depleting substances have increased drastically since 1990, while the emission trends of HFCs, PFCs, and $SF_6$ from other sources are mixed. Trends are explained further within each emission category throughout the chapter.

Table 4-1 summarizes emissions for the Industrial Processes chapter in Tg $CO_2$ Eq., while unweighted native gas emissions in Gg are provided in Table 4-2. The source descriptions that follow in the chapter are presented in the order as reported to the UNFCCC in the common reporting format tables, corresponding generally to: mineral products, chemical production, metal production, and emissions from the uses of HFCs, PFCs, and $SF_6$.

BLM_0046996

Table 4-1:  Emissions from Industrial Processes (Tg $CO_2$ Eq.)

| Gas/Source | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **$CO_2$** | **188.5** | **165.4** | **169.9** | **172.6** | **159.5** | **118.1** | **139.7** |
| Iron and Steel Production and Metallurgical Coke Production | 99.6 | 66.0 | 68.9 | 71.1 | 66.1 | 42.1 | 54.3 |
| *Iron and Steel Production* | *97.1* | *64.0* | *66.9* | *69.1* | *63.8* | *41.2* | *52.2* |
| *Metallurgical Coke Production* | *2.5* | *2.0* | *1.9* | *2.1* | *2.3* | *1.0* | *2.1* |
| Cement Production | 33.3 | 45.2 | 45.8 | 44.5 | 40.5 | 29.0 | 30.5 |
| Lime Production | 11.5 | 14.4 | 15.1 | 14.6 | 14.3 | 11.2 | 13.2 |
| Limestone and Dolomite Use | 5.1 | 6.8 | 8.0 | 7.7 | 6.3 | 7.6 | 10.0 |
| Ammonia Production | 13.0 | 9.2 | 8.8 | 9.1 | 7.9 | 7.9 | 8.7 |
| Urea Consumption for Non-Agricultural Purposes | 3.8 | 3.7 | 3.5 | 4.9 | 4.1 | 3.4 | 4.4 |
| Soda Ash Production and Consumption | 4.1 | 4.2 | 4.2 | 4.1 | 4.1 | 3.6 | 3.7 |
| Petrochemical Production | 3.3 | 4.2 | 3.8 | 3.9 | 3.4 | 2.7 | 3.3 |
| Aluminum Production | 6.8 | 4.1 | 3.8 | 4.3 | 4.5 | 3.0 | 3.0 |
| Carbon Dioxide Consumption | 1.4 | 1.3 | 1.7 | 1.9 | 1.8 | 1.8 | 2.2 |
| Titanium Dioxide Production | 1.2 | 1.8 | 1.8 | 1.9 | 1.8 | 1.6 | 1.9 |
| Ferroalloy Production | 2.2 | 1.4 | 1.5 | 1.6 | 1.6 | 1.5 | 1.7 |
| Zinc Production | 0.6 | 1.0 | 1.0 | 1.0 | 1.2 | 0.9 | 1.2 |
| Phosphoric Acid Production | 1.5 | 1.4 | 1.2 | 1.2 | 1.2 | 1.0 | 1.0 |
| Lead Production | 0.5 | 0.6 | 0.6 | 0.6 | 0.5 | 0.5 | 0.5 |
| Silicon Carbide Production and Consumption | 0.4 | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 0.2 |
| **$CH_4$** | **1.9** | **1.8** | **1.7** | **1.7** | **1.6** | **1.2** | **1.5** |
| Petrochemical Production | 0.9 | 1.1 | 1.0 | 1.0 | 0.9 | 0.8 | 0.9 |
| Iron and Steel Production and Metallurgical Coke Production | 1.0 | 0.7 | 0.7 | 0.7 | 0.6 | 0.4 | 0.5 |
| *Iron and Steel Production* | *1.0* | *0.7* | *0.7* | *0.7* | *0.6* | *0.4* | *0.5* |
| *Metallurgical Coke Production* | *+* | *+* | *+* | *+* | *+* | *+* | *+* |
| Ferroalloy Production | + | + | + | + | + | + | + |
| Silicon Carbide Production and Consumption | + | + | + | + | + | + | + |
| **$N_2O$** | **33.4** | **23.9** | **25.0** | **29.8** | **18.9** | **17.3** | **19.5** |
| Nitric Acid Production | 17.6 | 16.4 | 16.1 | 19.2 | 16.4 | 14.5 | 16.7 |
| Adipic Acid Production | 15.8 | 7.4 | 8.9 | 10.7 | 2.6 | 2.8 | 2.8 |
| **HFCs** | **36.9** | **115.0** | **116.0** | **120.0** | **117.5** | **112.0** | **123.0** |
| Substitution of Ozone Depleting Substances[a] | 0.3 | 99.0 | 101.9 | 102.7 | 103.6 | 106.3 | 114.6 |
| HCFC-22 Production | 36.4 | 15.8 | 13.8 | 17.0 | 13.6 | 5.4 | 8.1 |
| Semiconductor Manufacturing HFCs | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| **PFCs** | **20.6** | **6.2** | **6.0** | **7.5** | **6.7** | **5.6** | **5.7** |
| Semiconductor Manufacturing PFCs | 2.2 | 3.2 | 3.5 | 3.7 | 4.0 | 4.0 | 4.1 |
| Aluminum Production | 18.4 | 3.0 | 2.5 | 3.8 | 2.7 | 1.6 | 1.6 |
| **$SF_6$** | **32.6** | **17.8** | **16.8** | **15.6** | **15.0** | **13.9** | **14.0** |
| Electrical Transmission and Distribution | 26.7 | 13.9 | 13.0 | 12.2 | 12.2 | 11.8 | 11.8 |
| Magnesium Production and Processing | 5.4 | 2.9 | 2.9 | 2.6 | 1.9 | 1.1 | 1.3 |
| Semiconductor Manufacturing $SF_6$ | 0.5 | 1.0 | 1.0 | 0.8 | 0.9 | 1.0 | 0.9 |
| **Total** | **313.9** | **330.1** | **335.5** | **347.3** | **319.1** | **268.2** | **303.4** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.
Note:  Totals may not sum due to independent rounding.
[a] Small amounts of PFC emissions also result from this source.

BLM_0046997

Table 4-2:  Emissions from Industrial Processes (Gg)

| Gas/Source | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **CO₂** | **188,460** | **165,402** | **169,895** | **172,609** | **159,457** | **118,105** | **139,726** |
| Iron and Steel Production and Metallurgical Coke Production | 99,593 | 66,000 | 68,854 | 71,138 | 66,092 | 42,113 | 54,276 |
| *Iron and Steel Production* | *97,123* | *63,957* | *66,934* | *69,083* | *63,758* | *41,157* | *52,192* |
| *Metallurgical Coke Production* | *2,470* | *2,043* | *1,919* | *2,055* | *2,334* | *956* | *2,084* |
| Cement Production | 33,278 | 45,197 | 45,792 | 44,538 | 40,531 | 29,018 | 30,509 |
| Lime Production | 11,533 | 14,379 | 15,100 | 14,595 | 14,330 | 11,225 | 13,151 |
| Limestone and Dolomite Use | 5,127 | 6,768 | 8,035 | 7,702 | 6,276 | 7,649 | 10,017 |
| Ammonia Production | 13,047 | 9,196 | 8,781 | 9,074 | 7,883 | 7,855 | 8,678 |
| Urea Consumption for Non-Agricultural Purposes | 3,784 | 3,653 | 3,519 | 4,944 | 4,065 | 3,415 | 4,365 |
| Soda Ash Production and Consumption | 4,141 | 4,228 | 4,162 | 4,140 | 4,099 | 3,554 | 3,735 |
| Petrochemical Production | 3,311 | 4,181 | 3,837 | 3,931 | 3,449 | 2,735 | 3,336 |
| Aluminum Production | 6,831 | 4,142 | 3,801 | 4,251 | 4,477 | 3,009 | 3,009 |
| Carbon Dioxide Consumption | 1,416 | 1,321 | 1,709 | 1,867 | 1,780 | 1,784 | 2,203 |
| Titanium Dioxide Production | 1,195 | 1,755 | 1,836 | 1,930 | 1,809 | 1,648 | 1,876 |
| Ferroalloy Production | 2,152 | 1,392 | 1,505 | 1,552 | 1,599 | 1,469 | 1,663 |
| Zinc Production | 632 | 1,030 | 1,030 | 1,025 | 1,159 | 943 | 1,168 |
| Phosphoric Acid Production | 1,529 | 1,386 | 1,167 | 1,166 | 1,187 | 1,018 | 1,017 |
| Lead Production | 516 | 553 | 560 | 562 | 547 | 525 | 542 |
| Silicon Carbide Production and Consumption | 375 | 219 | 207 | 196 | 175 | 145 | 181 |
| **CH₄** | **88** | **86** | **83** | **82** | **74** | **58** | **69** |
| Petrochemical Production | 41 | 51 | 48 | 48 | 43 | 39 | 44 |
| Iron and Steel Production and Metallurgical Coke Production | 46 | 34 | 35 | 33 | 31 | 17 | 25 |
| *Iron and Steel Production* | *46* | *34* | *35* | *33* | *31* | *17* | *25* |
| *Metallurgical Coke Production* | *+* | *+* | *+* | *+* | *+* | *+* | *+* |
| Ferroalloy Production | 1 | + | + | + | + | + | + |
| Silicon Carbide Production and Consumption | 1 | + | + | + | + | + | + |
| **N₂O** | **108** | **77** | **81** | **96** | **61** | **56** | **63** |
| Nitric Acid Production | 57 | 53 | 52 | 62 | 53 | 47 | 54 |
| Adipic Acid Production | 51 | 24 | 29 | 34 | 8 | 9 | 9 |
| **HFCs** | **M** | **M** | **M** | **M** | **M** | **M** | **M** |
| Substitution of Ozone Depleting Substances[a] | M | M | M | M | M | M | M |
| HCFC-22 Production | 3 | 1 | 1 | 1 | 1 | + | 1 |
| Semiconductor Manufacturing HFCs | + | + | + | + | + | + | + |
| **PFCs** | **M** | **M** | **M** | **M** | **M** | **M** | **M** |
| Semiconductor Manufacturing PFCs | M | M | M | M | M | M | M |
| Aluminum Production | M | M | M | M | M | M | M |
| **SF₆** | **1** | **1** | **1** | **1** | **1** | **1** | **1** |
| Electrical Transmission and Distribution | 1 | 1 | 1 | 1 | 1 | + | + |
| Magnesium Production and Processing | M | M | M | M | M | M | M |
| Semiconductor Manufacturing SF₆ | + | + | + | + | + | + | + |

+ Does not exceed 0.5 Gg
M (Mixture of gases)

BLM_0046998

Note:  Totals may not sum due to independent rounding.
ª Small amounts of PFC emissions also result from this source.

[BEGIN BOX]

Box 4-1: Industrial Processes Data from EPA's Greenhouse Gas Reporting Program

On October 30, 2009, the U.S. EPA published a rule for the mandatory reporting of greenhouse gases from large GHG emissions sources in the United States. Implementation of 40 CFR Part 98 is referred to as EPA's Greenhouse Gas Reporting Program (GHGRP). 40 CFR part 98 applies to direct greenhouse gas emitters, fossil fuel suppliers, industrial gas suppliers, and facilities that inject $CO_2$ underground for sequestration or other reasons and requires reporting by 41 industrial categories. Reporting is at the facility level, except for certain suppliers of fossil fuels and industrial greenhouse gases. In general, the threshold for reporting is 25,000 metric tons or more of $CO_2$ Eq. per year. For calendar year 2010, the first year in which data were reported, facilities in 29 categories provided in 40 CFR part 98 were required to report their 2010 emissions by the September 30, 2011 reporting deadline.

EPA's GHGRP dataset and the data presented in this inventory report are complementary and, as indicated in the respective planned improvements sections for source categories in this chapter, EPA is analyzing how to use facility-level GHGRP data to improve the national estimates presented in this inventory. Most methodologies used in EPA's GHGRP are consistent with IPCC, though for EPA's GHGRP, facilities collect detailed information specific to their operations according to detailed measurement standards. This may differ with the more aggregated data collected for the inventory to estimate total, national U.S. emissions. In addition, it should be noted that the definitions and provisions for reporting fuel types in EPA's GHGRP may differ from those used in the national inventory in meeting the UNFCCC reporting guidelines. In line with the UNFCCC reporting guidelines[111], the inventory report is a comprehensive accounting of all emissions from fuel types identified in the IPCC guidelines and provides a separate reporting of emissions from biomass. Further information on the reporting categorizions in EPA's GHGRP and specific data caveats associated with monitoring methods in EPA's GHGRP has been provided on the EPA's GHGRP website.[112]

EPA presents the data collected by EPA's GHGRP through a data publication tool[113] that allows data to be viewed in several formats including maps, tables, charts and graphs for individual facilities or groups of facilities.

[END BOX]


## 4.1.    Cement Production (IPCC Source Category 2A1)

Cement production is an energy- and raw-material-intensive process that results in the generation of $CO_2$ from both the energy consumed in making the cement and the chemical process itself.[114]  $CO_2$ emitted from the chemical process of cement production is the second largest source of industrial $CO_2$ emissions in the United States.  Cement is produced in 36 states and Puerto Rico.  Texas, California, Missouri, Pennsylvania, Alabama, and Michigan were the six largest (in descending order) cement-producing states in 2011 and accounted for approximately half of U.S. production (USGS 2011).

During the cement production process, calcium carbonate ($CaCO_3$) is heated in a cement kiln at a temperature of about 1,450°C (2,400°F) to form lime (i.e., calcium oxide or CaO) and $CO_2$ in a process known as calcination or

---

[111] See http://unfccc.int/resource/docs/2006/sbsta/eng/09.pdf.

[112] See
<http://www.ccdsupport.com/confluence/display/ghgp/Detailed+Description+of+Data+for+Certain+Sources+and+Processes>.

[113] See <http://ghgdata.epa.gov>.

[114] The $CO_2$ emissions related to the consumption of energy for cement manufacture are accounted for under $CO_2$ from Fossil Fuel Combustion in the Energy chapter.

BLM_0046999

calcining. Next, the lime is combined with silica-containing materials to produce clinker (an intermediate product), with the earlier byproduct $CO_2$ being released to the atmosphere. The clinker is then allowed to cool, mixed with a small amount of gypsum and potentially other materials (e.g., slag), and used to make portland cement.[115]

In 2010, U.S. clinker production—including Puerto Rico—totaled 59,000 thousand metric tons (USGS 2011). The resulting $CO_2$ emissions were estimated to be 30.5 Tg $CO_2$ Eq. (30,509 Gg) (see Table 4-3).

Table 4-3:  $CO_2$ Emissions from Cement Production (Tg $CO_2$ Eq. and Gg)

| Year | Tg $CO_2$ Eq. | Gg |
|------|---------------|-------|
| 1990 | 33.3 | 33,278 |
| | | |
| 2005 | 45.2 | 45,197 |
| 2006 | 45.8 | 45,792 |
| 2007 | 44.5 | 44,538 |
| 2008 | 40.5 | 40,531 |
| 2009 | 29.0 | 29,018 |
| 2010 | 30.5 | 30,509 |

Greenhouse gas emissions from cement production grew every year from 1991 through 2006, but have decreased since. Emissions since 1990 have decreased by eight percent. Emissions decreased significantly between 2008 and 2009, due to the economic recession and associated decrease in demand for construction materials. Although emissions increased slightly from 2009 levels in 2010, they remain 25 percent below 2008 levels, again due to the ongoing contraction of the housing market. Cement continues to be a critical component of the construction industry; therefore, the availability of public and private construction funding, as well as overall economic conditions, have considerable influence on cement production.

## Methodology

$CO_2$ emissions from cement production are created by the chemical reaction of carbon-containing minerals (i.e., calcining limestone) in the cement kiln. While in the kiln, limestone is broken down into $CO_2$ and lime, with the $CO_2$ released to the atmosphere. The quantity of $CO_2$ emitted during cement production is directly proportional to the lime content of the clinker. During calcination, each mole of $CaCO_3$ (i.e., limestone) heated in the clinker kiln forms one mole of lime (CaO) and one mole of $CO_2$:

$$CaCO_3 + heat \rightarrow CaO + CO_2$$

$CO_2$ emissions were estimated by applying an emission factor, in tons of $CO_2$ released per ton of clinker produced, to the total amount of clinker produced. The emission factor used in this analysis is the product of the average lime fraction for clinker of 65 percent and a constant reflecting the mass of $CO_2$ released per unit of lime (van Oss 2008). This calculation yields an emission factor of 0.51 tons of $CO_2$ per ton of clinker produced, which was determined as follows:

$$EF_{Clinker} = 0.6460 \; CaO \times \left[ \frac{44.01 \; g/mole \, CO_2}{56.08 \; g/mole \, CaO} \right] = 0.5070 \; tons \; CO_2/ton \; clinker$$

During clinker production, some of the clinker precursor materials remain in the kiln as non-calcinated, partially calcinated, or fully calcinated cement kiln dust (CKD). The emissions attributable to the calcinated portion of the CKD are not accounted for by the clinker emission factor. The IPCC recommends that these additional CKD $CO_2$

---

[115] Approximately three percent of total clinker production is used to produce masonry cement, which is produced using plasticizers (e.g., ground limestone, lime) and portland cement (USGS 2011). Carbon dioxide emissions that result from the production of lime used to create masonry cement are included in the Lime Manufacture source category.

BLM_0047000

emissions should be estimated as two percent of the $CO_2$ emissions calculated from clinker production (when data on CKD generation are not available).[116]  Total cement production emissions were calculated by adding the emissions from clinker production to the emissions assigned to CKD (IPCC 2006).

Furthermore, small amounts of impurities (i.e., not calcium carbonate) may exist in the raw limestone used to produce clinker.  The proportion of these impurities is generally minimal, although a small (one to two percent) amount of magnesium oxide (MgO) may be desirable as a flux.  Per the IPCC Tier 2 methodology, a correction for magnesium oxide is not used, since the amount of magnesium oxide from carbonate is likely very small and the assumption of a 100 percent carbonate source of CaO already yields an overestimation of emissions (IPCC 2006).  The 1990 through 2010 activity data for clinker production (see Table 4-4) were obtained from USGS (US Bureau of Mines 1990 through 1993, USGS 1995 through 2011). The data were compiled by USGS through questionnaires sent to domestic clinker and cement manufacturing plants.

Table 4-4:  Clinker Production (Gg)

| Year | Clinker |
|------|---------|
| 1990 | 64,355 |
|      |         |
| 2005 | 87,405 |
| 2006 | 88,555 |
| 2007 | 86,130 |
| 2008 | 78,382 |
| 2009 | 56,116 |
| 2010 | 59,000 |

## Uncertainty and Time-Series Consistency

The uncertainties contained in these estimates are primarily due to uncertainties in the lime content of clinker and in the percentage of CKD recycled inside the cement kiln.  Uncertainty is also associated with the assumption that all calcium-containing raw materials are $CaCO_3$, when a small percentage likely consists of other carbonate and non-carbonate raw materials.  The lime content of clinker varies from 60 to 67 percent; 65 percent is used as a representative value (van Oss 2008).  CKD loss can range from 1.5 to 8 percent depending upon plant specifications.  Additionally, some amount of $CO_2$ is reabsorbed when the cement is used for construction.  As cement reacts with water, alkaline substances such as calcium hydroxide are formed.  During this curing process, these compounds may react with $CO_2$ in the atmosphere to create calcium carbonate.  This reaction only occurs in roughly the outer 0.2 inches of surface area.  Because the amount of $CO_2$ reabsorbed is thought to be minimal, it was not estimated.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-5. Based on the uncertainties associated with total U.S. clinker production, the $CO_2$ emission factor for clinker production, and the emission factor for additional $CO_2$ emissions from CKD, 2010 $CO_2$ emissions from cement production were estimated to be between 26.5 and 34.7 Tg $CO_2$ Eq. at the 95 percent confidence level.  This confidence level indicates a range of approximately 13 percent below and 14 percent above the emission estimate of 30.5 Tg $CO_2$ Eq.

Table 4-5:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Cement Production (Tg $CO_2$ Eq. and Percent)

---

[116] Default IPCC clinker and CKD emission factors were verified through expert consultation with the Portland Cement Association (PCA 2008) and van Oss (2008).

BLM_0047001

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Cement Production | $CO_2$ | 30.5 | 26.5 | 34.7 | -13% | +14% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Recalculations Discussion

Activity data for the time series was revised for the current Inventory. Specifically, clinker production data for 2006 through 2009 were revised to reflect updated USGS data. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Cement Production source category. Particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all Inventory years as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[117]

## 4.2.   Lime Production (IPCC Source Category 2A2)

Lime is an important manufactured product with many industrial, chemical, and environmental applications. Its major uses are in steel making, flue gas desulfurization systems at coal-fired electric power plants, construction, and water purification. Lime is also used as a $CO_2$ scrubber, and there has been experimentation on the use of lime to capture $CO_2$ from electric power plants. For U.S. operations, the term "lime" actually refers to a variety of chemical compounds. These include calcium oxide (CaO), or high-calcium quicklime; calcium hydroxide (Ca(OH)$_2$), or hydrated lime; dolomitic quicklime ([CaO•MgO]); and dolomitic hydrate ([Ca(OH)$_2$•MgO] or [Ca(OH)$_2$•Mg(OH)$_2$]).

Lime production involves three main processes: stone preparation, calcination, and hydration. Carbon dioxide is generated during the calcination stage, when limestone—mostly calcium carbonate ($CaCO_3$)—is roasted at high temperatures in a kiln to produce CaO and $CO_2$. The $CO_2$ is given off as a gas and is normally emitted to the atmosphere. Some of the $CO_2$ generated during the production process, however, is recovered at some facilities for use in sugar refining and precipitated calcium carbonate (PCC) production.[118]

Lime production in the United States—including Puerto Rico—was reported to be 18,259 thousand metric tons in 2010 (USGS 2011). This production resulted in estimated $CO_2$ emissions of 13.2 Tg $CO_2$ Eq. (13,151 Gg) (see Table 4-6 and Table 4-7).

Table 4-6:  $CO_2$ Emissions from Lime Production (Tg $CO_2$ Eq. and Gg)

| Year | Tg $CO_2$ Eq. | Gg |
|---|---|---|
| 1990 | 11.5 | 11,533 |

---

[117] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

[118] PCC is obtained from the reaction of $CO_2$ with calcium hydroxide. It is used as a filler and/or coating in the paper, food, and plastic industries.

BLM_0047002

| 2005 | 14.4 | 14,379 |
| 2006 | 15.1 | 15,100 |
| 2007 | 14.6 | 14,595 |
| 2008 | 14.3 | 14,330 |
| 2009 | 11.2 | 11,225 |
| 2010 | 13.2 | 13,151 |

Table 4-7:  Potential, Recovered, and Net $CO_2$ Emissions from Lime Production (Gg)

| Year | Potential | Recovered[*] | Net Emissions |
|------|-----------|-----------|---------------|
| 1990 | 12,004 | 471 | 11,533 |
|  |  |  |  |
| 2005 | 15,131 | 752 | 14,379 |
| 2006 | 15,825 | 725 | 15,100 |
| 2007 | 15,264 | 669 | 14,595 |
| 2008 | 14,977 | 647 | 14,330 |
| 2009 | 11,913 | 688 | 11,225 |
| 2010 | 13,795 | 644 | 13,151 |

[*] For sugar refining and PCC production.
Note: Totals may not sum due to rounding

Lime production in 2010 rebounded from a 21 percent decline in 2009 to 18,259 thousand metric tons, which is still eight percent below 2008 levels.  Lime production declined in 2009 mostly due to the economic recession and the associated significant downturn in major markets such as construction and steel.  The surprising rebound in 2010 is primarily due to increased consumption in steelmaking, chemical and industrial uses, and in flue gas desulfurization.  The contemporary lime market is approximately distributed across five end-use categories as follows: metallurgical uses, 35 percent; environmental uses, 32 percent; chemical and industrial uses, 23 percent; construction uses, nine percent; and refractory dolomite, one percent.  Consumption for metallurgical uses, which accounted for 57 percent of the overall decrease in lime consumption in 2009, recorded the most significant (62 percent) gains of 2010 (USGS 2011).

## Methodology

During the calcination stage of lime production, $CO_2$ is given off as a gas and normally exits the system with the stack gas.  To calculate emissions, the amounts of high-calcium and dolomitic lime produced were multiplied by their respective emission factors using the Tier 2 approach from the 2006 IPCC Guidelines (IPCC 2006).  The emission factor is the product of a constant reflecting the mass of $CO_2$ released per unit of lime and the average calcium plus magnesium oxide (CaO + MgO) content for lime (95 percent for both types of lime) (IPCC 2006).  The emission factors were calculated as follows:

For high-calcium lime:

$$[(44.01 \text{ g/mole } CO_2) \div (56.08 \text{ g/mole CaO})] \times (0.9500 \text{ CaO/lime}) = 0.7455 \text{ g } CO_2/\text{g lime}$$

For dolomitic lime:

$$[(88.02 \text{ g/mole } CO_2) \div (96.39 \text{ g/mole CaO})] \times (0.9500 \text{ CaO/lime}) = 0.8675 \text{ g } CO_2/\text{g lime}$$

Production was adjusted to remove the mass of chemically combined water found in hydrated lime, determined according to the molecular weight ratios of $H_2O$ to (Ca(OH)2 and [Ca(OH)$_2$•Mg(OH)$_2$]) (IPCC 2000).  These factors set the chemically combined water content to 24.3 percent for high-calcium hydrated lime, and 27.2 percent for dolomitic hydrated lime.

Lime emission estimates were multiplied by a factor of 1.02 to account for lime kiln dust (LKD), which is produced as a byproduct during the production of lime (IPCC 2006).

BLM_0047003

Lime emission estimates were further adjusted to account for PCC producers and sugar refineries that recover $CO_2$ emitted by lime production facilities for use as an input into production or refining processes. For $CO_2$ recovery by sugar refineries, lime consumption estimates from USGS were multiplied by a $CO_2$ recovery factor to determine the total amount of $CO_2$ recovered from lime production facilities. According to industry outreach by state agencies, sugar refineries use captured $CO_2$ for 100 percent of their $CO_2$ input (Lutter 2009). Carbon dioxide recovery by PCC producers was determined by multiplying estimates for the percentage $CO_2$ of production weight for PCC production at lime plants by a $CO_2$ recovery factor based on the amount of purchased $CO_2$ by PCC manufacturers (Prillaman 2008 through 2010). As data were only available starting in 2007, $CO_2$ recovery for the period 1990 through 2006 was extrapolated by determining a ratio of PCC production at lime facilities to lime consumption for PCC (USGS 1992 through 2008).

Lime production data (high-calcium- and dolomitic-quicklime, high-calcium- and dolomitic-hydrated, and dead-burned dolomite) for 1990 through 2010 (see Table 4-8) were obtained from USGS (1992 through 2011). Natural hydraulic lime, which is produced from CaO and hydraulic calcium silicates, is not produced in the United States (USGS 2010). Total lime production was adjusted to account for the water content of hydrated lime by converting hydrate to oxide equivalent based on recommendations from the IPCC, and is presented in Table 4-9 (IPCC 2000). The CaO and CaO•MgO contents of lime were obtained from the IPCC (IPCC 2006). Since data for the individual lime types (high calcium and dolomitic) was not provided prior to 1997, total lime production for 1990 through 1996 was calculated according to the three year distribution from 1997 to 1999.

Table 4-8: High-Calcium- and Dolomitic-Quicklime, High-Calcium- and Dolomitic-Hydrated, and Dead-Burned-Dolomite Lime Production (Gg)

| Year | High-Calcium Quicklime | Dolomitic Quicklime | High-Calcium Hydrated | Dolomitic Hydrated | Dead-Burned Dolomite |
|------|------------------------|---------------------|-----------------------|---------------------|----------------------|
| 1990 | 11,166 | 2,234 | 1,781 | 319 | 342 |
| 2005 | 14,100 | 2,990 | 2,220 | 474 | 200 |
| 2006 | 15,000 | 2,950 | 2,370 | 409 | 200 |
| 2007 | 14,700 | 2,700 | 2,240 | 352 | 200 |
| 2008 | 14,900 | 2,310 | 2,070 | 358 | 200 |
| 2009 | 11,800 | 1,830 | 1,690 | 261 | 200 |
| 2010 | 13,800 | 2,110 | 1,910 | 239 | 200 |

Table 4-9: Adjusted Lime Production[a] (Gg)

| Year | High-Calcium | Dolomitic |
|------|--------------|-----------|
| 1990 | 12,514 | 2,809 |
| 2005 | 15,781 | 3,535 |
| 2006 | 16,794 | 3,448 |
| 2007 | 16,396 | 3,156 |
| 2008 | 16,467 | 2,771 |
| 2009 | 13,079 | 2,220 |
| 2010 | 15,246 | 2,484 |

[a] Minus water content of hydrated lime

## Uncertainty and Time-Series Consistency

The uncertainties contained in these estimates can be attributed to slight differences in the chemical composition of these products and recovery rates for sugar refineries and PCC manufacturers located at lime plants. Although the methodology accounts for various formulations of lime, it does not account for the trace impurities found in lime,

BLM_0047004

such as iron oxide, alumina, and silica. Due to differences in the limestone used as a raw material, a rigid specification of lime material is impossible. As a result, few plants produce lime with exactly the same properties.

In addition, a portion of the $CO_2$ emitted during lime production will actually be reabsorbed when the lime is consumed. As noted above, lime has many different chemical, industrial, environmental, and construction applications. In many processes, $CO_2$ reacts with the lime to create calcium carbonate (e.g., water softening). Carbon dioxide reabsorption rates vary, however, depending on the application. For example, 100 percent of the lime used to produce precipitated calcium carbonate reacts with $CO_2$; whereas most of the lime used in steel making reacts with impurities such as silica, sulfur, and aluminum compounds. Quantifying the amount of $CO_2$ that is reabsorbed would require a detailed accounting of lime use in the United States and additional information about the associated processes where both the lime and byproduct $CO_2$ are "reused" are required to quantify the amount of $CO_2$ that is reabsorbed. Research conducted thus far has not yielded the necessary information to quantify $CO_2$ reabsorbtion rates.[119]

In some cases, lime is generated from calcium carbonate byproducts at pulp mills and water treatment plants.[120] The lime generated by these processes is not included in the USGS data for commercial lime consumption. In the pulping industry, mostly using the Kraft (sulfate) pulping process, lime is consumed in order to causticize a process liquor (green liquor) composed of sodium carbonate and sodium sulfide. The green liquor results from the dilution of the smelt created by combustion of the black liquor where biogenic C is present from the wood. Kraft mills recover the calcium carbonate "mud" after the causticizing operation and calcine it back into lime—thereby generating $CO_2$—for reuse in the pulping process. Although this re-generation of lime could be considered a lime manufacturing process, the $CO_2$ emitted during this process is mostly biogenic in origin, and therefore is not included in the industrial processes totals (Miner and Upton 2002). In accordance with IPCC methodological guidelines, any such emissions are calculated by accounting for net carbon (C) fluxes from changes in biogenic C reservoirs in wooded or crop lands (see Chapter 7).

In the case of water treatment plants, lime is used in the softening process. Some large water treatment plants may recover their waste calcium carbonate and calcine it into quicklime for reuse in the softening process. Further research is necessary to determine the degree to which lime recycling is practiced by water treatment plants in the United States.

Uncertainties also remain surrounding recovery rates used for sugar refining and PCC production. The recovery rate for sugar refineries is based on two sugar beet processing and refining facilities located in California that use 100 percent recovered $CO_2$ from lime plants (Lutter 2010). This analysis assumes that all sugar refineries located on-site at lime plants also use 100 percent recovered $CO_2$. The recovery rate for PCC producers located on-site at lime plants is based on the 2009 value for PCC manufactured at commercial lime plants, given by the National Lime Association (Prillaman 2010).

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-10. Lime $CO_2$ emissions were estimated to be between 12.1 and 14.4 Tg $CO_2$ Eq. at the 95 percent confidence level. This confidence level indicates a range of approximately 8 percent below and 9 percent above the emission estimate of 13.2 Tg $CO_2$ Eq.

---

[119] Representatives of the National Lime Association estimate that $CO_2$ reabsorption that occurs from the use of lime may offset as much as a quarter of the $CO_2$ emissions from calcination (Males 2003).

[120] Some carbide producers may also regenerate lime from their calcium hydroxide byproducts, which does not result in emissions of $CO_2$. In making calcium carbide, quicklime is mixed with coke and heated in electric furnaces. The regeneration of lime in this process is done using a waste calcium hydroxide (hydrated lime) $[CaC_2 + 2H_2O \rightarrow C_2H_2 + Ca(OH)_2]$, not calcium carbonate $[CaCO_3]$. Thus, the calcium hydroxide is heated in the kiln to simply expel the water $[Ca(OH)_2 + heat \rightarrow CaO + H_2O]$ and no $CO_2$ is released.

BLM_0047005

Table 4-10:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Lime Production (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Lime Production | $CO_2$ | 13.2 | 12.1 | 14.4 | -8% | +9% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010.  Details on the emission trends through time are described in more detail in the Methodology section, above.

## Recalculations Discussion

Data on lime consumption for sugar refining in 2009 was revised by USGS from 733 to 731 metric tons.  This revision resulted in an increase of emissions from 11,223 to 11,225 Gg $CO_2$ Eq., an increase of 0.02 percent.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Lime Production source category. Particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all Inventory years as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[121]

Future improvements to the lime source category will also involve continued research into $CO_2$ recovery associated with lime use during sugar refining and precipitate calcium carbonate (PCC) production.  Currently, two sugar refining facilities in California have been identified to capture $CO_2$ produced in lime kilns located on the same site as the sugar refinery (Lutter 2010).  Data on $CO_2$ production by these lime facilities is unavailable.  Future work will include research to determine the number of sugar refineries that employ the carbonation technique, the percentage of these that use captured $CO_2$ from lime production facilities, and the amount of $CO_2$ recovered per unit of lime production.  Future research will also aim to improve estimates of $CO_2$ recovered as part of the PCC production process using estimates of PCC production and $CO_2$ inputs rather than lime consumption by PCC facilities.

## 4.3.    Limestone and Dolomite Use (IPCC Source Category 2A3)

Limestone ($CaCO_3$) and dolomite ($CaCO_3MgCO_3$)[122] are basic raw materials used by a wide variety of industries, including construction, agriculture, chemical, metallurgy, glass production, and environmental pollution control. Limestone is widely distributed throughout the world in deposits of varying sizes and degrees of purity.  Large deposits of limestone occur in nearly every state in the United States, and significant quantities are extracted for industrial applications.  For some of these applications, limestone is heated sufficiently enough to calcine the material and generate $CO_2$ as a byproduct.  Examples of such applications include limestone used as a flux or purifier in metallurgical furnaces, as a sorbent in flue gas desulfurization (FGD) systems for utility and industrial plants, and as a raw material for the production of glass, lime, and cement.

In 2010, 21,004 thousand metric tons of limestone and 2,624 thousand metric tons of dolomite were consumed for these emissive applications (USGS 2011a).  Usage of limestone and dolomite resulted in aggregate $CO_2$ emissions of 10.0 Tg $CO_2$ Eq. (10,017 Gg) (see Table 4-11 and Table 4-12).  Overall, emissions have increased 95 percent from 1990 through 2010.

---

[121] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

[122] Limestone and dolomite are collectively referred to as limestone by the industry, and intermediate varieties are seldom distinguished.

BLM_0047006

Table 4-11:  $CO_2$ Emissions from Limestone & Dolomite Use (Tg $CO_2$ Eq.)

| Year | Flux Stone | Glass Making | FGD | Magnesium Production | Other Miscellaneous Uses | Total |
|------|-----------|--------------|-----|----------------------|--------------------------|-------|
| 1990 | 2.6 | 0.2 | 1.4 | 0.1 | 0.8 | 5.1 |
| 2005 | 2.7 | 0.4 | 3.0 | + | 0.7 | 6.8 |
| 2006 | 4.5 | 0.7 | 2.1 | + | 0.7 | 8.0 |
| 2007 | 2.0 | 0.3 | 3.2 | + | 2.2 | 7.7 |
| 2008 | 1.0 | 0.4 | 3.8 | + | 1.1 | 6.3 |
| 2009 | 1.8 | 0.1 | 5.4 | + | 0.4 | 7.6 |
| 2010 | 1.6 | 0.4 | 7.1 | + | 0.9 | 10.0 |

Notes:  Totals may not sum due to independent rounding.  "Other miscellaneous uses" include chemical stone, mine dusting or acid water treatment, acid neutralization, and sugar refining.
+ Emissions are less than 0.1 Tg $CO_2$ Eq.

Table 4-12:  $CO_2$ Emissions from Limestone & Dolomite Use (Gg)

| Year | Flux Stone | Glass Making | FGD | Magnesium Production | Other Miscellaneous Uses | Total |
|------|-----------|--------------|-----|----------------------|--------------------------|-------|
| 1990 | 2,593 | 217 | 1,433 | 64 | 819 | 5,127 |
| 2005 | 2,650 | 425 | 2,975 | + | 718 | 6,768 |
| 2006 | 4,492 | 747 | 2,061 | + | 735 | 8,035 |
| 2007 | 1,959 | 333 | 3,179 | + | 2,231 | 7,702 |
| 2008 | 974 | 387 | 3,801 | + | 1,114 | 6,276 |
| 2009 | 1,785 | 61 | 5,406 | + | 396 | 7,649 |
| 2010 | 1,572 | 440 | 7,068 | + | 938 | 10,017 |

+ Emissions are less than 0.1 Tg $CO_2$ Eq.

## Methodology

$CO_2$ emissions were calculated based on the IPCC 2006 Guidelines Tier 2 method by multiplying the quantity of limestone or dolomite consumed by the average C content, 12.0 percent for limestone and 13.0 percent for dolomite (based on stoichiometry), and converting this value to $CO_2$.  This methodology was used for flux stone, glass manufacturing, flue gas desulfurization systems, chemical stone, mine dusting or acid water treatment, acid neutralization, and sugar refining and then converting to $CO_2$ using a molecular weight ratio.  Flux stone used during the production of iron and steel was deducted from the Limestone and Dolomite Use estimate and attributed to the Iron and Steel Production estimate.

Traditionally, the production of magnesium metal was the only other significant use of limestone and dolomite that produced $CO_2$ emissions.  At the start of 2001, there were two magnesium production plants operating in the United States and they used different production methods.  One plant produced magnesium metal using a dolomitic process that resulted in the release of $CO_2$ emissions, while the other plant produced magnesium from magnesium chloride using a $CO_2$-emissions-free process called electrolytic reduction.  However, the plant utilizing the dolomitic process ceased its operations prior to the end of 2001, so beginning in 2002 there were no emissions from this particular sub-use (USGS 2011b).

Consumption data for 1990 through 2010 of limestone and dolomite used for flux stone, glass manufacturing, flue gas desulfurization systems, chemical stone, mine dusting or acid water treatment, acid neutralization, and sugar refining (see Table 4-13) were obtained from the USGS *Minerals Yearbook: Crushed Stone Annual Report* (1995 through 2011a) and the U.S. Bureau of Mines (1991 and 1993a).  The production capacity data for 1990 through 2010 of dolomitic magnesium metal also came from the USGS (1995 through 2011b) and the U.S. Bureau of Mines (1990 through 1993b).  During 1990 and 1992, the USGS did not conduct a detailed survey of limestone and dolomite consumption by end-use.  Consumption for 1990 was estimated by applying the 1991 percentages of total limestone and dolomite use constituted by the individual limestone and dolomite uses to 1990 total use.  Similarly, the 1992 consumption figures were approximated by applying an average of the 1991 and 1993 percentages of total limestone and dolomite use constituted by the individual limestone and dolomite uses to the 1992 total.

BLM_0047007

Additionally, each year the USGS withholds data on certain limestone and dolomite end-uses due to confidentiality agreements regarding company proprietary data. For the purposes of this analysis, emissive end-uses that contained withheld data were estimated using one of the following techniques: (1) the value for all the withheld data points for limestone or dolomite use was distributed evenly to all withheld end-uses; (2) the average percent of total limestone or dolomite for the withheld end-use in the preceding and succeeding years; or (3) the average fraction of total limestone or dolomite for the end-use over the entire time period.

There is a large quantity of crushed stone reported to the USGS under the category "unspecified uses." A portion of this consumption is believed to be limestone or dolomite used for emissive end uses. The quantity listed for "unspecified uses" was, therefore, allocated to each reported end use according to each end uses fraction of total consumption in that year.[123]

Table 4-13: Limestone and Dolomite Consumption (Thousand Metric Tons)

| Activity | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Flux Stone | 6,737 | 7,022 | 11,030 | 5,305 | 3,253 | 4,623 | 4,441 |
| Limestone | 5,804 | 3,165 | 5,208 | 3,477 | 1,970 | 1,631 | 1,921 |
| Dolomite | 933 | 3,857 | 5,822 | 1,827 | 1,283 | 2,992 | 2,520 |
| Glass Making | 489 | 962 | 1,693 | 757 | 879 | 139 | 1,000 |
| Limestone | 430 | 920 | 1,629 | 757 | 879 | 139 | 1,000 |
| Dolomite | 59 | 43 | 64 | + | + | + | + |
| FGD | 3,258 | 6,761 | 4,683 | 7,225 | 8,639 | 12,288 | 16,064 |
| Other Miscellaneous Uses | 1,835 | 1,632 | 1,671 | 5,057 | 2,531 | 898 | 2,122 |
| **Total** | **12,319** | **16,377** | **19,078** | **18,344** | **15,302** | **17,948** | **23,628** |

+ Emissions are less than 0.1 Tg $CO_2$ Eq.

Notes: "Other miscellaneous uses" includes chemical stone, mine dusting or acid water treatment, acid neutralization, and sugar refining. Zero values for limestone and dolomite consumption for glass making result during years when the USGS reports that no limestone or dolomite are consumed for this use.


## Uncertainty and Time-Series Consistency

The uncertainty levels presented in this section arise in part due to variations in the chemical composition of limestone. In addition to calcium carbonate, limestone may contain smaller amounts of magnesia, silica, and sulfur, among other minerals. The exact specifications for limestone or dolomite used as flux stone vary with the pyrometallurgical process and the kind of ore processed. Similarly, the quality of the limestone used for glass manufacturing will depend on the type of glass being manufactured.

The estimates below also account for uncertainty associated with activity data. Large fluctuations in reported consumption exist, reflecting year-to-year changes in the number of survey responders. The uncertainty resulting from a shifting survey population is exacerbated by the gaps in the time series of reports. The accuracy of distribution by end use is also uncertain because this value is reported by the manufacturer and not the end user. Additionally, there is significant inherent uncertainty associated with estimating withheld data points for specific end uses of limestone and dolomite. The uncertainty of the estimates for limestone used in glass making is especially high; however, since glass making accounts for a small percent of consumption, its contribution to the overall emissions estimate is low. Lastly, much of the limestone consumed in the United States is reported as "other unspecified uses." Therefore, it is difficult to accurately allocate this unspecified quantity to the correct end-uses.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-14. Limestone and Dolomite Use $CO_2$ emissions were estimated to be between 8.7 and 11.8 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 13 percent below and 18 percent above the emission estimate of 10.0 Tg $CO_2$ Eq.

Table 4-14: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Limestone and Dolomite Use (Tg $CO_2$ Eq. and Percent)

---

[123]This approach was recommended by USGS.

BLM_0047008

| Source | Gas | 2010 Emission Estimate (Tg CO$_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
| | | | (Tg CO$_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Limestone and Dolomite Use | CO$_2$ | 10.0 | 8.7 | 11.8 | -13% | +18% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Limestone and Dolomite Use source category. Particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all Inventory years as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[124] Additionally, future improvements include revisiting the methodology to distribute withheld data across emissive end-uses for all years to improve consistency of calculations.

## *4.4.  Soda Ash Production and Consumption (IPCC Source Category 2A4)*

Soda ash (sodium carbonate, Na$_2$CO$_3$) is a white crystalline solid that is readily soluble in water and strongly alkaline. Commercial soda ash is used as a raw material in a variety of industrial processes and in many familiar consumer products such as glass, soap and detergents, paper, textiles, and food. It is used primarily as an alkali, either in glass manufacturing or simply as a material that reacts with neutralizes acids or acidic substances. Internationally, two types of soda ash are produced, natural and synthetic. The United States produces only natural soda ash and is second only to China in total soda ash production. Trona is the principal ore from which natural soda ash is made.

Only two states produce natural soda ash: Wyoming and California. Of these two states, only net emissions of CO$_2$ from Wyoming were calculated due to specifics regarding the production processes employed in the state.[125] During the production process used in Wyoming, trona ore is calcined to produce crude soda ash. Carbon dixoide is generated as a byproduct of this reaction, and is eventually emitted into the atmosphere. In addition, CO$_2$ may also be released when soda ash is consumed.

In 2010, CO$_2$ emissions from the production of soda ash from trona were approximately 1.5 Tg CO$_2$ Eq. (1,548 Gg). Soda ash consumption in the United States generated 2.2 Tg CO$_2$ Eq. (2,187 Gg) in 2010. Total emissions from soda ash production and consumption in 2010 were 3.7 Tg CO$_2$ Eq. (3,735 Gg) (see Table 4-15 and Table 4-16). Total emissions in 2010 increased by approximately 5 percent from emissions in 2009, and have decreased overall by approximately 9.8 percent since 1990.

---

[124] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

[125] In California, soda ash is manufactured using sodium carbonate-bearing brines instead of trona ore. To extract the sodium carbonate, the complex brines are first treated with CO$_2$ in carbonation towers to convert the sodium carbonate into sodium bicarbonate, which then precipitates from the brine solution. The precipitated sodium bicarbonate is then calcined back into sodium carbonate. Although CO$_2$ is generated as a byproduct, the CO$_2$ is recovered and recycled for use in the carbonation stage and is not emitted. A third state, Colorado, produced soda ash until the plant was idled in 2004. The lone producer of sodium bicarbonate no longer mines trona in the state. For a brief time, NaHCO$_3$ was produced using soda ash feedstocks mined in Wyoming and shipped to Colorado. Because the trona is mined in Wyoming, the production numbers given by the USGS included the feedstocks mined in Wyoming and shipped to Colorado. In this way, the sodium bicarbonate production that took place in Colorado was accounted for in the Wyoming numbers.

BLM_0047009

Emissions have remained relatively constant over the time series with some fluctuations since 1990. In general, these fluctuations were related to the behavior of the export market and the U.S. economy. Specifically, the extended downturn in residential and commercial construction and automotive industries between 2008 and 2010 resulted in reduced consumption of glass products, causing a drop in global demand for soda ash and a corresponding decrease in emissions. Furthermore, the glass container sector is one of the leading soda ash consuming sectors in the United States. Some commercial food and beverage package manufacturers are shifting from glass containers towards lighter and more cost effective polyethylene terephthalate (PET) based containers, putting downward pressure on domestic consumption of soda ash (USGS 2010 and 2011).

Table 4-15:  $CO_2$ Emissions from Soda Ash Production and Consumption (Tg $CO_2$ Eq.)

| Year | Production | Consumption | Total |
|------|-----------|-------------|-------|
| 1990 | 1.4 | 2.7 | 4.1 |
| 2005 | 1.7 | 2.6 | 4.2 |
| 2006 | 1.6 | 2.5 | 4.2 |
| 2007 | 1.7 | 2.5 | 4.1 |
| 2008 | 1.7 | 2.4 | 4.1 |
| 2009 | 1.5 | 2.1 | 3.6 |
| 2010 | 1.5 | 2.2 | 3.7 |

Note:  Totals may not sum due to independent rounding.

Table 4-16:  $CO_2$ Emissions from Soda Ash Production and Consumption (Gg)

| Year | Production | Consumption | Total |
|------|-----------|-------------|-------|
| 1990 | 1,431 | 2,710 | 4,141 |
| 2005 | 1,655 | 2,573 | 4,228 |
| 2006 | 1,626 | 2,536 | 4,162 |
| 2007 | 1,675 | 2,465 | 4,140 |
| 2008 | 1,733 | 2,366 | 4,099 |
| 2009 | 1,470 | 2,083 | 3,554 |
| 2010 | 1,548 | 2,187 | 3,735 |

Note:  Totals may not sum due to independent rounding.

The United States represents about one-fourth of total world soda ash output. Based on final 2010 reported data, the estimated distribution of soda ash by end-use in 2010 was glass making, 48 percent; chemical production, 29 percent; soap and detergent manufacturing, 10 percent; distributors, 5 percent; flue gas desulfurization, 4 percent; other uses and pulp and paper production, 2 percent each; and water treatment, less than 1 percent (USGS 2011).

Although the United States continues to be a major supplier of world soda ash, China, which surpassed the United States in soda ash production in 2003, is the world's leading producer. While Chinese soda ash production appears to be stabilizing, U.S. competition in Asian markets is expected to continue. Despite this competition, U.S. soda ash production is expected to increase by about 0.5 percent annually (USGS 2008).

## Methodology

During the production process, trona ore is calcined in a rotary kiln and chemically transformed into a crude soda ash that requires further processing. Carbon dioxide and water are generated as byproducts of the calcination process. Carbon dioxide emissions from the calcination of trona can be estimated based on the following chemical reaction:

$$2(Na_3(CO_3)(HCO_3) \cdot 2H_2O) \rightarrow 3Na_2CO_3 + 5H_2O + CO_2$$

BLM_0047010

[trona]                [soda ash]

Based on this formula, which is consistent with an IPCC Tier 1 approach, approximately 10.27 metric tons of trona are required to generate one metric ton of $CO_2$, or an emission factor of 0.097 metric tons $CO_2$ per metric ton trona (IPCC 2006). Thus, the 15.9 million metric tons of trona mined in 2010 for soda ash production (USGS 2011) resulted in $CO_2$ emissions of approximately 1.5 Tg $CO_2$ Eq. (1,548 Gg).

Once produced, most soda ash is consumed in glass and chemical production, with minor amounts in soap and detergents, pulp and paper, flue gas desulfurization and water treatment. As soda ash is consumed for these purposes, additional $CO_2$ is usually emitted. In these applications, it is assumed that one mole of C is released for every mole of soda ash used. Thus, approximately 0.113 metric tons of C (or 0.415 metric tons of $CO_2$) are released for every metric ton of soda ash consumed.

The activity data for trona production and soda ash consumption (see Table 4-17) between 1990 and 2010 were taken from USGS Minerals Yearbook for Soda Ash (1994 through 2011). Soda ash production and consumption data were collected by the USGS from voluntary surveys of the U.S. soda ash industry.

BLM_0047011

Table 4-17:  Soda Ash Production and Consumption (Gg)

| Year | Production* | Consumption |
|------|-------------|-------------|
| 1990 | 14,700 | 6,530 |
| | | |
| 2005 | 17,000 | 6,200 |
| 2006 | 16,700 | 6,110 |
| 2007 | 17,200 | 5,940 |
| 2008 | 17,800 | 5,700 |
| 2009 | 15,100 | 5,020 |
| 2010 | 15,900 | 5,270 |

* Soda ash produced from trona ore only.

## Uncertainty and Time-Series Consistency

Emission estimates from soda ash production have relatively low associated uncertainty levels in that reliable and accurate data sources are available for the emission factor and activity data.  The primary source of uncertainty, however, results from the fact that emissions from soda ash consumption are dependent upon the type of processing employed by each end-use.  Specific emission factors for each end-use are not available, so a Tier 1 default emission factor is used for all end uses.  Therefore, there is uncertainty surrounding the emission factors from the consumption of soda ash.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-18.  Soda Ash Production and Consumption $CO_2$ emissions were estimated to be between 3.5 and 4.0 Tg $CO_2$ Eq. at the 95 percent confidence level.  This indicates a range of approximately 7 percent below and 7 percent above the emission estimate of 3.7 Tg $CO_2$ Eq.

Table 4-18: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Soda Ash Production and Consumption (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | | Uncertainty Range Relative to Emission Estimate[a] | | | |
|--------|-----|-----|-----|-----|-----|-----|-----|
| | | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Soda Ash Production and Consumption | $CO_2$ | 3.7 | 3.5 | 4.0 | -7% | +7% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010.  Details on the emission trends through time are described in more detail in the Methodology section, above.

## Recalculations

Trona production data was updated for 2009 and soda ash consumption data was updated for 2008 and 2009 based on newly available data from the USGS Minerals Yearbook Soda Ash 2010 (USGS 2011). This resulted in a decrease of total emissions from soda ash production and consumption for 2008 and 2009 by approximately 0.3 percent and 17 percent, respectively.

## Planned Improvements

Future inventories are anticipated to estimate emissions from glass production and other use of carbonates.  These inventories will extract soda ash consumed for glass production and other use of carbonates from the current soda ash consumption emission estimates and include them under those sources.

In examining data from EPA's GHGRP that would be useful to improve the emission estimates for Soda Ash and

BLM_0047012

Consumption category, particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all inventory years as reported in this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[126]

## 4.5.    Ammonia Production (IPCC Source Category 2B1)

Emissions of $CO_2$ occur during the production of synthetic ammonia, primarily through the use of natural gas, petroleum coke, or naphtha as a feedstock.  The natural gas-based, naphtha-based, and petroleum coke-based processes produce $CO_2$ and hydrogen ($H_2$), the latter of which is used in the production of ammonia.  One synthetic ammonia production plant located in Kansas is producing ammonia from petroleum coke feedstock; other synthetic ammonia production plants in the U.S. are using natural gas feedstock.  In some plants some of the $CO_2$ produced by the process is captured and used to produce urea rather than being emitted to the atmosphere.  The brine electrolysis process for production of ammonia does not lead to process-based $CO_2$ emissions.

There are five principal process steps in synthetic ammonia production from natural gas feedstock.  The primary reforming step converts $CH_4$ to $CO_2$, carbon monoxide (CO), and $H_2$ in the presence of a catalyst.  Only 30 to 40 percent of the $CH_4$ feedstock to the primary reformer is converted to CO and $CO_2$ in this step of the process.  The secondary reforming step converts the remaining $CH_4$ feedstock to CO and $CO_2$.  The CO in the process gas from the secondary reforming step (representing approximately 15 percent of the process gas) is converted to $CO_2$ in the presence of a catalyst, water, and air in the shift conversion step.  Carbon dioxide is removed from the process gas by the shift conversion process, and the hydrogen gas is combined with the nitrogen ($N_2$) gas in the process gas during the ammonia synthesis step to produce ammonia.  The $CO_2$ is included in a waste gas stream with other process impurities and is absorbed by a scrubber solution.  In regenerating the scrubber solution, $CO_2$ is released from the solution.

The conversion process for conventional steam reforming of $CH_4$, including the primary and secondary reforming and the shift conversion processes, is approximately as follows:

$$0.88\ CH_4 + 1.26\ Air + 1.24\ H_2O \xrightarrow{\text{(catalyst)}} 0.88\ CO_2 + N_2 + 3\ H_2$$

$$N_2 + 3\ H_2 \rightarrow 2\ NH_3$$

To produce synthetic ammonia from petroleum coke, the petroleum coke is gasified and converted to $CO_2$ and $H_2$.  These gases are separated, and the $H_2$ is used as a feedstock to the ammonia production process, where it is reacted with $N_2$ to form ammonia.

Not all of the $CO_2$ produced during the production of ammonia is emitted directly to the atmosphere.   Some of the ammonia and some of the $CO_2$ produced by the synthetic ammonia process are used as raw materials in the production of urea $[CO(NH_2)_2]$, which has a variety of agricultural and industrial applications.

The chemical reaction that produces urea is:

$$2\ NH_3 + CO_2 \rightarrow\ \ NH_2COONH_4 \rightarrow CO(NH_2)_2 + H_2O$$

Only the $CO_2$ emitted directly to the atmosphere from the synthetic ammonia production process are accoutned for in determining emissions from ammonia production.  The $CO_2$ that is captured during the ammonia production process and used to produceurea does not contribute to the $CO_2$ emission estimates for ammonia production presented in this section.  Instead, CO2 emissions resulting from the consumption of urea are attributed to the urea consumption or urea application category (under the assumption that the C stored in the urea during its manufacture is released into the environment during its consumption or application).  Emissions of $CO_2$ resulting from agricultural applications of urea are accounted for in the Cropland Remaining Cropland section of the Land-use, Land-use Change, and Forestry chapter.  Emissions of $CO_2$ resulting from non-agricultural applications of urea (e.g., use as a feedstock in chemical production processes) are accounted for in the Urea Consumption for Non-Agricultural Purposes section of the Industrial Process chapter.

Total emissions of $CO_2$ from ammonia production in 2010 were 8.7 Tg $CO_2$ Eq. (8,678 Gg), and are summarized in

---

[126] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

BLM_0047013

Table 4-19 and Table 4-20. The observed decrease in ammonia production and associated $CO_2$ emissions between 2007 and 2009 is due to several factors, including market fluctuations and high natural gas prices. Ammonia production relies on natural gas as both a feedstock and a fuel, and as such, domestic producers are competing with imports from countries with lower natural gas prices (EEA 2004). The 2010 increase in ammonia production (and associated $CO_2$ emissions) is largely attributable to dramatically lower natural gas prices in the U.S. after 2009 (EIA 2011).

Table 4-19:  $CO_2$ Emissions from Ammonia Production (Tg $CO_2$ Eq.)

| Source | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| Ammonia Production | 13.0 | | 9.2 | 8.8 | 9.1 | 7.9 | 7.9 | 8.7 |
| **Total** | **13.0** | | **9.2** | **8.8** | **9.1** | **7.9** | **7.9** | **8.7** |

Table 4-20:  $CO_2$ Emissions from Ammonia Production (Gg)

| Source | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| Ammonia Production | 13,047 | | 9,196 | 8,781 | 9,074 | 7,883 | 7,855 | 8,678 |
| **Total** | **13,047** | | **9,196** | **8,781** | **9,074** | **7,883** | **7,855** | **8,678** |

## Methodology

The calculation methodology for non-combustion $CO_2$ emissions from production of synthetic ammonia from natural gas feedstock is based on the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006). The method utilizes a $CO_2$ emission factor published by the European Fertilizer Manufacturers Association (EFMA) that is based on natural gas-based ammonia production technologies that are similar to those employed in the United States. The $CO_2$ emission factor (1.2 metric tons $CO_2$/metric ton $NH_3$) is applied to the percent of total annual domestic ammonia production from natural gas feedstock. Emissions from fuels consumed for energy purposes during the production of ammonia are accounted for in the Energy chapter.

Emissions of $CO_2$ from ammonia production are then adjusted to account for the use of some of the $CO_2$ produced from ammonia production as a raw material in the production of urea. The $CO_2$ emissions reported for ammonia production are reduced by a factor of 0.733 multiplied by total annual domestic urea production. This corresponds to a stochiometric $CO_2$/urea factor of 44/60, assuming complete conversion of $NH_3$ and $CO_2$ to urea (IPCC 2006, EFMA 2000).

All synthetic ammonia production and subsequent urea production are assumed to be from the same process—conventional catalytic reforming of natural gas feedstock, with the exception of ammonia production from petroleum coke feedstock at one plant located in Kansas. The $CO_2$ emission factor for production of ammonia from petroleum coke is based on plant specific data, wherein all C contained in the petroleum coke feedstock that is not used for urea production is assumed to be emitted to the atmosphere as $CO_2$ (Bark 2004). Ammonia and urea are assumed to be manufactured in the same manufacturing complex, as both the raw materials needed for urea production are produced by the ammonia production process. The $CO_2$ emission factor for the petroleum coke feedstock process (3.57 metric tons $CO_2$/metric ton $NH_3$) is applied to the percent of total annual domestic ammonia production from petroleum coke feedstock.

The emission factor of 1.2 metric ton $CO_2$/metric ton $NH_3$ for production of ammonia from natural gas feedstock was taken from the EFMA Best Available Techniques publication, Production of Ammonia (EFMA 1995). The EFMA reported an emission factor range of 1.15 to 1.30 metric ton $CO_2$/metric ton $NH_3$, with 1.2 metric ton $CO_2$/metric ton $NH_3$ as a typical value. Technologies (e.g., catalytic reforming process) associated with this factor are found to closely resemble those employed in the U.S. for use of natural gas as a feedstock. The EFMA reference also indicates that more than 99 percent of the $CH_4$ feedstock to the catalytic reforming process is ultimately converted to $CO_2$. The emission factor of 3.57 metric ton $CO_2$/metric ton $NH_3$ for production of ammonia from

BLM_0047014

petroleum coke feedstock was developed from plant-specific ammonia production data and petroleum coke feedstock utilization data for the ammonia plant located in Kansas (Bark 2004). As noted earlier, emissions from fuels consumed for energy purposes during the production of ammonia are accounted for in the Energy chapter. Ammonia production data (see Table 4-21) was obtained from Coffeyville Resources (Coffeyville 2005, 2006, 2007a, 2007b, 2009, 2010, and 2011) and the Census Bureau of the U.S. Department of Commerce (U.S. Census Bureau 1991 through 1994, 1998 through 2011) as reported in Current Industrial Reports Fertilizer Materials and Related Products annual and quarterly reports. Urea-ammonia nitrate production was obtained from Coffeyville Resources (Coffeyville 2005, 2006, 2007a, 2007b, 2009, 2010, 2011). Urea production data for 1990 through 2008 were obtained from the Minerals Yearbook: Nitrogen (USGS 1994 through 2009). Urea production data for 2009 through 2010 were obtained from the U.S. Bureau of the Census (2011).

Table 4-21:  Ammonia Production and Urea Production (Gg)

| Year | Ammonia Production | Urea Production |
|------|--------------------|-----------------|
| 1990 | 15,425 | 7,450 |
| | | |
| 2005 | 10,143 | 5,270 |
| 2006 | 9,962 | 5,410 |
| 2007 | 10,393 | 5,590 |
| 2008 | 9,570 | 5,240 |
| 2009 | 9,372 | 5,084 |
| 2010 | 10,084 | 5,122 |

## Uncertainty and Time-Series Consistency

The uncertainties presented in this section are primarily due to how accurately the emission factor used represents an average across all ammonia plants using natural gas feedstock. Uncertainties are also associated with natural gas feedstock consumption data for the U.S. ammonia industry as a whole, the assumption that all ammonia production and subsequent urea production was from the same process—conventional catalytic reforming of natural gas feedstock, with the exception of one ammonia production plant located in Kansas that is manufacturing ammonia from petroleum coke feedstock. Uncertainty is also associated with the representativeness of the emission factor used for the petroleum coke-based ammonia process. It is also assumed that ammonia and urea are produced at collocated plants from the same natural gas raw material.

Recovery of $CO_2$ from ammonia production plants for purposes other than urea production (e.g., commercial sale) has not been considered in estimating the $CO_2$ emissions from ammonia production, as data concerning the disposition of recovered $CO_2$ are not available. Such recovery may or may not affect the overall estimate of $CO_2$ emissions depending upon the end use to which the recovered $CO_2$ is applied. Further research is required to determine whether byproduct $CO_2$ is being recovered from other ammonia production plants for application to end uses that are not accounted for elsewhere.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-22. Ammonia Production $CO_2$ emissions were estimated to be between 7.8 and 10.9 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 10 percent below and 25 percent above the emission estimate of 8.7 Tg $CO_2$ Eq.

Table 4-22:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Ammonia Production (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | | Uncertainty Range Relative to Emission Estimate[a] | | | |
|--------|-----|------------------|-------------|------------------|-------------|-------------|-------------|
| | | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound | |
| Ammonia Production | $CO_2$ | 8.7 | 7.8 | 10.9 | -10% | +25% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

BLM_0047015

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Recalculations Discussion

For the current Inventory, emissions resulting from non-agricultural urea consumption have been transferred from the Ammonia Production section to a new section within the Industrial Process chapter titled Urea Consumption for Non-Agricultural Purposes. From 1990 to 2009, urea consumption for non-agricultural purposes accounted for an average of 27 percent of the combined emissions from ammonia production and non-agricultural urea consumption each year.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Ammonia Production source category. Particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all Inventory years as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[127] Specifically, the planned improvements include assessing data to update the emission factors to include both fuel and feedstock $CO_2$ emissions and incorporate $CO_2$ capture and storage. Methodologies will also be updated if additional ammonia-production plants are found to use hydrocarbons other than natural gas for ammonia production.

## *4.6.   Urea Consumption for Non-Agricultural Purposes*

Urea is used as a nitrogenous fertilizer for agricultural applications and also in a variety of industrial applications. Urea's industrial applications include its use as adhesives, binders, sealants, resins, fillers, analytical reagents, catalysts, intermediates, solvents, dyestuffs, fragrances, deodorizers, flavoring agents, humectants and dehydrating agents, formulation components, monomers, paint and coating additives, photosensitive agents, and surface treatments agents. In addition, urea is used for abating nitrous oxide emissions from coal-fired power plants and diesel transportation motors.

Urea is produced using ammonia and $CO_2$ as raw materials. All urea produced in the U.S. is assumed to be produced at ammonia production facilities where both ammonia and $CO_2$ are generated. The chemical reaction that produces urea is:

$$2 NH_3 + CO_2 \rightarrow \quad NH_2COONH_4 \rightarrow CO(NH_2)_2 + H_2O$$

This section accounts for $CO_2$ emissions associated with urea consumed exclusively for non-agricultural purposes. $CO_2$ emissions associated with urea consumed for fertilizer are accounted for in the Cropland Remaining Cropland section of the Land Use, Land-Use Change, and Forestry chapter.

Emissions of $CO_2$ from urea consumed for non-agricultural purposes in 2010 were estimated to be 4.4 Tg $CO_2$ Eq. (4,365 Gg), and are summarized in Table 4-23 and Table 4-24.

---

[127] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdffiles/1008_Model_and_Facility_Level_Data_Report.pdf>

BLM_0047016

Table 4-23:  $CO_2$ Emissions from Urea Consumption for Non-Agricultural Purposes (Tg $CO_2$ Eq.)

| Source | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| Urea Consumption | 3.8 | | 3.7 | 3.5 | 4.9 | 4.1 | 3.4 | 4.4 |
| **Total** | **3.8** | | **3.7** | **3.5** | **4.9** | **4.1** | **3.4** | **4.4** |

Table 4-24:  $CO_2$ Emissions from Urea Consumption for Non-Agricultural Purposes (Gg)

| Source | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| Urea Consumption | 3,784 | | 3,653 | 3,519 | 4,944 | 4,065 | 3,415 | 4,365 |
| **Total** | **3,784** | | **3,653** | **3,519** | **4,944** | **4,065** | **3,415** | **4,365** |

## Methodology

Emissions of $CO_2$ resulting from urea consumption for non-agricultural purposes are estimated by multiplying the amount of urea consumed in the U.S. for non-agricultural purposes by a factor representing the amount of $CO_2$ used as a raw material to produce the urea. This method is based on the assumption that all of the C in urea is released into the environment as $CO_2$ during use.

The amount of urea consumed for non-agricultural purposes in the U.S. is estimated by deducting the quantity of urea fertilizer applied to agricultural lands, which is obtained directly from the Land Use, Land-Use Change, and Forestry chapter and is reported in Table 4-25, from the total domestic supply of urea.  The domestic supply of urea is estimated based on the amount of urea produced plus the sum of net urea imports and exports. A factor of 0.73 tons of $CO_2$ per ton of urea consumed is then applied the resulting supply of urea for non-agricultural purposes to estimate $CO_2$ emissions from the amount of urea consumed for non-agricultural purposes. The 0.733 tons of $CO_2$ per ton of urea emission factor is based on the stoichiometry of producing urea from ammonia and $CO_2$. This corresponds to a stochiometric $CO_2$/urea factor of 44/60, assuming complete conversion of $NH_3$ and $CO_2$ to urea (IPCC 2006, EFMA 2000).

Urea production data for 1990 through 2008 were obtained from the Minerals Yearbook: Nitrogen (USGS 1994 through 2009). Urea production data for 2009 through 2010 were obtained from the U.S. Bureau of the Census (2011).  Import data for urea were obtained from the U.S. Census Bureau Current Industrial Reports Fertilizer Materials and Related Products annual and quarterly reports for 1997 through 2010 (U.S. Census Bureau 1998 through 2011), The Fertilizer Institute (TFI 2002) for 1993 through 1996, and the United States International Trade Commission Interactive Tariff and Trade DataWeb (U.S. ITC 2002) for 1990 through 1992 (see Table 4-25).  Urea export data for 1990 through 2010 were taken from U.S. Fertilizer Import/Exports from USDA Economic Research Service Data Sets (U.S. Department of Agriculture 2011).

BLM_0047017

Table 4-25:  Urea Production, Urea Applied as Fertilizer, Urea Imports, and Urea Exports (Gg)

| Year | Urea Production | Urea Applied as Fertilizer | Urea Imports | Urea Exports |
|------|-----------------|----------------------------|--------------|--------------|
| 1990 | 7,450 | 3,296 | 1,860 | 854 |
| 2005 | 5,270 | 4,779 | 5,026 | 536 |
| 2006 | 5,410 | 4,985 | 5,029 | 656 |
| 2007 | 5,590 | 5,097 | 6,546 | 271 |
| 2008 | 5,240 | 4,925 | 5,459 | 230 |
| 2009 | 5,084 | 4,925 | 4,727 | 289 |
| 2010 | 5,122 | 4,925 | 6,631 | 152 |

## Uncertainty and Time-Series Consistency

The amount of urea used for non-agricultural purposes is estimated based on estimates of urea production, urea imports, urea exports, and the amount of urea used as fertilizer. The primary uncertainties associated with this source category are associated with the accuracy of these estimates as well as the fact that each estimate is obtained from a different data source. There is also uncertainty associated with the assumption that all of the C in urea is released into the environment as $CO_2$ during use.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-26.  $CO_2$ emissions associated with urea consumption for non-agricultural purposes were estimated to be between 2.3 and 5.0 Tg $CO_2$ Eq. at the 95 percent confidence level.  This indicates a range of approximately 47 percent below and 15 percent above the emission estimate of 4.4 Tg $CO_2$ Eq.

Table 4-26:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Urea Consumption for Non-Agricultural Purposes (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | | Uncertainty Range Relative to Emission Estimate[a] | | | |
|--------|-----|----------------------------------------|--|---------------------------------------------------|--|--|--|
| | | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Lower Bound | Upper Bound |
| Urea Consumption for Non-Agricultural Purposes | $CO_2$ | 4.4 | 2.3 | 5.0 | -47% | +15% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010.  Details on the emission trends through time are described in more detail in the Methodology section, above.

## Planned Improvements

Future improvements to the urea consumption for non-agricultural purposes source category involve continuing to research obtaining data on how much urea is consumed for specific applications in the United States and whether C is released to the environment fully during each application.

## *4.7.   Nitric Acid Production (IPCC Source Category 2B2)*

Nitric acid ($HNO_3$) is an inorganic compound used primarily to make synthetic commercial fertilizers.  It is also a major component in the production of adipic acid—a feedstock for nylon—and explosives.  Virtually all of the nitric acid produced in the United States is manufactured by the catalytic oxidation of ammonia (EPA 1997).  During this reaction, $N_2O$ is formed as a byproduct and is released from reactor vents into the atmosphere.

BLM_0047018

Currently, the nitric acid industry controls for emissions of NO and $NO_2$ (i.e., $NO_x$). As such, the industry in the US uses a combination of non-selective catalytic reduction (NSCR) and selective catalytic reduction (SCR) technologies. In the process of destroying $NO_x$, NSCR systems are also very effective at destroying $N_2O$. However, NSCR units are generally not preferred in modern plants because of high energy costs and associated high gas temperatures. NSCRs were widely installed in nitric plants built between 1971 and 1977. As of 2010, approximately 32 percent of nitric acid plants use NSCR, representing 17.3 percent of estimated national production (EPA 2010). The remaining 82.7 percent of production occurs using SCR or extended absorption, neither of which is known to reduce $N_2O$ emissions.

$N_2O$ emissions from this source were estimated to be 16.7 Tg $CO_2$ Eq. (54 Gg) in 2010 (see Table 4-27). Emissions from nitric acid production have decreased by 5.1 percent since 1990, with the trend in the time series closely tracking the changes in production. Emissions increased 15.3 percent between 2009 and 2010. Emissions have decreased by 20 percent since 1997, the highest year of production in the time series.

Table 4-27:  $N_2O$ Emissions from Nitric Acid Production (Tg $CO_2$ Eq. and Gg)

| Year | Tg CO₂ Eq. | Gg |
|------|------------|-----|
| 1990 | 17.6 | 57 |
| | | |
| 2005 | 16.4 | 53 |
| 2006 | 16.1 | 52 |
| 2007 | 19.2 | 62 |
| 2008 | 16.4 | 53 |
| 2009 | 14.5 | 47 |
| 2010 | 16.7 | 54 |

## Methodology

$N_2O$ emissions were calculated by multiplying nitric acid production by the amount of $N_2O$ emitted per unit of nitric acid produced. The emission factor was determined as a weighted average of two known emission factors: 2 kg $N_2O$/metric ton $HNO_3$ produced at plants using non-selective catalytic reduction (NSCR) systems and 9 kg $N_2O$/metric ton $HNO_3$ produced at plants not equipped with NSCR (IPCC 2006). In the process of destroying $NO_x$, NSCR systems destroy 80 to 90 percent of the $N_2O$, which is accounted for in the emission factor of 2 kg $N_2O$/metric ton $HNO_3$.

In 2009, several nitric acid production facilities that did not have NSCR abatement systems installed were closed (Desai 2012). As a result, as of 2010 approximately 32 percent of $HNO_3$ plants in the United States are equipped with NSCR representing 17.3 percent of estimated national production (EPA 2010).

Hence, the emission factor used for 2010 is equal to the production-weighted emission factor based on the production at facilities with and without NSCR and the associated emission factors, equating to:

(2 kg $N_2O$/metric ton $HNO_3$ produced × 0.173) + (9 kg $N_2O$/metric ton $HNO_3$ produced × 0.827) = 7.8 kg $N_2O$ per metric ton $HNO_3$.

The emission factor used for years prior to the plant closures (i.e., 1990-2009) is equal to:

(2 kg $N_2O$/metric ton $HNO_3$ produced * 0.153) + (9 kg $N_2O$/metric ton $HNO_3$ produced * 0.847) = 7.9 kg $N_2O$ per metric ton $HNO_3$

Nitric acid production data for the U.S. for 1990 through 2002 were obtained from the U.S. Census Bureau (2010b); 2003 production data were obtained from the U.S. Census Bureau (2008); 2004 through 2007 production data were obtained from the U.S. Census Bureau (2009); 2008 and 2009 production data were obtained from the U.S. Census Bureau (2010a); and 2010 production data were obtained from the U.S. Census Bureau (2011) (see Table 4-28).

Table 4-28:  Nitric Acid Production (Gg)

BLM_0047019

| Year | Gg |
|------|------|
| 1990 | 7,195 |
| | |
| 2005 | 6,711 |
| 2006 | 6,572 |
| 2007 | 7,827 |
| 2008 | 6,686 |
| 2009 | 5,924 |
| 2010 | 6,931 |

## Uncertainty and Time-Series Consistency

Uncertainty associated with the parameters used to estimate $N_2O$ emissions includes that of production data, the share of U.S. nitric acid production attributable to each emission abatement technology over the time series, and the emission factors applied to each abatement technology type. While some information has been obtained through outreach with industry associations, limited information is readily available over the time series for a variety of facility level variables, including plant specific production levels, abatement technology type and installation date and accurate destruction and removal efficiency rates. Some information will be available through EPA's reporting program, but this data is not available over the time series.

The results of this Tier 2 quantitative uncertainty analysis are summarized in Table 4-29. $N_2O$ emissions from nitric acid production were estimated to be between 10.1 and 23.9 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 39 percent below to 40 percent above the 2010 emissions estimate of 16.7 Tg $CO_2$ Eq.

Table 4-29: Tier 2 Quantitative Uncertainty Estimates for $N_2O$ Emissions from Nitric Acid Production (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg CO₂ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|--------|-----|------|------|------|------|------|
| | | | (Tg CO₂ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Nitric Acid Production | N₂O | 16.7 | 10.1 | 23.9 | -39% | +40% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Planned Improvements

Future improvements to the Nitric Acid Production category involve research into the availability of facility level nitric acid production data, abatement technology type and installation dates, more accurate destruction and removal efficiency percentages, the current and past share of nitric acid production attributable to various abatement technologies, as well as efforts to analyze data reported under EPA's GHGRP. These research efforts are especially important given the cancellation of the U.S. Census Bureau's Current Industrial Reports data series, from which national Nitric Acid production data are derived. Furthermore, in examining data from EPA's GHGRP that would be useful to improve the emission estimates for nitric acid production category, particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all inventory years as reported in this inventory. In implementing improvements and integration of data from EPA's

BLM_0047020

GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[128]

## 4.8.   *Adipic Acid Production (IPCC Source Category 2B3)*

Adipic acid production is an anthropogenic source of $N_2O$ emissions.  Worldwide, few adipic acid plants exist.  The United States and Europe are the major producers.  In 2010, the United States had two companies with a total of three adipic acid production facilities, two of which were operational (CW 2007; Desai 2010; VA DEQ 2009).  The United States accounts for the largest share of global adipic acid production capacity (30 percent), followed by the European Union (29 percent) and China (22 percent) (SEI 2010).  Adipic acid is a white crystalline solid used in the manufacture of synthetic fibers, plastics, coatings, urethane foams, elastomers, and synthetic lubricants.  Commercially, it is the most important of the aliphatic dicarboxylic acids, which are used to manufacture polyesters.  84 percent of all adipic acid produced in the United States is used in the production of nylon 6,6; nine percent is used in the production of polyester polyols; four percent is used in the production of plasticizers; and the remaining four percent is accounted for by other uses, including unsaturated polyester resins and food applications (ICIS 2007).  Food grade adipic acid is used to provide some foods with a "tangy" flavor (Thiemens and Trogler 1991).

Adipic acid is produced through a two-stage process during which $N_2O$ is generated in the second stage.  The first stage of manufacturing usually involves the oxidation of cyclohexane to form a cyclohexanone/cyclohexanol mixture.  The second stage involves oxidizing this mixture with nitric acid to produce adipic acid.  $N_2O$ is generated as a byproduct of the nitric acid oxidation stage and is emitted in the waste gas stream (Thiemens and Trogler 1991).  Process emissions from the production of adipic acid vary with the types of technologies and level of emission controls employed by a facility.  In 1990, two of the three major adipic acid-producing plants had $N_2O$ abatement technologies in place and, as of 1998, the three major adipic acid production facilities had control systems in place (Reimer et al. 1999).  One small plant, which last operated in April 2006 and represented approximately two percent of production, did not control for $N_2O$ (VA DEQ 2009; ICIS 2007; VA DEQ 2006).

Very little information on annual trends in the activity data exist for adipic acid. Primary production data is derived from the American Chemistry Council (ACC) *Guide to the Business of Chemistry*, which does not provide source specific trend information. The USGS does not currently publish a Minerals Yearbook for adipic acid, and it is not included in the general USGS Minerals Commodity Summary.

$N_2O$ emissions from adipic acid production were estimated to be 2.8 Tg $CO_2$ Eq. (9.1 Gg) in 2010 (see Table 4-30). National adipic acid production has increased by approximately 4 percent over the period of 1990 through 2010, to roughly 760,000 metric tons. Over the same period, emissions have been reduced by 82 percent due to both the widespread installation of pollution control measures in the late 1990s and plant idling in the late 2000s.  In April 2006, the smallest of the four facilities ceased production of adipic acid (VA DEQ 2009); furthermore, one of the major adipic acid production facilities was not operational in 2009 or 2010(Desai 2010). Due to a lack of data, 2010 emissions from adipic acid production were assumed to be equal to 2009 estimates.

Table 4-30:  $N_2O$ Emissions from Adipic Acid Production (Tg $CO_2$ Eq. and Gg)

| Year | Tg $CO_2$ Eq. | Gg |
|------|------|------|
| 1990 | 15.8 | 51 |
| | | |
| 2005 | 7.4 | 24 |
| 2006 | 8.9 | 28.7 |
| 2007 | 10.7 | 34.4 |
| 2008 | 2.6 | 8.3 |
| 2009 | 2.8 | 9.1 |
| 2010 | 2.8 | 9.1 |

---

[128] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

BLM_0047021

## Methodology

Due to confidential business information, plant names are not provided in this section. The four adipic acid-producing plants will henceforth be referred to as Plants 1 through 4.

For Plants 1 and 2, 1990 to 2009 emission estimates were obtained directly from the plant engineer and account for reductions due to control systems in place at these plants during the time series (Desai 2010). These estimates were based on continuous process monitoring equipment installed at the two facilities. In 2009 and 2010, no adipic acid production occurred at Plant 1. For Plant 4, $N_2O$ emissions were calculated by multiplying adipic acid production by an emission factor (i.e., $N_2O$ emitted per unit of adipic acid produced) and adjusting for the percentage of $N_2O$ released as a result of plant-specific emission controls. On the basis of experiments, the overall reaction stoichiometry for $N_2O$ production in the preparation of adipic acid was estimated at approximately 0.3 metric tons of $N_2O$ per metric ton of product (IPCC 2006). Emissions for plants lacking emissions monitoring data were estimated using the following equation:

$$N_2O \text{ emissions} = (\text{production of adipic acid [metric tons \{MT\} of adipic acid]}) \times (0.3 \text{ MT } N_2O \text{ / MT adipic acid}) \times (1 - [N_2O \text{ destruction factor} \times \text{abatement system utility factor}])$$

The "$N_2O$ destruction factor" represents the percentage of $N_2O$ emissions that are destroyed by the installed abatement technology. The "abatement system utility factor" represents the percentage of time that the abatement equipment operates during the annual production period. Overall, in the United States, two of the plants employ catalytic destruction (Plants 1 and 2), one plant employs thermal destruction (Plant 3), and the smallest plant that closed in 2006 used no $N_2O$ abatement equipment (Plant 4).

For Plant 3, 2005 through 2009 emissions were obtained directly from the plant engineer (Desai 2012). For 1990 through 2004, emissions were estimated using plant-specific production data and IPCC factors as described above for Plant 4. Production data for 1990 through 2003 was estimated by allocating national adipic acid production data to the plant level using the ratio of known plant capacity to total national capacity for all U.S. plants. For 2004, actual plant production data were obtained and used for emission calculations (CW 2005).

Plant capacities for 1990 through 1994 were obtained from Chemical and Engineering News, "Facts and Figures" and "Production of Top 50 Chemicals" (C&EN 1992 through 1995). Plant capacities for 1995 and 1996 were kept the same as 1994 data. The 1997 plant capacities were taken from Chemical Market Reporter "Chemical Profile: Adipic Acid" (CMR 1998). The 1998 plant capacities for all four plants and 1999 plant capacities for three of the plants were obtained from Chemical Week, Product Focus: Adipic Acid/Adiponitrile (CW 1999). Plant capacities for 2000 for three of the plants were updated using Chemical Market Reporter, "Chemical Profile: Adipic Acid" (CMR 2001). For 2001 through 2003, the plant capacities for three plants were kept the same as the year 2000 capacities. Plant capacity for 1999 to 2003 for the one remaining plant was kept the same as 1998. For Plant 4, which last operated in April 2006 (VA DEQ 2009), plant-specific production data were obtained across the time series from 1990 through 2008 (VA DEQ 2010). Since the plant has not operated since 2006, production through 2010 was assumed to be zero. The plant-specific production data were then used for calculating emissions as described above.

National adipic acid production data (see Table 4-31) from 1990 through 2010 were obtained from the American Chemistry Council (ACC 2011).

Table 4-31: Adipic Acid Production (Gg)

| Year | Gg |
|------|-----|
| 1990 | 735 |
| | |
| 2005 | 903 |
| 2006 | 964 |
| 2007 | 930 |
| 2008 | 869 |
| 2009 | 819 |
| 2010 | 764 |

BLM_0047022

## Uncertainty and Time-Series Consistency

Uncertainty associated with $N_2O$ emission estimates included that of the methods used by companies to monitor and estimate emissions and the use of 2009 emissions data as a proxy for 2010.

The results of this Tier 2 quantitative uncertainty analysis are summarized in Table 4-32. $N_2O$ emissions from adipic acid production for 2010 were estimated to be between 2.6 and 3.1 Tg $CO_2$ Eq. at the 95 percent confidence level. These values indicate a range of approximately 9 percent below to 9 percent above the 2010 emission estimate of 2.8 Tg $CO_2$ Eq.

Table 4-32: Tier 2 Quantitative Uncertainty Estimates for $N_2O$ Emissions from Adipic Acid Production (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|---|
| | | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound | |
| Adipic Acid Production | $N_2O$ | 2.8 | 2.6 | 3.1 | -9% | +9% | |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Adipic Acid Production source category. Particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all Inventory years as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[129] Specifically, the planned improvements include assessing data to update the $N_2O$ emission factors and update abatement utility and destruction factors based on actual performance of the latest catalytic and thermal abatement equipment at plants with continuous process and emission monitoring equipment.

## Recalculations

For the current Inventory, plant specific $N_2O$ emissions data for Plant 3 were obtained directly from the plant engineer for 2005 through 2009. In the previous Inventory, 2005 through 2009 estimates of $N_2O$ emissions from adipic acid production at Plant 3 were developed using plant production data. For the 1990 through 2009 inventory, Plant 3 emissions for, which uses thermal destruction, the $N_2O$ abatement system destruction factor was assumed to be 98.5 percent, and the abatement system utility factor was assumed to be 97 percent (IPCC 2006). This recalculation resulted in an 84 percent increase in average annual estimated $N_2O$ emissions from adipic acid production between 2005 and 2009, relative to the previous report.

## 4.9.  Silicon Carbide Production (IPCC Source Category 2B4) and Consumption

Carbon dioxide and $CH_4$ are emitted from the production[130] of silicon carbide (SiC), a material used as an industrial abrasive. To make SiC, quartz ($SiO_2$) is reacted with C in the form of petroleum coke. A portion (about 35 percent)

---

[129] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

[130] Silicon carbide is produced for both abrasive and metallurgical applications in the United States. Production for metallurgical applications is not available and therefore both $CH_4$ and $CO_2$ estimates are based solely upon production estimates of silicon carbide for abrasive applications.

BLM_0047023

of the C contained in the petroleum coke is retained in the SiC. The remaining C is emitted as $CO_2$, $CH_4$, or CO.

Carbon dioxide is also emitted from the consumption of SiC for metallurgical and other non-abrasive applications. The USGS reports that a portion (approximately 50 percent) of SiC is used in metallurgical and other non-abrasive applications, primarily in iron and steel production (USGS 2006a).Markets for manufactured abrasives, including SiC, are heavily influenced by activity in the U.S. manufacturing sector, especially in the aerospace, automotive, furniture, housing, and steel manufacturing sectors. As a result of the economic downturn in 2008 and 2009, demand for SiC decreased in those years. Low cost imports, particularly from China, combined with high relative operating costs for domestic producers, continue to put downward pressure on the production of SiC in the United States. However, demand for SiC consumption in the United States has recovered somewhat from its lows in 2009 (USGS 2011a).

Carbon dioxide emissions from SiC production and consumption in 2010 were 0.18 Tg $CO_2$ Eq. (181 Gg). Approximately 51 percent of these emissions resulted from SiC production while the remainder resulted from SiC consumption. Methane emissions from SiC production in 2010 were 0.01 Tg $CO_2$ Eq. $CH_4$ (0.4 Gg) (see Table 4-33 and Table 4-34).

Table 4-33: $CO_2$ and $CH_4$ Emissions from Silicon Carbide Production and Consumption (Tg $CO_2$ Eq.)

| Year | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| $CO_2$ | 0.4 | | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 0.2 |
| $CH_4$ | + | | + | + | + | + | + | + |
| **Total** | **0.4** | | **0.2** | **0.2** | **0.2** | **0.2** | **0.2** | **0.2** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.
Note: Totals may not sum due to independent rounding.

Table 4-34: $CO_2$ and $CH_4$ Emissions from Silicon Carbide Production and Consumption (Gg)

| Year | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| $CO_2$ | 375 | | 219 | 207 | 196 | 175 | 145 | 181 |
| $CH_4$ | 1 | | + | + | + | + | + | + |

+ Does not exceed 0.5 Gg.

## Methodology

Emissions of $CO_2$ and $CH_4$ from the production of SiC were calculated by multiplying annual SiC production by the emission factors (2.62 metric tons $CO_2$/metric ton SiC for $CO_2$ and 11.6 kg $CH_4$/metric ton SiC for $CH_4$) provided by the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006).

Emissions of $CO_2$ from silicon carbide consumption for metallurgical uses were calculated by multiplying the annual utilization of SiC for metallurgical uses (reported annually in the USGS Minerals Yearbook for Silicon) by the C content of SiC (31.5 percent), which was determined according to the molecular weight ratio of SiC.

Emissions of $CO_2$ from silicon carbide consumption for other non-abrasive uses were calculated by multiplying the remaining annual SiC consumption (total SiC consumption minus SiC utilization for metallurgical uses) by the emissive utilization percentage for SiC utilization for other non-abrasive uses (50 percent) (USGS 2009).

Production data for 1990 through 2009 were obtained from the Minerals Yearbook: Manufactured Abrasives (USGS 1991a through 2010a and 2011b). Production data for 2010 was taken from the Minerals Commodity Summary: Abrasives (Manufactured) (2011a). Silicon carbide consumption by major end use was obtained from the Minerals Yearbook: Silicon (USGS 1991b through 2010b and 2011c) (see Table 4-35) for years 1990 through 2009. Silicon carbide consumption for 2010 is proxied using 2009 data due to unavailability of data at time of publication. Net imports for the entire time series were obtained from the U.S. Census Bureau (2005 through 2011).

BLM_0047024

Table 4-35: Production and Consumption of Silicon Carbide (Metric Tons)

| Year | Production | Consumption |
|------|-----------|-------------|
| 1990 | 105,000 | 172,465 |
| | | |
| 2005 | 35,000 | 220,149 |
| 2006 | 35,000 | 199,937 |
| 2007 | 35,000 | 179,741 |
| 2008 | 35,000 | 144,928 |
| 2009 | 35,000 | 92,280 |
| 2010 | 35,000 | 154,540 |

## Uncertainty and Time-Series Consistency

There is uncertainty associated with the emission factors used because they are based on stoichiometry as opposed to monitoring of actual SiC production plants. An alternative would be to calculate emissions based on the quantity of petroleum coke used during the production process rather than on the amount of silicon carbide produced. However, these data were not available. For $CH_4$, there is also uncertainty associated with the hydrogen-containing volatile compounds in the petroleum coke (IPCC 2006). There is also uncertainty associated with the use or destruction of methane generated from the process in addition to uncertainty associated with levels of production, net imports, consumption levels, and the percent of total consumption that is attributed to metallurgical and other non-abrasive uses.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-36. Silicon carbide production and consumption $CO_2$ emissions were estimated to be between 9 percent below and 10 percent above the emission estimate of 0.2 Tg $CO_2$ Eq. at the 95 percent confidence level. Silicon carbide production $CH_4$ emissions were estimated to be between 9 percent below and 9 percent above the emission estimate of 0.01 Tg $CO_2$ Eq. at the 95 percent confidence level.

Table 4-36: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ and $CO_2$ Emissions from Silicon Carbide Production and Consumption (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|--------|-----|----------------------------------------|-----|-----|-----|-----|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Silicon Carbide Production and Consumption | $CO_2$ | 0.2 | 0.2 | 0.2 | -9% | +10% |
| Silicon Carbide Production | $CH_4$ | + | + | + | -9% | +9% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.
+ Does not exceed 0.05 Tg $CO_2$ Eq. or 0.5 Gg.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Silicon Carbide Production source category. Particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all Inventory years as required for this inventory. In implementing improvements and integration of data from EPA's

BLM_0047025

GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[131] In addition, improvements will involve continued research to determine if calcium carbide production and consumption data are available for the United States. If these data are available, calcium carbide emission estimates will be included in this source category. Additionally, as future improvement to the silicon carbide uncertainty analysis, USGS Mineral Commodity Specialists will be contacted to verify the uncertainty range associated with silicon carbide emissive utilization.

## 4.10.  Petrochemical Production (IPCC Source Category 2B5)

The production of some petrochemicals results in the release of small amounts of $CH_4$ and $CO_2$ emissions. Petrochemicals are chemicals isolated or derived from petroleum or natural gas. Methane emissions are presented here from the production of carbon black, ethylene, ethylene dichloride, and methanol, while $CO_2$ emissions are presented here for only carbon black production. The $CO_2$ emissions from petrochemical processes other than carbon black are currently included in the Carbon Stored in Products from Non-Energy Uses of Fossil Fuels Section of the Energy chapter. The $CO_2$ from carbon black production is included here to allow for the direct reporting of $CO_2$ emissions from the process and direct accounting of the feedstocks used in the process.

Carbon black is an intense black powder generated by the incomplete combustion of an aromatic petroleum or coal-based feedstock. Most carbon black produced in the United States is added to rubber to impart strength and abrasion resistance, and the tire industry is by far the largest consumer. Ethylene is consumed in the production processes of the plastics industry including polymers such as high, low, and linear low density polyethylene (HDPE, LDPE, LLDPE), polyvinyl chloride (PVC), ethylene dichloride, ethylene oxide, and ethylbenzene. Ethylene dichloride is one of the first manufactured chlorinated hydrocarbons with reported production as early as 1795. In addition to being an important intermediate in the synthesis of chlorinated hydrocarbons, ethylene dichloride is used as an industrial solvent and as a fuel additive. Methanol is an alternative transportation fuel as well as a principle ingredient in windshield wiper fluid, paints, solvents, refrigerants, and disinfectants. In addition, methanol-based acetic acid is used in making PET plastics and polyester fibers.

Emissions of $CO_2$ and $CH_4$ from petrochemical production in 2010 were 3.3 Tg $CO_2$ Eq. (3,336 Gg) and 0.9 Tg $CH_4$ Eq. (44 Gg), respectively (see Table 4-37 and Table 4-38), totaling 4.3 Tg $CO_2$ Eq. There has been an overall increase in $CO_2$ emissions from carbon black production of one percent since 1990. Methane emissions from petrochemical production have increased by approximately seven percent since 1990.

Table 4-37: $CO_2$ and $CH_4$ Emissions from Petrochemical Production (Tg $CO_2$ Eq.)

| Year | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|------|------|---|------|------|------|------|------|------|
| $CO_2$ | 3.3 | | 4.2 | 3.8 | 3.9 | 3.4 | 2.7 | 3.3 |
| $CH_4$ | 0.9 | | 1.1 | 1.0 | 1.0 | 0.9 | 0.8 | 0.9 |
| Total | 4.2 | | 5.3 | 4.8 | 4.9 | 4.3 | 3.6 | 4.3 |

Note: Totals may not sum due to independent rounding.

Table 4-38:  $CO_2$ and $CH_4$ Emissions from Petrochemical Production (Gg)

| Year | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|------|------|---|------|------|------|------|------|------|
| $CO_2$ | 3,311 | | 4,181 | 3,837 | 3,931 | 3,449 | 2,735 | 3,336 |
| $CH_4$ | 41 | | 51 | 48 | 48 | 43 | 39 | 44 |

## Methodology

Emissions of $CH_4$ were calculated by multiplying annual estimates of chemical production by the appropriate emission factor, as follows: 11 kg $CH_4$/metric ton carbon black, 1 kg $CH_4$/metric ton ethylene, 0.4 kg $CH_4$/metric ton

---

[131] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

BLM_0047026

ethylene dichloride,[132] and 2 kg $CH_4$/metric ton methanol.  Although the production of other chemicals may also result in $CH_4$ emissions, insufficient data were available to estimate their emissions.

Emission factors were taken from the Revised 1996 IPCC Guidelines (IPCC/UNEP/OECD/IEA 1997).  Annual production data (see Table 4-39) were obtained from the American Chemistry Council's Guide to the Business of Chemistry (ACC 2002, 2003, 2005 through 2011) and the International Carbon Black Association (Johnson 2003 and 2005 through 2011).  Methanol production data for 1990 through 2007 were obtained from the ACC Guide to the Business of Chemistry (ACC 2002, 2003, 2005 through 2011).  The ACC discontinued its data series for Methanol after 2007, so methanol production data for 2008 through 2010 was obtained through the Methanol Institute (Jordan 2011a and 2011b).

Table 4-39:  Production of Selected Petrochemicals (Thousand Metric Tons)

| Chemical | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Carbon Black | 1,307 | 1,651 | 1,515 | 1,552 | 1,362 | 1,080 | 1,317 |
| Ethylene | 16,541 | 23,954 | 25,000 | 25,392 | 22,539 | 22,596 | 23,961 |
| Ethylene Dichloride | 6,282 | 11,260 | 9,736 | 9,566 | 8,981 | 8,131 | 8,820 |
| Methanol | 3,785 | 2,336 | 1,123 | 1,068 | 810 | 810 | 903 |

Almost all carbon black in the United States is produced from petroleum-based or coal-based feedstocks using the "furnace black" process (European IPPC Bureau 2004).  The furnace black process is a partial combustion process in which a portion of the carbon black feedstock is combusted to provide energy to the process.  Carbon black is also produced in the United States by the thermal cracking of acetylene-containing feedstocks ("acetylene black process") and by the thermal cracking of other hydrocarbons ("thermal black process").  One U.S carbon black plant produces carbon black using the thermal black process, and one U.S. carbon black plant produces carbon black using the acetylene black process (The Innovation Group 2004).

The furnace black process produces carbon black from "carbon black feedstock" (also referred to as "carbon black oil"), which is a heavy aromatic oil that may be derived as a byproduct of either the petroleum refining process or the metallurgical (coal) coke production process.  For the production of petroleum-derived and coal-derived carbon black, the "primary feedstock" (i.e., carbon black feedstock) is injected into a furnace that is heated by a "secondary feedstock" (generally natural gas).  Both the natural gas secondary feedstock and a portion of the carbon black feedstock are oxidized to provide heat to the production process and pyrolyze the remaining carbon black feedstock to carbon black.  The "tail gas" from the furnace black process contains $CO_2$, carbon monoxide, sulfur compounds, $CH_4$, and non-$CH_4$ volatile organic compounds.  A portion of the tail gas is generally burned for energy recovery to heat the downstream carbon black product dryers.  The remaining tail gas may also be burned for energy recovery, flared, or vented uncontrolled to the atmosphere.

The calculation of the C lost during the production process is the basis for determining the amount of $CO_2$ released during the process.  The C content of national carbon black production is subtracted from the total amount of C contained in primary and secondary carbon black feedstock to find the amount of C lost during the production process.  It is assumed that the C lost in this process is emitted to the atmosphere as either $CH_4$ or $CO_2$.  The C content of the $CH_4$ emissions, estimated as described above, is subtracted from the total C lost in the process to calculate the amount of C emitted as $CO_2$.  The total amount of primary and secondary carbon black feedstock consumed in the process (see Table 4-40) is estimated using a primary feedstock consumption factor and a secondary feedstock consumption factor estimated from U.S. Census Bureau (1999, 2004, and 2007) data.  The average carbon black feedstock consumption factor for U.S. carbon black production is 1.69 metric tons of carbon black feedstock consumed per metric ton of carbon black produced.  The average natural gas consumption factor for U.S. carbon black production is 321 normal cubic meters of natural gas consumed per metric ton of carbon black produced.  The amount of C contained in the primary and secondary feedstocks is calculated by applying the respective C contents of the feedstocks to the respective levels of feedstock consumption (EIA 2003, 2004).

---

[132] The emission factor obtained from IPCC/UNEP/OECD/IEA (1997), page 2.23 is assumed to have a misprint; the chemical identified should be ethylene dichloride ($C_2H_4Cl_2$) rather than dichloroethylene ($C_2H_2Cl_2$).

BLM_0047027

Table 4-40:  Carbon Black Feedstock (Primary Feedstock) and Natural Gas Feedstock (Secondary Feedstock) Consumption (Thousand Metric Tons)

| Activity | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Primary Feedstock | 2,213 | 2,794 | 2,564 | 2,627 | 2,305 | 1,828 | 2,230 |
| Secondary Feedstock | 284 | 359 | 329 | 337 | 296 | 235 | 286 |

For the purposes of emissions estimation, 100 percent of the primary carbon black feedstock is assumed to be derived from petroleum refining byproducts.  Carbon black feedstock derived from metallurgical (coal) coke production (e.g., creosote oil) is also used for carbon black production; however, no data are available concerning the annual consumption of coal-derived carbon black feedstock.  Carbon black feedstock derived from petroleum refining byproducts is assumed to be 89 percent elemental C (Srivastava et al. 1999).  It is assumed that 100 percent of the tail gas produced from the carbon black production process is combusted and that none of the tail gas is vented to the atmosphere uncontrolled.  The furnace black process is assumed to be the only process used for the production of carbon black because of the lack of data concerning the relatively small amount of carbon black produced using the acetylene black and thermal black processes.  The carbon black produced from the furnace black process is assumed to be 97 percent elemental C (Othmer et al. 1992).

## Uncertainty and Time-Series Consistency

The $CH_4$ emission factors used for petrochemical production are based on a limited number of studies.  Using plant-specific factors instead of average factors could increase the accuracy of the emission estimates; however, such data were not available.  There may also be other significant sources of $CH_4$ arising from petrochemical production activities that have not been included in these estimates.

The results of the quantitative uncertainty analysis for the $CO_2$ emissions from carbon black production calculation are based on feedstock consumption, import and export data, and carbon black production data.  The composition of carbon black feedstock varies depending upon the specific refinery production process, and therefore the assumption that carbon black feedstock is 89 percent C gives rise to uncertainty.  Also, no data are available concerning the consumption of coal-derived carbon black feedstock, so $CO_2$ emissions from the utilization of coal-based feedstock are not included in the emission estimate.  In addition, other data sources indicate that the amount of petroleum-based feedstock used in carbon black production may be underreported by the U.S. Census Bureau.  Finally, the amount of carbon black produced from the thermal black process and acetylene black process, although estimated to be a small percentage of the total production, is not known.  Therefore, there is some uncertainty associated with the assumption that all of the carbon black is produced using the furnace black process.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-41.  Petrochemical production $CO_2$ emissions were estimated to be between 2.5 and 4.3 Tg $CO_2$ Eq. at the 95 percent confidence level.  This indicates a range of approximately 26 percent below to 29 percent above the emission estimate of 3.3 Tg $CO_2$ Eq. Petrochemical production $CH_4$ emissions were estimated to be between 0.7 and 1.2 Tg $CO_2$ Eq. at the 95 percent confidence level.  This indicates a range of approximately 29 percent below to 30 percent above the emission estimate of 0.9 Tg $CO_2$ Eq.

Table 4-41: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Petrochemical Production and $CO_2$ Emissions from Carbon Black Production (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Petrochemical Production | $CO_2$ | 3.3 | 2.5 | 4.3 | -26% | +29% |
| Petrochemical Production | $CH_4$ | 0.9 | 0.7 | 1.2 | -29% | +30% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

BLM_0047028

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Recalculations

Methanol production data for 2008 and 2009 was updated relative to the previous report based on correspondence with Jim Jordan of Jordan Associates (Jordan 2011a and 2011b). This resulted in a decrease of total $CO_2$ and $CH_4$ emissions from petrochemical production of less than 1 percent.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Petrochemical Production source category. Particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all Inventory years as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[133] Additional future improvements involve updating the methodology to use $CH_4$ emission factors for petrochemical production from the IPCC 2006 guidelines rather than the IPCC 1996 guidelines and assessing the data EPA obtains to update data sources for acrylonitrile production in the United States.

## *4.11. Titanium Dioxide Production (IPCC Source Category 2B5)*

Titanium dioxide ($TiO_2$) is a metal oxide manufactured from titanium ore, and is principally used as a pigment. Titanium dioxide is a principal ingredient in white paint, and is also used as a pigment in the manufacture of white paper, foods, and other products. There are two processes for making $TiO_2$: the chloride process and the sulfate process. The chloride process uses petroleum coke and chlorine as raw materials and emits process-related $CO_2$. The sulfate process does not use petroleum coke or other forms of C as a raw material and does not emit $CO_2$.

The chloride process is based on the following chemical reactions:

$$2 \text{ FeTiO}_3 + 7 \text{ Cl}_2 + 3 \text{ C} \rightarrow 2 \text{ TiCl}_4 + 2 \text{ FeCl}_3 + 3 \text{ CO}_2$$

$$2 \text{ TiCl}_4 + 2 \text{ O}_2 \rightarrow 2 \text{ TiO}_2 + 4 \text{ Cl}_2$$

The C in the first chemical reaction is provided by petroleum coke, which is oxidized in the presence of the chlorine and $FeTiO_3$ (the Ti-containing ore) to form $CO_2$. The majority of U.S. $TiO_2$ was produced in the United States through the chloride process, and a special grade of "calcined" petroleum coke is manufactured specifically for this purpose.

Emissions of $CO_2$ in 2010 were 1.9 Tg $CO_2$ Eq. (1,876 Gg), which represents an increase of 57 percent since 1990 (see Table 4-42).

Table 4-42: $CO_2$ Emissions from Titanium Dioxide (Tg $CO_2$ Eq. and Gg)

| Year | Tg $CO_2$ Eq. | Gg |
|------|---------------|------|
| 1990 | 1.2 | 1,195 |
| | | |
| 2005 | 1.8 | 1,755 |
| 2006 | 1.8 | 1,836 |
| 2007 | 1.9 | 1,930 |
| 2008 | 1.8 | 1,809 |
| 2009 | 1.6 | 1,648 |
| 2010 | 1.9 | 1,876 |

---

[133] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

BLM_0047029

## Methodology

Emissions of $CO_2$ from $TiO_2$ production were calculated by multiplying annual $TiO_2$ production by chloride-process-specific emission factors.

Data were obtained for the total amount of $TiO_2$ produced each year. For years previous to 2004, it was assumed that $TiO_2$ was produced using the chloride process and the sulfate process in the same ratio as the ratio of the total U.S. production capacity for each process. As of 2004, the last remaining sulfate-process plant in the United States had closed; therefore, 100 percent of post-2004 production uses the chloride process (USGS 2005). An emission factor of 0.4 metric tons C/metric ton $TiO_2$ was applied to the estimated chloride-process production. It was assumed that all $TiO_2$ produced using the chloride process was produced using petroleum coke, although some $TiO_2$ may have been produced with graphite or other C inputs. The amount of petroleum coke consumed annually in $TiO_2$ production was calculated based on the assumption that the calcined petroleum coke used in the process is 98.4 percent C and 1.6 percent inert materials (Nelson 1969).

The emission factor for the $TiO_2$ chloride process was taken from the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006). Titanium dioxide production data and the percentage of total $TiO_2$ production capacity that is chloride process for 1990 through 2009 (see Table 4-43) were obtained through the Minerals Yearbook: Titanium Annual Report (USGS 1991 through 2011b). Production data for 2010 was obtained from the Minerals Commodity Summary: Titanium and Titanium Dioxide (USGS 2011a). Due to lack of available 2010 capacity data at the time of publication, the 2009 capacity estimate is used as a proxy for 2010. Percentage chloride-process data were not available for 1990 through 1993, so data from the 1994 USGS Minerals Yearbook were used for these years. Because a sulfate-process plant closed in September 2001, the chloride-process percentage for 2001 was estimated based on a discussion with Joseph Gambogi (2002). By 2002, only one sulfate plant remained online in the United States and this plant closed in 2004 (USGS 2005).

Table 4-43: Titanium Dioxide Production (Gg)

| Year | Gg |
|------|------|
| 1990 | 979 |
| 2005 | 1,310 |
| 2006 | 1,370 |
| 2007 | 1,440 |
| 2008 | 1,350 |
| 2009 | 1,230 |
| 2010 | 1,400 |

## Uncertainty and Time-Series Consistency

Although some $TiO_2$ may be produced using graphite or other C inputs, information and data regarding these practices were not available. Titanium dioxide produced using graphite inputs, for example, may generate differing amounts of $CO_2$ per unit of $TiO_2$ produced as compared to that generated through the use of petroleum coke in production. While the most accurate method to estimate emissions would be to base calculations on the amount of reducing agent used in each process rather than on the amount of $TiO_2$ produced, sufficient data were not available to do so.

Also, annual $TiO_2$ is not reported by USGS by the type of production process used (chloride or sulfate). Only the percentage of total production capacity by process is reported. The percent of total $TiO_2$ production capacity that was attributed to the chloride process was multiplied by total $TiO_2$ production to estimate the amount of $TiO_2$ produced using the chloride process (since, as of 2004, the last remaining sulfate-process plant in the United States closed). This assumes that the chloride-process plants and sulfate-process plants operate at the same level of utilization. Finally, the emission factor was applied uniformly to all chloride-process production, and no data were available to account for differences in production efficiency among chloride-process plants. In calculating the amount of petroleum coke consumed in chloride-process $TiO_2$ production, literature data were used for petroleum coke composition. Certain grades of petroleum coke are manufactured specifically for use in the $TiO_2$ chloride

BLM_0047030

process; however, this composition information was not available.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-44. Titanium dioxide consumption $CO_2$ emissions were estimated to be between 1.6 and 2.1 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 13 percent below and 13 percent above the emission estimate of 1.9 Tg $CO_2$ Eq.

Table 4-44: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Titanium Dioxide Production (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | | Uncertainty Range Relative to Emission Estimate[a] | |
|---|---|---|---|---|---|
| | | | | (Tg $CO_2$ Eq.) | (%) |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Titanium Dioxide Production | $CO_2$ | 1.9 | 1.6 | 2.1 | -13% | +13% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Recalculations

Production data for 2009 were updated relative to the previous Inventory based on recently published data in the USGS Minerals Yearbook: Titanium 2009 (USGS 2011). This resulted in a 7 percent decrease in 2009 $CO_2$ emissions from $TiO_2$ production relative to the previous report.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Titanium Dioxide source category. Particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all Inventory years as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[134] In addition, the planned improvements include researching the significance of titanium-slag production in electric furnaces and synthetic-rutile production using the Becher process in the United States. Significant use of these production processes will be included in future estimates.

## 4.12.  Carbon Dioxide Consumption (IPCC Source Category 2B5)

$CO_2$ is used for a variety of commercial applications, including food processing, chemical production, carbonated beverage production, and refrigeration, and is also used in petroleum production for enhanced oil recovery (EOR). Carbon dioxide used for EOR is injected into the underground reservoirs to increase the reservoir pressure to enable additional petroleum to be produced.

For the most part, $CO_2$ used in non-EOR applications will eventually be released to the atmosphere, and for the purposes of this analysis $CO_2$ used in commercial applications other than EOR is assumed to be emitted to the atmosphere. Carbon dioxide used in EOR applications is discussed in the Energy Chapter under "Carbon Capture and Storage, including Enhanced Oil Recovery" and is not discussed in this section.

$CO_2$ is produced from naturally occurring $CO_2$ reservoirs, as a byproduct from the energy and industrial production processes (e.g., ammonia production, fossil fuel combustion, ethanol production), and as a byproduct from the production of crude oil and natural gas, which contain naturally occurring $CO_2$ as a component. Only $CO_2$ produced from naturally occurring $CO_2$ reservoirs and used in industrial applications other than EOR is included in this

---

[134] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

BLM_0047031

analysis. Neither byproduct $CO_2$ generated from energy nor industrial production processes nor $CO_2$ separated from crude oil and natural gas are included in this analysis for a number of reasons. Carbon dioxide captured from biogenic sources (e.g., ethanol production plants) is not included in the inventory. Carbon dioxide captured from crude oil and gas production is used in EOR applications and is therefore reported in the Energy Chapter. Any $CO_2$ captured from industrial or energy production processes (e.g., ammonia plants, fossil fuel combustion) and used in non-EOR applications is assumed to be emitted to the atmosphere. The $CO_2$ emissions from such capture and use are therefore accounted for under Ammonia Production, Fossil Fuel Combustion, or other appropriate source category.[135]

$CO_2$ is produced as a byproduct of crude oil and natural gas production. This $CO_2$ is separated from the crude oil and natural gas using gas processing equipment, and may be emitted directly to the atmosphere, or captured and reinjected into underground formations, used for EOR, or sold for other commercial uses. A further discussion of $CO_2$ used in EOR is described in the Energy Chapter under the text box titled "Carbon Dioxide Transport, Injection, and Geological Storage." The only $CO_2$ consumption that is accounted for in this analysis is $CO_2$ produced from naturally-occurring $CO_2$ reservoirs that is used in commercial applications other than EOR.

There are currently three facilities (one in Mississippi and two in New Mexico) producing $CO_2$ from naturally occurring $CO_2$ reservoirs for use in both EOR and in other commercial applications (e.g., chemical manufacturing, food production). A fourth facility in Colorado is producing $CO_2$ from naturally occurring $CO_2$ reservoirs for commercial applications only. There are other naturally occurring $CO_2$ reservoirs, mostly located in the western United States, that produce $CO_2$ but they are only producing $CO_2$ for EOR applications, not for other commercial applications (Allis et al. 2000). Carbon dioxide production from these facilities is discussed in the Energy Chapter.

In 2010, the amount of $CO_2$ produced by the Colorado, Mississippi, and New Mexico facilities for commercial applications and subsequently emitted to the atmosphere was 2.2 Tg $CO_2$ Eq. (2,203 Gg) (see Table 4-45). This is an increase of 23 percent from the previous year and an increase of 56 percent since 1990. This increase was largely due to an in increase in production at the Mississippi facility, despite the low percentage (13 percent) of the facility's total reported production that was used for commercial applications in 2010.

Table 4-45:  $CO_2$ Emissions from $CO_2$ Consumption (Tg $CO_2$ Eq. and Gg)

| Year | Tg CO₂ Eq. | Gg |
|------|------------|------|
| 1990 | 1.4 | 1,416 |
| 2005 | 1.3 | 1,321 |
| 2006 | 1.7 | 1,709 |
| 2007 | 1.9 | 1,867 |
| 2008 | 1.8 | 1,780 |
| 2009 | 1.8 | 1,784 |
| 2010 | 2.2 | 2,203 |

## Methodology

$CO_2$ emission estimates for 1990 through 2010 were based on production data for the four facilities currently producing $CO_2$ from naturally-occurring $CO_2$ reservoirs for use in non-EOR applications. Some of the $CO_2$ produced by these facilities is used for EOR and some is used in other commercial applications (e.g., chemical manufacturing, food production). It is assumed that 100 percent of the $CO_2$ production used in commercial applications other than EOR is eventually released into the atmosphere.

$CO_2$ production data for the Jackson Dome, Mississippi facility and the percentage of production that was used for non-EOR applications were obtained from Advanced Resources International (ARI 2006, 2007) for 1990 to 2000

---

[135] There are currently four known electric power plants operating in the U.S. that capture $CO_2$ for use as food-grade $CO_2$ or other industrial processes; however, insufficient data prevents estimating emissions from these activities as part of $CO_2$ Consumption.

BLM_0047032

and from the Annual Reports of Denbury Resources (Denbury Resources 2002 through 2011) for 2001 to 2010 (see Table 4-46). Denbury Resources reported the average $CO_2$ production in units of MMCF $CO_2$ per day for 2001 through 2010 and reported the percentage of the total average annual production that was used for EOR. Production from 1990 to 2000 was set equal to 2001 production. Carbon dioxide production data for the Bravo Dome, New Mexico facilities were obtained from ARI (ARI 1990 through 2011). Data for the West Bravo Dome facility was only available for 2009 and 2010. The percentage of total production that was used for non-EOR applications were obtained from the New Mexico Bureau of Geology and Mineral Resources (Broadhead 2003 and New Mexico Bureau of Geology and Mineral Resources 2006). Production data for the McCallum Dome, Colorado facility were obtained from the Colorado Oil and Gas Conservation Commission (COGCC) for 1999 through 2010 (COGCC 2011). Production data for 1990 to 1998 and percentage of production used for EOR were assumed to be the same as for 1999.

Table 4-46: $CO_2$ Production (Gg $CO_2$) and the Percent Used for Non-EOR Applications

| Year | Jackson Dome $CO_2$ Production (Gg) (% Non-EOR) | Bravo Dome $CO_2$ Production (Gg) (% Non-EOR) | West Bravo Dome $CO_2$ Production (Gg) (% Non-EOR) | McCallum Dome $CO_2$ Production (Gg) (% Non-EOR) |
|------|------|------|------|------|
| 1990 | 1,353 (100%) | 6,301 (1%) | - | 0.07 (100%) |
| | | | | |
| 2005 | 4,677 (27%) | 5,798 (1%) | - | 0.06(100%) |
| 2006 | 6,610 (25%) | 5,605 (1%) | - | 0.06(100%) |
| 2007 | 9,529 (19%) | 5,605 (1%) | - | 0.07(100%) |
| 2008 | 12,312 (14%) | 5,605 (1%) | - | 0.07(100%) |
| 2009 | 13,201 (13%) | 4,639 (1%) | 2,126 (1%) | 0.02(100%) |
| 2010 | 16,487 (13%) | 4,832 (1%) | 870 (1%) | 0.05(100%) |

## Uncertainty and Time-Series Consistency

Uncertainty is associated with the number of facilities that are currently producing $CO_2$ from naturally occurring $CO_2$ reservoirs for commercial uses other than EOR, and for which the $CO_2$ emissions are not accounted for elsewhere. Research indicates that there are only two such facilities, which are in New Mexico and Mississippi; however, additional facilities may exist that have not been identified. In addition, it is possible that $CO_2$ recovery exists in particular production and end-use sectors that are not accounted for elsewhere. Such recovery may or may not affect the overall estimate of $CO_2$ emissions from that sector depending upon the end use to which the recovered $CO_2$ is applied. Further research is required to determine whether $CO_2$ is being recovered from other facilities for application to end uses that are not accounted for elsewhere.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-47. Carbon dioxide consumption $CO_2$ emissions were estimated to be between 1.6 and 2.9 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 25 percent below to 30 percent above the emission estimate of 2.2 Tg $CO_2$ Eq.

Table 4-47: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from $CO_2$ Consumption (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|--------|-----|-----|-----|-----|-----|-----|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| $CO_2$ Consumption | $CO_2$ | 2.2 | 1.6 | 2.9 | -25% | +30% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section,

BLM_0047033

above.

## Recalculations Discussion

For the current Inventory, two new facilities, the West Bravo and McCallum domes, were added to the time series. The impact of these facilities upon emission estimates for the time series, relative to the previous report, is negligible.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Carbon Dioxide Consumption source category. Particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all Inventory years as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon. [136]

## *4.13.  Phosphoric Acid Production (IPCC Source Category 2B5)*

Phosphoric acid ($H_3PO_4$) is a basic raw material in the production of phosphate-based fertilizers. Phosphate rock is mined in Florida, North Carolina, Idaho, Utah, and other areas of the United States and is used primarily as a raw material for phosphoric acid production. The production of phosphoric acid from phosphate rock produces byproduct gypsum ($CaSO_4 \cdot 2H_2O$), referred to as phosphogypsum.

The composition of natural phosphate rock varies depending upon the location where it is mined. Natural phosphate rock mined in the United States generally contains inorganic C in the form of calcium carbonate (limestone) and also may contain organic C. The chemical composition of phosphate rock (francolite) mined in Florida is:

$$Ca_{10-x-y} Na_x Mg_y (PO_4)_{6-x}(CO_3)_x F_{2+0.4x}$$

The calcium carbonate component of the phosphate rock is integral to the phosphate rock chemistry. Phosphate rock can also contain organic C that is physically incorporated into the mined rock but is not an integral component of the phosphate rock chemistry. Phosphoric acid production from natural phosphate rock is a source of $CO_2$ emissions, due to the chemical reaction of the inorganic C (calcium carbonate) component of the phosphate rock.

The phosphoric acid production process involves chemical reaction of the calcium phosphate ($Ca_3(PO_4)_2$) component of the phosphate rock with sulfuric acid ($H_2SO_4$) and recirculated phosphoric acid ($H_3PO_4$) (EFMA 2000). The primary chemical reactions for the production of phosphoric acid from phosphate rock are:

$$Ca_3(PO_4)_2 + 4H_3PO_4 \rightarrow 3Ca(H_2PO_4)_2$$

$$3Ca(H_2PO_4)_2 + 3H_2SO_4 + 6H_2O \rightarrow 3CaSO_4 \cdot 6H_2O + 6H_3PO_4$$

The limestone ($CaCO_3$) component of the phosphate rock reacts with the sulfuric acid in the phosphoric acid production process to produce calcium sulfate (phosphogypsum) and $CO_2$. The chemical reaction for the limestone-sulfuric acid reaction is:

$$CaCO_3 + H_2SO_4 + H_2O \rightarrow CaSO_4 \cdot 2H_2O + CO_2$$

Total marketable phosphate rock production in 2010 was 25.8 million metric tons (USGS 2011).   Approximately 87 percent of domestic phosphate rock production was mined in Florida and North Carolina, while approximately 13 percent of production was mined in Idaho and Utah. Total imports of phosphate rock in 2010 were 2.4 million metric tons (USGS 2011). The vast majority, 99 percent, of imported phosphate rock is sourced from Morocco (USGS 2005). Marketable phosphate rock production, including domestic production and imports for consumption stayed relatively flat between 2009 and 2010, decreasing by 2.3 percent between 2009 and 2010. Over the 1990 to 2010 period, domestic production has decreased by nearly 48 percent. Total $CO_2$ emissions from phosphoric acid production were 1.0 Tg $CO_2$ Eq. (1,017 Gg) in 2010 (see Table 4-48). After experiencing weak market conditions

---

[136] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdffiles/1008_Model_and_Facility_Level_Data_Report.pdf>

BLM_0047034

due to the global economic downturn in 2008 and 2009, demand for and trade in phosphate rock increased in 2010 (USGS 2011).

Table 4-48:  $CO_2$ Emissions from Phosphoric Acid Production (Tg $CO_2$ Eq. and Gg)

| Year | Tg $CO_2$ Eq. | Gg |
|------|---------------|-------|
| 1990 | 1.5 | 1,529 |
|      |     |       |
| 2005 | 1.4 | 1,386 |
| 2006 | 1.2 | 1,167 |
| 2007 | 1.2 | 1,166 |
| 2008 | 1.2 | 1,187 |
| 2009 | 1.0 | 1,018 |
| 2010 | 1.0 | 1,017 |

## Methodology

$CO_2$ emissions from production of phosphoric acid from phosphate rock are calculated by multiplying the average amount of calcium carbonate contained in the natural phosphate rock by the amount of phosphate rock that is used annually to produce phosphoric acid, accounting for domestic production and net imports for consumption.

The $CO_2$ emissions calculation methodology is based on the assumption that all of the inorganic C (calcium carbonate) content of the phosphate rock reacts to $CO_2$ in the phosphoric acid production process and is emitted with the stack gas.  The methodology also assumes that none of the organic C content of the phosphate rock is converted to $CO_2$ and that all of the organic C content remains in the phosphoric acid product.

From 1993 to 2004, the *USGS Mineral Yearbook: Phosphate Rock* disaggregated phosphate rock mined annually in Florida and North Carolina from phosphate rock mined annually in Idaho and Utah, and reported the annual amounts of phosphate rock exported and imported for consumption (see Table 4-49).  For the years 1990, 1991, 1992, and 2005 through 2010, only nationally aggregated mining data was reported by USGS.  For these years, the breakdown of phosphate rock mined in Florida and North Carolina, and the amount mined in Idaho and Utah, are approximated using average share of U.S. production in those states from 1993 to 2004 data.  Data for domestic production of phosphate rock, exports of phosphate rock (primarily from Florida and North Carolina), and imports of phosphate rock for consumption for 1990 through 2010 were obtained from *USGS Minerals Yearbook: Phosphate Rock* (USGS 1994 through 2011).  From 2004 through 2010, the USGS reported no exports of phosphate rock from U.S. producers (USGS 2005 through 2011).

The carbonate content of phosphate rock varies depending upon where the material is mined.  Composition data for domestically mined and imported phosphate rock were provided by the Florida Institute of Phosphate Research (FIPR 2003).  Phosphate rock mined in Florida contains approximately 1 percent inorganic C, and phosphate rock imported from Morocco contains approximately 1.46 percent inorganic C.  Calcined phosphate rock mined in North Carolina and Idaho contains approximately 0.41 percent and 0.27 percent inorganic C, respectively (see Table 4-50).

Carbonate content data for phosphate rock mined in Florida are used to calculate the $CO_2$ emissions from consumption of phosphate rock mined in Florida and North Carolina (87 percent of domestic production) and carbonate content data for phosphate rock mined in Morocco are used to calculate $CO_2$ emissions from consumption of imported phosphate rock.  The $CO_2$ emissions calculation is based on the assumption that all of the domestic production of phosphate rock is used in uncalcined form.  As of 2006, the USGS noted that one phosphate rock producer in Idaho produces calcined phosphate rock; however, no production data were available for this single producer (USGS 2006).  Carbonate content data for uncalcined phosphate rock mined in Idaho and Utah (13 percent of domestic production) were not available, and carbonate content was therefore estimated from the carbonate content data for calcined phosphate rock mined in Idaho.

BLM_0047035

Table 4-49:  Phosphate Rock Domestic Production, Exports, and Imports (Gg)

| Location/Year | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| U.S. Production[a] | 49,800 | 36,100 | 30,100 | 29,700 | 30,200 | 26,400 | 25,800 |
| *FL & NC* | 42,494 | 31,227 | 26,037 | 25,691 | 26,123 | 22,836 | 22,317 |
| *ID & UT* | 7,306 | 4,874 | 4,064 | 4,010 | 4,077 | 3,564 | 3,483 |
| Exports—FL & NC | 6,240 | - | - | - | - | - | - |
| Imports—Morocco | 451 | 2,630 | 2,420 | 2,670 | 2,750 | 2,000 | 2,400 |
| **Total U.S. Consumption** | **44,011** | **38,730** | **32,520** | **32,370** | **32,950** | **28,400** | **28,200** |

[a] USGS does not disaggregate production data regionally (FL & NC and ID & UT) for 1990 and 2005 through 2010.  Data for those years are estimated based on the remaining time series distribution.
- Assumed equal to zero.

Table 4-50:  Chemical Composition of Phosphate Rock (percent by weight)

| Composition | Central Florida | North Florida | North Carolina (calcined) | Idaho (calcined) | Morocco |
|---|---|---|---|---|---|
| Total Carbon (as C) | 1.60 | 1.76 | 0.76 | 0.60 | 1.56 |
| Inorganic Carbon (as C) | 1.00 | 0.93 | 0.41 | 0.27 | 1.46 |
| Organic Carbon (as C) | 0.60 | 0.83 | 0.35 | - | 0.10 |
| Inorganic Carbon (as $CO_2$) | 3.67 | 3.43 | 1.50 | 1.00 | 5.00 |

Source: FIPR 2003
- Assumed equal to zero.

## Uncertainty and Time-Series Consistency

Phosphate rock production data used in the emission calculations were developed by the USGS through monthly and semiannual voluntary surveys of the active phosphate rock mines during 2010.  For previous years in the time series, USGS provided the data disaggregated regionally; however, beginning in 2006 only total U.S. phosphate rock production were reported.  Regional production for 2010 was estimated based on regional production data from previous years and multiplied by regionally-specific emission factors.   There is uncertainty associated with the degree to which the estimated 2010 regional production data represents actual production in those regions.  Total U.S. phosphate rock production data are not considered to be a significant source of uncertainty because all the domestic phosphate rock producers report their annual production to the USGS. Data for exports of phosphate rock used in the emission calculation are reported by phosphate rock producers and are not considered to be a significant source of uncertainty.  Data for imports for consumption are based on international trade data collected by the U.S. Census Bureau.  These U.S. government economic data are not considered to be a significant source of uncertainty.

An additional source of uncertainty in the calculation of $CO_2$ emissions from phosphoric acid production is the carbonate composition of phosphate rock; the composition of phosphate rock varies depending upon where the material is mined, and may also vary over time.  Another source of uncertainty is the disposition of the organic C content of the phosphate rock.  A representative of the FIPR indicated that in the phosphoric acid production process, the organic C content of the mined phosphate rock generally remains in the phosphoric acid product, which is what produces the color of the phosphoric acid product (FIPR 2003a).  Organic C is therefore not included in the calculation of $CO_2$ emissions from phosphoric acid production.

A third source of uncertainty is the assumption that all domestically-produced phosphate rock is used in phosphoric acid production and used without first being calcined.  Calcination of the phosphate rock would result in conversion of some of the organic C in the phosphate rock into $CO_2$.  However, according to the USGS, only one producer in Idaho is currently calcining phosphate rock, and no data were available concerning the annual production of this single producer (USGS 2005).  For available years, total production of phosphate rock in Utah and Idaho combined amounts to approximately 13 percent of total domestic production on average (USGS 1994 through 2005).

Finally, USGS indicated that approximately 7 percent of domestically-produced phosphate rock is used to manufacture elemental phosphorus and other phosphorus-based chemicals, rather than phosphoric acid (USGS

BLM_0047036

2006). According to USGS, there is only one domestic producer of elemental phosphorus, in Idaho, and no data were available concerning the annual production of this single producer. Elemental phosphorus is produced by reducing phosphate rock with coal coke, and it is therefore assumed that 100 percent of the carbonate content of the phosphate rock will be converted to $CO_2$ in the elemental phosphorus production process. The calculation for $CO_2$ emissions is based on the assumption that phosphate rock consumption, for purposes other than phosphoric acid production, results in $CO_2$ emissions from 100 percent of the inorganic C content in phosphate rock, but none from the organic C content.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-51. Phosphoric acid production $CO_2$ emissions were estimated to be between 0.8 and 1.2 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 18 percent below and 18 percent above the emission estimate of 1.0 Tg $CO_2$ Eq.

Table 4-51: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Phosphoric Acid Production (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg $CO_2$ Eq.) | | (%) | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Phosphoric Acid Production | $CO_2$ | 1.0 | 0.8 | 1.2 | -18% | +18% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Recalculations

Phosphate rock import and production values for 2008 and 2009 were updated relative to the previous Inventory based on recently published data (USGS 2011). This resulted in a decrease in 2008 and 2009 emissions by less than 1 percent and approximately 2 percent, respectively, relative to the previous report.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Phosphoric Acid Production source category. Particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all Inventory years as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[137] Additionally, as a future improvement to the phosphoric acid uncertainty analysis, USGS Mineral Commodity Specialists will be contacted to verify uncertainty ranges associated with phosphate rock imports and exports.

## 4.14. Iron and Steel Production (IPCC Source Category 2C1) and Metallurgical Coke Production

The production of iron and steel is an energy-intensive activity that also generates process-related emissions of $CO_2$ and $CH_4$. Process emissions occur at each step of steel production from the production of raw materials to the refinement of iron to the making of crude steel. In the United States, steel is produced through both primary and secondary processes. Historically, primary production—using a basic oxygen furnace (BOF) with pig iron as the primary feedstock—has been the dominant method. But secondary production through the use scrap steel and electric arc furnaces (EAFs) has increased significantly in recent years due to the economic advantages of steel recycling, which has been driven by the increased availability of scrap steel. Total production of crude steel in the

---

[137] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

BLM_0047037

United States in the time period between 2000 and 2008 ranged from a low of 99,320,000 tons to a high of 109,879,000 tons (2001 and 2004, respectively). Due to the decrease in demand caused by the global economic downturn, especially from the automotive industry, crude steel production in the United States decreased to 65,460,000 tons in 2009. In 2010, crude steel production rebounded to 88,730,000 tons as economic conditions improved (AISI 2011a).

Metallurgical coke is an important input in the production of iron and steel. Coke is used to produce iron or pig iron feedstock from raw iron ore. The production of metallurgical coke from coking coal occurs both on-site at "integrated" iron and steel plants and off-site at "merchant" coke plants. Metallurgical coke is produced by heating coking coal in a coke oven in a low-oxygen environment. The process drives off the volatile components of the coking coal and produces coal (metallurgical) coke. Carbon containing byproducts of the metallurgical coke manufacturing process include coke oven gas, coal tar, coke breeze (small-grade coke oven coke with particle size <5mm) and light oil. Coke oven gas is recovered and used as fuel for underfiring the coke ovens and as process gas and fuel within the iron and steel mill. Small amounts of coke oven gas are also sold as synthetic natural gas outside of iron and steel mills (and are accounted for in the Energy chapter). Coal tar is used as a raw material to produce anodes used for primary aluminum production, electric arc furnace (EAF) steel production, and other electrolytic processes, and also is used in the production of other coal tar products. Light oil is sold to petroleum refiners who use the material as an additive for gasoline. The metallurgical coke production process produces $CO_2$ emissions and fugitive $CH_4$ emissions.

Iron is produced by first reducing iron oxide (iron ore) with metallurgical coke in a blast furnace. Iron can be introduced into the blast furnace in the form of raw iron ore, taconite pellets (9-16mm iron-containing spheres), briquettes, or sinter. In addition to metallurgical coke and iron, other inputs to the blast furnace include natural gas, fuel oil, and coke oven gas. The carbon in the metallurgical coke used in the blast furnace combines with oxides in the iron ore in a reducing atmosphere to produce blast furnace gas containing carbon monoxide (CO) and $CO_2$. The CO is then converted and emitted as $CO_2$ when combusted to either pre-heat the blast air used in the blast furnace or for other purposes at the steel mill. This pig iron or crude iron that is produced from this process contains about 3 to 5 percent carbon by weight. The pig iron production process in a blast furnace produces $CO_2$ emissions and fugitive $CH_4$ emissions.

Iron can also be produced through the direct reduction process; wherein, iron ore is reduced to metallic iron in the solid state at process temperatures less than 1000°C. Direct reduced iron production results in process emissions of $CO_2$ and emissions of $CH_4$ through the consumption of natural gas used during the reduction process.

Sintering is a thermal process by which fine iron-bearing particles, such as air emission control system dust, are baked, which causes the material to agglomerate into roughly one-inch pellets that are then recharged into the blast furnace for pig iron production. Iron ore particles may also be formed into larger pellets or briquettes by mechanical means, and then agglomerated by heating. The agglomerate is then crushed and screened to produce an iron-bearing feed that is charged into the blast furnace. The sintering process produces $CO_2$ and fugitive $CH_4$ emissions through the consumption of carbonaceous inputs (e.g., coke breeze) during the sintering process.

Steel is produced from varying levels of pig iron and scrap steel in specialized BOF and EAF steel-making furnaces. Carbon inputs to BOF steel-making furnaces include pig iron and scrap steel as well as natural gas, fuel oil, and fluxes (e.g., limestone, dolomite). In a BOF, the carbon in iron and scrap steel combines with high-purity oxygen to reduce the carbon content of the metal to the amount desired for the specified grade of steel. EAFs use carbon electrodes, charge carbon and other materials (e.g., natural gas) to aid in melting metal inputs (primarily recycled scrap steel), which are refined and alloyed to produce the desired grade of steel. Carbon dioxide emissions occur in BOFs through the reduction process. In EAFs, $CO_2$ emissions result primarily from the consumption of carbon electrodes and also from the consumption of supplemental materials used to augment the melting process.

In addition to the production processes mentioned above, $CO_2$ is also generated at iron and steel mills through the consumption of process byproducts (e.g., blast furnace gas, coke oven gas) used for various purposes including heating, annealing, and electricity generation. Process byproducts sold for use as synthetic natural gas are deducted and reported in the Energy chapter (emissions associated with natural gas and fuel oil consumption for these purposes are reported in the Energy chapter).

The majority of $CO_2$ emissions from the iron and steel production process come from the use of metallurgical coke in the production of pig iron and from the consumption of other process byproducts at the iron and steel mill, with lesser amounts emitted from the use of flux and from the removal of carbon from pig iron used to produce steel.

BLM_0047038

Some carbon is also stored in the finished iron and steel products.

According to the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006), the production of metallurgical coke from coking coal is considered to be an energy use of fossil fuel and the use of coke in iron and steel production is considered to be an industrial process source. Therefore, the Guidelines suggest that emissions from the production of metallurgical coke should be reported separately in the Energy chapter, while emissions from coke consumption in iron and steel production should be reported in the industrial process source. However, the approaches and emission estimates for both metallurgical coke production and iron and steel production are both presented here because the activity data used to estimate emissions from metallurgical coke production have significant overlap with activity data used to estimate iron and steel production emissions. Further, some byproducts (e.g., coke oven gas) of the metallurgical coke production process are consumed during iron and steel production, and some byproducts of the iron and steel production process (e.g., blast furnace gas) are consumed during metallurgical coke production. Emissions associated with the consumption of these byproducts are attributed to point of consumption. As an example, $CO_2$ emissions associated with the combustion of coke oven gas in the blast furnace during pig iron production are attributed to pig iron production. Emissions associated with the use of conventional fuels (e.g., natural gas and fuel oil) for electricity generation, heating and annealing, or other miscellaneous purposes downstream of the iron and steelmaking furnaces are reported in the Energy chapter.

## Metallurgical Coke Production

Emissions of $CO_2$ and $CH_4$ from metallurgical coke production in 2010 were 2.1 Tg $CO_2$ Eq. (2,084 Gg) and less than 0.00003 Tg $CO_2$ Eq. (less than 0.001 Gg), respectively (see Table 4-52 and Table 4-53), totaling 2.1 Tg $CO_2$ Eq. Emissions increased in 2010 yet have decreased overall since 1990. In 2010, domestic coke production increased by 35 percent but has decreased overall since 1990. Coke production in 2010 was 28 percent lower than in 2000 and 46 percent below 1990. Overall, emissions from metallurgical coke production have declined by 16 percent (0.4 Tg $CO_2$ Eq.) from 1990 to 2010.

Table 4-52: $CO_2$ and $CH_4$ Emissions from Metallurgical Coke Production (Tg $CO_2$ Eq.)

| Year | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|------|------|------|------|------|------|------|------|
| $CO_2$ | 2.5 | 2.0 | 1.9 | 2.1 | 2.3 | 1.0 | 2.1 |
| $CH_4$ | + | + | + | + | + | + | + |
| **Total** | **2.5** | **2.0** | **1.9** | **2.1** | **2.3** | **1.0** | **2.1** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.

Table 4-53: $CO_2$ and $CH_4$ Emissions from Metallurgical Coke Production (Gg)

| Year | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|------|------|------|------|------|------|------|------|
| $CO_2$ | 2,470 | 2,043 | 1,919 | 2,055 | 2,334 | 956 | 2,084 |
| $CH_4$ | + | + | + | + | + | + | + |

+ Does not exceed 0.5 Gg

## Iron and Steel Production

Emissions of $CO_2$ and $CH_4$ from iron and steel production in 2010 were 52.2 Tg $CO_2$ Eq. (52,192 Gg) and 0.5 Tg $CO_2$ Eq. (24.5 Gg), respectively (see Table 4-54 through Table 4-57), totaling approximately 52.7 Tg $CO_2$ Eq. Emissions increased in 2010—largely due to increased steel production associated with improved economic conditions—but have decreased overall since 1990 due to restructuring of the industry, technological improvements, and increased scrap steel utilization. Carbon dioxide emission estimates include emissions from the consumption of carbonaceous materials in the blast furnace, EAF, and BOF as well as blast furnace gas and coke oven gas consumption for other activities at the steel mill.

In 2010, domestic production of pig iron increased by 41 percent from 2009 levels. Overall, domestic pig iron production has declined since the 1990s. Pig iron production in 2010 was 44 percent lower than in 2000 and 46 percent below 1990. Carbon dioxide emissions from steel production have increased by 5 percent (0.4 Tg $CO_2$ Eq.)

BLM_0047039

since 1990, while overall $CO_2$ emissions from iron and steel production have declined by 46 percent (44.9 Tg $CO_2$ Eq.) from 1990 to 2010.

Table 4-54:  $CO_2$ Emissions from Iron and Steel Production (Tg $CO_2$ Eq.)

| Year | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Sinter Production | 2.4 | 1.7 | 1.4 | 1.4 | 1.3 | 0.8 | 1.0 |
| Iron Production | 47.9 | 19.6 | 24.0 | 27.3 | 25.8 | 16.0 | 19.0 |
| Steel Production | 7.5 | 8.5 | 8.9 | 9.4 | 7.5 | 6.6 | 7.8 |
| Other Activities[a] | 39.3 | 34.2 | 32.6 | 31.0 | 29.1 | 17.8 | 24.3 |
| **Total** | **97.1** | **64.0** | **66.9** | **69.1** | **63.8** | **41.2** | **52.2** |

Note:  Totals may not sum due to independent rounding.
[a] Includes emissions from blast furnace gas and coke oven gas combustion for activities at the steel mill other than consumption in blast furnace, EAFs, or BOFs.

Table 4-55:  $CO_2$ Emissions from Iron and Steel Production (Gg)

| Year | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Sinter Production | 2,448 | 1,663 | 1,418 | 1,383 | 1,299 | 763 | 1,045 |
| Iron Production | 47,944 | 19,645 | 24,010 | 27,353 | 25,773 | 15,995 | 19,042 |
| Steel Production | 7,476 | 8,489 | 8,924 | 9,384 | 7,540 | 6,585 | 7,844 |
| Other Activities[a] | 39,256 | 34,160 | 32,583 | 30,964 | 29,146 | 17,815 | 24,260 |
| **Total** | **97,123** | **63,957** | **66,934** | **69,083** | **63,758** | **41,157** | **52,192** |

Note:  Totals may not sum due to independent rounding.
[a] Includes emissions from blast furnace gas and coke oven gas combustion for activities at the steel mill other than consumption in blast furnace, EAFs, or BOFs.

Table 4-56:  $CH_4$ Emissions from Iron and Steel Production (Tg $CO_2$ Eq.)

| Year | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Sinter Production | + | + | + | + | + | + | + |
| Iron Production | 0.9 | 0.7 | 0.7 | 0.7 | 0.6 | 0.4 | 0.5 |
| **Total** | **1.0** | **0.7** | **0.7** | **0.7** | **0.6** | **0.4** | **0.5** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.
Note:  Totals may not sum due to independent rounding.

Table 4-57:  $CH_4$ Emissions from Iron and Steel Production (Gg)

| Year | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Sinter Production | 0.9 | 0.6 | 0.5 | 0.5 | 0.4 | 0.3 | 0.4 |
| Iron Production | 44.7 | 33.5 | 34.1 | 32.7 | 30.4 | 17.1 | 24.2 |
| **Total** | **45.6** | **34.1** | **34.6** | **33.2** | **30.8** | **17.4** | **24.5** |

Note:  Totals may not sum due to independent rounding.

## Methodology

Emission estimates presented in this chapter are largely based on Tier 2 methodologies provided by the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006). These Tier 2 methodologies call for a mass balance accounting of the carbonaceous inputs and outputs during the iron and steel production process and the metallurgical coke production process. Tier 1 methods are used for certain iron and steel production processes (e.g. DRI production) for which available data are insufficient for utilizing a Tier 2 method.

BLM_0047040

**Metallurgical Coke Production**

Coking coal is used to manufacture metallurgical (coal) coke that is used primarily as a reducing agent in the production of iron and steel, but is also used in the production of other metals including lead and zinc (see Lead Production and Zinc Production in this chapter). Emissions associated with producing metallurgical coke from coking coal are estimated and reported separately from emissions that result from the iron and steel production process. To estimate emission from metallurgical coke production, a Tier 2 method provided by the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006) was utilized. The amount of carbon contained in materials produced during the metallurgical coke production process (i.e., coke, coke breeze, coke oven gas, and coal tar) is deducted from the amount of carbon contained in materials consumed during the metallurgical coke production process (i.e., natural gas, blast furnace gas, coking coal). Light oil, which is produced during the metallurgical coke production process, is excluded from the deductions due to data limitations. The amount of carbon contained in these materials is calculated by multiplying the material-specific carbon content by the amount of material consumed or produced (see Table 4-58). The amount of coal tar produced was approximated using a production factor of 0.03 tons of coal tar per ton of coking coal consumed. The amount of coke breeze produced was approximated using a production factor of 0.075 tons of coke breeze per ton of coking coal consumed. Data on the consumption of carbonaceous materials (other than coking coal) as well as coke oven gas production were available for integrated steel mills only (i.e., steel mills with co-located coke plants). Therefore, carbonaceous material (other than coking coal) consumption and coke oven gas production were excluded from emission estimates for merchant coke plants. Carbon contained in coke oven gas used for coke-oven underfiring was not included in the deductions to avoid double-counting.

Table 4-58: Material Carbon Contents for Metallurgical Coke Production

| Material | kg C/kg |
|---|---|
| Coal Tar | 0.62 |
| Coke | 0.83 |
| Coke Breeze | 0.83 |
| Coking Coal | 0.73 |
| **Material** | **kg C/GJ** |
| Coke Oven Gas | 12.1 |
| Blast Furnace Gas | 70.8 |

Source: IPCC 2006, Table 4.3. Coke Oven Gas and
Blast Furnace Gas, Table 1.3.

The production processes for metallurgical coke production results in fugitive emissions of $CH_4$, which are emitted via leaks in the production equipment rather than through the emission stacks or vents of the production plants. The fugitive emissions were calculated by applying Tier 1 emission factors (0.1 g $CH_4$ per metric ton) taken from the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006) for metallurgical coke production.

Data relating to the mass of coking coal consumed at metallurgical coke plants and the mass of metallurgical coke produced at coke plants were taken from the Energy Information Administration (EIA), Quarterly Coal Report October through December (EIA 1998 through 2011d) (see Table 4-59). Data on the volume of natural gas consumption, blast furnace gas consumption, and coke oven gas production for metallurgical coke production at integrated steel mills were obtained from the American Iron and Steel Institute (AISI), *Annual Statistical Report* (AISI 2004 through 2011a) and through personal communications with AISI (AISI 2008b) (see Table 4-60). The factor for the quantity of coal tar produced per ton of coking coal consumed was provided by AISI (2008b). The factor for the quantity of coke breeze produced per ton of coking coal consumed was obtained through Table 2-1 of the report *Energy and Environmental Profile of the U.S. Iron and Steel Industry* (DOE 2000). Data on natural gas consumption and coke oven gas production at merchant coke plants were not available and were excluded from the emission estimate. Carbon contents for coking coal, metallurgical coke, coal tar, coke oven gas, and blast furnace gas were provided by the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006). The C content for coke breeze was assumed to equal the C content of coke.

BLM_0047041

Table 4-59:  Production and Consumption Data for the Calculation of $CO_2$ and $CH_4$ Emissions from Metallurgical Coke Production (Thousand Metric Tons)

| Source/Activity Data | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **Metallurgical Coke Production** | | | | | | | |
| Coking Coal Consumption at Coke Plants | 35,269 | 21,259 | 20,827 | 20,607 | 20,022 | 13,904 | 19,135 |
| Coke Production at Coke Plants | 25,054 | 15,167 | 14,882 | 14,698 | 14,194 | 10,109 | 13,628 |
| Coal Breeze Production | 2,645 | 1,594 | 1,562 | 1,546 | 1,502 | 1,043 | 1,435 |
| Coal Tar Production | 1,058 | 638 | 625 | 618 | 601 | 417 | 574 |

Table 4-60:  Production and Consumption Data for the Calculation of $CO_2$ Emissions from Metallurgical Coke Production (million ft$^3$)

| Source/Activity Data | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **Metallurgical Coke Production** | | | | | | | |
| Coke Oven Gas Production[a] | 250,767 | 114,213 | 114,386 | 109,912 | 103,191 | 66,155 | 95,405 |
| Natural Gas Consumption | 599 | 2,996 | 3,277 | 3,309 | 3,134 | 2,121 | 3,108 |
| Blast Furnace Gas Consumption | 24,602 | 4,460 | 5,505 | 5,144 | 4,829 | 2,435 | 3,181 |

[a] Includes coke oven gas used for purposes other than coke oven underfiring only.

## Iron and Steel Production

Emissions of $CO_2$ from sinter production and direct reduced iron production were estimated by multiplying total national sinter production and the total national direct reduced iron production by Tier 1 $CO_2$ emission factors (see Table 4-61).  Because estimates of sinter production and direct reduced iron production were not available, production was assumed to equal consumption.

Table 4-61:  $CO_2$ Emission Factors for Sinter Production and Direct Reduced Iron Production

| Material Produced | Metric Ton $CO_2$/Metric Ton |
|---|---|
| Sinter | 0.2 |
| Direct Reduced Iron | 0.7 |

Source: IPCC 2006, Table 4.1.

To estimate emissions from pig iron production in the blast furnace, the amount of C contained in the produced pig iron and blast furnace gas were deducted from the amount of C contained in inputs (i.e., metallurgical coke, sinter, natural ore, pellets, natural gas, fuel oil, coke oven gas, direct coal injection).  The C contained in the pig iron, blast furnace gas, and blast furnace inputs was estimated by multiplying the material-specific C content by each material type (see Table 4-62).  Carbon in blast furnace gas used to pre-heat the blast furnace air is combusted to form $CO_2$ during this process.

Emissions from steel production in EAFs were estimated by deducting the C contained in the steel produced from the carbon contained in the EAF anode, charge carbon, and scrap steel added to the EAF.  Small amounts of C from direct reduced iron, pig iron, and flux additions to the EAFs were also included in the EAF calculation.  For BOFs, estimates of C contained in BOF steel were deducted from carbon contained in inputs such as natural gas, coke oven gas, fluxes, and pig iron.  In each case, the C was calculated by multiplying material-specific carbon contents by each material type (see Table 4-62).  For EAFs, the amount of EAF anode consumed was approximated by multiplying total EAF steel production by the amount of EAF anode consumed per metric ton of steel produced (0.002 metric tons EAF anode per metric ton steel produced (AISI 2008b)).  The amount of flux (e.g., limestone and dolomite) used during steel manufacture was deducted from the Limestone and Dolomite Use source category to avoid double-counting.

BLM_0047042

$CO_2$ emissions from the consumption of blast furnace gas and coke oven gas for other activities occurring at the steel mill were estimated by multiplying the amount of these materials consumed for these purposes by the material-specific C content (see Table 4-62).

$CO_2$ emissions associated with the sinter production, direct reduced iron production, pig iron production, steel production, and other steel mill activities were summed to calculate the total $CO_2$ emissions from iron and steel production (see Table 4-54and Table 4-55).

Table 4-62:  Material Carbon Contents for Iron and Steel Production

| Material | kg C/kg |
|---|---|
| Coke | 0.83 |
| Direct Reduced Iron | 0.02 |
| Dolomite | 0.13 |
| EAF Carbon Electrodes | 0.82 |
| EAF Charge Carbon | 0.83 |
| Limestone | 0.12 |
| Pig Iron | 0.04 |
| Steel | 0.01 |
| **Material** | **kg C/GJ** |
| Coke Oven Gas | 12.1 |
| Blast Furnace Gas | 70.8 |

Source: IPCC 2006, Table 4.3. Coke Oven Gas and Blast Furnace Gas, Table 1.3.

The production processes for sinter and pig iron result in fugitive emissions of $CH_4$, which are emitted via leaks in the production equipment rather than through the emission stacks or vents of the production plants.  The fugitive emissions were calculated by applying Tier 1 emission factors taken from the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006) for sinter production and the 1995 IPCC Guidelines (IPCC/UNEP/OECD/IEA 1995) (see Table 4-63) for pig iron production.  The production of direct reduced iron also results in emissions of $CH_4$ through the consumption of fossil fuels (e.g., natural gas); however, these emissions estimates are excluded due to data limitations.

BLM_0047043

Table 4-63:  CH$_4$ Emission Factors for Sinter and Pig Iron Production

| Material Produced | Factor | Unit |
|---|---|---|
| Pig Iron | 0.9 | g CH$_4$/kg |
| Sinter | 0.07 | kg CH$_4$/metric ton |

Source: Sinter (IPCC 2006, Table 4.2), Pig Iron (IPCC/UNEP/OECD/IEA 1995, Table 2.2)

Sinter consumption and direct reduced iron consumption data were obtained from AISI's Annual Statistical Report (AISI 2004 through 2011a) and through personal communications with AISI (2008b) (see Table 4-64). Data on direct reduced iron consumption in EAFs were not available for the years 1990, 1991, 1999, 2006, 2007, 2008, 2009, and 2010. EAF direct reduced iron consumption in 1990 and 1991 were assumed to equal consumption in 1992, and consumption in 1999 was assumed to equal the average of 1998 and 2000. EAF consumption in 2006, 2007, 2008, 2009, and 2010 were calculated by multiplying the total DRI consumption for all furnaces as provided in the 2010 AISI Annual Statistical Report by the EAF share of total DRI consumption in 2005 (the most recent year that data was available for EAF vs. BOF consumption of DRI). Data on direct reduced iron consumed in BOFs were not available for the years 1990 through 1994, 1999, 2006, 2007, 2008, 2009, and 2010. BOF direct reduced iron consumption in 1990 through 1994 was assumed to equal consumption in 1995, and consumption in 1999 was assumed to equal the average of 1998 and 2000. BOF consumption in 2006, 2007, 2008, 2009, and 2010 were calculated by multiplying the total DRI consumption for all furnaces as provided in the USGS Mineral Industry Survey: Iron and Steel Scrap in December 2010 (USGS 2011) by the BOF share of total DRI consumption in 2005 (the most recent year that data was available from the AISI Annual Statistical Reports for EAF vs. BOF consumption of DRI).[138]

The Tier 1 CO$_2$ emission factors for sinter production and direct reduced iron production were obtained through the 2006 IPCC Guidelines for National Greenhouse Gas Inventories (IPCC 2006). Data for pig iron production, coke, natural gas, fuel oil, sinter, and pellets consumed in the blast furnace; pig iron production; and blast furnace gas produced at the iron and steel mill and used in the metallurgical coke ovens and other steel mill activities were obtained from AISI's Annual Statistical Report (AISI 2004 through 2011a) and through personal communications with AISI (2008b) (see Table 4-65).

Data for EAF steel production, flux, EAF charge carbon, direct reduced iron, pig iron, scrap steel, and natural gas consumption were obtained from AISI's Annual Statistical Report (AISI 2004 through 2011a) and through personal communications with AISI (2011b and 2008b). The factor for the quantity of EAF anode consumed per ton of EAF steel produced was provided by AISI (AISI 2008b). Data for BOF steel production, flux, direct reduced iron, pig iron, scrap steel, natural ore, pellet sinter consumption as well as BOF steel production were obtained from AISI's Annual Statistical Report (AISI 2004 through 2011a) and through personal communications with AISI (2008b). Because data on pig iron consumption in BOFs and EAFs were not available for 2006, 2007, and 2008 while scrap consumption data in BOFs and EAFs were not available for 2006 and 2007, values for these years were calculated by multiplying the total pig iron and scrap steel consumption for all furnaces as provided in the USGS Minerals Survey: Iron and Steel Scrap in December 2010 (USGS 2011) by the BOF and EAF shares of total pig iron and scrap consumption in 2005 (the most recent year that data was available from the AISI Annual Statistical Reports for EAF vs. BOF consumption of pig iron and scrap steel).[139] Because data for pig iron consumption in EAFs was also not available in 2003 and 2004, the average of 2002 and 2005 pig iron consumption data were used. Data on coke oven gas and blast furnace gas consumed at the iron and steel mill other than in the EAF, BOF, or blast furnace were obtained from AISI's Annual Statistical Report (AISI 2004 through 2011a) and through personal communications with AISI (2008b).

Data on blast furnace gas and coke oven gas sold for use as synthetic natural gas were obtained from EIA's Natural Gas Annual 2010 (EIA 2011b). C contents for direct reduced iron, EAF carbon electrodes, EAF charge carbon,

---

[138] 2010 DRI consumption values were not yet available when the 2010 AISI Annual Statistical Report was published, so the USGS Minerals Survey was used as a proxy.

[139] 2010 pig iron and scrap steel consumption values were not yet available when the 2010 AISI Annual Statistical Report was published, so the USGS Minerals Survey was used as a proxy.

BLM_0047044

limestone, dolomite, pig iron, and steel were provided by the 2006 IPCC Guidelines for National Greenhouse Gas Inventories (IPCC 2006). The C contents for natural gas, fuel oil, and direct injection coal were obtained from EIA 2011c and EPA 2010. Heat contents for the same fuels were obtained from EIA (1992, 2011a). Heat contents for coke oven gas and blast furnace gas were provided in Table 2-2 of the report Energy and Environmental Profile of the U.S. Iron and Steel Industry (DOE 2000).

Table 4-64: Production and Consumption Data for the Calculation of $CO_2$ and $CH_4$ Emissions from Iron and Steel Production (Thousand Metric Tons)

| Source/Activity Data | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **Sinter Production** | | | | | | | |
| Sinter Production | 12,239 | 8,315 | 7,088 | 6,914 | 6,497 | 3,814 | 5,225 |
| **Direct Reduced Iron Production** | | | | | | | |
| Direct Reduced Iron Production | 936 | 1,633 | 1,497 | 2,087 | 1,769 | 1,243 | 1,343 |
| **Pig Iron Production** | | | | | | | |
| Coke Consumption | 24,946 | 13,832 | 14,684 | 15,039 | 14,251 | 8,572 | 10,883 |
| Pig Iron Production | 49,669 | 37,222 | 37,904 | 36,337 | 33,730 | 19,019 | 26,844 |
| Direct Injection Coal Consumption | 1,485 | 2,573 | 2,526 | 2,734 | 2,578 | 1,674 | 2,279 |
| **EAF Steel Production** | | | | | | | |
| EAF Anode and Charge Carbon Consumption | 67 | 1,127 | 1,245 | 1,214 | 1,109 | 845 | 1,189 |
| Scrap Steel Consumption | 35,743 | 37,558 | 38,033 | 40,845 | 40,824 | 35,472 | 36,560 |
| Flux Consumption | 319 | 695 | 671 | 567 | 680 | 476 | 640 |
| EAF Steel Production | 33,511 | 52,194 | 56,071 | 57,004 | 52,791 | 36,725 | 49,339 |
| **BOF Steel Production** | | | | | | | |
| Pig Iron Consumption | 46,564 | 32,115 | 32,638 | 33,773 | 29,322 | 24,404 | 28,214 |
| Scrap Steel Consumption | 14,548 | 11,612 | 11,759 | 12,628 | 8,029 | 6,641 | 8,881 |
| Flux Consumption | 576 | 582 | 610 | 408 | 431 | 318 | 408 |
| BOF Steel Production | 43,973 | 42,705 | 42,119 | 41,099 | 39,105 | 22,659 | 31,158 |

Table 4-65: Production and Consumption Data for the Calculation of $CO_2$ Emissions from Iron and Steel Production (million $ft^3$ unless otherwise specified)

| Source/Activity Data | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **Pig Iron Production** | | | | | | | |
| Natural Gas Consumption | 56,273 | 59,844 | 58,344 | 56,112 | 53,349 | 35,933 | 47,814 |
| Fuel Oil Consumption (thousand gallons) | 163,397 | 16,170 | 87,702 | 84,498 | 55,552 | 23,179 | 27,505 |
| Coke Oven Gas Consumption | 22,033 | 16,557 | 16,649 | 16,239 | 15,336 | 9,951 | 14,233 |
| Blast Furnace Gas Production | 1,439,380 | 1,299,980 | 1,236,526 | 1,173,588 | 1,104,674 | 672,486 | 911,180 |
| **EAF Steel Production** | | | | | | | |
| Natural Gas Consumption | 15,905 | 19,985 | 21,897 | 28,077 | 10,826 | 7,848 | 10,403 |
| **BOF Steel Production** | | | | | | | |
| Coke Oven Gas Consumption | 3,851 | 524 | 559 | 525 | 528 | 373 | 546 |
| **Other Activities** | | | | | | | |
| Coke Oven Gas Consumption | 224,883 | 97,132 | 97,178 | 93,148 | 87,327 | 55,831 | 80,626 |
| Blast Furnace Gas Consumption | 1,414,778 | 1,295,520 | 1,231,021 | 1,168,444 | 1,099,845 | 670,051 | 907,999 |

BLM_0047045

## Uncertainty and Time-Series Consistency

The estimates of $CO_2$ and $CH_4$ emissions from metallurgical coke production are based on material production and consumption data and average carbon contents. Uncertainty is associated with the total U.S. coking coal consumption, total U.S. coke production and materials consumed during this process. Data for coking coal consumption and metallurgical coke production are from different data sources (EIA) than data for other carbonaceous materials consumed at coke plants (AISI), which does not include data for merchant coke plants. There is uncertainty associated with the fact that coal tar and coke breeze production were estimated based on coke production because coal tar and coke breeze production data were not available. Since merchant coke plant data is not included in the estimate of other carbonaceous materials consumed at coke plants, the mass balance equation for $CO_2$ from metallurgical coke production cannot be reasonably completed. Therefore, for the purpose of this analysis, uncertainty parameters are applied to primary data inputs to the calculation (i.e, coking coal consumption and metallurgical coke production) only.

The estimates of $CO_2$ emissions from iron and steel production are based on material production and consumption data and average C contents. There is uncertainty associated with the assumption that direct reduced iron and sinter consumption are equal to production. There is uncertainty associated with the assumption that all coal used for purposes other than coking coal is for direct injection coal. Some of this coal may be used for electricity generation. There is also uncertainty associated with the C contents for pellets, sinter, and natural ore, which are assumed to equal the C contents of direct reduced iron. For EAF steel production there is uncertainty associated with the amount of EAF anode and charge C consumed due to inconsistent data throughout the time series. Also for EAF steel production, there is uncertainty associated with the assumption that 100 percent of the natural gas attributed to "steelmaking furnaces" by AISI is process-related and nothing is combusted for energy purposes. Uncertainty is also associated with the use of process gases such as blast furnace gas and coke oven gas. Data are not available to differentiate between the use of these gases for processes at the steel mill versus for energy generation (e.g., electricity and steam generation); therefore, all consumption is attributed to iron and steel production. These data and C contents produce a relatively accurate estimate of $CO_2$ emissions. However, there are uncertainties associated with each.

For the purposes of the $CH_4$ calculation from iron and steel production it is assumed that all of the $CH_4$ escapes as fugitive emissions and that none of the $CH_4$ is captured in stacks or vents. Additionally, the $CO_2$ emissions calculation is not corrected by subtracting the C content of the $CH_4$, which means there may be a slight double counting of C as both $CO_2$ and $CH_4$.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-66 for metallurgical coke production and iron and steel production. Total $CO_2$ emissions from metallurgical coke production and iron and steel production were estimated to be between 45.5 and 63.2 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 16 percent below and 17 percent above the emission estimate of 54.3 Tg $CO_2$ Eq. Total $CH_4$ emissions from metallurgical coke production and iron and steel production were estimated to be 0.5 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 21 percent below and 22 percent above the emission estimate of 0.5 Tg $CO_2$ Eq.

Table 4-66:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ and $CH_4$ Emissions from Iron and Steel Production and Metallurgical Coke Production (Tg. $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | | Uncertainty Range Relative to Emission Estimate[a] (%) | |
|---|---|---|---|---|---|
| | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Metallurgical Coke & Iron and Steel Production | $CO_2$ | 54.3 | 45.5 | 63.2 | -16% | +17% |
| Metallurgical Coke & Iron and Steel Production | $CH_4$ | 0.5 | 0.4 | 0.6 | -21% | +22% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section,

BLM_0047046

above.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Iron and Steel Production source category. Particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all Inventory years as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[140]

Additional improvements include accounting for emissions estimates for the production of metallurgical coke to the Energy chapter as well as identifying the amount of carbonaceous materials, other than coking coal, consumed at merchant coke plants. Other potential improvements include identifying the amount of coal used for direct injection and the amount of coke breeze, coal tar, and light oil produced during coke production. Efforts will also be made to identify inputs for preparing Tier 2 estimates for sinter and direct reduced iron production, as well as identifying information to better characterize emissions from the use of process gases and fuels within the Energy and Industrial Processes chapters.

## Recalculations Discussion

The average heat content of natural gas consumed in the United States is obtained directly from EIA and varies slightly each year (from 1024 to 1030 MMBTU/million cubic feet). In the previous Inventory, the 2009 heat content of natural gas was incorrectly applied to all historical years, so the year-to-year variation in the heat content of natural gas was not captured. This issue has been corrected for years 1990 through 2009 and decreased emissions for iron and steel production by less than 0.2 percent each year relative to the previous report.

## 4.15. Ferroalloy Production (IPCC Source Category 2C2)

Carbon dioxide and $CH_4$ are emitted from the production of several ferroalloys. Ferroalloys are composites of iron and other elements such as silicon, manganese, and chromium. When incorporated in alloy steels, ferroalloys are used to alter the material properties of the steel. Estimates from two types of ferrosilicon (25 to 55 percent and 56 to 95 percent silicon), silicon metal (about 98 percent silicon), and miscellaneous alloys (36 to 65 percent silicon) have been calculated. Emissions from the production of ferrochromium and ferromanganese are not included here because of the small number of manufacturers of these materials in the United States. Subsequently, government information disclosure rules prevent the publication of production data for these production facilities.

Similar to emissions from the production of iron and steel, $CO_2$ is emitted when metallurgical coke is oxidized during a high-temperature reaction with iron and the selected alloying element. Due to the strong reducing environment, CO is initially produced, and eventually oxidized to $CO_2$. A representative reaction equation for the production of 50 percent ferrosilicon is given below:

$$Fe_2O_3 + 2SiO_2 + 7C \rightarrow 2FeSi + 7CO$$

While most of the C contained in the process materials is released to the atmosphere as $CO_2$, a percentage is also released as $CH_4$ and other volatiles. The amount of $CH_4$ that is released is dependent on furnace efficiency, operation technique, and control technology.

Emissions of $CO_2$ from ferroalloy production in 2010 were 1.7 Tg $CO_2$ Eq. (1,663 Gg) (see Table 4-67 and Table 4-68), which is a 23 percent reduction since 1990. Emissions of $CH_4$ from ferroalloy production in 2010 were 0.01 Tg $CO_2$ Eq. (0.466 Gg), which is a 31 percent decrease since 1990.

Table 4-67:  $CO_2$ and $CH_4$ Emissions from Ferroalloy Production (Tg $CO_2$ Eq.)

| Year | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|

---

[140] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

---

BLM_0047047

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 2.2 | | 1.4 | 1.5 | 1.6 | 1.6 | 1.5 | 1.7 |
| $CH_4$ | + | | + | + | + | + | + | + |
| **Total** | **2.2** | | **1.4** | **1.5** | **1.6** | **1.6** | **1.5** | **1.7** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.
Note:  Totals may not sum due to independent rounding.

Table 4-68:  $CO_2$ and $CH_4$ Emissions from Ferroalloy Production (Gg)

| Year | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| $CO_2$ | 2,152 | | 1,392 | 1,505 | 1,552 | 1,599 | 1,469 | 1,663 |
| $CH_4$ | 1 | | + | + | + | + | + | + |

+ Does not exceed 0.5 Gg.

## Methodology

Emissions of $CO_2$ and $CH_4$ from ferroalloy production were calculated using a Tier 1 method from the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006), specifically by multiplying annual ferroalloy production by material-specific default emission factors provided by IPCC (2006).  For ferrosilicon alloys containing 25 to 55 percent silicon and miscellaneous alloys (including primarily magnesium-ferrosilicon, but also including other silicon alloys) containing 32 to 65 percent silicon, an emission factor for 45 percent silicon was applied for $CO_2$ (2.5 metric tons $CO_2$/metric ton of alloy produced) and an emission factor for 65 percent silicon was applied for $CH_4$ (1 kg $CH_4$/metric ton of alloy produced).  Additionally, for ferrosilicon alloys containing 56 to 95 percent silicon, an emission factor for 75 percent silicon ferrosilicon was applied for both $CO_2$ and $CH_4$ (4 metric tons $CO_2$/metric ton alloy produced and 1 kg $CH_4$/metric ton of alloy produced, respectively).  The emission factors for silicon metal equaled 5 metric tons $CO_2$/metric ton metal produced and 1.2 kg $CH_4$/metric ton metal produced.  It was assumed that 100 percent of the ferroalloy production was produced using petroleum coke using an electric arc furnace process (IPCC 2006), although some ferroalloys may have been produced with coking coal, wood, other biomass, or graphite C inputs.  The amount of petroleum coke consumed in ferroalloy production was calculated assuming that the petroleum coke used is 90 percent C and 10 percent inert material (Onder and Bagdoyan 1993).

Ferroalloy production data for 1990 through 2010 (see Table 4-69) were obtained from the USGS through personal communications with the USGS Silicon Commodity Specialist (Corathers 2011, Corathers 2012) and through the *Minerals Yearbook: Silicon Annual Report* (USGS 1991 through 2010).  Because USGS does not provide estimates of silicon metal production for 2006-2010, 2005 production data are used.  Until 1999, the USGS reported production of ferrosilicon containing 25 to 55 percent silicon separately from production of miscellaneous alloys containing 32 to 65 percent silicon; beginning in 1999, the USGS reported these as a single category (see Table 4-69).  The composition data for petroleum coke was obtained from Onder and Bagdoyan (1993).

Table 4-69:  Production of Ferroalloys (Metric Tons)

| Year | Ferrosilicon 25%-55% | Ferrosilicon 56%-95% | Silicon Metal | Misc. Alloys 32-65% |
|---|---|---|---|---|
| 1990 | 321,385 | 109,566 | 145,744 | 72,442 |
| 2005 | 123,000 | 86,100 | 148,000 | NA |
| 2006 | 164,000 | 88,700 | 148,000 | NA |
| 2007 | 180,000 | 90,600 | 148,000 | NA |
| 2008 | 193,000 | 94,000 | 148,000 | NA |
| 2009 | 123,932 | 104,855 | 148,000 | NA |
| 2010 | 153,000 | 135,000 | 148,000 | NA |

NA (Not Available)

## Uncertainty and Time-Series Consistency

Although some ferroalloys may be produced using wood or other biomass as a C source, information and data

BLM_0047048

regarding these practices were not available. Emissions from ferroalloys produced with wood or other biomass would not be counted under this source because wood-based C is of biogenic origin.[141] Even though emissions from ferroalloys produced with coking coal or graphite inputs would be counted in national trends, they may be generated with varying amounts of $CO_2$ per unit of ferroalloy produced. The most accurate method for these estimates would be to base calculations on the amount of reducing agent used in the process, rather than the amount of ferroalloys produced. These data, however, were not available, and are also often considered confidential business information.

Emissions of $CH_4$ from ferroalloy production will vary depending on furnace specifics, such as type, operation technique, and control technology. Higher heating temperatures and techniques such as sprinkle charging will reduce $CH_4$ emissions; however, specific furnace information was not available or included in the $CH_4$ emission estimates.

Also, annual ferroalloy production is now reported by the USGS in three broad categories: ferroalloys containing 25 to 55 percent silicon (including miscellaneous alloys), ferroalloys containing 56 to 95 percent silicon, and silicon metal. It was assumed that the IPCC emission factors apply to all of the ferroalloy production processes, including miscellaneous alloys. Finally, production data for silvery pig iron (alloys containing less than 25 percent silicon) are not reported by the USGS to avoid disclosing company proprietary data. Emissions from this production category, therefore, were not estimated.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-70. Ferroalloy production $CO_2$ emissions were estimated to be between 1.3 and 1.7 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 12 percent below and 12 percent above the emission estimate of 1.5 Tg $CO_2$ Eq. Ferroalloy production $CH_4$ emissions were estimated to be between a range of approximately 12 percent below and 12 percent above the emission estimate of 0.01 Tg $CO_2$ Eq.

Table 4-70: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Ferroalloy Production (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Ferroalloy Production | $CO_2$ | 1.7 | 1.5 | 1.9 | -12% | +12% |
| Ferroalloy Production | $CH_4$ | + | + | + | -12% | +12% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.
+ Does not exceed 0.05 Tg $CO_2$ Eq.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Ferroalloy Production source category. Particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all Inventory years as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[142] Additionally, research will be conducted to determine whether data are available concerning raw material consumption (e.g., coal coke, limestone and dolomite flux, etc.) for inclusion in ferroalloy production emission estimates.

---

[141] Emissions and sinks of biogenic carbon are accounted for in the Land Use, Land-Use Change, and Forestry chapter.
[142] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

BLM_0047049

### 4.16. Aluminum Production (IPCC Source Category 2C3)

Aluminum is a light-weight, malleable, and corrosion-resistant metal that is used in many manufactured products, including aircraft, automobiles, bicycles, and kitchen utensils. As of last reporting, the United States was the fifth largest producer of primary aluminum, with approximately four percent of the world total (USGS 2011). The United States was also a major importer of primary aluminum. The production of primary aluminum—in addition to consuming large quantities of electricity—results in process-related emissions of $CO_2$ and two perfluorocarbons (PFCs): perfluoromethane ($CF_4$) and perfluoroethane ($C_2F_6$).

$CO_2$ is emitted during the aluminum smelting process when alumina (aluminum oxide, $Al_2O_3$) is reduced to aluminum using the Hall-Heroult reduction process. The reduction of the alumina occurs through electrolysis in a molten bath of natural or synthetic cryolite ($Na_3AlF_6$). The reduction cells contain a carbon lining that serves as the cathode. Carbon is also contained in the anode, which can be a carbon mass of paste, coke briquettes, or prebaked carbon blocks from petroleum coke. During reduction, most of this carbon is oxidized and released to the atmosphere as $CO_2$.

Process emissions of $CO_2$ from aluminum production were estimated to be 3.0 Tg $CO_2$ Eq. (3,009 Gg) in 2010 (see Table 4-71). The carbon anodes consumed during aluminum production consist of petroleum coke and, to a minor extent, coal tar pitch. The petroleum coke portion of the total $CO_2$ process emissions from aluminum production is considered to be a non-energy use of petroleum coke, and is accounted for here and not under the $CO_2$ from Fossil Fuel Combustion source category of the Energy sector. Similarly, the coal tar pitch portion of these $CO_2$ process emissions is accounted for here.

Table 4-71: $CO_2$ Emissions from Aluminum Production (Tg $CO_2$ Eq. and Gg)

| Year | Tg $CO_2$ Eq. | Gg |
|------|------|------|
| 1990 | 6.8 | 6,831 |
|      |     |     |
| 2005 | 4.1 | 4,142 |
| 2006 | 3.8 | 3,801 |
| 2007 | 4.3 | 4,251 |
| 2008 | 4.5 | 4,477 |
| 2009 | 3.0 | 3,009 |
| 2010 | 3.0 | 3,009 |

In addition to $CO_2$ emissions, the aluminum production industry is also a source of PFC emissions. During the smelting process, when the alumina ore content of the electrolytic bath falls below critical levels required for electrolysis, rapid voltage increases occur, which are termed "anode effects." These anode effects cause carbon from the anode and fluorine from the dissociated molten cryolite bath to combine, thereby producing fugitive emissions of $CF_4$ and $C_2F_6$. In general, the magnitude of emissions for a given smelter and level of production depends on the frequency and duration of these anode effects. As the frequency and duration of the anode effects increase, emissions increase.

Since 1990, emissions of $CF_4$ and $C_2F_6$ have declined by 92 percent and 89 percent, respectively, to 1.3 Tg $CO_2$ Eq. of $CF_4$ (0.19 Gg) and 0.3 Tg $CO_2$ Eq. of $C_2F_6$ (0.033 Gg) in 2010, as shown in Table 4-72 and Table 4-73. This decline is due both to reductions in domestic aluminum production and to actions taken by aluminum smelting companies to reduce the frequency and duration of anode effects. Since 1990, aluminum production has declined by 57 percent, while the combined $CF_4$ and $C_2F_6$ emission rate (per metric ton of aluminum produced) has been reduced by 80 percent.

Table 4-72: PFC Emissions from Aluminum Production (Tg $CO_2$ Eq.)

| Year | $CF_4$ | $C_2F_6$ | Total |
|------|------|------|------|
| 1990 | 15.8 | 2.7 | 18.4 |
|      |     |     |     |
| 2005 | 2.5 | 0.4 | 3.0 |
| 2006 | 2.1 | 0.4 | 2.5 |
| 2007 | 3.2 | 0.6 | 3.8 |
| 2008 | 2.2 | 0.5 | 2.7 |

BLM_0047050

| | | | |
|---|---|---|---|
| 2009 | 1.3 | 0.3 | 1.6 |
| 2010 | 1.3 | 0.3 | 1.6 |

Note: Totals may not sum due to independent rounding.

Table 4-73:  PFC Emissions from Aluminum Production (Gg)

| Year | CF$_4$ | C$_2$F$_6$ |
|---|---|---|
| 1990 | 2.4 | 0.3 |
| | | |
| 2005 | 0.4 | + |
| 2006 | 0.3 | + |
| 2007 | 0.5 | 0.1 |
| 2008 | 0.3 | 0.1 |
| 2009 | 0.2 | + |
| 2010 | 0.2 | + |

+ Does not exceed 0.05 Gg.

In 2010, U.S. primary aluminum production totaled approximately 1.7 million metric tons, less than half a percent increase from 2009 production levels (USAA 2011a).  In 2010, five companies managed production at nine operational primary aluminum smelters.  Two smelters were permanently closed in 2010.  An additional five smelters were temporarily idled in 2010 (USGS 2011).  During 2010, monthly U.S. primary aluminum production was less in January through April, and greater from June through December when compared to the corresponding month in 2009 (USAA 2011a).

For 2011, total production was approximately 2.0 million metric tons compared to 1.7 million metric tons for the same period in 2010, a 15 percent increase (USAA 2012).  Based on the increase in production, process $CO_2$ and PFC emissions are likely to be greater in 2011 compared to 2010 given no significant changes in process controls at operational facilities.

## Methodology

### Process $CO_2$ Emissions from Anode Consumption and Anode Baking

$CO_2$ emissions released during aluminum production were estimated by combining individual facility reported data with process-specific emissions modeling.  These estimates are based on information gathered from EPA's Voluntary Aluminum Industrial Partnership (VAIP) program, U.S. Geological Survey (USGS) Mineral Commodity reviews, and The Aluminum Association (USAA) statistics, among other sources.

Most of the $CO_2$ emissions released during aluminum production occur during the electrolysis reaction of the carbon anode, as described by the following reaction:

$$2Al_2O_3 + 3C \; \rightarrow \; 4Al + 3CO_2$$

For prebake smelter technologies, $CO_2$ is also emitted during the anode baking process.  These emissions can account for approximately 10 percent of total process $CO_2$ emissions from prebake smelters.

Depending on the availability of smelter-specific data, the $CO_2$ emitted from electrolysis at each smelter was estimated from: (1) the smelter's annual anode consumption, (2) the smelter's annual aluminum production and rate of anode consumption (per ton of aluminum produced) for previous and/or following years, or, (3) the smelter's annual aluminum production and IPCC default $CO_2$ emission factors.  The first approach tracks the consumption and carbon content of the anode, assuming that all carbon in the anode is converted to $CO_2$.  Sulfur, ash, and other impurities in the anode are subtracted from the anode consumption to arrive at a C consumption figure.  This approach corresponds to either the IPCC Tier 2 or Tier 3 method, depending on whether smelter-specific data on anode impurities are used.  The second approach interpolates smelter-specific anode consumption rates to estimate emissions during years for which anode consumption data are not available.  This approach avoids substantial errors and discontinuities that could be introduced by reverting to Tier 1 methods for those years.  The last approach corresponds to the IPCC Tier 1 method (2006) and is used in the absence of present or historic anode consumption

BLM_0047051

data.

The equations used to estimate $CO_2$ emissions in the Tier 2 and 3 methods vary depending on smelter type (IPCC 2006). For Prebake cells, the process formula accounts for various parameters, including net anode consumption, and the sulfur, ash, and impurity content of the baked anode. For anode baking emissions, the formula accounts for packing coke consumption, the sulfur and ash content of the packing coke, as well as the pitch content and weight of baked anodes produced. For Soderberg cells, the process formula accounts for the weight of paste consumed per metric ton of aluminum produced, and pitch properties, including sulfur, hydrogen, and ash content.

Through the VAIP, anode consumption (and some anode impurity) data have been reported for 1990, 2000, 2003, 2004, 2005, 2006, 2007, 2008, and 2009. Where available, smelter-specific process data reported under the VAIP were used; however, if the data were incomplete or unavailable, information was supplemented using industry average values recommended by IPCC (2006). Smelter-specific $CO_2$ process data were provided by 18 of the 23 operating smelters in 1990 and 2000, by 14 out of 16 operating smelters in 2003 and 2004, 14 out of 15 operating smelters in 2005, 13 out of 14 operating smelters in 2006, 5 out of 14 operating smelters in, 2007 and 2008, and 3 out of 13 operating smelters in 2009. For years where $CO_2$ process data were not reported by these companies, estimates were developed through linear interpolation, and/or assuming representative (e.g., previously reported or industry default) values.

In the absence of any previous historical smelter specific process data (i.e., 1 out of 9 smelters in 2010, 1 out of 13 smelters in 2009, 1 out of 14 smelters in 2006, 2007, and 2008, 1 out of 15 smelters in 2005, and 5 out of 23 smelters between 1990 and 2003), $CO_2$ emission estimates were estimated using Tier 1 Soderberg and/or Prebake emission factors (metric ton of $CO_2$ per metric ton of aluminum produced) from IPCC (2006).

**Process PFC Emissions from Anode Effects**

PFC emissions from aluminum production were estimated using a per-unit production emission factor that is expressed as a function of operating parameters (anode effect frequency and duration), as follows:

$$PFC\ (CF_4\ or\ C_2F_6)\ kg/metric\ ton\ Al = S \times (Anode\ Effect\ Minutes/Cell-Day)$$

where,

S = Slope coefficient ((kg PFC/metric ton Al)/(Anode Effect Minutes/Cell-Day))
(Anode Effect Minutes/Cell-Day) = (Anode Effect Frequency/Cell-Day) $\times$ Anode Effect Duration (minutes)

This approach corresponds to either the Tier 3 or the Tier 2 approach in the 2006 IPCC Guidelines, depending upon whether the slope-coefficient is smelter-specific (Tier 3) or technology-specific (Tier 2). For 1990 through 2010, smelter-specific slope coefficients were available and were used for smelters representing between 30 and 94 percent of U.S. primary aluminum production. The percentage changed from year to year as some smelters closed or changed hands and as the production at remaining smelters fluctuated. For smelters that did not report smelter-specific slope coefficients, IPCC technology-specific slope coefficients were applied (IPCC 2000, 2006). The slope coefficients were combined with smelter-specific anode effect data collected by aluminum companies and reported under the VAIP, to estimate emission factors over time. For 1990 through 2009, smelter-specific anode effect data were available for smelters representing between 80 and 100 percent of U.S. primary aluminum production. For 2010, no reported smelter-specific anode effect data were available. Where smelter-specific anode effect data were not available, representative values (e.g., previously reported or industry averages) were used.

For all smelters, emission factors were multiplied by annual production to estimate annual emissions at the smelter level. For 1990 through 2009, smelter-specific production data were available for smelters representing between 30 and 100 percent of U.S. primary aluminum production. (For the years after 2000, this percentage was near the high end of the range.) For 2010, no reported smelter-specific production data was available. Production at non-reporting smelters was estimated by calculating the difference between the production reported under VAIP and the total U.S. production supplied by USGS or USAA, and then allocating this difference to non-reporting smelters in proportion to their production capacity. Emissions were then aggregated across smelters to estimate national emissions.

Between 1990 and 2009, production data were provided under the VAIP by 21 of the 23 U.S. smelters that operated during at least part of that period. For the non-reporting smelters, production was estimated based on the difference between reporting smelters and national aluminum production levels (USAA 2011a), with allocation to specific

BLM_0047052

smelters based on reported production capacities (USGS 2011).

National primary aluminum production data for 2010 were obtained via The Aluminum Association (USAA 2011a). For 1990 through 2001, and 2006 (see Table 4-74) data were obtained from USGS, Mineral Industry Surveys: Aluminum Annual Report (USGS 1995, 1998, 2000, 2001, 2002, 2007). For 2002 through 2005, and 2007 through 2009 national aluminum production data were obtained from the USAA's Primary Aluminum Statistics (USAA 2004, 2005, 2006, 2008, 2009, 2010).

Table 4-74: Production of Primary Aluminum (Gg)

| Year | Gg |
|------|-------|
| 1990 | 4,048 |
| | |
| 2005 | 2,478 |
| 2006 | 2,284 |
| 2007 | 2,560 |
| 2008 | 2,659 |
| 2009 | 1,727 |
| 2010 | 1,727 |

## Uncertainty and Time Series Consistency

For $CO_2$, uncertainty was assigned to each of the parameters used to estimate $CO_2$ emissions. Uncertainty surrounding estimated production data was assumed to have a triangular distribution with a minimum value of zero and a maximum value corresponding to the reported production capacity (USGS 2011). For additional variables, such as net C consumption, and sulfur and ash content in baked anodes, estimates for uncertainties associated with reported and default data were obtained from IPCC (2006). A Monte Carlo analysis was applied to estimate the overall uncertainty of the $CO_2$ emission estimate for the U.S. aluminum industry as a whole, and the results are provided below.

To estimate the uncertainty associated with emissions of $CF_4$ and $C_2F_6$, the uncertainties associated with three variables were estimated for each smelter: (1) the quantity of aluminum produced, (2) the anode effect minutes per cell day (which may be reported directly or calculated as the product of anode effect frequency and anode effect duration), and, (3) the smelter- or technology-specific slope coefficient. A Monte Carlo analysis was then applied to estimate the overall uncertainty of the emission estimate for each smelter and for the U.S. aluminum industry as a whole.

The results of this Tier 2 quantitative uncertainty analysis are summarized in Table 4-75. Aluminum production-related $CO_2$ emissions were estimated to be between 1.5 and 3.1 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 49 percent below to 2 percent above the emission estimate of 3.0 Tg $CO_2$ Eq. Also, production-related $CF_4$ emissions were estimated to be between 0.6 and 1.3 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 50 percent below to 6 percent above the emission estimate of 1.3 Tg $CO_2$ Eq. Finally, aluminum production-related $C_2F_6$ emissions were estimated to be between 0.1 and 0.4 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 62 percent below to 15 percent above the emission estimate of 0.3 Tg $CO_2$ Eq.

Table 4-75: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ and PFC Emissions from Aluminum Production (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg CO2 Eq.) | Uncertainty Range Relative to 2010 Emission Estimate[a] | | | |
|--------|-----|-------------------------------------|---------------------------------------|---------------|---------------|---------------|
| | | | (Tg CO2 Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Aluminum Production | $CO_2$ | 3.0 | 1.5 | 3.1 | −49% | +2% |
| Aluminum Production | $CF_4$ | 1.3 | 0.6 | 1.3 | −50% | +6% |
| Aluminum Production | $C_2F_6$ | 0.3 | 0.1 | 0.4 | −62% | +15% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

The 2010 emission estimate was developed using either company-wide or site-specific PFC slope coefficients for all

BLM_0047053

but 1 of the 9 operating smelters where default IPCC (2006) slope data was used. In some cases, where smelters are owned by one company, data have been reported on a company-wide basis as totals or weighted averages. Consequently, in the Monte Carlo analysis, uncertainties in anode effect minutes per cell day, slope coefficients, and aluminum production have been applied to the company as a whole and not to each smelter. This probably overestimates the uncertainty associated with the cumulative emissions from these smelters, because errors that were in fact independent were treated as if they were correlated. It is therefore likely that the uncertainties calculated above for the total U.S. 2010 emission estimates for $CF_4$ and $C_2F_6$ are also overestimated.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Recalculations

In 2010, reported production data for one smelter was updated for the years 1990, 2000, and 2003. These data were used to recalculate emissions, and revised total PFC emissions by less than one percent for each of those years.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Aluminum Production source category. Particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all Inventory years as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon. [143]

## *4.17.   Magnesium Production and Processing (IPCC Source Category 2C4)*

The magnesium metal production and casting industry uses sulfur hexafluoride ($SF_6$) as a cover gas to prevent the rapid oxidation of molten magnesium in the presence of air. Sulfur hexafluoride has been used in this application around the world for more than twenty-five years. A dilute gaseous mixture of $SF_6$ with dry air and/or $CO_2$ is blown over molten magnesium metal to induce and stabilize the formation of a protective crust. A small portion of the $SF_6$ reacts with the magnesium to form a thin molecular film of mostly magnesium oxide and magnesium fluoride. The amount of $SF_6$ reacting in magnesium production and processing is considered to be negligible and thus all $SF_6$ used is assumed to be emitted into the atmosphere. Although alternative cover gases, such as AM-cover™ (containing HFC-134a), Novec™ 612 and dilute $SO_2$ systems can be used, many facilities in the United States are still using traditional $SF_6$ cover gas systems.

The magnesium industry emitted 1.3 Tg $CO_2$ Eq. (0.05 Gg) of $SF_6$ in 2010, representing an increase of approximately 21 percent from 2009 emissions (See Table 4-76). The increase can be attributed to: increased demand for magnesium for use in iron and steel desulfurization as U.S. steel production recovered from the economic downturn (USGS 2011b); increased production and processing due to improving economic conditions and increased demand from the automotive industry (USGS 2011b). The increase was mitigated in part by continuing industry efforts to utilize $SF_6$ alternatives, such as Novec™ 612 and sulfur dioxide, as part of the EPA's $SF_6$ Emission Reduction Partnership for the Magnesium Industry.

Table 4-76:  $SF_6$ Emissions from Magnesium Production and Processing (Tg $CO_2$ Eq. and Gg)

| Year | Tg CO₂ Eq. | Gg |
|------|------------|------|
| 1990 | 5.4 | 0.2 |
|  |  |  |
| 2005 | 2.9 | 0.01 |
| 2006 | 2.9 | 0.1 |
| 2007 | 2.6 | 0.1 |
| 2008 | 1.9 | 0.1 |
| 2009 | 1.1 | 0.04 |

---

[143] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

BLM_0047054

| 2010 | 1.3 | 0.05 |
|------|-----|------|

## Methodology

Emission estimates for the magnesium industry incorporate information provided by industry participants in EPA's $SF_6$ Emission Reduction Partnership for the Magnesium Industry. The Partnership started in 1999 and, currently, participating companies represent 100 percent of U.S. primary and secondary production and 90 percent of the casting sector production (i.e., die, sand, permanent mold, wrought, and anode casting). Absolute emissions for 1999 through 2010 from primary production, secondary production (i.e., recycling), and die casting were generally reported by Partnership participants. Partners reported their $SF_6$ consumption, which was assumed to be equivalent to emissions. When a partner did not report emissions, they were estimated based on the metal processed and emission rate reported by that partner in previous and (if available) subsequent years. Where data for subsequent years was not available, metal production and emissions rates were extrapolated based on the trend shown by partners reporting in the current and previous years. When it was determined a Partner is no longer in production, their metal production and emissions rates were set to zero if no activity information was available.

Emission factors for 2002 to 2006 for sand casting activities were also acquired through the Partnership. For 2007, 2008, 2009 and 2010, the sand casting partner did not report and the reported emission factor from 2005 was utilized as being representative of the industry. The 1999 through 2010 emissions from casting operations (other than die) were estimated by multiplying emission factors (kg $SF_6$ per metric ton of metal produced or processed) by the amount of metal produced or consumed. The emission factors for casting activities are provided below in Table 4-77. The emission factors for primary production, secondary production and sand casting are withheld to protect company-specific production information. However, the emission factor for primary production has not risen above the average 1995 partner value of 1.1 kg $SF_6$ per metric ton.

Die casting emissions for 1999 through 2010, which accounted for 15 to 52 percent of all $SF_6$ emissions from the U.S. magnesium industry during this period, were estimated based on information supplied by industry partners. From 2000 to 2010, partners accounted for all U.S. die casting that was tracked by USGS. In 1999, partners did not account for all die casting tracked by USGS and, therefore, it was necessary to estimate the emissions of die casters who were not partners. Die casters who were not partners were assumed to be similar to partners who cast small parts. Due to process requirements, these casters consume larger quantities of $SF_6$ per metric ton of processed magnesium than casters that process large parts. Consequently, emission estimates from this group of die casters were developed using an average emission factor of 5.2 kg $SF_6$ per metric ton of magnesium. The emission factors for the other industry sectors (i.e., permanent mold, wrought, and anode casting) were based on discussions with industry representatives.

Table 4-77:  $SF_6$ Emission Factors (kg $SF_6$ per metric ton of magnesium)

| Year | Die Casting | Permanent Mold | Wrought | Anodes |
|------|-------------|----------------|---------|--------|
| 1999 | 2.14[a] | 2 | 1 | 1 |
| 2000 | 0.72 | 2 | 1 | 1 |
| 2001 | 0.72 | 2 | 1 | 1 |
| 2002 | 0.71 | 2 | 1 | 1 |
| 2003 | 0.81 | 2 | 1 | 1 |
| 2004 | 0.81 | 2 | 1 | 1 |
| 2005 | 0.79 | 2 | 1 | 1 |
| 2006 | 0.86 | 2 | 1 | 1 |
| 2007 | 0.67 | 2 | 1 | 1 |
| 2008 | 1.15 | 2 | 1 | 1 |
| 2009 | 1.77 | 2 | 1 | 1 |
| 2010 | 2.51 | 2 | 1 | 1 |

[a] Weighted average that includes an estimated emission factor of 5.2 kg $SF_6$ per metric ton of magnesium for die casters that do not participate in the Partnership.

Data used to develop $SF_6$ emission estimates were provided by the Magnesium Partnership participants and the USGS. U.S. magnesium consumption (casting) data from 1990 through 2010 were available from the USGS (USGS 2002, 2003, 2005, 2006, 2007, 2008, 2010, 2011). Emission factors from 1990 through 1998 were based on a

BLM_0047055

number of sources. Emission factors for primary production were available from U.S. primary producers for 1994 and 1995, and an emission factor for die casting of 4.1 kg per metric ton was available for the mid-1990s from an international survey (Gjestland & Magers 1996).

To estimate emissions for 1990 through 1998, industry emission factors were multiplied by the corresponding metal production and consumption (casting) statistics from USGS. The primary production emission factors were 1.2 kg per metric ton for 1990 through 1993, and 1.1 kg per metric ton for 1994 through 1997. For die casting, an emission factor of 4.1 kg per metric ton was used for the period 1990 through 1996. For 1996 through 1998, the emission factors for primary production and die casting were assumed to decline linearly to the level estimated based on partner reports in 1999. This assumption is consistent with the trend in $SF_6$ sales to the magnesium sector that is reported in the RAND survey of major $SF_6$ manufacturers, which shows a decline of 70 percent from 1996 to 1999 (RAND 2002). Sand casting emission factors for 2002 through 2010 were provided by the Magnesium Partnership participants, and 1990 through 2001 emission factors for this process were assumed to have been the same as the 2002 emission factor. The emission factor for secondary production from 1990 through 1998 was assumed to be constant at the 1999 average partner value. The emission factors for the other processes (i.e., permanent mold, wrought, and anode casting), about which less is known, were assumed to remain constant at levels defined in Table 4-77.

## Uncertainty

To estimate the uncertainty surrounding the estimated 2009 $SF_6$ emissions from magnesium production and processing, the uncertainties associated with three variables were estimated (1) emissions reported by magnesium producers and processors that participate in the Magnesium Partnership, (2) emissions estimated for magnesium producers and processors that participate in the Partnership but did not report this year, and (3) emissions estimated for magnesium producers and processors that do not participate in the Partnership. An uncertainty of 5 percent was assigned to the data reported by each participant in the Partnership. If partners did not report emissions data during the current reporting year, $SF_6$ emissions data were estimated using available emission factor and production information reported in prior years; the extrapolation was based on the average trend for partners reporting in the current reporting year and the year prior. The uncertainty associated with the $SF_6$ usage estimate generated from the extrapolated emission factor and production information was estimated to be 30 percent for each year of extrapolation. The lone sand casting partner did not report in the past two reporting years and its activity and emission factor were held constant at 2005 levels due to a reporting anomaly in 2006 because of malfunctions at the facility. The uncertainty associated with the $SF_6$ usage for the sand casting partner was 52 percent. For those industry processes that are not represented in Partnership, such as permanent mold and wrought casting, $SF_6$ emissions were estimated using production and consumption statistics reported by USGS and estimated process-specific emission factors (see Table 4-77). The uncertainties associated with the emission factors and USGS-reported statistics were assumed to be 75 percent and 25 percent, respectively. Emissions associated with sand casting activities utilized a partner-reported emission factor with an uncertainty of 75 percent. In general, where precise quantitative information was not available on the uncertainty of a parameter, a conservative (upper-bound) value was used.

Additional uncertainties exist in these estimates that are not addressed in this methodology, such as the basic assumption that $SF_6$ neither reacts nor decomposes during use. The melt surface reactions and high temperatures associated with molten magnesium could potentially cause some gas degradation. Recent measurement studies have identified $SF_6$ cover gas degradation in die casting applications on the order of 20 percent (Bartos et al. 2007). Sulfur hexafluoride may also be used as a cover gas for the casting of molten aluminum with high magnesium content; however, the extent to which this technique is used in the United States is unknown.

The results of this Tier 2 quantitative uncertainty analysis are summarized in Table 4-78. $SF_6$ emissions associated with magnesium production and processing were estimated to be between 1.01 and 1.10 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 6 percent below to 5 percent above the 2008 emission estimate of 1.05 Tg $CO_2$ Eq. The uncertainty estimates for 2009 are lower relative to the 2008 reporting year which is likely due to the fact that emission estimates for this year are based more on actual reported data than last year with two emission sources using projected (highly uncertain) estimates.

BLM_0047056

Table 4-78: Tier 2 Quantitative Uncertainty Estimates for $SF_6$ Emissions from Magnesium Production and Processing (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Magnesium Production | $SF_6$ | 1.3 | 1.23 | 1.33 | –4% | +4% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

## Recalculations Discussion

The USGS 2010 Mineral Yearbook for Magnesium showed a revision in its estimate of sand casting production of magnesium for 2009 in the United States, revising its previous estimate of 44 metric tons in 2009 to 107 metric tons.

## Planned Improvements

Cover gas research conducted over the last decade has found that $SF_6$ used for magnesium melt protection can have degradation rates on the order of 20 percent in die casting applications (Bartos et al. 2007). Current emission estimates assume (per the 2006 IPCC Guidelines, IPCC 2006) that all $SF_6$ utilized is emitted to the atmosphere. Additional research may lead to a revision of IPCC Guidelines to reflect this phenomenon and until such time, developments in this sector will be monitored for possible application to the inventory methodology. Another issue that will be addressed in future inventories is the likely adoption of alternate cover gases by U.S. magnesium producers and processors. These cover gases, which include AM-cover™ (containing HFC-134a) and Novec™ 612, have lower GWPs than $SF_6$, and tend to quickly degrade during their exposure to the molten metal. Magnesium producers and processors have already begun using these cover gases for 2006 through 2010 in a limited fashion; because the amounts being used by companies on the whole are low enough that they have a minor effect on the overall emissions from the industry, these emissions are only being monitored and recorded at this time.

# 4.18. Zinc Production (IPCC Source Category 2C5)

Zinc production in the United States consists of both primary and secondary processes. Primary production in the United States is conducted through the electrolytic process while secondary techniques include the electrothermic and Waelz kiln processes as well as a range of other metallurgical, hydrometallurgical, and pyrometallurgical processes. Worldwide primary zinc production also employs a pyrometallurgical process using the Imperial Smelting Furnace process; however, this process is not used in the United States (Sjardin 2003). Of the primary and secondary processes used in the United States, only the electrothermic and Waelz kiln secondary processes result in non-energy $CO_2$ emissions (Viklund-White 2000).

During one secondary technique, the electrothermic process, roasted zinc concentrate and secondary zinc products enter a sinter feed where they are burned to remove impurities before entering an electric retort furnace. Metallurgical coke added to the electric retort furnace reduces the zinc oxides and produces vaporized zinc, which is then captured in a vacuum condenser.

In the other secondary technique or Waelz kiln process, EAF dust, which is captured during the recycling of galvanized steel, enters a kiln along with a reducing agent—often metallurgical coke. When kiln temperatures reach approximately 1100–1200°C, zinc fumes are produced, which are combusted with air entering the kiln. This combustion forms zinc oxide, which is collected in a baghouse or electrostatic precipitator, and is then leached to remove chloride and fluoride. Through this process, approximately 0.33 metric ton of zinc is produced for every metric ton of EAF dust treated (Viklund-White 2000).

In 2010, U.S. primary and secondary refined zinc production were estimated to total 249,000 metric tons (USGS 2012), which was larger than 2009 levels, likely due to the general improvement in the U.S. economy in 2010 (see Table 4-75). This was despite an explosion at one of the biggest secondary refined zinc facilities in the United States (Horsehead Corporation's Monaca facility), which resulted in a temporary shutdown at the facility (Horsehead Corp.

BLM_0047057

2010b).

Emissions of $CO_2$ from zinc production in 2010 were estimated to be 1.2 Tg $CO_2$ Eq. (1,168 Gg) (see Table 4-80). All 2010 $CO_2$ emissions resulted from secondary zinc production processes. Emissions from zinc production in the U.S. have increased overall since 1990 due to a gradual shift from non-emissive primary production to emissive secondary production. In 2010, emissions were estimated to be 85 percent higher than they were in 1990.

Table 4-79: Zinc Production (Metric Tons)

| Year | Primary | Secondary |
|------|---------|-----------|
| 1990 | 262,704 | 95,708 |
| | | |
| 2005 | 191,120 | 156,000 |
| 2006 | 113,000 | 156,000 |
| 2007 | 121,000 | 157,000 |
| 2008 | 125,000 | 161,000 |
| 2009 | 94,000 | 109,000 |
| 2010 | 120,000 | 129,000 |

Table 4-76: $CO_2$ Emissions from Zinc Production (Tg $CO_2$ Eq. and Gg)

| Year | Tg $CO_2$ Eq. | Gg |
|------|---------------|-----|
| 1990 | 0.6 | 632 |
| | | |
| 2005 | 1.0 | 1,030 |
| 2006 | 1.0 | 1,030 |
| 2007 | 1.0 | 1,025 |
| 2008 | 1.2 | 1,159 |
| 2009 | 0.9 | 943 |
| 2010 | 1.2 | 1,168 |

## Methodology

Non-energy $CO_2$ emissions from zinc production result from the electrothermic and Waelz kiln secondary production processes, which both use metallurgical coke or other C-based materials as reductants. The methods used to estimate emissions from these processes are based on Tier 1 methods from the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006). The Tier 1 emission factors provided by IPCC (2006) for Waelz kiln-based secondary production were derived from coke consumption factors and other data presented in Vikland-White (2000). These coke consumption factors as well as other inputs used to develop the Waelz kiln emission factors are shown below. IPCC (2006) does not provide an emission factor for electrothermic processes due to limited information; therefore, the Waelz kiln-specific emission factors were applied to zinc produced from electrothermic processes.

For Waelz kiln-based production, IPCC (2006) recommends the use of emission factors based on EAF dust consumption if possible rather than the amount of zinc produced since the amount of reduction materials used is more directly dependent on the amount of EAF dust consumed. Since only a portion of emissive zinc production facilities consume EAF dust, the emission factor based on zinc production is applied to the non-EAF dust consuming facilities while the emission factor based on EAF dust consumption is applied to EAF dust consuming facilities.

The Waelz kiln emission factor based on the amount of zinc produced was developed based on the amount of metallurgical coke consumed for non-energy purposes per ton of zinc produced, 1.19 metric tons coke/metric ton zinc produced (Viklund-White 2000), and the following equation:

BLM_0047058

$$EF_{\text{Waelz Kiln}} = \frac{1.19 \; metric \; tons \; coke}{metric \; tons \; zinc} \times \frac{0.85 \; metric \; tons \; C}{metric \; tons \; coke} \times \frac{3.67 \; metric \; tons \; CO_2}{metric \; tons \; C} = \frac{3.70 \; metric \; tons \; CO_2}{metric \; tons \; zinc}$$

The Waelz kiln emission factor based on the amount of EAF dust consumed was developed based on the amount of metallurgical coke consumed per ton of EAF dust consumed, 0.4 metric tons coke/metric ton EAF dust consumed (Viklund-White 2000), and the following equation:

$$EF_{\text{EAF Dust}} = \frac{0.4 \; metric \; tons \; coke}{metric \; tons \; EAF \; dust} \times \frac{0.85 \; metric \; tons \; C}{metric \; tons \; coke} \times \frac{3.67 \; metric \; tons \; CO_2}{metric \; tons \; C} = \frac{1.24 \; metric \; tons \; CO_2}{metric \; tons \; EAF \; Dust}$$

The only companies in the United States that use emissive technology to produce secondary zinc products are Horsehead, PIZO, and Steel Dust Recycling. For Horsehead, EAF dust is recycled in Waelz kilns at their Beaumont, TX; Calumet, IL; Palmerton, PA; Rockwood, TN; and Barnwell, SC facilities. These Waelz kiln facilities produce intermediate zinc products (crude zinc oxide or calcine), most of which is transported to their Monaca, PA facility where the products are smelted into refined zinc using electrothermic technology. Some of Horsehead's intermediate zinc products that are not smelted at Monaca are instead exported to other countries around the world (Horsehead Corp. 2010a). PIZO and Steel Dust Recycling recycle EAF dust into intermediate zinc products using Waelz kilns, and then sell the intermediate products to companies who smelt it into refined products.

The total amount of EAF dust consumed by Horsehead at their Waelz kilns was available from Horsehead financial reports for years 2006 through 2010 (Horsehead Corp. 2008, 2010a, and 2011). Consumption levels for 1990 through 2005 were extrapolated using the percentage change in annual refined zinc production at secondary smelters in the United States as provided by USGS Minerals Yearbook: Zinc (USGS 1994 through 2011). The EAF dust consumption values for each year were then multiplied by the 1.24 metric tons $CO_2$/metric ton EAF dust emission factor to develop $CO_2$ emission estimates for Horsehead's Waelz kiln facilities.

The amount of EAF dust consumed by PIZO's facility in 2009 and 2010 and Steel Dust Recycling's facility for 2008, 2009, and 2010 (the only years these facilities have been in operation) was not publically available. Therefore, these consumption values were estimated by calculating the 2008, 2009, and 2010 capacity utilization of Horsehead's Waelz kilns and multiplying this utilization ratio by the capacities of the PIZO and Steel Dust Recycling facilities, which were available from the companies (PIZO 2011 and Steel Dust Recycling LLC 2011). The 1.24 metric tons $CO_2$/metric ton EAF dust consumed emission factor was then applied to PIZO's and Steel Dust Recycling's estimated EAF dust consumption to develop $CO_2$ emission estimates for those Waelz kiln facilities.

Refined zinc production levels for Horsehead's Monaca, PA facility (utilizing electrothermic technology) were available from the company for years 2005 through 2010 (Horsehead Corp. 2008 and 2011). Production levels for 1990 through 2004 were extrapolated using the percentage changes in annual refined zinc production at secondary smelters in the United States as provided by USGS Minerals Yearbook: Zinc (USGS 1994 through 2011). The 3.70 metric tons $CO_2$/metric ton zinc emission factor was then applied to the Monaca facility's production levels to estimate $CO_2$ emissions for the facility. The Waelz kiln production emission factor was applied in this case rather than the EAF dust consumption emission factor since Horsehead's Monaca facility did not consume EAF dust.

## Uncertainty and Time-Series Consistency

The uncertainties contained in these estimates are two-fold, relating to activity data and emission factors used.

First, there is uncertainty associated with the amount of EAF dust consumed in the United States to produce secondary zinc using emission-intensive Waelz kilns. The estimate for the total amount of EAF dust consumed in Waelz kilns is based on (1) an EAF dust consumption value reported annually by Horsehead Corporation as part of its financial reporting to the Securities and Exchange Commission (SEC), and (2) an estimate of the amount of EAF dust consumed at a Waelz kiln facility operated in Alabama by Steel Dust Recycling LLC. Since actual EAF dust consumption information is not available for the Steel Dust Recycling LLC facility, the amount is estimated by multiplying the EAF dust recycling capacity of the facility (available from the company's Web site) by the capacity utilization factor for Horsehead Corporation (which is available from Horsehead's financial reports). Therefore, there is uncertainty associated with the assumption that the capacity utilization of Steel Dust Recycling LLC's Waelz kiln facility is equal to the capacity utilization of Horsehead's Waelz kiln facility.

BLM_0047059

Second, there are uncertainties associated with the emission factors used to estimate $CO_2$ emissions from secondary zinc production processes. The Waelz kiln emission factors are based on materials balances for metallurgical coke and EAF dust consumed as provided by Viklund-White (2000). Therefore, the accuracy of these emission factors depend upon the accuracy of these materials balances. Data limitations prevented the development of emission factors for the electrothermic process. Therefore, emission factors for the Waelz kiln process were applied to both electrothermic and Waelz kiln production processes. The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-80. Zinc production $CO_2$ emissions were estimated to be between 1.0 and 1.4 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 17 percent below and 19 percent above the emission estimate of 1.2 Tg $CO_2$ Eq.

Table 4-80: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Zinc Production (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Zinc Production | $CO_2$ | 1.2 | 1.0 | 1.4 | -17% | +19% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Zinc Production source category. Particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all Inventory years as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[144]

## Recalculations Discussion

In 2009, PIZO Technologies LLC commissioned an EAF dust consuming secondary production facility. The 2009 EAF dust consumption from this facility was not captured in the previous inventory. In addition, the EAF dust consumption data provided from Horsehead Corp for years 2006 through 2009 were incorrectly considered to be in metric tons in the previous Inventory when the data were actually provided in short tons (this also impacted 1990 through 2005 EAF dust consumption data that are estimated based on the 2006 estimate). Both of these issues have been corrected and decreased 1990 through 2009 emissions from zinc production by an average of 5.2 percent per year.

## *4.19.   Lead Production (IPCC Source Category 2C5)*

Lead production in the United States consists of both primary and secondary processes—both of which emit $CO_2$ (Sjardin 2003). Primary lead production, in the form of direct smelting, occurs at a just a single plant in Missouri. Secondary production largely involves the recycling of lead acid batteries at approximately 20 separate smelters in the United States. Fourteen of those secondary smelters have annual capacities of 15,000 tons or more and were collectively responsible for 99 percent of secondary lead production in 2011(USGS 2012a). Secondary lead production has increased in the United States over the past decade while primary lead production has decreased. In 2009, secondary lead production accounted for approximately 92 percent of total lead production (USGS 2012b).

Primary production of lead through the direct smelting of lead concentrate produces $CO_2$ emissions as the lead concentrates are reduced in a furnace using metallurgical coke (Sjardin 2003). U.S. primary lead production

---

[144] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

BLM_0047060

increased by 24 percent from 2009 to 2010, and has decreased by 72 percent since 1990 (USGS 1995, 2012b).

Similar to primary lead production, $CO_2$ emissions from secondary production result when a reducing agent, usually metallurgical coke, is added to the smelter to aid in the reduction process. Carbon dioxide emissions from secondary production also occur through the treatment of secondary raw materials (Sjardin 2003). U.S. secondary lead production increased from 2009 to 2010 by 3 percent, and has increased by 24 percent since 1990 (USGS 1995 and 2012b).

In 2010, U.S. primary and secondary lead production totaled 1,255,000 metric tons (USGS 2012b). The resulting emissions of $CO_2$ from 2010 production were estimated to be 0.5 Tg $CO_2$ Eq. (542 Gg) (see Table 4-81). The majority of 2010 lead production is from secondary processes, which accounted for 95 percent of total 2010 $CO_2$ emissions. At last reporting, the United States was the third largest mine producer of lead in the world, behind China and Australia, accounting for 9 percent of world production in 2010 (USGS 2012b).

Table 4-81:  $CO_2$ Emissions from Lead Production (Tg $CO_2$ Eq. and Gg)

| Year | Tg CO2 Eq. | Gg |
|------|------------|-----|
| 1990 | 0.5 | 516 |
|  |  |  |
| 2005 | 0.6 | 553 |
| 2006 | 0.6 | 560 |
| 2007 | 0.6 | 562 |
| 2008 | 0.5 | 547 |
| 2009 | 0.5 | 525 |
| 2010 | 0.5 | 542 |

After a steady increase in total emissions from 1995 to 2000, total emissions have gradually decreased since 2000 but were still 5 percent greater in 2010 than in 1990. Although primary production has decreased significantly (75 percent since 1990), secondary production has increased by about 20 percent over the same time period. Since secondary production is more emissions-intensive, the increase in secondary production since 1990 has resulted in a net increase in emissions despite the sharp decrease in primary production (USGS 1994 and 2012b).

## Methodology

Non-energy $CO_2$ emissions from lead production result from primary and secondary production processes that use metallurgical coke or other C-based materials as reductants. The methods used to estimate emissions for lead production are based on Tier 1 methods from the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006). For primary lead production using direct smelting, Sjardin (2003) and the IPCC (2006) provide an emission factor of 0.25 metric tons $CO_2$/metric ton lead. For secondary lead production, Sjardin (2003) and IPCC (2006) provide an emission factor of 0.25 metric tons $CO_2$/metric ton lead for direct smelting as well as an emission factor of 0.2 metric tons $CO_2$/metric ton lead produced for the treatment of secondary raw materials (i.e., pretreatment of lead acid batteries). The direct smelting factor (0.25) and the sum of the direct smelting and pretreatment emission factors (0.45) are multiplied by total U.S. primary and secondary lead production, respectively, to estimate $CO_2$ emissions.

The 1990 through 2010 activity data for primary and secondary lead production (see Table 4-82) were obtained through the USGS Mineral Yearbook: Lead (USGS 1994 through 2012b).

Table 4-82:  Lead Production (Metric Tons)

| Year | Primary | Secondary |
|------|---------|-----------|
| 1990 | 404,000 | 922,000 |
|  |  |  |
| 2005 | 143,000 | 1,150,000 |
| 2006 | 153,000 | 1,160,000 |
| 2007 | 123,000 | 1,180,000 |

BLM_0047061

| 2008 | 135,000 | 1,140,000 |
| 2009 | 103,000 | 1,110,000 |
| 2010 | 115,000 | 1,140,000 |

## Uncertainty and Time-Series Consistency

Uncertainty associated with lead production relates to the emission factors and activity data used. The direct smelting emission factor used in primary production is taken from Sjardin (2003) who averages the values provided by three other studies (Dutrizac et al. 2000, Morris et al. 1983, Ullman 1997). For secondary production, Sjardin (2003) adds a $CO_2$ emission factor associated with battery treatment. The applicability of these emission factors to plants in the United States is uncertain. There is also a smaller level of uncertainty associated with the accuracy of primary and secondary production data provided by the USGS.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-83. Lead production $CO_2$ emissions were estimated to be between 0.5 and 0.6 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 15 percent below and 15 percent above the emission estimate of 0.5 Tg $CO_2$ Eq.

Table 4-83:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Lead Production (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Lead Production | $CO_2$ | 0.5 | 0.5 | 0.6 | -15% | +15% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Lead Production source category. Particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all Inventory years as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[145]

## Recalculations Discussion

Activity data for the time series was revised for the current Inventory. Specifically, secondary production data for 2008 were revised to reflect updated USGS data, which resulted in a lowering of the emission estimate for 2008 by less than one percent. Details on the emission trends through time are described in more detail in the Methodology section, above.

## *4.20.  HCFC-22 Production (IPCC Source Category 2E1)*

Trifluoromethane (HFC-23 or $CHF_3$) is generated as a byproduct during the manufacture of chlorodifluoromethane (HCFC-22), which is primarily employed in refrigeration and air conditioning systems and as a chemical feedstock for manufacturing synthetic polymers. Between 1990 and 2000, U.S. production of HCFC-22 increased significantly as HCFC-22 replaced chlorofluorocarbons (CFCs) in many applications. Between 2000 and 2007, U.S.

---

[145] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdffiles/1008_Model_and_Facility_Level_Data_Report.pdf>

BLM_0047062

production fluctuated but generally remained above 1990 levels. In 2008 and 2009, U.S. production declined markedly before increasing slightly in 2010. Because HCFC-22 depletes stratospheric ozone, its production for non-feedstock uses is scheduled to be phased out by 2020 under the U.S. Clean Air Act.[146] Feedstock production, however, is permitted to continue indefinitely.

HCFC-22 is produced by the reaction of chloroform ($CHCl_3$) and hydrogen fluoride (HF) in the presence of a catalyst, $SbCl_5$. The reaction of the catalyst and HF produces $SbCl_xF_y$, (where $x + y = 5$), which reacts with chlorinated hydrocarbons to replace chlorine atoms with fluorine. The HF and chloroform are introduced by submerged piping into a continuous-flow reactor that contains the catalyst in a hydrocarbon mixture of chloroform and partially fluorinated intermediates. The vapors leaving the reactor contain HCFC-21 ($CHCl_2F$), HCFC-22 ($CHClF_2$), HFC-23 ($CHF_3$), HCl, chloroform, and HF. The under-fluorinated intermediates (HCFC-21) and chloroform are then condensed and returned to the reactor, along with residual catalyst, to undergo further fluorination. The final vapors leaving the condenser are primarily HCFC-22, HFC-23, HCl and residual HF. The HCl is recovered as a useful byproduct, and the HF is removed. Once separated from HCFC-22, the HFC-23 may be released to the atmosphere, recaptured for use in a limited number of applications, or destroyed.

Three facilities produced HCFC-22 in the U.S. in 2010. Emissions of HFC-23 in 2010 were estimated to be 8.1 Tg $CO_2$ Eq. (0.7 Gg) (see Table 4-84). This quantity represents a 50 percent increase from 2009 emissions but a 78 percent decline from 1990 emissions. The increase from 2009 emissions was caused by a 10 percent increase in HCFC-22 production and a 36 percent increase in the HFC-23 emission rate. The decline from 1990 emissions is due to a 27 percent decrease in HCFC-22 production and a 69 percent decrease in the HFC-23 emission rate since 1990. The decrease in the emission rate is primarily attributable to five factors: (a) five plants that did not capture and destroy the HFC-23 generated have ceased production of HCFC-22 since 1990, (b) one plant that captures and destroys the HFC-23 generated began to produce HCFC-22, (c) one plant implemented and documented a process change that reduced the amount of HFC-23 generated, and (d) the same plant began recovering HFC-23, primarily for destruction and secondarily for sale, and (e) another plant began destroying HFC-23.

Table 4-84: HFC-23 Emissions from HCFC-22 Production (Tg $CO_2$ Eq. and Gg)

| Year | Tg CO₂ Eq. | Gg |
|------|------------|-----|
| 1990 | 36.4 | 3 |
| | | |
| 2005 | 15.8 | 1 |
| 2006 | 13.8 | 1 |
| 2007 | 17.0 | 1 |
| 2008 | 13.6 | 1 |
| 2009 | 5.4 | 0.4 |
| 2010 | 8.1 | 1 |

## Methodology

To estimate HFC-23 emissions for five of the eight HCFC-22 plants that have operated in the United States since 1990, methods comparable to the Tier 3 methods in the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006) were used. For the other three plants, the last of which closed in 1993, methods comparable to the Tier 1 method in the 2006 IPCC Guidelines were used. Emissions from these three plants have been calculated using the recommended emission factor for unoptimized plants operating before 1995 (0.04 kg HCFC-23/kg HCFC-22 produced).

The five plants that have operated since 1994 measured concentrations of HFC-23 to estimate their emissions of HFC-23. Plants using thermal oxidation to abate their HFC-23 emissions monitor the performance of their oxidizers to verify that the HFC-23 is almost completely destroyed. Plants that release (or historically have released) some of their byproduct HFC-23 periodically measure HFC-23 concentrations in the output stream using gas chromatography. This information is combined with information on quantities of products (e.g., HCFC-22) to

---

[146] As construed, interpreted, and applied in the terms and conditions of the *Montreal Protocol on Substances that Deplete the Ozone Layer.* [42 U.S.C. §7671m(b), CAA §614]

BLM_0047063

estimate HFC-23 emissions.

To estimate 1990 through 2009 emissions, EPA relied on reports from an industry association that aggregated HCFC-22 production and HFC-23 emissions from all U.S. HCFC-22 producers and reported them to EPA (ARAP 1997, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010). To estimate 2010 emissions, EPA analyzed facility-level data (including both HCFC-22 production and HFC-23 emissions) reported through the Greenhouse Gas Reporting Program (ICF, 2012). In 1997 and 2008, EPA (through a contractor) performed comprehensive reviews of plant-level estimates of HFC-23 emissions and HCFC-22 production (RTI 1997; RTI 2008). The 1997 and 2008 reviews enabled EPA to review, update, and where necessary, correct U.S. totals, and also to perform plant-level uncertainty analyses (Monte-Carlo simulations) for 1990, 1995, 2000, 2005, and 2006. Estimates of annual U.S. HCFC-22 production are presented in Table 4-85.

Table 4-85: HCFC-22 Production (Gg)

| Year | Gg |
|------|-----|
| 1990 | 139 |
| | |
| 2005 | 156 |
| 2006 | 154 |
| 2007 | 162 |
| 2008 | 126 |
| 2009 | 91 |
| 2010 | 101 |

## Uncertainty and Time Series Consistency

The uncertainty analysis presented in this section was based on a plant-level Monte Carlo Stochastic Simulation for 2006. The Monte Carlo analysis used estimates of the uncertainties in the individual variables in each plant's estimating procedure. This analysis was based on the generation of 10,000 random samples of model inputs from the probability density functions for each input. A normal probability density function was assumed for all measurements and biases except the equipment leak estimates for one plant; a log-normal probability density function was used for this plant's equipment leak estimates. The simulation for 2006 yielded a 95-percent confidence interval for U.S. emissions of 6.8 percent below to 9.6 percent above the reported total.

The relative errors yielded by the Monte Carlo Stochastic Simulation for 2006 were applied to the U.S. emission estimate for 2010. The resulting estimates of absolute uncertainty are likely to be reasonably accurate because (1) the methods used by the three plants to estimate their emissions are not believed to have changed significantly since 2006, and (2) although the distribution of emissions among the plants may have changed between 2006 and 2010 (because both HCFC-22 production and the HFC-23 emission rate declined significantly), the two plants that contribute significantly to emissions were estimated to have similar relative uncertainties in their 2006 (as well as 2005) emission estimates. Thus, changes in the relative contributions of these two plants to total emissions are not likely to have a large impact on the uncertainty of the national emission estimate.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-86. HFC-23 emissions from HCFC-22 production were estimated to be between 7.5 and 8.9 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 7 percent below and 10 percent above the emission estimate of 8.1 Tg $CO_2$ Eq.

Table 4-86: Quantitative Uncertainty Estimates for HFC-23 Emissions from HCFC-22 Production (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|--------|-----|------|------|------|------|------|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| HCFC-22 Production | HFC-23 | 8.1 | 7.5 | 8.9 | -7% | +10% |

[a] Range of emissions reflects a 95 percent confidence interval.

BLM_0047064

Details on the emission trends through time are described in more detail in the Methodology section, above.

## 4.21.  Substitution of Ozone Depleting Substances (IPCC Source Category 2F)

Hydrofluorocarbons (HFCs) and perfluorocarbons (PFCs) are used as alternatives to several classes of ozone-depleting substances (ODSs) that are being phased out under the terms of the *Montreal Protocol* and the Clean Air Act Amendments of 1990.[147]  Ozone depleting substances—chlorofluorocarbons (CFCs), halons, carbon tetrachloride, methyl chloroform, and hydrochlorofluorocarbons (HCFCs)—are used in a variety of industrial applications including refrigeration and air conditioning equipment, solvent cleaning, foam production, sterilization, fire extinguishing, and aerosols.  Although HFCs and PFCs are not harmful to the stratospheric ozone layer, they are potent greenhouse gases.  Emission estimates for HFCs and PFCs used as substitutes for ODSs are provided in Table 4-87 and Table 4-88.

Table 4-87:  Emissions of HFCs and PFCs from ODS Substitutes (Tg $CO_2$ Eq.)

| Gas | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| HFC-23 | + | | + | + | + | + | + | + |
| HFC-32 | + | | 0.3 | 0.6 | 1.0 | 1.3 | 1.7 | 2.5 |
| HFC-125 | + | | 8.5 | 10.0 | 12.0 | 14.3 | 17.3 | 22.2 |
| HFC-134a | + | | 74.9 | 74.8 | 72.2 | 69.3 | 66.7 | 66.8 |
| HFC-143a | + | | 8.7 | 9.5 | 10.3 | 11.1 | 12.6 | 14.7 |
| HFC-236fa | + | | 0.8 | 0.8 | 0.9 | 0.9 | 0.9 | 0.9 |
| $CF_4$ | + | | + | + | + | + | + | + |
| Others* | 0.3 | | 5.6 | 6.0 | 6.3 | 6.7 | 7.0 | 7.4 |
| **Total** | **0.3** | | **99.0** | **101.9** | **102.7** | **103.6** | **106.3** | **114.6** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.
* Others include HFC-152a, HFC-227ea, HFC-245fa, HFC-4310mee, $C_4F_{10}$, and PFC/PFPEs, the latter being a proxy for a diverse collection of PFCs and perfluoropolyethers (PFPEs) employed for solvent applications.  For estimating purposes, the GWP value used for PFC/PFPEs was based upon $C_6F_{14}$.
Note:  Totals may not sum due to independent rounding.

Table 4-88:  Emissions of HFCs and PFCs from ODS Substitution (Mg)

| Gas | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| HFC-23 | + | | 1 | 1 | 1 | 2 | 2 | 2 |
| HFC-32 | + | | 505 | 970 | 1,489 | 2,025 | 2,609 | 3,845 |
| HFC-125 | + | | 3,053 | 3,584 | 4,297 | 5,119 | 6,175 | 7,920 |
| HFC-134a | + | | 57,637 | 57,572 | 55,517 | 53,274 | 51,333 | 51,423 |
| HFC-143a | + | | 2,290 | 2,511 | 2,718 | 2,911 | 3,325 | 3,861 |
| HFC-236fa | + | | 125 | 131 | 136 | 141 | 144 | 146 |
| $CF_4$ | + | | 2 | 2 | 2 | 2 | 2 | 3 |
| Others* | M | | M | M | M | M | M | M |

M (Mixture of Gases)
+ Does not exceed 0.5 Mg
* Others include HFC-152a, HFC-227ea, HFC-245fa, HFC-4310mee, $C_4F_{10}$, and PFC/PFPEs, the latter being a proxy for a diverse collection of PFCs and perfluoropolyethers (PFPEs) employed for solvent applications.

In 1990 and 1991, the only significant emissions of HFCs and PFCs as substitutes to ODSs were relatively small amounts of HFC-152a—used as an aerosol propellant and also a component of the refrigerant blend R-500 used in chillers—and HFC-134a in refrigeration end-uses.  Beginning in 1992, HFC-134a was used in growing amounts as a refrigerant in motor vehicle air-conditioners and in refrigerant blends such as R-404A.[148]  In 1993, the use of HFCs

---

[147] [42 U.S.C § 7671, CAA § 601]
[148] R-404A contains HFC-125, HFC-143a, and HFC-134a.

BLM_0047065

in foam production began, and in 1994 ODS substitutes for halons entered widespread use in the United States as halon production was phased-out. In 1995, these compounds also found applications as solvents.

The use and subsequent emissions of HFCs and PFCs as ODS substitutes has been increasing from small amounts in 1990 to 114.6 Tg $CO_2$ Eq. in 2010. This increase was in large part the result of efforts to phase out CFCs and other ODSs in the United States. In the short term, this trend is expected to continue, and will likely continue over the next decade as HCFCs, which are interim substitutes in many applications, are themselves phased-out under the provisions of the Copenhagen Amendments to the *Montreal Protocol*. Improvements in the technologies associated with the use of these gases and the introduction of alternative gases and technologies, however, may help to offset this anticipated increase in emissions.

Table 4-89 presents emissions of HFCs and PFCs as ODS substitutes by end-use sector for 1990 through 2010. The end-use sectors that contributed the most toward emissions of HFCs and PFCs as ODS substitutes in 2010 include refrigeration and air-conditioning (97.6 Tg $CO_2$ Eq., or approximately 85 percent), aerosols (9.3 Tg $CO_2$ Eq., or approximately 8 percent), and foams (5.4 Tg $CO_2$ Eq., or approximately 5 percent). Within the refrigeration and air-conditioning end-use sector, motor vehicle air-conditioning was the highest emitting end-use (44.1 Tg $CO_2$ Eq.), followed by refrigerated retail food and transport. Each of the end-use sectors is described in more detail below.

Table 4-89:  Emissions of HFCs and PFCs from ODS Substitutes (Tg $CO_2$ Eq.) by Sector

| Gas | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Refrigeration/Air Conditioning | + | 87.9 | 90.1 | 90.3 | 90.4 | 91.3 | 97.6 |
| Aerosols | 0.3 | 7.3 | 7.7 | 8.2 | 8.6 | 9.1 | 9.3 |
| Foams | + | 1.9 | 2.1 | 2.3 | 2.5 | 3.9 | 5.4 |
| Solvents | + | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 |
| Fire Protection | + | 0.5 | 0.6 | 0.7 | 0.7 | 0.8 | 0.9 |
| **Total** | **0.3** | **99.0** | **101.9** | **102.7** | **103.6** | **106.3** | **114.6** |

### Refrigeration/Air Conditioning

The refrigeration and air-conditioning sector includes a wide variety of equipment types that have historically used CFCs or HCFCs. End-uses within this sector include motor vehicle air-conditioning, retail food refrigeration, refrigerated transport (e.g., ship holds, truck trailers, railway freight cars), household refrigeration, residential and small commercial air-conditioning and heat pumps, chillers (large comfort cooling), cold storage facilities, and industrial process refrigeration (e.g., systems used in food processing, chemical, petrochemical, pharmaceutical, oil and gas, and metallurgical industries). As the ODS phaseout is taking effect, most equipment is being or will eventually be retrofitted or replaced to use HFC-based substitutes. Common HFCs in use today in refrigeration/air-conditioning equipment are HFC-134a, R-410A[149], R-404A, and R-507A.[150] These HFCs are emitted to the atmosphere during equipment manufacture and operation (as a result of component failure, leaks, and purges), as well as at servicing and disposal events.

### Aerosols

Aerosol propellants are used in metered dose inhalers (MDIs) and a variety of personal care products and technical/specialty products (e.g., duster sprays and safety horns). Many pharmaceutical companies that produce MDIs—a type of inhaled therapy used to treat asthma and chronic obstructive pulmonary disease—have replaced the use of CFCs with HFC-propellant alternatives. The earliest ozone-friendly MDIs were produced with HFC-134a, but the industry has started to use HFC-227ea as well. Conversely, since the use of CFC propellants was banned in 1978, most non-medical consumer aerosol products have not transitioned to HFCs, but to "not-in-kind" technologies, such as solid roll-on deodorants and finger-pump sprays. The transition away from ODS in specialty aerosol products has also led to the introduction of non-fluorocarbon alternatives (e.g., hydrocarbon propellants) in certain applications, in addition to HFC-134a or HFC-152a. These propellants are released into the atmosphere as the aerosol products are used.

---

[149] R-410A contains HFC-32 and HFC-125.

[150] R-507A, also called R-507, contains HFC-125 and HFC-143a.

BLM_0047066

**Foams**

CFCs and HCFCs have traditionally been used as foam blowing agents to produce polyurethane (PU), polystyrene, polyolefin, and phenolic foams, which are used in a wide variety of products and applications. Since the *Montreal Protocol*, flexible PU foams as well as other types of foam, such as polystyrene sheet, polyolefin, and phenolic foam, have transitioned almost completely away from fluorocompounds, into alternatives such as $CO_2$, methylene chloride, and hydrocarbons. The majority of rigid PU foams have transitioned to HFCs—primarily HFC-134a and HFC-245fa. Today, these HFCs are used to produce polyurethane appliance, PU commercial refrigeration, PU spray, and PU panel foams—used in refrigerators, vending machines, roofing, wall insulation, garage doors, and cold storage applications. In addition, HFC-152a, HFC-134a and $CO_2$ are used to produce polystyrene sheet/board foam, which is used in food packaging and building insulation. Emissions of blowing agents occur when the foam is manufactured as well as during the foam lifetime and at foam disposal, depending on the particular foam type.

**Solvents**

CFCs, methyl chloroform (1,1,1-trichloroethane or TCA), and to a lesser extent carbon tetrachloride ($CCl_4$) were historically used as solvents in a wide range of cleaning applications, including precision, electronics, and metal cleaning. Since their phaseout, metal cleaning end-use applications have primarily transitioned to non-fluorocarbon solvents and not-in-kind processes. The precision and electronics cleaning end-uses have transitioned in part to high-GWP gases, due to their high reliability, excellent compatibility, good stability, low toxicity, and selective solvency. These applications rely on HFC-4310mee, HFC-365mfc, HFC-245fa, and to a lesser extent, PFCs. Electronics cleaning involves removing flux residue that remains after a soldering operation for printed circuit boards and other contamination-sensitive electronics applications. Precision cleaning may apply to either electronic components or to metal surfaces, and is characterized by products, such as disk drives, gyroscopes, and optical components, that require a high level of cleanliness and generally have complex shapes, small clearances, and other cleaning challenges. The use of solvents yields fugitive emissions of these HFCs and PFCs.

**Fire Protection**

Fire protection applications include portable fire extinguishers ("streaming" applications) that originally used halon 1211, and total flooding applications that originally used halon 1301, as well as some halon 2402. Since the production and sale of halons were banned in the United States in 1994, the halon replacement agent of choice in the streaming sector has been dry chemical, although HFC-236fa is also used to a limited extent. In the total flooding sector, HFC-227ea has emerged as the primary replacement for halon 1301 in applications that require clean agents. Other HFCs, such as HFC-23 and HFC-125, are used in smaller amounts. The majority of HFC-227ea in total flooding systems is used to protect essential electronics, as well as in civil aviation, military mobile weapons systems, oil/gas/other process industries, and merchant shipping. As fire protection equipment is tested or deployed, emissions of these HFCs occur.

## Methodology

A detailed Vintaging Model of ODS-containing equipment and products was used to estimate the actual—versus potential—emissions of various ODS substitutes, including HFCs and PFCs. The name of the model refers to the fact that it tracks the use and emissions of various compounds for the annual "vintages" of new equipment that enter service in each end-use. The Vintaging Model predicts ODS and ODS substitute use in the United States based on modeled estimates of the quantity of equipment or products sold each year containing these chemicals and the amount of the chemical required to manufacture and/or maintain equipment and products over time. Emissions for each end-use were estimated by applying annual leak rates and release profiles, which account for the lag in emissions from equipment as they leak over time. By aggregating the data for nearly 60 different end-uses, the model produces estimates of annual use and emissions of each compound. Further information on the Vintaging Model is contained in Annex 3.8.

## Uncertainty

Given that emissions of ODS substitutes occur from thousands of different kinds of equipment and from millions of point and mobile sources throughout the United States, emission estimates must be made using analytical tools such as the Vintaging Model or the methods outlined in IPCC (2006). Though the model is more comprehensive than the IPCC default methodology, significant uncertainties still exist with regard to the levels of equipment sales,

BLM_0047067

equipment characteristics, and end-use emissions profiles that were used to estimate annual emissions for the various compounds.

The Vintaging Model estimates emissions from 60 end-uses. The uncertainty analysis, however, quantifies the level of uncertainty associated with the aggregate emissions resulting from the top 21 end-uses, comprising over 95 percent of the total emissions, and 5 other end-uses. These 26 end-uses comprise 97 percent of the total emissions. In an effort to improve the uncertainty analysis, additional end-uses are added annually, with the intention that over time uncertainty for all emissions from the Vintaging Model will be fully characterized. Any end-uses included in previous years' uncertainty analysis were included in the current uncertainty analysis, whether or not those end-uses were included in the top 95 percent of emissions from ODS Substitutes.

In order to calculate uncertainty, functional forms were developed to simplify some of the complex "vintaging" aspects of some end-use sectors, especially with respect to refrigeration and air-conditioning, and to a lesser degree, fire extinguishing. These sectors calculate emissions based on the entire lifetime of equipment, not just equipment put into commission in the current year, thereby necessitating simplifying equations. The functional forms used variables that included growth rates, emission factors, transition from ODSs, change in charge size as a result of the transition, disposal quantities, disposal emission rates, and either stock for the current year or original ODS consumption. Uncertainty was estimated around each variable within the functional forms based on expert judgment, and a Monte Carlo analysis was performed. The most significant sources of uncertainty for this source category include the emission factors for retail food equipment and refrigerated transport, as well as the percent of non-MDI aerosol propellant that is HFC-152a.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-90. Substitution of ozone depleting substances HFC and PFC emissions were estimated to be between 111.8 and 129.3 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 7 percent below to 8 percent above the emission estimate of 120.0 Tg $CO_2$ Eq.

Table 4-90:  Tier 2 Quantitative Uncertainty Estimates for HFC and PFC Emissions from ODS Substitutes (Tg $CO_2$ Eq. and Percent)

| Source | Gases | 2010 Emission Estimate (Tg $CO_2$ Eq.)[a] | Uncertainty Range Relative to Emission Estimate[b] | | | |
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Substitution of Ozone Depleting Substances | HFCs and PFCs | 112.2 | 110.5 | 127.1 | -1.5% | +13.3% |

[a] 2010 emission estimates and the uncertainty range presented in this table correspond to selected end-uses within the aerosols, foams, solvents, fire extinguishing agents, and refrigerants sectors, but not for other remaining categories. Therefore, because the uncertainty associated with emissions from "other" ODS substitutes was not estimated, they were excluded in the estimates reported in this table.
[b] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.


## Recalculations Discussion

A review of the window units and residential unitary air conditioning end-uses led to minor revisions in the assumed transition scenarios. Overall, these changes to the Vintaging Model had negligible effects on estimates of greenhouse gas emissions across the time series. An update to the retail food refrigeration end-uses resulted in the replacement of the medium retail food end-use with small condensing units and large condensing units. In addition, updates were made to the charge sizes, leak rates, and equipment transitions for each end-use. These changes to the Vintaging Model had a significant impact on the estimates of greenhouse gas emissions for the retail food refrigeration sector.

BLM_0047068

### 4.22.  Semiconductor Manufacture (IPCC Source Category 2F6)

The semiconductor industry uses multiple long-lived fluorinated gases in plasma etching and plasma enhanced chemical vapor deposition (PECVD) processes to produce semiconductor products. The gases most commonly employed are trifluoromethane (HFC-23 or $CHF_3$), perfluoromethane ($CF_4$), perfluoroethane ($C_2F_6$), nitrogen trifluoride ($NF_3$), and sulfur hexafluoride ($SF_6$), although other compounds such as perfluoropropane ($C_3F_8$) and perfluorocyclobutane (c-$C_4F_8$) are also used. The exact combination of compounds is specific to the process employed.

A single 300 mm silicon wafer that yields between 400 to 500 semiconductor products (devices or chips) may require as many as, or more than 100 distinct fluorinated-gas-using process steps, principally to deposit and pattern dielectric films. Plasma etching (or patterning) of dielectric films, such as silicon dioxide and silicon nitride, is performed to provide pathways for conducting material to connect individual circuit components in each device. The patterning process uses plasma-generated fluorine atoms, which chemically react with exposed dielectric film to selectively remove the desired portions of the film. The material removed as well as undissociated fluorinated gases flow into waste streams and, unless emission abatement systems are employed, into the atmosphere. PECVD chambers, used for depositing dielectric films, are cleaned periodically using fluorinated and other gases. During the cleaning cycle the gas is converted to fluorine atoms in plasma, which etches away residual material from chamber walls, electrodes, and chamber hardware. Undissociated fluorinated gases and other products pass from the chamber to waste streams and, unless abatement systems are employed, into the atmosphere. In addition to emissions of unreacted gases, some fluorinated compounds can also be transformed in the plasma processes into different fluorinated compounds which are then exhausted, unless abated, into the atmosphere. For example, when $C_2F_6$ is used in cleaning or etching, $CF_4$ is generated and emitted as a process by-product. Besides dielectric film etching and PECVD chamber cleaning, much smaller quantities of fluorinated gases are used to etch polysilicon films and refractory metal films like tungsten.

For 2010, total weighted emissions of all fluorinated greenhouse gases by the U.S. semiconductor industry were estimated to be 5.4 Tg $CO_2$ Eq. Combined emissions of all fluorinated greenhouse gases are presented in Table 4-91 and Table 4-92 below for years 1990and the period 2005 to 2010. The rapid growth of this industry and the increasing complexity (growing number of layers)[151] of semiconductor products led to an increase in emissions of 148 percent between 1990 and 1999, when emissions peaked at 7.2 Tg $CO_2$ Eq. The emissions growth rate began to slow after 1998, and emissions declined by 26 percent between 1999 and 2010. Together, industrial growth and adoption of emissions reduction technologies, including but not limited to abatement technologies, resulted in a net increase in emissions of 85 percent between 1990 and 2010.

Table 4-91:  PFC, HFC, and $SF_6$ Emissions from Semiconductor Manufacture (Tg $CO_2$ Eq.)

| Year | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|------|------|------|------|------|------|------|------|
| $CF_4$ | 0.7 | 1.1 | 1.2 | 1.3 | 1.4 | 1.5 | 1.6 |
| $C_2F_6$ | 1.5 | 2.0 | 2.2 | 2.3 | 2.4 | 2.5 | 2.4 |
| $C_3F_8$ | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 |
| $C_4F_8$ | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 |
| HFC-23 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| $SF_6$ | 0.5 | 1.0 | 1.0 | 0.8 | 0.9 | 1.0 | 0.9 |
| $NF_3$* | 0.0 | 0.4 | 0.7 | 0.5 | 0.6 | 0.5 | 0.5 |
| **Total** | **2.9** | **4.4** | **4.7** | **4.8** | **5.1** | **5.3** | **5.4** |

Note:  Totals may not sum due to independent rounding.
* $NF_3$ emissions are presented for informational purposes, using the AR4 GWP of 17,200, and are not included in totals.

Table 4-92:  PFC, HFC, and $SF_6$ Emissions from Semiconductor Manufacture (Mg)

| Year | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|------|------|------|------|------|------|------|------|

---

[151] Complexity is a term denoting the circuit required to connect the active circuit elements (transistors) on a chip. Increasing miniaturization, for the same chip size, leads to increasing transistor density, which, in turn, requires more complex interconnections between those transistors. This increasing complexity is manifested by increasing the levels (i.e., layers) of wiring, with each wiring layer requiring fluorinated gas usage for its manufacture.

---

BLM_0047069

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $CF_4$ | 115 | | 168 | 181 | 198 | 216 | 226 | 245 |
| $C_2F_6$ | 160 | | 216 | 240 | 249 | 261 | 271 | 264 |
| $C_3F_8$ | 0 | | 5 | 5 | 6 | 13 | 5 | 5 |
| $C_4F_8$ | 0 | | 13 | 13 | 7 | 7 | 4 | 4 |
| HFC-23 | 15 | | 18 | 22 | 23 | 25 | 28 | 29 |
| $SF_6$ | 22 | | 40 | 40 | 34 | 36 | 40 | 40 |
| $NF_3$ | 3 | | 26 | 40 | 30 | 33 | 29 | 31 |

## Methodology

Emissions are based on Partner reported emissions data received through the EPA's PFC Reduction/Climate Partnership and the EPA's PFC Emissions Vintage Model (PEVM), a model which estimates industry emissions in the absence of emission control strategies (Burton and Beizaie 2001).[152]  The availability and applicability of Partner data differs across the 1990 through 2010 time series.  Consequently, emissions from semiconductor manufacturing were estimated using four distinct methods, one each for the periods 1990 through 1994, 1995 through 1999, 2000 through 2006, and 2007 through 2010.

### 1990 through 1994

From 1990 through 1994, Partnership data was unavailable and emissions were modeled using the PEVM (Burton and Beizaie 2001).[153]  1990 to 1994 emissions are assumed to be uncontrolled, since reduction strategies such as chemical substitution and abatement were yet to be developed.

PEVM is based on the recognition that PFC emissions from semiconductor manufacturing vary with: (1) the number of layers that comprise different kinds of semiconductor devices, including both silicon wafer and metal interconnect layers, and (2) silicon consumption (i.e., the area of semiconductors produced) for each kind of device.  The product of these two quantities, Total Manufactured Layer Area (TMLA), constitutes the activity data for semiconductor manufacturing.  PEVM also incorporates an emission factor that expresses emissions per unit of layer-area.  Emissions are estimated by multiplying TMLA by this emission factor.

PEVM incorporates information on the two attributes of semiconductor devices that affect the number of layers: (1) linewidth technology (the smallest manufactured feature size),[154] and (2) product type (discrete, memory or logic).[155]  For each linewidth technology, a weighted average number of layers is estimated using VLSI product-specific worldwide silicon demand data in conjunction with complexity factors (i.e., the number of layers per Integrated Circuit (IC)) specific to product type (Burton and Beizaie 2001, ITRS 2007).  PEVM derives historical consumption of silicon (i.e., square inches) by linewidth technology from published data on annual wafer starts and average wafer size (VLSI Research, Inc. 2010).

The emission factor in PEVM is the average of four historical emission factors, each derived by dividing the total

---

[152] A Partner refers to a participant in the U.S. EPA PFC Reduction/Climate Partnership for the Semiconductor Industry.  Through a Memorandum of Understanding (MoU) with the EPA, Partners voluntarily report their PFC emissions to the EPA by way of a third party, which aggregates the emissions.

[153] Various versions of the PEVM exist to reflect changing industrial practices.  From 1990 to 1994 emissions estimates are from PEVM v1.0, completed in September 1998.  The emission factor used to estimate 1990 to 1994 emissions is an average of the 1995 and 1996 emissions factors, which were derived from Partner reported data for those years.

[154] By decreasing features of Integrated Circuit components, more components can be manufactured per device, which increases its functionality.  However, as those individual components shrink it requires more layers to interconnect them to achieve the functionality.  For example, a microprocessor manufactured with the smallest feature sizes (65 nm) might contain as many as 1 billion transistors and require as many as 11 layers of component interconnects to achieve functionality while a device manufactured with 130 nm feature size might contain a few hundred million transistors and require 8 layers of component interconnects (ITRS 2007).

[155] Memory devices manufactured with the same feature sizes as microprocessors (a logic device) require approximately one-half the number of interconnect layers, whereas discrete devices require only a silicon base layer and no interconnect layers (ITRS 2007).  Since discrete devices did not start using PFCs appreciably until 2004, they are only accounted for in the PEVM emissions estimates from 2004 onwards.

BLM_0047070

annual emissions reported by the Partners for each of the four years between 1996 and 1999 by the total TMLA estimated for the Partners in each of those years. Over this period, the emission factors varied relatively little (i.e., the relative standard deviation for the average was 5 percent). Since Partners are believed not to have applied significant emission reduction measures before 2000, the resulting average emission factor reflects uncontrolled emissions. The emission factor is used to estimate world uncontrolled emissions using publicly available data on world silicon consumption.

## 1995 through 1999

For 1995 through 1999, total U.S. emissions were extrapolated from the total annual emissions reported by the Partners (1995 through 1999). Partner-reported emissions are considered more representative (e.g., in terms of capacity utilization in a given year) than PEVM estimated emissions, and are used to generate total U.S. emissions when applicable. The emissions reported by the Partners were divided by the ratio of the total capacity of the plants operated by the Partners and the total capacity of all of the semiconductor plants in the United States; this ratio represents the share of capacity attributable to the Partnership. This method assumes that Partners and non-Partners have identical capacity utilizations and distributions of manufacturing technologies. Plant capacity data is contained in the World Fab Forecast (WFF) database and its predecessors, which is updated quarterly (Semiconductor Equipment and Materials Industry 2011).

## 2000 through 2006

The emission estimate for the years 2000 through 2006—the period during which Partners began the consequential application of PFC-reduction measures—was estimated using a combination of Partner reported emissions and PEVM modeled emissions. The emissions reported by Partners for each year were accepted as the quantity emitted from the share of the industry represented by those Partners. Remaining emissions, those from non-Partners, were estimated using PEVM and the method described above. This is because non-Partners are assumed not to have implemented any PFC-reduction measures, and PEVM models emissions without such measures. The portion of the U.S. total attributed to non-Partners is obtained by multiplying PEVM's total U.S. emissions figure by the non-Partner share of U. S. total silicon capacity for each year as described above.[156,157] Annual updates to PEVM reflect published figures for actual silicon consumption from VLSI Research, Inc., revisions and additions to the world population of semiconductor manufacturing plants, and changes in IC fabrication practices within the semiconductor industry (see ITRS 2008 and Semiconductor Equipment and Materials Industry 2011).[158,159,160]

---

[156] This approach assumes that the distribution of linewidth technologies is the same between Partners and non-Partners. As discussed in the description of the method used to estimate 2007 emissions, this is not always the case.

[157] Generally 5 percent or less of the fields needed to estimate TMLA shares are missing values in the World Fab Watch databases. In the 2007 World Fab Watch database used to generate the 2006 non-Partner TMLA capacity share, these missing values were replaced with the corresponding mean TMLA across fabs manufacturing similar classes of products. However, the impact of replacing missing values on the non-Partner TMLA capacity share was inconsequential.

[158] Special attention was given to the manufacturing capacity of plants that use wafers with 300 mm diameters because the actual capacity of these plants is ramped up to design capacity, typically over a 2–3 year period. To prevent overstating estimates of partner-capacity shares from plants using 300 mm wafers, *design* capacities contained in WFW were replaced with estimates of *actual installed* capacities for 2004 published by Citigroup Smith Barney (2005). Without this correction, the partner share of capacity would be overstated, by approximately 5 percent. For perspective, approximately 95 percent of all new capacity additions in 2004 used 300 mm wafers, and by year-end those plants, on average, could operate at approximately 70 percent of the design capacity. For 2005, actual installed capacities were estimated using an entry in the World Fab Watch database (April 2006 Edition) called "wafers/month, 8-inch equivalent," which denoted the actual installed capacity instead of the fully-ramped capacity. For 2006, actual installed capacities of new fabs were estimated using an average monthly ramp rate of 1100 wafer starts per month (wspm) derived from various sources such as semiconductor fabtech, industry analysts, and articles in the trade press. The monthly ramp rate was applied from the first-quarter of silicon volume (FQSV) to determine the average design capacity over the 2006 period.

[159] In 2006, the industry trend in co-ownership of manufacturing facilities continued. Several manufacturers, who are Partners, now operate fabs with other manufacturers, who in some cases are also Partners and in other cases are not Partners. Special attention was given to this occurrence when estimating the Partner and non-Partner shares of U.S. manufacturing capacity.

[160] Two versions of PEVM are used to model non-Partner emissions during this period. For the years 2000 to 2003 PEVM v3.2.0506.0507 was used to estimate non-Partner emissions. During this time, discrete devices did not use PFCs during

---

BLM_0047071

**2007 through 2010**

For the years 2007 through 2010, emissions were also estimated using a combination of Partner reported emissions and PEVM modeled emissions; however, two improvements were made to the estimation method employed for the previous years in the time series. First, the 2007 through 2010 emission estimates account for the fact that Partners and non-Partners employ different distributions of manufacturing technologies, with the Partners using manufacturing technologies with greater transistor densities and therefore greater numbers of layers.[161] Second, the scope of the 2007 through 2010 estimates is expanded relative to the estimates for the years 2000 through 2006 to include emissions from Research and Development (R&D) fabs. This was feasible through the use of more detailed data published in the World Fab Forecast. PEVM databases are updated annually as described above. The published world average capacity utilization for 2007 through 2010 was used for production fabs while for R&D fabs a 20 percent figure was assumed (SIA 2009).

In addition, publicly available actual utilization data was used to account for differences in fab utilization for manufacturers of discrete and IC products for the emissions in 2010 for non-partners. PEVM estimates were adjusted using technology weighted capacity shares that reflect relative influence of different utilization.

**Gas-Specific Emissions**

Two different approaches were also used to estimate the distribution of emissions of specific fluorinated gases. Before 1999, when there was no consequential adoption of fluorinated-gas-reducing measures, a fixed distribution of fluorinated-gas use was assumed to apply to the entire U.S. industry. This distribution was based upon the average fluorinated-gas purchases made by semiconductor manufacturers during this period and the application of IPCC default emission factors for each gas (Burton and Beizaie 2001). For the 2000 through 2010 period, the 1990 through 1999 distribution was assumed to apply to the non-Partners. Partners, however, began reporting gas-specific emissions during this period. Thus, gas-specific emissions for 2000 through 2010 were estimated by adding the emissions reported by the Partners to those estimated for the non-Partners.

**Data Sources**

Partners estimate their emissions using a range of methods. For 2010, it is assumed that most Partners used a method at least as accurate as the IPCC's Tier 2a Methodology, recommended in the IPCC Guidelines for National Greenhouse Inventories (2006). Data used to develop emission estimates are attributed in part to estimates provided by the members of the Partnership, and in part from data obtained from PEVM estimates. Estimates of operating plant capacities and characteristics for Partners and non-Partners were derived from the Semiconductor Equipment and Materials Industry (SEMI) World Fab Forecast (formerly World Fab Watch) database (1996 through 2010) (e.g., Semiconductor Materials and Equipment Industry, 2011). Actual world capacity utilizations for 2010 were obtained from Semiconductor International Capacity Statistics (SICAS) (SIA, 2010). Estimates of silicon consumed by linewidth from 1990 through 2010 were derived from information from VLSI Research, Inc. (2010), and the number of layers per linewidth was obtained from International Technology Roadmap for Semiconductors: 2006 Update (Burton and Beizaie 2001, ITRS 2007, ITRS 2008).

## Uncertainty and Time Series Consistency

A quantitative uncertainty analysis of this source category was performed using the IPCC-recommended Tier 2 uncertainty estimation methodology, the Monte Carlo Stochastic Simulation technique. The equation used to estimate uncertainty is:

U.S. emissions = ∑Partnership gas-specific submittals + [(non-Partner share of World TMLA) × (PEVM Emission

---

manufacturing and therefore only memory and logic devices were modeled in the PEVM v3.2.0506.0507. From 2004 onwards, discrete device fabrication started to use PFCs, hence PEVM v4.0.0701.0701, the first version of PEVM to account for PFC emissions from discrete devices, was used to estimate non-Partner emissions for this time period.

[161] EPA considered applying this change to years before 2007, but found that it would be difficult due to the large amount of data (i.e., technology-specific global and non-Partner TMLA) that would have to be examined and manipulated for each year. This effort did not appear to be justified given the relatively small impact of the improvement on the total estimate for 2007 and the fact that the impact of the improvement would likely be lower for earlier years because the estimated share of emissions accounted for by non-Partners is growing as Partners continue to implement emission-reduction efforts.

BLM_0047072

Factor × World TMLA)]

The Monte Carlo analysis results presented below relied on estimates of uncertainty attributed to the four quantities on the right side of the equation. Estimates of uncertainty for the four quantities were in turn developed using the estimated uncertainties associated with the individual inputs to each quantity, error propagation analysis, Monte Carlo simulation, and expert judgment. The relative uncertainty associated with World TMLA estimate in 2010 is about ±10 percent, based on the uncertainty estimate obtained from discussions with VLSI, Inc. For the share of World layer-weighted silicon capacity accounted for by non-Partners, a relative uncertainty of ±8 percent was estimated based on a separate Monte Carlo simulation to account for the random occurrence of missing data in the World Fab Watch database. For the aggregate PFC emissions data supplied to the partnership, a relative uncertainty of ±50 percent was estimated for each gas-specific PFC emissions value reported by an individual Partner, and error propagation techniques were used to estimate uncertainty for total Partnership gas-specific submittals.[162] A relative uncertainty of approximately ±10 percent was estimated for the PEVM emission factor, based on the standard deviation of the 1996 to 1999 emission factors.[163] All estimates of uncertainties are given at 95-percent confidence intervals.

In developing estimates of uncertainty, consideration was also given to the nature and magnitude of the potential bias that World activity data (i.e., World TMLA) might have in its estimates of the number of layers associated with devices manufactured at each technology node. The result of a brief analysis indicated that U.S. TMLA overstates the average number of layers across all product categories and all manufacturing technologies by 0.12 layers or 2.9 percent.[164] The same upward bias is assumed for World TMLA, and is represented in the uncertainty analysis by deducting the absolute bias value from the World activity estimate when it is incorporated into the Monte Carlo analysis.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-4-93. The emissions estimate for total U.S. PFC emissions from semiconductor manufacturing were estimated to be between 4.8 and 5.9 Tg $CO_2$ Eq. at a 95 percent confidence level. This range represents 10 percent below to 10 percent above the 2010 emission estimate of 5.4 Tg $CO_2$ Eq. This range and the associated percentages apply to the estimate of total emissions rather than those of individual gases. Uncertainties associated with individual gases will be somewhat higher than the aggregate, but were not explicitly modeled.

Table 4-4-93: Tier 2 Quantitative Uncertainty Estimates for HFC, PFC, and $SF_6$ Emissions from Semiconductor Manufacture (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate[a] (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[b] (Tg $CO_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound[c] | Upper Bound[c] | Lower Bound | Upper Bound |
| Semiconductor Manufacture | HFC, PFC, and $SF_6$ | 5.4 | 4.8 | 5.9 | -10% | 10% |

[a] Because the uncertainty analysis covered all emissions (including $NF_3$), the emission estimate presented here does not match that shown in Table 4-91.
[b] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.
[c] Absolute lower and upper bounds were calculated using the corresponding lower and upper bounds in percentages.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2009. Details on the emission trends through time are described in more detail in the Methodology section, above.

[162] Error propagation resulted in Partnership gas-specific uncertainties ranging from 17 to 27 percent.
[163] The average of 1996 to 1999 emission factor is used to derive the PEVM emission factor.
[164] This is based on an analysis of 2004 data.

BLM_0047073

## Planned Improvements

One point of consideration for future national emissions estimates is the inclusion of PFC emissions from heat transfer fluid (HTF) loss to the atmosphere. Heat transfer fluids, of which some are liquid perfluorinated compounds, are used during testing of semiconductor devices and, increasingly, are used to manage heat during the manufacture of semiconductor devices. Evaporation of these fluids is a source of fluorinated emissions (EPA 2006).

## *4.23.  Electrical Transmission and Distribution (IPCC Source Category 2F7)*

The largest use of $SF_6$, both in the United States and internationally, is as an electrical insulator and interrupter in equipment that transmits and distributes electricity (RAND 2004). The gas has been employed by the electric power industry in the United States since the 1950s because of its dielectric strength and arc-quenching characteristics. It is used in gas-insulated substations, circuit breakers, and other switchgear. Sulfur hexafluoride has replaced flammable insulating oils in many applications and allows for more compact substations in dense urban areas.

Fugitive emissions of $SF_6$ can escape from gas-insulated substations and switchgear through seals, especially from older equipment. The gas can also be released during equipment manufacturing, installation, servicing, and disposal. Emissions of $SF_6$ from equipment manufacturing and from electrical transmission and distribution systems were estimated to be 11.8 Tg $CO_2$ Eq. (0.5 Gg) in 2010. This quantity represents a 56 percent decrease from the estimate for 1990 (see Table 4-94 and Table 4-95). Two trends contributed to this decrease: a sharp increase in the price of $SF_6$ during the 1990s and a growing awareness of the environmental impact of $SF_6$ emissions through programs such as EPA's $SF_6$ Emission Reduction Partnership for Electric Power Systems.

Table 4-94:  $SF_6$ Emissions from Electric Power Systems and Electrical Equipment Manufacturers (Tg $CO_2$ Eq.)

| Year | Electric Power Systems | Electrical Equipment Manufacturers | Total |
|------|------------------------|-------------------------------------|-------|
| 1990 | 26.3 | 0.3 | 26.7 |
| 2005 | 13.1 | 0.8 | 13.9 |
| 2006 | 12.2 | 0.8 | 13.0 |
| 2007 | 11.5 | 0.7 | 12.2 |
| 2008 | 11.1 | 1.1 | 12.2 |
| 2009 | 11.3 | 0.6 | 11.8 |
| 2010 | 11.0 | 0.8 | 11.8 |

Note:  Totals may not sum due to independent rounding.

Table 4-95: $SF_6$ Emissions from Electric Power Systems and Electrical Equipment Manufacturers (Gg)

| Year | Emissions |
|------|-----------|
| 1990 | 1.1 |
| 2005 | 0.6 |
| 2006 | 0.5 |
| 2007 | 0.5 |
| 2008 | 0.5 |
| 2009 | 0.5 |
| 2010 | 0.5 |

## Methodology

The estimates of emissions from Electrical Transmission and Distribution are comprised of emissions from electric power systems and emissions from the manufacture of electrical equipment. The methodologies for estimating both sets of emissions are described below.

### 1999 through 2010 Emissions from Electric Power Systems

Emissions from electric power systems from 1999 to 2010 were estimated based on: (1) reporting from utilities

BLM_0047074

participating in EPA's $SF_6$ Emission Reduction Partnership for Electric Power Systems (Partners), which began in 1999; and, (2) the relationship between emissions and utilities' transmission miles as reported in the 2001, 2004, 2007, and 2010 Utility Data Institute (UDI) Directories of Electric Power Producers and Distributors (UDI 2001, 2004, 2007, 2010). (Transmission miles are defined as the miles of lines carrying voltages above 34.5 kV.) Over the period from 1999 to 2010, Partner utilities, which for inventory purposes are defined as utilities that either currently are or previously have been part of the Partnership, represented between 43 percent and 48 percent of total U.S. transmission miles. For each year, the emissions reported by or estimated for Partner utilities were added to the emissions estimated for utilities that have never participated in the Partnership (i.e., non-Partners).[165]

Partner utilities estimated their emissions using a Tier 3 utility-level mass balance approach (IPCC 2006). If a Partner utility did not provide data for a particular year, emissions were interpolated between years for which data were available or extrapolated based on Partner-specific transmission mile growth rates. In 2010, non-reporting Partners accounted for approximately 16 percent of the total emissions attributed to Partner utilities.

Emissions from non-Partners in every year since 1999 were estimated using the results of a regression analysis that indicated that the emissions from reporting utilities were most strongly correlated with their transmission miles. The results of this analysis are not surprising given that, in the United States, $SF_6$ is contained primarily in transmission equipment rated above 34.5 kV. The equations were developed based on the 1999 $SF_6$ emissions reported by a subset of 42 Partner utilities (representing approximately 23 percent of U.S. transmission miles) and 2000 transmission mileage data obtained from the 2001 UDI Directory of Electric Power Producers and Distributors (UDI 2001). Two equations were developed, one for small and one for large utilities (i.e., with fewer or more than 10,000 transmission miles, respectively). The distinction between utility sizes was made because the regression analysis showed that the relationship between emissions and transmission miles differed for small and large transmission networks. The same equations were used to estimate non-Partner emissions in 1999 and every year thereafter because non-Partners were assumed not to have implemented any changes that would have resulted in reduced emissions since 1999.

The regression equations are:

Non-Partner small utilities (fewer than 10,000 transmission miles, in kilograms):

$$\text{Emissions (kg)} = 0.89 \times \text{Transmission Miles}$$

Non-Partner large utilities (more than 10,000 transmission miles, in kilograms):

$$\text{Emissions (kg)} = 0.58 \times \text{Transmission Miles}$$

Data on transmission miles for each non-Partner utility for the years 2000, 2003, 2006, and 2009 were obtained from the 2001, 2004, 2007, and 2010 UDI Directories of Electric Power Producers and Distributors, respectively (UDI 2001, 2004, 2007, 2010). The U.S. transmission system grew by over 25,000 miles between 2000 and 2003 and by over 52,000 miles between 2003 and 2006. These periodic increases are assumed to have occurred gradually. Therefore, transmission mileage was assumed to increase at an annual rate of 1.3 percent between 2000 and 2003 and 2.6 percent between 2003 and 2006. This growth rate slowed to 0.2% from 2006 to 2009 as transmission miles increased by just 4,400 miles (approximately).

As a final step, total electric power system emissions were determined for each year by summing the Partner reported and estimated emissions (reported data was available through the EPA's $SF_6$ Emission Reduction Partnership for Electric Power Systems) and the non-Partner emissions (determined using the 1999 regression equations).

**1990 through 1998 Emissions from Electric Power Systems**

Because most utilities participating in the Partnership reported emissions only for 1999 through 2010, modeling was used to estimate $SF_6$ emissions from electric power systems for the years 1990 through 1998. To perform this modeling, U.S. emissions were assumed to follow the same trajectory as global emissions from this source during the 1990 to 1999 period. To estimate global emissions, the RAND survey of global $SF_6$ sales were used, together with the following equation for estimating emissions, which is derived from the mass-balance equation for chemical

---

[165] Partners in EPA's $SF_6$ Emission Reduction Partnership reduced their emissions by approximately 62% from 1999 to 2010.

BLM_0047075

emissions (Volume 3, Equation 7.3) in the IPCC Guidelines for National Greenhouse Gas Inventories (IPCC 2006). [166] (Although equation 7.3 of the IPCC Guidelines appears in the discussion of substitutes for ozone-depleting substances, it is applicable to emissions from any long-lived pressurized equipment that is periodically serviced during its lifetime.)

$$\text{Emissions (kilograms } SF_6) = SF_6 \text{ purchased to refill existing equipment (kilograms) + nameplate capacity of retiring equipment (kilograms)} \,[167]$$

Note that the above equation holds whether the gas from retiring equipment is released or recaptured; if the gas is recaptured, it is used to refill existing equipment, thereby lowering the amount of $SF_6$ purchased by utilities for this purpose.

Gas purchases by utilities and equipment manufacturers from 1961 through 2003 are available from the RAND (2004) survey. To estimate the quantity of $SF_6$ released or recovered from retiring equipment, the nameplate capacity of retiring equipment in a given year was assumed to equal 81.2 percent of the amount of gas purchased by electrical equipment manufacturers 40 years previous (e.g., in 2000, the nameplate capacity of retiring equipment was assumed to equal 81.2 percent of the gas purchased in 1960). The remaining 18.8 percent was assumed to have been emitted at the time of manufacture. The 18.8 percent emission factor is an average of IPCC default $SF_6$ emission rates for Europe and Japan for 1995 (IPCC 2006). The 40-year lifetime for electrical equipment is also based on IPCC (2006). The results of the two components of the above equation were then summed to yield estimates of global $SF_6$ emissions from 1990 through 1999.

U.S. emissions between 1990 and 1999 are assumed to follow the same trajectory as global emissions during this period. To estimate U.S. emissions, global emissions for each year from 1990 through 1998 were divided by the estimated global emissions from 1999. The result was a time series of factors that express each year's global emissions as a multiple of 1999 global emissions. Historical U.S. emissions were estimated by multiplying the factor for each respective year by the estimated U.S. emissions of $SF_6$ from electric power systems in 1999 (estimated to be 15.0 Tg $CO_2$ Eq.).

Two factors may affect the relationship between the RAND sales trends and actual global emission trends. One is utilities' inventories of $SF_6$ in storage containers. When $SF_6$ prices rise, utilities are likely to deplete internal inventories before purchasing new $SF_6$ at the higher price, in which case $SF_6$ sales will fall more quickly than emissions. On the other hand, when $SF_6$ prices fall, utilities are likely to purchase more $SF_6$ to rebuild inventories, in which case sales will rise more quickly than emissions. This effect was accounted for by applying 3-year averaging to utility $SF_6$ sales data. The other factor that may affect the relationship between the RAND sales trends and actual global emissions is the level of imports from and exports to Russia and China. $SF_6$ production in these countries is not included in the RAND survey and is not accounted for in any another manner by RAND. However, atmospheric studies confirm that the downward trend in estimated global emissions between 1995 and 1998 was real (see the Uncertainty discussion below).

## 1990 through 2010 Emissions from Manufacture of Electrical Equipment

The 1990 to 2010 emission estimates for original equipment manufacturers (OEMs) were derived by assuming that manufacturing emissions equal 10 percent of the quantity of $SF_6$ provided with new equipment. The quantity of $SF_6$ provided with new equipment was estimated based on statistics compiled by the National Electrical Manufacturers Association (NEMA). These statistics were provided for 1990 to 2000; the quantities of $SF_6$ provided with new equipment for 2001 to 2010 were estimated using Partner reported data and the total industry $SF_6$ nameplate capacity estimate (141.1 Tg $CO_2$ Eq. in 2010). Specifically, the ratio of new nameplate capacity to total nameplate capacity of a subset of Partners for which new nameplate capacity data was available from 1999 to 2010 was calculated. This ratio was then multiplied by the total industry nameplate capacity estimate to derive the amount of $SF_6$ provided with new equipment for the entire industry. The 10 percent emission rate is the average of the "ideal" and "realistic" manufacturing emission rates (4 percent and 17 percent, respectively) identified in a paper prepared

---

[166] Ideally, sales to utilities in the U.S. between 1990 and 1999 would be used as a model. However, this information was not available. Two U.S. manufacturers of $SF_6$ were operating during this time period, consequently, concealingl sensitive sales information by aggregation was not feasible.

[167] Nameplate capacity is defined as the amount of $SF_6$ within fully charged electrical equipment.

BLM_0047076

under the auspices of the International Council on Large Electric Systems (CIGRE) in February 2002 (O'Connell et al. 2002).

## Uncertainty

To estimate the uncertainty associated with emissions of $SF_6$ from Electric Transmission and Distribution, uncertainties associated with three quantities were estimated: (1) emissions from Partners, (2) emissions from non-Partners, and (3) emissions from manufacturers of electrical equipment.  A Monte Carlo analysis was then applied to estimate the overall uncertainty of the emissions estimate.

Total emissions from the $SF_6$ Emission Reduction Partnership include emissions from both reporting and non-reporting Partners.  For reporting Partners, individual Partner-reported $SF_6$ data was assumed to have an uncertainty of 10 percent.  Based on a Monte Carlo analysis, the cumulative uncertainty of all Partner reported data was estimated to be 5.3 percent.  The uncertainty associated with extrapolated or interpolated emissions from non-reporting Partners was assumed to be 20 percent.

There are two sources of uncertainty associated with the regression equations used to estimate emissions in 2010 from non-Partners: 1) uncertainty in the coefficients (as defined by the regression standard error estimate), and 2) the uncertainty in total transmission miles for non-Partners.  In addition, there is uncertainty associated with the assumption that the emission factor used for non-Partner utilities (which accounted for approximately 57 percent of U.S. transmission miles in 2010) will remain at levels defined by Partners who reported in 1999.  However, the last source of uncertainty was not modeled.

Uncertainties were also estimated regarding (1) the quantity of $SF_6$ supplied with equipment by equipment manufacturers, which is projected from Partner provided nameplate capacity data and industry $SF_6$ nameplate capacity estimates, and (2) the manufacturers' $SF_6$ emissions rate.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-96.  Electrical Transmission and Distribution $SF_6$ emissions were estimated to be between 9.2 and 14.7 Tg $CO_2$ Eq. at the 95 percent confidence level.  This indicates a range of approximately 22 percent below and 25 percent above the emission estimate of 11.8 Tg $CO_2$ Eq.

Table 4-96:  Tier 2 Quantitative Uncertainty Estimates for $SF_6$ Emissions from Electrical Transmission and Distribution (Tg $CO_2$ Eq. and percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to 2010 Emission Estimate[a] | | | |
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Electrical Transmission and Distribution | $SF_6$ | 11.8 | 9.2 | 14.7 | -22% | +25% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

In addition to the uncertainty quantified above, there is uncertainty associated with using global $SF_6$ sales data to estimate U.S. emission trends from 1990 through 1999.  However, the trend in global emissions implied by sales of $SF_6$ is similar to the trend in global emissions implied by changing $SF_6$ concentrations in the atmosphere.  That is, emissions based on global sales declined by 29 percent between 1995 and 1998 (RAND 2004), and emissions based on atmospheric measurements declined by 17 percent over the same period (Levin et al. 2010).

Several pieces of evidence indicate that U.S. $SF_6$ emissions were reduced as global emissions were reduced.  First, the decreases in sales and emissions coincided with a sharp increase in the price of $SF_6$ that occurred in the mid-1990s and that affected the United States as well as the rest of the world.  A representative from DILO, a major manufacturer of $SF_6$ recycling equipment, stated that most U.S. utilities began recycling rather than venting $SF_6$ within two years of the price rise.  Finally, the emissions reported by the one U.S. utility that reported 1990 through 1999 emissions to EPA showed a downward trend beginning in the mid-1990s.

## Recalculations Discussion

$SF_6$ emission estimates for the period 1990 through 2009 were updated based on 1) new data from EPA's $SF_6$

BLM_0047077

Emission Reduction Partnership; 2) revisions to interpolated and extrapolated non-reported Partner data; and 3) a correction made to 1999-2001 reported emissions data for a Partner. Correcting the reported emissions not only directly impacted overall emissions for 1999-2001, but also impacted the regression coefficient used to estimate emissions for non-Partners, which is based on the relationship between transmission miles and emissions for Partners that reported emissions in 1999. Specifically, the regression coefficient for utilities with fewer than 10,000 transmission miles decreased from 1.001 kg of emissions per transmission mile to 0.89 kg of emissions per transmission mile. Based on the revisions listed above, $SF_6$ emissions from electrical transmission and distribution decreased between 6 and 9 percent for each year from 1990 through 2009.

### 4.24. Industrial Sources of Indirect Greenhouse Gases

In addition to the main greenhouse gases addressed above, many industrial processes generate emissions of indirect greenhouse gases. Total emissions of nitrogen oxides ($NO_x$), carbon monoxide (CO), and non-$CH_4$ volatile organic compounds (NMVOCs) from non-energy industrial processes from 1990 to 2010 are reported in Table 4-97.

Table 4-97:  $NO_x$, CO, and NMVOC Emissions from Industrial Processes (Gg)

| Gas/Source | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **$NO_x$** | **591** | **569** | **553** | **537** | **520** | **568** | **568** |
| Other Industrial Processes | 343 | 437 | 418 | 398 | 379 | 436 | 436 |
| Chemical & Allied Product Manufacturing | 152 | 55 | 57 | 59 | 61 | 55 | 55 |
| Metals Processing | 88 | 60 | 61 | 62 | 62 | 60 | 60 |
| Storage and Transport | 3 | 15 | 15 | 16 | 16 | 15 | 15 |
| Miscellaneous* | 5 | 2 | 2 | 2 | 2 | 2 | 2 |
| **CO** | **4,125** | **1,555** | **1,597** | **1,640** | **1,682** | **1,549** | **1,549** |
| Metals Processing | 2,395 | 752 | 788 | 824 | 859 | 752 | 752 |
| Other Industrial Processes | 487 | 484 | 474 | 464 | 454 | 484 | 484 |
| Chemical & Allied Product Manufacturing | 1,073 | 189 | 206 | 223 | 240 | 187 | 187 |
| Storage and Transport | 69 | 97 | 100 | 103 | 104 | 97 | 97 |
| Miscellaneous* | 101 | 32 | 30 | 27 | 25 | 29 | 29 |
| **NMVOCs** | **2,422** | **1,997** | **1,933** | **1,869** | **1,804** | **1,322** | **1,322** |
| Storage and Transport | 1,352 | 1,308 | 1,266 | 1,224 | 1,182 | 662 | 662 |
| Other Industrial Processes | 364 | 415 | 398 | 383 | 367 | 395 | 395 |
| Chemical & Allied Product Manufacturing | 575 | 213 | 211 | 210 | 207 | 206 | 206 |
| Metals Processing | 111 | 44 | 44 | 43 | 42 | 44 | 44 |
| Miscellaneous* | 20 | 17 | 14 | 10 | 7 | 15 | 15 |

\* Miscellaneous includes the following categories: catastrophic/accidental release, other combustion, health services, cooling towers, and fugitive dust. It does not include agricultural fires or slash/prescribed burning, which are accounted for under the Field Burning of Agricultural Residues source.
Note: Totals may not sum due to independent rounding.

## Methodology

Due to the lack of data available at the time of publication, emission estimates for 2010 rely on 2009 data as a proxy. Emission estimates for 2009 were obtained from preliminary data (EPA 2010, EPA 2009), and disaggregated based on EPA (2003), which, in its final iteration, will be published on the National Emission Inventory (NEI) Air Pollutant Emission Trends web site. Emissions were calculated either for individual categories or for many categories combined, using basic activity data (e.g., the amount of raw material processed) as an indicator of emissions. National activity data were collected for individual categories from various agencies. Depending on the category, these basic activity data may include data on production, fuel deliveries, raw material processed, etc.

Activity data were used in conjunction with emission factors, which together relate the quantity of emissions to the activity. Emission factors are generally available from the EPA's Compilation of Air Pollutant Emission Factors, AP-42 (EPA 1997). The EPA currently derives the overall emission control efficiency of a source category from a variety of information sources, including published reports, the 1985 National Acid Precipitation and Assessment Program emissions inventory, and other EPA databases.

BLM_0047078

## Uncertainty and Time-Series Consistency

Uncertainties in these estimates are partly due to the accuracy of the emission factors and activity data used. A quantitative uncertainty analysis was not performed.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

BLM_0047079



Figure 4-1:  2010 Industrial Processes Chapter Greenhouse Gas Sources

# 5.        Solvent and Other Product Use

Greenhouse gas emissions are produced as a by-product of various solvent and other product uses.  In the United States, emissions from Nitrous Oxide ($N_2O$) Product Uses, the only source of greenhouse gas emissions from this sector, accounted for less than 0.1 percent of total U.S. anthropogenic greenhouse gas emissions on a $CO_2$ equivalent basis in 2010 (see Table 5-1).  Indirect greenhouse gas emissions also result from solvent and other product use, and are presented in Table 5-5 in gigagrams (Gg).

Table 5-1:  $N_2O$ Emissions from Solvent and Other Product Use (Tg $CO_2$ Eq. and Gg)

| Gas/Source | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| $N_2O$ from Product Uses | | | | | | | |
| Tg $CO_2$ Eq. | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 |
| Gg | 14 | 14 | 14 | 14 | 14 | 14 | 14 |

## 5.1.    Nitrous Oxide from Product Uses (IPCC Source Category 3D)

$N_2O$ is a clear, colorless, oxidizing liquefied gas, with a slightly sweet odor.  Two companies operate a total of five $N_2O$ production facilities in the United States (Airgas 2007; FTC 2001).  $N_2O$ is primarily used in carrier gases with oxygen to administer more potent inhalation anesthetics for general anesthesia, and as an anesthetic in various dental and veterinary applications.  As such, it is used to treat short-term pain, for sedation in minor elective surgeries, and as an induction anesthetic.  The second main use of $N_2O$ is as a propellant in pressure and aerosol products, the largest application being pressure-packaged whipped cream.  Small quantities of $N_2O$ also are used in the following applications:

- Oxidizing agent and etchant used in semiconductor manufacturing;

- Oxidizing agent used, with acetylene, in atomic absorption spectrometry;

- Production of sodium azide, which is used to inflate airbags;

- Fuel oxidant in auto racing; and

- Oxidizing agent in blowtorches used by jewelers and others (Heydorn 1997).

Production of $N_2O$ in 2010 was approximately 15 Gg (Table 5-2).

Table 5-2:  $N_2O$ Production (Gg)

| Year | Gg |
|---|---|
| 1990 | 16 |
| 2005 | 15 |
| 2006 | 15 |
| 2007 | 15 |
| 2008 | 15 |
| 2009 | 15 |
| 2010 | 15 |

$N_2O$ emissions were 4.4 Tg $CO_2$ Eq. (14 Gg) in 2010 (Table 5-3).  Production of $N_2O$ stabilized during the 1990s because medical markets had found other substitutes for anesthetics, and more medical procedures were being performed on an outpatient basis using local anesthetics that do not require $N_2O$.  The use of $N_2O$ as a propellant for whipped cream has also stabilized due to the increased popularity of cream products packaged in reusable plastic tubs (Heydorn 1997).

BLM_0047081

Table 5-3:  $N_2O$ Emissions from $N_2O$ Product Usage (Tg $CO_2$ Eq. and Gg)

| Year | Tg CO₂ Eq. | Gg |
|------|-----------|-----|
| 1990 | 4.4 | 14 |
| | | |
| 2005 | 4.4 | 14 |
| 2006 | 4.4 | 14 |
| 2007 | 4.4 | 14 |
| 2008 | 4.4 | 14 |
| 2009 | 4.4 | 14 |
| 2010 | 4.4 | 14 |

## Methodology

Emissions from $N_2O$ product usage were calculated by first multiplying the total amount of $N_2O$ produced in the United States by the share of the total quantity of $N_2O$ attributed to each end use.  This value was then multiplied by the associated emission rate for each end use.  After the emissions were calculated for each end use, they were added together to obtain a total estimate of $N_2O$ product usage emissions.  Emissions were determined using the following equation:

$$N_2O \text{ Product Usage Emissions} = \Sigma i \text{ [Total U.S. Production of } N_2O] \times \text{[Share of Total Quantity of } N_2O \text{ Usage by Sector i]} \times \text{[Emissions Rate for Sector i]}$$

where,

i = Sector.

The share of total quantity of $N_2O$ usage by end use represents the share of national $N_2O$ produced that is used by the specific subcategory (i.e., anesthesia, food processing, etc.).  In 2010, the medical/dental industry used an estimated 89.5 percent of total $N_2O$ produced, followed by food processing propellants at 6.5 percent.  All other categories combined used the remainder of the $N_2O$ produced.  This subcategory breakdown has changed only slightly over the past decade.  For instance, the small share of $N_2O$ usage in the production of sodium azide has declined significantly during the 1990s.  Due to the lack of information on the specific time period of the phase-out in this market subcategory, most of the $N_2O$ usage for sodium azide production is assumed to have ceased after 1996, with the majority of its small share of the market assigned to the larger medical/dental consumption subcategory (Heydorn 1997).  The $N_2O$ was allocated across the following categories: medical applications, food processing propellant, and sodium azide production (pre-1996).  A usage emissions rate was then applied for each sector to estimate the amount of $N_2O$ emitted.

Only the medical/dental and food propellant subcategories were estimated to release emissions into the atmosphere, and therefore these subcategories were the only usage subcategories with emission rates.  For the medical/dental subcategory, due to the poor solubility of $N_2O$ in blood and other tissues, none of the $N_2O$ is assumed to be metabolized during anesthesia and quickly leaves the body in exhaled breath.  Therefore, an emission factor of 100 percent was used for this subcategory (IPCC 2006).  For $N_2O$ used as a propellant in pressurized and aerosol food products, none of the $N_2O$ is reacted during the process and all of the $N_2O$ is emitted to the atmosphere, resulting in an emission factor of 100 percent for this subcategory (IPCC 2006).  For the remaining subcategories, all of the $N_2O$ is consumed/reacted during the process, and therefore the emission rate was considered to be zero percent (Tupman 2002).

The 1990 through 1992 $N_2O$ production data were obtained from SRI Consulting's Nitrous Oxide, North America report (Heydorn 1997).  $N_2O$ production data for 1993 through 1995 were not available.  Production data for 1996 was specified as a range in two data sources (Heydorn 1997, Tupman 2002).  In particular, for 1996, Heydorn (1997) estimates $N_2O$ production to range between 13.6 and 18.1 thousand metric tons.  Tupman (2003) provided a narrower range (15.9 to 18.1 thousand metric tons) for 1996 that falls within the production bounds described by Heydorn (1997).  Tupman (2003) data are considered more industry-specific and current.  Therefore, the midpoint of the narrower production range was used to estimate $N_2O$ emissions for years 1993 through 2001 (Tupman 2003).  The 2002 and 2003 $N_2O$ production data were obtained from the Compressed Gas Association Nitrous Oxide Fact Sheet and Nitrous Oxide Abuse Hotline (CGA 2002, 2003).  These data were also provided as a range.  For

BLM_0047082

example, in 2003, CGA (2003) estimates $N_2O$ production to range between 13.6 and 15.9 thousand metric tons. Due to unavailable data, production estimates for years 2004 through 2010 were held at the 2003 value.

The 1996 share of the total quantity of $N_2O$ used by each subcategory was obtained from SRI Consulting's Nitrous Oxide, North America report (Heydorn 1997). The 1990 through 1995 share of total quantity of $N_2O$ used by each subcategory was kept the same as the 1996 number provided by SRI Consulting. The 1997 through 2001share of total quantity of $N_2O$ usage by sector was obtained from communication with a $N_2O$ industry expert (Tupman 2002). The 2002 and 2003 share of total quantity of $N_2O$ usage by sector was obtained from CGA (2002, 2003). Due to unavailable data, the share of total quantity of $N_2O$ usage data for years 2004 through 2010 was assumed to equal the 2003 value. The emissions rate for the food processing propellant industry was obtained from SRI Consulting's Nitrous Oxide, North America report (Heydorn 1997), and confirmed by a $N_2O$ industry expert (Tupman 2002). The emissions rate for all other subcategories was obtained from communication with a $N_2O$ industry expert (Tupman 2002). The emissions rate for the medical/dental subcategory was obtained from the 2006 IPCC Guidelines.

## Uncertainty and Time-Series Consistency

The overall uncertainty associated with the 2010 $N_2O$ emission estimate from $N_2O$ product usage was calculated using the IPCC Guidelines for National Greenhouse Gas Inventories (2006) Tier 2 methodology. Uncertainty associated with the parameters used to estimate $N_2O$ emissions include production data, total market share of each end use, and the emission factors applied to each end use, respectively.

The results of this Tier 2 quantitative uncertainty analysis are summarized in Table 5-4. $N_2O$ emissions from $N_2O$ product usage were estimated to be between 4.1 and 4.7 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 8 percent below to 8 percent above the emissions estimate of 4.4 Tg $CO_2$ Eq.

Table 5-4: Tier 2 Quantitative Uncertainty Estimates for $N_2O$ Emissions from $N_2O$ Product Usage (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| $N_2O$ Product Usage | $N_2O$ | 4.4 | 4.1 | 4.7 | -8% | +8% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Furthermore, methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time-series are described in more detail in the Methodology section, above.

## Planned Improvements

Planned improvements include a continued evaluation of alternative production statistics for cross verification, a reassessment of $N_2O$ product use subcategories to accurately represent trends, investigation of production and use cycles, and the potential need to incorporate a time lag between production and ultimate product use and resulting release of $N_2O$. Additionally, planned improvements include considering imports and exports of $N_2O$ for product uses.

## 5.2.   Indirect Greenhouse Gas Emissions from Solvent Use

The use of solvents and other chemical products can result in emissions of various ozone precursors (i.e., indirect greenhouse gases).[168] Non-$CH_4$ volatile organic compounds (NMVOCs), commonly referred to as "hydrocarbons,"

---

[168] Solvent usage in the United States also results in the emission of small amounts of hydrofluorocarbons (HFCs) and

BLM_0047083

are the primary gases emitted from most processes employing organic or petroleum based solvents.  As some of industrial applications also employ thermal incineration as a control technology, combustion by-products, such as carbon monoxide (CO) and nitrogen oxides ($NO_x$), are also reported with this source category.  In the United States, emissions from solvents are primarily the result of solvent evaporation, whereby the lighter hydrocarbon molecules in the solvents escape into the atmosphere.  The evaporation process varies depending on different solvent uses and solvent types.  The major categories of solvent uses include:  degreasing, graphic arts, surface coating, other industrial uses of solvents (i.e., electronics, etc.), dry cleaning, and non-industrial uses (i.e., uses of paint thinner, etc.).

Total emissions of $NO_x$, NMVOCs, and CO from 1990 to 2010 are reported in Table 5-5.

Table 5-5:  Emissions of $NO_x$, CO, and NMVOC from Solvent Use (Gg)

| Activity | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| **$NO_x$** | **1** | | **3** | **4** | **4** | **4** | **3** | **3** |
| Surface Coating | 1 | | 3 | 4 | 4 | 4 | 3 | 3 |
| Graphic Arts | + | | + | + | + | + | + | + |
| Degreasing | + | | + | + | + | + | + | + |
| Dry Cleaning | + | | + | + | + | + | + | + |
| Other Industrial Processes[a] | + | | + | + | + | + | + | + |
| Non-Industrial Processes[b] | + | | + | + | + | + | + | + |
| Other | NA | | + | + | + | + | + | + |
| **CO** | **5** | | **2** | **2** | **2** | **2** | **2** | **2** |
| Surface Coating | + | | 2 | 2 | 2 | 2 | 2 | 2 |
| Other Industrial Processes[a] | 4 | | + | + | + | + | + | + |
| Dry Cleaning | + | | + | + | + | + | + | + |
| Degreasing | + | | + | + | + | + | + | + |
| Graphic Arts | + | | + | + | + | + | + | + |
| Non-Industrial Processes[b] | + | | + | + | + | + | + | + |
| Other | NA | | + | + | + | + | + | + |
| **NMVOCs** | **5,216** | | **3,851** | **3,846** | **3,839** | **3,834** | **2,583** | **2,583** |
| Surface Coating | 2,289 | | 1,578 | 1,575 | 1,573 | 1,571 | 1,058 | 1,058 |
| Non-Industrial Processes[b] | 1,724 | | 1,446 | 1,444 | 1,441 | 1,439 | 970 | 970 |
| Degreasing | 675 | | 280 | 280 | 280 | 279 | 188 | 188 |
| Dry Cleaning | 195 | | 230 | 230 | 229 | 229 | 154 | 154 |
| Graphic Arts | 249 | | 194 | 193 | 193 | 193 | 130 | 130 |
| Other Industrial Processes[a] | 85 | | 88 | 88 | 87 | 87 | 59 | 59 |
| Other | + | | 36 | 36 | 36 | 36 | 24 | 24 |

[a] Includes rubber and plastics manufacturing, and other miscellaneous applications.
[b] Includes cutback asphalt, pesticide application adhesives, consumer solvents, and other miscellaneous applications.
Note:  Totals may not sum due to independent rounding.
+ Does not exceed 0.5 Gg.

## Methodology

Emissions were calculated by aggregating solvent use data based on information relating to solvent uses from different applications such as degreasing, graphic arts, etc.  Emission factors for each consumption category were

hydrofluoroethers (HFEs), which are included under Substitution of Ozone Depleting Substances in the Industrial Processes chapter.

BLM_0047084

then applied to the data to estimate emissions. For example, emissions from surface coatings were mostly due to solvent evaporation as the coatings solidify. By applying the appropriate solvent-specific emission factors to the amount of solvents used for surface coatings, an estimate of emissions was obtained. Emissions of CO and $NO_x$ result primarily from thermal and catalytic incineration of solvent-laden gas streams from painting booths, printing operations, and oven exhaust.

Due to the lack of data available at the time of publication, emission estimates for 2010 rely on 2009 data as a proxy. Emission estimates for 2009 were obtained from preliminary data (EPA 2010, EPA 2009), and disaggregated based on EPA (2003), which, in its final iteration, will be published on the National Emission Inventory (NEI) Air Pollutant Emission Trends web site. Emissions were calculated either for individual categories or for many categories combined, using basic activity data (e.g., the amount of solvent purchased) as an indicator of emissions. National activity data were collected for individual applications from various agencies.

Activity data were used in conjunction with emission factors, which together relate the quantity of emissions to the activity. Emission factors are generally available from the EPA's Compilation of Air Pollutant Emission Factors, AP-42 (EPA 1997). The EPA currently derives the overall emission control efficiency of a source category from a variety of information sources, including published reports, the 1985 National Acid Precipitation and Assessment Program emissions inventory, and other EPA databases.

## Uncertainty and Time-Series Consistency

Uncertainties in these estimates are partly due to the accuracy of the emission factors used and the reliability of correlations between activity data and actual emissions.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

BLM_0047085

BLM_0047086

# 6.    Agriculture

Agricultural activities contribute directly to emissions of greenhouse gases through a variety of processes. This chapter provides an assessment of non-carbon-dioxide emissions from the following source categories: enteric fermentation in domestic livestock, livestock manure management, rice cultivation, agricultural soil management, and field burning of agricultural residues (see Figure 6-1). Carbon dioxide ($CO_2$) emissions and removals from agriculture-related land-use activities, such as liming of agricultural soils and conversion of grassland to cultivated land, are presented in the Land Use, Land-Use Change, and Forestry chapter. Carbon dioxide emissions from on-farm energy use are accounted for in the Energy chapter.

Figure 6-1:  2010 Agriculture Chapter Greenhouse Gas Emission Sources

In 2010, the Agriculture sector was responsible for emissions of 428.4 teragrams of $CO_2$ equivalents (Tg $CO_2$ Eq.), or 6.3 percent of total U.S. greenhouse gas emissions. Methane ($CH_4$) and nitrous oxide ($N_2O$) were the primary greenhouse gases emitted by agricultural activities. Methane emissions from enteric fermentation and manure management represent about 21 percent and 8 percent of total $CH_4$ emissions from anthropogenic activities, respectively. Of all domestic animal types, beef and dairy cattle were by far the largest emitters of $CH_4$. Rice cultivation and field burning of agricultural residues were minor sources of $CH_4$. Agricultural soil management activities such as fertilizer application and other cropping practices were the largest source of U.S. $N_2O$ emissions, accounting for 68 percent. Manure management and field burning of agricultural residues were also small sources of $N_2O$ emissions.

Table 6-1 and Table 6-2 present emission estimates for the Agriculture sector. Between 1990 and 2010, $CH_4$ emissions from agricultural activities increased by 14.5 percent, while $N_2O$ emissions fluctuated from year to year, but overall increased by 5.0 percent.

Table 6-1:  Emissions from Agriculture (Tg $CO_2$ Eq.)

| Gas/Source | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **$CH_4$** | **172.9** | **193.9** | **195.9** | **202.9** | **202.6** | **200.8** | **202.2** |
| Enteric Fermentation | 133.8 | 139.0 | 141.4 | 143.8 | 143.4 | 142.6 | 141.3 |
| Manure Management | 31.7 | 47.9 | 48.4 | 52.7 | 51.8 | 50.7 | 52.0 |
| Rice Cultivation | 7.1 | 6.8 | 5.9 | 6.2 | 7.2 | 7.3 | 8.6 |
| Field Burning of Agricultural Residues | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| **$N_2O$** | **214.9** | **230.7** | **229.6** | **229.7** | **231.3** | **225.6** | **226.2** |
| Agricultural Soil Management | 200.0 | 213.1 | 211.1 | 211.1 | 212.9 | 207.3 | 207.8 |
| Manure Management | 14.8 | 17.6 | 18.4 | 18.5 | 18.3 | 18.2 | 18.3 |
| Field Burning of Agricultural Residues | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **Total** | **387.8** | **424.6** | **425.4** | **432.6** | **433.8** | **426.4** | **428.4** |

Note: Totals may not sum due to independent rounding.

Table 6-2:  Emissions from Agriculture (Gg)

| Gas/Source | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **$CH_4$** | **8,234** | **9,232** | **9,327** | **9,663** | **9,647** | **9,564** | **9,627** |
| Enteric Fermentation | 6,373 | 6,618 | 6,731 | 6,850 | 6,829 | 6,788 | 6,728 |
| Manure Management | 1,511 | 2,280 | 2,303 | 2,508 | 2,465 | 2,416 | 2,478 |
| Rice Cultivation | 339 | 326 | 282 | 295 | 343 | 349 | 410 |
| Field Burning of Agricultural Residues | 10 | 8 | 11 | 11 | 11 | 11 | 11 |
| **$N_2O$** | **693** | **744** | **741** | **741** | **746** | **728** | **730** |
| Agricultural Soil Management | 645 | 687 | 681 | 681 | 687 | 669 | 670 |
| Manure Management | 48 | 57 | 59 | 60 | 59 | 59 | 59 |

BLM_0047087

| Field Burning of Agricultural Residues | + | | + | + | + | + | + | + |
|---|---|---|---|---|---|---|---|---|

+ Less than 0.5 Gg.

Note:  Totals may not sum due to independent rounding.

## 6.1.    *Enteric Fermentation (IPCC Source Category 4A)*

Methane is produced as part of normal digestive processes in animals.  During digestion, microbes resident in an animal's digestive system ferment food consumed by the animal.  This microbial fermentation process, referred to as enteric fermentation, produces $CH_4$ as a byproduct, which can be exhaled or eructated by the animal.  The amount of $CH_4$ produced and emitted by an individual animal depends primarily upon the animal's digestive system, and the amount and type of feed it consumes.

Ruminant animals (e.g., cattle, buffalo, sheep, goats, and camels) are the major emitters of $CH_4$ because of their unique digestive system.  Ruminants possess a rumen, or large "fore-stomach," in which microbial fermentation breaks down the feed they consume into products that can be absorbed and metabolized.  The microbial fermentation that occurs in the rumen enables them to digest coarse plant material that non-ruminant animals cannot.  Ruminant animals, consequently, have the highest $CH_4$ emissions among all animal types.

Non-ruminant animals (e.g., swine, horses, and mules) also produce $CH_4$ emissions through enteric fermentation, although this microbial fermentation occurs in the large intestine.  These non-ruminants emit significantly less $CH_4$ on a per-animal basis than ruminants because the capacity of the large intestine to produce $CH_4$ is lower.

In addition to the type of digestive system, an animal's feed quality and feed intake also affect $CH_4$ emissions.  In general, lower feed quality and/or higher feed intake leads to higher $CH_4$ emissions.  Feed intake is positively correlated to animal size, growth rate, and production (e.g., milk production, wool growth, pregnancy, or work).  Therefore, feed intake varies among animal types as well as among different management practices for individual animal types (e.g., animals in feedlots or grazing on pasture).

Methane emission estimates from enteric fermentation are provided in Table 6-3 and Table 6-4.

Total livestock $CH_4$ emissions in 2010 were 141.3 Tg $CO_2$ Eq. (6,728 Gg).  Beef cattle remain the largest contributor of $CH_4$ emissions from enteric fermentation, accounting for 72 percent in 2010.  Emissions from dairy cattle in 2010 accounted for 23 percent, and the remaining emissions were from horses, sheep, swine, goats, American bison, mules, burros, and donkeys.

From 1990 to 2010, emissions from enteric fermentation have increased by 5.6 percent.  Generally, emissions decreased from 1996 to 2003, though with a slight increase in 2002.  This trend was mainly due to decreasing populations of both beef and dairy cattle and increased digestibility of feed for feedlot cattle.  Emissions increased from 2004 through 2007, as both dairy and beef populations have undergone increases and the literature for dairy cow diets indicated a trend toward a decrease in feed digestibility for those years.  Emissions decreased again in 2008 to 2010 as beef cattle populations again decreased.  During the timeframe of this analysis, populations of sheep have decreased 51 percent while horse populations have increased over 87 percent, mostly between 2001 and 2006.  Goat and swine populations have increased 25 percent and 20 percent, respectively, during this timeframe, though with slight decreases from 2009 to 2010, while the populations of American bison and mules, burros, and donkeys have more than quadrupled.

Table 6-3: $CH_4$ Emissions from Enteric Fermentation (Tg $CO_2$ Eq.)

| Livestock Type | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| Beef Cattle | 96.2 | | 101.4 | 103.0 | 104.0 | 103.1 | 102.0 | 101.1 |
| Dairy Cattle | 31.8 | | 30.4 | 31.1 | 32.4 | 32.9 | 33.2 | 33.0 |
| Horses | 1.9 | | 3.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Swine | 1.7 | | 1.9 | 1.0 | 2.1 | 2.1 | 2.1 | 2.0 |
| Sheep | 1.9 | | 1.0 | 1.9 | 1.0 | 1.0 | 1.0 | 0.9 |
| Goats | 0.3 | | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| American Bison | 0.1 | | 0.4 | 0.4 | 0.3 | 0.4 | 0.3 | 0.3 |
| Mules, Burros, and Donkeys | + | | + | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **Total** | **133.8** | | **139.0** | **141.4** | **143.8** | **143.4** | **142.6** | **141.3** |

BLM_0047088

Notes: + Does not exceed 0.05 Tg CO2 Eq. Totals may not sum due to independent rounding.

Table 6-4:  CH$_4$ Emissions from Enteric Fermentation (Gg)

| Livestock Type | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Beef Cattle | 4,581 | 4,829 | 4,904 | 4,953 | 4,909 | 4,857 | 4,812 |
| Dairy Cattle | 1,513 | 1,449 | 1,479 | 1,544 | 1,564 | 1,581 | 1,569 |
| Horses | 91 | 166 | 171 | 171 | 171 | 171 | 171 |
| Swine | 81 | 92 | 93 | 98 | 101 | 99 | 97 |
| Sheep | 91 | 49 | 50 | 49 | 48 | 46 | 45 |
| Goats | 13 | 14 | 15 | 16 | 16 | 16 | 16 |
| American Bison | 4 | 17 | 17 | 16 | 17 | 17 | 16 |
| Mules, Burros, and Donkeys | 1 | 2 | 2 | 3 | 3 | 3 | 3 |
| **Total** | **6,373** | **6,618** | **6,731** | **6,850** | **6,829** | **6,788** | **6,728** |

Note: Totals may not sum due to independent rounding.

## Methodology

Livestock emission estimate methodologies fall into two categories: cattle and other domesticated animals.  Cattle, due to their large population, large size, and particular digestive characteristics, account for the majority of CH$_4$ emissions from livestock in the United States.  A more detailed methodology (i.e., IPCC Tier 2) was therefore applied to estimate emissions for all cattle.  Emission estimates for other domesticated animals (horses, sheep, swine, goats, American bison, and mules, burrow, and donkeys) were handled using a less detailed approach (i.e., IPCC Tier 1).

While the large diversity of animal management practices cannot be precisely characterized and evaluated, significant scientific literature exists that provides the necessary data to estimate cattle emissions using the IPCC Tier 2 approach.  The Cattle Enteric Fermentation Model (CEFM), developed by EPA and used to estimate cattle CH$_4$ emissions from enteric fermentation, incorporates this information and other analyses of livestock population, feeding practices, and production characteristics.

National cattle population statistics were disaggregated into the following cattle sub-populations:

- Dairy Cattle
    - Calves
    - Heifer Replacements
    - Cows

- Beef Cattle
    - Calves
    - Heifer Replacements
    - Heifer and Steer Stockers
    - Animals in Feedlots (Heifers and Steers)
    - Cows
    - Bulls

Calf birth rates, end-of-year population statistics, detailed feedlot placement information, and slaughter weight data were used to create a transition matrix that models cohorts of individual animal types and their specific emission profiles.  The key variables tracked for each of the cattle population categories are described in Annex 3.9.  These variables include performance factors such as pregnancy and lactation as well as average weights and weight gain.  Annual cattle population data were obtained from the U.S. Department of Agriculture's (USDA) National

BLM_0047089

Agricultural Statistics Service (NASS) QuickStats database (USDA 2011).

Diet characteristics were estimated by region for U.S. dairy, foraging beef, and feedlot beef cattle. These estimates were used to calculate Digestible Energy (DE) values (expressed as the percent of gross energy intake digested by the animal) and $CH_4$ conversion rates ($Y_m$) (expressed as the fraction of gross energy converted to $CH_4$) for each population category. The IPCC recommends $Y_m$ ranges of $3.0 \pm 1.0$ percent for feedlot cattle and $6.5 \pm 1.0$ percent for other well-fed cattle consuming temperate-climate feed types (IPCC 2006). Given the availability of detailed diet information for different regions and animal types in the United States, DE and $Y_m$ values unique to the United States were developed. The diet characterizations and estimation of DE and $Y_m$ values were based on information from state agricultural extension specialists, a review of published forage quality studies and scientific literature, expert opinion, and modeling of animal physiology.

The diet characteristics for dairy cattle were based on Donovan (1999) and an extensive review of nearly 20 years of literature from 1990 through 2009. Estimates of DE were national averages based on the feed components of the diets observed in the literature for the following year groupings: 1990-1993, 1994-1998, 1999-2002, 2003, 2004-2006, 2007, and 2008 onwards. Base year $Y_m$ values by region were estimated using Donovan (1999). A ruminant digestion model (COWPOLL, as selected in Kebreab et al. 2008) was used to evaluate $Y_m$ for each diet evaluated from the literature, and a function was developed to adjust regional values over time based on the national trend. Dairy replacement heifer diet assumptions were based on the observed relationship in the literature between dairy cow and dairy heifer diet characteristics.

For feedlot animals, the DE and $Y_m$ values used for 1990 were recommended by Johnson (1999). Values for DE and $Y_m$ for 1991 through 1999 were linearly extrapolated based on the 1990 and 2000 data. DE and $Y_m$ values for 2000 onwards were based on survey data in Galyean and Gleghorn (2001) and Vasconcelos and Galyean (2007).

For grazing beef cattle, $Y_m$ values were based on Johnson (2002), DE values for 1990 through 2006 were based on specific diet components estimated from Donovan (1999), and DE values from 2007 onwards were developed from an analysis by Archibeque (2011), based on diet information in USDA (2010). Weight and weight gains for cattle were estimated from Holstein (2010), Doren et al. (1989), Enns (2008), Lippke et al. (2000), Pinchack et al. (2004), Platter et al. (2003), Skogerboe et al. (2000), and expert opinion. See Annex 3.9 for more details on the method used to characterize cattle diets and weights in the United States.

To estimate $CH_4$ emissions from all cattle types except calves younger than 7 months,[169] the population was divided into state, age, sub-type (i.e., dairy cows and replacements, beef cows and replacements, heifer and steer stockers, heifers and steers in feedlots, and bulls), and production (i.e., pregnant, lactating) groupings to more fully capture differences in $CH_4$ emissions from these animal types. The transition matrix was used to simulate the age and weight structure of each sub-type on a monthly basis, to more accurately reflect the fluctuations that occur throughout the year. Cattle diet characteristics were then used in conjunction with Tier 2 equations from IPCC (2006) to produce $CH_4$ emission factors for the following cattle types: dairy cows, beef cows, dairy replacements, beef replacements, steer stockers, heifer stockers, steer feedlot animals, heifer feedlot animals, and bulls. To estimate emissions from cattle, population data from the transition matrix were multiplied by the calculated emission factor for each cattle type. More details are provided in Annex 3.9.

Emission estimates for other animal types were based on average emission factors representative of entire populations of each animal type. Methane emissions from these animals accounted for a minor portion of total $CH_4$ emissions from livestock in the United States from 1990 through 2010. Also, the variability in emission factors for each of these other animal types (e.g., variability by age, production system, and feeding practice within each animal type) is less than that for cattle. Annual livestock population data for sheep and swine were obtained for all years from USDA NASS (USDA 2011). Horse population data were obtained from the Food and Agriculture Organization of the United Nations (FAO) FAOSTAT database (FAO 2011), because USDA does not estimate U.S. horse populations annually. Goat and mule, burro, and donkey population data were available for 1987, 1992, 1997, 2002, and 2007 (USDA 1992, 1997, 2011); the remaining years between 1990 and 2010 were interpolated and extrapolated from the available estimates. American bison population estimates were available from USDA for 2002 and 2007 (USDA 2011) and from the National Bison Association (1999) for 1997 through 1999. Additional years were based on observed trends from the National Bison Association (1999), interpolation between known data

---

[169] Because calves younger than 7 months consume mainly milk and the IPCC recommends the use of a methane conversion factor of zero for all juveniles consuming only milk, this results in no methane emissions from this subcategory of cattle.

BLM_0047090

points, and ratios of population to slaughter statistics (USDA 2011), as described in more detail in Annex 3.9. Methane emissions from sheep, goats, swine, horses, American bison, and mules, burros, and donkeys were estimated by using emission factors utilized in Crutzen et al. (1986, cited in IPCC 2006). These emission factors are representative of typical animal sizes, feed intakes, and feed characteristics in developed countries. For American bison the emission factor for buffalo was used and adjusted based on the ratio of live weights to the 0.75 power. The methodology is the same as that recommended by IPCC (2006).

See Annex 3.9 for more detailed information on the methodology and data used to calculate $CH_4$ emissions from enteric fermentation.

## Uncertainty and Time-Series Consistency

A quantitative uncertainty analysis for this source category was performed using the IPCC-recommended Tier 2 uncertainty estimation methodology, Monte Carlo Stochastic Simulation technique as described in ICF (2003). These uncertainty estimates were developed for the 1990 through 2001 Inventory report. There have been no significant changes to the methodology, although the source of some input variables have been updated, at this time there are not better estimates available for the uncertainty ranges around the 2010 activity data and emission factor input variables used in the current submission. Consequently, these uncertainty estimates were directly applied to the 2010 emission estimates.

A total of 185 primary input variables (177 for cattle and 8 for non-cattle) were identified as key input variables for the uncertainty analysis. A normal distribution was assumed for almost all activity- and emission factor-related input variables. Triangular distributions were assigned to three input variables (specifically, cow-birth ratios for the three most recent years included in the 2001 model run) to ensure only positive values would be simulated. For some key input variables, the uncertainty ranges around their estimates (used for inventory estimation) were collected from published documents and other public sources; others were based on expert opinion and best estimates. In addition, both endogenous and exogenous correlations between selected primary input variables were modeled. The exogenous correlation coefficients between the probability distributions of selected activity-related variables were developed through expert judgment.

The uncertainty ranges associated with the activity data-related input variables were plus or minus 10 percent or lower. However, for many emission factor-related input variables, the lower- and/or the upper-bound uncertainty estimates were over 20 percent. The results of the quantitative uncertainty analysis are summarized in Table 6-5. Based on this analysis, enteric fermentation $CH_4$ emissions in 2010 were estimated to be between 125.8 and 166.7 Tg $CO_2$ Eq. at a 95 percent confidence level, which indicates a range of 11 percent below to 18 percent above the 2010 emission estimate of 141.3 Tg $CO_2$ Eq. Among the individual cattle sub-source categories, beef cattle account for the largest amount of $CH_4$ emissions as well as the largest degree of uncertainty in the emission estimates. Among non-cattle, horses account for the largest degree of uncertainty in the emission estimates because there is a higher degree of uncertainty among the FAO population estimates used for horses than for the USDA population estimates used for swine, goats, and sheep. American bison, mules, burros, and donkeys were excluded from the initial uncertainty estimate because they were not included in the estimate of emissions at that time, although because of their small populations they would not significantly increase the uncertainty estimate ranges of the overall emissions from enteric fermentation.

Table 6-5:  Quantitative Uncertainty Estimates for $CH_4$ Emissions from Enteric Fermentation (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a, b, c] | | | |
|--------|-----|------|------|------|------|------|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Enteric Fermentation | $CH_4$ | 141.3 | 125.8 | 166.7 | -11% | +18% |

[a] Range of emissions estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.
[b] Note that the relative uncertainty range was estimated with respect to the 2001 emission estimates submitted in 2003 and applied to the 2010 estimates.
[c] The overall uncertainty calculated in 2003, and applied to the 2010 emission estimate, did not include uncertainty estimates for American bison, mules, burros, and donkeys, and was based on the Tier 1 methodology for bulls. Consequently, there was more uncertainty with bull emissions than with other cattle types.

BLM_0047091

Methodological recalculations were applied to the entire time series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section.

## QA/QC and Verification

In order to ensure the quality of the emission estimates from enteric fermentation, the IPCC Tier 1 and Tier 2 Quality Assurance/Quality Control (QA/QC) procedures were implemented consistent with the U.S. QA/QC plan. Tier 2 QA procedures included independent peer review of emission estimates. Recent updates to the foraging portion of the diet values for cattle made this the area of emphasis for QA/QC this year, with specific attention to the data sources and comparisons of the current estimates with previous estimates.

In addition, over the past few years, particular importance has been placed on harmonizing the data exchange between the enteric fermentation and manure management source categories. The current inventory submission now utilizes the transition matrix from the CEFM for estimating cattle populations and weights for both source categories, and the CEFM is used to output volatile solids and nitrogen (N) excretion estimates using the diet assumptions in the model in conjunction with the energy balance equations from the IPCC (2006). This approach facilitates the QA/QC process for both of these source categories.

## Recalculations Discussion

There were several modifications to the methodology that had an effect on emission estimates, including the following:

- Emissions from bulls were estimated using Tier 2 methodology. This resulted in an increase of emissions from bulls by an average of approximately 79 percent per year compared to the previous Inventory estimates which used a Tier 1 methodology, such that bulls represent 3.4 percent of total enteric fermentation emissions from cattle.

- Revisions to the DE values for foraging cattle diets were applied to 1990-2010, resulting in an average change of less than 0.1 percent for foraging beef cattle emissions estimates for 1990 through 2006 and an average increase of 0.4 percent for 2007 through 2009. Details on the current dietary assumptions are discussed in Annex 3.9.

- During the QA/QC process, it was realized that the one data point from 1988 (total births) had been revised by USDA since its original download. Therefore, the data point was corrected from 39,318.0 to 39,317.9 thousand births. This is a very minor change, but it is noted specifically because it affects 1990 base year emissions by trickling through the transition matrix in the growing populations for 1989 and 1990.

- The equations used to distribute end-of-year remaining populations for feedlot cattle to the individual state populations were updated so that the population proportions reflect the current year rather than the following year populations. This did not affect total populations, but there were minor changes to the populations by state for feedlot cattle for all years.

- Previously, American bison and mules, burros, and donkeys were excluded from this source category. Emission estimates are now included for these animal types for all years, and contribute an average of 0.2 percent of total emissions from enteric fermentation across the time series.

- The USDA published revised estimates in several categories that affected historical emissions estimated for cattle, including slight revisions in 2009 cattle on feed population estimates for "other states" (aggregated data for states with small populations of cattle on feed), dairy cow milk production for several states, and steer and heifer placement and slaughter statistics. Additionally, calf births were revised for both the 2008 and 2009 estimates. These changes had an insignificant impact on the overall results.

- There were additional population changes for goats from 2003 through 2006, sheep for 2004, 2006, and 2009, and swine in 2009, as discussed in the recalculations discussion for manure management. Historical emission estimates for goats increased an average of 12.1 percent per year compared to the previous emission estimates for the years mentioned above. All other population changes resulted in a decrease in emissions of less than 1 percent for the animal type and year noted.

BLM_0047092

As a result of these changes, overall methane emissions from enteric fermentation increased an average of 111 Gg (1.7 percent) per year for 1990 through 2009.

## Planned Improvements

Continued research and regular updates are necessary to maintain an emissions inventory that reflects the current base of knowledge. Ongoing revisions for enteric fermentation could include some of the following options:

- Updating input variables that are from older data sources, such as beef births by month and beef cow lactation rates;

- Investigation of the availability of annual data for the DE and crude protein values of specific diet and feed components for foraging and feedlot animals;

- Given the many challenges in characterizing dairy diets, further investigation will be conducted on additional sources or methodologies for estimating DE for dairy. For example, the current method causes some significant shifts in data between years that may not mimic actual feeding conditions. Regional trend lines may be used to smooth the transition.

- The possible breakout of other animal types (i.e., sheep, swine, goats, horses) from national estimates to state-level estimates or updating to Tier 2 methodology; and

- The investigation of methodologies for including enteric fermentation emission estimates from poultry.

In addition, recent changes that have been implemented to the CEFM warrant an assessment of the current uncertainty analysis; therefore, a revision of the quantitative uncertainty surrounding emission estimates from this source category will be initiated.

## 6.2.   Manure Management (IPCC Source Category 4B)

The management of livestock manure can produce anthropogenic $CH_4$ and $N_2O$ emissions. Methane is produced by the anaerobic decomposition of manure. Direct $N_2O$ emissions are produced as part of the N cycle through the nitrification and denitrification of the organic N in livestock dung and urine.[170] Indirect $N_2O$ emissions are produced as result of the volatilization of N as $NH_3$ and $NO_x$ and runoff and leaching of N during treatment, storage and transportation.

When livestock or poultry manure are stored or treated in systems that promote anaerobic conditions (e.g., as a liquid/slurry in lagoons, ponds, tanks, or pits), the decomposition of materials in the manure tends to produce $CH_4$. When manure is handled as a solid (e.g., in stacks or drylots) or deposited on pasture, range, or paddock lands, it tends to decompose aerobically and produce little or no $CH_4$. Ambient temperature, moisture, and manure storage or residency time affect the amount of $CH_4$ produced because they influence the growth of the bacteria responsible for $CH_4$ formation. For non-liquid-based manure systems, moist conditions (which are a function of rainfall and humidity) can promote $CH_4$ production. Manure composition, which varies by animal diet, growth rate, and type, including the animal's digestive system, also affects the amount of $CH_4$ produced. In general, the greater the energy content of the feed, the greater the potential for $CH_4$ emissions. However, some higher-energy feeds also are more digestible than lower quality forages, which can result in less overall waste excreted from the animal.

The production of direct $N_2O$ emissions from livestock manure depends on the composition of the manure and urine, the type of bacteria involved in the process, and the amount of oxygen and liquid in the manure system. For direct $N_2O$ emissions to occur, the manure must first be handled aerobically where ammonia ($NH_3$) or organic N is converted to nitrates and nitrites (nitrification), and then handled anaerobically where the nitrates and nitrites are reduced to dinitrogen gas ($N_2$), with intermediate production of $N_2O$ and nitric oxide (NO) (denitrification) (Groffman et al. 2000). These emissions are most likely to occur in dry manure handling systems that have aerobic conditions, but that also contain pockets of anaerobic conditions due to saturation. A very small portion of the total

---

[170] Direct and indirect $N_2O$ emissions from dung and urine spread onto fields either directly as daily spread or after it is removed from manure management systems (e.g., lagoon, pit, etc.) and from livestock dung and urine deposited on pasture, range, or paddock lands are accounted for and discussed in the Agricultural Soil Management source category within the Agriculture sector.

BLM_0047093

N excreted is expected to convert to $N_2O$ in the waste management system (WMS).  Indirect $N_2O$ emissions are produced when nitrogen is lost from the system through volatilization (as $NH_3$ or $NO_x$) or through runoff and leaching.  The vast majority of volatilization losses from these operations are $NH_3$.  Although there are also some small losses of $NO_x$, there are no quantified estimates available for use, so losses due to volatilization are only based on $NH_3$ loss factors.  Runoff losses would be expected from operations that house animals or store manure in a manner that is exposed to weather.  Runoff losses are also specific to the type of animal housed on the operation due to differences in manure characteristics.  Little information is known about leaching from manure management systems as most research focuses on leaching from land application systems.  Since leaching losses are expected to be minimal, leaching losses are coupled with runoff losses and the runoff/leaching estimate does not include any leaching losses.

Estimates of $CH_4$ emissions in 2010 were 52.0 Tg $CO_2$ Eq. (2,478 Gg), 64 percent higher than in 1990.  Emissions increased on average by 1.0 Tg $CO_2$ Eq. (3.0 percent) annually over this period.  The majority of this increase was from swine and dairy cow manure, where emissions increased 20 and 107 percent, respectively.  Although the majority of manure in the United States is handled as a solid, producing little $CH_4$, the general trend in manure management, particularly for dairy and swine (which are both shifting towards larger facilities), is one of increasing use of liquid systems.  Also, new regulations limiting the application of manure nutrients have shifted manure management practices at smaller dairies from daily spread to manure managed and stored on site.  Although national dairy animal populations have been generally decreasing, some states have seen increases in their dairy populations as the industry becomes more concentrated in certain areas of the country.  These areas of concentration, such as California, New Mexico, and Idaho, tend to utilize more liquid-based systems to manage (flush or scrape) and store manure.  Thus the shift toward larger facilities is translated into an increasing use of liquid manure management systems, which have higher potential $CH_4$ emissions than dry systems.  This shift was accounted for by incorporating state and WMS-specific $CH_4$ conversion factor (MCF) values in combination with the 1992, 1997, 2002, and 2007 farm-size distribution data reported in the *Census of Agriculture* (USDA 2009a).  Methane emissions from sheep have decreased significantly since 1990 (a 56 percent decrease from 1990 to 2010); however, this is mainly due to population changes.  Overall, sheep contribute less than one percent of $CH_4$ emissions from animal manure management.  From 2009 to 2010, there was a 2.6 percent increase in total $CH_4$ emissions, mainly due to minor shifts in the animal populations and the resultant effects on manure management system allocations.

In 2010, total $N_2O$ emissions were estimated to be 18.3 Tg $CO_2$ Eq. (59 Gg); in 1990, emissions were 14.8 Tg $CO_2$ Eq. (48 Gg).  These values include both direct and indirect $N_2O$ emissions from manure management.  Nitrous oxide emissions have remained fairly steady since 1990.  Small changes in $N_2O$ emissions from individual animal groups exhibit the same trends as the animal group populations, with the overall net effect that $N_2O$ emissions showed a 24 percent increase from 1990 to 2010 and a less than 1 percent increase from 2009 through 2010.

Table 6-6 and Table 6-7 provide estimates of $CH_4$ and $N_2O$ emissions from manure management by animal category.

Table 6-6:  $CH_4$ and $N_2O$ Emissions from Manure Management (Tg $CO_2$ Eq.)

| Gas/Animal Type | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| $CH_4$[a] | 31.7 | 47.9 | 48.4 | 52.7 | 51.8 | 50.7 | 52.0 |
| Dairy Cattle | 12.6 | 22.4 | 23.1 | 25.7 | 26.0 | 25.9 | 26.0 |
| Beef Cattle | 2.7 | 2.8 | 2.9 | 2.9 | 2.8 | 2.7 | 2.8 |
| Swine | 13.1 | 19.2 | 18.9 | 20.6 | 19.7 | 18.8 | 19.9 |
| Sheep | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Goats | + | + | + | + | + | + | + |
| Poultry | 2.8 | 2.7 | 2.7 | 2.8 | 2.7 | 2.7 | 2.7 |
| Horses | 0.5 | 0.6 | 0.6 | 0.6 | 0.5 | 0.5 | 0.5 |
| $N_2O$[b] | 14.8 | 17.6 | 18.4 | 18.5 | 18.3 | 18.2 | 18.3 |
| Dairy Cattle | 5.3 | 5.7 | 5.8 | 5.9 | 5.8 | 5.8 | 5.9 |
| Beef Cattle | 6.5 | 7.8 | 8.3 | 8.2 | 8.1 | 8.1 | 8.2 |
| Swine | 1.2 | 1.8 | 1.8 | 2.0 | 2.0 | 2.0 | 1.9 |
| Sheep | 0.1 | 0.4 | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 |
| Goats | + | + | + | + | + | + | + |
| Poultry | 1.5 | 1.7 | 1.7 | 1.7 | 1.7 | 1.6 | 1.6 |
| Horses | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |

BLM_0047094

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total** | **46.5** | **65.5** | **66.7** | **71.1** | **70.0** | **68.9** | **70.4** |

+ Less than 0.05 Tg $CO_2$ Eq.
[a]Accounts for $CH_4$ reductions due to capture and destruction of $CH_4$ at facilities using anaerobic digesters.
[b]Includes both direct and indirect $N_2O$ emissions.
Note:  Totals may not sum due to independent rounding.

Table 6-7:  $CH_4$ and $N_2O$ Emissions from Manure Management (Gg)

| Gas/Animal Type | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **$CH_4$[a]** | **1,511** | **2,280** | **2,303** | **2,508** | **2,465** | **2,416** | **2,478** |
| Dairy Cattle | 599 | 1069 | 1101 | 1224 | 1238 | 1233 | 1239 |
| Beef Cattle | 128 | 135 | 138 | 136 | 132 | 131 | 134 |
| Swine | 624 | 914 | 901 | 982 | 938 | 896 | 948 |
| Sheep | 7 | 3 | 3 | 3 | 3 | 3 | 3 |
| Goats | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Poultry | 131 | 129 | 131 | 134 | 129 | 128 | 129 |
| Horses | 22 | 28 | 27 | 27 | 24 | 24 | 24 |
| **$N_2O$[b]** | **48** | **57** | **59** | **60** | **59** | **59** | **59** |
| Dairy Cattle | 17 | 18 | 19 | 19 | 19 | 19 | 19 |
| Beef Cattle | 21 | 25 | 27 | 27 | 26 | 26 | 27 |
| Swine | 4 | 6 | 6 | 6 | 6 | 6 | 6 |
| Sheep | + | 1 | 1 | 1 | 1 | 1 | 1 |
| Goats | + | + | + | + | + | + | + |
| Poultry | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Horses | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

+ Less than 0.5 Gg.
[a]Accounts for $CH_4$ reductions due to capture and destruction of $CH_4$ at facilities using anaerobic digesters.
[b]Includes both direct and indirect $N_2O$ emissions.
Note:  Totals may not sum due to independent rounding.

## Methodology

The methodologies presented in IPCC (2006) form the basis of the $CH_4$ and $N_2O$ emission estimates for each animal type.  This section presents a summary of the methodologies used to estimate $CH_4$ and $N_2O$ emissions from manure management.  See Annex 3.10 for more detailed information on the methodology and data used to calculate $CH_4$ and $N_2O$ emissions from manure management.

### Methane Calculation Methods

The following inputs were used in the calculation of $CH_4$ emissions:

- Animal population data (by animal type and state);
- Typical animal mass (TAM) data (by animal type);
- Portion of manure managed in each waste management system (WMS), by state and animal type;
- Volatile solids (VS) production rate (by animal type and state or United States);
- Methane producing potential ($B_o$) of the volatile solids (by animal type); and
- Methane conversion factors (MCF), the extent to which the $CH_4$ producing potential is realized for each type of WMS (by state and manure management system, including the impacts of any biogas collection efforts).

Methane emissions were estimated by first determining activity data, including animal population, TAM, WMS usage, and waste characteristics.  The activity data sources are described below:

- Annual animal population data for 1990 through 2010 for all livestock types, except horses and goats were obtained from USDA NASS.  For cattle, the USDA populations were utilized in conjunction with birth rates, detailed feedlot placement information, and slaughter weight data to create the transition matrix in the

BLM_0047095

CEFM that models cohorts of individual animal types and their specific emission profiles. The key variables tracked for each of the cattle population categories are described in Section 6.1 and in more detail in Annex 3.9. Horse population data were obtained from the FAOSTAT database (FAO 2010). Goat population data for 1992, 1997, 2002, and 2007 were obtained from the *Census of Agriculture* (USDA 2009a).

- The TAM is an annual average weight which was obtained for animal types other than cattle from information in USDA's *Agricultural Waste Management Field Handbook* (USDA 1996a), the American Society of Agricultural Engineers, Standard D384.1 (ASAE 1999) and others (EPA 1992, Safley 2000, ERG 2010a). For a description of the TAM used for cattle, please see section 6.1, Enteric Fermentation.

- WMS usage was estimated for swine and dairy cattle for different farm size categories using data from USDA (USDA 1996b, 1998b, 2000a, 2009a) and EPA (ERG 2000a, EPA 2002a, 2002b). For beef cattle and poultry, manure management system usage data were not tied to farm size but were based on other data sources (ERG 2000a, USDA 2000b, UEP 1999). For other animal types, manure management system usage was based on previous estimates (EPA 1992).

- VS production rates for all cattle except for bulls and calves were calculated by head for each state and animal type in the CEFM. VS production rates by animal mass for all other animals were determined using data from USDA's *Agricultural Waste Management Field Handbook* (USDA 1996a, 2008 and ERG 2010b and 2010c) and data from the American Society of Agricultural Engineers, Standard D384.1 (ASAE 1998).

- The maximum $CH_4$ producing capacity of the VS ($B_o$) was determined for each animal type based on literature values (Morris 1976, Bryant et al, 1976, Hashimoto 1981, Hashimoto 1984, EPA 1992, Hill 1982, and Hill 1984).

- MCFs for dry systems were set equal to default IPCC factors based on state climate for each year (IPCC 2006). MCFs for liquid/slurry, anaerobic lagoon, and deep pit systems were calculated based on the forecast performance of biological systems relative to temperature changes as predicted in the van't Hoff-Arrhenius equation which is consistent with IPCC (2006) Tier 2 methodology.

- Anaerobic digestion system data were obtained from the EPA AgSTAR Program, including information presented in the *AgSTAR Digest* (EPA 2000, 2003, 2006) and the AgSTAR project database (EPA 2011). Anaerobic digester emissions were calculated based on estimated methane production and collection and destruction efficiency assumptions (ERG 2008).

To estimate $CH_4$ emissions for cattle, the estimated amount of VS (kg per animal-year) managed in each WMS for each animal type, state, and year were taken from the CEFM. For animals other than cattle, the annual amount of VS (kg per year) from manure excreted in each WMS was calculated for each animal type, state, and year. This calculation multiplied the animal population (head) by the VS excretion rate (kg VS per 1,000 kg animal mass per day), the TAM (kg animal mass per head) divided by 1,000, the WMS distribution (percent), and the number of days per year (365.25).

The estimated amount of VS managed in each WMS was used to estimate the $CH_4$ emissions (kg $CH_4$ per year) from each WMS. The amount of VS (kg per year) were multiplied by the maximum $CH_4$ producing capacity of the VS ($B_o$) ($m^3$ $CH_4$ per kg VS), the MCF for that WMS (percent), and the density of $CH_4$ (kg $CH_4$ per $m^3$ $CH_4$). The $CH_4$ emissions for each WMS, state, and animal type were summed to determine the total U.S. $CH_4$ emissions.

## Nitrous Oxide Calculation Methods

The following inputs were used in the calculation of direct and indirect $N_2O$ emissions:

- Animal population data (by animal type and state);
- TAM data (by animal type);
- Portion of manure managed in each WMS (by state and animal type);
- Total Kjeldahl N excretion rate (Nex);
- Direct $N_2O$ emission factor ($EF_{WMS}$);
- Indirect $N_2O$ emission factor for volitalization ($EF_{volitalization}$);
- Indirect $N_2O$ emission factor for runoff and leaching ($EF_{runoff/leach}$);
- Fraction of N loss from volitalization of $NH_3$ and $NO_x$ ($Frac_{gas}$); and
- Fraction of N loss from runoff and leaching ($Frac_{runoff/leach}$).

BLM_0047096

$N_2O$ emissions were estimated by first determining activity data, including animal population, TAM, WMS usage, and waste characteristics. The activity data sources (except for population, TAM, and WMS, which were described above) are described below:

- Nex rates for all cattle except for bulls and calves were calculated by head for each state and animal type in the CEFM. Nex rates by animal mass for all other animals were determined using data from USDA's *Agricultural Waste Management Field Handbook* (USDA 1996a, 2008 and ERG 2010b and 2010c) and data from the American Society of Agricultural Engineers, Standard D384.1 (ASAE 1998).

- All $N_2O$ emission factors (direct and indirect) were taken from IPCC (2006).

- Country-specific estimates for the fraction of N loss from volatilization ($Frac_{gas}$) and runoff and leaching ($Frac_{runoff/leach}$) were developed. $Frac_{gas}$ values were based on WMS-specific volatilization values as estimated from EPA's *National Emission Inventory - Ammonia Emissions from Animal Agriculture Operations* (EPA 2005). $Frac_{runoff/leaching}$ values were based on regional cattle runoff data from EPA's Office of Water (EPA 2002b; see Annex 3.1).

To estimate $N_2O$ emissions for cattle, the estimated amount of N excreted (kg per animal-year) managed in each WMS for each animal type, state, and year were taken from the CEFM. For animals other than cattle, the amount of N excreted (kg per year) in manure in each WMS for each animal type, state, and year was calculated. The population (head) for each state and animal was multiplied by TAM (kg animal mass per head) divided by 1,000, the nitrogen excretion rate (Nex, in kg N per 1000 kg animal mass per day), WMS distribution (percent), and the number of days per year.

Direct $N_2O$ emissions were calculated by multiplying the amount of N excreted (kg per year) in each WMS by the $N_2O$ direct emission factor for that WMS ($EF_{WMS}$, in kg $N_2O$-N per kg N) and the conversion factor of $N_2O$-N to $N_2O$. These emissions were summed over state, animal, and WMS to determine the total direct $N_2O$ emissions (kg of $N_2O$ per year).

Next, indirect $N_2O$ emissions from volatilization (kg $N_2O$ per year) were calculated by multiplying the amount of N excreted (kg per year) in each WMS by the fraction of N lost through volatilization ($Frac_{las}$) divided by 100, and the emission factor for volatilization ($EF_{volatilization}$, in kg $N_2O$ per kg N), and the conversion factor of $N_2O$-N to $N_2O$. Indirect $N_2O$ emissions from runoff and leaching (kg $N_2O$ per year) were then calculated by multiplying the amount of N excreted (kg per year) in each WMS by the fraction of N lost through runoff and leaching ($Frac_{runoff/leach}$) divided by 100, and the emission factor for runoff and leaching ($EF_{runoff/leach}$, in kg $N_2O$ per kg N), and the conversion factor of $N_2O$-N to $N_2O$. The indirect $N_2O$ emissions from volatilization and runoff and leaching were summed to determine the total indirect $N_2O$ emissions.

The direct and indirect $N_2O$ emissions were summed to determine total $N_2O$ emissions (kg $N_2O$ per year).

## Uncertainty and Time-Series Consistency

An analysis (ERG 2003) was conducted for the manure management emission estimates presented in the 1990 through 2001 Inventory report to determine the uncertainty associated with estimating $CH_4$ and $N_2O$ emissions from livestock manure management. The quantitative uncertainty analysis for this source category was performed in 2002 through the IPCC-recommended Tier 2 uncertainty estimation methodology, the Monte Carlo Stochastic Simulation technique. The uncertainty analysis was developed based on the methods used to estimate $CH_4$ and $N_2O$ emissions from manure management systems. A normal probability distribution was assumed for each source data category. The series of equations used were condensed into a single equation for each animal type and state. The equations for each animal group contained four to five variables around which the uncertainty analysis was performed for each state. These uncertainty estimates were directly applied to the 2010 emission estimates.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 6-8. Manure management $CH_4$ emissions in 2010 were estimated to be between 42.7 and 62.5 Tg $CO_2$ Eq. at a 95 percent confidence level, which indicates a range of 18 percent below to 20 percent above the actual 2010 emission estimate of 52.0 Tg $CO_2$ Eq. At the 95 percent confidence level, $N_2O$ emissions were estimated to be between 15.4 and 22.7 Tg $CO_2$ Eq. (or approximately 16 percent below and 24 percent above the actual 2010 emission estimate of 18.3 Tg $CO_2$ Eq.).

BLM_0047097

Table 6-8: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ and $N_2O$ (Direct and Indirect) Emissions from Manure Management (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg $CO_2$ Eq.) | | (%) | |
|--------|-----|------|------------|------------|------------|------------|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Manure Management | $CH_4$ | 52.0 | 42.7 | 62.5 | -18% | +20% |
| Manure Management | $N_2O$ | 18.3 | 15.4 | 22.7 | -16% | +24% |

[a]Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

## QA/QC and Verification

Tier 1 and Tier 2 QA/QC activities were conducted consistent with the U.S. QA/QC plan. Tier 2 activities focused on comparing estimates for the previous and current inventories for $N_2O$ emissions from managed systems and $CH_4$ emissions from livestock manure. All errors identified were corrected. Order of magnitude checks were also conducted, and corrections made where needed. Manure N data were checked by comparing state-level data with bottom up estimates derived at the county level and summed to the state level. Similarly, a comparison was made by animal and WMS type for the full time series, between national level estimates for N excreted and the sum of county estimates for the full time series.

The U.S. specific values for TAM, Nex, VS, $B_o$, MCF, and the resulting implied emission factors were also compared to the IPCC default values. Although significant differences exist in some instances, these differences are due to the use of U.S. specific data and the differences in U.S. agriculture as compared to other countries. The U.S. manure management emission estimates use the most reliable country-specific data, which are more representative of U.S. animals and systems than the IPPC default values. For example, the U.S. implied $CH_4$ emission factor for dairy cattle is significantly higher than the IPCC default implied $CH_4$ emission factor. This is because U.S. dairy manure is most commonly managed in liquid systems, which produce more $CH_4$.

## Recalculations Discussion

The CEFM produces population, VS and Nex data for cattle that are used in the manure management inventory. As a result, all changes to the CEFM described in Section 6.1 Enteric Fermentation contributed to changes in the population, VS and Nex data used for calculating $CH_4$ and $N_2O$ cattle emissions from manure management.

Data from the 2007 *Census of Agriculture* were incorporated into the inventory. Census farm size distribution data were used to update the WMS distributions for dairy and swine in 2007. The dairy and swine WMS distributions between 2002 and 2007 were extrapolated based on the 2002 and 2007 data; WMS distributions after 2007 were assumed to be equal to 2007 values. The dairy and swine WMS update caused changes in dairy and swine emission estimates from 2003 on.

In addition, census county-level population data were used to update the county-level population estimates. These estimates are used as input to the Agricultural Soil Management calculations, and to determine population-weighted state temperatures which are used to calculate MCFs for liquid systems. The county-level population update caused minor changes in methane emissions for all animals throughout the timeseries.

State animal populations were updated to reflect updated USDA NASS datasets. Population changes occurred for all animals in 2009. Sheep populations experienced changes in 2004 to 2006 and 2008 estimates due to a change in the "other states" reported by USDA NASS.

Temperature data were updated to incorporate the most recent available data. The temperature data are used to estimate MCFs for liquid systems; this update caused minor changes in $CH_4$ emission estimates from dairy, swine, beef, and poultry from 2007 to 2009.

## Planned Improvements

Tier 1 emission estimates for mules, donkeys, burros, and American bison will be incorporated into future

BLM_0047098

inventories. Although these animal groups are considered very minor sources of emissions and will not contribute significantly to the overall U.S. emissions from manure management, they will be included for completeness and consistency across source categories.

The uncertainty analysis will be updated in the future to more accurately assess uncertainty of emission calculations. This update is necessary due to the extensive changes in emission calculation methodology, including estimation of emissions at the WMS level and the use of new calculations and variables for indirect $N_2O$ emissions.

## 6.3.   Rice Cultivation (IPCC Source Category 4C)

Most of the world's rice, and all rice in the United States, is grown on flooded fields. When fields are flooded, aerobic decomposition of organic material gradually depletes most of the oxygen present in the soil, causing anaerobic soil conditions. Once the environment becomes anaerobic, $CH_4$ is produced through anaerobic decomposition of soil organic matter by methanogenic bacteria. As much as 60 to 90 percent of the $CH_4$ produced is oxidized by aerobic methanotrophic bacteria in the soil (some oxygen remains at the interfaces of soil and water, and soil and root system) (Holzapfel-Pschorn et al. 1985, Sass et al. 1990). Some of the $CH_4$ is also leached away as dissolved $CH_4$ in floodwater that percolates from the field. The remaining un-oxidized $CH_4$ is transported from the submerged soil to the atmosphere primarily by diffusive transport through the rice plants. Minor amounts of $CH_4$ also escape from the soil via diffusion and bubbling through floodwaters.

The water management system under which rice is grown is one of the most important factors affecting $CH_4$ emissions. Upland rice fields are not flooded, and therefore are not believed to produce $CH_4$. In deepwater rice fields (i.e., fields with flooding depths greater than one meter), the lower stems and roots of the rice plants are dead, so the primary $CH_4$ transport pathway to the atmosphere is blocked. The quantities of $CH_4$ released from deepwater fields, therefore, are believed to be significantly less than the quantities released from areas with shallower flooding depths. Some flooded fields are drained periodically during the growing season, either intentionally or accidentally. If water is drained and soils are allowed to dry sufficiently, $CH_4$ emissions decrease or stop entirely. This is due to soil aeration, which not only causes existing soil $CH_4$ to oxidize but also inhibits further $CH_4$ production in soils. All rice in the United States is grown under continuously flooded conditions; none is grown under deepwater conditions. Mid-season drainage does not occur except by accident (e.g., due to levee breach).

Other factors that influence $CH_4$ emissions from flooded rice fields include fertilization practices (especially the use of of organic fertilizers), soil temperature, soil type, rice variety, and cultivation practices (e.g., tillage, seeding, and weeding practices). The factors that determine the amount of organic material available to decompose (i.e., organic fertilizer use, soil type, rice variety,[171] and cultivation practices) are the most important variables influencing the amount of $CH_4$ emitted over the growing season; the total amount of $CH_4$ released depends primarily on the amount of organic substrate available. Soil temperature is known to be an important factor regulating the activity of methanogenic bacteria, and therefore the rate of $CH_4$ production. However, although temperature controls the amount of time it takes to convert a given amount of organic material to $CH_4$, that time is short relative to a growing season, so the dependence of total emissions over an entire growing season on soil temperature is weak. The application of synthetic fertilizers has also been found to influence $CH_4$ emissions; in particular, both nitrate and sulfate fertilizers (e.g., ammonium nitrate and ammonium sulfate) appear to inhibit $CH_4$ formation.

Rice is cultivated in eight states: Arkansas, California, Florida, Louisiana, Mississippi, Missouri, Oklahoma, and Texas.[172] Soil types, rice varieties, and cultivation practices for rice vary from state to state, and even from farm to farm. However, most rice farmers apply organic fertilizers in the form of residue from the previous rice crop, which is left standing, disked, or rolled into the fields. Most farmers also apply synthetic fertilizer to their fields, usually urea. Nitrate and sulfate fertilizers are not commonly used in rice cultivation in the United States. In addition, the climatic conditions of southwest Louisiana, Texas, and Florida often allow for a second, or ratoon, rice crop. Ratoon crops are much less common or non-existent in Arkansas, California, Mississippi, Missouri, Oklahoma, and northern areas of Louisiana. Methane emissions from ratoon crops have been found to be considerably higher than those from the primary crop. This second rice crop is produced from regrowth of the stubble after the first crop has been

---

[171] The roots of rice plants shed organic material, which is referred to as "root exudate." The amount of root exudate produced by a rice plant over a growing season varies among rice varieties.

[172] A very small amount of rice is grown on about 20 acres in South Carolina; however, this amount was determined to be too insignificant to warrant inclusion in national emission estimates.

BLM_0047099

harvested.  Because the first crop's stubble is left behind in ratooned fields, and there is no time delay between cropping seasons (which would allow the stubble to decay aerobically), the amount of organic material that is available for anaerobic decomposition is considerably higher than with the first (i.e., primary) crop.

Rice cultivation is a small source of $CH_4$ in the United States (Table 6-9 and Table 6-10).  In 2010, $CH_4$ emissions from rice cultivation were 8.6 Tg $CO_2$ Eq. (410 Gg).  Annual emissions fluctuated unevenly between the years 1990 and 2010, ranging from an annual decrease of 14 percent to an annual increase of 17 percent.  There was an overall decrease of 17 percent between 1990 and 2006, due to an overall decrease in primary crop area.[173]  However, emission levels increased again by 45 percent between 2006 and 2010 due to an increase in rice crop area in all states except Oklahoma, which reported no rice production in 2009 and 2010.  The factors that affect the rice acreage in any year vary from state to state, although the price of rice relative to competing crops is the primary controlling variable in most states.

Table 6-9:  $CH_4$ Emissions from Rice Cultivation (Tg $CO_2$ Eq.)

| State | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| **Primary** | **5.1** | | **6.0** | **5.1** | **4.9** | **5.3** | **5.6** | **6.5** |
| Arkansas | 2.1 | | 2.9 | 2.5 | 2.4 | 2.5 | 2.6 | 3.2 |
| California | 0.7 | | 0.9 | 0.9 | 1.0 | 0.9 | 1.0 | 1.0 |
| Florida | + | | + | + | + | + | + | + |
| Louisiana | 1.0 | | 0.9 | 0.6 | 0.7 | 0.8 | 0.8 | 1.0 |
| Mississippi | 0.4 | | 0.5 | 0.3 | 0.3 | 0.4 | 0.4 | 0.5 |
| Missouri | 0.1 | | 0.4 | 0.4 | 0.3 | 0.4 | 0.4 | 0.4 |
| Oklahoma | + | | + | + | + | + | + | + |
| Texas | 0.6 | | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| **Ratoon** | **2.1** | | **0.8** | **0.9** | **1.3** | **1.9** | **1.8** | **2.1** |
| Arkansas | + | | + | + | + | + | + | + |
| Florida | + | | + | + | + | + | + | + |
| Louisiana | 1.1 | | 0.5 | 0.5 | 0.9 | 1.2 | 1.1 | 1.4 |
| Texas | 0.9 | | 0.4 | 0.4 | 0.3 | 0.6 | 0.7 | 0.7 |
| **Total** | **7.1** | | **6.8** | **5.9** | **6.2** | **7.2** | **7.3** | **8.6** |

+ Less than 0.05 Tg $CO_2$ Eq.
Note:  Totals may not sum due to independent rounding.

Table 6-10:  $CH_4$ Emissions from Rice Cultivation (Gg)

| State | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| **Primary** | **241** | | **287** | **241** | **235** | **254** | **265** | **308** |
| Arkansas | 102 | | 139 | 119 | 113 | 119 | 125 | 152 |
| California | 34 | | 45 | 44 | 45 | 44 | 47 | 47 |
| Florida | 1 | | 1 | 1 | 1 | 1 | 1 | 1 |
| Louisiana | 46 | | 45 | 29 | 32 | 39 | 39 | 45 |
| Mississippi | 21 | | 22 | 16 | 16 | 19 | 21 | 26 |
| Missouri | 7 | | 18 | 18 | 15 | 17 | 17 | 21 |
| Oklahoma | + | | + | + | + | + | + | + |
| Texas | 30 | | 17 | 13 | 12 | 15 | 14 | 16 |
| **Ratoon** | **98** | | **39** | **41** | **60** | **89** | **84** | **101** |
| Arkansas | + | | 1 | + | + | + | + | + |
| Florida | 2 | | + | 1 | 1 | 1 | 2 | 2 |
| Louisiana | 52 | | 22 | 22 | 42 | 59 | 51 | 68 |

---

[173] The 14 percent decrease occurred between 2005 and 2006; the 17 percent increase happened between 1993 and 1994.

BLM_0047100

| Texas | 45 | | 17 | 18 | 16 | 29 | 31 | 32 |
|-------|----|-|----|----|----|----|----|----|
| **Total** | **339** | | **326** | **282** | **295** | **343** | **349** | **410** |

+ Less than 0.5 Gg
Note: Totals may not sum due to independent rounding.

## Methodology

IPCC (2006) recommends using harvested rice areas, area-based daily emission factors (i.e., amount of $CH_4$ emitted per day per unit harvested area), and length of growing season to estimate annual $CH_4$ emissions from rice cultivation. To that end, the recommended methodology and Tier 2 U.S.-specific emission factors derived from rice field measurements were used. Average U.S. seasonal emission factors were applied since state-specific and daily emission factors were not available. Seasonal emissions have been found to be much higher for ratooned crops than for primary crops, so emissions from ratooned and primary areas are estimated separately using emission factors that are representative of the particular growing season. This approach is consistent with IPCC (2006).

The harvested rice areas for the primary and ratoon crops in each state are presented in Table 6-11, and the area of ratoon crop area as a percent of primary crop area is shown in Table 6-12. Primary crop areas for 1990 through 2010 for all states except Florida and Oklahoma were taken from U.S. Department of Agriculture's *Field Crops Final Estimates 1987–1992* (USDA 1994), *Field Crops Final Estimates 1992–1997* (USDA 1998), *Field Crops Final Estimates 1997–2002* (USDA 2003), and *Crop Production Summary* (USDA 2005 through 2011). Source data for non-USDA sources of primary and ratoon harvest areas are shown in Table 6-13. California, Mississippi, Missouri, and Oklahoma have not ratooned rice over the period 1990 through 2010 (Guethle 1999 through 2010; Lee 2003 through 2007; Mutters 2002 through 2005; Street 1999 through 2003; Walker 2005, 2007 through 2008; Buehring 2009 through 2011).

Table 6-11: Rice Areas Harvested (Hectares)

| State/Crop | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|------------|------|-|------|------|------|------|------|------|
| Arkansas | | | | | | | | |
|   Primary | 485,633 | | 661,675 | 566,572 | 536,220 | 564,549 | 594,901 | 722,380 |
|   Ratoon[a] | - | | 662 | 6 | 5 | 6 | 6 | 7 |
| California | 159,854 | | 212,869 | 211,655 | 215,702 | 209,227 | 225,010 | 223,796 |
| Florida | | | | | | | | |
|   Primary | 4,978 | | 4,565 | 4,575 | 6,242 | 5,463 | 5,664 | 5,330 |
|   Ratoon | 2,489 | | + | 1,295 | 1,873 | 1,639 | 2,266 | 2,275 |
| Louisiana | | | | | | | | |
|   Primary | 220,558 | | 212,465 | 139,620 | 152,975 | 187,778 | 187,778 | 216,512 |
|   Ratoon | 66,168 | | 27,620 | 27,924 | 53,541 | 75,111 | 65,722 | 86,605 |
| Mississippi | 101,174 | | 106,435 | 76,487 | 76,487 | 92,675 | 98,341 | 122,622 |
| Missouri | 32,376 | | 86,605 | 86,605 | 72,036 | 80,534 | 80,939 | 101,578 |
| Oklahoma | 617 | | 271 | 17 | + | 77 | + | + |
| Texas | | | | | | | | |
|   Primary | 142,857 | | 81,344 | 60,704 | 58,681 | 69,607 | 68,798 | 76,083 |
|   Ratoon | 57,143 | | 21,963 | 23,675 | 21,125 | 36,892 | 39,903 | 41,085 |
| **Total Primary** | **1,148,047** | | **1,366,228** | **1,146,235** | **1,118,343** | **1,209,911** | **1,261,431** | **1,468,300** |
| **Total Ratoon** | **125,799** | | **50,245** | **52,899** | **76,544** | **113,648** | **107,897** | **129,971** |
| **Total** | **1,273,847** | | **1,416,473** | **1,199,135** | **1,194,887** | **1,323,559** | **1,369,328** | **1,598,271** |

[a] Arkansas ratooning occurred only in 1998, 1999, and 2005 through 2010.
+ Emissions are less than 0.1 Tg $CO_2$ Eq.
- No reported value
Note: Totals may not sum due to independent rounding.

BLM_0047101

Table 6-12:  Ratooned Area as Percent of Primary Growth Area

| State | 1990 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arkansas | 0% | | + | + | | | 0% | | | 0.1% | + | + | + | + | + |
| Florida | | 50% | | 65% | 41% | 60% | 54% | 100% | 77% | 0% | 28% | 30% | 30% | 40% | 43% |
| Louisiana | | 30% | | | 40% | 30% | 15% | 35% | 30% | 13% | 20% | 35% | 40% | 35% | 40% |
| Texas | | 40% | | | 50% | 40% | 37% | 38% | 35% | 27% | 39% | 36% | 53% | 58% | 54% |

+ Indicates ratooning rate less than 0.1 percent.

Table 6-13:  Non-USDA Data Sources for Rice Harvest Information

| State/Crop | 1990 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Arkansas** | | | | | | | | | | | | |
| Ratoon | | | | Wilson (2002 – 2007, 2009 – 2011) | | | | | | | | |
| **Florida** | | | | | | | | | | | | |
| Primary | Scheuneman (1999 – 2001) | | Deren (2002) | | Kirstein (2003, 2006) | | | Gonzales (2006 – 2011) | | | | |
| Ratoon | Scheuneman (1999) | | Deren (2002) | | Kirstein (2003-2004) | | Cantens (2005) | Gonzales (2006 – 2011) | | | | |
| **Louisiana** | | | | | | | | | | | | |
| Ratoon | Bollich (2000) | | Linscombe (1999, 2001 – 2011) | | | | | | | | | |
| **Oklahoma** | | | | | | | | | | | | |
| Primary | Lee (2003-2007) | | | | | | | Anderson (2008 – 2011) | | | | |
| **Texas** | | | | | | | | | | | | |
| Ratoon | Klosterboer (1999 – 2003) | | | Stansel (2004 – 2005) | | | Texas Ag Experiment Station (2006 – 2011) | | | | | |

To determine what $CH_4$ emission factors should be used for the primary and ratoon crops, $CH_4$ flux information from rice field measurements in the United States was collected.  Experiments that involved atypical or nonrepresentative management practices (e.g., the application of nitrate or sulfate fertilizers, or other substances believed to suppress $CH_4$ formation), as well as experiments in which measurements were not made over an entire flooding season or floodwaters were drained mid-season, were excluded from the analysis.  The remaining experimental results[174] were then sorted by season (i.e., primary and ratoon) and type of fertilizer amendment (i.e., no fertilizer added, organic fertilizer added, and synthetic and organic fertilizer added).  The experimental results from primary crops with added synthetic and organic fertilizer (Bossio et al. 1999; Cicerone et al. 1992; Sass et al. 1991a, 1991b) were averaged to derive an emission factor for the primary crop, and the experimental results from ratoon crops with added synthetic fertilizer (Lindau and Bollich 1993, Lindau et al. 1995) were averaged to derive an emission factor for the ratoon crop.  The resultant emission factor for the primary crop is 210 kg $CH_4$/hectare-season, and the resultant emission factor for the ratoon crop is 780 kg $CH_4$/hectare-season.

## Uncertainty and Time-Series Consistency

The largest uncertainty in the calculation of $CH_4$ emissions from rice cultivation is associated with the emission factors.  Seasonal emissions, derived from field measurements in the United States, vary by more than one order of magnitude.  This inherent variability is due to differences in cultivation practices, particularly fertilizer type, amount, and mode of application; differences in cultivar type; and differences in soil and climatic conditions.  A portion of this variability is accounted for by separating primary from ratooned areas.  However, even within a cropping season or a given management regime, measured emissions may vary significantly.  Of the experiments

---

[174] In some of these remaining experiments, measurements from individual plots were excluded from the analysis because of the aforementioned reasons.  In addition, one measurement from the ratooned fields (i.e., the flux of 1,490 kg $CH_4$/hectare-season m Lindau and Bollich 1993) was excluded, because this emission rate is unusually high compared to other flux measurements in the United States, as well as IPCC (2006) default emission factors.

BLM_0047102

used to derive the emission factors applied here, primary emissions ranged from 22 to 479 kg $CH_4$/hectare-season and ratoon emissions ranged from 481 to 1,490 kg $CH_4$/hectare-season. The uncertainty distributions around the primary and ratoon emission factors were derived using the distributions of the relevant primary or ratoon emission factors available in the literature and described above. Variability about the rice emission factor means was not normally distributed for either primary or ratooned crops, but rather skewed, with a tail trailing to the right of the mean. A lognormal statistical distribution was, therefore, applied in the Tier 2 Monte Carlo analysis.

Other sources of uncertainty include the primary rice-cropped area for each state, percent of rice-cropped area that is ratooned, and the extent to which flooding outside of the normal rice season is practiced. Expert judgment was used to estimate the uncertainty associated with primary rice-cropped area for each state at 1 to 5 percent, and a normal distribution was assumed. Uncertainties were applied to ratooned area by state, based on the level of reporting performed by the state. No uncertainty estimates were calculated for the practice of flooding outside of the normal rice season because $CH_4$ flux measurements have not been undertaken over a sufficient geographic range or under a broad enough range of representative conditions to account for this source in the emission estimates or its associated uncertainty.

To quantify the uncertainties for emissions from rice cultivation, a Monte Carlo (Tier 2) uncertainty analysis was performed using the information provided above. The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 6-14. Rice cultivation $CH_4$ emissions in 2010 were estimated to be between 3.0 and 21.8 Tg $CO_2$ Eq. at a 95 percent confidence level, which indicates a range of 65 percent below to 153 percent above the actual 2010 emission estimate of 8.6 Tg $CO_2$ Eq.

Table 6-14: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Rice Cultivation (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Rice Cultivation | $CH_4$ | 8.6 | 3.0 | 21.8 | -65% | +153% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

A source-specific QA/QC plan for rice cultivation was developed and implemented. This effort included a Tier 1 analysis, as well as portions of a Tier 2 analysis. The Tier 2 procedures focused on comparing trends across years, states, and cropping seasons to attempt to identify any outliers or inconsistencies. No problems were found.

## Planned Improvements

A possible future improvement is to create region-specific emission factors for rice cultivation. The current methodology uses a nationwide average emission factor, derived from several studies done in a number of states. The prospective improvement would take the same studies and average them by region, presumably resulting in more spatially specific emission factors.

## *6.4. Agricultural Soil Management (IPCC Source Category 4D)*

Nitrous oxide is produced naturally in soils through the microbial processes of nitrification and denitrification.[175] A

---

[175] Nitrification and denitrification are driven by the activity of microorganisms in soils. Nitrification is the aerobic microbial oxidation of ammonium ($NH_4^+$) to nitrate ($NO_3^-$), and denitrification is the anaerobic microbial reduction of nitrate to $N_2$. Nitrous

BLM_0047103

number of agricultural activities increase mineral N availability in soils, thereby increasing the amount available for nitrification and denitrification, and ultimately the amount of $N_2O$ emitted. These activities increase soil mineral N either directly or indirectly (see Figure 6-2). Direct increases occur through a variety of management practices that add or lead to greater release of mineral N to the soil, including fertilization; application of managed livestock manure and other organic materials such as sewage sludge; deposition of manure on soils by domesticated animals in pastures, rangelands, and paddocks (PRP) (i.e., by grazing animals and other animals whose manure is not managed); production of N-fixing crops and forages; retention of crop residues; and drainage and cultivation of organic cropland soils (i.e., soils with a high organic matter content, otherwise known as histosols).[176] Other agricultural soil management activities, including irrigation, drainage, tillage practices, and fallowing of land, can influence N mineralization in soils and thereby affect direct emissions. Mineral N is also made available in soils through decomposition of soil organic matter and plant litter, as well as asymbiotic fixation of N from the atmosphere,[177] and these processes are influenced by agricultural management through impacts on moisture and temperature regimes in soils. These additional sources of mineral N are included at the recommendation of IPCC (2006) for complete accounting of management impacts on greenhouse gas emissions, as discussed in the Methodology section. Indirect emissions of $N_2O$ occur through two pathways: (1) volatilization and subsequent atmospheric deposition of applied/mineralized N,[178] and (2) surface runoff and leaching of applied/mineralized N into groundwater and surface water. Direct emissions from agricultural lands (i.e., cropland and grassland) are included in this section, while direct emissions from forest lands and settlements are presented in the Land Use, Land-Use Change, and Forestry chapter. However, indirect $N_2O$ emissions from all land-uses (cropland, grassland, forest lands, and settlements) are reported in this section.

Figure 6-2: Sources and Pathways of N that Result in $N_2O$ Emissions from Agricultural Soil Management

Agricultural soils produce the majority of $N_2O$ emissions in the United States. Estimated emissions from this source in 2010 were 207.8 Tg $CO_2$ Eq. (670 Gg $N_2O$) (see Table 6-15 and Table 6-16). Annual $N_2O$ emissions from agricultural soils fluctuated between 1990 and 2010, although overall emissions were almost 4 percent higher in 2010 than in 1990. Year-to-year fluctuations are largely a reflection of annual variation in weather patterns, synthetic fertilizer use, and crop production. On average, cropland accounted for approximately 70 percent of total direct emissions, while grassland accounted for approximately 30 percent. These percentages are about the same for indirect emissions since forest lands and settlements account for such a small percentage of total indirect emissions. Estimated direct and indirect $N_2O$ emissions by sub-source category are shown in Table 6-17 and Table 6-6-18.

Table 6-15: $N_2O$ Emissions from Agricultural Soils (Tg $CO_2$ Eq.)

| Activity | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| **Direct** | **155.8** | | **169.1** | **165.6** | **166.8** | **168.5** | **162.2** | **162.3** |
| Cropland | 103.0 | | 118.0 | 115.7 | 117.8 | 118.0 | 112.4 | 112.4 |
| Grassland | 52.8 | | 51.1 | 49.9 | 49.0 | 50.5 | 49.9 | 49.9 |
| **Indirect (All Land-Use Types)** | **44.1** | | **43.9** | **45.5** | **44.3** | **44.4** | **45.0** | **45.5** |
| Cropland | 37.4 | | 36.7 | 38.7 | 37.5 | 37.6 | 37.9 | 38.5 |
| Grassland | 6.4 | | 6.5 | 6.0 | 6.1 | 6.1 | 6.4 | 6.4 |
| Forest | + | | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |

oxide is a gaseous intermediate product in the reaction sequence of denitrification, which leaks from microbial cells into the soil and then into the atmosphere. Nitrous oxide is also produced during nitrification, although by a less well-understood mechanism (Nevison 2000).

[176] Drainage and cultivation of organic soils in former wetlands enhances mineralization of N-rich organic matter, thereby increasing $N_2O$ emissions from these soils.

[177] Asymbiotic N fixation is the fixation of atmospheric $N_2$ by bacteria living in soils that do not have a direct relationship with plants.

[178] These processes entail volatilization of applied or mineralized N as $NH_3$ and $NO_x$, transformation of these gases within the atmosphere (or upon deposition), and deposition of the N primarily in the form of particulate $NH_4^+$, nitric acid ($HNO_3$), and $NO_x$.

BLM_0047104

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Land Settlements | 0.3 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| **Total** | **200.0** | **213.1** | **211.1** | **211.1** | **212.9** | **207.3** | **207.8** |

+ Less than 0.05 Tg $CO_2$ Eq.
Note: The cropland and grassland estimates for 2010 are based on the emissions from 2009. Due to limited changes in management of agricultural soils between the two year, the estimate for 2009 is expected to be representative of emissions in 2010. See the Planned Improvement section for additional details.s.

Table 6-16: $N_2O$ Emissions from Agricultural Soils (Gg)

| Activity | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **Direct** | **503** | **546** | **534** | **538** | **544** | **523** | **523** |
| Cropland | 332 | 381 | 373 | 380 | 381 | 362 | 363 |
| Grassland | 170 | 165 | 161 | 158 | 163 | 161 | 161 |
| **Indirect (All Land-Use Types)** | **142** | **142** | **147** | **143** | **143** | **145** | **147** |
| Cropland | 121 | 118 | 125 | 121 | 121 | 122 | 124 |
| Grassland | 21 | 21 | 19 | 20 | 20 | 21 | 21 |
| Forest Land | 0 | + | + | + | + | + | + |
| Settlements | 1 | 2 | 2 | 2 | 2 | 2 | 2 |
| **Total** | **645** | **687** | **681** | **681** | **687** | **669** | **670** |

+ Less than 0.5 Gg $N_2O$

Note: The cropland and grassland estimates for 2010 are based on the emissions from 2009. Due to limited changes in management of agricultural soils between the two years, the estimate for 2009 is expected to be representative of emissions in 2010. See the Planned Improvement section for additional details.

Table 6-17: Direct $N_2O$ Emissions from Agricultural Soils by Land Use Type and N Input Type (Tg $CO_2$ Eq.)

| Activity | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **Cropland** | **103.0** | **118.0** | **115.7** | **117.8** | **118.0** | **112.4** | **112.4** |
| Mineral Soils | 100.1 | 115.1 | 112.8 | 114.9 | 115.1 | 109.5 | 109.5 |
| *Mineralization and Asymbiotic Fixation* | *44.6* | *50.5* | *49.7* | *50.9* | *50.9* | *47.1* | *47.1* |
| *Synthetic Fertilizer* | *32.5* | *38.8* | *36.8* | *37.6* | *37.6* | *37.1* | *37.2* |
| *Residue $N^a$* | *12.4* | *13.7* | *13.8* | *13.9* | *14.3* | *13.1* | *13.1* |
| *Organic Amendments[b]* | *10.6* | *12.1* | *12.4* | *12.5* | *12.4* | *12.2* | *12.2* |
| Organic Soils | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 |
| **Grassland** | **52.8** | **51.1** | **49.9** | **49.0** | **50.5** | **49.9** | **49.9** |
| Residue $N^c$ | 12.0 | 11.1 | 10.8 | 10.7 | 11.0 | 10.8 | 10.8 |
| PRP Manure | 21.6 | 21.6 | 21.2 | 20.6 | 21.0 | 20.6 | 20.6 |
| Synthetic Fertilizer | 2.7 | 2.8 | 2.8 | 2.7 | 2.8 | 2.8 | 2.8 |
| Managed Manure[d] | + | + | + | + | + | + | + |
| Sewage Sludge | 0.3 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Mineralization and Asymbiotic Fixation | 16.3 | 15.1 | 14.6 | 14.5 | 15.1 | 15.1 | 15.1 |
| **Total** | **155.8** | **169.1** | **165.6** | **166.8** | **168.5** | **162.2** | **162.3** |

[a] Cropland residue N inputs include N in unharvested legumes as well as crop residue N.
[b] Organic amendment inputs include managed manure amendments, daily spread manure amendments, and commercial organic fertilizers (i.e., dried blood, dried manure, tankage, compost, and other).
[c] Grassland residue N inputs include N in ungrazed legumes as well as ungrazed grass residue N
[d] Accounts for managed manure and daily spread manure amendments that are applied to grassland soils.
+ Less than 0.05 Tg $CO_2$ Eq.
Note: The cropland and grassland estimates for 2010 are based on the emissions from 2009. Due to limited changes in management of agricultural soils between the two years, the estimate for 2009 is expected to be representative of emissions in 2010. See the Planned Improvement section for additional details.

BLM_0047105

Table 6-6-18: Indirect N$_2$O Emissions from all Land-Use Types (Tg CO$_2$ Eq.)

| Activity | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **Cropland** | **37.4** | **36.7** | **38.7** | **37.5** | **37.6** | **37.9** | **38.5** |
| Volatilization & Atm. Deposition | 11.5 | 13.0 | 14.3 | 12.6 | 13.0 | 13.7 | 13.9 |
| Surface Leaching & Run-Off | 25.9 | 23.7 | 24.4 | 24.9 | 24.6 | 24.2 | 24.5 |
| **Grassland** | **6.4** | **6.5** | **6.0** | **6.1** | **6.1** | **6.4** | **6.4** |
| Volatilization & Atm. Deposition | 5.3 | 5.0 | 5.0 | 4.9 | 4.9 | 4.9 | 4.8 |
| Surface Leaching & Run-Off | 1.0 | 1.5 | 1.1 | 1.2 | 1.2 | 1.5 | 1.5 |
| **Forest Land** | **+** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** |
| Volatilization & Atm. Deposition | + | + | + | + | + | + | + |
| Surface Leaching & Run-Off | + | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **Settlements** | **0.3** | **0.6** | **0.6** | **0.6** | **0.6** | **0.6** | **0.6** |
| Volatilization & Atm. Deposition | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Surface Leaching & Run-Off | 0.2 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| **Total** | **44.1** | **43.9** | **45.5** | **44.3** | **44.4** | **45.0** | **45.5** |

+ Less than 0.05 Tg CO$_2$ Eq.
Note: The cropland and grassland estimates for 2010 are based on the emissions from 2009. Due
to limited changes in management of agricultural soils between the two years, the estimate for
2009 is expected to be representative of emissions in 2010. See the Planned Improvement
section for additional details.

Figure 6-3 through Figure 6-6 show regional patterns in direct N$_2$O emissions, and also show N losses from
volatilization, leaching, and runoff that lead to indirect N$_2$O emissions.  Average annual emissions and N losses are
shown for croplands that produce major crops and from grasslands in each state. Direct N$_2$O emissions from
croplands tend to be high in the Corn Belt (Illinois, Iowa, Indiana, Ohio, southern Minnesota, southern Wisconsin,
and eastern Nebraska), where a large portion of the land is used for growing highly fertilized corn and N-fixing
soybean crops.  Direct emissions are also high in Missouri, Kansas, and Texas, primarily from irrigated cropping in
western Texas, dryland wheat in Kansas, and hay cropping in eastern Texas and Missouri.  Direct emissions are low
in many parts of the eastern United States because a small portion of land is cultivated, and also low in many
western states where rainfall and access to irrigation water are limited.

Direct emissions (Tg CO$_2$ Eq./state/year) from grasslands are highest in the central and western United States
(Figure 6-4) where a high proportion of the land is used for cattle grazing.  Some areas in the Great Lake states, the
Northeast, and Southeast have moderate to low emissions even though emissions from these areas tend to be high on
a per unit area basis, because the total amount of grassland is much lower than in the central and western United
States.

Indirect emissions from croplands and grasslands (Figure 6-5 and Figure 6-6) show patterns similar to direct
emissions, because the factors that control direct emissions (N inputs, weather, soil type) also influence indirect
emissions.  However, there are some exceptions, because the processes that contribute to indirect emissions (NO$_3^-$
leaching, N volatilization) do not respond in exactly the same manner as the processes that control direct emissions
(nitrification and denitrification).  For example, coarser-textured soils facilitate relatively high indirect emissions in
Florida grasslands due to high rates of N volatilization and NO$_3^-$ leaching, even though they have only moderate
rates of direct N$_2$O emissions.

Figure 6-3: Major Crops, Average Annual Direct N$_2$O Emissions Estimated Using the DAYCENT Model, 1990-
2010 (Tg CO$_2$ Eq./year)

Figure 6-4: Grasslands, Average Annual Direct N$_2$O Emissions Estimated Using the DAYCENT Model, 1990-2010
(Tg CO$_2$ Eq./year)

Figure 6-5: Major Crops, Average Annual N Losses Leading to Indirect N$_2$O Emissions Estimated Using the
DAYCENT Model, 1990-2010 (Gg N/year)

BLM_0047106

Figure 6-6: Grasslands, Average Annual N Losses Leading to Indirect $N_2O$ Emissions Estimated Using the DAYCENT Model, 1990-2010 (Gg N/year)

## Methodology

The *2006 IPCC Guidelines* (IPCC 2006) divide the Agricultural Soil Management source category into four components: (1) direct emissions due to N additions to cropland and grassland mineral soils, including synthetic fertilizers, sewage sludge applications, crop residues, organic amendments, and biological N fixation associated with planting of legumes on cropland and grassland soils; (2) direct emissions from drainage and cultivation of organic cropland soils; (3) direct emissions from soils due to the deposition of manure by livestock on PRP grasslands; and (4) indirect emissions from soils and water due to N additions and manure deposition to soils that lead to volatilization, leaching, or runoff of N and subsequent conversion to $N_2O$.

The United States has adopted recommendations from IPCC (2006) on methods for agricultural soil management. These recommendations include (1) estimating the contribution of N from crop residues to indirect soil $N_2O$ emissions; (2) adopting a revised emission factor for direct $N_2O$ emissions to the extent that Tier 1 methods are used (described later in this section); (3) removing double counting of emissions from N-fixing crops associated with the biological N fixation and crop residue N input categories; (4) using revised crop residue statistics to compute N inputs to soils based on harvest yield data to the extent that Tier 1 methods are used; (5) accounting for indirect as well as direct emissions from N made available via mineralization of soil organic matter and litter, in addition to asymbiotic fixation[179] (i.e., computing total emissions from managed land); and (6) reporting all emissions from managed lands, largely because management affects all processes leading to soil $N_2O$ emissions. One recommendation from IPCC (2006) that has not been adopted is the accounting of emissions from pasture renewal, which involves occasional plowing to improve forage production. This practice is not common in the United States, and is not estimated.

The methodology used to estimate emissions from agricultural soil management in the United States is based on a combination of IPCC Tier 1 and 3 approaches. A Tier 3, process-based model (DAYCENT) was used to estimate direct emissions from major crops on mineral (i.e., non-organic) soils; as well as most of the direct emissions from grasslands. The Tier 3 approach has been specifically designed and tested to estimate $N_2O$ emissions in the United States, accounting for more of the environmental and management influences on soil $N_2O$ emissions than the IPCC Tier 1 method (see Box 6-1 for further elaboration). The Tier 1 IPCC (2006) methodology was used to estimate (1) direct emissions from non-major crops on mineral soils (e.g., barley, oats, vegetables, and other crops); (2) the portion of the grassland direct emissions that were not estimated with the Tier 3 DAYCENT model (i.e., federal grasslands); and (3) direct emissions from drainage and cultivation of organic cropland soils. Indirect emissions were also estimated with a combination of DAYCENT and the IPCC Tier 1 method.

EPA considered subtracting "background" emissions that would presumably occur if the lands were not managed. However, this approach is not used since (1) it is likely to be inaccurate for estimating the anthropogenic influence on soil $N_2O$ emissions, and (2) if background emissions could be measured or modeled based on processes unaffected by anthropogenic activity, they would be a very small portion of the total emissions, due to the high inputs of N to agricultural soils from fertilization and legume cropping. Given the recommendation from IPCC (2006) and the influence of management on all processes leading to $N_2O$ emissions from soils in agricultural systems, the decision was made to report total emissions from managed lands for this source category. Annex 3.11 provides more detailed information on the methodologies and data used to calculate $N_2O$ emissions from each component.

[BEGIN BOX]

---

[179] N inputs from asymbiotic N fixation are not directly addressed in *2006 IPCC Guidelines*, but are a component of the total emissions from managed lands and are included in the Tier 3 approach developed for this source.

BLM_0047107

Box 6-1.  Tier 1 vs. Tier 3 Approach for Estimating $N_2O$ Emissions

The IPCC (2006) Tier 1 approach is based on multiplying activity data on different N inputs (e.g., synthetic fertilizer, manure, N fixation, etc.) by the appropriate default IPCC emission factors to estimate $N_2O$ emissions on an input-by-input basis.  The Tier 1 approach requires a minimal amount of activity data, readily available in most countries (e.g., total N applied to crops); calculations are simple; and the methodology is highly transparent.  In contrast, the Tier 3 approach employs a process-based model (i.e., DAYCENT) that represents the interaction of N inputs and the environmental conditions at specific locations.  Consequently, the Tier 3 approach is likely to produce more accurate estimates; it accounts more comprehensively for land-use and management impacts and their interaction with environmental factors (i.e., weather patterns and soil characteristics), which will enhance or dampen anthropogenic influences.  However, the Tier 3 approach requires more detailed activity data (e.g., crop-specific N amendment rates), additional data inputs (e.g., daily weather, soil types, etc.), and considerable computational resources and programming expertise.  The Tier 3 methodology is less transparent, and thus it is critical to evaluate the output of Tier 3 methods against measured data in order to demonstrate the adequacy of the method for estimating emissions (IPCC 2006).  Another important difference between the Tier 1 and Tier 3 approaches relates to assumptions regarding N cycling.  Tier 1 assumes that N added to a system is subject to $N_2O$ emissions only during that year and cannot be stored in soils and contribute to $N_2O$ emissions in subsequent years.  This is a simplifying assumption that is likely to create bias in estimated $N_2O$ emissions for a specific year.  In contrast, the process-based model used in the Tier 3 approach includes such legacy effects when N added to soils is re-mineralized from soil organic matter and emitted as $N_2O$ during subsequent years.


[END BOX]


## Direct $N_2O$ Emissions from Cropland Soils

### Major Crop Types on Mineral Cropland Soils

The DAYCENT ecosystem model (Del Grosso et al. 2001, Parton et al. 1998) was used to estimate direct $N_2O$ emissions from mineral cropland soils that are managed for production of major crops—specifically corn, soybeans, wheat, alfalfa hay, other hay, sorghum, and cotton—representing approximately 90 percent of total croplands in the United States.  For these croplands, DAYCENT was used to simulate crop growth, soil organic matter decomposition, greenhouse gas fluxes, and key biogeochemical processes affecting $N_2O$ emissions, and the simulations were driven by model input data generated from daily weather records (Thornton et al. 1997, 2000; Thornton and Running 1999), land management surveys (see citations below), and soil physical properties determined from national soil surveys (Soil Survey Staff 2005).  Note that the influence of land-use change on soil $N_2O$ emissions was not addressed in this analysis, but is a planned improvement.

DAYCENT simulations were conducted for each major crop at the county scale in the United States.  Simulating $N_2O$ emissions at the county scale was facilitated by soil and weather data that were available for every county with more than 100 acres of agricultural land, and by land management data (e.g., timing of planting, harvesting, and intensity of cultivation) that were available at the agricultural-region level as defined by the Agricultural Sector Model (McCarl et al. 1993).  ASM has 63 agricultural regions in the contiguous United States.  Most regions correspond to one state, except for those states with greater heterogeneity in agricultural practices; in such cases, more than one region is assigned to a state.  While cropping systems were simulated for each county, the results best represent emissions at regional (i.e., state) and national levels due to the regional scale of management data, which include model parameters that determined the influence of management activities on soil $N_2O$ emissions (e.g., when crops were planted/harvested).

Nitrous oxide emissions from managed agricultural lands are the result of interactions among anthropogenic activities (e.g., N fertilization, manure application, tillage) and other driving variables, such as weather and soil characteristics.  These factors influence key processes associated with N dynamics in the soil profile, including immobilization of N by soil microbial organisms, decomposition of organic matter, plant uptake, leaching, runoff,

BLM_0047108

and volatilization, as well as the processes leading to $N_2O$ production (nitrification and denitrification).  It is not possible to partition $N_2O$ emissions into each anthropogenic activity directly from model outputs due to the complexity of the interactions (e.g., $N_2O$ emissions from synthetic fertilizer applications cannot be distinguished from those resulting from manure applications).  To approximate emissions by activity, the amount of mineral N added to the soil for each of these sources was determined and then divided by the total amount of mineral N that was made available in the soil according to the DAYCENT model.  The percentages were then multiplied by the total of direct $N_2O$ emissions in order to approximate the portion attributed to key practices.  This approach is only an approximation because it assumes that all N made available in soil has an equal probability of being released as $N_2O$, regardless of its source, which is unlikely to be the case (Delgado et al., 2009).  However, this approach allows for further disaggregation of emissions by source of N, which is valuable for reporting purposes and is analogous to the reporting associated with the IPCC (2006) Tier 1 method, in that it associates portions of the total soil $N_2O$ emissions with individual sources of N.

DAYCENT was used to estimate direct $N_2O$ emissions due to mineral N available from: (1) the application of synthetic fertilizers; (2) the application of livestock manure; (3) the retention of crop residues (i.e., leaving residues in the field after harvest instead of burning or collecting residues); and (4) mineralization of soil organic matter and litter, in addition to asymbiotic fixation. Note that commercial organic fertilizers are addressed with the Tier 1 method because county-level application data would be needed to simulate applications in DAYCENT, and currently data are only available at the national scale.  The third and fourth sources are generated internally by the DAYCENT model.  For the first two practices, annual changes in soil mineral N due to anthropogenic activity were obtained or derived from the following sources:

- Crop-specific N-fertilization rates: Data sources for fertilization rates include Alexander and Smith (1990), Anonymous (1924), Battaglin and Goolsby (1994), Engle and Makela (1947), ERS (1994, 2003), Fraps and Asbury (1931), Ibach and Adams (1967), Ibach et al. (1964), NFA (1946), NRIAI (2003), Ross and Mehring (1938), Skinner (1931), Smalley et al. (1939), Taylor (1994), and USDA (1966, 1957, 1954, 1946). Information on fertilizer use and rates by crop type for different regions of the United States were obtained primarily from the USDA *Economic Research Service Cropping Practices Survey* (ERS 1997) with additional data from other sources, including the National Agricultural Statistics Service (NASS 1992, 1999, 2004).

- Managed manure production and application to croplands and grasslands:  Manure N amendments and daily spread manure N amendments applied to croplands and grasslands (not including PRP manure) were determined using USDA Manure N Management Databases for 1997 (Kellogg et al. 2000; Edmonds et al. 2003).  Amendment data for 1997 were scaled to estimate values for other years based on the availability of managed manure N for application to soils in 1997 relative to other years.  The amount of available N from managed manure for each livestock type was calculated as described in the Manure Management section (Section 6.2) and Annex 3.10.

- Retention of crop residue, N mineralization from soil organic matter, and asymbiotic N fixation from the atmosphere:  The IPCC approach considers crop residue N and N mineralized from soil organic matter as activity data.  However, they are not treated as activity data in DAYCENT simulations because residue production, N fixation, mineralization of N from soil organic matter, and asymbiotic fixation are internally generated by the model as part of the simulation.  In other words, DAYCENT accounts for the influence of N fixation, mineralization of N from soil organic matter, and retention of crop residue on $N_2O$ emissions, but these are not model inputs. The DAYCENT simulations also accounted for the approximately 3 percent of grain crop residues that were assumed to be burned based on state inventory data (ILENR 1993, Oregon Department of Energy 1995, Noller 1996, Wisconsin Department of Natural Resources 1993, and Cibrowski 1996), and therefore did not contribute to soil $N_2O$ emissions.

- Historical and modern crop rotation and management information (e.g., timing and type of cultivation, timing of planting/harvest, etc.): These activity data were derived from Hurd (1930, 1929), Latta (1938), Iowa State College Staff Members (1946), Bogue (1963), Hurt (1994), USDA (2000a) as extracted by Eve (2001) and revised by Ogle (2002), CTIC (1998), Piper et al. (1924), Hardies and Hume (1927), Holmes (1902, 1929), Spillman (1902, 1905, 1907, 1908), Chilcott (1910), Smith (1911), Kezer (ca. 1917), Hargreaves (1993), ERS (2002), Warren (1911), Langston et al. (1922), Russell et al. (1922), Elliott and Tapp (1928), Elliott (1933), Ellsworth (1929), Garey (1929), Hodges et al. (1930), Bonnen and Elliott (1931), Brenner et al. (2002, 2001), and Smith et al. (2002).

BLM_0047109

DAYCENT simulations produced per-area estimates of $N_2O$ emissions (g $N_2O$-N/$m^2$) for major crops in each county, which were multiplied by the cropland areas in each county to obtain county-scale emission estimates. Cropland area data were from NASS (USDA 2010a, 2010b). The emission estimates by reported crop areas in the county were scaled to the regions (and states for mapping purposes when there was more than one region in a state), and the national estimate was calculated by summing results across all regions. DAYCENT is sensitive to interannual variability in weather patterns and other controlling variables, so emissions associated with individual activities vary through time even if the management practices remain the same (e.g., if N fertilization remains the same for two years). In contrast, Tier 1 methods do not capture this variability and rather have a linear, monotonic response that depends solely on management practices. DAYCENT's ability to capture these interactions between management and environmental conditions produces more accurate estimates of $N_2O$ emissions than the Tier 1 method.

### Non-Major Crop Types on Mineral Cropland Soils

The IPCC (2006) Tier 1 methodology was used to estimate direct $N_2O$ emissions for mineral cropland soils that are managed for production of non-major crop types, including barley, oats, tobacco, sugarcane, sugar beets, sunflowers, millet, rice, peanuts, and other crops that were not included in the DAYCENT simulations. Estimates of direct $N_2O$ emissions from N applications to non-major crop types were based on mineral soil N that was made available from the following practices: (1) the application of synthetic commercial fertilizers; (2) application of managed manure and non-manure commercial organic fertilizers;[180] and (3) the retention of above- and below-ground crop residues in agricultural fields (i.e., crop biomass that is not harvested). Non-manure organic amendments were not included in the DAYCENT simulations because county-level data were not available. Consequently, non-manure organic amendments, as well as additional manure that was not added to major crops in the DAYCENT simulations, were included in the Tier 1 analysis. The influence of land-use change on soil $N_2O$ emissions from non-major crops has not been addressed in this analysis, but is a planned improvement. The following sources were used to derive activity data:

- A process-of-elimination approach was used to estimate synthetic N fertilizer additions for non-major crops, because little information exists on their fertilizer application rates. The total amount of fertilizer used on farms has been estimated by the USGS from sales records (Ruddy et al. 2006), and these data were aggregated to obtain state-level N additions to farms. After subtracting the portion of fertilizer applied to major crops and grasslands (see sections on Major Crops and Grasslands for information on data sources), the remainder of the total fertilizer used on farms was assumed to be applied to non-major crops.

- A process-of-elimination approach was used to estimate manure N additions for non-major crops, because little information exists on application rates for these crops. The amount of manure N applied to major crops and grasslands was subtracted from total manure N available for land application (see sections on Major Crops and Grasslands for information on data sources), and this difference was assumed to be applied to non-major crops.

- Non-manure, non-sewage-sludge commercial organic fertilizer additions were based on organic fertilizer consumption statistics, which were converted to units of N using average organic fertilizer N content (TVA 1991 through 1994; AAPFCO 1995 through 2010). Manure and sewage sludge components were subtracted from total commercial organic fertilizers to avoid double counting.

- Crop residue N was derived by combining amounts of above- and below-ground biomass, which were determined based on crop production yield statistics (USDA 1994, 1998, 2003, 2005, 2006, 2008, 2009, 2010a), dry matter fractions (IPCC 2006), linear equations to estimate above-ground biomass given dry matter crop yields from harvest (IPCC 2006), ratios of below-to-above-ground biomass (IPCC 2006), and N contents of the residues (IPCC 2006). Approximately 3 percent of the crop residues were burned and therefore did not contribute to soil $N_2O$ emissions, based on state inventory data (ILENR 1993, Oregon Department of Energy 1995, Noller 1996, Wisconsin Department of Natural Resources 1993, and Cibrowski 1996).

The total increase in soil mineral N from applied fertilizers and crop residues was multiplied by the IPCC (2006)

---

[180] Commercial organic fertilizers include dried blood, tankage, compost, and other; dried manure and sewage sludge that are used as commercial fertilizer have been excluded to avoid double counting. The dried manure N is counted with the non-commercial manure applications, and sewage sludge is assumed to be applied only to grasslands.

BLM_0047110

default emission factor to derive an estimate of direct $N_2O$ emissions from non-major crop types.

### Drainage and Cultivation of Organic Cropland Soils

The IPCC (2006) Tier 1 methods were used to estimate direct $N_2O$ emissions due to drainage and cultivation of organic soils at a state scale. State-scale estimates of the total area of drained and cultivated organic soils were obtained from the *National Resources Inventory* (NRI) (USDA 2000a, as extracted by Eve 2001 and amended by Ogle 2002). Temperature data from Daly et al. (1994, 1998) were used to subdivide areas into temperate and sub-tropical climates using the climate classification from IPCC (2006). Data were available for 1982, 1992 and 1997. To estimate annual emissions, the total temperate area was multiplied by the IPCC default emission factor for temperate regions, and the total sub-tropical area was multiplied by the average of the IPCC default emission factors for temperate and tropical regions (IPCC 2006).

## Direct $N_2O$ Emissions from Grassland Soils

As with $N_2O$ from croplands, the Tier 3 process-based DAYCENT model and Tier 1 method described in IPCC (2006) were combined to estimate emissions from grasslands. Grasslands include pastures and rangelands used for grass forage production, where the primary use is livestock grazing. Rangelands are typically extensive areas of native grasslands that are not intensively managed, while pastures are often seeded grasslands, possibly following tree removal, which may or may not be improved with practices such as irrigation and interseeding legumes.

DAYCENT was used to simulate county-scale $N_2O$ emissions from non-federal grasslands resulting from manure deposited by livestock directly onto pastures and rangelands (i.e., PRP manure), N fixation from legume seeding, managed manure amendments (i.e., manure other than PRP manure), and synthetic fertilizer application. Other N inputs were simulated within the DAYCENT framework, including N input from mineralization due to decomposition of soil organic matter and N inputs from senesced grass litter, as well as asymbiotic fixation of N from the atmosphere. The simulations used the same weather, soil, and synthetic N fertilizer data as discussed under the section for Major Crop Types on Mineral Cropland Soils. Managed manure N amendments to grasslands were estimated from Edmonds et al. (2003) and adjusted for annual variation using data on the availability of managed manure N for application to soils, according to methods described in the Manure Management section (Section 6.2) and Annex 3.10. Biological N fixation is simulated within DAYCENT and therefore was not an input to the model.

Manure N deposition from grazing animals (i.e., PRP manure) is another key input of N to grasslands. The amounts of PRP manure N applied on non-federal and federal grasslands in each county were based on the proportion of non-federal to federal grassland area (See below for more information on area data). The amount of PRP manure applied on non-federal grasslands was an input to the DAYCENT model (see Annex 3.10), and included approximately 91 percent of total PRP manure. The remainder of the PRP manure N excretions in each county was assumed to be excreted on federal grasslands (i.e., DAYCENT simulations were only conducted for non-federal grasslands), and the $N_2O$ emissions were estimated using the IPCC (2006) Tier 1 method with IPCC default emission factors. Sewage sludge was assumed to be applied on grasslands because of the heavy metal content and other pollutants in human waste that limit its use as an amendment to croplands. Sewage sludge application was estimated from data compiled by EPA (1993, 1999, 2003), McFarland (2001), and NEBRA (2007). Sewage sludge data on soil amendments to agricultural lands were only available at the national scale, and it was not possible to associate application with specific soil conditions and weather at the county scale. Therefore, DAYCENT could not be used to simulate the influence of sewage sludge amendments on $N_2O$ emissions from grassland soils, and consequently, emissions from sewage sludge were estimated using the IPCC (2006) Tier 1 method.

Grassland area data were consistent with the Land Representation reported in Section 7.1. Data were obtained from the U.S. Department of Agriculture *National Resources Inventory* (USDA 2000a, Nusser and Goebel 1997) and the U.S. Geological Survey (USGS) National Land Cover Dataset (NLCD, Vogelman et al. 2001),[181] which were reconciled with the Forest Inventory and Analysis Data.[182] The area data for pastures and rangeland were aggregated to the county level to estimate non-federal and federal grassland areas.

DAYCENT simulations produced per-area estimates of $N_2O$ emissions (g $N_2O$-N/m$^2$) for pasture and rangelands,

---

[181]Available online at <http://www.mrlc.gov>
[182]Available online at <http://fia.fs.us/tools-data/data>

BLM_0047111

which were multiplied by the non-federal grassland areas in each county. The county-scale $N_2O$ emission estimates for non-federal grasslands were scaled to the 63 agricultural regions (and to the state level for mapping purposes if there was more than one region in a state), and the national estimate was calculated by summing results across all regions. Tier 1 estimates of $N_2O$ emissions for the PRP manure N deposited on federal grasslands and applied sewage sludge N were produced by multiplying the N input by the appropriate emission factor. Tier 1 estimates for emissions from manure N were calculated at the state level and aggregated to the entire country but emission from sewage sludge N were calculated exclusively at the national scale.

## Total Direct $N_2O$ Emissions from Cropland and Grassland Soils

Annual direct emissions from major and non-major crops on mineral cropland soils, from drainage and cultivation of organic cropland soils, and from grassland soils were summed to obtain the total direct $N_2O$ emissions from agricultural soil management (see Table 6-15 and Table 6-16).

## Indirect $N_2O$ Emissions from Managed Soils of all Land-Use Types

This section describes the methods used for estimating indirect soil $N_2O$ emissions from all land-use types (i.e., croplands, grasslands, forest lands, and settlements). Indirect $N_2O$ emissions occur when mineral N made available through anthropogenic activity is transported from the soil either in gaseous or aqueous forms and later converted into $N_2O$. There are two pathways leading to indirect emissions. The first pathway results from volatilization of N as $NO_x$ and $NH_3$ following application of synthetic fertilizer, organic amendments (e.g., manure, sewage sludge), and deposition of PRP manure. N made available from mineralization of soil organic matter and asymbiotic fixation also contributes to volatilized N emissions. Volatilized N can be returned to soils through atmospheric deposition, and a portion of the deposited N is emitted to the atmosphere as $N_2O$. The second pathway occurs via leaching and runoff of soil N (primarily in the form of $NO_3^-$) that was made available through anthropogenic activity on managed lands, mineralization of soil organic matter, and asymbiotic fixation. The $NO_3^-$ is subject to denitrification in water bodies, which leads to $N_2O$ emissions. Regardless of the eventual location of the indirect $N_2O$ emissions, the emissions are assigned to the original source of the N for reporting purposes, which here includes croplands, grasslands, forest lands, and settlements.

### Indirect $N_2O$ Emissions from Atmospheric Deposition of Volatilized N from Managed Soils

As in the direct emissions calculation, the Tier 3 DAYCENT model and IPCC (2006) Tier 1 methods were combined to estimate the amount of N that was volatilized and eventually emitted as $N_2O$. DAYCENT was used to estimate N volatilization for land areas whose direct emissions were simulated with DAYCENT (i.e., major croplands and most grasslands). The N inputs included are the same as described for direct $N_2O$ emissions in the sections on major crops and grasslands. Nitrogen volatilization for all other areas was estimated using the Tier 1 method and default IPCC fractions for N subject to volatilization (i.e., N inputs on non-major croplands, PRP manure N excretion on federal grasslands, sewage sludge application on grasslands). The Tier 1 method and default fractions were also used to estimate N subject to volatilization from N inputs on settlements and forest lands (see the Land Use, Land-Use Change, and Forestry chapter). For the volatilization data generated from both the DAYCENT and Tier 1 approaches, the IPCC (2006) default emission factor was used to estimate indirect $N_2O$ emissions occurring due to re-deposition of the volatilized N (Table 6-6-18).

### Indirect $N_2O$ Emissions from Leaching/Runoff

As with the calculations of indirect emissions from volatilized N, the Tier 3 DAYCENT model and IPCC (2006) Tier 1 method were combined to estimate the amount of N that was subject to leaching and surface runoff into water bodies, and eventually emitted as $N_2O$. DAYCENT was used to simulate the amount of N transported from lands used to produce major crops and most grasslands. N transport from all other areas was estimated using the Tier 1 method and the IPCC (2006) default factor for the proportion of N subject to leaching and runoff. This N transport estimate includes N applications on croplands that produce non-major crops, sewage sludge amendments on grasslands, PRP manure N excreted on federal grasslands, and N inputs on settlements and forest lands. For both the DAYCENT and IPCC (2006) Tier 1 methods, nitrate leaching was assumed to be an insignificant source of indirect $N_2O$ in cropland and grassland systems in arid regions as discussed in IPCC (2006). In the United States, the threshold for significant nitrate leaching is based on the potential evapotranspiration (PET) and rainfall amount, similar to IPCC (2006), and is assumed to be negligible in regions where the amount of precipitation plus irrigation

BLM_0047112

does not exceed 80 percent of PET. For leaching and runoff data estimated by the DAYCENT and Tier 1 approaches, the IPCC (2006) default emission factor was used to estimate indirect $N_2O$ emissions that occur in groundwater and waterways (Table 6-6-18).

## Uncertainty and Time-Series Consistency

Uncertainty was estimated for each of the following five components of $N_2O$ emissions from agricultural soil management: (1) direct emissions calculated by DAYCENT; (2) the components of indirect emissions (N volatilized and leached and runoff) calculated by DAYCENT; (3) direct emissions calculated with the IPCC (2006) Tier 1 method; (4) the components of indirect emissions (N volatilized and leached or runoff) calculated with the IPCC (2006) Tier 1 method; and (5) indirect emissions calculated with the IPCC (2006) Tier 1 method. Uncertainty in direct emissions, which account for the majority of $N_2O$ emissions from agricultural management, as well as the components of indirect emissions calculated by DAYCENT were estimated with a Monte Carlo Analysis, addressing uncertainties in model inputs and structure (i.e., algorithms and parameterization) (Del Grosso et al., 2010). Uncertainties in direct emissions calculated with the IPCC (2006) Tier 1 method, the proportion of volatilization and leaching or runoff estimated with the IPCC (2006) Tier 1 method, and indirect $N_2O$ emissions were estimated with a simple error propagation approach (IPCC 2006). Additional details on the uncertainty methods are provided in Annex 3.11.

Uncertainties from the Tier 1 and Tier 3 (i.e., DAYCENT) estimates were combined using simple error propagation (IPCC 2006), and the results are summarized in Table 6-19. Agricultural direct soil $N_2O$ emissions in 2010 were estimated to be between 120.2 and 255.3 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 26 percent below and 57 percent above the 2010 emission estimate of 162.3 Tg $CO_2$ Eq. The indirect soil $N_2O$ emissions in 2010 were estimated to range from 23.3 to 113.9 Tg $CO_2$ Eq. at a 95 percent confidence level, indicating an uncertainty of 49 percent below and 150 percent above the 2010 emission estimate of 45.5 Tg $CO_2$ Eq.

Table 6-19: Quantitative Uncertainty Estimates of $N_2O$ Emissions from Agricultural Soil Management in 2010 (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate (Tg $CO_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Direct Soil $N_2O$ Emissions | $N_2O$ | 162.3 | 120.2 | 255.3 | -26% | +57% |
| Indirect Soil $N_2O$ Emissions | $N_2O$ | 45.5 | 23.3 | 113.9 | -49% | +150% |

Note: Due to lack of data, uncertainties in areas for major crops, managed manure N production, PRP manure N production, other organic fertilizer amendments, indirect losses of N in the DAYCENT simulations, and sewage sludge amendments to soils are currently treated as certain; these sources of uncertainty will be included in future Inventories.
Note: The estimates for 2010 are based on the emissions from 2009 due to limited changes in management of agricultural soils between the two years.

Methodological recalculations were applied to the entire time series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

For quality control, DAYCENT results for $N_2O$ emissions and $NO_3^-$ leaching were compared with field data representing various cropland and grassland systems, soil types, and climate patterns (Del Grosso et al. 2005, Del Grosso et al. 2008), and further evaluated by comparing to emission estimates produced using the IPCC (2006) Tier 1 method for the same sites. Nitrous oxide measurement data were available for 11 sites in the United States and one in Canada, representing 30 different combinations of fertilizer treatments and cultivation practices. DAYCENT estimates of $N_2O$ emissions were closer to measured values at all sites compared to the IPCC Tier 1 estimate, except for Colorado dryland cropping (Figure 6-7). In general, IPCC Tier 1 methodology tends to over-estimate emissions when observed values are low and under-estimate emissions when observed values are high, while DAYCENT estimates account for site-level factors (weather, soil type) that influence $N_2O$ emissions and produce less biased emissions estimates. Nitrate leaching data were available for three sites in the United States representing nine

BLM_0047113

different combinations of fertilizer amendments. Linear regressions of simulated vs. observed emission and leaching data yielded correlation coefficients of 0.89 and 0.94 for annual $N_2O$ emissions and $NO_3^-$ leaching, respectively. This comparison demonstrates that DAYCENT provides relatively high predictive capability for $N_2O$ emissions and $NO_3^-$ leaching, and is an improvement over the IPCC Tier 1 method (see additional information in Annex 3.11).

Figure 6-7: Comparison of Measured Emissions at Field Sites and Modeled Emissions Using the DAYCENT Simulation Model

Spreadsheets containing input data and probability distribution functions required for DAYCENT simulations of major croplands and grasslands and unit conversion factors were checked, as were the program scripts that were used to run the Monte Carlo uncertainty analysis. Several errors were identified following re-organization of the calculation spreadsheets, and corrective actions have been taken. In particular, some of the links between spreadsheets were missing or needed to be modified. Spreadsheets containing input data, emission factors, and calculations required for the Tier 1 approach were checked and no errors were found.

## Recalculations Discussion

County-level animal populations were updated relative to the previous Inventory report based on 2007 USDA *Census of Agriculture* data (USDA 2007), which changed the animal population estimates for 2002 through 2009. The N excretion values for cattle changed for 1990 through 2009. Waste management system (WMS) distributions for dairy and swine were updated based on Census of Agriculture farm size data (USDA 2007). The result of these changes is that $N_2O$ emissions increased by an average of 2.0 Tg $CO_2$ Eq.

## Planned Improvements

A key improvement is underway for the Agricultural Soil Management source category to incorporate more land-use survey data from the NRI (USDA 2000a) into the DAYCENT simulation analysis, beyond the area estimates for rangeland and pasture that are currently used to estimate emissions from grasslands. NRI has a record of land-use activities since 1979 for all U.S. agricultural land, which is estimated at about 386 Mha. NASS is used as the basis for land-use records, and there are three major disadvantages to this dataset. First, most crops are grown in rotation with other crops (e.g., corn-soybean), but NASS data provide no information regarding rotation histories. In contrast, NRI is designed to track rotation histories, which is important because emissions from any particular year can be influenced by the crop that was grown the previous year. Second, NASS does not conduct a complete survey of cropland area each year, leading to gaps in the land base. NRI provides a complete history of cropland areas for four out of every five years from 1979 to 1997, and then every year after 1998. Third, the current inventory based on NASS does not quantify the influence of land-use change on emissions, which can be addressed using the NRI survey records. NRI also provides additional information on pasture land management that can be incorporated into the analysis (particularly the use of irrigation). Using NRI data will also make the Agricultural Soil Management methods more consistent with the methods used to estimate C stock changes for agricultural soils. The structure of model input files that contain land management data are currently being extensively revised to facilitate use of the annualized NRI data.

Another improvement is to reconcile the amount of crop residues burned with the Field Burning of Agricultural Residues source category (Section 6.5). Estimates of crop residues burned used for the Field Burning of Agricultural Residues source category will be incorporated into the DAYCENT runs for the Agricultural Soil Management source category, and reconciled in the future.

Other planned improvements are minor but will lead to more accurate estimates, including updating DAYMET weather data for more recent years following the release of new data, and using a rice-crop-specific emission factor for N amendments to rice areas.

BLM_0047114

## 6.5.    Field Burning of Agricultural Residues (IPCC Source Category 4F)

Farming activities produce large quantities of agricultural crop residues, and farmers use or dispose of these residues in a variety of ways.  For example, agricultural residues can be left on or plowed into the field; composted and then applied to soils; landfilled; or burned in the field.  Alternatively, they can be collected and used as fuel, animal bedding material, supplemental animal feed, or construction material.  Field burning of crop residues is not considered a net source of $CO_2$, because the C released to the atmosphere as $CO_2$ during burning is assumed to be reabsorbed during the next growing season.  Crop residue burning is, however, a net source of $CH_4$, $N_2O$, CO, and $NO_x$, which are released during combustion.

Field burning is not a common method of agricultural residue disposal in the United States.  The primary crop types whose residues are typically burned in the United States are corn, cotton, lentils, rice, soybeans, sugarcane, and wheat (McCarty 2009).  In 2010, $CH_4$ and $N_2O$ emissions from field burning were 0.2 Tg $CO_2$ Eq. (11 Gg) and 0.1 Tg. $CO_2$ Eq. (0.3 Gg), respectively.  Annual emissions from this source over the period 1990 to 2010 have remained relatively constant, averaging approximately 0.2 Tg $CO_2$ Eq. (10 Gg) of $CH_4$ and 0.1 Tg $CO_2$ Eq. (0.3 Gg) of $N_2O$ (see Table 6-20 and Table 6-21).

Table 6-20:  $CH_4$ and $N_2O$ Emissions from Field Burning of Agricultural Residues (Tg $CO_2$ Eq.)

| Gas/Crop Type | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| **CH₄** | **0.2** | | **0.2** | **0.2** | **0.2** | **0.2** | **0.2** | **0.2** |
| Corn | + | | + | + | + | + | + | + |
| Cotton | + | | + | + | + | + | + | + |
| Lentils | + | | + | + | + | + | + | + |
| Rice | + | | + | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Soybeans | + | | + | + | + | + | + | + |
| Sugarcane | + | | + | + | + | + | + | + |
| Wheat | 0.1 | | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **N₂O** | **0.1** | | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** |
| Corn | + | | + | + | + | + | + | + |
| Cotton | + | | + | + | + | + | + | + |
| Lentils | + | | + | + | + | + | + | + |
| Rice | + | | + | + | + | + | + | + |
| Soybeans | + | | + | + | + | + | + | + |
| Sugarcane | + | | + | + | + | + | + | + |
| Wheat | + | | + | + | + | + | + | + |
| **Total** | **0.3** | | **0.2** | **0.3** | **0.3** | **0.3** | **0.3** | **0.3** |

+ Less than 0.05 Tg $CO_2$ Eq.
Note:  Totals may not sum due to independent rounding.

Table 6-21:  $CH_4$, $N_2O$, CO, and $NO_x$ Emissions from Field Burning of Agricultural Residues (Gg)

| Gas/Crop Type | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| **CH₄** | **10** | | **8** | **11** | **11** | **11** | **11** | **11** |
| Corn | 1 | | 1 | 2 | 1 | 1 | 1 | 1 |
| Cotton | + | | + | + | + | + | + | + |
| Lentils | + | | + | + | + | + | + | + |
| Rice | 2 | | 2 | 2 | 3 | 3 | 3 | 3 |
| Soybeans | 1 | | 1 | 1 | 1 | 1 | 1 | 1 |
| Sugarcane | 1 | | 1 | 2 | 1 | 1 | 2 | 1 |
| Wheat | 5 | | 3 | 3 | 4 | 4 | 4 | 4 |
| **N₂O** | **+** | | **+** | **+** | **+** | **+** | **+** | **+** |
| Corn | + | | + | + | + | + | + | + |
| Cotton | + | | + | + | + | + | + | + |
| Lentils | + | | + | + | + | + | + | + |
| Rice | + | | + | + | + | + | + | + |
| Soybeans | + | | + | + | + | + | + | + |
| Sugarcane | + | | + | + | + | + | + | + |
| Wheat | + | | + | + | + | + | + | + |
| **CO** | **206** | | **166** | **223** | **226** | **224** | **226** | **228** |

BLM_0047115

| NOx | 19 | | 19 | 34 | 30 | 29 | 31 | 30 |
|-----|----|--|----|----|----|----|----|----|

+ Less than 0.5 Gg
Note: Totals may not sum due to independent rounding.

## Methodology

The Tier 2 methodology used for estimating greenhouse gas emissions from field burning of agricultural residues in the United States is consistent with IPCC (2006) (for more details, see Box 6-2). In order to estimate the amounts of C and N released during burning, the following equation was used:

$$\text{C or N released} = \Sigma \text{ over all crop types and states (Area Burned} \div \text{Crop Area Harvested} \times \text{Crop Production} \times \\ \text{Residue/Crop Ratio} \times \text{Dry Matter Fraction} \times \text{Burning Efficiency} \times \text{Combustion Efficiency} \times \text{Fraction of C or N)}$$

where,

| | | |
|---|---|---|
| Area Burned | = | Total area of crop burned, by state |
| Crop Area Harvested | = | Total area of crop harvested, by state |
| Crop Production | = | Annual production of crop in Gg, by state |
| Residue/Crop Ratio | = | Amount of residue produced per unit of crop production, by state |
| Dry Matter Fraction | = | Amount of dry matter per unit of biomass for a crop |
| Fraction of C or N | = | Amount of C or N per unit of dry matter for a crop |
| Burning Efficiency | = | The proportion of prefire fuel biomass consumed[183] |
| Combustion Efficiency | = | The proportion of C or N released with respect to the total amount of C or N available in the burned material, respectively[183] |

Crop production and area harvested were available by state and year from USDA (2010) for all crops (except rice in Florida and Oklahoma, as detailed below). The amount C or N released was used in the following equation to determine the $CH_4$, $CO$, $N_2O$ and $NO_x$ emissions from the field burning of agricultural residues:

$$CH_4 \text{ and CO, or } N_2O \text{ and } NO_x \text{ Emissions from Field Burning of Agricultural Residues} = \text{(C or N Released)} \times \\ \text{(Emissions Ratio for C or N)} \times \text{(Conversion Factor)}$$

where,

| | | |
|---|---|---|
| Emissions Ratio | = | g $CH_4$-C or CO-C/g C released, or g $N_2O$-N or $NO_x$-N/g N released |
| Conversion Factor | = | conversion, by molecular weight ratio, of $CH_4$-C to C (16/12), or CO-C to C (28/12), or $N_2O$-N to N (44/28), or $NO_x$-N to N (30/14) |

[BEGIN BOX]

Box 6-2: Comparison of Tier 2 U.S. Inventory Approach and IPCC (2006) Default Approach

Emissions from Burning of Agricultural Residues were calculated using a Tier 2 methodology that is based on IPCC/UNEP/OECD/IEA (1997) and incorporates crop- and country-specific emission factors and variables. The equation varies slightly in form from the one presented in the IPCC (2006) guidelines, but both equations rely on the same underlying variables. The IPCC (2006) equation was developed to be broadly applicable to all types of biomass burning, and, thus, is not specific to agricultural residues. IPCC (2006) default factors are provided only for four crops (wheat, corn, rice, and sugarcane), while this Inventory analyzes emissions from seven crops. A

---

[183] In IPCC/UNEP/OECD/IEA (1997), the equation for C or N released contains the variable 'fraction oxidized in burning.' This variable is equivalent to (burning efficiency × combustion efficiency).

BLM_0047116

comparison of the methods and factors used in (1) the current Inventory and (2) the default IPCC (2006) approach was undertaken in the 1990-2009 Inventory to determine the magnitude of the difference in overall estimates resulting from the two approaches. The IPCC (2006) approach was not used because crop-specific emission factors for $N_2O$ were not available for all crops. In order to maintain consistency of methodology, the IPCC/UNEP/OECD/IEA (1997) approach presented in the Methodology section was used.

The IPCC (2006) default approach resulted in 12 percent higher emissions of $CH_4$ and 25 percent higher emissions of $N_2O$ than the estimates in the 1990 through 2009 Inventory. It is reasonable to maintain the current methodology, since the IPCC (2006) defaults are only available for four crops and are worldwide average estimates, while current estimates are based on U.S.-specific, crop-specific, published data.

[END BOX]

Crop production data for all crops except rice in Florida and Oklahoma were taken from USDA's QuickStats service (USDA 2011). Rice production and area data for Florida and Oklahoma, which are not collected by USDA, were estimated separately. Average primary and ratoon crop yields for Florida (Schueneman and Deren 2002) were applied to Florida acreages (Schueneman 1999, 2001; Deren 2002; Kirstein 2003, 2004; Cantens 2004, 2005; Gonzalez 2007 through 2011), and crop yields for Arkansas (USDA 2011) were applied to Oklahoma acreages[184] (Lee 2003 through 2006; Anderson 2008 through 2011). The production data for the crop types whose residues are burned are presented in Table 6-22. Crop weight by bushel was obtained from Murphy (1993).

The fraction of crop area burned was calculated using data on area burned by crop type and state[185] from McCarty (2010) for corn, cotton, lentils, rice, soybeans, sugarcane, and wheat.[186] McCarty (2010) used remote sensing data from Moderate Resolution Imaging Spectroradiometer (MODIS) to estimate area burned by crop. National-level area burned data were divided by national-level crop area harvested data to estimate the percent of crop area burned by crop. The average fraction of area burned by crop across all states is shown in Table 6-23. All crop area harvested data were from USDA (2010), except for rice acreage in Florida and Oklahoma, which is not measured by USDA (Schueneman 1999, 2001; Deren 2002; Kirstein 2003, 2004; Cantens 2004, 2005; Gonzalez 2007 through 2011; Lee 2003 through 2006; Anderson 2008 through 2011). Data on crop area burned were only available from McCarty (2010) for the years 2003 through 2007. For other years in the time series, the percent area burned was assumed to be equal to the average percent area burned from the 5 years for which data were available. This average was taken at the crop and national level. Table 6-23 shows these percent area estimates aggregated for the United States as a whole, at the crop level. State-level estimates based on state-level crop area harvested and burned data were also prepared, but are not presented here.

All residue/crop product mass ratios except sugarcane and cotton were obtained from Strehler and Stützle (1987). The datum for sugarcane is from Kinoshita (1988) and that of cotton from Huang et al. (2007). The residue/crop ratio for lentils was assumed to be equal to the average of the values for peas and beans. Residue dry matter fractions for all crops except soybeans, lentils, and cotton were obtained from Turn et al. (1997). Soybean and lentil dry matter fractions were obtained from Strehler and Stützle (1987); the value for lentil residue was assumed to equal the value for bean straw. The cotton dry matter fraction was taken from Huang et al. (2007). The residue C contents and N contents for all crops except soybeans and cotton are from Turn et al. (1997). The residue C content for soybeans is the IPCC default (IPCC/UNEP/OECD/IEA 1997). The N content of soybeans is from Barnard and Kristoferson (1985). The C and N contents of lentils were assumed to equal those of soybeans. The C and N contents of cotton are from Lachnicht et al. (2004). These data are listed in Table 6-24. The burning efficiency was assumed to be 93 percent, and the combustion efficiency was assumed to be 88 percent, for all crop types, except sugarcane (EPA 1994). For sugarcane, the burning efficiency was assumed to be 81 percent (Kinoshita 1988) and

---

[184] Rice production yield data are not available for Oklahoma, so the Arkansas values are used as a proxy.

[185] Alaska and Hawaii were excluded.

[186] McCarty (2009) also examined emissions from burning of Kentucky bluegrass and a general "other crops/fallow" category, but USDA crop area and production data were insufficient to estimate emissions from these crops using the methodology employed in the Inventory. McCarty (2009) estimates that approximately 18 percent of crop residue emissions result from burning of the Kentucky bluegrass and "other" categories.

BLM_0047117

the combustion efficiency was assumed to be 68 percent (Turn et al. 1997). Emission ratios and conversion factors for all gases (see Table 6-25) were taken from the *Revised 1996 IPCC Guidelines* (IPCC/UNEP/OECD/IEA 1997).

Table 6-22:  Agricultural Crop Production (Gg of Product)

| Crop | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Corn[a] | 201,534 | 282,263 | 267,503 | 331,177 | 307,142 | 333,011 | 316,165 |
| Cotton | 3,376 | 5,201 | 4,700 | 4,182 | 2,790 | 2,654 | 3,942 |
| Lentils | 40 | 238 | 147 | 166 | 109 | 266 | 393 |
| Rice | 7,114 | 10,132 | 8,843 | 9,033 | 9,272 | 9,972 | 11,027 |
| Soybeans | 52,416 | 83,507 | 87,001 | 72,859 | 80,749 | 91,417 | 90,610 |
| Sugarcane | 25,525 | 24,137 | 26,820 | 27,188 | 25,041 | 27,608 | 24,821 |
| Wheat | 74,292 | 57,243 | 49,217 | 55,821 | 68,016 | 60,366 | 60,103 |

[a] Corn for grain (i.e., excludes corn for silage).

Table 6-23:  U.S. Average Percent Crop Area Burned by Crop (Percent)

| State | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Corn | + | + | + | + | + | + | + |
| Cotton | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Lentils | 1 | + | 1 | 1 | 1 | 1 | 1 |
| Rice | 10 | 6 | 10 | 13 | 10 | 10 | 10 |
| Soybeans | + | + | + | + | + | + | + |
| Sugarcane | 32 | 18 | 47 | 21 | 32 | 32 | 32 |
| Wheat | 2 | 2 | 2 | 2 | 2 | 2 | 2 |

+ Less than 0.5 percent

Table 6-24:  Key Assumptions for Estimating Emissions from Field Burning of Agricultural Residues

| Crop | Residue/Crop Ratio | Dry Matter Fraction | C Fraction | N Fraction | Burning Efficiency (Fraction) | Combustion Efficiency (Fraction) |
|---|---|---|---|---|---|---|
| Corn | 1.0 | 0.91 | 0.448 | 0.006 | 0.93 | 0.88 |
| Cotton | 1.6 | 0.90 | 0.445 | 0.012 | 0.93 | 0.88 |
| Lentils | 2.0 | 0.85 | 0.450 | 0.023 | 0.93 | 0.88 |
| Rice | 1.4 | 0.91 | 0.381 | 0.007 | 0.93 | 0.88 |
| Soybeans | 2.1 | 0.87 | 0.450 | 0.023 | 0.93 | 0.88 |
| Sugarcane | 0.2 | 0.62 | 0.424 | 0.004 | 0.81 | 0.68 |
| Wheat | 1.3 | 0.93 | 0.443 | 0.006 | 0.93 | 0.88 |

Table 6-25:  Greenhouse Gas Emission Ratios and Conversion Factors

| Gas | Emission Ratio | Conversion Factor |
|---|---|---|
| $CH_4$:C | 0.005[a] | 16/12 |
| CO:C | 0.060[a] | 28/12 |
| $N_2O$:N | 0.007[b] | 44/28 |
| $NO_x$:N | 0.121[b] | 30/14 |

[a] Mass of C compound released (units of C) relative to mass of total C released from burning (units of C).
[b] Mass of N compound released (units of N) relative to mass of total N released from burning (units of N).

BLM_0047118

## Uncertainty and Time-Series Consistency

Due to data and time limitations, uncertainty resulting from the fact that emissions from burning of Kentucky bluegrass and "other" residues are not included in the emissions estimates was not incorporated into the uncertainty analysis. The results of the Tier 2 Monte Carlo uncertainty analysis are summarized in Table 6-26. Methane emissions from field burning of agricultural residues in 2010 were estimated to be between 0.14 and 0.32 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 40 percent below and 42 percent above the 2010 emission estimate of 0.23 Tg $CO_2$ Eq. Also at the 95 percent confidence level, $N_2O$ emissions were estimated to be between 0.07 and 0.13 Tg $CO_2$ Eq. (or approximately 29 percent below and 31 percent above the 2010 emission estimate of 0.10 Tg $CO_2$ Eq.).

Table 6-26: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ and $N_2O$ Emissions from Field Burning of Agricultural Residues (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Field Burning of Agricultural Residues | $CH_4$ | 0.23 | 0.14 | 0.32 | -40% | 42% |
| Field Burning of Agricultural Residues | $N_2O$ | 0.10 | 0.07 | 0.13 | -29% | 31% |

[a]Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

A source-specific QA/QC plan for field burning of agricultural residues was implemented. This effort included a Tier 1 analysis, as well as portions of a Tier 2 analysis. The Tier 2 procedures focused on comparing trends across years, states, and crops to attempt to identify any outliers or inconsistencies. For some crops and years in Florida and Oklahoma, the total area burned as measured by McCarty (2010) was greater than the area estimated for that crop, year, and state by Gonzalez (2004-2008) and Anderson (2007) for Florida and Oklahoma, respectively, leading to a percent area burned estimate of greater than 100 percent. In such cases, it was assumed that the percent crop area burned for that state was 100 percent.

## Recalculations Discussion

For the current Inventory, the crop production data for 2009 and 2010 were updated relative to the previous report using data from USDA (2011). Rice cultivation data for Florida and Oklahoma, which are not reported by USDA, were updated for 2010 through communications with state experts. The methodology was revised to sum state-level crop area burned and state-level crop area harvested data to determine a national percentage of crop area burned. Previously, the percentage of crop area burned was determined at the state-level and then the state percentages were averaged. This update was made to improve accuracy and accommodate uncertainty calculations. These updates resulted in an 8.6 percent decrease in sector emissions in 2009, and an average decrease in emissions of 14.2 percent from 1990 to 2009.

## Planned Improvements

Attempts will be made to incorporate state-level estimates of percentage of crop area burned into the uncertainty analysis next year to make the uncertainty analysis more robust. Further investigation will be also made into inconsistent data from Florida and Oklahoma as mentioned in the QA/QC and verification section, and attempts will be made to revise or further justify the assumption of 100 percent of area burned for those crops and years where the estimated percent area burned exceeded 100 percent. The availability of useable area harvested and other data for bluegrass and the "other crops" category in McCarty (2010) will also be investigated, in order to try to incorporate these emissions into the estimate.

BLM_0047119

BLM_0047120



Figure 6-1:  2010 Agriculture Chapter Greenhouse Gas Sources

BLM_0047121

**Figure 6-2**

**Sources and Pathways of N that Result in $N_2O$ Emissions from Agricultural Soil Management**

This graphic illustrates the sources and pathways of nitrogen that result in direct and indirect $N_2O$ emissions from soils using the methodologies described in this Inventory. Emission pathways are shown with arrows. On the lower right-hand side is a cut-away view of a representative section of a managed soil; histosol cultivation is represented here.

**Figure 6-3**



Major Crops, Average Annual Direct $N_2O$ Emissions Estimated Using the DAYCENT Model, 1990-20••••
($Tg\ CO_2$ Eq/year)

BLM_0047123

**Figure 6-4**



BLM_0047124

**Figure 6-5**



**Figure 6-6**



**Figure 6-7**



# 7.       Land Use, Land-Use Change, and Forestry

This chapter provides an assessment of the net greenhouse gas flux[187] resulting from the uses and changes in land types and forests in the United States.  The Intergovernmental Panel on Climate Change *2006 Guidelines for National Greenhouse Gas Inventories* (IPCC 2006) recommends reporting fluxes according to changes within and conversions between certain land-use types termed forest land, cropland, grassland, and settlements (as well as wetlands).  The greenhouse gas flux from *Forest Land Remaining Forest Land* is reported using estimates of changes in forest carbon (C) stocks, non-carbon dioxide ($CO_2$) emissions from forest fires, and the application of synthetic fertilizers to forest soils.  The greenhouse gas flux reported in this chapter from agricultural lands (i.e., cropland and grassland) includes changes in organic C stocks in mineral and organic soils due to land use and management, and emissions of $CO_2$ due to the application of crushed limestone and dolomite to managed land (i.e., soil liming) and urea fertilization.  Fluxes are reported for four agricultural land use/land-use change categories: *Cropland Remaining Cropland*, *Land Converted to Cropland*, *Grassland Remaining Grassland*, and *Land Converted to Grassland*.  Fluxes resulting from *Settlements Remaining Settlements* include those from urban trees and soil fertilization.  Landfilled yard trimmings and food scraps are accounted for separately under *Other*.

The estimates in this chapter, with the exception of $CO_2$ fluxes from wood products and urban trees, and $CO_2$ emissions from liming and urea fertilization, are based on activity data collected at multiple-year intervals, which are in the form of forest, land-use, and municipal solid waste surveys.  Carbon dioxide fluxes from forest C stocks (except the wood product components) and from agricultural soils (except the liming component) are calculated on an average annual basis from data collected in intervals ranging from 1 to 10 years.  The resulting annual averages are applied to years between surveys.  Calculations of non-$CO_2$ emissions from forest fires are based on forest $CO_2$ flux data.  For the landfilled yard trimmings and food scraps source, periodic solid waste survey data were interpolated so that annual storage estimates could be derived.  This flux has been applied to the entire time series, and periodic U.S. census data on changes in urban area have been used to develop annual estimates of $CO_2$ flux.

Land use, land-use change, and forestry activities in 2010 resulted in a net C sequestration of 1074.4 Tg $CO_2$ Eq. (293.1 Tg C) (Table 7-1 and Table 7-2).  This represents an offset of approximately 15.4 percent of total U.S. $CO_2$ emissions.  Total land use, land-use change, and forestry net C sequestration[188] increased by approximately 21.6 percent between 1990 and 2010.  This increase was primarily due to an increase in the rate of net C accumulation in forest C stocks.  Net C accumulation in *Forest Land Remaining Forest Land*, *Land Converted to Grassland*, and *Settlements Remaining Settlements* increased, while net C accumulation in *Cropland Remaining Cropland*, *Grassland Remaining Grassland*, and landfilled yard trimmings and food scraps slowed over this period.  Emissions from *Land Converted to Cropland* increased between 1990 and 2010.

Table 7-1: Net $CO_2$ Flux from Carbon Stock Changes in Land Use, Land-Use Change, and Forestry (Tg $CO_2$ Eq.)

| Sink Category | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Forest Land Remaining Forest Land[1] | (701.4) | (940.9) | (963.5) | (959.2) | (938.3) | (910.6) | (921.8) |
| Cropland Remaining Cropland | (29.4) | (18.3) | (19.1) | (19.7) | (18.1) | (17.4) | (15.6) |
| Land Converted to Cropland | 2.2 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 |
| Grassland Remaining Grassland | (52.2) | (8.9) | (8.8) | (8.6) | (8.5) | (8.3) | (8.3) |
| Land Converted to Grassland | (19.8) | (24.4) | (24.2) | (24.0) | (23.8) | (23.6) | (23.6) |
| Settlements Remaining Settlements[2] | (57.1) | (87.8) | (89.8) | (91.9) | (93.9) | (95.9) | (98.0) |
| Other (Landfilled Yard Trimmings and Food Scraps) | (24.2) | (11.6) | (11.0) | (10.9) | (10.9) | (12.7) | (13.3) |
| **Total** | **(881.8)** | **(1,085.9)** | **(1,110.4)** | **(1,108.2)** | **(1,087.5)** | **(1,062.6)** | **(1,074.7)** |

Note:  Parentheses indicate net sequestration.  Totals may not sum due to independent rounding.

[1] Estimates include C stock changes on both *Forest Land Remaining Forest Land* and *Land Converted to Forest Land*.

---

[187] The term "flux" is used here to encompass both emissions of greenhouse gases to the atmosphere, and removal of C from the atmosphere.  Removal of C from the atmosphere is also referred to as "carbon sequestration."

[188] Carbon sequestration estimates are net figures.  The C stock in a given pool fluctuates due to both gains and losses.  When losses exceed gains, the C stock decreases, and the pool acts as a source.  When gains exceed losses, the C stock increases, and the pool acts as a sink.  This is also referred to as net C sequestration.

BLM_0047128

[2] Estimates include C stock changes on both *Settlements Remaining Settlements* and *Land Converted to Settlements*.

Table 7-2: Net $CO_2$ Flux from Carbon Stock Changes in Land Use, Land-Use Change, and Forestry (Tg C)

| Sink Category | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Forest Land Remaining Forest Land[1] | (191.3) | (256.6) | (262.8) | (261.6) | (255.9) | (248.3) | (251.4) |
| Cropland Remaining Cropland | (8.0) | (5.0) | (5.2) | (5.4) | (4.9) | (4.7) | (4.3) |
| Land Converted to Cropland | 0.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 |
| Grassland Remaining Grassland | (14.2) | (2.4) | (2.4) | (2.3) | (2.3) | (2.3) | (2.3) |
| Land Converted to Grassland | (5.4) | (6.7) | (6.6) | (6.5) | (6.5) | (6.4) | (6.4) |
| Settlements Remaining Settlements[2] | (15.6) | (23.9) | (24.5) | (25.1) | (25.6) | (26.2) | (26.7) |
| Other (Landfilled Yard Trimmings and Food Scraps) | (6.6) | (3.2) | (3.0) | (3.0) | (3.0) | (3.5) | (3.6) |
| **Total** | **(240.5)** | **(296.2)** | **(302.8)** | **(302.2)** | **(296.6)** | **(289.8)** | **(293.1)** |

Note: 1 Tg C = 1 teragram C = 1 million metric tons C.  Parentheses indicate net sequestration.  Totals may not sum due to independent rounding.

[1] Estimates include C stock changes on both *Forest Land Remaining Forest Land and Land Converted to Forest Land*.

[2] Estimates include C stock changes on both *Settlements Remaining Settlements* and *Land Converted to Settlements*.

Emissions from Land Use, Land-Use Change, and Forestry are shown in Table 7-3 and Table 7-4.  Liming of agricultural soils and urea fertilization in 2010 resulted in $CO_2$ emissions of 3.9 Tg $CO_2$ Eq. (3,906 Gg) and 3.5 Tg $CO_2$ Eq. (3,480 Gg), respectively.  Lands undergoing peat extraction (i.e., *Peatlands Remaining Peatlands*) resulted in $CO_2$ emissions of 1.0 Tg $CO_2$ Eq. (983 Gg), and nitrous oxide ($N_2O$) emissions of less than 0.05 Tg $CO_2$ Eq.  The application of synthetic fertilizers to forest soils in 2010 resulted in direct $N_2O$ emissions of 0.4 Tg $CO_2$ Eq. (1 Gg).  Direct $N_2O$ emissions from fertilizer application to forest soils have increased by 455 percent since 1990, but still account for a relatively small portion of overall emissions.  Additionally, direct $N_2O$ emissions from fertilizer application to settlement soils in 2010 accounted for 1.4 Tg $CO_2$ Eq. (5 Gg).  This represents an increase of 43 percent since 1990.  Forest fires in 2010 resulted in methane ($CH_4$) emissions of 4.8 Tg $CO_2$ Eq. (231 Gg), and in $N_2O$ emissions of 4.0 Tg $CO_2$ Eq. (13 Gg).

Table 7-3: Emissions from Land Use, Land-Use Change, and Forestry (Tg $CO_2$ Eq.)

| Source Category | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **$CO_2$** | **8.1** | **8.9** | **8.8** | **9.2** | **9.6** | **8.3** | **9.0** |
| Cropland Remaining Cropland: Liming of Agricultural Soils | 4.7 | 4.3 | 4.2 | 4.5 | 5.0 | 3.7 | 3.9 |
| Urea Fertilization | 2.4 | 3.5 | 3.7 | 3.8 | 3.6 | 3.6 | 4.1 |
| Wetlands Remaining Wetlands: Peatlands Remaining Peatlands | 1.0 | 1.1 | 0.9 | 1.0 | 1.0 | 1.1 | 1.0 |
| **$CH_4$** | **2.5** | **8.1** | **17.9** | **14.6** | **8.8** | **5.8** | **4.8** |
| Forest Land Remaining Forest Land: Forest Fires | 2.5 | 8.1 | 17.9 | 14.6 | 8.8 | 5.8 | 4.8 |
| **$N_2O$** | **3.1** | **8.5** | **16.5** | **13.8** | **9.0** | **6.5** | **5.7** |
| Forest Land Remaining Forest Land: Forest Fires | 2.1 | 6.6 | 14.6 | 11.9 | 7.2 | 4.7 | 4.0 |
| Forest Land Remaining Forest Land: Forest Soils[1] | 0.1 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| Settlements Remaining Settlements: Settlement Soils[2] | 1.0 | 1.5 | 1.5 | 1.6 | 1.5 | 1.4 | 1.4 |
| Wetlands Remaining Wetlands: Peatlands Remaining Peatlands | + | + | + | + | + | + | + |
| **Total** | **13.8** | **25.6** | **43.2** | **37.6** | **27.4** | **20.5** | **18.9** |

+ Less than 0.05 Tg $CO_2$ Eq.

BLM_0047129

Note: These estimates include direct emissions only.  Indirect $N_2O$ emissions are reported in the Agriculture chapter.  Totals may not sum due to independent rounding.

[1] Estimates include emissions from N fertilizer additions on both *Forest Land Remaining Forest Land*, and *Land Converted to Forest Land*, but not from land-use conversion.

[2] Estimates include emissions from N fertilizer additions on both *Settlements Remaining Settlements*, and *Land Converted to Settlements*, but not from land-use conversion.

Table 7-4: Emissions from Land Use, Land-Use Change, and Forestry (Gg)

| Source Category | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 8,117 | 8,933 | 8,754 | 9,233 | 9,630 | 8,334 | 9,033 |
| Cropland Remaining Cropland: | | | | | | | |
| Liming of Agricultural Soils | 4,667 | 4,349 | 4,220 | 4,464 | 5,025 | 3,679 | 3,906 |
| Urea Fertilization | 2,417 | 3,504 | 3,656 | 3,757 | 3,613 | 3,567 | 4,143 |
| Wetlands Remaining Wetlands: | | | | | | | |
| Peatlands Remaining Peatlands | 1,033 | 1,079 | 879 | 1,012 | 992 | 1,089 | 983 |
| $CH_4$ | 120 | 388 | 854 | 693 | 419 | 276 | 231 |
| Forest Land Remaining Forest | | | | | | | |
| Land: Forest Fires | 120 | 388 | 854 | 693 | 419 | 276 | 231 |
| $N_2O$ | 10 | 27 | 53 | 45 | 29 | 21 | 18 |
| Forest Land Remaining Forest | | | | | | | |
| Land: Forest Fires | 7 | 21 | 47 | 38 | 23 | 15 | 13 |
| Forest Land Remaining Forest | | | | | | | |
| Land: Forest Soils[1] | + | 1 | 1 | 1 | 1 | 1 | 1 |
| Settlements Remaining | | | | | | | |
| Settlements: Settlement Soils[2] | 3 | 5 | 5 | 5 | 5 | 4 | 5 |
| Wetlands Remaining Wetlands: | | | | | | | |
| Peatlands Remaining Peatlands | + | + | + | + | + | + | + |

+ Emissions are less than 0.5 Tg $CO_2$ Eq.

Note: These estimates include direct emissions only.  Indirect $N_2O$ emissions are reported in the Agriculture chapter.  Totals may not sum due to independent rounding.

[1] Estimates include emissions from N fertilizer additions on both *Forest Land Remaining Forest Land*, and *Land Converted to Forest Land*, but not from land-use conversion.

[2] Estimates include emissions from N fertilizer additions on both *Settlements Remaining Settlements*, and *Land Converted to Settlements*, but not from land-use conversion.

[BEGIN BOX]

Box 7-1: Methodological approach for estimating and reporting U.S. emissions and sinks

In following the UNFCCC requirement under Article 4.1 to develop and submit national greenhouse gas emissions inventories, the emissions and sinks presented in this report are organized by source and sink categories and calculated using internationally-accepted methods provided by the Intergovernmental Panel on Climate Change (IPCC).[189]  Additionally, the calculated emissions and sinks in a given year for the United States are presented in a common manner in line with the UNFCCC reporting guidelines for the reporting of inventories under this international agreement.[190]  The use of consistent methods to calculate emissions and sinks by all nations providing their inventories to the UNFCCC ensures that these reports are comparable. In this regard, U.S. emissions and sinks reported in this inventory report are comparable to emissions and sinks reported by other countries.  Emissions and sinks provided in this inventory do not preclude alternative examinations, but rather this inventory report presents

[189] See http://www.ipcc-nggip.iges.or.jp/public/index.html.

[190] See http://unfccc.int/national_reports/annex_i_ghg_inventories/national_inventories_submissions/items/5270.php.

BLM_0047130

emissions and sinks in a common format consistent with how countries are to report inventories under the UNFCCC. The report itself follows this standardized format, and provides an explanation of the IPCC methods used to calculate emissions and sinks, and the manner in which those calculations are conducted.

[END BOX]

## 7.1.  Representation of the U.S. Land Base

A national land-use categorization system that is consistent and complete both temporally and spatially is needed in order to assess land use and land-use change status and the associated greenhouse gas fluxes over the inventory time series. This system should be consistent with IPCC (2006), such that all countries reporting on national greenhouse gas fluxes to the UNFCCC should (1) describe the methods and definitions used to determine areas of managed and unmanaged lands in the country, (2) describe and apply a consistent set of definitions for land-use categories over the entire national land base and time series associated with the greenhouse gas inventory, such that increases in the land areas within particular land-use categories are balanced by decreases in the land areas of other categories, and (3) account for greenhouse gas fluxes on all managed lands. The implementation of such a system helps to ensure that estimates of greenhouse gas fluxes are as accurate as possible. This section of the Inventory has been developed in order to comply with this guidance.

Multiple databases are used to track land management in the United States, which are also used as the basis to classify U.S. land area into the six IPCC land-use categories (i.e., *Forest Land Remaining Forest Land, Cropland Remaining Cropland, Grassland Remaining Grassland, Wetlands Remaining Wetlands, Settlements Remaining Settlements* and *Other Land Remaining Other Land*) and thirty land-use change categories (e.g., *Cropland Converted to Forest Land, Grassland Converted to Forest Land, Wetlands Converted to Forest Land, Settlements Converted to Forest Land, Other Land Converted to Forest Lands*)[191] (IPCC 2006). The primary databases are the U.S. Department of Agriculture (USDA) National Resources Inventory (NRI)[192] and the USDA Forest Service (USFS) Forest Inventory and Analysis (FIA)[193] Database. The U.S. Geological Survey (USGS) National Land Cover Dataset (NLCD)[194] is also used to identify land uses in regions that were not included in the NRI or FIA. The total land area included in the U.S. Inventory is 786 million hectares, and this entire land base is considered managed.[195] In 2010, the United States had a total of 278 million hectares of Forest Land (a 4 percent increase since 1990), 159 million hectares of Cropland (down 6.6 percent since 1990), 258 million hectares of Grassland (down 3.9 percent since 1990), 26 million hectares of Wetlands (down 4.9 percent since 1990), 50 million hectares of Settlements (up 31 percent since 1990), and 14 million hectares of Other Land. It is important to note that the land base formally classified for the Inventory (see Table 7-5) is considered managed. Alaska is not formally included in the current land representation, but there is a planned improvement underway to include this portion of the United States in future inventories. In addition, wetlands are not differentiated between managed and unmanaged, although some wetlands would be unmanaged according to the U.S. definition (see definition later in this section). Future improvements will include a differentiation between managed and unmanaged wetlands. In addition, carbon stock changes are not currently estimated for the entire land base, which leads to discrepancies between the area data presented here and in the subsequent sections of the NIR. Planned improvements are underway or in development phases to conduct an inventory of carbon stock changes on all managed land (e.g., federal grasslands).

Dominant land uses vary by region, largely due to climate patterns, soil types, geology, proximity to coastal regions, and historical settlement patterns, although all land-uses occur within each of the fifty states (Figure 7-1). Forest Land tends to be more common in the eastern states, mountainous regions of the western United States, and Alaska. Cropland is concentrated in the mid-continent region of the United States, and Grassland is more common in the western United States. Wetlands are fairly ubiquitous throughout the United States, though they are more common

---

[191] Land-use category definitions are provided in the Methodology section.

[192] NRI data is available at <http://www.ncgc.nrcs.usda.gov/products/nri/index.html>.

[193] FIA data is available at <http://fia.fs.fed .us/tools-data/data/>.

[194] NLCD data is available at <http://www.mrlc.gov/>.

[195] The current land representation does not include areas from Alaska or U.S. territories, but there are planned improvements to include these regions in future reports.

---

BLM_0047131

in the upper Midwest and eastern portions of the country.  Settlements are more concentrated along the coastal margins and in the eastern states.

Table 7-5:  Size of Land Use and Land-Use Change Categories on Managed Land Area by Land Use and Land Use Change Categories (thousands of hectares)

| Land Use & Land-Use Change Categories[a] | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **Total Forest Land** | **267,120** | **274,649** | **275,355** | **276,060** | **276,780** | **277,486** | **278,213** |
| FF | 262,008 | 262,354 | 263,505 | 264,585 | 265,298 | 265,997 | 266,717 |
| CF | 1,118 | 2,651 | 2,513 | 2,444 | 2,444 | 2,444 | 2,445 |
| GF | 3,425 | 7,821 | 7,564 | 7,297 | 7,299 | 7,301 | 7,303 |
| WF | 66 | 256 | 260 | 262 | 263 | 264 | 265 |
| SF | 103 | 371 | 378 | 386 | 387 | 388 | 389 |
| OF | 399 | 1,196 | 1,135 | 1,086 | 1,089 | 1,092 | 1,094 |
| **Total Cropland** | **170,283** | **159,917** | **159,486** | **159,070** | **159,065** | **159,062** | **159,059** |
| CC | 154,815 | 143,040 | 143,229 | 143,849 | 143,844 | 143,841 | 143,839 |
| FC | 1,118 | 675 | 612 | 568 | 568 | 568 | 568 |
| GC | 13,583 | 15,067 | 14,537 | 13,580 | 13,580 | 13,580 | 13,580 |
| WC | 156 | 193 | 183 | 174 | 174 | 174 | 174 |
| SC | 431 | 688 | 693 | 669 | 669 | 669 | 669 |
| OC | 180 | 253 | 234 | 231 | 231 | 231 | 231 |
| **Total Grassland** | **268,149** | **260,543** | **259,825** | **259,202** | **258,668** | **258,144** | **257,600** |
| GG | 257,937 | 241,419 | 241,090 | 241,452 | 241,016 | 240,588 | 240,143 |
| FG | 1,611 | 2,989 | 2,901 | 2,724 | 2,721 | 2,719 | 2,716 |
| CG | 7,902 | 14,609 | 14,301 | 13,598 | 13,504 | 13,411 | 13,314 |
| WG | 238 | 408 | 403 | 329 | 328 | 328 | 328 |
| SG | 111 | 274 | 275 | 267 | 267 | 267 | 267 |
| OG | 349 | 844 | 855 | 832 | 831 | 831 | 831 |
| **Total Wetlands** | **27,483** | **26,941** | **26,809** | **26,606** | **26,444** | **26,286** | **26,124** |
| WW | 26,834 | 25,432 | 25,330 | 25,167 | 25,009 | 24,853 | 24,695 |
| FW | 141 | 395 | 391 | 383 | 381 | 379 | 377 |
| CW | 132 | 365 | 356 | 345 | 345 | 345 | 345 |
| GW | 343 | 696 | 680 | 661 | 661 | 661 | 661 |
| SW | 0 | 10 | 10 | 10 | 10 | 10 | 10 |
| OW | 33 | 43 | 43 | 39 | 38 | 38 | 38 |
| **Total Settlements** | **38,534** | **49,519** | **50,028** | **50,478** | **50,475** | **50,472** | **50,469** |
| SS | 33,993 | 35,124 | 35,630 | 36,203 | 36,200 | 36,197 | 36,194 |
| FS | 1,787 | 6,111 | 6,133 | 6,089 | 6,089 | 6,089 | 6,089 |
| CS | 1,343 | 3,625 | 3,576 | 3,518 | 3,518 | 3,518 | 3,518 |
| GS | 1,353 | 4,430 | 4,459 | 4,436 | 4,436 | 4,436 | 4,436 |
| WS | 3 | 31 | 30 | 30 | 30 | 30 | 30 |
| OS | 55 | 198 | 200 | 201 | 201 | 201 | 201 |
| **Total Other Land** | **14,276** | **14,275** | **14,341** | **14,428** | **14,412** | **14,395** | **14,379** |
| OO | 13,242 | 12,054 | 12,070 | 12,137 | 12,121 | 12,105 | 12,089 |
| FO | 182 | 538 | 563 | 569 | 569 | 569 | 569 |
| CO | 331 | 645 | 665 | 703 | 703 | 703 | 703 |
| GO | 454 | 896 | 899 | 895 | 895 | 894 | 894 |
| WO | 65 | 121 | 123 | 104 | 103 | 103 | 103 |
| SO | 2 | 21 | 21 | 20 | 20 | 20 | 20 |
| **Grand Total** | **785,845** | **785,845** | **785,845** | **785,845** | **785,845** | **785,845** | **785,845** |

[a]The abbreviations are "F" for Forest Land, "C" for Cropland, "G" for Grassland, "W" for Wetlands, "S" for

BLM_0047132

Settlements, and "O" for Other Lands. Lands remaining in the same land use category are identified with the land use abbreviation given twice (e.g., "FF" is Forest Land Remaining Forest Land), and land use change categories are identified with the previous land use abbreviation followed by the new land use abbreviation (e.g., "CF" is Cropland Converted to Forest Land).

Notes: All land areas reported in this table are considered managed. A planned improvement is underway to deal with an exception for wetlands which includes both managed and unmanaged lands based on the definitions for the current U.S. Land Representation Assessment. In addition, U.S. Territories have not been classified into land uses and are not included in the U.S. Land Representation Assessment. See Planned Improvements for discussion on plans to include Alaska and territories in future Inventories.

Figure 7-1. Percent of Total Land Area in the General Land-Use Categories for 2010

## Methodology

### IPCC Approaches for Representing Land Areas

IPCC (2006) describes three approaches for representing land areas. Approach 1 provides data on the total area for each individual land-use category, but does not provide detailed information on changes of area between categories and is not spatially explicit other than at the national or regional level. With Approach 1, total net conversions between categories can be detected, but not the individual changes between the land-use categories that led to those net changes. Approach 2 introduces tracking of individual land-use changes between the categories (e.g., Forest Land to Cropland, Cropland to Forest Land, Grassland to Cropland, etc.), using surveys or other forms of data that do not provide location data on specific parcels of land. Approach 3 extends Approach 2 by providing location data on specific parcels of land, such as maps, along with the land-use history. The three approaches are not presented as hierarchical tiers and are not mutually exclusive.

According to IPCC (2006), the approach or mix of approaches selected by an inventory agency should reflect calculation needs and national circumstances. For this analysis, the NRI, FIA, and the NLCD have been combined to provide a complete representation of land use for managed lands. These data sources are described in more detail later in this section. All of these datasets have a spatially-explicit time series of land-use data, and therefore Approach 3 is used to provide a full representation of land use in the U.S. Inventory. Lands are treated as remaining in the same category (e.g., *Cropland Remaining Cropland*) if a land-use change has not occurred in the last 20 years. Otherwise, the land is classified in a land-use-change category based on the current use and most recent use before conversion to the current use (e.g., *Cropland Converted to Forest Land*).

### Definitions of Land Use in the United States

#### *Managed and Unmanaged Land*

The U.S. definitions of managed and unmanaged lands are similar to the basic IPCC (2006) definition of managed land, but with some additional elaboration to reflect national circumstances. Based on the following definitions, most lands in the United States are classified as managed:

- *Managed Land*: Land is considered managed if direct human intervention has influenced its condition. Direct intervention includes altering or maintaining the condition of the land to produce commercial or non-commercial products or services; to serve as transportation corridors or locations for buildings, landfills, or other developed areas for commercial or non-commercial purposes; to extract resources or facilitate acquisition of resources; or to provide social functions for personal, community or societal objectives. Managed land also includes legal protection of lands (e.g., wilderness, preserves, parks, etc.) for conservation purposes (i.e., meets societal objectives).[196]

---

[196] Wetlands are an exception to this general definition, because these lands, as specified by IPCC (2006), are only considered managed if they are created through human activity, such as dam construction, or the water level is artificially altered by human

BLM_0047133

- *Unmanaged Land*: All other land is considered unmanaged. Unmanaged land is largely comprised of areas inaccessible to human intervention due to the remoteness of the locations, or lands with essentially no development interest or protection due to limited personal, commercial or social value. Though these lands may be influenced indirectly by human actions such as atmospheric deposition of chemical species produced in industry, they are not influenced by a direct human intervention.[197]

### Land-Use Categories

As with the definition of managed lands, IPCC (2006) provides general non-prescriptive definitions for the six main land-use categories: Forest Land, Cropland, Grassland, Wetlands, Settlements and Other Land. In order to reflect U.S. circumstances, country-specific definitions have been developed, based predominantly on criteria used in the land-use surveys for the United States. Specifically, the definition of Forest Land is based on the FIA definition of forest,[198] while definitions of Cropland, Grassland, and Settlements are based on the NRI.[199] The definitions for Other Land and Wetlands are based on the IPCC (2006) definitions for these categories.

- *Forest Land*: A land-use category that includes areas at least 36.6 m wide and 0.4 ha in size with at least 10 percent cover (or equivalent stocking) by live trees of any size, including land that formerly had such tree cover and that will be naturally or artificially regenerated. Forest land includes transition zones, such as areas between forest and non-forest lands that have at least 10 percent cover (or equivalent stocking) with live trees and forest areas adjacent to urban and built-up lands. Roadside, streamside, and shelterbelt strips of trees must have a crown width of at least 36.6 m and continuous length of at least 110.6 m to qualify as forest land. Unimproved roads and trails, streams, and clearings in forest areas are classified as forest if they are less than 36.6 m wide or 0.4 ha in size, otherwise they are excluded from Forest Land and classified as Settlements. Tree-covered areas in agricultural production settings, such as fruit orchards, or tree-covered areas in urban settings, such as city parks, are not considered forest land (Smith et al. 2009). NOTE: This definition applies to all U.S. lands and territories. However, at this time, data availability is limited for remote or inaccessible areas such as interior Alaska

- *Cropland*: A land-use category that includes areas used for the production of adapted crops for harvest; this category includes both cultivated and non-cultivated lands.[200] Cultivated crops include row crops or close-grown crops and also hay or pasture in rotation with cultivated crops. Non-cultivated cropland includes continuous hay, perennial crops (e.g., orchards) and horticultural cropland. Cropland also includes land with alley cropping and windbreaks,[201] as well as lands in temporary fallow or enrolled in conservation reserve programs (i.e., set-asides[202]). Roads through Cropland, including interstate highways, state highways, other paved roads, gravel roads, dirt roads, and railroads are excluded from Cropland area estimates and are, instead, classified as Settlements.

- *Grassland*: A land-use category on which the plant cover is composed principally of grasses, grass-like plants, forbs, or shrubs suitable for grazing and browsing, and includes both pastures and native rangelands.[203] This includes areas where practices such as clearing, burning, chaining, and/or chemicals

---

activity. Distinguishing between managed and unmanaged wetlands is difficult, however, due to limited data availability. Wetlands are not characterized by use within the NRI. Therefore, unless wetlands are managed for cropland or grassland, it is not possible to know if they are artificially created or if the water table is managed based on the use of NRI data. See the Planned Improvements section of the Inventory for work being done to refine the Wetland area estimates.

[197] There will be some areas that qualify as Forest Land or Grassland according to the land use criteria, but are classified as unmanaged land due to the remoteness of their location.

[198] See <http://socrates.lv-hrc.nevada.edu/fia/ab/issues/pending/glossary/Glossary_5_30_06.pdf>.

[199] See <http://www.nrcs.usda.gov/technical/land/nri01/glossary.html>.

[200] A minor portion of Cropland occurs on federal lands, and is not currently included in the C stock change inventory. A planned improvement is underway to include these areas in future C inventories.

[201] Currently, there is no data source to account for biomass C stock change associated with woody plant growth and losses in alley cropping systems and windbreaks in cropping systems, although these areas are included in the cropland land base.

[202] A set-aside is cropland that has been taken out of active cropping and converted to some type of vegetative cover, including, for example, native grasses or trees.

[203] Grasslands on federal lands are included in the managed land base, but C stock changes are not estimated on these lands.

BLM_0047134

are applied to maintain the grass vegetation. Savannas, some wetlands and deserts, in addition to tundra are considered Grassland.[204] Woody plant communities of low forbs and shrubs, such as mesquite, chaparral, mountain shrub, and pinyon-juniper, are also classified as Grassland if they do not meet the criteria for Forest Land. Grassland includes land managed with agroforestry practices such as silvipasture and windbreaks, assuming the stand or woodlot does not meet the criteria for Forest Land. Roads through Grassland, including interstate highways, state highways, other paved roads, gravel roads, dirt roads, and railroads are excluded from Grassland area estimates and are, instead, classified as Settlements.

- *Wetlands*: A land-use category that includes land covered or saturated by water for all or part of the year. Managed Wetlands are those where the water level is artificially changed, or were created by human activity. Certain areas that fall under the managed Wetlands definition are covered in other areas of the IPCC guidance and/or the inventory, including Cropland (e.g., rice cultivation), Grassland, and Forest Land (including drained or undrained forested wetlands).

- *Settlements*: A land-use category representing developed areas consisting of units of 0.25 acres (0.1 ha) or more that includes residential, industrial, commercial, and institutional land; construction sites; public administrative sites; railroad yards; cemeteries; airports; golf courses; sanitary landfills; sewage treatment plants; water control structures and spillways; parks within urban and built-up areas; and highways, railroads, and other transportation facilities. Also included are tracts of less than 10 acres (4.05 ha) that may meet the definitions for Forest Land, Cropland, Grassland, or Other Land but are completely surrounded by urban or built-up land, and so are included in the settlement category. Rural transportation corridors located within other land uses (e.g., Forest Land, Cropland) are also included in Settlements.

- *Other Land*: A land-use category that includes bare soil, rock, ice, non-settlement transportation corridors, and all land areas that do not fall into any of the other five land-use categories, which allows the total of identified land areas to match the managed national area.

## Land-Use Data Sources: Description and Application to U.S. Land Area Classification

### U.S. Land-Use Data Sources

The three main data sources for land area and use data in the United States are the NRI, FIA, and the NLCD. For the Inventory, the NRI is the official source of data on all land uses on non-federal lands (except forest land), and is also used as the resource to determine the total land base for the conterminous United States and Hawaii. The NRI is conducted by the USDA Natural Resources Conservation Service and is designed to assess soil, water, and related environmental resources on non-federal lands. The NRI has a stratified multi-stage sampling design, where primary sample units are stratified on the basis of county and township boundaries defined by the U.S. Public Land Survey (Nusser and Goebel 1997). Within a primary sample unit (typically a 160-acre [64.75 ha] square quarter-section), three sample points are selected according to a restricted randomization procedure. Each point in the survey is assigned an area weight (expansion factor) based on other known areas and land-use information (Nusser and Goebel 1997). The NRI survey utilizes data derived from remote sensing imagery and site visits in order to provide detailed information on land use and management, particularly for croplands and grasslands, and is used as the basis to account for C stock changes in agricultural lands (except federal Grasslands). The NRI survey was conducted every 5 years between 1982 and 1997, but shifted to annualized data collection in 1998. This Inventory incorporates data through 2007 from the NRI.

The FIA program, conducted by the USFS, is the official source of data on Forest Land area and management data for the Inventory. FIA engages in a hierarchical system of sampling, with sampling categorized as Phases 1 through 3, in which sample points for phases are subsets of the previous phase. Phase 1 refers to collection of remotely-sensed data (either aerial photographs or satellite imagery) primarily to classify land into forest or non-forest and to identify landscape patterns like fragmentation and urbanization. Phase 2 is the collection of field data on a network of ground plots that enable classification and summarization of area, tree, and other attributes associated with forest land uses. Phase 3 plots are a subset of Phase 2 plots where data on indicators of forest health are measured. Data

---

Federal grassland areas have been assumed to have negligible changes in C due to limited land use and management change, but planned improvements are underway to further investigate this issue and include these areas in future C inventories.

[204] IPCC (2006) guidelines do not include provisions to separate desert and tundra as land categories.

---

BLM_0047135

from all three phases are also used to estimate C stock changes for forest land. Historically, FIA inventory surveys had been conducted periodically, with all plots in a state being measured at a frequency of every 5 to 14 years. A new national plot design and annual sampling design was introduced by FIA about ten years ago. Most states, though, have only recently been brought into this system. Annualized sampling means that a portion of plots throughout each state is sampled each year, with the goal of measuring all plots once every 5 years. See Annex 3.12 to see the specific survey data available by state. The most recent year of available data varies state by state (2002 through 2009).

Though NRI provides land-area data for both federal and non-federal lands, it only includes land-use data on non-federal lands, and FIA only records data for forest land.[205] Consequently, major gaps exist when the datasets are combined, such as federal grassland operated by the Bureau of Land Management (BLM), USDA, and National Park Service, as well as most of Alaska.[206] The NLCD is used as a supplementary database to account for land use on federal lands that are not included in the NRI and FIA databases. The NLCD land-cover classification scheme, available for 1992, 2001, and 2006, has been applied over the conterminous United States (Homer et al. 2007), and also for Hawaii in 2001. For the conterminous United States, the NLCD Land Cover Change Products for 2001 and 2006 were used in order to represent both land use and land-use change for federal lands (Fry et al. 2011, Homer et al. 2007). The NLCD products are based primarily on Landsat Thematic Mapper imagery. The NLCD contains 21 categories of land-cover information, which have been aggregated into the IPCC land-use categories, and the data are available at a spatial resolution of 30 meters. The federal land portion of the NLCD was extracted from the dataset using the federal land area boundary map from the National Atlas (2005). This map represents federal land boundaries in 2005, so as part of the analysis, the federal land area was adjusted annually based on the NRI federal land area estimates (i.e., land is periodically transferred between federal and non-federal ownership). Consequently, the portion of the land base categorized with NLCD data varied from year to year, corresponding to an increase or decrease in the federal land base. The NLCD is strictly a source of land-cover information, however, and does not provide the necessary site conditions, crop types, and management information from which to estimate C stock changes on those lands.

Another step in the analysis is to address gaps as well as overlaps in the representation of the U.S. land base between the Agricultural Carbon Stock Inventory (*Cropland Remaining Cropland, Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland*) and Forest Land Carbon Stock Inventory (*Forest Land Remaining Forest Land* and *Land Converted to Forest Land*), which are based on the NRI and FIA databases, respectively. NRI and FIA have different criteria for classifying forest land and sampling designs, leading to discrepancies in the resulting estimates of Forest Land area on non-federal land. Similarly, there are discrepancies between the NLCD and FIA data for defining and classifying Forest Land on federal lands. Moreover, dependence exists between the Forest Land area and the amount of land designated as other land uses in both the NRI and the NLCD, such as the amount of Grassland, Cropland, and Wetlands, relative to the Forest Land area. This results in inconsistencies among the three databases for estimated Forest Land area, as well as for the area estimates for other land-use categories. FIA is the main database for forest statistics, and consequently, the NRI and NLCD were adjusted to achieve consistency with FIA estimates of Forest Land. The adjustments were made at a state-scale, and it was assumed that the majority of the discrepancy in forest area was associated with an under- or over-prediction of Grassland and Wetland area in the NRI and NLCD due to differences in Forest Land definitions. Specifically, the Forest Land area for a given state according to the NRI and NLCD was adjusted to match the FIA estimates of Forest Land for non-federal and federal land, respectively. In a second step, corresponding increases or decreases were made in the area estimates of Grassland and Wetland from the NRI and NLCD, in order to balance the change in forest area, and therefore not change the overall amount of managed land within an individual state. The adjustments were based on the proportion of land within each of these land-use categories at the state-level. (i.e., a higher proportion of Grassland led to a larger adjustment in Grassland area).

As part of Quality Assurance /Quality Control (QA/QC), the land base derived from the NRI, FIA and NLCD was compared to the Topologically Integrated Geographic Encoding and Referencing (TIGER) survey (U.S. Census Bureau 2010). The U.S. Census Bureau gathers data on the U.S. population and economy, and has a database of

---

[205] FIA does collect some data on non-forest land use, but these are held in regional databases versus the national database. The status of these data is being investigated.

[206] The survey programs also do not include U.S. Territories with the exception of non-federal lands in Puerto Rico, which are included in the NRI survey. Furthermore, NLCD does not include coverage for U.S. Territories.

BLM_0047136

land areas for the country. The land area estimates from the U.S. Census Bureau differ from those provided by the land-use surveys used in the Inventory because of discrepancies in the reporting approach for the census and the methods used in the NRI, FIA, and NLCD. The area estimates of land-use categories, based on NRI, FIA, and NLCD, are derived from remote sensing data instead of the land survey approach used by the U.S. Census Survey. More importantly, the U.S. Census Survey does not provide a time series of land-use change data or land management information, which is critical for conducting emission inventories and is provided from the NRI and FIA surveys. Consequently, the U.S. Census Survey was not adopted as the official land area estimate for the Inventory. Rather, the NRI data were adopted because this database provides full coverage of land area and land use for the conterminous United States and Hawaii. Regardless, the total difference between the U.S. Census Survey and the data sources used in the Inventory is about 25 million hectares for the total land base of about 786 million hectares currently included in the Inventory, or a 3.1 percent difference. Much of this difference is associated with open waters in coastal regions and the Great Lakes. NRI does not include as much of the area of open waters in these regions as the U.S. Census Survey.

**Approach for Combining Data Sources**

The managed land base in the United States has been classified into the six IPCC land-use categories using definitions[207] developed to meet national circumstances, while adhering to IPCC (2006). In practice, the land was initially classified into a variety of land-use categories using the NRI, FIA and NLCD, and then aggregated into the thirty-six broad land use and land-use-change categories identified in IPCC (2006). Details on the approach used to combine data sources for each land use are described below as are the gaps that will be reconciled as part of ongoing planned improvements:

- *Forest Land*: Both non-federal and federal forest lands in both the continental United States and coastal Alaska are covered by FIA. FIA is used as the basis for both Forest Land area data as well as to estimate C stocks and fluxes on Forest Land. Interior Alaska is not currently surveyed by FIA, but NLCD has a new product for Alaska that will be incorporated into the assessment as a planned improvement for future reports. Forest Lands in U.S. territories are currently excluded from the analysis, but FIA surveys are currently being conducted on U.S. territories and will become available in the future. NRI is being used in the current report to provide Forest Land areas on non-federal lands in Hawaii. Currently, federal forest land in Hawaii is evaluated with the 2001 NLCD, but FIA data will be collected in Hawaii in the future.

- *Cropland*: Cropland is classified using the NRI, which covers all non-federal lands within 49 states (excluding Alaska), including state and local government-owned land as well as tribal lands. NRI is used as the basis for both Cropland area data as well as to estimate C stocks and fluxes on Cropland. Croplands in U.S. territories are excluded from both NRI data collection and the NLCD. NLCD has a new product for Alaska that will be incorporated into the assessment as a planned improvement for future reports.

- *Grassland*: Grassland on non-federal lands is classified using the NRI within 49 states (excluding Alaska), including state and local government-owned land as well as tribal lands. NRI is used as the basis for both Grassland area data as well as to estimate C stocks and fluxes on Grassland. U.S. territories are excluded from both NRI data collection and the current release of the NLCD product. Grassland on federal Bureau of Land Management lands, Department of Defense lands, National Parks and within USFS lands are covered by the NLCD. In addition, federal and non-federal grasslands in Alaska are currently excluded from the analysis, but NLCD has a new product for Alaska that will be incorporated into the assessment for future reports.

- *Wetlands*: NRI captures wetlands on non-federal lands within 49 states (excluding Alaska), while federal wetlands are covered by the NLCD. Alaska and U.S. territories are excluded. This currently includes both managed and unmanaged wetlands as no database has yet been applied to make this distinction. See Planned Improvements for details.

- *Settlements*: The NRI captures non-federal settlement area in 49 states (excluding Alaska). If areas of Forest Land or Grassland under 10 acres (4.05 ha) are contained within settlements or urban areas, they are classified as Settlements (urban) in the NRI database. If these parcels exceed the 10 acre (4.05 ha)

---

[207] Definitions are provided in the previous section.

BLM_0047137

threshold and are Grassland, they will be classified as such by NRI. Regardless of size, a forested area is classified as non-forest by FIA if it is located within an urban area. Settlements on federal lands are covered by NLCD. Settlements in U.S. territories are currently excluded from NRI and NLCD. NLCD has a new product for Alaska that will be incorporated into the assessment as a planned improvement for future reports.

- *Other Land*: Any land not falling into the other five land categories and, therefore, categorized as Other Land is classified using the NRI for non-federal areas in the 49 states (excluding Alaska) and NLCD for the federal lands. Other land in U.S. territories is excluded from the NLCD. NLCD has a new product for Alaska that will be incorporated into the assessment as a planned improvement for future reports.

Some lands can be classified into one or more categories due to multiple uses that meet the criteria of more than one definition. However, a ranking has been developed for assignment priority in these cases. The ranking process is initiated by distinguishing between managed and unmanaged lands. The managed lands are then assigned, from highest to lowest priority, in the following manner:

*Settlements > Cropland > Forest Land > Grassland > Wetlands > Other Land*

Settlements are given the highest assignment priority because they are extremely heterogeneous with a mosaic of patches that include buildings, infrastructure and travel corridors, but also open grass areas, forest patches, riparian areas, and gardens. The latter examples could be classified as Grassland, Forest Land, Wetlands, and Cropland, respectively, but when located in close proximity to settlement areas they tend to be managed in a unique manner compared to non-settlement areas. Consequently, these areas are assigned to the Settlements land-use category. Cropland is given the second assignment priority, because cropping practices tend to dominate management activities on areas used to produce food, forage or fiber. The consequence of this ranking is that crops in rotation with grass will be classified as Cropland, and land with woody plant cover that is used to produce crops (e.g., orchards) is classified as Cropland, even though these areas may meet the definitions of Grassland or Forest Land, respectively. Similarly, Wetlands are considered Croplands if they are used for crop production, such as rice or cranberries. Forest Land occurs next in the priority assignment because traditional forestry practices tend to be the focus of the management activity in areas with woody plant cover that are not croplands (e.g., orchards) or settlements (e.g., housing subdivisions with significant tree cover). Grassland occurs next in the ranking, while Wetlands and Other Land complete the list.

The assignment priority does not reflect the level of importance for reporting greenhouse gas emissions and removals on managed land, but is intended to classify all areas into a single land use. Currently, the IPCC does not make provisions in the guidelines for assigning land to multiple uses. For example, a Wetland is classified as Forest Land if the area has sufficient tree cover to meet the stocking and stand size requirements. Similarly, Wetlands are classified as Cropland if they are used for crop production, such as rice or cranberries. In either case, emissions from Wetlands are included in the Inventory if human interventions are influencing emissions from Wetlands, in accordance with the guidance provided in IPCC (2006).

## Recalculations Discussion

No major revisions were made to the time series for the current Inventory. However, new data were incorporated from FIA on forestland areas, which was used to make minor adjustments to the time series. FIA conducts a survey of plots annually so that each plot is visited every 5 years (Note: some states have not initiated the annual sampling regime, as discussed previously). Consequently, the time series is updated each year as new data are collected over the 5 year cycles.

## Planned Improvements

Area data by land-use category are not estimated for major portions of Alaska or any of the U.S. territories. A key planned improvement is to incorporate land-use data from these areas into the Inventory. For Alaska, a new NLCD 2001 data product will be used to cover those land areas presently omitted. Fortunately, most of the managed land in the United States is included in the current land-use statistics, but a complete accounting is a key goal for the near future. Data sources will also be evaluated for representing land use on federal and non-federal lands in U.S. territories.

Additional work will be conducted to reconcile differences in Forest Land estimates between the NRI and FIA,

BLM_0047138

evaluating the assumption that the majority of discrepancies in Forest Land areas are associated with an over- or under-estimation of Grassland and Wetland area. In some regions of the United States, a discrepancy in Forest Land areas between NRI and FIA may be associated with an over- or under-prediction of other land uses, and an analysis is planned to develop region-specific adjustments.

There are also other databases that may need to be reconciled with the NRI and NLCD datasets, particularly for Settlements and Wetlands. Urban area estimates, used to produce C stock and flux estimates from urban trees, are currently based on population data (1990 and 2000 U.S. Census data). Using the population statistics, "urban clusters" are defined as areas with more than 500 people per square mile. The USFS is currently moving ahead with an urban forest inventory program so that urban forest area estimates will be consistent with FIA forest area estimates outside of urban areas, which would be expected to reduce omissions and overlap of forest area estimates along urban boundary areas.

## 7.2.  Forest Land Remaining Forest Land

### Changes in Forest Carbon Stocks (IPCC Source Category 5A1)

For estimating C stocks or stock change (flux), C in forest ecosystems can be divided into the following five storage pools (IPCC 2003):

- Aboveground biomass, which includes all living biomass above the soil including stem, stump, branches, bark, seeds, and foliage. This category includes live understory.

- Belowground biomass, which includes all living biomass of coarse living roots greater than 2 mm diameter.

- Dead wood, which includes all non-living woody biomass either standing, lying on the ground (but not including litter), or in the soil.

- Litter, which includes the litter, fumic, and humic layers, and all non-living biomass with a diameter less than 7.5 cm at transect intersection, lying on the ground.

- Soil organic C (SOC), including all organic material in soil to a depth of 1 meter but excluding the coarse roots of the aboveground pools.

In addition, there are two harvested wood pools necessary for estimating C flux:

- Harvested wood products (HWP) in use.

- HWP in solid waste disposal sites (SWDS).

C is continuously cycled among these storage pools and between forest ecosystems and the atmosphere as a result of biological processes in forests (e.g., photosynthesis, respiration, growth, mortality, decomposition, and disturbances such as fires or pest outbreaks) and anthropogenic activities (e.g., harvesting, thinning, clearing, and replanting). As trees photosynthesize and grow, C is removed from the atmosphere and stored in living tree biomass. As trees die and otherwise deposit litter and debris on the forest floor, C is released to the atmosphere or transferred to the soil by organisms that facilitate decomposition.

The net change in forest C is not equivalent to the net flux between forests and the atmosphere because timber harvests do not cause an immediate flux of C of all vegetation C to the atmosphere. Instead, harvesting transfers a portion of the C stored in wood to a "product pool." Once in a product pool, the C is emitted over time as $CO_2$ when the wood product combusts or decays. The rate of emission varies considerably among different product pools. For example, if timber is harvested to produce energy, combustion releases C immediately. Conversely, if timber is harvested and used as lumber in a house, it may be many decades or even centuries before the lumber decays and C is released to the atmosphere. If wood products are disposed of in SWDS, the C contained in the wood may be released many years or decades later, or may be stored almost permanently in the SWDS.

This section quantifies the net changes in C stocks in the five forest C pools and two harvested wood pools. The net change in stocks for each pool is estimated, and then the changes in stocks are summed over all pools to estimate total net flux. The focus on C implies that all C-based greenhouse gases are included, and the focus on stock change suggests that specific ecosystem fluxes do not need to be separately itemized in this report. Changes in C stocks from disturbances, such as forest fires, are implicitly included in the net changes. For instance, an inventory

BLM_0047139

conducted after fire counts only the trees that are left.  The change between inventories thus accounts for the C changes due to fires; however, it may not be possible to attribute the changes to the disturbance specifically.  Similarly, changes in C stocks from natural disturbances, such as wildfires, pest outbreaks, and storms, are implicitly accounted for in the forest inventory approach; however, they are highly variable from year to year.  Wildfire events are typically the most severe but other natural disturbance events can result in large C stock losses that are time- and location- specific.  The IPCC (2003) recommends reporting C stocks according to several land-use types and conversions, specifically *Forest Land Remaining Forest Land* and *Land Converted to Forest Land*.  Currently, consistent datasets are just becoming available for the conterminous United States to allow forest land conversions and forest land remaining forest land to be identified, and research is ongoing to properly use that information based on research results.  Thus, net changes in all forest-related land, including non-forest land converted to forest and forests converted to non-forest, are reported here.

Forest C storage pools, and the flows between them via emissions, sequestration, and transfers, are shown in Figure 7-2.  In the figure, boxes represent forest C storage pools and arrows represent flows between storage pools or between storage pools and the atmosphere.  Note that the boxes are not identical to the storage pools identified in this chapter.  The storage pools identified in this chapter have been refined in this graphic to better illustrate the processes that result in transfers of C from one pool to another, and emissions to as well as uptake from the atmosphere.

Figure 7-2:  Forest Sector Carbon Pools and Flows

Approximately 33 percent (304 million hectares) of the U.S. land area is forested (Smith et al. 2009).  The current forest carbon inventory includes 275 million hectares in the conterminous 48 states (USDA Forest Service 2011a, 2011b) that are considered managed and are included in this inventory.  An additional 6 million hectares of southeast and south central Alaskan forest are inventoried and are included here.  Some differences exist in forest land defined in Smith et al. (2009) and the forest land included in this report, which is based on USDA Forest Service (2011b).  Survey data are not yet available from Hawaii and a large portion of interior Alaska, but estimates of these areas are included in Smith et al. (2009).  Alternately, updated survey data for central and western forest land in both Oklahoma and Texas have only recently become available, and these forests contribute to overall carbon stock reported below.  While Hawaii and U.S. territories have relatively small areas of forest land and will thus probably not influence the overall C budget substantially, these regions will be added to the C budget as sufficient data become available.  Agroforestry systems are also not currently accounted for in the inventory, since they are not explicitly inventoried by either the Forest Inventory and Analysis (FIA) program of the U.S. Department of Agriculture (USDA) Forest Service or the National Resources Inventory (NRI) of the USDA Natural Resources Conservation Service (Perry et al. 2005).

Sixty-eight percent of U.S. forests (208 million hectares) are classified as timberland, meaning they meet minimum levels of productivity.  Nine percent of Alaskan forests overall and 81 percent of forests in the conterminous United States are classified as timberlands.  Of the remaining nontimberland forests, 30 million hectares are reserved forest lands (withdrawn by law from management for production of wood products) and 66 million hectares are lower productivity forest lands (Smith et al. 2009).  Historically, the timberlands in the conterminous 48 states have been more frequently or intensively surveyed than other forest lands.

Forest land area declined by approximately 10 million hectares over the period from the early 1960s to the late 1980s.  Since then, forest area has increased by about 12 million hectares (Smith et al. 2009).  Current trends in forest area represent average annual change of 0.2 percent.  In addition to the increase in forest area, the major influences on the current net C flux from forest land are management activities and the ongoing impacts of previous land-use changes.  These activities affect the net flux of C by altering the amount of C stored in forest ecosystems.  For example, intensified management of forests that leads to an increased rate of growth increases the eventual biomass density of the forest, thereby increasing the uptake of C.[208]  Though harvesting forests removes much of the aboveground C, on average the volume of annual net growth nationwide is about 72 percent higher than the volume

---

[208] The term "biomass density" refers to the mass of live vegetation per unit area.   It is usually measured on a dry-weight basis.  Dry biomass is 50 percent C by weight.

BLM_0047140

of annual removals on timberlands (Smith et al. 2009). The reversion of cropland to forest land increases C storage in biomass, forest floor, and soils. The net effects of forest management and the effects of land-use change involving forest land are captured in the estimates of C stocks and fluxes presented in this chapter.

In the United States, improved forest management practices, the regeneration of previously cleared forest areas, and timber harvesting and use have resulted in net uptake (i.e., net sequestration) of C each year from 1990 through 2009. The rate of forest clearing begun in the 17th century following European settlement had slowed by the late 19th century. Through the later part of the 20th century many areas of previously forested land in the United States were allowed to revert to forests or were actively reforested. The impacts of these land-use changes still influence C fluxes from these forest lands. More recently, the 1970s and 1980s saw a resurgence of federally-sponsored forest management programs (e.g., the Forestry Incentive Program) and soil conservation programs (e.g., the Conservation Reserve Program), which have focused on tree planting, improving timber management activities, combating soil erosion, and converting marginal cropland to forests. In addition to forest regeneration and management, forest harvests have also affected net C fluxes. Because most of the timber harvested from U.S. forests is used in wood products, and many discarded wood products are disposed of in SWDS rather than by incineration, significant quantities of C in harvested wood are transferred to long-term storage pools rather than being released rapidly to the atmosphere (Skog and Nicholson 1998, Skog 2008). The size of these long-term C storage pools has increased during the last century.

Changes in C stocks in U.S. forests and harvested wood were estimated to account for net sequestration of 922 Tg $CO_2$ Eq. (251 Tg C) in 2010 (Table 7-6, Table 7-7, and Table 7-8). In addition to the net accumulation of C in harvested wood pools, sequestration is a reflection of net forest growth and increasing forest area over this period. Overall, average C in forest ecosystem biomass (aboveground and belowground) increased from 55 to 62 Mg C/ha between 1990 and 2011 (see Annex 3-12 for average C densities by specific regions and forest types). Continuous, regular annual surveys are not available over the period for each state; therefore, estimates for non-survey years were derived by interpolation between known data points. Survey years vary from state to state, and national estimates are a composite of individual state surveys. Therefore, changes in sequestration over the interval 1990 to 2010 are the result of the sequences of new inventories for each state. C in forest ecosystem biomass had the greatest effect on total change through increases in C density and total forest land. Management practices that increase C stocks on forest land, as well as afforestation and reforestation efforts, influence the trends of increased C densities in forests and increased forest land in the United States.

Annual net additions to HWP carbon stock were estimated to increase between 2009 and 2010 as inputs to products in use for both solid wood and paper products increased with limited recovery from the recession. Gross inputs to products in use in 2010 were just above the discard rate. The primary reason for overall net additions in recent years is a near stable rate of net additions to products in landfills.

Table 7-6: Net Annual Changes in C Stocks (Tg $CO_2$/yr) in Forest and Harvested Wood Pools

| Carbon Pool | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **Forest** | (569.6) | (835.5) | (854.9) | (856.2) | (856.2) | (856.2) | (856.2) |
| Aboveground Biomass | (345.9) | (445.1) | (451.7) | (452.2) | (452.2) | (452.2) | (452.2) |
| Belowground Biomass | (67.8) | (87.8) | (89.0) | (89.1) | (89.1) | (89.1) | (89.1) |
| Dead Wood | (58.2) | (71.4) | (73.3) | (73.5) | (73.5) | (73.5) | (73.5) |
| Litter | (21.8) | (46.4) | (51.6) | (52.0) | (52.0) | (52.0) | (52.0) |
| Soil Organic Carbon | (75.8) | (184.8) | (189.4) | (189.4) | (189.4) | (189.4) | (189.4) |
| **Harvested Wood** | (131.8) | (105.4) | (108.6) | (103.0) | (82.1) | (54.4) | (65.6) |
| Products in Use | (64.8) | (45.4) | (45.1) | (39.1) | (19.1) | 6.7 | (4.4) |
| SWDS | (67.0) | (59.9) | (63.4) | (63.8) | (63.0) | (61.1) | (61.1) |
| **Total Net Flux** | (701.4) | (940.9) | (963.5) | (959.2) | (938.3) | (910.6) | (921.8) |

Note: Forest C stocks do not include forest stocks in U.S. territories, Hawaii, a portion of managed forests in Alaska, or trees on non-forest land (e.g., urban trees, agroforestry systems). Parentheses indicate net C sequestration (i.e., a net removal of C from the atmosphere). Total net flux is an estimate of the actual net flux between the total forest C pool and the atmosphere. Forest area estimates are based on interpolation and extrapolation of inventory data as described in the text and in Annex 3.12. Harvested wood estimates are based on results from annual surveys and models. Totals may not sum due to independent rounding.

BLM_0047141

Table 7-7:  Net Annual Changes in C Stocks (Tg C/yr) in Forest and Harvested Wood Pools

| Carbon Pool | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **Forest** | **(155.3)** | **(227.9)** | **(233.2)** | **(233.5)** | **(233.5)** | **(233.5)** | **(233.5)** |
| Aboveground Biomass | (94.3) | (121.4) | (123.2) | (123.3) | (123.3) | (123.3) | (123.3) |
| Belowground Biomass | (18.5) | (23.9) | (24.3) | (24.3) | (24.3) | (24.3) | (24.3) |
| Dead Wood | (15.9) | (19.5) | (20.0) | (20.1) | (20.1) | (20.1) | (20.1) |
| Litter | (6.0) | (12.7) | (14.1) | (14.2) | (14.2) | (14.2) | (14.2) |
| Soil Organic C | (20.7) | (50.4) | (51.6) | (51.6) | (51.6) | (51.6) | (51.6) |
| **Harvested Wood** | **(35.9)** | **(28.7)** | **(29.6)** | **(28.1)** | **(22.4)** | **(14.8)** | **(17.9)** |
| Products in Use | (17.7) | (12.4) | (12.3) | (10.7) | (5.2) | 1.8 | (1.2) |
| SWDS | (18.3) | (16.3) | (17.3) | (17.4) | (17.2) | (16.7) | (16.7) |
| **Total Net Flux** | **(191.3)** | **(256.6)** | **(262.8)** | **(261.6)** | **(255.9)** | **(248.3)** | **(251.4)** |

Note: Forest C stocks do not include forest stocks in U.S. territories, Hawaii, a portion of managed lands in Alaska, or trees on non-forest land (e.g., urban trees, agroforestry systems).  Parentheses indicate net C sequestration (i.e., a net removal of C from the atmosphere).  Total net flux is an estimate of the actual net flux between the total forest C pool and the atmosphere. Harvested wood estimates are based on results from annual surveys and models.  Totals may not sum due to independent rounding.

Stock estimates for forest and harvested wood C storage pools are presented in Table Table 7-8.  Together, the aboveground live and forest soil pools account for a large proportion of total forest C stocks.  C stocks summed for non-soil pools increased over time Figure 7-3.  Therefore, C sequestration was greater than C emissions from forests, as discussed above.  Figure 7-4 shows county-average C densities for live trees on forest land, including both above- and belowground biomass.

Table 7-8:  Forest area (1000 ha) and C Stocks (Tg C) in Forest and Harvested Wood Pools

| | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|
| **Forest Area (1000 ha)** | **271,866** | **279,954** | **280,697** | **281,451** | **282,205** | **282,959** | **283,713** | **284,467** |
| **Carbon Pools (Tg C)** | | | | | | | | |
| **Forest** | **39,108** | **41,395** | **41,623** | **41,857** | **42,090** | **42,324** | **42,557** | **42,791** |
| Aboveground Biomass | 12,426 | 13,927 | 14,048 | 14,171 | 14,295 | 14,418 | 14,541 | 14,665 |
| Belowground Biomass | 2,458 | 2,755 | 2,778 | 2,803 | 2,827 | 2,851 | 2,876 | 2,900 |
| Dead Wood | 2,307 | 2,527 | 2,547 | 2,567 | 2,587 | 2,607 | 2,627 | 2,647 |
| Litter | 4,817 | 4,872 | 4,885 | 4,899 | 4,913 | 4,927 | 4,941 | 4,955 |
| Soil Organic C | 17,100 | 17,315 | 17,365 | 17,417 | 17,469 | 17,520 | 17,572 | 17,624 |
| **Harvested Wood** | **1,859** | **2,354** | **2,383** | **2,412** | **2,434** | **2,449** | **2,466** | **2,487** |
| Products in Use | 1,231 | 1,448 | 1,460 | 1,471 | 1,476 | 1,474 | 1,475 | 1,479 |
| SWDS | 628 | 906 | 923 | 941 | 958 | 974 | 991 | 1,008 |
| **Total C Stock** | **40,967** | **43,749** | **44,007** | **44,268** | **44,524** | **44,772** | **45,023** | **45,278** |

Note: Forest area estimates include portions of managed forests in Alaska for which survey data are available.  Forest C stocks do not include forest stocks in U.S. territories, Hawaii, a large portion of Alaska, or trees on non-forest land (e.g., urban trees, agroforestry systems).  Wood product stocks include exports, even if the logs are processed in other countries, and exclude imports.  Forest area estimates are based on interpolation and extrapolation of inventory data as described in Smith et al. (2010) and in Annex 3.12.  Harvested wood estimates are based on results from annual surveys and models. Totals may not sum due to independent rounding.  Inventories are assumed to represent stocks as of January 1 of the inventory year.  Flux is the net annual change in stock.  Thus, an estimate of flux for 2006 requires estimates of C stocks for 2006 and 2007.

Figure 7-3:  Estimates of Net Annual Changes in C Stocks for Major C Pools

Figure 7-4:  Average C Density in the Forest Tree Pool in the Conterminous United States, 2010

BLM_0047142

[BEGIN BOX]

Box 7-2:  $CO_2$ Emissions from Forest Fires

TAs stated previously, the forest inventory approach implicitly accounts for emissions due to disturbances such as forest fires, because only C remaining in the forest is estimated.  Net C stock change is estimated by subtracting consecutive C stock estimates.  A disturbance removes C from the forest.  The inventory data on which net C stock estimates are based already reflect this C loss.  Therefore, estimates of net annual changes in C stocks for U.S. forestland already account for CO2 emissions from forest fires occurring in the lower 48 states as well as in the proportion of Alaska's managed forest land captured in this inventory.  Because it is of interest to quantify the magnitude of CO2 emissions from fire disturbance, these estimates are being highlighted here, using the full extent of available data.  Non-CO2 greenhouse gas emissions from forest fires are also quantified in a separate section below.

The TIPCC (2003) Tmethodology and IPCC (2006) default combustion factor for wildfire were employed to estimate CO2 emissions from forest fires.  CO2 emissions for wildfires and prescribed fires in the lower 48 states and wildfires in Alaska in 2010 were estimated to be 77.0 Tg CO2/yr.  This amount is masked in the estimate of net annual forest carbon stock change for 2010, however, because this net estimate accounts for the amount sequestered minus any emissions.

Table 7-9:  Estimates of $CO_2$ (Tg/yr) emissions for the lower 48 states and Alaska[1]

| Year | $CO_2$ emitted from Wildfires in Lower 48 States (Tg/yr) | $CO_2$ emitted from Prescribed Fires in Lower 48 States (Tg/yr) | $CO_2$ emitted from Wildfires in Alaska (Tg/yr) | Total $CO_2$ emitted (Tg/yr) |
|---|---|---|---|---|
| 1990 | 33.1 | 7.3 | + | 40.1 |
| 2005 | 108.8 | 21.4 | + | 130.3 |
| 2006 | 261.7 | 25.3 | + | 287.0 |
| 2007 | 207.3 | 25.7 | + | 233.0 |
| 2008 | 123.9 | 15.7 | + | 139.6 |
| 2009 | 71.5 | 20.7 | + | 92.2 |
| 2010 | 56.7 | 20.3 | + | 77.0 |

+ Does not exceed 0.05 Tg $CO_2$ Eq.
[1] Note that these emissions have already been accounted for in the estimates of net annual changes in C stocks, which account for the amount sequestered minus any emissions.

[END BOX]

## Methodology and Data Sources

The methodology described herein is consistent with IPCC (2003, 2006) and IPCC/UNEP/OECD/IEA (1997).  Forest ecosystem C stocks and net annual C stock change were determined according to stock-difference methods, which involved applying C estimation factors to forest inventory data and interpolating between successive inventory-based estimates of C stocks.  Harvested wood C estimates were based on factors such as the allocation of wood to various primary and end-use products as well as half-life (the time at which half of the amount placed in use will have been discarded from use) and expected disposition (e.g., product pool, SWDS, combustion).  An overview of the different methodologies and data sources used to estimate the C in forest ecosystems or harvested wood products is provided here.  See Annex 3.12 for details and additional information related to the methods and data.

### *Forest Ecosystem Carbon from Forest Inventory*

Forest ecosystem stock and flux estimates are based on the stock-difference method and calculations for all

BLM_0047143

estimates are in units of C. Separate estimates were made for the five IPCC C storage pools described above. All estimates were based on data collected from the extensive array of permanent forest inventory plots in the United States as well as models employed to fill gaps in field data (USDA Forest Service 2011b, 2011c). Carbon conversion factors were applied at the disaggregated level of each inventory plot and then appropriately expanded to population estimates. A combination of tiers as outlined by IPCC (2006) was used. The Tier 3 biomass C values were calculated from forest inventory tree-level data. The Tier 2 dead organic and soil C pools were based on empirical or process models from the inventory data. All C conversion factors are specific to regions or individual states within the United States, which were further classified according to characteristic forest types within each region.

The first step in developing forest ecosystem estimates is to identify useful inventory data and resolve any inconsistencies among datasets. Forest inventory data were obtained from the USDA Forest Service FIA program (Frayer and Furnival 1999, USDA Forest Service 2011b). Inventories include data collected on permanent inventory plots on forest lands[209] and were organized as a number of separate datasets, each representing a complete inventory, or survey, of an individual state at a specified time. Many of the more recent annual inventories reported for states were represented as "moving window" averages, which means that a portion—but not all—of the previous year's inventory is updated each year (USDA Forest Service 2011d). Forest C calculations were organized according to these state surveys, and the frequency of surveys varies by state. All available data sets were identified for each state starting with pre-1990 data, and all unique surveys were identified for stock and change calculations. Since C stock change is based on differences between successive surveys within each state, accurate estimates of net C flux thus depend on consistent representation of forest land between these successive inventories. In order to achieve this consistency from 1990 to the present, states were sometimes subdivided into sub-state areas where the sum of sub-state inventories produces the best whole-state representation of C change as discussed in Smith et al. (2010).

The principal FIA datasets employed are freely available for download at USDA Forest Service (2010b) as the Forest Inventory and Analysis Database (FIADB) Version 4.0 (Woudenberg et al. 2010). However, to achieve consistent representation (spatial and temporal), three other general sources of past FIA data were included as necessary. First, older FIA plot- and tree-level data—not in the current FIADB format—were used if available. Second, Resources Planning Act Assessment (RPA) databases, which are periodic, plot-level only, summaries of state inventories, were used to provide the data at or before 1990. Finally, an additional forest inventory data source used was the Integrated Database (IDB), which is a compilation of periodic forest inventory data from the 1990s for California, Oregon, and Washington (Waddell and Hiserote 2005). These IDB data were identified by Heath et al. (2011) as the most appropriate non-FIADB sources for these states and were included in this inventory. See USDA Forest Service (2011a) for information on current and older data as well as additional FIA Program features. A detailed list of the specific forest inventory data used in this inventory is in Annex 3.12.

Forest C stocks were estimated from inventory data by a collection of conversion factors and models (Birdsey and Heath 1995, Birdsey and Heath 2001, Heath et al. 2003, Smith et al. 2004, Smith et al. 2006), which have been formalized in an FIADB-to-carbon calculator (Smith et al. 2010). The conversion factors and model coefficients were categorized by region and forest type, and forest C stock estimates were calculated from application of these factors at the scale of FIA inventory plots. The results were estimates of C density (Mg C per hectare) for six forest ecosystem pools: live trees, standing dead trees, understory vegetation, down dead wood, forest floor, and soil organic matter. The six carbon pools used in the FIADB-to-carbon calculator were aggregated to the 5 C pools defined by IPCC (2006): aboveground biomass, belowground biomass, dead wood, litter, and soil organic matter. The live-tree and understory C were pooled as biomass, and standing dead trees and down dead wood were pooled as dead wood, in accordance with IPCC (2006).

Once plot-level C stocks were calculated as C densities on *Forest Land Remaining Forest Land* for the five IPCC (2006) reporting pools, the stocks were expanded to population estimates according to methods appropriate to the respective inventory data (for example, see Bechtold and Patterson (2005)). These expanded C stock estimates were summed to state or sub-state total C stocks. Annualized estimates of C stocks were developed by using available FIA inventory data and interpolating or extrapolating to assign a C stock to each year in the 1990 through 2011 time series. Flux, or net annual stock change, was estimated by calculating the difference in stocks between two

---

[209] Forest land in the United States includes land that is at least 10 percent stocked with trees of any size. Timberland is the most productive type of forest land, which is on unreserved land and is producing or capable of producing crops of industrial wood.

BLM_0047144

successive years and applying the appropriate sign convention; net increases in ecosystem C were identified as negative flux. By convention, inventories were assigned to represent stocks as of January 1 of the inventory year; an estimate of flux for 1996 required estimates of C stocks for 1996 and 1997, for example. Additional discussion of the use of FIA inventory data and the C conversion process is in Annex 3.12.

### Carbon in Biomass

Live tree C pools include aboveground and belowground (coarse root) biomass of live trees with diameter at diameter breast height (d.b.h.) of at least 2.54 cm at 1.37 m above the forest floor. Separate estimates were made for above- and below-ground biomass components. If inventory plots included data on individual trees, tree C was based on Woodall et al. (2011a), which is also known as the component ratio method (CRM), and is a function of volume, species, and diameter. An additional component of foliage, which was not explicitly included in Woodall et al. (2011a), was added to each tree following the same CRM method. Some of the older forest inventory data in use for these estimates did not provide measurements of individual trees. Examples of these data included plots with incomplete or missing tree data or the RPA plot-level summaries. The C estimates for these plots were based on average densities (metric tons C per hectare) obtained from plots of more recent surveys with similar stand characteristics and location. This applies to 5 percent of the forest land inventory-plot-to-carbon conversions within the 177 state-level surveys utilized here.

Understory vegetation is a minor component of biomass, which is defined as all biomass of undergrowth plants in a forest, including woody shrubs and trees less than 2.54 cm d.b.h. In the current inventory, it was assumed that 10 percent of total understory C mass is belowground. Estimates of C density were based on information in Birdsey (1996) and biomass estimates from Jenkins et al. (2003). Understory frequently represented over 1 percent of C in biomass, but its contribution rarely exceeded 2 percent of the total.

### Carbon in Dead Organic Matter

Dead organic matter was initially calculated as three separate pools—standing dead trees, down dead wood, and litter—with C stocks estimated from sample data or modeled. The standing dead tree C pools include aboveground and belowground (coarse root) mass and include trees of at least 12.7 cm d.b.h. Calculations followed the basic method applied to live trees (Woodall et al. 2011a) with additional modifications to account for decay and structural loss (Domke et al. 2011, Harmon et al. 2011). Similar to the situation with live tree data, some of the older forest inventory data did not provide sufficient data on standing dead trees to make accurate population-level estimates. The C estimates for these plots were based on average densities (metric tons C per hectare) obtained from plots of more recent surveys with similar stand characteristics and location. This applied to 26 percent of the forest land inventory-plot-to-carbon conversions within the 177 state-level surveys utilized here. Modeled estimates of down dead wood and litter are specific to regions and forest types within each region. Down dead wood is defined as pieces of dead wood greater than 7.5 cm diameter, at transect intersection, that are not attached to live or standing dead trees. Down dead wood includes stumps and roots of harvested trees. Ratios of down dead wood to live tree biomass (Jenkins et al. 2003) were used to estimate this quantity. Litter C is the pool of organic C (also known as duff, humus, and fine woody debris) above the mineral soil and includes woody fragments with diameters of up to 7.5 cm. Estimates are based on equations of Smith and Heath (2002).

### Carbon in Forest Soil

Soil organic C (SOC) includes all organic material in soil to a depth of 1 meter but excludes the coarse roots of the biomass or dead wood pools. Estimates of SOC were based on the national STATSGO spatial database (USDA 1991), which includes region and soil type information. SOC determination was based on the general approach described by Amichev and Galbraith (2004). Links to FIA inventory data were developed with the assistance of the USDA Forest Service FIA Geospatial Service Center by overlaying FIA forest inventory plots on the soil C map. This method produced mean SOC densities stratified by region and forest type group. It did not provide separate estimates for mineral or organic soils but instead weighted their contribution to the overall average based on the relative amount of each within forest land. Thus, forest SOC is a function of species and location, and net change also depends on these two factors as total forest area changes. In this respect, SOC provides a country-specific reference stock for 1990-present, but it does not reflect effects of past land use.

### Harvested Wood Carbon

BLM_0047145

Estimates of the HWP contribution to forest C sinks and emissions (hereafter called "HWP Contribution") were based on methods described in Skog (2008) using the WOODCARB II model. These methods are based on IPCC (2006) guidance for estimating HWP C. IPCC (2006) provides methods that allow Parties to report HWP Contribution using one of several different accounting approaches: production, stock change and atmospheric flow, as well as a default method that assumes there is no change in HWP C stocks (see Annex 3.12 for more details about each approach). The United States used the production accounting approach to report HWP Contribution. Under the production approach, C in exported wood was estimated as if it remains in the United States, and C in imported wood was not included in inventory estimates. Though reported U.S. HWP estimates are based on the production approach, estimates resulting from use of the two alternative approaches, the stock change and atmospheric flow approaches, are also presented for comparison (see Annex 3.12). Annual estimates of change were calculated by tracking the additions to and removals from the pool of products held in end uses (i.e., products in use such as housing or publications) and the pool of products held in solid waste disposal sites (SWDS).

Solidwood products added to pools include lumber and panels. End-use categories for solidwood include single and multifamily housing, alteration and repair of housing, and other end-uses. There is one product category and one end-use category for paper. Additions to and removals from pools were tracked beginning in 1900, with the exception that additions of softwood lumber to housing began in 1800. Solidwood and paper product production and trade data were taken from USDA Forest Service and other sources (Hair and Ulrich 1963; Hair 1958; USDC Bureau of Census; 1976; Ulrich, 1985, 1989; Steer 1948; AF&PA 2006a 2006b; Howard 2003, 2007). Estimates for disposal of products reflected the change over time in the fraction of products discarded to SWDS (as opposed to burning or recycling) and the fraction of SWDS that were in sanitary landfills versus dumps.

There are five annual HWP variables that were used in varying combinations to estimate HWP Contribution using any one of the three main approaches listed above. These are:

> (1A) annual change of C in wood and paper products in use in the United States,
>
> (1B) annual change of C in wood and paper products in SWDS in the United States,
>
> (2A) annual change of C in wood and paper products in use in the United States and other countries where the wood came from trees harvested in the United States,
>
> (2B) annual change of C in wood and paper products in SWDS in the United States and other countries where the wood came from trees harvested in the United States,
>
> (3) C in imports of wood, pulp, and paper to the United States,
>
> (4) C in exports of wood, pulp and paper from the United States, and
>
> (5) C in annual harvest of wood from forests in the United States.

The sum of variables 2A and 2B yielded the estimate for HWP Contribution under the production accounting approach. A key assumption for estimating these variables was that products exported from the United States and held in pools in other countries have the same half lives for products in use, the same percentage of discarded products going to SWDS, and the same decay rates in SWDS as they would in the United States.

**Uncertainty and Time Series Consistency**

A quantitative uncertainty analysis placed bounds on current flux for forest ecosystems as well as C in harvested wood products through Monte Carlo Stochastic Simulation of the Methods described above and probabilistic sampling of C conversion factors and inventory data. See Annex 3.12 for additional information. The 2010 flux estimate for forest C stocks was estimated to be between -1,035 and -808 Tg $CO_2$ Eq. at a 95 percent confidence level. This includes a range of -969 to -745 Tg $CO_2$ Eq. in forest ecosystems and -83 to -50 Tg $CO_2$ Eq. for HWP.

BLM_0047146

Table 7-10:  Tier 2 Quantitative Uncertainty Estimates for Net $CO_2$ Flux from Forest Land Remaining Forest Land: Changes in Forest C Stocks (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Flux Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Flux Estimate [a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Forest Ecosystem | $CO_2$ | (856.2) | (969.0) | (745.0) | (13.2) | 13.0 |
| Harvested Wood Products | $CO_2$ | (65.6) | (83.2) | (49.9) | (26.9) | 24.0 |
| **Total Forest** | **$CO_2$** | **(921.8)** | **(1,034.8)** | **(808.4)** | **(12.3)** | **12.3** |

Note: Parentheses indicate negative values or net sequestration.
[a] Range of flux estimates predicted by Monte Carlo stochastic simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010.  Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

As discussed above, the FIA program has conducted consistent forest surveys based on extensive statistically-based sampling of most of the forest land in the conterminous United States, dating back to 1952.  The FIA program includes numerous quality assurance and quality control (QA/QC) procedures, including calibration among field crews, duplicate surveys of some plots, and systematic checking of recorded data.  Because of the statistically-based sampling, the large number of survey plots, and the quality of the data, the survey databases developed by the FIA program form a strong foundation for C stock estimates.  Field sampling protocols, summary data, and detailed inventory databases are archived and are publicly available on the Internet (USDA Forest Service 2011d).

Many key calculations for estimating current forest C stocks based on FIA data were developed to fill data gaps in assessing forest carbon and have been in use for many years to produce national assessments of forest C stocks and stock changes (see additional discussion and citations in the Methodology section above and in Annex 3.12).  General quality control procedures were used in performing calculations to estimate C stocks based on survey data.  For example, the derived C datasets, which include inventory variables such as areas and volumes, were compared to standard inventory summaries such as the forest resource statistics of Smith et al. (2009) or selected population estimates generated from FIADB 4.0, which are available at an FIA internet site (USDA Forest Service 2011b).  Agreement between the C datasets and the original inventories is important to verify accuracy of the data used.  Finally, C stock estimates were compared with previous inventory report estimates to ensure that any differences could be explained by either new data or revised calculation methods (see the "Recalculations" discussion, below).

Estimates of the HWP variables and the HWP contribution under the production accounting approach use data from U.S. Census and USDA Forest Service surveys of production and trade.  Factors to convert wood and paper to units C are based on estimates by industry and Forest Service published sources.  The WOODCARB II model uses estimation methods suggested by IPCC (2006).  Estimates of annual C change in solid wood and paper products in use were calibrated to meet two independent criteria.  The first criterion is that the WOODCARB II model estimate of C in houses standing in 2001 needs to match an independent estimate of C in housing based on U.S. Census and USDA Forest Service survey data.  Meeting the first criterion resulted in an estimated half life of about 80 years for single family housing built in the 1920s, which is confirmed by other U.S. Census data on housing.  The second criterion is that the WOODCARB II model estimate of wood and paper being discarded to SWDS needs to match EPA estimates of discards each year over the period 1990 to 2000 (EPA 2006).  These criteria help reduce uncertainty in estimates of annual change in C in products in use in the United States and, to a lesser degree, reduce uncertainty in estimates of annual change in C in products made from wood harvested in the United States.  In addition, WOODCARB II landfill decay rates have been validated by ensuring that estimates of $CH_4$ emissions from landfills based on EPA (2006) data are reasonable in comparison with $CH_4$ estimates based on WOODCARB II landfill decay rates.

BLM_0047147

**Recalculations Discussion**

In addition to annual updates to most-recent inventories for many states, five additional and notable changes in the current Inventory affected the national stock and change estimates for forest ecosystems. The basic models used to estimate HWP C stocks and change are unchanged from the previous Inventory. Adopting the method of Woodall et al. (2011a) for both live and standing dead trees affected these two pools in somewhat different ways. First, live tree C stocks are lower because the new method estimates lower biomass for most trees. However, the relative effect on net annual stock change was minimal and varied from state to state. Second, the change from modeled estimates of standing dead to the tree-based estimates (Woodall et al. 2011a, Domke et al. 2011, Woodall et al. In Press) also resulted in lower estimates of stocks, yet the newer stock-change estimates included greater sequestration throughout the 21-year interval. The remaining three changes to the Inventory originate as modifications in the forest inventory data, specifically the FIADB. A number of Sothern states revised some previously-existing inventories from the late 1990s and early 2000s. From this, stock and stock-change estimates varied slightly for seven states over the mid-part of the 1990 through 2010 interval. In some cases, C stocks increased while in others they decreased. The net effect is a slight increase in sequestration as estimated for the late 1990s and early 2000s. The fourth change is the addition of the periodic data for Alaska timberlands so that a stock-change estimate is now included for a large part of coastal Alaska. The net effect on the national totals is a slight increase in sequestration applied throughout the interval. Finally, forest area, and thus C stock, estimates were revised upward for central and western portions of Oklahoma and Texas since the previous Inventory report. These changes only affect stocks and not change because those forest lands are based on single current surveys only.

The changes in estimation procedures for live and standing dead trees affected estimates of uncertainty. The CRM method, which is largely a function of tree volume, appears to reduce levels of individual-tree error for both live and standing dead trees. In addition, empirical (i.e., field-based measurements of individual trees) estimates of standing dead trees have replaced a stand-level model, which should further reduce error. Additional information regarding error associated with the volume and CRM models remains limited and is an active area of ongoing research (e.g., FIA National Volume/Biomass Study).

**Planned Improvements**

The ongoing annual surveys by the FIA Program will improve the precision of forest C estimates as new state surveys become available (USDA Forest Service 2011b), particularly in western states. The annual surveys will eventually include all states. To date, three states are not yet reporting any data from the annualized sampling design of FIA: Hawaii, New Mexico and Wyoming. Estimates for these states are currently based on older, periodic data. Hawaii and U.S. territories will also be included when appropriate forest C data are available. In addition, the more intensive sampling of down dead wood, litter, and soil organic C on some of the permanent FIA plots continues and will substantially improve resolution of C pools at the plot level for all U.S. forest land as this information becomes available (Woodall et al. 2011b). Improved resolution, incorporating more of Alaska's forests, and using annualized sampling data as it becomes available for those states currently not reporting are planned for future reporting.

As more information becomes available about historical land use, the ongoing effects of changes in land use and forest management will be better accounted for in estimates of soil C (Birdsey and Lewis 2003, Woodbury et al. 2006, Woodbury et al. 2007). Currently, soil C estimates are based on the assumption that soil C density depends only on broad forest type group, not on land-use history, but long-term residual effects on soil and forest floor C stocks are likely after land-use change. Estimates of such effects depend on identifying past land use changes associated with forest lands.

Similarly, agroforestry practices, such as windbreaks or riparian forest buffers along waterways, are not currently accounted for in the inventory. In order to properly account for the C stocks and fluxes associated with agroforestry, research will be needed that provides the basis and tools for including these plantings in a nation-wide inventory, as well as the means for entity-level reporting.

## Non-$CO_2$ Emissions from Forest Fires

Emissions of non-$CO_2$ gases from forest fires were estimated using the default IPCC (2003) methodology incorporating default IPCC (2006) emissions factors and combustion factor for wildfires. Emissions from this source in 2010 were estimated to be 4.8 Tg $CO_2$ Eq. of $CH_4$ and 4.0 Tg $CO_2$ Eq. of $N_2O$, as shown in Table

BLM_0047148

7-11and Table 7-12.  The estimates of non-CO2 emissions from forest fires account for wildfires in the lower 48 states and Alaska as well as prescribed fires in the lower 48 states.

Table 7-11:  Estimated Non-CO$_2$ Emissions from Forest Fires (Tg CO$_2$ Eq.) for U.S. Forests[1]

| Gas | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| CH$_4$ | 2.5 | | 8.2 | 18.1 | 14.7 | 8.8 | 5.8 | 4.8 |
| N$_2$O | 2.1 | | 6.7 | 14.7 | 12.0 | 7.2 | 4.7 | 4.0 |
| Total | 4.6 | | 14.9 | 32.8 | 26.6 | 16.0 | 10.5 | 8.8 |

[1] Calculated based on C emission estimates in *Changes in Forest Carbon Stocks* and default factors in IPCC (2003, 2006).

Table 7-12:  Estimated Non-CO$_2$ Emissions from Forest Fires (Gg Gas) for U.S. Forests[1]

| Gas | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| CH$_4$ | 121 | | 390 | 860 | 698 | 418 | 276 | 231 |
| N$_2$O | 7 | | 22 | 48 | 39 | 23 | 15 | 13 |

[1] Calculated based on C emission estimates *in Changes in Forest Carbon Stocks* and default factors in IPCC (2003, 2006).

## Methodology

The IPCC (2003) Tier 2 default methodology was used to calculate non-CO$_2$ emissions from forest fires.  However, more up-to-date **default emission factors from IPCC (2006) were converted into gas-specific emission ratios and incorporated into the methodology.**  Estimates of CH$_4$ and N$_2$O emissions were calculated by multiplying the total estimated CO$_2$ emitted from forest burned by the gas-specific emissions ratios.  CO$_2$ emissions were estimated by multiplying total C emitted (Table 7-13-8) by the C to CO$_2$ conversion factor of 44/12 and by 92.8 percent, which is the estimated proportion of C emitted as CO$_2$ (Smith 2008a**).  The equations used were:**

$$CH_4 \text{ Emissions} = (C \text{ released}) \times 92.8\% \times (44/12) \times (CH_4 \text{ to } CO_2 \text{ emission ratio})$$

$$N_2O \text{ Emissions} = (C \text{ released}) \times 92.8\% \times (44/12) \times (N_2O \text{ to } CO_2 \text{ emission ratio})$$

Estimates for C emitted from forest fires are the same estimates used to generate estimates of CO$_2$ presented earlier in Box 7-1.  Estimates for C emitted include emissions from wildfires in both Alaska and the lower 48 states as well as emissions from prescribed fires in the lower 48 states only (based on expert judgment that prescribed fires only occur in the lower 48 states) (Smith 2008a).  The IPCC (2006) default combustion factor of 0.45 for "all 'other' temperate forests" was applied in estimating C emitted from both wildfires and prescribed fires.  See the explanation in Annex 3.12 for more details on the methodology used to estimate C emitted from forest fires.

Table 7-13:  Estimated Carbon Released from Forest Fires for U.S. Forests

| Year | C Emitted (Tg/yr) |
|---|---|
| 1990 | 11.9 |
| 2005 | 38.3 |
| 2006 | 84.4 |
| 2007 | 68.5 |
| 2008 | 41.0 |
| 2009 | 27.1 |
| 2010 | 22.6 |

## Uncertainty and Time-Series Consistency

Non-CO$_2$ gases emitted from forest fires depend on several variables, including: forest area for Alaska and the lower 48 states; average C densities for wildfires in Alaska, wildfires in the lower 48 states, and prescribed fires in the lower 48 states; emission ratios; and combustion factor values (proportion of biomass consumed by fire).  To quantify the uncertainties for emissions from forest fires, a Monte Carlo (Tier 2) uncertainty analysis was performed

BLM_0047149

using information about the uncertainty surrounding each of these variables. The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 7-14.

Table 7-14: Tier 2 Quantitative Uncertainty Estimates of Non-$CO_2$ Emissions from Forest Fires in Forest Land Remaining Forest Land (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Non-$CO_2$ Emissions from Forest Fires | $CH_4$ | 4.8 | 1.0 | 12.0 | −79% | +148% |
| Non-$CO_2$ Emissions from Forest Fires | $N_2O$ | 4.0 | 0.8 | 9.8 | −79% | +147% |

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

Tier 1 and Tier 2 QA/QC activities were conducted consistent with the U.S. QA/QC plan. Source-specific quality control measures for forest fires included checking input data, documentation, and calculations to ensure data were properly handled through the inventory process. Errors that were found during this process were corrected as necessary.

## Recalculations Discussion

For the current Inventory, non-$CO_2$ emissions were calculated using the 2006 IPCC default emission factors for $CH_4$ and $N_2O$ instead of the 2003 IPCC default emission factors. These default emission factors were converted to $CH_4$ to $CO_2$ and $N_2O$ to $CO_2$ emission ratios and then multiplied by $CO_2$ emissions to estimate $CH_4$ and $N_2O$ emissions. The previous 2003 IPCC methodology provides emission ratios that are multiplied by total C emitted.

The National Association of State Foresters (NASF) releases data on land under wildland protection every several years. In 2011, NASF released these data for the year 2008, which affected the ratio of forest land to land under wildland protection for the years 2007 through 2009. For each of these three years, the updated ratio decreased the forest area burned estimates for the lower forty-eight states by around 15 percent. See the explanation in Annex 3.12 for more details on how the forestland to land under wildland protection ratio is used to calculate forest fire emissions.

In previous Inventory reports, the methodology has assumed that the C density of forest areas burned in wild and prescribed fires does not vary between years. This assumption has been in contrast to the forest C stock estimates, which are updated annually for all years based on data from the USDA Forest Service. The methodology adopted for the current Inventory improves the C density factors by incorporating dynamic C density values based on the annual C pool data provided by the USDA Forest Service for the years 1990 to 2010. As a result of this update, estimates of $CO_2$ and non-$CO_2$ emissions from wild and prescribed fires decreased by between 20 and 30 percent as compared to the estimates included in the previous Inventory. This decrease occurred because the dynamic C density values calculated were 20 to 30 percent lower (depending on the year) than the C density values previously used for the methodology. For more information on how C density contributes to estimates of emissions from forest fires, see Annex 3.12.

## Planned Improvements

The default combustion factor of 0.45 from IPCC (2006) was applied in estimating C emitted from both wildfires and prescribed fires. Additional research into the availability of a combustion factor specific to prescribed fires is being conducted.

BLM_0047150

## Direct N$_2$O Fluxes from Forest Soils (IPCC Source Category 5A1)

Of the synthetic N fertilizers applied to soils in the United States, no more than one percent is applied to forest soils. Application rates are similar to those occurring on cropped soils, but in any given year, only a small proportion of total forested land receives N fertilizer. This is because forests are typically fertilized only twice during their approximately 40-year growth cycle (once at planting and once approximately 20 years later). Thus, while the rate of N fertilizer application for the area of forests that receives N fertilizer in any given year is relatively high, the average annual application is quite low as inferred by dividing all forest land that may undergo N fertilization at some point during its growing cycle by the amount of N fertilizer added to these forests in a given year. Direct N$_2$O emissions from forest soils in 2010 were 0.4 Tg CO$_2$ Eq. (1 Gg). Emissions have increased by 455 percent from 1990 to 2010 as a result of an increase in the area of N fertilized pine plantations in the southeastern United States and Douglas-fir timberland in western Washington and Oregon. Total forest soil N$_2$O emissions are summarized in Table 7-15.

Table 7-15: Direct N$_2$O Fluxes from Soils in *Forest Land Remaining Forest Land* (Tg CO$_2$ Eq. and Gg N$_2$O)

| Year | Tg CO$_2$ Eq. | Gg |
|------|------|------|
| 1990 | 0.1 | 0.2 |
| | | |
| 2005 | 0.4 | 1.2 |
| 2006 | 0.4 | 1.2 |
| 2007 | 0.4 | 1.2 |
| 2008 | 0.4 | 1.2 |
| 2009 | 0.4 | 1.2 |
| 2010 | 0.4 | 1.2 |

Note: These estimates include direct N$_2$O emissions from N fertilizer additions only. Indirect N$_2$O emissions from fertilizer additions are reported in the Agriculture chapter. These estimates include emissions from both *Forest Land Remaining Forest Land* and from *Land Converted to Forest Land*.

### Methodology

The IPCC Tier 1 approach was used to estimate N$_2$O from soils within *Forest Land Remaining Forest Land*. According to U.S. Forest Service statistics for 1996 (USDA Forest Service 2001), approximately 75 percent of trees planted were for timber, and about 60 percent of national total harvested forest area is in the southeastern United States. Although southeastern pine plantations represent the majority of fertilized forests in the United States, this Inventory also accounted for N fertilizer application to commercial Douglas-fir stands in western Oregon and Washington. For the Southeast, estimates of direct N$_2$O emissions from fertilizer applications to forests were based on the area of pine plantations receiving fertilizer in the southeastern United States and estimated application rates (Albaugh et al. 2007; Fox et al. 2007). Not accounting for fertilizer applied to non-pine plantations is justified because fertilization is routine for pine forests but rare for hardwoods (Binkley et al. 1995). For each year, the area of pine receiving N fertilizer was multiplied by the weighted average of the reported range of N fertilization rates (121 lbs. N per acre). Area data for pine plantations receiving fertilizer in the Southeast were not available for 2005, 2006, 2007 and 2008, so data from 2004 were used for these years. For commercial forests in Oregon and Washington, only fertilizer applied to Douglas-fir was accounted for, because the vast majority (~95 percent) of the total fertilizer applied to forests in this region is applied to Douglas-fir (Briggs 2007). Estimates of total Douglas-fir area and the portion of fertilized area were multiplied to obtain annual area estimates of fertilized Douglas-fir stands. The annual area estimates were multiplied by the typical rate used in this region (200 lbs. N per acre) to estimate total N applied (Briggs 2007), and the total N applied to forests was multiplied by the IPCC (2006) default emission factor of 1 percent to estimate direct N$_2$O emissions. The volatilization and leaching/runoff N fractions for forest land, calculated according to the IPCC default factors of 10 percent and 30 percent, respectively, were included with the indirect emissions in the Agricultural Soil Management source category (consistent with reporting guidance that all indirect emissions are included in the Agricultural Soil Management source category).

BLM_0047151

**Uncertainty and Time-Series Consistency**

The amount of $N_2O$ emitted from forests depends not only on N inputs and fertilized area, but also on a large number of variables, including organic C availability, oxygen gas partial pressure, soil moisture content, pH, temperature, and tree planting/harvesting cycles. The effect of the combined interaction of these variables on $N_2O$ flux is complex and highly uncertain. IPCC (2006) does not incorporate any of these variables into the default methodology, except variation in estimated fertilizer application rates and estimated areas of forested land receiving N fertilizer. All forest soils are treated equivalently under this methodology. Furthermore, only synthetic N fertilizers are captured, so applications of organic N fertilizers are not estimated. However, the total quantity of organic N inputs to soils is included in the Agricultural Soil Management and *Settlements Remaining Settlements* sections.

Uncertainties exist in the fertilization rates, annual area of forest lands receiving fertilizer, and the emission factors. Fertilization rates were assigned a default level[210] of uncertainty at ±50 percent, and area receiving fertilizer was assigned a ±20 percent according to expert knowledge (Binkley 2004). IPCC (2006) provided estimates for the uncertainty associated with direct $N_2O$ emission factor for synthetic N fertilizer application to soils. Quantitative uncertainty of this source category was estimated through the IPCC-recommended Tier 2 uncertainty estimation methodology. The uncertainty ranges around the 2005 activity data and emission factor input variables were directly applied to the 2010 emissions estimates. The results of the quantitative uncertainty analysis are summarized in Table 7-16. $N_2O$ fluxes from soils were estimated to be between 0.1 and 1.1 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 59 percent below and 211 percent above the 2010 emission estimate of 0.4 Tg $CO_2$ Eq.

Table 7-16: Quantitative Uncertainty Estimates of $N_2O$ Fluxes from Soils in *Forest Land Remaining Forest Land* (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Forest Land Remaining Forest Land: $N_2O$ Fluxes from Soils | $N_2O$ | 0.4 | 0.1 | 1.1 | -59% | +211% |

Note: This estimate includes direct $N_2O$ emissions from N fertilizer additions to both *Forest Land Remaining Forest Land* and *Land Converted to Forest Land*.

**Planned Improvements**

State-level area data will be acquired for southeastern pine plantations and northwestern Douglas-fir forests receiving fertilizer to estimate soil $N_2O$ emission by state and provide information about regional variation in emission patterns.

## 7.3.   Land Converted to Forest Land (IPCC Source Category 5A2)

Land-use change is constantly occurring, and areas under a number of differing land-use types are converted to forest each year, just as forest land is converted to other uses. However, the magnitude of these changes is not currently known. Given the paucity of available land-use information relevant to this particular IPCC source category, it is not possible to separate $CO_2$ or $N_2O$ fluxes on *Land Converted to Forest Land* from fluxes on *Forest Land Remaining Forest Land* at this time.

## 7.4.   Cropland Remaining Cropland (IPCC Source Category 5B1)

## Mineral and Organic Soil Carbon Stock Changes

Soils contain both organic and inorganic forms of C, but soil organic C (SOC) stocks are the main source and sink

---

[210] Uncertainty is unknown for the fertilization rates so a conservative value of ±50% was used in the analysis.

BLM_0047152

for atmospheric $CO_2$ in most soils. Changes in inorganic C stocks are typically minor. In addition, soil organic C is the dominant organic C pool in cropland ecosystems, because biomass and dead organic matter have considerably less C and those pools are relatively ephemeral. IPCC (2006) recommends reporting changes in soil organic C stocks due to agricultural land-use and management activities on mineral and organic soils.[211]

Typical well-drained mineral soils contain from 1 to 6 percent organic C by weight, although mineral soils that are saturated with water for substantial periods during the year may contain significantly more C (NRCS 1999). Conversion of mineral soils from their native state to agricultural uses can cause as much as half of the SOC to be decomposed and the C lost to the atmosphere. The rate and ultimate magnitude of C loss will depend on pre-conversion conditions, conversion method and subsequent management practices, climate, and soil type. In the tropics, 40 to 60 percent of the C loss generally occurs within the first 10 years following conversion; C stocks continue to decline in subsequent decades but at a much slower rate. In temperate regions, C loss can continue for several decades, reducing stocks by 20 to 40 percent of native C levels. Eventually, the soil can reach a new equilibrium that reflects a balance between C inputs (e.g., decayed plant matter, roots, and organic amendments such as manure and crop residues) and C loss through microbial decomposition of organic matter. However, land use, management, and other conditions may change before the new equilibrium is reached. The quantity and quality of organic matter inputs and their rate of decomposition are determined by the combined interaction of climate, soil properties, and land use. Land use and agricultural practices such as clearing, drainage, tillage, planting, grazing, crop residue management, fertilization, and flooding can modify both organic matter inputs and decomposition, and thereby result in a net flux of C to or from the pool of soil C.

Organic soils, also referred to as histosols, include all soils with more than 12 to 20 percent organic C by weight, depending on clay content (NRCS 1999, Brady and Weil 1999). The organic layer of these soils can be very deep (i.e., several meters), forming under inundated conditions in which minimal decomposition of plant residue occurs. When organic soils are prepared for crop production, they are drained and tilled, leading to aeration of the soil, which accelerates the rate of decomposition and $CO_2$ emissions. Because of the depth and richness of the organic layers, C loss from drained organic soils can continue over long periods of time. The rate of $CO_2$ emissions varies depending on climate and composition (i.e., decomposability) of the organic matter. Also, the use of organic soils for annual crop production leads to higher C loss rates than drainage of organic soils in grassland or forests, due to deeper drainage and more intensive management practices in cropland (Armentano and Verhoeven 1990, as cited in IPCC/UNEP/OECD/IEA 1997). Carbon losses are estimated from drained organic soils under both grassland and cropland management in this Inventory.

*Cropland Remaining Cropland* includes all cropland in an inventory year that had been cropland for the last 20 years[212] according to the USDA NRI land-use survey (USDA-NRCS 2000). The Inventory includes all privately-owned croplands in the conterminous United States and Hawaii, but there is a minor amount of cropland on federal lands that is not currently included in the estimation of C stock changes, leading to a discrepancy between the total amount of managed area in *Cropland Remaining Cropland* (see Section 7.1) and the cropland area included in the Inventory. Plans are being made to include federal croplands in future C inventories.

The area of *Cropland Remaining Cropland* changes through time as land is converted to or from cropland management. $CO_2$ emissions and removals[213] due to changes in mineral soil C stocks are estimated using a Tier 3 approach for the majority of annual crops. A Tier 2 IPCC method is used for the remaining crops (vegetables, tobacco, perennial/horticultural crops, and rice) not included in the Tier 3 method. In addition, a Tier 2 method is used for very gravelly, cobbly, or shaley soils (i.e., classified as soils that have greater than 35 percent of soil volume comprised of gravel, cobbles, or shale) and for additional changes in mineral soil C stocks that were not addressed with the Tier 3 approach (i.e., change in C stocks after 2003 due to Conservation Reserve Program enrollment). Emissions from organic soils are estimated using a Tier 2 IPCC method.

Of the two sub-source categories, land-use and land management of mineral soils was the most important component of total net C stock change between 1990 and 2010 (see Table 7-17 and Table 7-18). In 2010, mineral soils were estimated to remove 43.3 Tg $CO_2$ Eq. (11.8 Tg C). This rate of C storage in mineral soils represented

---

[211] $CO_2$ emissions associated with liming are also estimated but are included in a separate section of the report.

[212] NRI points were classified according to land-use history records starting in 1982 when the NRI survey began, and consequently the classifications were based on less than 20 years from 1990 to 2001.

[213] Removals occur through crop and forage uptake of $CO_2$ into biomass C that is later incorporated into soil pools.

BLM_0047153

about a 24 percent decrease in the rate since the initial reporting year of 1990. Emissions from organic soils were 27.7 Tg $CO_2$ Eq. (7.5 Tg C) in 2010. In total, U.S. agricultural soils in *Cropland Remaining Cropland* removed approximately 15.6 Tg $CO_2$ Eq. (4.3 Tg C) in 2010.

Table 7-17: Net $CO_2$ Flux from Soil C Stock Changes in *Cropland Remaining Cropland* (Tg $CO_2$ Eq.)

| Soil Type | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Mineral Soils | (56.8) | (45.9) | (46.8) | (47.3) | (45.7) | (45.1) | (43.3) |
| Organic Soils | 27.4 | 27.7 | 27.7 | 27.7 | 27.7 | 27.7 | 27.7 |
| **Total Net Flux** | **(29.4)** | **(18.3)** | **(19.1)** | **(19.7)** | **(18.1)** | **(17.4)** | **(15.6)** |

Note: Parentheses indicate net sequestration. Shaded areas indicate values based on a combination of historical data and projections. All other values are based on historical data only. Totals may not sum due to independent rounding.

Table 7-18: Net $CO_2$ Flux from Soil C Stock Changes in *Cropland Remaining Cropland* (Tg C)

| Soil Type | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Mineral Soils | (15.5) | (12.5) | (12.8) | (12.9) | (12.5) | (12.3) | (11.8) |
| Organic Soils | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 |
| **Total Net Flux** | **(8.0)** | **(5.0)** | **(5.2)** | **(5.4)** | **(4.9)** | **(4.7)** | **(4.3)** |

Note: Parentheses indicate net sequestration. Shaded areas indicate values based on a combination of historical data and projections. All other values are based on historical data only. Totals may not sum due to independent rounding.

The net reduction in soil C accumulation over the time series (47 percent from 1990 to 2010) was largely due to the declining influence of annual cropland enrolled in the Conservation Reserve Program, which began in the late 1980s. However, there were still positive increases in C stocks from land enrolled in the reserve program, as well as intensification of crop production by limiting the use of bare-summer fallow in semi-arid regions, increased hay production, and adoption of conservation tillage (i.e., reduced- and no-till practices).

The spatial variability in annual $CO_2$ flux associated with C stock changes in mineral and organic soils is displayed in Figure 7-5 and Figure 7-6. The highest rates of net C accumulation in mineral soils occurred in the Midwest, which is the area with the largest amounts of cropland managed with conservation tillage. Rates were also high in the Great Plains due to enrollment in the Conservation Reserve Program. Emission rates from drained organic soils were highest along the southeastern coastal region, in the northeast central United States surrounding the Great Lakes, and along the central and northern portions of the West Coast.

Figure 7-5: Total Net Annual $CO_2$ Flux for Mineral Soils under Agricultural Management within States, 2010, *Cropland Remaining Cropland*

Figure 7-6: Total Net Annual $CO_2$ Flux for Organic Soils under Agricultural Management within States, 2010, *Cropland Remaining Cropland*

**Methodology**

The following section includes a description of the methodology used to estimate changes in soil C stocks due to: (1) agricultural land-use and management activities on mineral soils; and (2) agricultural land-use and management activities on organic soils for *Cropland Remaining Cropland*.

Soil C stock changes were estimated for *Cropland Remaining Cropland* (as well as agricultural land falling into the IPCC categories *Land Converted to Cropland*, *Grassland Remaining Grassland*, and *Land Converted to Grassland*) according to land-use histories recorded in the USDA National Resources Inventory (NRI) survey (USDA-NRCS 2000). The NRI is a statistically-based sample of all non-federal land, and includes approximately 260,000 points in

BLM_0047154

agricultural land for the conterminous United States and Hawaii.[214] Each point is associated with an "expansion factor" that allows scaling of C stock changes from NRI points to the entire country (i.e., each expansion factor represents the amount of area with the same land-use/management history as the sample point). Land-use and some management information (e.g., crop type, soil attributes, and irrigation) were originally collected for each NRI point on a 5-year cycle beginning in 1982. For cropland, data were collected for 4 out of 5 years in the cycle (i.e., 1979-1982, 1984-1987, 1989-1992, and 1994-1997). However, the NRI program began collecting annual data in 1998, this inventory is based on annual data through 2003. A new NRI dataset is available with land use and management information through 2007, and the inventory will be updated with this additional activity data by the next NIR. NRI points were classified as *Cropland Remaining Cropland* in a given year between 1990 and 2010 if the land use had been cropland for 20 years.[215] Cropland includes all land used to produce food and fiber, or forage that is harvested and used as feed (e.g., hay and silage).

### Mineral Soil Carbon Stock Changes

An IPCC Tier 3 model-based approach was applied to estimate C stock changes for mineral soils used to produce a majority of annual crops in the United States (Ogle et al. 2010). The remaining crops on mineral soils were estimated using an IPCC Tier 2 method (Ogle et al. 2003), including vegetables, tobacco, perennial/horticultural crops, rice, and crops rotated with these crops. The Tier 2 method was also used for very gravelly, cobbly, or shaley soils (greater than 35 percent by volume). Mineral SOC stocks were estimated using a Tier 2 method for these areas because the Century model, which is used for the Tier 3 method, has not been fully tested to address its adequacy for estimating C stock changes associated with certain crops and rotations, as well as cobbly, gravelly, or shaley soils. An additional stock change calculation was made for mineral soils using Tier 2 emission factors, accounting for enrollment patterns in the Conservation Reserve Program after 2003, which was not addressed by the Tier 3 methods.

Further elaboration on the methodology and data used to estimate stock changes from mineral soils are described below and in Annex 3.13.

### Tier 3 Approach

Mineral SOC stocks and stock changes were estimated using the Century biogeochemical model (Parton et al. 1987, 1988, 1994; Metherell et al. 1993), which simulates the dynamics of C and other elements in cropland, grassland, forest, and savanna ecosystems. It uses monthly weather data as an input, along with information about soil physical properties. Input data on land use and management are specified at monthly resolution and include land-use type, crop/forage type, and management activities (e.g., planting, harvesting, fertilization, manure amendments, tillage, irrigation, residue removal, grazing, and fire). The model computes net primary productivity and C additions to soil, soil temperature, and water dynamics, in addition to turnover, stabilization, and mineralization of soil organic matter C and nutrient (N, K, S) elements. This method is more accurate than the Tier 1 and 2 approaches provided by the IPCC, because the simulation model treats changes as continuous over time rather than the simplified discrete changes represented in the default method (see Box 7-3 for additional information). National estimates were obtained by simulating historical land-use and management patterns as recorded in the USDA National Resources Inventory (NRI) survey.

[BEGIN BOX]

Box 7-3: Tier 3 Approach for Soil C Stocks Compared to Tier 1 or 2 Approaches

A Tier 3 model-based approach is used to inventory soil C stock changes on the majority of agricultural land with mineral soils. This approach entails several fundamental differences compared to the IPCC Tier 1 or 2 methods,

---

[214] NRI points were classified as agricultural if under grassland or cropland management between 1990 and 2003.
[215] NRI points were classified according to land-use history records starting in 1982 when the NRI survey began. Therefore, the classification prior to 2002 was based on less than 20 years of recorded land-use history for the time series.

---

BLM_0047155

which are based on a classification of land areas into a number of discrete classes based on a highly aggregated classification of climate, soil, and management (i.e., only six climate regions, seven soil types and eleven management systems occur in U.S. agricultural land under the IPCC classification). Input variables to the Tier 3 model, including climate, soils, and management activities (e.g., fertilization, crop species, tillage, etc.), are represented in considerably more detail both temporally and spatially, and exhibit multi-dimensional interactions through the more complex model structure compared with the IPCC Tier 1 or 2 approach. The spatial resolution of the analysis is also finer in the Tier 3 method compared to the lower tier methods as implemented in the United States for previous Inventories (e.g., 3,037 counties versus 181 Major Land Resource Areas [MLRAs], respectively).

In the Century model, soil C dynamics (and $CO_2$ emissions and uptake) are treated as continuous variables, which change on a monthly time step. Carbon emissions and removals are an outcome of plant production and decomposition processes, which are simulated in the model structure. Thus, changes in soil C stocks are influenced by not only changes in land use and management but also inter-annual climate variability and secondary feedbacks between management activities, climate, and soils as they affect primary production and decomposition. This latter characteristic constitutes one of the greatest differences between the methods, and forms the basis for a more complete accounting of soil C stock changes in the Tier 3 approach compared with Tier 2 methodology.

Because the Tier 3 model simulates a continuous time period rather than the equilibrium step change used in the IPCC methodology (Tier 1 and 2), the Tier 3 model addresses the delayed response of soils to management and land-use changes. Delayed responses can occur due to variable weather patterns and other environmental constraints that interact with land use and management and affect the time frame over which stock changes occur. Moreover, the Tier 3 method also accounts for the overall effect of increasing yields and, hence, C input to soils that have taken place across management systems and crop types within the United States. Productivity has increased by 1 to 2 percent annually over the past 4 to 5 decades for most major crops in the United States (Reilly and Fuglie 1998), which is believed to have led to increases in cropland soil C stocks (e.g., Allmaras et al. 2000). This is a major difference from the IPCC-based Tier 1 and 2 approaches, in which trends in soil C stocks only capture discrete changes in management and/or land use, rather than a longer term trend such as gradual increases in crop productivity.

[END BOX]

Additional sources of activity data were used to supplement the land-use information from NRI. The Conservation Technology Information Center (CTIC 1998) provided annual data on tillage activity at the county level since 1989, with adjustments for long-term adoption of no-till agriculture (Towery 2001). Information on fertilizer use and rates by crop type for different regions of the United States were obtained primarily from the USDA Economic Research Service Cropping Practices Survey (ERS 1997) with additional data from other sources, including the National Agricultural Statistics Service (NASS 1992, 1999, 2004). Frequency and rates of manure application to cropland during 1997 were estimated from data compiled by the USDA Natural Resources Conservation Service (Edmonds et al. 2003), and then adjusted using county-level estimates of manure available for application in other years. Specifically, county-scale ratios of manure available for application to soils in other years relative to 1997 were used to adjust the area amended with manure (see Annex 3.13 for further details). Greater availability of managed manure N relative to 1997 was, thus, assumed to increase the area amended with manure, while reduced availability of manure N relative to 1997 was assumed to reduce the amended area. The amount of manure produced by each livestock type was calculated for managed and unmanaged waste management systems based on methods described in the Manure Management section (Section 6.2) and annex (Annex 3.10).

Manure amendments were an input to the Century Model based on manure N available for application from all managed or unmanaged systems except Pasture/Range/Paddock.[216] Data on the county-level N available for application were estimated for managed systems based on the total amount of N excreted in manure minus N losses during storage and transport, and including the addition of N from bedding materials. Nitrogen losses include direct

---

[216] Pasture/Range/Paddock manure additions to soils are addressed in the *Grassland Remaining Grassland* and *Land Converted to Grassland* categories.

BLM_0047156

nitrous oxide emissions, volatilization of ammonia and $NO_x$, runoff and leaching, and poultry manure used as a feed supplement. More information on these losses is available in the description of the Manure Management source category. For unmanaged systems, it is assumed that no N losses or additions occur prior to the application of manure to the soil.

Monthly weather data were used as an input in the model simulations, based on an aggregation of gridded weather data to the county scale from the Parameter-elevation Regressions on Independent Slopes Model (PRISM) database (Daly et al. 1994). Soil attributes, which were obtained from an NRI database, were assigned based on field visits and soil series descriptions. Each NRI point was run 100 times as part of the uncertainty assessment, yielding a total of over 18 million simulation runs for the analysis. Carbon stock estimates from Century were adjusted using a structural uncertainty estimator accounting for uncertainty in model algorithms and parameter values (Ogle et al. 2007, 2010). C stocks and 95 percent confidence intervals were estimated for each year between 1990 and 2003, but C stock changes from 2004 to 2010 were assumed to be similar to 2003, but these data will be updated by the next NIR.

*Tier 2 Approach*

In the IPCC Tier 2 method, data on climate, soil types, land-use, and land management activity were used to classify land area to apply appropriate stock change factors. MLRAs formed the base spatial unit for mapping climate regions in the United States; each MLRA represents a geographic unit with relatively similar soils, climate, water resources, and land uses (NRCS 1981). MLRAs were classified into climate regions according to the IPCC categories using the PRISM climate database of Daly et al. (1994).

Reference C stocks were estimated using the National Soil Survey Characterization Database (NRCS 1997) with cultivated cropland as the reference condition, rather than native vegetation as used in IPCC (2003, 2006). Changing the reference condition was necessary because soil measurements under agricultural management are much more common and easily identified in the National Soil Survey Characterization Database (NRCS 1997) than those that are not considered cultivated cropland.

U.S.-specific stock change factors were derived from published literature to determine the impact of management practices on SOC storage, including changes in tillage, cropping rotations and intensification, and land-use change between cultivated and uncultivated conditions (Ogle et al. 2003, Ogle et al. 2006). U.S. factors associated with organic matter amendments were not estimated because there were an insufficient number of studies to analyze those impacts. Instead, factors from IPCC (2003) were used to estimate the effect of those activities. Euliss and Gleason (2002) provided the data for computing the change in SOC storage resulting from restoration of wetland enrolled in the Conservation Reserve Program.

Activity data were primarily based on the historical land-use/management patterns recorded in the NRI. Each NRI point was classified by land use, soil type, climate region (using PRISM data, Daly et al. 1994) and management condition. Classification of cropland area by tillage practice was based on data from the Conservation Tillage Information Center (CTIC 1998, Towery 2001) as described above. Activity data on wetland restoration of Conservation Reserve Program land were obtained from Euliss and Gleason (2002). Manure N amendments over the inventory time period were based on application rates and areas amended with manure N from Edmonds et al. (2003), in addition to the managed manure production data discussed in the previous methodology subsection on the Tier 3 analysis for mineral soils.

Combining information from these data sources, SOC stocks for mineral soils were estimated 50,000 times for 1982, 1992, and 1997, using a Monte Carlo Stochastic Simulation approach and the probability distribution functions for U.S.-specific stock change factors, reference C stocks, and land-use activity data (Ogle et al. 2002, Ogle et al. 2003). The annual C flux for 1990 through 1992 was determined by calculating the average annual change in stocks between 1982 and 1992; annual C flux for 1993 through 2010 was determined by calculating the average annual change in stocks between 1992 and 1997.

*Additional Mineral C Stock Change*

Annual C flux estimates for mineral soils between 1990 and 2010 were adjusted to account for additional C stock changes associated with gains or losses in soil C after 2003 due to changes in Conservation Reserve Program enrollment. The change in enrollment acreage relative to 2003 was based on data from USDA-FSA (2010) for 2004 through 2010, and the differences in mineral soil areas were multiplied by 0.5 metric tons C per hectare per year to

BLM_0047157

estimate the net effect on soil C stocks.  The stock change rate is based on estimations using the IPCC method (see Annex 3.13 for further discussion).

### Organic Soil Carbon Stock Changes

Annual C emissions from drained organic soils in *Cropland Remaining Cropland* were estimated using the Tier 2 method provided in IPCC (2003, 2006), with U.S.-specific C loss rates (Ogle et al. 2003) rather than default IPCC rates.  The final estimates included a measure of uncertainty as determined from the Monte Carlo Stochastic Simulation with 50,000 iterations.  Emissions were based on the 1992 and 1997 *Cropland Remaining Cropland* areas from the *1997 National Resources Inventory* (USDA-NRCS 2000).  The annual flux estimated for 1992 was applied to 1990 through 1992, and the annual flux estimated for 1997 was applied to 1993 through 2010.

## Uncertainty and Time-Series Consistency

Uncertainty associated with the *Cropland Remaining Cropland* land-use category was addressed for changes in agricultural soil C stocks (including both mineral and organic soils).  Uncertainty estimates are presented in Table 7-19 for mineral soil C stocks and organic soil C stocks disaggregated to the level of the inventory methodology employed (i.e., Tier 2 and Tier 3).  Uncertainty for the portions of the Inventory estimated with Tier 2 and 3 approaches was derived using a Monte Carlo approach (see Annex 3.13 for further discussion).  A combined uncertainty estimate for changes in soil C stocks is also included.  Uncertainty estimates from each component were combined using the error propagation equation in accordance with IPCC (2006).  The combined uncertainty was calculated by taking the square root of the sum of the squares of the standard deviations of the uncertain quantities.  More details on how the individual uncertainties were developed are in Annex 3.13.  The combined uncertainty for soil C stocks in *Cropland Remaining Cropland* ranged from 192 percent below to 186 percent above the 2010 stock change estimate of -15.6 Tg $CO_2$ Eq.

Table 7-19: Tier 2 Quantitative Uncertainty Estimates for Soil C Stock Changes occurring within *Cropland Remaining Cropland* (Tg $CO_2$ Eq. and Percent)

| Source | 2010 Flux Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Flux Estimate | | | |
|---|---|---|---|---|---|
| | | (Tg $CO_2$ Eq.) | | (%) | |
| | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Mineral Soil C Stocks: Cropland Remaining Cropland, Tier 3 Inventory Methodology | (42.3) | (69.6) | (15.1) | -64% | +64% |
| Mineral Soil C Stocks: Cropland Remaining Cropland, Tier 2 Inventory Methodology | (3.0) | (6.9) | 0.8 | -127% | +128% |
| Mineral Soil C Stocks: Cropland Remaining Cropland (Change in CRP enrollment relative to 2003) | (2.1) | (1.0) | (3.1) | -50% | +50% |
| Organic Soil C Stocks: Cropland Remaining Cropland, Tier 2 Inventory Methodology | 27.7 | 15.8 | 36.9 | -43% | +33% |
| **Combined Uncertainty for Flux associated with Agricultural Soil Carbon Stock Change in Cropland Remaining Cropland** | **(15.6)** | **(45.6)** | **13.4** | **-192%** | **+186%** |

Note: Parentheses indicate net sequestration.  Totals may not sum due to independent rounding.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010.  Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

Quality control measures included checking input data, model scripts, and results to ensure data were properly handled throughout the inventory process.  As discussed in the uncertainty section, results were compared to field measurements, and a statistical relationship was developed to assess uncertainties in the model's predictive

BLM_0047158

capability. The comparisons included over 40 long-term experiments, representing about 800 combinations of management treatments across all of the sites (Ogle et al. 2007). Inventory reporting forms and text were reviewed and revised as needed to correct transcription errors.

**Planned Improvements**

The first improvement is to update the Tier 2 and 3 inventory analysis with the latest annual National Resources Inventory (NRI) data. This improvement will extend the time series of the land use data from 2003 through 2007.

The second improvement is to incorporate remote sensing in the analysis for estimation of crop and forage production, and conduct the Tier 3 assessment of soil C stock changes and soil nitrous oxide emissions in a single analysis. Specifically, the Enhanced Vegetation Index (EVI) product that is derived from MODIS satellite imagery is being used to refine the production estimation for the Tier 3 assessment framework based on the DAYCENT simulation model. EVI reflects changes in plant "greenness" over the growing season and can be used to compute production based on the light use efficiency of the crop or forage (Potter et al. 1993). In the current framework, production is simulated based on the weather data, soil characteristics, and the genetic potential of the crop. While this method produces reasonable results, remote sensing can be used to refine the productivity estimates and reduce biases in crop production and subsequent C input to soil systems. It is anticipated that precision in the Tier 3 assessment framework will be increased by 25 percent or more with the new method. In addition, DAYCENT is currently used for estimating soil nitrous oxide emissions in the Inventory, and can also be used to estimate soil organic C stock changes using the same algorithms in the CENTURY model. Simulating both soil C stock changes and nitrous oxide emissions in a single analysis will ensure consistency in the treatment of these sources, which are coupled through the N and C cycles in agricultural systems. These improvements are anticipated for the next inventory analysis.

## $CO_2$ Emissions from Agricultural Liming

IPCC (2006) recommends reporting $CO_2$ emissions from lime additions (in the form of crushed limestone ($CaCO_3$) and dolomite ($CaMg(CO_3)_2$) to agricultural soils. Limestone and dolomite are added by land managers to ameliorate acidification. When these compounds come in contact with acid soils, they degrade, thereby generating $CO_2$. The rate and ultimate magnitude of degradation of applied limestone and dolomite depends on the soil conditions, climate regime, and the type of mineral applied. Emissions from liming have fluctuated over the past nineteen years, ranging from 3.8 Tg $CO_2$ Eq. to 5.0 Tg $CO_2$ Eq. In 2010, liming of agricultural soils in the United States resulted in emissions of 3.9 Tg $CO_2$ Eq. (1.1 Tg C), representing about a 16 percent decrease in emissions since 1990 (see Table 7-20 and Table 7-21). The trend is driven entirely by the amount of lime and dolomite estimated to have been applied to soils over the time period.

Table 7-20: Emissions from Liming of Agricultural Soils (Tg $CO_2$ Eq.)

| Source | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Liming of Soils[1] | 4.7 | 4.3 | 4.2 | 4.5 | 5.0 | 3.7 | 3.9 |

Note: Shaded areas indicate values based on a combination of data and projections. All other values are based on data only.
[1] Also includes emissions from liming on *Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland,* and *Settlements Remaining Settlements.*

Table 7-21: Emissions from Liming of Agricultural Soils (Tg C)

| Source | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Liming of Soils[1] | 1.3 | 1.2 | 1.2 | 1.2 | 1.4 | 1.0 | 1.1 |

Note: Shaded areas indicate values based on a combination of data and projections. All other values are based on data only.
[1] Also includes emissions from liming on *Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland,* and *Settlements Remaining Settlements.*

**Methodology**

$CO_2$ emissions from degradation of limestone and dolomite applied to agricultural soils were estimated using a Tier

BLM_0047159

2 methodology consistent with IPCC (2006). The annual amounts of limestone and dolomite applied (see Table 7-22) were multiplied by $CO_2$ emission factors from West and McBride (2005). These emission factors (0.059 metric ton C/metric ton limestone, 0.064 metric ton C/metric ton dolomite) are lower than the IPCC default emission factors because they account for the portion of agricultural lime that may leach through the soil and travel by rivers to the ocean (West and McBride 2005). This analysis of lime dissolution is based on liming occurring in the Mississippi River basin, where the vast majority of all U.S. liming takes place (West 2008). U.S. liming that does not occur in the Mississippi River basin tends to occur under similar soil and rainfall regimes, and, thus, the emission factor is appropriate for use across the United States (West 2008). The annual application rates of limestone and dolomite were derived from estimates and industry statistics provided in the *Minerals Yearbook* and *Mineral Industry Surveys* (Tepordei 1993 through 2006; Willett 2007a, b, 2009 through 2011; USGS 2008 through 2011). To develop these data, the U.S. Geological Survey (USGS; U.S. Bureau of Mines prior to 1997) obtained production and use information by surveying crushed stone manufacturers. Because some manufacturers were reluctant to provide information, the estimates of total crushed limestone and dolomite production and use were divided into three components: (1) production by end-use, as reported by manufacturers (i.e., "specified" production); (2) production reported by manufacturers without end-uses specified (i.e., "unspecified" production); and (3) estimated additional production by manufacturers who did not respond to the survey (i.e., "estimated" production).

The "unspecified" and "estimated" amounts of crushed limestone and dolomite applied to agricultural soils were calculated by multiplying the percentage of total "specified" limestone and dolomite production applied to agricultural soils by the total amounts of "unspecified" and "estimated" limestone and dolomite production. In other words, the proportion of total "unspecified" and "estimated" crushed limestone and dolomite that was applied to agricultural soils (as opposed to other uses of the stone) was assumed to be proportionate to the amount of "specified" crushed limestone and dolomite that was applied to agricultural soils. In addition, data were not available for 1990, 1992, and 2010 on the fractions of total crushed stone production that were limestone and dolomite, and on the fractions of limestone and dolomite production that were applied to soils. To estimate the 1990 and 1992 data, a set of average fractions were calculated using the 1991 and 1993 data. These average fractions were applied to the quantity of "total crushed stone produced or used" reported for 1990 and 1992 in the 1994 *Minerals Yearbook* (Tepordei 1996). To estimate 2010 data, the previous year's fractions were applied to a 2009 estimate of total crushed stone presented in the USGS *Mineral Industry Surveys: Crushed Stone and Sand and Gravel in the First Quarter of 2011* (USGS 2011); thus, the 2010 data in Table 7-20 through Table 7-22 are shaded to indicate that they are based on a combination of data and projections.

The primary source for limestone and dolomite activity data is the *Minerals Yearbook*, published by the Bureau of Mines through 1994 and by the USGS from 1995 to the present. In 1994, the "Crushed Stone" chapter in the *Minerals Yearbook* began rounding (to the nearest thousand metric tons) quantities for total crushed stone produced or used. It then reported revised (rounded) quantities for each of the years from 1990 to 1993. In order to minimize the inconsistencies in the activity data, these revised production numbers have been used in all of the subsequent calculations. Since limestone and dolomite activity data are also available at the state level, the national-level estimates reported here were broken out by state, although state-level estimates are not reported here.

Table 7-22: Applied Minerals (Million Metric Tons)

| Mineral | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Limestone | 19.01 | 18.09 | 16.54 | 17.46 | 20.46 | 15.58 | 16.55 |
| Dolomite | 2.36 | 1.85 | 2.73 | 2.92 | 2.55 | 1.31 | 1.39 |

Note: Data represent amounts applied to *Cropland Remaining Cropland, Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland*, and *Settlements Remaining Settlements*. Shaded areas indicate values based on a combination of data and projections. All other values are based on data only.

## Uncertainty and Time-Series Consistency

Uncertainty regarding limestone and dolomite activity data inputs was estimated at ±15 percent and assumed to be uniformly distributed around the inventory estimate (Tepordei 2003b). Analysis of the uncertainty associated with the emission factors included the following: the fraction of agricultural lime dissolved by nitric acid versus the fraction that reacts with carbonic acid, and the portion of bicarbonate that leaches through the soil and is transported

BLM_0047160

to the ocean. Uncertainty regarding the time associated with leaching and transport was not accounted for, but should not change the uncertainty associated with $CO_2$ emissions (West 2005). The uncertainties associated with the fraction of agricultural lime dissolved by nitric acid and the portion of bicarbonate that leaches through the soil were each modeled as a smoothed triangular distribution between ranges of zero percent to 100 percent. The uncertainty surrounding these two components largely drives the overall uncertainty estimates reported below. More information on the uncertainty estimates for Liming of Agricultural Soils is contained within the Uncertainty Annex.

A Monte Carlo (Tier 2) uncertainty analysis was applied to estimate the uncertainty of $CO_2$ emissions from liming. The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 7-23. Carbon dioxide emissions from Liming of Agricultural Soils in 2010 were estimated to be between 0.11 and 8.27 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of 97 percent below to 112 percent above the 2010 emission estimate of 3.91 Tg $CO_2$ Eq.

Table 7-23: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Liming of Agricultural Soils (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg CO$_2$ Eq.) | Uncertainty Range Relative to Emissions Estimate[a] (Tg CO$_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Liming of Agricultural Soils[1] | CO$_2$ | 3.9 | 0.11 | 8.27 | -97% | +112% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.
[1] Also includes emissions from liming on *Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland,* and *Settlements Remaining Settlements.*

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

**QA/QC and Verification**

A QA/QC analysis was performed for data gathering and input, documentation, and calculation. The QA/QC analysis did not reveal any inaccuracies or incorrect input values.

**Recalculations Discussion**

Several adjustments were made in the current Inventory to improve the results. The quantity of applied minerals reported in the previous inventory for 2008 has been revised; the updated activity data for 2008 for limestone are approximately 6,000 thousand metric tons greater and the 2008 data for dolomite are approximately 400 thousand metric tons less than the data used for the previous inventory, consequently, the reported emissions resulting from liming in 2008 decreased by about 0.3 percent. In the previous inventory, to estimate 2009 data, the previous year's fractions were applied to a 2009 estimate of total crushed stone presented in the USGS *Mineral Industry Surveys: Crushed Stone and Sand and Gravel in the First Quarter of 2010* (USGS 2010). Since publication of the previous inventory, the *Minerals Yearbook* has published actual quantities of crushed stone sold or used by producers in the United States in 2009. These values have replaced those used in the previous inventory to calculate the quantity of minerals applied to soil and the emissions from liming. The updated activity data for 2009 are approximately 40,496 thousand metric tons less than the data used in the previous Inventory. As a result, the reported emissions from liming in 2009 decreased by about 13 percent.

## $CO_2$ Emissions from Urea Fertilization

The use of urea ($CO(NH_2)_2$) as fertilizer leads to emissions of $CO_2$ that was fixed during the industrial production process. Urea in the presence of water and urease enzymes is converted into ammonium ($NH_4^+$), hydroxyl ion ($OH^-$), and bicarbonate ($HCO_3^-$). The bicarbonate then evolves into $CO_2$ and water. Emissions from urea fertilization in the United States totaled 4.1 Tg $CO_2$ Eq. (1.1 Tg C) in 2010 (Table 7-24 and Table 7-25). Emissions from urea fertilization have grown 71 percent between 1990 and 2010, due to an increase in the use of urea as fertilizer.

BLM_0047161

Table 7-24: $CO_2$ Emissions from Urea Fertilization in *Cropland Remaining Cropland* (Tg $CO_2$ Eq.)

| Source | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Urea Fertilization[1] | 2.4 | 3.5 | 3.7 | 3.8 | 3.6 | 3.6 | 4.1 |

Note: Shaded areas indicate values based on a combination of data and projections. All other values are based on data only.
[1] Also includes emissions from urea fertilization on *Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland, Settlements Remaining Settlements,* and *Forest Land Remaining Forest Land.*

Table 7-25: $CO_2$ Emissions from Urea Fertilization in *Cropland Remaining Cropland* (Tg C)

| Source | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Urea Fertilization[1] | 0.7 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.1 |

Note: Shaded areas indicate values based on a combination of data and projections. All other values are based on data only.
[1] Also includes emissions from urea fertilization on *Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland, Settlements Remaining Settlements,* and *Forest Land Remaining Forest Land.*

## Methodology

Carbon dioxide emissions from the application of urea to agricultural soils were estimated using the IPCC (2006) Tier 1 methodology. The annual amounts of urea fertilizer applied (see Table 7-26) were derived from state-level fertilizer sales data provided in *Commercial Fertilizers* (TVA 1991, 1992, 1993, 1994; AAPFCO 1995 through 2011b) and were multiplied by the default IPCC (2006) emission factor of 0.20, which is equal to the C content of urea on an atomic weight basis. Because fertilizer sales data are reported in fertilizer years (July through June), a calculation was performed to convert the data to calendar years (January through December). According to historic monthly fertilizer use data (TVA 1992b), 65 percent of total fertilizer used in any fertilizer year is applied between January and June of that calendar year, and 35 percent of total fertilizer used in any fertilizer year is applied between July and December of the previous calendar year. Since 2011 fertilizer year data were not available, July through December 2010 fertilizer consumption was estimated by calculating the percent change in urea use from January through June 2009 to January through June 2010. This percent change was then multiplied by the July through December 2009 data to estimate July through December 2010 fertilizer use; thus, the 2010 data in Table 7-24 through Table 7-26 are shaded to indicate that they are based on a combination of data and projections. State-level estimates of $CO_2$ emissions from the application of urea to agricultural soils were summed to estimate total emissions for the entire United States.

Table 7-26: Applied Urea (Million Metric Tons)

| | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Urea Fertilizer[1] | 3.30 | 4.78 | 4.98 | 5.12 | 4.93 | 4.86 | 5.65 |

Note: Shaded areas indicate values based on a combination of data and projections. All other values are based on data only.
[1] These numbers represent amounts applied to all agricultural land, including *Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland, Settlements Remaining Settlements,* and *Forest Land Remaining Forest Land.*

## Uncertainty and Time-Series Consistency

Uncertainty estimates are presented in Table 7-27 for Urea Fertilization. A Tier 2 Monte Carlo analysis was completed. The largest source of uncertainty was the default emission factor, which assumes that 100 percent of the C applied to soils is ultimately emitted into the environment as $CO_2$. This factor does not incorporate the possibility that some of the C may be retained in the soil. The emission estimate is, therefore, likely to be high. In addition, each urea consumption data point has an associated uncertainty. Urea for non-fertilizer use, such as aircraft deicing, may be included in consumption totals; it was determined through personal communication with Fertilizer Regulatory Program Coordinator David L. Terry (2007), however, that this amount is most likely very small.

BLM_0047162

Research into aircraft deicing practices also confirmed that urea is used minimally in the industry; a 1992 survey found a known annual usage of approximately 2,000 tons of urea for deicing; this would constitute 0.06 percent of the 1992 consumption of urea (EPA 2000). Similarly, surveys conducted from 2002 to 2005 indicate that total urea use for deicing at U.S. airports is estimated to be 3,740 MT per year, or less than 0.07 percent of the fertilizer total for 2007 (Itle 2009). Lastly, there is uncertainty surrounding the assumptions behind the calculation that converts fertilizer years to calendar years. Carbon dioxide emissions from urea fertilization of agricultural soils in 2010 were estimated to be between 2.36 and 4.30 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of 43 percent below to 4 percent above the 2010 emission estimate of 4.14 Tg $CO_2$ Eq.

Table 7-27: Quantitative Uncertainty Estimates for $CO_2$ Emissions from Urea Fertilization (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emissions Estimate[a] (Tg $CO_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Urea Fertilization | $CO_2$ | 4.14 | 2.36 | 4.29 | -43% | +4% |

[a]Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.
Note: These numbers represent amounts applied to all agricultural land, *including Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland, Settlements Remaining Settlements,* and *Forest Land Remaining Forest Land.*

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

**QA/QC and Verification**

A QA/QC analysis was performed for data gathering and input, documentation, and calculation. Inventory reporting forms and text were reviewed. No errors were found.

**Recalculations Discussion**

In the current Inventory, July to December 2008 urea application data were updated with assumptions for fertilizer year 2009, and the 2008 emission estimate was revised accordingly. The activity data increased about 1,620 metric tons for 2008 and this change resulted in an approximately 0.03 percent increase in emissions in 2008 relative to the previous Inventory. In the previous Inventory, the application for this period was calculated based on application during July to December 2007. January to June 2009 and July to December 2009 data were also used to update 2009 emission estimates. The activity data decreased about 60,880 metric tons for 2009, resulting in an approximately 1.2 percent decrease in emissions in 2009 relative to the previous Inventory.

**Planned Improvements**

The primary planned improvement is to investigate using a Tier 2 or Tier 3 approach, which would utilize country-specific information to estimate a more precise emission factor.

## 7.5.   Land Converted to Cropland (IPCC Source Category 5B2)

*Land Converted to Cropland* includes all cropland in an inventory year that had been another land use at any point during the previous 20 years[217] according to the USDA NRI land-use survey (USDA-NRCS 2000). Consequently, lands are retained in this category for 20 years as recommended by the IPCC guidelines (IPCC 2006) unless there is another land-use change. The Inventory includes all privately-owned croplands in the conterminous United States and Hawaii, but there is a minor amount of cropland on federal lands that is not currently included in the estimation of C stock changes, leading to a discrepancy between the total amount of managed area in *Land Converted to*

---

[217] NRI points were classified according to land-use history records starting in 1982 when the NRI survey began, and consequently the classifications were based on less than 20 years from 1990 to 2001.

BLM_0047163

*Cropland* (see Section 7.1) and the cropland area included in the Inventory. Plans are being made to include these areas in future C inventories.

Background on agricultural C stock changes is provided in *Cropland Remaining Cropland* and will only be summarized here for *Land Converted to Cropland*. Soils are the largest pool of C in agricultural land, and also have the greatest potential for storage or release of C, because biomass and dead organic matter C pools are relatively small and ephemeral compared with soils. The IPCC (2006) recommends reporting changes in soil organic C stocks due to: (1) agricultural land-use and management activities on mineral soils, and (2) agricultural land-use and management activities on organic soils.[218]

Land-use and management of mineral soils in *Land Converted to Cropland* generally led to relatively small increases in soil C during the 1990s but the pattern changed to small losses of C through the latter part of the time series (Table 7-28 and Table 7-29). The total rate of change in soil C stocks was 5.9 Tg $CO_2$ Eq. (1.6 Tg C) in 2010. Mineral soils were estimated to lose 3.3 Tg $CO_2$ Eq. (0.9 Tg C) in 2010, while drainage and cultivation of organic soils led to annual losses of 2.6 Tg $CO_2$ Eq. (0.7 Tg C) in 2010.

Table 7-28:  Net $CO_2$ Flux from Soil C Stock Changes in Land *Converted to Cropland* (Tg $CO_2$ Eq.)

| Soil Type | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Mineral Soils | (0.3) | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 |
| Organic Soils | 2.4 | 2.6 | 2.6 | 2.6 | 2.6 | 2.6 | 2.6 |
| **Total Net Flux** | **2.2** | **5.9** | **5.9** | **5.9** | **5.9** | **5.9** | **5.9** |

Note: Parentheses indicate net sequestration. Shaded areas indicate values based on a combination of historical data and projections. All other values are based on historical data only. Totals may not sum due to independent rounding.

Table 7-29:  Net $CO_2$ Flux from Soil C Stock Changes in *Land Converted to Cropland* (Tg C)

| Soil Type | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Mineral Soils | (0.1) | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |
| Organic Soils | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 |
| **Total Net Flux** | **0.6** | **1.6** | **1.6** | **1.6** | **1.6** | **1.6** | **1.6** |

Note: Parentheses indicate net sequestration. Shaded areas indicate values based on a combination of historical data and projections. All other values are based on historical data only. Totals may not sum due to independent rounding.

The spatial variability in annual $CO_2$ flux associated with C stock changes in mineral and organic soils for *Land Converted to Cropland* is displayed in Figure 7-7 and Figure 7-8. While a large portion of the United States had net losses of soil C for *Land Converted to Cropland*, there were some notable areas with net C accumulation in the Great Plains, Midwest, mid-Atlantic states. These areas were gaining C following conversion, because the land had been brought into hay production, including grass and legume hay, leading to enhanced plant production relative to the previous land use, and thus higher C input to the soil. Emissions from organic soils were largest in California, Florida, and the upper Midwest, which coincided with largest concentrations of cultivated organic soils in the United States.

Figure 7-7:  Total Net Annual $CO_2$ Flux for Mineral Soils under Agricultural Management within States, 2010, *Land Converted to Cropland*

Figure 7-8: Total Net Annual $CO_2$ Flux for Organic Soils under Agricultural Management within States, 2010, *Land Converted to Cropland*

---

[218] $CO_2$ emissions associated with liming are also estimated but included in a separate section of the report.

BLM_0047164

## Methodology

The following section includes a brief description of the methodology used to estimate changes in soil C stocks due to agricultural land-use and management activities on mineral and organic soils for *Land Converted to Cropland*. Further elaboration on the methodologies and data used to estimate stock changes for mineral and organic soils are provided in the *Cropland Remaining Cropland* section and Annex 3.13.

Soil C stock changes were estimated for *Land Converted to Cropland* according to land-use histories recorded in the USDA NRI survey (USDA-NRCS 2000). Land-use and some management information (e.g., crop type, soil attributes, and irrigation) were originally collected for each NRI point on a 5-year cycle beginning in 1982. However, the NRI program began collecting annual data in 1998, and this inventory is based on annual data through 2003. A new NRI dataset is available with land use and management information through 2007, and the inventory will be updated with this additional activity data by the next NIR. NRI points were classified as *Land Converted to Cropland* in a given year between 1990 and 2010 if the land use was cropland but had been another use during the previous 20 years. Cropland includes all land used to produce food or fiber, or forage that is harvested and used as feed (e.g., hay and silage).

### Mineral Soil Carbon Stock Changes

A Tier 3 model-based approach was applied to estimate C stock changes for soils on *Land Converted to Cropland* used to produce a majority of all crops (Ogle et al. 2010). Soil C stock changes on the remaining soils were estimated with the IPCC Tier 2 method (Ogle et al. 2003), including land used to produce vegetable, tobacco, perennial/horticultural crops, and rice; land on very gravelly, cobbly, or shaley soils (greater than 35 percent by volume); and land converted from forest or federal ownership.[219]

#### *Tier 3 Approach*

Mineral SOC stocks and stock changes were estimated using the Century biogeochemical model for the Tier 3 methods. National estimates were obtained by using the model to simulate historical land-use change patterns as recorded in the USDA National Resources Inventory (USDA-NRCS 2000). The methods used for *Land Converted to Cropland* are the same as those described in the Tier 3 portion of *Cropland Remaining Cropland* section for mineral soils (see *Cropland Remaining Cropland* Tier 3 methods section and Annex 3.13 for additional information).

#### *Tier 2 Approach*

For the mineral soils not included in the Tier 3 analysis, SOC stock changes were estimated using a Tier 2 Approach for *Land Converted to Cropland* as described in the Tier 2 portion of *Cropland Remaining Cropland* section for mineral soils (see *Cropland Remaining Cropland* Tier 2 methods section for additional information).

### Organic Soil Carbon Stock Changes

Annual C emissions from drained organic soils in *Land Converted to Cropland* were estimated using the Tier 2 method provided in IPCC (2003, 2006), with U.S.-specific C loss rates (Ogle et al. 2003) rather than default IPCC rates. The final estimates included a measure of uncertainty as determined from the Monte Carlo Stochastic Simulation with 50,000 iterations. Emissions were based on the 1992 and 1997 *Land Converted to Cropland* areas from the *1997 National Resources Inventory* (USDA-NRCS 2000). The annual flux estimated for 1992 was applied to 1990 through 1992, and the annual flux estimated for 1997 was applied to 1993 through 2010.

## Uncertainty and Time-Series Consistency

Uncertainty analysis for mineral soil C stock changes using the Tier 3 and Tier 2 approaches were based on the same method described for *Cropland Remaining Cropland*, except that the uncertainty inherent in the structure of the Century model was not addressed. The uncertainty for annual C emission estimates from drained organic soils in

---

[219] Federal land is not a land use, but rather an ownership designation that is treated as forest or nominal grassland for purposes of these calculations. The specific use for federal lands is not identified in the NRI survey (USDA-NRCS 2000).

BLM_0047165

*Land Converted to Cropland* was estimated using the Tier 2 approach, as described in the *Cropland Remaining Cropland* section.

Uncertainty estimates are presented in Table 7-30 for each subsource (i.e., mineral soil C stocks and organic soil C stocks) disaggregated to the level of the inventory methodology employed (i.e., Tier 2 and Tier 3). Uncertainty for the portions of the Inventory estimated with Tier 2 and 3 approaches was derived using a Monte Carlo approach (see Annex 3.13 for further discussion). A combined uncertainty estimate for changes in agricultural soil C stocks is also included. Uncertainty estimates from each component were combined using the error propagation equation in accordance with IPCC (2006), i.e., by taking the square root of the sum of the squares of the standard deviations of the uncertain quantities. The combined uncertainty for soil C stocks in *Land Converted to Cropland* was estimated to be 40 percent below and 36 percent above the inventory estimate of 5.9 Tg $CO_2$ Eq.

Table 7-30: Tier 2 Quantitative Uncertainty Estimates for Soil C Stock Changes occurring within *Land Converted to Cropland* (Tg $CO_2$ Eq. and Percent)

| Source | 2010 Flux Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Flux Estimate | | | |
| | | (Tg $CO_2$ Eq.) | | (%) | |
| | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
|---|---|---|---|---|---|
| Mineral Soil C Stocks: Land Converted to Cropland, Tier 3 Inventory Methodology | (0.8) | (1.5) | (0.1) | -84% | +84% |
| Mineral Soil C Stocks: Land Converted to Cropland, Tier 2 Inventory Methodology | 4.1 | 2.3 | 5.8 | -44% | +41% |
| Organic Soil C Stocks: Land Converted to Cropland, Tier 2 Inventory Methodology | 2.6 | 1.2 | 3.7 | -53% | +41% |
| **Combined Uncertainty for Flux associated with Soil Carbon Stock Change in Land Converted to Cropland** | **5.9** | **3.5** | **8.1** | **-40%** | **+36%** |

Note: Parentheses indicate net sequestration. Totals may not sum due to independent rounding.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

See QA/QC and Verification section under *Cropland Remaining Cropland*.

## Planned Improvements

The main planned improvement for the next Inventory is to integrate the assessments of soil C stock changes and soil $N_2O$ emissions into a single analysis. This improvement will ensure that the N and C cycles are treated consistently in the national inventory, which is important because the cycles of these elements are linked through plant and soil processes in agricultural lands. In addition, the empirically-based uncertainty estimator described in the *Cropland Remaining Cropland* section for the Tier 3 approach has not been developed to estimate uncertainties related to the structure of the Century model for *Land Converted to Cropland,* but this is a planned improvement. This improvement will produce a more rigorous assessment of uncertainty. See Planned Improvements section under *Cropland Remaining Cropland* for additional planned improvements.

## 7.6.    Grassland Remaining Grassland (IPCC Source Category 5C1)

*Grassland Remaining Grassland* includes all grassland in an inventory year that had been grassland for the previous 20 years[220] according to the USDA NRI land use survey (USDA-NRCS 2000). The Inventory includes all privately-owned grasslands in the conterminous United States and Hawaii, but does not address changes in C stocks

---

[220] NRI points were classified according to land-use history records starting in 1982 when the NRI survey began, and consequently the classifications were based on less than 20 years from 1990 to 2001.

BLM_0047166

for grasslands on federal lands, leading to a discrepancy between the total amount of managed area in *Grassland Remaining Grassland* (see Section 7.1) and the grassland area included in the Inventory. While federal grasslands probably have minimal changes in land management and C stocks, plans are being made to further evaluate and potentially include these areas in future C inventories.

Background on agricultural C stock changes is provided in the *Cropland Remaining Cropland* section and will only be summarized here for *Grassland Remaining Grassland*. Soils are the largest pool of C in agricultural land, and also have the greatest potential for storage or release of C, because biomass and dead organic matter C pools are relatively small and ephemeral compared to soils. IPCC (2006) recommends reporting changes in soil organic C stocks due to: (1) agricultural land-use and management activities on mineral soils, and (2) agricultural land-use and management activities on organic soils.[221]

Land-use and management of mineral soils in *Grassland Remaining Grassland* increased soil C, while organic soils lost relatively small amounts of C in each year 1990 through 2010. Due to the pattern for mineral soils, the overall trend was a gain in soil C over the time series although the rates varied from year to year, with a net removal of 8.3 Tg $CO_2$ Eq. (2.3 Tg C) in 2010. There was considerable variation over the time series driven by variability in weather patterns and associated interaction with land management activity. The change rates on per hectare basis were small, however, even in the years with larger total changes in stocks. Overall, flux rates declined by 43.8 Tg $CO_2$ Eq. (12.0 Tg C) when comparing the net change in soil C from 1990 and 2010.

Table 7-31: Net $CO_2$ Flux from Soil C Stock Changes in *Grassland Remaining Grassland* (Tg $CO_2$ Eq.)

| Soil Type | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Mineral Soils | (56.0) | (12.6) | (12.4) | (12.3) | (12.2) | (12.0) | (12.0) |
| Organic Soils | 3.9 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 |
| **Total Net Flux** | **(52.2)** | **(8.9)** | **(8.8)** | **(8.6)** | **(8.5)** | **(8.3)** | **(8.3)** |

Note: Parentheses indicate net sequestration. Shaded areas indicate values based on a combination of historical data and projections. All other values are based on historical data only. Totals may not sum due to independent rounding.

Table 7-32: Net $CO_2$ Flux from Soil C Stock Changes in Grassland Remaining Grassland (Tg C)

| Soil Type | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Mineral Soils | (15.3) | (3.4) | (3.4) | (3.4) | (3.3) | (3.3) | (3.3) |
| Organic Soils | 1.1 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| **Total Net Flux** | **(14.2)** | **(2.4)** | **(2.4)** | **(2.3)** | **(2.3)** | **(2.3)** | **(2.3)** |

Note: Parentheses indicate net sequestration. Shaded areas indicate values based on a combination of historical data and projections. All other values are based on historical data only. Totals may not sum due to independent rounding.

The spatial variability in annual $CO_2$ flux associated with C stock changes in mineral and organic soils is displayed in Figure 7-9 and Figure 7-10. Grassland gained soil organic C in several regions during 2010, including the Northeast, Midwest, Southwest and far western states; although these were relatively small increases in C on a per-hectare basis. Emission rates from drained organic soils were highest along the southeastern coastal region, in the northeast central United States surrounding the Great Lakes, and along the central and northern portions of the West Coast.

Figure 7-9: Total Net Annual $CO_2$ Flux for Mineral Soils under Agricultural Management within States, 2010, *Grassland Remaining Grassland*

Figure 7-10: Total Net Annual $CO_2$ Flux for Organic Soils under Agricultural Management within States, 2010, *Grassland Remaining Grassland*

---

[221] $CO_2$ emissions associated with liming are also estimated but included in a separate section of the report.

BLM_0047167

## Methodology

The following section includes a brief description of the methodology used to estimate changes in soil C stocks due to agricultural land-use and management activities on mineral and organic soils for *Grassland Remaining Grassland*. Further elaboration on the methodologies and data used to estimate stock changes from mineral and organic soils are provided in the *Cropland Remaining Cropland* section and Annex 3.13.

Soil C stock changes were estimated for *Grassland Remaining Grassland* according to land-use histories recorded in the USDA NRI survey (USDA-NRCS 2000). Land-use and some management information (e.g., crop type, soil attributes, and irrigation) were originally collected for each NRI point on a 5-year cycle beginning in 1982. However, the NRI program began collecting annual data in 1998; this inventory is based on annual data through 2003. NRI points were classified as *Grassland Remaining Grassland* in a given year between 1990 and 2010 if the land use had been grassland for 20 years. Grassland includes pasture and rangeland used for grass forage production, where the primary use is livestock grazing. Rangelands are typically extensive areas of native grassland that are not intensively managed, while pastures are often seeded grassland, possibly following tree removal, that may or may not be improved with practices such as irrigation and interseeding legumes.

### Mineral Soil Carbon Stock Changes

An IPCC Tier 3 model-based approach was applied to estimate C stock changes for most mineral soils in *Grassland Remaining Grassland*. The C stock changes for the remaining soils were estimated with an IPCC Tier 2 method (Ogle et al. 2003), including gravelly, cobbly, or shaley soils (greater than 35 percent by volume) and additional stock changes associated with sewage sludge amendments.

#### Tier 3 Approach

Mineral soil organic C stocks and stock changes for *Grassland Remaining Grassland* were estimated using the Century biogeochemical model, as described in *Cropland Remaining Cropland*. Historical land-use and management patterns were used in the Century simulations as recorded in the USDA National Resources Inventory (NRI) survey, with supplemental information on fertilizer use and rates from the USDA Economic Research Service Cropping Practices Survey (ERS 1997) and National Agricultural Statistics Service (NASS 1992, 1999, 2004). Frequency and rates of manure application to grassland during 1997 were estimated from data compiled by the USDA Natural Resources Conservation Service (Edmonds et al. 2003), and then adjusted using county-level estimates of manure available for application in other years. Specifically, county-scale ratios of manure available for application to soils in other years relative to 1997 were used to adjust the area amended with manure (see Annex 3.13 for further details). Greater availability of managed manure N relative to 1997 was, thus, assumed to increase the area amended with manure, while reduced availability of manure N relative to 1997 was assumed to reduce the amended area.

The amount of manure produced by each livestock type was calculated for managed and unmanaged waste management systems based on methods described in the Manure Management Section (Section 6.2) and Annex (Annex 3.10). In contrast to manure amendments, Pasture/Range/Paddock (PRP) manure N deposition was estimated internally in the Century model, as part of the grassland system simulations (i.e., PRP manure deposition was not an external input into the model). See the Tier 3 methods in *Cropland Remaining Cropland* section for additional discussion on the Tier 3 methodology for mineral soils.

#### Tier 2 Approach

The Tier 2 approach is based on the same methods described in the Tier 2 portion of *Cropland Remaining Cropland* section for mineral soils (see *Cropland Remaining Cropland* Tier 2 methods section and Annex 3.13 for additional information).

#### Additional Mineral C Stock Change Calculations

Annual C flux estimates for mineral soils between 1990 and 2010 were adjusted to account for additional C stock changes associated with sewage sludge amendments using a Tier 2 method. Estimates of the amounts of sewage

BLM_0047168

sludge N applied to agricultural land were derived from national data on sewage sludge generation, disposition, and N content. Total sewage sludge generation data for 1988, 1996, and 1998, in dry mass units, were obtained from an EPA report (EPA 1999) and estimates for 2004 were obtained from an independent national biosolids survey (NEBRA 2007). These values were linearly interpolated to estimate values for the intervening years. N application rates from Kellogg et al. (2000) were used to determine the amount of area receiving sludge amendments. Although sewage sludge can be added to land managed for other land uses, it was assumed that agricultural amendments occur in grassland. Cropland is assumed to rarely be amended with sewage sludge due to the high metal content and other pollutants in human waste. The soil C storage rate was estimated at 0.38 metric tons C per hectare per year for sewage sludge amendments to grassland. The stock change rate is based on country-specific factors and the IPCC default method (see Annex 3.13 for further discussion).

**Organic Soil Carbon Stock Changes**

Annual C emissions from drained organic soils in *Grassland Remaining Grassland* were estimated using the Tier 2 method provided in IPCC (2003, 2006), which utilizes U.S.-specific C loss rates (Ogle et al. 2003) rather than default IPCC rates. Emissions were based on the 1992 and 1997 *Grassland Remaining Grassland* areas from the *1997 National Resources Inventory* (USDA-NRCS 2000). The annual flux estimated for 1992 was applied to 1990 through 1992, and the annual flux estimated for 1997 was applied to 1993 through 2010.

## Uncertainty and Time-Series Consistency

Uncertainty estimates are presented in Table 7-33 for each subsource (i.e., mineral soil C stocks and organic soil C stocks) disaggregated to the level of the inventory methodology employed (i.e., Tier 2 and Tier 3). Uncertainty for the portions of the Inventory estimated with Tier 2 and 3 approaches was derived using a Monte Carlo approach (see Annex 3.13 for further discussion). A combined uncertainty estimate for changes in agricultural soil C stocks is also included. Uncertainty estimates from each component were combined using the error propagation equation in accordance with IPCC (2006), i.e., by taking the square root of the sum of the squares of the standard deviations of the uncertain quantities. The combined uncertainty for soil C stocks in *Grassland Remaining Grassland* was estimated to be 32 percent below and 25 percent above the inventory estimate of -8.3 Tg $CO_2$ Eq.

Table 7-33: Tier 2 Quantitative Uncertainty Estimates for C Stock Changes occurring within *Grassland Remaining Grassland* (Tg $CO_2$ Eq. and Percent)

| Source | 2010 Flux Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Flux Estimate | | | |
|---|---|---|---|---|---|
| | | (Tg $CO_2$ Eq.) | | (%) | |
| | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Mineral Soil C Stocks Grassland Remaining Grassland, Tier 3 Methodology | (10.6) | (11.4) | (9.8) | -7% | +7% |
| Mineral Soil C Stocks: Grassland Remaining Grassland, Tier 2 Methodology | (0.2) | (0.3) | 0.0 | -89% | +127% |
| Mineral Soil C Stocks: Grassland Remaining Grassland, Tier 2 Methodology (Change in Soil C due to Sewage Sludge Amendments) | (1.2) | (1.9) | (0.6) | -50% | +50% |
| Organic Soil C Stocks: Grassland Remaining Grassland, Tier 2 Methodology | 3.7 | 1.2 | 5.5 | -66% | +49% |
| **Combined Uncertainty for Flux Associated with Agricultural Soil Carbon Stock Change in Grassland Remaining Grassland** | **(8.3)** | **(11.0)** | **(6.3)** | **-32%** | **+25%** |

Note: Parentheses indicate net sequestration. Totals may not sum due to independent rounding.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

BLM_0047169

**Uncertainties in Mineral Soil Carbon Stock Changes**

The uncertainty analysis for *Grassland Remaining Grassland* using the Tier 3 approach and Tier 2 approach were based on the same method described for *Cropland Remaining Cropland*, except that the uncertainty inherent in the structure of the Century model was not addressed. See the Tier 3 approach for mineral soils under the *Cropland Remaining Cropland* section for additional discussion.

A ±50 percent uncertainty was assumed for additional adjustments to the soil C stocks between 1990 and 2010 to account for additional C stock changes associated with amending grassland soils with sewage sludge.

**Uncertainties in Soil Carbon Stock Changes for Organic Soils**

Uncertainty in C emissions from organic soils was estimated using country-specific factors and a Monte Carlo analysis. Probability distribution functions for emission factors were derived from a synthesis of 10 studies, and combined with uncertainties in the NRI land use and management data for organic soils in the Monte Carlo analysis. See the Tier 2 section under minerals soils of *Cropland Remaining Cropland* for additional discussion.

## QA/QC and Verification

Quality control measures included checking input data, model scripts, and results to ensure data were properly handled through the inventory process. A minor error was found in the post-processing results to compute the final totals, which was corrected. No additional errors were found.

## Planned Improvements

The main planned improvement for the next Inventory is to integrate the assessments of soil C stock changes and soil $N_2O$ emissions into a single analysis. This improvement will ensure that the N and C cycles are treated consistently in the Inventory, which is important because the cycles of these elements are linked through plant and soil processes in agricultural lands. This improvement will include the development of an empirically-based uncertainty analysis, which will provide a more rigorous assessment of uncertainty. See Planned Improvements section under *Cropland Remaining Cropland* for additional planned improvements. Also, a new NRI dataset is available with land use and management information through 2007, and the inventory will be updated with this additional activity data.

## *7.7.    Land Converted to Grassland (IPCC Source Category 5C2)*

*Land Converted to Grassland* includes all grassland in an inventory year that had been in another land use at any point during the previous 20 years[222] according to the USDA NRI land-use survey (USDA-NRCS 2000). Consequently, lands are retained in this category for 20 years as recommended by IPCC (2006) unless there is another land use change. The Inventory includes all privately-owned grasslands in the conterminous United States and Hawaii, but does not address changes in C stocks for grasslands on federal lands, leading to a discrepancy between the total amount of managed area for *Land Converted to Grassland* (see Section 7.1) and the grassland area included in the Inventory. Plans are being made to include these areas in future C inventories.

Background on agricultural C stock changes is provided in *Cropland Remaining Cropland* and will only be summarized here for *Land Converted to Grassland*. Soils are the largest pool of C in agricultural land, and also have the greatest potential for storage or release of C, because biomass and dead organic matter C pools are relatively small and ephemeral compared with soils. IPCC (2006) recommend reporting changes in soil organic C stocks due to: (1) agricultural land-use and management activities on mineral soils, and (2) agricultural land-use and management activities on organic soils.[223]

Land-use and management of mineral soils in *Land Converted to Grassland* led to an increase in soil C stocks from 1990 through 2010, which was largely due to annual cropland conversion to pasture (see Table 7-34 and Table 7-35). For example, the stock change rates were estimated to remove 20.3 Tg $CO_2$ Eq./yr (5.5 Tg C) and 24.5 Tg

---

[222] NRI points were classified according to land-use history records starting in 1982 when the NRI survey began, and consequently the classifications were based on less than 20 years from 1990 to 2001.

[223] $CO_2$ emissions associated with liming are also estimated but included in a separate section of the report.

BLM_0047170

$CO_2$ Eq./yr (6.7 Tg C) from mineral soils in 1990 and 2010, respectively. Drainage of organic soils for grazing management led to losses varying from 0.5 to 0.9 Tg $CO_2$ Eq./yr (0.1 to 0.2 Tg C).

Table 7-34:  Net $CO_2$ Flux from Soil C Stock Changes for *Land Converted to Grassland* (Tg $CO_2$ Eq.)

| Soil Type | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Mineral Soils[a] | (20.3) | (25.3) | (25.1) | (24.9) | (24.7) | (24.5) | (24.5) |
| Organic Soils | 0.5 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |
| **Total Net Flux** | **(19.8)** | **(24.4)** | **(24.2)** | **(24.0)** | **(23.8)** | **(23.6)** | **(23.6)** |

Note: Parentheses indicate net sequestration. Shaded areas indicate values based on a combination of historical data and projections. All other values are based on historical data only. Totals may not sum due to independent rounding.
[a] Stock changes due to application of sewage sludge are reported in *Grassland Remaining Grassland*.

Table 7-35:  Net $CO_2$ Flux from Soil C Stock Changes for *Land Converted to Grassland* (Tg C)

| Soil Type | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Mineral Soils[a] | (5.5) | (6.9) | (6.8) | (6.8) | (6.7) | (6.7) | (6.7) |
| Organic Soils | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| **Total Net Flux** | **(5.4)** | **(6.7)** | **(6.6)** | **(6.5)** | **(6.5)** | **(6.4)** | **(6.4)** |

Note: Parentheses indicate net sequestration. Shaded areas indicate values based on a combination of historical data and projections. All other values are based on historical data only. Totals may not sum due to independent rounding.
[a] Stock changes due to application of sewage sludge in *Land Converted to Grassland* are reported in *Grassland Remaining Grassland*.

The spatial variability in annual $CO_2$ flux associated with C stock changes in mineral soils is displayed in Figure 7-11 and Figure 7-12. Soil C stock increased in most states for *Land Converted to Grassland*. The largest gains were in the South-Central region, Midwest, and northern Great Plains. The patterns were driven by conversion of annual cropland into continuous pasture. Emissions from organic soils were largest in California, Florida, and the upper Midwest, coinciding with largest concentrations of organic soils in the United States that are used for agricultural production.

Figure 7-11:  Total Net Annual $CO_2$ Flux for Mineral Soils under Agricultural Management within States, 2010, *Land Converted to Grassland*

Figure 7-12:  Total Net Annual $CO_2$ Flux for Organic Soils under Agricultural Management within States, 2010, *Land Converted to Grassland*

## Methodology

This section includes a brief description of the methodology used to estimate changes in soil C stocks due to agricultural land-use and management activities on mineral soils for *Land Converted to Grassland*. Biomass C stock changes are not explicitly included in this category but losses of associated with conversion of forest to grassland are included in the *Forest Land Remaining Forest Land* section. Further elaboration on the methodologies and data used to estimate stock changes from mineral and organic soils are provided in the *Cropland Remaining Cropland* section and Annex 3.13.

Soil C stock changes were estimated for *Land Converted to Grassland* according to land-use histories recorded in the USDA NRI survey (USDA-NRCS 2000). Land-use and some management information (e.g., crop type, soil attributes, and irrigation) were originally collected for each NRI point on a 5-year cycle beginning in 1982. However, the NRI program began collecting annual data in 1998, and this inventory is based on annual data through

BLM_0047171

2003. A new NRI dataset is available with land use and management information through 2007, and the inventory will be updated with this additional activity data by the next NIR. NRI points were classified as *Land Converted to Grassland* in a given year between 1990 and 2010 if the land use was grassland, but had been another use in the previous 20 years. Grassland includes pasture and rangeland used for grass forage production, where the primary use is livestock grazing. Rangeland typically includes extensive areas of native grassland that are not intensively managed, while pastures are often seeded grassland, possibly following tree removal, that may or may not be improved with practices such as irrigation and interseeding legumes.

**Mineral Soil Carbon Stock Changes**

An IPCC Tier 3 model-based approach was applied to estimate C stock changes for *Land Converted to Grassland* on most mineral soils. C stock changes on the remaining soils were estimated with an IPCC Tier 2 approach (Ogle et al. 2003), including prior cropland used to produce vegetables, tobacco, perennial/horticultural crops, and rice; land areas with very gravelly, cobbly, or shaley soils (greater than 35 percent by volume); and land converted from forest or federal ownership.[224] A Tier 2 approach was also used to estimate additional changes in mineral soil C stocks due to sewage sludge amendments. However, stock changes associated with sewage sludge amendments are reported in the *Grassland Remaining Grassland* section.

*Tier 3 Approach*

Mineral SOC stocks and stock changes were estimated using the Century biogeochemical model as described for *Grassland Remaining Grassland*. Historical land-use and management patterns were used in the Century simulations as recorded in the NRI survey, with supplemental information on fertilizer use and rates from the USDA Economic Research Service Cropping Practices Survey (ERS 1997) and the National Agricultural Statistics Service (NASS 1992, 1999, 2004) (see *Grassland Remaining Grassland* Tier 3 methods section for additional information).

*Tier 2 Approach*

The Tier 2 approach used for *Land Converted to Grassland* on mineral soils is the same as described for *Cropland Remaining Cropland* (See *Cropland Remaining Cropland* Tier 2 Approach and Annex 3.13 for additional information).

**Organic Soil Carbon Stock Changes**

Annual C emissions from drained organic soils in *Land Converted to Grassland* were estimated using the Tier 2 method provided in IPCC (2003, 2006), which utilizes U.S.-specific C loss rates (Ogle et al. 2003) rather than default IPCC rates. Emissions were based on the 1992 and 1997 *Land Converted to Grassland* areas from the *1997 National Resources Inventory* (USDA-NRCS 2000). The annual flux estimated for 1992 was applied to 1990 through 1992, and the annual flux estimated for 1997 was applied to 1993 through 2010.

## Uncertainty and Time-Series Consistency

Uncertainty analysis for mineral soil C stock changes using the Tier 3 and Tier 2 approaches were based on the same method described in *Cropland Remaining Cropland*, except that the uncertainty inherent in the structure of the Century model was not addressed. The uncertainty or annual C emission estimates from drained organic soils in *Land Converted to Grassland* was estimated using the Tier 2 approach, as described in the *Cropland Remaining Cropland* section.

Uncertainty estimates are presented in Table 7-36 for each subsource (i.e., mineral soil C stocks and organic soil C stocks), disaggregated to the level of the inventory methodology employed (i.e., Tier 2 and Tier 3). Uncertainty for the portions of the Inventory estimated with Tier 2 and 3 approaches was derived using a Monte Carlo approach (see Annex 3.13 for further discussion). A combined uncertainty estimate for changes in agricultural soil C stocks is also included. Uncertainty estimates from each component were combined using the error propagation equation in accordance with IPCC (2006) (i.e., by taking the square root of the sum of the squares of the standard deviations of

---

[224] Federal land is not a land use, but rather an ownership designation that is treated as forest or nominal grassland for purposes of these calculations. The specific use for federal lands is not identified in the NRI survey (USDA-NRCS 2000).

BLM_0047172

the uncertain quantities). The combined uncertainty for soil C stocks in *Land Converted to Grassland* ranged from 15 percent below to 15 percent above the 2010 estimate of -23.6 Tg $CO_2$ Eq.

Table 7-36: Tier 2 Quantitative Uncertainty Estimates for Soil C Stock Changes occurring within *Land Converted to Grassland* (Tg $CO_2$ Eq. and Percent)

| Source | 2010 Flux Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Flux Estimate | | | |
|---|---|---|---|---|---|
| | | (Tg $CO_2$ Eq.) | | (%) | |
| | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Mineral Soil C Stocks: Land Converted to Grassland, Tier 3 Inventory Methodology | (19.5) | (22.2) | (16.7) | -14% | +14% |
| Mineral Soil C Stocks: Land Converted to Grassland, Tier 2 Inventory Methodology | (5.0) | (7.0) | (2.8) | -39% | +43% |
| Organic Soil C Stocks: Land Converted to Grassland, Tier 2 Inventory Methodology | 0.9 | 0.2 | 1.8 | -76% | +104% |
| **Combined Uncertainty for Flux associated with Agricultural Soil Carbon Stocks in Land Converted to Grassland** | **(23.6)** | **(27.0)** | **(20.0)** | **-15%** | **+15%** |

Note: Parentheses indicate net sequestration. Totals may not sum due to independent rounding.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

See the QA/QC and Verification section under *Grassland Remaining Grassland*.

## Planned Improvements

The main planned improvement for the next Inventory is to integrate the assessments of soil C stock changes and soil $N_2O$ emissions into a single analysis. This improvement will ensure that the N and C cycles are treated consistently in the national inventory, which is important because the cycles of these elements are linked through plant and soil processes in agricultural lands. This improvement will include the development of an empirically-based uncertainty analysis, which will provide a more rigorous assessment of uncertainty. See Planned Improvements section under *Cropland Remaining Cropland* for additional planned improvements.

## 7.8.   Wetlands Remaining Wetlands

## Peatlands Remaining Peatlands

### Emissions from Managed Peatlands

Managed peatlands are peatlands which have been cleared and drained for the production of peat. The production cycle of a managed peatland has three phases: land conversion in preparation for peat extraction (e.g., draining, and clearing surface biomass), extraction (which results in the emissions reported under *Peatlands Remaining Peatlands*), and abandonment, restoration or conversion of the land to another use.

$CO_2$ emissions from the removal of biomass and the decay of drained peat constitute the major greenhouse gas flux from managed peatlands. Managed peatlands may also emit $CH_4$ and $N_2O$. The natural production of $CH_4$ is largely reduced but not entirely shut down when peatlands are drained in preparation for peat extraction (Strack et al., 2004 as cited in IPCC 2006); however, $CH_4$ emissions are assumed to be insignificant under Tier 1 (IPCC, 2006). $N_2O$ emissions from managed peatlands depend on site fertility. In addition, abandoned and restored peatlands continue to release greenhouse gas emissions, and at present no methodology is provided by IPCC (2006) to estimate greenhouse gas emissions or removals from restored peatlands. This inventory estimates both $CO_2$ and $N_2O$ emissions from *Peatlands Remaining Peatlands* in accordance with Tier 1 IPCC (2006) guidelines.

BLM_0047173

**$CO_2$ and $N_2O$ Emissions from *Peatlands Remaining Peatlands***

IPCC (2006) recommends reporting $CO_2$ and $N_2O$ emissions from lands undergoing active peat extraction (i.e., *Peatlands Remaining Peatlands*) as part of the estimate for emissions from managed wetlands. Peatlands occur in wetland areas where plant biomass has sunk to the bottom of water bodies and water-logged areas and exhausted the oxygen supply below the water surface during the course of decay. Due to these anaerobic conditions, much of the plant matter does not decompose but instead forms layers of peat over decades and centuries. In the United States, peat is extracted for horticulture and landscaping growing media, and for a wide variety of industrial, personal care, and other products. It has not been used for fuel in the United States for many decades. Peat is harvested from two types of peat deposits in the United States: sphagnum bogs in northern states and wetlands in states further south. The peat from sphagnum bogs in northern states, which is nutrient poor, is generally corrected for acidity and mixed with fertilizer. Production from more southerly states is relatively coarse (i.e., fibrous) but nutrient rich.

IPCC (2006) recommends considering both on-site and off-site emissions when estimating $CO_2$ emissions from *Peatlands Remaining Peatlands* using the Tier 1 approach. Current methodologies estimate only on-site $N_2O$ emissions, since off-site $N_2O$ estimates are complicated by the risk of double-counting emissions from nitrogen fertilizers added to horticultural peat. On-site emissions from managed peatlands occur as the land is cleared of vegetation and the underlying peat is exposed to sun and weather. As this occurs, some peat deposit is lost and $CO_2$ is emitted from the oxidation of the peat. Since $N_2O$ emissions from saturated ecosystems tend to be low unless there is an exogenous source of nitrogen, $N_2O$ emissions from drained peatlands are dependent on nitrogen mineralization and therefore on soil fertility. Peatlands located on highly fertile soils contain significant amounts of organic nitrogen in inactive form. Draining land in preparation for peat extraction allows bacteria to convert the nitrogen into nitrates which leach to the surface where they are reduced to $N_2O$.

Off-site $CO_2$ emissions from managed peatlands occur from the horticultural and landscaping use of peat. Nutrient-poor (but fertilizer-enriched) peat tends to be used in bedding plants and in greenhouse and plant nursery production, whereas nutrient-rich (but relatively coarse) peat is used directly in landscaping, athletic fields, golf courses, and plant nurseries. Most of the $CO_2$ emissions from peat occur off-site, as the peat is processed and sold to firms which, in the United States, use it predominantly for horticultural purposes.

Total emissions from *Peatlands Remaining Peatlands* were estimated to be 1.098 Tg $CO_2$ Eq. in 2010 (see Table 7-37) comprising 0.983 Tg $CO_2$ Eq. (983 Gg) of $CO_2$ and 0.005 Tg $CO_2$ Eq. (0.016 Gg) of $N_2O$. Total emissions in 2010 were about 11 percent smaller than total emissions in 2009, with the decrease due to the decrease in peat production reported in Alaska in 2010.

Total emissions from *Peatlands Remaining Peatlands* have fluctuated between 0.9 and 1.2 Tg $CO_2$ Eq. across the time series with a decreasing trend from 1990 until 1994 followed by an increasing trend through 2000. After 2000, emissions generally increased until 2006 and then decreased until 2009, when the trend reversed. Emissions in 2010 represent a slight decline from emissions in 2009. $CO_2$ emissions from *Peatlands Remaining Peatlands* have fluctuated between 0.9 and 1.2 Tg $CO_2$ across the time series, and these emissions drive the trends in total emissions. $N_2O$ emissions remained close to zero across the time series, with a decreasing trend from 1990 until 1995 followed by an increasing trend through 2002. $N_2O$ emissions decreased between 2000 and 2008, followed by a leveling off since 2008.

Table 7-37:  Emissions from *Peatlands Remaining Peatlands* (Tg $CO_2$ Eq.)

| Gas | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 1.0 | 1.1 | 0.9 | 1.0 | 1.0 | 1.1 | 1.0 |
| $N_2O$ | + | + | + | + | + | + | + |
| **Total** | **1.0** | **1.1** | **0.9** | **1.0** | **1.0** | **1.1** | **1.0** |

+ Less than 0.01 Tg $CO_2$ Eq.
Note:  These numbers are based on U.S. production data in accordance with Tier 1 guidelines, which does not take into account imports, exports and stockpiles (i.e., apparent consumption).

BLM_0047174

Table 7-38:  Emissions from *Peatlands Remaining Peatlands* (Gg)

| Gas | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| $CO_2$ | 1,033 | | 1,079 | 879 | 1,012 | 992 | 1,089 | 983 |
| $N_2O$ | + | | + | + | + | + | + | + |

\+ Less than 0.05 Gg
Note:  These numbers are based on U.S. production data in accordance with Tier 1 guidelines,
    which does not take into account imports, exports, and stockpiles (i.e., apparent consumption).

## Methodology

### Off-Site $CO_2$ Emissions

$CO_2$ emissions from domestic peat production were estimated using a Tier 1 methodology consistent with IPCC (2006).  Off-site $CO_2$ emissions from *Peatlands Remaining Peatlands* were calculated by apportioning the annual weight of peat produced in the United States (Table 7-39) into peat extracted from nutrient-rich deposits and peat extracted from nutrient-poor deposits using annual percentage by weight figures.  These nutrient-rich and nutrient-poor production values were then multiplied by the appropriate default C fraction conversion factor taken from IPCC (2006) in order to obtain off-site emission estimates.  For the lower 48 states, both annual percentages of peat type by weight and domestic peat production data were sourced from estimates and industry statistics provided in the *Minerals Yearbook* and *Mineral Commodity Summaries* from the U.S. Geological Survey (USGS 1991–2011).  To develop these data, the U.S. Geological Survey (USGS; U.S. Bureau of Mines prior to 1997) obtained production and use information by surveying domestic peat producers.  On average, about 75 percent of the peat operations respond to the survey.  USGS estimated data for non-respondents on the basis of prior-year production levels (Apodaca 2011).

The Alaska estimates rely on reported peat production from Alaska's annual Mineral Industry Reports (Szumigala et al. 2010).  Similar to the U.S. Geological Survey, Alaska's Mineral Industry Report methodology solicits voluntary reporting of peat production from producers. However, the report does not estimate production for the non-reporting producers, resulting in larger inter-annual variation in reported peat production from Alaska depending on the number of producers who report in a given year (Szumigala 2011).  In addition, in both the lower 48 states and Alaska, large variations in peat production can also result from variations in precipitation and the subsequent changes in moisture conditions, since unusually wet years can hamper peat production (USGS 1991-2011).  The methodology estimates Alaska emissions separately from lower 48 emissions because the state conducts its own mineral survey and reports peat production by volume, rather than by weight (Table 7-40).  However, volume production data were used to calculate off-site $CO_2$ emissions from Alaska applying the same methodology but with volume-specific C fraction conversion factors from IPCC (2006).[225]

The apparent consumption of peat, which includes production plus imports minus exports plus the decrease in stockpiles, in the United States is over two-and-a-half times the amount of domestic peat production.  Therefore, off-site $CO_2$ emissions from the use of all horticultural peat within the United States are not accounted for using the Tier 1 approach.  The United States has increasingly imported peat from Canada for horticultural purposes; from 2006 to 2009, imports of sphagnum moss (nutrient-poor) peat from Canada represented 97 percent of total U.S. peat imports (USGS 2011a).  Most peat produced in the United States is reed-sedge peat, generally from southern states, which is classified as nutrient rich by IPCC (2006).  Higher-tier calculations of $CO_2$ emissions from apparent consumption would involve consideration of the percentages of peat types stockpiled (nutrient rich versus nutrient poor) as well as the percentages of peat types imported and exported.

---

[225] Peat produced from Alaska was assumed to be nutrient poor; as is the case in Canada, "where deposits of high-quality [but nutrient poor] sphagnum moss are extensive" (USGS 2008).

BLM_0047175

Table 7-39:  Peat Production of Lower 48 States (in thousands of Metric Tons)

| Type of Deposit | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Nutrient-Rich | 595.1 | 657.6 | 529.0 | 581.0 | 559.7 | 560.3 | 563.0 |
| Nutrient-Poor | 55.4 | 27.4 | 22.0 | 54.0 | 55.4 | 48.7 | 49.0 |
| **Total Production** | **692.0** | **685.0** | **551.0** | **635.0** | **615.0** | **609.0** | **612.0** |

Source:  United States Geological Survey (USGS) (1991–2011)..

Table 7-40:  Peat Production of Alaska (in thousands of Cubic Meters)

| | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **Total Production** | 49.7 | 47.8 | 50.8 | 52.3 | 64.1 | 183.9 | 78.2 |

Sources:  Division of Geological & Geophysical Surveys (DGGS), Alaska Department of
Natural Resources (1997–2011) Alaska's Mineral Industry Report (1997–2010).

*On-site CO₂ Emissions*

IPCC (2006) suggests basing the calculation of on-site emissions estimates on the area of peatlands managed for peat extraction differentiated by the nutrient type of the deposit (rich versus poor).  Information on the area of land managed for peat extraction is currently not available for the United States, but in accordance with IPCC (2006), an average production rate for the industry was applied to derive an area estimate.  In a mature industrialized peat industry, such as exists in the United States and Canada, the vacuum method[226] can extract up to 100 metric tons per hectare per year (Cleary et al. 2005 as cited in IPCC 2006).  The area of land managed for peat extraction in the United States was estimated using nutrient-rich and nutrient-poor production data and the assumption that 100 metric tons of peat are extracted from a single hectare in a single year.  The annual land area estimates were then multiplied by the appropriate nutrient-rich or nutrient-poor IPCC (2006) default emission factor in order to calculate on-site CO₂ emission estimates.  Production data are not available by weight for Alaska.  In order to calculate on-site emissions resulting from *Peatlands Remaining Peatlands* in Alaska, the production data by volume were converted to weight using annual average bulk peat density values, and then converted to land area estimates using the same assumption that a single hectare yields 100 metric tons.  The IPCC (2006) on-site emissions equation also includes a term which accounts for emissions resulting from the change in C stocks that occurs during the clearing of vegetation prior to peat extraction.  Area data on land undergoing conversion to peatlands for peat extraction is also unavailable for the United States.  However, USGS records show that the number of active operations in the United States has been declining since 1990; therefore, it seems reasonable to assume that no new areas are being cleared of vegetation for managed peat extraction.  Other changes in C stocks in living biomass on managed peatlands are also assumed to be zero under the Tier 1 methodology (IPCC 2006).

*On-site N₂O Emissions*

IPCC (2006) suggests basing the calculation of on-site N₂O emissions estimates on the area of nutrient-rich peatlands managed for peat extraction.  These area data are not available directly for the United States, but the on-site CO₂ emissions methodology above details the calculation of area data from production data.  In order to estimate N₂O emissions, the area of nutrient rich *Peatlands Remaining Peatlands* was multiplied by the appropriate default emission factor taken from IPCC (2006).

**Uncertainty**

The uncertainty associated with peat production data was estimated to be ± 25 percent (Apodaca 2008) and assumed to be normally distributed.  The uncertainty associated with peat production data stems from the fact that the USGS receives data from the smaller peat producers but estimates production from some larger peat distributors.  The peat

---

[226] The vacuum method is one type of extraction that annually "mills" or breaks up the surface of the peat into particles, which then dry during the summer months.  The air-dried peat particles are then collected by vacuum harvesters and transported from the area to stockpiles (IPCC 2006).

BLM_0047176

type production percentages were assumed to have the same uncertainty values and distribution as the peat production data (i.e., ± 25 percent with a normal distribution). The uncertainty associated with the Alaskan reported production data was assumed to be the same as the lower 48 states, or ± 25 percent with a normal distribution. It should be noted that the Alaska Department of Natural Resources estimates that around half of producers do not respond to their survey with peat production data; therefore, the production numbers reported are likely to underestimate Alaska peat production (Szumigala 2008). The uncertainty associated with the average bulk density values was estimated to be ± 25 percent with a normal distribution (Apodaca 2008). IPCC (2006) gives uncertainty values for the emissions factors for the area of peat deposits managed for peat extraction based on the range of underlying data used to determine the emissions factors. The uncertainty associated with the emission factors was assumed to be triangularly distributed. The uncertainty values surrounding the carbon fractions were based on IPCC (2006) and the uncertainty was assumed to be uniformly distributed. Based on these values and distributions, a Monte Carlo (Tier 2) uncertainty analysis was applied to estimate the uncertainty of $CO_2$ and $N_2O$ emissions from *Peatlands Remaining Peatlands.* The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 7-41. $CO_2$ emissions from *Peatlands Remaining Peatlands* in 2010 were estimated to be between 0.7 and 1.4 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of 33 percent below to 38 percent above the 2010 emission estimate of 1.0 Tg $CO_2$ Eq. $N_2O$ emissions from *Peatlands Remaining Peatlands* in 2010 were estimated to be between 0.001 and 0.007 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of 74 percent below to 42 percent above the 2010 emission estimate of 0.005 Tg $CO_2$ Eq.

Table 7-41:  Tier-2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from *Peatlands Remaining Peatlands*

| Source | Gas | 2010 Emissions Estimate (Tg CO$_2$ Eq.) | Uncertainty Range Relative to Emissions Estimate[a] (Tg CO$_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| *Peatlands Remaining Peatlands* | CO$_2$ | 1.0 | 0.7 | 1.4 | −33% | 38% |
| | N$_2$O | + | + | + | −74% | 42% |

+ Does not exceed 0.01 Tg CO$_2$ Eq. or 0.5 Gg.

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

**QA/QC and Verification**

A QA/QC analysis was performed for data gathering and input, documentation, and calculation. The QA/QC analysis did not reveal any inaccuracies or incorrect input values.

**Recalculations Discussion**

The current inventory represents the fourth inventory report in which emissions from *Peatlands Remaining Peatlands* are included. The inventory estimates for 2009 have been updated to incorporate new information on the proportion of rich and poor peat soil, and the bulk density of peat types in 2009. These data are from the advance release of the *2009 Mineral Yearbook: Peat* (USGS 2011b), which was released too late to be fully incorporated into last year's inventory estimates. Updating these 2009 input values resulted in less than a 1 percent decrease compared to the previous 2009 emission estimate.

**Planned Improvements**

In order to further improve estimates of $CO_2$ and $N_2O$ emissions from *Peatlands Remaining Peatlands,* future efforts will consider options for obtaining better data on the quantity of peat harvested per hectare and the total area undergoing peat extraction.

## 7.9.   Settlements Remaining Settlements

## Changes in Carbon Stocks in Urban Trees (IPCC Source Category 5E1)

Urban forests constitute a significant portion of the total U.S. tree canopy cover (Dwyer et al. 2000). Urban areas (cities, towns, and villages) are estimated to cover over 4 percent of the United States (Nowak et al. 2005). With an

BLM_0047177

average tree canopy cover of 27 percent, urban areas account for approximately 3 percent of total tree cover in the continental United States (Nowak et al. 2001).  Trees in urban areas of the United States were estimated to account for an average annual net sequestration of 77.5 Tg $CO_2$ Eq. (21.1 Tg C) over the period from 1990 through 2010. Net C flux from urban trees in 2010 was estimated to be $-98.0$ Tg $CO_2$ Eq. ($-26.7$ Tg C).  Annual estimates of $CO_2$ flux (Table 7-43) were developed based on periodic (1990 and 2000) U.S. Census data on urbanized area.  The estimate of urbanized area is smaller than the area categorized as *Settlements* in the Representation of the U.S. Land Base developed for this report, by an average of 19 percent over the 1990 through 2010 time series—i.e., the Census urban area is a subset of the *Settlements* area.

In 2010, urban area was about 7 percent smaller than the total area defined as *Settlements*.  Census area data are preferentially used to develop C flux estimates for this source category since these data are more applicable for use with the available peer-reviewed data on urban tree canopy cover and urban tree C sequestration.  Annual sequestration increased by 72 percent between 1990 and 2010 due to increases in urban land area.  Data on C storage and urban tree coverage were collected since the early 1990s and have been applied to the entire time series in this report.  As a result, the estimates presented in this chapter are not truly representative of changes in carbon stocks in urban trees for *Settlements* areas, but are representative of changes in carbon stocks in urban trees for census urban area.  The method used in this report does not attempt to scale these estimates to the *Settlements* area.  Therefore, the estimates presented in this chapter are likely an underestimate of the true changes in carbon stocks in urban trees in all *Settlements* areas—i.e., the changes in C stocks in urban trees presented in this chapter are a subset of the changes in C stocks in urban trees in all *Settlements* areas.

Net C flux from urban trees is proportionately greater on an area basis than that of forests.  This trend is primarily the result of different net growth rates in urban areas versus forests—urban trees often grow faster than forest trees because of the relatively open structure of the urban forest (Nowak and Crane 2002).  However, areas in each case are accounted for differently.  Because urban areas contain less tree coverage than forest areas, the C storage per hectare of land is in fact smaller for urban areas.  However, urban tree reporting occurs on a basis of C sequestered per unit area of tree cover, rather than C sequestered per total land area.  Expressed per unit of tree cover, areas covered by urban trees have a greater C density than do forested areas (Nowak and Crane 2002).  Expressed per unit of land area, however, the situation is the opposite:  urban areas have a smaller C density than forest areas.

Table 7-42:  Net C Flux from Urban Trees (Tg $CO_2$ Eq. and Tg C)

| Year | Tg $CO_2$ Eq. | Tg C |
|------|---------------|------|
| 1990 | (57.1) | (15.6) |
|  |  |  |
| 2005 | (87.8) | (23.9) |
| 2006 | (89.8) | (24.5) |
| 2007 | (91.9) | (25.1) |
| 2008 | (93.9) | (25.6) |
| 2009 | (95.9) | (26.2) |
| 2010 | (98.0) | (26.7) |

Note:  Parentheses indicate net sequestration.

## Methodology

Methods for quantifying urban tree biomass, C sequestration, and C emissions from tree mortality and decomposition were taken directly from Nowak and Crane (2002) and Nowak (1994).  In general, the methodology used by Nowak and Crane (2002) to estimate net C sequestration in urban trees followed three steps.  First, field data from 14 cities were used to generate allometric estimates of biomass from measured tree dimensions.  Second, estimates of tree growth and biomass increment were generated from published literature and adjusted for tree condition and land-use class to generate estimates of gross C sequestration in urban trees.  Third, estimates of C emissions due to mortality and decomposition were subtracted from gross C sequestration values to derive estimates of net C sequestration.  Finally, sequestration estimates for these cities, in units of carbon sequestered per unit area of tree cover, were used to estimate urban forest C sequestration in the U.S. by using urban area estimates from U.S. Census data and urban tree cover estimates from remote sensing data, an approach consistent with Nowak and Crane (2002).

BLM_0047178

This approach is also consistent with the default IPCC methodology in IPCC (2006), although sufficient data are not yet available to separately determine interannual gains and losses in C stocks in the living biomass of urban trees. Annual changes in net C flux from urban trees are based solely on changes in total urban area in the United States.

In order to generate the allometric relationships between tree dimensions and tree biomass, Nowak and Crane (2002) and Nowak (1994, 2007c, 2009) collected field measurements in a number of U.S. cities between 1989 and 2002. For a sample of trees in each of the cities in Table 7-44, data including tree measurements of stem diameter, tree height, crown height and crown width, and information on location, species, and canopy condition were collected. The data for each tree were converted into C storage by applying allometric equations to estimate aboveground biomass, a root-to-shoot ratio to convert aboveground biomass estimates to whole tree biomass, moisture content, a C content of 50 percent (dry weight basis), and an adjustment factor of 0.8 to account for urban trees having less aboveground biomass for a given stem diameter than predicted by allometric equations based on forest trees (Nowak 1994). C storage estimates for deciduous trees include only carbon stored in wood. These calculations were then used to develop an allometric equation relating tree dimensions to C storage for each species of tree, encompassing a range of diameters.

Tree growth was estimated using annual height growth and diameter growth rates for specific land uses and diameter classes. Growth calculations were adjusted by a factor to account for tree condition (fair to excellent, poor, critical, dying, or dead). For each tree, the difference in C storage estimates between year 1 and year $(x + 1)$ represents the gross amount of C sequestered. These annual gross C sequestration rates for each species (or genus), diameter class, and land-use condition (e.g., parks, transportation, vacant, golf courses) were then scaled up to city estimates using tree population information. The area of assessment for each city was defined by its political boundaries; parks and other forested urban areas were thus included in sequestration estimates (Nowak 2011a).

Most of the field data used to develop the methodology of Nowak et al. were analyzed using the U.S. Forest Service's Urban Forest Effects (UFORE) model. UFORE is a computer model that uses standardized field data from random plots in each city and local air pollution and meteorological data to quantify urban forest structure, values of the urban forest, and environmental effects, including total C stored and annual C sequestration. UFORE was used with field data from a stratified random sample of plots in each city to quantify the characteristics of the urban forest. (Nowak et al. 2007a).

Gross C emissions result from tree death and removals. Estimates of gross C emissions from urban trees were derived by applying estimates of annual mortality, and assumptions about whether dead trees were removed from the site to the total C stock estimate for each city. Estimates of annual mortality rates by diameter class and condition class were derived from a study of street-tree mortality (Nowak 1986). Different decomposition rates were applied to dead trees left standing compared with those removed from the site. For removed trees, different rates were applied to the removed/aboveground biomass in contrast to the belowground biomass. The estimated annual gross C emission rates for each species (or genus), diameter class, and condition class were then scaled up to city estimates using tree population information.

The field data for 13 of the 14 cities are described in Nowak and Crane (2002), Nowak et al. (2007a), and references cited therein. Data for the remaining city, Chicago, were taken from unpublished results (Nowak 2009). The allometric equations applied to the field data for each tree were taken from the scientific literature (see Nowak 1994, Nowak et al. 2002), but if no allometric equation could be found for the particular species, the average result for the genus was used. The adjustment (0.8) to account for less live tree biomass in urban trees was based on information in Nowak (1994). A root-to-shoot ratio of 0.26 was taken from Cairns et al. (1997), and species- or genus-specific moisture contents were taken from various literature sources (see Nowak 1994). Tree growth rates were taken from existing literature. Average diameter growth was based on the following sources: estimates for trees in forest stands came from Smith and Shifley (1984); estimates for trees on land uses with a park-like structure came from deVries (1987); and estimates for more open-grown trees came from Nowak (1994). Formulas from Fleming (1988) formed the basis for average height growth calculations. As described above, growth rates were adjusted to account for tree condition. Growth factors for Atlanta, Boston, Freehold, Jersey City, Moorestown, New York, Philadelphia, and Woodbridge were adjusted based on the typical growth conditions of different land-use categories (e.g., forest stands, park-like stands). Growth factors for the more recent studies in Baltimore, Chicago, Minneapolis, San Francisco, Syracuse, and Washington were adjusted using an updated methodology based on the condition of each individual tree, which is determined using tree competition factors (depending on whether it is open grown or suppressed) (Nowak 2007b). Assumptions for which dead trees would be removed versus left standing were

BLM_0047179

developed specific to each land use and were based on expert judgment of the authors. Decomposition rates were based on literature estimates (Nowak and Crane 2002).

Estimates of gross and net sequestration rates for each of the 14 cities (Table 7-44) were compiled in units of C sequestration per unit area of tree canopy cover. These rates were used in conjunction with estimates of national urban area and urban tree cover data to calculate national urban net C sequestration by urban trees for the United States. This method was described in Nowak and Crane (2002) and has been modified to incorporate U.S. Census data.

Specifically, urban area estimates were based on 1990 and 2000 U.S. Census data. The 1990 U.S. Census defined urban land as "urbanized areas," which included land with a population density greater than 1,000 people per square mile, and adjacent "urban places," which had predefined political boundaries and a population total greater than 2,500. In 2000, the U.S. Census replaced the "urban places" category with a new category of urban land called an "urban cluster," which included areas with more than 500 people per square mile. Urban land area increased by approximately 36 percent from 1990 to 2000; Nowak et al. (2005) estimate that the changes in the definition of urban land are responsible for approximately 20 percent of the total reported increase in urban land area from 1990 to 2000. Under both 1990 and 2000 definitions, the urban category encompasses most cities, towns, and villages (i.e., it includes both urban and suburban areas).

*Settlements* area, as assessed in the Representation of the U.S. Land Base developed for this report, encompassed all developed parcels greater than 0.1 hectares in size, including rural transportation corridors, and as previously mentioned represents a larger area than the Census-derived urban area estimates. However, the smaller, Census-derived urban area estimates were deemed to be more suitable for estimating national urban tree cover given the data available in the peer-reviewed literature (i.e., the data set available is consistent with Census urban rather than *Settlements* areas), and the recognized overlap in the changes in C stocks between urban forest and non-urban forest (see Planned Improvements below). Specifically, tree canopy cover of U.S. urban areas was estimated by Nowak et al. (2001) to be 27 percent, assessed across Census-delineated urbanized areas, urban places, and places containing urbanized area. This canopy cover percentage is multiplied by the urban area estimated for each year to produce an estimate of national urban tree cover area.

Net annual C sequestration estimates were derived for the 14 cities by subtracting the gross annual emission estimates from the gross annual sequestration estimates. The gross and net annual C sequestration values for each city were divided by each city's area of tree cover to determine the average annual sequestration rates per unit of tree area for each city. The median value for gross sequestration per unit area of tree cover (0.29 kg C/m²-yr) was then multiplied by the estimate of national urban tree cover area to estimate national annual gross sequestration, per the methods of Nowak and Crane (2002). To estimate national annual net sequestration, the estimate of national annual gross sequestration was multiplied by the average of the ratios of net to gross sequestration (0.72) for those cities that had both estimates. The urban tree cover estimates for each of the 14 cities and the United States were obtained from Dwyer et al. (2000), Nowak et al. (2002), Nowak (2007a), and Nowak (2009). The urban area estimates were taken from Nowak et al. (2005).

Table 7-43: C Stocks (Metric Tons C), Annual C Sequestration (Metric Tons C/yr), Tree Cover (Percent), and Annual C Sequestration per Area of Tree Cover (kg C/m²-yr) for 14 U.S. Cities

| City | Carbon Stocks | Gross Annual Sequestration | Net Annual Sequestration | Tree Cover | Gross Annual Sequestration per Area of Tree Cover | Net Annual Sequestration per Area of Tree Cover | Net:Gross Annual Sequestration Ratio |
|---|---|---|---|---|---|---|---|
| Atlanta, GA | 1,219,256 | 42,093 | 32,169 | 36.7% | 0.34 | 0.26 | 0.76 |
| Baltimore, MD | 541,589 | 14,696 | 9,261 | 21.0% | 0.35 | 0.22 | 0.63 |
| Boston, MA | 289,392 | 9,525 | 6,966 | 22.3% | 0.30 | 0.22 | 0.73 |
| Chicago, IL | 649,000 | 22,800 | 16,100 | 17.2% | 0.22 | 0.16 | 0.71 |
| Freehold, NJ | 18,144 | 494 | 318 | 34.4% | 0.28 | 0.18 | 0.64 |
| Jersey City, NJ | 19,051 | 807 | 577 | 11.5% | 0.18 | 0.13 | 0.71 |
| Minneapolis, MN | 226,796 | 8,074 | 4,265 | 26.4% | 0.20 | 0.11 | 0.53 |
| Moorestown, NJ | 106,141 | 3,411 | 2,577 | 28.0% | 0.32 | 0.24 | 0.76 |
| New York, NY | 1,224,699 | 38,374 | 20,786 | 20.9% | 0.23 | 0.12 | 0.54 |
| Philadelphia, PA | 480,808 | 14,606 | 10,530 | 15.7% | 0.27 | 0.20 | 0.72 |

BLM_0047180

| San Francisco, CA | 175,994 | 4,627 | 4,152 | 11.9% | 0.33 | 0.29 | 0.90 |
| Syracuse, NY | 156,943 | 4,917 | 4,270 | 23.1% | 0.33 | 0.29 | 0.87 |
| Washington, DC | 477,179 | 14,696 | 11,661 | 28.6% | 0.32 | 0.26 | 0.79 |
| Woodbridge, NJ | 145,150 | 5,044 | 3,663 | 29.5% | 0.28 | 0.21 | 0.73 |
| | | | | | **Median:** 0.29 | | **Mean:** 0.72 |

NA = not analyzed.

Sources:  Nowak and Crane (2002), Nowak (2007a,c), and Nowak (2009).

## Uncertainty and Time-Series Consistency

Uncertainty associated with changes in C stocks in urban trees includes the uncertainty associated with urban area, percent urban tree coverage, and estimates of gross and net C sequestration for each of the 14 U.S. cities.  A 10 percent uncertainty was associated with urban area estimates while a 5 percent uncertainty was associated with percent urban tree coverage.  Both of these uncertainty estimates were based on expert judgment.  Uncertainty associated with estimates of gross and net C sequestration for each of the 14 U.S. cities was based on standard error estimates for each of the city-level sequestration estimates reported by Nowak (2007c) and Nowak (2009).  These estimates are based on field data collected in each of the 14 U.S. cities, and uncertainty in these estimates increases as they are scaled up to the national level.

Additional uncertainty is associated with the biomass equations, conversion factors, and decomposition assumptions used to calculate C sequestration and emission estimates (Nowak et al. 2002).  These results also exclude changes in soil C stocks, and there may be some overlap between the urban tree C estimates and the forest tree C estimates.  Due to data limitations, urban soil flux is not quantified as part of this analysis, while reconciliation of urban tree and forest tree estimates will be addressed through the land-representation effort described in the Planned Improvements section of this chapter.

A Monte Carlo (Tier 2) uncertainty analysis was applied to estimate the overall uncertainty of the sequestration estimate.  The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 7-44.  The net C flux from changes in C stocks in urban trees in 2010 was estimated to be between $-120.1$ and $-78.0$ Tg $CO_2$ Eq. at a 95 percent confidence level.  This indicates a range of 23 percent below and 20 percent above the 2010 flux estimate of $-98.0$ Tg $CO_2$ Eq.

Table 7-44:  Tier 2 Quantitative Uncertainty Estimates for Net C Flux from Changes in C Stocks in Urban Trees (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Flux Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Flux Estimate | | | |
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Changes in C Stocks in Urban Trees | $CO_2$ | (98.0) | (120.1) | (78.0) | 23% | $-20\%$ |

Note:  Parentheses indicate negative values or net sequestration.

Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

The net C flux resulting from urban trees was predominately calculated using estimates of gross and net C sequestration estimates for urban trees and urban tree coverage area published in the literature.  The validity of these data for their use in this section of the inventory was evaluated through correspondence established with an author of the papers.  Through this correspondence, the methods used to collect the urban tree sequestration and area data were further clarified and the use of these data in the inventory was reviewed and validated (Nowak 2002a, 2007b, 2011a).

## Planned Improvements

A consistent representation of the managed land base in the United States is discussed at the beginning of the *Land Use, Land-Use Change, and Forestry* chapter, and discusses a planned improvement by the USDA Forest Service to reconcile the overlap between urban forest and non-urban forest greenhouse gas inventories.  Urban forest

BLM_0047181

inventories are including areas also defined as forest land under the Forest Inventory and Analysis (FIA) program of the USDA Forest Service, resulting in "double-counting" of these land areas in estimates of C stocks and fluxes for this report. For example, Nowak (2012, in preparation) estimates that 13.7 percent of urban land is measured by the forest inventory plots, and could be responsible for up to 87 Tg C of overlap.

Urban forest data for 28 cities are expected in the near future, including updated data for cities currently included in the estimates (Nowak 2012, in preparation). The use of these data will refine the estimated median Gross Annual Sequestration per Area of Tree Cover value.

The U.S. Census Bureau expects to publish data on urban areas from the 2010 Census in early 2013 (Allen 2011). These data would allow for refinement of the urban area time series. Revisions to urban area time series will result in revisions to all years' C flux estimates.

A revised average tree canopy cover percentage of 33.5 percent for U.S. urban areas has also been established, and is in preparation for publication (Nowak 2012, in preparation). Revisions to tree cover percentage will result in revisions to all years' C flux estimates. Furthermore, urban tree cover data specific to six states has also been developed (Nowak 2012, in preparation). It may be possible to develop and use a set of state-specific sequestration rates for estimating regional C flux estimates.

Future research may also enable more complete coverage of changes in the C stock in urban trees for all *Settlements* land. To provide estimates for all *Settlements*, research would need to establish the extent of overlap between *Settlements* and Census-defined urban areas, and would have to characterize sequestration on non-urban *Settlements* land.

## Direct N$_2$O Fluxes from Settlement Soils (IPCC Source Category 5E1)

Of the synthetic N fertilizers applied to soils in the United States, approximately 2.4 percent are currently applied to lawns, golf courses, and other landscaping occurring within settlement areas. Application rates are lower than those occurring on cropped soils, and, therefore, account for a smaller proportion of total U.S. soil N$_2$O emissions per unit area. In addition to synthetic N fertilizers, a portion of surface applied sewage sludge is applied to settlement areas. In 2010, N$_2$O emissions from settlement soils were 1.4 Tg CO$_2$ Eq. (4.5 Gg). There was an overall increase of 43 percent over the period from 1990 through 2010 due to a general increase in the application of synthetic N fertilizers to an expanding settlement area. Interannual variability in these emissions is directly attributable to interannual variability in total synthetic fertilizer consumption and sewage sludge applications in the United States. Emissions from this source are summarized in Table 7-45.

Table 7-45: Direct N$_2$O Fluxes from Soils in *Settlements Remaining Settlements* (Tg CO$_2$ Eq. and Gg N$_2$O)

| Year | Tg CO$_2$ Eq. | Gg |
|------|------|------|
| 1990 | 1.0 | 3.2 |
| | | |
| 2005 | 1.5 | 4.7 |
| 2006 | 1.5 | 4.8 |
| 2007 | 1.6 | 5.1 |
| 2008 | 1.5 | 4.7 |
| 2009 | 1.4 | 4.4 |
| 2010 | 1.4 | 4.5 |

Note: These estimates include direct N$_2$O emissions from N fertilizer additions only. Indirect N$_2$O emissions from fertilizer additions are reported in the Agriculture chapter. These estimates include emissions from both *Settlements Remaining Settlements* and from *Land Converted to Settlements*.

## Methodology

For soils within *Settlements Remaining Settlements*, the IPCC Tier 1 approach was used to estimate soil N$_2$O

BLM_0047182

emissions from synthetic N fertilizer and sewage sludge additions. Estimates of direct $N_2O$ emissions from soils in settlements were based on the amount of N in synthetic commercial fertilizers applied to settlement soils, and the amount of N in sewage sludge applied to non-agricultural land and surface disposal of sewage sludge (see Annex 3.11 for a detailed discussion of the methodology for estimating sewage sludge application).

Nitrogen applications to settlement soils are estimated using data compiled by the USGS (Ruddy et al. 2006). The USGS estimated on-farm and non-farm fertilizer use is based on sales records at the county level from 1982 through 2001 (Ruddy et al. 2006). Non-farm N fertilizer was assumed to be applied to settlements and forest lands; values for 2002 through 2008 were based on 2001 values adjusted for annual total N fertilizer sales in the United States because there is no new activity data on application after 2001. Settlement application was calculated by subtracting forest application from total non-farm fertilizer use. Sewage sludge applications were derived from national data on sewage sludge generation, disposition, and N content (see Annex 3.11 for further detail). The total amount of N resulting from these sources was multiplied by the IPCC default emission factor for applied N (1 percent) to estimate direct $N_2O$ emissions (IPCC 2006). The volatilized and leached/runoff N fractions for settlements, calculated with the IPCC default volatilization factors (10 or 20 percent, respectively, for synthetic or organic N fertilizers) and leaching/runoff factor for wet areas (30 percent), were included with indirect emissions, as reported in the $N_2O$ Emissions from Agricultural Soil Management source category of the Agriculture chapter (consistent with reporting guidance that all indirect emissions are included in the Agricultural Soil Management source category).

## Uncertainty and Time-Series Consistency

The amount of $N_2O$ emitted from settlements depends not only on N inputs and fertilized area, but also on a large number of variables, including organic C availability, oxygen gas partial pressure, soil moisture content, pH, temperature, and irrigation/watering practices. The effect of the combined interaction of these variables on $N_2O$ flux is complex and highly uncertain. The IPCC default methodology does not explicitly incorporate any of these variables, except variations in fertilizer N and sewage sludge application rates. All settlement soils are treated equivalently under this methodology.

Uncertainties exist in both the fertilizer N and sewage sludge application rates in addition to the emission factors. Uncertainty in fertilizer N application was assigned a default level of ±50 percent[227]. Uncertainty in the amounts of sewage sludge applied to non-agricultural lands and used in surface disposal was derived from variability in several factors, including: (1) N content of sewage sludge; (2) total sludge applied in 2000; (3) wastewater existing flow in 1996 and 2000; and (4) the sewage sludge disposal practice distributions to non-agricultural land application and surface disposal. Uncertainty in the emission factors was provided by the IPCC (2006).

Quantitative uncertainty of this source category was estimated through the IPCC-recommended Tier 2 uncertainty estimation methodology. The uncertainty ranges around the 2005 activity data and emission factor input variables were directly applied to the 2010 emission estimates. The results of the quantitative uncertainty analysis are summarized in Table 7-46. $N_2O$ emissions from soils in Settlements Remaining Settlements in 2010 were estimated to be between 0.7 and 3.7 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 49 percent below to 163 percent above the 2010 emission estimate of 1.4 Tg $CO_2$ Eq.

---

[227] No uncertainty is provided with the USGS fertilizer consumption data (Ruddy et al. 2006) so a conservative ±50% was used in the analysis.

BLM_0047183

Table 7-46:  Quantitative Uncertainty Estimates of $N_2O$ Emissions from Soils in *Settlements Remaining Settlements* (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emissions (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Settlements Remaining Settlements:  $N_2O$ Fluxes from Soils | $N_2O$ | 1.4 | 0.7 | 3.7 | -49% | 163% |

Note: This estimate includes direct $N_2O$ emissions from N fertilizer additions to both *Settlements Remaining Settlements* and from *Land Converted to Settlements*.

**Planned Improvements**

A minor improvement is planned to update the uncertainty analysis for direct emissions from settlements to be consistent with the most recent activity data for this source.

## 7.10.  Land Converted to Settlements (Source Category 5E2)

Land-use change is constantly occurring, and land under a number of uses undergoes urbanization in the United States each year.  However, data on the amount of land converted to settlements is currently lacking.  Given the lack of available information relevant to this particular IPCC source category, it is not possible to separate $CO_2$ or $N_2O$ fluxes on *Land Converted to Settlements* from fluxes on *Settlements Remaining Settlements* at this time.

## 7.11.  Other (IPCC Source Category 5G)

### Changes in Yard Trimming and Food Scrap Carbon Stocks in Landfills

In the United States, yard trimmings (i.e., grass clippings, leaves, and branches) and food scraps account for a significant portion of the municipal waste stream, and a large fraction of the collected yard trimmings and food scraps are discarded in landfills.  C contained in landfilled yard trimmings and food scraps can be stored for very long periods.

Carbon storage estimates are associated with particular land uses.  For example, harvested wood products are accounted for under *Forest Land Remaining Forest Land* because these wood products are a component of the forest ecosystem.  The wood products serve as reservoirs to which C resulting from photosynthesis in trees is transferred, but the removals in this case occur in the forest.  C stock changes in yard trimmings and food scraps are associated with settlements, but removals in this case do not occur within settlements.  To address this complexity, yard trimming and food scrap C storage is reported under the "Other" source category.

Both the amount of yard trimmings collected annually and the fraction that is landfilled have declined over the last decade.  In 1990, over 53 million metric tons (wet weight) of yard trimmings and food scraps were generated (i.e., put at the curb for collection to be taken to disposal sites or to composting facilities) (EPA 2011; Schneider 2007, 2008).  Since then, programs banning or discouraging yard trimmings disposal have led to an increase in backyard composting and the use of mulching mowers, and a consequent 5 percent decrease in the tonnage generated (i.e., collected for composting or disposal).  At the same time, an increase in the number of municipal composting facilities has reduced the proportion of collected yard trimmings that are discarded in landfills—from 72 percent in 1990 to 35 percent in 2010.  The net effect of the reduction in generation and the increase in composting is a 54 percent decrease in the quantity of yard trimmings disposed in landfills since 1990.

Food scrap generation has grown by 46 percent since 1990, and though the proportion of food scraps discarded in landfills has decreased slightly from 82 percent in 1990 to 80 percent in 2010, the tonnage disposed in landfills has increased considerably (by 42 percent).  Overall, the decrease in the landfill disposal rate of yard trimmings has more than compensated for the increase in food scrap disposal in landfills, and the net result is a decrease in annual landfill carbon storage from 24.2 Tg $CO_2$ Eq. in 1990 to 13.3 Tg $CO_2$ Eq. in 2010 (Table 7-47 and Table 7-48).

BLM_0047184

Table 7-47:  Net Changes in Yard Trimming and Food Scrap Stocks in Landfills (Tg $CO_2$ Eq.)

| Carbon Pool | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| **Yard Trimmings** | **(21.0)** | | **(7.3)** | **(7.4)** | **(7.0)** | **(7.0)** | **(8.5)** | **(9.3)** |
| Grass | (1.8) | | (0.6) | (0.6) | (0.6) | (0.6) | (0.8) | (0.9) |
| Leaves | (9.0) | | (3.3) | (3.4) | (3.2) | (3.2) | (3.9) | (4.2) |
| Branches | (10.2) | | (3.4) | (3.4) | (3.2) | (3.1) | (3.8) | (4.1) |
| **Food Scraps** | **(3.2)** | | **(4.3)** | **(3.5)** | **(3.9)** | **(3.9)** | **(4.2)** | **(4.1)** |
| **Total Net Flux** | **(24.2)** | | **(11.6)** | **(11.0)** | **(10.9)** | **(10.9)** | **(12.7)** | **(13.3)** |

Note: Totals may not sum due to independent rounding. Parentheses indicate negative values.

Table 7-48:  Net Changes in Yard Trimming and Food Scrap Stocks in Landfills (Tg C)

| Carbon Pool | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| **Yard Trimmings** | **(5.7)** | | **(2.0)** | **(2.0)** | **(1.9)** | **(1.9)** | **(2.3)** | **(2.5)** |
| Grass | (0.5) | | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.3) |
| Leaves | (2.5) | | (0.9) | (0.9) | (0.9) | (0.9) | (1.1) | (1.1) |
| Branches | (2.8) | | (0.9) | (0.9) | (0.9) | (0.9) | (1.0) | (1.1) |
| **Food Scraps** | **(0.9)** | | **(1.2)** | **(1.0)** | **(1.1)** | **(1.1)** | **(1.1)** | **(1.1)** |
| **Total Net Flux** | **(6.6)** | | **(3.2)** | **(3.0)** | **(3.0)** | **(3.0)** | **(3.5)** | **(3.6)** |

Note: Totals may not sum due to independent rounding. Parentheses indicate negative values

## Methodology

When wastes of biogenic origin (such as yard trimmings and food scraps) are landfilled and do not completely decompose, the C that remains is effectively removed from the global C cycle.  Empirical evidence indicates that yard trimmings and food scraps do not completely decompose in landfills (Barlaz 1998, 2005, 2008; De la Cruz and Barlaz 2010), and thus the stock of C in landfills can increase, with the net effect being a net atmospheric removal of C.  Estimates of net C flux resulting from landfilled yard trimmings and food scraps were developed by estimating the change in landfilled C stocks between inventory years, based on methodologies presented for the *Land Use, Land-Use Change, and Forestry* sector in IPCC (2003).  C stock estimates were calculated by determining the mass of landfilled C resulting from yard trimmings or food scraps discarded in a given year; adding the accumulated landfilled C from previous years; and subtracting the mass of C landfilled in previous years that decomposed.

To determine the total landfilled C stocks for a given year, the following were estimated: (1) the composition of the yard trimmings; (2) the mass of yard trimmings and food scraps discarded in landfills; (3) the C storage factor of the landfilled yard trimmings and food scraps; and (4) the rate of decomposition of the degradable C.  The composition of yard trimmings was assumed to be 30 percent grass clippings, 40 percent leaves, and 30 percent branches on a wet weight basis (Oshins and Block 2000).  The yard trimmings were subdivided, because each component has its own unique adjusted C storage factor and rate of decomposition.  The mass of yard trimmings and food scraps disposed of in landfills was estimated by multiplying the quantity of yard trimmings and food scraps discarded by the proportion of discards managed in landfills.  Data on discards (i.e., the amount generated minus the amount diverted to centralized composting facilities) for both yard trimmings and food scraps were taken primarily from *Municipal Solid Waste Generation, Recycling, and Disposal in the United States: Tables and Figures for 2010* (EPA 2011), which provides data for 1960, 1970, 1980, 1990, 2000, 2005, and 2007 through 2010.  To provide data for some of the missing years, detailed backup data were obtained from Schneider (2007, 2008).  Remaining years in the time series for which data were not provided were estimated using linear interpolation.  The EPA (2011) report does not subdivide discards of individual materials into volumes landfilled and combusted, although it provides an estimate of the proportion of overall waste stream discards managed in landfills[228] and combustors with energy

---

[228] EPA (2011) reports discards in two categories: "combustion with energy recovery" and "landfill, other disposal," which includes combustion without energy recovery. For years in which there is data from previous EPA reports on combustion without energy recovery, EPA assumes these estimates are still applicable. For 2000 to present, EPA assumes that any combustion of

BLM_0047185

recovery (i.e., ranging from 100 percent and 0 percent, respectively, in 1960 to 81 percent and 19 percent in 2000); it is assumed that the proportion of each individual material (food scraps, grass, leaves, branches) that is landfilled is the same as the proportion across the overall waste stream.

The amount of C disposed of in landfills each year, starting in 1960, was estimated by converting the discarded landfilled yard trimmings and food scraps from a wet weight to a dry weight basis, and then multiplying by the initial (i.e., pre-decomposition) C content (as a fraction of dry weight). The dry weight of landfilled material was calculated using dry weight to wet weight ratios (Tchobanoglous et al. 1993, cited by Barlaz 1998) and the initial C contents and the C storage factors were determined by Barlaz (1998, 2005, 2008) (Table 7-49).

The amount of C remaining in the landfill for each subsequent year was tracked based on a simple model of C fate. As demonstrated by Barlaz (1998, 2005, 2008), a portion of the initial C resists decomposition and is essentially persistent in the landfill environment. Barlaz (1998, 2005, 2008) conducted a series of experiments designed to measure biodegradation of yard trimmings, food scraps, and other materials, in conditions designed to promote decomposition (i.e., by providing ample moisture and nutrients). After measuring the initial C content, the materials were placed in sealed containers along with a "seed" containing methanogenic microbes from a landfill. Once decomposition was complete, the yard trimmings and food scraps were re-analyzed for C content; the C remaining in the solid sample can be expressed as a proportion of initial C (shown in the row labeled "CS" in Table 7-49).

The modeling approach applied to simulate U.S. landfill C flows builds on the findings of Barlaz (1998, 2005, 2008). The proportion of C stored is assumed to persist in landfills. The remaining portion is assumed to degrade, resulting in emissions of $CH_4$ and $CO_2$ (the $CH_4$ emissions resulting from decomposition of yard trimmings and food scraps are accounted for in the "Waste" chapter). The degradable portion of the C is assumed to decay according to first-order kinetics.

The first-order decay rates, $k$, for each component were derived from De la Cruz and Barlaz (2010). De la Cruz and Barlaz (2010) calculate first-order decay rates using laboratory data published in Eleazer et al. (1997), and a correction factor, $f$, is found so that the weighted average decay rate for all components is equal to the AP-42 default decay rate (0.04) for mixed MSW for regions that receive more than 25 inches of rain annually. Because AP-42 values were developed using landfill data from approximately 1990, 1990 waste composition for the United States from EPA's *Characterization of Municipal Solid Waste in the United States: 1990 Update* was used to calculate $f$. This correction factor is then multiplied by the Eleazer et al. (1997) decay rates of each waste component to develop field-scale first-order decay rates.

De la Cruz and Barlaz (2010) also use other assumed initial decay rates for mixed MSW in place of the AP-42 default value based on different types of environments in which landfills in the United States are found, including dry conditions (less than 25 inches of rain annually, $k=0.02$) and bioreactor landfill conditions (moisture is controlled for rapid decomposition, $k=0.12$). The *Landfills* section of the Inventory (which estimates $CH_4$ emissions) estimates the overall MSW decay rate by partitioning the U.S. landfill population into three categories, based on annual precipitation ranges of (1) less than 20 inches of rain per year, (2) 20 to 40 inches of rain per year, and (3) greater than 40 inches of rain per year. These correspond to overall MSW decay rates of 0.020, 0.038, and 0.057 $yr^{-1}$, respectively.

De la Cruz and Barlaz (2010) calculate component-specific decay rates corresponding to the first value (0.020 $yr^{-1}$), but not for the other two overall MSW decay rates. To maintain consistency between landfill methodologies across the Inventory, the correction factors ($f$) were developed for decay rates of 0.038 and 0.057 $yr^{-1}$ through linear interpolation. A weighted national average component-specific decay rate was calculated by assuming that waste generation is proportional to population (the same assumption used in the landfill methane emission estimate), based on population data from the 2000 U.S. Census. The component-specific decay rates are shown in Table 7-49.

For each of the four materials (grass, leaves, branches, food scraps), the stock of C in landfills for any given year is calculated according to the following formula:

$$LFC_{i,t} = \sum_{n}^{t} W_{i,n} \times (1 - MC_i) \times ICC_i \times \{[CS_i \times ICC_i] + [(1 - (CS_i \times ICC_i)) \times e^{-k(t-n)}]\}$$

---

MSW that occurs includes energy recovery, so all discards to "landfill, other disposal" are assumed to go to landfills.

BLM_0047186

where,

| | | |
|---|---|---|
| $t$ | = | Year for which C stocks are being estimated (year), |
| $i$ | = | Waste type for which C stocks are being estimated (grass, leaves, branches, food scraps), |
| $LFC_{i,t}$ | = | Stock of C in landfills in year $t$, for waste $i$ (metric tons), |
| $W_{i,n}$ | = | Mass of waste $i$ disposed in landfills in year $n$ (metric tons, wet weight), |
| $n$ | = | Year in which the waste was disposed (year, where $1960 < n < t$), |
| $MC_i$ | = | Moisture content of waste $i$ (percent of water), |
| $CS_i$ | = | Proportion of initial C that is stored for waste $i$ (percent), |
| $ICC_i$ | = | Initial C content of waste $i$ (percent), |
| e | = | Natural logarithm, and |
| $k$ | = | First-order decay rate for waste $i$, (year$^{-1}$). |

For a given year $t$, the total stock of C in landfills ($TLFC_t$) is the sum of stocks across all four materials (grass, leaves, branches, food scraps). The annual flux of C in landfills ($F_t$) for year $t$ is calculated as the change in stock compared to the preceding year:

$$F_t = TLFC_t - TLFC_{(t-1)}$$

Thus, the C placed in a landfill in year $n$ is tracked for each year $t$ through the end of the inventory period (2010). For example, disposal of food scraps in 1960 resulted in depositing about 1,135,000 metric tons of C. Of this amount, 16 percent (179,000 metric tons) is persistent; the remaining 84 percent (956,000 metric tons) is degradable. By 1965, more than half of the degradable portion (518,000 metric tons) decomposes, leaving a total of 617,000 metric tons (the persistent portion, plus the remainder of the degradable portion).

Continuing the example, by 2010, the total food scraps C originally disposed in 1960 had declined to 179,000 metric tons (i.e., virtually all degradable C had decomposed). By summing the C remaining from 1960 with the C remaining from food scraps disposed in subsequent years (1961 through 2010), the total landfill C from food scraps in 2010 was 37.0 million metric tons. This value is then added to the C stock from grass, leaves, and branches to calculate the total landfill C stock in 2010, yielding a value of 250.7 million metric tons (as shown in Table 7-50). In exactly the same way total net flux is calculated for forest C and harvested wood products, the total net flux of landfill C for yard trimmings and food scraps for a given year (Table 7-48) is the difference in the landfill C stock for that year and the stock in the preceding year. For example, the net change in 2010 shown in Table 7-48 (3.6 Tg C) is equal to the stock in 2010 (250.7 Tg C) minus the stock in 2009 (247.0 Tg C).

The C stocks calculated through this procedure are shown in Table 7-50.

Table 7-49: Moisture Content (%), C Storage Factor, Proportion of Initial C Sequestered (%), Initial C Content (%), and Decay Rate (year$^{-1}$) for Landfilled Yard Trimmings and Food Scraps in Landfills

| | Yard Trimmings | | | Food Scraps |
|---|---|---|---|---|
| Variable | Grass | Leaves | Branches | |
| Moisture Content (% H$_2$O) | 70 | 30 | 10 | 70 |
| CS, proportion of initial C stored (%) | 53 | 85 | 77 | 16 |
| Initial C Content (%) | 45 | 46 | 49 | 51 |
| Decay Rate (year$^{-1}$) | 0.323 | 0.185 | 0.016 | 0.156 |

Table 7-50: C Stocks in Yard Trimmings and Food Scraps in Landfills (Tg C)

| Carbon Pool | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Yard Trimmings | 155.8 | 202.9 | 205.0 | 206.9 | 208.8 | 211.1 | 213.6 |
| Branches | 74.6 | 97.5 | 98.5 | 99.3 | 100.2 | 101.2 | 102.3 |
| Leaves | 66.7 | 87.3 | 88.3 | 89.2 | 90.0 | 91.1 | 92.2 |
| Grass | 14.5 | 18.1 | 18.2 | 18.4 | 18.6 | 18.8 | 19.0 |
| Food Scraps | 21.3 | 31.7 | 32.7 | 33.7 | 34.8 | 35.9 | 37.0 |
| Total Carbon Stocks | 177.2 | 234.7 | 237.7 | 240.6 | 243.6 | 247.0 | 250.7 |

Note: Totals may not sum due to independent rounding.

BLM_0047187

**Uncertainty and Time-Series Consistency**

The uncertainty analysis for landfilled yard trimmings and food scraps includes an evaluation of the effects of uncertainty for the following data and factors: disposal in landfills per year (tons of C), initial C content, moisture content, decay rate, and proportion of C stored. The C storage landfill estimates are also a function of the composition of the yard trimmings (i.e., the proportions of grass, leaves and branches in the yard trimmings mixture). There are respective uncertainties associated with each of these factors.

A Monte Carlo (Tier 2) uncertainty analysis was applied to estimate the overall uncertainty of the sequestration estimate. The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 7-51. Total yard trimmings and food scraps $CO_2$ flux in 2010 was estimated to be between $-20.85$ and $-6.25$ Tg $CO_2$ Eq. at a 95 percent confidence level (or 19 of 20 Monte Carlo stochastic simulations). This indicates a range of 57 percent below to 53 percent above the 2010 flux estimate of $-13.32$ Tg $CO_2$ Eq. More information on the uncertainty estimates for Yard Trimmings and Food Scraps in Landfills is contained within the Uncertainty Annex.

Table 7-51: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Flux from Yard Trimmings and Food Scraps in Landfills (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Flux Estimate (Tg CO$_2$ Eq.) | Uncertainty Range Relative to Flux Estimate[a] (Tg CO$_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Yard Trimmings and Food Scraps | CO$_2$ | (13.3) | (20.9) | (6.3) | −57% | +53% |

[a] Range of flux estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.
Note: Parentheses indicate negative values or net C sequestration.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

**Recalculations Discussion**

The current Inventory has been revised relative to the previous report. Input data were updated for the years: 1990, 2000, 2005, and 2007 through 2010 based on the updated values reported in *Municipal Solid Waste Generation, Recycling, and Disposal in the United States: Tables and Figures for 2010* (EPA 2011). As a result, C storage estimates for those years were revised relative to the previous Inventory. While data inputs for intervening years in the time series were not revised, overall C storage in any given year is dependent on the previous year's storage (as shown in the second equation above), and so C storage estimates for those years were also revised. These revisions resulted in an annual average decrease in C stored in landfills of 0.1 percent across the time series.

**Planned Improvements**

Future work is planned to evaluate the consistency between the estimates of C storage described in this chapter and the estimates of landfill $CH_4$ emissions described in the Waste chapter. For example, the Waste chapter does not distinguish landfill $CH_4$ emissions from yard trimmings and food scraps separately from landfill $CH_4$ emissions from total bulk (i.e., municipal solid) waste, which includes yard trimmings and food scraps.

BLM_0047188

BLM_0047189

**Figure 7-1**



| Percent of Total Land Area in the General Land Use Categories for 2009 |

Note: Land use/land-use change categories were aggregated into the 6 general land-use categories based on the current use in 2009.

BLM_0047190

**Figure 7-2**



BLM_0047191



Figure 7-3: Estimates of Net Annual Changes in C Stocks for Major C Pools

BLM_0047192

Figure 7-4



**Figure 7-5**



Note: Values greater than zero represent emissions, and values less than zero represent sequestration. Map accounts for fluxes associated with the Tier 2 and 3 Inventory computations. See Methodology for additional details.

**Figure 7-6**



Note: Values greater than zero represent emissions.

**Figure 7-7**



Note: Values greater than zero represent emissions, and values less than zero represent sequestration. Map accounts for fluxes associated with the Tier 2 and 3 Inventory computations. See Methodology for additional details.

**Figure 7-8**



Note: Values greater than zero represent emissions.

BLM_0047197

**Figure 7-9**



Note: Values greater than zero represent emissions, and values less than zero represent sequestration. Map accounts for fluxes associated with the Tier 2 and 3 Inventory computations. See Methodology for additional details.

BLM_0047198

**Figure 7-10**



Total Net Annual $CO_2$ Flux for Organic Soils Under Agricultural Management within States, 2010, *Grassland Remaining Grassland*

Note: Values greater than zero represent emissions.

BLM_0047199

**Figure 7-11**



Note: Values greater than zero represent emissions, and values less than zero represent sequestration. Map accounts for fluxes associated with the Tier 2 and 3 Inventory computations. See Methodology for additional details.

**Figure 7-12**



Total Net Annual CO$_2$ Flux for Organic Soils Under Agricultural Management within States, 2010, *Land Converted to Grassland*

Tg CO$_2$ Eq./year
- 0.5 to 1
- 0.1 to 0.5
- 0 to 0.1
- No organic soils

Note: Values greater than zero represent emissions.

# 8.     Waste

Waste management and treatment activities are sources of greenhouse gas emissions (see Figure 8-1).  Landfills accounted for approximately 16.2 percent of total U.S. anthropogenic methane ($CH_4$) emissions in 2010, the third largest contribution of any $CH_4$ source in the United States.  Additionally, wastewater treatment and composting of organic waste accounted for approximately 2.5 percent and less than 1 percent of U.S. methane emissions, respectively.  Nitrous oxide ($N_2O$) emissions from the discharge of wastewater treatment effluents into aquatic environments were estimated, as were $N_2O$ emissions from the treatment process itself.  $N_2O$ emissions from composting were also estimated.  Together, these waste activities account for less than 3 percent of total U.S. $N_2O$ emissions.  Nitrogen oxides ($NO_x$), carbon monoxide (CO), and non-$CH_4$ volatile organic compounds (NMVOCs) are emitted by waste activities, and are addressed separately at the end of this chapter.  A summary of greenhouse gas emissions from the Waste chapter is presented in Table 8-1 and Table 8-2.

$CO_2$, $N_2O$, and $CH_4$ emissions from the incineration of waste are accounted for in the Energy sector rather than in the Waste sector because almost all incineration of municipal solid waste (MSW) in the United States occurs at waste-to-energy facilities where useful energy is recovered.  Similarly, the Energy sector also includes an estimate of emissions from burning waste tires, because virtually all of the combustion occurs in industrial and utility boilers that recover energy.  The incineration of waste in the United States in 2010 resulted in 12.4 Tg $CO_2$ Eq. emissions, nearly half of which is attributable to the combustion of plastics.  For more details on emissions from the incineration of waste, see Section 3.3.

Figure 8-1:  2010 Waste Chapter Greenhouse Gas Sources

[BEGIN BOX]

Box 8-1: Methodological approach for estimating and reporting U.S. emissions and sinks

In following the UNFCCC requirement under Article 4.1 to develop and submit national greenhouse gas emission inventories, the emissions and sinks presented in this report, and this chapter, are organized by source and sink categories and calculated using internationally-accepted methods provided by the Intergovernmental Panel on Climate Change (IPCC).[229]  Additionally, the calculated emissions and sinks in a given year for the United States are presented in a common manner in line with the UNFCCC reporting guidelines for the reporting of inventories under this international agreement.[230]  The use of consistent methods to calculate emissions and sinks by all nations providing their inventories to the UNFCCC ensures that these reports are comparable.  In this regard, U.S. emissions and sinks reported in this inventory report are comparable to emissions and sinks reported by other countries.  Emissions and sinks provided in this inventory do not preclude alternative examinations,[231] but rather this inventory presents emissions and sinks in a common format consistent with how countries are to report inventories under the UNFCCC.  The report itself, and this chapter, follows this standardized format, and provides an explanation of the IPCC methods used to calculate emissions and sinks, and the manner in which those calculations are conducted.

[END BOX]

Overall, in 2010, waste activities generated emissions of 132.5 Tg $CO_2$ Eq., or just under 2 percent of total U.S. greenhouse gas emissions.

---

[229] See http://www.ipcc-nggip.iges.or.jp/public/index.html.

[230] See http://unfccc.int/national_reports/annex_i_ghg_inventories/national_inventories_submissions/items/5270.php.

[231] For example, see http://www.epa.gov/aboutepa/oswer.html.

BLM_0047202

Table 8-1:  Emissions from Waste (Tg $CO_2$ Eq.)

| Gas/Source | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **CH₄** | **163.9** | **130.8** | **130.0** | **130.0** | **131.4** | **129.3** | **125.8** |
|   Landfills | 147.7 | 112.7 | 111.7 | 111.7 | 113.1 | 111.2 | 107.8 |
|   Wastewater Treatment | 15.9 | 16.5 | 16.7 | 16.6 | 16.6 | 16.5 | 16.3 |
|   Composting | 0.3 | 1.6 | 1.6 | 1.7 | 1.7 | 1.6 | 1.6 |
| **N₂O** | **3.8** | **6.4** | **6.5** | **6.7** | **6.8** | **6.7** | **6.8** |
|   Domestic Wastewater Treatment | 3.5 | 4.7 | 4.8 | 4.8 | 4.9 | 5.0 | 5.0 |
|   Composting | 0.4 | 1.7 | 1.8 | 1.8 | 1.9 | 1.8 | 1.7 |
| **Total** | **167.7** | **137.2** | **136.5** | **136.7** | **138.2** | **136.0** | **132.5** |

Note:  Totals may not sum due to independent rounding.

Table 8-2:  Emissions from Waste (Gg)

| Gas/Source | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **CH₄** | **7,805** | **6,228** | **6,189** | **6,191** | **6,258** | **6,157** | **5,988** |
|   Landfills | 7,032 | 5,367 | 5,320 | 5,320 | 5,386 | 5,295 | 5,135 |
|   Wastewater Treatment | 758 | 785 | 794 | 791 | 792 | 787 | 779 |
|   Composting | 15 | 75 | 75 | 79 | 80 | 75 | 75 |
| **N₂O** | **12** | **21** | **21** | **22** | **22** | **22** | **22** |
|   Domestic Wastewater Treatment | 11 | 15 | 15 | 16 | 16 | 16 | 16 |
|   Composting | 1 | 6 | 6 | 6 | 6 | 6 | 6 |

Note:  Totals may not sum due to independent rounding.

[BEGIN BOX]

Box 8-2: Waste Data from the Greenhouse Gas Reporting Program

On October 30, 2009, the U.S. EPA published a rule for the mandatory reporting of greenhouse gases from large GHG emissions sources in the United States. Implementation of 40 CFR Part 98 is referred to as EPA's Greenhouse Gas Reporting Program (GHGRP). 40 CFR part 98 applies to direct greenhouse gas emitters, fossil fuel suppliers, industrial gas suppliers, and facilities that inject $CO_2$ underground for sequestration or other reasons and requires reporting by 41 industrial categories. Reporting is at the facility level, except for certain suppliers of fossil fuels and industrial greenhouse gases. In general, the threshold for reporting is 25,000 metric tons or more of $CO_2$ Eq. per year. For calendar year 2010, the first year in which data were reported, facilities in 29 categories provided in 40 CFR part 98 were required to report their 2010 emissions by the September 30, 2011 reporting deadline.

EPA's GHGRP dataset and the data presented in this inventory report are complementary and, as indicated in the respective planned improvements sections for source categories in this chapter, EPA is analyzing how to use facility-level GHGRP data to improve the national estimates presented in this inventory. Most methodologies used in EPA's GHGRP are consistent with IPCC, though for EPA's GHGRP, facilities collect detailed information specific to their operations according to detailed measurement standards. This may differ with the more aggregated data collected for the inventory to estimate total, national U.S. emissions. In addition, it should be noted that the definitions and provisions for reporting fuel types in EPA's GHGRP may differ from those used in the national inventory in meeting the UNFCCC reporting guidelines. In line with the UNFCCC reporting guidelines[232], the inventory report is a comprehensive accounting of all emissions from fuel types identified in the IPCC guidelines and provides a separate reporting of emissions from biomass. Further information on the reporting categorizations in EPA's GHGRP and specific data caveats associated with monitoring methods in EPA's GHGRP has been provided

---

[232] See http://unfccc.int/resource/docs/2006/sbsta/eng/09.pdf.

BLM_0047203

on the EPA's GHGRP website.[233]

EPA presents the data collected by EPA's GHGRP through a data publication tool[234] that allows data to be viewed in several formats including maps, tables, charts and graphs for individual facilities or groups of facilities.

[END BOX]

## 8.1.  Landfills (IPCC Source Category 6A1)

In 2010, landfill $CH_4$ emissions were approximately 107.8 Tg $CO_2$ Eq. (5,135 Gg of $CH_4$), representing the third largest source of $CH_4$ emissions in the United States, behind natural gas systems and enteric fermentation. Emissions from municipal solid waste (MSW) landfills, which received about 69 percent of the total solid waste generated in the United States, accounted for about 94 percent of total landfill emissions, while industrial landfills accounted for the remainder.  Approximately 1,900 operational landfills exist in the United States, with the largest landfills receiving most of the waste and generating the majority of the $CH_4$ (EPA 2010; *BioCycle* 2008, adjusted to include missing data from five states).  While the number of landfills has decreased significantly over the past 20 years, from 6,326 in 1990 to 1,908 in 2009, the average landfill size has increased (EPA 2010).

After being placed in a landfill, waste (such as paper, food scraps, and yard trimmings) is initially decomposed by aerobic bacteria.  After the oxygen has been depleted, the remaining waste is available for consumption by anaerobic bacteria, which break down organic matter into substances such as cellulose, amino acids, and sugars.  These substances are further broken down through fermentation into gases and short-chain organic compounds that form the substrates for the growth of methanogenic bacteria.  These $CH_4$-producing anaerobic bacteria convert the fermentation products into stabilized organic materials and biogas consisting of approximately 50 percent biogenic carbon dioxide ($CO_2$) and 50 percent $CH_4$, by volume.  Significant $CH_4$ production typically begins one or two years after waste disposal in a landfill and continues for 10 to 60 years or longer.

Methane emissions from landfills are a function of several factors, including: (1) the total amount of waste in MSW landfills, which is related to total waste landfilled annually; (2) the characteristics of landfills receiving waste (i.e., composition of waste-in-place, size, climate); (3) the amount of $CH_4$ that is recovered and either flared or used for energy purposes; and (4) the amount of $CH_4$ oxidized in landfills instead of being released into the atmosphere. From 1990 to 2010, net $CH_4$ emissions from landfills decreased by approximately 27 percent (see Table 8-3 and Table 8-4).  This net $CH_4$ emissions decrease can be attributed to many factors, including changes in waste composition, an increase in the amount of landfill gas collected and combusted, a higher frequency of composting, and increased rates of recovery for degradable materials (e.g., paper and paperboard).

The estimated annual quantity of waste placed in MSW landfills increased from about 206 Tg in 1990 to 254 Tg in 2010, an increase of 23 percent (see Annex 3.14).  Despite increased waste disposal, the amount of decomposable materials (i.e., paper and paperboard, food scraps, and yard trimmings) discarded in MSW landfills have decreased by approximately 21 percent from 1990 to 2009 (EPA 2010).  In addition, the amount of landfill gas collected and combusted has increased.  In 1990, for example, approximately 960 Gg of $CH_4$ were recovered and combusted (i.e., used for energy or flared) from landfills, while in 2010, 7,627 Gg $CH_4$ was combusted, which represents a 5 percent increase in the quantity of $CH_4$ recovered and combusted from 2009 levels (see Annex 3.14).  In 2010, an estimated 54 new landfill gas-to-energy (LFGTE) projects and 46 new flares began operation (EPA 2011).

Over the past 9 years, however, the net $CH_4$ emissions have fluctuated from year to year, but a slowly increasing trend has been observed.  While the amount of landfill gas collected and combusted continues to increase every year, the rate of increase in collection and combustion no longer exceeds the rate of additional $CH_4$ generation from the amount of organic MSW landfilled as the U.S. population grows.

Over the next several years, the total amount of municipal solid waste generated is expected to increase as the U.S. population continues to grow.  The percentage of waste landfilled, however, may decline due to increased recycling

---

[233] See
<http://www.ccdsupport.com/confluence/display/ghgp/Detailed+Description+of+Data+for+Certain+Sources+and+Processes>.
[234] See <http://ghgdata.epa.gov>.

BLM_0047204

and composting practices.  In addition, the quantity of $CH_4$ that is recovered and either flared or used for energy purposes is expected to continue to increase as a result of 1996 federal regulations that require large municipal solid waste landfills to collect and combust landfill gas (see 40 CFR Part 60, Subpart Cc 2005 and 40 CFR Part 60, Subpart WWW 2005), voluntary programs that encourage $CH_4$ recovery and use such as EPA's Landfill Methane Outreach Program (LMOP), and federal and state incentives that promote renewable energy (e.g., tax credits, low interest loans, and Renewable Portfolio Standards).

Table 8-3: $CH_4$ Emissions from Landfills (Tg $CO_2$ Eq.)

| Activity | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| MSW Landfills | 172.6 | 241.2 | 247.6 | 252.9 | 256.8 | 260.4 | 264.0 |
| Industrial Landfills | 11.6 | 15.4 | 15.4 | 15.5 | 15.7 | 15.8 | 15.9 |
| Recovered | | | | | | | |
| Gas-to-Energy | (13.4) | (55.9) | (58.2) | (61.9) | (66.2) | (74.4) | (79.8) |
| Flared | (6.7) | (75.5) | (80.7) | (82.4) | (80.6) | (78.3) | (80.3) |
| Oxidized[a] | (16.4) | (12.5) | (12.4) | (12.4) | (12.6) | (12.4) | (12.0) |
| Total | 147.7 | 112.7 | 111.7 | 111.7 | 113.1 | 111.2 | 107.8 |

Note:  Totals may not sum due to independent rounding.  Parentheses indicate negative values.
[a] Includes oxidation at both municipal and industrial landfills.

Table 8-4: $CH_4$ Emissions from Landfills (Gg)

| Activity | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| MSW Landfills | 8,219 | 11,486 | 11,790 | 12,041 | 12,227 | 12,401 | 12,574 |
| Industrial Landfills | 554 | 733 | 736 | 740 | 746 | 752 | 758 |
| Recovered | | | | | | | |
| Gas-to-Energy | (640) | (2,662) | (2,773) | (2,946) | (3,152) | (3,543) | (3,802) |
| Flared | (321) | (3,593) | (3,842) | (3,923) | (3,837) | (3,726) | (3,825) |
| Oxidized[a] | (781) | (596) | (591) | (591) | (598) | (588) | (571) |
| Total | 7,032 | 5,367 | 5,320 | 5,320 | 5,386 | 5,295 | 5,135 |

Note:  Totals may not sum due to independent rounding.  Parentheses indicate negative values.
[a] Includes $CH_4$ oxidation at municipal and industrial landfills.

## Methodology

$CH_4$ emissions from landfills were estimated as the $CH_4$ produced from municipal solid waste landfills, plus the $CH_4$ produced by industrial landfills, minus the $CH_4$ recovered and combusted, minus the $CH_4$ oxidized before being released into the atmosphere:

$$CH_{4,\text{Solid Waste}} = [CH_{4,\text{MSW}} + CH_{4,\text{Ind}} - R] - Ox$$

where,

| | |
|---|---|
| $CH_{4,\text{Solid Waste}}$ | = $CH_4$ emissions from solid waste |
| $CH_{4,\text{MSW}}$ | = $CH_4$ generation from municipal solid waste landfills, |
| $CH_{4,\text{Ind}}$ | = $CH_4$ generation from industrial landfills, |
| R | = $CH_4$ recovered and combusted, and |
| Ox | = $CH_4$ oxidized from MSW and industrial landfills before release to the atmosphere. |

The methodology for estimating $CH_4$ emissions from municipal solid waste landfills is based on the first order decay model described by the Intergovernmental Panel on Climate Change (IPCC 2006).  Values for the $CH_4$ generation potential ($L_0$) and rate constant (k) were obtained from an analysis of $CH_4$ recovery rates for a database of 52 landfills and from published studies of other landfills (RTI 2004; EPA 1998; SWANA 1998; Peer, Thorneloe, and Epperson 1993).  The rate constant was found to increase with average annual rainfall; consequently, values of k were developed for 3 ranges of rainfall.  The annual quantity of waste placed in landfills was apportioned to the 3 ranges of rainfall based on the percent of the U.S. population in each of the 3 ranges, and historical census data were used to account for the shift in population to more arid areas over time.  A detailed description of the methodology used to estimate $CH_4$ emissions from landfills can be found in Annex 3.14.

BLM_0047205

National landfill waste generation and disposal data for 2007, 2009, and 2010 were extrapolated based on *BioCycle* data for 2008 and the U.S. Census population from 2010. Data for 1989 through 2008 were obtained from *BioCycle* (BioCycle 2006, 2008, and 2010). Because *BioCycle* does not account for waste generated in U.S. territories, waste generation for the territories was estimated using population data obtained from the U.S. Census Bureau (2010) and national per capita solid waste generation from *BioCycle* (2010). Estimates of the annual quantity of waste landfilled for 1960 through 1988 were obtained from EPA's *Anthropogenic Methane Emissions in the United States, Estimates for 1990: Report to Congress* (EPA 1993) and an extensive landfill survey by the EPA's Office of Solid Waste in 1986 (EPA 1988). Although waste placed in landfills in the 1940s and 1950s contributes very little to current $CH_4$ generation, estimates for those years were included in the first order decay model for completeness in accounting for $CH_4$ generation rates and are based on the population in those years and the per capita rate for land disposal for the 1960s. For calculations in this Inventory, wastes landfilled prior to 1980 were broken into two groups: wastes disposed in landfills (Methane Conversion Factor, MCF, of 1) and those disposed in dumps (MCF of 0.6). Please see Annex 3.14 for more details.

The estimated landfill gas recovered per year was based on updated sales data collected from vendors of flaring equipment (referred to as the flare vendor database), a database of landfill gas-to-energy (LFGTE) projects compiled by LMOP (EPA 2011), and a database developed by the Energy Information Administration (EIA) for the voluntary reporting of greenhouse gases (EIA 2007). The three databases were carefully compared to identify landfills that were in two or all three of the databases to avoid double counting reductions. Based on the information provided by the EIA and flare vendor databases, the $CH_4$ combusted by flares in operation from 1990 to 2010 was estimated.

The flare vendor database estimates $CH_4$ combusted by flares using the midpoint of a flare's reported capacity while the EIA database uses landfill-specific measured gas flow. As the EIA database only includes data through 2006; 2007 to 2010 recovery for projects included in the EIA database were assumed to be the same as in 2006. This quantity likely underestimates flaring because these databases do not have information on all flares in operation. Additionally, the EIA and LMOP databases provided data on landfill gas flow and energy generation for landfills with LFGTE projects. If a landfill in the EIA database was also in the LMOP and/or the flare vendor database, the emissions avoided were based on the EIA data because landfill owners or operators reported the amount recovered based on measurements of gas flow and concentration, and the reporting accounted for changes over time. If both flare data and LMOP recovery data were available for any of the remaining landfills (i.e., not in the EIA database), then the emissions recovery was based on the LMOP data, which provides reported landfill-specific data on gas flow for direct use projects and project capacity (i.e., megawatts) for electricity projects. The flare data, on the other hand, only provided a range of landfill gas flow for a given flare size. Given that each LFGTE project is likely to also have a flare, double counting reductions from flares and LFGTE projects in the LMOP database was avoided by subtracting emission reductions associated with LFGTE projects for which a flare had not been identified from the emission reductions associated with flares (referred to as the flare correction factor). A further explanation of the methodology used to estimate the landfill gas recovered for the current Inventory can be found in Annex 3.14.

A destruction efficiency of 99 percent was applied to $CH_4$ recovered to estimate $CH_4$ emissions avoided. The value for efficiency was selected based on the range of efficiencies (86 to 99 percent) recommended for flares in EPA's AP-42 Compilation of Air Pollutant Emission Factors, Chapter 2.4 (EPA 2008), efficiencies used to establish new source performance standards (NSPS) for landfills, and in recommendations for closed flares used in LMOP.

Emissions from industrial landfills were estimated from activity data for industrial production (ERG 2011), waste disposal factors, and the first order decay model. As over 99 percent of the organic waste placed in industrial landfills originated from the food processing (meat, vegetables, fruits) and pulp and paper industries, estimates of industrial landfill emissions focused on these two sectors (EPA 1993). The amount of $CH_4$ oxidized by the landfill cover at both municipal and industrial landfills was assumed to be ten percent of the $CH_4$ generated that is not recovered (IPCC 2006, Mancinelli and McKay 1985, Czepiel et al. 1996). To calculate net $CH_4$ emissions, both $CH_4$ recovered and $CH_4$ oxidized were subtracted from $CH_4$ generated at municipal and industrial landfills.

## Uncertainty and Time-Series Consistency

Several types of uncertainty are associated with the estimates of $CH_4$ emissions from landfills. The primary uncertainty concerns the characterization of landfills. Information is not available on two fundamental factors affecting $CH_4$ production: the amount and composition of waste placed in every landfill for each year of its operation. The approach used here assumes that the $CH_4$ generation potential and the rate of decay that produces $CH_4$, as determined from several studies of $CH_4$ recovery at landfills, are representative of U.S. landfills.

BLM_0047206

Additionally, the approach used to estimate the contribution of industrial wastes to total $CH_4$ generation introduces uncertainty. Aside from uncertainty in estimating $CH_4$ generation potential, uncertainty exists in the estimates of oxidation by cover soils. There is also uncertainty in the estimates of $CH_4$ that is recovered by flaring and energy projects. The IPCC default value of 10 percent for uncertainty in recovery estimates was used in the uncertainty analysis when metering was in place (for about 64 percent of the $CH_4$ estimated to be recovered). For flaring without metered recovery data (approximately 34 percent of the $CH_4$ estimated to be recovered), a much higher uncertainty of approximately 50 percent was used (e.g., when recovery was estimated as 50 percent of the flare's design capacity).

$N_2O$ emissions from the application of sewage sludge on landfills are not explicitly modeled as part of greenhouse gas emissions from landfills. $N_2O$ emissions from sewage sludge applied to landfills would be relatively small because the microbial environment in landfills is not very conducive to the nitrification and denitrification processes that result in $N_2O$ emissions. Furthermore, the 2006 IPCC Guidelines (IPCC 2006) did not include a methodology for estimating $N_2O$ emissions from solid waste disposal sites "because they are not significant." Therefore, any uncertainty or bias caused by not including $N_2O$ emissions from landfills is expected to be minimal.

The results of the IPCC Good Practice Guidance Tier 2 quantitative uncertainty analysis are summarized in Table 8-5. Landfill $CH_4$ emissions in 2010 were estimated to be between 51.3 and 154.5 Tg $CO_2$ Eq., which indicates a range of 52 percent below to 43 percent above the 2010 emission estimate of 107.8 Tg $CO_2$ Eq.

Table 8-5: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Landfills (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg $CO_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| **Landfills** | **$CH_4$** | **107.8** | **52.3** | **154.8** | **-52%** | **+44%** |
| MSW | $CH_4$ | 93.5 | 38.6 | 138.6 | -59% | +48% |
| Industrial | $CH_4$ | 14.3 | 10.3 | 17.3 | -28% | +21% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

A QA/QC analysis was performed for data gathering and input, documentation, and calculation. A primary focus of the QA/QC checks was to ensure that $CH_4$ recovery estimates were not double-counted and that all LFGTE projects and flares were included in the respective project databases. Both manual and electronic checks were made to ensure that emission avoidance from each landfill was calculated in only one of the three databases. The primary calculation spreadsheet is tailored from the IPCC waste model and has been verified previously using the original, peer-reviewed IPCC waste model. All model input values were verified by secondary QA/QC review.

## Recalculations Discussion

No methodological changes were made for this Inventory. The national landfill waste generation data for 2007, 2008, and 2009 were recalculated using the most recent BioCycle data for 2008 (BioCycle 2010). These recalculations resulted in decreased waste generation amounts for those years and, in turn, decreased the total $CH_4$ emissions estimates from landfills for 2008 and 2009 compared to the previous year's Inventory. The BioCycle survey is the only continually updated nationwide survey of waste generated and disposed in landfills in the United States. For years when BioCycle data are not available, the waste generation data used for the Inventory are extrapolated and later updated as later surveys are published, resulting in changes over the affected portion of the time series.

BLM_0047207

## Planned Improvements

Improvements to the inventory being examined include incorporating data from the EPA's GHGRP and modifying the default oxidation rate applied to MSW and industrial landfills.

Beginning in 2011, all MSW landfills that accepted waste on or after January 1, 1980 and generate $CH_4$ in amounts equivalent to 25,000 metric tons or more of carbon dioxide equivalent ($CO_2$ Eq.) were required to calculate and report their greenhouse gas emissions to EPA through its GHGRP. This consists of the landfill, landfill gas collection systems, and landfill gas destruction devices, including flares. The data collected from the GHGRP will be used in future Inventories to revise the parameters used in the $CH_4$ generation calculations, including degradable organic carbon (DOC), the flare correction factor, the methane correction factor (MCF), fraction of DOC dissimilated ($DOC_F$), the destruction efficiency of flares, the oxidation factor, and the decay rate constant (k). The addition of this higher tier data will improve the emission calculations to provide a more accurate representation of greenhouse gas emissions from MSW landfills. . In examining data from EPA's GHGRP that would be useful to improve the emissions estimates for MSW landfills, particular attention will be made to ensure time series consistency, as the facility-level reporting data from the GHGRP are not available for all inventory years as reported in this inventory. In implementing improvements and integration of data from the GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon[235].

In addition to MSW landfills, industrial landfills at facilities generating $CH_4$ in amounts equivalent to 25,000 metric tons or more of $CO_2$ Eq. are required to report their GHG emissions in September 2012 through EPA's GHGRP. Similar data for industrial landfills as is required for the MSW landfills will be reported. Any additions or improvements to the Inventory using reported GHGRP data will be made for the industrial landfill portion of the inventory. Improvements may include breaking out the industrial waste landfills into three regions (dry, moderate, and wet) as is done for the MSW landfills, allowing for region-specific k values rather than a default IPCC value. As with MSW landfills, any improvements made to the emissions estimates for industrial landfills will include efforts to ensure time series consistency using the latest guidance from the IPCC.

As a first step toward investigating the possibility of increasing the oxidation rate used in the Inventory, a literature review was conducted in 2011 to assess the state of oxidation at a range of landfills (RTI 2011). A standard $CH_4$ oxidation rate of 10 percent has been used in the LFG inventory for both industrial and MSW landfills since the inventory began and is currently recommended as the default for well-managed landfills in the latest IPCC guidelines (2006). Recent comments on the Inventory methodology indicated that a default oxidation rate of 10 percent may be less than oxidation rates achieved at well-managed landfills with gas collection and control.

Changing the oxidation rate and calculating the amount of $CH_4$ oxidized from landfills with gas collection and control requires the estimation of waste disposed of in these types of landfills. The Inventory methodology uses waste generation data from the BioCycle State of Garbage reports, which reports the total amount of waste generated and disposed nationwide by state. In 2010, the State of Garbage survey requested data on the recovery of landfill gas for the first time. Twenty-eight states reported that 260 out of 1,414 (18 percent) operational landfills recovered gas (BioCycle 2010). However, the survey did not include closed landfills with gas collection and control systems. In the future, the amount of states collecting and reporting this information is expected to increase.

While the research findings indicate some evidence that landfills with gas collection and control achieve a 20 percent or higher oxidation rate, there is not sufficient certainty to adopt a higher oxidation rate at this time. It is expected that with increased reporting by states in the State of Garbage survey, as well as the data collected through the GHGRP, the oxidation rate for at least a subset of landfills may be increased in a future Inventory.

[Begin Text Box]

Box 8-3: Biogenic Wastes in Landfills

Regarding the depositing of wastes of biogenic origin in landfills, empirical evidence shows that some of these wastes degrade very slowly in landfills, and the C they contain is effectively sequestered in landfills over a period of

---

[235] See: http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf

BLM_0047208

time (Barlaz 1998, 2006). Estimates of C removals from landfilling of forest products, yard trimmings, and food scraps are further described in the Land Use, Land-Use Change, and Forestry chapter, based on methods presented in IPCC (2003) and IPCC (2006).

[End Box]

## 8.2. Wastewater Treatment (IPCC Source Category 6B)

Wastewater treatment processes can produce anthropogenic $CH_4$ and $N_2O$ emissions. Wastewater from domestic[236] and industrial sources is treated to remove soluble organic matter, suspended solids, pathogenic organisms, and chemical contaminants. Treatment may either occur on site, most commonly through septic systems or package plants, or off site at centralized treatment systems. Centralized wastewater treatment systems may include a variety of processes, ranging from lagooning to advanced tertiary treatment technology for removing nutrients. In the United States, approximately 20 percent of domestic wastewater is treated in septic systems or other on-site systems, while the rest is collected and treated centrally (U.S. Census Bureau 2009).

Soluble organic matter is generally removed using biological processes in which microorganisms consume the organic matter for maintenance and growth. The resulting biomass (sludge) is removed from the effluent prior to discharge to the receiving stream. Microorganisms can biodegrade soluble organic material in wastewater under aerobic or anaerobic conditions, where the latter condition produces $CH_4$. During collection and treatment, wastewater may be accidentally or deliberately managed under anaerobic conditions. In addition, the sludge may be further biodegraded under aerobic or anaerobic conditions. The generation of $N_2O$ may also result from the treatment of domestic wastewater during both nitrification and denitrification of the N present, usually in the form of urea, ammonia, and proteins. These compounds are converted to nitrate ($NO_3$) through the aerobic process of nitrification. Denitrification occurs under anoxic conditions (without free oxygen), and involves the biological conversion of nitrate into dinitrogen gas ($N_2$). $N_2O$ can be an intermediate product of both processes, but has typically been associated with denitrification. Recent research suggests that higher emissions of $N_2O$ may in fact originate from nitrification (Ahn et al. 2010).

The principal factor in determining the $CH_4$ generation potential of wastewater is the amount of degradable organic material in the wastewater. Common parameters used to measure the organic component of the wastewater are the Biochemical Oxygen Demand (BOD) and Chemical Oxygen Demand (COD). Under the same conditions, wastewater with higher COD (or BOD) concentrations will generally yield more $CH_4$ than wastewater with lower COD (or BOD) concentrations. BOD represents the amount of oxygen that would be required to completely consume the organic matter contained in the wastewater through aerobic decomposition processes, while COD measures the total material available for chemical oxidation (both biodegradable and non-biodegradable). Because BOD is an aerobic parameter, it is preferable to use COD to estimate $CH_4$ production. The principal factor in determining the $N_2O$ generation potential of wastewater is the amount of N in the wastewater. The variability of N in the influent to the treatment system, as well as the operating conditions of the treatment system itself, also impact the $N_2O$ generation potential.

In 2010, $CH_4$ emissions from domestic wastewater treatment were 7.8Tg $CO_2$ Eq. (370 Gg). Emissions gradually increased from 1990 through 1997, but have decreased since that time due to decreasing percentages of wastewater being treated in anaerobic systems, including reduced use of on-site septic systems and central anaerobic treatment systems. In 2010, $CH_4$ emissions from industrial wastewater treatment were estimated to be 8.6 Tg $CO_2$ Eq. (409 Gg). Industrial emission sources have increased across the time series through 1999 and then fluctuated up and down with production changes associated with the treatment of wastewater from the pulp and paper manufacturing, meat and poultry processing, fruit and vegetable processing, starch-based ethanol production, and petroleum refining industries. Table 8-6 and Table 8-7 provide $CH_4$ and $N_2O$ emission estimates from domestic and industrial wastewater treatment.

With respect to $N_2O$, the United States identifies two distinct sources for $N_2O$ emissions from domestic wastewater: emissions from centralized wastewater treatment processes, and emissions from effluent from centralized treatment

---

[236] Throughout the inventory, emissions from domestic wastewater also include any commercial and industrial wastewater collected and co-treated with domestic wastewater.

BLM_0047209

systems that has been discharged into aquatic environments. The 2010 emissions of $N_2O$ from centralized wastewater treatment processes and from effluent were estimated to be 0.3 Tg $CO_2$ Eq. (1 Gg) and 4.7 Tg $CO_2$ Eq. (15.3 Gg), respectively. Total $N_2O$ emissions from domestic wastewater were estimated to be 5.0 Tg $CO_2$ Eq. (16.3 Gg). $N_2O$ emissions from wastewater treatment processes gradually increased across the time series as a result of increasing U.S. population and protein consumption.

Table 8-6: $CH_4$ and $N_2O$ Emissions from Domestic and Industrial Wastewater Treatment (Tg $CO_2$ Eq.)

| Activity | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| **CH₄** | **15.9** | | **16.5** | **16.7** | **16.6** | **16.6** | **16.5** | **16.3** |
| Domestic | 8.8 | | 8.3 | 8.2 | 8.1 | 8.0 | 8.0 | 7.8 |
| Industrial* | 7.1 | | 8.2 | 8.5 | 8.5 | 8.6 | 8.5 | 8.6 |
| **N₂O** | **3.5** | | **4.7** | **4.8** | **4.8** | **4.9** | **5.0** | **5.0** |
| Domestic | 3.5 | | 4.7 | 4.8 | 4.8 | 4.9 | 5.0 | 5.0 |
| **Total** | **19.4** | | **21.2** | **21.5** | **21.4** | **21.5** | **21.5** | **21.3** |

* Industrial activity includes the pulp and paper manufacturing, meat and poultry processing, fruit and vegetable processing, starch-based ethanol production, and petroleum refining industries.
Note: Totals may not sum due to independent rounding.

Table 8-7: $CH_4$ and $N_2O$ Emissions from Domestic and Industrial Wastewater Treatment (Gg)

| Activity | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|
| **CH₄** | **758** | | **785** | **794** | **791** | **792** | **787** | **779** |
| Domestic | 421 | | 397 | 391 | 386 | 383 | 380 | 370 |
| Industrial* | 338 | | 389 | 403 | 405 | 409 | 406 | 409 |
| **N₂O** | **11** | | **15** | **15** | **16** | **16** | **16** | **16** |
| Domestic | 11 | | 15 | 15 | 16 | 16 | 16 | 16 |

* Industrial activity includes the pulp and paper manufacturing, meat and poultry processing, fruit and vegetable processing, starch-based ethanol production, and petroleum refining industries.
Note: Totals may not sum due to independent rounding.

## Methodology

### Domestic Wastewater CH₄ Emission Estimates

Domestic wastewater $CH_4$ emissions originate from both septic systems and from centralized treatment systems, such as publicly owned treatment works (POTWs). Within these centralized systems, $CH_4$ emissions can arise from aerobic systems that are not well managed or that are designed to have periods of anaerobic activity (e.g., constructed wetlands), anaerobic systems (anaerobic lagoons and facultative lagoons), and from anaerobic digesters when the captured biogas is not completely combusted. $CH_4$ emissions from septic systems were estimated by multiplying the United States population by the percent of wastewater treated in septic systems (20 percent), an emission factor (10.7 g $CH_4$/capita/day) and converting that to Gg/year. Methane emissions from POTWs were estimated by multiplying the total $BOD_5$ produced in the United States by the percent of wastewater treated centrally (80 percent), the relative percentage of wastewater treated by aerobic and anaerobic systems, the relative percentage of wastewater facilities with primary treatment, the percentage of $BOD_5$ treated after primary treatment (67.5 percent), the maximum $CH_4$-producing capacity of domestic wastewater (0.6), and the relative MCFs for aerobic (zero or 0.3) and anaerobic (0.8) systems with all aerobic systems assumed to be well-managed. Methane emissions from anaerobic digesters were estimated by multiplying the amount of biogas generated by wastewater sludge treated in anaerobic digesters by the proportion of $CH_4$ in digester biogas (0.65), the density of $CH_4$ (662 g $CH_4$/m$^3$ $CH_4$) , and the destruction efficiency associated with burning the biogas in an energy/thermal device (0.99). The methodological equations are:

$$Emissions\ from\ Septic\ Systems = A$$
$$= US_{POP} \times (\%\ onsite) \times (EF_{SEPTIC}) \times 1/10^9 \times Days$$

$$Emissions\ from\ Centrally\ Treated\ Aerobic\ Systems = B$$
$$= [(\%\ collected) \times (total\ BOD_5\ produced) \times (\%\ aerobic) \times (\%\ aerobic\ w/out\ primary) + (\%\ collected) \times (total\ BOD_5$$

BLM_0047210

produced) × (% aerobic) × (% aerobic w/primary) × (1-% BOD removed in prim. treat.)] × (% operations not well managed) × ($B_o$) × (MCF-aerobic_not_well_man) × 1/10^6

*Emissions from Centrally Treated Anaerobic Systems* = C
= [(% collected) × (total $BOD_5$ produced) × (% anaerobic) × (% anaerobic w/out primary) + (% collected) × (total $BOD_5$ produced) × (% anaerobic) × (% anaerobic w/primary) × (1-%BOD removed in prim. treat.)] × ($B_o$) × (MCF-anaerobic) × 1/10^6

*Emissions from Anaerobic Digesters* = D
= [(POTW_flow_AD) × (digester gas)/ (per capita flow)] × conversion to m³ × (FRAC_CH₄) × (365.25) × (density of CH₄) × (1-DE) × 1/10^9

Total $CH_4$ Emissions (Gg) = A + B + C + D

where,

| | |
|---|---|
| $US_{POP}$ | = U.S. population |
| % onsite | = Flow to septic systems / total flow |
| % collected | = Flow to POTWs / total flow |
| % aerobic | = Flow to aerobic systems / total flow to POTWs |
| % anaerobic | = Flow to anaerobic systems / total flow to POTWs |
| % aerobic w/out primary | = Percent of aerobic systems that do not employ primary treatment |
| % aerobic w/primary | = Percent of aerobic systems that employ primary treatment |
| % BOD removed in prim. treat. | = 32.5% |
| % operations not well managed | = Percent of aerobic systems that are not well managed and in which some anaerobic degradation occurs |
| % anaerobic w/out primary | = Percent of anaerobic systems that do not employ primary treatment |
| % anaerobic w/primary | = Percent of anaerobic systems that employ primary treatment |
| $EF_{SEPTIC}$ | = Methane emission factor (10.7 g $CH_4$/capita/day) – septic systems |
| Days | = days per year (365.25) |
| Total $BOD_5$ produced | = kg BOD/capita/day × U.S. population × 365.25 days/yr |
| $B_o$ | = Maximum $CH_4$-producing capacity for domestic wastewater (0.60 kg $CH_4$/kg BOD) |
| 1/10^6 | = Conversion factor, kg to Gg |
| MCF-aerobic_not_well_man. | = $CH_4$ correction factor for aerobic systems that are not well managed (0.3) |
| MCF-anaerobic | = $CH_4$ correction factor for anaerobic systems (0.8) |
| DE | = $CH_4$ destruction efficiency from flaring or burning in engine (0.99 for enclosed flares) |
| POTW_flow_AD | = Wastewater influent flow to POTWs that have anaerobic digesters (gal) |
| digester gas | = Cubic feet of digester gas produced per person per day (1.0 ft³/person/day) (Metcalf and Eddy 1991) |
| per capita flow | = Wastewater flow to POTW per person per day (100 gal/person/day) |
| conversion to m³ | = Conversion factor, ft³ to m³ (0.0283) |
| FRAC_CH₄ | = Proportion $CH_4$ in biogas (0.65) |
| density of CH₄ | = 662 (g $CH_4$/m³ $CH_4$) |
| 1/10^9 | = Conversion factor, g to Gg |

U.S. population data were taken from the U.S. Census Bureau International Database (U.S. Census 2011) and include the populations of the United States, American Samoa, Guam, Northern Mariana Islands, Puerto Rico, and the Virgin Islands. Table 8-8 presents U.S. population and total $BOD_5$ produced for 1990 through 2010, while Table 8-9 presents domestic wastewater $CH_4$ emissions for both septic and centralized systems in 2010. The proportions of domestic wastewater treated onsite versus at centralized treatment plants were based on data from the 1989, 1991, 1993, 1995, 1997, 1999, 2001, 2003, 2005, 2007, and 2009 American Housing Surveys conducted by the U.S. Census Bureau (U.S. Census 2009), with data for intervening years obtained by linear interpolation. The percent of wastewater flow to aerobic and anaerobic systems, the percent of aerobic and anaerobic systems that do and do not employ primary treatment, and the wastewater flow to POTWs that have anaerobic digesters were obtained from the

BLM_0047211

1992, 1996, 2000, and 2004 Clean Watershed Needs Survey (EPA 1992, 1996, 2000, and 2004). Data for intervening years were obtained by linear interpolation and the years 2004 through 2010 were forecasted from the rest of the time series. The $BOD_5$ production rate (0.09 kg/capita/day) and the percent $BOD_5$ removed by primary treatment for domestic wastewater were obtained from Metcalf and Eddy (1991 and 2003). The $CH_4$ emission factor (0.6 kg $CH_4$/kg $BOD_5$) and the MCF used for centralized treatment systems were taken from IPCC (2006), while the $CH_4$ emission factor (10.7 g $CH_4$/capita/day) used for septic systems were taken from Leverenz et al. (2010). The $CH_4$ destruction efficiency for methane recovered from sludge digestion operations, 99 percent, was selected based on the range of efficiencies (98 to 100 percent) recommended for flares in AP-42 Compilation of Air Pollutant Emission Factors, Chapter 2.4 (EPA 1998), efficiencies used to establish new source performance standards (NSPS) for landfills, and in recommendations for closed flares used by the Landfill Methane Outreach Program (LMOP). The cubic feet of digester gas produced per person per day (1.0 $ft^3$/person/day) and the proportion of $CH_4$ in biogas (0.65) come from Metcalf and Eddy (1991). The wastewater flow to a POTW (100 gal/person/day) was taken from the Great Lakes-Upper Mississippi River Board of State and Provincial Public Health and Environmental Managers, "Recommended Standards for Wastewater Facilities (Ten-State Standards)" (2004).

Table 8-8: U.S. Population (Millions) and Domestic Wastewater $BOD_5$ Produced (Gg)

| Year | Population | $BOD_5$ |
|------|-----------|---------|
| 1990 | 253 | 8,333 |
| | | |
| 2005 | 300 | 9,864 |
| 2006 | 303 | 9,958 |
| 2007 | 306 | 10,057 |
| 2008 | 309 | 10,149 |
| 2009 | 311 | 10,236 |
| 2010 | 313 | 10,278 |

Source: U.S. Census Bureau (2011);
Metcalf & Eddy 1991 and 2003.

Table 8-9: Domestic Wastewater $CH_4$ Emissions from Septic and Centralized Systems (2010)

| | $CH_4$ emissions (Tg $CO_2$ Eq.) | % of Domestic Wastewater $CH_4$ |
|------|-----------|---------|
| Septic Systems | 5.1 | 65.4% |
| Centralized Systems | 2.7 | 34.6% |
| **Total** | **7.8** | **100%** |

Note: Totals may not sum due to independent rounding.

**Industrial Wastewater $CH_4$ Emission Estimates**

Methane emissions estimates from industrial wastewater were developed according to the methodology described in IPCC (2006). Industry categories that are likely to produce significant $CH_4$ emissions from wastewater treatment were identified. High volumes of wastewater generated and a high organic wastewater load were the main criteria. The top five industries that meet these criteria are pulp and paper manufacturing; meat and poultry processing; vegetables, fruits, and juices processing; starch-based ethanol production; and petroleum refining. Wastewater treatment emissions for these sectors for 2010 are displayed in Table 8-10 below. Table 8-11 contains production data for these industries.

BLM_0047212

Table 8-10:  Industrial Wastewater $CH_4$ Emissions by Sector (2010)

| | $CH_4$ emissions (Tg $CO_2$ Eq.) | % of Industrial Wastewater $CH_4$ |
|---|---|---|
| Pulp & Paper | 4.1 | 48% |
| Meat & Poultry | 3.6 | 42% |
| Petroleum Refineries | 0.6 | 7% |
| Fruit & Vegetables | 0.1 | 1% |
| Ethanol Refineries | 0.1 | 1% |
| **Total** | **8.6** | **100%** |

Note: Totals may not sum due to independent rounding.

Table 8-11:  U.S. Pulp and Paper, Meat, Poultry, Vegetables, Fruits and Juices, Ethanol, and Petroleum Refining Production (Tg)

| Year | Pulp and Paper | Meat (Live Weight Killed) | Poultry (Live Weight Killed) | Vegetables, Fruits and Juices | Ethanol | Petroleum Refining |
|---|---|---|---|---|---|---|
| 1990 | 128.9 | 27.3 | 14.6 | 38.7 | 2.7 | 702.4 |
| 2005 | 131.4 | 31.4 | 25.1 | 42.9 | 11.7 | 818.6 |
| 2006 | 137.4 | 32.5 | 25.5 | 42.9 | 14.5 | 826.7 |
| 2007 | 135.9 | 33.4 | 26.0 | 44.7 | 19.4 | 827.6 |
| 2008 | 134.5 | 34.4 | 26.6 | 45.1 | 26.9 | 836.8 |
| 2009 | 137.0 | 33.8 | 25.2 | 46.5 | 31.7 | 822.4 |
| 2010 | 137.0 | 33.7 | 25.9 | 43.7 | 39.5 | 848.6 |

Methane emissions from these categories were estimated by multiplying the annual product output by the average outflow, the organics loading (in COD) in the outflow, the percentage of organic loading assumed to degrade anaerobically, and the maximum $CH_4$ producing potential of industrial wastewater ($B_o$). Ratios of BOD:COD in various industrial wastewaters were obtained from EPA (1997a) and used to estimate COD loadings. The $B_o$ value used for all industries is the IPCC default value of 0.25 kg $CH_4$/kg COD (IPCC 2006).

For each industry, the percent of plants in the industry that treat wastewater on site, the percent of plants that have a primary treatment step prior to biological treatment, and the percent of plants that treat wastewater anaerobically were defined.  The percent of wastewater treated anaerobically onsite (TA) was estimated for both primary treatment (%$TA_p$) and secondary treatment (%$TA_s$).  For plants that have primary treatment in place, an estimate of COD that is removed prior to wastewater treatment in the anaerobic treatment units was incorporated.

The methodological equations are:

$$CH_4 \text{ (industrial wastewater)} = [P \times W \times COD \times \%TA_p \times B_o \times MCF] + [P \times W \times COD \times \%TA_s \times B_o \times MCF]$$

$$\%TA_p = [\%Plants_o \times \%WW_{a,p} \times \%COD_p]$$

$$\%TA_s = [\%Plants_a \times \%WW_{a,s} \times \%COD_s] + [\%Plants_t \times \%WW_{a,t} \times \%COD_s]$$

where,

| | |
|---|---|
| $CH_4$ (industrial wastewater) | = Total $CH_4$ emissions from industrial wastewater (kg/year) |
| P | = Industry output (metric tons/year) |
| W | = Wastewater generated ($m^3$/metric ton of product) |
| COD | = Organics loading in wastewater (kg/$m^3$) |
| %$TA_p$ | = Percent of wastewater treated anaerobically on site in primary treatment |
| %$TA_s$ | = Percent of wastewater treated anaerobically on site in secondary treatment |
| %$Plants_o$ | = Percent of plants with onsite treatment |

BLM_0047213

| | |
|---|---|
| %WW$_{a,p}$ | = Percent of wastewater treated anaerobically in primary treatment |
| %COD$_p$ | = Percent of COD entering primary treatment |
| %Plants$_a$ | = Percent of plants with anaerobic secondary treatment |
| %Plants$_t$ | = Percent of plants with other secondary treatment |
| %WW$_{a,s}$ | = Percent of wastewater treated anaerobically in anaerobic secondary treatment |
| %WW$_{a,t}$ | = percent of wastewater treated anaerobically in other secondary treatment |
| %COD$_s$ | = percent of COD entering secondary treatment |
| B$_o$ | = Maximum CH$_4$ producing potential of industrial wastewater (default value of 0.25 kg CH$_4$/kg COD) |
| MCF | = CH$_4$ correction factor, indicating the extent to which the organic content (measured as COD) degrades anaerobically |

As described below, the values presented in Table 8-12 were used in the emission calculations and are described in detail in Aguiar and Bartram (2008).

Table 8-12: Variables Used to Calculate Percent Wastewater Treated Anaerobically by Industry (%)

| Variable | Industry | | | | | | |
|---|---|---|---|---|---|---|---|
| | Pulp and Paper | Meat Processing | Poultry Processing | Fruit/ Vegetable Processing | Ethanol Production – Wet Mill | Ethanol Production – Dry Mill | Petroleum Refining |
| %TA$_p$ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| %TA$_s$ | 10.5 | 33 | 25 | 4.2 | 33.3 | 75 | 100 |
| %Plants$_o$ | 60 | 100 | 100 | 11 | 100 | 100 | 100 |
| %Plants$_a$ | 25 | 33 | 25 | 5.5 | 33.3 | 75 | 100 |
| %Plants$_t$ | 35 | 67 | 75 | 5.5 | 66.7 | 25 | 0 |
| %WW$_{a,p}$ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| %WW$_{a,s}$ | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| %WW$_{a,t}$ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| %COD$_p$ | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| %COD$_s$ | 42 | 100 | 100 | 77 | 100 | 100 | 100 |

Source: Aguiar and Bartram (2008) Planned Revisions of the Industrial Wastewater Inventory Emission Estimates for the 1990-2007 Inventory. August 10, 2008.

*Pulp and Paper.* Wastewater treatment for the pulp and paper industry typically includes neutralization, screening, sedimentation, and flotation/hydrocycloning to remove solids (World Bank 1999, Nemerow and Dasgupta 1991). Secondary treatment (storage, settling, and biological treatment) mainly consists of lagooning. In determining the percent that degrades anaerobically, both primary and secondary treatment were considered. In the United States, primary treatment is focused on solids removal, equalization, neutralization, and color reduction (EPA 1993). The vast majority of pulp and paper mills with on-site treatment systems use mechanical clarifiers to remove suspended solids from the wastewater. About 10 percent of pulp and paper mills with treatment systems use settling ponds for primary treatment and these are more likely to be located at mills that do not perform secondary treatment (EPA 1993). However, because the vast majority of primary treatment operations at U.S. pulp and paper mills use mechanical clarifiers, and less than 10 percent of pulp and paper wastewater is managed in primary settling ponds that are not expected to have anaerobic conditions, negligible emissions are assumed to occur during primary treatment.

Approximately 42 percent of the BOD passes on to secondary treatment, which consists of activated sludge, aerated stabilization basins, or non-aerated stabilization basins. No anaerobic activity is assumed to occur in activated sludge systems or aerated stabilization basins (note: although IPCC recognizes that some CH$_4$ can be emitted from anaerobic pockets, they recommend an MCF of zero). However, about 25 percent of the wastewater treatment systems used in the United States are non-aerated stabilization basins. These basins are typically 10 to 25 feet deep. These systems are classified as anaerobic deep lagoons (MCF = 0.8).

A time series of CH$_4$ emissions for 1990 through 2001 was developed based on production figures reported in the Lockwood-Post Directory (Lockwood-Post 2002). Published data from the American Forest and Paper Association, data published by Paper Loop, and other published statistics were used to estimate production for 2002 through 2010 (Pulp and Paper 2005, 2006, and monthly reports from 2003 through 2008; Paper 360˚ 2007). The overall

BLM_0047214

wastewater outflow was estimated to be 85 m³/metric ton, and the average BOD concentrations in raw wastewater was estimated to be 0.4 gram BOD/liter (EPA 1997b, EPA 1993, World Bank 1999).

*Meat and Poultry Processing.* The meat and poultry processing industry makes extensive use of anaerobic lagoons in sequence with screening, fat traps and dissolved air flotation when treating wastewater on site. About 33 percent of meat processing operations (EPA 2002) and 25 percent of poultry processing operations (U.S. Poultry 2006) perform on-site treatment in anaerobic lagoons. The IPCC default $B_o$ of 0.25 kg $CH_4$/kg COD and default MCF of 0.8 for anaerobic lagoons were used to estimate the $CH_4$ produced from these on-site treatment systems. Production data, in carcass weight and live weight killed for the meat and poultry industry, were obtained from the USDA Agricultural Statistics Database and the Agricultural Statistics Annual Reports (USDA 2011). Data collected by EPA's Office of Water provided estimates for wastewater flows into anaerobic lagoons: 5.3 and 12.5 m³/metric ton for meat and poultry production (live weight killed), respectively (EPA 2002). The loadings are 2.8 and 1.5 g BOD/liter for meat and poultry, respectively.

*Vegetables, Fruits, and Juices Processing.* Treatment of wastewater from fruits, vegetables, and juices processing includes screening, coagulation/settling, and biological treatment (lagooning). The flows are frequently seasonal, and robust treatment systems are preferred for on-site treatment. Effluent is suitable for discharge to the sewer. This industry is likely to use lagoons intended for aerobic operation, but the large seasonal loadings may develop limited anaerobic zones. In addition, some anaerobic lagoons may also be used (Nemerow and Dasgupta 1991). Consequently, 4.2 percent of these wastewater organics are assumed to degrade anaerobically. The IPCC default $B_o$ of 0.25 kg $CH_4$/kg COD and default MCF of 0.8 for anaerobic treatment were used to estimate the $CH_4$ produced from these on-site treatment systems. The USDA National Agricultural Statistics Service (USDA 2011) provided production data for potatoes, other vegetables, citrus fruit, non-citrus fruit, and grapes processed for wine. Outflow and BOD data, presented in Table 8-13, were obtained from EPA (1974) for potato, citrus fruit, and apple processing, and from EPA (1975) for all other sectors.

Table 8-13: Wastewater Flow (m³/ton) and BOD Production (g/L) for U.S. Vegetables, Fruits, and Juices Production

| Commodity | Wastewater Outflow (m³/ton) | BOD (g/L) |
|---|---|---|
| **Vegetables** | | |
| Potatoes | 10.27 | 1.765 |
| Other Vegetables | 8.71 | 0.797 |
| **Fruit** | | |
| Apples | 3.66 | 1.371 |
| Citrus | 10.11 | 0.317 |
| Non-citrus | 12.42 | 1.204 |
| Grapes (for wine) | 2.78 | 1.831 |

*Ethanol Production.* Ethanol, or ethyl alcohol, is produced primarily for use as a fuel component, but is also used in industrial applications and in the manufacture of beverage alcohol. Ethanol can be produced from the fermentation of sugar-based feedstocks (e.g., molasses and beets), starch- or grain-based feedstocks (e.g., corn, sorghum, and beverage waste), and cellulosic biomass feedstocks (e.g., agricultural wastes, wood, and bagasse). Ethanol can also be produced synthetically from ethylene or hydrogen and carbon monoxide. However, synthetic ethanol comprises only about 2 percent of ethanol production, and although the Department of Energy predicts cellulosic ethanol to greatly increase in the coming years, currently it is only in an experimental stage in the United States. According to the Renewable Fuels Association, 82 percent of ethanol production facilities use corn as the sole feedstock and 7 percent of facilities use a combination of corn and another starch-based feedstock. The fermentation of corn is the principal ethanol production process in the United States and is expected to increase through 2012, and potentially more; therefore, emissions associated with wastewater treatment at starch-based ethanol production facilities were estimated (ERG 2006).

Ethanol is produced from corn (or other starch-based feedstocks) primarily by two methods: wet milling and dry milling. Historically, the majority of ethanol was produced by the wet milling process, but now the majority is produced by the dry milling process. The wastewater generated at ethanol production facilities is handled in a variety of ways. Dry milling facilities often combine the resulting evaporator condensate with other process wastewaters, such as equipment wash water, scrubber water, and boiler blowdown and anaerobically treat this

BLM_0047215

wastewater using various types of digesters. Wet milling facilities often treat their steepwater condensate in anaerobic systems followed by aerobic polishing systems. Wet milling facilities may treat the stillage (or processed stillage) from the ethanol fermentation/distillation process separately or together with steepwater and/or wash water. $CH_4$ generated in anaerobic digesters is commonly collected and either flared or used as fuel in the ethanol production process (ERG 2006).

Available information was compiled from the industry on wastewater generation rates, which ranged from 1.25 gallons per gallon ethanol produced (for dry milling) to 10 gallons per gallon ethanol produced (for wet milling) (Ruocco 2006a,b; Merrick 1998; Donovan 1996; and NRBP 2001). COD concentrations were also found to be about 3 g/L (Ruocco 2006a; Merrick 1998; White and Johnson 2003). The amount of wastewater treated anaerobically was estimated, along with how much of the $CH_4$ is recovered through the use of biomethanators (ERG 2006). Methane emissions were then estimated as follows:

$$\text{Methane} = [\text{Production} \times \text{Flow} \times \text{COD} \times 3.785 \times ([\%\text{Plants}_o \times \%\text{WW}_{a,p} \times \%\text{COD}_p] + [\%\text{Plants}_a \times \%\text{WW}_{a,s}$$
$$\times \%\text{COD}_s] + [\%\text{Plants}_t \times \%\text{WW}_{a,t} \times \%\text{COD}_s]) \times B_o \times \text{MCF} \times \% \text{ Not Recovered}] + [\text{Production} \times \text{Flow} \times 3.785 \times$$
$$\text{COD} \times ([\%\text{Plants}_o \times \%\text{WW}_{a,p} \times \%\text{COD}_p] + [\%\text{Plants}_a \times \%\text{WW}_{a,s} \times \%\text{COD}_s] + [\%\text{Plants}_t \times \%\text{WW}_{a,t} \times \%\text{COD}_s]) \times$$
$$B_o \times \text{MCF} \times (\% \text{ Recovered}) \times (1\text{-DE})] \times 1/10^9$$

where,

| | |
|---|---|
| Production | = gallons ethanol produced (wet milling or dry milling) |
| Flow | = gallons wastewater generated per gallon ethanol produced (1.25 dry milling, 10 wet milling) |
| COD | = COD concentration in influent (3 g/l) |
| 3.785 | = conversion, gallons to liters |
| $\%\text{Plants}_o$ | = percent of plants with onsite treatment (100%) |
| $\%\text{WW}_{a,p}$ | = percent of wastewater treated anaerobically in primary treatment (0%) |
| $\%\text{COD}_p$ | = percent of COD entering primary treatment (100%) |
| $\%\text{Plants}_a$ | = percent of plants with anaerobic secondary treatment (33.3% wet, 75% dry) |
| $\%\text{Plants}_t$ | = percent of plants with other secondary treatment (66.7% wet, 25% dry) |
| $\%\text{WW}_{a,s}$ | = percent of wastewater treated anaerobically in anaerobic secondary treatment (100%) |
| $\%\text{WW}_{a,t}$ | = percent of wastewater treated anaerobically in other secondary treatment (0%) |
| $\%\text{COD}_s$ | = percent of COD entering secondary treatment (100%) |
| $B_o$ | = maximum methane producing capacity (0.25 g $CH_4$/g COD) |
| MCF | = methane conversion factor (0.8 for anaerobic systems) |
| % Recovered | = percent of wastewater treated in system with emission recovery |
| % Not Recovered | = 1 - percent of wastewater treated in system with emission recovery |
| DE | = destruction efficiency of recovery system (99%) |
| $1/10^9$ | = conversion factor, g to Gg |

A time series of $CH_4$ emissions for 1990 through 2010 was developed based on production data from the Renewable Fuels Association (RFA 2011).

*Petroleum Refining.* Petroleum refining wastewater treatment operations produce $CH_4$ emissions from anaerobic wastewater treatment. The wastewater inventory section includes $CH_4$ emissions from petroleum refining wastewater treated on site under intended or unintended anaerobic conditions. Most facilities use aerated biological systems, such as trickling filters or rotating biological contactors; these systems can also exhibit anaerobic conditions that can result in the production of $CH_4$. Oil/water separators are used as a primary treatment method; however, it is unlikely that any COD is removed in this step.

Available information from the industry was compiled. The wastewater generation rate, from CARB (2007) and Timm (1985), was determined to be 35 gallons per barrel of finished product. An average COD value in the wastewater was estimated at 0.45 kg/m³ (Benyahia et al. 2006).

The equation used to calculate $CH_4$ generation at petroleum refining wastewater treatment systems is presented below:

$$\text{Methane} = \text{Flow} \times \text{COD} \times B_o \times \text{MCF}$$

BLM_0047216

where,

| | |
|---|---|
| Flow | = Annual flow treated through anaerobic treatment system ($m^3$/year) |
| COD | = COD loading in wastewater entering anaerobic treatment system ($kg/m^3$) |
| $B_o$ | = maximum methane producing potential of industrial wastewater (default value of 0.25 $kg\ CH_4$ /kg COD) |
| MCF | = methane conversion factor (0.3) |

A time series of $CH_4$ emissions for 1990 through 2010 was developed based on production data from the Energy Information Association (EIA 2011).

## Domestic Wastewater $N_2O$ Emission Estimates

$N_2O$ emissions from domestic wastewater (wastewater treatment) were estimated using the IPCC (2006) methodology, including calculations that take into account N removal with sewage sludge, non-consumption and industrial/commercial wastewater N, and emissions from advanced centralized wastewater treatment plants:

- In the United States, a certain amount of N is removed with sewage sludge, which is applied to land, incinerated, or landfilled ($N_{SLUDGE}$). The N disposal into aquatic environments is reduced to account for the sewage sludge application.

- The IPCC methodology uses annual, per capita protein consumption (kg protein/[person-year]). For this inventory, the amount of protein available to be consumed is estimated based on per capita annual food availability data and its protein content, and then adjusts that data using a factor to account for the fraction of protein actually consumed.

- Small amounts of gaseous nitrogen oxides are formed as byproducts in the conversion of nitrate to N gas in anoxic biological treatment systems. Approximately 7 g $N_2O$ is generated per capita per year if wastewater treatment includes intentional nitrification and denitrification (Scheehle and Doorn 2001). Analysis of the 2004 CWNS shows that plants with denitrification as one of their unit operations serve a population of 2.4 million people. Based on an emission factor of 7 g per capita per year, approximately 21.2 metric tons of additional $N_2O$ may have been emitted via denitrification in 2004. Similar analyses were completed for each year in the Inventory using data from CWNS on the amount of wastewater in centralized systems treated in denitrification units. Plants without intentional nitrification/denitrification are assumed to generate 3.2 g $N_2O$ per capita per year.

$N_2O$ emissions from domestic wastewater were estimated using the following methodology:

$$N_2O_{TOTAL} = N_2O_{PLANT} + N_2O_{EFFLUENT}$$

$$N_2O_{PLANT} = N_2O_{NIT/DENIT} + N_2O_{WOUT\ NIT/DENIT}$$

$$N_2O_{NIT/DENIT} = [(US_{POPND}) \times EF_2 \times F_{IND\text{-}COM}] \times 1/10^9$$

$$N_2O_{WOUT\ NIT/DENIT} = \{[(US_{POP} \times WWTP) - US_{POPND}] \times F_{IND\text{-}COM} \times EF_1\} \times 1/10^9$$

$$N_2O_{EFFLUENT} = \{[(((US_{POP} \times WWTP) - (0.9 \times US_{POPND})) \times Protein \times F_{NPR} \times F_{NON\text{-}CON} \times F_{IND\text{-}COM}) - N_{SLUDGE}] \times EF_3 \times 44/28\} \times 1/10^6$$

where,

| | |
|---|---|
| $N_2O_{TOTAL}$ | = Annual emissions of $N_2O$ (Gg) |
| $N_2O_{PLANT}$ | = $N_2O$ emissions from centralized wastewater treatment plants (Gg) |
| $N_2O_{NIT/DENIT}$ | = $N_2O$ emissions from centralized wastewater treatment plants with nitrification/denitrification (Gg) |
| $N_2O_{WOUT\ NIT/DENIT}$ | = $N_2O$ emissions from centralized wastewater treatment plants without nitrification/denitrification (Gg) |
| $N_2O_{EFFLUENT}$ | = $N_2O$ emissions from wastewater effluent discharged to aquatic environments (Gg) |
| $US_{POP}$ | = U.S. population |
| $US_{POPND}$ | = U.S. population that is served by biological denitrification (from CWNS) |
| WWTP | = Fraction of population using WWTP (as opposed to septic systems) |

BLM_0047217

| | | |
|---|---|---|
| $EF_1$ | = | Emission factor (3.2 g $N_2O$/person-year) – plant with no intentional denitrification |
| $EF_2$ | = | Emission factor (7 g $N_2O$/person-year) – plant with intentional denitrification |
| Protein | = | Annual per capita protein consumption (kg/person/year) |
| $F_{NPR}$ | = | Fraction of N in protein, default = 0.16 (kg N/kg protein) |
| $F_{NON-CON}$ | = | Factor for non-consumed protein added to wastewater (1.4) |
| $F_{IND-COM}$ | = | Factor for industrial and commercial co-discharged protein into the sewer system (1.25) |
| $N_{SLUDGE}$ | = | N removed with sludge, kg N/yr |
| $EF_3$ | = | Emission factor (0.005 kg $N_2O$ -N/kg sewage-N produced) – from effluent |
| 0.9 | = | Amount of nitrogen removed by denitrification systems (EPA 2008) |
| 44/28 | = | Molecular weight ratio of $N_2O$ to $N_2$ |

U.S. population data were taken from the U.S. Census Bureau International Database (U.S. Census 2011) and include the populations of the United States, American Samoa, Guam, Northern Mariana Islands, Puerto Rico, and the Virgin Islands. The fraction of the U.S. population using wastewater treatment plants is based on data from the 1989, 1991, 1993, 1995, 1997, 1999, 2001, 2003, 2005, 2007, and 2009 American Housing Survey (U.S. Census 2009). Data for intervening years were obtained by linear interpolation. The emission factor ($EF_1$) used to estimate emissions from wastewater treatment for plants without intentional denitrification was taken from IPCC (2006), while the emission factor ($EF_2$) used to estimate emissions from wastewater treatment for plants with intentional denitrification was taken from Scheehle and Doorn (2001). Data on annual per capita protein intake were provided by U.S. Department of Agriculture Economic Research Service (USDA 2009). Protein consumption data for 2005 through 2010 were extrapolated from data for 1990 through 2004. Table 8-14 presents the data for U.S. population and average protein intake. An emission factor to estimate emissions from effluent ($EF_3$) has not been specifically estimated for the United States, thus the default IPCC value (0.005 kg $N_2O$-N/kg sewage-N produced) was applied. The fraction of N in protein (0.16 kg N/kg protein) was also obtained from IPCC (2006). The factor for non-consumed protein and the factor for industrial and commercial co-discharged protein were obtained from IPCC (2006). Sludge generation was obtained from EPA (1999) for 1988, 1996, and 1998 and from Beecher et al. (2007) for 2004. Intervening years were interpolated, and estimates for 2005 through 2009 were forecasted from the rest of the time series. An estimate for the N removed as sludge ($N_{SLUDGE}$) was obtained by determining the amount of sludge disposed by incineration, by land application (agriculture or other), through surface disposal, in landfills, or through ocean dumping. In 2010, 274 Gg N was removed with sludge.

Table 8-14:  U.S. Population (Millions), Available Protein (kg/person-year), and Protein Consumed (kg/person-year)

| Year | Population | Available Protein | Protein Consumed |
|---|---|---|---|
| 1990 | 253 | 38.7 | 29.6 |
| | | | |
| 2005 | 300 | 41.7 | 32.0 |
| 2006 | 303 | 41.9 | 32.2 |
| 2007 | 306 | 42.1 | 32.3 |
| 2008 | 309 | 42.2 | 32.4 |
| 2009 | 311 | 42.4 | 32.5 |
| 2010 | 313 | 42.6 | 32.7 |

Source: U.S. Census Bureau 2011, USDA 2009.

BLM_0047218

## Uncertainty and Time-Series Consistency

The overall uncertainty associated with both the 2010 $CH_4$ and $N_2O$ emission estimates from wastewater treatment and discharge was calculated using the IPCC Good Practice Guidance Tier 2 methodology (2000). Uncertainty associated with the parameters used to estimate $CH_4$ emissions include that of numerous input variables used to model emissions from domestic wastewater, and wastewater from pulp and paper manufacture, meat and poultry processing, fruits and vegetable processing, ethanol production, and petroleum refining. Uncertainty associated with the parameters used to estimate $N_2O$ emissions include that of sewage sludge disposal, total U.S. population, average protein consumed per person, fraction of N in protein, non-consumption nitrogen factor, emission factors per capita and per mass of sewage-N, and for the percentage of total population using centralized wastewater treatment plants.

The results of this Tier 2 quantitative uncertainty analysis are summarized in Table 8-15. Methane emissions from wastewater treatment were estimated to be between 12.3 and 21.5 Tg $CO_2$ Eq. at the 95 percent confidence level (or in 19 out of 20 Monte Carlo Stochastic Simulations). This indicates a range of approximately 25 percent below to 31 percent above the 2010 emissions estimate of 16.3 Tg $CO_2$ Eq. $N_2O$ emissions from wastewater treatment were estimated to be between 1.2 and 10.1 Tg $CO_2$ Eq., which indicates a range of approximately 77 percent below to 99 percent above the 2010 emissions estimate of 5.0 Tg $CO_2$ Eq.

Table 8-15: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Wastewater Treatment (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg CO2 Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
| | | | (Tg CO2 Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| **Wastewater Treatment** | **$CH_4$** | **16.3** | **12.3** | **21.5** | **-25%** | **+31%** |
| Domestic | $CH_4$ | 7.8 | 5.8 | 9.9 | -26% | +28% |
| Industrial | $CH_4$ | 8.6 | 5.1 | 13.3 | -41% | +54% |
| **Wastewater Treatment** | **$N_2O$** | **5.0** | **1.2** | **10.1** | **-77%** | **+99%** |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

A QA/QC analysis was performed on activity data, documentation, and emission calculations. This effort included a Tier 1 analysis, including the following checks:

- Checked for transcription errors in data input;
- Ensured references were specified for all activity data used in the calculations;
- Checked a sample of each emission calculation used for the source category;
- Checked that parameter and emission units were correctly recorded and that appropriate conversion factors were used;
- Checked for temporal consistency in time series input data for each portion of the source category;
- Confirmed that estimates were calculated and reported for all portions of the source category and for all years;
- Investigated data gaps that affected emissions estimates trends; and
- Compared estimates to previous estimates to identify significant changes.

All transcription errors identified were corrected. The QA/QC analysis did not reveal any systemic inaccuracies or incorrect input values.

BLM_0047219

## Recalculations Discussion

For domestic wastewater $CH_4$ calculations, the emission estimations were updated for septic systems using new research from WERF (Leverenz et al. 2010). Previously, the septic equation used MCF and BOD produced (Gg/yr) along with percent of wastewater treated and $B_o$ to estimate emissions. In the current Inventory, that calculation was updated with a new emission factor of 10.7 g $CH_4$/capita/day, which uses population along with percent of wastewater treated and $B_o$ for estimating emissions. This recalculation caused changes from the 1990 through 2009 Inventory for all years. Other minor updates in input data such as population and production resulted in slight changes in the later years of the Inventory.

For domestic wastewater $N_2O$ calculations, an update was made to the $N_2O_{EFFLUENT}$ equation to make it more accurately reflect emissions. U.S. population is now multiplied by the fraction of the population not using septic systems for wastewater treatment. In addition, the factor for industrial and commercial co-discharged protein was previously left out of the calculations. This error was fixed in the current Inventory. These updates caused changes from the 1990 through 2010 Inventory for all years. Other minor updates in input data such as population resulted in slight changes in the later years of the Inventory.

## Planned Improvements

The methodology to estimate $CH_4$ emissions from domestic wastewater treatment currently utilizes estimates for the percentage of centrally treated wastewater that is treated by aerobic systems and anaerobic systems. These data come from the 1992, 1996, 2000, and 2004 CWNS. The question of whether activity data for wastewater treatment systems are sufficient across the time series to further differentiate aerobic systems with the potential to generate small amounts of $CH_4$ (aerobic lagoons) versus other types of aerobic systems, and to differentiate between anaerobic systems to allow for the use of different MCFs for different types of anaerobic treatment systems, continues to be explored. Recently available CWNS data for 2008 were evaluated for incorporation into the inventory, but due to significant changes in format, this dataset is not sufficiently detailed for inventory calculations. However, additional information and other data continue to be evaluated to update future years of the Inventory.

For industrial wastewater emissions, data recently collected by EPA's Office of Air for pulp and paper mills and petroleum refineries will be evaluated to determine if sufficient information is available to update the estimates of wastewater generated per unit of production and the percent of industry wastewater treated anaerobically in these industries (%TA). Initial evaluations of EPA's Office of Air data for pulp and paper manufacturing indicate there is sufficient information to update emission estimates in the next inventory year. Data collected under the EPA's GHGRP will also be investigated for updating this variable. Data collection from industrial wastewater treatment is expected to occur in 2012. In examining data from EPA's GHGRP that would be useful to improve the emission estimates for the industrial wastewater category, particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all inventory years as reported in this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon[237].

Currently, it is assumed that all aerobic wastewater treatment systems are well managed and produce no $CH_4$ and that all anaerobic systems have an MCF of 0.8. Efforts to obtain better data reflecting emissions from various types of municipal treatment systems are currently being pursued.

With respect to estimating $N_2O$ emissions, the default emission factors for indirect $N_2O$ from wastewater effluent and direct $N_2O$ from centralized wastewater treatment facilities have a high uncertainty. Research is being conducted by WERF to measure $N_2O$ emissions from municipal treatment systems. In addition, a literature review has been conducted focused on $N_2O$ emissions from wastewater treatment to determine the state of such research and identify data to develop a country-specific $N_2O$ emission factor or alternate emission factor or method. Such data will continue to be reviewed as they are available to determine if a country-specific $N_2O$ emission factor can or should be developed, or if alternate emission factors should be used.

For the current Inventory, the use of new measurement data from WERF to develop U.S.-specific emission factors for $N_2O$ and $CH_4$ emissions from septic systems was investigated. The data available to develop an emission factor for $CH_4$ was determined to be of sufficient quality and was incorporated into the inventory emissions calculation.

---

[237] See: http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf.

BLM_0047220

Due to the high uncertainty of the measurements for $N_2O$ from septic systems, estimates of $N_2O$ emissions were not included in the current Inventory. Appropriate emission factors for septic system $N_2O$ emissions will continue to be investigated as the data collected by WERF indicate that septic soil systems are a source of $N_2O$ emissions.

In addition, the estimate of N entering municipal treatment systems is under review. The factor that accounts for non-sewage N in wastewater (bath, laundry, kitchen, industrial components) also has a high uncertainty. Obtaining data on the changes in average influent N concentrations to centralized treatment systems over the time series would improve the estimate of total N entering the system, which would reduce or eliminate the need for other factors for non-consumed protein or industrial flow. The dataset previously provided by the National Association of Clean Water Agencies (NACWA) was reviewed to determine if it was representative of the larger population of centralized treatment plants for potential inclusion into the inventory. However, this limited dataset was not representative of the number of systems by state or the service populations served in the United States, and therefore could not be incorporated into the inventory methodology. Additional data sources will continue to be researched with the goal of improving the uncertainty of the estimate of N entering municipal treatment systems.

The value used for N content of sludge continues to be investigated. This value is driving the $N_2O$ emissions for wastewater and is static over the time series. To date, new data has not been identified that would be able to establish a time series for this value.

A review of other industrial wastewater treatment sources for those industries believed to discharge significant loads of BOD and COD has been ongoing. Food processing industries have the highest potential for $CH_4$ generation due to the waste characteristics generated, and the greater likelihood to treat the wastes anaerobically. However, in all cases there is dated information available on U.S. treatment operations for these industries. Previously, both the organic chemicals and the seafood processing industry were investigated to estimate their potential to generate $CH_4$. Despite the lack of current data, emissions were estimated for both sectors. The organic chemicals industry was estimated to emit 15 Gg/year of $CH_4$, and seafood processing was estimated to emit 3.0-3.5 Gg/year. Due to the insignificant amount of $CH_4$ estimated to be emitted and the lack of reliable, up-to-date data, these industries were not selected for inclusion in the industry. Other industries will be reviewed as necessary for inclusion in future years of the Inventory using EPA's Permit Compliance System and Toxics Release inventory. In addition, information from EPA's GHGRP will be used to determine likely candidates for inclusion. As such, sugar processing (beet and cane sugar), beverage (wineries, distilleries, breweries, soft drinks), and dairy (including cheese making) industries have been identified for possible consideration in the future.

## 8.3.  Composting (IPCC Source Category 6D)

Composting of organic waste, such as food waste, garden (yard) and park waste, and sludge, is common in the United States. Advantages of composting include reduced volume in the waste material, stabilization of the waste, and destruction of pathogens in the waste material. The end products of composting, depending on its quality, can be recycled as fertilizer and soil amendment, or be disposed in a landfill.

Composting is an aerobic process and a large fraction of the degradable organic carbon in the waste material is converted into carbon dioxide ($CO_2$). Methane ($CH_4$) is formed in anaerobic sections of the compost, but it is oxidized to a large extent in the aerobic sections of the compost. Anaerobic sections are created in composting piles when there is excessive moisture or inadequate aeration (or mixing) of the compost pile. The estimated $CH_4$ released into the atmosphere ranges from less than 1 percent to a few percent of the initial C content in the material (IPCC 2006). Depending on the N content of the feedstock and how well the compost pile is managed, nitrous oxide ($N_2O$) emissions can be produced. The sources of $N_2O$ formation are complicated, but are mainly associated with anaerobic conditions, ranging from less than 0.5 percent to 5 percent of the initial nitrogen content of the material (IPCC 2006). Animal manures are typically expected to generate more $N_2O$ than, for example, yard waste, however data are limited.

From 1990 to 2010, the amount of material composted in the United States has increased from 3,810 Gg to 18,763 Gg, an increase of approximately 392 percent. From 2000 to 2010, the amount of material composted in the United States has increased by approximately 26 percent. Emissions of $CH_4$ and $N_2O$ from composting have increased by the same percentage (see Table 8-16 and Table 8-17). In 2010, $CH_4$ emissions from composting were 1.6 Tg $CO_2$ Eq. (75 Gg), and $N_2O$ emissions from composting were 1.7 Tg $CO_2$ Eq. (5.6 Gg). The wastes that are composted include primarily yard trimmings (grass, leaves, and tree and brush trimmings) and food scraps from residences and commercial establishments (such as grocery stores, restaurants, and school and factory cafeterias). The composting

BLM_0047221

waste quantities reported here do not include backyard composting. The growth in composting since the 1990s is attributable to primarily two factors: (1) steady growth in population and residential housing, and (2) the enactment of legislation by state and local governments that discouraged the disposal of yard trimmings in landfills. In 1992, 11 states and the District of Columbia had legislation in effect that banned or discouraged disposal of yard trimmings in landfills. Currently, 23 states and the District of Columbia, representing about 50 percent of the nation's population, have enacted such legislation (EPA 2010). The total amount of waste composted has decreased slightly since 2008, by approximately 6 percent.

Table 8-16: $CH_4$ and $N_2O$ Emissions from Composting (Tg $CO_2$ Eq.)

| Activity | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|----------|------|--|------|------|------|------|------|------|
| $CH_4$ | 0.3 | | 1.6 | 1.6 | 1.7 | 1.7 | 1.6 | 1.6 |
| $N_2O$ | 0.4 | | 1.7 | 1.8 | 1.8 | 1.9 | 1.8 | 1.7 |
| Total | 0.7 | | 3.3 | 3.3 | 3.5 | 3.5 | 3.3 | 3.3 |

Table 8-17: $CH_4$ and $N_2O$ Emissions from Composting (Gg)

| Activity | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|----------|------|--|------|------|------|------|------|------|
| $CH_4$ | 15 | | 75 | 75 | 79 | 80 | 75 | 75 |
| $N_2O$ | 1 | | 6 | 6 | 6 | 6 | 6 | 6 |

## Methodology

Methane and $N_2O$ emissions from composting depend on factors such as the type of waste composted, the amount and type of supporting material (such as wood chips and peat) used, temperature, moisture content and aeration during the process.

The emissions shown in Table 8-16 and Table 8-17 were estimated using the IPCC default (Tier 1) methodology (IPCC 2006), which is the product of an emission factor and the mass of organic waste composted (note: no $CH_4$ recovery is expected to occur at composting operations):

$$E_i = M \times EF_i$$

where,

| | |
|---|---|
| $E_i$ | = $CH_4$ or $N_2O$ emissions from composting, Gg $CH_4$ or $N_2O$, |
| M | = mass of organic waste composted in Gg, |
| $EF_i$ | = emission factor for composting, 4 g $CH_4$/kg of waste treated (wet basis) and 0.3 g $N_2O$/kg of waste treated (wet basis), and |
| i | = designates either $CH_4$ or $N_2O$. |

Estimates of the quantity of waste composted (M) are presented in Table 8-18. Estimates of the quantity composted for 1990 and 1995 were taken from the *Characterization of Municipal Solid Waste in the United States: 1996 Update* (Franklin Associates 1997); estimates of the quantity composted for 2000, 2005, 2006, 2007, 2008, and 2009 were taken from EPA's *Municipal Solid Waste In The United States: 2009 Facts and Figures* (EPA 2010); estimates of the quantity composted for 2010 were calculated using the 2009 quantity composted and a ratio of the U.S. population in 2009 and 2010 (U.S. Census Bureau 2011).

Table 8-18: U.S. Waste Composted (Gg)

| Activity | 1990 | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|----------|------|--|------|------|------|------|------|------|
| Waste Composted | 3,810 | | 18,643 | 18,852 | 19,695 | 20,049 | 18,870 | 18,763 |

Source: Franklin Associates 1997 and EPA 2009.

BLM_0047222

## Uncertainty and Time-Series Consistency

The estimated uncertainty from the 2006 IPCC Guidelines is ±50 percent for the Tier 1 methodology. Emissions from composting in 2010 were estimated to be between 1.7 and 5.0 Tg $CO_2$ Eq., which indicates a range of 50 percent below to 50 percent above the actual 2010 emission estimate of 3.3 Tg $CO_2$ Eq. (see Table 8-19).

Table 8-19 :  Tier 1 Quantitative Uncertainty Estimates for Emissions from Composting (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2010 Emission Estimate (Tg CO2 Eq.) | Uncertainty Range Relative to Emission Estimate | | | |
|---|---|---|---|---|---|---|
| | | | (Tg CO2 Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Composting | $CH_4$, $N_2O$ | 3.3 | 1.7 | 5.0 | -50% | +50% |

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Planned Improvements

For future Inventories, additional efforts will be made to improve the estimates of $CH_4$ and $N_2O$ emissions from composting. For example, a literature search may be conducted to determine if emission factors specific to various composting systems and composted materials are available.

## 8.4.   Waste Sources of Indirect Greenhouse Gases

In addition to the main greenhouse gases addressed above, waste generating and handling processes are also sources of indirect greenhouse gas emissions. Total emissions of $NO_x$, CO, and NMVOCs from waste sources for the years 1990 through 2010 are provided in Table 8-20.

Table 8-20:  Emissions of $NO_x$, CO, and NMVOC from Waste (Gg)

| Gas/Source | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **$NO_x$** | + | 2 | 2 | 2 | 2 | 2 | 2 |
| Landfills | + | 2 | 2 | 2 | 2 | 2 | 2 |
| Wastewater Treatment | + | + | + | + | + | + | + |
| Miscellaneous[a] | + | 0 | 0 | 0 | 0 | 0 | 0 |
| **CO** | 1 | 7 | 7 | 7 | 7 | 7 | 7 |
| Landfills | 1 | 6 | 6 | 6 | 6 | 6 | 6 |
| Wastewater Treatment | + | + | + | + | + | + | + |
| Miscellaneous[a] | + | + | + | + | + | + | + |
| **NMVOCs** | 673 | 114 | 113 | 111 | 109 | 76 | 76 |
| Wastewater Treatment | 57 | 49 | 49 | 48 | 47 | 33 | 33 |
| Miscellaneous[a] | 557 | 43 | 43 | 42 | 41 | 29 | 29 |
| Landfills | 58 | 22 | 21 | 21 | 21 | 14 | 14 |

[a] Miscellaneous includes TSDFs (Treatment, Storage, and Disposal Facilities under the Resource Conservation and Recovery Act [42 U.S.C. § 6924, SWDA § 3004]) and other waste categories.
Note:  Totals may not sum due to independent rounding.
+ Does not exceed 0.5 Gg.

## Methodology

Due to the lack of data available at the time of publication, emission estimates for 2010 rely on 2009 data as a proxy. Emission estimates for 2009 were obtained from preliminary data (EPA 2010, EPA 2009), and disaggregated based on EPA (2003), which, in its final iteration, will be published on the National Emission Inventory (NEI) Air Pollutant Emission Trends web site. Emission estimates of these gases were provided by sector, using a "top down"

BLM_0047223

estimating procedure—emissions were calculated either for individual sources or for many sources combined, using basic activity data (e.g., the amount of raw material processed) as an indicator of emissions. National activity data were collected for individual source categories from various agencies. Depending on the source category, these basic activity data may include data on production, fuel deliveries, raw material processed, etc.

## Uncertainty and Time-Series Consistency

No quantitative estimates of uncertainty were calculated for this source category. Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010.

BLM_0047224

BLM_0047225



Figure 8-1:  2010 Waste Chapter Greenhouse Gas Sources

BLM_0047226

# 9.    Other

The United States does not report any greenhouse gas emissions under the Intergovernmental Panel on Climate Change (IPCC) "Other" sector.

BLM_0047227

BLM_0047228

# 10.     Recalculations and Improvements

Each year, emission and sink estimates are recalculated and revised for all years in the Inventory of U.S. Greenhouse Gas Emissions and Sinks, as attempts are made to improve both the analyses themselves, through the use of better methods or data, and the overall usefulness of the report. In this effort, the United States follows the 2006 IPCC Guidelines (IPCC 2006), which states, "Both methodological changes and refinements over time are an essential part of improving inventory quality. It is *good practice* to change or refine methods" when: available data have changed; the previously used method is not consistent with the IPCC guidelines for that category; a category has become key; the previously used method is insufficient to reflect mitigation activities in a transparent manner; the capacity for inventory preparation has increased; new inventory methods become available; and for correction of errors."

The results of all methodological changes and historical data updates are presented in this section; detailed descriptions of each recalculation are contained within each source's description found in this report, if applicable. Table 10-1 summarizes the quantitative effect of these changes on U.S. greenhouse gas emissions and sinks and Table 10-2 summarizes the quantitative effect on annual net $CO_2$ fluxes, both relative to the previously published U.S. Inventory (i.e., the 1990 through 2009 report). These tables present the magnitude of these changes in units of teragrams of carbon dioxide equivalent (Tg $CO_2$ Eq.).

The Recalculations Discussion section of each source presents the details of each recalculation. In general, when methodological changes have been implemented, the entire time series (i.e., 1990 through 2009) has been recalculated to reflect the change, per IPCC (2006). Changes in historical data are generally the result of changes in statistical data supplied by other agencies.

The following emission sources and sinks, which are listed in descending order of absolute average annual change in emissions or sequestration between 1990 and 2009, underwent some of the most important methodological and historical data changes. A brief summary of the recalculations and/or improvements undertaken is provided for each source.

- *Forest Land Remaining Forest Land (CH$_4$ & N$_2$O emissions, CO$_2$ sink).* There were five changes in the current Inventory affected the national stock and change estimates for forest ecosystems. The basic models used to estimate HWP C stocks and change are unchanged from the previous Inventory. Adopting the method of Woodall et al. (2011a) for both live and standing dead trees affected these two pools in somewhat different ways. First, live tree C stocks are lower because the new method estimates lower biomass for most trees. However, the relative effect on net annual stock change was minimal and varied from state to state. Second, the change from modeled estimates of standing dead to the tree-based estimates (Woodall et al. 2011a, Domke et al. 2011, Woodall et al. In Press) also resulted in lower estimates of stocks, yet the newer stock-change estimates included greater sequestration throughout the 21-year interval. The remaining three changes to the Inventory originate as modifications in the forest inventory data, specifically the FIADB. A number of Sothern states revised some previously-existing inventories from the late 1990s and early 2000s. From this, stock and stock-change estimates varied slightly for seven states over the mid-part of the 1990 through 2010 interval. In some cases, C stocks increased while in others they decreased. The net effect is a slight increase in sequestration as estimated for the late 1990s and early 2000s. The fourth change is the addition of the periodic data for Alaska timberlands so that a stock-change estimate is now included for a large part of coastal Alaska. The net effect on the national totals is a slight increase in sequestration applied throughout the interval. Finally, forest area, and thus C stock, estimates were revised upward for central and western portions of Oklahoma and Texas since the previous Inventory report. These changes only affect stocks and not change because those forest lands are based on single current surveys only.

The changes in estimation procedures for live and standing dead trees affected estimates of uncertainty. The CRM method, which is largely a function of tree volume, appears to reduce levels of individual-tree error for both live and standing dead trees. In addition, empirical (i.e., field-based measurements of individual trees) estimates of standing dead trees have replaced a stand-level model, which should further reduce error. Additional information regarding error associated with the volume and CRM models remains limited and is an active area of ongoing research (e.g., FIA National Volume/Biomass Study).

For the current Inventory, non-$CO_2$ emissions were calculated using the 2006 IPCC default emission factors for $CH_4$ and $N_2O$ instead of the 2003 IPCC default emission factors. These default emission factors were converted

BLM_0047229

to $CH_4$ to $CO_2$ and $N_2O$ to $CO_2$ emission ratios and then multiplied by $CO_2$ emissions to estimate $CH_4$ and $N_2O$ emissions. The previous 2003 IPCC methodology provides emission ratios that are multiplied by total C emitted.

The National Association of State Foresters (NASF) releases data on land under wildland protection every several years. In 2011, NASF released these data for the year 2008, which affected the ratio of forest land to land under wildland protection for the years 2007 through 2009. For each of these three years, the updated ratio decreased the forest area burned estimates for the lower forty-eight states by around 15 percent. See the explanation in Annex 3.12 for more details on how the forestland to land under wildland protection ratio is used to calculate forest fire emissions.

In previous Inventory reports, the methodology has assumed that the C density of forest areas burned in wild and prescribed fires does not vary between years. This assumption has been in contrast to the forest C stock estimates, which are updated annually for all years based on data from the USDA Forest Service. The methodology adopted for the current Inventory improves the C density factors by incorporating dynamic C density values based on the annual C pool data provided by the USDA Forest Service for the years 1990 to 2010. As a result of this update, estimates of $CO_2$ and non-$CO_2$ emissions from wild and prescribed fires decreased by between 20 and 30 percent as compared to the estimates included in the previous Inventory. This decrease occurred because the dynamic C density values calculated were 20 to30 percent lower (depending on the year) than the C density values previously used for the methodology. For more information on how C density contributes to estimates of emissions from forest fires, see Annex 3.12.

In total, these changes resulted in a decrease in $CH_4$ and $N_2O$ emissions from forest land remaining forest land across the entire time series, with an average annual decrease of 1.8 Tg $CO_2$ Eq. (20.1 percent) for $CH_4$ and 1.4 Tg $CO_2$ Eq. (19.2 percent) for $N_2O$. These changes also resulted in an increase in C sequestration across the time series, with an average annual increase of 44.9 Tg $CO_2$ Eq. (8.1 percent).

- *Wastewater Treatment ($CH_4$ & $N_2O$).* For domestic wastewater $CH_4$ calculations, the emission estimations were updated for septic systems using new research from WERF (Leverenz et al. 2010). Previously, the septic equation used MCF and BOD produced (Gg/yr) along with percent of wastewater treated and Bo to estimate emissions. In the current Inventory, that calculation was updated with a new emission factor of 10.7 g $CH_4$/capita/day, which uses population along with percent of wastewater treated and Bo for estimating emissions. This recalculation caused changes relative to the previous Inventory for all years. Other minor updates in input data such as population and production resulted in slight changes in the later years of the Inventory.

  For domestic wastewater $N_2O$ calculations, an update was made to the $N_2O_{EFFLUENT}$ equation to make it more accurately reflect emissions. U.S. population is now multiplied by the fraction of the population not using septic systems for wastewater treatment. In addition, the factor for industrial and commercial co-discharged protein was previously left out of the calculations. This error was fixed in the current Inventory. These updates caused changes relative to the previous Inventory for all years. Other minor updates in input data such as population resulted in slight changes in the later years of the Inventory.

  In total, these changes resulted in an average annual decrease of 7.9 Tg $CO_2$ Eq. (32.0 percent) in $CH_4$ emissions and 0.2 Tg $CO_2$ Eq. (3.8 percent) in $N_2O$ emissions from wastewater treatment for the period 1990 through 2009.

- *Enteric Fermentation ($CH_4$).* There were several modifications to the Enteric Fermentation methodology relative to the previous Inventory that had an effect on emission estimates, including the following:

  Emissions from bulls were estimated using Tier 2 methodology. This resulted in an increase of emissions from bulls by an average of approximately 79 percent per year compared to the previous Inventory estimates which used a Tier 1 methodology, such that bulls represent 3.4 percent of total enteric fermentation emissions from cattle. Revisions to the DE values for foraging cattle diets were applied to 1990 through 2010, resulting in an average change of less than 0.1 percent for foraging beef cattle emissions estimates for 1990 through 2006 and an average increase of 0.4 percent for 2007 through 2009. During the QA/QC process, it was realized that the one data point from 1988 (total births) had been revised by USDA since its original download. Therefore, the data point was corrected from 39,318.0 to 39,317.9 thousand births. This is a very minor change, but it is noted in detail specifically because it affects 1990 base year emissions by trickling through the transition matrix in the growing populations for 1989 and 1990. The equations used to distribute end-of-year remaining populations for

BLM_0047230

feedlot cattle to the individual state populations were updated so that the population proportions reflect the current year rather than the following year populations. This did not affect total populations, but there were minor changes to the populations by state for feedlot cattle for all years.

Previously, American bison and mules, burros, and donkeys were excluded from this source category. Emission estimates are now included for these animal types for all years, and contribute an average of 0.2 percent of total emissions from enteric fermentation across the time series.

The USDA published revised estimates in several categories that affected historical emissions estimated for cattle, including slight revisions in 2009 cattle on feed population estimates for "other states" (aggregated data for states with small populations of cattle on feed), dairy cow milk production for several states, and steer and heifer placement and slaughter statistics. Additionally, calf births were revised for both the 2008 and 2009 estimates. These changes had an insignificant impact on the overall results.

There were additional population changes for goats from 2003 through 2006, sheep for 2004, 2006, and 2009, and swine in 2009, as discussed in the recalculations discussion for manure management. Historical emission estimates for goats increased an average of 12.1 percent per year compared to the previous emission estimates for the years mentioned above. All other population changes resulted in a decrease in emissions of less than 1 percent for the animal type and year noted. As a result of all these changes, overall $CH_4$ emissions from enteric fermentation increased an average of 2.3 Tg $CO_2$ Eq. (1.7 percent) per year for 1990 through 2009.

- *Agricultural Soil Management (N$_2$O).* County-level animal populations were updated relative to the previous Inventory report based on 2007 USDA Census of Agriculture data (USDA 2007), which changed the animal population estimates for 2002 through 2009. The N excretion values for cattle changed for 1990 through 2009. Waste management system (WMS) distributions for dairy and swine were updated based on Census of Agriculture farm size data (USDA 2007). These changes created an average annual increase of 2.0 Tg $CO_2$ Eq. (1.0 percent) from agricultural soil management from 1990 through 2009.

- *Stationary Combustion (CH$_4$ and N$_2$O).* Historical $CH_4$ and $N_2O$ emissions from stationary sources (excluding $CO_2$) were revised due to a few of changes, impacting the entire time series, relative to the previous Inventory. Slight changes to emission estimates for sectors are due to revised data from EIA (2011). Wood consumption data in EIA (2011) were revised for the residential, commercial, electric power, and industrial sectors from 1990 to 2009. Additionally, a Tier 2 emission estimation methodology was applied to estimate emissions from the electric power sector across the entire time series. This primarily impacted $N_2O$ emission estimates, as the number of coal fluidized bed boilers increased significantly from 2000 through 2005. The combination of the methodological and historical data changes resulted in an average annual increase of less than 0.1 Tg $CO_2$ Eq. (0.5 percent) in $CH_4$ emissions from stationary combustion and an average annual increase of 1.9 Tg $CO_2$ Eq. (13.7 percent) in $N_2O$ emissions from stationary combustion for the period 1990 through 2009.

- *Substitution of Ozone Depleting Substances (HFCs).* A review of the window units and residential unitary air conditioning end-uses led to minor revisions in the assumed transition scenarios. Overall, these changes to the Vintaging Model had negligible effects on estimates of greenhouse gas emissions across the time series. An update to the retail food refrigeration end-uses resulted in the replacement of the medium retail food end-use with small condensing units and large condensing units. In addition, updates were made to the charge sizes, leak rates, and equipment transitions for each end-use. These changes to the Vintaging Model had a significant impact on the estimates of greenhouse gas emissions for the retail food refrigeration sector. In total, changes resulted in an average annual increase of 1.8 Tg $CO_2$ Eq. (0.1 percent) in HFC emissions.

- *Electrical Transmission and Distribution (SF$_6$).* In the current Inventory, $SF_6$ emission estimates for the period 1990 through 2009 were updated relative to the previous report based on 1) new data from EPA's $SF_6$ Emission Reduction Partnership; 2) revisions to interpolated and extrapolated non-reported Partner data; and 3) a correction made to 1999 through 2001 reported emissions data for a Partner. Correcting the reported emissions not only directly impacted overall emissions for 1999 through 2001, but also impacted the regression coefficient used to estimate emissions for non-Partners, which is based on the relationship between transmission miles and emissions for Partners that reported emissions in 1999. Specifically, the regression coefficient for utilities with fewer than 10,000 transmission miles decreased from 1.001 kg of emissions per transmission mile to 0.89 kg of emissions per transmission mile. Based on the revisions listed above, $SF_6$ emissions from electrical transmission and distribution decreased between 6 and 9 percent for each year from 1990 through 2009 relative to the previous report. Based on the revisions listed above, $SF_6$ emissions from electrical transmission and

BLM_0047231

distribution decreased between 6 and 9 percent for each year from 1990 through 2009, with an average decrease of 1.3 Tg $CO_2$ Eq. (6.8 percent).

- *Non-Energy Uses of Fossil Fuels ($CO_2$).* Relative to the previous Inventory, emissions from non-energy uses (NEU) of fossil fuels decreased by an average of 1.2 Tg $CO_2$ Eq. (0.7 percent) across the entire time series. Two competing changes contributed to these recalculations. The larger of the two changes was a decrease in emissions caused by a change in petrochemical input data reported by the Energy Information Administration (EIA) in its Monthly Energy Review. In particular, a decline in EIA's estimate of petroleum coke consumed for non-energy purposes across the time series explains the majority of the decrease. The smaller of the two changes was an increase in emissions caused by EIA's revision of its methodology for calculating LPG consumed for non-energy uses in consultation with EPA. These estimates had previously been based on the assumption that the portion of LPG used for NEU remained constant at its 2004 level for the rest of the time series. For the current Inventory, EIA instead retrieved data describing the portion of LPG in NEU from Petroleum Supply Annual for the entire 1990 through 2010 time series and revised the previous assumption accordingly. Because 2004 was an uncharacteristically low year for non-energy consumption of LPG, this revision resulted in an overall increase in estimates of LPG consumed for NEU and thus an increase in estimated emissions. Combined, the net effect of these two changes was to decrease emission estimates across the time series by 1.0 Tg $CO_2$ Eq. (0.7 percent) since 2004.

- *Biomass – Wood ($CO_2$)* Wood consumption values were revised relative to the previous Inventory for 2009 based on updated information from EIA's Annual Energy Review (EIA 2011). Additionally, the change in methodology for calculating emissions from woody biomass led a decrease in emissions from the electricity generation sector and an increase in emissions for the other sectors over the time series. This adjustment of historical data for wood biomass consumption resulted in an average annual decrease in emissions from wood biomass consumption of about 1.0 Tg $CO_2$ Eq. (0.5 percent) from 1990 through 2009.

- *Adipic Acid Production ($N_2O$).* For the current Inventory, plant specific $N_2O$ emissions data for Plant 3 were obtained directly from the plant engineer for 2005 through 2009. In the previous Inventory, 2005 through 2009 estimates of $N_2O$ emissions from adipic acid production at Plant 3 were developed using plant production data. For the 1990 through 2009 inventory, Plant 3 emissions for, which uses thermal destruction, the N2O abatement system destruction factor was assumed to be 98.5 percent, and the abatement system utility factor was assumed to be 97 percent (IPCC 2006). This recalculation resulted in an 84 percent increase in average annual estimated N2O emissions from adipic acid production between 2005 and 2009, relative to the previous report. In total, changes resulted in an average annual increase of 0.8 Tg $CO_2$ Eq. (20.9 percent) in $N_2O$ emissions

BLM_0047232

Table 10-1: Revisions to U.S. Greenhouse Gas Emissions (Tg $CO_2$ Eq.)

| Gas/Source | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|
| **$CO_2$** | **0.8** | **(6.2)** | **(2.1)** | **(1.4)** | **2.8** | **(4.7)** |
| Fossil Fuel Combustion | (0.1) | (6.7) | (0.1) | 1.0 | 5.6 | (2.8) |
| Electricity Generation | NC | + | + | + | + | (7.6) |
| Transportation | + | + | + | (0.1) | (0.1) | 8.2 |
| Industrial | (0.1) | (6.7) | (0.1) | 2.4 | 3.7 | (3.8) |
| Residential | NC | + | + | (0.7) | 1.1 | (0.2) |
| Commercial | + | + | + | (0.5) | 0.9 | 0.6 |
| U.S. Territories | NC | NC | NC | NC | NC | + |
| Non-Energy Use of Fuels | 1.0 | 0.7 | (1.8) | (2.4) | (2.3) | 0.4 |
| Iron and Steel Production & Metallurgical Coke Production | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 |
| Natural Gas Systems | + | + | + | + | + | + |
| Cement Production | NC | NC | NC | NC | NC | NC |
| Lime Production | NC | NC | NC | NC | NC | + |
| Incineration of Waste | NC | + | + | + | (0.3) | (0.6) |
| Limestone and Dolomite Use | NC | NC | NC | NC | NC | NC |
| Ammonia Production | NC | NC | NC | + | + | (0.5) |
| Cropland Remaining Cropland | NC | NC | NC | + | + | (0.6) |
| Urea Consumption for Non-Agricultural Purposes | NC | NC | NC | + | + | (0.5) |
| Soda Ash Production and Consumption | NC | NC | NC | NC | + | (0.7) |
| Petrochemical Production | NC | NC | NC | NC | NC | NC |
| Aluminum Production | NC | NC | NC | NC | NC | NC |
| Carbon Dioxide Consumption | + | + | + | + | + | + |
| Titanium Dioxide Production | NC | NC | NC | NC | NC | 0.1 |
| Ferroalloy Production | NC | NC | NC | NC | NC | NC |
| Zinc Production | + | (0.1) | (0.1) | (0.1) | (0.1) | + |
| Phosphoric Acid Production | NC | NC | NC | NC | + | + |
| Wetlands Remaining Wetlands | NC | NC | NC | NC | NC | + |
| Lead Production | NC | NC | NC | NC | + | NC |
| Petroleum Systems | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.1) |
| Silicon Carbide Production and Consumption | NC | NC | NC | NC | NC | NC |
| *Land Use, Land-Use Change, and Forestry (Sink)[a]* | *(20.3)* | *(29.5)* | *(46.1)* | *(47.4)* | *(47.0)* | *(47.5)* |
| *Biomass - Wood[b]* | *(0.8)* | *(1.2)* | *(1.2)* | *(1.1)* | *(1.0)* | *(2.0)* |
| *International Bunker Fuels[b]* | *NC* | *+* | *+* | *+* | *+* | *(0.8)* |
| *Biomass - Ethanol[b]* | *+* | *+* | *+* | *+* | *+* | *1.0* |
| **$CH_4$** | **(6.6)** | **(5.7)** | **(7.4)** | **(8.4)** | **(8.8)** | **(14.1)** |
| Natural Gas Systems | (0.2) | + | 0.1 | 0.1 | 0.9 | (0.3) |
| Enteric Fermentation | 1.7 | 2.5 | 2.5 | 2.8 | 2.8 | 2.8 |
| Landfills | 0.3 | 0.2 | + | 0.5 | (2.8) | (6.3) |
| Coal Mining | NC | (0.1) | (0.1) | + | (0.2) | (0.9) |
| Manure Management | + | 1.3 | 1.6 | 1.9 | 2.3 | 1.3 |
| Petroleum Systems | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.3) |
| Wastewater Treatment | (7.6) | (7.8) | (7.8) | (7.8) | (7.9) | (8.0) |
| Rice Cultivation | NC | NC | NC | NC | NC | NC |
| Stationary Combustion | + | 0.1 | + | 0.1 | 0.1 | 0.1 |
| Abandoned Underground Coal Mines | NC | NC | NC | (0.3) | (0.6) | (0.4) |
| Forest Land Remaining Forest Land | (0.7) | (1.7) | (3.6) | (5.5) | (3.1) | (2.0) |
| Mobile Combustion | NC | + | + | + | + | + |
| Composting | NC | NC | NC | NC | NC | (0.1) |
| Petrochemical Production | NC | NC | NC | NC | + | + |
| Iron and Steel Production & Metallurgical Coke Production | NC | NC | NC | NC | NC | NC |
| Field Burning of Agricultural Residues | (0.1) | + | + | + | + | + |

BLM_0047233

| | | | | | | |
|---|---|---|---|---|---|---|
| Ferroalloy Production | NC | NC | NC | NC | NC | NC |
| Silicon Carbide Production and Consumption | NC | NC | NC | NC | NC | NC |
| Incineration of Waste | NC | NC | NC | NC | NC | NC |
| *International Bunker Fuels[b]* | *NC* | + | + | + | + | + |
| **N₂O** | **1.1** | **9.0** | **10.4** | **9.8** | **6.3** | **8.4** |
| Agricultural Soil Management | 2.2 | 1.7 | 2.2 | 1.7 | 2.2 | 2.7 |
| Mobile Combustion | NC | 0.1 | 0.1 | (1.3) | (0.9) | (1.4) |
| Stationary Combustion | (0.6) | 5.9 | 6.3 | 6.6 | 6.9 | 7.9 |
| Manure Management | 0.3 | 0.3 | 0.4 | 0.4 | 0.3 | 0.3 |
| Nitric Acid Production | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) |
| Wastewater Treatment | (0.2) | (0.1) | (0.1) | + | + | (0.1) |
| N₂O from Product Uses | NC | NC | NC | NC | NC | NC |
| Forest Land Remaining Forest Land | (0.6) | (1.4) | (3.0) | (4.5) | (2.6) | (1.7) |
| Adipic Acid Production | NC | 2.5 | 4.6 | 7.0 | 0.5 | 0.9 |
| Composting | NC | NC | NC | NC | NC | (0.1) |
| Settlements Remaining Settlements | NC | NC | NC | + | (0.1) | (0.2) |
| Incineration of Waste | NC | NC | NC | NC | NC | NC |
| Field Burning of Agricultural Residues | + | + | + | + | + | + |
| Wetlands Remaining Wetlands | NC | NC | NC | NC | NC | + |
| *International Bunker Fuels[b]* | (1.8) | (6.4) | (8.5) | (10.6) | (13.1) | (14.6) |
| **HFCs** | **NC** | **(5.2)** | **(7.5)** | **(9.6)** | **(11.9)** | **(13.6)** |
| Substitution of Ozone Depleting Substances | NC | (5.2) | (7.5) | (9.6) | (11.9) | (13.6) |
| HCFC-22 Production | NC | NC | NC | NC | NC | NC |
| Semiconductor Manufacture | NC | NC | NC | NC | NC | + |
| **PFCs** | **(0.1)** | **NC** | **NC** | **NC** | **NC** | **+** |
| Semiconductor Manufacture | NC | NC | NC | NC | NC | + |
| Aluminum Production | (0.1) | NC | NC | NC | NC | NC |
| **SF₆** | **(1.7)** | **(1.2)** | **(1.1)** | **(1.1)** | **(1.2)** | **(1.0)** |
| Electrical Transmission and Distribution | (1.7) | (1.2) | (1.1) | (1.1) | (1.2) | (1.0) |
| Magnesium Production and Processing | NC | NC | NC | NC | + | + |
| Semiconductor Manufacture | NC | NC | NC | NC | NC | + |
| **Net Change in Total Emissions[b]** | **(6.6)** | **(9.3)** | **(7.6)** | **(10.6)** | **(12.8)** | **(25.0)** |
| **Percent Change** | **-0.1%** | **-0.1%** | **-0.1%** | **-0.1%** | **-0.2%** | **-0.4%** |

+ Absolute value does not exceed 0.05 Tg CO₂ Eq. or 0.05 percent.
Parentheses indicate negative values
NC (No Change)
[a] Not included in emissions total.
[b] Excludes net $CO_2$ flux from Land Use, Land-Use Change, and Forestry, and emissions from International Bunker Fuels.

Note: Totals may not sum due to independent rounding.

BLM_0047234

Table 10-2: Revisions to Annual Net $CO_2$ Fluxes from Land Use, Land-Use Change, and Forestry (Tg $CO_2$ Eq.)

| Component: Net $CO_2$ Flux From Land Use, Land-Use Change, and Forestry | 1990 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|
| Forest Land Remaining Forest Land | (20.3) | (29.4) | (46.1) | (47.3) | (47.3) | (47.5) |
| Cropland Remaining Cropland | NC | NC | NC | NC | NC | NC |
| Land Converted to Cropland | NC | NC | NC | NC | NC | NC |
| Grassland Remaining Grassland | NC | NC | NC | NC | NC | NC |
| Land Converted to Grassland | NC | NC | NC | NC | NC | NC |
| Settlements Remaining Settlements | NC | NC | NC | NC | NC | NC |
| Other | NC | (0.1) | + | + | 0.3 | + |
| **Net Change in Total Flux** | **(20.3)** | **(29.5)** | **(46.1)** | **(47.4)** | **(47.0)** | **(47.5)** |
| **Percent Change** | **-2.4%** | **-2.8%** | **-4.3%** | **-4.5%** | **-4.5%** | **-4.7%** |

NC (No Change)
Note: Numbers in parentheses indicate a decrease in estimated net flux of $CO_2$ to the atmosphere, or an increase in net sequestration.
Note: Totals may not sum due to independent rounding.

+ Absolute value does not exceed 0.05 Tg $CO_2$ Eq. or 0.05 percent

BLM_0047235

BLM_0047236

# 11.   References

## *Executive Summary*

BEA (2010) *2009 Comprehensive Revision of the National Income and Product Accounts: Current-dollar and "real" GDP, 1929–2009*. Bureau of Economic Analysis (BEA), U.S. Department of Commerce, Washington, DC. July 29, 2010. Available online at < http://www.bea.gov/national/index.htm#gdp >.

EIA (2010) Supplemental Tables on Petroleum Product detail. *Monthly Energy Review, September 2010,* Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0035(2009/09).

EIA (2009) *International Energy Annual 2007*. Energy Information Administration (EIA), U.S. Department of Energy. Washington, DC. Updated October 2008. Available online at <http://www.eia.doe.gov/emeu/iea/carbon.html >.

EPA (2010) "2009 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards.

EPA (2009)  "1970 - 2008 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards. Available online at <http://www.epa.gov/ttn/chief/trends/index.html>.

IPCC (2007) Climate Change 2007: The Physical Science Basis. Contribution of Working Group 1 to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. S. Solomon , D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.). Cambridge University Press. Cambridge, United Kingdom 996 pp.

IPCC (2006) 2006 IPCC Guidelines for National Greenhouse Gas Inventories. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2003) Good Practice Guidance for Land Use, Land-Use Change, and Forestry.  National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, J. Penman, et al. (eds.).   Available online at <http://www.ipcc-nggip.iges.or.jp/public/gpglulucf/gpglulucf.htm>. August 13, 2004.

IPCC (2001) Climate Change 2001: The Scientific Basis. Intergovernmental Panel on Climate Change, J.T. Houghton, Y. Ding, D.J. Griggs, M. Noguer, P.J. van der Linden, X. Dai, C.A. Johnson, and K. Maskell (eds.). Cambridge University Press.  Cambridge, United Kingdom.

IPCC (2000) Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories. , National Greenhouse Gas Inventories Programme, Intergovernmental Panel on Climate Change. Montreal. May 2000. IPCC-XVI/Doc. 10 (1.1V.2000).

IPCC (1996) Climate Change 1995: The Science of Climate Change. Intergovernmental Panel on Climate Change, J.T. Houghton, L.G. Meira Filho, B.A. Callander, N. Harris, A. Kattenberg, and K. Maskell. (eds.).  Cambridge University Press.  Cambridge, United Kingdom.

IPCC/UNEP/OECD/IEA (1997) Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories. Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency.  Paris, France.

NOAA/ESRL (2009) "Trends in Atmospheric Carbon Dioxide." Available online at <http://www.esrl.noaa.gov/gmd/ccgg/trends/>. 11 January 2010.

UNFCCC (2003) National Communications: Greenhouse Gas Inventories from Parties included in Annex 1 to the Convention, UNFCCC Guidelines on Reporting and Review.  Conference of the Parties, Eighth Session, New Delhi. (FCCC/CP/2002/8).  March 28, 2003.

U.S. Census Bureau (2010) U.S. Census Bureau International Database (IDB). Available online at <http://www.census.gov/ipc/www/idbnew.html>.  August 15, 2010.

BLM_0047237

## Introduction

CDIAC (2009) "Recent Greenhouse Gas Concentrations." T.J. Blasing; DOI: 10.3334/CDIAC/atg.032. Available online at <http://cdiac.ornl.gov/pns/current_ghg.html>. 23 February 2010.

EPA (2009) Technical Support Document for the Endangerment and Cause or Contribute Findings for Greenhouse Gases Under Section 202(a) of the Clean Air Act. U.S. Environmental Protection Agency. December 2009.

IPCC (2007) Climate Change 2007: The Physical Science Basis. Contribution of Working Group 1 to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. S. Solomon , D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.). Cambridge University Press. Cambridge, United Kingdom 996 pp.

IPCC (2006) 2006 IPCC Guidelines for National Greenhouse Gas Inventories. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2003) Good Practice Guidance for Land Use, Land-Use Change, and Forestry. National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, J. Penman, et al. (eds.). Available online at <http://www.ipcc-nggip.iges.or.jp/public/gpglulucf/gpglulucf.htm>. August 13, 2004.

IPCC (2001) Climate Change 2001: The Scientific Basis. Intergovernmental Panel on Climate Change, J.T. Houghton, Y. Ding, D.J. Griggs, M. Noguer, P.J. van der Linden, X. Dai, C.A. Johnson, and K. Maskell (eds.). Cambridge University Press. Cambridge, United Kingdom.

IPCC (2000) Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories. National Greenhouse Gas Inventories Programme, Intergovernmental Panel on Climate Change. Montreal. May 2000. IPCC-XVI/Doc. 10 (1.1V.2000).

IPCC (1999) Aviation and the Global Atmosphere. Intergovernmental Panel on Climate Change. J.E. Penner, et al. (eds.). Cambridge University Press. Cambridge, United Kingdom.

IPCC (1996) Climate Change 1995: The Science of Climate Change. Intergovernmental Panel on Climate Change, J.T. Houghton, L.G. Meira Filho, B.A. Callander, N. Harris, A. Kattenberg, and K. Maskell (eds.). Cambridge University Press. Cambridge, United Kingdom.

IPCC/TEAP (2005) *Special Report: Safeguarding the Ozone Layer and the Global Climate System, Chapter 4: Refrigeration*. 2005. Available at http://www.auto-ts.com/hcfc/technology%20option/Refrigeration/transport%20refrigeration.pdf

IPCC/UNEP/OECD/IEA (1997) Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories. Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency. Paris, France.

Jacobson, M.Z. (2001) "Strong Radiative Heating Due to the Mixing State of Black Carbon in Atmospheric Aerosols." Nature, 409:695-697.

NOAA/ESRL (2009) "Trends in Atmospheric Carbon Dioxide." Available online at <http://www.esrl.noaa.gov/gmd/ccgg/trends/>. 11 January 2010.

UNEP/WMO (1999) Information Unit on Climate Change. Framework Convention on Climate Change. Available online at <http://unfccc.int>.

UNFCCC (2006) Updated UNFCCC Reporting Guidelines on Annual Inventories Following Incorporation of the Provisions of Decision 14/CP.11. United Nations Framework Convention on Climate Change, Nairobi. (FCCC/SBSTA/2006/9). August 16, 2006.

## Trends in Greenhouse Gas Emissions

BEA (2010) *2009 Comprehensive Revision of the National Income and Product Accounts: Current-dollar and "real" GDP, 1929–2009*. Bureau of Economic Analysis (BEA), U.S. Department of Commerce, Washington, DC. July 29, 2010. Available online at < http://www.bea.gov/national/index.htm#gdp >.

Duffield, J. (2006) Personal communication. Jim Duffield, Office of Energy Policy and New Uses, USDA and

BLM_0047238

Lauren Flinn, ICF International. December 2006.

EIA (2011) Supplemental Tables on Petroleum Product detail. *Monthly Energy Review, January 2011,* Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0035(2011/01).

EPA (2010) "2009 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data.* Office of Air Quality Planning and Standards.

EPA (2009) "1970 - 2008 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data.* Office of Air Quality Planning and Standards. Available online at <http://www.epa.gov/ttn/chief/trends/index.html>.

IPCC (2001) Climate Change 2001: The Scientific Basis. Intergovernmental Panel on Climate Change, J.T. Houghton, Y. Ding, D.J. Griggs, M. Noguer, P.J. van der Linden, X. Dai, C.A. Johnson, and K. Maskell (eds.). Cambridge University Press. Cambridge, United Kingdom.

U.S. Census Bureau (2010) U.S. Census Bureau International Database (IDB). Available online at <http://www.census.gov/ipc/www/idbnew.html>. August 15, 2010.

## *Energy*

EIA (2010) Indicators: $CO_2$ Emissions. *International Energy Statistics 2010.* Energy Information Administration <http://tonto.eia.doe.gov/cfapps/ipdbproject/IEDIndex3.cfm>.

### Carbon Dioxide Emissions from Fossil Fuel Combustion

AAR (2009 through 2011) *Railroad Facts.* Policy and Economics Department, Association of American Railroads, Washington, DC.

AISI (2004 through 2011) *Annual Statistical Report,* American Iron and Steel Institute, Washington, DC.

APTA (2007 through 2011) *Public Transportation Fact Book.* American Public Transportation Association, Washington, DC. Available online at <http://www.apta.com/resources/statistics/Pages/transitstats.aspx>.

APTA (2006) *Commuter Rail National Totals.* American Public Transportation Association, Washington, DC. Available online at <http://www.apta.com/research/stats/rail/crsum.cfm>.

BEA (2011) *2010 Comprehensive Revision of the National Income and Product Accounts: Current-dollar and "real" GDP, 1929–2010.* Bureau of Economic Analysis (BEA), U.S. Department of Commerce, Washington, DC. July 29, 2011. Available online at < http://www.bea.gov/national/index.htm#gdp >.

BEA (1991 through 2009) Unpublished BE-36 survey data. Bureau of Economic Analysis, U.S. Department of Commerce. Washington, DC.

Benson, D. (2002 through 2004) Unpublished data. Upper Great Plains Transportation Institute, North Dakota State University and American Short Line & Regional Railroad Association.

Coffeyville Resources Nitrogen Fertilizers (2011) Nitrogen Fertilizer Operations. Available online at <http://coffeyvillegroup.com/NitrogenFertilizerOperations/index.html>.

Dakota Gasification Company (2006) *$CO_2$ Pipeline Route and Designation Information.* Bismarck, ND. Available online at <http://www.dakotagas.com/SafetyHealth/Pipeline_Information.html>.

DESC (2011) Unpublished data from the Defense Fuels Automated Management System (DFAMS). Defense Energy Support Center, Defense Logistics Agency, U.S. Department of Defense. Washington, DC.

DHS (2008) Email Communication. Elissa Kay, Department of Homeland Security and Joe Aamidor, ICF International. January 11, 2008.

DOC (1991 through 2011) Unpublished Report of Bunker Fuel Oil Laden on Vessels Cleared for Foreign Countries. Form-563. Foreign Trade Division, Bureau of the Census, U.S. Department of Commerce. Washington, DC.

DOE (2012) *2010 Worldwide Gasification Database.* National Energy Technology Laboratory and Gasification Technologies Council. Available online at <http://www.netl.doe.gov/technologies/coalpower/gasification/worlddatabase/index.html>. Accessed on 15 March

BLM_0047239

2012

DOE (1993 through 2011) *Transportation Energy Data Book*. Office of Transportation Technologies, Center for Transportation Analysis, Energy Division, Oak Ridge National Laboratory. ORNL-5198.

DOT (1991 through 2011) *Fuel Cost and Consumption*. U.S. Department of Transportation, Bureau of Transportation Statistics, Washington, DC. DAI-10. http://www.transtats.bts.gov/fuel.asp.

Eastman Gasification Services Company (2003) Project Data on Eastman Chemical Company's Chemicals-from-Coal Complex in Kingsport, TN. Available online at <http://www.netl.doe.gov/coal/gasification/pubs/pdf/Eastman%20Chemicals%20from%20Coal%20Complex.pdf>.

EIA (2012) Supplemental Tables on Petroleum Product detail. *Monthly Energy Review, February 2012,* Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0035(2012/02).

EIA (2011a) *Annual Energy Review 2010*. Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0384(2011). October 19, 2011.

EIA (2011b) *Quarterly Coal Report: January-March 2011*.Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0121.

EIA (2011c) *U.S. Energy-Related Carbon Dioxide Emissions, 2010*. Energy Information Administration, U.S. Department of Energy. Washington, DC. August 2011. Available online at <http://www.eia.gov/environment/emissions/carbon/>.

EIA (2009a) *Emissions of Greenhouse Gases in the United States 2008, Draft Report*. Office of Integrated Analysis and Forecasting, Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE-EIA-0573(2009).

EIA (2009b) *Natural Gas Annual 2008*. Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0131(06). November 2009.

EIA (2009c) *Manufacturing Consumption of Energy 2006*. Energy Information Administration, U.S. Department of Energy. Washington, DC. Released July, 2009.

EIA (2007a) Personal Communication. Joel Lou, Energy Information Administration. and Aaron Beaudette, ICF International. *Residual and Distillate Fuel Oil Consumption for Vessel Bunkering (Both International and Domestic) for American Samoa, U.S. Pacific Islands, and Wake Island*. October 24, 2007.

EIA (2007b) *Historical Natural Gas Annual, 1930 – 2007*. Energy Information Administration, U.S. Department of Energy. Washington, DC.

EIA (2002) *Alternative Fuels Data Tables*. Energy Information Administration, U.S. Department of Energy. Washington, DC. Available online at <http://www.eia.doe.gov/fuelalternate.html>.

EIA (2001) *U.S. Coal, Domestic and International Issues*. Energy Information Administration, U.S. Department of Energy. Washington, DC. March 2001.

EIA (1991 through 2009) *Fuel Oil and Kerosene Sales*. Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0535-annual.

EPA (2011) Acid Rain Program Dataset 1996-2010. Office of Air and Radiation, Office of Atmospheric Programs, U.S. Environmental Protection Agency, Washington, D.C.

EPA (2010a) Carbon Content Coefficients Developed for EPA's Mandatory Reporting Rule. Office of Air and Radiation, Office of Atmospheric Programs, U.S. Environmental Protection Agency, Washington, D.C.

EPA (2010b) *NONROAD 2009a Model*. Office of Transportation and Air Quality, U.S. Environmental Protection Agency. Available online at <http://www.epa.gov/oms/nonrdmdl.htm>.

Erickson, T. (2003) *Plains CO$_2$ Reduction (PCOR) Partnership*. Presented at the Regional Carbon Sequestration Partnership Meeting Pittsburgh, Pennsylvania, Energy and Environmental Research Center, University of North Dakota. November 3, 2003. Available online at <http://www.netl.doe.gov/publications/proceedings/03/carbon-seq/Erickson.pdf>.

BLM_0047240

FAA (2012) Personal Communication between FAA and Leif Hockstad for aviation emissions estimates from the Aviation Environmental Design Tool (AEDT). February 2012.

FAA (2011) *FAA Aerospace Forecasts Fiscal Years 2011-2031*. Table 30 "General Aviation Aircraft Fuel Consumption," Federal Aviation Administration. Available online at <http://www.faa.gov/about/office_org/headquarters_offices/apl/aviation_forecasts/aerospace_forecasts/2011-2031/media/2011%20Forecast%20Doc.pdf>.

FAA (2006) *System for assessing Aviation's Global Emission (SAGE) Model*. Federal Aviation Administration's Office of Environment and Energy, 2006. Additional information available at: http://www.faa.gov/about/office_org/headquarters_offices/apl/research/models/sage/>.

Fitzpatrick, E. (2002) *The Weyburn Project: A Model for International Collaboration*. Available online at <http://www.netl.doe.gov/coalpower/sequestration/pubs/mediarelease/mr-101102.pdf>.

FHWA (1996 through 2012) *Highway Statistics*. Federal Highway Administration, U.S. Department of Transportation, Washington, DC. Report FHWA-PL-96-023-annual. Available online at <http://www.fhwa.dot.gov/policy/ohpi/hss/hsspubs.htm>.

FRB (2011) *Industrial Production and Capacity Utilization*. Federal Reserve Statistical Release, G.17, Federal Reserve Board. Available online at <http://www.federalreserve.gov/releases/G17/table1_2.htm>. November 16, 2010.

Gaffney, J. (2007) Email Communication. John Gaffney, American Public Transportation Association and Joe Aamidor, ICF International. December 17, 2007.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories*. Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency. Paris, France.

Jacobs, G. (2010) Personal communication. Gwendolyn Jacobs, Energy Information Administration and Rubaab Bhangu, ICF International. *U.S. Territories Fossil Fuel Consumption, 1990–2009*. Unpublished. U.S. Energy Information Administration. Washington, DC.

Marland, G. and A. Pippin (1990) "United States Emissions of Carbon Dioxide to the Earth's Atmosphere by Economic Activity." *Energy Systems and Policy,* 14(4):323.

SAIC/EIA (2001) *Monte Carlo Simulations of Uncertainty in U.S. Greenhouse Gas Emission Estimates. Final Report.* Prepared by Science Applications International Corporation (SAIC) for Office of Integrated Analysis and Forecasting, Energy Information Administration , U.S. Department of Energy. Washington, DC. June 22, 2001.

USAF (1998) *Fuel Logistics Planning*. U.S. Air Force: AFPAM23-221. May 1, 1998.

U.S. Bureau of the Census (2011) *Current Industrial Reports Fertilizer Materials and Related Products: 2010 Summary*. Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

USGS (2011) *2010 Mineral Yearbook; Aluminum [Advanced Release]*. U.S. Geological Survey, Reston, VA.

USGS (2010a) *2009 Mineral Commodity Summaries: Aluminum*. U.S. Geological Survey, Reston, VA.

USGS (2007) *2006 Mineral Yearbook: Aluminum*. U.S. Geological Survey, Reston, VA.

USGS (2009a) *2008 Mineral Yearbook: Aluminum*. U.S. Geological Survey, Reston, VA.

USGS (1991 through 2011) *Minerals Yearbook: Manufactured Abrasives Annual Report*. U.S. Geological Survey, Reston, VA.

USGS (1994 through 2011) *Minerals Yearbook: Lead Annual Report*. U.S. Geological Survey, Reston, VA.

USGS (1995, 1998, 2000 through 2002) *Mineral Yearbook: Aluminum Annual Report*. U.S. Geological Survey, Reston, VA.

BLM_0047241

USGS (1991 through 2010a) *Minerals Yearbook: Silicon Annual Report*. U.S. Geological Survey, Reston, VA.

USGS (1991 through 2010b) *Mineral Yearbook: Titanium Annual Report*. U.S. Geological Survey, Reston, VA.

**Stationary Combustion (excluding CO$_2$)**

EIA (2012) Supplemental Tables on Petroleum Product detail. *Monthly Energy Review, February 2012,* Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0035(2012/02).

EIA (2010) *Annual Energy Review 2010*. Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0384(2011). October 19, 2011.

EPA (2010a*) NONROAD 2009a Model*. Office of Transportation and Air Quality, U.S. Environmental Protection Agency. Available online at <http://www.epa.gov/oms/nonrdmdl.htm>.

EPA (2010b) "2009 Average annual emissions, all criteria pollutants in MS Excel." National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data. Office of Air Quality Planning and Standards.

EPA (2003) E-mail correspondance. Air pollutant data. Office of Air Pollution to the Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency (EPA).  December 22, 2003.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2000) *Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories*. , National Greenhouse Gas Inventories Programme, Intergovernmental Panel on Climate Change. Montreal. May 2000. IPCC-XVI/Doc. 10 (1.1V.2000).

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories*. Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency.  Paris, France.

Jacobs, G. (2010) Personal communication. Gwendolyn Jacobs, Energy Information Administration and Rubaab Bhangu, ICF International. *U.S. Territories Fossil Fuel Consumption, 1990–2009*. Unpublished. U.S. Energy Information Administration. Washington, DC.

SAIC/EIA (2001) *Monte Carlo Simulations of Uncertainty in U.S. Greenhouse Gas Emission Estimates. Final Report*. Prepared by Science Applications International Corporation (SAIC) for Office of Integrated Analysis and Forecasting, Energy Information Administration , U.S. Department of Energy. Washington, DC. June 22, 2001.

**Mobile Combustion (excluding CO$_2$)**

AAR (2009 through 2011) *Railroad Facts*. Policy and Economics Department, Association of American Railroads, Washington, DC.

ANL (2006) Argonne National Laboratory (2006) GREET model Version 1.7. June 2006.

APTA (2007 through 2011) *Public Transportation Fact Book*. American Public Transportation Association, Washington, DC. Available online at < http://www.apta.com/resources/statistics/Pages/transitstats.aspx >.

APTA (2006) *Commuter Rail National Totals*. American Public Transportation Association, Washington, DC. Available online at <http://www.apta.com/research/stats/rail/crsum.cfm>.

Benson, D. (2002 through 2004) Personal communication. Unpublished data developed by the Upper Great Plains Transportation Institute, North Dakota State University and American Short Line & Regional Railroad Association.

BEA (1991 through 2005) Unpublished BE-36 survey data. Bureau of Economic Analysis (BEA), U.S. Department of Commerce.

Browning, L. (2009) Personal communication with Lou Browning , "Suggested New Emission Factors for Marine Vessels.", ICF International.

Browning, L. (2005) Personal communication with Lou Browning, Emission control technologies for diesel highway vehicles specialist, ICF International.

BLM_0047242

Browning, L. (2003) "VMT Projections for Alternative Fueled and Advanced Technology Vehicles through 2025." 13th CRC On-Road Vehicle Emissions Workshop. April 2003.

DHS (2008) Email Communication. Elissa Kay, Department of Homeland Security and Joe Aamidor, ICF International. January 11, 2008.

DESC (2011) Unpublished data from the Defense Fuels Automated Management System (DFAMS). Defense Energy Support Center, Defense Logistics Agency, U.S. Department of Defense. Washington, DC.

DOC (1991 through 2011) Unpublished Report of Bunker Fuel Oil Laden on Vessels Cleared for Foreign Countries. Form-563. Foreign Trade Division, Bureau of the Census, U.S. Department of Commerce. Washington, DC.

DOE (1993 through 2011) *Transportation Energy Data Book*. Office of Transportation Technologies, Center for Transportation Analysis, Energy Division, Oak Ridge National Laboratory. ORNL-5198.

DOT (1991 through 2011) *Fuel Cost and Consumption*. U.S. Department of Transportation, Bureau of Transportation Statistics, Washington, DC. DAI-10. http://www.transtats.bts.gov/fuel.asp.

EIA (2012) Supplemental Tables on Petroleum Product detail. *Monthly Energy Review, February 2012,* Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0035(2012/02).

EIA (2011) *Annual Energy Review 2010*. Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0384(2011). October 19, 2011.

EIA (2008a) "Table 3.1: World Petroleum Supply and Disposition." *International Energy Annual.* Energy Information Administration, U.S. Department of Energy. Washington, DC. Available online at <http://www.eia.doe.gov/iea/pet.html>.

EIA (2007a) Personal Communication. Joel Lou, Energy Information Administration and Aaron Beaudette, ICF International. *Residual and Distillate Fuel Oil Consumption for Vessel Bunkering (Both International and Domestic) for American Samoa, U.S. Pacific Islands, and Wake Island.* October 24, 2007.

EIA (2007 through 2011) *Natural Gas Annual*. Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0131(11).

EIA (2002) *Alternative Fuels Data Tables*. Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://www.eia.doe.gov/fuelrenewable.html>.

EIA (1991 through 2012) *Fuel Oil and Kerosene Sales.* Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0535-annual.

EPA (2008) "1970 - 2007 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards. Available online at <http://www.epa.gov/ttn/chief/trends/index.html>.

EPA (2007a) Annual Certification Test Results Report. Office of Transportation and Air Quality, U.S. Environmental Protection Agency. Available online at <http://www.epa.gov/otaq/crttst.htm>.

EPA (2007b) Confidential engine family sales data submitted to EPA by manufacturers. Office of Transportation and Air Quality, U.S. Environmental Protection Agency.

EPA (2011a) Motor Vehicle Emission Simulator (MOVES). Office of Transportation and Air Quality, U.S. Environmental Protection Agency. Available online at <http://www.epa.gov/otaq/ngm.htm>.

EPA (2011b*) NONROAD 2008a Model*. Office of Transportation and Air Quality, U.S. Environmental Protection Agency. Available online at <http://www.epa.gov/oms/nonrdmdl.htm>.

EPA (2000) *Mobile6 Vehicle Emission Modeling Software*. Office of Mobile Sources, U.S. Environmental Protection Agency, Ann Arbor, Michigan.

EPA (1999a) *Emission Facts: The History of Reducing Tailpipe Emissions.* Office of Mobile Sources. May 1999. EPA 420-F-99-017. Available online at <http://www.epa.gov/oms/consumer/f99017.pdf>.

EPA (1999b) Regulatory Announcement: EPA's Program for Cleaner Vehicles and Cleaner Gasoline. Office of Mobile Sources. December 1999. EPA420-F-99-051. Available online at <http://www.epa.gov/otaq/regs/ld-

BLM_0047243

hwy/tier-2/frm/f99051.pdf>.

EPA (1998) *Emissions of Nitrous Oxide from Highway Mobile Sources: Comments on the Draft Inventory of U.S. Greenhouse Gas Emissions and Sinks, 1990–1996.* Office of Mobile Sources, Assessment and Modeling Division, U.S. Environmental Protection Agency. August 1998. EPA420-R-98-009.

EPA (1997) *Mobile Source Emission Factor Model (MOBILE5a).* Office of Mobile Sources, U.S. Environmental Protection Agency, Ann Arbor, Michigan.

EPA (1994a) *Automobile Emissions: An Overview.* Office of Mobile Sources. August 1994. EPA 400-F-92-007. Available online at <http://www.epa.gov/otaq/consumer/05-autos.pdf>.

EPA (1994b) *Milestones in Auto Emissions Control.* Office of Mobile Sources. August 1994. EPA 400-F-92-014. Available online at <http://www.epa.gov/otaq/consumer/12-miles.pdf>.

EPA (1993) *Automobiles and Carbon Monoxide.* Office of Mobile Sources. January 1993. EPA 400-F-92-005. Available online at <http://www.epa.gov/otaq/consumer/03-co.pdf>.

Esser, C. (2003 through 2004) Personal Communication with Charles Esser, Residual and Distillate Fuel Oil Consumption for Vessel Bunkering (Both International and Domestic) for American Samoa, U.S. Pacific Islands, and Wake Island.

FAA (2012) Personal Communication between FAA and Leif Hockstad for aviation emissions estimates from the Aviation Environmental Design Tool (AEDT). February 2012.

FAA (2011) *FAA Aerospace Forecasts Fiscal Years 2011-2031.* Table 30 "General Aviation Aircraft Fuel Consumption," Federal Aviation Administration. Available online at <http://www.faa.gov/about/office_org/headquarters_offices/apl/aviation_forecasts/aerospace_forecasts/2011-2031/media/2011%20Forecast%20Doc.pdf>.

FAA (2006) *System for assessing Aviation's Global Emission (SAGE) Model.* Federal Aviation Administration's Office of Environment and Energy, 2006. Additional information available at: <http://www.faa.gov/about/office_org/headquarters_offices/apl/research/models/sage/>.

FHWA (1996 through 2012) *Highway Statistics.* Federal Highway Administration, U.S. Department of Transportation, Washington, DC. Report FHWA-PL-96-023-annual. Available online at <http://www.fhwa.dot.gov/policyinformation/statistics.cfm>.

Gaffney, J. (2007) Email Communication. John Gaffney, American Public Transportation Association and Joe Aamidor, ICF International. December 17, 2007.

ICF (2006a) *Revisions to Alternative Fuel Vehicle (AFV) Emission Factors for the U.S. Greenhouse Gas Inventory.* Memorandum from ICF International to John Davies, Office of Transportation and Air Quality, U.S. Environmental Protection Agency. November 2006.

ICF (2006b) *Revised Gasoline Vehicle EFs for LEV and Tier 2 Emission Levels.* Memorandum from ICF International to John Davies, Office of Transportation and Air Quality, U.S. Environmental Protection Agency. November 2006.

ICF (2004) *Update of Methane and Nitrous Oxide Emission Factors for On-Highway Vehicles.* Final Report to U.S. Environmental Protection Agency. February 2004.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories.* Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency, Paris, France.

Lipman, T. and M. Delucchi (2002) "Emissions of Nitrous Oxide and Methane from Conventional and Alternative Fuel Motor Vehicles." *Climate Change,* 53:477-516.

Unnasch, S., L. Browning, and E. Kassoy (2001) *Refinement of Selected Fuel-Cycle Emissions Analyses, Final Report to ARB.*

U.S. Census Bureau (2000) *Vehicle Inventory and Use Survey.* U.S. Census Bureau, Washington, DC. Database CD-EC97-VIUS.

BLM_0047244

Whorton, D. (2006 through 2012) Personal communication, Class II and III Rail energy consumption, American Short Line and Regional Railroad Association.

**Carbon Emitted from Non-Energy Uses of Fossil Fuels**

ACC (2011) "*Guide to the Business of Chemistry, 2011,*" American Chemistry Council.

ACC (2003-2010) "PIPS Year-End Resin Statistics for 2010: Production, Sales and Captive Use." Available online at <http://www.americanchemistry.com/Jobs/EconomicStatistics/Plastics-Statistics/Production-and-Sales-Data-by-Resin.pdf>.

Bank of Canada (2011) Financial Markets Department Year Average of Exchange Rates. Available online at <http://www.bankofcanada.ca/rates/exchange/exchange-rates-in-pdf/?page_moved=1>.

EIA (2011) Supplemental Tables on Petroleum Product detail. *Monthly Energy Review, September 2011,* Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0035(2011/09).

EIA (2010) *EIA Manufacturing Consumption of Energy (MECS) 2006,* U.S. Department of Energy, Energy Information Administration, Washington, DC.

EIA (2005) *EIA Manufacturing Consumption of Energy (MECS) 2002,* U.S. Department of Energy, Energy Information Administration, Washington, DC.

EIA (2001) *EIA Manufacturing Consumption of Energy (MECS) 1998,* U.S. Department of Energy, Energy Information Administration, Washington, DC.

EIA (1997) *EIA Manufacturing Consumption of Energy (MECS) 1994,* U.S. Department of Energy, Energy Information Administration, Washington, DC.

EIA (1994) *EIA Manufacturing Consumption of Energy (MECS) 1991,* U.S. Department of Energy, Energy Information Administration, Washington, DC.

EPA (2011) EPA's Pesticides Industry Sales and Usage, 2006 and 2007 Market Estimates. Available online at <http://www.epa.gov/oppbead1/pestsales/. Accessed January 2012>.

EPA (2010) "1970 - 2009 Average annual emissions, all criteria pollutants in MS Excel." National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data. Office of Air Quality Planning and Standards. Available online at <http://www.epa.gov/ttn/chief/trends/index.html>.

EPA (2009) Biennial Reporting System (BRS) Database. U.S. Environmental Protection Agency, Envirofacts Warehouse. Washington, DC. Available online at <http://www.epa.gov/enviro/html/brs/>. Data for 2001-2007 are current as of Sept. 9, 2009.

EPA (2007b) *Municipal Solid Waste in the United States: Facts and Figures for 2006.* Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency, Washington, DC. Available online at <http://www.epa.gov/epaoswer/non-hw/muncpl/msw99.htm>.

EPA (2006a) *Air Emissions Trends - Continued Progress Through 2005.* U.S. Environmental Protection Agency, Washington DC. December 19, 2006. Available online at <http://www.epa.gov/air/airtrends/index.html>.

EPA (2004) EPA's Pesticides Industry Sales and Usage, 2000 and 2001 Market Estimates. Available online at <http://www.epa.gov/oppbead1/pestsales/. Accessed September 2006>.

EPA (2002) EPA's Pesticides Industry Sales and Usage, 1998 and 1999 Market Estimates, table 3.6. Available online at <http://www.epa.gov/oppbead1/pestsales/99pestsales/market_estimates1999.pdf>. Accessed July 2003.

EPA (2001) AP 42, Volume I, Fifth Edition. Chapter 11: Mineral Products Industry. Available online at <http://www.epa.gov/ttn/chief/ap42/ch11/index.html>.

EPA (2000a) *Biennial Reporting System (BRS).* U.S. Environmental Protection Agency, Envirofacts Warehouse. Washington, DC. Available online at <http://www.epa.gov/enviro/html/brs/>.

EPA (2000b) *Toxics Release Inventory, 1998.* U.S. Environmental Protection Agency, Office of Environmental Information, Office of Information Analysis and Access, Washington, DC. Available online at <http://www.epa.gov/triexplorer/chemical.htm>.

BLM_0047245

EPA (1999) EPA's Pesticides Industry Sales and Usage, 1996-1997 Market Estimates. Available online at <http://www.epa.gov/oppbead1/pestsales/97pestsales/market_estimates1997.pdf>.

EPA (1998) EPA's Pesticides Industry Sales and Usage, 1994-1995 Market Estimates. Available online at <http://www.epa.gov/oppbead1/95pestsales/market_estimates1995.pdf>.

FEB (2011) *Fiber Economics Bureau, as cited in C&EN (2011) Output Ramps up in all Regions*. Chemical Engineering News, American Chemical Society, 4 July. Available online at <http://www.cen-online.org>.

FEB (2010) *Fiber Economics Bureau, as cited in C&EN (2010) Output Declines in U.S., Europe*. Chemical & Engineering News, American Chemical Society, 6 July. Available online at <http://www.cen-online.org>.

FEB (2009) *Fiber Economics Bureau, as cited in C&EN (2009) Chemical Output Slipped In Most Regions* Chemical & Engineering News, American Chemical Society, 6 July.  Available online at <http://www.cen-online.org>.

FEB (2007) *Fiber Economics Bureau, as cited in C&EN (2007) Gains in Chemical Output Continue*. Chemical & Engineering News, American Chemical Society. July 2, 2007. Available online at <http://www.cen-online.org>.

FEB (2005) *Fiber Economics Bureau, as cited in C&EN (2005) Production: Growth in Most Regions* Chemical & Engineering News, American Chemical Society, 11 July.  Available online at <http://www.cen-online.org>.

FEB (2003) *Fiber Economics Bureau, as cited in C&EN (2003) Production Inches Up in Most Countries,* Chemical & Engineering News, American Chemical Society, 7 July.  Available online at <http://www.cen-online.org>.

FEB (2001) *Fiber Economics Bureau, as cited in ACS (2001) Production: slow gains in output of chemicals and products lagged behind U.S. economy as a whole* Chemical & Engineering News, American Chemical Society, 25 June. Available online at <http://pubs.acs.org/cen>.

Financial Planning Association (2006) Canada/US Cross-Border Tools: US/Canada Exchange Rates. Available online at <http://www.fpanet.org/global/planners/US_Canada_ex_rates.cfm>.  Accessed August 16, 2006.

Gosselin, Smith, and Hodge (1984) "Clinical Toxicology of Commercial Products." Fifth Edition, Williams & Wilkins, Baltimore.

Huurman, J.W.F. (2006) R*ecalculation of Dutch Stationary Greenhouse Gas Emissions Based on Sectoral Energy Statistics 1990-2002*. Statistics Netherlands, Voorburg, The Netherlands.

IISRP (2003) "*IISRP Forecasts Moderate Growth in North America to 2007*" International Institute of Synthetic Rubber Producers, Inc. New Release. Available online at <http://www.iisrp.com/press-releases/2003-Press-Releases/IISRP-NA-Forecast-03-07.html>.

IISRP (2000) "Synthetic Rubber Use Growth to Continue Through 2004, Says IISRP and RMA" International Institute of Synthetic Rubber Producers press release.

INEGI (2006) Producción bruta total de las unidades económicas manufactureras por Subsector, Rama, Subrama y Clase de actividad. Available online at <http://www.inegi.gob.mx/est/contenidos/espanol/proyectos/censos/ce2004/tb_manufacturas.asp>. Accessed August 15.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe, eds.; Institute for Global Environmental Strategies (IGES).  Hayama, Kanagawa, Japan.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories*. Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency. Paris, France.

Marland, G., and R.M. Rotty (1984) "Carbon dioxide emissions from fossil fuels: A procedure for estimation and results for 1950-1982", Tellus 36b:232-261.

NPRA (2002) North American Wax - A Report Card. Available online at <http://www.npra.org/members/publications/papers/lubes/LW-02-126.pdf>.

RMA (2009a) *Scrap Tire Markets in the United States: 9th Biennial Report*. Rubber Manufacturers Association, Washington, DC. May 2009.

BLM_0047246

RMA (2009b) "Scrap Tire Markets: Facts and Figures – Scrap Tire Characteristics." Available online at: http://www.rma.org/scrap_tires/scrap_tire_markets/scrap_tire_characteristics/ Accessed 17 September 2009.Schneider, S. (2007) E-mail between Shelly Schneider of Franklin Associates (a division of ERG) and Sarah Shapiro of ICF International, January 10, 2007.

U.S. Bureau of the Census (2009) *Soap and Other Detergent Manufacturing: 2007*. Available online at <http://smpbff1.dsd.census.gov/TheDataWeb_HotReport/servlet/HotReportEngineServlet?emailname=vh@boc&filename=mfg1.hrml&20071204152004.Var.NAICS2002=325611&forward=20071204152004.Var.NAICS2002 >.

U.S. Bureau of the Census (2004) *Soap and Other Detergent Manufacturing: 2002*, Issued December 2004, EC02-31I-325611 (RV). Available online at <http://www.census.gov/prod/ec02/ec0231i325611.pdf>.

U.S. Bureau of the Census (1999) *Soap and Other Detergent Manufacturing: 1997,* Available online at <http://www.census.gov/epcd/www/ec97stat.htm>.

U.S. International Trade Commission (1990-2011) "Interactive Tariff and Trade DataWeb: Quick Query." Available online at <http://dataweb.usitc.gov/>. Accessed October 2011.

**Incineration of Waste**

ArSova, Ljupka, Rob van Haaren, Nora Goldstein, Scott M. Kaufman, and Nickolas J. Themelis (2008) "16th Annual BioCycle Nationwide Survey: The State of Garbage in America" Biocycle, JG Press, Emmaus, PA. December.

Bahor, B (2009) Covanta Energy's public review comments re: *Draft Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007*. Submitted via email on April 9, 2009 to Leif Hockstad, U.S. EPA.

De Soete, G.G. (1993) "Nitrous Oxide from Combustion and Industry: Chemistry, Emissions and Control." In A. R. Van Amstel, (ed) Proc. of the International Workshop Methane and Nitrous Oxide: Methods in National Emission Inventories and Options for Control, Amersfoort, NL. February 3-5, 1993.

Energy Recovery Council (2009) "2007 Directory of Waste-to-Energy Plants in the United States." Accessed September 29, 2009.

EPA (2011a) Municipal Solid Waste Generation, Recycling, and Disposal in the United States: Tables and Figures for 2010. Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency. Washington, DC. Available online at <http://www.epa.gov/epaoswer/non-hw/muncpl/msw99.htm>.

EPA (2007, 2008, 2011b) Municipal Solid Waste in the United States: Facts and Figures. Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency. Washington, DC. Available online at <http://www.epa.gov/epaoswer/non-hw/muncpl/msw99.htm>.

EPA (2006) Solid Waste Management and Greenhouse Gases: A Life-Cycle Assessment of Emissions and Sinks. Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency. Washington, DC.

EPA (2000) Characterization of Municipal Solid Waste in the United States: Source Data on the 1999 Update. Office of Solid Waste, U.S. Environmental Protection Agency. Washington, DC. EPA530-F-00-024.

Goldstein, N. and C. Madtes (2001) "13th Annual BioCycle Nationwide Survey: The State of Garbage in America." BioCycles, JG Press, Emmaus, PA. December 2001.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Kaufman, et al. (2004) "14th Annual BioCycle Nationwide Survey: The State of Garbage in America 2004" Biocycle, JG Press, Emmaus, PA. January, 2004.

RMA (2012a) "Scrap Tire Markets: Facts and Figures – Scrap Tire Characteristics." Available online at <http://www.rma.org/scrap_tires/scrap_tire_markets/scrap_tire_characteristics/>. Accessed 18 January 2012.

RMA (2012b) "Rubber FAQs." Rubber Manufacturers Association. Available online at <http://www.rma.org/about_rma/rubber_faqs/ Accessed 18 January 2012>.

RMA (2011) "U.S. Scrap Tire Management Summary 2005-2009." Rubber Manufacturers Association. October

BLM_0047247

2011. Available online at: <http://www.rma.org/scrap_tires/scrap_tire_markets/2009_summary.pdf>.

Schneider, S. (2007) E-mail between Shelly Schneider of Franklin Associates (a division of ERG) and Sarah Shapiro of ICF International, January 10, 2007.

Simmons, et al. (2006) "15th Nationwide Survey of Municipal Solid Waste Management in the United States: The State of Garbage in America" BioCycle, JG Press, Emmaus, PA. April 2006.

van Haaren, Rob, Thermelis, N., and Goldstein, N. (2010) "The State of Garbage in America." BioCycle, October 2010. Volume 51, Number 10, pg. 16-23.

**Coal Mining**

AAPG (1984) *Coalbed Methane Resources of the United States*. AAPG Studies in Geology Series #17.

DOE (1983) *Methane Recovery from Coalbeds: A Potential Energy Source*. U.S. Department of Energy. DOE/METC/83-76.

EIA (2010) *Annual Coal Report 1991-2009 (*Formerly called *Coal Industry Annual)*. Table 1. Energy Information Administration, U.S. Department of Energy,Washington, DC.

EPA (1996) *Evaluation and Analysis of Gas Content and Coal Properties of Major Coal Bearing Regions of the United States*. U.S. Environmental Protection Agency. EPA/600/R-96-065.

GRI (1988) *A Geologic Assessment of Natural Gas from Coal Seams*. Topical Reports, Gas Research Institute 1986-88.

Mutmansky, Jan M. and Yanbei Wang (2000) "Analysis of Potential Errors in Determination of Coal Mine Annual Methane Emissions." *Mineral Resources Engineering,* 9(4). December 2000.

USBM (1986) *Results of the Direct Method Determination of the Gas Contents of U.S. Coal Basins*. Circular 9067, U.S. Bureau of Mines.

**Abandoned Underground Coal Mines**

EPA (2003) *Methane Emissions Estimates & Methodology for Abandoned Coal Mines in the U.S.* Draft Final Report. Washington, DC. June 2003.

Mutmansky, Jan M., and Yanbei Wang (2000) *Analysis of Potential Errors in Determination of Coal Mine Annual Methane Emissions*. Department of Energy and Geo-Environmental Engineering, Pennsylvania State University. University Park, PA.

U.S. Department of Labor, Mine Health & Safety Administration (2011) *Data Retrieval System*. Available online at <http://www.msha.gov/drs/drshome.htm>.

**Natural Gas Systems**

AAPG (2004) Shale Gas Exciting Again. American Association of Petroleum Geologists. Available online at <http://www.aapg.org/explorer/2001/03mar/gas_shales.html>.

AGA (1991 through 1998) Gas Facts. American Gas Association. Washington, DC.

API (2005) "Table 12—Section 111—Producing Oil Wells in the United States by State." In *Basic Petroleum Data Book*. American Petroleum Institute, Volume XXV, Number 1. February 2005.

Alabama (2011) Alabama State Oil and Gas Board. Available online at <http://www.ogb.state.al.us>.

BOEMRE (2011a) Gulf of Mexico Region Offshore Information. Bureau of Ocean Energy Management, Regulation and Enforcement, U.S. Department of Interior. Available online at <http://www.gomr.mms.gov/homepg/offshore/fldresv/resvmenu.html>.

BOEMRE (2011b) Gulf of Mexico Region. Bureau of Ocean Energy Management, Regulation and Enforcement, U.S. Department of Interior. Available online at <http://www.gomr.boemre.gov/homepg/pubinfo/freeasci/platform/freeplat.html >.

BOEMRE (2011c) OCS Platform Activity. Bureau of Ocean Energy Management, Regulation and Enforcement, U.S. Department of Interior.  Available online at < http://www.boemre.gov/stats/PDFs/OCSPlatformActivity.pdf >.

BLM_0047248

BOEMRE (2011d) Pacific OCS Region. Bureau of Ocean Energy Management, Regulation and Enforcement, U.S. Department of Interior. Available online at <http://www.gomr.mms.gov/homepg/pubinfo/pacificfreeasci/platform/pacificfreeplat.html html >.

BOEMRE (2004) *Gulfwide Emission Inventory Study for the Regional Haze and Ozone Modeling Effort.* OCS Study MMS 2004-072.

Brookhaven (2004) Natural Gas Field Subject of Interest at Brookhaven College. Brookhaven College. Available online at <http://www.brookhavencollege.edu/news/2004/news1752.html>.

EIA (2011a) Lease Condensate Production, 1989-2009, Natural Gas Navigator. Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://www.cia.gov/dnav/ng/ng_prod_lc_s1_a.htm >.

EIA (2011b) "Table 1—Summary of Natural Gas Supply and Disposition in the United States 2006-2011." Natural Gas Monthly, Energy Information Administration, U.S. Department of Energy, Washington, DC.  Available online at <http://www.eia.doe.gov>.

EIA (2011c) "Table 2—Natural Gas Consumption in the United States 2006-2011."  Natural Gas Monthly, Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://www.eia.doe.gov>.

EIA (2011d) "Table 5— Marketed Production of Natural Gas in Selected States and the Federal Gulf of Mexico, 2006-2011." Natural Gas Monthly, Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://www.eia.doe.gov>.

EIA (2011e) Table 5.2. Monthly Energy Review. Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://www.eia.doe.gov>.

EIA (2011f) Table 6.2. Annual Energy Review. Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://www.eia.doe.gov>.

EIA (2011g) Table A4. Annual Energy Review. Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://www.eia.doe.gov>.

EIA (2011h) U.S. Imports by Country. Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://www.eia.doe.gov>.

EIA (2005) "Table 5—U.S. Crude Oil, Natural Gas, and Natural Gas Liquids Reserves, 1977-2003." Energy Information Administration, Department of Energy, Washington, DC.

EIA (2004) *US LNG Markets and Uses.* Energy Information Administration, U.S. Department of Energy, Washington, DC. June 2004.  Available online at <http://www.eia.doe.gov/pub/oil_gas/natural_gas/ feature_articles/2004/lng/lng2004.pdf>.

EIA (2001) "Documentation of the Oil and Gas Supply Module (OGSM)." Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://tonto.eia.doe.gov/FTPROOT/modeldoc/m063(2001).pdf>.

EIA (1996) "Emissions of Greenhouse Gases in the United States" Carbon Dioxide Emissions. Energy Information Administration, U.S. Department of Energy, Washington, DC.

EPA (2011) Natural Gas STAR Reductions 1990-2010. Natural Gas STAR Program.

EPA (2007) *Reducing Methane Emissions During Completions Operations.*  Natural Gas STAR Producer's Technology Transfer Workshop.  September 11, 2007. Available online at <http://epa.gov/gasstar/documents/workshops/glenwood-2007/04_recs.pdf>.

EPA (2006a) *Installing Plunger Lift Systems in Gas Wells.*  Lessons Learned from Natural Gas STAR Partners. October 2006.  Available online on <http://epa.gov/gasstar/documents/ll_plungerlift.pdf>.

EPA (2006b) *Replacing Wet Seals with Dry Seals in Centrifugal Compressors.*  Lessons Learned from Natural Gas STAR Partners.  October 2006. Available online at <http://epa.gov/gasstar/documents/ll_wetseals.pdf>.

EPA (2004) *Green Completions*  Natural Gas STAR Producer's Technology Transfer Workshop.  September 21,

BLM_0047249

2004. Available online at <http://epa.gov/gasstar/workshops/techtransfer/2004/houston-02.html>.

EPA (1999) *Estimates of Methane Emissions from the U.S. Oil Industry (Draft Report)*. Prepared by ICF-Kaiser, Office of Air and Radiation, U.S. Environmental Protection Agency. October 1999.

EPA/GRI (1996) *Methane Emissions from the Natural Gas Industry*. Prepared by Harrison, M., T. Shires, J. Wessels, and R. Cowgill, eds., Radian International LLC for National Risk Management Research Laboratory, Air Pollution Prevention and Control Division, Research Triangle Park, NC. EPA-600/R-96-080a.

FERC (2010) *North American LNG Terminals* . Federal Energy Regulatory Commission, Washington, DC. Available online at <http://www.ferc.gov/industries/lng/indus-act/terminals/lng-existing.pdf>.

GTI (2001) Gas Resource Database: Unconventional Natural Gas and Gas Composition Databases. Second Edition. GRI-01/0136.

HPDI (2010) Production and Permit Data, October 2010.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, H.S. Eggleston, L. Buenida, K. Miwa, T Ngara, and K. Tanabe, eds.; Institute for Global Environmental Strategies (IGES). Hayama, Kanagawa, Japan.

Kansas (2010) Kansas Geological Survey. Oil and Gas Production Data, All Wells, University of Kansas. Available online at <http://www.kgs.ku.edu/PRS/petroDB.html>.

Lippman (2003) Rocky Mountain Region Second Quarter 2003 Production Report. Lippman Consulting, Inc.

Montana (2010) Montana Online Oil and Gas Information System. Montana Board of Oil and Gas Conservation, Billing Office. Available online at <http://bogc.dnrc.state.mt.us/jdpIntro.htm>.

New Mexico (2011) Annual Gas Well Counts by State District. Available online at <http://www.emnrd.state.nm.us/ocd/>.

New Mexico (2005) Districts. Available online at <http://www.emnrd.state.nm.us/ocd/districts.htm>.

OGJ (1997-2011) "Worldwide Gas Processing." *Oil & Gas Journal*, PennWell Corporation, Tulsa, OK. Available online at <http:// http://www.ogj.com/>.

Oklahoma (2010) Oklahoma Petroleum Information Center—Coalbed-Methane Completions database. Oklahoma Geological Survey. Available online at <http://www.ogs.ou.edu/homepage.php>.

PHMSA (2010) Transmission Annuals Data. Pipeline and Hazardous Materials Safety Administration, U.S. Department of Transportation, Washington, DC. Available online at < http://phmsa.dot.gov/pipeline/library/data-stats >.

PHMSA (2011) Gas Distribution Annual Data. Pipeline and Hazardous Materials Safety Administration, U.S. Department of Transportation, Washington, DC. Available online at < http://phmsa.dot.gov/pipeline/library/data-stats >.

TERC (2009) *VOC Emissions from Oil and Condensate Storage Tanks*. Hendler, Albert, URS Corporation; Nunn, Jim, COMM Engineering; Lundeen, Joe, Trimeric Corporation. Revised April 2, 2009. Available online at: <http://files.harc.edu/Projects/AirQuality/Projects/H051C/H051CFinalReport.pdf>.

Texas (2011a) Gas Well Counts by County. Texas Railroad Commission. Available online at <http://webapps.rrc.state.tx.us/PDQ/generalReportAction.do >.

Texas (2011b) Oil Well Counts by County. Texas Railroad Commission. Available online at <http://webapps.rrc.state.tx.us/PDQ/generalReportAction.do >.

Texas (2010a) *The Barnett Shale Regional Report*. Foster, Brad, Devon Energy, Texas Railroad Commission. Available online at <http://www.rrc.state.tx.us/data/index.php>.

Texas (2010b) Oil and Gas District Boundaries. Texas Railroad Commission. Available online at <http://www.rrc.state.tx.us/divisions/og/ogmap.html>.

Utah (2010) Oil and Gas Data Download. Utah Division of Oil, Gas and Mining—Department of Natural Resources. Available online at <http://ogm.utah.gov/oilgas/DOWNLOAD/downpage.htm>.

BLM_0047250

WGC (2009) "Methane's Role in Promoting Sustainable Development in the Oil and Natural Gas Industry." October 2009.

World Oil Magazine (2011a) "Outlook 2011: Producing Gas Wells." 232(2). February 2011. Available online at <http://www.worldoil.com>.

World Oil Magazine (2011b) "Outlook 2011: Producing Oil Wells." 232(2). February 2011. Available online at <http://www.worldoil.com>.

Wyoming (2010) Wyoming Oil and Gas Conservation Commission. Available online at <http://wogcc.state.wy.us/coalbedchart.cfm>.

**Petroleum Systems**

API (2009) Compendium of Greenhouse gas Emissions Methodologies for the Oil and Gas Industry. American Petroleum Institute. Austin, TX, August 2009.

BOEMRE (2011a) *OCS Platform Activity.* Bureau of Ocean Energy Management, Regulation, and Enforcement, U.S. Department of Interior. Available online at <http://www.boemre.gov/stats/>.

BOEMRE (2011b) *Platform Information and Data.* Bureau of Ocean Energy Management, Regulation, and Enforcement, U.S. Department of Interior. Available online at <http://www.gomr.boemre.gov/homepg/pubinfo/freeasci/platform/freeplat.html>.

BOEMRE (2011c) *Pacific OCS Region.* Bureau of Ocean Energy Management, Regulation, and Enforcement, U.S. Department of Interior. Available online at <http://www.gomr.boemre.gov/homepg/pubinfo/pacificfreeasci/platform/pacificfreeplat.html>.

BOEMRE (2005) *Field and Reserve Information.* Bureau of Ocean Energy Management, Regulation, and Enforcement, U.S. Department of Interior. Available online at < http://www.gomr.boemre.gov/homepg/offshore/fldresv/resvmenu.html >.

BOEMRE (2004) *Gulfwide Emission Inventory Study for the Regional Haze and Ozone Modeling Effort.* Bureau of Ocean Energy Management, Regulation, and Enforcement (formerly Minerals Management Service), U.S. Department of Interior. OCS Study MMS 2004-072.

EIA (1990 through 2010) *Refinery Capacity Report.* Energy Information Administration, U.S. Department of Energy. Washington, DC. Available online at <http://www.eia.doe.gov/oil_gas/petroleum/data_publications/refinery_capacity_data/refcapacity.html>.

EIA (1995 through 2010a) *Annual Energy Review.* Energy Information Administration, U.S. Department of Energy. Washington, DC. Available online at <http://www.eia.doe.gov/emeu/aer/contents.html>.

EIA (1995 through 2010b) *Monthly Energy Review.* Energy Information Administration, U.S. Department of Energy. Washington, DC. Available online at <http://www.eia.doe.gov/emeu/mer>.

EIA (1995 through 2010) *Petroleum Supply Annual. Volume 1.* U.S Department of Energy Washington, DC. Available online at: <http://www.eia.doe.gov/oil_gas/petroleum/data_publications/petroleum_supply_annual/psa_volume1/psa_volume1.html>.

EPA (2005) *Incorporating the Mineral Management Service Gulfwide Offshore Activities Data System (GOADS) 2000 data into the methane emissions inventories.* Prepared by ICF International. U.S. Environmental Protection Agency. 2005.

EPA (1999) *Estimates of Methane Emissions from the U.S. Oil Industry (Draft Report).* Prepared by ICF International. Office of Air and Radiation, U.S. Environmental Protection Agency. October 1999.

EPA (1996) *Methane Emissions from the U.S. Petroleum Industry (Draft).* Prepared by Radian. U.S. Environmental Protection Agency. June 1996.

EPA (1995) *Compilation of Air Pollutant Emission Factors AP-42, Fifth Edition, Volume I: Stationary Point and Area Sources.* U.S. Environmental Protection Agency. Available online at <http://www.epa.gov/ttn/chief/ap42/index.html>.

BLM_0047251

EPA/GRI (1996a) *Methane Emissions from the Natural Gas Industry, V7: Blow and Purge Activities*. Prepared by Radian. U.S. Environmental Protection Agency. April 1996.

EPA/GRI (1996b) *Methane Emissions from the Natural Gas Industry, V11: Compressor Driver Exhaust*. Prepared by Radian. U.S. Environmental Protection Agency. April 1996.

EPA/GRI (1996c) *Methane Emissions from the Natural Gas Industry, V12: Pneumatic Devices*. Prepared by Radian. U.S. Environmental Protection Agency. April 1996.

EPA/GRI (1996d) *Methane Emissions from the Natural Gas Industry, V13: Chemical Injection Pumps*. Prepared by Radian. U.S. Environmental Protection Agency. April 1996.

HPDI (2011) Production and Permit Data, October 2009.

IOGCC (2009) *Marginal Wells: fuel for economic growth 2008 Report*. Interstate Oil & Gas Compact Commission. Available online at <http://iogcc.myshopify.com/>.

OGJ (2010a) *Oil and Gas Journal 1990-2009*. Pipeline Economics Issue, November 2010.

OGJ (2010b) *Oil and Gas Journal 1990-2009*. Worldwide Refining Issue, January 2010.

TERC (2009) *VOC Emissions from Oil and Condensate Storage Tanks*. Hendler, Albert, URS Corporation; Nunn, Jim, COMM Engineering; Lundeen, Joe, Trimeric Corporation. Revised April 2, 2009. Available online at: <http://files.harc.edu/Projects/AirQuality/Projects/H051C/H051CFinalReport.pdf>.

United States Army Corps of Engineers (1995-2009) *Waterborne Commerce of the United States, Part 5: National Summaries*. U.S. Army Corps of Engineers. Washington, DC.

**Energy Sources of Indirect Greenhouse Gases**

EPA (2010) "2009 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards.

EPA (2009) "1970 - 2008 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards. Available online at <http://www.epa.gov/ttn/chief/trends/index.html>.

EPA (2003) E-mail correspondence containing preliminary ambient air pollutant data. Office of Air Pollution and the Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency. December 22, 2003.

EPA (1997) *Compilation of Air Pollutant Emission Factors, AP-42*. Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency. Research Triangle Park, NC. October 1997.

**International Bunker Fuels**

Anderson, B.E., et al., *Alternative Aviation Fuel Experiment (AAFEX)*, NASA Technical Memorandum, in press, 2011.

ASTM (1989) *Military Specification for Turbine Fuels, Aviation, Kerosene Types*, NATO F-34 (JP-8) and NATO F-35. February 10, 1989. Available online at <http://test.wbdg.org/ccb/FEDMIL/t_83133d.pdf>.

Chevron (2000) *Aviation Fuels Technical Review (FTR-3)*. Chevron Products Company, Chapter 2. Available online at <http://www.chevron.com/products/prodserv/fuels/bulletin/aviationfuel/2_at_fuel_perf.shtm>.

DESC (2011) Unpublished data from the Defense Fuels Automated Management System (DFAMS). Defense Energy Support Center, Defense Logistics Agency, U.S. Department of Defense. Washington, DC.

DHS (2008) Personal Communication with Elissa Kay, Residual and Distillate Fuel Oil Consumption (International Bunker Fuels). Department of Homeland Security, Bunker Report. January 11, 2008.

DOC (2011) Unpublished Report of Bunker Fuel Oil Laden on Vessels Cleared for Foreign Countries. Form-563. Foreign Trade Division, Bureau of the Census, U.S. Department of Commerce. Washington, DC.

EIA (2011a) *Annual Energy Review 2010*. Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0384(2011). October 19, 2011.

EIA (2011b) Supplemental Tables on Petroleum Product detail. *Monthly Energy Review, September 2011*, Energy

BLM_0047252

Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0035(2011/09).

FAA (2012) Personal Communication between FAA and Leif Hockstad for aviation emissions estimates from the Aviation Environmental Design Tool (AEDT). February 2012.

FAA (2006) *System for assessing Aviation's Global Emission (SAGE) Model.* Federal Aviation Administration's Office of Aviation Policy, Planning, and Transportation Topics, 2006.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories.* Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency.  Paris, France.

USAF (1998) *Fuel Logistics Planning.* U.S. Air Force pamphlet AFPAM23-221, May 1, 1998.

**Wood Biomass and Ethanol Consumption**

EIA (2011) *Annual Energy Review 2010.* Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0384 (2010). October 19, 2011.

EPA (2011) Acid Rain Program Dataset 1996-2010.  Office of Air and Radiation, Office of Atmospheric Programs, U.S. Environmental Protection Agency, Washington, D.C.

EPA (2010) Carbon Content Coefficients Developed for EPA's Mandatory Reporting Rule. Office of Air and Radiation, Office of Atmospheric Programs, U.S. Environmental Protection Agency, Washington, D.C.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories.* Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency.  Paris, France.

## *Industrial Processes*

**Cement Production**

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

U.S. Bureau of Mines (1990 through 1993) *Minerals Yearbook: Cement Annual Report.* U.S. Department of the Interior, Washington, DC.

USGS (1995 through 2011) *Mineral Commodity Summaries - Cement.* U.S. Geological Survey, Reston, VA.

Van Oss (2008) Personal communication. Hendrik van Oss, Commodity Specialist of the U.S. Geological Survey and Erin Gray, ICF International. December 16, 2008.

**Lime Production**

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2000) *Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories. ,* National Greenhouse Gas Inventories Programme, Intergovernmental Panel on Climate Change. Montreal. May 2000. IPCC-XVI/Doc. 10 (1.IV.2000).

Lutter (2009 through 2010) Personal communication. Karen Lutter, California Air Resources Board and Mausami Desai, EPA. October 20, 2009; September 28, 2010.

Males, E. (2003) Memorandum from Eric Males, National Lime Association to Mr. William N. Irving & Mr. Leif Hockstad, Environmental Protection Agency. March 6, 2003.

Miner, R. and B. Upton (2002) Methods for estimating greenhouse gas emissions from lime kilns at kraft pulp mills.

BLM_0047253

Energy. Vol. 27 (2002), p. 729-738.

Prillaman (2008 through 2010) Personal communication. Hunter Prillaman, National Lime Association and Mausami Desai, EPA. November 5, 2008; October 19, 2009; October 21, 2010.

USGS (1992 through 2011) *Minerals Yearbook: Lime*. U.S. Geological Survey, Reston, VA.

**Limestone and Dolomite Use**

U.S. Bureau of Mines (1991 & 1993a) *Minerals Yearbook: Crushed Stone Annual Report*. U.S. Department of the Interior. Washington, DC.

U.S. Bureau of Mines (1990 through 1993b) *Minerals Yearbook: Magnesium and Magnesium Compounds Annual Report*. U.S. Department of the Interior. Washington, DC.

USGS (1995 through 2011a) *Minerals Yearbook: Crushed Stone Annual Report*. U.S. Geological Survey, Reston, VA.

USGS (1995 through 2011b) *Minerals Yearbook: Magnesium Annual Report*. U.S. Geological Survey, Reston, VA.

**Soda Ash Production and Consumption**

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

USGS (1994 through 2011) Minerals Yearbook: Soda Ash Annual Report. U.S. Geological Survey, Reston, VA.

**Ammonia Production and Urea Consumption**

Bark (2004) *Coffeyville Nitrogen Plant* Available online at <http://www.gasification.org/Docs/2003_Papers/07BARK.pdf>. December 15, 2004.

Coffeyville Resources Nitrogen Fertilizers (2011) Nitrogen Fertilizer Operations. Available online at <http://coffeyvillegroup.com/NitrogenFertilizerOperations/index.html>.

Coffeyville Resources Nitrogen Fertilizers (2010) Nitrogen Fertilizer Operations. Available online at <http://coffeyvillegroup.com/NitrogenFertilizerOperations/index.html>.

Coffeyville Resources Nitrogen Fertilizers (2009) Nitrogen Fertilizer Operations. Available online at <http://coffeyvillegroup.com/NitrogenFertilizerOperations/index.html>.

Coffeyville Resources Nitrogen Fertilizers, LLC (2005 through 2007a) Business Data. Available online at <http://www.coffeyvillegroup.com/businessSnapshot.asp>.

Coffeyville Resources Nitrogen Fertilizers (2007b) Nitrogen Fertilizer Operations. Available online at <http://coffeyvillegroup.com/nitrogenMain.aspx>.

EEA (2004) *Natural Gas Issues for the U.S. Industrial and Power Generation Sectors*. Submitted to National Commission on Energy Policy.

EFMA (2000) *Best Available Techniques for Pollution Prevention and Control in the European Fertilizer Industry*. Booklet No. 5 of 8: Production of Urea and Urea Ammonium Nitrate.

EFMA (1995) *Production of Ammonia*. European Fertilizer Manufacturers Association. March 1, 1995.

EIA (2011) *Natural Gas Prices for the U.S. 2005-2010* Available online at <http://205.254.135.24/dnav/ng/ng_pri_sum_dcu_nus_a.htm>.

TFI (2002) *U.S. Nitrogen Imports/Exports Table*. The Fertilizer Institute. Available online at <http://www.tfi.org/statistics/usnexim.asp>. August 2002.

TIG (2002) *Chemical Profiles – Urea*. The Innovation Group. Available online at <http://www.the-innovation-group.com/ChemProfiles/Urea.htm>. September 2007.

U.S. Bureau of the Census (2011) *Current Industrial Reports Fertilizer Materials and Related Products: 2010 Summary*. Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

BLM_0047254

U.S. Bureau of the Census (2010) *Current Industrial Reports Fertilizer Materials and Related Products: 2009 Summary*. Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

U.S. Bureau of the Census (2009) *Current Industrial Reports Fertilizer Materials and Related Products: 2008 Summary*. Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

U.S. Bureau of the Census (2008) *Current Industrial Reports Fertilizer Materials and Related Products: 2007 Summary*. Available online at <http://www.census.gov/cir/www/325/mq325b/mq325b075.xls.>.

U.S. Census Bureau (2007) *Current Industrial Reports Fertilizer Materials and Related Products: 2006 Summary*. Available online at < http://www.census.gov/industry/I/mq325b065.pdf>.

U.S. Census Bureau (2006) *Current Industrial Reports Fertilizer Materials and Related Products: 2005 Summary*. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (2002, 2004, 2005) *Current Industrial Reports Fertilizer Materials and Related Products: Fourth Quarter Report Summary*. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (1998 through 2002b, 2003) *Current Industrial Reports Fertilizer Materials and Related Products: Annual Reports Summary*. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (2002a) *Current Industrial Reports Fertilizer Materials and Related Products: First Quarter 2002*. June 2002. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (2002c) *Current Industrial Reports Fertilizer Materials and Related Products: Third Quarter 2001*. January 2002. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (2001a) *Current Industrial Reports Fertilizer Materials and Related Products: Second Quarter 2001*. September 2001. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (1991 through 1994) *Current Industrial Reports Fertilizer Materials Annual Report*. Report No. MQ28B. U.S. Census Bureau, Washington, DC.

U.S. Department of Agriculture (2011) Economic Research Service Data Sets, Data Sets, U.S. Fertilizer Imports/Exports: Standard Tables. Available online at <http://www.ers.usda.gov/Data/FertilizerTrade/standard.htm>.

USGS (1994 through 2009) Minerals Yearbook: Nitrogen. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/nitrogen/>.

U.S. ITC (2002) *United States International Trade Commission Interactive Tariff and Trade DataWeb, Version 2.5.0*. Available online at <http://dataweb.usitc.gov/scripts/user_set.asp>. August 2002.

**Urea Consumption for Non-Agricultural Purposes**

EFMA (2000) *Best Available Techniques for Pollution Prevention and Control in the European Fertilizer Industry*. Booklet No. 5 of 8: Production of Urea and Urea Ammonium Nitrate.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

TFI (2002) *U.S. Nitrogen Imports/Exports Table*. The Fertilizer Institute. Available online at <http://www.tfi.org/statistics/usnexim.asp>. August 2002.

U.S. Bureau of the Census (2011) *Current Industrial Reports Fertilizer Materials and Related Products: 2010 Summary*. Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

U.S. Bureau of the Census (2010) *Current Industrial Reports Fertilizer Materials and Related Products: 2009 Summary*. Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

U.S. Bureau of the Census (2009) *Current Industrial Reports Fertilizer Materials and Related Products: 2008 Summary*. Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

U.S. Bureau of the Census (2008) *Current Industrial Reports Fertilizer Materials and Related Products: 2007 Summary*. Available online at <http://www.census.gov/cir/www/325/mq325b/mq325b075.xls.>.

BLM_0047255

U.S. Census Bureau (2007) *Current Industrial Reports Fertilizer Materials and Related Products: 2006 Summary.* Available online at < http://www.census.gov/industry/1/mq325b065.pdf>.

U.S. Census Bureau (2006) *Current Industrial Reports Fertilizer Materials and Related Products: 2005 Summary.* Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (2002, 2004, 2005) *Current Industrial Reports Fertilizer Materials and Related Products: Fourth Quarter Report Summary.* Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (1998 through 2002b, 2003) *Current Industrial Reports Fertilizer Materials and Related Products: Annual Reports Summary.* Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (2002a) *Current Industrial Reports Fertilizer Materials and Related Products: First Quarter 2002.* June 2002. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (2002c) *Current Industrial Reports Fertilizer Materials and Related Products: Third Quarter 2001.* January 2002. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (2001a) *Current Industrial Reports Fertilizer Materials and Related Products: Second Quarter 2001.* September 2001. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Department of Agriculture (2011) Economic Research Service Data Sets, Data Sets, U.S. Fertilizer Imports/Exports: Standard Tables.  Available online at <http://www.ers.usda.gov/Data/FertilizerTrade/standard.htm>.

USGS (1994 through 2009) Minerals Yearbook: Nitrogen.  Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/nitrogen/>.

U.S. ITC (2002) *United States International Trade Commission Interactive Tariff and Trade DataWeb, Version 2.5.0.*  Available online at <http://dataweb.usitc.gov/scripts/user_set.asp>. August 2002.

**Nitric Acid Production**

Desai (2012) Personal communication. Mausami Desai, U.S. Environmental Protection Agency, January 25, 2012.

EPA (2010) *Draft Nitric Acid Database.* U.S. Environmental Protection Agency, Office of Air and Radiation. September, 2010.

EPA (1997) *Compilation of Air Pollutant Emission Factors, AP-42.* Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency. Research Triangle Park, NC. October 1997.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

US Census Bureau (2011) *Current Industrial Reports. Fertilizers and Related Chemicals: 2010.*  "Table 1: Summary of Production of Principle Fertilizers and Related Chemicals: 2009 and 2010." June, 2011. MQ325B(10)-5. Available online at < http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

US Census Bureau (2010a) *Current Industrial Reports. Fertilizers and Related Chemicals: 2009.*  "Table 1: Summary of Production of Principle Fertilizers and Related Chemicals: 2009 and 2008." June, 2010. MQ325B(08)-5. Available online at < http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

US Census Bureau (2010b) Personal communication between Hilda Ward (of U.S. Census Bureau) and Caroline Cochran (of ICF International). October 26, 2010 and November 5, 2010.

US Census Bureau (2009) *Current Industrial Reports. Fertilizers and Related Chemicals: 2008.*  "Table 1: Shipments and Production of Principal Fertilizers and Related Chemicals: 2004 to 2008." June, 2009. MQ325B(08)-5. Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

US Census Bureau (2008) *Current Industrial Reports. Fertilizers and Related Chemicals: 2007.*  "Table 1: Shipments and Production of Principal Fertilizers and Related Chemicals: 2003 to 2007." June, 2008. MQ325B(07)-5. Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html >.

US Census Bureau (2006) *Current Industrial Reports.*, "Table 995: Inorganic Chemicals and Fertilizers." August,

BLM_0047256

2006. Series MAQ325A Available online at <www.census.gov/compendia/statab/2007/tables/07s0995.xls>.

**Adipic Acid Production**

ACC (2011) "Business of Chemistry (Annual Data).xls." American Chemistry Council Guide to the Business of Chemistry. August 2011.

C&EN (1995) "Production of Top 50 Chemicals Increased Substantially in 1994." *Chemical & Engineering News*, 73(15):17. April 10, 1995.

C&EN (1994) "Top 50 Chemicals Production Rose Modestly Last Year." *Chemical & Engineering News*, 72(15):13. April 11, 1994.

C&EN (1993) "Top 50 Chemicals Production Recovered Last Year." *Chemical & Engineering News*, 71(15):11. April 12, 1993.

C&EN (1992) "Production of Top 50 Chemicals Stagnates in 1991." *Chemical & Engineering News*, 70(15): 17. April 13, 1992.

CMR (2001) "Chemical Profile: Adipic Acid." *Chemical Market Reporter*. July 16, 2001.

CMR (1998) "Chemical Profile: Adipic Acid." *Chemical Market Reporter*. June 15, 1998.

CW (2007) "Product Focus: Adipic Acid." *Chemical Week*. August 1-8, 2007.

CW (2005) "Product Focus: Adipic Acid." *Chemical Week*. May 4, 2005.

CW (1999) "Product Focus: Adipic Acid/Adiponitrile." *Chemical Week*, p. 31.  March 10, 1999.

Desai (2012) Personal communication. Mausami Desai, U.S. Environmental Protection Agency and Toby Mandel, ICF International, January 25, 2012.

Desai (2010) Personal communication. Mausami Desai, U.S. Environmental Protection Agency, and Caroline Cochran, ICF International. November 8, 2010.

Desai (2009) Personal communication. Mausami Desai, U.S. Environmental Protection Agency and Joseph Herr, ICF International. November 19, 2009.

ICIS (2007) "Adipic Acid." *ICIS Chemical Business Americas.* July 9, 2007.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Reimer, R.A., Slaten, C.S., Seapan, M., Koch, T.A. and Triner, V.G. (1999) "Implementation of Technologies for Abatement of $N_2O$ Emissions Associated with Adipic Acid Manufacture." Proceedings of the 2nd Symposium on Non-$CO_2$ Greenhouse Gases (NCGG-2), Noordwijkerhout, The Netherlands, 8-10 Sept. 1999, Ed. J. van Ham *et al.*, Kluwer Academic Publishers, Dordrecht, pp. 347-358.

SEI (2010) *Industrial $N_2O$ Projects Under the CDM: Adipic Acid – A Case for Carbon Leakage?* Stockholm Environment Institute Working Paper WP-US-1006. October 9, 2010.

Thiemens, M.H., and W.C. Trogler (1991) "Nylon production; an unknown source of atmospheric nitrous oxide." *Science* 251:932-934.

VA DEQ (2010) Personal communication. Stanley Faggert, Virgina Department of Environmental Quality and Joseph Herr, ICF International. March 12, 2010.

VA DEQ (2009) Personal communication. Stanley Faggert, Virgina Department of Environmental Quality and Joseph Herr, ICF International. October 26, 2009.

VA DEQ (2006) Virginia Title V Operating Permit. Honeywell International Inc. Hopewell Plant. Virginia Department of Environmental Quality. Permit No. PRO50232. Effective January 1, 2007.

**Silicon Carbide Production**

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas

BLM_0047257

Inventories Programme, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe, eds.; Institute for Global Environmental Strategies (IGES). Hayama, Kanagawa, Japan.

U.S. Census Bureau (2005 through 2011) *U.S International Trade Commission (USITC) Trade DataWeb.* Available online at <http://dataweb.usitc.gov/>.

USGS (2011a) *Minerals Commodity Summary: Abrasives (Manufactured) 2009.* U.S. Geological Survey, Reston, VA.

USGS (1991a through 2010a and 2011b) *Minerals Yearbook: Manufactured Abrasives Annual Report.* U.S. Geological Survey, Reston, VA.

USGS (1991b through 2010b and 2011c) *Minerals Yearbook: Silicon Annual Report.* U.S. Geological Survey, Reston, VA.

**Petrochemical Production**

ACC (2002, 2003, 2005 through 2011) *Guide to the Business of Chemistry.* American Chemistry Council, Arlington, VA.

EIA (2004) *Annual Energy Review 2003.* Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0384(2003). September 2004.

EIA (2003) *Emissions of Greenhouse Gases in the United States 2002.* Office of Integrated Analysis and Forecasting, Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE-EIA-0573(2002). February 2003.

European IPPC Bureau (2004) *Draft Reference Document on Best Available Techniques in the Large Volume Inorganic Chemicals—Solid and Others Industry,* Table 4.21. European Commission, 224. August 2004.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories.* Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency. Paris, France.

Jordan, J. (2011a) Personal communication, Jim Jordan of Jordan Associates on behalf of the Methanol Institute and Pier LaFarge, ICF International. October 19th, 2011

Jordan, J. (2011b) Personal communication, Jim Jordan of Jordan Associates on behalf of the Methanol Institute and Pier LaFarge, ICF International. October 18th, 2011

Johnson, G. L. (2011) Personal communication. Greg Johnson of Liskow & Lewis, on behalf of the International Carbon Black Association (ICBA) and Pier LaFarge, ICF International. October 2011.

Johnson, G. L. (2010) Personal communication. Greg Johnson of Liskow & Lewis, on behalf of the International Carbon Black Association (ICBA) and Caroline Cochran, ICF International. September 2010.

Johnson, G. L. (2009) Personal communication. Greg Johnson of Liskow & Lewis, on behalf of the International Carbon Black Association (ICBA) and Jean Y. Kim, ICF International. October 2009.

Johnson, G. L. (2008) Personal communication. Greg Johnson of Liskow & Lewis, on behalf of the International Carbon Black Association (ICBA) and Jean Y. Kim, ICF International. November 2008.

Johnson, G. L. (2007) Personal communication. Greg Johnson of Liskow & Lewis, on behalf of the International Carbon Black Association (ICBA) and Tristan Kessler, ICF International. November 2007.

Johnson, G. L. (2006) Personal communication. Greg Johnson of Liskow & Lewis, on behalf of the International Carbon Black Association (ICBA) and Erin Fraser, ICF International. October 2006.

Johnson, G. L. (2005) Personal communication. Greg Johnson of Liskow & Lewis, on behalf of the International Carbon Black Association (ICBA) and Erin Fraser, ICF International. October 2005.

Johnson, G. L. (2003) Personal communication. Greg Johnson of Liskow & Lewis, on behalf of the International Carbon Black Association (ICBA) and Caren Mintz, ICF International November 2003.

Othmer, K. (1992) Carbon (*Carbon Black*), Vol. 4, 1045.

BLM_0047258

Srivastava, Manoj, I.D. Singh, and Himmat Singh (1999) "Structural Characterization of Petroleum Based Feedstocks for Carbon Black Production," Table-1. *Petroleum Science and Technology* 17(1&2):67-80.

The Innovation Group (2004) *Carbon Black Plant Capacity*. Available online at <http://www.the-innovation-group.com/ChemProfiles/Carbon%20Black.htm>.

U.S. Census Bureau (2007) 2006 *Economic Census: Manufacturing—Industry Series: Carbon Black Manufacturing*. Department of Commerce. Washington, DC. EC073113. June 2009.

U.S. Census Bureau (2004) 2002 *Economic Census: Manufacturing—Industry Series: Carbon Black Manufacturing*. Department of Commerce. Washington, DC. EC02-311-325182. September 2004.

U.S. Census Bureau (1999) *1997 Economic Census: Manufacturing—Industry Series: Carbon Black Manufacturing*. Department of Commerce. Washington, DC. EC97M-3251F. August 1999.

**Titanium Dioxide Production**

Gambogi, J. (2002) Telephone communication. Joseph Gambogi, Commodity Specialist, U.S. Geological Survey and Philip Groth, ICF International. November 2002.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Nelson, H.W. (1969) *Petroleum Coke Handling Problems*. Great Lakes Carbon Corporation.

USGS (2011a) *Mineral Commodity Summary: Titanium 2010*. U.S. Geological Survey, Reston, VA.

USGS (USGS 1991 through 2011b) *Mineral Yearbook: Titanium Annual Report*. U.S. Geological Survey, Reston, VA.

**Carbon Dioxide Consumption**

Allis, R. et al. (2000) *Natural CO$_2$ Reservoirs on the Colorado Plateau and Southern Rocky Mountains: Candidates for CO$_2$ Sequestration*. Utah Geological Survey and Utah Energy and Geoscience Institute. Salt Lake City, Utah.

ARI (1990 through 2011) *CO$_2$ Use in Enhanced Oil Recovery*. Deliverable to ICF International under Task Order 102, July 15, 2011.

ARI (2007) *CO$_2$-EOR: An Enabling Bridge for the Oil Transition*. Presented at "Modeling the Oil Transition—a DOE/EPA Workshop on the Economic and Environmental Implications of Global Energy Transitions." Washington, DC. April 20-21, 2007.

ARI (2006) *CO$_2$-EOR: An Enabling Bridge for the Oil Transition*. Presented at "Modeling the Oil Transition—a DOE/EPA Workshop on the Economic and Environmental Implications of Global Energy Transitions." Washington, DC. April 20-21, 2006.

Broadhead (2003) Personal communication. Ron Broadhead, Principal Senior Petroleum Geologist and Adjunct faculty, Earth and Environmental Sciences Department, New Mexico Bureau of Geology and Mineral Resources, and Robin Pestrusak, ICF International. September 5, 2003.

COGCC (2011) Monthly Production Reports. Available online at < http://cogcc.state.co.us/COGCCReports/production.aspx?id=MonthlyCO2ProdByCounty>. Accessed September 2011.

Denbury Resources Inc. (2002 through 2011) *Annual Report: Form 10-K*. Available online at <http://ir.denbury.com/phoenix.zhtml?c=72374&p=irol-reportsAnnual>. Accessed September 2011.

New Mexico Bureau of Geology and Mineral Resources (2006) Natural Accumulations of Carbon Dioxide in New Mexico and Adjacent Parts of Colorado and Arizona: Commercial Accumulation of CO$_2$. Available online at <http://geoinfo.nmt.edu/staff/broadhead/CO$_2$.html#commercial>.

**Phosphoric Acid Production**

EFMA (2000) "Production of Phosphoric Acid." *Best Available Techniques for Pollution Prevention and Control in the European Fertilizer Industry*. Booklet 4 of 8. European Fertilizer Manufacturers Association. Available online at

BLM_0047259

<http://www.efma.org/Publications/BAT%202000/Bat04/section04.asp>.

FIPR (2003) "Analyses of Some Phosphate Rocks." Facsimile Gary Albarelli, the Florida Institute of Phosphate Research, Bartow, Florida, to Robert Lanza, ICF International. July 29, 2003.

FIPR (2003a) Florida Institute of Phosphate Research. Personal communication. Mr. Michael Lloyd, Laboratory Manager, FIPR, Bartow, Florida, to Mr. Robert Lanza, ICF International. August 2003.

USGS (1994 through 2011) *Minerals Yearbook. Phosphate Rock Annual Report.* U.S. Geological Survey, Reston, VA.

**Iron and Steel Production and Metallurgical Coke Production**

AISI (2004 through 2011a) *Annual Statistical Report*, American Iron and Steel Institute, Washington, DC.

AISI (2011b) Personal communication, Paul Stewart, ICF International, and the American Iron and Steel Institute, August, 2011.

AISI (2008b) Personal communication, Mausami Desai, US EPA, and the American Iron and Steel Institute, October 2008.

DOE (2000) *Energy and Environmental Profile of the U.S. Iron and Steel Industry.* Office of Industrial Technologies, U.S. Department of Energy.  August 2000.  DOE/EE-0229.EIA

EIA (2011a) *Annual Energy Review 2010,* Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0384(2010).

EIA (2011b) *Natural Gas Annual 2010,* Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0131(10).

EIA (2011c) Supplemental Tables on Petroleum Product detail. Monthly Energy Review, September 2011, Energy  Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0035(2011/09).

EIA (1998 through 2011d) *Quarterly Coal Report: October-December*, Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0121.

EIA (1992) Coal and lignite production. *EIA State Energy Data Report 1992*, Energy Information Administration, U.S. Department of Energy, Washington, DC.

EPA (2010) Carbon Content Coefficients Developed for EPA's Mandatory Reporting Rule. Office of Air and Radiation, Office of Atmospheric Programs, U.S. Environmental Protection Agency, Washington, D.C.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC/UNEP/OECD/IEA (1995) "Volume 3: Greenhouse Gas Inventory Reference Manual.  Table 2-2".*IPCC Guidelines for National Greenhouse Gas Inventories.*  Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency.  IPCC WG1 Technical Support Unit, United Kingdom.

USGS (2011) *Mineral Industry Surveys: Iron and Steel Scrap in December 2010.* U.S. Geological Survey, Reston, VA.

**Ferroalloy Production**

Corathers, L. (2012) Personal communication. Lisa Corathers, Commodity Specialist, U.S. Geological Survey and Paul Stewart, ICF International. March 09, 2012.

Corathers, L. (2011) Personal communication. Lisa Corathers, Commodity Specialist, U.S. Geological Survey and Paul Stewart, ICF International. March 11, 2011.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

BLM_0047260

Onder, H., and E.A. Bagdoyan (1993) *Everything You've Always Wanted to Know about Petroleum Coke.* Allis Mineral Systems.

USGS (1991 through 2010) Minerals Yearbook: Silicon Annual Report. U.S. Geological Survey, Reston, VA.

**Aluminum Production**

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2000) *Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories.* National Greenhouse Gas Inventories Programme, Intergovernmental Panel on Climate Change. Montreal. May 2000. IPCC-XVI/Doc. 10 (1.IV.2000).

USAA (2012) *U.S. Primary Aluminum Production 2011.* U.S. Aluminum Association, Washington, DC. January, 2012.

USAA (2011a) *U.S. Primary Aluminum Production 2010.* U.S. Aluminum Association, Washington, DC.

USAA (2011b) *U.S. Primary Aluminum Production 2011.* U.S. Aluminum Association, Washington, DC. November, 2011.

USAA (2010) *U.S. Primary Aluminum Production 2009.* U.S. Aluminum Association, Washington, DC.

USAA (2008, 2009) *U.S. Primary Aluminum Production.* U.S. Aluminum Association, Washington, DC.

USAA (2004, 2005, 2006) *Primary Aluminum Statistics.* U.S. Aluminum Association, Washington, DC.

USGS (2011) *2010 Mineral Yearbook; Aluminum [Advanced Release].* U.S. Geological Survey, Reston, VA.

USGS (2010a) *2009 Mineral Commodity Summaries: Aluminum.* U.S. Geological Survey, Reston, VA.

USGS (2010b) *Mineral Industry Surveys: Aluminum in December 2009.* U.S. Geological Survey, Reston, VA.

USGS (2010c) *Mineral Industry Surveys: Aluminum in September 2010.* U.S. Geological Survey, Reston, VA.

USGS (2009a) *2008 Mineral Yearbook: Aluminum.* U.S. Geological Survey, Reston, VA.

USGS (2009b) *Mineral Industry Surveys: Aluminum in December 2008.* U.S. Geological Survey, Reston, VA.

USGS (2007) *2006 Mineral Yearbook: Aluminum.* U.S. Geological Survey, Reston, VA.

USGS (1995, 1998, 2000, 2001, 2002) *Minerals Yearbook: Aluminum Annual Report.* U.S. Geological Survey, Reston, VA.

**Magnesium Production and Processing**

Bartos S., C. Laush, J. Scharfenberg, and R. Kantamaneni (2007) "Reducing greenhouse gas emissions from magnesium die casting," *Journal of Cleaner Production*, 15: 979-987, March.

Gjestland, H. and D. Magers (1996) "Practical Usage of Sulphur [Sulfur] Hexafluoride for Melt Protection in the Magnesium Die Casting Industry," #13, *1996 Annual Conference Proceedings*, International Magnesium Association. Ube City, Japan.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

RAND (2002) RAND Environmental Science and Policy Center, "Production and Distribution of $SF_6$ by End-Use Applications" Katie D. Smythe. *International Conference on $SF_6$ and the Environment: Emission Reduction Strategies.* San Diego, CA. November 21-22, 2002.

USGS (2002, 2003, 2005 through 2008, and 2011b) Minerals Yearbook: Magnesium Annual Report. U.S. Geological Survey, Reston, VA. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/magnesium/index.html#mis>.

USGS (2010a) *Mineral Commodity Summaries: Magnesium Metal.* U.S. Geological Survey, Reston, VA. Available

BLM_0047261

online at < http://minerals.usgs.gov/minerals/pubs/commodity/magnesium/mcs-2010-mgmet.pdf >.

**Zinc Production**

Horsehead Corp. (2011) 10-k Annual Report for the Fiscal Year Ended December, 31 2010. Available at: <http://google.brand.edgar-online.com/default.aspx?sym=zinc>. Submitted March 16, 2011.

Horsehead Corp. (2010a) 10-k Annual Report for the Fiscal Year Ended December, 31 2009. Available at: <http://google.brand.edgar-online.com/default.aspx?sym=zinc>. Submitted March 16, 2010.

Horsehead Corp. (2010b) *Horsehead Holding Corp. Provides Update on Operations at its Monaca, PA Plant.* July 28, 2010. Available at: <http://www.horsehead.net/pressreleases.php?showall=no&news=&ID=65>.

Horsehead Corp (2008) 10-k Annual Report for the Fiscal Year Ended December, 31 2007. Available at: <http://google.brand.edgar-online.com/default.aspx?sym=zinc>. Submitted March 31, 2008.

Horsehead Corp (2007) Registration Statement (General Form) S-1. Available at <http://google.brand.edgar-online.com/default.aspx?sym=zinc>. Submitted April 13, 2007.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

PIZO (2011) Available at <http://pizotech.com/index.html>. Accessed November 17, 2010.

Sjardin (2003) $CO_2$ *Emission Factors for Non-Energy Use in the Non-Ferrous Metal, Ferroalloys and Inorganics Industry.* Copernicus Institute. Utrecht, the Netherlands.

Steel Dust Recycling LLC (2010) Available at < http://steeldust.com/home.htm>. Accessed November 17, 2011.

USGS (2012) *2012 Mineral Commodity Summary: Zinc.* U.S. Geological Survey, Reston, VA.

USGS (1994 through 2011) *Minerals Yearbook: Zinc Annual Report.* U.S. Geological Survey, Reston, VA.

Viklund-White C. (2000) "The Use of LCA for the Environmental Evaluation of the Recycling of Galvanized Steel." ISIJ International.  Volume 40 No. 3: 292-299.

**Lead Production**

Dutrizac, J.E., V. Ramachandran, and J.A. Gonzalez (2000) *Lead-Zinc 2000.* The Minerals, Metals, and Materials Society.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Morris, D., F.R. Steward, and P. Evans (1983) *Energy Efficiency of a Lead Smelter.* Energy 8(5):337-349.

Sjardin, M. (2003) $CO_2$ *Emission Factors for Non-Energy Use in the Non-Ferrous Metal, Ferroallays and Inorganics Industry.* Copernicus Institute. Utrecht, the Netherlands.

Ullman (1997) *Ullman's Encyclopedia of Industrial Chemistry: Fifth Edition.* Volume A5. John Wiley and Sons.

USGS (2012a) *2012 Mineral Commodity Summary, Lead.* U.S. Geological Survey, Reston, VA.

USGS (1995 through 2012b) *Minerals Yearbook: Lead Annual Report.* U.S. Geological Survey, Reston, VA.

**HCFC-22 Production**

ARAP (2010) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger of the U.S. Environmental Protection Agency.  September 10, 2010.

ARAP (2009) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger of the U.S. Environmental Protection Agency.  September 21, 2009.

ARAP (2008) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger of the U.S. Environmental Protection Agency.  October 17, 2008.

BLM_0047262

ARAP (2007) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger of the U.S. Environmental Protection Agency.  October 2, 2007.

ARAP (2006) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Sally Rand of the U.S. Environmental Protection Agency.  July 11, 2006.

ARAP (2005) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger of the U.S. Environmental Protection Agency.  August 9, 2005.

ARAP (2004) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger of the U.S. Environmental Protection Agency.  June 3, 2004.

ARAP (2003) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Sally Rand of the U.S. Environmental Protection Agency. August 18, 2003.

ARAP (2002) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger of the U.S. Environmental Protection Agency.  August 7, 2002.

ARAP (2001) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger of the U.S. Environmental Protection Agency.  August 6, 2001.

ARAP (2000) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Sally Rand of the U.S. Environmental Protection Agency.  August 13, 2000.

ARAP (1999)  Facsimile from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger Schaefer of the U.S. Environmental Protection Agency.  September 23, 1999.

ARAP (1997)  Letter from Dave Stirpe, Director, Alliance for Responsible Atmospheric Policy to Elizabeth Dutrow of the U.S. Environmental Protection Agency.  December 23, 1997.

ICF (2012) Subpart O submission analysis from EPA Greenhouse Gas Reporting Rule. March 30, 2012.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

RTI (1997)  "Verification of Emission Estimates of HFC-23 from the Production of HCFC-22:  Emissions from 1990 through 1996."  Report prepared by Research Triangle Institute for the Cadmus Group.  November 25, 1997; revised February 16, 1998.

RTI (2008)  "Verification of Emission Estimates of HFC-23 from the Production of HCFC-22:Emissions from 1990 through 2006."  Report prepared by RTI International for the Climate Change Division.  March, 2008.

**Substitution of Ozone Depleting Substances**

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

**Semiconductor Manufacture**

Burton, C.S., and R. Beizaie (2001) "EPA's PFC Emissions Model (PEVM) v. 2.14: Description and Documentation" prepared for Office of Global Programs, U. S. Environmental Protection Agency, Washington, DC. November 2001.

Citigroup Smith Barney (2005) *Global Supply/Demand Model for Semiconductor*s. March 2005.

ITRS (2007, 2008) *International Technology Roadmap for Semiconductors: 2006 Update*. January 2007; *International Technology Roadmap for Semiconductors: 2007 Edition, January 2008;* Available online at <http://www.itrs.net/Links/2007ITRS/Home2007.htm>. Theses and earlier editions and updates are available at <http://public.itrs.net>. Information about the number of interconnect layers for years 1990–2010 is contained in Burton and Beizaie, 2001. PEVM is updated using new editions and updates of the ITRS, which are published annually.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas

BLM_0047263

Inventories Programme, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe, eds. Institute for Global Environmental Strategies (IGES). Hayama, Kanagawa, Japan.

Semiconductor Equipment and Materials Industry (2010) *World Fab Forecast, May 2011 Edition.*

Semiconductor Industry Association (SIA) (2009) STATS: SICAS Capacity and Utilization Rates Q1-Q4 2008, Q1-Q4 2009, Q1-Q4 2010. Available online at <http://www.sia-online.org/cs/papers_publications/statistics>.

U.S. EPA (2006) *Uses and Emissions of Liquid PFC Heat Transfer Fluids from the Electronics Sector.* U.S. Environmental Protection Agency, Washington, DC. EPA-430-R-06-901.

VLSI Research, Inc. (2010) Worldwide Silicon Demand by Wafer Size, by Linewidth and by Device Type, v. 9.09. August 2010.

**Electrical Transmission and Distribution**

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Levin et al. (2010) "The Global $SF_6$ Source Inferred from Long-term High Precision Atmospheric Measurements and its Comparison with Emission Inventories."*Atmospheric Chemistry and Physics*, 10: 2655–2662.

O'Connell, P., F. Heil, J. Henriot, G. Mauthe, H. Morrison, L. Neimeyer, M. Pittroff, R. Probst, J.P. Tailebois (2002) *$SF_6$ in the Electric Industry, Status 2000,* CIGRE. February 2002.

RAND (2004) "Trends in $SF_6$ Sales and End-Use Applications: 1961-2003," Katie D. Smythe. *International Conference on $SF_6$ and the Environment: Emission Reduction Strategies.* RAND Environmental Science and Policy Center, Scottsdale, AZ. December 1-3, 2004.

UDI (2010) *2010 UDI Directory of Electric Power Producers and Distributors, 118th Edition*, Platts.

UDI (2007) *2007 UDI Directory of Electric Power Producers and Distributors, 115th Edition*, Platts.

UDI (2004) *2004 UDI Directory of Electric Power Producers and Distributors, 112th Edition*, Platts.

UDI (2001) *2001 UDI Directory of Electric Power Producers and Distributors, 109th Edition*, Platts.

**Industrial Sources of Indirect Greenhouse Gases**

EPA (2010) "2009 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data.* Office of Air Quality Planning and Standards.

EPA (2009) "1970 - 2008 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data.* Office of Air Quality Planning and Standards. Available online at <http://www.epa.gov/ttn/chief/trends/index.html>.

EPA (2003) E-mail correspondence containing preliminary ambient air pollutant data. Office of Air Pollution and the Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency.  December 22, 2003.

EPA (1997) *Compilation of Air Pollutant Emission Factors, AP-42.* Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency. Research Triangle Park, NC. October 1997.

## *Solvent and Other Product Use*

**Nitrous Oxide from Product Uses**

Airgas (2007) Airgas, INC. Form 10-K. Annual Report Pursuant to Section 13 or 15 (d) of the SEC Act of 1934. Fiscal year ended March, 31, 2007.  Available online at <http://www.sec.gov/Archives/edgar/data/804212/000089322007002057/w35445e10vk.htm#102>.

CGA (2003) "CGA Nitrous Oxide Abuse Hotline: CGA/NWSA Nitrous Oxide Fact Sheet." Compressed Gas Association. November 3, 2003.

CGA (2002) "CGA/NWSA Nitrous Oxide Fact Sheet." Compressed Gas Association. March 25, 2002.

FTC (2001) Federal Trade Commission: *Analysis of Agreement Containing Consent Order*

BLM_0047264

*To Aid Public Comment.* FTC File No. 001-0040. October, 2001. Available online at <http://www.ftc.gov/os/2001/10/airgasanalysis.htm >.

Heydorn, B. (1997) "Nitrous Oxide—North America." *Chemical Economics Handbook*, SRI Consulting. May 1997.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Tupman, M. (2003) Personal communication .Martin Tupman, Airgas Nitrous Oxide and Daniel Lieberman, ICF International. August 8, 2003.

Tupman, M. (2002) Personal communication. Martin Tupman of Airgas Nitrous Oxide and Laxmi Palreddy, ICF International. July 3, 2002.

**Solvent Use**

EPA (2010) "2009 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data.* Office of Air Quality Planning and Standards.

EPA (2009) "1970 - 2008 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data.* Office of Air Quality Planning and Standards. Available online at <http://www.epa.gov/ttn/chief/trends/index.html>.

EPA (2003) E-mail correspondence containing preliminary ambient air pollutant data. Office of Air Pollution and the Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency. December 22, 2003.

EPA (1997) *Compilation of Air Pollutant Emission Factors, AP-42.* Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency. Research Triangle Park, NC. October 1997.

### *Agriculture*

**Enteric Fermentation**

Archibeque, S. (2011) Personal Communication. Shawn Archibeque, Colorado State University, Fort Collins, Colorado and staff at ICF International.

Crutzen, P.J., I. Aselmann, and W. Seiler (1986) Methane Production by Domestic Animals, Wild Ruminants, Other Herbivores, Fauna, and Humans. *Tellus*, 38B:271-284.

Donovan, K. (1999) Personal Communication. Kacey Donovan, University of California at Davis and staff at ICF International.

Doren, P.E., J. F. Baker, C. R. Long and T. C. Cartwright (1989) Estimating Parameters of Growth Curves of Bulls, *J Animal Science* 67:1432-1445.

Enns, M. (2008) Personal Communication. Dr. Mark Enns, Colorado State University and staff at ICF International.

FAO (2011) *FAOSTAT Statistical Database.* Food and Agriculture Organization of the United Nations. Available online at <http://apps.fao.org>.

Galyean and Gleghorn (2001) Summary of the 2000 Texas Tech University Consulting Nutritionist Survey. Texas Tech University. Available online at <http://www.depts.ttu.edu/afs/burnett_center/progress_reports/bc12.pdf>. June 2009.

Holstein Association (2010) *History of the Holstein Breed* (website). Available online at <http://www.holsteinusa.com/holstein_breed/breedhistory.html>. Accessed September 2010.

ICF (2006) *Cattle Enteric Fermentation Model: Model Documentation.* Prepared by ICF International for the Environmental Protection Agency. June 2006.

ICF (2003) *Uncertainty Analysis of 2001 Inventory Estimates of Methane Emissions from Livestock Enteric Fermentation in the U.S.* Memorandum from ICF International to the Environmental Protection Agency. May 2003.

IPCC (2006) 2006 *IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T.

BLM_0047265

Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2000) *Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories.* National Greenhouse Gas Inventories Programme, Intergovernmental Panel on Climate Change. Montreal. May 2000. IPCC-XVI/Doc. 10 (1.IV.2000).

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories.* Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency.  Paris, France.

Johnson, D. (2002) Personal Communication. Don Johnson, Colorado State University, Fort Collins, and ICF International.

Johnson, D. (1999) Personal Communication. Don Johnson, Colorado State University, Fort Collins, and David Conneely, ICF International.

Johnson, K. (2010) Personal Communication. Kris Johnson, Washington State University, Pullman, and ICF International.

Kebreab E., K. A. Johnson, S. L. Archibeque, D. Pape, and T. Wirth (2008) Model for estimating enteric methane emissions from United States dairy and feedlot cattle. *J. Anim. Sci.* 86: 2738-2748.

Lippke, H., T. D. Forbes, and W. C. Ellis.  (2000) Effect of supplements on growth and forage intake by stocker steers grazing wheat pasture. *J. Anim. Sci.* 78:1625-1635

National Bison Association (2011) Handling & Carcass Info (on website).  Available online at: <http://www.bisoncentral.com/about-bison/handling-and-carcass-info>. Accessed August 16, 2011.

National Bison Association (1999) Total Bison Population—1999. Report provided during personal email communication with Dave Carter, Executive Director, National Bison Association July 19, 2011.

NRC (1999) *1996 Beef NRC: Appendix Table 22.*  National Research Council.

NRC (1984) *Nutrient requirements for beef cattle (6th Ed.).* National Academy Press, Washington, DC.

Pinchak, W.E., D. R. Tolleson, M. McCloy, L. J. Hunt, R. J. Gill, R. J. Ansley, and S. J. Bevers (2004) Morbidity effects on productivity and profitability of stocker cattle grazing in the southern plains. J. Anim. Sci. 82:2773-2779.

Platter, W. J., J. D. Tatum, K. E. Belk, J. A. Scanga, and G. C. Smith (2003) Effects of repetitive use of hormonal implants on beef carcass quality, tenderness, and consumer ratings of beef palatability. J. Anim. Sci. 81:984-996.

Skogerboe, T. L., L. Thompson, J. M. Cunningham, A. C. Brake, V. K. Karle (2000) The effectiveness of a single dose of doramectin pour-on in the control of gastrointestinal nematodes in yearling stocker cattle. Vet. Parasitology 87:173-181.

USDA (2011) *Quick Stats: Agricultural Statistics Database.*  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. Available online at <http://quickstats.nass.usda.gov/>. Accessed June 28, 2011.

USDA (2010) Beef 2007–08, Part *V: Reference of Beef Cow-calf Management Practices in the United States, 2007– 08.* USDA–APHIS–VS, CEAH. Fort Collins, CO #532.0410.

USDA (1997) *Census of Agriculture: 1997 Census Report.* United States Department of Agriculture. Available online at: <http://www.agcensus.usda.gov/Publications/1997/index.asp>. Accessed July 18, 2011.

USDA (1996) *Beef Cow/Calf Health and Productivity Audit (CHAPA): Forage Analyses from Cow/Calf Herds in 18 States.*  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC.  Available online at <http://www.aphis.usda.gov/vs/ceah/cahm>. March 1996.

USDA (1992) Census *of Agriculture: 1992 Census Report.* United States Department of Agriculture. Available online at: <http://www.agcensus.usda.gov/Publications/1992/index.asp>. Accessed July 18, 2011.

USDA:APHIS:VS (2002) *Reference of 2002 Dairy Management Practices.* National Animal Health Monitoring System. Fort Collins, CO.  Available online at <http://www.aphis.usda.gov/vs/ceah/cahm>.

USDA:APHIS:VS (1998) *Beef '97.* National Animal Health Monitoring System. Fort Collins, CO.  Available online

BLM_0047266

at <http://www.aphis.usda.gov/vs/ceah/cahm>.

USDA:APHIS:VS (1996) *Reference of 1996 Dairy Management Practices*. National Animal Health Monitoring System. Fort Collins, CO. Available online at <http://www.aphis.usda.gov/vs/ceah/cahm>.

USDA:APHIS:VS (1994) *Beef Cow/Calf Health and Productivity Audit*. National Animal Health Monitoring System. Fort Collins, CO. Available online at <http://www.aphis.usda.gov/vs/ceah/cahm>.

USDA:APHIS:VS (1993) *Beef Cow/Calf Health and Productivity Audit*. National Animal Health Monitoring System. Fort Collins, CO. August 1993. Available online at <http://www.aphis.usda.gov/vs/ceah/cahm>.

Vasconcelos and Galyean (2007) Nutritional recommendations of feedlot consulting nutritionists: The 2007 Texas Tech University Study. J. Anim. Sci. 85:2772-2781.

**Manure Management**

Anderson, S. (2000) Personal Communication. Steve Anderson, Agricultural Statistician, National Agriculture Statistics Service, U.S. Department of Agriculture and Lee-Ann Tracy, ERG. Washington, DC. May 31, 2000.

ASAE (1998) *ASAE Standards 1998, 45th Edition*. American Society of Agricultural Engineers. St. Joseph, MI.

Bryant, M.P., V.H. Varel, R.A. Frobish, and H.R. Isaacson (1976) In H.G. Schlegel (ed.); *Seminar on Microbial Energy Conversion*. E. Goltz KG. Göttingen, Germany.

Deal, P. (2000) Personal Communication. Peter B. Deal, Rangeland Management Specialist, Florida Natural Resource Conservation Service and Lee-Ann Tracy, ERG. June 21, 2000.

EPA (2011) AgSTAR Anaerobic Digester Database. Available online at: <http://www.epa.gov/agstar/projects/index.html#database>.

EPA (2008) *Climate Leaders Greenhouse Gas Inventory Protocol Offset Project Methodology for Project Type Managing Manure with Biogas Recovery Systems*. Available online at <http://www.epa.gov/climateleaders/documents/resources/ClimateLeaders_DraftManureOffsetProtocol.pdf>.

EPA (2006) *AgSTAR Digest*. Office of Air and Radiation, U.S. Environmental Protection Agency. Washington, DC. Winter 2006. Available online at <http://www.epa.gov/agstar/pdf/2006digest.pdf>. Retrieved July 2006.

EPA (2005) *National Emission Inventory—Ammonia Emissions from Animal Agricultural Operations, Revised Draft Report*. U.S. Environmental Protection Agency. Washington, DC. April 22, 2005. Available online at <ftp://ftp.epa.gov/EmisInventory/2002finalnei/documentation/nonpoint/nh3inventory_draft_042205.pdf>. Retrieved August 2007.

EPA (2003) *AgSTAR Digest*. Office of Air and Radiation, U.S. Environmental Protection Agency. Washington, DC. Winter 2003. Available online at <http://www.epa.gov/agstar/pdf/2003digest.pdf>. Retrieved July 2006.

EPA (2002a) *Development Document for the Final Revisions to the National Pollutant Discharge Elimination System (NPDES) Regulation and the Effluent Guidelines for Concentrated Animal Feeding Operations (CAFOS)*. U.S. Environmental Protection Agency. EPA-821-R-03-001. December 2002.

EPA (2002b) *Cost Methodology for the Final Revisions to the National Pollutant Discharge Elimination System Regulation and the Effluent Guidelines for Concentrated Animal Feeding Operations*. U.S. Environmental Protection Agency. EPA-821-R-03-004. December 2002.

EPA (2000) *AgSTAR Digest*. Office of Air and Radiation, U.S. Environmental Protection Agency. Washington, DC. Spring 2000. Available online at: http://www.epa.gov/agstar/news-events/digest/2000digest.pdf .

EPA (1992) *Global Methane Emissions from Livestock and Poultry Manure*, Office of Air and Radiation, U.S. Environmental Protection Agency. February 1992.

ERG (2010a) "Typical Animal Mass Values for Inventory Swine Categories." Memorandum to EPA from ERG. July 19, 2010.

ERG (2010b) Telecon with William Boyd of USDA NRCS and Cortney Itle of ERG Concerning Updated VS and Nex Rates. August 8, 2010.

ERG (2010c) "Updating Current Inventory Manure Characteristics new USDA Agricultural Waste Management

BLM_0047267

Field Handbook Values." Memorandum to EPA from ERG. August 13, 2010.

ERG (2008) "Methodology for Improving Methane Emissions Estimates and Emission Reductions from Anaerobic Digestion System for the 1990-2007 Greenhouse Gas Inventory for Manure Management." Memorandum to EPA from ERG. August 18, 2008.

ERG (2003) "Methodology for Estimating Uncertainty for Manure Management Greenhouse Gas Inventory." Contract No. GS-10F-0036, Task Order 005. Memorandum to EPA from ERG, Lexington, MA. September 26, 2003.

ERG (2001) *Summary of development of MDP Factor for methane conversion factor calculations.* ERG, Lexington, MA. September 2001.

ERG (2000a) *Calculations: Percent Distribution of Manure for Waste Management Systems.* ERG, Lexington, MA. August 2000.

ERG (2000b) *Discussion of Methodology for Estimating Animal Waste Characteristics* (Summary of $B_o$ Literature Review). ERG, Lexington, MA. June 2000.

FAO (2011) *Yearly U.S. total horse population data from the Food and Agriculture Organization of the United Nations database.* Available online at <http://faostat.fao.org>. August 2011.

Garrett, W.N. and D.E. Johnson (1983) "Nutritional energetics of ruminants." *Journal of Animal Science,* 57(suppl.2):478-497.

Groffman, P.M., R. Brumme, K. Butterbach-Bahl, K.E. Dobbie, A.R. Mosier, D. Ojima, H. Papen, W.J. Parton, K.A. Smith, and C. Wagner-Riddle (2000) "Evaluating annual nitrous oxide fluxes at the ecosystem scale." *Global Biogeochemcial Cycles,* 14(4):1061-1070.

Hashimoto, A.G. (1984) "Methane from Swine Manure: Effect of Temperature and Influent Substrate Composition on Kinetic Parameter (k)." *Agricultural Wastes,* 9:299-308.

Hashimoto, A.G., V.H. Varel, and Y.R. Chen (1981) "Ultimate Methane Yield from Beef Cattle Manure; Effect of Temperature, Ration Constituents, Antibiotics and Manure Age." *Agricultural Wastes,* 3:241-256.

Hill, D.T. (1984) "Methane Productivity of the Major Animal Types." *Transactions of the ASAE,* 27(2):530-540.

Hill, D.T. (1982) "Design of Digestion Systems for Maximum Methane Production." *Transactions of the ASAE,* 25(1):226-230.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Johnson, D. (2000) Personal Communication. Dan Johnson, State Water Management Engineer, California Natural Resource Conservation Service and Lee-Ann Tracy, ERG. June 23, 2000.

Lange, J. (2000) Personal Communication. John Lange, Agricultural Statistician, U.S. Department of Agriculture, National Agriculture Statistics Service and Lee-Ann Tracy, ERG. Washington, DC. May 8, 2000.

Miller, P. (2000) Personal Communication. Paul Miller, Iowa Natural Resource Conservation Service and Lee-Ann Tracy, ERG. June 12, 2000.

Milton, B. (2000) Personal Communication. Bob Milton, Chief of Livestock Branch, U.S. Department of Agriculture, National Agriculture Statistics Service and Lee-Ann Tracy, ERG. May 1, 2000.

Moffroid, K and D. Pape. (2011) *1990-2009 Volatile Solids and Nitrogen Excretion Rates.* Dataset to EPA from ICF International. June 2011.

Morris, G.R. (1976) *Anaerobic Fermentation of Animal Wastes: A Kinetic and Empirical Design Fermentation.* M.S. Thesis. Cornell University.

NOAA (2011) *National Climate Data Center (NCDC).* Available online at <ftp://ftp.ncdc.noaa.gov/pub/data/cirs/> (for all states except Alaska and Hawaii) and <ftp://ftp.ncdc.noaa.gov/pub/data/gsod/2008/>. (for Alaska and Hawaii). June 2011.

BLM_0047268

Pederson, L., D. Pape and K. Moffroid (2007) *1990-2006 Volatile Solids and Nitrogen Excretion Rates*, EPA Contract GS-10F-0124J, Task Order 056-01. Memorandum to EPA from ICF International. August 2007.

Safley, L.M., Jr. and P.W. Westerman (1990) "Psychrophilic anaerobic digestion of animal manure: proposed design methodology." *Biological Wastes*, 34:133-148.

Safley, L.M., Jr. (2000) Personal Communication. Deb Bartram, ERG and L.M. Safley, President, Agri-Waste Technology. June and October 2000.

Stettler, D. (2000) Personal Communication. Don Stettler, Environmental Engineer, National Climate Center, Oregon Natural Resource Conservation Service and Lee-Ann Tracy, ERG. June 27, 2000.

Sweeten, J. (2000) Personal Communication. John Sweeten, Texas A&M University and Indra Mitra, ERG. June 2000.

UEP (1999) *Voluntary Survey Results—Estimated Percentage Participation/Activity*, Caged Layer Environmental Management Practices, Industry data submissions for EPA profile development, United Egg Producers and National Chicken Council. Received from John Thorne, Capitolink. June 2000.

USDA (2011a) *Quick Stats 1.0*. National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. Available online at <http://www.nass.usda.gov/Data_and_Statistics/Quick_Stats/index.asp>.

USDA (2011b) *Chicken and Eggs 2010 Summary*. National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. February 2011. Available online at <http://www.nass.usda.gov/Publications/index.asp> .

USDA (2011c) *Poultry - Production and Value 2010 Summary*. National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. April 2011. Available online at <http://usda.mannlib.cornell.edu/usda/nass/PoulProdVa//2010s/2011/PoulProdVa-04-28-2011_new_format.pdf> .

USDA (2009a) *1992, 1997, 2002, and 2007 Census of Agriculture*. National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. Available online at <http://www.nass.usda.gov/census/>. December 2009.

USDA (2009b) *Chicken and Eggs 2008 Summary*. National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. February 2009. Available online at <http://www.nass.usda.gov/Publications/index.asp> .

USDA (2009c) *Poultry - Production and Value 2008 Summary*. National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. April 2009. Available online at <http://www.nass.usda.gov/Publications/index.asp> .

USDA (2009d) *Chicken and Eggs – Final Estimates 2003-2007*. National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. March 2009. Available online at <http://usda.mannlib.cornell.edu/usda/nass/SB980/sb1024.pdf> .

USDA (2009e) *Poultry Production and Value—Final Estimates 2003-2007*. National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. May 2009. Available online at <http://usda.mannlib.cornell.edu/usda/nass/SB994/sb1028.pdf>.

USDA (2008) *Agricultural Waste Management Field Handbook, National Engineering Handbook (NEH)*, Part 651. Natural Resources Conservation Service, U.S. Department of Agriculture.

USDA (2004a) *Chicken and Eggs—Final Estimates 1998-2003*. National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. April 2004. Available online at <http://usda.mannlib.cornell.edu/reports/general/sb/>.

USDA (2004b) *Poultry Production and Value—Final Estimates 1998-2002*. National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. April 2004. Available online at <http://usda.mannlib.cornell.edu/reports/general/sb/>.

USDA (2003) *APHIS Sheep 2001,Parts I and IV*. Available online at <http://www.aphis.usda.gov/vs/ceah/ncahs/nahms/sheep/>.

BLM_0047269

USDA (2000a) *National Animal Health Monitoring Systems (NAHMS) Dairy '96 Study.* Stephen L. Ott, Animal and Plant Health Inspection Service, U.S. Department of Agriculture. June 19, 2000.

USDA (2000b) *Layers '99—Part II: References of 1999 Table Egg Layer Management in the U.S.* Animal and Plant Health Inspection Service (APHIS), National Animal Health Monitoring System (NAHMS), U.S. Department of Agriculture. January 2000.

USDA (1999) *Poultry Production and Value—Final Estimates 1994-97.* National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. March 1999. Available online at <http://usda.mannlib.cornell.edu/reports/general/sb/>.

USDA (1998a) *Chicken and Eggs—Final Estimates 1994-97.* National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. December 1998. Available online at <http://usda.mannlib.cornell.edu/reports/general/sb/>.

USDA (1998b) *National Animal Health Monitoring System's (NAHMS) Swine '95 Study.* Eric Bush, Centers for Epidemiology and Animal Health , U.S. Department of Agriculture.

USDA (1996a) *Agricultural Waste Management Field Handbook, National Engineering Handbook (NEH)*, Part 651. Natural Resources Conservation Service, U.S. Department of Agriculture. July 1996.

USDA (1996b) *Swine '95: Grower/Finisher Part II: Reference of 1995 U.S. Grower/Finisher Health & Management Practices.* Animal Plant Health and Inspection Service, U.S. Department of Agriculture. Washington, DC. June 1996.

USDA (1995a) *Poultry Production and Value—Final Estimates 1988-1993.* National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. March 1995. Available online at <http://usda.mannlib.cornell.edu/reports/general/sb/>.

USDA (1995b) *Chicken and Eggs—Final Estimates 1988-1993.* National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. December 1995. Available online at <http://usda.mannlib.cornell.edu/reports/general/sb/>.

**Rice Cultivation**

Anderson, M. (2008 through 2011) Email correspondence. Monte Anderson, Oklahoma Farm Service Agency and ICF International.

Beighley, D. (2011) Email correspondence. Donn Beighley, Southeast Missouri State University, Department of Agriculture and ICF International.

Bollich, P. (2000) Personal Communication. Pat Bollich, Professor with Louisiana State University Agriculture Center and Payton Deeks, ICF International.

Bossio, D.A., W. Horwath, R.G. Mutters, and C. van Kessel (1999) "Methane pool and flux dynamics in a rice field following straw incorporation." *Soil Biology and Biochemistry*, 31:1313-1322.

Buehring, N. (2009 through 2011) Email correspondence. Nathan Buehring, Assistant Professor and Extension Rice Specialist, Mississippi State University Delta Branch Exp. Station and ICF International.

Cantens, G. (2004 through 2005) Personal Communication. Janet Lewis, Assistant to Gaston Cantens, Vice President of Corporate Relations, Florida Crystals Company and ICF International.

Cicerone R.J., C.C. Delwiche, S.C. Tyler, and P.R. Zimmerman (1992) "Methane Emissions from California Rice Paddies with Varied Treatments." *Global Biogeochemical Cycles*, 6:233-248.

Deren, C. (2002) Personal Communication and Dr. Chris Deren, Everglades Research and Education Centre at the University of Florida and Caren Mintz, ICF International. August 15, 2002.

Fife, L. (2011) Email correspondence. Les Fife, Sacramento Valley AgBurn Coordinator and ICF International.

Gonzalez, R. (2007 through 2011) Email correspondence. Rene Gonzalez, Plant Manager, Sem-Chi Rice Company and ICF International.

BLM_0047270

Guethle, D. (1999 through 2010) Personal Communication. David Guethle, Agronomy Specialist, Missouri Cooperative Extension Service and ICF International.

Holzapfel-Pschorn, A., R. Conrad, and W. Seiler (1985) "Production, Oxidation, and Emissions of Methane in Rice Paddies." *FEMS Microbiology Ecology,* 31:343-351.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2000) *Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories.* National Greenhouse Gas Inventories Programme, Intergovernmental Panel on Climate Change, Montreal. May 2000. IPCC-XVI/Doc. 10 (1.IV.2000).

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories.* Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency, Paris, France.

Kirstein, A. (2003 through 2004, 2006) Personal Communication. Arthur Kirstein, Coordinator, Agricultural Economic Development Program, Palm Beach County Cooperative Extension Service, FL and ICF International.

Klosterboer, A. (1997, 1999 through 2003) Personal Communication. Arlen Klosterboer, retired Extension Agronomist, Texas A&M University and ICF International. July 7, 2003.

Lancero, J. (2006 through 2010) Email correspondence. Jeff Lancero, California Air Resources Board and ICF International.

Lee, D. (2003 through 2007) Email correspondence. Danny Lee, OK Farm Service Agency and ICF International.

Lindau, C.W. and P.K. Bollich (1993) "Methane Emissions from Louisiana First and Ratoon Crop Rice." *Soil Science,* 156:42-48.

Lindau, C.W., P.K Bollich, and R.D. DeLaune (1995) "Effect of Rice Variety on Methane Emission from Louisiana Rice." *Agriculture, Ecosystems and Environment,* 54:109-114.

Linscombe, S. (1999, 2001 through 2011) Email correspondence. Steve Linscombe, Professor with the Rice Research Station at Louisiana State University Agriculture Center and ICF International.

Mayhew, W. (1997) Personal Communication. Walter Mayhew, University of Arkansas, Little Rock and Holly Simpkins, ICF Incorporated. November 24, 1997.

Mutters, C. (2001 through 2005) Personal Communication. Mr. Cass Mutters, Rice Farm Advisor for Butte, Glen, and Tehama Counties University of California, Cooperative Extension Service and ICF International.

Sacramento Valley Basinwide Air Pollution Control Council (2005, 2007) *Report on the Conditional Rice Straw Burning Permit Program.* Available online at <http://www.bcaqmd.org/default.asp?docpage=html/bcc.htm>.

Saichuk, J. (1997) Personal Communication. John Saichuk, Louisiana State University and Holly Simpkins, ICF Incorporated. November 24, 1997.

Sass, R.L., F.M Fisher, P.A. Harcombe, and F.T. Turner (1991a) "Mitigation of Methane Emissions from Rice Fields: Possible Adverse Effects of Incorporated Rice Straw." *Global Biogeochemical Cycles,* 5:275-287.

Sass, R.L., F.M. Fisher, F.T. Turner, and M.F. Jund (1991b) "Methane Emissions from Rice Fields as Influenced by Solar Radiation, Temperature, and Straw Incorporation." *Global Biogeochemical Cycles,* 5:335-350.

Sass, R.L., F.M. Fisher, P.A. Harcombe, and F.T. Turner (1990) "Methane Production and Emissions in a Texas Rice Field." *Global Biogeochemical Cycles,* 4:47-68.

Schueneman, T. (1997, 1999 through 2001) Personal Communication. Tom Schueneman, Agricultural Extension Agent, Palm Beach County, FL and ICF International.

Slaton, N. (1999 through 2001) Personal Communication. Nathan Slaton, Extension Agronomist—Rice, University of Arkansas Division of Agriculture Cooperative Extension Service and ICF International.

Stansel, J. (2004 through 2005) Email correspondence. Dr. Jim Stansel, Resident Director and Professor Emeritus,

BLM_0047271

Texas A&M University Agricultural Research and Extension Center and ICF International.

Stevens, G. (1997) Personal Communication. Gene Stevens, Extension Specialist, Missouri Commercial Agriculture Program, Delta Research Center and Holly Simpkins, ICF Incorporated. December 17, 1997.

Street, J. (1997, 1999 through 2003) Personal Communication. Joe Street, Rice Specialist, Mississippi State University, Delta Research Center and ICF International.

Texas Agricultural Experiment Station (2007 through 2011) *Texas Rice Acreage by Variety*. Agricultural Research and Extension Center, Texas Agricultural Experiment Station, Texas A&M University System. Available online at <http://beaumont.tamu.edu/CropSurvey/CropSurveyReport.aspx>.

Texas Agricultural Experiment Station (2006) *2005 - Texas Rice Crop Statistics Report*. Agricultural Research and Extension Center, Texas Agricultural Experiment Station, Texas A&M University System, p. 8. Available online at <http://beaumont.tamu.edu/eLibrary/TRRFReport_default.htm>.

USDA (2005 through 2011) *Crop Production Summary*. National Agricultural Statistics Service, Agricultural Statistics Board, U.S. Department of Agriculture, Washington, DC. Available online at <http://usda.mannlib.cornell.edu>.

USDA (2003) *Field Crops, Final Estimates 1997-2002*. Statistical Bulletin No. 982. National Agricultural Statistics Service, Agricultural Statistics Board, U.S. Department of Agriculture, Washington, DC. Available online at <http://usda.mannlib.cornell.edu/usda/reports/general/sb/>. September 2005.

USDA (1998) *Field Crops Final Estimates 1992-1997*. Statistical Bulletin Number 947 a. National Agricultural Statistics Service, Agricultural Statistics Board, U.S. Department of Agriculture, Washington, DC. Available online at <http://usda.mannlib.cornell.edu/>. July 2001.

USDA (1994) *Field Crops Final Estimates 1987-1992*. Statistical Bulletin Number 896. National Agricultural Statistics Service, Agricultural Statistics Board, U.S. Department of Agriculture, Washington, DC. Available online at <http://usda.mannlib.cornell.edu/>. July 2001.

Walker, T. (2005, 2007 through 2008) Email correspondence. Tim Walker, Assistant Research Professor, Mississippi State University Delta Branch Exp. Station and ICF International.

Wilson, C. (2002 through 2007, 2009 through 2011) Personal Communication. Dr. Chuck Wilson, Rice Specialist at the University of Arkansas Cooperative Extension Service and ICF International.

**Agricultural Soil Management**

AAPFCO (1995 through 2000b, 2002 through 2009) *Commercial Fertilizers*. Association of American Plant Food Control Officials. University of Kentucky, Lexington, KY.

AAPFCO (2000a) 1999-2000 Commercial Fertilizers Data, ASCII files. Available from David Terry, Secretary, Association of American Plant Food Control Officials.

Alexander, R.B. and R.A. Smith (1990) *County-Level Estimates of Nitrogen and Phosphorous Fertilizer Use in the United States, 1945-1985*. U.S. Geological Survey Open File Report 90-130.

Anonymous (1924) Fertilizer Used on Cotton, 1923-1924. "Miscellaneous Agricultural Statistics," Table 753. *1924 Yearbook of the Department of Agriculture*, 1171.

Bastian, R. (2007) Personal Communication. Robert Bastian, Office of Water, U.S. Environmental Protection Agency, Washington, DC and Victoria Thompson, ICF International. July 20, 2007.

Battaglin, W.A., and D.A. Goolsby (1994) *Spatial Data in Geographic Information System Format on Agricultural Chemical Use, Land Use, and Cropping Practices in the United States*. U.S. Geological Survey Water-Resources Investigations Report 94-4176.

Bogue A.G. (1963) *From Prairie to Corn Belt: Farming on the Illinois and Iowa prairies in the Nineteenth Century*. The University of Chicago Press. Chicago, IL.

Bonnen C.A., and F.F. Elliott (1931) *Type of Farming Areas in Texas*. Bulletin Number 427, Texas Agricultural Experiment Station, Agricultural and Mechanical College of Texas.

BLM_0047272

Brenner, J., K. Paustian, G. Bluhm, J. Cipra, M. Easter, R. Foulk, K. Killian, R. Moore, J. Schuler, P. Smith, and S. Williams (2002) *Quantifying the Change in Greenhouse Gas Emissions Due to Natural Resource Conservation Practice Application in Nebraska.* Colorado State University Natural Resource Ecology Laboratory and Natural Resources Conservation Service, U.S. Department of Agriculture. Fort Collins, CO.

Brenner, J., K. Paustian., G. Bluhm, J. Cipra, M. Easter, E.T. Elliott, T. Koutza, K. Killian, J. Schuler, S. Williams (2001) *Quantifying the Change in Greenhouse Gas Emissions Due to Natural Resource Conservation Practice Application in Iowa.* Final report to the Iowa Conservation Partnership. Colorado State University Natural Resource Ecology Laboratory and U.S. Department of Agriculture Natural Resources Conservation Service. Fort Collins, CO.

Chilcott E.C. (1910) *A Study of Cultivation Methods and Crop Rotations for the Great Plains Area.* Bureau of Plant Industry Bulletin Number 187, U.S. Department of Agriculture. Government Printing Office. Washington, DC.

Cibrowski, P. (1996) Personal Communication. Peter Cibrowski, Minnesota Pollution Control Agency and Heike Mainhardt, ICF Incorporated. July 29, 1996.

Cochran, W.G. (1977) *Sampling Techniques, Third Edition.* Wiley Publishing, New York.

CTIC (1998) *1998 Crop Residue Management Executive Summary.* Conservation Technology Information Center. Available online at <http://www.ctic.purdue.edu/Core4/CT/CT.html>.

Daly, C., G.H. Taylor, W.P. Gibson, T. Parzybok, G.L. Johnson, and P.A. Pasteris (1998) "Development of high-quality spatial datasets for the United States." *Proc., 1st International Conference on Geospatial Information in Agriculture and Forestry*, Lake Buena Vista, FL, I-512-I-519. June 1-3, 1998.

Daly, C., R.P. Neilson, and D.L. Phillips (1994) "A statistical-topographic model for mapping climatological precipitation over mountainous terrain." *Journal of Applied Meteorology*, 33:140-158.

David, M.B., S.J. Del Grosso, X. Hu, G.F. McIsaac, W.J. Parton, E.P. Marshall, C. Tonitto, and M.A. Youssef (2009) "Modeling denitrification in a tile-drained, corn and soybean agroecosystem of Illinois, USA." *Biogeochemistry* 93:7-30.

DAYMET (No date) *Daily Surface Weather and Climatological Summaries.* Numerical Terradynamic Simulation Group (NTSG), University of Montana. Available online at <http://www.daymet.org>.

Delgado, J.A., S.J. Del Grosso, and S.M. Ogle (2009) "15N isotopic crop residue cycling studies and modeling suggest that IPCC methodologies to assess residue contributions to $N_2O$-N emissions should be reevaluated." *Nutrient Cycling in Agroecosystems*, DOI 10.1007/s10705-009-9300-9.

Del Grosso, S.J., S.M. Ogle, W.J. Parton, and F.J. Breidt (2010) "Estimating Uncertainty in $N_2O$ Emissions from US Cropland Soils." *Global Biogeochemical Cycles*, 24, GB1009, doi:10.1029/2009GB003544.

Del Grosso, S.J., T. Wirth, S.M. Ogle, W.J. Parton (2008) Estimating agricultural nitrous oxide emissions. *EOS 89*, 529-530.

Del Grosso, S.J., A.R. Mosier, W.J. Parton, and D.S. Ojima (2005) "DAYCENT Model Analysis of Past and Contemporary Soil $N_2O$ and Net Greenhouse Gas Flux for Major Crops in the USA." *Soil Tillage and Research*, 83: 9-24. doi: 10.1016/j.still.2005.02.007.

Del Grosso, S.J., W.J. Parton, A.R. Mosier, M.D. Hartman, J. Brenner, D.S. Ojima, and D.S. Schimel (2001) "Simulated Interaction of Carbon Dynamics and Nitrogen Trace Gas Fluxes Using the DAYCENT Model." In Schaffer, M., L. Ma, S. Hansen, (eds.)*; Modeling Carbon and Nitrogen Dynamics for Soil Management.* CRC Press. Boca Raton, Florida. 303-332.

Del Grosso, S.J., W.J. Parton, A.R. Mosier, D.S. Ojima, A.E. Kulmala and S. Phongpan (2000) General model for $N_2O$ and $N_2$ gas emissions from soils due to denitrification. *Global Biogeochem. Cycles*, 14:1045-1060.

Edmonds, L., N. Gollehon, R.L. Kellogg, B. Kintzer, L. Knight, C. Lander, J. Lemunyon, D. Meyer, D.C. Moffitt, and J. Schaeffer (2003) "Costs Associated with Development and Implementation of Comprehensive Nutrient Management Plans." Part 1. *Nutrient Management, Land Treatment, Manure and Wastewater Handling and Storage, and Recordkeeping.* Natural Resource Conservation Service, U.S. Department of Agriculture.

Elliott, F.F. (1933) *Types of Farming in the United States.* U.S. Department of Commerce. Government Printing

BLM_0047273

Office. Washington, DC.

Elliott, F.F. and J.W. Tapp (1928) *Types of Farming in North Dakota*. U.S. Department of Agriculture Technical Bulletin Number 102.

Ellsworth, J.O. (1929) *Types of Farming in Oklahoma*. Agricultural Experiment Station Bulletin Number 181. Oklahoma Agricultural and Mechanical College.

Engle, R.H. and B.R. Makela (1947) "Where is All the Fertilizer Going?" The National Fertilizer Association. *The Fertilizer Review*, Vol. XXII, 6:7-10.

EPA (2003) *Clean Watersheds Needs Survey 2000—Report to Congress*, U.S. Environmental Protection Agency. Washington, DC. Available online at <http://www.epa.gov/owm/mtb/cwns/2000rtc/toc.htm>.

EPA (1999) *Biosolids Generation, Use and Disposal in the United States*. Office of Solid Waste, U.S. Environmental Protection Agency. Available online at <http://biosolids.policy.net/relatives/18941.PDF>.

EPA (1993) Federal Register. Part II. Standards for the Use and Disposal of Sewage Sludge; Final Rules. U.S. Environmental Protection Agency, 40 CFR Parts 257, 403, and 503.

ERS (2003) *Ag Chemical and Production Technology*. Economic Research Service, U.S. Department of Agriculture.

ERS (2002) Economic Research Service, U.S. Department of Agriculture. Available online at <http://www.ers.usda.gov/>.

ERS (1997) *Cropping Practices Survey Data—1995*. Economic Research Service, U.S. Department of Agriculture. Available online at <http://www.ers.usda.gov/data/archive/93018/>.

ERS (1994) *Fertilizer Use and Price Statistics*. Stock #86012. Economic Research Service, U.S. Department of Agriculture.

ERS (1988) *Agricultural Resources—Inputs Situation and Outlook Report*. AR-9. Economic Research Service, U.S. Department of Agriculture.

Eve, M. (2001) E-mail correspondence. Marlen Eve, Natural Resources Ecology Laboratory, Colorado State University and Barbara Braatz and Caren Mintz, ICF International. Statistics on U.S. organic soil areas cultivated in 1982, 1992, and 1997, which were extracted from the *1997 National Resources Inventory*. September 21, 2001.

Fraps, G.S. and S.E. Asbury (1931) *Commercial Fertilizers in 1930-1931 and Their Uses*. Agricultural Experiment Station Bulletin Number 434. Agricultural and Mechanical College of Texas.

Hardies, E.W. and A.N. Hume (1927) *Wheat in South Dakota*. Agronomy Department Bulletin Number 222. Agricultural Experiment Station, South Dakota State College of Agriculture and Mechanical Arts. Brookings, SD.

Garey, L.F. (1929) *Types of Farming in Minnesota*. Agricultural Experiment Station Bulletin Number 257. University of Minnesota. St. Paul, MN.

Grant, W.R. and R.D. Krenz (1985) *U. S. grain sorghum production practices and costs*. Staff Report No. AGES 851024. National Economics Division, Economics Research Service, U.S. Department of Agriculture.

Hargreaves, M.W.M. (1993) *Dry Farming in the Northern Great Plains: Years of Readjustment, 1920-1990*. University Press of Kansas. Lawrence, KS.

Hodges, J.A., F.F. Elliott, and W.E. Grimes (1930) *Types of Farming in Kansas*. Agricultural Experiment Station Bulletin Number 251. Kansas State Agricultural College. Manhattan, KS.

Holmes C.L. (1929) *Types of Farming in Iowa*. Agricultural Experiment Station Bulletin Number 259. Iowa State College of Agriculture and Mechanic Arts. Ames, IA.

Holmes G.K. (1902) "Practices in Crop Rotation." *Yearbook of the Department of Agriculture*, 519-532.

Hurd E.B. (1929) *The Corn Enterprise in Iowa*. Agricultural Experiment Station Bulletin Number 268. Iowa State College of Agriculture and Mechanic Arts. Ames, IA.

Hurd E.B. (1930) *Cropping Systems in Iowa Past and Present*. Agricultural Experiment Station Bulletin Number

BLM_0047274

268. Iowa State College of Agriculture and Mechanic Arts. Ames, IA.

Hurt, R.D. (1994) *American Agriculture: A Brief History*. Iowa State University Press. Ames, IA.

Ibach, D.B. and J.R. Adams (1967) *Fertilizer Use in the United States by Crops and Areas, 1964 Estimates*. Statistical Bulletin Number 408, U.S. Department of Agriculture.

Ibach, D.B., J.R. Adams, and E.I. Fox (1964) *Commercial Fertilizer used on Crops and Pasture in the United States, 1959 Estimates*. U.S. Department of Agriculture Statistical Bulletin Number 348.

ILENR (1993) *Illinois Inventory of Greenhouse Gas Emissions and Sinks: 1990*. Office of Research and Planning, Illinois Department of Energy and Natural Resources. Springfield, IL.

Iowa State College Staff Members (1946) *A Century of Farming in Iowa 1846-1946*. The Iowa State College Press. Ames, IA.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Jaynes, D.B., T.S. Colvin, D.L. Karlen, C.A. Cambardella, and D.W. Meek (2001) "Nitrate loss in subsurface draining as affected by nitrogen fertilizer rate." *J. Environ. Qual.* 30, 1305-1314.

Kellogg R.L., C.H. Lander, D.C. Moffitt, and N. Gollehon (2000) *Manure Nutrients Relative to Capacity of Cropland and Pastureland to Assimilate Nutrients: Spatial and Temporal Trends for the United States*. U.S. Department of Agriculture Publication Number nps00-0579.

Kezer A. (ca. 1917) *Dry Farming in Colorado*. Colorado State Board of Immigration, Denver, CO.

Kuchler, AW. (1964) "The Potential Natural Vegetation of the Conterminous United States." *Amer. Geographical Soc. NY*, Special Publication No. 36.

Langston C.W., L.M. Davis, C.A. Juve, O.C. Stine, A.E. Wight, A.J. Pistor, and C.F. Langworthy (1922) "The Dairy Industry." *Yearbook of the Department of Agriculture*.

Latta, W.C. (1938) *Outline History of Indiana Agriculture*. Alpha Lambda Chapter of Epsilon Sigma Phi, Purdue University, West Lafayette, IN.

McCarl, B.A., C.C. Chang, J.D. Atwood, and W.I. Nayda (1993) *Documentation of ASM: The U.S. Agricultural Sector Model*, Technical Report TR-93. Agricultural Experimental Station, College Station, TX.

McFarland, M.J. (2001) *Biosolids Engineering*, New York: McGraw-Hill, p. 2.12.

Mosier, A.R. (2004) E-mail correspondence. Arvin Mosier, U.S. Department of Agriculture, Agricultural Research Service and Stephen Del Grosso, Natural Resource Ecology Laboratory, Colorado State University, regarding the uncertainty in estimates of N application rates for specific crops (±20). September 20, 2004.

NASS (2004) *Agricultural Chemical Usage: 2003 Field Crops Summary*. Report AgCh1(04)a, National Agricultural Statistics Service, U.S. Department of Agriculture. Available online at <http://usda.mannlib.cornell.edu/reports/nassr/other/pcu-bb/agcs0504.pdf>.

NASS (1999) *Agricultural Chemical Usage: 1998 Field Crops Summary*. Report AgCh1(99). National Agricultural Statistics Service, U.S. Department of Agriculture. Available online at <http://usda.mannlib.cornell.edu/reports/nassr/other/pcu-bb/agch0599.pdf>.

NASS (1992) *Agricultural Chemical Usage: 1991 Field Crops Summary*. Report AgCh1(92). National Agricultural Statistics Service, U.S. Department of Agriculture. Available online at <http://usda.mannlib.cornell.edu/reports/nassr/other/pcu-bb/agch0392.txt>.

NEBRA (2007) *A National Biosolids Regulation, Quality, End Use & Disposal Survey*. North East Biosolids and Residuals Association, July 21, 2007.

NFA (1946) "Charting the Fertilizer Course: Results of NFA's Third Practice Survey." National Fertilizer Association. *The Fertilizer Review*. Vol. XXI, 2:7-13.

Noller, J. (1996) Personal Communication. John Noller, Missouri Department of Natural Resources and Heike

BLM_0047275

Mainhardt, ICF Incorporated.  July 30, 1996.

NRAES (1992) *On-Farm Composting Handbook* (NRAES-54). Natural Resource, Agriculture, and Engineering Service. Available online at <http://compost.css.cornell.edu/OnFarmHandbook/onfarm_TOC.html>.

NRIAI (2003) Regional Budget and Cost Information. U.S. Department of Agriculture, Natural Resources Conservation Service, Natural Resources Inventory and Analysis Institute.  Available online at <http://www.economics.nrcs.usda.gov/care/budgets/index.html>.

Ogle, S. (2002) E-mail correspondence. Stephen Ogle, Natural Resources Ecology Laboratory, Colorado State University and Barbara Braatz, ICF International, concerning revised statistics on U.S. histosol areas cultivated in 1982, 1992, and 1997, which were extracted from the *1997 National Resources Inventory* by Marlen Eve. January 9, 2002.

Ogle, S.M., F.J. Breidt, M. Easter, S. Williams, and K. Paustian. (2007) "Empirically-Based Uncertainty Associated with Modeling Carbon Sequestration in Soils."  *Ecological Modeling* 205:453-463.

Oregon Department of Energy (1995) *Report on Reducing Oregon's Greenhouse Gas Emissions: Appendix D Inventory and Technical Discussion.*  Oregon Department of Energy. Salem, OR.

Parton, W.J., M.D. Hartman, D.S. Ojima, and D.S. Schimel (1998) "DAYCENT: Its Land Surface Submodel: Description and Testing".  *Glob. Planet. Chang.* 19: 35-48.

Parton, W.J., E.A. Holland, S.J. Del Grosso, M.D. Hartman, R.E. Martin, A.R. Mosier, D.S. Ojima, and D.S. Schimel (2001) Generalized model for NO$_x$ and N$_2$O emissions from soils. *Journal of Geophysical Research*. 106 (D15):17403-17420.

Piper C.V., R.A. Oakley, H.N. Vinall, A.J. Pieters, W.J. Morse, W.J. Spillman, O.C. Stine, J.S. Cotton., G.A. Collier, M.R Cooper, E.C. Parker, E.W. Sheets, and A.T. Semple (1924) "Hay." *Yearbook of the Department of Agriculture*, 285-376.

Ruddy B.C., D.L. Lorenz, and D.K. Mueller (2006) *County-level estimates of nutrient inputs to the land surface of the conterminous United States, 1982-2001*. Scientific Investigations Report  2006-5012. US Department of the Interior.

Ross W.H. and A.L. Mehring (1938) "Mixed Fertilizers." In *Soils and Men*.  Agricultural Yearbook 1938.  U.S. Department of Agriculture.

Russell E.Z., S.S. Buckley, C.E. Baker, C.E. Gibbons, R.H. Wilcox, H.W. Hawthorne, S.W. Mendum, O.C. Stine, G.K. Holmes, A.V. Swarthout, W.B. Bell, G.S. Jamieson, C.W. Warburton, and C.F. Langworthy (1922) *Hog Production and Marketing*.  Yearbook of the U.S. Department of Agriculture.

Saxton, K.E., W.J. Rawls, J.S. Romberger, and R.I. Papendick (1986) "Estimating Generalized Soil-Water Characteristics From Texture."  *Soil Sci. Soc. Am. J.* 50:1031-1036.

Skinner, J.J. (1931) *Fertilizers for Cotton Soils*.  Miscellaneous Publication Number 126.  U.S. Department of Agriculture.

Smalley, H.R., R.H. Engle, and H. Willett (1939) *American Fertilizer Practices: Second Survey*.  The National Fertilizer Association.

Smith C.B. (1911) *Rotations in the Corn Belt*.  Yearbook of the Department of Agriculture, pp.325-336.

Smith, P., J. Brenner, K. Paustian, G. Bluhm, J. Cipra, M. Easter, E.T. Elliott, K. Killian, D. Lamm, J. Schuler, and S. Williams (2002) *Quantifying the Change in Greenhouse Gas Emissions Due to Natural Resource Conservation Practice Application in Indiana*.  Final Report to the Indiana Conservation Partnership, Colorado State University Natural Resource Ecology Laboratory and U.S. Department of Agriculture Natural Resources Conservation Service, Fort Collins, CO.

Soil Survey Staff, Natural Resources Conservation Service, United States Department of Agriculture. (2005) *State Soil Geographic (STATSGO) Database for State*.  Available online at <http://www.ncgc.nrcs.usda.gov/products/datasets/statsgo/index.html>.

Spillman W.J. (1908) *Types of Farming in the United States*.  Yearbook of the Department of Agriculture, 351-366.

BLM_0047276

Spillman W.J. (1907) *Cropping Systems for Stock Farms*.  Yearbook of the Department of Agriculture, 385-398.

Spillman W.J. (1905) *Diversified Farming in the Cotton Belt*.  Yearbook of the Department of Agriculture, 193-218.

Spillman W.J. (1902) *Systems of Farm Management in the United States*.  Yearbook of the Department of Agriculture, 343-364.

Taylor, H.H. (1994) *Fertilizer Use and Price Statistics: 1960-93*.  Resources and Technology Division, Economic Research Service, U.S. Department of Agriculture, Statistical Bulletin Number 893.

Thornton, P.E., H. Hasenauer, and M.A. White (2000) "Simultaneous Estimation of Daily Solar Radiation and Humidity from Observed Temperature and Precipitation: An Application Over Complex Terrain in Austria." *Agricultural and Forest Meteorology* 104:255-271.

Thornton, P.E. and S.W. Running (1999) "An Improved Algorithm for Estimating Incident Daily Solar Radiation from Measurements of Temperature, Humidity, and Precipitation." *Agriculture and Forest Meteorology*. 93: 211-228.

Thornton, P.E., S.W. Running, and M.A. White (1997) "Generating Surfaces of Daily Meteorology Variables Over Large Regions of Complex Terrain." *Journal of Hydrology*. 190:214-251.

TVA (1991 through 1992a, 1993 through 1994) *Commercial Fertilizers*. Tennessee Valley Authority, Muscle Shoals, AL.

TVA (1992b) *Fertilizer Summary Data 1992*. Tennessee Valley Authority, Muscle Shoals, AL.

USDA (2010a) *Crop Production 2009 Summary*, National Agricultural Statistics Service, Agricultural Statistics Board, U.S. Department of Agriculture, Washington, DC. Available online at <http://usda.mannlib.cornell.edu>.

USDA (2010b) Quick Stats: U.S. & All States Data - Crops.  National Agricultural Statistics Service, U.S. Department of Agriculture. Washington, DC. U.S. Department of Agriculture, National Agricultural Statistics Service. Washington, D.C., Available online at <http://quickstats.nass.usda.gov/>.

USDA (2007) *Census of Agriculture*, National Agricultural Statistics Service, Agricultural Statistics Board, U.S. Department of Agriculture, Washington, DC.

USDA (2003, 2005 through 2006, 2008 through 2009) *Crop Production Summary*, National Agricultural Statistics Service, Agricultural Statistics Board, U.S. Department of Agriculture, Washington, DC. Available online at <http://usda.mannlib.cornell.edu>.

USDA (2000a) *1997 National Resources Inventory*. National Agricultural Statistics Service, U.S. Department of Agriculture. Washington, DC. Available online at <http://www.nrcs.usda.gov/technical/NRI/>.

USDA (2000b) *Agricultural Statistics 2000*. National Agricultural Statistics Service, U.S. Department of Agriculture. Washington, DC. Available online at <http://www.usda.gov/nass/pubs/agstats.htm>.

USDA (1998) *Field Crops Final Estimates 1992-1997*.  Statistical Bulletin Number 947a.  National Agricultural Statistics Service, U.S. Department of Agriculture. Washington, DC.  Available online at <http://usda.mannlib.cornell.edu>. Accessed July 2001.

USDA (1996) *Agricultural Waste Management Field Handbook, National Engineering Handbook (NEH)*, Part 651. Natural Resources Conservation Service, U.S. Department of Agriculture.  July 1996.

USDA (1994) *Field Crops: Final Estimates, 1987-1992*.  Statistical Bulletin Number 896, National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC.  Available online at <http://usda.mannlib.cornell.edu/data-sets/crops/94896/sb896.txt>.

USDA (1966) *Consumption of Commercial Fertilizers and Primary Plant Nutrients in the United States, 1850-1964 and By States, 1945-1964*.  Statistical Bulletin Number 375, Statistical Reporting Service, U.S. Department of Agriculture.

USDA (1957) *Fertilizer Used on Crops and Pastures in the United States—1954 Estimates*.  Statistical Bulletin Number 216, Agricultural Research Service, U.S. Department of Agriculture.

USDA (1954) *Fertilizer Use and Crop Yields in the United States*.  Agricultural Handbook Number 68, the Fertilizer

BLM_0047277

Work Group, U.S. Department of Agriculture.

USDA (1946) *Fertilizers and Lime in the United States.* Miscellaneous Publication Number 586, U.S. Department of Agriculture.

VEMAP (1995) Members (J.M. Melillo, J. Borchers, J. Chaney, H. Fisher, S. Fox, A. Haxeltine, A. Janetos, D.W. Kicklighter, T.G.F. Kittel, A.D. McGuire, R. McKeown, R. Neilson, R. Nemani, D.S. Ojima, T. Painter, Y. Pan, W.J. Parton, L. Pierce, L. Pitelka, C. Prentice, B. Rizzo, N.A. Rosenbloom, S. Running, D.S. Schimel, S. Sitch, T. Smith, I. Woodward). "Vegetation/Ecosystem Modeling and Analysis Project (VEMAP): Comparing Biogeography and Biogeochemistry Models in a Continental-Scale Study of Terrestrial Ecosystem Responses to Climate Change and $CO_2$ Doubling." *Global Biogeochemical Cycles,* 9:407-437.

Vogelman, J.E., S.M. Howard, L. Yang, C. R. Larson, B. K. Wylie, and J. N. Van Driel (2001) "Completion of the 1990's National Land Cover Data Set for the conterminous United States." *Photogrammetric Engineering and Remote Sensing,* 67:650-662.

Warren J.A. (1911) *Agriculture in the Central Part of the Semiarid Portion of the Great Plains.* Bulletin Number 215, Bureau of Plant Industry, U.S. Department of Agriculture.

Williams, S.A. (2006) Data compiled for the Consortium for Agricultural Soils Mitigation of Greenhouse Gases (CASMGS) from an unpublished manuscript. Natural Resource Ecology Laboratory, Colorado State University.

Wisconsin Department of Natural Resources (1993) *Wisconsin Greenhouse Gas Emissions: Estimates for 1990.* Bureau of Air Management, Wisconsin Department of Natural Resources, Madison, WI.

**Field Burning of Agricultural Residues**

Anderson, M. (2008 through 2011) Email correspondence. Monte Anderson, Oklahoma Farm Service Agency and ICF International. July 12, 2010.

Ashman (2008) Email communication. Janet Ashman, Hawaii Agriculture Research Center and Victoria Thompson, ICF International. Ms. Ashman cited an August 2004 report prepared for the U.S. Dept. of Energy by the Hawaiian Commercial & Sugar Co., "Closed-Loop Biomass Co-Firing--Pilot-Scale and Full-Scale Test Results."

Barnard, G., and L. Kristoferson (1985) *Agricultural Residues as Fuel in the Third World.* Earthscan Energy Information Programme and the Beijer Institute of the Royal Swedish Academy of Sciences. London, England.

Cantens, G. (2004 through 2005) Personal Communication. Janet Lewis, Assistant to Gaston Cantens, Vice President of Corporate Relations, Florida Crystals Company and ICF International.

Cibrowski, P. (1996) Personal Communication. Peter Cibrowski, Minnesota Pollution Control Agency and Heike Mainhardt, ICF Incorporated. July 29, 1996.

Deren, C. (2002) Personal communication. Dr. Chris Deren, Everglades Research and Education Centre at the University of Florida and Caren Mintz, ICF International. August 15, 2002.

EPA (1994) *International Anthropogenic Methane Emissions: Estimates for 1990, Report to Congress.* EPA 230-R-93-010. Office of Policy Planning and Evaluation, U.S. Environmental Protection Agency, Washington, DC.

EPA (1992) *Prescribed Burning Background Document and Technical Information Document for Prescribed Burning Best Available Control Measures.* Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency. Research Triangle Park, NC. EPA-450/2-92-003.

Gonzalez, R. (2007 through 2011) Email correspondence. Rene Gonzalez, Plant Manager, Sem-Chi Rice Company and ICF International.

Guethle, D. (2007-2010) Email correspondence. David Guethle, Agronomy Specialist, Missouri Cooperative Extension Service and Sarah Menassian, ICF International. July 20, 2009.

Huang, Y., W. Zhang, W. Sun, and X. Zheng (2007) "Net Primary Production of Chinese Croplands from 1950 to 1999." *Ecological Applications,* 17(3):692-701.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

BLM_0047278

IPCC (2000) *Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories.* Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, Montreal, IPCC-XVI/Doc. 10 (1.IV.2000). May 2000.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories.* Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency, Paris, France.

Jenkins, B.M., S.Q. Turn, and R.B. Williams (1992) "Atmospheric emissions from agricultural burning in California: determination of burn fractions, distribution factors, and crop specific contributions." *Agriculture, Ecosystems and Environment* 38:313-330.

Kinoshita, C.M. (1988) "Composition and processing of burned and unburned cane in Hawaii." *Intl. Sugar Jnl.* 90:1070, 34-37.

Kirstein, A. (2003 through 2004) Personal Communication. Arthur Kirstein, Coordinator, Agricultural Economic Development Program, Palm Beach County Cooperative Extension Service, Florida and ICF International.

Lachnicht, S.L., P.F. Hendrix, R.L. Potter, D.C. Coleman, and D.A. Crossley Jr. (2004) "Winter decomposition of transgenic cotton residue in conventional-till and no-till systems." *Applied Soil Ecology*, 27:135-142.

Lee, D. (2003 through 2007) Email correspondence. Danny Lee, OK Farm Service Agency and ICF International.

McCarty, J.L. (2010) Agricultural Residue Burning in the Contiguous United States by Crop Type and State. Geographic Information Systems (GIS) Data provided to the EPA Climate Change Division by George Pouliot, Atmospheric Modeling and Analysis Division, EPA. Dr. McCarty's research was supported by the NRI Air Quality Program of the Cooperative State Research, Education, and Extension Service, USDA, under Agreement No. 20063511216669 and the NASA Earth System Science Fellowship.

McCarty, J.L. (2009) *Seasonal and Interannual Variability of Emissions from Crop Residue Burning in the Contiguous United States.* Dissertation. University of Maryland, College Park.

Schueneman, T. (1999-2001) Personal Communication. Tom Schueneman, Agricultural Extension Agent, Palm Beach County, FL and ICF International. July 30, 2001.

Schueneman, T.J. and C.W. Deren (2002) "An Overview of the Florida Rice Industry." SS-AGR-77, Agronomy Department, Florida Cooperative Extension Service, Institute of Food and Agricultural Sciences, University of Florida. Revised November 2002.

Strehler, A., and W. Stützle (1987) "Biomass Residues." In Hall, D.O. and Overend, R.P. (eds.) *Biomass.* John Wiley and Sons, Ltd. Chichester, UK.

Turn, S.Q., B.M. Jenkins, J.C. Chow, L.C. Pritchett, D. Campbell, T. Cahill, and S.A. Whalen (1997) "Elemental characterization of particulate matter emitted from biomass burning: Wind tunnel derived source profiles for herbaceous and wood fuels." *Journal of Geophysical Research* 102(D3):3683-3699.

USDA (2011) Quick Stats: U.S. & All States Data; Crops; Production and Area Harvested; 1990 - 2010. National Agricultural Statistics Service, U.S. Department of Agriculture. Washington, DC. U.S. Department of Agriculture, National Agricultural Statistics Service. Washington, D.C., Available online at <http://quickstats.nass.usda.gov/>.

Walker, T. (2008) Email correspondence. Tim Walker, Assistant Research Professor, Mississippi State University Delta Branch Exp. Station and Sarah Menassian, ICF International. July 25, 2008.

## Land Use, Land-Use Change, and Forestry

IPCC (2003) *Good Practice Guidance for Land Use, Land-Use Change, and Forestry.* The Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, J. Penman, et al., eds. August 13, 2004. Available online at <http://www.ipcc-nggip.iges.or.jp/public/gpglulucf/gpglulucf.htm>.

### Representation of the U.S. Land Base

Fry, J., Xian, G., Jin, S., Dewitz, J., Homer, C., Yang, L., Barnes, C., Herold, N., and J. Wickham. (2011) Completion of the 2006 National Land Cover Database for the Conterminous United States, *PE&RS*, Vol. 77(9):858-864.

BLM_0047279

Homer, C., J. Dewitz, J. Fry, M. Coan, N. Hossain, C. Larson, N. Herold, A. McKerrow, J.N. VanDriel and J. Wickham. 2007. Completion of the 2001 National Land Cover Database for the Conterminous United States, Photogrammetric Engineering and Remote Sensing, Vol. 73, No. 4, pp 337-341.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

National Atlas (2005) *Federal Lands of the United States.* National Atlas of the United States, U.S. Department of the Interior, Washington DC. Available online at <http://nationalatlas.gov/atlasftp.html?openChapters=chpbound#chpbound>.

Nusser, S.M. and J.J. Goebel (1997) "The national resources inventory: a long-term multi-resource monitoring programme." *Environmental and Ecological Statistics* 4:181-204.

Smith, W.B., P.D. Miles, C.H. Perry, and S.A. Pugh (2009) *Forest Resources of the United States, 2007.* Gen. Tech. Rep. WO-78. U.S. Department of Agriculture Forest Service, Washington, DC.

U.S. Census Bureau (2010) Topologically Integrated Geographic Encoding and Referencing (TIGER) system shapefiles. U.S. Census Bureau, Washington, DC. Available online at <http://www.census.gov/geo/www/tiger/>.

**Forest Land Remaining Forest Land: Changes in Forest Carbon Stocks**

AF&PA. (2006a and earlier) Statistical roundup. (Monthly). Washington, DC: American Forest & Paper Association.

AF&PA. (2006b and earlier) Statistics of paper, paperboard and wood pulp. Washington, DC: American Forest & Paper Association.

Amichev, B. Y. and J. M. Galbraith (2004) "A Revised Methodology for Estimation of Forest Soil Carbon from Spatial Soils and Forest Inventory Data Sets." *Environmental Management* 33(Suppl. 1):S74-S86.

Barlaz, M.A. (1998) "Carbon storage during biodegradation of municipal solid waste components in laboratory-scale landfills." *Global Biogeochemical Cycles* 12 (2):373-380.

Bechtold, W.A.; Patterson, P.L. (2005) The enhanced forest inventory and analysis program—national sampling design and estimation procedures. Gen. Tech. Rep. SRS-80. Asheville, NC: US Department of Agriculture Forest Service, Southern Research Station. 85 p.

Birdsey, R.A., and L.S. Heath (1995) "Carbon Changes in U.S. Forests." In *Productivity of America's Forests and Climate Change*. Gen. Tech. Rep. RM-271. Rocky Mountain Forest and Range Experiment Station, Forest Service, U.S. Department of Agriculture. Fort Collins, CO, 56-70.

Birdsey, R. (1996) "Carbon Storage for Major Forest Types and Regions in the Conterminous United States." In R.N. Sampson and D. Hair, (eds); *Forest and Global Change, Volume 2: Forest Management Opportunities for Mitigating Carbon Emissions.* American Forests. Washington, DC, 1-26 and 261-379 (appendices 262 and 263).

Birdsey, R., and L. S. Heath (2001) "Forest Inventory Data, Models, and Assumptions for Monitoring Carbon Flux." In *Soil Carbon Sequestration and the Greenhouse Effect.* Soil Science Society of America. Madison, WI, 125-135.

Birdsey, R. A., and G. M. Lewis (2003) "Current and Historical Trends in Use, Management, and Disturbance of U.S. Forestlands." In J. M. Kimble, L. S. Heath, R. A. Birdsey, and R. Lal, editors. *The Potential of U.S. Forest Soils to Sequester Carbon and Mitigate the Greenhouse Effect.* CRC Press, New York, 15-34.

Domke, G.M., J.E. Smith, and C.W. Woodall. (2011) Accounting for density reduction and structural loss in standing dead trees: Implications for forest biomass and carbon stock estimates in the United States. *Carbon Balance and Management*, 6:14.

Eleazer, W.E., W.S. Odle, III, Y.S. Wang, and M.A. Barlaz (1997) "Biodegradability of municipal solid waste components in laboratory-scale landfills." *Env. Sci. Tech.* 31(3):911-917.

EPA (2010) *Inventory of U. S. Greenhouse Gas Emissions and Sinks: 1990–2008.* EPA, Office of Atmospheric Programs. Washington, DC.

EPA (2006) *Municipal solid waste in the United States: 2005 Facts and figures.* Office of Solid Waste, U.S.

BLM_0047280

Environmental Protection Agency. Washington, DC. (5306P) EPA530-R-06-011. Available online at <http://www.epa.gov/msw/msw99.htm>.

Frayer, W.E., and G.M. Furnival (1999) "Forest Survey Sampling Designs: A History." *Journal of Forestry* 97(12): 4-10.

Freed, R. (2004) Open-dump and Landfill timeline spreadsheet (unpublished). ICF International. Washington, DC.

Hair. D. and A.H. Ulrich (1963) The Demand and price situation for forest products – 1963. U.S. Department of Agriculture Forest Service, Misc Publication No. 953. Washington, DC.

Hair, D. (1958) "Historical forestry statistics of the United States." Statistical Bull. 228. U.S. Department of Agriculture Forest Service, Washington, DC.

Harmon, M.E., C.W. Woodall, B. Fasth, J. Sexton, M. Yatkov. (2011) Differences between standing and downed dead tree wood density reduction factors: A comparison across decay classes and tree species. Res. Paper. NRS-15. Newtown Square, PA: U.S. Department of Agriculture, Forest Service, Northern Research Station. 40 p.

Heath, L. (2007) Email communication between Kim Klunich, EPA, and Linda Heath, U.S. Forest Service. November 9, 2007.

Heath, L.S. (2006a) Email correspondence. Linda Heath, U.S. Department of Agriculture Forest Service and Kimberly Klunich, U.S. Environmental Protection Agency regarding the 95 percent CI for forest area estimates (± 0.24%) and average carbon density for Lower 48 States (± 0.4%). October 26, 2006.

Heath, L.S. (2006b) Email correspondence. Linda Heath, U.S. Department of Agriculture Forest Service and Kimberly Klunich, U.S. Environmental Protection Agency regarding the 95 percent CI for average carbon density for Alaska (±1.2%). October 27, 2006.

Heath, L.S., J.E., Smith, and R.A. Birdsey (2003) Carbon Trends in U. S. Forestlands: A Context for the Role of Soils in Forest Carbon Sequestration. In J. M. Kimble, L. S. Heath, R. A. Birdsey, and R. Lal, editors. *The Potential of U. S. Forest Soils to Sequester Carbon and Mitigate the Greenhouse Effect*. Lewis Publishers (CRC Press). Boca Raton, FL, 35-45.

Heath, L. S., and J.E. Smith (2000) "Soil Carbon Accounting and Assumptions for Forestry and Forest-related Land Use Change." In *The Impact of Climate Change on America's Forests*. Joyce, L.A., and Birdsey, R.A. Gen. Tech. Rep. RMRS-59. Rocky Mountain Research Station, Forest Service, U.S. Department of Agriculture. Fort Collins, CO, 89-101.

Heath, L. S., J. E. Smith, C. W. Woodall, D. L. Azuma, and K. L. Waddell (2011) Carbon stocks on forestlands of the United States, with emphasis on USDA Forest Service ownership. *Ecosphere* 2(1), article 6, 21 p.

Howard, James L. (2003) *U.S. timber production, trade, consumption, and price statistics 1965 to 2002*. Res. Pap. FPL-RP-615. Madison, WI: USDA, Forest Service, Forest Products Laboratory. Available online at <http://www.fpl.fs.fed.us/documnts/fplrp/fplrp615/fplrp615.pdf>.

Howard, James L. (2007) *U.S. timber production, trade, consumption, and price statistics 1965 to 2005*. Res. Pap. FPL-RP-637. Madison, WI: USDA, Forest Service, Forest Products Laboratory.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2003) *Good Practice Guidance for Land Use, Land-Use Change, and Forestry*. The Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, J. Penman, et al., eds. August 13, 2004. Available online at <http://www.ipcc-nggip.iges.or.jp/public/gpglulucf/gpglulucf.htm>.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories*. Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency. Paris, France.

Jenkins, J.C., D.C. Chojnacky, L.S. Heath, and R.A. Birdsey (2003) "National-scale biomass estimators for United States tree species." *Forest Science* 49(1):12-35.

BLM_0047281

Johnson, D. W., and P. S. Curtis (2001) "Effects of Forest Management on Soil C and N Storage: Meta Analysis." *Forest Ecology and Management* 140:227-238.

Melosi, M. (2000) *The Sanitary City*. Johns Hopkins University Press. Baltimore, MD.

Melosi, M. (1981) *Garbage in The Cities: Refuse Reform and the Environment: 1880-1980*. Texas A&M Press.

Micales, J.A. and K.E. Skog (1997) "The decomposition of forest products in landfills." *International Biodeterioration & Biodegradation*. 39(2-3):145-158.

National Association of State Foresters (2007a)  State Forestry Statistics 1998 Report.  Available online at <http://www.stateforesters.org/statistics/FY98_Statistics/Resource%20Base.htm>. March 2008.

National Association of State Foresters (2007b)  State Forestry Statistics 2002 Report.  Available online at <http://www.stateforesters.org/statistics/FY02_Statistics/2002%20Stat%20Resource%20Base.pdf>. March 2008.

National Association of State Foresters (2007c)  State Forestry Statistics 2004 Report.  Available online at <http://www.stateforesters.org/statistics/FY04_Statistics/FY2004Statistics.pdf>. March 2008.

Perry, C.H., C.W. Woodall, and M. Schoeneberger (2005) Inventorying trees in agricultural landscapes: towards an accounting of "working trees". In: "Moving Agroforestry into the Mainstream." *Proc. 9th N. Am. Agroforestry Conf.*, Brooks, K.N. and Ffolliott, P.F. (eds). 12-15 June 2005, Rochester, MN [CD-ROM]. Dept. of Forest Resources, Univ. Minnesota, St. Paul, MN, 12 p. Available online at <http://cinram.umn.edu/afta2005/>. (verified 23 Sept 2006).

Phillips, D.L., S.L. Brown, P.E. Schroeder, and R.A. Birdsey (2000) "Toward Error Analysis of Large-Scale Forest Carbon Budgets." *Global Ecology and Biogeography* 9:305-313.

Skog, K.E., and G.A. Nicholson (1998) "Carbon Cycling Through Wood Products: The Role of Wood and Paper Products in Carbon Sequestration." *Forest Products Journal* 48:75-83.

Skog, K.E., K. Pingoud, and J.E. Smith (2004) "A method countries can use to estimate changes in carbon stored in harvested wood products and the uncertainty of such estimates." *Environmental Management* 33(Suppl. 1):S65-S73.

Skog, K.E. (2008) "Sequestration of carbon in harvested wood products for the United States." *Forest Products Journal* 58:56-72.

Smith, J.E., and L.S. Heath (2002) "A model of forest floor carbon mass for United States forest types." Res. Paper NE-722. USDA Forest Service, Northeastern Research Station, Newtown Square, PA.

Smith, J.E., and L.S.Heath (2010) "Exploring the assumed invariance of implied emission factors for forest biomass in greenhouse gas inventories."  *Environmental Science & Policy* 13:55-62.

Smith, J. E., L. S. Heath, and J. C. Jenkins (2003) *Forest Volume-to-Biomass Models and Estimates of Mass for Live and Standing Dead Trees of U.S. Forests*. General Technical Report NE-298, USDA Forest Service, Northeastern Research Station, Newtown Square, PA.

Smith, J. E., L. S. Heath, and P. B. Woodbury (2004) "How to estimate forest carbon for large areas from inventory data." *Journal of Forestry* 102:25-31.

Smith, W. B., P. D. Miles, C. H. Perry, and S. A. Pugh (2009) *Forest Resources of the United States, 2007*. General Technical Report WO-78, U.S. Department of Agriculture Forest Service, Washington Office.

Smith, J.E., L.S. Heath, and M.C. Nichols (2010)  U.S. Forest Carbon Calculation Tool User's Guide: Forestland Carbon Stocks and Net Annual Stock Change.  General Technical Report NRS-13 revised, U.S. Department of Agriculture Forest Service, Northern Research Station,  34p.

Steer, Henry B. (1948) *Lumber production in the United States*. Misc. Pub. 669, U.S. Department of Agriculture Forest Service. Washington, DC.

Ulrich, Alice (1985) *U.S. Timber Production, Trade, Consumption, and Price Statistics 1950-1985*. Misc. Pub. 1453, U.S. Department of Agriculture Forest Service. Washington, DC.

Ulrich, A.H. (1989) *U.S. Timber Production, Trade, Consumption, and Price Statistics, 1950-1987*.  USDA Miscellaneous Publication No. 1471, U.S. Department of Agriculture Forest Service. Washington, DC, 77.

BLM_0047282

USDC Bureau of Census (1976) *Historical Statistics of the United States, Colonial Times to 1970, Vol. 1.* Washington, DC.

USDA Forest Service (2011a) Forest Inventory and Analysis National Program: User Information. U.S. Department of Agriculture Forest Service. Washington, DC. Available online at <http://fia.fs.fed.us/tools-data/docs/default.asp>. Accessed 16 November 2011.

USDA Forest Service. (2011b) Forest Inventory and Analysis National Program: FIA Data Mart. U.S. Department of Agriculture Forest Service. Washington, DC. Available online at <http://apps.fs.fed.us/fiadb-downloads/datamart.html>.  Accessed 16 November 2011.

USDA Forest Service (2011c) Forest Inventory and Analysis National Program, FIA library: Field Guides, Methods and Procedures. U.S. Department of Agriculture Forest Service. Washington, DC. Available online at <http://www.fia.fs.fed.us/library/field-guides-methods-proc/>.  Accessed 16 November 2011.

USDA Forest Service (2011d) Forest Inventory and Analysis National Program, FIA library: Database Documentation. U.S. Department of Agriculture, Forest Service, Washington Office.  Available online at < http://fia.fs.fed.us/library/database-documentation/ >. Accessed 16 November 2011.

USDA Forest Service (2008) Forest Inventory and Analysis National Program, FIA library: Database Documentation. U.S. Department of Agriculture, Forest Service, Washington Office.  Available online at < http://www.fia.fs.fed.us/library/database-documentation/ >. Accessed 15 December 2009.

USDA Forest Service (1992) "1984-1990 Wildfire Statistics." Prepared by State and Private Forestry Fire and Aviation Management Staff. Facsimile from Helene Cleveland, USDA Forest Service, to ICF International. January 30, 2008.

USDA (1991) *State Soil Geographic (STATSG0) Data Base Data use information.* Miscellaneous Publication Number 1492, National Soil Survey Center, Natural Resources Conservation Service, U.S. Department of Agriculture, Fort Worth, TX.

Waddell, K., and B. Hiserote. 2005. The PNW-FIA Integrated Database User Guide: A database of forest inventory information for California, Oregon, and Washington. Forest Inventory and Analysis Program, Pacific Northwest Research Station, Portland, Oregon, USA.Woodall, C.W., Amacher, M.C., Bechtold, W.A., Coulston, J.W., Jovan, S., Perry, C.H., Randolph, K.C., Schulz, B.K., Smith, G.C., Tkacz, B, and Will-Wolf, S. (2011) "Status and future of the forest health indicators program of the USA" *Environmental Monitoring and Assessment*, 177:419-436.

Woodall, C.W., L.S. Heath, G.M. Domke, and M.C. Nichols. (2011a)  Methods and equations for estimating aboveground volume, biomass, and carbon for trees in the U.S. forest inventory, 2010.  Gen. Tech. Rep.  NRS-88. Newtown Square, PA: U.S. Department of Agriculture, Forest Service, Northern Research Station.  30 p.

Woodall, C.W., Domke, G.M., MacFarlane, D.W., Oswalt, C.M. (In Press) Comparing Field- and Model-Based Standing Dead Tree Carbon Stock Estimates Across Forests of the United States.  *Forestry*.

Woodall, C.W., Amacher, M.C., Bechtold, W.A., Coulston, J.W., Jovan, S., Perry, C.H., Randolph, K.C., Schulz, B.K., Smith, G.C., Tkacz, B., Will-Wolf, S. (2011b)  Status and future of the forest health indicators program of the United States.  *Environmental Monitoring and Assessment*.  177: 419-436.

Woodbury, P.B., Heath, L.S., and Smith, J.E. (2006) "Land Use Change Effects on Forest Carbon Cycling Throughout the Southern United States." *Journal of Environmental Quality*, 35:1348-1363.

Woodbury, P.B., L.S. Heath, and J.E. Smith (2007) Effects of land use change on soil carbon cycling in the conterminous United States from 1900 to 2050, *Global Biogeochem. Cycles*, 21, GB3006, doi:10.1029/2007GB002950.

Woudenberg, S.W.; Conkling, B.L.; O'Connell, B.M.; LaPoint, E.B.; Turner, J.A.; Waddell, K.L.  (2010)  The Forest Inventory and Analysis Database: Database description and users manual version 4.0 for Phase 2.  Gen. Tech. Rep. RMRS-GTR- 245. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 339.

**Forest Land Remaining Forest Land:  Non-$CO_2$ Emissions from Forest Fires**

Alaska Department of Natural Resources (2008) Division of Forestry.  "Fire Statistics."  Available online at <http://forestry.alaska.gov/firestats/>.  October 2008.

BLM_0047283

Alaska Interagency Coordination Center (AICC) (2011) "2010 Fire Season Statistics." Available online at <http://fire.ak.blm.gov/content/aicc/stats/2010.pdf>.

Heath, L. (2008) Phone communication between Kim Klunich, EPA, and Linda Heath, U.S. Forest Service. November 24, 2008.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2003) *Good Practice Guidance for Land Use, Land-Use Change, and Forestry*. The Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, J. Penman, et al., eds. August 13, 2004. Available online at <http://www.ipcc-nggip.igces.or.jp/public/gpglulucf/gpglulucf.htm>.

National Association of State Foresters (1998) State Forestry Statistics 1998 Report. Available online at <http://www.stateforesters.org/files/1998ResourceBase.pdf >. October 2008.

National Association of State Foresters (2002) State Forestry Statistics 2002 Report. Available online at <http://www.stateforesters.org/files/2002_20Stat_20Resource_20Base.pdf >. October 2008.

National Association of State Foresters (2004) State Forestry Statistics 2004 Report. Available online at <http://www.stateforesters.org/files/FY2004Statistics.pdf >. October 2008.

National Association of State Foresters (2008) State Forestry Statistics 2006 Report. Available online at <http://www.stateforesters.org/files/2006%20State%20Forestry%20Statistics-Web-Final.pdf>. February 2009.

National Association of State Foresters (2011) State Forestry Statistics Spreadsheet. Available online at <http://www.stateforesters.org/publication-type/stats>. November 2011.

National Interagency Fire Center (2011) "Fire Information—Wildland Fire Statistics. Total Wildland Fires and Acres (1960-2009)." Available online at <http://www.nifc.gov/fireInfo/fireInfo_statistics.html >. November 2011.

Smith, J. (2009) E-mail correspondence between Jean Kim, ICF, and Jim Smith, U.S. Forest Service, January 30, 2009.

Smith, J. (2008a) E-mail correspondence between Jean Kim, ICF, and Jim Smith, U.S. Forest Service, December 3, 2008.

Smith, J. (2008b) E-mail correspondence between Jean Kim, ICF, and Jim Smith, U.S. Forest Service, December 8, 2008.

Smith, J. (2008c) E-mail correspondence between Jean Kim, ICF, and Jim Smith, U.S. Forest Service, December 16, 2008.

USDA Forest Service (2010a) Forest Inventory and Analysis National Program: User Information. U.S. Department of Agriculture Forest Service. Washington, DC. Available online at <http://fia.fs.fed.us/tools-data/docs/default.asp>. Accessed 07 October 2010.

USDA Forest Service. (2010b) Forest Inventory and Analysis National Program: FIA Data Mart. U.S. Department of Agriculture Forest Service. Washington, DC. Available online at <http://199.128.173.17/fiadb4-downloads/datamart.html>. Accessed 07 October 2010.

USDA Forest Service. (2010c) Forest Inventory and Analysis National Program, FIA library: Field Guides, Methods and Procedures. U.S. Department of Agriculture Forest Service. Washington, DC. Available online at <http://www.fia.fs.fed.us/library/field-guides-methods-proc/>. Accessed 07 October 2010.

USDA Forest Service (2010d) Forest Inventory and Analysis National Program, FIA library: Database Documentation. U.S. Department of Agriculture, Forest Service, Washington Office. Available online at < http://fia.fs.fed.us/library/database-documentation/>. Accessed 07 October 2010.

USDA Forest Service (1992) "1984-1990 Wildfire Statistics." Prepared by State and Private Forestry Fire and Aviation Management Staff. Facsimile from Helene Cleveland, USDA Forest Service, to ICF International. January 30, 2008.

BLM_0047284

**Forest Land Remaining Forest Land: N$_2$O Fluxes from Soils**

Albaugh, T.J., Allen, H.L., Fox, T.R. (2007) Historical Patterns of Forest Fertilization in the Southeastern United States from 1969 to 2004. Southern Journal of Applied Forestry, 31, 129-137(9).

Binkley, D. (2004) Email correspondence regarding the 95% CI for area estimates of southern pine plantations receiving N fertilizer (±20%) and the rate applied for areas receiving N fertilizer (100 to 200 pounds/acre). Dan Binkley, Department of Forest, Rangeland, and Watershed Stewardship, Colorado State University and Stephen Del Grosso, Natural Resource Ecology Laboratory, Colorado State University. September 19, 2004.

Binkley, D., R. Carter, and H.L. Allen (1995) Nitrogen Fertilization Practices in Forestry. In: *Nitrogen Fertilization in the Environment*, P.E. Bacon (ed.), Marcel Decker, Inc., New York.

Briggs, D. (2007) *Management Practices on Pacific Northwest West-Side Industrial Forest Lands, 1991-2005: With Projections to 2010*. Stand Management Cooperative, SMC Working Paper Number 6, College of Forest Resources, University of Washington, Seattle.

Fox, T.R., H. L.Allen, T.J. Albaugh, R. Rubilar, and C.A. Carlson (2007) Tree Nutrition and Forest Fertilization of Pine Plantations in the Southern United States. Southern Journal of Applied Forestry. 31, 5-11.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

USDA Forest Service (2001) *U.S. Forest Facts and Historical Trends*. FS-696. U.S. Department of Agriculture Forest Service, Washington, DC. Available online at <http://www.fia.fs.fed.us/library/ForestFactsMetric.pdf>.

**Cropland Remaining Cropland, Land Converted to Cropland, Grassland Remaining Grassland, and Land Converted to Grassland: Changes in Agricultural Soil Carbon Stocks**

Allmaras, R.R., H.H. Schomberg, C.L. Douglas, Jr., and T.H. Dao (2000) "Soil organic carbon sequestration potential of adopting conservation tillage in U.S. croplands." *J Soil Water Conserv* 55:365–373.

Armentano, T.V. and J.T.A. Verhoeven (1990) "Biogeochemical Cycles: Global," in B.C. Patten, et al. (eds.); *Wetlands and Shallow Continental Water Bodies*. SPB Academic Publishing. The Hague, the Netherlands, Vol. 1, 281-311.

Bastian, R. (2007)  Personal Communication. Robert Bastian, Office of Water, U.S. Environmental Protection Agency, Washington, DC and Victoria Thompson, ICF International. July 20, 2007.

Brady, N.C. and R.R. Weil (1999) *The Nature and Properties of Soils*. Prentice Hall. Upper Saddle River, NJ, 881.

CTIC (1998) "1998 Crop Residue Management Executive Summary." Conservation Technology Information Center. West Lafayette, IN.

Daly, C., R.P. Neilson, and D.L. Phillips (1994) "A Statistical-Topographic Model for Mapping Climatological Precipitation Over Mountainous Terrain." *Journal of Applied Meteorology* 33:140-158.

Dean, W. E., and E. Gorham (1998)  Magnitude and significance of carbon burial in lakes, reservoirs, and peatlands. Geology 26:535-538.

Easter, M. , S. Williams, and S. Ogle. (2008) Gap-filling NRI data for the Soil C Inventory. Natural Resource Ecology Laboratory, Colorado State University, Fort Collins, CO. Report provided to the U.S. Environmental Protection Agency, Tom Wirth.

Edmonds, L., R. L. Kellogg, B. Kintzer, L. Knight, C. Lander, J. Lemunyon, D. Meyer, D.C. Moffitt, and J. Schaefer (2003) "Costs associated with development and implementation of Comprehensive Nutrient Management Plans." Part I—Nutrient management, land treatment, manure and wastewater handling and storage, and recordkeeping. Natural Resources Conservation Service, U.S. Department of Agriculture. Available online at <http://www.nrcs.usda.gov/technical/land/pubs/cnmp1.html>.

EPA (1999) *Biosolids Generation, Use and Disposal in the United States*. Office of Solid Waste, U.S. Environmental Protection Agency. Available online at <http://biosolids.policy.net/relatives/18941.PDF>.

EPA (1993) Federal Register. Part II. Standards for the Use and Disposal of Sewage Sludge; Final Rules. U.S.

BLM_0047285

Environmental Protection Agency, 40 CFR Parts 257, 403, and 503.

ERS (1997) Cropping Practices Survey Data—1995. Economic Research Service, United States Department of Agriculture. Available online at <http://www.ers.usda.gov/data/archive/93018/>.

ERS (1988) *Agricultural Resources—Inputs Situation and Outlook Report*. AR-9. Economic Research Service, U.S. Department of Agriculture.

Euliss, N., and R. Gleason (2002) Personal communication regarding wetland restoration factor estimates and restoration activity data. Ned Euliss and Robert Gleason of the U.S. Geological Survey, Jamestown, ND, to Stephen Ogle of the National Resource Ecology Laboratory, Fort Collins, CO. August 2002.

Eve, M. (2001) E-mail correspondence. Marlen Eve, Natural Resources Ecology Laboratory, Colorado State University and Barbara Braatz and Caren Mintz, ICF International. Statistics on U.S. organic soil areas cultivated in 1982, 1992, and 1997, which were extracted from the *1997 National Resources Inventory*. September 21, 2001.

Grant, W.R. and R.D. Krenz (1985) *U. S. grain sorghum production practices and costs*. Staff Report No. AGES 851024. National Economics Division, Economics Research Service, U.S. Department of Agriculture.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2003) *Good Practice Guidance for Land Use, Land-Use Change, and Forestry*. The Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, J. Penman, et al., eds. August 13, 2004. Available online at <http://www.ipcc-nggip.iges.or.jp/public/gpglulucf/gpglulucf.htm>.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories*. Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency, Paris, France.

Kellogg, R.L., C.H. Lander, D.C. Moffitt, and N. Gollehon (2000) *Manure Nutrients Relative to the Capacity of Cropland and Pastureland to Assimilate Nutrients: Spatial and Temporal Trends for the United States*. U.S. Department of Agriculture, Washington, DC. Publication number nps00-0579.

McFarland, M.J. (2001) *Biosolids Engineering*, New York: McGraw-Hill, p. 2.12.

Metherell, A.K., L.A. Harding, C.V. Cole, and W.J. Parton (1993) "CENTURY Soil Organic Matter Model Environment." Agroecosystem version 4.0. Technical documentation, GPSR Tech. Report No. 4, USDA/ARS, Ft. Collins, CO.

NASS (2004) *Agricultural Chemical Usage: 2003 Field Crops Summary*. Report AgCh1(04)a. National Agricultural Statistics Service, U.S. Department of Agriculture, Washington, DC. Available online at <Hhttp://usda.mannlib.cornell.edu/reports/nassr/other/pcu-bb/agcs0504.pdfH>.

NASS (1999) *Agricultural Chemical Usage: 1998 Field Crops Summary*. Report AgCH1(99). National Agricultural Statistics Service, U.S. Department of Agriculture, Washington, DC. Available online at <http://usda.mannlib.cornell.edu/reports/nassr/other/pcu-bb/agch0599.pdf>.

NASS (1992) *Agricultural Chemical Usage: 1991 Field Crops Summary*. Report AgCh1(92). National Agricultural Statistics Service, U.S. Department of Agriculture, Washington, DC. Available online at <Hhttp://usda.mannlib.cornell.edu/reports/nassr/other/pcu-bb/agch0392.txtH>.

NEBRA (2007) *A National Biosolids Regulation, Quality, End Use & Disposal Survey*. North East Biosolids and Residuals Association, July 21, 2007

NRAES (1992) *On-Farm Composting Handbook* (NRAES-54). Natural Resource, Agriculture, and Engineering Service. Available online at <http://compost.css.cornell.edu/OnFarmHandbook/onfarm_TOC.html>.

NRCS (1999) *Soil Taxonomy: A basic system of soil classification for making and interpreting soil surveys, 2nd Edition*. Agricultural Handbook Number 436, Natural Resources Conservation Service, U.S. Department of Agriculture, Washington, DC.

NRCS (1997) "National Soil Survey Laboratory Characterization Data," Digital Data, Natural Resources

BLM_0047286

Conservation Service, U.S. Department of Agriculture. Lincoln, NE.

NRCS (1981) *Land Resource Regions and Major Land Resource Areas of the United States*, USDA Agriculture Handbook 296, United States Department of Agriculture, Natural Resources Conservation Service, National Soil Survey Cente., Lincoln, NE, pp. 156.

Nusser, S.M., J.J. Goebel (1997) The national resources inventory: a long term monitoring programme. *Environmental and Ecological Statistics*, **4**, 181-204.

Ogle, S.M., F.J. Breidt, M. Easter, S. Williams, K. Killian, and K. Paustian (2009) "Scale and uncertainty in modeled soil organic carbon stock changes for US croplands using a process-based model." *Global Change Biology*, in press.

Ogle, S.M., F.J. Breidt, M. Easter, S. Williams and K. Paustian. (2007) "Empirically-Based Uncertainty Associated with Modeling Carbon Sequestration Rates in Soils." *Ecological Modeling* 205:453-463.

Ogle, S.M., F.J. Breidt, and K. Paustian. (2006) "Bias and variance in model results due to spatial scaling of measurements for parameterization in regional assessments." *Global Change Biology* 12:516-523.

Ogle, S.M., M.D. Eve, F.J. Breidt, and K. Paustian (2003) "Uncertainty in estimating land use and management impacts on soil organic carbon storage for U.S. agroecosystems between 1982 and 1997." *Global Change Biology* 9:1521-1542.

Ogle, S., M. Eve, M. Sperrow, F.J. Breidt, and K. Paustian (2002) Agricultural Soil C Emissions, 1990-2001: Documentation to Accompany EPA Inventory Tables. Natural Resources Ecology Laboratory, Fort Collins, CO. Provided in an e-mail from Stephen Ogle, NREL to Barbara Braatz, ICF International. September 23, 2002

Parton, W.J., D.S. Schimel, C.V. Cole, D.S. Ojima (1987) "Analysis of factors controlling soil organic matter levels in Great Plains grasslands." *Soil Science Society of America Journal* 51:1173-1179.

Parton, W.J., J.W.B. Stewart, C.V. Cole. (1988) "Dynamics of C, N, P, and S in grassland soils: a model." *Biogeochemistry* 5:109-131.

Parton, W.J., D.S. Ojima, C.V. Cole, and D.S. Schimel (1994) "A General Model for Soil Organic Matter Dynamics: Sensitivity to litter chemistry, texture and management," in *Quantitative Modeling of Soil Forming Processes*. Special Publication 39, Soil Science Society of America, Madison, WI, 147-167.

Potter, C. S., J.T. Randerson, C.B. Fields, P.A. Matson, P.M. Vitousek, H.A. Mooney, and S.A. Klooster. (1993) "Terrestrial ecosystem production: a process model based on global satellite and surface data." *Global Biogeochemical Cycles* 7:811-841.

Reilly, J.M. and K.O. Fuglie. (1998) "Future yield growth in field crops: What evidence exists?" *Soil Till Res* 47:275–290.

USDA-FSA (2010) Conservation Reserve Program Monthly Summary – September 2010. U.S. Department of Agriculture, Farm Service Agency, Washington, DC, Available online at <http://www.fsa.usda.gov/Internet/FSA_File/sep2010crpstat.pdf>.

USDA (1996) *Agricultural Waste Management Field Handbook, National Engineering Handbook (NEH)*, Part 651. Natural Resources Conservation Service, U.S. Department of Agriculture. July 1996.

USDA (1966) *Consumption of Commercial Fertilizers and Primary Plant Nutrients in the United States, 1850-1964 and By States, 1945-1964*. Statistical Bulletin Number 375, Statistical Reporting Service, U.S. Department of Agriculture.

USDA (1957) *Fertilizer Used on Crops and Pastures in the United States—1954 Estimates*. Statistical Bulletin Number 216, Agricultural Research Service, U.S. Department of Agriculture.

USDA (1954) *Fertilizer Use and Crop Yields in the United States*. Agricultural Handbook Number 68, the Fertilizer Work Group, U.S. Department of Agriculture.

USDA-NRCS (2000) *Digital Data And Summary Report: 1997 National Resources Inventory*. Revised December 2000. Resources Inventory Division, Natural Resources Conservation Service, United States Department of Agriculture, Beltsville, MD.

BLM_0047287

**Peatlands Remaining Peatlands:  CO$_2$ and N$_2$O Emissions from Peatlands Remaining Peatlands**

Apodaca, L. (2008) E-mail correspondence. Lori Apodaca, Peat Commodity Specialist, USGS and Emily Rowan, ICF International. October and November.

Apodaca, L. (2011) Email correspondence. Lori Apodaca, Peat Commodity Specialist, USGS and Emily Rowan, ICF International. November.

Cleary, J., N. Roulet and T.R. Moore (2005) "Greenhouse gas emissions from Canadian peat extraction, 1990-2000: A life-cycle analysis." *Ambio* 34:456–461.

Division of Geological & Geophysical Surveys (DGGS), Alaska Department of Natural Resources (1997–2011) *Alaska's Mineral Industry Report (1997–2010).*  Alaska Department of Natural Resources, Fairbanks, AK. Available online at <http://www.dggs.dnr.state.ak.us/pubs/pubs?reqtype=minerals>.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.*  The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Szumigala, D.J. (2011) Phone conversation. Dr. David Szumigala, Division of Geological and Geophysical Surveys, Alaska Department of Natural Resources and Emily Rowan, ICF International. January 18th, 2011.

Szumigala, D.J. (2008) Phone conversation. Dr. David Szumigala, Division of Geological and Geophysical Surveys, Alaska Department of Natural Resources and Emily Rowan, ICF International. October 17th, 2008.

Szumigala, D.J., R.A. Hughes and L.A. Harbo (2010) *Alaska's Mineral Industry 2009: A Summary.*  Division of Geological & Geophysical Surveys, Alaska Department of Natural Resources, Fairbanks, AK.  Available online at <http://www.dggs.alaska.gov/webpubs/dggs/ic/text/ic060.PDF>.

United States Geological Survey (USGS) (1996–2011) *Mineral Commodity Summaries: Peat (1996–2010).*  United States Geological Survey, Reston, VA.  Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/peat/index.html#myb>.

United States Geological Survey (USGS) (1991–2011) *Minerals Yearbook: Peat (1994–2009).*  United States Geological Survey, Reston, VA.  Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/peat/index.html#myb>.

United States Geological Survey (USGS) (2011a) *Mineral Commodity Summaries 2011: Peat.*  United States Geological Survey, Reston, VA.  Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/peat/>.

United States Geological Survey (USGS) (2011b) *2009 Minerals Yearbook: Peat [Advance Release].*  United States Geological Survey, Reston, VA.  Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/peat/index.html#myb>.

**Liming and Urea**

AAPFCO (1995 through 2000a, 2002 through 2011b) *Commercial Fertilizers.*  Association of American Plant Food Control Officials. University of Kentucky. Lexington, KY.

AAPFCO (2000b) *1999-2000 Commercial Fertilizers Data, ASCII files.* Available from David Terry, Secretary, AAPFCO.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Itle, Cortney (2009) Email correspondence. Cortney Itle, ERG and Tom Wirth, U.S. Environmental Protection Agency on the amount of urea used in aircraft deicing. January 7, 2009.

Tepordei, Valentin V. (2003b)  Personal communication. Valentin Tepordei, U.S. Geological Survey and ICF

BLM_0047288

Consulting, August 18, 2003.

Tepordei, V.V. (1997 through 2006) "Crushed Stone," In *Minerals Yearbook*. U.S. Department of the Interior/U.S. Geological Survey. Washington, DC. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>.

Tepordei, V.V. (1996) "Crushed Stone," In *Minerals Yearbook 1994*. U.S. Department of the Interior/Bureau of Mines, Washington, DC. Available online at http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>. Accessed August 2000.

Tepordei, V.V. (1995) "Crushed Stone," In *Minerals Yearbook 1993*. U.S. Department of the Interior/Bureau of Mines, Washington, DC. pp. 1107–1147.

Tepordei, V. V. (1994) "Crushed Stone," In *Minerals Yearbook 1992*. U.S. Department of the Interior/Bureau of Mines, Washington, DC. pp. 1279-1303.

Tepordei, V.V. (1993) "Crushed Stone," In *Minerals Yearbook 1991*. U.S. Department of the Interior/Bureau of Mines, Washington, DC. pp. 1469-1511.

Terry, D. (2007) Email correspondence. David Terry, Fertilizer Regulatory program, University of Kentucky and David Berv, ICF International. September 7, 2007.

TVA (1991 through 1994) *Commercial Fertilizers*. Tennessee Valley Authority, Muscle Shoals, AL.

U.S. EPA. (2000) Preliminary Data Summary: Airport Deicing Operations (Revised). EPA-821-R-00-016. August 2000.

USGS (2011) *Mineral Industry Surveys: Crushed Stone and Sand and Gravel in the First Quarter of 2011*, U.S. Geological Survey, Reston, VA. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>.

USGS (2010) *Mineral Industry Surveys: Crushed Stone and Sand and Gravel in the First Quarter of 2010*, U.S. Geological Survey, Reston, VA. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>.

USGS (2009) *Mineral Industry Surveys: Crushed Stone and Sand and Gravel in the First Quarter of 2009*, U.S. Geological Survey, Reston, VA. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>.

USGS (2008) *Mineral Industry Surveys: Crushed Stone and Sand and Gravel in the First Quarter of 2008*, U.S. Geological Survey, Reston, VA. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>.

USGS (2007) *Mineral Industry Surveys: Crushed Stone and Sand and Gravel in the First Quarter of 2007*. U.S. Geological Survey, Reston, VA. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>.

West, T.O., and A.C. McBride (2005) "The contribution of agricultural lime to carbon dioxide emissions in the United States: dissolution, transport, and net emissions," *Agricultural Ecosystems & Environment* 108:145-154.

West, Tristram O. (2008) Email correspondence. Tristram West, Environmental Sciences Division, Oak Ridge National Laboratory, U.S. Department of Energy and Nikhil Nadkarni, ICF International on suitability of liming emission factor for the entire United States. June 9, 2008.

Willett, Jason C. (2010) "Crushed Stone," 2008 Minerals Yearbook. U.S. Department of the Interior/U.S. Geological Survey, Washington, D.C. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>. Accessed August 2010.

Willett, J.C. (2010) "Crushed Stone," In *Minerals Yearbook 2009*. U.S. Department of the Interior/U.S. Geological Survey, Washington, DC. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>. Accessed August 2011.

Willett, J.C. (2009) "Crushed Stone," In *Minerals Yearbook 2007*. U.S. Department of the Interior/U.S. Geological Survey, Washington, DC. Available online at

BLM_0047289

<http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>. Accessed August 2009.

Willett, J.C. (2007a) "Crushed Stone," In *Minerals Yearbook 2005*. U.S. Department of the Interior/U.S. Geological Survey, Washington, DC. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>. Accessed August 2007.

Willett, J.C. (2007b) "Crushed Stone," In *Minerals Yearbook 2006*. U.S. Department of the Interior/U.S. Geological Survey, Washington, DC. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>. Accessed August 2008.

**Settlements Remaining Settlements: N$_2$O Fluxes from Soils**

Albaugh, T.J., Allen, H.L., Fox, T.R. (2007) *Historical Patterns of Forest Fertilization in the Southeastern United States from 1969 to 2004*. Southern Journal of Applied Forestry, 31, 129-137(9)

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Ruddy B.C., D.L. Lorenz, and D.K. Mueller (2006) *County-level estimates of nutrient inputs to the land surface of the conterminous United States, 1982-2001*. Scientific Investigations Report 2006-5012. U.S. Department of the Interior.

**Settlements Remaining Settlements: Changes in Carbon Stocks in Urban Trees**

Arthur, M. (2011) Phone conversation regarding U.S. Census Bureau information on urban areas and geography. Mike Arthur, U.S. Census Bureau, and Nick Devonshire, ICF International. October 6, 2011.

Cairns, M.A., S. Brown, E.H. Helmer, and G.A. Baumgardner (1997) "Root Biomass Allocation in the World's Upland Forests." *Oceologia* 111:1–11.

deVries, R.E. (1987) *A Preliminary Investigation of the Growth and Longevity of Trees in Central Park*. M.S. thesis, Rutgers University, New Brunswick, NJ.

Dwyer, J.F., D.J. Nowak, M.H. Noble, and S.M Sisinni (2000) *Connecting People with Ecosystems in the 21st Century: An Assessment of Our Nation's Urban Forests*. General Technical Report PNW-GTR-490, U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, OR.

Fleming, L.E. (1988) *Growth Estimation of Street Trees in Central New Jersey*. M.S. thesis, Rutgers University, New Brunswick, NJ.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Nowak, D.J., E.J. Greenfield, R.E. Hoehn, E. Lapoint (2012, in preparation) *Carbon Storage and Sequestration by Trees in Urban and Community Areas of the United States*. USDA, Forest Service, Northeastern Research Station, Syracuse, NY.

Nowak, D.J. (2011a) Phone conference regarding Changes in Carbon Stocks in Urban Trees estimation methodology. David Nowak, USDA, Jennifer Jenkins, EPA, and Mark Flugge and Nikhil Nadkarni, ICF International. January 4, 2011.

Nowak, D.J. (2011b) Phone conference regarding Changes in Carbon Stocks in Urban Trees estimation methodology. David Nowak, USDA, Jennifer Jenkins, EPA, and Mark Flugge and Nick Devonshire, ICF International. November 28, 2011.

Nowak, D.J. (2009) E-mail correspondence regarding new data for Chicago's urban forest. David Nowak, USDA Forest Service to Nikhil Nadkarni, ICF International. October 7, 2009.

Nowak, D.J. (2007a) "New York City's Urban Forest." USDA Forest Service. Newtown Square, PA, February 2007.

Nowak, D.J. (2007b) Personal Communication. David Nowak, USDA Forest Service and Susan Asam, ICF International. September 25, 2007.

BLM_0047290

Nowak, D.J. (2007c) E-mail correspondence regarding revised sequestration values and standard errors for sequestration values. David Nowak, USDA Forest Service to Susan Asam, ICF International. October 31, 2007.

Nowak, D.J. (2002a) E-mail correspondence containing information on possible urban tree carbon and forest carbon overlap. David Nowak, USDA Forest Service to Barbara Braatz, ICF International. January 10, 2002.

Nowak, D.J. (2002b) E-mail correspondence regarding significant digits. David Nowak, USDA Forest Service to Barbara Braatz, ICF International. October 29, 2002.

Nowak, D.J. (1994) "Atmospheric Carbon Dioxide Reduction by Chicago's Urban Forest." In: *Chicago's Urban Forest Ecosystem: Results of the Chicago Urban Forest Climate Project.* E.G. McPherson, D.J. Nowak, and R.A. Rowntree (eds.). General Technical Report NE-186. U.S. Department of Agriculture Forest Service, Radnor, PA. pp. 83–94.

Nowak, D.J. (1986) "Silvics of an Urban Tree Species: Norway Maple (Acer platanoides L.)." M.S. thesis, College of Environmental Science and Forestry, State University of New York, Syracuse, NY.

Nowak, D.J. and D.E. Crane (2002) "Carbon Storage and Sequestration by Urban Trees in the United States." *Environmental Pollution* 116(3):381–389.

Nowak, D.J., D.E. Crane, J.C. Stevens, and M. Ibarra (2002) *Brooklyn's Urban Forest.* General Technical Report NE-290. U.S. Department of Agriculture Forest Service, Newtown Square, PA.

Nowak, D.J., M.H. Noble, S.M. Sisinni, and J.F. Dwyer (2001) "Assessing the U.S. Urban Forest Resource." *Journal of Forestry* 99(3):37–42.

Nowak, D.J., J.T. Walton, L.G. Kaya, and J.F. Dwyer (2005) "The Increasing Influence of Urban Environments on U.S. Forest Management." *Journal of Forestry* 103(8):377–382.

Smith, W.B. and S.R. Shifley (1984) *Diameter Growth, Survival, and Volume Estimates for Trees in Indiana and Illinois.* Research Paper NC-257. North Central Forest Experiment Station, U.S. Department of Agriculture Forest Service, St. Paul, MN.

**Other: Changes in Yard Trimming and Food Scrap Carbon Stocks in Landfills**

Barlaz, M.A. (2008) "Re: Corrections to Previously Published Carbon Storage Factors." Memorandum to Randall Freed, ICF International. February 28, 2008.

Barlaz, M.A. (2005) "Decomposition of Leaves in Simulated Landfill." Letter report to Randall Freed, ICF Consulting. June 29, 2005.

Barlaz, M.A. (1998) "Carbon Storage during Biodegradation of Municipal Solid Waste Components in Laboratory-Scale Landfills." *Global Biogeochemical Cycles* 12:373–380.

Eleazer, W.E., W.S. Odle, Y. Wang, and M.A. Barlaz (1997) "Biodegradability of Municipal Solid Waste Components in Laboratory-Scale Landfills." *Environmental Science Technology* 31:911–917.

EPA (2011) *Municipal Solid Waste Generation, Recycling, and Disposal in the United States: Tables and Figures for 2010.* U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, Washington, DC. Available online at <http://www.epa.gov/osw/nonhaz/municipal/msw99.htm>.

EPA (2006 through 2011) *Municipal Solid Waste in the United States: Facts and Figures.* U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, Washington, DC. Available online at <http://www.epa.gov/osw/nonhaz/municipal/msw99.htm>.

EPA (2005) *Municipal Solid Waste Generation, Recycling, and Disposal in the United States: Facts and Figures for 2003.* U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, Washington, DC. Available online at < http://www.epa.gov/osw/nonhaz/municipal/pubs/msw03rpt.pdf>.

EPA (2005a) *Municipal Solid Waste in the United States: 2003 Data Tables.* U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, Washington, DC. Available online at <http://www.epa.gov/osw/nonhaz/municipal/pubs/03data.pdf>.

EPA (2003) *Characterization of Municipal Solid Waste in the United States: 2001 Update.* (Draft.) U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, Washington, DC.

BLM_0047291

EPA (1999) *Characterization of Municipal Solid Waste in the United States: 1998 Update.* U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, Washington, DC.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2003) *Good Practice Guidance for Land Use, Land-Use Change, and Forestry.* The Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, J. Penman et al. (eds.). Available online at <http://www.ipcc-nggip.iges.or.jp/public/gpglulucf/gpglulucf.htm>.

Oshins, C. and D. Block (2000) "Feedstock Composition at Composting Sites." *Biocycle* 41(9):31–34.

Schneider, S. (2007, 2008) E-mail correspondence. Shelly Schneider, Franklin Associates, A Division of ERG and Sarah Shapiro, ICF International.

Tchobanoglous, G., H. Theisen, and S.A. Vigil (1993) *Integrated Solid Waste Management, 1st edition.* McGraw-Hill, NY. Cited by Barlaz (1998).Barlaz, M.A. (2008) "Re: Corrections to Previously Published Carbon Storage Factors." Memorandum to Randall Freed, ICF International. February 28, 2008.

## Waste

### Landfills

40 CFR Part 60, Subpart Cc (2005) Emission Guidelines and Compliance Times for Municipal Solid Waste Landfills, 60.30c--60.36c, Code of Federal Regulations, Title 40.  Available online at <http://www.access.gpo.gov/nara/cfr/waisidx_05/40cfr60_05.html>.

40 CFR Part 60, Subpart WWW (2005) Standards of Performance for Municipal Solid Waste Landfills, 60.750--60.759, Code of Federal Regulations, Title 40.  Available online at <http://www.access.gpo.gov/nara/cfr/waisidx_05/40cfr60_05.html>.

Barlaz, M.A. (2006) "Forest Products Decomposition in Municipal Solid Waste Landfills." *Waste Management*, 26(4): 321-333.

Barlaz, M.A. (1998) "Carbon Storage During Biodegradation of Municipal Solid Waste Components in Laboratory-scale Landfills." *Global Biogeochemical Cycles*, 12(2): 373-380, June 1998.

BioCycle (2010)  "The State of Garbage in America" By L. Arsova, R. Van Haaren, N. Goldstein, S. Kaufman, and N. Themelis.  *BioCycle.*  December 2010. Available online at <http://www.jgpress.com/archives/_free/002191.html>.

BioCycle (2008)  "The State of Garbage in America" By L. Arsova, R. Van Haaren, N. Goldstein, S. Kaufman, and N. Themelis.  *BioCycle.*  December 2008. Available online at <http://www.jgpress.com/archives/_free/001782.html>.

BioCycle (2006)  "15th Annual BioCycle Nationwide Survey: The State of Garbage in America" By P. Simmons, N. Goldstein, S.  Kaufman, N. Goldstein, N. Themelis, and J. Thompson.  *BioCycle.*  April 2006.

Czepiel, P., B. Mosher, P. Crill, and R. Harriss (1996) "Quantifying the Effect of Oxidation on Landfill Methane Emissions." *Journal of Geophysical Research*, 101(D11):16721-16730.

EIA (2007)  Voluntary Greenhouse Gas Reports for EIA Form 1605B (Reporting Year 2006).  Available online at <ftp://ftp.cia.doc.gov/pub/oiaf/1605/cdrom/>.

EPA (2011) *Landfill Gas-to-Energy Project Database.* Landfill Methane and Outreach Program. July 2011.

EPA (2010) Municipal Solid Waste Generation, Recycling, and Disposal in the United States Detailed Tables and Figures for 2009. December 2010. Available online at <http://www.epa.gov/osw/nonhaz/municipal/pubs/msw2009rpt.pdf >.

EPA (1998) *Compilation of Air Pollution Emission Factors, Publication AP-42*, Section 2.4 Municipal Solid Waste Landfills.  November 1998.

EPA (1993) *Anthropogenic Methane Emissions in the United States, Estimates for 1990: Report to Congress*, U.S.

BLM_0047292

Environmental Protection Agency, Office of Air and Radiation. Washington, DC. EPA/430-R-93-003. April 1993.

EPA (1988) *National Survey of Solid Waste (Municipal) Landfill Facilities*, U.S. Environmental Protection Agency. Washington, DC. EPA/530-SW-88-011. September 1988.

ERG (2011) Production Data Supplied by ERG for 1990-2009 for Pulp and Paper, Fruits and Vegetables, and Meat. August.

ICF International (2009) Updating Component-specific, First-order Decay Rates Used in Estimating *Changes in Yard Trimmings and Food Scrap Carbon Stocks in Landfills* (Deliverable under EPA Contract Number EP-W-07-068, Task Order 054, Task 03). Memorandum to M. Weitz (EPA), November 12, 2009.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2003) *Good Practice Guidance for Land Use*, Land-Use Change and Forestry, The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, J. Penman, M. Gytarsky, T. Hiraishi, T. Krug, D. Kruger, R. Pipatti, L. Buendia, K. Miwa, T. Ngara, K. Tanabe, and F. Wagner (eds.). Hayama, Kanagawa, Japan.

Mancinelli, R. and C. McKay (1985) "Methane-Oxidizing Bacteria in Sanitary Landfills." *Proc. First Symposium on Biotechnical Advances in Processing Municipal Wastes for Fuels and Chemicals*, Minneapolis, MN, 437-450. August.

Peer, R., S. Thorneloe, and D. Epperson (1993) "A Comparison of Methods for Estimating Global Methane Emissions from Landfills." *Chemosphere*, 26(1-4):387-400.

RTI (2011) Updated Research on Methane Oxidation in Landfills. Memorandum to R. Schmeltz (EPA), January 14, 2011.

RTI (2004) Documentation for Changes to the Methodology for the Inventory of Methane Emissions from Landfills. Memorandum to E. Scheehle (EPA), August 26, 2004.

Solid Waste Association of North America (SWANA) (1998) *Comparison of Models for Predicting Landfill Methane Recovery*. Publication No. GR-LG 0075. March 1998.

U.S. Bureau of Census (2010) International Database. August 2010. Available online at <http://www.census.gov/ipc/www/idb/>.

**Wastewater Treatment**

Ahn et al. (2010) $N_2O$ Emissions from Activated Sludge Processes, 2008-2009: Results of a National Monitoring Survey in the United States. Environ. Sci. Technol. 44: 4505-4511.

Aguiar and Bartram (2008) Planned Revisions of the Industrial Wastewater Inventory Emission Estimates for the 1990-2007 Inventory. August 10, 2008.

Beecher et al. (2007) "A National Biosolids Regulation, Quality, End Use & Disposal Survey, Preliminary Report." Northeast Biosolids and Residuals Association, April 14, 2007.

Benyahia, F., M. Abdulkarim, A. Embaby, and M. Rao. (2006) Refinery Wastewater Treatment: A true Technological Challenge. Presented at the Seventh Annual U.A.E. University Research Conference.

CARB (2007) Attachments C TO F - Supplemental Materials Document for Staff Report: Initial Statement of Reasons for Rulemaking, Mandatory Reporting of Greenhouse Gas Emissions Pursuant to the California Global Warming Solutions Act of 2006 (Assembly Bill 32), Attachment E: Technical Attachment on Development of Emissions Reporting Requirements for Oil Refineries and Hydrogen Plants. California Environmental Protection Agency Air Resources Board, dated October 19, 2007, http://www.arb.ca.gov/regact/2007/ghg2007/suppisor.pdf.

Donovan (1996) *Siting an Ethanol Plant in the Northeast*. C.T. Donovan Associates, Inc. Report presented to Northeast Regional Biomass Program (NRBP). (April). Available online at <http://www.nrbp.org/pdfs/pub09.pdf>. Accessed October 2006.

EIA. (2011) Energy Information Administration. U.S. Refinery and Blender Net Production of Crude Oil and

BLM_0047293

Petroleum Products (Thousand Barrels). Available online at: http://tonto.eia.doe.gov/dnav/pet/hist/mttrpus1a.htm. Accessed: August 2011.

EPA (1974) *Development Document for Effluent Limitations Guidelines and New Source Performance Standards for the Apple, Citrus, and Potato Processing Segment of the Canned and Preserved Fruits and Vegetables Point Source Category.* Office of Water, U.S. Environmental Protection Agency, Washington, DC, EPA-440/1-74-027-a. March 1974.

EPA (1975) *Development Document for Interim Final and Proposed Effluent Limitations Guidelines and New Source Performance Standards for the Fruits, Vegetables, and Specialties Segment of the Canned and Preserved Fruits and Vegetables Point Source Category.* United States Environmental Protection Agency, Office of Water. EPA-440/1-75-046. Washington DC, October 1975.

EPA (1992) *Clean Watersheds Needs Survey 1992 – Report to Congress.* Office of Wastewater Management, U.S. Environmental Protection Agency. Washington, DC.

EPA (1993) *Development Document for the Proposed Effluent Limitations Guidelines and Standards for the Pulp, Paper and Paperboard Point Source Category.* EPA-821-R-93-019. Office of Water, U.S. Environmental Protection Agency. Washington, DC. October 1993.

EPA (1996) *1996 Clean Water Needs Survey Report to Congress. Assessment of Needs for Publicly Owned Wastewater Treatment Facilities, Correction of Combined Sewer Overflows, and Management of Storm Water and Nonpoint Source Pollution in the United States.* Office of Wastewater Management, U.S. Environmental Protection Agency. Washington, DC. Available online at <http://www.epa.gov/owm/mtb/cwns/1996rtc/toc.htm>. Accessed July 2007.

EPA (1997a) *Estimates of Global Greenhouse Gas Emissions from Industrial and Domestic Wastewater Treatment.* EPA-600/R-97-091. Office of Policy, Planning, and Evaluation, U.S. Environmental Protection Agency. Washington, DC,. September 1997.

EPA (1997b) *Supplemental Technical Development Document for Effluent Guidelines and Standards (Subparts B & E).* EPA-821-R-97-011. Office of Water, U.S. Environmental Protection Agency. Washington, DC. October 1997.

EPA (1998) "AP-42 Compilation of Air Pollutant Emission Factors." Chapter 2.4, Table 2.4-3, page 2.4-13. Available online at <http://www.epa.gov/ttn/chief/ap42/ch02/final/c02s04.pdf>.

EPA (1999) *Biosolids Generation, Use and Disposal in the United States.* Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency. Washington, DC, EPA530-R-99-009. September 1999.

EPA (2000) *Clean Watersheds Needs Survey 2000 - Report to Congress.* Office of Wastewater Management, U.S. Environmental Protection Agency. Washington, DC. Available online at <http://www.epa.gov/owm/mtb/cwns/2000rtc/toc.htm>. Accessed July 2007.

EPA (2002) *Development Document for the Proposed Effluent Limitations Guidelines and Standards for the Meat and Poultry Products Industry Point Source Category (40 CFR 432).* EPA-821-B-01-007. Office of Water, U.S. Environmental Protection Agency. Washington, DC,. January 2002.

EPA (2004a) *Clean Watersheds Needs Survey 2004 – Report to Congress.* U.S. Environmental Protection Agency, Office of Wastewater Management. Washington, DC.

EPA (2008) *Municipal Nutrient Removal Technologies Reference Document: Volume 2 – Appendices.* U.S. Environmental Protection Agency, Office of Wastewater Management. Washington, DC.

ERG (2006) Memorandum: Assessment of Greenhouse Gas Emissions from Wastewater Treatment of U.S. Ethanol Production Wastewaters. Prepared for Melissa Weitz, EPA. 10 October 2006.

Great Lakes-Upper Mississippi River Board of State and Provincial Public Health and Environmental Managers. (2004) *Recommended Standards for Wastewater Facilities (Ten-State Standards).*

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2000) *Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories,*

BLM_0047294

Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, Montreal, IPCC-XVI/Doc. 10 (1.IV.2000). May.

Leverenz, H.L., G. Tchobanoglous, and J.L. Darby (2010) "Evaluation of Greenhouse Gas Emissions from Septic Systems". Water Environment Research Foundation, Alexandria, VA.

Lockwood-Post (2002) Lockwood-Post's Directory of Pulp, Paper and Allied Trades, Miller-Freeman Publications. San Francisco, CA.

Merrick (1998) Wastewater Treatment Options for the Biomass-to-Ethanol Process. Report presented to National Renewable Energy Laboratory (NREL). Merrick & Company. Subcontract No. AXE-8-18020-01. October 22, 1998.

Metcalf & Eddy, Inc. (2003) *Wastewater Engineering: Treatment, Disposal and Reuse*, 4th ed. McGraw Hill Publishing.

Metcalf & Eddy, Inc. (1991) *Wastewater Engineering: Treatment, Disposal and Reuse*, 3rd ed. McGraw Hill Publishing.

Nemerow, N.L. and A. Dasgupta (1991) Industrial and Hazardous Waste Treatment. Van Nostrand Reinhold. NY. ISBN 0-442-31934-7.

NRBP (2001) Northeast Regional Biomass Program. *An Ethanol Production Guidebook for Northeast States*. Washington, D.C. (May 3). Available online at <http://www.nrbp.org/pdfs/pub26.pdf>. Accessed October 2006.

Paper 360∘ (2007) "U.S. production rises slightly in December." March 2007. Available online at < http://www.thefreelibrary.com/U.S.+production+rises+slightly+in+December.(The+Pulse)-a0161909243>. Accessed June 2007.

Pulp and Paper (2006) "AF&PA projects more capacity losses this year, small gains in 2007-08." April 2006.

Pulp and Paper (2005) "U.S. paper/board production rises in 2004 to 91.47 million tons." April 2005.

Pulp and Paper (2003-2008) "Month in Statistics." January 2003-September 2008.

Renewable Fuels Association (2011) Historic U.S. Fuel Ethanol Production. Available online at <http://www.ethanolrfa.org/pages/statistics>. Accessed August 2011.

Ruocco (2006a) Email correspondence. Dr. Joe Ruocco, Phoenix Bio-Systems to Sarah Holman, ERG. "Capacity of Bio-Methanators (Dry Milling)." October 6, 2006.

Ruocco (2006b) Email correspondence. Dr. Joe Ruocco, Phoenix Bio-Systems to Sarah Holman ,ERG. "Capacity of Bio-Methanators (Wet Milling)." October 16, 2006.

Scheehle, E.A., and Doorn, M.R. (2001) "Improvements to the U.S. Wastewater Methane and Nitrous Oxide Emissions Estimate." July 2001.

Timm, C.M. (1985) Water use, conservation and wastewater treatment alternatives for oil refineries in New Mexico. NMERDI-2-72-4628.

U.S. Census Bureau (2009) "American Housing Survey." Table 1A-4: Selected Equipment and Plumbing--All Housing Units. From 1989, 1991, 1993, 1995, 1997, 1999, 2001, 2003, 2005, 2007, and 2009 reports. Available online at <http://www.census.gov/hhes/www/housing/ahs/nationaldata.html>. Accessed August 2010.

U.S. Census Bureau (2011) International Database. Available online at <http://www.census.gov/ipc/www/idb/> and <http://www.census.gov/ipc/www/idbprint.html>. Accessed August 2011.

USDA (2009) Economic Research Service. U.S. Food Supply: Nutrients and Other Food Components, Per Capita Per Day. Washington DC. Available online at <http://www.ers.usda.gov/Data/FoodConsumption/spreadsheets/ nutrients07.xls#Totals!a1>. Accessed August 2011.

USDA (2011) National Agricultural Statistics Service. Washington, DC. Available online at <http://www.nass.usda.gov/Publications/Ag_Statistics/index.asp> and <http://www.nass.usda.gov/Data_and_Statistics/Quick_Stats/>. Accessed August 2011.

USPoultry (2006) Email correspondence. John Starkey, USPOULTRY to D. Bartram, ERG. 30 August 2006.

BLM_0047295

White and Johnson (2003) White, P.J. and Johnson, L.A.  Editors.  Corn: Chemistry and Technology.  2nd ed. AACC Monograph Series.  American Association of Cereal Chemists.  St. Paul, MN.

World Bank  (1999)  *Pollution Prevention and Abatement Handbook 1998*, Toward Cleaner Production.  The International Bank for Reconstruction and Development, The World Bank, Washington, DC.  ISBN 0-8213-3638-X.

**Composting**

EPA (2010) *Municipal Solid Waste in the United States: 2009 Facts and Figures*. Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency, Washington, DC. Available online at <http://www.epa.gov/osw/nonhaz/municipal/pubs/msw2009rpt.pdf>.

EPA (2009) *Municipal Solid Waste in the United States: 2008 Facts and Figures*. Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency, Washington, DC. Available online at <http://www.epa.gov/epaoswer/non-hw/muncpl/msw99.htm>.

EPA (2008) *Municipal Solid Waste in the United States: 2007 Facts and Figures*. Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency, Washington, DC. Available online at <http://www.epa.gov/osw/nonhaz/municipal/pubs/msw07-rpt.pdf >.

Franklin Associates (1997) *Characterization of Municipal Solid Waste in the United States: 1996 Update*. Report prepared for the U.S. Environmental Protection Agency, Municipal and Industrial Solid Waste Division by Franklin Associates, Ltd., Prairie Village, KS.  EPA530-R-97-015. June 1997.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

U.S. Census Bureau (2011) Resident Population Data: Population Change. Available online at <http://2010.census.gov/2010census/data/apportionment-pop-text.php>.

**Waste Sources of Indirect Greenhouse Gas Emissions**

EPA (2010) "2009 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards.

EPA (2009) "1970 - 2008 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards. Available online at <http://www.epa.gov/ttn/chief/trends/index.html>.

EPA (2003) E-mail correspondence containing preliminary ambient air pollutant data. Office of Air Pollution and the Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency.  December 22, 2003.

EPA (1997) *Compilation of Air Pollutant Emission Factors, AP-42*. Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency. Research Triangle Park, NC. October 1997.

BLM_0047296



Air and Radiation

You are here: EPA Home      Air and Radiation      National Ambient Air Quality Standards (NAAQS)

# National Ambient Air Quality Standards (NAAQS)

The Clean Air Act, which was last amended in 1990, requires EPA to set National Ambient Air Quality Standards (40 CFR part 50) for pollutants considered harmful to public health and the environment. The Clean Air Act identifies two types of national ambient air quality standards. **Primary standards** provide public health protection, including protecting the health of "sensitive" populations such as asthmatics, children, and the elderly. **Secondary standards** provide public welfare protection, including protection against decreased visibility and damage to animals, crops, vegetation, and buildings.

EPA has set National Ambient Air Quality Standards for six principal pollutants, which are called "criteria" pollutants. They are listed below. Units of measure for the standards are parts per million (ppm) by volume, parts per billion (ppb) by volume, and micrograms per cubic meter of air ($\mu g/m^3$).

| Pollutant [final rule cite] | | Primary/ Secondary | Averaging Time | Level | Form |
|---|---|---|---|---|---|
| Carbon Monoxide [76 FR 54294, Aug 31, 2011] | | primary | 8-hour | 9 ppm | Not to be exceeded more than once per year |
| | | | 1-hour | 35 ppm | |
| Lead [73 FR 66964, Nov 12, 2008] | | primary and secondary | Rolling 3 month average | 0.15 $\mu g/m^3$ (1) | Not to be exceeded |
| Nitrogen Dioxide [75 FR 6474, Feb 9, 2010] [61 FR 52852, Oct 8, 1996] | | primary | 1-hour | 100 ppb | 98th percentile of 1-hour daily maximum concentrations, averaged over 3 years |
| | | primary and secondary | Annual | 53 ppb (2) | Annual Mean |
| Ozone [73 FR 16436, Mar 27, 2008] | | primary and secondary | 8-hour | 0.075 ppm (3) | Annual fourth-highest daily maximum 8-hr concentration, averaged over 3 years |
| Particle Pollution Dec 14, 2012 | PM$_{2.5}$ | primary | Annual | 12 $\mu g/m^3$ | annual mean, averaged over 3 years |
| | | secondary | Annual | 15 $\mu g/m^3$ | annual mean, averaged over 3 years |
| | | primary and secondary | 24-hour | 35 $\mu g/m^3$ | 98th percentile, averaged over 3 years |
| | PM$_{10}$ | primary and secondary | 24-hour | 150 $\mu g/m^3$ | Not to be exceeded more than once per year on average over 3 years |
| Sulfur Dioxide [75 FR 35520, Jun 22, 2010] [38 FR 25678, Sept 14, 1973] | | primary | 1-hour | 75 ppb (4) | 99th percentile of 1-hour daily maximum concentrations, averaged over 3 years |
| | | secondary | 3-hour | 0.5 ppm | Not to be exceeded more than once per year |

as of October 2011

(1) Final rule signed October 15, 2008.  The 1978 lead standard (1.5 µg/m3 as a quarterly average) remains in effect until one year after an area is designated for the 2008 standard, except that in areas designated nonattainment for the 1978, the 1978 standard remains in effect until implementation plans to attain or maintain the 2008 standard are approved.

(2) The official level of the annual NO2 standard is 0.053 ppm, equal to 53 ppb, which is shown here for the purpose of clearer comparison to the 1-hour standard.

(3) Final rule signed March 12, 2008.  The 1997 ozone standard (0.08 ppm, annual fourth-highest daily maximum 8-hour concentration, averaged over 3 years) and related implementation rules remain in place.  In 1997, EPA revoked the 1-hour ozone standard (0.12 ppm, not to be exceeded more than once per year) in all areas, although some areas have continued obligations under that standard ("anti-backsliding").  The 1-hour ozone standard is attained when the expected number of days per calendar year with maximum hourly average concentrations above 0.12 ppm is less than or equal to 1.

BLM_0047297

Case No. 1:20-cv-02484-MSK   Document 40-11   filed 04/27/21   USDC Colorado   pg 336 of 404

(4) Final rule signed June 2, 2010.  The 1971 annual and 24-hour SO2 standards were revoked in that same rulemaking. However, these standards remain in effect until one year after an area is designated for the 2010 standard, except in areas designated nonattainment for the 1971 standards, where the 1971 standards remain in effect until implementation plans to attain or maintain the 2010 standard are approved.

See historical tables of NAAQS standards

- Carbon Monoxide
- Lead
- Nitrogen Dioxide
- Ozone
- Particle Pollution
- Sulfur Dioxide

## Menu of Control Measures for NAAQS Implementation

The Menu of Control Measures (MCM) provides state, local and tribal air agencies with the existing emission reduction measures as well as relevant information concerning the efficiency and cost effectiveness of the measures.  State, local and tribal agencies will be able to use this information in developing emission reduction strategies, plans and programs to assure they attain and maintain the National Ambient Air Quality Standards (NAAQS).  The MCM is a living document that can be updated with newly available or more current data as it becomes available.

- Menu of Control Measures (PDF) (66pp, 999k)
- Menu of Control Measures (Excel) (480k)

BLM_0047298

**Spreadsheet Placeholder(file available in native format)**

**File Name:**                    0_EPA2014_NEI.xlsx

BLM_0047299

**≎EPA** United States
Environmental Protection
Agency

http://www3.epa.gov/ttn/naaqs/

**Technology Transfer Network**
**National Ambient Air Quality Standards (NAAQS)**

The Clean Air Act, which was last amended in 1990, requires EPA to set National Ambient Air Quality Standards (NAAQS) for wide-spread pollutants from numerous and diverse sources considered harmful to public health and the environment. The Clean Air Act established two types of national air quality standards. **Primary standards** set limits to protect public health, including the health of at-risk populations such as people with pre-existing heart or lung disease (such as asthmatics), children, and older adults. **Secondary standards** set limits to protect public welfare, including protection against visibility impairment, damage to animals, crops, vegetation, and buildings. The Clean Air Act requires periodic review of the science upon which the standards are based and the standards themselves. For more information on EPA's process for reviewing the NAAQS, see NAAQS Review Process.

| Links |
|---|
| Air Quality Research |

EPA has set NAAQS for six principal pollutants, which are called "criteria" pollutants. They are listed below. For a summary table of the current NAAQS, see the NAAQS Table.

For further information about the current or prior review of any of the NAAQS or information related to the implementation of control programs designed to attain the standards, please use the links listed below:

| | | |
|---|---|---|
| **Carbon Monoxide (CO)** | Air Quality Standards | Implementation |
| **Lead (Pb)** | Air Quality Standards | Implementation |
| **Nitrogen Dioxide (NO$_2$)** | Primary Air Quality Standards | Implementation |
| | Secondary Air Quality Standards | |
| **Ozone (O$_3$)** | Air Quality Standards | Implementation |
| **Particulate Matter (PM)** | Air Quality Standards | Implementation |
| **Sulfur Dioxide (SO$_2$)** | Primary Air Quality Standards | Implementation |
| | Secondary Air Quality Standards | |

Last updated on 9/29/2015

BLM_0047300

 United States
Environmental Protection
Agency

http://www3.epa.gov/ttn/naaqs/criteria.html

**Technology Transfer Network**
**National Ambient Air Quality Standards (NAAQS)**

# National Ambient Air Quality Standards (NAAQS)

The Clean Air Act, which was last amended in 1990, requires EPA to set National Ambient Air Quality Standards (40 CFR part 50) for pollutants considered harmful to public health and the environment. The Clean Air Act identifies two types of national ambient air quality standards. **Primary standards** provide public health protection, including protecting the health of "sensitive" populations such as asthmatics, children, and the elderly. **Secondary standards** provide public welfare protection, including protection against decreased visibility and damage to animals, crops, vegetation, and buildings.

EPA has set National Ambient Air Quality Standards for six principal pollutants, which are called "criteria" pollutants. They are listed below. Units of measure for the standards are parts per million (ppm) by volume, parts per billion (ppb) by volume, and micrograms per cubic meter of air ($\mu g/m^3$).

| Pollutant [final rule cite] | | Primary/ Secondary | Averaging Time | Level | Form |
|---|---|---|---|---|---|
| Carbon Monoxide [76 FR 54294, Aug 31, 2011] | | primary | 8-hour | 9 ppm | Not to be exceeded more than once per year |
| | | | 1-hour | 35 ppm | |
| Lead [73 FR 66964, Nov 12, 2008] | | primary and secondary | Rolling 3 month average | 0.15 $\mu g/m^3$ [1] | Not to be exceeded |
| Nitrogen Dioxide [75 FR 6474, Feb 9, 2010] [61 FR 52852, Oct 8, 1996] | | primary | 1-hour | 100 ppb | 98th percentile of 1-hour daily maximum concentrations, averaged over 3 years |
| | | primary and secondary | Annual | 53 ppb [2] | Annual Mean |
| Ozone [73 FR 16436, Mar 27, 2008] | | primary and secondary | 8-hour | 0.075 ppm [3] | Annual fourth-highest daily maximum 8-hr concentration, averaged over 3 years |
| Particle Pollution Dec 14, 2012 | $PM_{2.5}$ | primary | Annual | 12 $\mu g/m^3$ | annual mean, averaged over 3 years |
| | | secondary | Annual | 15 $\mu g/m^3$ | annual mean, averaged over 3 years |
| | | primary and secondary | 24-hour | 35 $\mu g/m^3$ | 98th percentile, averaged over 3 years |
| | $PM_{10}$ | primary and secondary | 24-hour | 150 $\mu g/m^3$ | Not to be exceeded more than once per year on average over 3 years |
| Sulfur Dioxide [75 FR 35520, Jun 22, 2010] [38 FR 25678, Sept 14, 1973] | | primary | 1-hour | 75 ppb [4] | 99th percentile of 1-hour daily maximum concentrations, averaged over 3 years |
| | | secondary | 3-hour | 0.5 ppm | Not to be exceeded more than once per year |

(1) Final rule signed October 15, 2008. The 1978 lead standard (1.5 µg/m3 as a quarterly average) remains in effect until one year after an area is designated for the 2008 standard, except that in areas designated nonattainment for the 1978, the 1978 standard remains in effect until implementation plans to attain or maintain the 2008 standard are approved.

(2) The official level of the annual NO2 standard is 0.053 ppm, equal to 53 ppb, which is shown here for the purpose of clearer comparison to the 1-hour standard.

(3) Final rule signed March 12, 2008. The 1997 ozone standard (0.08 ppm, annual fourth-highest daily maximum 8-hour concentration, averaged over 3 years) and related implementation rules remain in force. In 1997, EPA revoked the 1-hour ozone standard (0.12 ppm, not to be exceeded more than once per year) in all areas, although some areas have continued obligations under that standard ("anti-backsliding"). The 1-hour ozone standard is attained when the expected number of days per calendar year with maximum hourly average concentrations above 0.12 ppm is less than or equal to 1.

(4) Final rule signed June 2, 2010. The 1971 annual and 24-hour SO2 standards were revoked in that same rulemaking. However, these standards remain in effect until one year after an area is designated for the 2010 standard, except in areas designated nonattainment for the 1971 standards, where the 1971 standards remain in effect until implementation plans to attain or maintain the 2010 standard are approved.

See historical tables of NAAQS standards

- Carbon Monoxide
- Lead
- Nitrogen Dioxide
- Ozone
- Particle Pollution
- Sulfur Dioxide

**Menu of Control Measures for NAAQS Implementation**

The Menu of Control Measures (MCM) provides state, local and tribal air agencies with the existing emission reduction measures as well as relevant information concerning the efficiency and cost effectiveness of the measures. State, local and tribal agencies will be able to use this information in developing emission reduction strategies, plans and programs to assure they attain and maintain the National Ambient Air Quality Standards (NAAQS). The MCM is a living document that can be updated with newly available or more current data as it becomes available.

- Menu of Control Measures (PDF) (66pp, 999k)
- Menu of Control Measures (Excel) (480k)

Last updated on 10/6/2015

BLM_0047301



# FEDERAL REGISTER

Vol. 80      Monday,

No. 206      October 26, 2015

Part II

## Environmental Protection Agency

40 CFR Part 50, 51, 52, et al.
National Ambient Air Quality Standards for Ozone; Final Rule

## ENVIRONMENTAL PROTECTION AGENCY

**40 CFR Parts 50, 51, 52, 53, and 58**

**[EPA–HQ–OAR–2008–0699; FRL–9933–18–OAR]**

**RIN 2060–AP38**

### National Ambient Air Quality Standards for Ozone

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Final rule.

**SUMMARY:** Based on its review of the air quality criteria for ozone ($O_3$) and related photochemical oxidants and national ambient air quality standards (NAAQS) for $O_3$, the Environmental Protection Agency (EPA) is revising the primary and secondary NAAQS for $O_3$ to provide requisite protection of public health and welfare, respectively. The EPA is revising the levels of both standards to 0.070 parts per million (ppm), and retaining their indicators ($O_3$), forms (fourth-highest daily maximum, averaged across three consecutive years) and averaging times (eight hours). The EPA is making corresponding revisions in data handling conventions for $O_3$ and changes to the Air Quality Index (AQI); revising regulations for the prevention of significant deterioration (PSD) program to add a transition provision for certain applications; and establishing exceptional events schedules and providing information related to implementing the revised standards. The EPA is also revising the $O_3$ monitoring seasons, the Federal Reference Method (FRM) for monitoring $O_3$ in the ambient air, Federal Equivalent Method (FEM) analyzer performance requirements, and the Photochemical Assessment Monitoring Stations (PAMS) network. Along with exceptional events schedules related to implementing the revised $O_3$ standards, the EPA is applying this same schedule approach to other future new or revised NAAQS and removing obsolete regulatory language for expired exceptional events deadlines. The EPA is making minor changes to the procedures and time periods for evaluating potential FRMs and equivalent methods, including making the requirements for nitrogen dioxide ($NO_2$) consistent with the requirements for $O_3$, and removing an obsolete requirement for the annual submission of Product Manufacturing Checklists by manufacturers of FRMs and FEMs for monitors of fine and coarse particulate matter. For a more detailed summary, see the Executive Summary below.

**DATES:** The final rule is effective on December 28, 2015.

**ADDRESSES:** EPA has established a docket for this action (Docket ID No. EPA–HQ–OAR–2008–0699) and a separate docket, established for the Integrated Science Assessment (ISA) (Docket No. EPA–HQ–ORD–2011–0050), which has been incorporated by reference into the rulemaking docket. All documents in the docket are listed on the *www.regulations.gov* Web site. Although listed in the docket index, some information is not publicly available, *e.g.,* confidential business information or other information whose disclosure is restricted by statute. Certain other material, such as copyrighted material, is not placed on the Internet and may be viewed, with prior arrangement, at the EPA Docket Center. Publicly available docket materials are available either electronically in *www.regulations.gov* or in hard copy at the Air and Radiation Docket and Information Center, EPA/DC, WJC West Building, Room 3334, 1301 Constitution Ave., NW., Washington, DC. The Public Reading Room is open from 8:30 a.m. to 4:30 p.m., Monday through Friday, excluding legal holidays. The telephone number for the Public Reading Room is (202) 566–1744 and the telephone number for the Air and Radiation Docket and Information Center is (202) 566–1742. For additional information about EPA's public docket, visit the EPA Docket Center homepage at: *http://www.epa.gov/epahome/dockets.htm.*

**FOR FURTHER INFORMATION CONTACT:** Ms. Susan Lyon Stone, Health and Environmental Impacts Division, Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Mail code C504–06, Research Triangle Park, NC 27711; telephone: (919) 541–1146; fax: (919) 541–0237; email: *stone.susan@epa.gov.*

**SUPPLEMENTARY INFORMATION:**

### General Information

*Availability of Related Information*

A number of the documents that are relevant to this action are available through the EPA's Office of Air Quality Planning and Standards (OAQPS) Technology Transfer Network (TTN) Web site (*http://www.epa.gov/ttn/naaqs/standards/ozone/s_o3_index.html*). These documents include the *Integrated Science Assessment for Ozone* (U.S. EPA, 2013), available at *http://www.epa.gov/ttn/naaqs/standards/ozone/s_o3_2008_isa.html*; the *Health Risk and Exposure Assessment* and the *Welfare Risk and Exposure Assessment for Ozone,* Final

Reports (HREA and WREA, respectively; U.S. EPA, 2014a, 2014b), available at *http://www.epa.gov/ttn/naaqs/standards/ozone/s_o3_2008_rea.html*; and the *Policy Assessment for the Review of the Ozone National Ambient Air Quality Standards* (PA; U.S. EPA, 2014c), available at *http://www.epa.gov/ttn/naaqs/standards/ozone/s_o3_2008_pa.html.* These and other related documents are also available for inspection and copying in the EPA docket identified above.

**Table of Contents**

The following topics are discussed in this preamble:

Executive Summary
I. Background
  A. Legislative Requirements
  B. Related Control Programs
  C. Review of Air Quality Criteria and Standards for $O_3$
  D. Ozone Air Quality
  E. Summary of Proposed Revisions to the $O_3$ Standards
  F. Organization and Approach to Decisions in This $O_3$ NAAQS Review
II. Rationale for Decision on the Primary Standard
  A. Introduction
  1. Overview of Health Effects Evidence
  2. Overview of Human Exposure and Health Risk Assessments
  B. Need for Revision of the Primary Standard
  1. Basis for Proposed Decision
  2. Comments on the Need for Revision
  3. Administrator's Conclusions on the Need for Revision
  C. Conclusions on the Elements of a Revised Primary Standard
  1. Indicator
  2. Averaging Time
  3. Form
  4. Level
  D. Decision on the Primary Standard
III. Communication of Public Health Information
  A. Proposed Revisions to the AQI
  B. Comments on Proposed Revisions to the AQI
  C. Final Revisions to the AQI
IV. Rationale for Decision on the Secondary Standard
  A. Introduction
  1. Overview of Welfare Effects Evidence
  2. Overview of Welfare Exposure and Risk Assessment
  3. Potential Impacts on Public Welfare
  B. Need for Revision of the Secondary Standard
  1. Basis for Proposed Decision
  2. Comments on the Need for Revision
  3. Administrator's Conclusions on the Need for Revision
  C. Conclusions on Revision of the Secondary Standard
  1. Basis for Proposed Revision
  2. Comments on Proposed Revision
  3. Administrator's Conclusions on Revision
  D. Decision on the Secondary Standard
V. Appendix U: Interpretation of the Primary and Secondary NAAQS for $O_3$

BLM_0047303

A. Background
B. Data Selection Requirements
C. Data Reporting and Data Handling Requirements
D. Exceptional Events Information Submission Schedule
VI. Ambient Monitoring Related to $O_3$ Standards
A. Background
B. Revisions to the Length of the Required $O_3$ Monitoring Seasons
1. Proposed Changes to the Length of the Required $O_3$ Monitoring Seasons
2. Comments on the Length of the Required $O_3$ Monitoring Seasons
3. Final Decisions on the Length of the Required $O_3$ Monitoring Seasons
C. Revisions to the PAMS Network Requirements
1. Network Design
2. Speciated VOC Measurements
3. Carbonyl Measurements
4. Nitrogen Oxides Measurements
5. Meteorology Measurements
6. PAMS Season
7. Timing and Other Implementation Issues
D. Addition of a New FRM for $O_3$
1. Proposed Changes to the FRM for $O_3$
2. Comments on the FRM for $O_3$
E. Revisions to the Analyzer Performance Requirements
1. Proposed Changes to the Analyzer Performance Requirements
2. Comments on the Analyzer Performance Requirements
VII. Grandfathering Provision for Certain PSD Permits
A. Summary of the Proposed Grandfathering Provision
B. Comments and Responses
C. Final Action and Rationale
VIII. Implementation of the Revised $O_3$ Standards
A. NAAQS Implementation Plans
1. Cooperative Federalism
2. Additional New Rules and Guidance
3. Background $O_3$
4. Section 110 State Implementation Plans
5. Nonattainment Area Requirements
B. $O_3$ Air Quality Designations
1. Area Designation Process
2. Exceptional Events
C. How do the New Source Review (NSR) requirements apply to the revised $O_3$ NAAQS?
1. NSR Requirements for Major Stationary Sources for the Revised $O_3$ NAAQS
2. Prevention of Significant Deterioration (PSD) Program
3. Nonattainment NSR
D. Transportation and General Conformity
1. What are Transportation and General Conformity?
2. When would Transportation and General Conformity apply to areas designated nonattainment for the revised $O_3$ NAAQS?
3. Impact of a Revised $O_3$ NAAQS on a State's Existing Transportation and/or General Conformity SIP
E. Regional and International Pollution Transport
1. Interstate Transport
2. International Transport
IX. Statutory and Executive Order Reviews
A. Executive Order 12866: Regulatory Planning and Review and Executive Order 13563: Improving Regulation and Regulatory Review
B. Paperwork Reduction Act
C. Regulatory Flexibility Act
D. Unfunded Mandates Reform Act
E. Executive Order 13132: Federalism
F. Executive Order 13175: Consultation and Coordination With Indian Tribal Governments
G. Executive Order 13045: Protection of Children From Environmental Health & Safety Risks
H. Executive Order 13211: Actions That Significantly Affect Energy Supply, Distribution, or Use
I. National Technology Transfer and Advancement Act
J. Executive Order 12898: Federal Actions To Address Environmental Justice in Minority Populations and Low-Income Populations
K. Congressional Review Act (CRA)

References

**Executive Summary**

This section summarizes information about the purpose of this regulatory action, the major provisions of this action, and provisions related to implementation.

*Purpose of This Regulatory Action*

Sections 108 and 109 of the Clean Air Act (CAA) govern the establishment, review, and revision, as appropriate, of the NAAQS to protect public health and welfare. The CAA requires the EPA to periodically review the air quality criteria—the science upon which the standards are based—and the standards themselves. This rulemaking is being conducted pursuant to these statutory requirements. The schedule for completing this review is established by a federal court order, which requires that the EPA make a final determination by October 1, 2015.

The EPA completed its most recent review of the NAAQS for $O_3$ in 2008. As a result of that review, EPA took four principal actions: (1) Revised the level of the 8-hour primary standard to 0.075 ppm; (2) expressed the standard to three decimal places; (3) revised the 8-hour secondary standard by making it identical to the revised primary standard; and (4) made conforming changes to the AQI.

In subsequent litigation, the U.S. Court of Appeals for the District of Columbia Circuit (DC Circuit) upheld the EPA's 2008 primary standard but remanded the 2008 secondary standard (*Mississippi* v. *EPA*, 744 F. 3d 1334 [D.C. Cir. 2013]). With respect to the primary standard, the court held that the EPA reasonably determined that the existing primary standard, set in 1997, did not protect public health with an adequate margin of safety and required revision. In upholding the EPA's revised primary standard, the court dismissed arguments that the EPA should have adopted a more stringent standard. The court remanded the secondary standard to the EPA after finding that the EPA's justification for setting the secondary standard identical to the revised 8-hour primary standard violated the CAA because the EPA had not adequately explained how that standard provided the required public welfare protection. In remanding the 2008 secondary standard, the court did not vacate it. The EPA has addressed the court's remand with this final action.

This final action reflects the Administrator's conclusions based on a review of the $O_3$ NAAQS that began in September 2008, and also concludes the EPA's reconsideration of the 2008 decision that it initiated in 2009 and subsequently consolidated with the current review. In conducting this review, the EPA has carefully evaluated the currently available scientific literature on the health and welfare effects of $O_3$, focusing particularly on the new literature available since the conclusion of the previous review in 2008. Between 2008 and 2014, the EPA prepared draft and final versions of the Integrated Science Assessment, the Health and Welfare Risk and Exposure Assessments, and the Policy Assessment. Multiple drafts of these documents were subject to public review and comment, and, as required by the CAA, were peer-reviewed by the Clean Air Scientific Advisory Committee (CASAC), an independent scientific advisory committee established pursuant to the CAA and charged with providing advice to the Administrator.

The EPA proposed revisions to the primary and secondary $O_3$ NAAQS on December 17, 2014 (79 FR 75234), and provided a 3-month period for submission of comments from the public. In addition to written comments submitted to EPA, comments were also provided at public hearings held in Washington, DC, and Arlington, Texas, on January 29, 2015, and in Sacramento, California, on February 2, 2015. After consideration of public comments and the advice from the CASAC, the EPA has developed this final rulemaking, which is the final step in the review process.

In this rulemaking, the EPA is revising the suite of standards for $O_3$ to provide requisite protection of public health and welfare. In addition, the EPA is updating the AQI, and making changes in the data handling conventions and ambient air monitoring, reporting, and network

design requirements to correspond with the changes to the O₃ NAAQS.

*Summary of Major Provisions*

With regard to the primary standard, the EPA is revising the level of the standard to 0.070 ppm to provide increased public health protection against health effects associated with long- and short-term exposures. The EPA is retaining the indicator (O₃), averaging time (8-hour) and form (annual fourth-highest daily maximum, averaged over 3 years) of the existing standard. This action provides increased protection for children, older adults, and people with asthma or other lung diseases, and other at-risk populations against an array of adverse health effects that include reduced lung function, increased respiratory symptoms and pulmonary inflammation; effects that contribute to emergency department visits or hospital admissions; and mortality.

The decisions on the adequacy of the current standard and the appropriate level for the revised standard are based on an integrative assessment of an extensive body of new scientific evidence, which substantially strengthens what was known about O₃-related health effects in the last review. The revised standard also reflects consideration of a quantitative risk assessment that estimates public health risks likely to remain upon just meeting the current and various alternative standards. Based on this information, the Administrator concludes that the current primary O₃ standard is not requisite to protect public health with an adequate margin of safety, as required by the CAA, and that revision of the level to 0.070 ppm is warranted to provide the appropriate degree of increased public health protection for at-risk populations against an array of adverse health effects. In concluding that a revised primary standard set at a level of 0.070 ppm is requisite to protect public health with an adequate margin of safety, the Administrator relies on several key pieces of information, including: (a) A level of 0.070 ppm is well below the O₃ exposure concentration shown to cause the widest range of respiratory effects (*i.e.*, 0.080 ppm) and is below the lowest O₃ exposure concentration shown to cause the adverse combination of decreased lung function and increased respiratory symptoms (*i.e.*, 0.072 ppm); (b) a level of 0.070 ppm will eliminate, or nearly eliminate, repeated occurrence of these O₃ exposure concentrations (this is important because the potential for adverse effects increases with frequency of occurrence); (c) a level of 0.070 ppm

will protect the large majority of the population, including children and people with asthma, from lower exposure concentrations, which can cause lung function decrements and airway inflammation in some people (*i.e.*, 0.060 ppm); and (d) a level of 0.070 ppm will result in important reductions in the risk of O₃-induced lung function decrements as well as the risk of O₃-associated hospital admissions, emergency department visits, and mortality. In addition, the revised level of the primary standard is within the range that CASAC advised the Agency to consider.

The EPA is also revising the level of the secondary standard to 0.070 ppm to provide increased protection against vegetation-related effects on public welfare. The EPA is retaining the indicator (O₃), averaging time (8-hour) and form (annual fourth-highest daily maximum, averaged over 3 years) of the existing secondary standard. This action, reducing the level of the standard, provides increased protection for natural forests in Class I and other similarly protected areas against an array of vegetation-related effects of O₃. The Administrator is making this decision based on judgments regarding the currently available welfare effects evidence, the appropriate degree of public welfare protection for the revised standard, and currently available air quality information on seasonal cumulative exposures that may be allowed by such a standard.

In making this decision on the secondary standard, the Administrator focuses on O₃ effects on tree seedling growth as a proxy for the full array of vegetation-related effects of O₃, ranging from effects on sensitive species to broader ecosystem-level effects. Using this proxy in judging effects to public welfare, the Administrator has concluded that the requisite protection will be provided by a standard that generally limits cumulative seasonal exposures to 17 ppm-hours (ppm-hrs) or lower, in terms of a 3-year W126 index. Based on air quality analyses which indicate such control of cumulative seasonal exposures will be achieved with a standard set at a level of 0.070 ppm (and the same indicator, averaging time, and form as the current standard), the Administrator concludes that a standard revised in this way will provide the requisite protection. In addition to providing protection of natural forests from growth-related effects, the revised standard is also expected to provide increased protection from other effects of potential public welfare significance, including crop yield loss and visible foliar injury.

Thus, based on all of the information available in this review, the Administrator concludes that the current secondary O₃ standard is not requisite to protect public welfare as required by the CAA, and that this revision will provide appropriate protection against known or anticipated adverse effects to the public welfare.

*Provisions Related to Implementation*

As directed by the CAA, reducing pollution to meet NAAQS always has been a shared task, one involving the federal government, states, tribes and local air agencies. This partnership has proved effective since the EPA first issued O₃ standards more than three decades ago, and is evidenced by significantly lower O₃ levels throughout the country. To provide a foundation that helps air agencies build successful strategies for attaining new O₃ standards, the EPA will continue to move forward with federal regulatory programs, such as the final Tier 3 motor vehicle emissions standards. To facilitate the development of CAA-compliant implementation plans and strategies to attain new standards, the EPA intends to issue timely and appropriate implementation guidance and, where appropriate and consistent with the law, new rulemakings to streamline regulatory burdens and provide flexibility in implementation. Given the regional nature of O₃ air pollution, the EPA will continue to work with states to address interstate transport of O₃ and O₃ precursors. The EPA also intends to work closely with states to identify locations affected by high background concentrations on high O₃ days due to stratospheric intrusions of O₃, wildfire O₃ plumes, or long-range transport of O₃ from sources outside the U.S. and ensure that the appropriate CAA regulatory mechanisms are employed. To this end, the EPA will be proposing revisions to the 2007 Exceptional Events Rule and related draft guidance addressing the effects of wildfires.

In addition to revising the primary and secondary standards, this action is changing the AQI to reflect the revisions to the primary standard and also making corresponding revisions in data handling conventions for O₃, extending the O₃ monitoring season in 33 states, revising the requirements for the PAMS network, and revising regulations for the PSD permitting program to add a provision grandfathering certain pending permits from certain requirements with respect to the revised standards. The preamble also provides schedules and information related to implementing the revised standards.

The rule also contains revisions to the schedules associated with exceptional events demonstration submittals for the revised $O_3$ standards and other future revised NAAQS, and makes minor changes related to monitoring for other pollutants.

# I. Background

## A. Legislative Requirements

Two sections of the CAA govern the establishment and revision of the NAAQS. Section 108 (42 U.S.C. 7408) directs the Administrator to identify and list certain air pollutants and then to issue air quality criteria for those pollutants. The Administrator is to list those air pollutants that in her "judgment, cause or contribute to air pollution which may reasonably be anticipated to endanger public health or welfare;" "the presence of which in the ambient air results from numerous or diverse mobile or stationary sources;" and "for which . . . [the Administrator] plans to issue air quality criteria . . . ." Air quality criteria are intended to "accurately reflect the latest scientific knowledge useful in indicating the kind and extent of all identifiable effects on public health or welfare which may be expected from the presence of [a] pollutant in the ambient air . . ." 42 U.S.C. 7408(b). Section 109 (42 U.S.C. 7409) directs the Administrator to propose and promulgate "primary" and "secondary" NAAQS for pollutants for which air quality criteria are issued. Section 109(b)(1) defines a primary standard as one "the attainment and maintenance of which in the judgment of the Administrator, based on such criteria and allowing an adequate margin of safety, are requisite to protect the public health." [1] A secondary standard, as defined in section 109(b)(2), must "specify a level of air quality the attainment and maintenance of which, in the judgment of the Administrator, based on such criteria, is requisite to protect the public welfare from any known or anticipated adverse effects associated with the presence of [the] pollutant in the ambient air." [2]

---

[1] The legislative history of section 109 indicates that a primary standard is to be set at "the maximum permissible ambient air level . . . which will protect the health of any [sensitive] group of the population," and that, for this purpose, "reference should be made to a representative sample of persons comprising the sensitive group rather than to a single person in such a group." S. Rep. No. 91–1196, 91st Cong., 2d Sess. 10 (1970).

[2] Welfare effects as defined in section 302(h) (42 U.S.C. 7602(h)) include, but are not limited to, "effects on soils, water, crops, vegetation, man-made materials, animals, wildlife, weather, visibility and climate, damage to and deterioration of property, and hazards to transportation, as well

The requirement that primary standards provide an adequate margin of safety was intended to address uncertainties associated with inconclusive scientific and technical information available at the time of standard setting. It was also intended to provide a reasonable degree of protection against hazards that research has not yet identified. See Mississippi v. EPA, 744 F. 3d 1334, 1353 (D.C. Cir. 2013); Lead Industries Association v. EPA, 647 F.2d 1130, 1154 (D.C. Cir 1980); American Petroleum Institute v. Costle, 665 F.2d 1176, 1186 (D.C. Cir. 1981); American Farm Bureau Federation v. EPA, 559 F. 3d 512, 533 (D.C. Cir. 2009); Association of Battery Recyclers v. EPA, 604 F. 3d 613, 617– 18 (D.C. Cir. 2010). Both kinds of uncertainties are components of the risk associated with pollution at levels below those at which human health effects can be said to occur with reasonable scientific certainty. Thus, in selecting primary standards that provide an adequate margin of safety, the Administrator is seeking not only to prevent pollution levels that have been demonstrated to be harmful but also to prevent lower pollutant levels that may pose an unacceptable risk of harm, even if the risk is not precisely identified as to nature or degree. The CAA does not require the Administrator to establish a primary NAAQS at a zero-risk level or at background concentrations, see Lead Industries v. EPA, 647 F.2d at 1156 n.51; Mississippi v. EPA, 744 F. 3d at 1351, but rather at a level that reduces risk sufficiently so as to protect public health with an adequate margin of safety.

In addressing the requirement for an adequate margin of safety, the EPA considers such factors as the nature and severity of the health effects, the size of sensitive population(s) [3] at risk, and the kind and degree of the uncertainties that must be addressed. The selection of any particular approach for providing an adequate margin of safety is a policy choice left specifically to the Administrator's judgment. See Lead Industries Association v. EPA, 647 F.2d at 1161–62; Mississippi, 744 F. 3d at 1353.

In setting primary and secondary standards that are "requisite" to protect public health and welfare, respectively, as provided in section 109(b), the EPA's task is to establish standards that are

---

as effects on economic values and on personal comfort and well-being."

[3] As used here with regard to human populations, and similarly throughout this document, the term "population" refers to people having a quality or characteristic in common, including a specific pre-existing illness or a specific age or lifestage.

neither more nor less stringent than necessary for these purposes. In so doing, the EPA may not consider the costs of implementing the standards. See generally, Whitman v. American Trucking Associations, 531 U.S. 457, 465–472, 475–76 (2001). Likewise, "[a]ttainability and technological feasibility are not relevant considerations in the promulgation of national ambient air quality standards." American Petroleum Institute v. Costle, 665 F. 2d at 1185.

Section 109(d)(1) requires that "not later than December 31, 1980, and at 5-year intervals thereafter, the Administrator shall complete a thorough review of the criteria published under section 108 and the national ambient air quality standards . . . and shall make such revisions in such criteria and standards and promulgate such new standards as may be appropriate . . . ." Section 109(d)(2) requires that an independent scientific review committee "shall complete a review of the criteria . . . and the national primary and secondary ambient air quality standards . . . and shall recommend to the Administrator any new . . . standards and revisions of existing criteria and standards as may be appropriate . . . ." Since the early 1980's, the CASAC [4] has performed this independent review function.

## B. Related Control Programs

States are primarily responsible for ensuring attainment and maintenance of NAAQS once the EPA has established them. The EPA performs an oversight function, and as necessary takes actions to ensure CAA objectives are achieved. Under section 110 of the CAA, and related provisions, states submit, for the EPA's approval, state implementation plans (SIPs) that provide for the attainment and maintenance of such standards through control programs directed to sources of the relevant pollutants. The states, in conjunction with the EPA, also administer the PSD program (CAA sections 160 to 169) which is a pre-construction permit program designed to prevent significant deterioration in air quality. In addition, federal programs provide for nationwide reductions in emissions of $O_3$ precursors and other air pollutants through new source performance standards for stationary sources under section 111 of the CAA and the federal motor vehicle and motor vehicle fuel control program under title II of the CAA (sections 202

---

[4] Lists of CASAC members and of members of the CASAC Ozone Review Panel are accessible from: http://yosemite.epa.gov/sab/sabpeople.nsf/Web Committees/CASAC.

**65296** **Federal Register** / Vol. 80, No. 206 / Monday, October 26, 2015 / Rules and Regulations

to 250), which involves controls for emissions from mobile sources and controls for the fuels used by these sources. For some stationary sources, the national emissions standards for hazardous air pollutants under section 112 of the CAA may provide ancillary reductions in $O_3$ precursors.

After the EPA establishes a new or revised NAAQS, the CAA directs the EPA and the states to take steps to ensure that the new or revised NAAQS are met. One of the first steps, known as the initial area designations, involves identifying areas of the country that are not meeting the new or revised NAAQS along with the nearby areas that contain emissions sources that contribute to the areas not meeting the NAAQS. For areas designated "nonattainment," the responsible states are required to develop SIPs to attain the standards. In developing their attainment plans, states first take into account projected emission reductions from federal and state rules that have been already adopted at the time of plan submittal. A number of significant emission reduction programs that will lead to reductions of $O_3$ precursors are in place today or are expected to be in place by the time revised SIPs will be due. Examples of such rules include the Nitrogen Oxides ($NO_X$) SIP Call and Cross-State Air Pollution Rule (CSAPR),[5] regulations controlling on-road and non-road engines and fuels, hazardous air pollutant rules for utility and industrial boilers, and various other programs already adopted by states to reduce emissions from key emissions sources. States will then evaluate the level of additional emission reductions needed for each nonattainment area to attain the $O_3$ standards "as expeditiously as practicable," and adopt new state regulations as appropriate. Section VIII of this preamble includes additional discussion of designation and implementation issues associated with the revised $O_3$ NAAQS.

## C. Review of Air Quality Criteria and Standards for $O_3$

The EPA first established primary and secondary NAAQS for photochemical oxidants in 1971 (36 FR 8186, April 30, 1971). The EPA set both primary and

secondary standards at 0.08 ppm,[6] as a 1-hour average of total photochemical oxidants, not to be exceeded more than one hour per year. The EPA based the standards on scientific information contained in the 1970 *Air Quality Criteria for Photochemical Oxidants* (AQCD; U.S. DHEW, 1970). The EPA initiated the first periodic review of the NAAQS for photochemical oxidants in 1977. Based on the 1978 AQCD (U.S. EPA, 1978), the EPA published proposed revisions to the original NAAQS in 1978 (43 FR 26962, June 22, 1978) and final revisions in 1979 (44 FR 8202, February 8, 1979). At that time, the EPA revised the level of the primary and secondary standards from 0.08 to 0.12 ppm and changed the indicator from photochemical oxidants to $O_3$, and the form of the standards from a deterministic (*i.e.*, not to be exceeded more than one hour per year) to a statistical form. This statistical form defined attainment of the standards as occurring when the expected number of days per calendar year with maximum hourly average concentration greater than 0.12 ppm equaled one or less.

Following the EPA's decision in the 1979 review, the city of Houston challenged the Administrator's decision arguing that the standard was arbitrary and capricious because natural $O_3$ concentrations and other physical phenomena in the Houston area made the standard unattainable in that area. The U.S. Court of Appeals for the District of Columbia Circuit (D.C. Circuit) rejected this argument, holding (as noted above) that attainability and technological feasibility are not relevant considerations in the promulgation of the NAAQS. The court also noted that the EPA need not tailor the NAAQS to fit each region or locale, pointing out that Congress was aware of the difficulty in meeting standards in some locations and had addressed this difficulty through various compliance related provisions in the CAA. See *API* v. *Costle*, 665 F.2d 1176, 1184–6 (D.C. Cir. 1981).

In 1982, the EPA announced plans to revise the 1978 AQCD (47 FR 11561; March 17, 1982), and, in 1983, the EPA initiated the second periodic review of the $O_3$ NAAQS (48 FR 38009; August 22, 1983). The EPA subsequently published the 1986 AQCD (U.S. EPA, 1986) and the 1989 Staff Paper (U.S.

EPA, 1989). Following publication of the 1986 AQCD, a number of scientific abstracts and articles were published that appeared to be of sufficient importance concerning potential health and welfare effects of $O_3$ to warrant preparation of a Supplement (U.S. EPA, 1992). In August of 1992, under the terms of a court order, the EPA proposed to retain the existing primary and secondary standards based on the health and welfare effects information contained in the 1986 AQCD and its 1992 Supplement (57 FR 35542, August 10, 1992). In March 1993, the EPA announced its decision to conclude this review by affirming its proposed decision to retain the standards, without revision (58 FR 13008, March 9, 1993).

In the 1992 notice of its proposed decision in that review, the EPA announced its intention to proceed as rapidly as possible with the next review of the air quality criteria and standards for $O_3$ in light of emerging evidence of health effects related to 6- to 8-hour $O_3$ exposures (57 FR 35542, August 10, 1992). The EPA subsequently published the AQCD and Staff Paper for the review (U.S. EPA, 1996a,b). In December 1996, the EPA proposed revisions to both the primary and secondary standards (61 FR 65716, December 13, 1996). With regard to the primary standard, the EPA proposed to replace the then-existing 1-hour primary standard with an 8-hour standard set at a level of 0.08 ppm (equivalent to 0.084 ppm based on the proposed data handling convention) as a 3-year average of the annual third-highest daily maximum 8-hour concentration. The EPA proposed to revise the secondary standard either by setting it identical to the proposed new primary standard or by setting it as a new seasonal standard using a cumulative form. The EPA completed this review in 1997 by setting the primary standard at a level of 0.08 ppm, based on the annual fourth-highest daily maximum 8-hour average concentration, averaged over three years, and setting the secondary standard identical to the revised primary standard (62 FR 38856, July 18, 1997). In reaching her decision on the primary standard, the Administrator identified several reasons supporting her decision to reject a potential alternate standard set at 0.07 ppm, including first the fact that no CASAC panel member supported a standard level lower than 0.08 ppm and her consideration of the scientific uncertainties with regard to the health effects evidence for exposure concentrations below 0.08 ppm. In addition to those reasons, the Administrator noted that a standard set

---

[5] The Cross-State Air Pollution Rule was upheld by the Supreme Court in *Environmental Protection Agency* v. *EME Homer City Generation, L.P.*, 134 S. Ct. 1584 (2014), and remanded to the D.C. Circuit for further proceedings. The D.C. Circuit issued its decision on remand from the Supreme Court on July 28, 2015, remanding CSAPR to EPA, without vacating the rule, for EPA to reconsider certain emission budgets for certain States (*EME Homer City Generation, L.P.* v. *Environmental Protection Agency*, No. 11–1302, 2015 WL 4528137 [D.C. Cir. July 28, 2015]).

[6] Although the level of the 2008 $O_3$ standards are specified in the units of ppm (*i.e.*, 0.075 ppm), $O_3$ concentrations are described using the units of parts per billion (ppb) in several sections of this notice (*i.e.*, sections II, III, IV and VI) for consistency with the common convention for information discussed in those sections. In ppb, 0.075 ppm is equivalent to 75.

at a level of 0.07 ppm would be closer to peak background concentrations that infrequently occur in some areas due to nonanthropogenic sources of $O_3$ precursors (62 FR 38856, 38868; July 18, 1997).

On May 14, 1999, in response to challenges by industry and others to the EPA's 1997 decision, the D.C. Circuit remanded the $O_3$ NAAQS to the EPA, finding that section 109 of the CAA, as interpreted by the EPA, effected an unconstitutional delegation of legislative authority. *American Trucking Assoc.* vs. *EPA,* 175 F.3d 1027, 1034–1040 (D.C. Cir. 1999) ("*ATA I*"). In addition, the court directed that, in responding to the remand, the EPA should consider the potential beneficial health effects of $O_3$ pollution in shielding the public from the effects of solar ultraviolet (UV) radiation, as well as adverse health effects. *Id.* at 1051–53. In 1999, the EPA petitioned for rehearing *en banc* on several issues related to that decision. The court granted the request for rehearing in part and denied it in part, but declined to review its ruling with regard to the potential beneficial effects of $O_3$ pollution. 195 F. 3d 4, 10 (D.C Cir., 1999) ("*ATA II*"). On January 27, 2000, the EPA petitioned the U.S. Supreme Court for *certiorari* on the constitutional issue (and two other issues), but did not request review of the ruling regarding the potential beneficial health effects of $O_3$. On February 27, 2001, the U.S. Supreme Court unanimously reversed the judgment of the D.C. Circuit on the constitutional issue. *Whitman* v. *American Trucking Assoc.,* 531 U. S. 457, 472–74 (2001) (holding that section 109 of the CAA does not delegate legislative power to the EPA in contravention of the Constitution). The Court remanded the case to the D.C. Circuit to consider challenges to the $O_3$ NAAQS that had not been addressed by that court's earlier decisions. On March 26, 2002, the D.C. Circuit issued its final decision on remand, finding the 1997 $O_3$ NAAQS to be "neither arbitrary nor capricious," and so denying the remaining petitions for review. *American Trucking Associations, Inc.* v. *EPA,* 283 F.3d 355, 379 (D.C Cir., 2002) ("*ATA III*").

Specifically, in *ATA III,* the D.C. Circuit upheld the EPA's decision on the 1997 $O_3$ standard as the product of reasoned decision making. With regard to the primary standard, the court made clear that the most important support for EPA's decision to revise the standard was the health evidence of insufficient protection afforded by the then-existing standard ("the record is replete with references to studies demonstrating the

inadequacies of the old one-hour standard"), as well as extensive information supporting the change to an 8-hour averaging time (283 F. 3d at 378). The court further upheld the EPA's decision not to select a more stringent level for the primary standard noting "the absence of any human clinical studies at ozone concentrations below 0.08 [ppm]" which supported the EPA's conclusion that "the most serious health effects of ozone are 'less certain' at low concentrations, providing an eminently rational reason to set the primary standard at a somewhat higher level, at least until additional studies become available" (283 F. 3d at 378, internal citations omitted). The court also pointed to the significant weight that the EPA properly placed on the advice it received from CASAC (283 F. 3d at 379). In addition, the court noted that "although relative proximity to peak background $O_3$ concentrations did not, in itself, necessitate a level of 0.08 [ppm], the EPA could consider that factor when choosing among the three alternative levels" (283 F. 3d at 379).

Independently of the litigation, the EPA responded to the court's remand to consider the potential beneficial health effects of $O_3$ pollution in shielding the public from effects of UV radiation. The EPA provisionally determined that the information linking changes in patterns of ground-level $O_3$ concentrations to changes in relevant patterns of exposures to UV radiation of concern to public health was too uncertain, at that time, to warrant any relaxation in 1997 $O_3$ NAAQS. The EPA also expressed the view that any plausible changes in UV-B radiation exposures from changes in patterns of ground-level $O_3$ concentrations would likely be very small from a public health perspective. In view of these findings, the EPA proposed to leave the 1997 primary standard unchanged (66 FR 57268, Nov. 14, 2001). After considering public comment on the proposed decision, the EPA published its final response to this remand in 2003, re-affirming the 8-hour primary standard set in 1997 (68 FR 614, January 6, 2003).

The EPA initiated the fourth periodic review of the air quality criteria and standards for $O_3$ with a call for information in September 2000 (65 FR 57810, September, 26, 2000). The schedule for completion of that review was ultimately governed by a consent decree resolving a lawsuit filed in March 2003 by plaintiffs representing national environmental and public health organizations, who maintained that the EPA was in breach of a nondiscretionary duty to complete review of the $O_3$ NAAQS within a

statutorily mandated deadline. In 2007, the EPA proposed to revise the level of the primary standard within a range of 0.075 to 0.070 ppm (72 FR 37818, July 11, 2007). The EPA proposed to revise the secondary standard either by setting it identical to the proposed new primary standard or by setting it as a new seasonal standard using a cumulative form. Documents supporting these proposed decisions included the 2006 AQCD (U.S. EPA, 2006a) and 2007 Staff Paper (U.S. EPA, 2007) and related technical support documents. The EPA completed the review in March 2008 by revising the level of the primary standard from 0.08 ppm to 0.075 ppm, and revising the secondary standard to be identical to the revised primary standard (73 FR 16436, March 27, 2008).

In May 2008, state, public health, environmental, and industry petitioners filed suit challenging the EPA's final decision on the 2008 $O_3$ standards. On September 16, 2009, the EPA announced its intention to reconsider the 2008 $O_3$ standards, and initiated a rulemaking to do so. At the EPA's request, the court held the consolidated cases in abeyance pending the EPA's reconsideration of the 2008 decision.

On January 2010, the EPA issued a notice of proposed rulemaking to reconsider the 2008 final decision (75 FR 2938, January 19, 2010). In that notice, the EPA proposed that further revisions of the primary and secondary standards were necessary to provide a requisite level of protection to public health and welfare. The EPA proposed to revise the level of the primary standard from 0.075 ppm to a level within the range of 0.060 to 0.070 ppm, and to revise the secondary standard to one with a cumulative, seasonal form. At the EPA's request, the CASAC reviewed the proposed rule at a public teleconference on January 25, 2010 and provided additional advice in early 2011 (Samet, 2010, 2011). After considering comments from CASAC and the public, the EPA prepared a draft final rule, which was submitted for interagency review pursuant to Executive Order 12866. On September 2, 2011, consistent with the direction of the President, the Administrator of the Office of Information and Regulatory Affairs, Office of Management and Budget (OMB), returned the draft final rule to the EPA for further consideration. In view of this return and the fact that the Agency's next periodic review of the $O_3$ NAAQS required under CAA section 109 had already begun (as announced on September 29, 2008), the EPA decided to consolidate the

BLM_0047308

reconsideration with its statutorily required periodic review.[7]

In light of the EPA's decision to consolidate the reconsideration with the current review, the D.C. Circuit proceeded with the litigation on the 2008 final decision. On July 23, 2013, the court upheld the EPA's 2008 primary O₃ standard, but remanded the 2008 secondary standard to the EPA (*Mississippi* v. *EPA,* 744 F. 3d 1334). With respect to the primary standard, the court first held that the EPA reasonably determined that the existing standard was not requisite to protect public health with an adequate margin of safety, and consequently required revision. Specifically, the court noted that there were "numerous epidemiologic studies linking health effects to exposure to ozone levels below 0.08 ppm and clinical human exposure studies finding a causal relationship between health effects and exposure to ozone levels at and below 0.08 ppm" (*Mississippi* v. *EPA,* 744 F. 3d at 1345). The court also specifically endorsed the weight of evidence approach utilized by the EPA in its deliberations (*Mississippi* v. *EPA,* 744 F. 3d at 1344).

The court went on to reject arguments that the EPA should have adopted a more stringent primary standard. Dismissing arguments that a clinical study (as properly interpreted by the EPA) showing effects at 0.06 ppm necessitated a standard level lower than that selected, the court noted that this was a single, limited study (*Mississippi* v. *EPA,* 744 F. 3d at 1350). With respect to the epidemiologic evidence, the court accepted the EPA's argument that there could be legitimate uncertainty that a causal relationship between O₃ and 8-hour exposures less than 0.075 ppm exists, so that associations at lower levels reported in epidemiologic studies did not necessitate a more stringent standard (*Mississippi* v. *EPA,* 744 F. 3d at 1351–52).[8]

The court also rejected arguments that an 8-hour primary standard of 0.075 ppm failed to provide an adequate margin of safety, noting that margin of

safety considerations involved policy judgments by the agency, and that by setting a standard "appreciably below" the level of the current standard (0.08 ppm), the agency had made a reasonable policy choice (*Mississippi* v. *EPA,* 744 F. 3d at 1351–52). Finally, the court rejected arguments that the EPA's decision was inconsistent with the CASAC's scientific recommendations because the CASAC had been insufficiently clear in its recommendations whether it was providing scientific or policy recommendations, and the EPA had reasonably addressed the CASAC's policy recommendations (*Mississippi* v. *EPA,* 744 F. 3d at 1357–58).

With respect to the secondary standard, the court held that the EPA's justification for setting the secondary standard identical to the revised 8-hour primary standard violated the CAA because the EPA had not adequately explained how that standard provided the required public welfare protection. The court thus remanded the secondary standard to the EPA (*Mississippi* v. *EPA,* 744 F. 3d at 1360–62).

At the time of the court's decision, the EPA had already completed significant portions of its next statutorily required periodic review of the O₃ NAAQS. This review was formally initiated in 2008 with a call for information in the **Federal Register** (73 FR 56581, Sept. 29, 2008). On October 28–29, 2008, the EPA held a public workshop to discuss the policy-relevant science, which informed identification of key policy issues and questions to frame the review. Based in part on the workshop discussions, the EPA developed a draft Integrated Review Plan (IRP) outlining the schedule, process,[9] and key policy-relevant questions that would guide the evaluation of the air quality criteria for O₃ and the review of the primary and secondary O₃ NAAQS. A draft of the IRP was released for public review and comment in September 2009 and was the subject of a consultation with the CASAC on November 13, 2009 (74 FR 54562; October 22, 2009).[10] After considering the comments received from that consultation and from the public, the EPA completed and released the IRP for the review in 2011 (U.S. EPA, 2011a).

In preparing the first draft ISA, the EPA's National Center for Environmental Assessment (NCEA) considered CASAC and public comments on the IRP, and also comments received from a workshop held on August 6, 2010, to review and discuss preliminary drafts of key ISA sections (75 FR 42085, July 20, 2010). In 2011, the first draft ISA was released for public comment and for review by CASAC at a public meeting on May 19– 20, 2011 (U.S. EPA, 2011b; 76 FR 10893, February 28, 2011; 76 FR 23809, April 28, 2011). Based on CASAC and public comments, NCEA prepared a second draft ISA, which was released for public comment and CASAC review (U.S. EPA, 2011c; 76 FR 60820, September 30, 2011). The CASAC reviewed this draft at a January 9–10, 2012, public meeting (76 FR 236, December 8, 2011). Based on CASAC and public comments, NCEA prepared a third draft ISA (U.S. EPA, 2012; 77 FR 36534, June 19, 2012), which was reviewed at a CASAC meeting in September 2012. The EPA released the final ISA in February 2013 (U.S. EPA, 2013).

The EPA presented its plans for conducting Risk and Exposure Assessments (REAs) for health risk and exposure (HREA) and welfare risk and exposure (WREA) in two documents that outlined the scope and approaches for use in conducting quantitative assessments, as well as key issues to be addressed as part of the assessments (U.S. EPA, 2011d, e). The EPA released these documents for public comment in April 2011, and consulted with CASAC on May 19–20, 2011 (76 FR 23809, April 28, 2011). The EPA considered CASAC advice and public comments in further planning for the assessments, issuing a memo that described changes to elements of the REA plans and brief explanations regarding them (Samet, 2011; Wegman, 2012).

In July 2012, the EPA made the first drafts of the Health and Welfare REAs available for CASAC review and public comment (77 FR 42495, July 19, 2012; 77 FR 51798, August 27, 2012). The first draft PA was made available for CASAC review and public comment in August 2012 (77 FR 42495, July 19, 2012; 77 FR 51798, August 27, 2012).[11] The first

---

[7] This rulemaking concludes the reconsideration process. Under CAA section 109, the EPA is required to base its review of the NAAQS on the current air quality criteria, and thus the record and decision for this review also serve for the reconsideration.

[8] The court cautioned, however, that "perhaps more [clinical] studies like the Adams studies will yet reveal that the 0.060 ppm level produces significant adverse decrements that simply cannot be attributed to normal variation in lung function," and further cautioned that "agencies may not merely recite the terms 'substantial uncertainty' as a justification for their actions." *Id.* at 1350, 1357 (internal citations omitted).

[9] As of this review, the document developed in NAAQS reviews to document the air quality criteria, previously the AQCD, is the ISA, and the document describing the OAQPS staff evaluation, previously the Staff Paper, is the PA. These documents are described in the IRP.

[10] See *http://yosemite.epa.gov/sab/sabproduct. nsf/WebProjectsbyTopicCASAC!OpenView* for more information on CASAC activities related to the current O₃ NAAQS review.

[11] The PA is prepared by the OAQPS staff. Formerly known as the Staff Paper, it presents a staff evaluation of the policy implications of the key scientific and technical information in the ISA and REAs for the EPA's consideration. The PA provides a transparent evaluation, and staff conclusions, regarding policy considerations related to reaching judgments about the adequacy of the current standards, and if revision is considered, what revisions may be appropriate to consider. The PA is intended to help "bridge the gap" between the agency's scientific assessments presented in the ISA

draft REAs and PA were the focus of a CASAC public meeting in September 2012 (Frey and Samet, 2012a, 2012b). The second draft REAs and PA, prepared with consideration of CASAC advice and public comments, were made available for public comment and CASAC review in January 2014 (79 FR 4694, January 29, 2014). These documents were the focus of a CASAC public meeting on March 25–27, 2014 (Frey, 2014a; Frey, 2014b; Frey, 2014c). The final versions of these documents were developed with consideration of the comments and recommendations from CASAC, as well as comments from the public on the draft documents, and were released in August 2014 (U.S. EPA 2014a; U.S. EPA, 2014b; U.S. EPA, 2014c).

The proposed decision (henceforth "proposal") on this review of the O₃ NAAQS was signed on November 25, 2014, and published in the **Federal Register** on December 17, 2014. The EPA held three public hearings to provide direct opportunity for oral testimony by the public on the proposal. The hearings were held on January 29, 2015, in Arlington, Texas, and Washington, DC, and on February 2, 2015, in Sacramento, California. At these public hearings, the EPA heard testimony from nearly 500 individuals representing themselves or specific interested organizations. Transcripts from these hearings and written testimony provided at the hearings are in the docket for this review. Additionally, approximately 430,000 written comments were received from various commenters during the public comment period on the proposal, approximately 428,000 as part of mass mail campaigns. Significant issues raised in the public comments are discussed in the preamble of this final action. A summary of all other significant comments, along with the EPA's responses, can be found in a separate document (henceforth "Response to Comments") in the docket for this review.

The schedule for completion of this review is governed by a court order resolving a lawsuit filed in January 2014 by a group of plaintiffs who alleged that the EPA had failed to perform its mandatory duty, under section 109(d)(1), to complete a review of the O₃ NAAQS within the period provided by statute. The court order that governs this review, entered by the court on April 30, 2014, provides that the EPA will sign for publication a notice of final

and REAs, and the judgments required of the EPA Administrator in determining whether it is appropriate to retain or revise the NAAQS.

rulemaking concerning its review of the O₃ NAAQS no later than October 1, 2015.

As in prior NAAQS reviews, the EPA is basing its decision in this review on studies and related information included in the ISA, REAs and PA, which have undergone CASAC and public review. The studies assessed in the ISA and PA, and the integration of the scientific evidence presented in them, have undergone extensive critical review by the EPA, the CASAC, and the public. The rigor of that review makes these studies, and their integrative assessment, the most reliable source of scientific information on which to base decisions on the NAAQS, decisions that all parties recognize as of great import. NAAQS decisions can have profound impacts on public health and welfare, and NAAQS decisions should be based on studies that have been rigorously assessed in an integrative manner not only by the EPA but also by the statutorily mandated independent advisory committee, as well as the public review that accompanies this process. Some commenters have referred to and discussed individual scientific studies on the health and welfare effects of O₃ that were not included in the ISA (USEPA, 2013) ("'new' studies"). In considering and responding to comments for which such "new" studies were cited in support, the EPA has provisionally considered the cited studies in the context of the findings of the ISA. The EPA's provisional consideration of these studies did not and could not provide the kind of in-depth critical review described above.

The decision to rely on studies and related information included in the ISA, REAs and PA, which have undergone CASAC and public review, is consistent with the EPA's practice in prior NAAQS reviews and its interpretation of the requirements of the CAA. Since the 1970 amendments, the EPA has taken the view that NAAQS decisions are to be based on scientific studies and related information that have been assessed as a part of the pertinent air quality criteria, and the EPA has consistently followed this approach. This longstanding interpretation was strengthened by new legislative requirements enacted in 1977, which added section 109(d)(2) of the Act concerning CASAC review of air quality criteria. See 71 FR 61144, 61148 (October 17, 2006) (final decision on review of NAAQS for particulate matter) for a detailed discussion of this issue and the EPA's past practice.

As discussed in the EPA's 1993 decision not to revise the NAAQS for

O₃, "new" studies may sometimes be of such significance that it is appropriate to delay a decision on revision of a NAAQS and to supplement the pertinent air quality criteria so the studies can be taken into account (58 FR at 13013–13014, March 9, 1993). In the present case, the EPA's provisional consideration of "new" studies concludes that, taken in context, the "new" information and findings do not materially change any of the broad scientific conclusions regarding the health and welfare effects and exposure pathways of ambient O₃ made in the air quality criteria. For this reason, reopening the air quality criteria review would not be warranted even if there were time to do so under the court order governing the schedule for this rulemaking.

Accordingly, the EPA is basing the final decisions in this review on the studies and related information included in the O₃ air quality criteria that have undergone CASAC and public review. The EPA will consider the "new" studies for purposes of decision making in the next periodic review of the O₃ NAAQS, which the EPA expects to begin soon after the conclusion of this review and which will provide the opportunity to fully assess these studies through a more rigorous review process involving the EPA, CASAC, and the public. Further discussion of these "new" studies can be found in the Response to Comments document, which is in the docket for this rulemaking and also available on the web (*http://www.epa.gov/ttn/naaqs/standards/ozone/s_o3_index.html*).

### D. Ozone Air Quality

Ozone is formed near the earth's surface due to chemical interactions involving solar radiation and precursor pollutants including volatile organic compounds (VOCs) and NOₓ. Over longer time periods, methane (CH₄) and carbon monoxide (CO) can also lead to O₃ formation at the global scale. The precursor emissions leading to O₃ formation can result from both man-made sources (*e.g.*, motor vehicles and electric power generation) and natural sources (*e.g.*, vegetation and wildfires). Occasionally, O₃ that is created naturally in the stratosphere can also contribute to O₃ levels near the surface. Once formed, O₃ near the surface can be transported by winds before eventually being removed from the atmosphere via chemical reactions or deposition to surfaces. In sum, O₃ concentrations are influenced by complex interactions between precursor emissions, meteorological conditions, and surface characteristics (U.S. EPA, 2014a).

BLM_0047310

**65300**  **Federal Register** / Vol. 80, No. 206 / Monday, October 26, 2015 / Rules and Regulations

In order to continuously assess $O_3$ air pollution levels, state and local environmental agencies operate $O_3$ monitors at various locations and subsequently submit the data to the EPA. At present, there are approximately 1,400 monitors across the U.S. reporting hourly $O_3$ averages during the times of the year when local $O_3$ pollution can be important (U.S. EPA, 2014c, Section 2.1). Much of this monitoring is focused on urban areas where precursor emissions tend to be largest, as well as locations directly downwind of these areas, but there are also over 100 sites in rural areas where high levels of $O_3$ can also be measured. Based on data from this national network, the EPA estimates that, in 2013, approximately 99 million Americans lived in counties where $O_3$ design values [12] were above the level of the existing health-based (primary) NAAQS of 0.075 ppm. High $O_3$ values can occur almost anywhere within the contiguous 48 states, although the poorest $O_3$ air quality in the U.S. is typically observed in California, Texas, and the Northeast Corridor, locations with some of the most densely populated areas in the country. From a temporal perspective, the highest daily peak $O_3$ concentrations generally tend to occur during the afternoon within the warmer months due to higher solar radiation and other conducive meteorological conditions during these times. The exceptions to this general rule include 1) some rural sites where transport of $O_3$ from upwind areas of regional production can occasionally result in high nighttime levels of $O_3$, 2) high-elevation sites episodically influenced by stratospheric intrusions which can occur in other months, and 3) certain locations in the western U.S. where large quantities of $O_3$ precursors emissions associated with oil and gas development can be trapped by strong inversions associated with snow cover during the colder months and efficiently converted to $O_3$ (U.S. EPA, 2014c, Section 2.3).

One of the challenging aspects of developing plans to address high $O_3$ concentrations is that the response of $O_3$ to precursor reductions is nonlinear. In particular, $NO_X$ emissions can lead to both increases and decreases of $O_3$. The net impact of $NO_X$ emissions on $O_3$ concentrations depends on the local quantities of $NO_X$, VOC, and sunlight which interact in a set of complex chemical reactions. In some areas, such as certain urban centers where $NO_X$ emissions typically are high compared to local VOC emissions, $NO_X$ can suppress $O_3$ locally. This phenomenon is particularly pronounced under conditions associated with low $O_3$ concentrations (*i.e.*, during cool, cloudy weather and at night when photochemical activity is limited or nonexistent). However, while $NO_X$ emissions can initially suppress $O_3$ levels near the emission sources, these same $NO_X$ emissions ultimately react to form higher $O_3$ levels downwind when conditions are favorable. Photochemical model simulations suggest that, in general, reductions in $NO_X$ emissions in the U.S. will slightly increase $O_3$ concentrations on days with lower $O_3$ concentrations in close proximity to $NO_X$ sources (*e.g.*, in urban core areas), while at the same time decreasing the highest $O_3$ concentrations in downwind areas. See generally, U.S. EPA, 2014a (section 2.2.1).

At present, both the primary and secondary NAAQS use the annual fourth-highest daily maximum 8-hour concentration, averaged over 3 years, as the form of the standard. An additional metric, the W126 exposure index, is often used to assess impacts of $O_3$ exposure on ecosystems and vegetation. W126 is a cumulative seasonal aggregate of weighted hourly $O_3$ values different between 8 a.m. and 8 p.m. As $O_3$ precursor emissions have decreased across the U.S., annual fourth-highest 8-hour $O_3$ maxima have concurrently shown a modest downward trend. The national average change in annual fourth-highest daily maximum 8-hour $O_3$ concentrations between 2000 and 2013 was an 18% decrease. The national average change in the annual W126 exposure index over the same period was a 52% decrease. Air quality model simulations estimate that $O_3$ air quality will continue to improve over the next decade as additional reductions in $O_3$ precursors from power plants, motor vehicles, and other sources are realized.

In addition to being affected by changing emissions, future $O_3$ concentrations may also be affected by climate change. Modeling studies in the EPA's Interim Assessment (U.S. EPA, 2009a) that are cited in support of the 2009 Endangerment Finding under CAA section 202(a) (74 FR 66496, Dec. 15, 2009) as well as a recent assessment of potential climate change impacts (Fann et al., 2015) project that climate change may lead to future increases in summer $O_3$ concentrations across the contiguous U.S.[13] While the projected impact is not uniform, climate change has the potential to increase average summertime $O_3$ concentrations by as much as 1–5 ppb by 2030, if greenhouse gas emissions are not mitigated. Increases in temperature are expected to be the principal factor in driving any $O_3$ increases, although increases in stagnation frequency may also contribute (Jacob and Winner, 2009). If unchecked, climate change has the potential to offset some of the improvements in $O_3$ air quality, and therefore some of the improvements in public health, that are expected from reductions in emissions of $O_3$ precursors.

Another challenging aspect of this air quality issue is the impact from sources of $O_3$ and its precursors beyond those from domestic, anthropogenic sources. Modeling analyses indicate that nationally the majority of $O_3$ exceedances are predominantly caused by anthropogenic emissions from within the U.S. However, observational and modeling analyses have concluded that $O_3$ concentrations in some locations in the U.S. on some days can be substantially influenced by sources that cannot be addressed by domestic control measures. In particular, certain high-elevation sites in the western U.S. are impacted by a combination of non-U.S. sources like international transport, or natural sources such as stratospheric $O_3$, and $O_3$ originating from wildfire emissions.[14] Ambient $O_3$ from these non-U.S. and natural sources is collectively referred to as background $O_3$. See generally section 2.4 of the PA (U.S. EPA, 2014c). The analyses suggest that, at these locations, there can be episodic events with substantial background contributions where $O_3$ concentrations approach or exceed the level of the current NAAQS (*i.e.*, 75 ppb). These events are relatively infrequent, and the EPA has policies that allow for the exclusion of air quality monitoring data from design value calculations when they are substantially affected by certain background influences.

*E. Summary of Proposed Revisions to the $O_3$ Standards*

For reasons discussed in the proposal, the Administrator proposed to revise the quality to climate change. A wide range of future climate scenarios and future years have been modeled and there can be variations in the expected response in U.S. $O_3$ by scenario and across models and years, within the overall signal of higher summer $O_3$ concentrations in a warmer climate.

[14] Without global greenhouse gas mitigation efforts, climate change is projected to dramatically increase the area burned by wildfires across most of the contiguous U.S., especially in the West (U.S. EPA, 2015 p. 72).

---

[12] A design value is a statistic that describes the air quality status of a given location relative to the level of the NAAQS.

[13] These modeling studies are based on coupled global climate and regional air quality models and are designed to assess the sensitivity of U.S. air

current primary and secondary standards for $O_3$. With regard to the primary standard, the Administrator proposed to revise the level from 75 ppb to a level within a range from 65 to 70 ppb. The EPA proposed to revise the AQI for $O_3$, consistent with revision to the primary standard.

With regard to the secondary standard, the Administrator proposed to revise the level of the current secondary standard to within the range of 0.065 to 0.070 ppm, which air quality analyses indicate would provide cumulative, seasonal air quality or exposure values, in terms of 3-year average W126 index values, at or below a range of 13–17 ppm-hours.

The EPA also proposed to make corresponding revisions in data handling conventions for $O_3$; to revise regulations for the PSD permitting program to add a provision grandfathering certain pending permits from certain requirements with respect to the proposed revisions to the standards; and to convey schedules and information related to implementing any revised standards. In conjunction with proposing exceptional event schedules related to implementing any revised $O_3$ standards, the EPA also proposed to extend the new schedule approach to other future NAAQS revisions and to remove obsolete regulatory language associated with expired exceptional event deadlines for historical standards for both $O_3$ and other pollutants for which NAAQS have been established. The EPA also proposed to make minor changes to the procedures and time periods for evaluating potential FRMs and equivalent methods, including making the requirements for $NO_2$ consistent with the requirements for $O_3$, and removing an obsolete requirement for the annual submission of documentation by manufacturers of certain particulate matter monitors.

*F. Organization and Approach to Decisions in This $O_3$ NAAQS Review*

This action presents the Administrator's final decisions in the current review of the primary and secondary $O_3$ standards. The final decisions addressing standards for $O_3$ are based on a thorough review in the ISA of scientific information on known and potential human health and welfare effects associated with exposure to $O_3$ at levels typically found in the ambient air. These final decisions also take into account the following: (1) Staff assessments in the PA of the most policy-relevant information in the ISA as well as a quantitative health and welfare exposure and risk assessments

based on that information; (2) CASAC advice and recommendations, as reflected in its letters to the Administrator and its discussions of drafts of the ISA, REAs, and PA at public meetings; (3) public comments received during the development of these documents, both in connection with CASAC meetings and separately; and (4) extensive public comments received on the proposed rulemaking.

The primary standard is addressed in section II. Corresponding changes to the AQI are addressed in section III. The secondary standard is addressed in section IV. Related data handling conventions and exceptional events are addressed in section V. Updates to the monitoring regulations are addressed in section VI. Implementation activities, including PSD-related actions, are addressed in sections VII and VIII. Section IX addresses applicable statutory and executive order reviews.

## II. Rationale for Decision on the Primary Standard

This section presents the Administrator's final decisions regarding the need to revise the existing primary $O_3$ standard and the appropriate revision to the level of that standard. Based on her consideration of the full body of health effects evidence and exposure/risk analyses, the Administrator concludes that the current primary standard for $O_3$ is not requisite to protect public health with an adequate margin of safety. In order to increase public health protection, she is revising the level of the primary standard to 70 ppb, in conjunction with retaining the current indicator, averaging time and form. The Administrator concludes that such a revised standard will be requisite to protect public health with an adequate margin of safety. As discussed more fully below, the rationale for these final decisions draws from the information review in the ISA (U.S. EPA, 2013) of the available scientific evidence, generally published through July 2011, on human health effects associated with the presence of $O_3$ in the ambient air. This rationale also takes into account: (1) Analyses of $O_3$ air quality, human exposures to $O_3$, and $O_3$-associated health risks, as presented and assessed in the HREA (U.S. EPA, 2014a); (2) the EPA staff assessment of the most policy-relevant scientific evidence and exposure/risk information in the PA (U.S. EPA, 2014c); (3) CASAC advice and recommendations, as reflected in discussions of drafts of the ISA, REA, and PA at public meetings, in separate written comments, and in CASAC's letters to the Administrator; (4) public

input received during the development of these documents, either in connection with CASAC meetings or separately; and (5) public comments on the proposal notice.

Section II.A below summarizes the information presented in the proposal regarding $O_3$-associated health effects, $O_3$ exposures, and $O_3$-attributable health risks. Section II.B presents information related to the adequacy of the current primary $O_3$ standard, including a summary of the basis for the Administrator's proposed decision to revise the current standard, public comments received on the adequacy of the current standard, and the Administrator's final conclusions regarding the adequacy of the current standard. Section II.C presents information related to the elements of a revised primary $O_3$ standard, including information related to each of the major elements of the standard (*i.e.*, indicator, averaging time, form, level). Section II.D summarizes the Administrator's final decisions on the primary $O_3$ standard.

*A. Introduction*

As discussed in section II.A of the proposal (79 FR 75243–75246, December 17, 2014), the EPA's approach to informing decisions on the primary $O_3$ standard in the current review builds upon the general approaches used in previous reviews and reflects the broader body of scientific evidence, updated exposure/risk information, and advances in $O_3$ air quality modeling now available. This approach is based most fundamentally on using the EPA's assessment of the available scientific evidence and associated quantitative analyses to inform the Administrator's judgments regarding a primary standard for $O_3$ that is "requisite" (*i.e.*, neither more nor less stringent than necessary) to protect public health with an adequate margin of safety. Specifically, it is based on consideration of the available body of scientific evidence assessed in the ISA (U.S. EPA, 2013), exposure and risk analyses presented in the HREA (U.S. EPA, 2014a), evidence- and exposure-/risk-based considerations and conclusions presented in the PA (U.S. EPA, 2014c), advice and recommendations received from CASAC (Frey, 2014a, c), and public comments.

Section II.A.1 below summarizes the information presented in the proposal regarding $O_3$-associated health effects. Section II.A.2 summarizes the information presented in the proposal regarding $O_3$ exposures and $O_3$-attributable health risks.

BLM_0047312

## 1. Overview of Health Effects Evidence

The health effects of $O_3$ are described in detail in the ISA (U.S. EPA, 2013). Based on its assessment of the health effects evidence, the ISA determined that a "causal" relationship exists between short-term exposure to $O_3$ in ambient air and effects on the respiratory system [15] and that a "likely to be causal" relationship exists between long-term exposure to $O_3$ in ambient air and respiratory effects [16] (U.S. EPA, 2013, pp. 1–6 to 1–7). The ISA summarizes the longstanding body of evidence for $O_3$ respiratory effects as follows (U.S. EPA, 2013, p. 1–5):

The clearest evidence for health effects associated with exposure to $O_3$ is provided by studies of respiratory effects. Collectively, a very large amount of evidence spanning several decades supports a relationship between exposure to $O_3$ and a broad range of respiratory effects (see Section 6.2.9 and Section 7.2.8). The majority of this evidence is derived from studies investigating short-term exposures (*i.e.,* hours to weeks) to $O_3$, although animal toxicological studies and recent epidemiologic evidence demonstrate that long-term exposure (*i.e.,* months to years) may also harm the respiratory system.

Additionally, the ISA determined that the relationships between short-term exposures to $O_3$ in ambient air and both total mortality and cardiovascular effects are likely to be causal, based on expanded evidence bases in the current review (U.S. EPA, 2013, pp. 1–7 to 1–8). The ISA determined that the currently available evidence for additional endpoints is "suggestive" of causal relationships with short-term (central nervous system effects) and long-term exposures (cardiovascular effects, reproductive and developmental effects, central nervous system effects and total mortality) to ambient $O_3$.

Consistent with emphasis in past reviews on $O_3$ health effects for which the evidence is strongest, in this review the EPA places the greatest emphasis on studies of health effects that have been determined in the ISA to be caused by, or likely to be caused by, $O_3$ exposures (U.S. EPA, 2013, section 2.5.2). This preamble section summarizes the evidence for health effects attributable to $O_3$ exposures, with a focus on respiratory morbidity and mortality

[15] In determining that a causal relationship exists for $O_3$ with specific health effects, the EPA has concluded that "[e]vidence is sufficient to conclude that there is a causal relationship with relevant pollutant exposures" (U.S. EPA, 2013, p. lxiv).

[16] In determining a "likely to be a causal" relationship exists for $O_3$ with specific health effects, the EPA has concluded that "[e]vidence is sufficient to conclude that a causal relationship is likely to exist with relevant pollutant exposures, but important uncertainties remain" (U.S. EPA, 2013, p. lxiv).

effects attributable to short- and long-term exposures, and cardiovascular system effects (including mortality) and total mortality attributable to short-term exposures (from section II.B in the proposal, 79 FR 75246–75271).

The information highlighted here is based on the assessment of the evidence in the ISA (U.S. EPA, 2013, Chapters 4 to 8) and consideration of that evidence in the PA (U.S. EPA, 2014c, Chapters 3 and 4) on the known or potential effects on public health which may be expected from the presence of $O_3$ in the ambient air. This section summarizes: (1) Information available on potential mechanisms for health effects associated with exposure to $O_3$ (II.A.1.a); (2) the nature of effects that have been associated directly with both short- and long-term exposure to $O_3$ and indirectly with the presence of $O_3$ in ambient air (II.A.1.b); (3) considerations related to the adversity of $O_3$-attributable health effects (II.A.1.c); and (4) considerations in characterizing the public health impact of $O_3$, including the identification of "at risk" populations (II.A.1.d).

### a. Overview of Mechanisms

This section briefly summarizes the characterization of the key events and pathways that contribute to health effects resulting from $O_3$ exposures, as discussed in the proposal (79 FR 75247, section II.B.1) and in the ISA (U.S. EPA, 2013, section 5.3).

Experimental evidence elucidating modes of action and/or mechanisms contributes to our understanding of the biological plausibility of adverse $O_3$-related health effects, including respiratory effects and effects outside the respiratory system (U.S. EPA, 2013, Chapters 6 and 7). Evidence indicates that the initial key event is the formation of secondary oxidation products in the respiratory tract (U.S. EPA, 2013, section 5.3). This mainly involves direct reactions with components of the extracellular lining fluid (ELF). Although the ELF has inherent capacity to quench (based on individual antioxidant capacity), this capacity can be overwhelmed, especially with exposure to elevated concentrations of $O_3$ (U.S. EPA 2014c, at 3–3, 3–9). The resulting secondary oxidation products transmit signals to the epithelium, pain receptive nerve fibers and, if present, immune cells involved in allergic responses. The available evidence indicates that the effects of $O_3$ are mediated by components of ELF and by the multiple cell types in the respiratory tract. Oxidative stress is an implicit part of this initial key event.

Secondary oxidation products initiate numerous responses at the cellular, tissue, and whole organ level of the respiratory system. These responses include the activation of neural reflexes which leads to lung function decrements; initiation of pulmonary inflammation; alteration of barrier epithelial function; sensitization of bronchial smooth muscle; modification of lung host defenses; airways remodeling; and modulation of autonomic nervous function which may alter cardiac function (U.S. EPA, 2013, section 5.3, Figure 5–8).

Persistent inflammation and injury, which are observed in animal models of chronic and quasi-continuous exposure to $O_3$, are associated with airways remodeling (see section 7.2.3 of the ISA, U.S. EPA, 2013). Chronic quasi-continuous exposure to $O_3$ has also been shown to result in effects on the developing lung and immune system. Systemic inflammation and vascular oxidative/nitrosative stress are also key events in the toxicity pathway of $O_3$ (U.S. EPA, 2013, section 5.3.8). Extrapulmonary effects of $O_3$ occur in numerous organ systems, including the cardiovascular, central nervous, reproductive, and hepatic systems (U.S. EPA, 2013, sections 6.3 to 6.5 and sections 7.3 to 7.5).

Responses to $O_3$ exposure are variable within the population. Studies have shown a large range of pulmonary function (*i.e.,* spirometric) responses to $O_3$ among healthy young adults, while responses within an individual are relatively consistent over time. Other responses to $O_3$ have also been characterized by a large degree of interindividual variability, including airways inflammation. The mechanisms that may underlie the variability in responses seen among individuals are discussed in the ISA (U.S. EPA, 2013, section 5.4.2). Certain functional genetic polymorphisms, pre-existing conditions or diseases, nutritional status, lifestages, and co-exposures can contribute to altered risk of $O_3$-induced effects. Experimental evidence for such $O_3$-induced changes contributes to our understanding of the biological plausibility of adverse $O_3$-related health effects, including a range of respiratory effects as well as effects outside the respiratory system (e.g., cardiovascular effects) (U.S. EPA, 2013, Chapters 6 and 7).

### b. Nature of Effects

This section briefly summarizes the information presented in the proposal on respiratory effects attributable to short-term exposures (II.A.1.b.i), respiratory effects attributable to long-

BLM_0047313

term exposures (II.A.1.b.ii), cardiovascular effects attributable to short-term exposures (II.A.1.b.iii), and premature mortality attributable to short-term exposures (II.A.1.b.iv) (79 FR 75247, section II.B.2).

i. Respiratory Effects—Short-term Exposure

Controlled human exposure, animal toxicological, and epidemiologic studies available in the last review provided clear, consistent evidence of a causal relationship between short-term $O_3$ exposure and respiratory effects (U.S. EPA, 2006a). Recent studies evaluated since the completion of the 2006 AQCD support and expand upon the strong body of evidence available in the last review (U.S. EPA, 2013, section 6.2.9).

Key aspects of this evidence are discussed below with regard to (1) lung function decrements; (2) pulmonary inflammation, injury, and oxidative stress; (3) airway hyperresponsiveness; (4) respiratory symptoms and medication use; (5) lung host defense; (6) allergic and asthma-related responses; (7) hospital admissions and emergency department visits; and (8) respiratory mortality.[17]

Lung Function Decrements

Lung function decrements are typically measured by spirometry and refer to reductions in the maximal amount of air that can be forcefully exhaled. Forced expiratory volume in 1 second ($FEV_1$) is a common index used to assess the effect of $O_3$ on lung function. The ISA summarizes the currently available evidence from multiple controlled human exposure studies evaluating changes in $FEV_1$ following 6.6-hour $O_3$ exposures in young, healthy adults engaged in moderate levels of physical activity [18] (U.S. EPA, 2013, section 6.2.1.1, Figure 6–1). Exposures to an average $O_3$ concentration of 60 ppb results in group mean decrements in $FEV_1$ ranging from 1.8% to 3.6% (Adams, 2006; Adams, 2006; [19] Schelegle et al., 2009; [20] Kim et

al., 2011). The weighted average group mean decrement was 2.7% from these studies. In some analyses, these group mean decrements in lung function were statistically significant (Brown et al., 2008; Kim et al., 2011), while in other analyses they were not (Adams, 2006; Schelegle et al., 2009).[21] Prolonged exposure to an average $O_3$ concentration of 72 ppb results in a statistically significant group mean decrement in $FEV_1$ of about 6% (Schelegle et al., 2009).[22] There is a smooth dose-response curve without evidence of a threshold for exposures between 40 and 120 ppb $O_3$ (U.S. EPA, 2013, Figure 6–1). When these data are taken together, the ISA concludes that "mean $FEV_1$ is clearly decreased by 6.6-hour exposures to 60 ppb $O_3$ and higher concentrations in [healthy, young adult] subjects performing moderate exercise" (U.S. EPA, 2013, p. 6–9).

As described in the proposal (79 FR 75250), the ISA focuses on individuals with >10% decrements in $FEV_1$ because (1) it is accepted by the American Thoracic Society (ATS) as an abnormal response and a reasonable criterion for assessing exercise-induced bronchoconstriction, and (2) some individuals in the Schelegle et al. (2009) study experienced 5–10% $FEV_1$ decrements following exposure to filtered air. The proportion of healthy adults experiencing $FEV_1$ decrements >10% following prolonged exposures to 80 ppb $O_3$ while at moderate exertion ranged from 17% to 29% and following exposures to 60 ppb $O_3$ ranged from 3% to 20%. The weighted average proportion (i.e., based on numbers of subjects in each study) of young, healthy adults with >10% $FEV_1$ decrements is 25% following exposure to 80 ppb $O_3$ and 10% following exposure to 60 ppb $O_3$, for 6.6 hours at moderate exertion (U.S. EPA, 2013, page 6–18 and 6–19).[23] Responses within an

individual tend to be reproducible over a period of several months, reflecting differences in intrinsic responsiveness. Given this, the ISA concludes that "[t]hough group mean decrements are biologically small and generally do not attain statistical significance, a considerable fraction of exposed individuals [in the clinical studies] experience clinically meaningful decrements in lung function" when exposed for 6.6 hours to 60 ppb $O_3$ during quasi-continuous, moderate exertion (U.S. EPA, 2013, section 6.2.1.1, p. 6–20).

This review has marked an advance in the ability to make reliable quantitative predictions of the potential lung function response to $O_3$ exposure, and, thus, to reasonably predict the degree of interindividual response of lung function to that exposure. McDonnell et al. (2012) and Schelegle et al. (2012) developed models, described in more detail in the proposal (79 FR 75250), that included mathematical approaches to simulate the potential protective effect of antioxidants in the ELF at lower ambient $O_3$ concentrations, and that included a dose threshold below which changes in lung function do not occur. The resulting empirical models can estimate the frequency distribution of individual responses and summary measures of the distribution such as the mean or median response and the proportions of individuals with $FEV_1$ decrements >10%, 15%, and 20%.[24] The predictions of the models are consistent with the observed results from the individual controlled human exposure studies of $O_3$-induced $FEV_1$ decrements (79 FR 75250–51, see also U.S. EPA, 2013, Figures 6–1 and 6–3). CASAC agreed that these models mark a significant technical advance over the exposure-response modeling approach used for the lung function risk assessment in the last review and explicitly found that "[t]he MSS model to be scientifically and biologically defensible" (Frey, 2014a, pp. 8, 2). CASAC also stated that "the comparison of the MSS model results to those obtained with the exposure-response model is of tremendous importance. Typically, the MSS model gives a result about a factor of three higher . . . for school-age children, which is expected because the MSS model includes

[17] CASAC concurred that these were "the kinds of identifiable effects on public health that are expected from the presence of ozone in the ambient air" (Frey 2014c, p. 3).

[18] Table 6–1 of the ISA includes descriptions of the activity levels evaluated in controlled human exposure studies (U.S. EPA, 2013).

[19] Adams (2006); (2002) both provide data for an additional group of 30 healthy subjects that were exposed via facemask to 60 ppb $O_3$ for 6.6 hours with moderate exercise. These subjects are described on page 133 of Adams (2006) and pages 747 and 761 of Adams (2002). The facemask exposure is not expected to affect the $FEV_1$ responses relative to a chamber exposure.

[20] For the 60 ppb target exposure concentration, Schelegle et al. (2009) reported that the actual mean exposure concentration was 63 ppb.

[21] Adams (2006) did not find effects on $FEV_1$ at 60 ppb to be statistically significant. In an analysis of the Adams (2006) data, Brown et al. (2008) addressed the more fundamental question of whether there were statistically significant differences in responses before and after the 6.6 hour exposure period and found the average effect on $FEV_1$ at 60 ppb to be small, but highly statistically significant using several common statistical tests, even after removal of potential outliers. Schelegle et al. (2009) reported that, compared to filtered air, the largest change in $FEV_1$ for the 60 ppb protocol occurred after the sixth (and final) exercise period.

[22] As noted above, for the 70 ppb exposure group, Schelegle et al. (2009) reported that the actual mean exposure concentration was 72 ppb.

[23] The ISA notes that by considering responses uncorrected for filtered air exposures, during which lung function typically improves (which would increase the size of the change, pre-and post-exposure), 10% is an underestimate of the proportion of healthy individuals that are likely to

experience clinically meaningful changes in lung function following exposure for 6.6 hours to 60 ppb $O_3$ during quasi-continuous moderate exertion (U.S. EPA, 2012, section 6.2.1.1).

[24] One of these models, the McDonnell-Stewart-Smith (MSS) model (McDonnell et al. 2012) was used to estimate the occurrences of lung function decrements in the HREA.

BLM_0047314

responses for a wider range of exposure protocols'' (Frey, 2014a, pp. 8, 2).

Epidemiologic studies have consistently linked short-term increases in ambient $O_3$ concentrations with lung function decrements in diverse populations and lifestages, including children attending summer camps, adults exercising or working outdoors, and groups with pre-existing respiratory diseases such as asthmatic children (U.S. EPA, 2013, section 6.2.1.2). Some of these studies reported $O_3$-associated lung function decrements accompanied by respiratory symptoms [25] in asthmatic children. In contrast, studies of children in the general population have reported similar $O_3$-associated lung function decrements but without accompanying respiratory symptoms (79 FR 75251; U.S. EPA, 2013, section 6.2.1.2). As noted in the PA (EPA, 2014c, pp. 4–70 to 4–71), additional research is needed to evaluate responses of people with asthma and healthy people in the 40 to 70 ppb range. Further epidemiologic studies and meta-analyses of the effects of $O_3$ exposure on children will help elucidate the concentration-response functions for lung function and respiratory symptom effects at lower $O_3$ concentrations.

Several epidemiologic panel studies [26] reported statistically significant associations with lung function decrements at relatively low ambient $O_3$ concentrations. For outdoor recreation or exercise, associations were reported in analyses restricted to 1-hour average $O_3$ concentrations less than 80 ppb, down to less than 50 ppb. Among outdoor workers, Brauer et al. (1996) found a robust association with daily 1-hour max $O_3$ concentrations less than 40 ppb. Ulmer et al. (1997) found a robust association in schoolchildren with 30-minute maximum $O_3$ concentrations less than 60 ppb. For 8-hour average $O_3$ concentrations, associations with lung function decrements in children with asthma were found to persist at concentrations less than 80 ppb in a U.S. multicity study (Mortimer et al., 2002) and less than 51 ppb in a study conducted in the Netherlands (Gielen et al., 1997).

As described in the proposal (79 FR 75251), several epidemiologic panel studies provided information on potential confounding by copollutants and most $O_3$ effect estimates for lung function were robust to adjustment for temperature, humidity, and copollutants

such as particulate matter with mass median aerodynamic diameter less than or equal to 2.5 micrometers ($PM_{2.5}$), particulate matter with mass median aerodynamic diameter less than or equal to 10 micrometers ($PM_{10}$), $NO_2$, or sulfur dioxide ($SO_2$) (Hoppe et al., 2003; Brunekreef et al., 1994; Hoek et al. 1993; U.S. EPA, 2013, pp. 6–67 to 6–69). Although examined in only a few epidemiologic studies, $O_3$ also remained associated with decreases in lung function with adjustment for pollen or acid aerosols (79 F 75251; U.S. EPA, 2013, section 6.2.1.2).

Pulmonary Inflammation, Injury and Oxidative Stress

As described in detail in section II.B.2.a.ii of the proposal (79 FR 75252), $O_3$ exposures can result in increased respiratory tract inflammation and epithelial permeability. Inflammation is a host response to injury, and the induction of inflammation is evidence that injury has occurred. Oxidative stress has been shown to play a key role in initiating and sustaining $O_3$-induced inflammation. As noted in the ISA (U.S. EPA, 2013, section 6.2.3), $O_3$ exposures can initiate an acute inflammatory response throughout the respiratory tract that has been reported to persist for at least 18–24 hours after exposure.

Inflammation induced by exposure of humans to $O_3$ can have several potential outcomes, ranging from resolving entirely following a single exposure to becoming a chronic inflammatory state, as described in detail in section II.B.2.a.ii of the proposal (79 FR 75252) and in the ISA (U.S. EPA, 2013, section 6.2.3). Continued cellular damage due to chronic inflammation ''may alter the structure and function of pulmonary tissues'' (U.S. EPA, 2013, p. 6–161). Lung injury and the resulting inflammation provide a mechanism by which $O_3$ may cause other more serious morbidity effects (e.g., asthma exacerbations) (U.S. EPA, 2013, section 6.2.3).[27]

Building on the last review, recent studies continue to support the evidence for airway inflammation and injury with new evidence for such effects following exposures to lower concentrations than had been evaluated previously. These studies include recent controlled human exposure and epidemiologic studies and are discussed more below.

An extensive body of evidence from controlled human exposure studies, described in section II.B.2.a.ii of the proposal, indicates that short-term exposures to $O_3$ can cause pulmonary inflammation and increases in polymorphonuclear leukocyte (PMN) influx and permeability following 80–600 $O_3$ ppb exposures, eosinophilic inflammation following exposures at or above 160 ppb, and $O_3$-induced PMN influx following exposures of healthy adults to 60 ppb $O_3$, the lowest concentration that has been evaluated for inflammation. A meta-analysis of 21 controlled human exposure studies (Mudway and Kelly, 2004) using varied experimental protocols (80–600 ppb $O_3$ exposures; 1–6.6 hours exposure duration; light to heavy exercise; bronchoscopy at 0–24 hours post-$O_3$ exposure) reported that PMN influx in healthy subjects is linearly associated with total $O_3$ dose.

As with $FEV_1$ responses to $O_3$, inflammatory responses to $O_3$ are generally reproducible within individuals, with some individuals experiencing more severe $O_3$-induced airway inflammation than indicated by group averages. Unlike $O_3$-induced decrements in lung function, which are attenuated following repeated exposures over several days, some markers of $O_3$-induced inflammation and tissue damage remain elevated during repeated exposures, indicating ongoing damage to the respiratory system (79 FR 75252). Most controlled human exposure studies have reported that asthmatics experience larger $O_3$-induced inflammatory responses than non-asthmatics.[28]

In the previous review (U.S. EPA, 2006a), the epidemiologic evidence of $O_3$-associated changes in airway inflammation and oxidative stress was limited (79 FR 75253). Since then, as a result of the development of less invasive test methods, there has been a large increase in the number of studies assessing ambient $O_3$-associated changes in airway inflammation and oxidative stress, the types of biological samples collected, and the types of indicators. Most of these recent studies have evaluated biomarkers of inflammation or oxidative stress in exhaled breath, nasal lavage fluid, or induced sputum (U.S. EPA, 2013, section 6.2.3.2). These recent studies form a larger database to establish coherence with findings from controlled human exposure and animal

---

[25] Reversible lung function in combination with the presence of symptoms meets ATS criteria for adversity (ATS, 2000a).

[26] Panel studies include repeated measurements of health outcomes, such as respiratory symptoms, at the individual level (U.S. EPA, 2013, p. 1x).

[27] CASAC also addressed this issue: ''The CASAC believes that these modest changes in $FEV_1$ are usually associated with inflammatory changes, such as more neutrophils in the bronchoalveolar lavage fluid. Such changes may be linked to the pathogenesis of chronic lung disease'' (Frey, 2014a p. 2).

[28] When evaluated, these studies have also reported $O_3$-induced respiratory symptoms in asthmatics. Specifically, Scannell et al. (1996), Basha et al. (1994), and Vagaggini et al. (2001, 2007) reported increased symptoms in addition to inflammation.

BLM_0047315

studies that have measured the same or related biological markers. Additionally, results from these studies provide further biological plausibility for the associations observed between ambient $O_3$ concentrations and respiratory symptoms and asthma exacerbations.

Airway Hyperresponsiveness (AHR)

A strong body of controlled human exposure and animal toxicological studies, most of which were available in the last review of the $O_3$ NAAQS, report $O_3$-induced AHR after either acute or repeated exposures (U.S. EPA, 2013, section 6.2.2.2). People with asthma often exhibit increased airway responsiveness at baseline relative to healthy control subjects, and asthmatics can experience further increases in responsiveness following exposures to $O_3$. Studies reporting increased airway responsiveness after $O_3$ exposure contribute to a plausible link between ambient $O_3$ exposures and increased respiratory symptoms in asthmatics, and increased hospital admissions and emergency department visits for asthma (section II.B.2.a.iii, 79 FR 75254; U.S. EPA, 2013, section 6.2.2.2).

Respiratory Symptoms and Medication Use

Respiratory symptoms are associated with adverse outcomes such as limitations in activity, and are the primary reason for people with asthma to use quick relief medication and to seek medical care. Studies evaluating the link between $O_3$ exposures and such symptoms allow a direct characterization of the clinical and public health significance of ambient $O_3$ exposure. Controlled human exposure and toxicological studies have described modes of action through which short-term $O_3$ exposures may increase respiratory symptoms by demonstrating $O_3$-induced AHR (U.S. EPA, 2013, section 6.2.2) and pulmonary inflammation (U.S. EPA, 2013, section 6.2.3).

The link between subjective respiratory symptoms and $O_3$ exposures has been evaluated in both controlled human exposure and epidemiologic studies, and the link with medication use has been evaluated in epidemiologic studies. In the last review, several controlled human exposure studies reported respiratory symptoms following exposures to $O_3$ concentrations at or above 80 ppb. In addition, one study reported such symptoms following exposures to 60 ppb $O_3$, though the increase was not statistically different from filtered air controls. Epidemiologic studies reported associations between ambient $O_3$ and

respiratory symptoms and medication use in a variety of locations and populations, including asthmatic children living in U.S. cities (U.S. EPA, 2013, pp. 6–1 to 6–2). In the current review, additional controlled human exposure studies have evaluated respiratory symptoms following exposures to $O_3$ concentrations below 80 ppb and recent epidemiologic studies have evaluated associations with respiratory symptoms and medication use (U.S. EPA, 2013, sections 6.2.1, 6.2.4).

As noted in section II.B.2.a.iv in the proposal (79 FR 75255), the findings for $O_3$-induced respiratory symptoms in controlled human exposure studies, and the evidence integrated across disciplines describing underlying modes of action, provide biological plausibility for epidemiologic associations observed between short-term increases in ambient $O_3$ concentration and increases in respiratory symptoms (U.S. EPA, 2013, section 6.2.4).

Most epidemiologic studies of $O_3$ and respiratory symptoms and medication use have been conducted in children and/or adults with asthma, with fewer studies, and less consistent results, in non-asthmatic populations (U.S. EPA, 2013, section 6.2.4). The 2006 AQCD (U.S. EPA, 2006a; U.S. EPA, 2013, section 6.2.4) concluded that the collective body of epidemiologic evidence indicated that short-term increases in ambient $O_3$ concentrations are associated with increases in respiratory symptoms in children with asthma. A large body of single-city and single-region studies of asthmatic children provides consistent evidence for associations between short-term increases in ambient $O_3$ concentrations and increased respiratory symptoms and asthma medication use in children with asthma (U.S. EPA, 2013, Figure 6–12, Table 6–20, section 6.2.4.1). Methodological differences, described in section II.B.2.a.iv of the proposal, among studies make comparisons across recent multicity studies of respiratory symptoms difficult.

Available evidence indicates that $O_3$-associated increases in respiratory symptoms are not confounded by temperature, pollen, or copollutants (primarily PM) (U.S. EPA, 2013, section 6.2.4.5; Table 6–25). However, identifying the independent effects of $O_3$ in some studies was complicated due to the high correlations observed between $O_3$ and PM or different lags and averaging times examined for copollutants. Nonetheless, the ISA noted that the robustness of associations in some studies of individuals with

asthma, combined with findings from controlled human exposure studies for the direct effects of $O_3$ exposure, provide substantial evidence supporting the independent effects of short-term ambient $O_3$ exposure on respiratory symptoms (U.S. EPA, 2013, section 6.2.4.5).

In summary, both controlled human exposure and epidemiologic studies have reported respiratory symptoms attributable to short-term $O_3$ exposures. In the last review, the majority of the evidence from controlled human exposure studies in young, healthy adults was for symptoms following exposures to $O_3$ concentrations at or above 80 ppb. Although studies that have become available since the last review have not reported increased respiratory symptoms in young, healthy adults following exposures with moderate exertion to 60 ppb, one recent study did report increased symptoms following exposure to 72 ppb $O_3$. As was concluded in the last review, the collective body of epidemiologic evidence indicates that short-term increases in ambient $O_3$ concentration are associated with increases in respiratory symptoms in children with asthma (U.S. EPA, 2013, section 6.2.4). Recent studies of respiratory symptoms and medication use, primarily in asthmatic children, add to this evidence. In a smaller body of studies, increases in ambient $O_3$ concentration were associated with increases in respiratory symptoms in adults with asthma.

Lung Host Defense

The mammalian respiratory tract has a number of closely integrated defense mechanisms that, when functioning normally, provide protection from the potential health effects of exposures to a wide variety of inhaled particles and microbes. Based on toxicological and human exposure studies, in the last review EPA concluded that available evidence indicates that short-term $O_3$ exposures have the potential to impair host defenses in humans, primarily by interfering with alveolar macrophage function. Any impairment in alveolar macrophage function may lead to decreased clearance of microorganisms or nonviable particles. Compromised alveolar macrophage functions in asthmatics may increase their susceptibility to other $O_3$ effects, the effects of particles, and respiratory infections (U.S. EPA, 2006a).

Relatively few studies conducted since the last review have evaluated the effects of $O_3$ exposures on lung host defense. As presented in section II.B.2.a.v of the proposal (79 FR 75256),

when the available evidence is taken as a whole, the ISA concludes that acute $O_3$ exposures impair the host defense capability of animals, primarily by depressing alveolar macrophage function and perhaps also by decreasing mucociliary clearance of inhaled particles and microorganisms. Coupled with limited evidence from controlled human exposure studies, this suggests that humans exposed to $O_3$ could be predisposed to bacterial infections in the lower respiratory tract.

Allergic and Asthma Related Responses

Evidence from controlled human exposure and epidemiologic studies available in the last review indicates that $O_3$ exposure skews immune responses toward an allergic phenotype and could also make airborne allergens more allergenic, as discussed in more detail in the proposal (79 FR 75257). Evidence from controlled human exposure and animal toxicology studies available in the last review indicates that $O_3$ may also increase AHR to specific allergen triggers (75 FR 2970, January 19, 2010). When combined with $NO_2$, $O_3$ has been shown to enhance nitration of common protein allergens, which may increase their allergenicity (Franze et al., 2005).

Hospital Admissions and Emergency Department Visits

The 2006 AQCD concluded that "the overall evidence supports a causal relationship between acute ambient $O_3$ exposures and increased respiratory morbidity resulting in increased emergency department visits and [hospital admissions] during the warm season" [29] (U.S. EPA, 2006a). This conclusion was "strongly supported by the human clinical, animal toxicologic[al], and epidemiologic evidence for [$O_3$-induced] lung function decrements, increased respiratory symptoms, airway inflammation, and airway hyperreactivity" (U.S. EPA, 2006a).

The results of recent studies largely support the conclusions of the 2006 AQCD (U.S. EPA, 2013, section 6.2.7). Since the completion of the 2006 AQCD, relatively fewer studies, conducted in the U.S., Canada, and Europe, have evaluated associations between short-term $O_3$ concentrations and respiratory hospital admissions and emergency department visits, with a growing number of studies conducted in Asia. This epidemiologic evidence is discussed in detail in the proposal (79 FR 75258) and in the ISA (U.S. EPA, 2013, section 6.2.7).[30]

In considering this body of evidence, the ISA focused primarily on multicity studies because they examine associations with respiratory-related hospital admissions and emergency department visits over large geographic areas using consistent statistical methodologies (U.S. EPA, 2013, section 6.2.7.1). The ISA also focused on single-city studies that encompassed a large number of daily hospital admissions or emergency department visits, included long study-durations, were conducted in locations not represented by the larger studies, or examined population-specific characteristics that may impact the risk of $O_3$-related health effects but were not evaluated in the larger studies (U.S. EPA, 2013, section 6.2.7.1). When examining the association between short-term $O_3$ exposure and respiratory health effects that require medical attention, the ISA distinguishes between hospital admissions and emergency department visits because it is likely that a small percentage of respiratory emergency department visits will be admitted to the hospital; therefore, respiratory emergency department visits may represent potentially less serious, but more common outcomes (U.S. EPA, 2013, section 6.2.7.1).

The collective evidence across studies indicates a mostly consistent positive association between $O_3$ exposure and respiratory-related hospital admissions and emergency department visits. Moreover, the magnitude of these associations may be underestimated to the extent members of study populations modify their behavior in response to air quality forecasts, and to the extent such behavior modification increases exposure misclassification (U.S. EPA, 2013, Section 4.6.6). Studies examining the potential confounding effects of copollutants have reported that $O_3$ effect estimates remained relatively robust upon the inclusion of PM and gaseous pollutants in two-pollutant models (U.S. EPA, 2013, Figure 6–20, Table 6–29). Additional studies that conducted copollutant analyses, but did not present quantitative results, also support these conclusions (Strickland et al., 2010; Tolbert et al., 2007; Medina-Ramon et al., 2006; U.S. EPA, 2013, section 6.2.7.5).[31]

In the last review, studies had not evaluated the concentration-response relationship between short-term $O_3$ exposure and respiratory-related hospital admissions and emergency department visits. As described in the proposal in section II.B.2.a.vii (79 FR 75257) and in the ISA (U.S. EPA, 2013, section 6.2.7.2), a preliminary examination of this relationship in studies that have become available since the last review found no evidence of a deviation from linearity when examining the association between short-term $O_3$ exposure and asthma hospital admissions (Silverman and Ito, 2010; Strickland et al., 2010). In addition, an examination of the concentration-response relationship for $O_3$ exposure and pediatric asthma emergency department visits found no evidence of a threshold at $O_3$ concentrations as low as 30 ppb (for daily maximum 8-hour concentrations) (U.S. EPA, 2013, section 6.2.7.3). However, in these studies there is uncertainty in the shape of the concentration-response curve at the lower end of the distribution of $O_3$ concentrations due to the low density of data in this range. Further studies at low-level $O_3$ exposures might reduce this uncertainty.

Respiratory Mortality

Evidence from experimental studies indicates multiple potential pathways of respiratory effects from short-term $O_3$ exposures, which support the continuum of respiratory effects that could potentially result in respiratory-related mortality in adults (U.S. EPA, 2013, section 6.2.8).[32] The evidence in the last review was inconsistent for associations between short-term $O_3$ concentrations and respiratory mortality (U.S. EPA, 2006a). New epidemiologic evidence for respiratory mortality is discussed in detail in the ISA (U.S. EPA, 2013, section 6.6) and summarized below. The majority of recent multicity studies have reported positive associations between short-term $O_3$ exposures and respiratory mortality, particularly during the summer months (U.S. EPA, 2013, Figure 6–36).

---

[29] Epidemiologic associations for $O_3$ are more robust during the warm season than during cooler months (e.g., smaller measurement error, less potential confounding by photochemistry). The rationale for focusing on warm season epidemiologic studies for $O_3$ can be found at 72 FR 37838–37840.

[30] The consideration of ambient $O_3$ concentrations in the locations of these epidemiologic studies are discussed in sections II.D.1.b and II.E.4.a below, for the current standard and for alternative standards, respectively.

[31] The ISA concluded that, "[o]verall, recent studies provide copollutant results that are consistent with those from the studies evaluated in the 2006 $O_3$ AQCD [(U.S. EPA, 2006[a]], Figure 7–12, page 7–80 of the 2006 $O_3$ AQCD], which found that $O_3$ respiratory hospital admissions risk estimates remained robust to the inclusion of PM in copollutant models (U.S. EPA, 2013, pp. 6–152 to 6–153).

[32] Premature mortality is discussed in more detail below in section II.A.1.b.iv.

Recent multicity studies from the U.S. (Zanobetti and Schwartz, 2008), Europe (Samoli et al., 2009), Italy (Stafoggia et al., 2010), and Asia (Wong et al., 2010), as well as a multi-continent study (Katsouyanni et al., 2009), reported associations between short-term $O_3$ concentrations and respiratory mortality (U.S. EPA, 2013, Figure 6–37, page 6–259). With respect to respiratory mortality, summer-only analyses were consistently positive and most were statistically significant. All-year analyses had more mixed results, but most were positive.

Of the studies evaluated, only two studies analyzed the potential for copollutant confounding of the $O_3$-respiratory mortality relationship (Katsouyanni et al., (2009); Stafoggia et al., (2010). Based on the results of these analyses, the $O_3$ respiratory mortality risk estimates appear to be moderately to substantially sensitive (*e.g.*, increased or attenuated) to inclusion of $PM_{10}$. However, in the APHENA study (Katsouyanni et al., 2009), the mostly every-6th-day sampling schedule for $PM_{10}$ in the Canadian and U.S. datasets greatly reduced their sample size and limits the interpretation of these results (U.S. EPA, 2013, sections 6.2.8 and 6.2.9).

The evidence for associations between short-term $O_3$ concentrations and respiratory mortality has been strengthened since the last review, with the addition of several large multicity studies. The biological plausibility of the associations reported in these studies is supported by the experimental evidence for respiratory effects.

ii. Respiratory Effects—Long-Term Exposure

Since the last review, the body of evidence indicating the occurrence of respiratory effects due to long-term $O_3$ exposure has been strengthened. This evidence is discussed in detail in the ISA (U.S. EPA, 2013, Chapter 7) and summarized below for new-onset asthma and asthma prevalence, asthma hospital admissions, pulmonary structure and function, and respiratory mortality.

Asthma is a heterogeneous disease with a high degree of temporal variability. The onset, progression, and symptoms can vary within an individual's lifetime, and the course of asthma may vary markedly in young children, older children, adolescents, and adults. In the previous review, longitudinal cohort studies that examined associations between long-term $O_3$ exposures and the onset of asthma in adults and children indicated

a direct effect of long-term $O_3$ exposures on asthma risk in adults and effect modification by $O_3$ in children. Since then, additional studies have evaluated associations with new onset asthma, further informing our understanding of the potential gene-environment interactions, mechanisms, and biological pathways associated with incident asthma.

In children, the relationship between long-term $O_3$ exposure and new-onset asthma has been extensively studied in the Children's Health Study (CHS), a long-term study that was initiated in the early 1990's which has evaluated effects in several cohorts of children. For this review, recent studies from the CHS provide evidence for gene-environment interactions in effects on new-onset asthma by indicating that the lower risks associated with specific genetic variants are found in children who live in lower $O_3$ communities. Described in detail in the proposal (79 FR 75259) and in the ISA (U.S. EPA, 2013, section 7.2.1), these studies indicate that the risk for new-onset asthma is related in part to genetic susceptibility, as well as behavioral factors and environmental exposure. Cross-sectional studies by Akinbami et al. (2010) and Hwang et al. (2005) provide further evidence relating $O_3$ exposures with asthma prevalence. Gene-environment interactions are discussed in detail in Section 5.4.2.1 in the ISA (U.S. EPA, 2013).

In the 2006 AQCD (U.S. EPA, 2006a), studies on $O_3$-related hospital discharges and emergency department visits for asthma and respiratory disease mainly looked at short-term (daily) metrics. Recent studies continue to indicate that there is evidence for increases in both hospital admissions and emergency department visits in children and adults related to all respiratory outcomes, including asthma, with stronger associations in the warm months.

In the 2006 AQCD (U.S. EPA, 2006a), few epidemiologic studies had investigated the effect of chronic $O_3$ exposure on pulmonary function. As discussed in the proposal, epidemiologic studies of long-term exposures in both children and adults provide mixed results about the effects of long-term $O_3$ exposure on pulmonary function and the growth rate of lung function.

Long-term studies in animals allow for greater insight into the potential effects of prolonged exposure to $O_3$ that may not be easily measured in humans, such as structural changes in the respiratory tract. Despite uncertainties, epidemiologic studies observing associations of $O_3$ exposure with

functional changes in humans can attain biological plausibility in conjunction with long-term toxicological studies, particularly $O_3$-inhalation studies performed in non-human primates whose respiratory systems most closely resemble that of the human. An important series of studies, discussed in section 7.2.3.2 of the ISA (U.S. EPA, 2013), have used nonhuman primates to examine the effect of $O_3$ alone, or in combination with an inhaled allergen, house dust mite antigen, on morphology and lung function. Animals exhibit the hallmarks of allergic asthma defined for humans (NHLBI, 2007). These studies and others have demonstrated changes in pulmonary function and airway morphology in adult and infant nonhuman primates repeatedly exposed to environmentally relevant concentrations of $O_3$ (U.S. EPA, 2013, section 7.2.3.2). As discussed in more detail in the proposal, the studies provide evidence of an $O_3$-induced change in airway resistance and responsiveness and provide biological plausibility of long-term exposure, or repeated short-term exposures, to $O_3$ contributing to the effects of asthma in children.

Collectively, evidence from animal studies strongly suggests that chronic $O_3$ exposure is capable of damaging the distal airways and proximal alveoli, resulting in lung tissue remodeling and leading to apparent irreversible changes. Potentially, persistent inflammation and interstitial remodeling play an important role in the progression and development of chronic lung disease. Further discussion of the modes of action that lead to $O_3$-induced morphological changes and the mechanisms involved in lifestage susceptibility and developmental effects can be found in the ISA (U.S. EPA, 2013, section 5.3.7, section 5.4.2.4). The findings reported in chronic animal studies offer insight into potential biological mechanisms for the suggested association between seasonal $O_3$ exposure and reduced lung function development in children as observed in epidemiologic studies (U.S. EPA, 2013, section 7.2.3.1). Further research could help fill in the gaps in our understanding of the mechanisms involved in lifestage susceptibility and developmental effects in children of seasonal or long-term exposure to $O_3$.

A limited number of epidemiologic studies have assessed the relationship between long-term exposure to $O_3$ and mortality in adults. The 2006 AQCD concluded that an insufficient amount of evidence existed "to suggest a causal relationship between chronic $O_3$ exposure and increased risk for

mortality in humans'' (U.S. EPA, 2006a). Though total and cardio-pulmonary mortality were considered in these studies, respiratory mortality was not specifically considered.

In a recent follow-up analysis of the American Cancer Society cohort (Jerrett et al., 2009), cardiopulmonary deaths were separately subdivided into respiratory and cardiovascular deaths, rather than combined as in the Pope et al. (2002) work. Increased $O_3$ exposure was associated with the risk of death from respiratory causes, and this effect was robust to the inclusion of $PM_{2.5}$. Additionally, a recent multicity time series study (Zanobetti and Schwartz, 2011), which followed (from 1985 to 2006) four cohorts of Medicare enrollees with chronic conditions that might predispose to $O_3$-related effects, observed an association between long-term (warm season) exposure to $O_3$ and elevated risk of mortality in the cohort that had previously experienced an emergency hospital admission due to chronic obstructive pulmonary disease (COPD). A key limitation of this study is the inability to control for $PM_{2.5}$, because data were not available in these cities until 1999.

iii. Cardiovascular Effects—Short-Term Exposure

A relatively small number of studies have examined the potential effect of short-term $O_3$ exposure on the cardiovascular system. The 2006 AQCD (U.S. EPA, 2006a, p. 8–77) concluded that "$O_3$ directly and/or indirectly contributes to cardiovascular-related morbidity,'' but added that the body of evidence was limited. This conclusion was based on a controlled human exposure study that included hypertensive adult males; a few epidemiologic studies of physiologic effects, heart rate variability, arrhythmias, myocardial infarctions, and hospital admissions; and toxicological studies of heart rate, heart rhythm, and blood pressure.

More recently, the body of scientific evidence available that has examined the effect of $O_3$ on the cardiovascular system has expanded. There is an emerging body of animal toxicological evidence demonstrating that short-term exposure to $O_3$ can lead to autonomic nervous system alterations (in heart rate and/or heart rate variability) and suggesting that proinflammatory signals may mediate cardiovascular effects. Interactions of $O_3$ with respiratory tract components result in secondary oxidation product formation and subsequent production of inflammatory mediators, which have the potential to penetrate the epithelial barrier and to

initiate toxic effects systemically. In addition, animal toxicological studies of long-term exposure to $O_3$ provide evidence of enhanced atherosclerosis and ischemia/reperfusion (I/R) injury, corresponding with development of a systemic oxidative, proinflammatory environment. Recent experimental and epidemiological studies have investigated $O_3$-related cardiovascular events and are summarized in the ISA (U.S. EPA, 2013, section 6.3).

Controlled human exposure studies discussed in previous reviews have not demonstrated any consistent extrapulmonary effects. In this review, evidence from controlled human exposure studies suggests cardiovascular effects in response to short-term $O_3$ exposure (U.S. EPA, 2013, section 6.3.1) and provides some coherence with evidence from animal toxicology studies. Controlled human exposure studies also support the animal toxicological studies by demonstrating $O_3$-induced effects on blood biomarkers of systemic inflammation and oxidative stress, as well as changes in biomarkers that can indicate the potential for increased clotting following $O_3$ exposures. Increases and decreases in high frequency heart rate variability (HRV) have been reported. These changes in cardiac function observed in animal and human studies provide preliminary evidence for $O_3$-induced modulation of the autonomic nervous system through the activation of neural reflexes in the lung (U.S. EPA, 2013, section 5.3.2).

Overall, the ISA concludes that the available body of epidemiologic evidence examining the relationship between short-term exposures to $O_3$ concentrations and cardiovascular morbidity is inconsistent (U.S. EPA, 2013, section 6.3.2.9).

Despite the inconsistent evidence for an association between $O_3$ concentration and cardiovascular disease (CVD) morbidity, mortality studies indicate a consistent positive association between short-term $O_3$ exposure and cardiovascular mortality in multicity studies and in a multi-continent study. When examining mortality due to CVD, epidemiologic studies consistently observe positive associations with short-term exposure to $O_3$. Additionally, there is some evidence for an association between long-term exposure to $O_3$ and mortality, although the association between long-term ambient $O_3$ concentrations and cardiovascular mortality can be confounded by other pollutants (U.S. EPA, 2013). The ISA (U.S. EPA, 2013, section 6.3.4) states that taken together, the overall body of evidence across the animal and human

studies is sufficient to conclude that there is likely to be a causal relationship between relevant short-term exposures to $O_3$ and cardiovascular system effects.

iv. Premature Mortality—Short-Term Exposure

The 2006 AQCD concluded that the overall body of evidence was highly suggestive that short-term exposure to $O_3$ directly or indirectly contributes to nonaccidental and cardiopulmonary-related mortality in adults, but additional research was needed to more fully establish underlying mechanisms by which such effects occur (U.S. EPA, 2006a; U.S. EPA, 2013, p. 2–18). In building on the evidence for mortality from the last review, the ISA states (U.S. EPA, 2013, p. 6–261):

The evaluation of new multicity studies that examined the association between short-term $O_3$ exposures and mortality found evidence that supports the conclusions of the 2006 AQCD. These new studies reported consistent positive associations between short-term $O_3$ exposure and all-cause (nonaccidental) mortality, with associations persisting or increasing in magnitude during the warm season, and provide additional support for associations between $O_3$ exposure and cardiovascular and respiratory mortality.

The 2006 AQCD reviewed a large number of time-series studies of associations between short-term $O_3$ exposures and total mortality including single- and multicity studies, and meta-analyses. Available studies reported some evidence for heterogeneity in $O_3$ mortality risk estimates across cities and across studies. Studies that conducted seasonal analyses reported larger $O_3$ mortality risk estimates during the warm or summer season. Overall, the 2006 AQCD identified robust associations between various measures of daily ambient $O_3$ concentrations and all-cause mortality, which could not be readily explained by confounding due to time, weather, or copollutants. With regard to cause-specific mortality, consistent positive associations were reported between short-term $O_3$ exposure and cardiovascular mortality, with less consistent evidence for associations with respiratory mortality. The majority of the evidence for associations between $O_3$ and cause-specific mortality were from single-city studies, which had small daily mortality counts and subsequently limited statistical power to detect associations. The 2006 AQCD concluded that "the overall body of evidence is highly suggestive that $O_3$ directly or indirectly contributes to nonaccidental and cardiopulmonary-related mortality'' (U.S. EPA, 2013, section 6.6.1).

Recent studies have strengthened the body of evidence that supports the association between short-term $O_3$ concentrations and mortality in adults. This evidence includes a number of studies reporting associations with nonaccidental as well as cause-specific mortality. Multi-continent and multicity studies have consistently reported positive and statistically significant associations between short-term $O_3$ concentrations and all-cause mortality, with evidence for larger mortality risk estimates during the warm or summer months (79 FR 75262; U.S. EPA, 2013 Figure 6–27; Table 6–42). Similarly, evaluations of cause-specific mortality have reported consistently positive associations with $O_3$, particularly in analyses restricted to the warm season (79 FR 75262; U.S. EPA, 2013 Fig. 6–37; Table 6–53).

In the previous review, multiple uncertainties remained regarding the relationship between short-term $O_3$ concentrations and mortality, including the extent of residual confounding by copollutants; characterization of the factors that modify the $O_3$-mortality association; the appropriate lag structure for identifying $O_3$-mortality effects; and the shape of the $O_3$-mortality concentration-response function and whether a threshold exists. Many of the studies, published since the last review, have attempted to address one or more of these uncertainties and are described in more detail in the proposal (79 FR 75262 and in the ISA (U.S. EPA, 2013, section 6.6.2).

In particular, recent studies have evaluated different statistical approaches to examine the shape of the $O_3$-mortality concentration-response relationship and to evaluate whether a threshold exists for $O_3$-related mortality. These studies are detailed in the proposal (79 FR 75262) and in the ISA (U.S. EPA, 2013, p. 2–32). The ISA reaches the following overall conclusions that the epidemiologic studies identified in the ISA indicated a generally linear C–R function with no indication of a threshold but that there is a lack of data at lower $O_3$ concentrations and therefore, less certainty in the shape of the C–R curve at the lower end of the distribution (U.S. EPA, 2013, p. 2–32).

c. Adversity of Effects

In making judgments as to when various $O_3$-related effects become regarded as adverse to the health of individuals, in previous NAAQS reviews, the EPA has relied upon the guidelines published by the ATS and the advice of CASAC. In 2000, the ATS published an official statement on

"What Constitutes an Adverse Health Effect of Air Pollution?" (ATS, 2000a), which updated and built upon its earlier guidance (ATS, 1985). The earlier guidance defined adverse respiratory health effects as "medically significant physiologic changes generally evidenced by one or more of the following: (1) Interference with the normal activity of the affected person or persons, (2) episodic respiratory illness, (3) incapacitating illness, (4) permanent respiratory injury, and/or (5) progressive respiratory dysfunction," while recognizing that perceptions of "medical significance" and "normal activity" may differ among physicians, lung physiologists and experimental subjects (ATS, 1985). The more recent guidance concludes that transient, reversible loss of lung function in combination with respiratory symptoms should be considered adverse.[33] However, the committee also recommended "that a small, transient loss of lung function, by itself, should not automatically be designated as adverse" (ATS, 2000a, p. 670).

There is also a more specific consideration of population risk in the 2000 guidance. Specifically, the committee considered that a shift in the risk factor distribution, and hence the risk profile of the exposed population, should be considered adverse, even in the absence of the immediate occurrence of frank illness (ATS, 2000a, p. 668). For example, a population of asthmatics could have a distribution of lung function such that no individual has a level associated with clinically important impairment. Exposure to air pollution could shift the distribution to lower levels of lung function that still do not bring any individual to a level that is associated with clinically relevant effects. However, this would be considered to be adverse because individuals within the population would already have diminished reserve function, and therefore would be at increased risk to further environmental insult (ATS, 2000a, p. 668).

The ATS also concluded in its guidance that elevations of biomarkers such as cell numbers and types, cytokines, and reactive oxygen species may signal risk for ongoing injury and more serious effects or may simply represent transient responses, illustrating the lack of clear boundaries that separate adverse from nonadverse events. More subtle health outcomes also may be connected mechanistically

to health effects that are clearly adverse, so that small changes in physiological measures may not appear clearly adverse when considered alone, but may be part of a coherent and biologically plausible chain of related health outcomes that include responses that are clearly adverse, such as mortality (U.S. EPA, 2014c, section 3.1.2.1).

Application of the ATS guidelines to the least serious category of effects[34] related to ambient $O_3$ exposures, which are also the most numerous and, therefore, are also important from a public health perspective, involves judgments about which medical experts on CASAC panels and public commenters have in the past expressed diverse views. To help frame such judgments, in past reviews, the EPA has defined gradations of individual functional responses (e.g., decrements in $FEV_1$ and airway responsiveness) and symptomatic responses (e.g., cough, chest pain, wheeze), together with judgments as to the potential impact on individuals experiencing varying degrees of severity of these responses. These gradations were used by the EPA in the 1997 $O_3$ NAAQS review and slightly revised in the 2008 review (U.S. EPA, 1996b, p. 59; U.S. EPA, 2007, p. 3–72; 72 FR 37849, July 11, 2007). These gradations and impacts are summarized in Tables 3–2 and 3–3 in the 2007 $O_3$ Staff Paper (U.S. EPA, 2007, pp. 3–74 to 3–75).

For the purpose of estimating potentially adverse lung function decrements in active healthy people, the CASAC panel in the 2008 $O_3$ review indicated that a focus on the mid to upper end of the range of moderate levels of functional responses is most appropriate (e.g., $FEV_1$ decrements ≥15% but <20%) (Henderson, 2006; U.S. EPA, 2007, p. 3–76). In this review, CASAC reiterated that the "[e]stimation of $FEV_1$ decrements of ≥15% is appropriate as a scientifically relevant surrogate for adverse health outcomes in active healthy adults" (Frey, 2014c, p. 3).

For the purpose of estimating potentially adverse lung function decrements in people with lung disease, the CASAC panel in the 2008 $O_3$ NAAQS review indicated that a focus on the lower end of the range of moderate levels of functional responses is most appropriate (e.g., $FEV_1$ decrements ≥10%) (Henderson, 2006; U.S. EPA, 2007, p. 3–76). In their letter

[33] "In drawing the distinction between adverse and nonadverse reversible effects, this committee recommended that reversible loss of lung function in combination with the presence of symptoms should be considered as adverse" (ATS, 2000a).

[34] These include, for example, the transient and reversible effects demonstrated in controlled human exposure studies, such as lung function decrements or respiratory symptoms.

BLM_0047320

**65310** **Federal Register** / Vol. 80, No. 206 / Monday, October 26, 2015 / Rules and Regulations

advising the Administrator on the reconsideration of the 2008 final decision, CASAC stated that "[a] 10% decrement in $FEV_1$ can lead to respiratory symptoms, especially in individuals with pre-existing pulmonary or cardiac disease. For example, people with chronic obstructive pulmonary disease have decreased ventilatory reserve (i.e., decreased baseline $FEV_1$) such that a ≥ 10% decrement could lead to moderate to severe respiratory symptoms" (Samet, 2011). In this review, CASAC provided similar advice, stating that "[a]n $FEV_1$ decrement of ≥ 10% is a scientifically relevant surrogate for adverse health outcomes for people with asthma and lung disease", and that such decrements "could be adverse for people with lung disease" (Frey, 2014c, pp. 3, 7).

In judging the extent to which these impacts represent effects that should be regarded as adverse to the health status of individuals, in previous NAAQS reviews, the EPA has also considered whether effects were experienced repeatedly during the course of a year or only on a single occasion (U.S. EPA, 2007). While some experts would judge single occurrences of moderate responses to be a "nuisance," especially for healthy individuals, a more general consensus view of the adversity of such moderate responses emerges as the frequency of occurrence increases. In particular, not every estimated occurrence of an $O_3$-induced $FEV_1$ decrement will be adverse.[35] However, repeated occurrences of moderate responses, even in otherwise healthy individuals, may be considered to be adverse since they could set the stage for more serious illness (61 FR 65723). The CASAC panel in the 1997 NAAQS review expressed a consensus view that these "criteria for the determination of an adverse physiological response were reasonable" (Wolff, 1995). In the review completed in 2008, as in the current review (II.B, II.C below), estimates of repeated occurrences continued to be an important public health policy factor in judging the adversity of moderate lung function decrements in healthy and asthmatic people (72 FR 37850, July 11, 2007).

### d. Ozone-Related Impacts on Public Health

The currently available evidence expands the understanding of populations that were identified to be at greater risk of $O_3$-related health effects

at the time of the last review (i.e., people who are active outdoors, people with lung disease, children and older adults and people with increased responsiveness to $O_3$) and supports the identification of additional factors that may lead to increased exposure (U.S. EPA, 2006a, section 6.3; U.S. EPA, 2013, Chapter 8). Populations and lifestages may be at greater risk for $O_3$-related health effects due to factors that contribute to their susceptibility and/or vulnerability to $O_3$. The definitions of susceptibility and vulnerability have been found to vary across studies, but in most instances "susceptibility" refers to biological or intrinsic factors (e.g., lifestage, sex, preexisting disease/ conditions) while "vulnerability" refers to non-biological or extrinsic factors (e.g., socioeconomic status [SES]) (U.S. EPA, 2013, p. 8–1; U.S. EPA, 2010, 2009b). In some cases, the terms "at-risk" and "sensitive" have been used to encompass these concepts more generally. In the ISA, PA, and proposal, "at-risk" is the all-encompassing term used to define groups with specific factors that increase their risk of $O_3$-related health effects.

There are multiple avenues by which groups may experience increased risk for $O_3$-induced health effects. A population or lifestage[36] may exhibit greater effects than other populations or lifestages exposed to the same concentration or dose, or they may be at greater risk due to increased exposure to an air pollutant (e.g., time spent outdoors). A group with intrinsically increased risk would have some factor(s) that increases risk through a biological mechanism and, in general, would have a steeper concentration-risk relationship, compared to those not in the group. Factors that are often considered intrinsic include pre-existing asthma, genetic background, and lifestage. A group of people could also have extrinsically increased risk, which would be through an external, non-biological factor, such as socioeconomic status (SES) and diet. Some groups are at risk of increased internal dose at a given exposure concentration, for example, because of breathing patterns. This category would include people who work or exercise outdoors. Finally, there are those who might be placed at increased risk for experiencing greater exposures by being exposed to higher $O_3$ concentrations. This would include, for example, groups of people with greater exposure

to ambient $O_3$ due to less availability or use of home air conditioners such that they are more likely to be in locations with open windows on high $O_3$ days. Some groups may be at increased risk of $O_3$-related health effects through a combination of factors. For example, children tend to spend more time outdoors when $O_3$ levels are high, and at higher levels of activity than adults, which leads to increased exposure and dose, and they also have biological, or intrinsic, risk factors (e.g., their lungs are still developing) (U.S. EPA, 2013, Chapter 8). An at-risk population or lifestage is more likely to experience adverse health effects related to $O_3$ exposures and/or, develop more severe effects from exposure than the general population. The populations and lifestages identified by the ISA (U.S. EPA, 2013, section 8.5) identified that have "adequate" evidence for increased $O_3$-related health effects are people with certain genotypes, people with asthma, younger and older age groups, people with reduced intake of certain nutrients, and outdoor workers. These at-risk populations and lifestages are described in more detail in section II.B.4 of the proposal (79 FR 75264–269).

One consideration in the assessment of potential public health impacts is the size of various population groups for which there is adequate evidence of increased risk for health effects associated with $O_3$-related air pollution exposure (U.S. EPA, 2014c, section 3.1.5.2). The factors for which the ISA judged the evidence to be "adequate" with respect to contributing to increased risk of $O_3$-related effects among various populations and lifestages included: Asthma; childhood and older adulthood; diets lower in vitamins C and E; certain genetic variants; and working outdoors (U.S. EPA, 2013, section 8.5). No statistics are available to estimate the size of an at-risk population based on nutritional status or genetic variability.

With regard to asthma, Table 3–7 in the PA (U.S. EPA, 2014c, section 3.1.5.2) summarizes information on the prevalence of current asthma by age in the U.S. adult population in 2010 (Schiller et al. 2012; children—Bloom et al., 2011). Individuals with current asthma constitute a fairly large proportion of the population, including more than 25 million people. Asthma prevalence tends to be higher in children than adults. Within the U.S., approximately 8.2% of adults have reported currently having asthma (Schiller et al., 2012) and 9.5% of

---

[35] As noted above, the ATS recommended "that a small, transient loss of lung function, by itself, should not automatically be designated as adverse" (ATS, 2000a, p. 670).

[36] Lifestages, which in this case includes childhood and older adulthood, are experienced by most people over the course of a lifetime, unlike other factors associated with at-risk populations.

children have reported currently having asthma (Bloom et al., 2011).[37]

With regard to lifestages, based on U.S. census data from 2010 (Howden and Meyer, 2011), about 74 million people, or 24% of the U.S. population, are under 18 years of age and more than 40 million people, or about 13% of the U.S. population, are 65 years of age or older. Hence, a large proportion of the U.S. population (*i.e.*, more than a third) is included in age groups that are considered likely to be at increased risk for health effects from ambient $O_3$ exposure.

With regard to outdoor workers, in 2010, approximately 11.7% of the total number of people (143 million people) employed, or about 16.8 million people, worked outdoors one or more days per week (based on worker surveys).[38] Of these, approximately 7.4% of the workforce, or about 7.8 million people, worked outdoors three or more days per week.

While it is difficult to estimate the total number of people in groups that are at greater risk from exposure to $O_3$, due to the overlap in members of the different at-risk population groups, the proportion of the total population at greater risk is large. The size of the at-risk population combined with the estimates of risk of different health outcomes associated with exposure to $O_3$ can give an indication of the magnitude of $O_3$ impacts on public health.

### 2. Overview of Human Exposure and Health Risk Assessments

To put judgments about health effects into a broader public health context, the EPA has developed and applied models to estimate human exposures to $O_3$ and $O_3$-associated health risks. Exposure and risk estimates that are output from such models are presented and assessed in the HREA (U.S. EPA, 2014a). Section II.C of the proposal discusses the quantitative assessments of $O_3$ exposures and $O_3$-related health risks that are presented in the HREA (79 FR

75270). Summaries of these discussions are provided below for the approach used to adjust air quality for quantitative exposure and risk analyses in the HREA (II.A.2.a), the HREA assessment of exposures to ambient $O_3$ (II.A.2.b), and the HREA assessments of $O_3$-related health risks (II.A.2.c).

#### a. Air Quality Adjustment

As discussed in section II.C.1 of the proposal (79 FR 75270), the HREA uses a photochemical model to estimate sensitivities of $O_3$ to changes in precursor emissions in order to estimate ambient $O_3$ concentrations that would just meet the current and alternative standards (U.S. EPA, 2014a, Chapter 4).[39] For the 15 urban study areas evaluated in the HREA,[40] this model-based adjustment approach estimates hourly $O_3$ concentrations at each monitor location when modeled U.S. anthropogenic precursor emissions (*i.e.*, $NO_X$, VOC)[41] are reduced. The HREA estimates air quality that just meets the current and alternative standards for the 2006–2008 and 2008–2010 periods.[42]

As discussed in Chapter 4 of the HREA (U.S. EPA, 2014a), this approach to adjusting air quality models the physical and chemical atmospheric processes that influence ambient $O_3$ concentrations. Compared to the quadratic rollback approach used in previous reviews, it provides more realistic estimates of the spatial and temporal responses of $O_3$ to reductions in precursor emissions. Because ambient $NO_X$ can contribute both to the formation and destruction of $O_3$ (U.S. EPA, 2014a, Chapter 4), the response of ambient $O_3$ concentrations to reductions in $NO_X$ emissions is more variable than

indicated by the quadratic rollback approach. This improved approach to adjusting $O_3$ air quality is consistent with recommendations from the National Research Council of the National Academies (NRC, 2008). In addition, CASAC strongly supported the new approach as an improvement and endorsed the way it was utilized in the HREA, stating that "the quadratic rollback approach has been replaced by a scientifically more valid Higher-order Decoupled Direct Method (HDDM)" and that "[t]he replacement of the quadratic rollback procedure by the HDDM procedure is important and supported by the CASAC" (Frey, 2014a, pp. 1 and 3).

Within urban study areas, the model-based air quality adjustments show reductions in the $O_3$ levels at the upper ends of ambient concentrations and increases in the $O_3$ levels at the lower ends of those distributions (U.S. EPA, 2014a, section 4.3.3.2, Figures 4–9 and 4–10).[43] Seasonal means of daily $O_3$ concentrations generally exhibit only modest changes upon model adjustment, reflecting the seasonal balance between daily decreases in relatively higher concentrations and increases in relatively lower concentrations (U.S. EPA, 2014a, Figures 4–9 and 4–10). The resulting compression in the seasonal distributions of ambient $O_3$ concentrations is evident in all of the urban study areas evaluated, though the degree of compression varies considerably across areas (U.S. EPA, 2014a, Figures 4–9 and 4–10).

As discussed in the PA (U.S. EPA, 2014c, section 3.2.1), adjusted patterns of $O_3$ air quality have important implications for exposure and risk estimates in urban case study areas. Estimates influenced largely by the upper ends of the distribution of ambient concentrations (*i.e.*, exposures of concern and lung function risk estimates, as discussed in sections 3.2.2 and 3.2.3.1 of the PA) will decrease with model-adjustment to the current and alternative standards. In contrast, seasonal risk estimates influenced by the full distribution of ambient $O_3$ concentrations (*i.e.*, epidemiology-based risk estimates, as discussed in section 3.2.3.2 of the PA) either increase or decrease in response to air quality adjustment, depending on the balance between the daily decreases in high $O_3$

---

[37] As noted below (II.C.3.a.ii), asthmatics can experience larger $O_3$-induced respiratory effects than non-asthmatic, healthy adults. The responsiveness of asthmatics to $O_3$ exposures could depend on factors that have not been well-evaluated such as asthma severity, the effectiveness of asthma control, or the prevalence of medication use.

[38] The O*NET program is the nation's primary source of occupational information. Central to the project is the O*NET database, containing information on hundreds of standardized and occupation-specific descriptors. The database, which is available to the public at no cost, is continually updated by surveying a broad range of workers from each occupation. *http://www. onetcenter.org/overview.html. http://www. onetonline.org/find/descriptor/browse/Work_ Context/4.C.2/.*

[39] The HREA uses the Community Multi-scale Air Quality (CMAQ) photochemical model instrumented with the higher order direct decoupled method (HDDM) to estimate $O_3$ concentrations that would occur with the achievement of the current and alternative $O_3$ standards (U.S. EPA, 2014a, Chapter 4).

[40] The urban study areas assessed are Atlanta, Baltimore, Boston, Chicago, Cleveland, Dallas, Denver, Detroit, Houston, Los Angeles, New York, Philadelphia, Sacramento, St. Louis, and Washington, DC.

[41] Exposure and risk analyses for most of the urban study areas focus on reducing U.S. anthropogenic $NO_X$ emissions alone. The exceptions are Chicago and Denver. Exposure and risk analyses for Chicago and Denver are based on reductions in emissions of both $NO_X$ and VOC (U.S. EPA, 2014a, section 4.3.3.1; Appendix 4D).

[42] These estimates thus reflect design values—8 hour values using the form of the NAAQS that meet the level of the current or alternative standards. These simulations are illustrative and do not reflect any consideration of specific control programs designed to achieve the reductions in emissions required to meet the specified standards. Further, these simulations do not represent predictions of when, whether, or how areas might meet the specified standards.

[43] It is important to note that sensitivity analyses in the HREA indicate that the increases in low $O_3$ concentrations are smaller when $NO_X$ and VOC emissions are reduced than when only $NO_X$ emissions are reduced (U.S. EPA, 2014a, Appendix 4–D, section 4.7).

BLM_0047322

concentrations and increases in low $O_3$ concentrations.[44]

To evaluate uncertainties in air quality adjustments, the HREA assessed the extent to which the modeled $O_3$ response to reductions in $NO_X$ emissions appropriately represent the trends observed in monitored ambient $O_3$ following actual reductions in $NO_X$ emissions, and the extent to which the $O_3$ response to reductions in precursor emissions could differ with emissions reduction strategies that are different from those used in HREA to generate risk estimates.

To evaluate the first issue, the HREA conducted a national analysis evaluating trends in monitored ambient $O_3$ concentrations during a time period when the U.S. experienced large-scale reductions in $NO_X$ emissions (i.e., 2001 to 2010). Analyses of trends in monitored $O_3$ indicate that over such a time period, the upper end of the distribution of monitored $O_3$ concentrations (i.e., indicated by the 95th percentile) generally decreased in urban and non-urban locations across the U.S. (U.S. EPA, 2014a, Figure 8–29). During this same time period, median $O_3$ concentrations decreased in suburban and rural locations, and in some urban locations. However, median concentrations increased in some large urban centers (U.S. EPA, 2014a, Figure 8–28). As discussed in the HREA, these increases in median concentrations likely reflect the increases in relatively low $O_3$ concentrations that can occur near important sources of $NO_X$ upon reductions in $NO_X$ emissions (U.S. EPA, 2014a, section 8.2.3.1). These patterns of monitored $O_3$ during a period when the U.S. experienced large reductions in $NO_X$ emissions is qualitatively consistent with the modeled responses of $O_3$ to reductions in $NO_X$ emissions.

To evaluate the second issue, the HREA assessed the $O_3$ air quality response to reducing both $NO_X$ and VOC emissions (i.e., in addition to assessing reductions in $NO_X$ emissions alone) for a subset of seven urban study areas. As discussed in the PA (U.S. EPA, 2014c, section 3.2.1), the addition of VOC reductions generally resulted in larger decreases in mid-range $O_3$ concentrations (25th to 75th percentiles) (U.S. EPA, 2014a, Appendix 4D, section 4.7).[45] In addition, in all seven of the

urban study areas evaluated, the increases in low $O_3$ concentrations were smaller for the $NO_X$/VOC scenarios than the $NO_X$ alone scenarios (U.S. EPA, 2014a, Appendix 4D, section 4.7). This was most apparent for Denver, Houston, Los Angeles, New York, and Philadelphia. Given the impacts on total risk estimates of increases in low $O_3$ concentrations (discussed below), these results suggest that in some locations optimized emissions reduction strategies could result in larger reductions in $O_3$-associated mortality and morbidity than indicated by HREA estimates.

b. Exposure Assessment

As discussed in section II.C.2 of the proposal, the $O_3$ exposure assessment presented in the HREA (U.S. EPA, 2014a, Chapter 5) provides estimates of the number and percent of people exposed to various concentrations of ambient $O_3$ while at specified exertion levels. The HREA estimates exposures in the 15 urban study areas for four study groups, all school-age children (ages 5 to 18), asthmatic school-age children, asthmatic adults (ages 19 to 95), and all older adults (ages 65 to 95), reflecting the evidence indicating that these populations are at increased risk for $O_3$-attributable effects (U.S. EPA, 2013, Chapter 8; II.A.1.d, above). An important purpose of these exposure estimates is to provide perspective on the extent to which air quality adjusted to just meet the current $O_3$ NAAQS could be associated with exposures to $O_3$ concentrations reported to result in respiratory effects.[46] These analyses of exposure assessment incorporate behavior patterns, including estimates of physical exertion, which are critical in assessing whether ambient concentrations of $O_3$ may pose a public health risk.[47] In particular, exposures to

ambient or near-ambient $O_3$ concentrations have only been shown to result in potentially adverse effects if the ventilation rates of people in the exposed populations are raised to a sufficient degree (e.g., through physical exertion) (U.S. EPA, 2013, section 6.2.1.1). Estimates of such "exposures of concern" provide perspective on the potential public health impacts of $O_3$-related effects, including effects that cannot currently be evaluated in a quantitative risk assessment.[48]

The HREA estimates 8-hour exposures at or above benchmark concentrations of 60, 70, and 80 ppb for individuals engaged in moderate or greater exertion (i.e., to approximate conditions in the controlled human exposure studies on which benchmarks are based). Benchmarks reflect exposure concentrations at which $O_3$-induced respiratory effects are known to occur in some healthy adults engaged in moderate, quasi-continuous exertion, based on evidence from controlled human exposure studies (U.S. EPA, 2013, section 6.2; U.S. EPA, 2014c, section 3.1.2.1). The amount of weight to place on the estimates of exposures at or above specific benchmark concentrations depends in part on the weight of the scientific evidence concerning health effects associated with $O_3$ exposures at those benchmark concentrations. It also depends on judgments about the importance, from a public health perspective, of the health effects that are known or can reasonably be inferred to occur as a result of exposures at benchmark concentrations (U.S. EPA, 2014c, sections 3.1.3, 3.1.5).

In considering estimates of $O_3$ exposures of concern at or above benchmarks of 60, 70, and 80 ppb, the PA focuses on modeled exposures for school-age children (ages 5–18), including asthmatic school-age children, which are key at-risk populations identified in the ISA (U.S. EPA, 2014c, section 3.1.5). The percentages of children estimated to experience exposures of concern are considerably larger than the percentages estimated for adult populations (i.e., approximately 3-fold larger across urban

---

[44] In addition, because epidemiology-based risk estimates use "area-wide" average $O_3$ concentrations, calculated by averaging concentrations across multiple monitors in urban case study areas (section 3.2.3.2 below), risk estimates on a given day depend on the daily balance between increasing and decreasing $O_3$ concentrations at individual monitors.

[45] This was the case for all of the urban study areas evaluated, with the exception of New York

[46] In addition, the range of modeled personal exposures to ambient $O_3$ provide an essential input to the portion of the health risk assessment based on exposure-response functions (for lung function decrements) from controlled human exposure studies. The health risk assessment based on exposure-response information is discussed below (II.C.3).

[47] See 79 FR 75269 "The activity pattern of individuals is an important determinant of their exposure. Variation in $O_3$ concentrations among various microenvironments means that the amount of time spent in each location, as well as the level

(U.S. EPA, 2014a, Appendix 4–D, section 4.7). In this analysis, emissions of $NO_X$ and VOC were reduced by equal percentages, a scenario not likely to reflect the optimal combination for reducing risks. In most of the urban study areas the inclusion of VOC emissions reductions did not alter the $NO_X$ emissions reductions required to meet the current or alternative standards. The exceptions are Chicago and Denver, for which the HREA risk estimates are based on reductions in both $NO_X$ and VOC (U.S. EPA, 2014a, section 4.3.3.1).

of activity, will influence an individual's exposure to ambient $O_3$. Activity patterns vary both among and within individuals, resulting in corresponding variations in exposure across a population and over time" (internal citations omitted).

[48] In this review, the term "exposure of concern" is defined as a personal exposure, while at moderate or greater exertion, to 8-hour average ambient $O_3$ concentrations at and above specific benchmarks levels. As discussed below, these benchmark levels represent exposure concentrations at which $O_3$-induced health effects are known to occur, or can reasonably be anticipated to occur, in some individuals.

study areas) [49] (U.S. EPA, 2014a, section 5.3.2 and Figures 5–5 to 5–8). The larger exposure estimates for children are due primarily to the larger percentage of children estimated to spend an extended period of time being physically active outdoors when $O_3$ concentrations are elevated (U.S. EPA, 2014a, sections 5.3.2 and 5.4.1).

Although exposure estimates differ between children and adults, the patterns of results across the urban study areas and years are similar among all of the populations evaluated (U.S. EPA, 2014a, Figures 5–5 to 5–8). Therefore, while the PA highlights estimates in children, including asthmatic school-age children, it also

notes that the patterns of exposures estimated for children represent the patterns estimated for adult asthmatics and older adults.

Table 1 of the proposal (79 FR 75272 to 75273) summarizes key results from the exposure assessment. This table is reprinted below.

TABLE 1—SUMMARY OF ESTIMATED EXPOSURES OF CONCERN IN ALL SCHOOL-AGE CHILDREN FOR THE CURRENT AND ALTERNATIVE $O_3$ STANDARDS IN URBAN STUDY AREAS

| Benchmark concentration | Standard level (ppb) | Average % children exposed [50] | Average number of children exposed [average number of asthmatic children] [51] | % Children—worst year and worst area |
|---|---|---|---|---|
| **One or more exposures of concern per season** | | | | |
| ≥ 80 ppb ........................... | 75 | 0–0.3 (0.1) | 27,000 [3,000] | 1.1 |
| | 70 | 0–0.1 (0) | 3,700 [300] | 0.2 |
| | 65 | 0 (0) | 300 [0] | 0 |
| | 60 | 0 (0) | 100 [52] [0] | 0 |
| ≥ 70 ppb ........................... | 75 | 0.6–3.3 (1.9) | 362,000 [40,000] | 8.1 |
| | 70 | 0.1–1.2 (0.5) | 94,000 [10,000] | 3.2 |
| | 65 | 0–0.2 (0.1) | 14,000 [2,000] | 0.5 |
| | 60 | 0 (0) | 1,400 [200] | 0.1 |
| ≥ 60 ppb ........................... | 75 | 9.5–17 (12.2) | 2,316,000 [246,000] | 25.8 |
| | 70 | 3.3–10.2 (6.2) | 1,176,000 [126,000] | 18.9 |
| | 65 | 0–4.2 (2.1) | 392,000 [42,000] | 9.5 |
| | 60 | 0–1.2 (0.4) | 70,000 [8,000] | 2.2 |
| **Two or more exposures of concern per season** | | | | |
| ≥ 80 ppb ........................... | 75 | 0 (0) | 600 [100] | 0.1 |
| | 70 | 0 (0) | 0 [0] | 0 |
| | 65 | 0 (0) | 0 [0] | 0 |
| | 60 | 0 (0) | 0 [0] | 0 |
| ≥ 70 ppb ........................... | 75 | 0.1–0.6 (0.2) | 46,000 [5,000] | 2.2 |
| | 70 | 0–0.1 (0) | 5,400 [600] | 0.4 |
| | 65 | 0 (0) | 300 [100] | 0 |
| | 60 | 0 (0) | 0 [0] | 0 |
| ≥ 60 ppb ........................... | 75 | 3.1–7.6 (4.5) | 865,000 [93,000] | 14.4 |
| | 70 | 0.5–3.5 (1.7) | 320,000 [35,000] | 9.2 |
| | 65 | 0–0.8 (0.3) | 67,000 [7,500] | 2.8 |
| | 60 | 0–0.2 (0) | 5,100 [700] | 0.3 |

Uncertainties in exposure estimates are summarized in section II.C.2.b of the proposal (79 FR 75273). For example, due to variability in responsiveness, only a subset of individuals who experience exposures at or above a benchmark concentration can be expected to experience health effects.[53] In addition, not all of these effects will

be adverse. Given the lack of sufficient exposure-response information for most of the health effects that informed benchmark concentrations, estimates of the number of people likely to experience exposures at or above benchmark concentrations generally cannot be translated into quantitative estimates of the number of people likely

to experience specific health effects.[54] The PA views health-relevant exposures as a continuum with greater confidence and less uncertainty about the existence of adverse health effects at higher $O_3$ exposure concentrations, and less confidence and greater uncertainty as one considers lower exposure concentrations (e.g., U.S. EPA, 2014c,

---

[49] HREA exposure estimates for all children and asthmatic children are virtually indistinguishable, in terms of the percent estimated to experience exposures of concern (U.S. EPA, 2014a, Chapter 5). Consistent with this, HREA analyses indicate that activity data for people with asthma is generally similar to non-asthmatic populations (U.S. EPA, 2014a, Appendix 5G, Tables 5G2-to 5G–5).

[50] Estimates for each urban case study area were averaged for the years evaluated in the HREA (2006 to 2010). Ranges reflect the ranges across urban study areas. Estimates smaller than 0.05% were rounded downward to zero (from U.S. EPA, 2014a, Tables 5–11 and 5–12). Numbers in parentheses

reflect averages across urban study areas, as well as over the years evaluated in the HREA.

[51] Numbers of children exposed in each urban case study area were averaged over the years 2006 to 2010. These averages were then summed across urban study areas. Numbers were rounded to nearest thousand unless otherwise indicated. Estimates smaller than 50 were rounded downward to zero (from U.S. EPA, 2014a, Appendix 5F Table 5F–5).

[52] As discussed in section 4.3.3 of the HREA, the model-based air quality adjustment approach used to estimate exposures and lung function decrements associated with the current and alternative standards was unable to estimate the distribution of

ambient $O_3$ concentrations in New York City upon just meeting an alternative standard with a level of 60 ppb. Therefore, for the 60 ppb standard level, the numbers of children and asthmatic children, and the ranges of percentages, reflect all of the urban study areas except New York.

[53] As noted below (II.C.3.a.ii), in the case of asthmatics, responsiveness to $O_3$ could depend on factors that have not been well-evaluated, such as asthma severity, the effectiveness of asthma control, or the prevalence of medication use.

[54] The exception to this is lung function decrements, as discussed below (and in U.S. EPA, 2014c, section 3.2.3.1).

BLM_0047324

sections 3.1 and 4.6). This view draws from the overall body of available health evidence, which indicates that as exposure concentrations increase, the incidence, magnitude, and severity of effects increases.

Another important uncertainty is that there is very limited evidence from controlled human exposure studies, which provided the basis for health benchmark concentrations for both exposures of concern and lung function decrements, related to clinical responses in at-risk populations. Compared to the healthy young adults included in the controlled human exposure studies, members of at-risk populations could be more likely to experience adverse effects, could experience larger and/or more serious effects, and/or could experience effects following exposures to lower O$_3$ concentrations.[55]

There are also uncertainties associated with the exposure modelling. These are described most fully, and their potential impact characterized, in section 5.5.2 of the HREA (U.S. EPA, 2013, pp. 5–72 to 5–79). These include interpretation of activity patterns set forth in diaries which do not typically distinguish the basis for activity patterns and so may reflect averting behavior,[56] and whether the HREA underestimates exposures for groups spending especially large proportion of time being active outdoors during the O$_3$ season (outdoor workers and especially active children).

c. Quantitative Health Risk Assessments

As discussed in section II.C.3 of the proposal (79 FR 75274), for some health endpoints, there is sufficient scientific evidence and information available to support the development of quantitative estimates of O$_3$-related health risks. In the current review, for short-term O$_3$ concentrations, the HREA estimates lung function decrements; respiratory symptoms in asthmatics; hospital admissions and emergency department visits for respiratory causes; and all-cause mortality (U.S. EPA, 2014a). For long-term O$_3$ concentrations, the HREA estimates respiratory mortality (U.S. EPA, 2014a).[57] Estimates of O$_3$-induced lung function decrements are based on exposure modeling using the MSS model (see section II.1.b.i.(1) above, and 79 FR 75250), combined with exposure-response relationships from controlled human exposure studies (U.S. EPA, 2014a, Chapter 6). Estimates of O$_3$-associated respiratory symptoms, hospital admissions and emergency department visits, and mortality are based on concentration-response relationships from epidemiologic studies (U.S. EPA, 2014a, Chapter 7). As with the exposure assessment discussed above, O$_3$-associated health risks are estimated for recent air quality and for ambient concentrations adjusted to just meet the current and alternative O$_3$ standards, based on 2006–2010 air quality and adjusted precursor emissions. The following sections summarize the discussions from the

proposal on the lung function risk assessment (II.A.2.c.i) and the epidemiology-based morbidity and mortality risk assessments (II.A.2.c.ii).

i. Lung Function Risk Assessment

The HREA estimates risks of lung function decrements in school-aged children (ages 5 to 18), asthmatic school-aged children, and the general adult population for the 15 urban study areas. The results presented in the HREA are based on an updated dose-threshold model that estimates FEV$_1$ responses for individuals following short-term exposures to O$_3$ (McDonnell et al., 2012), reflecting methodological improvements since the last review (II.B.2.a.i (1), above; U.S. EPA, 2014a, section 6.2.4). The impact of the dose threshold is that O$_3$-induced FEV$_1$ decrements result primarily from exposures on days with average ambient O$_3$ concentrations above about 40 ppb (U.S. EPA, 2014a, section 6.3.1, Figure 6–9).[58]

Table 2 in the proposal (79 FR 75275), and reprinted below, summarizes key results from the lung function risk assessment. Table 2 presents estimates of the percentages of school-aged children estimated to experience O$_3$-induced FEV$_1$ decrements >10, 15, or 20% when air quality was adjusted to just meet the current and alternative 8-hour O$_3$ standards. Table 2 also presents the numbers of children, including children with asthma, estimated to experience such decrements.

TABLE 2—SUMMARY OF ESTIMATED O$_3$-INDUCED LUNG FUNCTION DECREMENTS FOR THE CURRENT AND POTENTIAL ALTERNATIVE O$_3$ STANDARDS IN URBAN CASE STUDY AREAS

| Lung function decrement | Alternative standard level | Average % children [59] | Number of children (5 to 18 years) [number of asthmatic children] [60] | % Children worst year and area |
|---|---|---|---|---|
| **One or more decrements per season** | | | | |
| ≥10% ................................ | 75 | 14–19 | 3,007,000 [312,000] | 22 |
| | 70 | 11–17 | 2,527,000 [261,000] | 20 |
| | 65 | 3–15 | 1,896,000 [191,000] | 18 |
| | 60 | 5–11 | [61]1,404,000 [139,000] | 13 |
| ≥15% ................................ | 75 | 3–5 | 766,000 [80,000] | 7 |
| | 70 | 2–4 | 562,000 [58,000] | 5 |
| | 65 | 0–3 | 356,000 [36,000] | 4 |
| | 60 | 1–2 | 225,000 [22,000] | 3 |
| ≥20% ................................ | 75 | 1–2 | 285,000 [30,000] | 2.8 |
| | 70 | 1–2 | 189,000 [20,000] | 2.1 |
| | 65 | 0–1 | 106,000 [11,000] | 1.4 |
| | 60 | 0–1 | 57,000 [6,000] | 0.9 |

[55] "The CASAC further notes that clinical studies do not address sensitive subgroups, such as children with asthma, and that there is a scientific basis to anticipate that the adverse effects for such subgroups are likely to be more significant at 60 ppb than for healthy adults" (Frey 2014a, p. 7).

[56] See EPA 2014a pp. 5–53 to 54 describing EPA's sensitivity analysis regarding impacts of potential averting behavior for school-age children on the

exposure and lung function decrement estimate, and see also section B.2.a.i below.

[57] Estimates of O$_3$-associated respiratory mortality are based on the study by Jerrett et al. (2009). This study used seasonal averages of 1-hour daily maximum O$_3$ concentrations to estimate long-term concentrations.

[58] Analysis of this issue in the HREA is based on risk estimates in Los Angeles for 2006 unadjusted air quality. The HREA shows that more than 90% of daily instances of FEV$_1$ decrements ≥10% occur when 8-hr average ambient concentrations are above 40 ppb for this modeled scenario. The HREA notes that the distribution of responses will be different for different study areas, years, and air quality scenarios (U.S. EPA, 2014c, Chapter 6).

BLM_0047325

TABLE 2—SUMMARY OF ESTIMATED $O_3$-INDUCED LUNG FUNCTION DECREMENTS FOR THE CURRENT AND POTENTIAL ALTERNATIVE $O_3$ STANDARDS IN URBAN CASE STUDY AREAS—Continued

| Lung function decrement | Alternative standard level | Average % children [59] | Number of children (5 to 18 years) [number of asthmatic children] [60] | % Children worst year and area |
|---|---|---|---|---|
| **Two or more decrements per season** | | | | |
| ≥10% ......................... | 75 | 7.5–12 | 1,730,000 [179,000] | 14 |
| | 70 | 5.5–11 | 1,414,000 [145,000] | 13 |
| | 65 | 1.3–8.8 | 1,023,000 [102,000] | 11 |
| | 60 | 2.1–6.4 | 741,000 [73,000] | 7.3 |
| ≥15% ......................... | 75 | 1.7–2.9 | 391,000 [40,000] | 3.8 |
| | 70 | 0.9–2.4 | 276,000 [28,000] | 3.1 |
| | 65 | 0.1–1.8 | 168,000 [17,000] | 2.3 |
| | 60 | 0.2–1.0 | 101,000 [10,000] | 1.4 |
| ≥20% ......................... | 75 | 0.5–1.1 | 128,000 [13,000] | 1.5 |
| | 70 | 0.3–0.8 | 81,000 [8,000] | 1.1 |
| | 65 | 0–0.5 | 43,000 [4,000] | 0.8 |
| | 60 | 0–0.2 | 21,000 [2,000] | 0.4 |

Uncertainties in estimates of lung function risks are summarized in section II.C.3.a.ii of the proposal (79 FR 75275). In addition to the uncertainties noted for exposure estimates, an uncertainty which impacts lung function risk estimates stems from the lack of exposure-response information in children. In the near absence of controlled human exposure data for children, risk estimates are based on the assumption that children exhibit the same lung function response following $O_3$ exposures as healthy 18 year olds (*i.e.*, the youngest age for which controlled human exposure data is generally available) (U.S. EPA, 2014a, section 6.5.3). This assumption is justified in part by the findings of McDonnell et al. (1985), who reported that children (8–11 years old) experienced $FEV_1$ responses similar to those observed in adults (18–35 years old) (U.S. EPA, 2014a, p. 3–10). In

addition, as discussed in the ISA (U.S. EPA, 2013, section 6.2.1), summer camp studies of school-aged children reported $O_3$-induced lung function decrements similar in magnitude to those observed in controlled human exposure studies using adults. In extending the risk model to children, the HREA thus fixes the age term in the model at its highest value, the value for age 18. Notwithstanding the information just summarized supporting this approach, EPA acknowledges the uncertainty involved, and notes that the approach could result in either over- or underestimates of $O_3$-induced lung function decrements in children, depending on how children compare to the adults used in controlled human exposure studies (U.S. EPA, 2014a, section 6.5.3).

A related source of uncertainty is that the risk assessment estimates of $O_3$-induced decrements in asthmatics used the exposure-response relationship developed from data collected from healthy individuals. Although the evidence has been mixed (U.S. EPA, 2013, section 6.2.1.1), several studies have reported statistically larger, or a tendency toward larger, $O_3$-induced lung function decrements in asthmatics than in non-asthmatics (Kreit et al., 1989; Horstman et al., 1995; Jorres et al., 1996; Alexis et al., 2000). On this issue, CASAC noted that "[a]sthmatic subjects appear to be at least as sensitive, if not more sensitive, than non-asthmatic subjects in manifesting $O_3$-induced pulmonary function decrements" (Frey, 2014c, p. 4). To the extent asthmatics experience larger $O_3$-induced lung function decrements than the healthy adults used to develop exposure-response relationships, the HREA could underestimate the impacts of $O_3$ exposures on lung function in

asthmatics, including asthmatic children. The implications of this uncertainty for risk estimates remain unknown at this time (U.S. EPA, 2014a, section 6.5.4), and could depend on a variety of factors that have not been well-evaluated, including the severity of asthma and the prevalence of medication use. However, the available evidence shows responses to $O_3$ increase with severity of asthma (Horstman et al., 1995) and corticosteroid usage does not prevent $O_3$ effects on lung function decrements or respiratory symptoms in people with asthma (Vagaggini et al., 2001, 2007).

ii. Mortality and Morbidity Risk Assessments

As discussed in section II.C.3.b of the proposal (79 FR 75276), the HREA estimates $O_3$-associated risks in 12 urban study areas [62] using concentration-response relationships drawn from epidemiologic studies. These concentration-response relationships are based on "area-wide" average $O_3$ concentrations.[63] The HREA estimates risks for the years 2007 and 2009 in order to provide estimates of risk for a year with generally higher $O_3$

[59] Estimates in each urban case study area were averaged for the years evaluated in the HREA (2006 to 2010). Ranges reflect the ranges across urban study areas.

[60] Numbers of children estimated to experience decrements in each study urban case study area were averaged over 2006 to 2010. These averages were then summed across urban study areas. Numbers are rounded to nearest thousand unless otherwise indicated.

[61] As discussed in section 4.3.3 of the HREA, the model-based air quality adjustment approach was unable to estimate risks associated with the current and alternative standards was unable to estimate the distribution of ambient $O_3$ concentrations in New York City upon just meeting an alternative standard with a level of 60 ppb. Therefore, for the 60 ppb standard level, the numbers of children and asthmatic children experiencing decrements, and the ranges of percentages of such children across study areas, reflect all of the urban study areas except New York City. Because of this, in some cases (*i.e.*, when New York City provided the smallest risk estimate), the lower end of the ranges in Table 2 are higher for a standard level of 60 ppb than for a level of 65 ppb.

[62] The 12 urban areas evaluated are Atlanta, Baltimore, Boston, Cleveland, Denver, Detroit, Houston, Los Angeles, New York, Philadelphia, Sacramento, and St. Louis.

[63] In the epidemiologic studies that provide the health basis for HREA risk assessments, concentration-response relationships are based on daytime $O_3$ concentrations, averaged across multiple monitors within study areas. These daily averages are used as surrogates for the spatial and temporal patterns of exposures in study populations. Consistent with this approach, the HREA epidemiologic-based risk estimates also utilize daytime $O_3$ concentrations, averaged across monitors, as surrogates for population exposures. In this notice, we refer to these averaged concentrations as "area-wide" $O_3$ concentrations. Area-wide concentrations are discussed in more detail in section 3.1.4 of the PA (U.S. EPA, 2014c).

concentrations (2007) and a year with generally lower $O_3$ concentrations (2009) (U.S. EPA, 2014a, section 7.1.1).

In considering the epidemiology-based risk estimates, the proposal focuses on mortality risks associated with short-term $O_3$ concentrations. The proposal considers estimates of total risk (*i.e.*, based on the full distributions of ambient $O_3$ concentrations) and estimates of risk associated with $O_3$ concentrations in the upper portions of ambient distributions. Both estimates are discussed to provide information that considers risk estimates based on concentration-response relationships being linear over the entire distribution of ambient $O_3$ concentrations, and thus have the greater potential for morbidity and mortality to be affected by changes in relatively low $O_3$ concentrations, as well as risk estimates that are associated with $O_3$ concentrations in the upper portions of the ambient distribution, thus focusing on risk from higher $O_3$ concentrations and placing greater weight on the uncertainty associated with the shapes of concentration-response curves for $O_3$ concentrations in the lower portions of the distribution. These results for $O_3$-associated mortality risk are summarized in Table 3 in the proposal (79 FR 75277).

Important uncertainties in epidemiology-based risk estimates, based on their consideration in the HREA and PA, are discussed in section II.C.3.b.ii of the proposal (79 FR 75277). Compared to estimates of $O_3$ exposures of concern and estimates of $O_3$-induced lung function decrements (discussed above), the HREA conclusions reflect lower confidence in epidemiologic-based risk estimates (U.S. EPA, 2014a, section 9.6). In particular, the HREA highlights the heterogeneity in effect estimates between locations, the potential for exposure measurement errors, and uncertainty in the interpretation of the shape of concentration-response functions at lower $O_3$ concentrations (U.S. EPA, 2014a, section 9.6). The HREA also concludes that lower confidence should be placed in the results of the assessment of respiratory mortality risks associated with long-term $O_3$, primarily because that analysis is based on only one study, though that study is well-designed, and because of the uncertainty in that study about the existence and identification of a potential threshold in the concentration-response function (U.S. EPA, 2014a, section 9.6).[64],[65] This section further

discusses some of the key uncertainties in epidemiologic-based risk estimates, as summarized in the PA (U.S. EPA, 2014c, section 3.2.3.2), with a focus on uncertainties that can have particularly important implications for the Administrator's consideration of epidemiology-based risk estimates.

The PA notes that reducing $NO_X$ emissions generally reduces $O_3$-associated mortality and morbidity risk estimates in locations and time periods with relatively high ambient $O_3$ concentrations and increases risk estimates in locations and time periods with relatively low concentrations (II.A, above). When evaluating uncertainties in epidemiologic risk estimates, the PA considered (1) the extent to which the modeled $O_3$ response to reductions in $NO_X$ emissions appropriately represents the trends observed in monitored ambient $O_3$ following actual reductions in $NO_X$ emissions, (2) the extent to which the $O_3$ response to reductions in precursor emissions could differ with emissions reduction strategies that are different from those used in HREA to generate risk estimates, and (3) the extent to which estimated changes in risks in urban study areas are representative of the changes that would be experienced broadly across the U.S. population. The first two of these issues are discussed in section II.A.2.c above. The third issue is discussed below.

The HREA conducted national air quality modeling analyses that estimated the proportion of the U.S. population living in locations where seasonal averages of daily $O_3$ concentrations are estimated to decrease in response to reductions in $NO_X$ emissions, and the proportion living in locations where such seasonal averages are estimated to increase. Given the close relationship between changes in seasonal averages of daily $O_3$ concentrations and changes in seasonal mortality and morbidity risk estimates, this analysis informs consideration of the extent to which the risk results in urban study areas represent the U.S. population as a whole. This "representativeness analysis" indicates that the majority of the U.S. population lives in locations where reducing $NO_X$ emissions would be expected to result in decreases in warm season averages of

daily maximum 8-hour ambient $O_3$ concentrations. Because the HREA urban study areas tend to underrepresent the populations living in such areas (*e.g.*, suburban, smaller urban, and rural areas), risk estimates for the urban study areas are likely to understate the average reductions in $O_3$-associated mortality and morbidity risks that would be experienced across the U.S. population as a whole upon reducing $NO_X$ emissions (U.S. EPA, 2014a, section 8.2.3.2).

Section 7.4 of the HREA also highlights some additional uncertainties associated with epidemiologic-based risk estimates (U.S. EPA, 2014a). This section of the HREA identifies and discusses sources of uncertainty and presents a qualitative evaluation of key parameters that can introduce uncertainty into risk estimates (U.S. EPA, 2014a, Table 7–4). For several of these parameters, the HREA also presents quantitative sensitivity analyses (U.S. EPA, 2014a, sections 7.4.2 and 7.5.3). Of the uncertainties discussed in Chapter 7 of the HREA, those related to the application of concentration-response functions from epidemiologic studies can have particularly important implications for consideration of epidemiology-based risk estimates, as discussed below.

An important uncertainty is the shape of concentration-response functions at low ambient $O_3$ concentrations (U.S. EPA, 2014a, Table 7–4).[66] In recognition of the ISA's conclusion that certainty in the shape of $O_3$ concentration-response functions decreases at low ambient concentrations, the HREA provides estimates of epidemiology-based mortality risks for entire distributions of ambient $O_3$ concentrations, as well as estimates of total mortality associated with various ambient $O_3$ concentrations. The PA considers both types of risk estimates, recognizing greater public health concern for adverse $O_3$-attributable effects at higher ambient $O_3$ concentrations (which drive higher exposure concentrations, section 3.2.2 of the PA (U.S. EPA, 2014c)), as compared to lower concentrations.

A related consideration is associated with the public health importance of the increases in relatively low $O_3$ concentrations following air quality adjustment. There is uncertainty that relates to the assumption that the concentration response function for $O_3$ is linear, such that total risk estimates are equally influenced by decreasing

---

[64] The CASAC also concluded that "[i]n light of the potential nonlinearity of the C–R function for long-term exposure reflecting a threshold of the

mortality response, the estimated number of premature deaths avoidable for long-term exposure reductions for several levels need to be viewed with caution" (Frey, 2014a, p. 3).

[65] There is also uncertainty about the extent to which mortality estimates based on the long-term metric used in the study by Jerrett et al. (2009) (*i.e.*, seasonal average of 1-hour daily maximum concentrations) reflects associations with long-term average $O_3$ versus repeated occurrences of elevated short-term concentrations.

[66] A related uncertainty is the existence, or not, of a threshold. The HREA addresses this issue for long-term $O_3$ by evaluating risks in models that include potential thresholds (II.D.2.c).

high concentrations and increasing low concentrations, when the increases and decreases are of equal magnitude. Even on days with increases in relatively low area-wide average concentrations, resulting in increases in estimated risks, some portions of the urban study areas could experience decreases in high $O_3$ concentrations. To the extent adverse $O_3$-attributable effects are more strongly supported for higher ambient concentrations (which, as noted above, are consistently reduced upon air quality adjustment), the impacts on risk estimates of increasing low $O_3$ concentrations reflect an important source of uncertainty. In addition to the uncertainties discussed above, the proposal also notes uncertainties related to (1) using concentration-response relationships developed for a particular population in a particular location to estimate health risks in different populations and locations; (2) using concentration-response functions from epidemiologic studies reflecting a particular air quality distribution to adjusted air quality necessarily reflecting a different (simulated) air quality distribution; (3) using a national concentration-response function to estimate respiratory mortality associated with long-term $O_3$; and (4) unquantified reductions in risk that could be associated with reductions in the ambient concentrations of pollutants other than $O_3$, resulting from control of $NO_X$ (79 FR 75277 to 75279).

## B. Need for Revision of the Primary Standard

The initial issue to be addressed in the current review of the primary $O_3$ standard is whether, in view of the advances in scientific knowledge and additional information, it is appropriate to revise the existing standard. This section presents the Administrator's final decision on whether it is "appropriate" to revise the current standard within the meaning of section 109 (d)(1) of the CAA. Section II.B.1 contains a summary discussion of the basis for the proposed conclusions on the adequacy of the primary standard. Section II.B.2 discusses comments received on the adequacy of the primary standard. Section II.B.3 presents the Administrator's final conclusions on the adequacy of the current primary standard.

### 1. Basis for Proposed Decision

In evaluating whether it is appropriate to retain or revise the current standard, the Administrator's considerations build upon those in the 2008 review, including consideration of the broader body of scientific evidence and

exposure and health risk information now available, as summarized in sections II.A to II.C (79 FR 75246–75279) of the proposal and section II.A above.

In developing conclusions on the adequacy of the current primary $O_3$ standard, the Administrator takes into account both evidence-based and quantitative exposure- and risk-based considerations. Evidence-based considerations include the assessment of evidence from controlled human exposure, animal toxicological, and epidemiologic studies for a variety of health endpoints. The Administrator focuses on health endpoints for which the evidence is strong enough to support a "causal" or a "likely to be causal" relationship, based on the ISA's integrative synthesis of the entire body of evidence. The Administrator's consideration of quantitative exposure and risk information draws from the results of the exposure and risk assessments presented in the HREA.

The Administrator's consideration of the evidence and exposure/risk information is informed by the considerations and conclusions presented in the PA (U.S. EPA, 2014c). The purpose of the PA is to help "bridge the gap" between the scientific and technical information assessed in the ISA and HREA, and the policy decisions that are required of the Administrator (U.S. EPA, 2014c, Chapter 1); see also *American Farm Bureau Federation*, 559 F. 3d at 516, 521 ("[a]lthough not required by the statute, in practice EPA staff also develop a Staff Paper, which discusses the information in the Criteria Document that is most relevant to the policy judgments the EPA makes when it sets the NAAQS"). The PA's evidence-based and exposure-/risk-based considerations and conclusions are briefly summarized below in sections II.B.1.a (evidence-based considerations), II.B.1.b (exposure- and risk-based considerations), and II.B.1.c (PA conclusions on the current standard). Section II.B.1.d summarizes CASAC advice to the Administrator and public commenter views on the current standard. Section II.B.1.e presents a summary of the Administrator's proposed conclusions concerning the adequacy of the public health protection provided by the current standard, and her proposed decision to revise that standard.

### a. Evidence-Based Considerations From the PA

In considering the available scientific evidence, the PA evaluates the $O_3$ concentrations in health effects studies (U.S. EPA, 2014c, section 3.1.4).

Specifically, the PA characterizes the extent to which health effects have been reported for the $O_3$ exposure concentrations evaluated in controlled human exposure studies, and effects occurring over the distributions of ambient $O_3$ concentrations in locations where epidemiologic studies have been conducted. These considerations, as they relate to the adequacy of the current standard, are presented in detail in section 3.1.4 of the PA (U.S. EPA, 2014c) and are summarized in the proposal (79 FR 75279–75287). The PA's considerations are summarized briefly below for controlled human exposure, epidemiologic panel studies, and epidemiologic population-based studies.

Section II.D.1.a of the proposal discusses the PA's consideration of the evidence from controlled human exposure and panel studies. This evidence is assessed in section 6.2 of the ISA (U.S. EPA, 2013) and is summarized in section 3.1.2 of the PA (U.S. EPA, 2014c). A large number of controlled human exposure studies have reported lung function decrements, respiratory symptoms, air inflammation, airway hyperresponsiveness, and/or impaired lung host defense in young, healthy adults engaged in moderate quasi-continuous exertion, following 6.6-hour $O_3$ exposures. These studies have consistently reported such effects following exposures to $O_3$ concentrations of 80 ppb or greater. In addition to lung function decrements, available studies have evaluated respiratory symptoms or airway inflammation following exposures to $O_3$ concentrations below 75 ppb. Table 3–1 in the PA highlights the group mean results of individual controlled human exposure studies that evaluated exposures to $O_3$ concentrations below 75 ppb. These studies observe the combination of lung function decrements and respiratory symptoms following exposures to $O_3$ concentrations as low as 72 ppb, and lung function decrements and airway inflammation following exposures to $O_3$ concentrations as low as 60 ppb (based on group means).

Based on this evidence, the PA notes that controlled human exposure studies have reported a variety of respiratory effects in young, healthy adults following exposures to a wide range of $O_3$ concentrations for 6.6 hours, including exposures to concentrations below 75 ppb. In particular, the PA further notes that a recent controlled human exposure study reported the combination of lung function decrements and respiratory symptoms in healthy adults engaged in quasi-

BLM_0047328

continuous, moderate exertion following 6.6 hour exposures to 72 ppb $O_3$, a combination of effects that have been classified as adverse based on ATS guidelines for adversity (ATS, 2000a). In addition, a recent study has also reported lung function decrements and pulmonary inflammation following exposure to 60 ppb $O_3$. Sixty ppb is the lowest exposure concentration for which inflammation has been evaluated and reported to occur, and corresponds to the lowest exposure concentration demonstrated to result in lung function decrements large enough to be judged an abnormal response by ATS (ATS, 2000b). The PA also notes, that CASAC agreed, that these controlled human exposure studies were conducted in healthy adults, while at-risk groups (*e.g.*, children, people with asthma) could experience larger and/or more serious effects. Therefore, the PA concludes that the evidence from controlled human exposure studies provide support that the respiratory effects experienced following exposures to $O_3$ concentrations lower than 75 ppb would be adverse in some individuals, particularly if experienced by members of at-risk populations (*e.g.*, people with asthma, children).

The PA also notes consistent results in some panel studies of $O_3$-associated lung function decrements. In particular, the PA notes that epidemiologic panel studies in children and adults consistently indicate $O_3$-associated lung function decrements when on-site, ambient monitored concentrations were below 75 ppb (although the evidence becomes less consistent at low $O_3$ concentrations, and the averaging periods involved ranged from 10 minutes to 12 hours (U.S. EPA, 2014c, section 3.2.4.2)).

Section II.D.1.b of the proposal summarizes the PA's analyses of monitored $O_3$ concentrations in locations of epidemiologic studies. While the majority of the epidemiologic study areas evaluated would have violated the current standard during study periods, the PA makes the following observations with regard to health effect associations at $O_3$ concentrations likely to have met the current standard:

(1) A single-city study reported positive and statistically significant associations with asthma emergency department visits in children and adults in Seattle, a location that would have met the current standard over the entire study period (Mar and Koenig, 2009).

(2) Additional single-city studies support associations with respiratory morbidity at relatively low ambient $O_3$ concentrations, including when

virtually all monitored concentrations were below the level of the current standard (Silverman and Ito, 2010; Strickland et al., 2010).

(3) Canadian multicity studies reported positive and statistically significant associations with respiratory morbidity or mortality when the majority of study cities, though not all study cities, would have met the current standard over the study period in each of these studies (Cakmak et al., 2006; Dales et al., 2006; Katsouyanni et al., 2009; Stieb et al., 2009).

(4) A U.S. multicity study reported positive and statistically significant associations with mortality when ambient $O_3$ concentrations were restricted to those likely to have met the current $O_3$ standard (Bell et al., 2006).

The PA also takes into account important uncertainties in these analyses of air quality in locations of epidemiologic study areas. These uncertainties are summarized in section II.D.1.b.iii of the proposal. Briefly, they include the following: (1) Uncertainty in conclusions about the extent to which multicity effect estimates reflect associations with air quality meeting the current standard, versus air quality violating that standard; (2) uncertainty regarding the potential for thresholds to exist, given that regional heterogeneity in $O_3$ health effect associations could obscure the presence of thresholds, should they exist; (3) uncertainty in the extent to which the PA appropriately recreated the air quality analyses in the published study by Bell et al. (2006); and (4) uncertainty in the extent to which reported health effects are caused by exposures to $O_3$ itself, as opposed to other factors such as co-occurring pollutants or pollutant mixtures, particularly at low ambient $O_3$ concentrations.[67]

In considering the analyses of monitored $O_3$ air quality in locations of epidemiologic studies, as well as the important uncertainties in these analyses, the PA concludes that these analyses provide support for the occurrence of morbidity and mortality associated with short-term ambient $O_3$ concentrations likely to meet the current $O_3$ standard.[68] In considering the

evidence as a whole, the PA concludes that (1) controlled human exposure studies provide strong support for the occurrence of adverse respiratory effects following exposures to $O_3$ concentrations below the level of the current standard and (2) epidemiologic studies provide support for the occurrence of adverse respiratory effects and mortality under air quality conditions that would meet the current standard.

b. Exposure- and Risk-Based Considerations in the PA

In order to further inform judgments about the potential public health implications of the current $O_3$ NAAQS, the PA considers the exposure and risk assessments presented in the HREA (U.S. EPA, 2014c, section 3.2). Overviews of these exposure and risk assessments, including brief summaries of key results and conclusions, are provided in section II.A.2 above. Section II.D.2 of the proposal summarizes key observations from the PA related to the adequacy of the current $O_3$ NAAQS, based on consideration of the HREA exposure assessment, lung function risk assessment, and mortality/morbidity risk assessments (79 FR 75283).

Section II.D.2.a of the proposal summarizes key observations from the PA regarding estimates of $O_3$ exposures of concern (79 FR 75283). Given the evidence for respiratory effects from controlled human exposure studies, the PA considers the extent to which the current standard would be estimated to protect at-risk populations against exposures of concern to $O_3$ concentrations at or above the health benchmark concentrations of 60, 70, and 80 ppb (*i.e.*, based on HREA estimates of one or more and two or more exposures of concern). In doing so, the PA notes the CASAC conclusion that (Frey, 2014c, p. 6):

The 80 ppb-8hr benchmark level represents an exposure level for which there is substantial clinical evidence demonstrating a range of ozone-related effects including lung inflammation and airway responsiveness in healthy individuals. The 70 ppb-8hr benchmark level reflects the fact that in healthy subjects, decreases in lung function and respiratory symptoms occur at concentrations as low as 72 ppb and that these effects almost certainly occur in some people, including asthmatics and others with low lung function who are less tolerant of such effects, at levels of 70 ppb and below. The 60 ppb-8hr benchmark level represents the lowest exposure level at which ozone-

---

[67] As noted above (section II.A.1.B.i), the ISA concludes that studies that examined the potential confounding effects of copollutants found that $O_3$ effect estimates remained relatively robust upon the inclusion of PM and gaseous pollutants in two-pollutant models (U.S. EPA, 2013, section 6.2.7.5).

[68] Unlike for the studies of short-term $O_3$, the available U.S. and Canadian epidemiologic studies evaluating long-term ambient $O_3$ concentration metrics have not been conducted in locations likely to have met the current 8-hour $O_3$ standard during the study period, and have not reported concentration-response functions that indicate

confidence in health effect associations at $O_3$ concentrations meeting the current standard (U.S. EPA, 2014c, section 3.1.4.3).

related effects have been observed in clinical studies of healthy individuals.

For exposures of concern at or above 60 ppb, the proposal highlights the following key observations for air quality adjusted to just meet the current standard:

(1) On average over the years 2006 to 2010, the current standard is estimated to allow approximately 10 to 18% of children in urban study areas to experience one or more exposures of concern at or above 60 ppb. Summing across urban study areas, these percentages correspond to almost 2.5 million children experiencing approximately 4 million exposures of concern at or above 60 ppb during a single $O_3$ season. Of these children, almost 300,000 are asthmatics.[69]

(2) On average over the years 2006 to 2010, the current standard is estimated to allow approximately 3 to 8% of children in urban study areas to experience two or more exposures of concern to $O_3$ concentrations at or above 60 ppb. Summing across the urban study areas, these percentages correspond to almost 900,000 children (including almost 90,000 asthmatic children).

(3) In the worst-case years (*i.e.*, those with the largest exposure estimates), the current standard is estimated to allow approximately 10 to 25% of children to experience one or more exposures of concern at or above 60 ppb, and approximately 4 to 14% to experience two or more exposures of concern at or above 60 ppb.

For exposures of concern at or above 70 ppb, the PA highlights the following key observations for air quality adjusted to just meet the current standard:

(1) On average over the years 2006 to 2010, the current standard is estimated to allow up to approximately 3% of children in urban study areas to experience one or more exposures of concern at or above 70 ppb. Summing across urban study areas, almost 400,000 children (including almost 40,000 asthmatic children) are estimated to experience $O_3$ exposure concentrations at or above 70 ppb during a single $O_3$ season.

(2) On average over the years 2006 to 2010, the current standard is estimated to allow less than 1% of children in urban study areas to experience two or more exposures of concern to $O_3$ concentrations at or above 70 ppb.

(3) In the worst-case location and year, the current standard is estimated to allow approximately 8% of children to experience one or more exposures of concern at or above 70 ppb, and approximately 2% to experience two or more exposures of concern, at or above 70 ppb.

For exposures of concern at or above 80 ppb, the PA highlights the observation that the current standard is estimated to allow about 1% or fewer children in urban study areas to experience exposures of concern at or above 80 ppb, even in years with the highest exposure estimates.

Uncertainties in exposure estimates are summarized in section II.C.2.b of the proposal (79 FR 75273), and discussed more fully in the HREA (U.S. EPA, 2014a, section 5.5.2) and the PA (U.S. EPA, 2014c, section 3.2.2). Key uncertainties include the variability in responsiveness following $O_3$ exposures, resulting in only a subset of exposed individuals experiencing health effects, adverse or otherwise, and the limited evidence from controlled human exposure studies conducted in at-risk populations. In addition, there are a number of uncertainties in the exposure modelling approach used in the HREA, contributing to overall uncertainty in exposure estimates.

Section II.D.2.b of the proposal summarizes key observations from the PA regarding the estimated risk of $O_3$-induced lung function decrements (79 FR 75283 to 75284). With respect to the lung function decrements that have been evaluated in controlled human exposure studies, the PA considers the extent to which standards with revised levels would be estimated to protect healthy and at-risk populations against one or more, and two or more, moderate (*i.e.*, $FEV_1$ decrements ≥10% and ≥15%) and large (*i.e.*, $FEV_1$ decrements ≥20%) lung function decrements. As discussed in section 3.1.3 of the PA (U.S. EPA, 2014c), although some experts would judge single occurrences of moderate responses to be a nuisance, especially for healthy individuals, a more general consensus view of the adversity of moderate lung function decrements emerges as the frequency of occurrence increases.

With regard to decrements ≥10%, the PA highlights the following key observations for air quality adjusted to just meet the current standard:

(1) On average over the years 2006 to 2010, the current standard is estimated to allow approximately 14 to 19% of children in urban study areas to experience one or more lung function decrements ≥10%. Summing across

urban study areas, this corresponds to approximately 3 million children experiencing 15 million $O_3$-induced lung function decrements ≥10% during a single $O_3$ season. Of these children, about 300,000 are asthmatics.

(2) On average over the years 2006 to 2010, the current standard is estimated to allow approximately 7 to 12% of children in urban study areas to experience two or more $O_3$-induced lung function decrements ≥10%. Summing across the urban study areas, this corresponds to almost 2 million children (including almost 200,000 asthmatic children) estimated to experience two or more $O_3$-induced lung function decrements greater than 10% during a single $O_3$ season.

(3) In the worst-case years, the current standard is estimated to allow approximately 17 to 23% of children in urban study areas to experience one or more lung function decrements ≥10%, and approximately 10 to 14% to experience two or more $O_3$-induced lung function decrements ≥10%.

With regard to decrements ≥15%, the PA highlights the following key observations for air quality adjusted to just meet the current standard:

(1) On average over the years 2006 to 2010, the current standard is estimated to allow approximately 3 to 5% of children in urban study areas to experience one or more lung function decrements ≤15%. Summing across urban study areas, this corresponds to approximately 800,000 children (including approximately 80,000 asthmatic children) estimated to experience at least one $O_3$-induced lung function decrement ≤15% during a single $O_3$ season.

(2) On average over the years 2006 to 2010, the current standard is estimated to allow approximately 2 to 3% of children in urban study areas to experience two or more $O_3$-induced lung function decrements ≤15%.

(3) In the worst-case years, the current standard is estimated to allow approximately 4 to 6% of children in urban study areas to experience one or more lung function decrements ≤15%, and approximately 2 to 4% to experience two or more $O_3$-induced lung function decrements ≤15%.

With regard to decrements ≤20%, the PA highlights the following key observations for air quality adjusted to just meet the current standard:

(1) On average over the years 2006 to 2010, the current standard is estimated to allow approximately 1 to 2% of children in urban study areas to experience one or more lung function decrements ≥20%. Summing across

---

[69] As discussed in section II.C.2.b of the proposal, due to variability in responsiveness, only a subset of individuals who experience exposures at or above a benchmark concentration can be expected to experience adverse health effects.

urban study areas, this corresponds to approximately 300,000 children (including approximately 30,000 asthmatic children) estimated to experience at least one $O_3$-induced lung function decrement ≥20% during a single $O_3$ season.

(2) On average over the years 2006 to 2010, the current standard is estimated to allow less than 1% of children in urban study areas to experience two or more $O_3$-induced lung function decrements ≥20%.

(3) In the worst-case years, the current standard is estimated to allow approximately 2 to 3% of children to experience one or more lung function decrements ≥20%, and less than 2% to experience two or more $O_3$-induced lung function decrements ≥20%.

Uncertainties in lung function risk estimates are summarized in section II.C.3.a of the proposal, and discussed more fully in the HREA (U.S. EPA, 2014a, section 6.5) and the PA (U.S. EPA, 2014c, section 3.2.3.1). In addition to the uncertainties noted above for exposure estimates, the key uncertainties associated with estimates of $O_3$-induced lung function decrements include the paucity of exposure-response information in children and in people with asthma.

Section II.D.2.c of the proposal summarizes key observations from the PA regarding risk estimates of $O_3$-associated mortality and morbidity (79 FR 75284 to 75285). With regard to total mortality or morbidity associated with short-term $O_3$, the PA notes the following for air quality adjusted to just meet the current standard:

(1) When air quality was adjusted to the current standard for the 2007 model year (the year with generally "higher" $O_3$-associated risks), 10 of 12 urban study areas exhibited either decreases or virtually no change in estimates of the number of $O_3$-associated deaths (U.S. EPA, 2014a, Appendix 7B). Increases were estimated in two of the urban

study areas (Houston, Los Angeles)[70] (U.S. EPA, 2014a, Appendix 7B).[71]

(2) In focusing on total risk, the current standard is estimated to allow thousands of $O_3$-associated deaths per year in the urban study areas. In focusing on the risks associated with the upper portions of distributions of ambient concentrations (area-wide concentrations ≤ 40, 60 ppb), the current standard is estimated to allow hundreds to thousands of $O_3$-associated deaths per year in the urban study areas.

(3) The current standard is estimated to allow tens to thousands of $O_3$-associated morbidity events per year (i.e., respiratory-related hospital admissions, emergency department visits, and asthma exacerbations). With regard to respiratory mortality associated with long-term $O_3$, the PA notes the following for air quality adjusted to just meet the current standard:

(1) Based on a linear concentration-response function, the current standard is estimated to allow thousands of $O_3$-associated respiratory deaths per year in the urban study areas.

(2) Based on threshold models, HREA sensitivity analyses indicate that the number of respiratory deaths associated with long-term $O_3$ concentrations could potentially be considerably lower (i.e.,

by more than 75% if a threshold exists at 40 ppb, and by about 98% if a threshold exists at 56 ppb) (U.S. EPA, 2014a, Figure 7–9).[72]

Compared to the weight given to HREA estimates of exposures of concern and lung function risks, and the weight given to the evidence, the PA places relatively less weight on epidemiologic-based risk estimates. In doing so, the PA notes that the overall conclusions from the HREA likewise reflect less confidence in estimates of epidemiologic-based risks than in estimates of exposures and lung function risks. The determination to attach less weight to the epidemiologic-based estimates reflects the uncertainties associated with mortality and morbidity risk estimates, including the heterogeneity in effect estimates between locations, the potential for exposure measurement errors, and uncertainty in the interpretation of the shape of concentration-response functions at lower $O_3$ concentrations (U.S. EPA, 2014a, section 9.6).

Uncertainty in the shape of concentration-response functions at lower $O_3$ concentrations is particularly important to interpreting risk estimates given the approach used to adjust air quality to just meet the current standard, and potential alternative standards, and the resulting compression in the air quality distributions (i.e., decreasing high concentrations and increasing low concentrations) (II.A.2.a, above). Total risk estimates in the HREA are based on the assumption that the concentration response function for $O_3$ is linear, such that total risk estimates are equally influenced by decreasing high concentrations and increasing low concentrations, when the increases and decreases are of equal magnitude. However, consistent with the PA's consideration of risk estimates, in the proposal the Administrator notes that the overall body of evidence provides stronger support for the occurrence of

---

[70] As discussed above (II.C.1), in locations and time periods when $NO_X$ is predominantly contributing to $O_3$ formation (e.g., downwind of important $NO_X$ sources, where the highest $O_3$ concentrations often occur), model-based adjustment to the current and alternative standards decreases estimated ambient $O_3$ concentrations compared to recent monitored concentrations (U.S. EPA, 2014a, section 4.3.3.2). In contrast, in locations and time periods when $NO_X$ is predominantly contributing to $O_3$ titration (e.g., in urban centers with high concentrations of $NO_X$ emissions, where ambient $O_3$ concentrations are often suppressed and are thus relatively low), model-based adjustment increases ambient $O_3$ concentrations compared to recent monitored concentrations (U.S. EPA, 2014a, section 4.3.3.2). Changes in epidemiology-based risk estimates depend on the balance between the daily decreases in high $O_3$ concentrations and increases in low $O_3$ concentrations following the model-based air quality adjustment. Commenting on this issue, CASAC noted that "controls designed to reduce the peak levels of ozone (e.g., the fourth-highest annual MDA8) may not be effective at reducing lower levels of ozone on more typical days and may actually increase ozone levels on days where ozone concentrations are low" (Frey 2014a, p. 2). CASAC further noted that risk results "suggest that the ozone-related health risks in the urban cores can increase for some of the cities as ozone NAAQS alternatives become more stringent. This is because reductions in nitrogen oxides emissions can lead to less scavenging of ozone and free radicals, resulting in locally higher levels of ozone" (Frey 2014c, p. 10).

[71] For the 2009 adjusted year (i.e., the year with generally lower $O_3$ concentrations), changes in risk were generally smaller than in 2007 (i.e., most changes about 2% or smaller). Increases were estimated for Houston, Los Angeles, and New York City.

[72] Risk estimates for respiratory mortality associated with long-term $O_3$ exposures are based on the study by Jerrett et al. (2009) (U.S. EPA, 2014a, Chapter 7). As discussed above (II.B.2.b.iv) and in the PA (U.S. EPA, 2014c, section 3.1.4.3), Jerrett et al. (2009) reported that when seasonal averages of 1-hour daily maximum $O_3$ concentrations ranged from 33 to 104 ppb, there was no statistical deviation from a linear concentration-response relationship between $O_3$ and respiratory mortality across 96 U.S. cities (U.S. EPA, 2013, section 7.7). However, the authors reported "limited evidence" for an effect threshold at an $O_3$ concentration of 56 ppb (p=0.06). In communications with EPA staff (Sasser, 2014), the study authors indicated that it is not clear whether a threshold model is a better predictor of respiratory mortality than the linear model, and that "considerable caution should be exercised in accepting any specific threshold."

$O_3$-attributable health effects following exposures to $O_3$ concentrations corresponding to the upper ends of typical ambient distributions (II.E.4.d of the proposal). In addition, even on days with increases in relatively low area-wide average concentrations, resulting in increases in estimated risks, some portions of the urban study areas could experience decreases in high $O_3$ concentrations. Therefore, to the extent adverse $O_3$-attributable effects are more strongly supported for higher ambient concentrations (which, as noted above, are consistently reduced upon air quality adjustment), the PA notes that the impacts on risk estimates of increasing low $O_3$ concentrations reflect an important source of uncertainty.

c. PA Conclusions on the Current Standard

Section II.D.3 of the proposal summarizes the PA conclusions on the adequacy of the existing primary $O_3$ standard (79 FR 75285). As an initial matter, the PA concludes that reducing precursor emissions to achieve $O_3$ concentrations that meet the current standard will provide important improvements in public health protection. This initial conclusion is based on (1) the strong body of scientific evidence indicating a wide range of adverse health outcomes attributable to exposures to $O_3$ concentrations commonly found in the ambient air and (2) estimates indicating decreased occurrences of $O_3$ exposures of concern and decreased health risks upon meeting the current standard, compared to recent air quality.

In particular, the PA concludes that strong support for this initial conclusion is provided by controlled human exposure studies of respiratory effects, and by quantitative estimates of exposures of concern and lung function decrements based on information in these studies. Analyses in the HREA estimate that the percentages of children (i.e., all children and children with asthma) in urban study areas experiencing exposures of concern, or experiencing abnormal and potentially adverse lung function decrements, are consistently lower for air quality that just meets the current $O_3$ standard than for recent air quality. The HREA estimates such reductions consistently across the urban study areas evaluated and throughout various portions of individual urban study areas, including in urban cores and the portions of urban study areas surrounding urban cores. These reductions in exposures of concern and $O_3$-induced lung function decrements reflect the consistent decreases in the highest $O_3$

concentrations following reductions in precursor emissions to meet the current standard. Thus, populations in both urban and non-urban areas would be expected to experience important reductions in $O_3$ exposures and $O_3$-induced lung function risks upon meeting the current standard.

The PA further concludes that support for this initial conclusion is also provided by estimates of $O_3$-associated mortality and morbidity based on application of concentration-response relationships from epidemiologic studies to air quality adjusted to just meet the current standard. These estimates are based on the assumption that concentration-response relationships are linear over entire distributions of ambient $O_3$ concentrations, an assumption which has uncertainties that complicate interpretation of these estimates (II.A.2.c.ii). However, risk estimates for effects associated with short- and long-term $O_3$ exposures, combined with the HREA's national analysis of $O_3$ responsiveness to reductions in precursor emissions and the consistent reductions estimated for the highest ambient $O_3$ concentrations, suggest that $O_3$-associated mortality and morbidity would be expected to decrease nationwide following reductions in precursor emissions to meet the current $O_3$ standard.

After reaching the initial conclusion that meeting the current primary $O_3$ standard will provide important improvements in public health protection, and that it is not appropriate to consider a standard that is less protective than the current standard, the PA considers the adequacy of the public health protection that is provided by the current standard. In considering the available scientific evidence, exposure/risk information, advice from CASAC (II.B.1.d, below), and input from the public, the PA reaches the conclusion that the available evidence and information clearly call into question the adequacy of public health protection provided by the current primary standard. In reaching this conclusion, the PA notes that evidence from controlled human exposure studies provides strong support for the occurrence of adverse respiratory effects following exposures to $O_3$ concentrations below the level of the current standard. Epidemiologic studies provide support for the occurrence of adverse respiratory effects and mortality under air quality conditions that would likely meet the current standard. In addition, based on the analyses in the HREA, the PA concludes that the exposures and risks projected to remain

upon meeting the current standard are indicative of risks that can reasonably be judged to be important from a public health perspective. Thus, the PA concludes that the evidence and information provide strong support for giving consideration to revising the current primary standard in order to provide increased public health protection against an array of adverse health effects that range from decreased lung function and respiratory symptoms to more serious indicators of morbidity (e.g., including emergency department visits and hospital admissions), and mortality. In consideration of all of the above, the PA draws the conclusion that it is appropriate for the Administrator to consider revision of the current primary $O_3$ standard to provide increased public health protection.

d. CASAC Advice

Section II.D.4 of the proposal summarizes CASAC advice regarding the adequacy of the existing primary $O_3$ standard. Following the 2008 decision to revise the primary $O_3$ standard by setting the level at 0.075 ppm (75 ppb), CASAC strongly questioned whether the standard met the requirements of the CAA. In September 2009, the EPA announced its intention to reconsider the 2008 standards, issuing a notice of proposed rulemaking in January 2010 (75 FR 2938). Soon after, the EPA solicited CASAC review of that proposed rule and in January 2011, solicited additional advice. This proposal was based on the scientific and technical record from the 2008 rulemaking, including public comments and CASAC advice and recommendations. As further described above (I.D), in the fall of 2011, the EPA did not revise the standard as part of the reconsideration process but decided to defer decisions on revisions to the $O_3$ standards to the next periodic review, which was already underway. Accordingly, in this section we describe CASAC's advice related to the 2008 final decision and the subsequent reconsideration, as well as its advice on this current review of the $O_3$ NAAQS that was initiated in September 2008.

In April 2008, the members of the CASAC Ozone Review Panel sent a letter to EPA stating "[I]n our most-recent letters to you on this subject—dated October 2006 and March 2007—the CASAC unanimously recommended selection of an 8-hour average Ozone NAAQS within the range of 0.060 to 0.070 parts per million [60 to 70 ppb] for the primary (human health-based) Ozone NAAQS" (Henderson, 2008). In 2010, in response to the EPA's solicitation of advice on the EPA's

BLM_0047332

proposed rulemaking as part of the reconsideration, CASAC again stated that the current standard should be revised to provide additional protection to the public health (Samet, 2010):

> CASAC fully supports EPA's proposed range of 0.060–0.070 parts per million (ppm) for the 8-hour primary ozone standard. CASAC considers this range to be justified by the scientific evidence as presented in the Air Quality Criteria for Ozone and Related Photochemical Oxidants (March 2006) and Review of the National Ambient Air Quality Standards for Ozone: Policy Assessment of Scientific and Technical Information, OAQPS Staff Paper (July 2007). As stated in our letters of October 24, 2006, March 26, 2007 and April 7, 2008 to former Administrator Stephen L. Johnson, CASAC unanimously recommended selection of an 8-hour average ozone NAAQS within the range proposed by EPA (0.060 to 0.070 ppm). In proposing this range, EPA has recognized the large body of data and risk analyses demonstrating that retention of the current standard would leave large numbers of individuals at risk for respiratory effects and/or other significant health impacts including asthma exacerbations, emergency room visits, hospital admissions and mortality.

In response to the EPA's request for additional advice on the reconsideration in 2011, CASAC reaffirmed their conclusion that "the evidence from controlled human and epidemiological studies strongly supports the selection of a new primary ozone standard within the 60–70 ppb range for an 8-hour averaging time" (Samet, 2011, p ii). As requested by the EPA, CASAC's advice and recommendations were based on the scientific and technical record from the 2008 rulemaking. In considering the record for the 2008 rulemaking, CASAC stated the following to summarize the basis for their conclusions (Samet, 2011, pp. ii to iii):

(1) The evidence available on dose-response for effects of $O_3$ shows associations extending to levels within the range of concentrations currently experienced in the United States.

(2) There is scientific certainty that 6.6-hour exposures with exercise of young, healthy, non-smoking adult volunteers to concentrations ≥80 ppb cause clinically relevant decrements of lung function.

(3) Some healthy individuals have been shown to have clinically relevant responses, even at 60 ppb.

(4) Since the majority of clinical studies involve young, healthy adult populations, less is known about health effects in such potentially ozone sensitive populations as the elderly, children and those with cardiopulmonary disease. For these susceptible groups, decrements in lung function may be greater than in healthy

volunteers and are likely to have a greater clinical significance.

(5) Children and adults with asthma are at increased risk of acute exacerbations on or shortly after days when elevated $O_3$ concentrations occur, even when exposures do not exceed the NAAQS concentration of 75 ppb.

(6) Large segments of the population fall into what the EPA terms a "sensitive population group," *i.e.,* those at increased risk because they are more intrinsically susceptible (children, the elderly, and individuals with chronic lung disease) and those who are more vulnerable due to increased exposure because they work outside or live in areas that are more polluted than the mean levels in their communities. With respect to evidence from epidemiologic studies, CASAC stated "while epidemiological studies are inherently more uncertain as exposures and risk estimates increase (due to the greater potential for biases to dominate small effect estimates), specific evidence in the literature does not suggest that our confidence on the specific attribution of the estimated effects of ozone on health outcomes differs over the proposed range of 60–70 ppb" (Samet, 2011, p. 10).

Following its review of the second draft PA in the current review, which considers an updated scientific and technical record since the 2008 rulemaking, CASAC concluded that "there is clear scientific support for the need to revise the standard" (Frey, 2014c, p. ii). In particular, CASAC noted the following (Frey, 2014c, p. 5):

> [T]he scientific evidence provides strong support for the occurrence of a range of adverse respiratory effects and mortality under air quality conditions that would meet the current standard. Therefore, CASAC unanimously recommends that the Administrator revise the current primary ozone standard to protect public health.[73]

In supporting these conclusions, CASAC judged that the strongest evidence comes from controlled human exposure studies of respiratory effects. The Committee specifically noted that "the combination of decrements in $FEV_1$ together with the statistically significant alterations in symptoms in human subjects exposed to 72 ppb ozone meets the American Thoracic Society's definition of an adverse health effect" (Frey, 2014c, p. 5). CASAC further judged that "if subjects had been exposed to ozone using the 8-hour

averaging period used in the standard, adverse effects could have occurred at lower concentration" and that "the level at which adverse effects might be observed would likely be lower for more sensitive subgroups, such as those with asthma" (Frey, 2014c, p. 5). With regard to 60 ppb exposures, CASAC noted that "a level of 60 ppb corresponds to the lowest exposure concentration demonstrated to result in lung function decrements large enough to be judged an abnormal response by ATS and that could be adverse in individuals with lung disease" (Frey, 2014c, p. 7). The CASAC further noted that "a level of 60 ppb also corresponds to the lowest exposure concentration at which pulmonary inflammation has been reported" (Frey, 2014c, p. 7).

In their advice, CASAC also took note of estimates of $O_3$ exposures of concern and the risk of $O_3$-induced lung function decrements. With regard to the benchmark concentrations used in estimating exposures of concern, CASAC stated the following (Frey, 2014c, p. 6):

> The 80 ppb-8hr benchmark level represents an exposure level for which there is substantial clinical evidence demonstrating a range of ozone-related effects including lung inflammation and airway responsiveness in healthy individuals. The 70 ppb-8hr benchmark level reflects the fact that in healthy subjects, decreases in lung function and respiratory symptoms occur at concentrations as low as 72 ppb and that these effects almost certainly occur in some people, including asthmatics and others with low lung function who are less tolerant of such effects, at levels of 70 ppb and below. The 60 ppb-8hr benchmark level represents the lowest exposure level at which ozone-related effects have been observed in clinical studies of healthy individuals. Based on its scientific judgment, the CASAC finds that the 60 ppb-8hr exposure benchmark is relevant for consideration with respect to adverse effects on asthmatics.

With regard to lung function risk estimates, CASAC concluded that "estimation of $FEV_1$ decrements of ≥15% is appropriate as a scientifically relevant surrogate for adverse health outcomes in active healthy adults, whereas an $FEV_1$ decrement of ≥10% is a scientifically relevant surrogate for adverse health outcomes for people with asthma and lung disease" (Frey, 2014c, p. 3). The Committee further concluded that "[a]sthmatic subjects appear to be at least as sensitive, if not more sensitive, than non-asthmatic subjects in manifesting $O_3$-induced pulmonary function decrements" (Frey, 2014c, p. 4).

Although CASAC judged that controlled human exposure studies of respiratory effects provide the strongest

---

[73] CASAC provided similar advice in their letter to the Administrator on the HREA, stating that "The CASAC finds that the current primary NAAQS for ozone is not protective of human health and needs to be revised" (Frey, 2014a, p. 15).

evidence supporting their conclusion on the current standard, the Committee judged that there is also "sufficient scientific evidence based on epidemiologic studies for mortality and morbidity associated with short-term exposure to ozone at the level of the current standard" (Frey, 2014c, p. 5) and noted that "[r]ecent animal toxicological studies support identification of modes of action and, therefore, the biological plausibility associated with the epidemiological findings" (Frey, 2014c, p. 5).

e. Administrator's Proposed Decision

Section II.D.5 in the proposal (79 FR 75287–75291) discusses the Administrator's proposed conclusions related to the adequacy of the public health protection provided by the current primary $O_3$ standard, resulting in her proposed decision to revise that standard. These proposed conclusions and her proposed decision, summarized below, were based on the Administrator's consideration of the available scientific evidence, exposure/risk information, the comments and advice of CASAC, and public input that had been received by the time of proposal.

As an initial matter, the Administrator concluded that reducing precursor emissions to achieve $O_3$ concentrations that meet the current primary $O_3$ standard will provide important improvements in public health protection, compared to recent air quality. In reaching this initial conclusion, she noted the discussion in section 3.4 of the PA (U.S. EPA, 2014c). In particular, the Administrator noted that this initial conclusion is supported by (1) the strong body of scientific evidence indicating a wide range of adverse health outcomes attributable to exposures to $O_3$ concentrations commonly measured in the ambient air and (2) estimates indicating decreased occurrences of $O_3$ exposures of concern and decreased $O_3$-associated health risks upon meeting the current standard, compared to recent air quality. Thus, she concluded that it would not be appropriate in this review to consider a standard that is less protective than the current standard.[74]

After reaching the initial conclusion that meeting the current primary $O_3$ standard will provide important improvements in public health protection, and that it is not appropriate to consider a standard that is less protective than the current standard, the Administrator next considered the adequacy of the public health protection that is provided by the current standard. In doing so, the Administrator first noted that studies evaluated since the completion of the 2006 AQCD support and expand upon the strong body of evidence that, in the last review, indicated a causal relationship between short-term $O_3$ exposures and respiratory health effects, the strongest determination under the ISA's hierarchical system for classifying weight of evidence for causation. Together, experimental and epidemiologic studies support conclusions regarding a continuum of $O_3$ respiratory effects ranging from small reversible changes in pulmonary function, and pulmonary inflammation, to more serious effects that can result in respiratory-related emergency department visits, hospital admissions, and premature mortality. The Administrator further noted that recent animal toxicology studies support descriptions of modes of action for these respiratory effects and provide support for biological plausibility for the role of $O_3$ in reported effects. With regard to mode of action, evidence indicates that antioxidant capacity may modify the risk of respiratory morbidity associated with $O_3$ exposure, and that the inherent capacity to quench (based on individual antioxidant capacity) can be overwhelmed, especially with exposure to elevated concentrations of $O_3$. In addition, based on the consistency of findings across studies and evidence for the coherence of results from different scientific disciplines, evidence indicates that certain populations are at increased risk of experiencing $O_3$-related effects, including the most severe effects. These include populations and lifestages identified in previous reviews (i.e., people with asthma, children, older adults, outdoor workers) and populations identified since the last review (i.e., people with certain genotypes related to antioxidant and/or anti-inflammatory status; people with reduced intake of certain antioxidant nutrients, such as Vitamins C and E).

The Administrator further noted that evidence for adverse respiratory health effects attributable to long-term [75] $O_3$

exposures is much stronger than in previous reviews, and noted the ISA's conclusion that there is "likely to be" a causal relationship between such $O_3$ exposures and adverse respiratory health effects (the second strongest causality determination). She noted that the evidence available in this review includes new epidemiologic studies using a variety of designs and analysis methods, conducted by different research groups in different locations, evaluating the relationships between long-term $O_3$ exposures and measures of respiratory morbidity and mortality. New evidence supports associations between long-term $O_3$ exposures and the development of asthma in children, with several studies reporting interactions between genetic variants and such $O_3$ exposures. Studies also report associations between long-term $O_3$ exposures and asthma prevalence, asthma severity and control, respiratory symptoms among asthmatics, and respiratory mortality.

In considering the $O_3$ exposure concentrations reported to elicit respiratory effects, the Administrator agreed with the conclusions of the PA and with the advice of CASAC (Frey, 2014c) that controlled human exposure studies provide the most certain evidence indicating the occurrence of health effects in humans following exposures to specific $O_3$ concentrations. In particular, she noted that the effects reported in controlled human exposure studies are due solely to $O_3$ exposures, and interpretation of study results is not complicated by the presence of co-occurring pollutants or pollutant mixtures.

In considering the evidence from controlled human exposure studies, the Administrator first noted that these studies have reported a variety of respiratory effects in healthy adults following exposures to $O_3$ concentrations of 60, 72, or 80 ppb, and higher. The largest respiratory effects, and the broadest range of effects, have been studied and reported following exposures of healthy adults to 80 ppb $O_3$ or higher, with most exposure studies conducted at these higher concentrations. She further noted that recent evidence includes controlled human exposure studies reporting the combination of lung function decrements and respiratory symptoms in healthy adults engaged in quasi-continuous, moderate exertion following 6.6 hour exposures to concentrations as low as 72 ppb, and lung function decrements and

---

[74] Although the Administrator noted that reductions in $O_3$ precursor emissions (e.g., $NO_X$; VOC) to achieve $O_3$ concentrations that meet the current standard could also increase public health protection by reducing the ambient concentrations of pollutants other than $O_3$ (e.g., $PM_{2.5}$, $NO_2$), we did not quantitatively analyze these effects, consistent with CASAC advice (Frey, 2014a, p.10). However, the Administrator is not setting the standard to address risks from pollutants other than $O_3$.

[75] Based on the exposure surrogates used in recent epidemiologic studies of long-term $O_3$ exposure, it is not possible to distinguish between

the impacts of long-term $O_3$ exposure and exposure to repeated short-term peaks over an $O_3$ season.

pulmonary inflammation following exposures to $O_3$ concentrations as low as 60 ppb. As discussed below, compared to the evidence available in the last review, the Administrator viewed these studies as having strengthened support for the occurrence of abnormal and adverse respiratory effects attributable to short-term exposures to $O_3$ concentrations below the level of the current standard. The Administrator stated that such exposures to $O_3$ concentrations below the level of the current standard are potentially important from a public health perspective, given the following:

(1) The combination of lung function decrements and respiratory symptoms reported to occur in healthy adults following exposures to 72 ppb $O_3$ or higher, while at moderate exertion, meet ATS criteria for an adverse response. In specifically considering the 72 ppb exposure concentration, CASAC noted that "the combination of decrements in $FEV_1$ together with the statistically significant alterations in symptoms in human subjects exposed to 72 ppb ozone meets the American Thoracic Society's definition of an adverse health effect" (Frey, 2014c, p. 5).

(2) With regard to 60 ppb $O_3$, CASAC agreed that "a level of 60 ppb corresponds to the lowest exposure concentration demonstrated to result in lung function decrements large enough to be judged an abnormal response by ATS and that could be adverse in individuals with lung disease" (Frey, 2014c, p. 7). CASAC further noted that "a level of 60 ppb also corresponds to the lowest exposure concentration at which pulmonary inflammation has been reported" (Frey, 2014c, p. 7).

(3) The controlled human exposure studies reporting these respiratory effects were conducted in healthy adults, while at-risk groups (e.g., children, people with asthma) could experience larger and/or more serious effects. In their advice to the Administrator, CASAC concurred with this reasoning (Frey, 2014a, p. 14; Frey, 2014c, p. 5).

(4) These respiratory effects are coherent with the serious health outcomes that have been reported in epidemiologic studies evaluating exposure to $O_3$ (e.g., respiratory-related hospital admissions, emergency department visits, and mortality).

As noted above, the Administrator's proposed conclusions regarding the adequacy of the current primary $O_3$ standard placed a large amount of weight on the results of controlled human exposure studies. In particular, given the combination of lung function decrements and respiratory symptoms

following 6.6-hour exposures to $O_3$ concentrations as low as 72 ppb, and given CASAC advice regarding effects at 72 ppb, along with ATS adversity criteria, she concluded that the evidence in this review supports the occurrence of adverse respiratory effects following exposures to $O_3$ concentrations lower than the level of the current standard.[76] As discussed below, the Administrator further considered information from the broader body of controlled human exposure studies within the context of quantitative estimates of exposures of concern and $O_3$-induced $FEV_1$ decrements.

While putting less weight on information from epidemiologic studies than on information from controlled human exposure studies, the Administrator also considered what the available epidemiologic evidence indicates with regard to the adequacy of the public health protection provided by the current primary $O_3$ standard. She noted that recent epidemiologic studies provide support, beyond that available in the last review, for associations between short-term $O_3$ exposures and a wide range of adverse respiratory outcomes (including respiratory-related hospital admissions, emergency department visits, and mortality) and with total mortality. Associations with morbidity and mortality are stronger during the warm or summer months, and remain robust after adjustment for copollutants.

In considering information from epidemiologic studies within the context of her conclusions on the adequacy of the current standard, the Administrator considered the extent to which available studies support the occurrence of $O_3$ health effect associations with air quality likely to be allowed by the current standard. Most of the epidemiologic studies considered by the Administrator were conducted in locations likely to have violated the current standard over at least part of the study period. However, she noted three U.S. single-city studies that support the occurrence of $O_3$-associated hospital admissions or emergency department visits at ambient $O_3$ concentrations below the level of the current standard, or when virtually all monitored concentrations were below the level of the current standard (Mar and Koenig, 2009; Silverman and Ito, 2010; Strickland et al., 2010) (section II.D.1 of the proposal). While the Administrator acknowledged greater uncertainty in interpreting air quality for multicity

studies, she noted that $O_3$ associations with respiratory morbidity or mortality have been reported when the majority of study locations (though not all study locations) would likely have met the current $O_3$ standard. When taken together, the Administrator reached the initial conclusion at proposal that single-city epidemiologic studies and associated air quality information support the occurrence of $O_3$-associated hospital admissions and emergency department visits for ambient $O_3$ concentrations likely to have met the current $O_3$ standard, and that air quality analyses in locations of multicity studies provide some support for this conclusion for a broader range of effects, including mortality.

Beyond her consideration of the scientific evidence, the Administrator also considered the results of the HREA exposure and risk analyses in reaching initial conclusions regarding the adequacy of the current primary $O_3$ standard. In doing so, as noted above, she focused primarily on exposure and risk estimates based on information from controlled human exposure studies (i.e., exposures of concern and $O_3$-induced lung function decrements) and placed relatively less weight on epidemiologic-based risk estimates.

With regard to estimates of exposures of concern, the Administrator considered the extent to which the current standard provides protection against exposures to $O_3$ concentrations at or above 60, 70, and 80 ppb. Consistent with CASAC advice (Frey, 2014c), the Administrator focused on children in these analyses of $O_3$ exposures, noting that estimates for all children and asthmatic children are virtually indistinguishable, in terms of the percent estimated to experience exposures of concern.[77] Though she focused on children, she also recognized that exposures to $O_3$ concentrations at or above 60 or 70 ppb could be of concern for adults. As discussed in the HREA and PA (and II.C.2.a of the proposal), the patterns of exposure estimates across urban study areas, across years, and across air quality scenarios are similar in adults with asthma, older adults, all children, and children with asthma, though smaller percentages of adult populations are estimated to experience exposures of concern than children and children with asthma. Thus, the Administrator recognized that the exposure patterns for children across years, urban study areas, and air

---

[76] This CASAC advice and ATS recommendations are discussed in more detail in section II.C.4 below (see also II.A.1.c, above).

[77] As noted above, HREA analyses indicate that activity data for asthmatics is generally similar to non-asthmatics (U.S. EPA, 2014a, Appendix 5G, Tables 5G-2 to 5G–5).

quality scenarios are indicative of the exposure patterns in a broader group of at-risk populations that also includes asthmatic adults and older adults.

She further noted that while single exposures of concern could be adverse for some people, particularly for the higher benchmark concentrations (70, 80 ppb) where there is stronger evidence for the occurrence of adverse effects, she became increasingly concerned about the potential for adverse responses as the number of occurrences increases (61 FR 75122).[78] In particular, she noted that repeated occurrences of the types of effects shown to occur following exposures of concern can have potentially adverse outcomes. For example, repeated occurrences of airway inflammation could potentially result in the induction of a chronic inflammatory state; altered pulmonary structure and function, leading to diseases such as asthma; altered lung host defense response to inhaled microorganisms; and altered lung response to other agents such as allergens or toxins (U.S. EPA, 2013, section 6.2.3). Thus, the Administrator noted that the types of respiratory effects shown to occur in some individuals following exposures to $O_3$ concentrations from 60 to 80 ppb, particularly if experienced repeatedly, provide a mode of action by which $O_3$ may cause other more serious effects (*e.g.*, asthma exacerbations). Therefore, the Administrator placed the most weight on estimates of two or more exposures of concern (*i.e.*, as a surrogate for the occurrence of repeated exposures), though she also considered estimates of one or more, particularly for the 70 and 80 ppb benchmarks.[79]

As illustrated in Table 1 (above), the Administrator noted that if the 15 urban study areas evaluated in the HREA were to just meet the current $O_3$ standard, fewer than 1% of children in those areas would be estimated to experience two or more exposures of concern at or above 70 ppb, though approximately 3 to 8% of children, including approximately 3 to 8% of asthmatic children, would be

estimated to experience two or more exposures of concern to $O_3$ concentrations at or above 60 ppb[80] (based on estimates averaged over the years of analysis). To provide some perspective on these percentages, the Administrator noted that they correspond to almost 900,000 children in urban study areas, including about 90,000 asthmatic children, estimated to experience two or more exposures of concern at or above 60 ppb. Nationally, if the current standard were to be just met, the number of children experiencing such exposures would be larger. In the worst-case year and location (*i.e.*, year and location with the largest exposure estimates), the Administrator noted that over 2% of children are estimated to experience two or more exposures of concern at or above 70 ppb and over 14% are estimated to experience two or more exposures of concern at or above 60 ppb.

Although, as discussed above and in section II.E.4.d of the proposal, the Administrator was less concerned about single occurrences of exposures of concern, she noted that even single occurrences can cause adverse effects in some people, particularly for the 70 and 80 ppb benchmarks. Therefore, she also considered estimates of one or more exposures of concern. As illustrated in Table 1 (above), if the 15 urban study areas evaluated in the HREA were to just meet the current $O_3$ standard, fewer than 1% of children in those areas would be estimated to experience one or more exposures of concern at or above 80 ppb (based on estimates averaged over the years of analysis). However, approximately 1 to 3% of children, including 1 to 3% of asthmatic children, would be estimated to experience one or more exposures of concern to $O_3$ concentrations at or above 70 ppb and approximately 10 to 17% would be estimated to experience one or more exposures of concern to $O_3$ concentrations at or above 60 ppb. In the worst-case year and location, the Administrator noted that over 1% of children are estimated to experience one or more exposures of concern at or above 80 ppb, over 8% are estimated to experience one or more exposures of concern at or above 70 ppb, and about 26% are estimated to experience one or more exposures of concern at or above 60 ppb.

In addition to estimated exposures of concern, the Administrator also considered HREA estimates of the

occurrence of $O_3$-induced lung function decrements. In doing so, she particularly noted CASAC advice that "estimation of $FEV_1$ decrements of ≥15% is appropriate as a scientifically relevant surrogate for adverse health outcomes in active healthy adults, whereas an $FEV_1$ decrement of ≥10% is a scientifically relevant surrogate for adverse health outcomes for people with asthma and lung disease" (Frey, 2014c, p. 3). While these surrogates provide perspective on the potential for the occurrence of adverse respiratory effects following $O_3$ exposures, the Administrator agreed with the conclusion in past reviews that a more general consensus view of the adversity of moderate responses emerges as the frequency of occurrence increases (citing to 61 FR 65722–3) (Dec, 13, 1996). Therefore, in the proposal the Administrator expressed increasing concern about the potential for adversity as the frequency of occurrences increased and, as a result, she focused primarily on estimates of two or more $O_3$-induced $FEV_1$ decrements (*i.e.*, as a surrogate for repeated exposures).

When averaged over the years evaluated in the HREA, the Administrator noted that the current standard is estimated to allow about 1 to 3% of children in the 15 urban study areas (corresponding to almost 400,000 children) to experience two or more $O_3$-induced lung function decrements ≥15%, and to allow about 8 to 12% of children (corresponding to about 180,000 asthmatic children) to experience two or more $O_3$-induced lung function decrements ≥10%. Nationally, larger numbers of children would be expected to experience such $O_3$-induced decrements if the current standard were to be just met. The current standard is also estimated to allow about 3 to 5% of children in the urban study areas to experience one or more decrements ≥15% and about 14 to 19% of children to experience one or more decrements ≥10%. In the worst-case year and location, the current standard is estimated to allow 4% of children in the urban study areas to experience two or more decrements ≥15% (and 7% to experience one or more such decrements) and 14% of children to experience two or more decrements ≥10% (and 22% to experience one or more such decrements).[81]

---

[78] The Administrator noted that not all people who experience an exposure of concern will experience an adverse effect (even members of at-risk populations). For most of the endpoints evaluated in controlled human exposure studies (with the exception of $O_3$-induced $FEV_1$ decrements, as discussed below), the number of those experiencing exposures of concern who will experience adverse effects cannot be reliably quantified.

[79] The Administrator's considerations related to estimated $O_3$ exposures of concern, including her views on estimates of two or more and one or more such exposures, are discussed in more detail within the context of her consideration of public comments on the level of the revised standard and her final decision on level (II.C.4.b and II.C.4.c, below).

[80] Almost no children in those areas would be estimated to experience two or more exposures of concern at or above 80 ppb.

[81] As discussed below (II.C.4), in her consideration of potential alternative standard levels, the Administrator placed less weight on estimates of the risk of $O_3$-induced $FEV_1$ decrements. In doing so, she particularly noted that, unlike exposures of concern, the variability in lung

Continued

In further considering the HREA results, the Administrator considered the epidemiology-based risk estimates. Compared to the weight given to HREA estimates of exposures of concern and lung function risks, she placed relatively less weight on epidemiology-based risk estimates. Consistent with the conclusions in the PA, her determination to attach less weight to the epidemiology-based risk estimates reflected her consideration of key uncertainties, including the heterogeneity in effect estimates between locations, the potential for exposure measurement errors, and uncertainty in the interpretation of the shape of concentration-response functions for $O_3$ concentrations in the lower portions of ambient distributions (U.S. EPA, 2014a, section 9.6) (section II.D.2 of the proposal).

The Administrator focused on estimates of total mortality risk associated with short-term $O_3$ exposures.[82] Given the decreasing certainty in the shape of concentration-response functions for area-wide $O_3$ concentrations at the lower ends of warm season distributions (U.S. EPA, 2013, section 2.5.4.4), the Administrator focused on estimates of risk associated with $O_3$ concentrations in the upper portions of ambient distributions. Even when considering only area-wide $O_3$ concentrations from these upper portions of seasonal distributions, the Administrator noted that the current standard is estimated to allow hundreds to thousands of $O_3$-associated deaths per year in urban study areas (79 FR 75291 citing to section II.C.3 of the proposal).

In addition to the evidence and exposure/risk information discussed above, the Administrator took note of the CASAC advice in the current review and in the 2010 proposed

reconsideration of the 2008 decision establishing the current standard. As discussed in more detail above, the current CASAC "finds that the current NAAQS for ozone is not protective of human health" and "unanimously recommends that the Administrator revise the current primary ozone standard to protect public health" (Frey, 2014c, p. 5).

In consideration of all of the above, the Administrator proposed that the current primary $O_3$ standard is not adequate to protect public health, and that it should be revised to provide increased public health protection. This proposed decision was based on the Administrator's initial conclusions that the available evidence and exposure and risk information clearly call into question the adequacy of public health protection provided by the current primary standard and, therefore, that the current standard is not requisite to protect public health with an adequate margin of safety. With regard to the evidence, she specifically noted that (1) controlled human exposure studies provide support for the occurrence of adverse respiratory effects following exposures to $O_3$ concentrations below the level of the current standard (i.e., as low as 72 ppb), and that (2) single-city epidemiologic studies provide support for the occurrence of adverse respiratory effects under air quality conditions that would likely meet the current standard, with multicity studies providing limited support for this conclusion for a broader range of effects (i.e., including mortality). In addition, based on the analyses in the HREA, the Administrator concluded that the exposures and risks projected to remain upon meeting the current standard can reasonably be judged to be important from a public health perspective. Thus, she reached the proposed conclusion that the evidence and information, together with CASAC advice based on their consideration of that evidence and information, provide strong support for revising the current primary standard in order to increase public health protection against an array of adverse effects that range from decreased lung function and respiratory symptoms to more serious indicators of morbidity (e.g., including emergency department visits and hospital admissions), and mortality.

2. Comments on the Need for Revision

The EPA received a large number of comments, more than 430,000 comments, on the proposed decision to revise the current primary $O_3$ standard. These comments generally fell into one

of two broad groups that expressed sharply divergent views.

Many commenters asserted that the current primary $O_3$ standard is not sufficient to protect public health, especially the health of sensitive groups, with an adequate margin of safety. These commenters agreed with the EPA's proposed decision to revise the current standard to increase public health protection. Among those calling for revisions to the current primary standard were medical groups (e.g., American Academy of Pediatrics (AAP), American Medical Association, American Lung Association (ALA), American Thoracic Society, American Heart Association, and the American College of Occupational and Environmental Medicine); national, state, and local public health and environmental organizations (e.g., the National Association of County and City Health Officials, American Public Health Association, Physicians for Social Responsibility, Sierra Club, Natural Resources Defense Council, Environmental Defense Fund, Center for Biological Diversity, and Earthjustice); the majority of state and local air pollution control authorities that submitted comments (e.g., agencies from California Air Resources Board and Office of Environmental Health Hazard Assessment, Connecticut, Delaware, Iowa, Illinois, Maryland, Minnesota, New Hampshire, New York, North Dakota, Oregon, Pennsylvania, Tennessee, and Wisconsin); the National Tribal Air Association; State organizations (e.g., National Association of Clean Air Agencies (NACAA), Northeast States for Coordinated Air Use Management, Ozone Transport Commission). While all of these commenters agreed with the EPA that the current $O_3$ standard needs to be revised, many supported a more protective standard than proposed by EPA, as discussed in more detail below (II.C.4). Many individual commenters also expressed similar views.

A second group of commenters, representing industry associations, businesses and some state agencies, opposed the proposed decision to revise the current primary $O_3$ standard, expressing the view that the current standard is adequate to protect public health, including the health of sensitive groups, and to do so with an adequate margin of safety. Industry and business groups expressing this view included the American Petroleum Institute (API), the Alliance of Automobile Manufacturers (AAM), the American Forest and Paper Association, the Dow Chemical Company, the National Association of Manufacturers, the

---

function risk estimates across urban study areas is often greater than the differences in risk estimates between various standard levels (Table 2, above). Given this, and the resulting considerable overlap between the ranges of lung function risk estimates for different standard levels, although the Administrator noted her confidence in the lung function risk estimates themselves, she viewed them as providing a more limited basis than exposures of concern for distinguishing between the degree of public health protection provided by alternative standard levels.

[82] In doing so, she concluded that lower confidence should be placed in the results of the assessment of respiratory mortality risks associated with long-term $O_3$ exposures, primarily because that analysis is based on only one study (even though that study is well-designed) and because of the uncertainty in that study about the existence and identification of a potential threshold in the concentration-response function (U.S. EPA, 2014a, section 9.6) (section II.D.2 of the proposal). CASAC also called into question the extent to which it is appropriate to place confidence in risk estimates for respiratory mortality (Frey, 2014a, p. 11).

BLM_0047337

National Mining Association, the U.S. Chamber of Commerce (in a joint comment with other industry groups), and the Utility Air Regulatory Group (UARG). State environmental agencies opposed to revising the current primary $O_3$ standard included agencies from Arkansas, Georgia, Louisiana, Kansas, Michigan, Mississippi, Nebraska, North Carolina, Ohio, Texas, Virginia, and West Virginia.

The following sections discuss comments submitted by these and other groups, and the EPA's responses to those comments. Comments dealing with overarching issues that are fundamental to EPA's decision-making methodology are addressed in section II.B.2.a. Comments on the health effects evidence, including evidence from controlled human exposure and epidemiologic studies, are addressed in section II.B.2.b. Comments on human exposure and health risk assessments are addressed in section II.B.2.c. Comments on the appropriate indicator, averaging time, form, or level of a revised primary $O_3$ standard are addressed below in section II.C. In addition to the comments addressed in this preamble, the EPA has prepared a Response to Comments document that addresses other specific comments related to standard setting, as well as comments on implementation- and/or cost-related factors that the EPA may not consider as part of the basis for decisions on the NAAQS. This document is available for review in the docket for this rulemaking and through the EPA's OAQPS TTN Web site (*http://www.epa.gov/ttn/naaqs/standards/ozone/s_o3_index.html*).

a. Overarching Comments

Some commenters maintained that the proposed rule (and by extension the final rule) is fundamentally flawed because it does not quantify, or otherwise define, what level of protection is "requisite" to protect the public health. These commenters asserted that "EPA has not explained how far above zero-risk it believes is appropriate or how close to background is acceptable. EPA has failed to explain how the current standard is inadequate on this specific basis" (*e.g.*, UARG, p. 10). These commenters further maintained that the failure to quantify a requisite level of protection "drastically reduces the value of public participation" since "the public does not understand what is driving EPA's decision" (*e.g.*, UARG, p. 11).

The EPA disagrees with these comments and notes that industry petitioners made virtually the same argument before the D.C. Circuit in *ATA III*, on remand from the Supreme Court, arguing that unless EPA identifies and quantifies a degree of acceptable risk, it is impossible to determine if a NAAQS is requisite (*i.e.*, neither too stringent or insufficiently stringent to protect the public health). The D.C. Circuit rejected petitioners' argument, holding that "[a]lthough we recognize that the Clean Air Act and circuit precedent require EPA qualitatively to describe the standard governing its selection of particular NAAQS, we have expressly rejected the notion that the Agency must 'establish a measure of the risk to safety it considers adequate to protect public health every time it establish a [NAAQS]'" *ATA III*, 283 F. 3d at 369 (quoting *NRDC* v. *EPA*, 902 F.2d 962, 973 (D.C. Cir. 1990)). The court went on to explain that the requirement is only for EPA to engage in reasoned decision-making, "not that it definitively identify pollutant levels below which risks to public health are negligible." *ATA III*, 283 F. 3d at 370.

Thus, the Administrator is required to exercise her judgment in the face of scientific uncertainty to establish the NAAQS to provide appropriate protection against risks to public health, both known and unknown. As discussed below, in the current review, the Administrator judges that the existing primary $O_3$ standard is not requisite to protect public health with an adequate margin of safety, a judgment that is consistent with CASAC's conclusion that "there is clear scientific support for the need to revise the standard" (Frey, 2014c, p. ii). Further, in section II.C.4 below, the Administrator has provided a thorough explanation of her rationale for concluding that a standard with a level of 70 ppb is requisite to protect public health with an adequate margin of safety, explaining the various scientific uncertainties which circumscribe the range of potential alternative standards, and how she exercised her "judgment" (per section 109 (b)(1) of the CAA) in selecting a standard from within that range of scientifically reasonable choices. This "reasoned decision making" is what the Act requires, 283 F. 3d at 370, not the quantification advocated by these commenters.

The EPA further disagrees with the comment that a failure to quantify a requisite level of protection impaired or impeded public notice and comment opportunities. In fact, the EPA clearly gave adequate notice of the bases both for determining that the current standard does not afford requisite protection,[83] and for determining how the standard should be revised. In particular, the EPA explained in detail which evidence it considered critical, and the scientific uncertainties that could cause the Administrator to weight that evidence in various ways (79 FR 75308–75310). There were robust comments submitted by commenters from a range of viewpoints on all of these issues, an indication of the adequacy of notice. The public was also afforded multiple opportunities to comment to the EPA and to CASAC during the development of the ISA, REA, and PA. Thus, the EPA does not agree that lack of quantification of a risk level that is "requisite" has deprived commenters of adequate notice and opportunity to comment in this proceeding.

Various commenters maintained that it was inappropriate to revise the current NAAQS based on their view that natural background concentrations in several states are at or above $O_3$ concentrations associated with meeting a NAAQS set at a level less than 75 ppb (presumably retaining the same indicator, form, and averaging time), making the NAAQS impossible for those states to attain and maintain, a result they claim is legally impermissible. In support for their argument, the commenters cite monitoring and modelling results from various areas in the intermountain west, state that EPA analyses provide underestimates of background $O_3$ and conclude that high concentrations of background $O_3$[84] exist

---

[83] See 79 FR 75287–91 (noting, among other things, that exposure to ambient $O_3$ concentrations below the level of the current standard has been associated with diminished lung function capacity, respiratory symptoms, and respiratory health effects resulting in emergency room visits or hospital admissions, and that a single-city epidemiologic study showed associations with asthma emergency department visits in an area that would have met the current standard over the entire study period). See also Frey 2014c, p. 5 (CASAC reiterated its conclusion, after multiple public comment opportunities, that as a matter of science the current standard "is not protective of public health" and provided the bases for that conclusion).

[84] Background $O_3$ can be generically defined as the portion of $O_3$ in ambient air that comes from sources outside the jurisdiction of an area and can include natural sources as well as transported $O_3$ of anthropogenic origin. EPA has identified two specific definitions of background $O_3$ relevant to this discussion: natural background (NB) and United States background (USB). NB is defined as the $O_3$ that would exist in the absence of any manmade precursor emissions. USB is defined as that $O_3$ that would exist in the absence of any manmade emissions inside the U.S. This includes anthropogenic emissions outside the U.S. as well as naturally occurring ozone. In many cases, the comments reference background $O_3$ only in the generic sense. Unless explicitly noted otherwise, we have assumed all references to background in the comments are intended to refer to USB.

in many parts of the United States that will "prevent attainment" of a revised standard (NMA, p. 5).

The courts have clearly established that "[a]ttainability and technological feasibility are not relevant considerations in the promulgation of [NAAQS]." *API* v. *EPA,* 665 F. 2d 1176, 1185 (D.C. Cir. 1981). Further, the courts have clarified that the EPA may consider proximity to background concentrations as a factor in the decision whether and how to revise the NAAQS only in the context of considering standard levels within the range of reasonable values supported by the air quality criteria and judgments of the Administrator. 79 FR 75242–43 (citing *ATA III,* 283 F. 3d at 379). In this review, the overall body of scientific evidence and exposure/risk information, as discussed in Section II.B of this notice, is clear and convincing: The existing standard is not adequate to protect public health with an adequate margin of safety and that the standard needs to be revised to reflect a lower level to provide that protection. The EPA analyses indicate that there may be infrequent instances in a limited number of rural areas where background $O_3$ would be appreciable but not the sole contributor to an exceedance of the revised NAAQS, but do not indicate U.S. background (USB) $O_3$ concentrations will prevent attainment of a revised $O_3$ standard with a level of 70 ppb. USB is defined as that $O_3$ that would exist even in the absence of any manmade emissions within the United States.

The EPA's estimates of U.S. background ozone concentrations are based on frequently-utilized, state-of-the-science air quality models and are considered reasonable and reliable, not underestimates. In support of their view, the commenters state that monitored (not modelled) ozone concentrations in remote rural locations include instances of 8-hour average concentrations very occasionally higher than 70 ppb. Monitoring data from places like the Grand Canyon and Yellowstone National Parks, are examples cited in comments. It is inappropriate to assume that monitored $O_3$ concentrations at remote sites can be used as a proxy for background $O_3$ levels. Even at the most remote locations, local $O_3$ concentrations are impacted by anthropogenic emissions from within the U.S. The EPA modeling analyses (U.S. EPA, 2014c, Figure 2–18) estimate that, on a seasonal basis, 10–20% of the $O_3$ at even the most remote locations in the intermountain western U.S. originates from manmade emissions from the U.S., and thus is not part of

USB. This conclusion is supported by commenter-submitted recent data analyses of rural $O_3$ observations in Nevada and Utah (NMA, Appendices D and H). These analyses conclude that natural sources, international $O_3$ transport, $O_3$ transported from upwind states, and $O_3$ transported from urban areas within a state all contributed to $O_3$ concentrations at rural sites.[85] Thus, while $O_3$ in high-altitude, rural portions of the intermountain western U.S. can, at times, be substantially influenced by background sources such as wildfires, international transport or the stratosphere, measured $O_3$ in rural locations are also influenced by domestic emissions and so cannot, by themselves, be used to estimate USB concentrations. Accordingly, the fact that 2011–2013 design values in locations like Yellowstone National Park (66 ppb) or Grand Canyon National Park (72 ppb) approach or exceed 70 ppb, does not support the conclusion that a standard with a level of 70 ppb is impossible to attain.

To accurately estimate USB concentrations, it is necessary to use air quality models which can evaluate how much of the $O_3$ at any given location originates from sources other than manmade emissions within the U.S. As part of the rulemaking, the EPA has summarized a variety of modeling-based analyses of background $O_3$ (U.S. EPA, 2013, Chapter 3) and conducted our own multi-model assessment of USB concentrations across the U.S. (U.S. EPA, 2014c, Chapter 2). The EPA analyses, which are consistent with the previously-summarized studies highlighted by commenters, concluded that seasonal mean daily maximum 8-hour average concentrations of USB $O_3$ range from 25–50 ppb, with the highest estimates located across the intermountain western U.S.

Importantly, the modeling analyses also indicate that the highest $O_3$ days (*i.e.,* the days most relevant to the form of the NAAQS) generally have similar daily maximum 8-hour average USB concentrations as the seasonal means of this metric, but have larger contributions from U.S. anthropogenic sources. As summarized in the PA, "the highest modeled $O_3$ site-days tend to have background $O_3$ levels similar to mid-range $O_3$ days . . . [T]he days with

highest $O_3$ levels have similar distributions (*i.e.* means, inter-quartile ranges) of background levels as days with lower values, down to approximately 40 ppb. *As a result, the proportion of total $O_3$ that has background origins is smaller on high $O_3$ days (e.g. greater than 60 ppb) than on the more common lower $O_3$ days that tend to drive seasonal means"* (U.S. EPA, 2014c, p. 2–21, emphasis added). When averaged over the entire U.S., the models estimate that the mean USB fractional contribution to daily maximum 8-hour average $O_3$ concentrations above 70 ppb is less than 35 percent. U.S. anthropogenic emission sources are thus the dominant contributor to the majority of modeled $O_3$ exceedances across the U.S. (U.S. EPA, 2014c, Figures 2–14 and 2–15).

As noted in the PA, and as highlighted by the commenters based on existing modeling, there can be infrequent events where daily maximum 8-hour $O_3$ concentrations approach or exceed 70 ppb largely due to the influence of USB sources like a wildfire or stratospheric intrusion. As discussed below in Section V, the statute and EPA implementing regulations allow for the exclusion of air quality monitoring data from design value calculations when there are exceedances caused by certain event-related U.S. background influences (*e.g.,* wildfires or stratospheric intrusions). As a result, these "exceptional events" will not factor into attainability concerns.

In sum, the EPA believes that the commenters have failed to establish the predicate for their argument. Uncontrollable background concentrations of $O_3$ are not expected to preclude attainment of a revised $O_3$ standard with a level of 70 ppb. The EPA also disagrees with aspects of the specific statements made by the commenters as support for their view that the EPA analyses have underestimated background $O_3$.[86] Thus, even assuming the commenters are correct that the EPA may use proximity to background as a justification for not revising a standard that, in the judgment of the Administrator, is inadequate to protect public health, the commenters' arguments for the justification and need to do so for this review are based on a flawed premise.

### b. Comments on the Health Effects Evidence

As noted above, comments on the adequacy of the current standard fell into two broad categories reflecting very

---

[85] The analysis of observations in Utah notes the influence of domestic emissions—either from Salt Lake City (for two of the areas) or from Los Angeles and California (for the third of the areas included (NMA comments, Appendix E). Additionally, the analysis of monitoring data for Nevada also describes the influence of the monitoring sites by domestic emissions from other western states (NMA, Appendix H).

[86] Specific aspects of the comments on the EPA analyses are addressed in more detail in the RTC.

different views of the available scientific evidence. Commenters who expressed support for the EPA's proposed decision to revise the current primary O$_3$ standard generally concluded that the body of scientific evidence assessed in the ISA is much stronger and more compelling than in the last review. These commenters also generally emphasized CASAC's interpretation of the body of available evidence, which formed an important part of the basis for CASAC's reiterated recommendations to revise the O$_3$ standard to provide increased public health protection. In some cases, these commenters supported their positions by citing studies published since the completion of the ISA.

The EPA generally agrees with these commenters regarding the need to revise the current primary O$_3$ standard in order to increase public health protection though, in many cases, not with their conclusions about the degree of protection that is appropriate (II.C.4.b and II.C.4.c, below). The scientific evidence noted by these commenters was generally the same as that assessed in the ISA (U.S. EPA, 2013) and the proposal,[87] and their interpretation of the evidence was often, though not always, consistent with the conclusions of the ISA and CASAC. The EPA agrees that the evidence available in this review provides a strong basis for the conclusion that the current O$_3$ standard is not adequately protective of public health. In reaching this conclusion, the EPA places a large amount of weight on the scientific advice of CASAC, and on CASAC's endorsement of the assessment of the evidence in the ISA (Frey and Samet, 2012).

In contrast, while commenters who opposed the proposed decision to revise the primary O$_3$ standard generally focused on many of the same studies assessed in the ISA, these commenters highlighted different aspects of these studies and reached substantially different conclusions about their strength and the extent to which progress has been made in reducing uncertainties in the evidence since the last review. These commenters generally concluded that information about the health effects of concern has not changed significantly since 2008 and that the uncertainties in the underlying health science have not been reduced

since the 2008 review. In some cases, these commenters specifically questioned the EPA's approach to assessing the scientific evidence and to reaching conclusions on the strength of that evidence in the ISA. For example, several commenters asserted that the EPA's causal framework, discussed in detail in the ISA, is flawed and that it has not been applied consistently across health endpoints. Commenters also noted departures from other published causality frameworks (Samet and Bodurow, 2008) and from the criteria for judging causality put forward by Sir Austin Bradford Hill (Hill, 1965).

The EPA disagrees with comments questioning the ISA's approach to assessing the evidence, the causal framework established in the ISA, or the consistent application of that framework across health endpoints. While the EPA acknowledges the ISA's approach departs from assessment and causality frameworks that have been developed for other purposes, such departures reflect appropriate adaptations for the NAAQS. As with other ISAs, the O$_3$ ISA uses a five-level hierarchy that classifies the weight of evidence for causation. In developing this hierarchy, the EPA has drawn on the work of previous evaluations, most prominently the IOM's *Improving the Presumptive Disability Decision-Making Process for Veterans* (Samet and Bodurow, 2008), EPA's Guidelines for Carcinogen Risk Assessment (U.S. EPA, 2005), and the U.S. Surgeon General's smoking report (CDC, 2004). The ISA's weight of evidence evaluation is based on the integration of findings from various lines of evidence from across the health and environmental effects disciplines. These separate judgments are integrated into a qualitative statement about the overall weight of the evidence and causality. The ISA's causal framework has been developed over multiple NAAQS reviews, based on extensive interactions with CASAC and based on the public input received as part of the CASAC review process. In the current review, the causality framework, and the application of that framework to causality determinations in the O$_3$ ISA, have been reviewed and endorsed by CASAC (Frey and Samet, 2012).

Given these views on the assessment of the evidence in the ISA, it is relevant to note that many of the issues and concerns raised by commenters on the EPA's interpretation of the evidence, and on the EPA's conclusions regarding the extent to which uncertainties have been reduced since the 2008 review, are essentially restatements of issues raised during the development of the ISA, HREA, and/or PA. The CASAC O$_3$ Panel

reviewed the interpretation of the evidence, and the EPA's use of information from specific studies, in drafts of these documents. In CASAC's advice to the Administrator, which incorporates its consideration of many of the issues raised by commenters, CASAC approved of the scientific content, assessments, and accuracy of the ISA, REA, and PA, and indicated that these documents provide an appropriate basis for use in regulatory decision making for the O$_3$ NAAQS (Frey and Samet, 2012, Frey, 2014a, Frey, 2014c). Therefore, the EPA's responses to many of the comments on the evidence rely heavily on the process established in the ISA for assessing the evidence, which is the product of extensive interactions with CASAC over a number of different reviews, and on CASAC advice received as part of this review of the O$_3$ NAAQS.

The remainder of this section discusses public comments and the EPA's responses, on controlled human exposure studies (II.B.2.b.i); epidemiologic studies (II.B.2.b.ii); and at-risk populations (II.B.2.b.iii).

i. Evidence From Controlled Human Exposure Studies

This section discusses major comments on the evidence from controlled human exposure studies and provides the Agency's responses to those comments. To support their views on the adequacy of the current standard, commenters often highlighted specific aspects of the scientific evidence from controlled human exposure studies. Key themes discussed by these commenters included the following: (1) The adversity of effects demonstrated in controlled human exposure studies, especially studies conducted at exposure concentrations below 80 ppb; (2) representativeness of different aspects of the controlled human exposure studies for making inferences to the general population and at-risk populations; (3) results of additional analyses of the data from controlled human exposure studies; (4) evaluation of a threshold for effects; and (5) importance of demonstration of inflammation at 60 ppb. This section discusses these key comment themes, and provides the EPA's responses. More detailed discussion of individual comments, and the EPA's responses, is provided in the Response to Comments document.

Adversity

Some commenters who disagreed with the EPA's proposed decision to revise the current primary O$_3$ standard disputed the Agency's characterization

[87] As discussed in section I.C above, the EPA has provisionally considered studies that were highlighted by commenters and that were published after the ISA. These studies are generally consistent with the evidence assessed in the ISA, and they do not materially alter our understanding of the scientific evidence or the Agency's conclusions based on that evidence.

of the adversity of the $O_3$-induced health effects shown to occur in controlled human exposure studies. Some of these commenters contended that the proposal does not provide a clear definition of adversity or that there is confusion concerning what responses the Administrator considers adverse. The EPA disagrees with these comments, and notes that section II.E.4.d of the proposal describes the Administrator's proposed approach to considering the adversity of effects observed in controlled human exposure studies. Her final approach to considering the adversity of these effects, and her conclusions on adversity, are described in detail below (II.C.4.b, II.C.4.c).

Other commenters disagreed with the EPA's judgments regarding adversity and expressed the view that the effects observed in controlled human exposure studies following 6.6-hour exposures to $O_3$ concentrations below the level of the current standard (i.e., 75 ppb) are not adverse.[88] This group of commenters cited several reasons to support their views, including that: (1) The lung function decrements and respiratory symptoms observed at 72 ppb in the study by Schelegle et al. (2009) were not correlated with each other, and therefore were not adverse; and (2) group mean $FEV_1$ decrements observed following exposures below 75 ppb are small (e.g., <10%, as highlighted by some commenters), transient and reversible, do not interfere with daily activities, and do not result in permanent respiratory injury or progressive respiratory dysfunction.

While the EPA agrees that not all effects reported in controlled human exposure studies following exposures below 75 ppb can reasonably be considered to be adverse, the Agency strongly disagrees with comments asserting that none of these effects can be adverse. As an initial matter, the Administrator notes that, when considering the extent to which the current or a revised standard could allow adverse respiratory effects, based on information from controlled human exposure studies, she considers not only the effects themselves, but also quantitative estimates of the extent to which the current or a revised standard could allow such effects. Quantitative

exposure and risk estimates provide perspective on the extent to which various standards could allow populations, including at-risk populations such as children and children with asthma, to experience the types of $O_3$ exposures that have been shown in controlled human exposure studies to cause respiratory effects. As discussed further below (II.B.3, II.C.4.b, II.C.4.c), to the extent at-risk populations are estimated to experience such exposures repeatedly, the Administrator becomes increasingly concerned about the potential for adverse responses in the exposed population. Repeated exposures provide a plausible mode of action by which $O_3$ may cause other more serious effects. Thus, even though the Administrator concludes there is important uncertainty in the adversity of some of the effects observed in controlled human exposure studies based on the single exposure periods evaluated in these studies (e.g., $FEV_1$ decrements observed following exposures to 60 ppb $O_3$, as discussed in sections II.C.4.b and II.C.4.c below), she judges that the potential for adverse effects increases as the number of exposures increases. Contrary to the commenters' views noted above, the Administrator considers the broader body of available information (i.e., including quantitative exposure and risk estimates) when considering the extent to which the current or a revised standard could allow adverse respiratory effects (II.B.3, II.C.4.b, II.C.4.c, below).

In further considering commenters' views on the potential adversity of the respiratory effects themselves (i.e., without considering quantitative estimates), the EPA notes that although the results of controlled human exposure studies provide a high degree of confidence regarding the occurrence of health effects following exposures to $O_3$ concentrations from 60 to 80 ppb, there are no universally accepted criteria by which to judge the adversity of the observed effects. Therefore, as in the proposal, the Administrator relies upon recommendations from the ATS and advice from CASAC to inform her judgments on adversity.

In particular, the Administrator focuses on the ATS recommendation that "reversible loss of lung function in combination with the presence of symptoms should be considered adverse" (ATS, 2000a). The study by Schelegle et al. (2009) reported a statistically significant decrease in group mean $FEV_1$ and a statistically significant increase in respiratory symptoms in healthy adults following 6.6-hour exposures to average $O_3$

concentrations of 72 ppb. In considering these effects, CASAC noted that "the combination of decrements in $FEV_1$ together with the statistically significant alterations in symptoms in human subjects exposed to 72 ppb ozone meets the American Thoracic Society's definition of an adverse health effect" (Frey, 2014c, p. 5).

As mentioned above, some commenters nonetheless maintained that the effects observed in Schelegle et al. (2009) following exposure to 72 ppb $O_3$ (average concentration) were not adverse because the magnitudes of the $FEV_1$ decrements and the increases in respiratory symptoms (as measured by the total subjective symptoms score, TSS) were not correlated across individual study subjects. A commenter submitted an analysis of the individual-level data from the study by Schelegle et al. (2009) to support their position. This analysis indicated that, while the majority of study volunteers (66%) did experience both lung function decrements and increased respiratory symptoms following 6.6-hour exposures to 72 ppb $O_3$, some (33%) did not (e.g., Figure 3 in comments from Gradient).[89] In addition, the study subjects who experienced relatively large lung function decrements did not always also experience relatively large increases in respiratory symptoms. These commenters interpreted the lack of a statistically significant correlation between the magnitudes of decrements and symptoms as meaning that the effects reported by Schelegle et al. (2009) at 72 ppb did not meet the ATS criteria for an adverse response.

However, the ATS recommendation that the combination of lung function decrements and symptomatic responses be considered adverse is not restricted to effects of a particular magnitude nor a requirement that individual responses be correlated. Similarly, CASAC made no such qualifications in its advice on the combination of respiratory symptoms and lung function decrements (See e.g., Frey, 2014c, p. 5). Therefore, as in the proposal and consistent with both CASAC advice and ATS recommendations, the EPA continues to conclude that the finding of both statistically significant decrements in lung function and significant increases in respiratory symptoms following 6.6-hour exposures to an average $O_3$ concentration of 72 ppb provides a strong indication of the

---

[88] Commenters who supported revising the primary $O_3$ standard often concluded that there is clear evidence for adverse effects following exposures to $O_3$ concentrations at least as low as 60 ppb, and that such adverse effects support setting the level of a revised primary $O_3$ standard at 60 ppb. These comments, and the EPA's responses, are discussed below within the context of the Administrator's decision on a revised level (II.C.4.b).

---

[89] The figure provided in comments by Gradient only clearly illustrated the responses of 30 out of 31 subjects.

potential for exposed individuals to experience this combination of effects.[90]

In particular, the Administrator notes that lung function provides an objective measure of the respiratory response to $O_3$ exposure while respiratory symptoms are subjective, and as evaluated by Schelegle et al. (2009) were based on a TSS score. If an $O_3$ exposure causes increases in both objectively measured lung function decrements and subjective respiratory symptoms, which indicate that people may modify their behavior in response to the exposure, then the effect is properly viewed as adverse. As noted above, the commenter's analysis shows that the majority of study volunteers exposed to 72 ppb $O_3$ in the study by Schelegle et al. (2009) did, in fact, experience both a decrease in lung function and an increase in respiratory symptoms.

In further considering this comment, the EPA recognizes that, consistent with commenter's analysis, some individuals may experience large decrements in lung function with minimal to no respiratory symptoms (McDonnell et al., 1999), and vice versa. As indicated above and discussed in the proposal (79 FR 75289), the Administrator acknowledges such interindividual variability in responsiveness in her interpretation of estimated exposures of concern. Specifically, she notes that not everyone who experiences an exposure of concern, including for the 70 ppb benchmark, is expected to experience an adverse response. However, she further judges that the likelihood of adverse effects increases as the number of occurrences of $O_3$ exposures of concern increases. In making this judgment, she notes that the types of respiratory effects that can occur following exposures of concern, particularly if experienced repeatedly, provide a plausible mode of action by which $O_3$ may cause other more serious effects.[91] Therefore, her decisions on the primary standard emphasize the public health importance of limiting the occurrence of repeated exposures to $O_3$ concentrations at or above those shown to cause adverse

effects in controlled human exposure studies (II.B.3, II.C.4.b, II.C.4.c). The Administrator views this approach to considering the evidence from controlled human exposure studies as being consistent with commenter's analysis indicating that, while the majority did, not all study volunteers exposed to 72 ppb $O_3$ experienced the adverse combination of lung function decrements and respiratory symptoms following the single exposure period evaluated by Schelegle et al. (2009).

Representativeness

A number of commenters raised issues concerning the representativeness of controlled human exposure studies considered by the Administrator in this review, based on different aspects of these studies. These commenters asserted that since the controlled human exposure studies were not representative of real-world exposures, they should not be relied upon as a basis for finding that the current standard is not adequate to protect public health. Some issues highlighted by commenters include: Small size of the study populations; unrealistic activity levels used in the studies; unrealistic exposure scenarios (i.e., triangular exposure protocol) used in some studies, including Schelegle et al. (2009); and differences in study design that limit comparability across studies.

Some commenters noted that the controlled human exposure studies were not designed to have individuals represent portions of any larger group and that the impacts on a small number of people do not implicate the health of an entire subpopulation, particularly when the $FEV_1$ decrements are small, temporary, and reversible. These commenters also noted that the Administrator failed to provide an explanation or justification for why the individuals in these studies can be viewed as representatives of a subpopulation. Further, they asserted that EPA's use of results from individuals, rather than the group mean responses, contradicts the intent of CAA section 109 to protect groups of people, not just the most sensitive individuals in any group (79 FR 75237).

Consistent with CASAC advice (Frey, 2014c, p. 5), the EPA concludes that the body of controlled human exposure studies are sufficiently representative to be relied upon as a basis for finding that the current standard is not adequate to protect public health. These studies generally recruit healthy young adult volunteers, and often expose them to $O_3$ concentrations found in the ambient air under real-world exposure conditions. As described in more detail above in

section II.A.1.b, the evidence from controlled human exposure studies to date makes it clear that there is considerable variability in responses across individuals, even in young healthy adult volunteers, and that group mean responses are not representative of more responsive individuals. It is important to look beyond group mean responses to the responses of these individuals to evaluate the potential impact on more responsive members of the population. Moreover, relying on group mean changes to evaluate lung function responses to $O_3$ exposures would mask the responses of the most sensitive groups, particularly where, as here, the group mean reflects responses solely among the healthy young adults who were the study participants. Thus, the studies of exposures below 80 ppb $O_3$ show that 10% of young healthy adults experienced $FEV_1$ decrements >10% following exposures to 60 ppb $O_3$, and 19% experienced such decrements following exposures to 72 ppb (under the controlled test conditions involving moderate exertion for 6.6 hours). These percentages would likely have been higher had people with asthma or other at-risk populations been exposed (U.S. EPA, 2013, pp. 6–17 and 6–18; Frey 2014c, p. 7; Frey, 2014a, p. 14).[92]

Moreover, the EPA may legitimately view the individuals in these studies as representatives of the larger subpopulation of at-risk or sensitive groups. As stated in the Senate Report to the 1970 legislation establishing the NAAQS statutory provisions, "the Committee emphasizes that included among these persons whose health should be protected by the ambient standard are particularly sensitive citizens such as bronchial asthmatics and emphysematics who in the normal course of daily activity are exposed to the ambient environment. In establishing an ambient standard necessary to protect the health of these persons, reference should be made to a representative sample of persons comprising the sensitive group rather than to a single person in such a group. . . . For purposes of this description, a statistically related sample is the number of persons necessary to test in order to detect a deviation in the health of any person within such sensitive group which is attributable to the condition of the ambient air." S. Rep. No. 11–1196, 91st

---

[90] Indeed, the finding of statistically significant decreases in lung function and increases in respiratory symptoms in the same study population indicates that, on average, study volunteers did experience both effects.

[91] For example, as discussed in the proposal (79 FR 75252) and the ISA (p. 6–76), inflammation induced by a single exposure (or several exposures over the course of a summer) can resolve entirely. However, repeated occurrences of airway inflammation could potentially result in the induction of a chronic inflammatory state; altered pulmonary structure and function, leading to diseases such as asthma; altered lung host defense response to inhaled microorganisms; and altered lung response to other agents such as allergens or toxins (ISA, section 6.2.3).

---

[92] See also *National Environmental Development Associations Clean Action Project v. EPA*, 686 F. 3d 803, 811 (D.C. Cir. 2012) (EPA drew legitimate inference that serious asthmatics would experience more serious health effects than clinical test subjects who did not have this degree of lung function impairment).

Cong. 2d sess. at 10. As just noted above, 10% of healthy young adults in these studies experienced >10% $FEV_1$ decrements following exposure to 60 ppb $O_3$, and the proportion of individuals experiencing such decrements increases with increasing $O_3$ exposure concentrations. This substantial percentage certainly can be viewed as "a representative sample of persons" and as a sufficient number to "detect a deviation in the health of any person within such sensitive group," especially given that it reflects the percentage of *healthy adults* who experienced decrements >10%.

These results are consistent with estimates from the MSS model, which makes reliable quantitative predictions of the lung function response to $O_3$ exposures, and reasonably predicts the magnitude of individual lung function responses following such exposures. As described in section II.A.2.c above, and documented in the HREA, when the MSS model was used to quantify the risk of $O_3$-induced $FEV_1$ decrements in 15 urban study areas, the current standard was estimated to allow about 8 to 12% of children to experience two or more $O_3$-induced $FEV_1$ decrements ≥10%, and about 2 to 3% to experience two or more decrements ≥15% (Table 2, above). These percentages correspond to hundreds of thousands of children in urban study areas, and tens of thousands of asthmatic children. While the Administrator judges that there is uncertainty with regard to the adversity of these $O_3$-induced lung function decrements (see II.C.4.b, II.C.4.c, below), such risk estimates clearly indicate that they are a matter of public health importance on a broad scale, not isolated effects on idiosyncratically responding individuals.

Other commenters considered the ventilation rates used in controlled human exposure studies to be unreasonably high and at the extreme of prolonged daily activity. Some of these commenters noted that these scenarios are unrealistic for sensitive populations, such as asthmatics and people with COPD, whose conditions would likely prevent them from performing the intensity of exercise, and therefore experiencing the ventilation rates, required to produce decrements in lung function observed in experimental settings.

The EPA disagrees with these commenters. The activity levels used in controlled human exposure studies were summarized in Table 6–1 of the ISA (U.S. EPA, 2013). The exercise level in the 6.6-hour exposure studies by Adams (2006), Schelegle et al. (2009), and Kim et al. (2011) of young healthy

adults was moderate and ventilation rates are typically targeted for 20 L/min-m² BSA.[93] Following the exposures to 60 ppb at this activity level, 10% of the individuals had greater than a 10% decrement in $FEV_1$ (U.S. EPA, 2013, p. 6–18). Similar 6.6-hour exposure studies of individuals with asthma are not available to assess either the effects of $O_3$ on their lung function or their ability to perform the required level of moderate exercise.

However, referring to Tables 6–9 and 6–10 of the HREA (U.S. EPA, 2014a), between 42% and 45% of $FEV_1$ decrements ≥ 10% were estimated to occur at exercise levels of <13 L/min-m² BSA. This corresponds to light exercise, and this level of exercise has been used in a 7.6-hour study of healthy people and people with asthma exposed to 160 ppb $O_3$ (Horstman et al., 1995). In that study, people with asthma exercised with an average minute ventilation of 14.2 L/min-m² BSA. Adjusted for filtered air responses, an average 19% $FEV_1$ decrement was seen in the people with asthma versus an average 10% $FEV_1$ decrement in the healthy people. In addition, the EPA noted in the HREA that the data underlying the exposure assessment indicate that "activity data for asthmatics [is] generally similar to [that for] non-asthmatics" (U.S. EPA, 2014a, p. 5–75, Tables 5G–2 and 5G–3). Thus, contrary to the commenters' assertion, based on both the HREA and the Horstman et al. (1995) study, people with respiratory disease such as asthma can exercise for a prolonged period under conditions where they would experience >10% $FEV_1$ decrements in response to $O_3$ exposure.

Additionally, a number of commenters asserted that the exposure scenarios in Schelegle et al. (2009), which are based on a so-called triangular study protocol, where $O_3$ concentrations ramp up and down as the study is conducted, are not directly generalizable to most healthy or sensitive populations because of large changes in the $O_3$ concentrations from one hour to the next. Commenters stated that although large fluctuations in $O_3$ are possible in certain locations due to meteorological conditions (e.g., in valleys on very hot, summer days), they believe that, in general, concentrations of $O_3$ do not fluctuate by more than 20–30 ppb from one hour to the next. Thus, commenters suggested the Schelegle et

al. (2009) study design could happen in a "worst-case" exposure scenario, but that the exposure protocol was not reflective of conditions in most cities and thus not informative with regard to the adequacy of the current standard.

The EPA disagrees with the comment that these triangular exposure scenarios are not generalizable because of hour-to-hour fluctuations. Adams (2002, 2006) showed that $FEV_1$ responses following 6.6 hours of exposure to 60 and 80 ppb average $O_3$ exposures did not differ between triangular (i.e. ramping concentration up and down) and square-wave (i.e. constant concentration). Schelegle et al. (2009) used the 80 ppb triangular protocol and a slightly modified 60 ppb triangular protocol (concentrations during the third and fourth hours were reversed) from Adams (2006). Therefore, in considering pre- to post-exposure changes in lung function, concerns about the hour-by-hour changes in $O_3$ concentrations at 60 and 80 ppb in the Schelegle et al. (2009) study are unfounded.

Finally, some commenters also stated that the Kim et al. (2011) study is missing critical information and its study design makes comparison to the other studies difficult. That is, the commenter suggests that data at times other than pre- and post-exposure should have been provided.

The EPA disagrees with this comment. With regard to providing data at other time points besides pre- and post-exposure, there is no standard that suggests an appropriate frequency at which lung function should be measured in prolonged 6.6-hour exposure studies. The Adams (2006) study showed that lung function decrements during $O_3$ exposures with moderate exercise become most apparent following the third hour of exposure. As such, it makes little sense to measure lung function during the first couple hours of exposure. However, having data at multiple time points toward the end of an exposure can provide evidence that the mean post-exposure $FEV_1$ response is not a single anomalous data point. The $FEV_1$ response data for the 3-, 4.6-, 5.6-, and 6.6-hour time points of the Kim et al. (2011) study are available in Figure 6 of the McDonnell et al. (2012) paper where they are plotted with the Adams (2006) data for 60 ppb. Similar to the Adams (2006) study, the responses at 5.6 hours are only marginally smaller than the response at 6.6 hours in the Kim et al. (2011) study. This indicates that the post-exposure $FEV_1$ responses in both studies are consistent with responses at an earlier time point and thus not likely to be anomalous data.

[93] Exercise consisted of alternating periods walking on a treadmill at a pace of 17–18 minutes per mile inclined to a grade of 4–5% or cycling at a load of about 72 watts. Typical heart rates during the exercise periods were between 115–130 beats per minute. This activity level is considered moderate (Table 6–1, U.S. EPA, 2013, p. 6–18).

Additional Studies

Several commenters analyzed the data from controlled human exposure studies, or they commented on the EPA's analysis of the data from some of these studies (Brown et al., 2008), to come to a different conclusion than the EPA's interpretation of these studies thereby questioning the proposed decision that the current standard is not adequate to protect public health. One commenter submitted an independent assessment of the scientific evidence and risk, and used this analysis to assert that there are multiple flaws in the underlying studies and their interpretation by the EPA. This commenter stated that the EPA's discussion of the spirometric responses of children and adolescents and older adults to $O_3$ was misleading. They claimed that the EPA did not mention that "the responses of children and adolescents are equivalent to those of young adults (18–35 years old; McDonnell et al., 1985) and that this response diminishes in middle-aged and older adults (Hazucha 1985)." The EPA notes that the commenter misrepresented our characterization of the effect of age on $FEV_1$ responses to $O_3$ and asserted mistakenly that EPA did not mention diminished responses on older adults. In fact, the proposal clearly states that, "Respiratory symptom responses to $O_3$ exposure appears to increase with age until early adulthood and then gradually decrease with increasing age (U.S. EPA, 1996b); lung function responses to $O_3$ exposure also decline from early adulthood (U.S. EPA, 1996b)" (79 FR 75267) (see also U.S. EPA, 2014c p. 3–82). With regard to differences between children and adults, it was clearly stated in the ISA (U.S. EPA, 2013, p. 6–21) that healthy children exposed to filtered air and 120 ppb $O_3$ experienced similar spirometric responses, but lesser symptoms than similarly exposed young healthy adults (McDonnell et al., 1985). In addition, the EPA's approach to modeling the effect of age on responses to $O_3$ is clearly provided in the HREA (U.S. EPA, 2014a, Table 6–2).

The commenter also stated that the EPA's treatment of filtered air responses in the dose-response curve was incorrect. They claimed that when creating a dose-response curve, it is most appropriate to include a zero-dose point and not to subtract the filtered air response from responses to $O_3$. Contrary to this assertion, EPA correctly adjusted $FEV_1$ responses to $O_3$ by responses following filtered air, as was also done in the McDonnell et al. (2012) model. As indicated in the ISA (U.S. EPA, 2013, p.

6–4), the majority of controlled human exposure studies investigating the effects $O_3$ are of a randomized, controlled, crossover design in which subjects were exposed, without knowledge of the exposure condition and in random order, to clean filtered air and, depending on the study, to one or more $O_3$ concentrations. The filtered air control exposure provides an unbiased estimate of the effects of the experimental procedures on the outcome(s) of interest. Comparison of responses following this filtered air exposure to those following an $O_3$ exposure allows for estimation of the effects of $O_3$ itself on an outcome measurement while controlling for independent effects of the experimental procedures, such as ventilation rate. Thus, the commenter's approach does not provide an estimate of the effects of $O_3$ alone. Furthermore, as illustrated in these comments, following "long" filtered air exposures, there is about a 1% improvement in $FEV_1$. By not accounting for this increase in $FEV_1$, the commenter underestimated the $FEV_1$ decrement due to $O_3$ exposure. The commenter's approach thus is fundamentally flawed.

The commenter also asserted that the McDonnell et al. (2012) model and exposure-response (E–R) models incorrectly used only the most responsive people and that EPA's reliance on data from clinical trials that use only the most responsive people irrationally ignores large portions of relevant data. The EPA rejects this assertion that the McDonnell et al. (2012) model and the E–R analysis ignored large portions of relevant data. The McDonnell et al. (2012) model was fit to the $FEV_1$ responses of 741 individuals to $O_3$ and filtered air (i.e., reflecting all available data for $O_3$-induced changes in $FEV_1$). The filtered air responses were subtracted from responses measured during $O_3$ exposures. Subsequently, as illustrated by the figures in the McDonnell et al. (2012) paper and described in the text of paper, the model was fit to all available $FEV_1$ data measured during the course of $O_3$ exposures, including exposures shorter than 6.6 hours. Thus, the model predicts temporal dynamics of $FEV_1$ response to any set of $O_3$ exposure conditions that might reasonably be experienced in the ambient environment, predicting the mean responses and the distribution of responses around the mean. For the HREA (EPA, 2014a), the proportion of individuals, under variable exposure conditions, predicted to have $FEV_1$

decrements ≥10, 15 and 20% was estimated.

Finally, the commenter referenced the exposure-response model on p. 6–18 of the HREA. However, they neglected to note that this was in a section describing the exposure-response function approach used in prior reviews (U.S. EPA, 2014a, starting on p. 6–17). Thus, the commenter confused the exposure-response model used in the last review with the updated approach used in this review.

The commenter also stated that EPA did not properly consider $O_3$ dose when interpreting the human clinical data. Ozone total dose includes three factors: duration of exposure, concentration, and ventilation rate. The commenter claimed the EPA emphasized only concentration without properly considering and communicating duration of exposure and ventilation rate. Further, they asserted that because people are not exposed to the same dose, they cannot be judged to have the same exposure and would therefore not be expected to respond consistently. The EPA rejects the claim that we emphasized only concentration without properly incorporating the other two factors. As noted in the ISA, total $O_3$ dose does not describe the temporal dynamics of $FEV_1$ responses as a function of concentration, ventilation rate, time and age of the exposed individuals (U.S. EPA, 2013, p. 6–5). Thus, the use of total $O_3$ dose is antiquated and the EPA therefore conducted a more sophisticated analysis of $FEV_1$ response to $O_3$ in the HREA. In this review, the HREA estimates risks of lung function decrements in school-aged children (ages 5 to 18), asthmatic school-aged children, and the general adult population for 15 urban study areas. A probabilistic model designed to account for the numerous sources of variability that affect people's exposures was used to simulate the movement of individuals through time and space and to estimate their exposure to $O_3$ while occupying indoor, outdoor, and in-vehicle locations. That information was linked with the McDonnell et al. (2012) model to estimate $FEV_1$ responses over time as $O_3$ exposure concentrations and ventilation rates changed. As noted earlier, CASAC agreed that this approach is both scientifically valid and a significant improvement over approaches used in past $O_3$ reviews (Frey, 2014a, p. 2).

Several commenters criticized the EPA analysis published by Brown et al. (2008). One commenter suggested that the EPA needed to state why the Brown et al. (2008) analysis was relied on rather than Nicolich (2007) or Lefohn et

al. (2010). Further, commenters stated that the analysis of the Adams (2006) data in Brown et al. (2008) was flawed. Among other reasons, one commenter expressed the opinion that it was not appropriate for Brown et al. (2008) to only examine a portion of the Adams (2006) data, citing comments submitted by Gradient.

The EPA disagrees with these commenters.[94] As an initial matter, Nicolich (2007) was a public comment and is not a peer-reviewed publication that would be used to assess the scientific evidence for effects of $O_3$ on lung function in the ISA (U.S. EPA, 2013). The Nicolich (2007) comments were specifically addressed by the EPA on pp. 24–25 in the Response to Comments Document for the 2007 proposed rule (U.S. EPA, 2008). On page A–3 of his comments, Dr. Nicolich stated "that the residuals are not normally distributed and the observations do not meet the assumptions required for the model" and that "the subject-based errors are not independently, identically and normally distributed and the subjects do not meet the assumptions required for the model." The EPA reasonably chose not to rely on this analysis: "Therefore, given that the underlying statistical assumptions required for his analyses were not met and that significance levels are questionable, in EPA's judgment the analyses presented by Dr. Nicolich are ambiguous" (U.S. EPA, 2008). It is likely that the Lefohn et al. (2010) analysis of the Adams (2006) data would similarly not meet the statistical assumptions of the model (e.g., homoscedasticity). In contrast, recognizing the concerns related to the distribution of responses, Brown et al. (2008) conservatively used a nonparametric sign test to obtain a p-value of 0.002 for the comparison responses following 60 ppb $O_3$ versus filter air. Other common statistical tests also showed significant effects on lung function. In addition, the effects of 60 ppb $O_3$ on $FEV_1$ responses in Brown et al. (2008) remained statistically significant even following the exclusion of three potential outliers.

EPA disagrees with the comment stating that it was not appropriate for Brown et al. (2008) to only examine a portion of the Adams (2006) data. In fact, there is no established single manner or protocol decreeing that data throughout the protocol must be analyzed and included. Furthermore, Brown et al. (2008) was a peer-reviewed journal publication. CASAC also expressed favorable comments in their March 30, 2011, letter to Administrator Jackson. With reference to a memorandum (Brown, 2007) that preceded the Brown et al. (2008) publication, on p. 6 of the CASAC Consensus Responses to Charge Questions CASAC stated, "The results of the Adams et al. study also have been carefully reanalyzed by EPA investigators (Brown et. al., [2008]), and this reanalysis showed a statistically significant group effect on $FEV_1$ after 60 ppb ozone exposure." On p. A–13, a CASAC panelist and biostatistician stated, "Thus, from my understanding of the statistical analyses that have been conducted, I would argue that the analysis by EPA should be preferred to that of Adams for the specific comparison of the $FEV_1$ effects of 0.06 ppm exposure relative to filtered air exposure." (Samet 2011, p. a-13)

### Threshold

Several commenters used the new McDonnell et al. (2012) and Schelegle et al. (2012) models to support their views about the $O_3$ concentrations associated with a threshold for adverse lung function decrements. For example, one commenter who supported retaining the current standard noted that McDonnell et al. (2012) found that the threshold model fit the observed data better than the original (no-threshold) model, especially at earlier time points and at the lowest exposure concentrations. The commenter expressed the view that the threshold model showed that the population mean $FEV_1$ decrement did not reach 10% until exposures were at least 80 ppb, indicating that $O_3$ exposures of 80 ppb or higher may cause lung function decrements and other respiratory effects.[95]

As described above in section II.A.1.b, the McDonnell et al. (2012) and Schelegle et al. (2012) models represent a significant technological advance in the exposure-response modeling approach since the last review, and these models indicate that a dose-threshold model fits the data better than a non-threshold model. However, the EPA disagrees that using the predicted group mean response from the McDonnell model provides support for retaining the current standard. As discussed above, the group mean responses do not convey information about interindividual variability, or the proportion of the population estimated to experience the larger lung function decrements (e.g., 10 or 15% $FEV_1$ decrements) that could be adverse. In fact, it masks this variability. These variable effects in individuals have been found to be reproducible. In other words, a person who has a large lung function response after exposure to $O_3$ will likely have about the same response if exposed again in a similar manner (raising health concerns, as noted above). Group mean responses are not representative of this segment of the population that has much larger than average responses to $O_3$.

### Inflammation

Some commenters asserted that the pulmonary inflammation observed following exposure to 60 ppb in the controlled human exposure study by Kim et al. (2011) was small and unlikely to result in airway damage. It was also suggested that this inflammation is a normal physiological response in all living organisms to stimuli to which people are normally exposed.

The EPA recognized in the proposal (79 FR 75252) and the ISA (U.S. EPA, 2013, p. 6–76) that inflammation induced by a single exposure (or several exposures over the course of a summer) can resolve entirely. Thus, the inflammatory response observed following the single exposure to 60 ppb in the study by Kim et al. (2011) is not necessarily a concern. However, the EPA notes that it is also important to consider the potential for continued acute inflammatory responses to evolve into a chronic inflammatory state and to affect the structure and function of the lung.[96] The Administrator considers this possibility through her consideration of estimated exposures of concern for the 60 ppb benchmark (II.B.3, II.C.4). As discussed in detail below (II.C.4.b), while she judges that there is uncertainty in the adversity of the effects shown to occur following exposures to 60 ppb $O_3$, including the inflammation reported by Kim et al.

---

[94] The DC Circuit has held that EPA reasonably used and interpreted the Brown (2007) study in the last review. *Mississippi*, 744 F. 3d at 1347. In this review, there is now additional corroborative evidence supporting the Brown (2007) analysis, in the form of further controlled human clinical studies finding health effects in young, healthy adults at moderate exercise at $O_3$ concentrations of 60 ppb over a 6.6 hour exposure period.

[95] Conversely, another group of commenters who supported revising the standard to a level of 60 ppb noted that the results of these models are consistent with the results of controlled human exposure studies finding adverse health effects at 60 ppb. These comments are discussed below (II.C.4.b), within the context of the Administrator's decision on a revised standard level.

[96] Inflammation induced by exposure of humans to $O_3$ can have several potential outcomes, ranging from resolving entirely following a single exposure to becoming a chronic inflammatory state (U.S. EPA, 2013, section 6.2.3). Lung injury and the resulting inflammation provide a mechanism by which $O_3$ may cause other more serious morbidity effects (e.g., asthma exacerbations) (U.S. EPA, 2013, section 6.2.3). See generally section II.A.1.a above.

(2011), she gives some consideration to estimates of two or more exposures of concern for the 60 ppb benchmark (i.e., as a health-protective surrogate for repeated exposures of concern at or above 60 ppb), particularly when considering the extent to which the current and revised standards incorporate a margin of safety.

ii. Evidence Fom epidemiologic studies

This section discusses key comments on the EPA's assessment of the epidemiologic evidence and provides the Agency's responses to those comments. The focus in this section is on overarching comments related to the EPA's approach to assessing and interpreting the epidemiologic evidence as a whole. Detailed comments on specific studies, or specific methodological or technical issues, are addressed in the Response to Comments document. As discussed above, many of the issues and concerns raised by commenters on the interpretation of the epidemiologic evidence are essentially restatements of issues raised during the development of the ISA, HREA, and/or PA, and in many instances were considered by CASAC in the development of its advice on the current standard. The EPA's responses to these comments rely heavily on the process established in the ISA for assessing the evidence, and on CASAC advice received as part of this review of the O₃ NAAQS.

As with evidence from controlled human exposure studies, commenters expressed sharply divergent views on the evidence from epidemiologic studies, and on the EPA's interpretation of that evidence. One group of commenters, representing medical, public health and environmental organizations, and some states, generally supported the EPA's interpretation of the epidemiologic evidence with regard to the consistency of associations, the coherence with other lines of evidence, and the support provided by epidemiologic studies for the causality determinations in the ISA. These commenters asserted that the epidemiologic studies evaluated in the ISA provide valuable information supporting the need to revise the level of the current primary O₃ standard in order to increase public health protection. In reaching this conclusion, commenters often cited studies (including a number from the past review) which they interpreted as showing health effect associations in locations with O₃ air quality concentrations below the level of the current standard. A second group of commenters, mostly representing

industry associations, businesses, and states opposed to revising the primary O₃ standard, expressed the general view that while many new epidemiologic studies have been published since the last review of the O₃ NAAQS, inconsistencies and uncertainties inherent in these studies as a whole, and in the EPA's assessment of study results, should preclude any reliance on them as justification for a more stringent primary O₃ standard. To support their views, these commenters often focused on specific technical or methodological issues that contribute to uncertainty in epidemiologic studies, including the potential for exposure error, confounding by copollutants and by other factors (e.g., weather, season, disease, day of week, etc.), and heterogeneity in results across locations.

The EPA agrees with certain aspects of each of these views. Specifically, while the EPA agrees that epidemiologic studies are an important part of the broader body of evidence that supports the ISA's causality determinations, and that these studies provide support for the decision to revise the current primary O₃ standard, the Agency also acknowledges that there are important uncertainties and limitations associated with these epidemiologic studies that should be considered when reaching decisions on the current standard. Thus, although these studies show consistent associations between O₃ exposures and serious health effects, including morbidity and mortality, and some of these studies reported such associations with ambient O₃ concentrations below the level of the current standard, there are also uncertainties regarding the ambient O₃ concentrations in critical studies, such that they lend only limited support to establishing a specific level for a revised standard. (See generally, *Mississippi,* 744 F. 3d at 1351 (noting that in prior review, EPA reasonably relied on epidemiologic information in determining to revise the standard but appropriately gave the information limited weight in determining a level of a revised standard); see also *ATA III,* 283 F. 3d at 370 (EPA justified in revising NAAQS when health effect associations are observed in epidemiologic studies at levels allowed by the current NAAQS); *Mississippi,* 744 F. 3d at 1345 (same)).

Uncertainties in the evidence were considered by the Administrator in the proposal, and contributed to her decision to place less weight on information from epidemiologic studies than on information from controlled human exposure studies when considering the adequacy of the current primary O₃ standard (see 79 FR 75281–

83). Despite receiving less weight in the proposal, the EPA did not agree with commenters who asserted that uncertainties in the epidemiologic evidence provide a basis for concluding that the current primary standard does not need revision. The Administrator specifically considered the extent to which available studies support the occurrence of O₃ health effect associations with air quality likely to be allowed by the current standard, while also considering the implications of important uncertainties, as assessed in the ISA and discussed in the PA. This consideration is consistent with CASAC comments on consideration of these studies in the draft PA (Frey, 2014c, p. 5).

Based on analyses of study area air quality in the PA, the EPA notes that most of the U.S. and Canadian epidemiologic studies evaluated were conducted in locations likely to have violated the current standard over at least part of the study period. Although these studies support the ISA's causality determinations, they provide limited insight into the adequacy of the public health protection provided by the current primary O₃ standard. However, as discussed in the proposal, air quality analyses in the locations of three U.S. single-city studies provide support for the occurrence of O₃-associated hospital admissions or emergency department visits at ambient O₃ concentrations below the level of the current standard.[97] Specifically, a U.S. single-city study reported associations with respiratory emergency department visits in children and adults in a location that would have met the current O₃ standard over the entire study period (Mar and Koenig, 2009). In addition, for two studies conducted in locations where the current standard was likely not met (i.e., Silverman and Ito, 2010; Strickland et al., 2010), PA analyses indicate that reported concentration-response functions and available air quality data support the occurrence of O₃-health effect associations on subsets of days with virtually all ambient O₃ concentrations below the level of the current standard (U.S. EPA, 2014c,

---

[97] As discussed in section II.E.4.d of the proposal, is the Administrator noted the greater uncertainty in using analyses of short-term O₃ air quality in locations of the multicity studies in this review to inform decisions on the primary O₃ standard. This is because the health information in these studies cannot be disaggregated by individual city. Thus, the multicity effect estimates reported in these studies do not provide clear indication of the extent to which health effects are associated with the ambient O₃ concentrations in the study locations that met the current O₃ standard, versus the ambient O₃ concentrations in the study locations that violated the standard.

section 3.1.4.2, pp. 3–66 to 67).[98] Thus, the EPA notes that a small number of O₃ epidemiologic studies provide support for the conclusion that the current primary standard is not requisite, and that it should be revised to increase public health protection.

As part of a larger set of comments criticizing the EPA's interpretation of the evidence from time series epidemiologic studies, some commenters objected to the EPA's reliance on the studies by Strickland et al. (2010), Silverman and Ito (2010), and Mar and Koenig (2009). These commenters highlighted what they considered to be key uncertainties in interpreting these studies, including uncertainties due to the potential for confounding by co-pollutants, aeroallergens, or the presence of upper respiratory infections; and uncertainties in the interpretation of zero-day lag models (i.e., specifically for Mar and Koenig, 2009).

While the EPA agrees that there are uncertainties associated with interpreting the O₃ epidemiologic evidence, as discussed above and elsewhere in this preamble, we disagree with commenters' assertion that these uncertainties should preclude the use of the O₃ epidemiologic evidence in general, or the studies by Silverman and Ito, Strickland, or Mar and Koenig in particular, as part of the basis for the Administrator's decision to revise the current primary standard. As a general point, when considering the potential importance of uncertainties in epidemiologic studies, we rely on the broader body of evidence, not restricted to these three studies, and the ISA conclusions based on this evidence. The evidence, the ISA's interpretation of specific studies, and the use of information from these studies in the HREA and PA, was considered by CASAC in its review of drafts of the ISA, HREA, and PA. Based on the assessment of the evidence in the ISA, and CASAC's endorsement of the ISA conclusions, as well as CASAC's endorsement of the approaches to using and considering information from epidemiologic studies in the HREA and

PA (Frey, 2014c, p. 5), we do not agree with these commenters' conclusions regarding the usefulness of the epidemiologic studies by Strickland et al. (2010), Silverman and Ito (2010), and Mar and Koenig (2009).

More specifically, with regard to confounding by co-pollutants, we note the ISA conclusion that, in studies of O₃-associated hospital admissions and emergency department visits "O₃ effect estimates remained relatively robust upon the inclusion of PM . . . and gaseous pollutants in two-pollutant models" (U.S. EPA, 2013, pp. 6–152 and 6–153). This conclusion was supported by several studies that evaluated co-pollutant models including, but not limited to, two of the studies specifically highlighted by commenters (i.e., Silverman and Ito, 2010; Strickland et al., 2010) (U.S. EPA, 2013, section 6.2.7.5; Figure 6–20 and Table 6–29).

Other potential uncertainties highlighted by commenters have been evaluated less frequently (e.g., confounding by allergen exposure, respiratory infections). However, we note that Strickland et al. (2010) did consider the potential for pollen (a common airborne allergen) to confound the association between ambient O₃ and emergency department visits. While quantitative results were not presented, the authors reported that "estimates for associations between ambient air pollutant concentrations and pediatric asthma emergency department visits were similar regardless of whether pollen concentrations were included in the model as covariates" (Strickland et al., 2010, p. 309). This suggests a limited impact of aeroallergens on O₃ associations with asthma-related emergency department visits and hospital admissions.

With respect to the comment about epidemiologic studies not controlling for respiratory infections in the model, the EPA disagrees with the commenter's assertion. We recognize that asthma is a multi-etiologic disease and that air pollutants, including O₃, represent only one potential avenue to trigger an asthma exacerbation. Strickland et al. attempted to further clarify the relationship between short-term O₃ exposures and asthma emergency department visits by controlling for the possibility that respiratory infections may lead to an asthma exacerbation. By including the daily count of upper respiratory visits as a covariate in the model, Strickland et al. were able to account for the possibility that respiratory infections contribute to the daily counts of asthma emergency department visits, and to identify the O₃ effect on asthma emergency department

visits. In models that controlled for upper respiratory infection visits, associations between O₃ and emergency department visits remained statistically significant (Strickland et al., Table 4 in published study), demonstrating a relatively limited influence of respiratory infections on the association observed between short-term O₃ exposures and asthma emergency department visits, contrary to the commenter's claim.

In addition, with regard to the criticism of the results reported by Mar and Koenig, the EPA disagrees with commenters who questioned the appropriateness of a zero-day lag. These commenters specifically noted uncertainty in the relative timing of the O₃ exposure and the emergency department visit when they occurred on the same day. However, based on the broader body of evidence the ISA concludes that the strongest support is for a relatively immediate respiratory response following O₃ exposures. Specifically, the ISA states that "[t]he collective evidence indicates a rather immediate response within the first few days of O₃ exposure (i.e., for lags days averaged at 0–1, 0–2, and 0–3 days) for hospital admissions and [emergency department] visits for all respiratory outcomes, asthma, and chronic obstructive pulmonary disease in all-year and seasonal analyses" (U.S. EPA, 2013, p. 2–32). Thus, the use of a zero-day lag is consistent with the broader body of evidence supporting the occurrence of O₃-associated health effects. In addition, while Mar and Koenig reported the strongest associations for zero-day lags, they also reported positive associations for lags ranging from zero to five days (Mar and Koenig, 2009, Table 5 in the published study). In considering this study, the ISA stated that Mar and Koenig (2009) "found consistent positive associations across individual lag days" and that "[f]or children, consistent positive associations were observed across all lags . . . with the strongest associations observed at lag 0 (33.1% [95% CI: 3.0, 68.5]) and lag 3 (36.8% [95% CI: 6.1, 77.2])" (U.S. EPA, 2013, p. 6–150). Given support for a relatively immediate response to O₃ and given the generally consistent results in analyses using various lags, we disagree with commenters who asserted that the use of a zero-day lag represents an important uncertainty in the interpretation of the study by Mar and Koenig (2009).

Given all of the above, we do not agree with commenters who asserted that uncertainties in the epidemiologic evidence in general, or in specific key studies, should preclude the

---

[98] Air quality analyses in locations of the studies by Silverman and Ito (2010) and Strickland et al. (2010) were used in the PA to inform staff conclusions on the adequacy of the current primary O₃ standard. However, the appropriate interpretation of these analyses became less clear for standard levels below 75 ppb, as the number of days increased with monitored concentrations exceeding the level being evaluated (U.S. EPA, 2014c, Appendix 3B, Tables 3B–6 and 3B–7). Therefore, these analyses were not used in the PA to inform conclusions on potential alternative standard levels lower than 75 ppb (U.S. EPA, 2014c, Chapters 3 and 4).

Administrator from relying on those studies to inform her decisions on the primary $O_3$ standard.

Some commenters also objected to the characterization in the ISA and the proposal that the results of epidemiologic studies are consistent. These commenters contended that the purported consistency of results across epidemiologic studies is the result of inappropriate selectivity on the part of the EPA in focusing on specific studies and specific results within those studies. In particular, commenters contend that EPA favors studies that show positive associations and selectively ignores certain studies that report null results. They also cite a study published after the completion of the ISA (Goodman et al., 2013) suggesting that, in papers where the results of more than one statistical model are reported, the EPA tends to report the results with the strongest associations.

The EPA disagrees that it has inappropriately focused on specific positive studies or specific positive results within individual studies. The ISA appropriately builds upon the assessment of the scientific evidence presented in previous AQCDs and ISAs.[99] When evaluating new literature, "[s]election of studies for inclusion in the ISA is based on the general scientific quality of the study, and consideration of the extent to which the study is informative and policy-relevant" (U.S. EPA, 2013, p. liii). In addition, "the intent of the ISA is to provide a concise review, synthesis, and evaluation of the most policy-relevant science to serve as a scientific foundation for the review of the NAAQS, not extensive summaries of all health, ecological and welfare effects studies for a pollutant" (U.S. EPA, 2013, p. lv). Therefore, not all studies published since the previous review would be appropriate for inclusion in the ISA.[100] With regard to the specific

[99] Cf. *Coalition for Responsible Regulation v. EPA*, 684 F. 3d 102, 119 (D.C. Cir. 2012) (aff'd in part and rev'd in part on other grounds sub nom *UARG v. EPA*, S Ct. (2014)) ("EPA simply did here what it and other decision-makers often must do to make a science-based judgment: it sought out and reviewed existing scientific evidence to determine whether a particular finding was warranted. It makes no difference that much of the scientific evidence in large part consisted of 'syntheses' of individual studies and research. Even individual studies and research papers often synthesize past work in an area and then build upon it. That is how science works").

[100] See also section II.C.4.b below responding to comments from environmental interests that EPA inappropriately omitted many studies which (in their view) support establishing a revised standard at a level of 60 ppb or lower. Although, as explained there, the EPA disagrees with these comments, the comments illustrate that the EPA was even-handed in its consideration of the

studies that are included in the ISA, and the analyses focused upon within given studies, the EPA notes that the ISA undergoes extensive peer review in a public setting by the CASAC. This process provides ample opportunity for CASAC and the public to comment on studies not included in the ISA, and on the specific analyses focused upon within individual studies. In endorsing the final $O_3$ ISA as adequate for rule-making purposes, CASAC agreed with the selection and presentation of analyses on which to base the ISA's key conclusions.

### iii. Evidence Pertaining to At-Risk Populations and Lifestages

A number of groups submitted comments on the EPA's identification of at-risk populations and lifestages. Some industry commenters who opposed revising the current standard disagreed with the EPA's identification of people with asthma or other respiratory diseases as an at-risk population for $O_3$-attributable effects, citing controlled human exposure studies that did not report larger $O_3$-induced $FEV_1$ decrements in people with asthma than in people without asthma. In contrast, comments from medical, environmental, and public health groups generally agreed with the at-risk populations identified by EPA, and also identified other populations that they stated should be considered at risk, including people of lower socio-economic status, people with diabetes or who are obese, pregnant women (due to reproductive and developmental effects), and African American, Asian, Hispanic/Latino or tribal communities. As support for the additional populations, these commenters cited various studies, including some that were not included in the ISA (which we have provisionally considered, as described in section I.C above).

With regard to the former group of comments stating that the evidence does not support the identification of asthmatics as an at-risk population, we disagree. As summarized in the proposal, the EPA's identification of populations at risk of $O_3$ effects is based on a systematic approach that assesses the current scientific evidence across the relevant scientific disciplines (*i.e.*, exposure sciences, dosimetry, controlled human exposure, toxicology, and epidemiology), with a focus on studies that conducted stratified analyses allowing for an evaluation of different populations exposed to similar

epidemiologic evidence, and most certainly did not select merely studies favorable to the point of view of revising the current standard.

$O_3$ concentrations within the same study design (U.S. EPA, 2013, pp. 8–1 to 8–3). Based on this established process and framework, the ISA identifies individuals with asthma among the populations and lifestages for which there is "adequate" evidence to support the conclusion of increased risk of $O_3$-related health effects. Other populations for which the evidence is adequate are individuals with certain genotypes, younger and older age groups, individuals with reduced intake of certain nutrients, and outdoor workers. These conclusions are based on consistency in findings across studies and evidence of coherence in results from different scientific disciplines.

For example, with regard to people with asthma, the ISA notes a number of epidemiologic and controlled human exposure studies reporting larger and/or more serious effects in people with asthma than in people without asthma or other respiratory diseases. These include epidemiologic studies of lung function, respiratory symptoms, and medication use, as well as controlled human exposure studies showing larger inflammatory responses and markers indicating altered immune functioning in people with asthma, and also includes evidence from animal models of asthma that informs the EPA's interpretation of the other studies. We disagree with the industry commenters' focus solely on the results of certain studies without an integrated consideration of the broader body of evidence, and wider range of respiratory endpoints. It is such an integrated approach that supports EPA's conclusion that "there is adequate evidence for asthmatics to be an at-risk population" (U.S. EPA, 2013, section 8.2.2).

We also disagree with commenters' misleading reference to various studies cited to support the claim that asthmatics are not at increased risk of $O_3$-related health effects. One of the controlled human studies cited in those comments (Mudway et al. 2001) involved asthmatic adults who were older than the healthy controls, and it is well-recognized that responses to $O_3$ decrease with age (U.S. EPA, 2014c, p. 3–80). Another study (Alexis et al. 2000) used subjects with mild asthma who are unlikely to be as responsive as people with more severe disease (Horstman et al., 1995) (EPA 2014c, p. 3–80). Controlled human exposure studies and epidemiologic studies of adults and children amply confirm that "there is adequate evidence for asthmatics to be an at-risk population" (U.S. EPA, 2014c, p. 3–81).

BLM_0047348

We also do not agree with the latter group of commenters that there is sufficient evidence to support the identification of additional populations as at risk of $O_3$-attributable health effects. Specifically with regard to pregnant women, the ISA concluded that the "evidence is suggestive of a causal relationship between exposures to $O_3$ and reproductive and developmental effects" including birth outcomes, noting that "the collective evidence for many of the birth outcomes examined is generally inconsistent" (U.S. EPA, 2013, pp. 7–74 and 7–75). At the time of the completion of the ISA, no studies had been identified that examined the relationship between exposure to $O_3$ and the health of pregnant women (e.g., studies on pre-eclampsia, gestational hypertension). Due to the generally inconsistent epidemiologic evidence for effects on birth outcomes, the lack of studies on the health of pregnant women, and the lack of studies from other disciplines to provide biological plausibility for the effects examined in epidemiologic studies, pregnant women were not considered an at-risk population. Based on the EPA's provisional consideration of studies published since the completion of the ISA (I.C, above), recent studies that examine exposure to $O_3$ and pre-eclampsia and other health effects experienced by pregnant women are not sufficient to materially change the ISA's conclusions on at-risk populations (I.C, above). In addition, as summarized in the proposal, the ISA concluded that the evidence for other populations was either suggestive of increased risk, with further investigation needed (e.g., other genetic variants, obesity, sex, and socioeconomic status), or was inadequate to determine if they were of increased risk of $O_3$-related health effects (influenza/infection, COPD, CVD, diabetes, hyperthyroidism, smoking, race/ethnicity, and air conditioning use) (U.S. EPA, 2013, section 2.5.4.1). The CASAC has concurred with the ISA conclusions (Frey, 2014c).

c. Comments on Exposure and Risk Assessments

This section discusses major comments on the EPA's quantitative assessments of $O_3$ exposures and health risks, presented in the HREA and considered in the PA, and the EPA's responses to those comments. The focus in this section is on overarching comments related to the EPA's approach to assessing exposures and risks, and to interpreting the exposure/risk results within the context of the adequacy of the current primary $O_3$ standard. More

detailed discussion of comments and Agency responses is provided in the Response to Comments document. Section II.B.2.c.i discusses comments on estimates of $O_3$ exposures of concern, section II.B.2.c.ii discusses comments on estimates of the risk of $O_3$-induced lung function decrements, and section II.B.2.b.iii discusses comments on estimates of the risk of $O_3$-associated mortality and morbidity.

i. $O_3$ Exposures of Concern

The EPA received a number of comments expressing divergent views on the estimation of, and interpretation of, $O_3$ exposures of concern. In general, comments from industry, business, and some state groups opposed to revising the current primary $O_3$ standard asserted that the approaches and assumptions that went into the HREA assessment result in overestimates of $O_3$ exposures. These commenters highlighted several aspects of the assessment, asserting that the HREA overestimates the proportion of the population expected to achieve ventilation rates high enough to experience an exposure of concern; that the use of out-of-date information on activity patterns results in overestimates of the amount of time people spend being active outdoors; and that exposure estimates do not account for the fact that people spend more time indoors on days with bad air quality (i.e., they engage in averting behavior). In contrast, comments from medical, public health, and environmental groups that supported revision of the current standard asserted that the HREA assessment of exposures of concern, and the EPA's interpretation of exposure estimates, understates the potential for $O_3$ exposures that could cause adverse health effects. These commenters claimed that the EPA's focus on 8-hour exposures understates the $O_3$ impacts on public health since effects in controlled human exposure studies were shown following 6.6-hour exposures; that the HREA exposure estimates do not capture the most highly exposed populations, such as highly active children and outdoor workers; and that the EPA's interpretation of estimated exposures of concern impermissibly relies on the assumption that people stay indoors to avoid dangerous air pollution (i.e., that they engage in averting behavior).

In considering these comments, the EPA first notes that as discussed in the HREA, PA, and the proposal, there are aspects of the exposure assessment that, considered by themselves, can result in either overestimates or underestimates of the occurrence of $O_3$ exposures of

concern. Commenters tended to highlight the aspects of the assessment that supported their positions, including aspects that were discussed in the HREA and/or the PA and that were considered by CASAC. In contrast, commenters tended to ignore the aspects of the assessment that did not support their positions. The EPA has carefully described and assessed the significance of the various uncertainties in the exposure analysis (U.S. EPA, 2014a, Table 5–10), noting that, in most instances, the uncertainties could result in either overestimates or underestimates of exposures and that the magnitudes of the impacts on exposure results were either "low," "low to moderate," or "moderate" (U.S. EPA, 2014a, Table 5–10).

Consistent with the characterization of uncertainties in the HREA, PA, and the proposal, the EPA agrees with some, though not all, aspects of these commenters' views. For example, the EPA agrees with the comment by groups opposed to revision that the equivalent ventilation rate (EVR) used to characterize individuals as at moderate or greater exertion in the HREA likely leads to overestimates of the number of individuals experiencing exposures of concern (U.S. EPA, 2014a, Table 5–10, p. 5–79). In addition, we note that other physiological processes that are incorporated into exposure estimates are also identified in the HREA as likely leading to overestimates of $O_3$ exposures, based on comparisons with the available scientific literature (U.S. EPA, 2014a, Table 5–10, p. 5–79). These aspects of the exposure assessment are estimated to have either a "moderate" (i.e., EVR) or a "low to moderate" (i.e., physiological processes) impact on exposure estimates (U.S. EPA, 2014a, Table 5–10, p. 5–79). Focusing on these aspects of the assessment, by themselves, could lead to the conclusion that the HREA overstates the occurrence of $O_3$ exposures of concern.

However, the EPA notes that there are also aspects of the HREA exposure assessment that, taken by themselves, could lead to the conclusion that the HREA understates the occurrence of $O_3$ exposures of concern. For example, as noted above, some medical, public health, and environmental groups asserted that the exposure assessment could underestimate $O_3$ exposures for highly active populations, including outdoor workers and children who spend a large portion of time outdoors during summer. In support of these assertions, commenters highlighted sensitivity analyses conducted in the HREA. However, as noted in the HREA (U.S. EPA, 2014a, Table 5–10), this

BLM_0047349

aspect of the assessment is likely to have a "low to moderate" impact on exposure estimates (*i.e.*, a smaller impact than uncertainty associated with the EVR, and similar in magnitude to uncertainties related to physiological processes, as noted above). Therefore, when considered in the context of all of the uncertainties in exposure estimates, it is unlikely that the HREA's approach to using data on activity patterns leads to overall underestimates of $O_3$ exposures. The implications of this uncertainty are discussed in more detail below (II.C.4.b), within the context of the Administrator's decision on a revised standard level.

In addition, medical, public health, and environmental groups also pointed out that the controlled human exposures studies that provided the basis for health effect benchmarks were conducted in healthy adults, rather than at-risk populations, and these studies evaluated 6.6 hour exposures, rather than the 8-hour exposures evaluated in the HREA exposure analyses. They concluded that adverse effects would occur at lower exposure concentrations in at-risk populations, such as people with asthma, and if people were exposed for 8 hours, rather than 6.6 hours. In its review of the PA, CASAC clearly recognized these uncertainties, which provided part of the basis for CASAC's advice to consider exposures of concern for the 60 ppb benchmark. For example, when considering the results of the study by Schelegle et al. (2009) for 6.6-hour exposures to an average $O_3$ concentration of 72 ppb, CASAC judged that if subjects had been exposed for eight hours, the adverse combination of lung function decrements and respiratory symptoms "could have occurred" at lower $O_3$ exposure concentrations (Frey, 2014c, p. 5). With regard to at-risk populations, CASAC concluded that "based on results for clinical studies of healthy adults, and scientific considerations of differences in responsiveness of asthmatic children compared to healthy adults, there is scientific support that 60 ppb is an appropriate exposure of concern for asthmatic children" (Frey, 2014c, p. 8). As discussed below (II.B.3, II.C.4.b, II.C.4.c), based in large part on CASAC advice, the Administrator does consider exposure results for the 60 ppb benchmark.

Thus, rather than viewing the potential implications of various aspects of the HREA exposure assessment in isolation, as was done by many commenters, the EPA considers them together, along with other issues and uncertainties related to the interpretation of exposure estimates. As

discussed above, CASAC recognized the key uncertainties in exposure estimates, as well as in the interpretation of those estimates in the HREA and PA (Frey, 2014a, c). In its review of the 2nd draft REA, CASAC concluded that "[t]he discussion of uncertainty and variability is comprehensive, appropriately listing the major sources of uncertainty and their potential impacts on the APEX exposure estimates" (Frey, 2014a, p. 6). Even considering these and other uncertainties, CASAC emphasized estimates of $O_3$ exposures of concern as part of the basis for their recommendations on the primary $O_3$ NAAQS. In weighing these uncertainties, which can bias exposure results in different directions but tend to have impacts that are similar in magnitude (U.S. EPA, 2014a, Table 5–10), and in light of CASAC's advice based on its review of the HREA and the PA, the EPA continues to conclude that the approach to considering estimated exposures of concern in the HREA, PA, and the proposal reflects an appropriate balance, and provides an appropriate basis for considering the public health protectiveness of the primary $O_3$ standard.

The EPA disagrees with other aspects of commenters' views on HREA estimates of exposures of concern. For example, commenters on both sides of the issue objected to the EPA's handling of averting behavior in exposure estimates. Some commenters who supported retaining the current standard claimed that the HREA overstates exposures of concern because available time-location-activity data do not account for averting behavior. These commenters noted sensitivity analyses in the HREA that estimated fewer exposures of concern when averting behavior was considered. In contrast, commenters supporting revision of the standard criticized the EPA's estimates of exposures of concern, claiming that the EPA "emphasizes the role of averting behavior, noting that it may result in an overestimation of exposures of concern, and cites this behavior (essentially staying indoors or not exercising) in order to reach what it deems an acceptable level of risk" (*e.g.*, ALA et al., p. 120).

The EPA disagrees with both of these comments. In brief, the NAAQS must "be established at a level necessary to protect the health of persons," not the health of persons refraining from normal activity or resorting to medical interventions to ward off adverse effects of poor air quality (S. Rep. No. 11–1196, 91st Cong. 2d Sess. at 10). On the one hand, ignoring normal activity patterns for a pollutant like $O_3$, where adverse

responses are critically dependent on ventilation rates, will result in a standard which provides more protection than is requisite. This issue is discussed in more detail below (II.C.4.b), within the context of the Administrator's decision on a revised standard level.

These commenters also misconstrue the EPA's limited sensitivity analyses on impacts of averting behavior in the HREA. The purpose of the HREA sensitivity analyses was to provide perspective on the potential role of averting behavior in modifying $O_3$ exposures. These sensitivity analyses were limited to a single urban study area, a 2-day period, and a single air quality adjustment scenario (U.S. EPA, 2014a, section 5.4.3.3). In addition, the approach used in the HREA to simulate averting behavior was itself uncertain, given the lack of actual activity pattern data that explicitly incorporated this type of behavioral response. In light of these important limitations, sensitivity analyses focused on averting behavior were discussed in the proposal within the context of the discussion of uncertainties in the HREA assessment of exposures of concern (II.C.2.b in the proposal) and, contrary to the claims of some commenters, they were not used to support the proposed decision.

Some industry groups also claimed that the time-location-activity diaries used by APEX to estimate exposures are out-of-date, and do not represent activity patterns in the current population. These commenters asserted that the use of out-of-date diary information leads to overestimates in exposures of concern. This issue was explicitly addressed in the HREA and the EPA disagrees with commenters' conclusions. In particular, diary data was updated in this review to include data from studies published as late as 2010, directly in response to CASAC concerns. In their review of this data, CASAC stated that "[t]he addition of more recent time activity pattern data addresses a concern raised previously by the CASAC concerning how activity pattern information should be brought up to date" (Frey, 2014a, p. 8). As indicated in the HREA (U.S. EPA, 2014a, Appendix 5G, Figures 5G–7 and Figure 5G–8), the majority of diary days used in exposure simulations of children originate from the most recently conducted activity pattern studies (U.S. EPA, 2014a, Table 5–3). In addition, evaluations included in the HREA indicated that there were not major systematic differences in time-location-activity patterns based on information from older diaries versus those collected more recently (U.S. EPA,

2014a, Appendix 5G, Figures 5G–1 and 5G–2). Given all of the above, the EPA does not agree with commenters who claimed that the time-location-activity diaries used by APEX are out-of-date, and result in overestimates of exposures of concern.

ii. Risk of $O_3$-Induced $FEV_1$ Decrements

The EPA also received a large number of comments on the $FEV_1$ risk assessment presented in chapter 6 of the HREA (U.S. EPA, 2014a) and summarized in the proposal (II.C.3.a in the proposal). Commenters representing medical, public health, and environmental groups generally expressed the view that these risk estimates support the need to revise the current primary $O_3$ standard in order to increase public health protection, though these groups also questioned some of the assumptions inherent in the EPA's interpretation of these risk estimates. For example, ALA et al. (p. 127) stated that "[t]he HREA uses a risk function derived from a controlled human exposure study of healthy young adults to estimate lung function decrements in children, including children with asthma. This assumption could result in an underestimate of risk." On this same issue, commenters representing industry groups opposed to revising the standard also asserted that assumptions about children's responses to $O_3$ exposures are highly uncertain. In contrast to medical and public health groups, these commenters concluded that this uncertainty, along with others discussed below, call into question the use of $FEV_1$ risk estimates to support a decision to revise the current primary $O_3$ standard.

The EPA agrees that an important source of uncertainty is the approach to estimating the risk of $FEV_1$ decrements in children and in children with asthma based on data from healthy adults. However, this issue is discussed at length in the HREA and the PA, and was considered carefully by CASAC in its review of draft versions of these documents. The conclusions of the HREA and PA, and the advice of CASAC, were reflected in the Administrator's interpretation of $FEV_1$ risk estimates in the proposal, as described below. Commenters have not provided additional information that changes the EPA's views on this issue.

As discussed in the proposal (II.C.3.a.ii in the proposal), in the near absence of controlled human exposure data for children, risk estimates are based on the assumption that children exhibit the same lung function response following $O_3$ exposures as healthy 18-year olds (i.e., the youngest age for

which sufficient controlled human exposure data is available) (U.S. EPA, 2014a, section 6.5.3). As noted by CASAC (Frey, 2014a, p. 8), this assumption is justified in part by the findings of McDonnell et al. (1985), who reported that children (8–11 years old) experienced $FEV_1$ responses similar to those observed in adults (18–35 years old). The HREA concludes that this approach could result in either over- or underestimates of $O_3$-induced lung function decrements in children, depending on how children compare to the adults used in controlled human exposure studies (U.S. EPA, 2014a, section 6.5.3). With regard to people with asthma, although the evidence has been mixed (U.S. EPA, 2013, section 6.2.1.1), several studies have reported statistically larger, or a tendency for larger, $O_3$-induced lung function decrements in asthmatics than in non-asthmatics (Kreit et al., 1989; Horstman et al., 1995; Jorres et al., 1996; Alexis et al., 2000). On this issue, CASAC noted that "[a]sthmatic subjects appear to be at least as sensitive, if not more sensitive, than non-asthmatic subjects in manifesting $O_3$-induced pulmonary function decrements" (Frey, 2014c, p. 4). To the extent asthmatics experience larger $O_3$-induced lung function decrements than the healthy adults used to develop exposure-response relationships, the HREA could underestimate the impacts of $O_3$ exposures on lung function in asthmatics, including asthmatic children (U.S. EPA, 2014a, section 6.5.4). As noted above, these uncertainties have been considered carefully by the EPA and by CASAC during the development of the HREA and PA. In addition, the Administrator has appropriately considered these and other uncertainties in her interpretation of risk estimates, as discussed further below (II.B.3, II.C.4.b, II.C.4.c).

Some commenters additionally asserted that the HREA does not appropriately characterize the uncertainty in risk estimates for $O_3$-induced lung function decrements. Commenters pointed out that there is statistical uncertainty in model coefficients that is not accounted for in risk estimates. One commenter presented an analysis of this uncertainty, and concluded that there is considerable overlap between risk estimates for standard levels of 75, 70, and 65 ppb, undercutting the confidence in estimated risk reductions for standard levels below 75 ppb.

The Agency recognizes that there are important sources of uncertainty in the $FEV_1$ risk assessment. In some cases, these sources of uncertainty can

contribute to substantial variability in risk estimates, complicating the interpretation of those estimates. For example, as discussed in the proposal, the variability in $FEV_1$ risk estimates across urban study areas is often greater than the differences in risk estimates between various standard levels (Table 2, above and 79 FR 75306 n. 164). Given this, and the resulting considerable overlap between the ranges of $FEV_1$ risk estimates for different standard levels, in the proposal the Administrator viewed these risk estimates as providing a more limited basis than exposures of concern for distinguishing between the degree of public health protection provided by alternative standard levels. Thus, although the EPA does not agree with the overall conclusions of industry commenters, their analysis of statistical uncertainty in risk estimates, and the resulting overlap between risk estimates for standard levels of 75, 70, and 65 ppb, tends to reinforce the Administrator's approach, which places greater weight on estimates of $O_3$ exposures of concern than on risk estimates for $O_3$-induced $FEV_1$ decrements.

iii. Risk of $O_3$-Associated Mortality and Morbidity

In the proposal, the Administrator placed the greatest emphasis on the results of controlled human exposure studies and on quantitative analyses based on information from these studies, and less weight on mortality and morbidity risk assessments based on information from epidemiology studies. The EPA received a number of comments on its consideration of epidemiology-based risks, with some commenters expressing support for the Agency's approach and others expressing opposition.

In general, commenters representing industry organizations or states opposed to revising the current primary $O_3$ standard agreed with the Administrator's approach in the proposal to viewing epidemiology-based risk estimates, though these commenters reached a different conclusion than the EPA regarding the adequacy of the current standard. In supporting their views, these commenters highlighted a number of uncertainties in the underlying epidemiologic studies, and concluded that risk estimates based on information from such studies do not provide an appropriate basis for revising the current standard. For example, commenters noted considerable spatial heterogeneity in health effect associations; the potential for co-occurring pollutants (e.g., $PM_{2.5}$) to confound $O_3$ health effect associations;

BLM_0047351

and the lack of statistically significant $O_3$ health effect associations in many of the individual cities evaluated as part of multicity analyses. In contrast, some commenters representing medical, public health, or environmental organizations placed greater emphasis than the EPA on epidemiology-based risk estimates. These commenters asserted that risk estimates provide strong support for a lower standard level, and pointed to CASAC advice to support their position.

As in the proposal, the EPA continues to place the greatest weight on the results of controlled human exposure studies and on quantitative analyses based on information from these studies (particularly exposures of concern, as discussed below in II.B.3 and II.C.4), and less weight on risk analyses based on information from epidemiologic studies. In doing so, the Agency continues to note that controlled human exposure studies provide the most certain evidence indicating the occurrence of health effects in humans following specific $O_3$ exposures. In addition, the effects reported in these studies are due solely to $O_3$ exposures, and interpretation of study results is not complicated by the presence of co-occurring pollutants or pollutant mixtures (as is the case in epidemiologic studies). The Agency further notes the CASAC judgment that "the scientific evidence supporting the finding that the current standard is inadequate to protect public health is strongest based on the controlled human exposure studies of respiratory effects" (Frey, 2014c, p. 5). Consistent with this emphasis, the HREA conclusions reflect relatively greater confidence in the results of the exposure and risk analyses based on information from controlled human exposure studies than the results of epidemiology-based risk analyses. As discussed in the HREA (U.S. EPA, 2014a, section 9.6), several key uncertainties complicate the interpretation of these epidemiology-based risk estimates, including the heterogeneity in $O_3$ effect estimates between locations, the potential for exposure measurement errors in these epidemiologic studies, and uncertainty in the interpretation of the shape of concentration-response functions at lower $O_3$ concentrations. Commenters who opposed the EPA's approach in the proposal to viewing the results of quantitative analyses tended to highlight aspects of the evidence and CASAC advice that were considered by the EPA at the time of proposal and nothing in these commenters' views has changed those considerations.

Therefore, the EPA continues to place the most emphasis on using the information from controlled human exposure studies to inform consideration of the adequacy of the primary $O_3$ standard.

However, while the EPA agrees that there are important uncertainties in the $O_3$ epidemiology-based risk estimates, the Agency disagrees with industry commenters that these uncertainties support a conclusion to retain the current standard. As discussed below, the decision to revise the current primary $O_3$ standard is based on the EPA's consideration of the broad body of scientific evidence, quantitative analyses of $O_3$ exposures and risks, CASAC advice, and public comments. While recognizing uncertainties in the epidemiology-based risk estimates here, and giving these uncertainties appropriate consideration, the Agency continues to conclude that these risk estimates contribute to the broader body of evidence and information supporting the need to revise the primary $O_3$ standard.

Some commenters opposed to revising the current $O_3$ standard highlighted the fact that, in a few urban study locations, larger risks are estimated for standard levels below 75 ppb than for the current standard with its level of 75 ppb. For example, TCEQ (p. 3) states that "differential effects on ozone in urban areas also lead to the EPA's modeled increases in mortality in Houston and Los Angeles with decreasing ozone standards." These commenters cited such increases in estimated risk as part of the basis for their conclusion that the current standard should be retained.

For communities across the U.S. (including in the Houston and Los Angeles areas), exposure and risk analyses indicate that reducing emissions of $O_3$ precursors ($NO_X$, VOCs) to meet a revised standard with a level of 70 ppb will substantially reduce the occurrence of adverse respiratory effects and mortality risk attributable to high $O_3$ concentrations (U.S. EPA, 2014a, Appendix 9A; U.S. EPA, 2014c, sections 4.4.2.1 to 4.4.2.3). However, because of the complex chemistry governing the formation and destruction of $O_3$, some $NO_X$ control strategies designed to reduce the highest ambient $O_3$ concentrations can also result in increases in relatively low ambient $O_3$ concentrations. As a result of the way the EPA's epidemiology-based risk assessments were conducted (U.S. EPA, 2014a, Chapter 7), increases estimated in low $O_3$ concentrations impacted mortality and morbidity risks, leading to the estimated risk increases highlighted

by some commenters. However, while the EPA is confident that reducing the highest ambient $O_3$ concentrations will result in substantial improvements in public health, including reducing the risk of $O_3$-associated mortality, the Agency is far less certain about the public health implications of the changes in relatively low ambient $O_3$ concentrations (79 FR at 75278/3, 75291/1, and 75308/2). Therefore, reducing precursor emissions to meet a lower $O_3$ standard is expected to result in important reductions in $O_3$ concentrations from the part of the air quality distribution where the evidence provides the strongest support for adverse health effects.

Specifically, for area-wide $O_3$ concentrations at or above 40 ppb,[101] a revised standard with a level of 70 ppb is estimated to reduce the number of premature deaths associated with short-term $O_3$ concentrations by about 10%, compared to the current standard. In addition, for area-wide concentrations at or above 60 ppb, a revised standard with a level of 70 ppb is estimated to reduce $O_3$-associated premature deaths by about 50% to 70%.[102] The EPA views these results, which focus on the portion of the air quality distribution where the evidence indicates the most certainty regarding the occurrence of adverse $O_3$-attributable health effects, not only as supportive of the need to revise the current standard (II.B.3, below), but also as showing the benefits of reducing the peak $O_3$ concentrations associated with air quality distributions meeting the current standard (II.C.4, below).

In addition, even considering risk estimates based on the full distribution of ambient $O_3$ concentrations (*i.e.*, estimates influenced by decreases in higher concentrations and increases in lower concentrations), the EPA notes that, compared to the current standard, standards with lower levels are estimated to result in overall reductions in mortality risk across the urban study areas evaluated (U.S. EPA, 2014c, Figure 4–10). As discussed above (II.A.2.a, II.A.2.c), analyses in the HREA indicate that these overall risk reductions could understate the actual reductions that

---

[101] The ISA concludes that there is less certainty in the shape of concentration-response functions for area-wide $O_3$ concentrations at the lower ends of warm season distributions (*i.e.*, below about 20 to 40 ppb) (U.S. EPA, 2013, section 2.5.4.4).

[102] Available experimental studies provide the strongest evidence for $O_3$-induced effects following exposures to $O_3$ concentrations corresponding to the upper portions of typical ambient distributions. In particular, as discussed above, controlled human exposure studies showing respiratory effects following exposures to $O_3$ concentrations at or above 60 ppb.

BLM_0047352

would be experienced by the U.S. population as a whole.

For example, the HREA's national air quality modeling analyses indicate that the HREA urban study areas tend to underrepresent the populations living in areas where reducing $NO_X$ emissions would be expected to result in decreases in warm season averages of daily maximum 8-hour ambient $O_3$ concentrations.[103] Given the strong connection between these warm season average $O_3$ concentrations and risk, risk estimates for the urban study areas are likely to understate the average reductions in $O_3$-associated mortality and morbidity risks that would be experienced across the U.S. population as a whole upon reducing $NO_X$ emissions (U.S. EPA, 2014a, section 8.2.3.2).

In addition, in recognizing that the reductions in modeled $NO_X$ emissions used in the HREA's core analyses are meant to be illustrative, rather than to imply a particular control strategy for meeting a revised $O_3$ NAAQS, the HREA also conducted sensitivity analyses in which both $NO_X$ and VOC emissions reductions were evaluated. In all of the urban study areas evaluated in these analyses, the increases in low $O_3$ concentrations were smaller for the $NO_X$/VOC emission reduction scenarios than the $NO_X$ only emission reduction scenario (U.S. EPA, 2014a, Appendix 4D, section 4.7). This was most apparent for Denver, Houston, Los Angeles, New York, and Philadelphia. These results suggest that in some locations, optimized emissions reduction strategies could result in larger reductions in $O_3$-associated mortality and morbidity than indicated by HREA's core estimates.

Thus, the patterns of estimated mortality and morbidity risks across various air quality scenarios and locations have been evaluated and considered extensively in the HREA and the PA, as well as in the proposal. Epidemiology-based risk estimates have also been considered by CASAC, and those considerations are reflected in CASAC's advice. Specifically, in considering epidemiology-based risk estimates in its review of the REA, CASAC stated that "[a]lthough these estimates for short-term exposure impacts are subject to uncertainty, the CASAC is confident that the evidence of health effects of $O_3$

presented in the ISA and Second Draft HREA in its totality, indicates that there are meaningful reductions in mean, absolute, and relative premature mortality associated with short-term exposures to $O_3$ levels lower than the current standard'' (Frey, 2014a, p. 3). Commenters' views on this issue are not based on new information, but on an interpretation of the analyses presented in the HREA that is different from the EPA's, and CASAC's, interpretation. Given this, the EPA's considerations and conclusions related to this issue, as described in the proposal and as summarized briefly above, remain valid. Therefore, the EPA does not agree with commenters who cited increases in estimated risk in some locations as supporting a conclusion that the current standard should be retained.

For risk estimates of respiratory mortality associated with long-term $O_3$, several industry commenters supported placing more emphasis on threshold models, and including these models as part of the core analyses rather than as sensitivity analyses. The EPA agrees with these commenters that an important uncertainty in risk estimates of respiratory mortality associated with long-term $O_3$ stems from the potential for the existence of a threshold. Based on sensitivity analyses included in the HREA in response to CASAC advice, the existence of a threshold could substantially reduce estimated risks. CASAC discussed this issue at length during its review of the REA and supported the EPA's approach to including a range of threshold models as sensitivity analyses (Frey, 2014a p. 3). Based in part on uncertainty in the existence and identification of a threshold, the HREA concluded that lower confidence should be placed in risk estimates for respiratory mortality associated with long-term $O_3$ exposures (U.S. EPA, 2014a, section 9.6). This uncertainty was also a key part of the Administrator's rationale for placing only limited emphasis on risk estimates for long-term $O_3$ exposures. In her final decisions, discussed below (II.B.3, II.C.4.b, II.C.4.c), the Administrator continues to place only limited emphasis on these estimates. The EPA views this approach to considering risk estimates for respiratory mortality as generally consistent with the approach supported by the commenters noted above.

3. Administrator's Conclusions on the Need for Revision

This section discusses the Administrator's conclusions related to the adequacy of the public health protection provided by the current

primary $O_3$ standard, and her final decision that the current standard is not requisite to protect public health with an adequate margin of safety. These conclusions, and her final decision, are based on the Administrator's consideration of the available scientific evidence assessed in the ISA (U.S. EPA, 2013), the exposure/risk information presented and assessed in the HREA (U.S. EPA, 2014a), the consideration of that evidence and information in the PA (U.S. EPA, 2014c), the advice of CASAC, and public comments received on the proposal.

As an initial matter, the Administrator concludes that reducing precursor emissions to achieve $O_3$ concentrations that meet the current primary $O_3$ standard will provide important improvements in public health protection, compared to recent air quality. In reaching this conclusion, she notes the discussion in section 3.4 of the PA (U.S. EPA, 2014c). In particular, the Administrator notes that this conclusion is supported by (1) the strong body of scientific evidence indicating a wide range of adverse health outcomes attributable to exposures to $O_3$ at concentrations commonly found in the ambient air and (2) estimates indicating decreased occurrences of $O_3$ exposures of concern and decreased $O_3$-associated health risks upon meeting the current standard, compared to recent air quality. Thus, she concludes that it would not be appropriate in this review to consider a standard that is less protective than the current standard.

After reaching the conclusion that meeting the current primary $O_3$ standard will provide important improvements in public health protection, and that it is not appropriate to consider a standard that is less protective than the current standard, the Administrator next considers the adequacy of the public health protection that is provided by the current standard. In doing so, the Administrator first notes that studies evaluated since the completion of the 2006 AQCD support and expand upon the strong body of evidence that, in the last review, indicated a causal relationship between short-term $O_3$ exposures and respiratory morbidity outcomes (U.S. EPA, 2013, section 2.5). This is the strongest causality finding possible under the ISA's hierarchical system for classifying weight of evidence for causation. In addition, the Administrator notes that the evidence for respiratory health effects attributable to long-term $O_3$ exposures, including the development of asthma in children, is much stronger than in previous reviews, and the ISA concludes that there is "likely to be" a causal relationship

---

[103] Specifically, the HREA urban study areas tend to underrepresent populations living in suburban, smaller urban, and rural areas, where reducing $NO_X$ emissions would be expected to result in decreases in warm season averages of daily maximum 8-hour ambient $O_3$ concentrations (U.S. EPA, 2014a, section 8.2.3.2).

between such $O_3$ exposures and adverse respiratory health effects (the second strongest causality finding).

Together, experimental and epidemiologic studies support conclusions regarding a continuum of $O_3$ respiratory effects ranging from small, reversible changes in pulmonary function, and pulmonary inflammation, to more serious effects that can result in respiratory-related emergency department visits, hospital admissions, and premature mortality. Recent animal toxicology studies support descriptions of modes of action for these respiratory effects and augment support for biological plausibility for the role of $O_3$ in reported effects. With regard to mode of action, evidence indicates that the initial key event is the formation of secondary oxidation products in the respiratory tract, that antioxidant capacity may modify the risk of respiratory morbidity associated with $O_3$ exposure, and that the inherent capacity to quench (based on individual antioxidant capacity) can be overwhelmed, especially with exposure to elevated concentrations of $O_3$.

In addition, based on the consistency of findings across studies and the coherence of results from different scientific disciplines, the available evidence indicates that certain populations are at increased risk of experiencing $O_3$-related effects, including the most severe effects. These include populations and lifestages identified in previous reviews (*i.e.,* people with asthma, children, older adults, outdoor workers) and populations identified since the last review (*i.e.,* people with certain genotypes related to antioxidant and/or anti-inflammatory status; people with reduced intake of certain antioxidant nutrients, such as Vitamins C and E).

In considering the $O_3$ exposure concentrations reported to elicit respiratory effects, as in the proposal, the Administrator agrees with the conclusions of the PA that controlled human exposure studies provide the most certain evidence indicating the occurrence of health effects in humans following specific $O_3$ exposures. In particular, she notes that the effects reported in controlled human exposure studies are due solely to $O_3$ exposures, and interpretation of study results is not complicated by the presence of co-occurring pollutants or pollutant mixtures (as is the case in epidemiological studies). Therefore, consistent with CASAC advice (Frey, 2014c) she places the most weight on information from controlled human exposure studies in reaching conclusions on the adequacy of the current primary $O_3$ standard.

In considering the evidence from controlled human exposure studies, the Administrator first notes that these studies have reported a variety of respiratory effects in healthy adults following exposures to $O_3$ concentrations of 60, 63,[104] 72,[105] or 80 ppb, and higher. The largest respiratory effects, and the broadest range of effects, have been studied and reported following exposures of healthy adults to 80 ppb $O_3$ or higher, with most exposure studies conducted at these higher concentrations. As discussed above (II.A.1), the Administrator further notes that recent evidence includes controlled human exposure studies reporting the combination of lung function decrements and respiratory symptoms in healthy adults engaged in moderate exertion following 6.6-hour exposures to concentrations as low as 72 ppb, and lung function decrements and pulmonary inflammation following exposures to $O_3$ concentrations as low as 60 ppb.

As discussed in her response to public comments above (II.B.2.b.i), and in detail below (II.C.4.b, II.C.4.c), the Administrator concludes that these controlled human exposure studies indicate that adverse effects are likely to occur following exposures to $O_3$ concentrations below the level of the current standard. The effects observed following such exposures are coherent with the serious health outcomes that have been reported in $O_3$ epidemiologic studies (*e.g.,* respiratory-related hospital admissions, emergency department visits), and the Administrator judges that such effects have the potential to be important from a public health perspective.

In reaching these conclusions, she particularly notes that the combination of lung function decrements and respiratory symptoms reported to occur in healthy adults following exposures to 72 ppb $O_3$ meets ATS criteria for an adverse response (II.B.2.b.i, above). In specifically considering the 72 ppb exposure concentration, CASAC noted that "the combination of decrements in $FEV_1$ together with the statistically significant alterations in symptoms in human subjects exposed to 72 ppb ozone meets the American Thoracic Society's definition of an adverse health effect" (Frey, 2014c, p. 5). In addition, given that the controlled human exposure study reporting these results was conducted in healthy adults,

CASAC judged that the adverse combination of lung function decrements and respiratory symptoms "almost certainly occur in some people" (*e.g.,* people with asthma) following exposures to lower $O_3$ concentrations (Frey, 2014c, p. 6).

While the Administrator is less certain regarding the adversity of the lung function decrements and airway inflammation that have been observed following exposures as low as 60 ppb, as discussed in more detail elsewhere in this preamble (II.B.2.b.i, II.C.4.b, II.C.4.c), she judges that these effects also have the potential to be adverse, and to be of public health importance, particularly if they are experienced repeatedly. With regard to this judgment, she specifically notes the ISA conclusion that, while the airway inflammation induced by a single exposure (or several exposures over the course of a summer) can resolve entirely, continued inflammation could potentially result in adverse effects, including the induction of a chronic inflammatory state; altered pulmonary structure and function, leading to diseases such as asthma; altered lung host defense response to inhaled microorganisms; and altered lung response to other agents such as allergens or toxins (U.S. EPA, 2013, section 6.2.3). Thus, the Administrator becomes increasingly concerned about the potential for adverse effects at 60 ppb $O_3$ as the number of exposures increases, though she notes that the available evidence does not indicate a particular number of occurrences of such exposures that would be required to achieve an adverse respiratory effect, and that this number is likely to vary across the population.

In addition to controlled human exposure studies, the Administrator also considers what the available epidemiologic evidence indicates with regard to the adequacy of the public health protection provided by the current primary $O_3$ standard. She notes that recent epidemiologic studies provide support, beyond that available in the last review, for associations between short-term $O_3$ exposures and a wide range of adverse respiratory outcomes (including respiratory-related hospital admissions, emergency department visits, and mortality) and with total mortality. As discussed above in the EPA responses to public comments (II.B.2.b.ii), associations with morbidity and mortality are stronger during the warm or summer months, and remain robust after adjustment for copollutants (U.S. EPA, 2013, Chapter 6).

---

[104] For a 60 ppb target exposure concentration, Schelegle et al. (2009) reported that the actual 6.6-hour mean exposure concentration was 63 ppb.

[105] For a 70 ppb target exposure concentration, Schelegle et al. (2009) reported that the actual 6.6-hour mean exposure concentration was 72 ppb.

In considering information from epidemiologic studies within the context of her conclusions on the adequacy of the current standard, the Administrator specifically considers analyses in the PA that evaluate the extent to which $O_3$ health effect associations have been reported for air quality concentrations likely to be allowed by the current standard. She notes that such analyses can provide insight into the extent to which the current standard would allow the distributions of ambient $O_3$ concentrations that provided the basis for these health effect associations. While the majority of $O_3$ epidemiologic studies evaluated in the PA were conducted in areas that would have violated the current standard during study periods, as discussed above (II.B.2.b.ii), the Administrator observes that the study by Mar and Koenig (2009) reported associations between short-term $O_3$ concentrations and asthma emergency department visits in children and adults in a U.S. location that would have met the current $O_3$ standard over the entire study period.[106] Based on this, she notes the conclusion from the PA that the current primary $O_3$ standard would have allowed the distribution of ambient $O_3$ concentrations that provided the basis for the associations with asthma emergency department visits reported by Mar and Koenig (2009) (U.S. EPA, 2014c, section 3.1.4.2).

In addition, even in some single-city study locations where the current standard was violated (i.e., those evaluated in Silverman and Ito, 2010; Strickland et al., 2010), the Administrator notes that PA analyses of reported concentration-response functions and available air quality data support the occurrence of $O_3$-attributable hospital admissions and emergency department visits on subsets of days with virtually all ambient $O_3$ concentrations below the level of the current standard. PA analyses of study area air quality further support the conclusion that exposures to the ambient $O_3$ concentrations present in the locations evaluated by Strickland et al. (2010) and Silverman and Ito (2010) could have plausibly resulted in the respiratory-related emergency department visits and hospital admissions reported in these studies (U.S. EPA, 2014c, section 3.1.4.2). The Administrator agrees with the PA

conclusion that these analyses indicate a relatively high degree of confidence in reported statistical associations with respiratory health outcomes on days when virtually all monitored 8-hour $O_3$ concentrations were 75 ppb or below. She further agrees with the PA conclusion that although these analyses do not identify true design values, the presence of $O_3$-associated respiratory effects on such days provides insight into the types of health effects that could occur in locations with maximum ambient $O_3$ concentrations below the level of the current standard.

Compared to the single-city epidemiologic studies discussed above, the Administrator notes additional uncertainty in interpreting the relationships between short-term $O_3$ air quality in individual study cities and reported $O_3$ multicity effect estimates. In particular, she judges that the available multicity effect estimates in studies of short-term $O_3$ do not provide a basis for considering the extent to which reported $O_3$ health effect associations are influenced by individual locations with ambient $O_3$ concentrations low enough to meet the current $O_3$ standard, versus locations with $O_3$ concentrations that violate this standard.[107] While such uncertainties limit the extent to which the Administrator bases her conclusions on air quality in locations of multicity epidemiologic studies, she does note that $O_3$ associations with respiratory morbidity or premature mortality have been reported in several multicity studies when the majority of study locations (though not all study locations) would have met the current $O_3$ standard (U.S. EPA, 2014c, section 3.1.4.2).

Looking across the body of epidemiologic evidence, the Administrator thus reaches the conclusion that analyses of air quality in study locations support the occurrence of adverse $O_3$-associated effects at ambient $O_3$ concentrations that met, or are likely to have met, the current standard. She further concludes that the strongest support for this conclusion comes from single-city studies of

respiratory-related hospital admissions and emergency department visits associated with short-term $O_3$ concentrations, with some support also from multicity studies of morbidity or mortality.

Taken together, the Administrator concludes that the scientific evidence from controlled human exposure and epidemiologic studies calls into question the adequacy of the public health protection provided by the current standard. In reaching this conclusion, she particularly notes that the current standard level is higher than the lowest $O_3$ exposure concentration shown to result in the adverse combination of lung function decrements and respiratory symptoms (i.e., 72 ppb), and that CASAC concluded that such effects "almost certainly occur in some people" following exposures to $O_3$ concentrations below 72 ppb (Frey, 2014c, p. 6). While she also notes that the current standard level is well-above the lowest $O_3$ exposure concentration shown to cause respiratory effects (i.e., 60 ppb), she has less confidence that the effects observed at 60 ppb are adverse (discussed in II.B.2.b.i, II.C.4.b, II.C.4.c). She further considers these effects, and the extent to which the current primary $O_3$ standard could protect against them, within the context of quantitative analyses of $O_3$ exposures (discussed below). With regard to the available epidemiologic evidence, the Administrator notes PA analyses of $O_3$ air quality indicating that, while most $O_3$ epidemiologic studies reported health effect associations with ambient $O_3$ concentrations that violated the current standard, a small number of single-city U.S. studies support the occurrence of asthma-related hospital admissions and emergency department visits at ambient $O_3$ concentrations below the level of the current standard, including one study with air quality that would have met the current standard during the study period. Some support for such $O_3$ associations is also provided by multicity studies of morbidity or mortality. The Administrator further judges that the biological plausibility of associations with clearly adverse morbidity effects is supported by the evidence noted above from controlled human exposure studies conducted at, or in some cases below, typical warm-season ambient $O_3$ concentrations.

Beyond her consideration of the scientific evidence, the Administrator also considers the results of the HREA exposure and risk analyses in reaching final conclusions regarding the adequacy of the current primary $O_3$ standard. In doing so, consistent with

---

[106] The large majority of locations evaluated in U.S. epidemiologic studies of long-term $O_3$ would have violated the current standard during study periods, thus providing limited insight into the adequacy of the current standard (U.S. EPA, 2014c, section 3.1.4.3).

[107] As noted in the proposal (II.E.4.d), this uncertainty applies specifically to interpreting air quality analyses within the context of multicity effect estimates for short-term $O_3$ concentrations, where effect estimates for individual study cities are not presented (as is the case for the key $O_3$ studies analyzed in the PA, with the exception of the study by Stieb et al. (2009) where none of the city-specific effect estimates for asthma emergency department visits were statistically significant). This specific uncertainty does not apply to multicity epidemiologic studies of long-term $O_3$ concentrations, where multicity effect estimates are based on comparisons across cities. For example, see discussion of study by Jerrett et al. (2009) in the PA (U.S. EPA, 2014c, section 3.1.4.3).

BLM_0047355

her consideration of the evidence, she focuses primarily on quantitative analyses based on information from controlled human exposure studies (i.e., exposures of concern and risk of $O_3$-induced $FEV_1$ decrements). Consistent with the considerations in the PA, and with CASAC advice (Frey, 2014c), she particularly focuses on exposure and risk estimates in children.[108] As discussed in the HREA and PA (and II.B, above), the patterns of exposure and risk estimates across urban study areas, across years, and across air quality scenarios are similar in children and adults though, because children spend more time being physically active outdoors and are more likely to experience the types of $O_3$ exposures shown to cause respiratory effects, larger percentages of children are estimated to experience exposures of concern and $O_3$-induced $FEV_1$ decrements. Children also have intrinsic risk factors that make them particularly susceptible to $O_3$-related effects (e.g., higher ventilation rates relative to lung volume) (U.S. EPA, 2013, section 8.3.1.1; see section II.A.1.d above). In focusing on exposure and risk estimates in children, the Administrator recognizes that the exposure patterns for children across years, urban study areas, and air quality scenarios are indicative of the exposure patterns in a broader group of at-risk populations that also includes asthmatic adults and older adults. She judges that, to the extent the primary $O_3$ standard provides appropriate protection for children, it will also do so for adult populations,[109] given the larger exposures and intrinsic risk factors in children.

In first considering estimates of exposures of concern, the Administrator considers the extent to which estimates indicate that the current standard limits population exposures to the broader range of $O_3$ concentrations shown in controlled human exposure studies to cause respiratory effects. In doing so, she focuses on estimates of $O_3$

exposures of concern at or above the benchmark concentrations of 60, 70, and 80 ppb. She notes that the current $O_3$ standard can provide some protection against exposures of concern to a range of $O_3$ concentrations, including concentrations below the standard level, given that (1) with the current fourth-high form, most days will have concentrations below the standard level and that (2) exposures of concern depend on both the presence of relatively high ambient $O_3$ concentrations and on activity patterns in the population that result in exposures to such high concentrations while at an elevated ventilation rate (discussed in detail below, II.C.4.b and II.C.4.c).

In considering estimates of $O_3$ exposures of concern allowed by the current standard, she notes that while single exposures of concern could be adverse for some people, particularly for the higher benchmark concentrations (70, 80 ppb) where there is stronger evidence for the occurrence of adverse effects (II.B.2.b.i, II.C.4.b, II.C.4.c, below), she becomes increasingly concerned about the potential for adverse responses as the number of occurrences increases.[110] In particular, as discussed above with regard to inflammation, she notes that the types of lung injury shown to occur following exposures to $O_3$ concentrations from 60 to 80 ppb, particularly if experienced repeatedly, provide a mode of action by which $O_3$ may cause other more serious effects (e.g., asthma exacerbations). Therefore, the Administrator places the most weight on estimates of two or more exposures of concern (i.e., as a surrogate for the occurrence of repeated exposures), though she also considers estimates of one or more exposures for the 70 and 80 ppb benchmarks.

In considering estimates of exposures of concern, the Administrator first notes that if the 15 urban study areas evaluated in the HREA were to just meet the current $O_3$ standard, fewer than 1% of children in those areas would be estimated to experience two or more exposures of concern at or above 70 ppb, based on exposure estimates averaged over the years of analysis, though up to about 2% would be estimated to experience such exposures in the worst-case year and location (i.e., year and location with the largest

exposure estimates).[111] Although the Administrator is less concerned about single occurrences of exposures of concern, she notes that even single occurrences could cause adverse effects in some people, particularly for the 70 and 80 ppb benchmarks.[112] As illustrated in Table 1 (above), the current standard could allow up to about 3% of children to experience one or more exposures of concern at or above 70 ppb, averaged over the years of analysis, and up to about 8% in the worst-case year and location. In addition, in the worst-case year and location, the current standard could allow about 1% of children to experience at least one exposure of concern at or above 80 ppb, the highest benchmark evaluated.

While the Administrator has less confidence in the adversity of the effects observed following exposures to 60 ppb $O_3$ (II.B.2.b.i, II.C.4.b, II.C.4.c), particularly for single exposures, she judges that the potential for adverse effects increases as the number of exposures of concern increases. With regard to the 60 ppb benchmark, she particularly notes that the current standard is estimated to allow approximately 3 to 8% of children in urban study areas, including approximately 3 to 8% of asthmatic children, to experience two or more exposures of concern to $O_3$ concentrations at or above 60 ppb, based on estimates averaged over the years of analysis. To provide some perspective on the average percentages estimated, the Administrator notes that they correspond to almost 900,000 children in urban study areas, including about 90,000 asthmatic children. Nationally, if the current standard were to be just met, the number of children experiencing such exposures would be larger.

Based on her consideration of these estimates within the context of her judgments on adversity, as discussed in her responses to public comments (II.B.2.b.i, II.C.4.b), the Administrator concludes that the exposures projected to remain upon meeting the current standard can reasonably be judged to be important from a public health perspective. In particular, given that the average percent of children estimated to experience two or more exposures of concern for the 60 ppb benchmark approaches 10% in some areas, even based on estimates averaged over the

---

[108] She focuses on estimates for all children and estimates for children with asthma, noting that exposure and risk estimates for these groups are virtually indistinguishable in terms of the percent estimated to experience exposures of concern or $O_3$-induced $FEV_1$ decrements (U.S. EPA, 2014c, sections 3.2 and 4.4.2).

[109] As noted below (II.C.4.2), this includes populations of highly active adults, such as outdoor workers. Limited sensitivity analyses in the HREA indicate that when diaries were selected to mimic exposures that could be experienced by outdoor workers, the percentages of modeled individuals estimated to experience exposures of concern were generally similar to the percentages estimated for children (i.e., using the full database of diary profiles) in the urban study areas and years with the largest exposure estimates (U.S. EPA, 2014, section 5.4.3.2, Figure 5–14).

[110] Not all people who experience an exposure of concern will experience an adverse effect (even members of at-risk populations). For the endpoints evaluated in controlled human exposure studies, the number of those experiencing exposures of concern who will experience adverse effects cannot be reliably quantified.

[111] Virtually no children in those areas would be estimated to experience two or more exposures of concern at or above 80 ppb.

[112] That is, adverse effects are a possible outcome of single exposures of concern at/above 70 or 80 ppb, though the available information is not sufficient to estimate the likelihood of such effects.

BLM_0047356

years of the analysis, she concludes that the current standard does not incorporate an adequate margin of safety against the potentially adverse effects that can occur following repeated exposures at or above 60 ppb. Although she has less confidence that the effects observed at 60 ppb are adverse, compared to the effects at and above 72 ppb, she judges that this approach to considering the results for the 60 ppb benchmark is appropriate given CASAC advice, which clearly focuses the EPA on considering the effects observed at 60 ppb (Frey, 2014c) (II.C.4.b, II.C.4.c below).[113] This approach to considering estimated exposures of concern is consistent with setting standards that provide some safeguard against dangers to human health that are not fully certain (i.e., standards that incorporate an adequate margin of safety) (See, e.g., State of Mississippi, 744 F. 3d at 1353).

In addition to estimated exposures of concern, the Administrator also considers HREA estimates of the risk of $O_3$-induced $FEV_1$ decrements ≥10 and 15%. In doing so, she particularly notes CASAC advice that "estimation of $FEV_1$ decrements of ≥15% is appropriate as a scientifically relevant surrogate for adverse health outcomes in active healthy adults, whereas an $FEV_1$ decrement of ≥10% is a scientifically relevant surrogate for adverse health outcomes for people with asthma and lung disease" (Frey, 2014c, p. 3). The Administrator notes that while single occurrences of $O_3$-induced lung function decrements could be adverse for some people, as discussed above (II.B.1), she agrees with the judgment in past reviews that a more general consensus view of the potential adversity of such decrements emerges as the frequency of occurrences increases. Therefore, as in the proposal, the Administrator focuses primarily on the estimates of two or more $O_3$-induced lung function decrements. When averaged over the years evaluated in the HREA, the Administrator notes that the current standard is estimated to allow about 1 to 3% of children in the 15 urban study areas (corresponding to almost 400,000 children) to experience two or more $O_3$-induced lung function decrements ≥15%, and to allow about 8 to 12% of children (corresponding to about 180,000 asthmatic children) to experience two or more $O_3$-induced lung function decrements ≥10%.

In further considering the HREA results, the Administrator considers the

epidemiology-based risk estimates. As discussed in the proposal, compared to the weight given to HREA estimates of exposures of concern and lung function risks, she places relatively less weight on epidemiology-based risk estimates. In giving some consideration to these risk estimates, as discussed in the proposal and above in the EPA's responses to public comments (II.B.2.b.iii), the Administrator focuses on the risks associated with $O_3$ concentrations in the upper portions of ambient distributions. In doing so, she notes the increasing uncertainty associated with the shapes of concentration-response curves for $O_3$ concentrations in the lower portions of ambient distributions and the evidence from controlled human exposure studies, which provide the strongest support for $O_3$-induced effects following exposures to $O_3$ concentrations corresponding to the upper portions of typical ambient distributions (i.e., 60 ppb and above). Even when considering only area-wide $O_3$ concentrations from the upper portions of seasonal distributions (i.e., ≥40, 60 ppb, Table 3 in the proposal), the Administrator notes that the general magnitude of mortality risk estimates suggests the potential for a substantial number of $O_3$-associated deaths and adverse respiratory events to occur nationally, even when the current standard is met (79 FR 75277 and II.B.2.c.iii above).

In addition to the evidence and exposure/risk information discussed above, the Administrator also takes note of the CASAC advice in the current review, in the 2008 review and decision establishing the current standard, and in the 2010 reconsideration of the 2008 decision. As discussed in more detail above, the current CASAC "finds that the current NAAQS for ozone is not protective of human health" and "unanimously recommends that the Administrator revise the current primary ozone standard to protect public health" (Frey, 2014c, p. 5). The prior CASAC $O_3$ Panel likewise recommended revision of the current standard to one with a lower level due to the lack of protectiveness of the current standard. This earlier recommendation was based entirely on the evidence and information in the record for the 2008 standard decision, which, as discussed above, has been substantially strengthened in the current review (Samet, 2011; Frey and Samet, 2012).

In consideration of all of the above, the Administrator concludes that the current primary $O_3$ standard is not requisite to protect public health with an adequate margin of safety, and that

it should be revised to provide increased public health protection. This decision is based on the Administrator's conclusions that the available evidence and exposure and risk information clearly call into question the adequacy of public health protection provided by the current primary standard such that it is not appropriate, within the meaning of section 109(d)(1) of the CAA, to retain the current standard. With regard to the evidence, she particularly notes that the current standard level is higher than the lowest $O_3$ exposure concentration shown to result in the adverse combination of lung function decrements and respiratory symptoms (i.e., 72 ppb), and also notes CASAC's advice that at-risk groups (e.g., people with asthma) could experience adverse effects following exposure to lower concentrations. In addition, while the Administrator is less certain about the adversity of the effects that occur following lower exposure concentrations, she judges that recent controlled human exposure studies at 60 ppb provide support for a level below 75 ppb in order to provide an increased margin of safety, compared to the current standard, against effects with the potential to be adverse, particularly if they are experienced repeatedly. With regard to $O_3$ epidemiologic studies, she notes that while most available studies reported health effect associations with ambient $O_3$ concentrations that violated the current standard, a small number provide support for the occurrence of adverse respiratory effects at ambient $O_3$ concentrations below the level of the current standard.[114]

Based on the analyses in the HREA, the Administrator concludes that the exposures and risks projected to remain upon meeting the current standard can reasonably be judged to be important from a public health perspective. In particular, this conclusion is based on her judgment that it is appropriate to set a standard that would be expected to eliminate, or almost eliminate, exposures of concern at or above 70 and 80 ppb. In addition, given that the average percent of children estimated to experience two or more exposures of concern for the 60 ppb benchmark approaches 10% in some urban study areas, the Administrator concludes that the current standard does not incorporate an adequate margin of safety

---

[113] Though this advice is less clear regarding the adversity of effects at 60 ppb than CASAC's advice regarding the adversity of effects at 72 ppb (II.C.4.b, II.C.4.c).

[114] Courts have repeatedly held that this type of evidence justifies an Administrator's conclusion that it is "appropriate" (within the meaning of section 109 (d)(1) of the CAA) to revise a primary NAAQS to provide further protection of public health. See e.g. Mississippi, 744 F. 3d at 1345; American Farm Bureau, 559 F. 3d at 525–26.

against the potentially adverse effects that could occur following repeated exposures at or above 60 ppb. Beyond estimated exposures of concern, the Administrator concludes that the HREA risk estimates ($FEV_1$ risk estimates, mortality risk estimates) further support a conclusion that the $O_3$-associated health effects estimated to remain upon just meeting the current standard are an issue of public health importance on a broad national scale. Thus, she concludes that $O_3$ exposure and risk estimates, when taken together, support a conclusion that the exposures and health risks associated with just meeting the current standard can reasonably be judged important from a public health perspective, such that the current standard is not sufficiently protective and does not incorporate an adequate margin of safety.

In the next section, the Administrator considers what revisions are appropriate in order to set a standard that is requisite to protect public health with an adequate margin of safety.

### C. Conclusions on the Elements of a Revised Primary Standard

Having reached the conclusion that the current $O_3$ standard is not requisite to protect public health with an adequate margin of safety, based on the currently available scientific evidence and exposure/risk information, the Administrator next considers the range of alternative standards supported by that evidence and information. Consistent with her consideration of the adequacy of the current standard, the Administrator's conclusions on the elements of the primary standard are informed by the available scientific evidence assessed in the ISA, exposure/ risk information presented and assessed in the HREA, the evidence-based and exposure-/risk-based considerations and conclusions in the PA, CASAC advice, and public comments. The sections below discuss the evidence and exposure/risk information, CASAC advice and public input, and the Administrator's proposed conclusions, for the major elements of the NAAQS: Indicator (II.C.1), averaging time (II.C.2), form (II.C.3), and level (II.C.4).

#### 1. Indicator

In the 2008 review, the EPA focused on $O_3$ as the most appropriate indicator for a standard meant to provide protection against ambient photochemical oxidants. In this review, while the complex atmospheric chemistry in which $O_3$ plays a key role has been highlighted, no alternatives to $O_3$ have been advanced as being a more appropriate indicator for ambient

photochemical oxidants. More specifically, the ISA noted that $O_3$ is the only photochemical oxidant (other than $NO_2$) that is routinely monitored and for which a comprehensive database exists (U.S. EPA, 2013, section 3.6). Data for other photochemical oxidants (e.g., peroxyacetyl nitrate, hydrogen peroxide, etc.) typically have been obtained only as part of special field studies. Consequently, no nationwide patterns of occurrence are available for these other oxidants; nor are extensive data available on the relationships of concentrations and patterns of these oxidants to those of $O_3$ (U.S. EPA, 2013, section 3.6). In its review of the second draft PA, CASAC stated ''The indicator of ozone is appropriate based on its causal or likely causal associations with multiple adverse health outcomes and its representation of a class of pollutants known as photochemical oxidants'' (Frey, 2014c, p. ii).

In addition, the PA notes that meeting an $O_3$ standard can be expected to provide some degree of protection against potential health effects that may be independently associated with other photochemical oxidants, even though such effects are not discernible from currently available studies indexed by $O_3$ alone (U.S. EPA, 2014c, section 4.1). That is, since the precursor emissions that lead to the formation of $O_3$ generally also lead to the formation of other photochemical oxidants, measures leading to reductions in population exposures to $O_3$ can generally be expected to lead to reductions in population exposures to other photochemical oxidants. In considering this information, and CASAC's advice, the Administrator reached the proposed conclusion that $O_3$ remains the most appropriate indicator for a standard meant to provide protection against photochemical oxidants.[115]

The EPA received very few comments on the indicator of the primary standard. Those who did comment supported the proposed decision to retain $O_3$ as the indicator, noting the rationale put forward in the preamble to the proposed rule. These commenters generally expressed support for retaining the current indicator in conjunction with retaining other elements of the current standard, such as the averaging time and form. After considering the available evidence, CASAC advice, and public comments, the Administrator concludes that $O_3$ remains the most appropriate indicator

for a standard meant to provide protection against photochemical oxidants. Therefore, she is retaining $O_3$ as the indicator for the primary standard in this final rule.

#### 2. Averaging Time

The EPA established the current 8-hour averaging time[116] for the primary $O_3$ NAAQS in 1997 (62 FR 38856). The decision on averaging time in that review was based on numerous controlled human exposure and epidemiologic studies reporting associations between adverse respiratory effects and 6- to 8-hour $O_3$ concentrations (62 FR 38861). The EPA also noted that a standard with a maximum 8-hour averaging time is likely to provide substantial protection against respiratory effects associated with 1-hour peak $O_3$ concentrations. The EPA reached similar conclusions in the last $O_3$ NAAQS review and thus, the EPA retained the 8-hour averaging time in 2008.

In reaching a proposed conclusion on averaging time in the current review, the Administrator considered the extent to which the available evidence continues to support the appropriateness of a standard with an 8-hour averaging time (79 FR 75292). Specifically, the Administrator considered the extent to which the available information indicates that a standard with the current 8-hour averaging time provides appropriate protection against short- and long-term $O_3$ exposures. These considerations from the proposal are summarized below in sections II.C.2.a (short-term) and II.C.2.b (long-term). Section II.C.2.c summarizes the Administrator's proposed decision on averaging time. Section II.C.2.d discusses comments received on averaging time. Section II.C.2.e presents the Administrator's final decision regarding averaging time.

#### a. Short-Term

As an initial consideration with respect to the most appropriate averaging time for the $O_3$ NAAQS, in the proposal the Administrator noted that the strongest evidence for $O_3$-associated health effects is for respiratory effects following short-term exposures. More specifically, the Administrator noted the ISA conclusion that the evidence is ''sufficient to infer a causal relationship'' between short-term $O_3$ exposures and respiratory effects. The ISA also judges that for short-term $O_3$ exposures, the evidence indicates ''likely to be causal'' relationships with

---

[115] The DC Circuit upheld the use of $O_3$ as the indicator for photochemical oxidants based on these same considerations. *American Petroleum Inst.* v. *Costle*, 665 F. 2d 1176, 1186 (D.C. Cir. 1981).

[116] This 8-hour averaging time reflects daily maximum 8-hour average $O_3$ concentrations.

both cardiovascular effects and mortality (U.S. EPA, 2013, section 2.5.2). Therefore, as in past reviews, the Administrator noted that the strength of the available scientific evidence provides strong support for a standard that protects the public health against short-term exposures to $O_3$.

In first considering the level of support available for specific short-term averaging times, the Administrator noted in the proposal the evidence available from controlled human exposure studies. As discussed in more detail in Chapter 3 of the PA, substantial health effects evidence from controlled human exposure studies demonstrates that a wide range of respiratory effects (e.g., pulmonary function decrements, increases in respiratory symptoms, lung inflammation, lung permeability, decreased lung host defense, and airway hyperresponsiveness) occur in healthy adults following 6.6-hour exposures to $O_3$ (U.S. EPA, 2013, section 6.2.1.1). Compared to studies evaluating shorter exposure durations (e.g., 1-hour), studies evaluating 6.6-hour exposures in healthy adults have reported respiratory effects at lower $O_3$ exposure concentrations and at more moderate levels of exertion.

The Administrator also noted in the proposal the strength of evidence from epidemiologic studies that evaluated a wide variety of populations (e.g., including at-risk lifestages and populations, such as children and people with asthma, respectively). A number of different averaging times have been used in $O_3$ epidemiologic studies, with the most common being the max 1-hour concentration within a 24-hour period (1-hour max), the max 8-hour average concentration within a 24-hour period (8-hour max), and the 24-hour average. These studies are assessed in detail in Chapter 6 of the ISA (U.S. EPA, 2013). Limited evidence from time-series and panel epidemiologic studies comparing risk estimates across averaging times does not indicate that one exposure metric is more consistently or strongly associated with respiratory health effects or mortality, though the ISA notes some evidence for "smaller $O_3$ risk estimates when using a 24-hour average exposure metric" (U.S. EPA, 2013, section 2.5.4.2; p. 2–31). For single- and multi-day average $O_3$ concentrations, lung function decrements were associated with 1-hour max, 8-hour max, and 24-hour average ambient $O_3$ concentrations, with no strong difference in the consistency or magnitude of association among the averaging times (U.S. EPA, 2013, p. 6–71). Similarly, in studies of short-term exposure to $O_3$ and mortality, Smith et

al. (2009) and Darrow et al. (2011) have reported high correlations between risk estimates calculated using 24-hour average, 8-hour max, and 1-hour max averaging times (U.S. EPA, 2013, p. 6–253). Thus, the Administrator noted that the epidemiologic evidence alone does not provide a strong basis for distinguishing between the appropriateness of 1-hour, 8-hour, and 24-hour averaging times.

Considering the health information discussed above, in the proposal the Administrator concluded that an 8-hour averaging time remains appropriate for addressing health effects associated with short-term exposures to ambient $O_3$. An 8-hour averaging time is similar to the exposure periods evaluated in controlled human exposure studies, including recent studies that provide evidence for respiratory effects following exposures to $O_3$ concentrations below the level of the current standard. In addition, epidemiologic studies provide evidence for health effect associations with 8-hour $O_3$ concentrations, as well as with 1-hour and 24-hour concentrations. As in previous reviews, the Administrator noted that a standard with an 8-hour averaging time (combined with an appropriate standard form and level) would also be expected to provide substantial protection against health effects attributable to 1-hour and 24-hour exposures (e.g., 62 FR 38861, July 18, 1997). This conclusion is consistent with the advice received from CASAC that "the current 8-hour averaging time is justified by the combined evidence from epidemiologic and clinical studies" (Frey, 2014c, p. 6).

b. Long-Term

The ISA concludes that the evidence for long-term $O_3$ exposures indicates that there is "likely to be a causal relationship" with respiratory effects (U.S. EPA, 2013, chapter 7). Thus, in this review the Administrator also considers the extent to which currently available evidence and exposure/risk information suggests that a standard with an 8-hour averaging time can provide protection against respiratory effects associated with longer term exposures to ambient $O_3$.

In considering this issue in the 2008 review of the $O_3$ NAAQS, the Staff Paper noted that "because long-term air quality patterns would be improved in areas coming into attainment with an 8-hr standard, the potential risk of health effects associated with long-term exposures would be reduced in any area meeting an 8-hr standard" (U.S. EPA, 2007, p. 6–57). In the current review, the PA further evaluates this issue, with

a focus on the long-term $O_3$ metrics reported to be associated with mortality or morbidity in recent epidemiologic studies. As discussed in section 3.1.3 of the PA (U.S. EPA, 2014c, section 4.2), much of the recent evidence for such associations is based on studies that defined long-term $O_3$ in terms of seasonal averages of daily maximum 1-hour or 8-hour concentrations.

As an initial consideration, in the proposal the Administrator noted the risk results from the HREA for respiratory mortality associated with long-term $O_3$ concentrations. These HREA analyses indicate that as air quality is adjusted to just meet the current 8-hour standard, most urban study areas are estimated to experience reductions in respiratory mortality associated with long-term $O_3$ concentrations based on the seasonal averages of 1-hour daily maximum $O_3$ concentrations evaluated in the study by Jerrett et al. (2009) (U.S. EPA, 2014a, chapter 7).[117] As air quality is adjusted to meet lower alternative standard levels, for standards based on 3-year averages of the annual fourth-highest daily maximum 8-hour $O_3$ concentrations, respiratory mortality risks are estimated to be reduced further in urban study areas. This analysis indicates that an $O_3$ standard with an 8-hour averaging time, when coupled with an appropriate form and level, can reduce respiratory mortality reported to be associated with long-term $O_3$ concentrations.

In further considering the study by Jerrett et al. (2009), in the proposal the Administrator noted the PA comparison of long-term $O_3$ concentrations following model adjustment in urban study areas (i.e., adjusted to meet the current and alternative 8-hour standards) to the concentrations present in study cities that provided the basis for the positive and statistically significant association with respiratory mortality. As indicated in Table 4–3 of the PA (U.S. EPA, 2014c, section 4.2), this comparison suggests that a standard with an 8-hour averaging time can decrease seasonal averages of 1-hour daily maximum $O_3$ concentrations, and can maintain those $O_3$ concentrations below the seasonal average concentration where the study indicates the most confidence in the reported concentration-response relationship with respiratory mortality (U.S. EPA, 2014c, sections 4.2 and 4.4.1).

---

[117] Though the Administrator also notes important uncertainties associated with these risk estimates, as discussed in section II.C.3.b of the proposal.

The Administrator also noted in the proposal that the HREA conducted analyses evaluating the impacts of reducing regional $NO_X$ emissions on the seasonal averages of daily maximum 8-hour $O_3$ concentrations. Seasonal averages of 8-hour daily max $O_3$ concentrations reflect long-term metrics that have been reported to be associated with respiratory morbidity effects in several recent $O_3$ epidemiologic studies (*e.g.,* Islam *et al.,* 2008; Lin *et al.,* 2008a, 2008b; Salam et al., 2009). The HREA analyses indicate that the large majority of the U.S. population lives in locations where reducing $NO_X$ emissions would be expected to result in decreases in seasonal averages of daily max 8-hour ambient $O_3$ concentrations (U.S. EPA, 2014a, chapter 8). Thus, consistent with the respiratory mortality risk estimates noted above, these analyses suggest that reductions in $O_3$ precursor emissions in order to meet a standard with an 8-hour averaging time would also be expected to reduce the long-term $O_3$ concentrations that have been reported in recent epidemiologic studies to be associated with respiratory morbidity.

c. Administrator's Proposed Conclusion on Averaging Time

In the proposal the Administrator noted that, when taken together, the analyses summarized above indicate that a standard with an 8-hour averaging time, coupled with the current fourth-high form and an appropriate level, would be expected to provide appropriate protection against the short- and long-term $O_3$ concentrations that have been reported to be associated with respiratory morbidity and mortality. The CASAC agreed with this conclusion, stating that "[t]he current 8-hour averaging time is justified by the combined evidence from epidemiologic and clinical studies" and that "[t]he 8-hour averaging window also provides protection against the adverse impacts of long-term ozone exposures, which were found to be 'likely causal' for respiratory effects and premature mortality" (Frey, 2014c, p. 6). Therefore, considering the available evidence and exposure risk information, and CASAC's advice, the Administrator proposed to retain the current 8-hour averaging time, and not to set an additional standard with a different averaging time.

d. Comments on Averaging Time

Most public commenters did not address the issue of whether the EPA should consider additional or alternative averaging times. Of those who did address this issue, some commenters representing state agencies or industry groups agreed with the proposed decision to retain the current 8-hour averaging time, generally noting the supportive evidence discussed in the preamble to the proposed rule. In contrast, several medical organizations and environmental groups questioned the degree of health protection provided by a standard based on an 8-hour averaging time. For example, one group asserted that "[a]veraging over any time period, such as 8 hours, is capable of hiding peaks that may be very substantial if they are brief enough."

The EPA agrees with these commenters that an important issue in the current review is the appropriateness of using a standard with an 8-hour averaging time to protect against adverse health effects that are attributable to a wide range of $O_3$ exposure durations, including those shorter and longer than 8 hours. This is an issue that has been thoroughly evaluated by the EPA in past reviews, as well as in the current review.

The 8-hour $O_3$ NAAQS was originally set in 1997, as part of revising the then-existing standard with its 1-hour averaging time, and was retained in the review completed in 2008 (73 FR 16472). In both of these reviews, several lines of evidence and information provided support for an 8-hour averaging time rather than a shorter averaging time. For example, substantial health evidence demonstrated associations between a wide range of respiratory effects and 6- to 8-hour exposures to relatively low $O_3$ concentrations (*i.e.,* below the level of the 1-hour $O_3$ NAAQS in place prior to the review completed in 1997). A standard with an 8-hour averaging time was determined to be more directly associated with health effects of concern at lower $O_3$ concentrations than a standard with a 1-hour averaging time. In addition, results of quantitative analyses showed that a standard with an 8-hour averaging time can effectively limit both 1- and 8-hour exposures of concern, and that an 8-hour averaging time results in a more uniformly protective national standard than a 1-hour averaging time. In past reviews, CASAC has agreed that an 8-hour averaging time is appropriate.

In reaching her proposed decision to retain the 8-hour averaging time in the current review, the Administrator again considered the body of evidence for adverse effects attributable to a wide range of $O_3$ exposure durations, including studies specifically referenced by public commenters who questioned the protectiveness of a standard with an 8-hour averaging time. For example, as noted above a substantial body of health effects evidence from controlled human exposure studies demonstrates that a wide range of respiratory effects occur in healthy adults following 6.6-hour exposures to $O_3$ (U.S. EPA, 2013, section 6.2.1.1). Compared to studies evaluating shorter exposure durations (*e.g.,* 1-hour), studies evaluating 6.6-hour exposures in healthy adults have reported respiratory effects at lower $O_3$ exposure concentrations and at more moderate levels of exertion. The Administrator also noted the strength of evidence from epidemiologic studies that evaluated a number of different averaging times, with the most common being the maximum 1-hour concentration within a 24-hour period (1-hour max), the maximum 8-hour average concentration within a 24-hour period (8-hour max), and the 24-hour average. Evidence from time-series and panel epidemiologic studies comparing risk estimates across averaging times does not indicate that one exposure metric is more consistently or strongly associated with respiratory health effects or mortality (U.S. EPA, 2013, section 2.5.4.2; p. 2–31). For single- and multi-day average $O_3$ concentrations, lung function decrements were associated with 1-hour max, 8-hour max, and 24-hour average ambient $O_3$ concentrations, with no strong difference in the consistency or magnitude of association among the averaging times (U.S. EPA, 2013, p. 6–71). Similarly, in studies of short-term exposure to $O_3$ and mortality, Smith *et al.* (2009) and Darrow et al. (2011) have reported high correlations between risk estimates calculated using 24-hour average, 8-hour max, and 1-hour max averaging times (U.S. EPA, 2013, p. 6–253). Thus, the epidemiologic evidence does not provide a strong basis for distinguishing between the appropriateness of 1-hour, 8-hour, and 24-hour averaging times.

In addition, quantitative exposure and risk analyses in the HREA are based on an air quality adjustment approach that estimates hourly $O_3$ concentrations, and on scientific studies that evaluated health effects attributable to a wide range of $O_3$ exposure durations. For example, the risk of lung function decrements is estimated using a model based on controlled human exposure studies with exposure durations ranging from 2 to 7.6 hours (U.S. EPA, 2013, section 6.2.1.1). Epidemiology-based risk estimates are based on studies that reported health effect associations with short-term ambient $O_3$ concentrations ranging from 1-hour to 24-hours and with long-term seasonal average concentrations (U.S. EPA, 2014a, Table 7–2). Thus, the HREA estimated health

risks associated with a wide range of $O_3$ exposure durations and the Administrator's conclusions on averaging time in the current review are based, in part, on consideration of these estimates.

When taken together, the evidence and analyses indicate that a standard with an 8-hour averaging time, coupled with the current fourth-high form and an appropriate level, would be expected to provide appropriate protection against the short- and long-term $O_3$ concentrations that have been reported to be associated with respiratory morbidity and mortality. The CASAC agreed with this, stating the following (Frey, 2014c, p. 6):

The current 8-hour averaging time is justified by the combined evidence from epidemiologic and clinical studies referenced in Chapter 4. Results from clinical studies, for example, show a wide range of respiratory effects in healthy adults following 6.6 hours of exposure to ozone, including pulmonary function decrements, increases in respiratory symptoms, lung inflammation, lung permeability, decreased lung host defense, and airway hyperresponsiveness. These findings are supported by evidence from epidemiological studies that show causal associations between short-term exposures of 1, 8 and 24-hours and respiratory effects and "likely to be causal" associations for cardiovascular effects and premature mortality. The 8-hour averaging window also provides protection against the adverse impacts of long-term ozone exposures, which were found to be "likely causal" for respiratory effects and premature mortality.

Given all of the above, the EPA disagrees with commenters who question the protectiveness of an $O_3$ standard with an 8-hour averaging time, particularly for an 8-hour standard with the revised level of 70 ppb that is being established in this review, as discussed below (II.C.4).

e. Administrator's Final Decision Regarding Averaging Time

In considering the evidence and information summarized in the proposal and discussed in detail in the ISA, HREA, and PA; CASAC's views; and public comments, the Administrator concludes that a standard with an 8-hour averaging time can effectively limit health effects attributable to both short- and long-term $O_3$ exposures. As was the case in the proposal, this final conclusion is based on (1) the strong evidence that continues to support the importance of protecting public health against short-term $O_3$ exposures (e.g., ≤ 1-hour to 24-hour) and (2) analyses in the HREA and PA supporting the conclusion that the current 8-hour averaging time can effectively limit long-term $O_3$ exposures. Furthermore,

the Administrator observes that the CASAC Panel agreed with the choice of averaging time (Frey, 2014c). Therefore, in the current review, the Administrator concludes that it is appropriate to retain the 8-hour averaging time and to not set a separate standard with a different averaging time in this final rule.

3. Form

The "form" of a standard defines the air quality statistic that is to be compared to the level of the standard in determining whether an area attains that standard. The foremost consideration in selecting a form is the adequacy of the public health protection provided by the combination of the form and the other elements of the standard. In this review, the Administrator considers the extent to which the available evidence and/or information continue to support the appropriateness of a standard with the current form, defined by the 3-year average of annual fourth-highest 8-hour daily maximum $O_3$ concentrations. Section II.C.3.a below summarizes the basis for the current form. Section II.C.3.b discusses the Administrator's proposed decision to retain the current form. Section II.C.3.c discusses public comments received on the form of the primary standard. Section II.C.3.d discusses the Administrator's final decision on form.

a. Basis for the Current Form

The EPA established the current form of the primary $O_3$ NAAQS in 1997 (62 FR 38856). Prior to that time, the standard had a "1-expected-exceedance" form.[118] An advantage of the current concentration-based form recognized in the 1997 review is that such a form better reflects the continuum of health effects associated with increasing ambient $O_3$ concentrations. Unlike an expected exceedance form, a concentration-based form gives proportionally more weight to years when 8-hour $O_3$ concentrations are well above the level of the standard than years when 8-hour $O_3$ concentrations are just above the level of the standard.[119] The EPA judged it

appropriate to give more weight to higher $O_3$ concentrations, given that available health evidence indicated a continuum of effects associated with exposures to varying concentrations of $O_3$, and given that the extent to which public health is affected by exposure to ambient $O_3$ is related to the actual magnitude of the $O_3$ concentration, not just whether the concentration is above a specified level.

During the 1997 review, the EPA considered a range of alternative "concentration-based" forms, including the second-, third-, fourth- and fifth-highest daily maximum 8-hour concentrations in an $O_3$ season. The fourth-highest daily maximum was selected, recognizing that a less restrictive form (e.g., fifth-highest) would allow a larger percentage of sites to experience $O_3$ peaks above the level of the standard, and would allow more days on which the level of the standard may be exceeded when the site attains the standard (62 FR 38856). The EPA also considered setting a standard with a form that would provide a margin of safety against possible but uncertain chronic effects, and would provide greater stability to ongoing control programs.[120] A more restrictive form was not selected, recognizing that the differences in the degree of protection afforded by the alternatives were not well enough understood to use any such differences as a basis for choosing the most restrictive forms (62 FR 38856).

In the 2008 review, the EPA additionally considered the potential value of a percentile-based form. In doing so, the EPA recognized that such a statistic is useful for comparing datasets of varying length because it samples approximately the same place in the distribution of air quality values, whether the dataset is several months or several years long. However, the EPA concluded that a percentile-based statistic would not be effective in ensuring the same degree of public health protection across the country. Specifically, a percentile-based form would allow more days with higher air quality values in locations with longer $O_3$ seasons relative to locations with shorter $O_3$ seasons. Thus, in the 2008 review, the EPA concluded that a form based on the nth-highest maximum $O_3$ concentration would more effectively ensure that people who live in areas

---

[118] For a standard with a 1-expected-exceedance form to be met at an air quality monitoring site, the fourth-highest air quality value in 3 years, given adjustments for missing data, must be less than or equal to the level of the standard.

[119] As discussed (61 FR 65731), this is because with an exceedance-based form, days on which the ambient $O_3$ concentration is well above the level of the standard are given equal weight to those days on which the $O_3$ concentration is just above the standard (i.e., each day is counted as one exceedance), even though the public health impact of such days would be very different. With a concentration-based form, days on which higher $O_3$ concentrations occur would weigh proportionally more than days with lower $O_3$ concentrations since

the actual concentrations are used directly to calculate whether the standard is met or violated.

[120] See American Trucking Assn's v. EPA, 283 F. 3d at 374–75 (less stable implementation programs may be less effective and would thereby provide less public health protection; EPA may therefore legitimately consider programmatic stability in determining the form of a NAAQS).

with different length $O_3$ seasons receive the same degree of public health protection.

Based on analyses of forms specified in terms of an nth-highest concentration (n ranged from 3 to 5), advice from CASAC, and public comment, the Administrator concluded that a fourth-highest daily maximum should be retained (73 FR 16465, March 27, 2008). In reaching this decision, the Administrator recognized that "there is not a clear health-based threshold for selecting a particular nth-highest daily maximum form of the standard" and that "the adequacy of the public health protection provided by the combination of the level and form is a foremost consideration" (73 FR 16475, March 27, 2008). Based on this, the Administrator judged that the existing form (fourth-highest daily maximum 8-hour average concentration) should be retained, recognizing the increase in public health protection provided by combining this form with a lower standard level (i.e., 75 ppb).

The Administrator also recognized that it is important to have a form that provides stability with regard to implementation of the standard. In the case of $O_3$, for example, he noted the importance of a form insulated from the impacts of extreme meteorological events that are conducive to $O_3$ formation. Such events could have the effect of reducing public health protection, to the extent they result in frequent shifts in and out of attainment due to meteorological conditions. The Administrator noted that such frequent shifting could disrupt an area's ongoing implementation plans and associated control programs (73 FR 16474, March 27, 2008). In his final decision, the Administrator judged that a fourth-high form "provides a stable target for implementing programs to improve air quality" (id. at 16475).

b. Proposed Decision on Form

In the proposal for the current review, the Administrator considered the extent to which newly available information provides support for the current form (79 FR 75293). In so doing, she took note of the conclusions of prior reviews summarized above. She recognized the value of an nth-high statistic over that of an expected exceedance or percentile-based form in the case of the $O_3$ standard, for the reasons summarized above. The Administrator additionally took note of the importance of stability in implementation to achieving the level of protection specified by the NAAQS. Specifically, she noted that to the extent areas engaged in implementing the $O_3$ NAAQS frequently shift from meeting

the standard to violating the standard, it is possible that ongoing implementation plans and associated control programs could be disrupted, thereby reducing public health protection.

In light of this, while giving foremost consideration to the adequacy of public health protection provided by the combination of all elements of the standard, including the form, the Administrator considered particularly the findings from prior reviews with regard to the use of the nth-high metric. As noted above, the EPA selected the fourth-highest daily maximum, recognizing the public health protection provided by this form, when coupled with an appropriate averaging time and level, and recognizing that such a form can provide stability for implementation programs. In the proposal the Administrator concluded that the currently available evidence and information do not call into question these conclusions from previous reviews. In reaching this initial conclusion, the Administrator noted that CASAC concurred that the $O_3$ standard should be based on the fourth-highest, daily maximum 8-hour average value (averaged over 3 years), stating that this form "provides health protection while allowing for atypical meteorological conditions that can lead to abnormally high ambient ozone concentrations which, in turn, provides programmatic stability" (Frey, 2014c, p. 6). Thus, a standard with the current fourth-high form, coupled with a level lower than 75 ppb as discussed below, would be expected to increase public health protection relative to the current standard while continuing to provide stability for implementation programs. Therefore, the Administrator proposed to retain the current fourth-highest daily maximum form for an $O_3$ standard with an 8-hour averaging time and a revised level.

c. Public Comments on Form

Several commenters focused on the stability of the standard to support their positions regarding form. Some industry associations and state agencies support changing to a form that would allow a larger number of exceedances of the standard level than are allowed by the current fourth-high form. In some cases, these commenters argued that a standard allowing a greater number of exceedances would provide the same degree of public health protection as the current standard. Some commenters advocated a percentile-based form, such as the 98th percentile. These commenters cited a desire for consistency with short-term standards for other criteria pollutants (e.g., $PM_{2.5}$,

$NO_2$), as well as a desire to allow a greater number of exceedances of the standard level, thus making the standard less sensitive to fluctuations in background $O_3$ concentrations and to extreme meteorological events.

Other commenters submitted analyses purporting to indicate that a fourth-high form provides only a small increase in stability, relative to forms that allow fewer exceedances of the standard level (i.e., first-high, second-high). These commenters also called into question the degree of health protection achieved by a standard with a fourth-high form and a level in the proposed range (i.e., 65 to 70 ppb). They pointed out that a fourth-high form will, by definition, allow 3 days per year, on average, with 8-hour $O_3$ concentrations above the level of the standard. Commenters further stated that "[i]f ozone levels on these peak days are appreciably higher than on the fourth-highest day, given EPA's acknowledged concerns regarding single or multiple (defined by EPA as 2 or more) exposures to elevated ozone concentrations, EPA must account for the degree of under-protection in setting the level of the NAAQS" (e.g., ALA et al., p. 138).

For the reasons discussed in the proposal, and summarized above, the EPA disagrees with commenters who supported a percentile-based form, such as the 98th percentile, for the $O_3$ NAAQS. As noted above, a percentile-based statistic would not be effective in ensuring the same degree of public health protection across the country. Rather, a percentile-based form would allow more days with higher air quality values in locations with longer $O_3$ seasons relative to locations with shorter $O_3$ seasons. Thus, as in the 2008 review, in the current review the EPA concludes that a form based on the nth-highest maximum $O_3$ concentration would more effectively ensure that people who live in areas with different length $O_3$ seasons receive the same degree of public health protection.

In considering various nth-high values, as in past reviews (e.g., 73 FR 16475, March 27, 2008), the EPA recognizes that there is not a clear health-based threshold for selecting a particular nth-highest daily maximum form. Rather, the primary consideration is the adequacy of the public health protection provided by the combination of all of the elements of the standard, including the form. Environmental and public health commenters are correct that a standard with the current fourth-high form will allow 3 days per year, on average, with 8-hour $O_3$ concentrations higher than the standard level. However, the EPA disagrees with these

commenters' assertion that using a fourth-high form results in a standard that is under-protective. The $O_3$ exposure and risk estimates that informed the Administrator's consideration of the degree of public health protection provided by various standard levels were based on air quality that "just meets" various standards with the current 8-hour averaging time and fourth-high, 3-year average form (U.S. EPA, 2014a, section 4.3.3). Therefore, air quality adjusted to meet various levels of the standard with the current form and averaging time will include days with concentrations above the level of the standard, and these days contribute to exposure and risk estimates. In this way, the Administrator has reasonably considered the public health protection provided by the combination of all of the elements of the standard, including the fourth-high form.

In past reviews, EPA selected the fourth-highest daily maximum form in recognition of the public health protection provided by this form, when coupled with an appropriate averaging time and level, and recognizing that such a form can provide stability for ongoing implementation programs. As noted above, some commenters submitted analyses suggesting that a fourth-high form provides only a small increase in stability, relative to a first- or second-high form. The EPA has conducted analyses of ambient $O_3$ monitoring data to further consider these commenters' assertions regarding stability. The EPA's analyses of nth-high concentrations ranging from first-high to fifth-high have been summarized in a memo to the docket (Wells, 2015a). Consistent with commenters' analyses, Wells (2015a) indicates a progressive decrease in the variability of $O_3$ concentrations, and an increase in the stability of those concentrations, as "n" increases. Based on these analyses, there is no clear threshold for selecting a particular nth-high form based on stability alone. Rather, as in past reviews, the decision on form in this review focuses first and foremost on the Administrator's judgments on public health protection, with judgments regarding stability of the standard being a legitimate, but secondary consideration. The Administrator's final decision on form is discussed below.

d. Administrator's Final Decision Regarding Form

In reaching a final decision on the form of the primary $O_3$ standard, as described in the proposal and above, the Administrator recognizes that there is not a clear health-based rationale for

selecting a particular nth-highest daily maximum form. Her foremost consideration is the adequacy of the public health protection provided by the combination of all of the elements of the standard, including the form. In this regard, the Administrator recognizes the support from analyses in previous reviews, and from the CASAC in the current review, for the conclusion that the current fourth-high form of the standard, when combined with a revised level as discussed below, provides an appropriate balance between public health protection and a stable target for implementing programs to improve air quality. In particular, she notes that the CASAC concurred that the $O_3$ standard should be based on the fourth-highest, daily maximum 8-hour average value (averaged over 3 years), stating that this form "provides health protection while allowing for atypical meteorological conditions that can lead to abnormally high ambient ozone concentrations which, in turn, provides programmatic stability" (Frey, 2014c, p. 6). Based on these considerations, and on consideration of public comments on form as discussed above, the Administrator judges it appropriate to retain the current fourth-high form (fourth-highest daily maximum 8-hour $O_3$ concentration, averaged over 3 years) in this final rule.

4. Level

This section summarizes the basis for the Administrator's proposed decision to revise the current standard level (II.C.4.a); discusses public comments, and the EPA's responses, on that proposed decision (II.C.4.b); and presents the Administrator's final decision regarding the level of the primary $O_3$ standard (II.C.4.c).

a. Basis for the Administrator's Proposed Decision on Level

In conjunction with her proposed decisions to retain the current indicator, averaging time, and form (II.C.1 to II.C.3, above), the Administrator proposed to revise the level of the primary $O_3$ standard to within the range of 65 to 70 ppb. In proposing this range of standard levels, as discussed in section II.E.4 of the proposal, the Administrator carefully considered the scientific evidence assessed in the ISA (U.S. EPA, 2013); the results of the exposure and risk assessments in the HREA (U.S. EPA, 2014a); the evidence-based and exposure-/risk-based considerations and conclusions in the PA (U.S. EPA, 2014c); CASAC advice and recommendations, as reflected in CASAC's letters to the Administrator and in public discussions of drafts of

the ISA, HREA, and PA (Frey and Samet, 2012; Frey, 2014 a, c); and public input received during the development of these documents.

The Administrator's proposal to revise the standard level built upon her proposed conclusion that the overall body of scientific evidence and exposure/risk information calls into question the adequacy of public health protection afforded by the current primary $O_3$ standard, particularly for at-risk populations and lifestages. In reaching proposed conclusions on alternative levels for the primary $O_3$ standard, the Administrator considered the extent to which various alternatives would be expected to protect the public, including at-risk populations, against the wide range of adverse health effects that have been linked with short- or long-term $O_3$ exposures.

As was the case for her consideration of the adequacy of the current primary $O_3$ standard (II.B.3, above), the Administrator placed the greatest weight on the results of controlled human exposure studies and on exposure and risk analyses based on information from these studies. In doing so, she noted that controlled human exposure studies provide the most certain evidence indicating the occurrence of health effects in humans following exposures to specific $O_3$ concentrations. The effects reported in these studies are due solely to $O_3$ exposures, and interpretation of study results is not complicated by the presence of co-occurring pollutants or pollutant mixtures (as is the case in epidemiologic studies). She further noted the CASAC judgment that "the scientific evidence supporting the finding that the current standard is inadequate to protect public health is strongest based on the controlled human exposure studies of respiratory effects" (Frey, 2014c, p. 5).

In considering the evidence from controlled human exposure studies, the Administrator first noted that the largest respiratory effects, and the broadest range of effects, have been studied and reported following exposures to 80 ppb $O_3$ or higher, with most exposure studies conducted at these higher concentrations. Exposures of healthy adults to $O_3$ concentrations of 80 ppb or higher have been reported to decrease lung function, increase airway inflammation, increase respiratory symptoms, result in airway hyperresponsiveness, and decrease lung host defenses. The Administrator further noted that $O_3$ exposure concentrations as low as 72 ppb have been shown to both decrease lung function and increase respiratory

symptoms (Schelegle *et al.*, 2009),[121] a combination that meets the ATS criteria for an adverse response, and that exposures as low as 60 ppb have been reported to decrease lung function and increase airway inflammation.

Based on this evidence, the Administrator reached the initial conclusion that the results of controlled human exposure studies strongly support setting the level of a revised $O_3$ standard no higher than 70 ppb. In reaching this conclusion, she placed a large amount of weight on the importance of setting the level of the standard well below 80 ppb, the exposure concentration at which the broadest range of effects have been studied and reported, and below 72 ppb, the lowest exposure concentration shown to result in the adverse combination of lung function decrements and respiratory symptoms. She placed significant weight on this *combination* of effects, as did CASAC, in making judgments regarding the potential for adverse responses.

In further considering the potential public health implications of a standard with a level of 70 ppb, the Administrator also considered quantitative estimates of the extent to which such a standard would be expected to limit population exposures to the broader range of $O_3$ concentrations shown in controlled human exposure studies to cause respiratory effects. In doing so, she focused on estimates of $O_3$ exposures of concern at or above the benchmark concentrations of 60, 70, and 80 ppb. The Administrator judged that the evidence supporting the occurrence of adverse respiratory effects is strongest for exposures at or above the 70 and 80 ppb benchmarks. Therefore, she placed a large amount of emphasis on the importance of setting a standard that limits exposures of concern at or above these benchmarks.

The Administrator expressed less confidence that adverse effects will occur following exposures to $O_3$ concentrations as low as 60 ppb. In reaching this conclusion, she highlighted the fact that statistically significant increases in respiratory symptoms, combined with lung function decrements, have not been reported following exposures to 60 or 63 ppb $O_3$, though several studies have evaluated the potential for such effects (Kim et al., 2011; Schelegle et al., 2009;

Adams, 2006).[122] The proposal specifically stated that "[t]he Administrator has decreasing confidence that adverse effects will occur following exposures to $O_3$ concentrations below 72 ppb. In particular, compared to $O_3$ exposure concentrations at or above 72 ppb, she has less confidence that adverse effects will occur following exposures to $O_3$ concentrations as low as 60 ppb" (79 FR 73304–05).

However, she noted the possibility for adverse effects following such exposures given that: (1) CASAC judged the adverse combination of lung function decrements and respiratory symptoms "almost certainly occur in some people" following exposures to $O_3$ concentrations below 72 ppb (though CASAC did not specify or otherwise indicate how far below) (Frey, 2014c, p. 6); (2) CASAC indicated the moderate lung function decrements (*i.e.*, $FEV_1$ decrements ≥ 10%) that occur in some healthy adults following exposures to 60 ppb $O_3$ could be adverse to people with lung disease; and (3) airway inflammation has been reported following exposures as low as 60 ppb $O_3$. She also took note of CASAC advice that the occurrence of exposures of concern at or above 60 ppb is an appropriate consideration for people with asthma (Frey, 2014c, p. 6). Therefore, while the Administrator expressed less confidence that adverse effects will occur following exposures to $O_3$ concentrations as low as 60 ppb, compared to 70 ppb and above, based on the evidence and CASAC advice she also gave some consideration to exposures of concern for the 60 ppb benchmark.

Due to interindividual variability in responsiveness, the Administrator further noted that not every occurrence of an exposure of concern will result in an adverse effect, and that repeated occurrences of some of the effects demonstrated following exposures of concern could increase the likelihood of adversity (U.S. EPA, 2013, section 6.2.3). Therefore, the Administrator was most concerned about protecting at-risk populations against repeated occurrences of exposures of concern. Based on the above considerations, the Administrator focused on the extent to which a revised standard with a level of 70 ppb would be expected to protect populations from experiencing two or more $O_3$ exposures of concern (*i.e.*, as a surrogate for repeated exposures).

As illustrated in Table 1 in the proposal (and Table 1 above), the Administrator noted that, in urban study areas, a revised standard with a level of 70 ppb is estimated to eliminate the occurrence of two or more exposures of concern to $O_3$ concentrations at and above 80 ppb and to virtually eliminate the occurrence of two or more exposures of concern to $O_3$ concentrations at and above 70 ppb, even in the worst-case urban study area and year evaluated. Though she acknowledged greater uncertainty with regard to the occurrence of adverse effects following exposures to 60 ppb, she noted that a revised standard with a level of 70 ppb would also be expected to protect the large majority of children in the urban study areas (*i.e.*, about 96% to more than 99% of children in individual urban study areas) from experiencing two or more exposures of concern at or above the 60 ppb benchmark. Compared to the current standard, this represents a reduction of more than 60%.[123]

In further evaluating the potential public health impacts of a standard with a level of 70 ppb, the Administrator also considered the HREA estimates of $O_3$-induced lung function decrements. To inform her consideration of these decrements, the Administrator took note of CASAC advice that "estimation of $FEV_1$ decrements of ≥ 15% is appropriate as a scientifically relevant surrogate for adverse health outcomes in active healthy adults, whereas an $FEV_1$ decrement of ≥ 10% is a scientifically relevant surrogate for adverse health outcomes for people with asthma and lung disease" (Frey, 2014c, p. 3).

Although these $FEV_1$ decrements provide perspective on the potential for the occurrence of adverse respiratory effects following $O_3$ exposures, the Administrator agreed with the conclusion in past reviews that a more general consensus view of the adversity of moderate responses emerges as the frequency of occurrence increases (61 FR 65722–3, Dec, 13, 1996). Specifically, she judged that not every estimated occurrence of an $O_3$-induced $FEV_1$ decrement will be adverse and

---

[121] As noted above, for the 70 ppb target exposure concentration, Schelegle *et al.* (2009) reported that the actual mean exposure concentration was 72 ppb.

[122] In the study by Schelegle, for the 60 ppb target exposure concentration, study authors reported that the actual mean exposure concentration was 63 ppb.

[123] The Administrator judged that the evidence is less compelling, and indicates greater uncertainty, with regard to the potential for adverse effects following single occurrences of $O_3$ exposures of concern. While acknowledging this greater uncertainty, she noted that a standard with a level of 70 ppb would also be expected to virtually eliminate all occurrences (including single occurrences) of exposures of concern at or above 80 ppb, even in the worst-case year and location. She also judged that such a standard will achieve important reductions, compared to the current standard, in the occurrence of one or more exposures of concern at or above 70 and 60 ppb.

BLM_0047364

that repeated occurrences of moderate responses could lead to more serious illness. Therefore, the Administrator noted increasing concern about the potential for adversity as the number of occurrences increases and, as a result, she focused primarily on estimates of two or more $O_3$-induced $FEV_1$ decrements (i.e., as a surrogate for repeated exposures).[124]

The Administrator noted that a revised $O_3$ standard with a level of 70 ppb is estimated to protect about 98 to 99% of children in urban study areas from experiencing two or more $O_3$-induced $FEV_1$ decrements ≥15%, and about 89 to 94% from experiencing two or more decrements ≥10%. She judged that these estimates reflect important risk reductions, compared to the current standard. Given these estimates, as well as estimates of one or more decrements per season (about which she was less concerned (79 FR 75290, December 17, 2014)), the Administrator concluded that a revised standard with a level of 70 ppb would be expected to provide substantial protection against the risk of $O_3$-induced lung function decrements, and would be expected to result in important reductions in such risks, compared to the current standard. The Administrator further noted, however, that the variability in lung function risk estimates across urban study areas is often greater than the differences in risk estimates between various standard levels (Table 2, above). Given this, and the resulting considerable overlap between the ranges of lung function risk estimates for different standard levels, in the proposal the Administrator viewed lung function risk estimates as providing a more limited basis than exposures of concern for distinguishing between the degrees of public health protection provided by alternative standard levels (79 FR 75306 n. 164).

In next considering the additional protection that would be expected from standard levels below 70 ppb, the Administrator evaluated the extent to which a standard with a level of 65 ppb would be expected to further limit $O_3$ exposures of concern and $O_3$-induced lung function decrements. In addition to eliminating almost all exposures of concern to $O_3$ concentrations at or above 80 and 70 ppb, even in the worst-case years and locations, the Administrator noted that a revised standard with a

level of 65 ppb would be expected to protect more than 99% of children in urban study areas from experiencing two or more exposures of concern at or above 60 ppb and to substantially reduce the occurrence of one or more such exposures, compared to the current standard. With regard to $O_3$-induced lung function decrements, an $O_3$ standard with a level of 65 ppb is estimated to protect about 98% to more than 99% of children from experiencing two or more $O_3$-induced $FEV_1$ decrements ≥15% and about 91 to 99% from experiencing two or more decrements ≥10%.[125]

Taken together, the Administrator concluded that the evidence from controlled human exposure studies, and the information from quantitative analyses that draw upon these studies, provide strong support for standard levels from 65 to 70 ppb. In particular, she based this conclusion on the fact that such standard levels would be well below the $O_3$ exposure concentration shown to result in the widest range of respiratory effects (i.e., 80 ppb),[126] and below the lowest $O_3$ concentration shown to result in the adverse combination of lung function decrements and respiratory symptoms (i.e., 72 ppb). A standard with a level from 65 to 70 ppb would also be expected to result in important reductions, compared to the current standard, in the occurrence of $O_3$ exposures of concern for all of the benchmarks evaluated (i.e., 60, 70, and 80 ppb) and in the risk of $O_3$-induced lung function decrements ≥10 and 15%.

In further considering the evidence and exposure/risk information, the Administrator considered the extent to which the epidemiologic evidence also provides support for standard levels from 65 to 70 ppb. In particular, the Administrator noted analyses in the PA (U.S. EPA, 2014c, section 4.4.1) indicating that a revised standard with a level of 65 or 70 ppb would be expected to maintain distributions of short-term ambient $O_3$ concentrations below those present in the locations of all the single-city epidemiologic studies of hospital admissions or emergency department visits analyzed. She concluded that a revised standard with a level at least as low as 70 ppb would

result in improvements in public health, beyond the protection provided by the current standard, in the locations of the single-city epidemiologic studies that reported significant health effect associations.[127]

The Administrator noted additional uncertainty in interpreting air quality in locations of multicity epidemiologic studies of short-term $O_3$ for the purpose of evaluating alternative standard levels (II.D.1 and U.S. EPA, 2014c, section 4.4.1). While acknowledging this uncertainty, and therefore placing less emphasis on these analyses of study location air quality, she noted that PA analyses suggest that standard levels of 65 or 70 ppb would require reductions, beyond those required by the current standard, in ambient $O_3$ concentrations present in several of the locations that provided the basis for statistically significant $O_3$ health effect associations in multicity studies.

In further evaluating information from epidemiologic studies, the Administrator considered the HREA's epidemiology-based risk estimates for $O_3$-associated morbidity or mortality (U.S. EPA, 2014a, Chapter 7). Compared to the weight given to the evidence from controlled human exposure studies, and to HREA estimates of exposures of concern and lung function risks, she placed relatively less weight on epidemiology-based risk estimates. In doing so, she noted that the overall conclusions from the HREA likewise reflect relatively less confidence in estimates of epidemiology-based risks than in estimates of exposures of concern and lung function risks.

In considering epidemiology-based risk estimates, the Administrator focused on risks associated with $O_3$ concentrations in the upper portions of ambient distributions, given the greater uncertainty associated with the shapes of concentration-response curves for $O_3$ concentrations in the lower portions of ambient distributions (i.e., below about 20 to 40 ppb depending on the $O_3$ metric, health endpoint, and study population) (U.S. EPA, 2013, section 2.5.4.4). The Administrator further noted that experimental studies provide the strongest evidence for $O_3$-induced effects following exposures to $O_3$ concentrations corresponding to the upper portions of typical ambient

---

[124] In the proposal, the Administrator further judged that it would not be appropriate to set a standard that is intended to eliminate all $O_3$-induced $FEV_1$ decrements. She noted that this is consistent with CASAC advice, which did not include a recommendation to set the standard level low enough to eliminate all $O_3$-induced $FEV_1$ decrements ≥ 10 or 15% (Frey, 2014c).

[125] Although the Administrator was less concerned about the public health implications of single $O_3$-induced lung function decrements, she also noted that a revised standard with a level of 65 ppb is estimated to reduce the risk of one or more $O_3$-induced decrements per season, compared to the current standard.

[126] Although the widest range of effects have been evaluated following exposures to 80 ppb $O_3$, there is no evidence that 80 ppb is a threshold for these effects.

[127] The Administrator also concluded that analyses in the HREA and PA indicate that a standard with an 8-hour averaging time, coupled with the current fourth-high form and a level from 65 to 70 ppb, would be expected to provide increased protection, compared to the current standard, against the long-term risks that have been reported to be associated with respiratory morbidity or mortality (79 FR 75293; 75308).

distributions. In particular, as discussed above, she noted controlled human exposure studies showing respiratory effects following exposures to $O_3$ concentrations at or above 60 ppb (79 FR 75308, December 17, 2014). Therefore, in considering risks associated with $O_3$ concentrations in the upper portions of ambient distributions, the Administrator focused on the extent to which revised standards with levels of 70 or 65 ppb are estimated to reduce the risk of premature deaths associated with area-wide $O_3$ concentrations at or above 40 ppb and 60 ppb.

Given all of the above evidence, exposure/risk information, and advice from CASAC, the Administrator proposed to revise the level of the current primary $O_3$ standard to within the range of 65 to 70 ppb. In considering CASAC advice on the range of standard levels, the Administrator placed a large amount of weight on CASAC's conclusion that there is adequate scientific evidence to consider a range of levels for a primary standard that includes an upper end at 70 ppb. She also noted that although CASAC expressed concern about the margin of safety at a level of 70 ppb, it further acknowledged that the choice of a level within the range recommended based on scientific evidence is a policy judgment (Frey, 2014c, p. ii). While she agreed with CASAC that it is appropriate to consider levels below 70 ppb, as reflected in her range of proposed levels from 65 to 70 ppb, for the reasons discussed above she also concluded that a standard level as high as 70 ppb, which CASAC concluded could be supported by the scientific evidence, could reasonably be judged to be requisite to protect public health with an adequate margin of safety.

In considering the appropriateness of standard levels below 65 ppb, the Administrator noted the conclusions of the PA and the advice of CASAC that it would be appropriate for her to consider standard levels as low as 60 ppb. In making the decision to not propose levels below 65 ppb, she focused on CASAC's rationale for a level of 60 ppb, which focused on the importance of limiting exposures to $O_3$ concentrations as low as 60 ppb (Frey, 2014c, p. 7). As discussed above, the Administrator agreed that it is appropriate to consider the implications of a revised standard level for estimated exposures of concern at or above 60 ppb. She noted that standards within the proposed range of 65 to 70 ppb would be expected to substantially limit the occurrence of exposures of concern to $O_3$ concentrations at or above 60 ppb, particularly the occurrence of two or more exposures. When she further considered that not all exposures of concern lead to adverse effects, and that the NAAQS are not meant to be zero-risk or background standards, the Administrator judged that alternative standard levels below 65 ppb are not needed to further reduce such exposures.

### b. Comments on Level

A number of groups representing medical, public health, or environmental organizations; some state agencies; and many individuals submitted comments on the appropriate level of a revised primary $O_3$ standard.[128] Virtually all of these commenters supported setting the standard level within the range recommended by CASAC (i.e., 60 to 70). Some expressed support for the overall CASAC range, without specifying a particular level within that range, while others expressed a preference for the lower part of the CASAC range, often emphasizing support for a level of 60 ppb. Some of these commenters stated that if the EPA does not set the level at 60 ppb, then the level should be set no higher than 65 ppb (i.e., the lower bound of the proposed range of standard levels).

To support their views on the level of a revised standard, some commenters focused on overarching issues related to the statutory requirements for the NAAQS. For example, some commenters maintained that the primary NAAQS must be set at a level at which there is an absence of adverse effects in sensitive populations. While this argument has some support in the case law and in the legislative history to the 1970 CAA (see *Lead Industries Ass'n v. EPA*, 647 F. 2d 1147, 1153 (D.C. Cir. 1980)), it is well established that the NAAQS are not meant to be zero-risk standards. See *Lead Industries* v. *EPA*, 647 F.2d at 1156 n.51; *Mississippi* v. *EPA*, 744 F. 3d at 1351. From the inception of the NAAQS standard-setting process, the EPA and the courts have acknowledged that scientific uncertainties in general, and the lack of clear thresholds in pollutant effects in particular, preclude any such definitive determinations. *Lead Industries*, 647 F. 2d at 1156 (setting standard at a level which would remove most but not all

sub-clinical effects). Likewise, the House report to the 1977 amendments addresses this question (H. Rep. 1–294, 95th Cong. 1st sess. 127):[129]

Some have suggested that since the standards are to protect against all known or anticipated effects and since no safe threshold can be established, the ambient standards should be set at zero or background levels. Obviously, this no-risk philosophy ignores all economic and social consequences and is impractical. This is particularly true in light of the legal requirement for mandatory attainment of the national primary standards within 3 years.

Thus, post-1970 jurisprudence makes clear the impossibility, and lack of legal necessity, for NAAQS removing all health risk. See *ATA III*, 283 F. 3d at 360 ("[t]he lack of a threshold concentration below which these pollutants are known to be harmless makes the task of setting primary NAAQS difficult, as EPA must select standard levels that reduce risks sufficiently to protect public health even while recognizing that a zero-risk standard is not possible"); *Mississippi*, 744 F. 3d at 1351 (same); see also *id*. at 1343 ("[d]etermining what is 'requisite' to protect the 'public health' with an 'adequate' margin of safety may indeed require a contextual assessment of acceptable risk. See *Whitman*, 531 U.S. at 494–95 (Breyer J. concurring)").

In this review, EPA is setting a standard based on a careful weighing of available evidence, including a weighing of the strengths and limitations of the evidence and underlying scientific uncertainties therein. The Administrator's choice of standard level is rooted in her evaluation of the evidence, which reflects her legitimate uncertainty as to the $O_3$ concentrations at which the public would experience adverse health effects. This is a legitimate, and well recognized, exercise of "reasoned decision-making." *ATA III*, 283 F. 3d at 370; see also *id*. at 370 ("EPA's inability to guarantee the accuracy or increase the precision of the . . . NAAQS in no way undermines the standards' validity. Rather, these limitations indicate only that significant scientific uncertainty remains about the health effects of fine particulate matter at low atmospheric concentration. . . ."); *Mississippi*, 744 F. 3d at 1352–53 (appropriate for EPA to balance scientific uncertainties in determining level of revised $O_3$ NAAQS).

---

[128] In general, commenters who expressed the view that the EPA should retain the current $O_3$ NAAQS (i.e., commenters representing industry and business groups, and some states) did not provide comments on alternative standard levels. As a result, this section focuses primarily on comments from commenters who expressed support for the proposed decision to revise the current primary $O_3$ standard.

[129] Similarly, Senator Muskie remarked during the floor debates on the 1977 Amendments that "there is no such thing as a threshold for health effects. Even at the national primary standard level, which is the health standard, there are health effects that are not protected against". 123 Cong. Rec. S9423 (daily ed. June 10, 1977).

BLM_0047366