# *Mesa County 2013 Citizen Attitude Survey*
# Executive Summary

## Overview and Methodology

ETC Institute administered a citizen survey for Mesa County during February and March of 2013. The purpose of the survey was to assess the attitudes of the residents of Mesa County on the quality of County services and to gather input about priorities for the community. This is the fourth time ETC Institute has administered a citizen survey for Mesa County.

The survey was administered by phone to a random sample of 405 households. The overall results of the survey have precision of at least +/-4.8% at the 95% level of confidence.

In order to better understand how well services are being delivered by the County, ETC Institute geocoded the home address of respondents to the survey. The map to the right shows the physical distribution of survey respondents based on the location of their home.

The percentage of "don't know" responses has been excluded from many of the graphs shown in this report to facilitate valid comparisons between County services. When the "don't know" responses have been excluded, the text of this report will indicate that the responses have been excluded with the phrase "who had an opinion." The percentage of "don't know" responses has been included in the tabular data in Section 3 of this report.



This report contains:

- a summary of the methodology for administering the survey and major findings
- charts showing the overall results for most questions on the survey
- tables that show the results for all questions on the survey
- a copy of the survey instrument

BLM_0047537

## Ratings of the Overall Quality of Life in the County

Ninety percent (90%) of residents who had an opinion rated the overall quality of life in the County as "excellent," "very good" or "good." Eleven percent (11%) of residents who had an opinion rated the overall quality of life in the County as "fair" or "poor."

## Ratings of Mesa County as a Place to Raise a Family and Live

Ninety-three percent (93%) of residents who had an opinion rated the County as an "excellent," "very good" or "good" place to live and 7% rated the County as a "fair" or "poor" place to live. Ninety-three percent (93%) of residents who had an opinion rated the County as an "excellent," "very good" or "good" place to raise a family and 8% rated it as a "fair" or "poor" place to raise a family.

## Overall Ratings of County Services

More than three-fourths (78%) of the residents surveyed who had an opinion rated the overall quality of services provided by the County as "excellent," "very good" or "good." Twenty-two percent (22%) of residents who had an opinion rated the overall quality of County services as "fair" or "poor."

## County Priorities

Residents were asked to rate the importance of Mesa County government's future efforts. The items that residents felt were most important, based upon the percentage of residents who felt the item was "very important" among residents who had an opinion, were: promoting public safety (54%), creating a community where individuals and families have opportunities to be self-sufficient (54%) and protecting and managing all public resources (54%). The items that residents felt were least important were: providing parks outside of cities and towns (25%) and expanding new sections of Riverfront Trail (34%).

## Ratings of County Services

- **Specific County Services**. The specific County services that residents gave the highest positive ratings for, based upon the combined percent of "excellent" "very good" and "good" ratings among residents who had an opinion, were: the retail food safety efforts provided by the Mesa County Health Department (84%), efforts by the Mesa County Health Department to promote wellness in the community (83%), medical clinic services provided by the Mesa County Health Department (83%), the ease of using Mesa County services (80%) and the ease of locating Mesa County services (80%). The specific County services that residents gave the highest negative ratings for, based upon the combined percentage of "fair" and "poor" ratings among those residents who had an opinion, were: efforts to assist Mesa County residents who are unemployed (43%) and Mesa County services to protect children from abuse and/or neglect (37%).

BLM_0047538

- **Other County Services**. The other County services that residents gave the highest positive ratings for, based upon the combined percentage of "excellent" "very good" and "good" ratings among residents who had an opinion, were: Mesa County's solid waste operations (94%), the maintenance of local parks in Mesa County (89%), Mesa County's local election services (88%) and the number of walking and biking trails in the community (86%). The other County services that residents gave the highest negative ratings for, based upon the combined percentage of "fair" and "poor" ratings among those residents who had an opinion, were: registering vehicles and obtaining license plates through the Mesa County motor vehicle offices (33%) and code enforcement (31%).

- **Communication**. The communication related services that residents gave the highest positive ratings for, based upon the combined percentage of "excellent" "very good" and "good" ratings among residents who had an opinion, were: the quality of the Mesa County website (84%) and the availability of information about County services (79%).

- **Customer Service**. The customer service items that residents gave the highest positive ratings for, based upon the combined percentage of "excellent" "very good" and "good" ratings among residents who had an opinion, were: the way they were treated by County employees (85%), the accuracy of the information given (81%) and the ease of contacting a County government employee (81%).

- **Public Safety**. The public safety related services that residents gave the highest positive ratings for, based upon the combined percentage of "excellent" "very good" and "good" ratings among residents who had an opinion, were: the sense of safety in neighborhoods during the day (96%), the sense of safety in neighborhoods at night (91%), the quality of local law enforcement in Mesa County (88%) and emergency planning/response in Mesa County (87%).

## Communication with the County

Of the twenty-nine percent (29%) of residents who indicated they had contacted Mesa County government during the past year, the departments residents had contacted most often were: the Assessor's Office (12%), Motor Vehicles (11%) and Planning (8%). When asked to indicate the sources they use to get information about Mesa County programs and services, the most frequently mentioned reported by residents was the local news media (69%). Some of the other sources that residents used to get information about County programs and services were: website/webcasts of meetings/news conferences (26%), Cable Channel 12 (15%) and Social Media (14%).

## Economic Factors

Residents were asked to rate several statements regarding economic factors in Mesa County. The items that residents gave the highest positive ratings for, based upon the combined percent of "excellent" "very good" and "good" ratings among residents who had an opinion, were: using county funds to help businesses already located in Mesa County further expand (67%) and using county funds to encourage new companies to locate to Mesa County (66%). The item that residents gave the highest negative ratings for, based upon the combined percentage of "fair" and "poor" ratings among those residents who had an opinion, was: job opportunities in the community (70%).

BLM_0047539

Mesa County 2013 Citizen Attitude Survey: Final Report

## *Section 2:*
# *Charts and Graphs*

---

BLM_0047540

Mesa County 2013 Citizen Attitude Survey: Final Report



BLM_0047541

Q2. Ratings of Access to Information
Provided by Mesa County Government
by percentage of respondents who rated the item as a 1 to 5 on a 5-point scale (excluding don't knows)
Quality of the Mesa County website
12%
28%
44%
15%
Availability of information about County services
10%
29%
40%
21%
County efforts to keep resident informed
9%
23%
39%
30%
Opportunities for public involvement in decisions
7%
19%
39%
36%
0%
20%
40%
60%
80%
100%
Excellent (5)
Very Good (4)
Good (3)
Fair/Poor (2/1)
Source: ETC Institute (March 2013)

Q3. Have you contacted the Mesa County
government during the past year?
by percentage of respondents
Yes
29%
No
71%
Source: ETC Institute (March 2013)

Q3a. County Departments Residents Had Contacted Most Recently
by percentage of respondents who had contacted Mesa County government during the past year
Assessor's Office 12%
Motor Vehicles 11%
Planning 8%
County Clerk 6%
County Commissioners 6%
Sheriff 6%
Building Department 5%
Animal control 4%
Code enforcement 4%
Human Resources 4%
Human Services 4%
Roads 3%
Elections 3%
Health Department 3%
Treasurer 3%
Zoning 3%
Land Assessor 2%
Landfill 2%
County Administrator 1%
Fairgrounds 1%
Jury Duty Office 1%
Justice Department 1%
0%
5%
10%
15%
Source: ETC Institute (March 2013)

Q3b-f. Ratings of the Customer Service Provided by County Employees
by percentage of respondents who had contacted Mesa County government during the past year; items were from 1 to 5 on a 5-point scale (excluding don't knows)
The way you were treated by County employees 24% 28% 33% 16%
Ease of contacting a County employee 18% 22% 41% 18%
Accuracy of the information given 24% 27% 30% 19%
Overall rating for how your issues were handled 24% 25% 29% 21%
Timeliness of staff who responded to requests 20% 21% 33% 26%
0% 20% 40% 60% 80% 100%
Excellent (5) Very Good (4) Good (3) Fair/Poor (2/1)
Source: ETC Institute (March 2013)

Case No. 1:20-cv-02484-MSK Document 41-1 filed 04/27/21 USDC Colorado pg 8 of 139

Mesa County 2013 Citizen Attitude Survey: Final Report





ETC Institute (2013)                                                                 Page 10

BLM_0047545

Mesa County 2013 Citizen Attitude Survey: Final Report





ETC Institute (2013)                                                                 Page 11

BLM_0047546

Mesa County 2013 Citizen Attitude Survey: Final Report





ETC Institute (2013)                                                                    Page 12

BLM_0047547

Mesa County 2013 Citizen Attitude Survey: Final Report





BLM_0047548

Mesa County 2013 Citizen Attitude Survey: Final Report



ETC Institute (2013)                                                                                    Page 14

BLM_0047549

Mesa County 2013 Citizen Attitude Survey: Final Report

# Section 3:
# *Importance-Satisfaction Analysis*

BLM_0047550

# 2013 Importance-Satisfaction Analysis
# Mesa County, Colorado

## Overview

Today, County officials have limited resources which need to be targeted to activities that are of the most benefit to their citizens. Two of the most important criteria for decision making are: (1) to target resources toward services of the highest importance to citizens; and (2) to target resources toward those services where citizens are the least satisfied.

The Importance-Satisfaction (I-S) rating is a unique tool that allows public officials to better understand both of these highly important decision making criteria for each of the services they are providing. The Importance-Satisfaction rating is based on the concept that cities will maximize overall citizen satisfaction by emphasizing improvements in those service categories where the level of satisfaction is relatively low and the perceived importance of the service is relatively high.

## Methodology

ETC Institute developed an Importance-Satisfaction Matrix to display the inferred importance of selected major services that were assessed on the survey against the perceived quality of service delivery. The Inferred Importance is based upon the correlation between the rating for a specific service and the rating for the overall quality of county services. For example, the rating for the *quality of local law enforcement* was strongly correlated to the overall satisfaction rating, which is the reason *law enforcement* has a high inferred importance. The rating for *animal control,* on the other hand, was not strongly correlated with the overall satisfaction rating, which is the reason *animal control* has a low inferred importance.

The two axes on the matrix represent *Satisfaction* (vertical) and *Inferred Importance* (horizontal). The I-S (Importance-Satisfaction) matrix should be interpreted as follows.

- *Continued Emphasis (above average inferred importance and above average satisfaction).* This area shows where the County is meeting customer expectations. Items in this area have a significant impact on the customer's overall level of satisfaction. The County should maintain (or slightly increase) emphasis on items in this area.

- *Exceeding Expectations (below average inferred importance and above average satisfaction).* This area shows where the County is performing significantly better than customers expect the County to perform. Items in this area do not significantly affect the overall level of satisfaction that residents have with County services. The County should maintain (or slightly decrease) emphasis on items in this area.

BLM_0047551

Mesa County 2013 Citizen Attitude Survey: Final Report

- *Opportunities for Improvement (above average inferred importance and below average satisfaction).*  This area shows where the County is not performing as well as residents expect the County to perform.  This area has a significant impact on customer satisfaction, and the County should DEFINITELY increase emphasis on items in this area.

- *Less Important (below average inferred importance and below average satisfaction).*  This area shows where the County is not performing well relative to the County's performance in other areas; however, this area is generally considered to be less important to residents. This area does not significantly affect overall satisfaction with County services because the items are less important to residents.  The agency should maintain current levels of emphasis on items in this area.

**The Importance-Satisfaction Analysis prepared for the County is provided on the following page.**

Mesa County 2013 Citizen Attitude Survey: Final Report

# 2013 Mesa County Citizen Attitude Survey
## Importance-Satisfaction Assessment Matrix
### *-County Services-*

(points on the graph show deviations from the inferred importance and satisfaction (positive ratings or) given by respondents to the survey)



*inferred importance*

**Satisfaction (Positive Ratings)**

**Exceeded Expectations**
lower importance/higher satisfaction

**Continued Emphasis**
higher importance/higher satisfaction

■ **Mesa County solid waste operations**
■ **Maintenance of local parks**
**Quality of local law enforcement** ■
**Mesa County's local election services** ■

**Emergency planning and response in Mesa County** ■
**Number of walking and biking trails** ■

**Ease of travel on County roads** ■

**Timeliness of Sheriff to emergencies** ■

**Availability of community parks** ■

**Medical clinic services** ■
■ **Public transportation**
**Animal control services** ■

■ **Enforcement of local traffic laws**
■ **Crime prevention efforts**

**Number of walking and biking trails**

■ **Parent-focused programs provided by the Health Department**
■ **Code enforcement**

**Maintenance and repair of** ■
**major County roads**

■ **Services received when registering vehicles and obtaining license plates**

**Services to protect children from abuse and/or neglect**

■ **Economic assistance and self-sufficiency programs**

**Less Important**
lower importance/lower satisfaction

■ **Services to protect adults from abuse and/or neglect**

**Opportunities for Improvement**
higher importance/lower satisfaction

**Lower Importance**

**Inferred Importance Rating**

**Higher Importance**

**Satisfaction (Positive ratings)**

*Source: ETC Institute (2013)*

ETC Institute (2013)

Page 18

BLM_0047553

# Section 4:
# Tabular Data

BLM_0047554

Mesa County 2013 Citizen Attitude Survey: Final Report

**Q1. I'd like to begin by asking you about your perception of Mesa County.**

(N=405)

| | Excellent | Very Good | Good | Fair | Poor | Don't know |
|---|---|---|---|---|---|---|
| 1a. Overall quality of life in Mesa County | 19.3% | 35.6% | 33.1% | 8.9% | 1.7% | 1.5% |
| Q1b. The overall image of your community | 11.6% | 32.1% | 42.5% | 11.4% | 2.5% | 0.0% |
| Q1c. The appearance of your community | 10.9% | 29.1% | 40.2% | 15.3% | 4.0% | 0.5% |
| Q1d. Mesa County as a place to live | 27.9% | 36.3% | 28.1% | 5.7% | 1.5% | 0.5% |
| 1e. Mesa County as a place to raise a family | 26.9% | 33.3% | 28.6% | 5.4% | 2.2% | 3.5% |
| Q1f. Mesa County as a place to work | 9.1% | 16.8% | 35.6% | 21.7% | 10.9% | 5.9% |
| Q1g. Mesa County as a place to retire | 20.0% | 32.8% | 27.9% | 9.9% | 3.5% | 5.9% |

BLM_0047555

Mesa County 2013 Citizen Attitude Survey: Final Report

**WITHOUT DON'T KNOW**

**Q1. I'd like to begin by asking you about your perception of Mesa County. (without "don't know")**

(N=405)

|  | Excellent | Very Good | Good | Fair | Poor |
|---|---|---|---|---|---|
| 1a. Overall quality of life in Mesa County | 19.5% | 36.1% | 33.6% | 9.0% | 1.8% |
| Q1b. The overall image of your community | 11.6% | 32.1% | 42.5% | 11.4% | 2.5% |
| Q1c. The appearance of your community | 10.9% | 29.3% | 40.4% | 15.4% | 4.0% |
| Q1d. Mesa County as a place to live | 28.0% | 36.5% | 28.3% | 5.7% | 1.5% |
| 1e. Mesa County as a place to raise a family | 27.9% | 34.5% | 29.7% | 5.6% | 2.3% |
| Q1f. Mesa County as a place to work | 9.7% | 17.8% | 37.8% | 23.1% | 11.5% |
| Q1g. Mesa County as a place to retire | 21.3% | 34.9% | 29.7% | 10.5% | 3.7% |

BLM_0047556

Mesa County 2013 Citizen Attitude Survey: Final Report

**Q2. Next, I'd like to ask your opinion about access to information provided by Mesa County government.**

(N=405)

| | Excellent | Very Good | Good | Fair | Poor | Don't know |
|---|---|---|---|---|---|---|
| 2a. The availability of information about Mesa County services | 9.1% | 26.2% | 35.6% | 12.8% | 5.7% | 10.6% |
| 2b. Mesa County efforts to keep you informed about local issues | 8.1% | 22.2% | 37.3% | 21.0% | 7.7% | 3.7% |
| 2c. Opportunities for the public to be involved in local decisions in Mesa County | 6.2% | 18.0% | 36.5% | 21.2% | 12.3% | 5.7% |
| 2d. The quality of the Mesa County website | 5.2% | 11.9% | 18.5% | 4.2% | 2.0% | 58.3% |

**WITHOUT DON'T KNOW**
**Q2. Next, I'd like to ask your opinion about access to information provided by Mesa County government. (without "don't know")**

(N=405)

| | Excellent | Very Good | Good | Fair | Poor |
|---|---|---|---|---|---|
| 2a. The availability of information about Mesa County services | 10.2% | 29.3% | 39.8% | 14.4% | 6.4% |
| 2b. Mesa County efforts to keep you informed about local issues | 8.5% | 23.1% | 38.7% | 21.8% | 7.9% |
| 2c. Opportunities for the public to be involved in local decisions in Mesa County | 6.5% | 19.1% | 38.7% | 22.5% | 13.1% |
| 2d. The quality of the Mesa County website | 12.4% | 28.4% | 44.4% | 10.1% | 4.7% |

BLM_0047557

**Q3. Have you contacted the Mesa County government during the past year?**

| 3. Have you contacted the Mesa County government during the past year? | Number | Percent |
|---|---|---|
| Yes | 119 | 29.4 % |
| No | 286 | 70.6 % |
| Total | 405 | 100.0 % |

**Q3a. If YES to Question #5, which County department did you contact most recently?**

| 3a. Which County department did you contact most recently? | Number | Percent |
|---|---|---|
| Animal control | 5 | 4.2 % |
| Assessor's Office | 14 | 11.8 % |
| Building Department | 6 | 5.0 % |
| Code enforcement | 5 | 4.2 % |
| County Administrator | 1 | 0.8 % |
| County Clerk | 7 | 5.9 % |
| County Commissioners | 7 | 5.9 % |
| Don't remember | 11 | 9.2 % |
| Elections | 3 | 2.5 % |
| Fairgrounds | 1 | 0.8 % |
| Health Department | 3 | 2.5 % |
| Human Resources | 5 | 4.2 % |
| Human Services | 5 | 4.2 % |
| Jury Duty Office | 1 | 0.8 % |
| Justice Department | 1 | 0.8 % |
| Land Assessor | 2 | 1.7 % |
| Landfill | 2 | 1.7 % |
| Motor Vehicles | 13 | 10.9 % |
| Planning | 10 | 8.4 % |
| Roads | 4 | 3.4 % |
| Sheriff | 7 | 5.9 % |
| Treasurer | 3 | 2.5 % |
| Zoning | 3 | 2.5 % |
| Total | 119 | 100.0 % |

BLM_0047558

Mesa County 2013 Citizen Attitude Survey: Final Report

**Q3b-f. Please tell me about your experience regarding your interaction with Mesa County government employees.**

(N=119)

|  | Excellent | Very Good | Good | Fair | Poor | Don't know |
|---|---|---|---|---|---|---|
| 3b. The ease of contacting a Mesa County government employee | 17.6% | 21.8% | 40.3% | 8.4% | 9.2% | 2.5% |
| 3c. The way you were treated by Mesa County employees | 23.5% | 27.7% | 32.8% | 9.2% | 6.7% | 0.0% |
| 3d. The timeliness in which Mesa County staff responded to your request | 19.5% | 21.2% | 33.1% | 11.0% | 14.4% | 0.8% |
| 3e. The accuracy of the information you were given | 23.7% | 26.3% | 29.7% | 8.5% | 10.2% | 1.7% |
| 3f. Your overall rating for how your issues were handled | 24.4% | 25.2% | 29.4% | 11.8% | 9.2% | 0.0% |

BLM_0047559

Mesa County 2013 Citizen Attitude Survey: Final Report

**WITHOUT DON'T KNOW**
**Q3b-f. Please tell me about your experience regarding your interaction with Mesa County government employees. (without "don't know")**

(N=119)

|  | Excellent | Very Good | Good | Fair | Poor |
|---|---|---|---|---|---|
| 3b. The ease of contacting a Mesa County government employee | 18.1% | 22.4% | 41.4% | 8.6% | 9.5% |
| 3c. The way you were treated by Mesa County employees | 23.5% | 27.7% | 32.8% | 9.2% | 6.7% |
| 3d.  The timeliness in which Mesa County staff responded to your request | 19.7% | 21.4% | 33.3% | 11.1% | 14.5% |
| 3e. The accuracy of the information you were given | 24.1% | 26.7% | 30.2% | 8.6% | 10.3% |
| 3f. Your overall rating for how your issues were handled | 24.4% | 25.2% | 29.4% | 11.8% | 9.2% |

BLM_0047560

**Q4. Which of the following sources do you use to get information about Mesa County programs and services?**

| 4. Sources Residents Use to Get County Information | Number | Percent |
|---|---|---|
| Monthly community coffee events with elected officials | 6 | 1.5 % |
| Telephone town hall meetings | 15 | 3.7 % |
| Social Media (Facebook/Twitter) | 58 | 14.3 % |
| County website/webcasts of official meetings and news conferences | 107 | 26.4 % |
| Cable Channel 12 | 60 | 14.8 % |
| Monthly email newsletter | 34 | 8.4 % |
| "Inside Mesa County" class. | 9 | 2.2 % |
| Local news media | 278 | 68.6 % |
| Other | 39 | 9.6 % |
| Don't know | 31 | 7.7 % |
| Total | 637 | |

BLM_0047561

Mesa County 2013 Citizen Attitude Survey: Final Report

**Q5. Now, I am going to read you a list of statements regarding economic factors in Mesa County.**

(N=405)

| | Excellent | Very Good | Good | Fair | Poor | Don't know |
|---|---|---|---|---|---|---|
| 5a. How well Mesa County is managing growth | 2.5% | 14.1% | 41.5% | 24.4% | 10.6% | 6.9% |
| 5b. The overall value of Mesa County taxes and fees that you pay | 3.7% | 14.8% | 37.5% | 27.9% | 12.8% | 3.2% |
| 5c. Efforts by Mesa County officials to manage fiscal responsibilities | 3.0% | 10.4% | 41.2% | 23.2% | 11.6% | 10.6% |
| Q5d   Job opportunities in your community | 1.2% | 6.2% | 20.5% | 38.5% | 26.4% | 7.2% |
| 5e. The availability of attainable housing | 4.4% | 15.3% | 35.6% | 24.7% | 8.1% | 11.9% |
| 5f. The idea of using county funds to encourage new companies to locate to Mesa County | 12.3% | 15.1% | 34.3% | 15.3% | 15.6% | 7.4% |
| 5g. The idea of using county funds to help businesses already located in Mesa County to further expand within Mesa County | 13.3% | 17.8% | 31.4% | 14.6% | 15.6% | 7.4% |
| 5h. The idea of Mesa County getting involved in retail development to encourage retail businesses to locate in underserved areas of Mesa County | 8.9% | 13.1% | 28.9% | 17.0% | 20.5% | 11.6% |

BLM_0047562

Mesa County 2013 Citizen Attitude Survey: Final Report

## WITHOUT DON'T KNOW
### Q5. Now, I am going to read you a list of statements regarding economic factors in Mesa County. (without "don't know")

(N=405)

| | Excellent | Very Good | Good | Fair | Poor |
|---|---|---|---|---|---|
| 5a. How well Mesa County is managing growth | 2.7% | 15.1% | 44.6% | 26.3% | 11.4% |
| 5b. The overall value of Mesa County taxes and fees that you pay | 3.8% | 15.3% | 38.8% | 28.8% | 13.3% |
| 5c. Efforts by Mesa County officials to manage fiscal responsibilities | 3.3% | 11.6% | 46.1% | 26.0% | 13.0% |
| Q5d   Job opportunities in your community | 1.3% | 6.6% | 22.1% | 41.5% | 28.5% |
| 5e. The availability of attainable housing | 5.0% | 17.4% | 40.3% | 28.0% | 9.2% |
| 5f. The idea of using county funds to encourage new companies to locate to Mesa County | 13.3% | 16.3% | 37.1% | 16.5% | 16.8% |
| 5g. The idea of using county funds to help businesses already located in Mesa County to further expand within Mesa County | 14.4% | 19.2% | 33.9% | 15.7% | 16.8% |
| 5h. The idea of Mesa County getting involved in retail development to encourage retail businesses to locate in underserved areas of Mesa County | 10.1% | 14.8% | 32.7% | 19.3% | 23.2% |

ETC Institute (2013)

BLM_0047563

Mesa County 2013 Citizen Attitude Survey: Final Report

## Q6. Next, I'd like your opinion about specific services in Mesa County.

(N=405)

|  | Excellent | Very Good | Good | Fair | Poor | Don't know |
|---|---|---|---|---|---|---|
| 6a. The overall quality of services provided by Mesa County government | 4.9% | 21.7% | 46.7% | 16.5% | 4.4% | 5.7% |
| 6b. The ease of locating Mesa County services | 7.2% | 22.7% | 44.4% | 13.8% | 5.2% | 6.7% |
| 6c. The ease of using Mesa County services | 6.4% | 19.5% | 43.7% | 13.1% | 4.0% | 13.3% |
| 6d. Efforts by the County to assist Mesa County residents who are unemployed | 3.5% | 8.9% | 21.7% | 14.6% | 11.1% | 40.2% |
| 6e. The economic assistance and self-sufficiency programs provided by Mesa County | 3.2% | 6.7% | 25.9% | 14.3% | 5.7% | 44.2% |
| 6f. Mesa County services to protect children from abuse and/or neglect | 6.2% | 12.6% | 28.4% | 17.8% | 10.1% | 24.9% |
| 6g. Mesa County services to protect adults from abuse and/neglect | 3.5% | 11.9% | 28.4% | 17.3% | 6.4% | 32.6% |
| 6h. Retail food safety efforts provided by the Mesa County Health Department | 8.6% | 22.7% | 34.3% | 8.1% | 3.5% | 22.7% |
| 6i. Medical clinic services provided by the Mesa County Health Department | 10.9% | 21.0% | 30.1% | 7.9% | 4.9% | 25.2% |
| 6j. Parent-focused programs, such as WIC and Nurse Family Partnership, provided by the Mesa County Health Department | 6.4% | 17.3% | 22.0% | 7.9% | 3.7% | 42.7% |
| 6k. Efforts by the Mesa County Health Department to promote wellness in our community | 8.4% | 23.0% | 37.0% | 10.6% | 3.0% | 18.0% |

ETC Institute (2013)

BLM_0047564

**WITHOUT DON'T KNOW**

**Q6. Next, I'd like your opinion about specific services in Mesa County. (without "don't know")**

(N=405)

|  | Excellent | Very Good | Good | Fair | Poor |
|---|---|---|---|---|---|
| 6a. The overall quality of services provided by Mesa County government | 5.2% | 23.0% | 49.5% | 17.5% | 4.7% |
| 6b. The ease of locating Mesa County services | 7.7% | 24.3% | 47.6% | 14.8% | 5.6% |
| 6c. The ease of using Mesa County services | 7.4% | 22.5% | 50.4% | 15.1% | 4.6% |
| 6d. Efforts by the County to assist Mesa County residents who are unemployed | 5.8% | 14.9% | 36.4% | 24.4% | 18.6% |
| 6e. The economic assistance and self-sufficiency programs provided by Mesa County | 5.8% | 11.9% | 46.5% | 25.7% | 10.2% |
| 6f. Mesa County services to protect children from abuse and/or neglect | 8.2% | 16.8% | 37.8% | 23.7% | 13.5% |
| 6g. Mesa County services to protect adults from abuse and/or neglect | 5.1% | 17.6% | 42.1% | 25.6% | 9.5% |
| 6h. Retail food safety efforts provided by the Mesa County Health Department | 11.2% | 29.0% | 44.4% | 10.5% | 4.5% |
| 6i. Medical clinic services provided by the Mesa County Health Department | 14.5% | 28.1% | 40.3% | 10.6% | 6.6% |
| 6j. Parent-focused programs, such as WIC and Nurse Family Partnership, provided by the Mesa County Health Department | 11.2% | 30.2% | 38.4% | 13.8% | 6.5% |
| 6k. Efforts by the Mesa County Health Department to promote wellness in our community | 10.2% | 28.0% | 45.2% | 13.0% | 3.6% |

BLM_0047565

**Q7. Now, I am going to ask you about other services in Mesa County.**

(N=405)

| | Excellent | Very Good | Good | Fair | Poor | Don't know |
|---|---|---|---|---|---|---|
| 7a. The value of the Mesa County Fairgrounds to our residents | 11.9% | 23.0% | 35.1% | 13.8% | 4.4% | 11.9% |
| Q7b. The Mesa County Fair as an event | 12.1% | 23.8% | 36.1% | 11.6% | 3.0% | 13.4% |
| 7c. The availability of parks in your community | 17.8% | 33.8% | 29.6% | 10.9% | 5.9% | 2.0% |
| 7d. Maintenance of local parks in Mesa County | 16.8% | 35.8% | 34.1% | 7.4% | 2.5% | 3.5% |
| 7e. The number of walking and biking trails in the community | 19.3% | 33.3% | 29.4% | 8.6% | 5.4% | 4.0% |
| 7f. The services you receive when registering vehicles and obtaining license plates through the Mesa County motor vehicle offices | 9.4% | 21.0% | 33.8% | 16.8% | 15.1% | 4.0% |
| 7g. Mesa County's local election services | 10.9% | 26.4% | 45.2% | 9.1% | 1.7% | 6.7% |
| 7h. The ease of travel on Mesa County roads | 8.1% | 33.3% | 41.7% | 11.4% | 4.4% | 1.0% |
| 7i. The maintenance and repair of major Mesa County roads | 4.9% | 25.2% | 42.7% | 19.8% | 6.4% | 1.0% |
| Q7j   Code enforcement in Mesa County | 3.2% | 13.8% | 34.8% | 15.6% | 8.1% | 24.4% |
| 7k. Mesa County's solid waste operations, which include landfill, hazardous waste, and composting facilities | 18.0% | 26.4% | 44.0% | 4.4% | 1.7% | 5.4% |
| Q7l   Public transportation in Mesa County | 8.6% | 17.3% | 35.8% | 10.6% | 2.7% | 24.9% |

BLM_0047566

**WITHOUT DON'T KNOW**
**Q7. Now, I am going to ask you about other services in Mesa County. (without "don't know")**

(N=405)

| | Excellent | Very Good | Good | Fair | Poor |
|---|---|---|---|---|---|
| 7a. The value of the Mesa County Fairgrounds to our residents | 13.4% | 26.1% | 39.8% | 15.7% | 5.0% |
| Q7b. The Mesa County Fair as an event | 14.0% | 27.4% | 41.7% | 13.4% | 3.4% |
| 7c. The availability of parks in your community | 18.1% | 34.5% | 30.2% | 11.1% | 6.0% |
| 7d. Maintenance of local parks in Mesa County | 17.4% | 37.1% | 35.3% | 7.7% | 2.6% |
| 7e. The number of walking and biking trails in the community | 20.1% | 34.7% | 30.6% | 9.0% | 5.7% |
| 7f. The services you receive when registering vehicles and obtaining license plates through the Mesa County motor vehicle offices | 9.8% | 21.9% | 35.2% | 17.5% | 15.7% |
| 7g. Mesa County's local election services | 11.6% | 28.3% | 48.4% | 9.8% | 1.9% |
| 7h. The ease of travel on Mesa County roads | 8.2% | 33.7% | 42.1% | 11.5% | 4.5% |
| 7i. The maintenance and repair of major Mesa County roads | 5.0% | 25.4% | 43.1% | 20.0% | 6.5% |
| Q7j   Code enforcement in Mesa County | 4.2% | 18.3% | 46.1% | 20.6% | 10.8% |
| 7k. Mesa County's solid waste operations, which include landfill, hazardous waste, and composting facilities | 19.1% | 27.9% | 46.5% | 4.7% | 1.8% |
| Q7l   Public transportation in Mesa County | 11.5% | 23.0% | 47.7% | 14.1% | 3.6% |

BLM_0047567

Mesa County 2013 Citizen Attitude Survey: Final Report

**8. Next, I'm going to ask you about your perceptions of safety in Mesa County.**

(N=405)

| | Excellent | Very Good | Good | Fair | Poor | Don't know |
|---|---|---|---|---|---|---|
| 8a. Your sense of safety in your neighborhood during the day | 38.8% | 32.6% | 23.5% | 4.0% | 1.0% | 0.2% |
| 8b. Your sense of safety in your neighborhood during the night | 31.9% | 29.4% | 28.4% | 6.9% | 3.0% | 0.5% |
| 8c. Your sense of safety in Mesa County parks | 13.8% | 28.1% | 31.6% | 11.4% | 4.0% | 11.1% |
| 8d. The overall quality of local law enforcement in Mesa County | 16.3% | 31.6% | 38.0% | 8.9% | 2.7% | 2.5% |
| 8e. The timeliness in which the Sheriff responds to emergencies | 12.8% | 21.5% | 22.2% | 6.7% | 4.2% | 32.6% |
| 8f. Crime prevention efforts by local government in your area | 10.4% | 24.4% | 34.6% | 11.4% | 5.2% | 14.1% |
| 8g. The enforcement of local traffic laws in Mesa County | 11.1% | 21.7% | 43.2% | 12.3% | 6.7% | 4.9% |
| 8h. Animal control services in Mesa County | 7.7% | 20.5% | 36.3% | 9.4% | 5.7% | 20.5% |
| 8i. Emergency planning and response in Mesa County | 9.4% | 25.7% | 29.9% | 8.1% | 1.5% | 25.4% |

BLM_0047568

Mesa County 2013 Citizen Attitude Survey: Final Report

**WITHOUT DON'T KNOW**
**8. Next, I'm going to ask you about your perceptions of safety in Mesa County. (without "don't know")**

(N=405)

| | Excellent | Very Good | Good | Fair | Poor |
|---|---|---|---|---|---|
| 8a. Your sense of safety in your neighborhood during the day | 38.9% | 32.7% | 23.5% | 4.0% | 1.0% |
| 8b. Your sense of safety in your neighborhood during the night | 32.0% | 29.5% | 28.5% | 6.9% | 3.0% |
| 8c. Your sense of safety in Mesa County parks | 15.6% | 31.7% | 35.6% | 12.8% | 4.4% |
| 8d. The overall quality of local law enforcement in Mesa County | 16.7% | 32.4% | 39.0% | 9.1% | 2.8% |
| 8e. The timeliness in which the Sheriff responds to emergencies | 19.0% | 31.9% | 33.0% | 9.9% | 6.2% |
| 8f. Crime prevention efforts by local government in your area | 12.1% | 28.4% | 40.2% | 13.2% | 6.0% |
| 8g. The enforcement of local traffic laws in Mesa County | 11.7% | 22.9% | 45.5% | 13.0% | 7.0% |
| 8h. Animal control services in Mesa County | 9.6% | 25.8% | 45.7% | 11.8% | 7.1% |
| 8i. Emergency planning and response in Mesa County | 12.6% | 34.4% | 40.1% | 10.9% | 2.0% |

BLM_0047569

**Q9. Now, I'd like to ask you about Mesa County government future efforts.   On a scale of 1 to 5, with 1 being "not important," and 5 being "very important," please rate the importance of the follow:**

(N=405)

| | Very Important | 4 | 3 | 2 | Not Important | Don't Know |
|---|---|---|---|---|---|---|
| 9a. Protecting and managing all public resources | 51.6% | 25.7% | 12.8% | 3.2% | 2.0% | 4.7% |
| Q9b   Promoting public safety | 52.6% | 25.2% | 14.8% | 3.0% | 1.2% | 3.2% |
| 9c. Promoting a variety of industries that will support a healthy economy | 45.4% | 27.4% | 16.8% | 3.0% | 3.5% | 4.0% |
| 9d. Planning for infrastructure to maintain quality of life in the face of rapid growth | 44.7% | 30.1% | 15.8% | 2.7% | 2.7% | 4.0% |
| 9e. Promoting and protecting public health | 44.2% | 32.3% | 15.8% | 2.7% | 1.5% | 3.5% |
| 9f. Creating a community where individuals and families have opportunities to be self-sufficient. | 50.6% | 23.7% | 15.3% | 3.0% | 2.0% | 5.4% |
| 9g. Providing parks outside of cities and towns | 23.2% | 20.5% | 30.9% | 11.9% | 7.7% | 5.9% |
| 9h. Expanding new sections of the Riverfront Trail | 32.1% | 22.2% | 20.5% | 10.4% | 10.1% | 4.7% |

BLM_0047570

Mesa County 2013 Citizen Attitude Survey: Final Report

**WITHOUT DON'T KNOW**

**Q9. Now, I'd like to ask you about Mesa County government future efforts.    On a scale of 1 to 5, with 1 being "not important," and 5 being "very important," please rate the importance of the follow: (without "don't know")**

(N=405)

| | Very Important | 4 | 3 | 2 | Not Important |
|---|---|---|---|---|---|
| 9a. Protecting and managing all public resources | 54.1% | 26.9% | 13.5% | 3.4% | 2.1% |
| Q9b   Promoting public safety | 54.3% | 26.0% | 15.3% | 3.1% | 1.3% |
| 9c. Promoting a variety of industries that will support a healthy economy | 47.3% | 28.5% | 17.5% | 3.1% | 3.6% |
| 9d. Planning for infrastructure to maintain quality of life in the face of rapid growth | 46.5% | 31.4% | 16.5% | 2.8% | 2.8% |
| 9e. Promoting and protecting public health | 45.8% | 33.5% | 16.4% | 2.8% | 1.5% |
| 9f. Creating a community where individuals and families have opportunities to be self-sufficient. | 53.5% | 25.1% | 16.2% | 3.1% | 2.1% |
| 9g. Providing parks outside of cities and towns | 24.7% | 21.8% | 32.8% | 12.6% | 8.1% |
| 9h. Expanding new sections of the Riverfront Trail | 33.7% | 23.3% | 21.5% | 10.9% | 10.6% |

BLM_0047571

Mesa County 2013 Citizen Attitude Survey: Final Report

## Q10. Have you used the 211 phone information service during the past year?

| 10. Have you used the 211 phone information service during the past year? | Number | Percent |
|---|---|---|
| Yes | 36 | 8.9 % |
| No | 368 | 90.9 % |
| Not provided | 1 | 0.2 % |
| Total | 405 | 100.0 % |

## Q11. Approximately how long have you lived in Mesa County?

| 11. Approximately how long have you lived in Mesa County? | Number | Percent |
|---|---|---|
| 5 years or less | 39 | 9.6 % |
| 6-10 years | 60 | 14.8 % |
| 11-20 years | 98 | 24.2 % |
| 21-30 years | 81 | 20.0 % |
| 31+ years | 127 | 31.4 % |
| Total | 405 | 100.0 % |

## Q12. In which of the following categories is your age?

| 12. In which of the following categories is your age? | Number | Percent |
|---|---|---|
| 18-35 years | 80 | 19.8 % |
| 35-44 years | 79 | 19.5 % |
| 45-54 years | 85 | 21.0 % |
| 55-64 years | 82 | 20.2 % |
| 65+ years | 72 | 17.8 % |
| Not provided | 7 | 1.7 % |
| Total | 405 | 100.0 % |

BLM_0047572

Mesa County 2013 Citizen Attitude Survey: Final Report

## Q13. What is your home zip code?

| 13. Zip Code | Number | Percent |
|---|---|---|
| 81501 | 42 | 10.4 % |
| 81503 | 44 | 10.9 % |
| 81504 | 73 | 18.0 % |
| 81505 | 23 | 5.7 % |
| 81506 | 38 | 9.4 % |
| 81507 | 75 | 18.5 % |
| 81520 | 16 | 4.0 % |
| 81521 | 55 | 13.6 % |
| 81523 | 4 | 1.0 % |
| 81524 | 8 | 2.0 % |
| 81525 | 2 | 0.5 % |
| 81526 | 12 | 3.0 % |
| 81527 | 7 | 1.7 % |
| 81624 | 5 | 1.2 % |
| 81630 | 1 | 0.2 % |
| Total | 405 | 100.0 % |

## Q14. Gender:

| 14. Gender | Number | Percent |
|---|---|---|
| Male | 193 | 47.7 % |
| Female | 212 | 52.3 % |
| Total | 405 | 100.0 % |

ETC Institute (2013)

BLM_0047573

Mesa County 2013 Citizen Attitude Survey: Final Report

## Q15. Before we end the survey do you have any comments that you would like to make?

15. Additional Comments

- Animal control seems to be doing a good job, but they need more help & more vehicles; keep the transit system going.
- Streets behind the fairgrounds need sidewalks.     B street really needs sidewalks because the speed limit is 40 mph at least on one side of the street.
- County officials are older...need younger people to run the county. Expand voting so that all residents can vote, not just Grand Jct.
- The Sherriff is doing a good job to promote self-defense in the home and I would like to see him do more about the conceal and carry.
- I would like the County to have streets resealed on Sundown Dr.--they are cracking and in bad need of repair.
- Employment is very low; they need to create more jobs and try to get more families in single family homes not apartments because they become projects and it makes them feel like their being separated from the people that can afford houses.
- The county seems to be moving in right direction with the new administrator.
- I am very disappointed/worried about lowering taxes, at the expense of not taking care of the services in this survey.   We need to make improvements to the entrances to grand valley, Clifton 50 from delta, and horizon (especially around the airport).   It is embarrassing.
- The fairgrounds are under used.
- It is very important for the future of Mesa County to preserve the natural beauty surrounding the town. The County is all for new business but we should keep new business environmentally friendly.
- Law enforcement issues: County needs to inform the public when life is endangered.   Respondent saw the fire station down the street from her house, so she went and asked what was wrong and they told her she needed to leave her house. She feels like she shouldn't have to go see what's happening. They should of came and told her if something was wrong.
- There needs to be more bicycle facilities in the downtown area; there are more in the north and south.
- I would like to see more e-mails sent out.
- If relocating the bus terminal, do not put it by the mall.
- Christy Barton in County Planning is very helpful.
- We need schools. Lottery money shouldn't go to parks, it should go to the schools.
- I think that they should drug test people who are on welfare.
- Code Enforcement is appalling in this county...do enforcement: weeds, bad cars, trailer houses. Clean up the junk.
- Grand JCT city is in bad need of a recreation center or some kind of activity to keep the kids busy.
- County needs to respect the good business citizens and stop making things hard for them.   It's not fair that business' who have been around longer aren't getting the opportunities that other business' are getting to expand rather than the business who have been there in shorter time frames as marked as the competitors.   Government making it hard for them to expand.

BLM_0047574

Mesa County 2013 Citizen Attitude Survey: Final Report

**Q15. Before we end the survey do you have any comments that you would like to make?**

15. Additional Comments

- Mesa County has a very good education system.
- Public schools should have been addressed in the survey.
- Quality of recreation in the area is a 5 (ex: mountain biking, dirt biking, hiking)
- It needs to be easier for US Citizens to get help and benefits as well as it is for the immigrants.
- I want commissioners to stand up to over regulations and keep battling the state over gun laws.
- It is very difficult for low income households, please raise minimum wage so people are able to pay rent.
- We need more activities for the kids. Parks are beautiful.
- It is nice to look to other means to control mosquito population verses chemicals.
- River front trails need to be cleaned up and expanded, as a safe recreation place for the family; increase of the number of bike paths as well.
- Mesa county needs to do a better job of promoting how to get information about themselves.
- Animal control needs more people
- Lack of community value in things such as Community Rec Centers(things that would add value to how someone feels about their community).   I am tired of the conservative bias in the community; I would move out of the area due to the County Commissioner's; I feel I have no voice in any decisions whatsoever.
- I'm glad there is change of commissioners.
- There needs to be more help and housing for the mentally ill.
- We need a coordinated program for the development of the waterfront; too much is owned by industrial areas, hence the program would be very good for the area.   There should be continued community support for the Avalon theater, which is a historic theatre.
- It would be good to have incentives for businesses with tax breaks on a graduated level more than using funds.
- The County should try to do something about more affordable housing for families; the rent is way too high for a regular working family.
- Get going on fairgrounds projects.   Get stoplight started on highway 50 which will be the new entrance to the fairgrounds before another person get killed.   We also need more public meeting with the commissioners.
- Riverfront development is very important and Brady Trucking should not change the zoning.
- We need to improve education services and maintain the excellent health care here.
- Infrastructure/roads are in really bad shape and if they fix them have done a really bad job, when they start they don't look like they've finish the job correctly. Keeping the people safe with traffic near their house... too many accidents. D 1/2 road's speed limit is 40 mph and the average speed through the area is about 45-50 mph and its way to fast. The county/government should be more stop signs and the speed limit should be reduced to 35 mph.   Amazing Fire Department! They do an amazing job! Excellent, very responsive, very caring.   The fire department cares for the community.

BLM_0047575

Mesa County 2013 Citizen Attitude Survey: Final Report

## Q15. Before we end the survey do you have any comments that you would like to make?

15. Additional Comments

- Bring more jobs that are better paying to the County so that it will help out everything.
- Mesa county elected officials pander to the tea party and NRA types and neglect the needs of the average citizen. Government is essential to the people and quality services are of a higher value than a low tax rate. Taxes are the prices we pay for the quality of life. Focus on that please!
- Car registration takes too long and is too expensive
- Mesa County is a great place to live. I think more police is needed and we should be working on developing more recourses the area. Improve aviation in the county. Airport needs to be extended.
- I would like to have more job opportunities, and homeless off the streets to where they can have value in them self's.
- Get the pan handlers off the streets. Take better care of the homeless.
- Nobody is perfect. Overall everyone is doing their best & I can't think of any other place I'd rather live.
- The government: the republicans and democratic need to grow UP and WORK together. Higher class needs to let lower class live without taking   CARE OF THE COUNTRY.
- The county needs to enforce codes and laws.
- The County is putting too much money into things that are less important.   County needs to put more money into the fairgrounds.
- Everything we do has to be done within the budget.   And the budget has to be balanced. We can't spend more that we make, no matter how good the program is.
- County spends too much money making stuff pretty.   Put the money into the roads and infrastructure instead of beautifying things. Too much money used for beautification projects. It should be used for functional projects.
- The County does better than the city. Prefer they both get smaller rather than bigger.
- I have 5 kids and their is a big problem with school district 51, I feel like they need more experienced teachers and more children's programs. Kids are killing kids!!
- Less government involvement.
- The Riverfront ban is taking away people's ability to hunt.
- Better social services for people that need help, stop the fraud.
- I am a strong supporter of the Mesa County Sheriff.
- There needs to be more activities for children and more affordable activities for the youth so that there isn't so much crime and trouble with the youth. More educational programs for the parents so that they are able to help their kids. More centers for families to go to and be able to do stuff with their children that isn't so expensive. Put in a Recreational Park.
- Increase pay for 911, police, sheriff and fire.   They are not paid enough.
- I Think Mesa county is a good place to live and there is little traffic.
- The help services at the lower value need improvements.   The private services are really good already.
- Mesa County is a good place to live.
- Property taxes are too high for the value of the house being what it is.

BLM_0047576

**Q15. Before we end the survey do you have any comments that you would like to make?**

15. Additional Comments

- I used to have a live well program and I would like to see it come back.
- When the people vote against something in Mesa County the county should adhere to what the people have voted.
- The Board of County Commissioners, while brand new, is already totally out of control. The firing the County Manager was completely unethical.
- They need to straighten out the mess at the airport.
- County needs to evaluate the police dept. for shady officers.
- Hire more registration personal.
- I would more diversity in the community, and getting more people of different races into the community.
- More zoning control needed!!!!
- The city could do a much better job keeping the weeds away from the roads and sidewalks.   Have people put up fences around trailer parks.
- Public officials are doing an excellent job.
- County should increase efforts to beautify the road ways, and striping in Mesa county (the business loop, highway 50).
- County commissioners need to use funds to rebuild and repair the roads in the county.
- I have an ATV and I'm not allowed to ride in bike lanes or on the road and they banned motorized vehicles on some roads. I would like to know why I have to buy a permit in Colorado and Utah to ride my ATV when thousands of miles of with both states combined/ of ATV trails are getting closed and that is not fair to us ATV riders- while the bicyclist get more trails to ride on!
- Teach people to stop at stop signs or observe yield signs.   Why services similar to delta county, specifically ambulance services. Individual costs for the citizens are not comparable.
- More job opportunities needed.
- Increase the number of bike and hiking paths, zoning required in area north of the interstate.
- There are way too many regulations. Government is too intrusive. Too much government.
- I would like to know more about the community involvement in certain public safety issues such as guns in schools or safety regarding school systems.
- School boundaries are too large; it's a dumb idea because it causes more driving and wastes more gas.
- Could Mesa County put this survey in with the calendars that the residents get?
- The government has interfered in things they don't need to. The government has overstepped their bounds as an entity & has entirely too many misguided agendas.
- Clean up the sides of the road. Weeds and overgrown trees are taking over.
- I think that past and current commissioners don't seem to be open to showing what they are doing for the county. Also we should promote more tourists to the county.

# *Section 5:*
# *Survey Instrument*

BLM_0047578



# 2013 Citizen Attitude Survey Questions

**FINAL DRAFT**

**Hello, my name is** [First Name]. **I'm calling on behalf of the Mesa County Commissioners to ask your opinion on some quality-of-life issues in Mesa County.  I'm NOT selling anything. Your household was randomly selected as part of this process.  This survey will take less than 15 minutes; we would sincerely appreciate your input.  WOULD YOU BE ABLE TO PARTICIPATE?**

> <u>Only if asked</u>: The survey is sponsored by the Mesa County Administration. The information collected will help them plan for the future.

(IF NO) **Thank you; I appreciate your time.**

(IF YES - CONTINUE) **That's great! All your answers will be kept completely confidential.**

**Am I speaking with someone 18 or older**?

(IF YES - CONTINUE; IF NO - ASK TO SPEAK TO SOMEONE WHO IS AT LEAST 18)

**Do you or an immediate family member work for Mesa County?**

(IF NO - CONTINUE; IF YES - END THE INTERVIEW)

1.   **I'd like to begin by asking you about your perception of Mesa County.**

   (A) Would you say the overall quality of life in Mesa County is Poor, Fair, Good, Very Good, or Excellent?

   (B) Overall, the image of your community is Poor, Fair, Good, Very Good, or Excellent?

   (C) Would you say the appearance of your community is Poor, Fair, Good, Very Good, or Excellent?

   (D) As a place to live, Mesa County is Poor, Fair, Good, Very Good, or Excellent?

   (E) As a place to raise a family, Mesa County is Poor, Fair, Good, Very Good, or Excellent?

   (F) As a place to work, Mesa County is Poor, Fair, Good, Very Good, or Excellent?

   (G) As a place to retire, Mesa County is Poor, Fair, Good, Very Good, or Excellent?

BLM_0047579

2.   **Next, I'd like to ask your opinion about access to information provided by Mesa County government.**

(A) Would you say the availability of information about Mesa County services is Poor, Fair, Good, Very Good, or Excellent?

(B) Mesa County efforts to keep you informed about local issues are Poor, Fair, Good, Very Good, or Excellent?

(C) Would you say opportunities for the public to be involved in local decisions in Mesa County are Poor, Fair, Good, Very Good, or Excellent?

(D) The quality of the Mesa County website is Poor, Fair, Good, Very Good, or Excellent?

3.   **Have you contacted the Mesa County government during the past year?**

___(1) YES          ___(2) NO **(SKIP TO Q4)**

**3(A) Which County department did you contact most recently? (RECORD VERBATIM)**


**3(B-F). Please tell me about your experience regarding your interaction with Mesa County government employees.**

(B) Would you say the ease of contacting a Mesa County government employee is Poor, Fair, Good, Very Good, or Excellent?

(C) Would you say the way you were treated was Poor, Fair, Good, Very Good, or Excellent?

(D) Do you feel the timeliness in which Mesa County staff responded to your request was Poor, Fair, Good, Very Good, or Excellent?

(E) Would you say the accuracy of the information you were given was Poor, Fair, Good, Very Good, or Excellent?

(F) Would you say your satisfaction with how your issues were handled is Poor, Fair, Good, Very Good, or Excellent?

4.   **Which of the following sources do you use to get information about Mesa County programs and services?**  (READ AND ROTATE, CHECK ALL THAT APPLY)

___(1) Monthly community coffee events with elected officials
___(2) Telephone town hall meetings
___(3) Social Media (Facebook/Twitter)
___(4) County website/webcasts of official meetings and news conferences
___(5) Cable Channel 12
___(6) Monthly email newsletter

___(7) "Inside Mesa County" class.
___(8) Local news media
___(9) Other—please describe (DON'T INCLUDE IN ROTATION)
___(99) DK (DON'T INCLUDE IN ROTATION)

5.   **Now, I am going to read you a list of statements regarding economic factors in Mesa County.**

(A) As far as managing growth, do you think Mesa County government is doing Poor, Fair, Good, Very Good, or Excellent?

(B) Considering the Mesa County taxes and fees you pay, would you say the overall value to you is Poor, Fair, Good, Very Good, or Excellent?

(C) Efforts by Mesa County officials to manage fiscal responsibilities are Poor, Fair, Good, Very Good, or Excellent?

(D) Job opportunities in your community are Poor, Fair, Good, Very Good, or Excellent?

(E) The availability of attainable housing is Poor, Fair, Good, Very Good, or Excellent?

(F) As a development strategy, the idea of using county funds to encourage new companies to locate to Mesa County is Poor, Fair, Good, Very Good, or Excellent?

(G) As a development strategy, the idea of using county funds to help businesses already located in Mesa County to further expand within Mesa County is Poor, Fair, Good, Very Good, or Excellent?

(H) As a development strategy, the idea of Mesa County getting involved in retail development to encourage retail businesses to locate in underserved areas of Mesa County is Poor, Fair, Good, Very Good, or Excellent?

6.   **Next, I'd like your opinion about specific services in Mesa County.**

(A) Would you say the overall quality of services provided by Mesa County government is Poor, Fair, Good, Very Good, or Excellent?

(B) The ease of locating Mesa County services is Poor, Fair, Good, Very Good, or Excellent?

(C) The ease of using Mesa County services is Poor, Fair, Good, Very Good, or Excellent?

   **(D THRU K READ AND ROTATE)**

(D) Efforts to assist Mesa County residents who are unemployed are Poor, Fair, Good, Very Good, or Excellent?

BLM_0047581

(E) The economic assistance and self-sufficiency programs provided by Mesa County are Poor, Fair, Good, Very Good, or Excellent?

(F) Mesa County services to protect children from abuse and/or neglect are Poor, Fair, Good, Very Good, or Excellent?

(G) Mesa County services to protect adults from abuse and/or neglect are Poor, Fair, Good, Very Good, or Excellent?

(H) Retail food safety efforts provided by the Mesa County Health Department are Poor, Fair, Good, Very Good, or Excellent?

(I) Medical clinic services provided by the Mesa County Health Department are Poor, Fair, Good, Very Good, or Excellent?

(J) Parent-focused programs, such as WIC and Nurse Family Partnership, provided by the Mesa County Health Department are Poor, Fair, Good, Very Good, or Excellent?

(K) Efforts by the Mesa County Health Department to promote wellness in our community are Poor, Fair, Good, Very Good, or Excellent?

**7. Now, I am going to ask you about other services in Mesa County**

**(A THRU L READ AND ROTATE)**

(A) The value of the Mesa County Fairgrounds to our residents is Poor, Fair, Good, Very Good, or Excellent?

(B) As an event, the Mesa County Fair is Poor, Fair, Good, Very Good, or Excellent?

(C) The availability of parks in your community is Poor, Fair, Good, Very Good, or Excellent?

(D) Would you say the maintenance of local parks is Poor, Fair, Good, Very Good, or Excellent?

(E) The number of walking and biking trails in the community is Poor, Fair, Good, Very Good, or Excellent?

(F) When registering vehicles and obtaining license plates through the Mesa County motor vehicle offices, would you say the services you receive are Poor, Fair, Good, Very Good, or Excellent?

(G) Mesa County's local election services are Poor, Fair, Good, Very Good, or Excellent?

(H) Do you feel ease of travel on Mesa County roads is Poor, Fair, Good, Very Good, or Excellent?

(I) Would you say the maintenance and repair of major Mesa County roads is Poor, Fair, Good, Very Good, or Excellent?

BLM_0047582

(J)  Do you feel code enforcement is Poor, Fair, Good, Very Good, or Excellent?

(K)  Would you say Mesa County's solid waste operations including landfill, hazardous waste, and composting facilities are Poor, Fair, Good, Very Good, or Excellent?

(L)  Public transportation is in Mesa County is Poor, Fair, Good, Very Good, or Excellent?

8.  **Next, I'm going to ask you about your perceptions of safety in Mesa County.**

(A)  Do you feel your sense of safety in your neighborhood during the day is Poor, Fair, Good, Very Good, or Excellent?

(B)  Do you feel your sense of safety in your neighborhood during the night is Poor, Fair, Good, Very Good, or Excellent?

(C)  Do you feel your sense of safety in Mesa County parks is Poor, Fair, Good, Very Good, or Excellent?

(D)  Would you say the overall quality of local law enforcement is Poor, Fair, Good, Very Good, or Excellent?

(E)  Do you feel the timeliness in which the Sheriff responds to emergencies is Poor, Fair, Good, Very Good, or Excellent?

(F)  Would you say crime prevention efforts by local government in your area are Poor, Fair, Good, Very Good, or Excellent?

(G)  Do you feel enforcement of local traffic laws is Poor, Fair, Good, Very Good, or Excellent?

(H)  Would you say animal control services are Poor, Fair, Good, Very Good, or Excellent?

(I)  Do you feel emergency planning and response in Mesa County is Poor, Fair, Good, Very Good, or Excellent?

9.  **Now, I'd like to ask you about Mesa County government future efforts.  On a scale of 1 to 5, with 1 being "not important," and 5 being "very important," please rate the importance of the follow:**

(A) Protecting and managing all public resources.

| Not Important | 1 | 2 | 3 | 4 | 5 | Very Important |
|---|---|---|---|---|---|---|

(B) Promoting public safety.

| Not Important | 1 | 2 | 3 | 4 | 5 | Very Important |
|---|---|---|---|---|---|---|

(C) Promoting a variety of industries that will support a healthy economy.

| Not Important | 1 | 2 | 3 | 4 | 5 | Very Important |
|---|---|---|---|---|---|---|

(D) Planning for infrastructure to maintain quality of life in the face of rapid growth.

**Not Important**        1        2        3        4        5        **Very Important**

(E) Promoting and protecting public health.

**Not Important**        1        2        3        4        5        **Very Important**

(F) Creating a community where individuals and families have opportunities to be self-sufficient.

**Not Important**        1        2        3        4        5        **Very Important**

(G) Providing parks outside of cities and towns.

**Not Important**        1        2        3        4        5        **Very Important**

(H) Expanding new sections of the Riverfront Trail.

**Not Important**        1        2        3        4        5        **Very Important**

**To conclude the survey, I am going to ask you a few demographic questions. The answers to these questions will help us classify the results we obtain and will only be used when combined with the hundreds of other interviews conducted for this survey.**

**10. Have you used the 211 phone information service during the past year?**

_____(1) Yes      _____(2) No

**11. Approximately how long have you lived in Mesa County?** _____years

**12. In which of the following categories is your age?**

_____(1) 18-35 years      _____(2) 35-44 years      _____(2) 45-54 years      _____(2) 55-64 years      _____(2) 65+

**13. What is your home Zip Code?** _____

**14. Respondent's Sex (DO NOT ASK)** _____(1) Male      _____(2) Female

**15. OPEN ENDED: Before we end the survey do you have any comments that you would like to make? (RECORD VERBARTIM)**

**THIS CONCLUDES THE SURVEY.  MESA COUNTY THANKS YOU FOR YOUR TIME.**

**_ENTER THE FOLLOWING FROM CALL SHEET:_**

**STREET ADDRESS:** _____

**CITY:** _____      **ZIP:** _____

BLM_0047584

# Mesa County
# 2013 Citizen Attitude Survey

## APPENDIX A:
## BENCHMARKING ANALYSIS

**Submitted to**



**ETC Institute**
**725 W. Frontier Circle**
**Olathe, KS**
**66061**

**April 2013**

BLM_0047585

Mesa County 2013 Citizen Attitude Survey: Appendix A - Benchmarking Analysis

# National Benchmarks

**Note:  The benchmarking data contained in this report is protected intellectual property.  Any reproduction of the benchmarking information in this report by persons or organizations not directly affiliated with Mesa County is not authorized without written consent from ETC Institute.**

**The following states are included in the Mountain Region: Montana, Idaho, Wyoming, Colorado, Utah, Nevada, Arizona and New Mexico**



ETC Institute (2013)                                                                                    A - 1

BLM_0047586

Mesa County 2013 Citizen Attitude Survey: Appendix A - Benchmarking Analysis





ETC Institute (2013)                                                                                           A - 2

BLM_0047587

Mesa County 2013 Citizen Attitude Survey: Appendix A - Benchmarking Analysis





ETC Institute (2013)                                                                 A - 3

BLM_0047588

Perceptions of Safety
Mesa County vs. Mountain Region vs. the U.S.
by percentage of respondents who gave a positive rating: 3, 4 or 5 on a 5-point scale (excluding don't knows)
Feeling of safety in neighborhoods during the day
96%
97%
97%
Feeling of safety in neighborhoods at night
91%
90%
86%
Local law enforcement
88%
87%
90%
Emergency planning and response
87%
87%
88%
Feeling of safety in County parks
84%
86%
87%
Sheriff response time to emergencies
84%
91%
89%
Animal control services
82%
86%
87%
Enforcement of local traffic laws
81%
91%
90%
Crime prevention efforts
80%
87%
88%
0%
20%
40%
60%
80%
100%
120%
Mesa County
Mountain
U.S.
Source: 2013 ETC Institute

# Mesa County
# 2013 Citizen Attitude Survey

## APPENDIX B: GIS MAPPING

**Submitted to**



ETC Institute
725 W. Frontier Circle
Olathe, KS
66061

April 2013

BLM_0047590

# Interpreting the Maps

The maps on the following pages show the mean ratings for several questions on the survey by zip code.  If all areas on a map are the same color, then residents generally feel the same about that issue regardless of the location of their home.

When reading the maps, please use the following color scheme as a guide:

- **DARK/LIGHT BLUE** shades indicate <u>POSITIVE</u> ratings.  Shades of blue generally indicate ratings of "excellent" or "good" or residents felt the item in question was important.

- OFF-WHITE shades indicate <u>NEUTRAL</u> ratings. Shades of neutral generally indicate that residents thought the quality of service delivery is adequate or residents were not sure of the item in question.

- **ORANGE/RED** shades indicate <u>NEGATIVE</u> ratings.  Shades of orange/red generally indicate ratings of "fair" or "poor" or residents felt the item in question was not important.

BLM_0047591

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





BLM_0047592

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





ETC Institute (2013)                                                                                    B - 3

Q1d Ratings of Mesa County as a place to live
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as neded)

Q1e Ratings of Mesa County as a place to raise a family
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as neded)

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





ETC Institute (2013)

B - 5

BLM_0047595

Q2a Ratings of the availability of information about County services

Q2b Ratings of Mesa County's efforts to keep you informed

Q2c Ratings of the opportunities for the public to be involved in local decisions
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as needed)

Q2d Ratings of the quality of the Mesa County website
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as needed)

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





ETC Institute (2013)                                                                 B - 8

BLM_0047598

Q3d Ratings of the timeliness in which Mesa County responded to requests
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as needed)

Q3e Ratings of the accuracy of the information you were given by County employees
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as needed)

Q3f Overall ratings for how well issues were handled when residents contacted the County
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as needed)

Q5a Ratings of how well Mesa County is managing growth
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as needed)

Q5b Ratings of the overall value of Mesa County taxes and fees
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as neded)
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)

Q5c Ratings of the efforts by Mesa County officials to manage fiscal responsibilities
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as neded)
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





ETC Institute (2013)

B - 12

BLM_0047602

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





ETC Institute (2013)                                                             B - 13

BLM_0047603

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





BLM_0047604

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





ETC Institute (2013)                                                                    B - 15

BLM_0047605

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





ETC Institute (2013)                                                                              B - 16

BLM_0047606

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





BLM_0047607

Q6h Ratings of retail food safety efforts provided
by the Mesa County Health Department
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as needed)
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)

Q6i Ratings of the medical clinic services provided
by the Mesa County Health Department
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as needed)
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





ETC Institute (2013)                                                                 B - 19

BLM_0047609

Q7a Ratings of the value of the Mesa County Fairgronds
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as neded)
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)

Q7b Ratings of the Mesa County Fair as an event
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as neded)
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





ETC Institute (2013)                                                                    B - 21

BLM_0047611

Q7e Ratings of the number of walking and biking trails in the City
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as needed)

Q7f Ratings of the services you receive when registering vehicles and obtaining license plates
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as needed)

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





ETC Institute (2013)                                                                B - 23

BLM_0047613

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





ETC Institute (2013)                                                                                        B - 24

BLM_0047614

Q7k Ratings of Mesa County's solid waste operations
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as neded)

Q7l Ratings of public transportation in Mesa County
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as neded)

Q8a Ratings of the sense of safety in neighborhoods during the day
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as neded)

Q8b Ratings of the sense of safety in neighborhoods at night
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as neded)

Q8c Ratings of your sense of safety in Mesa County parks
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as needed)

Q8d Ratings of the overall quality of local law enforcement
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as needed)

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





ETC Institute (2013)                                                                                    B - 28

BLM_0047618

Q8g Ratings of the enforcement of local traffic laws
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as neded)

Q8h Ratings of animal control services in Mesa County
LEGEND
Mean rating
on a 5-point scale, where:
1.0-1.8 Poor
1.8-2.6 Fair
2.6-3.4 Good
3.4-4.2 Very Good
4.2-5.0 Excellent
Other (no responses)
Mesa County 2013 Citizen Attitude Survey
Shading reflects the mean rating for all respondents by ZIP Code (merged as neded)

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





ETC Institute (2013)                                                                 B - 30

BLM_0047620

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





ETC Institute (2013)                                                                              B - 31

BLM_0047621

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





ETC Institute (2013)                                                                B - 32

BLM_0047622

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping





ETC Institute (2013)                                                                                      B - 33

BLM_0047623

Mesa County 2013 Citizen Attitude Survey: Appendix B - GIS Mapping



BLM_0047624

## POTENTIAL USES AND ABUSES OF
## DIVERSITY CONCEPTS IN WILDLIFE MANAGEMENT

John Faaborg
Div. Bio. Sci., Univ. Mo.-Columbia

ABSTRACT: Several recent advances in avian community ecology necessitate a reevaluation of some management techniques applied to non–game wildlife. While maximizing habitat diversity or "edge" benefits many species and may yield a maximum avian diversity on a site, it may do so at the expense (and possible exclusion) of habitat–specialist species. This pattern is accentuated by recent discoveries concerning the minimum area required to maintain viable populations of many species. Thus, while maximizing habitat diversity may maximize avian diversity on a site, similar management plans throughout an area could potentially reduce the total diversity of wildlife in the area.

KEY WORDS: Wildlife management, diversity, nongame birds, area requirements

There is always a time lag as principles discovered by pure scientists are transformed into applied procedures. In the field sciences, this delay often occurs in the conversion of ecological principles into management practices (Nudds, 1979). In addition, many "game" departments have in recent years converted to "wildlife" management, with the expectation that these "new" departments can design management practices applicable both to game and nongame wildlife. I will continue to use the game–nongame distinction despite the relevant comments of Brocke (1979). In many cases, few new personnel have accompanied such expansions in emphasis.

All of these factors tend to promote a gap between the state of knowledge of ecological factors and management practices for wildlife, particularly nongame wildlife. A general management philosophy has arisen that is generally good for game species and conforms to some ecological principles which make it advantageous for many nongame species. While such a philosophy is beneficial when applied to many situations, it ignores certain recent advances in ecological knowledge and could have some very negative effects if extended to all habitats. Here I want to describe briefly the logic behind such a plan and the problems with it, at least as far as nongame birds are concerned. Studies on the management of other nongame animals are virtually nonexistant. More detailed explanations of the topics covered can be found in the papers cited. While the principles discussed apply to nearly all habitats, variation between habitats and between bird species necessitates speaking in generalities. Hopefully this discussion will stimulate further research and help management agencies reevaluate their overall management policies.

*Some General Principles of*
*Nongame Wildlife Management*

Game managers have historically concerned themselves with a relatively small number of species. When many of these same individuals became wildlife managers, they were confronted with a rather vast array of species for which few management practices existed. Under the sponsorship of the U.S. Forest Service, several recent symposia have been held on the management of nongame birds in

BLM_0047625

various habitats (Smith, 1975; DeGraaf 1978a, b; DeGraaf and Evans, 1979). While some of the latter papers were rather sophisticated, the early approaches looked at studies in avian community ecology to try to delineate management practices. In particular, they focused on studies in avian diversity along successional gradients and studies on the interrelationship between avian diversity and foliage structure.

In general, the successional studies examined the number or diversity of bird species along successional gradients. These studies (Kendeigh, 1946; Johnston and Odum, 1956; Shugart and James, 1973; Balda, 1975; Gates and Gysel, 1978; Edgerton and Thomas, 1978) regularly showed a rapid increase in avian diversity during the development of early forest stages, with reduced or stable diversity in later, mature forest stages. It is not surprising that the structurally simple grassland–prairie stages and the homogeneous stands of mature forest do not contain the diversity of the intermediate stages. In part, this is because they are pure habitat types and do not contain the mosaic of habitats characteristic of the mid–successional condition. Figure 1 conceptualizes the habitat characteristics of a set of species on a successional gradient. The number on the top of the figure shows how the total number of species is maximized at intermediate successional stages. The management implications drawn from observations like these were to promote mid–successional conditions to maximize diversity. One way to do this was to increase the amount of forest–field edge (Thomas et al., 1978).

Interpretations of the classic MacArthur and MacArthur (1961) bird species diversity (BSD) versus foliage height diversity (FHD) regression reinforced this management decision. MacArthur and MacArthur found the greatest diversity of birds (using information theoretic measures of diversity) in forests with the most uniform distribution of vegetation in three measured layers. Karr and Roth (1971) converted their FHD measurements onto a successional gradient to show the rapid increase in BSD as forest stages of succession were attained. Since maximum FHD may be found in mid–successional forests and a decreased FHD often occurs in mature forests, the implication is that to maximize BSD (which has some logical flaws by itself (Willson, 1974; Wiens, 1978)) one should maximize FHD by keeping vegetation in early stages of succession or by making lots of edge between habitats.

When presented with these nongame management suggestions, it is easy to see how game managers could have been very comfortable with them. In one way or another, these management practices amounted to increasing "edge", the interface between fields and forests (Siderits and Radtke, 1977; Thomas et al., 1978). If there has been one overriding principle in game management over the years, it was that increasing edge favored most game species. Now it had been suggested that maintaining mid–successional stages with lots of edge was valuable for both game and nongame wildlife.

BLM_0047626



Figure 1.   Conceptualized array of species habitat utilizations along a successional gradient showing the many mid– to late–successional species with broad habitat tolerances and the species with narrow preferences for early or late stages. The total number of species found during each stage is shown at the top. Actual patterns like this can be found in Johnston and Odum (1956) and others.

Figure 2 is an example of this management philosophy in a form very similar to that actually presented by a wildlife management agency. It starts with a section of land divided into four quarters. One quarter–section of land is mature timber, one prairie or grassland, one cropland, and one brushy old field or early successional forest (Figure 2A). It is suggested that this is poor wildlife habitat in as much as some of the large blocks of habitat are relatively low diversity habitats and species found largely in edge conditions are limited to small habitat strips. A

BLM_0047627

CROPLAND
YOUNG WOODLAND
MATURE WOODLAND
GRASSLAND · PRAIRIE

Figure 2.  A conceptualization of the common management plan for wildlife. Figure 2A on the left is considered inferior to 2B because the latter has increased amounts of edge and thus increased diversity in all quarter sections.

BLM_0047628

Case No. 1:20-cv-02484-MSK   Document 41-1   filed 04/27/21   USDC Colorado   pg 93 of 139

supposedly better alternative is conceptualized in Figure 2B, where the 160 acres of each habitat type is divided into small parcels and those parcels are interspersed throughout the section. This creates lots of edge while retaining the original amounts of each habitat and is supposedly a better management technique for wildlife. A specific example of a species affected by this model is the bobwhite (*Colinus virginianus*); only one covey could exist in the situation found in 2A, while several could be found in 2B. The same could be said for many nongame species.

### Weakness of the Management Plan

The logic of increasing edge in areas of cropland or pasture is generally solid. If widely applied to areas of mature forest or prairie, as suggested by some management plans, it could be detrimental to the overall situation for an area's wildlife. There are two basic problems with the logic of managing to maximize the diversity of every area; problems which work together over broad geographic scale to make wide application of this philosophy ill-advised.

*The fallacies of maximizing diversity.* Faced with a large set of nongame species, many management plans have focused on ways to maximize the diversity of forms. As we have seen, such maximization usually occurs in the mid-successional stages, so management for the high-edge conditions results in the most species in an area. While this is good in many situations, if it was done for every square mile, it would reduce the number of species in a state. To understand this, we must first understand that ecologists recognize several forms of diversity. One of these is called habitat, site, or alpha diversity and includes measures of species number on small areas like the above mentioned square mile or parts of it. Another form of diversity, total or gamma diversity, measures all the species in a geographic area. Looking back at Figure 1, we see certain species restricted to grassland or mature woodland habitats. These habitats are relatively low in alpha diversity. Management of an area for maximal alpha diversity (as in Figure 2B) could exclude certain species if the habitat patches were smaller than the required territory size or if the reduced habitat size affected the search images used by a bird to select the proper habitat (James, 1971). If the alpha diversity of every square mile of a state such as Missouri were maximized through such management, you would get a uniformly high alpha diversity, but this would reduce the gamma diversity by excluding those species adversely affected by small habitat patches.

*Minimal area requirements.* Potential losses of species through the above logic are compounded by a phenomenon whose discovery is one of the biggest breakthroughs in applied ecology in recent years. I refer to the application of island biogeographic theory (MacArthur and Wilson, 1963; 1967) to the design of nature reserves (Terborgh, 1974; Diamond, 1975a; Wilson and Willis, 1975; Forman et al., 1976; Galli et al., 1976; Whitcomb et al., 1977; Picton, 1979). Just as oceanic islands have patterns in the number of species that occur depending on island size and location, habitat islands with larger areas can maintain higher species densities. Such patterns have been shown for several montane

BLM_0047629

"islands" of habitat (Vuilleumier, 1970; Johnson, 1975; Brown, 1971, 1978; Mulkey, 1979). More importantly as far as management is concerned, as a large block of habitat is reduced to small, isolated blocks, island dynamics cause a reduction in the number of species that can survive in the remaining habitat patches. A one square mile tract of forest that is part of a large forested area contains more forest species than a similar–sized area surrounded by fields. There seem to be distinct qualitative patterns also, such that different species need different minimum areas to survive (Faaborg, 1979; Whitcomb et al., 1977; Diamond, 1975b; Robbins, 1979; Stauffer and Best, 1980). Table 1 lists some estimated minimum areas for species found in Missouri. Many migratory forest warblers seem quite sensitive to these area effects, while Samson (unpublished)

Table 1. Estimated minimum areas required for the maintenance of populations of area–sensitive Missouri birds (from Robbins, 1979).

| Species | Minimum Area (acres) |
|---|---|
| Red-shouldered Hawk (Buteo lineatus) | 250 |
| Acadian Flycatcher (Empidonax virescens) | 80 |
| Wood Thrush (Hylocichla mustelina) | 250 |
| Yellow-throated Vireo (Vireo flavifrons) | 250 |
| Red-eyed Vireo (Vireo olivaceus) | 250 |
| Black and White Warbler (Mniotilta varia) | 750 |
| Prothonotary Warbler (Protonotaria citrea) | 250 |
| Worm-eating Warbler (Helmitheros vermivorous) | 750 |
| Northern Parula Warbler (Parula americana) | 250 |
| Ovenbird (Seiurus aurocapillus) | 6550 |
| Louisiana Waterthrush (Seiurus motacilla) | 250 |
| Kentucky Warbler (Oporornis formosus) | 80 |
| Hooded Warbler (Wilsonia citrina) | 80 |
| Scarlet Tanager (Piranga olivacea) | 250 |
| Summer Tanager (Piranga rubra) | 250 |

BLM_0047630

has found several Missouri prairie species only on prairie tracts of large size. Although 160 acres in size, the University of Missouri's Tucker Prairie is now nearly lacking in prairie–adapted birds, in part because it is so isolated from other prairie areas. Even wetland birds may be susceptable to these effects (Weller, 1979). Thus, acceptable habitat patches that could hold several territories of a species may not contain any due to these area constraints.

What does this say for the above model? Breaking the forest and prairie tracts into small parcels may mean that many prairie and mature forest species will no longer be able to survive on the section of land. A 160 acre tract of prairie or forest has distinct advantages over 4 40–acre or 8 20–acre tracts. Breaking up the large tracts will increase edge and edge species, but it does so at the expense of any area sensitive species. We know so little about the actual areas needed for most species that even edge species may be affected when areas are too small.

Other, presently unknown factors also may be important. In an intriguing paper, Gates and Gysel (1978) documented the increase in diversity along forest–field edges as discussed earlier. Accompanying this increase, though, was a tremendous increase in nest predation. This led Gates and Gysel to suggest that these edge habitats served as "ecological traps" to species which had evolved adaptations to large expanses of vegetation without the predation pressures of forest edge.

This all suggests that we need to know much more before we design far–reaching wildlife management programs. While increasing edge seems to be an excellent wildlife management procedure for farms or other disturbed habitats, application of this principle to all habitats could be ecologically disastrous. Today's wildlife managers need to be aware of the effects of habitat area on all forms of diversity. More knowledge of the habitat and minimum area requirements of species is required. Following the guidelines of Wilson and Willis (1975), managers need to adopt regional approaches to management to maximize the value of each area. They also must be aware of time lags associated with successional stages, in particular to insure adequate areas of early and late stage communities. Some managers have suggested limitations on prairie burning or cutting holes in forests to increase diversity. While limited amounts of such management might not disturb the integrity of prairie or woodland systems, at the present time we know so little about the actual minimal areas tolerated by most species that a conservative approach is probably best. This approach should attempt to maximize the size of critical habitats and must take into account both alpha and gamma diversity patterns. A truly modern wildlife management formula must include an awareness of these area dynamics or it may be working against many of its long–range purposes.

**Acknowledgements.** This paper benefitted from discussions with Janice E. Winters, a former Assistant Wildlife Biologist with the Missouri Department of Conservation, and Fred B. Samson, Missouri Cooperative Wildlife Research Unit, although they do not necessarily share the author's viewpoints. They both also gratefully made comments on early versions of the manuscript.

BLM_0047631

48                     Transactions, Missouri Academy of Science                     [Vol. 14

## LITERATURE CITED

Balda, R.P. 1975. Vegetation structure and breeding bird diversity. In Proceedings of the symposium on management of forest and range habitats for nongame birds. U.S. Dept. Agric. For. Serv., Gen. Tech. Rep. WO–1, 343 p.

Brocke, R.H. 1979. The name of the nongame. Wildlife Soc. Bull. 7: 279–282.

Brown, J.H. 1971. Mammals on mountaintops: nonequilibrium insular biogeography. Amer. Natur. 105: 467–478.

———————— . 1978. The theory of insular biogeography and the distribution of boreal birds and mammals. Great Basin Naturalist Memoirs 2: 209–227.

DeGraaf, R.M. (ed.) 1978a. Proceedings of the workshop on nongame bird habitat management in the coniferous forests of the Western United States. U.S. Dept. Agric., For. Serv., Gen. Tech. Rep. PNW–64, 100 p.

———————— . 1978b. Proceedings on the workshop management of southern forests for nongame birds. U.S. Dept. Agric., For. Serv., Gen. Tech. Rep. SE–14, 176 p.

———————— . and K.E. Evans. (eds.) 1979. Workshop proceedings management of north central and northeastern forests for nongame birds. U.S. Dept. Agric., For. Serv., Gen. Tech. Rep. NC–51, 268 p.

Diamond, J.M. 1975a. The island dilemma: lessons of modern biogeographic studies for the design of natural reserves. Biol. Cons. 7: 129–146.

———————— . 1975b. Assembly of species communities. In M.L. Cody and J.M. Diamond (eds.), Ecology and evolution of communities. Belknap, Cambridge, Mass.

Edgerton, P.J. and J.W. Thomas. 1978. Silvicultural options and habitat values in coniferous forests. In Proceedings of the workshop on nongame bird habitat management in the coniferous forest of the western United States. U.S. Dept. Agric., For. Serv., Gen. Tech. Rep. PNW–64.

Faaborg, J. 1979. Qualitative patterns of avian extinction on neotropical land–bridge islands: lessons for conservation. J. of Appl. Ecology 16: 99–107.

Forman, R.T.T., A.E. Galli, and C.F. Leck. 1976. Forest size and avian diversity in New Jersey woodlots with some land use implications. Oecologia 26: 1–8.

Galli, A., C.F. Leck, and R.T.T. Forman. 1976. Avian distribution patterns in forest islands of different sizes in central New Jersey. Auk 93: 356–364.

Gates, J.E. and L.W. Gysel. 1978. Avian nest dispersion and fledging success in field–forest ecotones. Ecology 59: 871–883.

James, F.C. 1971. Ordinations of habitat relationships among breeding birds. Wilson Bull. 83: 215–236.

Johnson, N.K. 1975. Controls of number of bird species on montane islands in the Great Basin. Evolution 29: 545–657.

Johnston, D.W. and E.P. Odum. 1956. Breeding bird populations in relation to plant succession on the Piedmont of Georgia. Ecology 37: 50–62.

Karr, J.R. and R.R. Roth. 1971. Vegetation structure and avian diversity in several New World areas. Amer. Natur. 105: 423–435.

Kendeigh, S.C. 1946. Breeding birds of the beech–maple–hemlock community. Ecology 27: 226–245.

MacArthur, R.H. and J.W. MacArthur. 1961. On bird species diversity. Ecology 42: 594–598.

———————— . and E.O. Wilson. 1963. An equilibrium theory of insular zoogeography. Evolution 17: 373–387.

———————— . 1967. The theory of island biogeography. Princeton Univ. Press, Princeton, N.J.

Mulkey, S.S. 1979. Birds of south central Canadian habitat islands: a biogeographic survey of distribution and abundance. Unpublished M.S. thesis, University of Missouri–Columbia.

Nudds, T.D. 1979. Theory in wildlife conservation and management. N. Amer. Wildl. Nat. Res. Conf. 44: 277–288.

Picton, H.D. 1979 The application of insular biogeographic theory to the conservation of large mammals in the northern Rocky Mountains. Biol. Cons. 15: 73–79.

Robbins, C.S. 1979. Effect of forest fragmentation on bird populations. In Management of north central and northeastern forests for nongame birds. U.S. Dept. Agric., For. Serv., Gen. Tech. Rep. NC–51, 268 p.

Shugart, H.H. Jr. and D. James. 1973. Ecological succession of breeding bird populations in northwestern Arkansas. Auk 90: 62–77.

Siderits, K. and R.E. Radtke. 1977. Enhancing forest wildlife through diversity. Trans. N. Amer. Wildl. Nat. Resource Conf. 42: 425–434.

Smith, D.R. (ed.) 1975. Proceedings of the symposium on management of forest and range habitats for nongame birds. U.S. Dept. Agric., For. Serv., Gen. Tech. Rep. WO–1.

Stauffer, D.F. and L.B. Best. 1980. Habitat selection by birds of riparian communities: evaluating effects of habitat alterations. J. Wildl. Manage. 44: 1–15.

BLM_0047632

Terborgh, J. 1974. Preservation of natural diversity: the problem of extinction prone species. BioScience 24: 715–722.

Thomas, J.W., C. Maser, and J.E. Rodiek. 1978. Edges—their interspersion, resulting diversity and its measurement. In Proceedings of the workshop on nongame bird habitat management in the coniferous forests of the Western United States. U.S. Dept. Agric., For. Serv., Gen. Tech. Rep. PNW–64, 100 p.

Vuilleumier, F. 1970. Insular biogeography in continental regions. The northern Andes of South America. Amer. Natur. 104: 373–388.

Weller, M.W. 1979. Birds of some Iowa wetlands in relation to concepts of faunal preservation. Proc. Iowa Acad. Sci. 86: 81–88.

Whitcomb, R.F., J.F. Lynch, P.A. Opler, and C.S. Robbins. 1976. Island biogeography and conservation: strategy and limitations. Science 193: 1027–1029.

Wiens, J.A. 1978. Nongame bird communities in northwestern coniferous forests. In Proceedings of the Workshop on nongame bird habitat management in the coniferous forests of the western United States. U.S. Dept. Agric., For. Serv., Gen. Tech. Rep. PNW–64, 100 p.

Willson, M.F. 1974. Avian community organization and habitat structure. Ecology 55: 1017–1029.

Wilson, E.O. and E.O. Willis. 1975. Applied biogeography. In M.L. Cody and J.M. Diamond (eds.), Ecology and evolution of communities. Belknap, Cambridge, Mass.

BLM_0047633

**University of Nebraska - Lincoln**
# DigitalCommons@University of Nebraska - Lincoln

USGS Staff -- Published Research                                    US Geological Survey

2013

# A review of environmental impacts of salts from produced waters on aquatic resources

Aida M. Farag
*U.S. Geological Survey*, aida_farag@usgs.gov

David D. Harper
*U.S. Geological Survey*

Follow this and additional works at: http://digitalcommons.unl.edu/usgsstaffpub

Part of the Geology Commons, Oceanography and Atmospheric Sciences and Meteorology Commons, Other Earth Sciences Commons, and the Other Environmental Sciences Commons

Farag, Aida M. and Harper, David D., "A review of environmental impacts of salts from produced waters on aquatic resources" (2013). *USGS Staff -- Published Research.* Paper 916.
http://digitalcommons.unl.edu/usgsstaffpub/916

This Article is brought to you for free and open access by the US Geological Survey at DigitalCommons@University of Nebraska - Lincoln. It has been accepted for inclusion in USGS Staff -- Published Research by an authorized administrator of DigitalCommons@University of Nebraska - Lincoln.

BLM_0047634

International Journal of Coal Geology 126 (2014) 157–161



Contents lists available at ScienceDirect

# International Journal of Coal Geology

journal homepage: www.elsevier.com/locate/ijcoalgeo



# A review of environmental impacts of salts from produced waters on aquatic resources



Aïda M. Farag [*], David D. Harper

U.S. Geological Survey, CERC —Jackson Field Research Station, Jackson, WY, USA

ARTICLE INFO

Article history:
Received 5 July 2013
Received in revised form 10 December 2013
Accepted 12 December 2013
Available online 21 December 2013

Keywords:
Water quality
Salt
Cl⁻
HCO₃⁻
Unconventional oil and gas
Coal bed natural gas

ABSTRACT

Salts are frequently a major constituent of waste waters produced during oil and gas production. These produced waters or brines must be treated and/or disposed and provide a daily challenge for operators and resource managers. Some elements of salts are regulated with water quality criteria established for the protection of aquatic wildlife, e.g. chloride ($Cl^-$), which has an acute standard of 860 mg/L and a chronic standard of 230 mg/L. However, data for establishing such standards has only recently been studied for other components of produced water, such as bicarbonate ($HCO_3^-$), which has acute median lethal concentrations (LC50s) ranging from 699 to >8000 mg/L and effects on chronic toxicity from 430 to 657 mg/L. While $Cl^-$ is an ion of considerable importance in multiple geographical regions, knowledge about the effects of hardness (calcium and magnesium) on its toxicity and about mechanisms of toxicity is not well understood. A multiple-approach design that combines studies of both individuals and populations, conducted both in the laboratory and the field, was used to study toxic effects of bicarbonate (as NaHCO₃). This approach allowed interpretations about mechanisms related to growth effects at the individual level that could affect populations in the wild. However, additional mechanistic data for $HCO_3^-$ related to the interactions of calcium ($Ca^{2+}$) precipitation at the microenvironment of the gill would dramatically increase the scientific knowledge base about how NaHCO₃ might affect aquatic life. Studies of the effects of mixtures of multiple salts present in produced waters and more chronic effect studies would give a better picture of the overall potential toxicity of these ions. Organic constituents in hydraulic fracturing fluids, flowback waters, etc. are a concern because of their carcinogenic properties and this paper is not meant to minimize the importance of maintaining vigilance with respect to potential organic contamination.

Published by Elsevier B.V.

## 1. Introduction

Though the organic constituents used during the hydraulic fracturing process have been the subject of much public attention, the contribution of the salt content in large volumes of produced and flowback waters must also be addressed. Scientific data related to individual salts and mixtures would characterize their ecosystem effects independent of those that are specific and unique to hydrocarbons. To summarize the current state of knowledge, this paper will provide a summary of current issues related to the effects of salts, especially the ions chloride ($Cl^-$) and bicarbonate ($HCO_3^-$), on aquatic resources.

The toxicity of salt from produced waters is not a new concept; research on its acute toxicity was investigated by Mount et al. (1997), who developed a model to define toxicity of various salts on a few aquatic species. Salt content (and related conductivity) of produced waters was the topic of a 2012 EPA workshop, and the acute and chronic toxicity of these salts is the focus of some USGS research studies

(Farag and Harper, 2012). Some ionic components of produced waters are regulated with water quality criteria established for the protection of aquatic wildlife (e.g. $Cl^-$), but data adequate for establishing such standards has only recently been studied for other elements (e.g. $HCO_3^-$). Even when individual ions are regulated, additional issues arise due to total dissolved solids and salt absorption ratios (Farag et al., 2010).

Previous research determined that different ions (and salts they form) induce varying degrees of toxicity to aquatic life (Young, 1923; Rawson and Moore, 1944; Nelson, 1968; Mossier, 1971; Held and Peterka, 1974). Mount et al. (1997) completed more than a thousand acute experiments and developed a multiple regression model that described the toxicity of common ions in various combinations to zooplankton and fathead minnows (Pimephales promelas, FHM). One of the most pivotal findings of Mount et al. (1997) was that all major ions have a lethal concentration, and that the toxicity of a mixture of salts is generally equivalent to the additive toxicity of the individual salts.

Furthermore, data gaps exist in our understanding of the mechanisms by which salts affect individual organisms. The most prevalent theories include ionoregulatory upset with associated enzyme level changes. Understanding the mechanisms of toxicity becomes especially

* Corresponding author at: P.O. Box 1089, Jackson, WY 83001, USA. Tel.: +1 307 733 2314x11.
E-mail address: aida_farag@usgs.gov (A.M. Farag).

0166-5162/$ – see front matter. Published by Elsevier B.V.
http://dx.doi.org/10.1016/j.coal.2013.12.006

This document is a U.S. government work and is not subject to copyright in the United States.

important when one attempts to interpret changes at the population level.

Multiple-approaches are needed to more completely define the potential toxicity of salt ions on aquatic life. Approaches should define the potential effects on individual organisms and populations and bridge laboratory and field studies, thereby enhancing the understanding of the potential effects of salts on aquatic resources (Fig. 1). It is the intersection of information as gathered from the individual organism with effects at the population level (moving left to right on Fig. 1), and the intersection of data gathered from the laboratory and the field (moving top to bottom on Fig. 1), that provide the ability to predict the overall effects of salts in real world conditions.

Studies that follow this multiple-approach design include: 1. Acute and chronic laboratory experiments using water that mimics field conditions and provide data to determine no-effect level (NOEL) concentrations. 2. Investigations of the mechanisms of toxicity to allow interpretations of changes that can affect growth and ultimately survival. 3. Field surveys and in situ bioassays to ground truth laboratory data and refine information about lifestage sensitivity and potential population level effects. This multiple-approach type of study design should include experiments on multiple species as suggested for the development of water quality criteria to protect aquatic life (Stephan et al., 1985).

## 2. Sodium chloride

Sodium chloride (NaCl) is a highly soluble naturally occurring salt commonly found with natural gas and oil reserves throughout the world. Most oil and gas deposits are the result of catagenesis and metagenesis of the residual marine-derived biogenic organic matter (Libes, 2009). Through complex geological processes, salt brines located within oil and gas producing strata can be highly concentrated, some much more concentrated than sea water (Thamke and Craigg, 1997; Iampen and Rostron, 2000; Whittemore, 2007). Most high salinity brines (>35 g/L TDS) contain chloride as their only major anion. To effectively remove oil or natural gas, water must be pumped out, or co-produced. Through the use of horizontal drilling and hydraulic fracturing, hydrocarbons can now be economically extracted in areas such as the Bakken Formation (North Dakota and Montana, northwestern USA, and Saskatchewan, western CA), the Barnett Shale (Texas, southcentral USA), and the Marcellus Shale (New York, Pennsylvania, Ohio, West Virginia and Virginia, eastern USA). However, the volume of NaCl-enriched waters produced can exceed the amount of oil or gas over the lifespan of the well (Veil et al. 2004). A general ratio of brine to oil produced is 2:1 for conventional oil wells, however, Veil et al. (2004), reported that the volume of brine to oil increases over the life span of the well and produced water approached 10:1. This estimate



**Fig. 1.** A multiple-approach design needed to define the potential effects of salts at both the individual and population levels, and to move the understanding from the laboratory to the field. The star indicates where the data from the four approaches intersect to advance the state of knowledge.

was made before the rapid increase in the use of horizontal drilling and hydraulic fracturing techniques which may delay or reduce water production (Veil et al., 2004), but may also increase total water production (Boysen, 2012). Regardless of the oil:water ratio, it is expected that increased oil production will require the construction of an additional 540 saltwater disposal sites before peak production in the early 2020s in North Dakota alone (KLJ Consulting, 2012).

While Cl⁻ is essential for biological function of aquatic organisms, large concentrations can disrupt ion balance. Freshwater aquatic organisms exist in a hypo-osmotic environment (internal dissolved solid concentrations are greater than the surrounding water) which requires the movement of ions to maintain ionic stasis against an osmotic gradient. This is accomplished, in part, by chloride cells, also called ionocytes or mitochondria-rich cells (Hobe et al., 1984; Perry, 1997). Chloride cells are found within membranes located in the gill or epithelium, and use energy to pump ions against an osmotic gradient (Wilson and Laurent, 2002). Chloride transfer mechanisms are also important in the movement of other ions into and out of aquatic organisms as required for biological function. When $Cl^-$ concentrations become large enough, they can interfere with ion regulation. While not well understood, it is believed that when concentrations become large enough, the ability to move $Cl^-$ and other ions becomes impaired, resulting in the inability to retain osmotic homeostasis and ionic balance.

Sodium chloride in produced water has been the subject of concern because of the potentially toxic effects of $Cl^-$ on aquatic organisms, and the physical alteration of soil structure that can occur when it is exposed to $Na^+$. In an investigation of oil field discharge from conventional oil fields in Wyoming, Boelter et al. (1992) observed reduced survival and reproduction of *Ceriodaphnia dubia*. Major inorganic ions ($Na^+$, $K^+$, $HCO_3^-$, $Cl^-$ and $CO_3^{2-}$) appeared to be the cause of toxicity, and trace metals and nonpolar organic compounds did not contribute to toxicity. In a study to predict the toxicity of major ions to aquatic organisms, Mount et al. (1997) found that *C. dubia* were quite sensitive to NaCl toxicity, with an acute 48 h median lethal concentration (LC50) of 1040 mg/L. Toxicity was primarily attributed to the co-occurring anion of salts containing $Na^+$ and $Ca^{2+}$. Thus, in produced waters containing predominantly NaCl, most of the toxicity was attributed to $Cl^-$. The USEPA water quality criterion established for the protection of aquatic life is 860 mg/L (U.S. Environmental Protection Agency, 1988) and is based on a series of experiments conducted on multiple species from various phyla.

Chronic toxicity to $Cl^-$ can occur at much lower concentrations than acute exposures. The USEPA established a chronic water quality criterion for $Cl^-$ of 230 mg/L in 1988 (U.S. Environmental Protection Agency, 1988). In a study of the effects of water hardness on $Cl^-$ toxicity, Elphick et al. (2011), found that increased availability of $Ca^{2+}$ ions can ameliorate the toxic effects of $Cl^-$. In this study, survival and reproduction of *C. dubia* were affected in concentrations as low as 132 and 117 mg/L $Cl^-$ respectively, in very soft water (10 mg as CaCO₃). However, survival and reproduction were strongly correlated with water hardness, indicating that water quality criterion may not be protective in soft waters less than 40 mg CaCO₃/L, and overly conservative in hard waters exceeding 100 mg CaCO₃/L.

As the potentially harmful effects of $Cl^-$ associated with oil and natural gas produced waters became better understood, disposal practices changed over time and have become more restricted and regulated. During early extraction activities, produced waters and brines were often pumped into un-lined evaporation reserve pits or simply pumped into receiving waters and drainage trenches (Gorman, 1999; Otton et al., 2005). The result of these disposal methods was often the contamination of ground and surface waters, salt scarring, erosion caused by the death of surface vegetation, and the dominance of salt tolerant organisms. Initial attempts to prevent leakage were through the use of lined evaporation reserve pits, but these were also prone to leakage. As of April 1, 2012, all waste waters associated with drilling and hydraulic fracturing activities in North Dakota must be stored in tanks.

*A.M. Farag, D.D. Harper / International Journal of Coal Geology 126 (2014) 157–161*    159

The long term movement and effects of $Cl^-$ entering ground and surface waters have been investigated in Williston Basin, located in the North Dakota, Montana, and South Dakota, northwestern USA, and Manitoba and Saskatchewan, western CA, a site of rapidly expanding oil production. This region is characterized by its unique prairie pothole landscape that is the major breeding area for waterfowl in North America (Gleason and Laubhan, 2008; Gleason et al. 2011). Brine concentration in produced waters from the Bakken Formation of the Williston Basin, where the most drilling activity is occurring, can exceed 450,000 ppm. The location of brine spills and leaking buried reserve pits has been known in the region, and these locations have been monitored periodically since at least the early 1980s (Beal et al., 1987; Murphy and Kehew, 1984). Brine from oil and gas production has a unique chemical signature (chloride and bromide) compared to the surrounding surface waters (bicarbonate and sulfate), which allows the source water to be distinguished (Reiten and Tischmak, 1993; Swanson et al., 2003). Migration of brine plumes in ground water is highly variable, but brine plumes are still found in proximity to but moving away from reserve pits created in the 1960s, indicating that the contamination is likely a long lived phenomenon. The long migration times connecting ground and surface waters make documenting the toxic effects of brine difficult; however, salt "burning" of aquatic plants and the replacement by salt tolerant, non-native species have been observed (Ray and Chesley-Preston, 2012).

Other researchers have found similar salt scarring, erosion, and ground and surface water contamination from production brines in Oklahoma and Kansas, southwestern and midwestern USA. At these sites, salt scarring, erosion caused by the death of ground covering vegetation, and a persistent elevation of chemically unique salt plumes can be found from oil and gas operations dating back to the mid-20th century (Otton et al., 2005).

## 3. Sodium bicarbonate

Though some debate exists about the current $Cl^-$ water quality criteria, they do provide a general point of reference for toxicity of waters that contain concentrations elevated above the criteria. But other ions do not have associated water quality criteria and the study of their toxicity is limited. To properly study additional salts, it is advantageous to use a location with a salt that is elevated in the absence of $Cl^-$. Production water from the Powder River Structural Basin contains elevated concentrations of sodium bicarbonate ($NaHCO_3$), but not $Cl^-$. The fate of water in this basin is often different from geographical regions with elevated $Cl^-$ because the coal seams tend to be within a few hundred meters of the surface and the quality of the water sometimes allows for beneficial use in stock ponds or for irrigation of arid crop and range lands (All Consulting, 2003; Benson et al., 2005). The salt content of these waters designated for beneficial use may affect soil integrity depending on the clay content and cause cracking of soils (Bauder, 2002) along with precipitation of salts (likely $Ca^{2+}$) in riparian areas. Farag et al. (2010) provide a more extensive review of issues related to the beneficial use of untreated coal bed natural gas waters in the Powder River Structural Basin.

Historically, few published studies investigated the acute toxicity of $NaHCO_3$ and field studies fell short of clearly demonstrating the effects of $NaHCO_3$. Beatty (1959) experimented with rainbow trout (*Oncorhynchus mykiss*) and determined that 65% of the fish were killed within a week at a concentration of 1000 mg $NaHCO_3$/L. However, Beatty (1959) used reconstituted water (distilled water plus $NaHCO_3$) in the experiments, without the addition of other salts that are necessary for normal physiological functioning; the results, therefore, are not a reliable predictor of effects of this salt in natural waters. McCarraher and Thomas (1968) examined the tolerance of FHM in saline lakes in the sand hills of Nebraska, USA where $NaHCO_3$ was the dominant salt. Using in situ bioassays, they determined that lakes in which the minnows were able to survive for 6 months or more had

$HCO_3^-$ and carbonate ($CO_3^{2-}$) concentrations that together averaged 1061 mg/L. Galat et al. (1985) studied the Lahontan cutthroat trout (*Oncorhynchus clarkii henshawi*) in saline lakes in Nevada and Oregon, USA. This species is well known for its ability to tolerate saline conditions, an ability perhaps developed throughout the millennia from living in Pleistocene Lake Lahontan. Histological changes in the tissues of these fish were studied in lakes with a range of alkalinity from 60 to 3500 mg $CaCO_3$/L. There was a correlation between $HCO_3^-$, carbon dioxide ($CO_2$), $Cl^-$ concentrations and gill cell hyperplasia.

More recently, Farag and Harper (2012) conducted several types of experiments designed to fill the gap of knowledge about effect concentrations of $NaHCO_3$, and the potential distribution of these effects in the Powder River Structural Basin as a sample watershed where $NaHCO_3$ was elevated in the absence of $Cl^-$. And the study design followed the multiple-approach design discussed above (Fig. 1). Acute and chronic studies completed in the laboratory included multiple species and phyla. A field survey and in situ bioassays were conducted to define the presence/absence of aquatic species, valuated laboratory data and refined information about lifestage sensitivity in field conditions. Experiments with mixing zone waters defined the extent of potential toxicity in the areas of concern. Finally, 60-d chronic exposure studies of selected fish species during their sensitive early life stages, examined the sublethal effects of $NaHCO_3$ on growth, histology, whole-body ion concentrations and sodium–potassium adenosine triphosphatase (Na/K ATP-ase). These parameters provided a pattern of events to explain changes in growth and the results provided chronic no-effect levels.

Criteria often are established for single elements or ions, in this case most likely $HCO_3^-$ as the toxic fraction of the compound $NaHCO_3$. Therefore, $HCO_3^-$ information was provided for use if derivations with this single element are preferred. Criteria could also be calculated as alkalinity because it is an easily measured water chemistry property that is expressed as mg $CaCO_3$/L, but defines the amount of $HCO_3^-$ generally found in a sample with a pH < 8.3 (American Public Health Association Standard Methods, 1975).

Acute LC50s ranged from 989 to >8000 mg $NaHCO_3$/L (also defined as 699 to >8000 mg $HCO_3^-$/L or total alkalinity expressed as 608 to >4181 mg $CaCO_3$/L) that varied across species and lifestage within a species. *Ceriodaphnia dubia* (*C. dubia*) results were similar to Mount et al. (1997) where the 48-h LC50 was 1020 mg $NaHCO_3$/L compared to 1288 mg $NaHCO_3$/L observed during this study (both completed in moderately hard reconstituted water). Therefore, data from the Farag and Harper (2012) studies are comparable to the limited amount of data in the literature and can be broadly applied because effects are defined on a wide range of species.

For chronic toxicity experiments, sublethal effects such as growth and reproduction, in addition to significant reductions in survival, were included in the final determination of effects. Chronic toxicity was observed at concentrations that ranged from 450 to 800 mg $NaHCO_3$/L (also defined as 430 to 657 mg $HCO_3^-$/L or total alkalinity expressed as 354 to 539 mg $CaCO_3$/L) and the specific concentration depended on the sensitivity of the four species of invertebrates and fish exposed.

A combination of the percent decrease in the activity of Na/K ATPase and the age of the fish at the onset of the decrease may affect the ability of FHM to survive. Fish were able to survive a decrease in Na/K ATPase activity in the 400 mg $NaHCO_3$/L treatment when this decrease was first documented on day 60. However, fish with a similar decrease in Na/K ATPase activity first documented on day 37 in the 500 mg $NaHCO_3$/L treatment incurred significant reductions in survival, and survivors subsequently exhibited a much greater reduction in Na/K ATPase at day 60.

Field experiments at multiple tributary sites resulted in reduced survival. Concentrations of $NaHCO_3$ at these sites were above LC50s defined in the laboratory, and the same species were used in laboratory and field experiments. Trace element analyses of water collected from the field

BLM_0047637

A.M. Farag, D.D. Harper / International Journal of Coal Geology 126 (2014) 157–161

did not reveal any other potential cause for the toxicity. Measurements for trace organic constituents were not performed.

The mixing zone study provided evidence of substantial mixing near the outfalls to the main stem (800–1200 m below the confluence) and also demonstrated a reduction in toxicity (based on survival) of water that was treated with ion exchange (Higgins Loop) before release into the Tongue River. These experiments addressed the toxicity of effluent waters being added to and diluted in relatively large rivers, but did not address issues related to the volumes of water that may be added to the watershed or the cumulative effects of coal bed natural gas discharge in the Powder River Structural Basin, USA.

Data from the field experiments also defined a difference in sensitivity with age of the early lifestage fish. FHM aged 2-day-post-hatch (dph) were significantly more sensitive than 6-dph FHM. As a result, care should be taken when extrapolating results from experiments with older than 2-dph, to younger fish that seem to be more sensitive to NaHCO$_3$. Using older FHM will likely result in under predicting the toxic effects of salts. It is possible that a decrease in Na/K ATPase (though not measured here) may have affected the ability of the 2-dph fish to survive in the field.

## 4. Summary and overview

Treating and/or disposing of salts contained in produced waters provide a daily challenge for operators and resource managers. There are few closed loop systems for water use. The constant transport of these waters to treatment and disposal locations increases the likelihood of spills during transport, and the volume of production increases the likelihood of spills at the well. Accidental releases can result in detrimental effects on aquatic life (Papoulias and Velasco, 2013). While large spills cause dramatic effects such as fish kills, small releases may contribute to cumulative changes in the overall salt composition and aquatic community structure. The volume of water generated along with the elevated salt content and corresponding total dissolved solids (TDS) contained in the waters make treatment at municipal waste water treatment facilities less effective. Therefore, operators must look for alternative treatment and disposal options.

Though specific guidelines are established by individual states, 98% of brines are currently re-injected into deep aquifers (where seismically appropriate) for disposal when TDS concentrations are greater than 2500 mg/L, or used for water-flooding to enhance oil recovery (Benson et al., 2005; Clark and Veil, 2009; Rice and Nuccio, 2000). The remaining 2% of brines is disposed of in a variety of other ways including beneficial use (Clark and Veil, 2009). Reserve pits used to hold produced water and waters used during the hydraulic fracturing process have been replaced by storage tanks, with brines and production waters trucked or piped to reinjection or water treatment sites. These methods will minimize the potential for brines and produced waters to enter ground and surface water. However, because of the rapid pace of drilling occurring in areas such as the Williston Basin, and the Marcellus Shale, infrastructure and the ability to track the fate of produced waters and brines have not kept pace with oil and gas activities.

Data exists to define the toxicity to aquatic biota of Cl$^-$ and HCO$_3^-$, two ions that are prominent in waters associated with oil and gas production. But to advance the science and properly inform operators and managers about the effects of salts on aquatic life, the science of salt toxicity must mature. Currently, one of the few ions associated with produced waters with an established water quality criterion is Cl$^-$. While it is an ion of considerable importance in multiple geographical regions, knowledge about the effects of hardness on its toxicity and about mechanisms of toxicity is not well understood. The study of HCO$_3^-$ is relatively young and the results should be repeated and expanded by others, and investigations of mechanisms should be expanded. For example, as the concentrations of HCO$_3^-$ increase, Ca$^{2+}$ decreases and appears to precipitate. The interactions of this process at the microenvironment of the gill would dramatically increase the scientific knowledge base

about how HCO$_3^-$ might affect aquatic life, and thus populations, in the wild. Mount et al. (1997) suggested that the toxicity of salts was additive and their resulting model has wide applicability. However, those experiments were conducted with a limited number of species and only encompassed acute effects. Toxicity studies with mixtures of salts present in produced waters and more chronic effect studies would give a better picture of the overall potential toxicity of these ions.

## Acknowledgement

Any use of trade, product, or firm names is for descriptive purposes only and does not imply endorsement by the U.S. Government. The authors thank the Science Team about Energy and Prairie Pothole Environments (STEPPE) and John Powell Center for Analysis and Synthesis for providing information about multiple formations. Funding for this review was provided by U.S. Geological Survey.

## References

All Consulting, 2003. Handbook on Coal Bed Methane Produced Water: Management and Beneficial Use Alternatives: Coal Bed Natural Gas Resources and Produced Water Management ([http://www.all-llc.com/CBNG/BU/index.htm] accessed April 2012).

American Public Health Association Standard Methods, 1975. Alkalinity Titration Method for Water and Wastewater (14th ed.), 14th ed. American Public Health Association, Washington, D.C. 278.

Bauder, A.M., 2002. Quality and characteristics of saline and sodic water affect irrigation suitability: Montana State University. accessed April 10, 2010 at http://waterquality.montana.edu/ (7 p.).

Beal, W.A., Murphy, E.C., Kehew, A.E., 1987. Migration of contaminants from buried oil-and-gas drilling fluids within the glacial sediments of north-central North Dakota. N. Dakota Geol. Surv. Rep. Inv. No. 86, 43.

Beatty, D.D., 1959. An Experimental Study of the Toxicity of Sodium Bicarbonate, Sodium Chloride, and Sodium Sulfate to Rainbow Trout. M.S., University of Wyoming, Laramie, Wyoming 69 p.

Benson, M., Bergman, H., Boelter, A., Coupal, R., Hoffer, N., Hulme, D., Korfanta, N., Lieske, S., Lovato, J., Miller, S., Munn, L., Reddy, K., 2005. Water Production from Coalbed Methane Development in Wyoming: A Summary of Quantity, Quality and Management Options—Final Report. University of Wyoming, Laramie, WY 64 p.

Boelter, A.M., Lamming, F.N., Farag, A.M., Bergman, H.L., 1992. Environmental effects of saline oil-field discharges on surface waters. Environ. Toxicol. Chem. 11, 1187–1195.

Boysen, J., 2012. The impact of horizontal drilling for natural gas on produced water management strategies. International Petroleum Environmental Conference, Denver CO (http://ipec.utulsa.edu/Conf2012/Papers_Presentations/Boysen_Plenary_Rev.pdf, accessed October 18, 2013).

Clark, C.E., Veil, J.A., 2009. Produced Water Volumes and Management Practices in the United States. Argonne National Laboratory, Argonne, Illinois 1–64.

Elphick, J.R.F., Bergh, K.D., Bailey, H.C., 2011. Chronic toxicity of chloride to freshwater species: effects of hardness and implications for water quality guidelines. Environ. Toxicol. Chem. 30, 239–246.

Farag, A.M., Harper, D.D., Senecal, A., Hubert, W.A., 2010. Chapter #11 Potential Effects of Coal Bed Natural Gas Development on Fish and Aquatic Resources. (Invited) In: Reddy, K.J. (Ed.), Coalbed Natural Gas: Energy and Environment. Nova Science Publishers, Hauppauge, New York, pp. 227–242.

Farag, A.M., Harper, D.D. (Eds.), 2012. The potential effects of sodium bicarbonate, a major constituent from coalbed natural gas production, on aquatic life. US Geol. Surv. Sci. Investig. Rep. 2012–5008, 101.

Galat, D.L., Post, G., Keefe, T.J., Bouck, G.R., 1985. Histological changes in the gill, kidney and liver of Lahontan cutthroat trout, Salmo clarki henshawi, living in lakes of different salinity–alkalinity. J. Fish Biol. 27, 533–552.

Gleason, R.A., Laubhan, M.K., 2008. Background and approach to quantification of ecosystem services. In: Gleason, R.A., Laubhan, M.K., Euliss Jr., N.H. (Eds.), Ecosystem Services Derived From Wetland Conservation Practices in the United States Prairie Pothole Region with an Emphasis on the U.S. Department of Agriculture Conservation Reserve and Wetlands Reserve Programs, 1745. U.S. Geological Survey Professional Paper, pp. 3–14.

Gleason, R.A., Euliss Jr., N.H., Tangen, B.A., Laubhan, M.K., Browne, B.A., 2011. USDA conservation program and practice effects on wetland ecosystem services in the Prairie Pothole Region: ecological applications. Suppl. vol. 21, S65–S81.

Gorman, H.S., 1999. Efficiency, Environmental Quality, and Oil Field Brines: The Success and Failure of Pollution Control by Self-regulation: Business History Review, vol. 73 601–640.

Held, J.W., Peterka, J.J., 1974. Age, growth, and food habits of the fathead minnow, Pimephales promelas, in North Dakota saline lakes. Trans. Am. Fish. Soc. 103, 743–756.

Hobe, H., Wood, C.M., McMahon, B., 1984. Mechanisms of acid/base and ionoregulation in white suckers Catostomus commersoni in natural soft water. J. Comp. Physiol. 154, 35–46.

Iampen, H.T., Rostron, B.J., 2000. Hydrogeochemistry of pre-Mississippian brines, Williston Basin, Canada–USA. J. Geochem. Explor. 69–70, 29–35.

KLJ Consulting, 2012. Power forecast, 2012: Williston Basin Oil and gas related electrical load growth forecast. http://www.nd.gov/ndic/ic-press/Power2012.pdf (accessed, October 18, 2013).

BLM_0047638

*A.M. Farag, D.D. Harper / International Journal of Coal Geology 126 (2014) 157–161*

161

Libes, S.M., 2009. Introduction to Marine Biogeochemistry. Elsevier press 928.

McCarraher, D.B., Thomas, R., 1968. Some ecological observations on the fathead minnow, *Pimephales promelas*, in the alkaline waters of Nebraska. Trans. Am. Fish. Soc. 97, 52–55.

Mossier, J.N., 1971. The Effect of Salinity on the Eggs and Sac Fry of the Fathead Minnow (*Pimephales promelas promelas*), Northern Pike (*Esox lucius*) and Walleye (*Stizostedion vitreum vitreum*). North Dakota State University, Fargo, North Dakota 47 (Ph.D dissertation).

Murphy, E.C., Kehew, A.E., 1984. The effect of oil and gas well drilling fluids on shallow groundwater in western North Dakota. N. Dakota Geol. Surv. Rep. Inv. No. 82, 156.

Mount, D.R., Gulley, D.D., Hockett, J.R., Garrison, T.D., Evans, J.M., 1997. Statistical models to predict the toxicity of major ions to Ceriodaphnia dubia, Daphnia magna, and Pimephales promelas (fathead minnows). Environ. Toxicol. Chem. 16, 2009–2019.

Nelson, J.S., 1968. Salinity tolerance of brook sticklebacks, *Culaea inconstans*, freshwater ninespine sticklebacks, *Pungitius pungitius*, and freshwater fourspine sticklebacks, *Apeltes quadracus*. Can. J. Zool. 46, 663–667.

Otton, J.K., Zielinski, R.A., Smith, B.D., Abbott, M.M., Keeland, B.D., 2005. Environmental Impacts of Oil Production on Soil, Bedrock, and Vegetation at the U.S. Geological Survey Osage–Skiatook Petroleum Environmental Research site A, Osage County, Oklahoma (Nielsen, D.L., Brock, M.A., Rees, G.).

Papoulias, D.M., Velasco, J.L., 2013. Histolpathological Analysis of Fish from Acorn Creek, Kentucky, Exposed to Hydraulic Fracturing Fluid Releases Southeast. Nat. 12(4):92-111.

Perry, S.F., 1997. The chloride cell: structure and function in the gills of freshwater fishes. Annu. Rev. Physiol. vol. 59, 325–347.

Rawson, D.S., Moore, J.E., 1944. The saline lakes of Saskatchewan. Can. J. Res. 22, 141–201.

Ray, A., Chesley-Preston, T., 2012. Brine contamination to aquatic resources in the Prarie-Pothole region and Williston Basin. USGS http://steppe.cr.usgs.gov/pdf/EPA_PPBrineTalk_30may12_Final.pdf (accessed July 3, 2013).

Reiten, J.C., Tischmak, T., 1993. Appraisal of Oil Field Brine Contamination in Shallow Ground Water and Surface Water, Eastern Sheridan County. Open-File , 260. Montana Bureau of Mines and Geology, Montana Billings, Mont 296 (2 sheet(s)).

Rice, C.A., Nuccio, V.F., 2000. Water produced with coal bed methane. U.S. Geological Survey Fact Sheet FS-156-00. http://pubs.usgs.gov/fs/fs-0156-00/ (accessed May 2013).

Stephan, C.E., Mount, D.I., Hansen, D.J., Gentile, J.R., Chapman, G.A., Brungs, W.A., 1985. Guidelines for Deriving Numerical National Water Quality Criteria for the Protection of Aquatic Organisms and Their Uses. U.S. Environmental Protection Agency, Office of Research and Development, Duluth 106 (EPA–P885–227049).

Swanson, G.A., Euliss Jr., N.H., Hanson, B.A., Mushet, D.M., 2003. Dynamics of a prairie pothole wetland complex – implications for wetland management, in Winter, T.C., ed., hydrological, chemical, and biological characteristics of a Prairie Pothole Wetland Complex under highly variable climate conditions – the Cottonwood Lake Area, East-Central North Dakota. U. S. Geol. Surv. Prof. Pap. 1675. 55–94.

Thamke, J.N., Craigg, S.D., 1997. Saline-water contamination in Quaternary deposits and the Poplar River, East Poplar oil field, northeastern Montana. U.S. Geological Survey Water-resources Investigations Report, 97–4000, p. 37.

U.S. Environmental Protection Agency, 1988. Ambient Water Quality Criteria for Chloride. Environmental Monitoring Systems Laboratory Office of Research and Development. U.S. Environmental Protection Agency, Cincinnati 39 (EPA 440/5–88–001).

Veil, J.A., Puder, M.G., Elcock, D., Redweik Jr., R.J., 2004. A White Paper Describing Produced Water From Production of Crude Oil, Natural Gas, and Coal Bed Methane: Prepared for the U.S. Department of Energy, National Energy Technology Laboratory. Argonne National Laboratory, Argonne, Ill 79.

Whittemore, D.O., 2007. Fate and identification of oil-brine contamination in different hydrogeologic settings: Applied Geochemistry 22 (10), 2099–2114.

Wilson, J.M., Laurent, P., 2002. Fish gill morphology: inside out. J. Exp. Zool. 293, 192–213.

Young, R.T., 1923. Resistance of fish to salts and alkalinity. Am. J. Physiol. 63. 373–388.

BLM_0047639

Environmental Pollution 158 (2010) 223–234

Contents lists available at ScienceDirect

# Environmental Pollution

journal homepage: www.elsevier.com/locate/envpol



# Sensitivity of agricultural runoff loads to rising levels of $CO_2$ and climate change in the San Joaquin Valley watershed of California

Darren L. Ficklin, Yuzhou Luo, Eike Luedeling, Sarah E. Gatzke, Minghua Zhang*

*Department of Land, Air and Water Resources, University of California, Davis, CA 95616, USA*
*Agricultural runoff is significantly affected by changes in precipitation, temperature, and atmospheric $CO_2$ concentration.*

ARTICLE INFO

*Article history:*
Received 8 October 2008
Received in revised form
1 April 2009
Accepted 17 July 2009

*Keywords:*
Watershed modeling
Climate change
Agricultural pollution
Pesticides
California
SWAT

ABSTRACT

The Soil and Water Assessment Tool (SWAT) was used to assess the impact of climate change on sediment, nitrate, phosphorus and pesticide (diazinon and chlorpyrifos) runoff in the San Joaquin watershed in California. This study used modeling techniques that include variations of $CO_2$, temperature, and precipitation to quantify these responses. Precipitation had a greater impact on agricultural runoff compared to changes in either $CO_2$ concentration or temperature. Increase of precipitation by ±10% and ±20% generally changed agricultural runoff proportionally. Solely increasing $CO_2$ concentration resulted in an increase in nitrate, phosphorus, and chlorpyrifos yield by 4.2, 7.8, and 6.4%, respectively, and a decrease in sediment and diazinon yield by 6.3 and 5.3%, respectively, in comparison to the present-day reference scenario. Only increasing temperature reduced yields of all agricultural runoff components. The results suggest that agricultural runoff in the San Joaquin watershed is sensitive to precipitation, temperature, and $CO_2$ concentration changes.

© 2009 Elsevier Ltd. All rights reserved.

## 1. Introduction

The general consensus of atmospheric scientists is that the earth's temperature is increasing (IPCC, 2007), and as global temperatures increase the hydrologic cycle is becoming more dynamic. Predicted global mean temperature in 2100 will be between 1.1 and 6.4 °C higher than in 1990 with additional changes in rainfall intensity and quantity (IPCC, 2007). Analyses made by leading climate research centers indicate that the global mean surface temperature in 2006 was 0.42–0.54 °C above the 1961–1990 annual average (WMO, 2006). For the next two decades, the Intergovernmental Panel on Climate Change (IPCC, 2007) states that a warming of about 0.2 °C per decade is projected for a range of IPCC emission scenarios. Even if the concentrations of all greenhouse gases and aerosols were to be kept constant at year 2000 levels, a further warming of about 0.1 °C per decade would be expected. Global Climate Models (GCMs) indicate that it is very likely (greater than 90% probability) that heat extremes, heat waves, and heavy precipitation events will become more frequent (IPCC, 2007), and an overall increase in global precipitation will occur. For the state of California, GCM predictions of precipitation vary widely, with both increases and decreases being projected

(e.g., Smith and Mendelsohn, 2007). This leads to a lack of confidence in the stability of regional and seasonal patterns of precipitation, implying the possibility of changes to the hydrologic cycle. Even slight changes in precipitation and hydrological conditions can potentially affect crop production and agricultural runoff in highly agricultural watersheds.

Increasing agricultural contamination of surface waters has generated substantial concern since the 1940s (Larson et al., 1995). This concern is especially pertinent in the highly agricultural San Joaquin River watershed in California. This watershed, along with the Sacramento River Watershed, drains into the Sacramento–San Joaquin Delta (Delta), which in recent years has seen an appreciable decline in aquatic species, attributed in part to an increase in water toxicity levels (Werner et al., 1999). Principal contaminant sources to the Delta include agricultural and urban runoff, discharges from abandoned mines, and point source discharges. Detections of agricultural runoff have been reported in the Delta and upstream source waters (e.g., Dileanis et al., 2002; Guo et al., 2004; Weston et al., 2004; Amweg et al., 2006; CVRWQCB, 2006). Pesticide detection frequency in surface waters has become a major concern, as California contains approximately 2–3% of the nation's agricultural land, yet accounts for 25% of the nation's pesticide use (Kegley et al., 2000). In agricultural regions such as the San Joaquin River watershed the primary mode of agricultural non-point source pollution transport is sediment and water runoff (Leonard, 1990). Changes in climate, which impact agricultural pollutant transport through water and sediment runoff,

* Corresponding author. Tel.: +1 530 752 4953; fax: +1 530 752 5262.
  *E-mail address:* mhzhang@ucdavis.edu (M. Zhang).

0269-7491/$ – see front matter © 2009 Elsevier Ltd. All rights reserved.
doi:10.1016/j.envpol.2009.07.016

BLM_0047640

224                                      *D.L. Ficklin et al. / Environmental Pollution 158 (2010) 223–234*

will thus directly affect future levels of water quality in the Sacramento–San Joaquin watersheds and the Delta.

Much research has been done on agricultural runoff (e.g., Griffin and Bromley, 1982). However, insufficient work has been done to examine the effects of imminent climatic changes on agricultural runoff (e.g., Panagoulia, 1991; Arnell, 1992; Murdoch et al., 2000). Mander et al. (2000) showed that the contaminant concentrations in agricultural runoff (total-N, total-P, SO$_4$, and organic material) have decreased in recent years (1987–1997). Chaplot (2007) examined the effects of increasing $CO_2$ concentrations, rainfall intensity, and surface air temperature on nitrate runoff, finding that atmospheric $CO_2$ concentration was the main controlling factor for nitrate yield. Studying the impacts of climate change in the southeastern United States, Cruise and LimayeNassim Al-Abed (1999) showed that several watersheds exhibited high nitrogen levels in runoff. Tong et al. (2007) discovered that the probability of eutrophication is likely to increase in future climatic conditions. Hanratty and Stefan (1998) examined the effect of climate change on quality and quantity of runoff from a Minnesota agricultural watershed and found a decrease in mean annual streamflow, nutrient, and sediment yield. To date, there have only been one qualitative study on the impacts of climate change on pesticide fate and transport in the context of environmental protection (Bloomfield et al., 2006). No quantitative estimates of this effect are currently available.

The Soil and Water Assessment Tool (SWAT) (Arnold et al., 1998) watershed model was chosen for this study. SWAT includes algorithms for predicting how $CO_2$ concentration, precipitation, temperature, and humidity affect plant growth, evapotranspiration (ET), snow, and runoff generation. SWAT, therefore, is an effective tool for investigating climate change effects. Several case studies of climate change impacts on water resources have applied SWAT (e.g., Hanratty and Stefan, 1998; Rosenberg et al., 1999; Cruise and LimayeNassim Al-Abed, 1999; Stonefelt et al., 2000; Fontaine et al., 2001; Eckhardt and Ulbrich, 2003; Chaplot, 2007; Schuol et al., 2008). SWAT has also been used to model portions of the San Joaquin watershed (Flay and Narasimhan, 2000; Luo et al., 2008). This study, however, marks the first time SWAT has been used to model agricultural runoff in the San Joaquin watershed under a changing climate.

Despite many climate change studies, up-to-date quantitative information on the effects of the changes of precipitation and temperature on soil and water resources is still scarce. The objective of this study is to quantify the effects that climate change will have on the fate of agricultural pollutants and transport of such substances within a highly agricultural region in California's Central Valley. For the study, a SWAT model of the San Joaquin watershed in California (Luo et al., 2008) was used to assess the impacts of climate change on the fate and transport of agricultural pollutants. Different scenarios of precipitation (0%, 10%, and 20% increase or decrease in precipitation amount and average daily rainfall intensity), surface air temperature (a 1.1 °C or 6.4 °C increase from current climate), and an increase of $CO_2$ concentration from the present-day concentration of 330 ppm to an extreme IPCC prediction of 970 ppm were tested using SWAT. Long-term estimates of sediment, fertilizer (nitrate and total phosphorus), and pesticide (diazinon and chlorpyrifos) yields were compared to a benchmark scenario with a $CO_2$ concentration of 330 ppm and a present-day reference climate.

## 2. Materials and methods

### 2.1. Site description

The San Joaquin River watershed was selected for this study (Fig. 1). The watershed area is 14,976 km$^2$ and includes the counties of San Joaquin, Calaveras, Stanislaus, Tuolumne, Merced, Mariposa, Madera, and Fresno. Latitude and longitude



**Fig. 1.** Study area of the northern San Joaquin Valley watershed.

BLM_0047641

*D.L. Ficklin et al. / Environmental Pollution 158 (2010) 223–234*                                                                225

range from 36°30′N to 38°50′N and from 119°45′W to 121°30′W, respectively. The United States Geological Survey (USGS) river monitoring site at Vernalis (USGS #11303500) was chosen as the outlet for the entire watershed. The discharge inlets of the upper San Joaquin, upper Merced, upper Tuolumne, and upper Stanislaus Rivers were defined at the USGS monitoring sites #11251000, #11270900, #11289650, and #1130200, respectively. The watershed has a typical Mediterranean climate with hot, dry summers and cool, wet winters. Average rainfall is approximately 200–300 mm with most of the rain falling during the period between November and April and negligible precipitation during the summer. Average daily temperature is approximately 15 °C (NOAA, 2008). The watershed is highly agricultural and includes the majority of agricultural areas in the counties of Stanislaus, Merced, and Madera, and part of San Joaquin and Fresno Counties. A large portion (95%) of the crops in the study area are fruit and nuts (38%), field crops (36%), truck, nursery, and bean crops (17%), and grain crops (4%) (DWR, 2007).

### 2.2. Description of the hydrological model

The watershed hydrology and water quality model SWAT was chosen from several available models (Arnold et al., 1998). SWAT is a continuous-time, quasi-physically based, distributed water quality model designed to simulate water, sediment, and agricultural chemical transport on a river-basin scale. SWAT was designed to be applied for ungauged river basins, and therefore can be used to analyze many watersheds using readily available data. SWAT integrates processes of several other models, allowing for the simulation of climate, hydrology, plant growth, erosion, nutrient transport and transformation, pesticide transport, and management practices. The SWAT2005/ArcSWAT version, which is coupled with ESRI's ArcGIS version 9.2, was selected for this study. Full details of SWAT can be found in Neitsch et al. (2005).

In SWAT, the watershed of interest is divided into subbasins, which are then divided into Hydrologic Response Units (HRUs). The HRUs are intended to preserve the heterogeneity of the important physical properties of the watershed and are delineated by overlaying topography, soil data and land use maps in a geographical information system (GIS). This subdivision gives the model the strength to better represent the properties of land uses and/or soils of each subbasin that may have a significant effect on hydrology. HRU water balance is represented by four storage components: snow, soil profile, shallow aquifer, and deep aquifer. Flow, sediment, and agricultural runoff are summed across all HRUs in a subwatershed, and the resulting flows and pollutant loads are then routed through channels, ponds, and/or reservoirs to the watershed outlet.

Predictions of surface runoff from daily rainfall are estimated based on a similar procedure as the CREAMS runoff model (Knisel, 1980). The runoff volume is estimated using the modified SCS curve number method (SCS, 1984), which is a value that incorporates soil, land use, and management information. It is adjusted at each time step based on the amount of soil water present. Sediment discharge at the watershed outlet is calculated using soil erosion and sediment routing equations such as the Modified Universal Soil Loss Equation (MUSLE). Nutrient outputs, including nitrogen and phosphorus, are estimated by tracking their movements and transformations. The nutrient loads are principally estimated by means of nutrient assimilation by plants and daily nutrient runoff losses. These losses are quantified based on the nutrient concentration in the top soil layer, the MUSLE sediment yield equation, and an enrichment ratio that depends on soil and land use type (Arnold et al., 1998). The transport of pesticides in the environment is governed by runoff, soil weathering, and erosion processes. The pesticide component in SWAT simulates pesticide transport in dissolved and particulate phases with surface and subsurface hydrologic processes. The fate and transport of pesticides are determined by its solubility, degradation half-life, and partitioning coefficients (Neitsch et al., 2002).

The plant growth component of SWAT utilizes routines for plant development based on plant-specific input parameters summarized in the SWAT plant growth database. SWAT generates plant growth output characteristics such as biomass and leaf area index (LAI). The heat unit theory is used to regulate the plant growth cycle (Boswell, 1926; Magoon and Culpepper, 1932). In this theory, predictions of plant development can be estimated based on the amount of heat absorbed by the plant. Potential plant growth is calculated each day of a simulation and is based on growth under ideal growing conditions. These ideal conditions consist of adequate water and nutrient supply and a favorable climate. For this study, irrigation in an HRU was automatically simulated by SWAT based on the water deficit in the soil. Depending on the subwatershed, irrigation water was extracted from the nearby reach or a source outside the watershed. Also, fertilization in an HRU was automatically applied based on a plant growth threshold.

Unlike other hydrologic models, SWAT includes equations and factors that allow the user to model future climate conditions. For example, the calculation of ET takes into account variations of radiation-use efficiency and plant growth and transpiration due to changes in atmospheric $CO_2$ concentrations, which is essential for any study of $CO_2$-induced climate change. SWAT allows adjustment terms such as $CO_2$ concentration to vary so that the user is able to simulate greenhouse gas emission scenarios. The impact of the increase of plant productivity and the decrease of plant water requirements due to increasing $CO_2$ levels are considered following the work of Neitsch et al. (2005). For ET estimation, the Penman-Monteith method must be used

for climate change scenarios that account for changing atmospheric $CO_2$ levels. This method has been modified in SWAT to account for $CO_2$ impacts on ET levels.

### 2.3. Data collection and analysis

SWAT input parameter values such as topography, landuse/landcover, soil, and climate data were compiled using databases from various state and government agencies. Elevation, landuse, and stream network data were obtained from the Environmental Protection Agency's (EPA) Better Assessment Science Integrating Point and Non-point Sources (BASINS) database (USEPA, 2007). Data included 1:250,000 scale quadrangles of landuse/landcover data, 1:24,000 scale Digital Elevation Models (DEMs), and 1:100,000 scale stream network data from the National Hydrography Dataset (NHD) (USGS, 2001). Cropland and irrigation areas were defined based on the landuse survey database completed by the California Department of Water Resources (DWR) during 1996–2004, and cropland information was assumed to have remained unchanged since the date of survey completion. Soil properties in the watershed were extracted from the 1:24,000 Soil Survey Geographic (SSURGO) database, which is based on soil surveys (USDA, 2007). Daily weather data, including precipitation and minimum and maximum temperatures, were retrieved from the California Irrigation Management Information System (CIMIS) (Fig. 1).

Pesticide application data was collected from the Pesticide Use Reporting (PUR) system (CDPR, 2007). Since 1990, California has required all commercial pest control operators to report all pesticide applications. These reports include information about the pesticide applied, amount, area treated, timing of applications, and the crop involved with a spatial resolution of one square mile. Pesticide use amounts are recorded on a daily interval for each township/range/section in California and are tabulated by the Department of Pesticide Regulation (DPR). For this study, use amounts of chlorpyrifos and diazinon were retrieved from the database as weekly averages for each township/range/section, and distributed into the agricultural HRUs in each subbasin.

Based on available water quality monitoring data, the fate and transport of two organophosphate pesticides, diazinon and chlorpyrifos, were analyzed. Both pesticides are highly used nationwide and listed on the US Clean Water Act Section 303(d) list of products that may cause water body impairment. According to the U.S. Environmental Protection Agency, diazinon and chlorpyrifos are highly toxic to birds, fish, and aquatic insects. Depending on the formulation, diazinon and chlorpyrifos also have a low to high toxicity to humans. Diazinon and chlorpyrifos are highly soluble and have a low persistence in soil with a half-life of 2–6 weeks depending on climate. Chlorpyrifos has a higher soil adsorption coefficient (6070 μg/g) than diazinon (1000 μg/g) which causes it to adhere to soil particles much more strongly than diazinon.

Many aquatic toxicity surveys have been conducted in the San Joaquin River Watershed. Surface water samples collected from 1988 to 1990 were found to be toxic to the water flea, *Ceriodaphnia dubia* (Foe and Connor, 1991). The cause of this toxicity was not determined but was attributed to pesticides in general. During the winter of 1991–1992, the resultant toxicity was attributed to the presence of chlorpyrifos and diazinon (Foe and Sheipline, 1993; Foe, 1995). Many other toxicity studies have found similar results (e.g., Ross et al., 1996; Domagalaski, 1995). Therefore, toxicity guidelines were established by the Central Valley Regional Water Quality Control Board. The most commonly used guidelines in California for short-term exposure (1-h average) in terms of concentrations are 0.08 μg/L for diazinon and 0.02 μg/L for chlorpyrifos (Siepmann and Finlayson, 2000). The guidelines for long-term exposure (4-day average) are 0.05 μg/L for diazinon and 0.014 μg/L for chlorpyrifos.

The chemical and physical properties of chlorpyrifos and diazinon were primarily obtained from the built-in pesticide database in SWAT. The volatilization transfer coefficient was computed according to the Whitman two-film theory (Ruiz and Gerald, 2001; Neitsch et al., 2005). The pesticide partition coefficient was estimated from the octanol-water partition coefficient (Chapra, 1997). Other transport coefficients were set at the default values suggested by the SWAT model (Neitsch et al., 2005).

### 2.4. Model calibration and validation

The San Joaquin SWAT model was previously calibrated and validated for streamflow, sediment, nutrient and pesticide loads measured at USGS gauges located on the San Joaquin River and its major tributaries within the study area. Full details of model calibration and validation can be found in Luo et al. (2008). The calibrated model for the previous study provided satisfactory simulation results in estimating temporal trend and spatial variation of streamflow and agricultural pollutant loads. Therefore, the model was deemed suitable for evaluating agricultural management practices and the associated environmental effects on water quality.

The observed monitoring data was split up for calibration (1992–1997) and validation (1998–2005) purposes. The USGS monitoring gauge at the watershed outlet, USGS #11303500 (Vernalis), which includes sediment, nitrate, phosphorus, and pesticide monitoring data, was selected as the primary location for model calibration and validation. This site receives stream flow from all upstream portions of the study area and is assumed to characterize water quality in general. Other gauges with shorter periods of record were also used during the model evaluation procedures.

BLM_0047642

Case No. 1:20-cv-02484-MSK   Document 41-1   filed 04/27/21   USDC Colorado   pg 107 of 139

**Table 1**
Climate change sensitivity scenarios used for SWAT simulations. "–" represents no change in the $CO_2$, temperature or precipitation component.

| Scenario | $CO_2$ (970 ppm) | Temperature (°C) | Precipitation (%) |
|---|---|---|---|
| 1 | ↗ | – | – |
| 2 | ↗ | 6.4 | – |
| 3 | ↗ | – | +20 |
| 4 | – | 0 | +10 |
| 5 | – | 0 | +20 |
| 6 | – | 0 | −10 |
| 7 | – | 0 | −20 |
| 8 | – | 1.1 | 0 |
| 9 | – | 1.1 | +10 |
| 10 | – | 1.1 | +20 |
| 11 | – | 1.1 | −10 |
| 12 | – | 1.1 | −20 |
| 13 | – | 6.4 | 0 |
| 14 | – | 6.4 | +10 |
| 15 | – | 6.4 | +20 |
| 16 | – | 6.4 | −10 |
| 17 | – | 6.4 | −20 |

The effects of climate change on agricultural runoff were evaluated based on SWAT model simulations under various climate change scenarios (Table 1). In our previous study, the SWAT model was calibrated for stream flow, sediment, nutrients, and pesticides under the field conditions of the San Joaquin River watershed (Luo et al., 2008). Actual inputs of weather, inlet discharge, and fertilizer and pesticide application during 1992 through 2005 were applied in the model, resulting in satisfactory simulation results. At the Vernalis USGS site, the Nash-Sutcliffe coefficient of efficiency (NS; Nash and Sutcliffe, 1970), which evaluates the goodness-of-fit of simulated and measured data computed from monthly fluxes was 0.95 for stream flow, 0.74 for sediments, 0.85 for nitrate, 0.92 for phosphorus, 0.84 for diazinon, and 0.77 for chlorpyrifos for the validation period (Luo et al., 2008). Nash-Sutcliffe values can range from negative infinity to 1, where 1 is a perfect match of model data to observed data. Full details on the calibration method for streamflow, nutrient, and pesticide loads can be found in Luo et al. (2008).

Due to the use of long-term average data in the simulation, the results were not suitable for conducting month-by-month comparisons to the measured data. For further model evaluation, the annual average in-stream flow and loads predicted by the reference simulation were compared to the measured data during 1992–2005 at the watershed outlet. Throughout the study duration sediment loads were measured daily, 234 and 246 samples of nitrate and phosphate were taken, respectively, and 321 samples of chlorpyrifos and diazinon were taken (CEPA, 2007; USGS, 2007). As expected, the reference simulation generated comparable results for stream flow, sediment, and pesticide loads. The annual average of in-stream loads predicted by the reference simulation during 2000–2100 was $304 \times 10^6$ kg for $NO_3$ and $37.04 \times 10^6$ kg for $PO_4$, indicating a <5% difference compared to the measured data ($307.1 \times 10^6$ and $35.4 \times 10^6$ kg for $NO_3$ and $PO_4$, respectively). The model also predicted monthly agricultural pollutant concentrations fairly well (Table 2).

*2.5. Scenarios of $CO_2$ concentration, precipitation, and temperature changes*

Assuming accurate estimates of runoff, sediment, nitrate, phosphate, and pesticides, SWAT was used to evaluate the impact of changes in climate and atmospheric $CO_2$ concentration. The different scenarios selected for this study are based on the IPCC Special Report on Emission Scenarios (SRES) (IPCC, 2001a,b) and The Physical Science Basis (IPCC, 2007). The reports describe divergent projections for future $CO_2$ concentration and climate and their underlying uncertainty. Depending on the greenhouse gases emission scenario, atmospheric $CO_2$ concentration can be expected to increase from the present concentration of 330 ppm to between 540 and 970 ppm by the end of the 21st century (IPCC, 2001a,b). The upper $CO_2$ limit of 970 ppm was chosen for this study. This projection corresponds to the A1FI emission scenario describing a future world of very rapid economic growth,

global population that peaks in mid-century and declines thereafter, and rapid introduction of new and more efficient technologies. SWAT does not allow a continuous increase of $CO_2$ concentration throughout the simulation and therefore 100-year simulations with and without climate perturbations were run with a 970 ppm $CO_2$ concentration. This methodology may result in under- or over-estimation of agricultural constituent loads, but will give insight on how increased atmospheric $CO_2$ concentrations will affect agricultural runoff.

GCMs predict that an increase of atmospheric $CO_2$ concentration is likely to increase the average global surface temperature by the end of the 21st century between 1.1 °C (B1 emission scenario) and 6.4 °C (A1FI emission scenario) (IPCC, 2007). The B1 emission scenario corresponds to a future of low economic growth and fossil fuel independency. Such in their prediction for projected rainfall for California over the 21st century (CMIP3 multi-model dataset, 2008) and therefore arbitrary scenarios (0%, +/−10%, +/−20%) were selected to bracket the range of possible outcomes. Table 1 shows all climate change sensitivity scenarios used in SWAT.

Daily rainfall amount, minimum ($T_{min}$) and maximum ($T_{max}$) daily temperatures for the reference and climate sensitivity scenarios were estimated over a 100-year simulated period using the LARS-WG stochastic weather generator (available from http://www.rothamsted.bbsrc.ac.uk/mas-models/larswg/download.php). LARS-WG is based on the series weather generator described by Racsko et al. (1991). It utilizes semi-empirical distributions for the lengths of wet and dry day series and daily precipitation. Daily minimum and maximum temperatures are considered as stochastic processes with daily means and daily standard deviations depending on whether a day is wet or dry. LARS-WG is widely used for climate change studies (e.g., Semenov and Barrow, 1997). Input data for LARS-WG consisted of CIMIS data collected at four weather stations within the study area.

The remaining climate data, solar radiation and relative humidity required for SWAT simulation was generated by the WXGEN weather generator (Sharpley and Williams, 1990) which is a component of SWAT. WXGEN uses rainfall and temperature data of each scenario based on the assumption that the occurrence of rain on a given day has a major impact on the relative humidity and solar radiation of that day.

A number of assumptions were made to address the transient nature of model variables over time. To apply the calibrated SWAT model for climate change sensitivity scenarios, long-term monthly averages of inlet discharges and pesticide applications were calculated from the corresponding actual values during 1990–2005. Since this study was designed to investigate the sensitivity of climate elements on the yields of sediment, nutrients, and pesticides in an agriculture-dominated watershed, the temporal variation of upstream hydrology, such as dam releases, and local pest pressure due to climate change were neglected. To meet the nutrient demand for crop growth under climate change scenarios, the automatic fertilization function in the SWAT model was activated in this study. The function parameters, e.g., nutrient stress threshold, application efficiency, surface application fraction, were calibrated for the reference simulation, and applied to the other scenario. Landuse was assumed to remain unchanged during the 100-year simulation. Climate scenarios, not including the increased $CO_2$ scenario, were scaled to the 100-year simulation. For example, starting in 2000 each year's $T_{min}$ and $T_{max}$ were increased at equal intervals until the final maximum (1.1 or 6.4 °C) was reached at the end of year 2100. For precipitation, the reference precipitation was increased over the 100-year period, for example, by 0.18% per annum for the 20% scenario.

*2.6. Statistical analyses*

T-tests for dependent samples were performed to compare all agricultural pollutant annual yields estimated from the climate sensitivity scenarios to the reference scenario. The target level of significance was $\alpha = 0.05$.

## 3. Results

*3.1. Climate characteristics of the reference scenario*

The average simulated yearly rainfall for all climate stations during the simulated 100-year reference period was 295.4 mm, approximately 17 mm greater than the observed regional CIMIS average. The 100-year minimum and maximum simulated yearly

**Table 2**
Mean, median and standard deviation statistics for observed and predicted average monthly agricultural pollutant concentrations.

| | | Sediment (g/m³) | Nitrate (g/m³) | Phosphate (mg/m³) | Diazinon (μg/m³) | Chlorpyrifos (μg/m³) |
|---|---|---|---|---|---|---|
| Observed | Mean | 71.5 | 1.45 | 109 | 20.1 | 9.12 |
| | Median | 59.0 | 1.52 | 91.6 | 6.9 | 5.35 |
| | Std. dev. | 48.3 | 0.61 | 64.2 | 58.5 | 10.2 |
| Predicted | Mean | 55.2 | 1.42 | 129 | 17.2 | 9.46 |
| | Median | 45.7 | 1.15 | 115 | 3.20 | 5.75 |
| | Std. dev. | 31.6 | 0.985 | 67.6 | 40.4 | 12.1 |

BLM_0047643

*D.L. Ficklin et al. / Environmental Pollution 158 (2010) 223–234*                                                                                                  227

precipitation amounts were 127.5 and 541.8 mm, respectively. The largest amount of precipitation simulated for a single day was 100.2 mm. The average minimum and maximum daily temperature was 7.78 and 23.8 °C, respectively.

### 3.2. Impact of climate and atmospheric $CO_2$ concentration changes on agricultural pollutant yields

The climate change sensitivity scenarios are given in Table 1. Changes in water yield, sediment, nitrate, total phosphorus, diazinon, and chlorpyrifos yields due to increasing $CO_2$ concentration and climate variability are presented in Figs. 2–7. Results for all scenarios can be found in Tables 3 and 4. All results are shown as percent changes compared to the present-day reference scenario.

As expected, water yield changed significantly with a change in precipitation. Elevated temperature affected the magnitude of this change. For example, with a 20% increase in precipitation, a 1.1 °C temperature increase resulted in a 20% increase in water yield while a 6.4 °C increase resulted in an 11.3% increase in water yield. Change in water yield with a 10% precipitation increase and a 6.4 °C temperature increase did not significantly deviate from the reference simulation ($\alpha = 0.05$).

Changes in atmospheric $CO_2$ concentration also had a significant effect on water yield. Water yield increased for all elevated $CO_2$ scenarios. Water yield increased by 23.8% relative to the reference scenario when only $CO_2$ was increased. When temperature was

increased to 6.4 °C coupled with an elevated $CO_2$ concentration, water yield increased by 24.4%. An increase in $CO_2$ and precipitation increased water yield by 51.8%.

Agricultural pollutant yields were significantly affected by precipitation changes (Table 3). Generally, increasing precipitation while holding temperature and $CO_2$ constant caused an increase in all agricultural runoff components, and vice versa. With a 20% precipitation increase and constant temperature, nitrate yield exhibited the largest increase compared to the reference scenario by approximately 40.2%, while in the same scenario chlorpyrifos yield decreased by 31.9% compared to the reference scenario. When precipitation was increased by 20% with temperature held constant, nitrate runoff increased the largest amount compared to the reference scenario by approximately 40.2% while chlorpyrifos yield had the largest decrease at 31.9%.

Increasing temperature by 1.1 and 6.4 °C caused a decrease in all agricultural runoff components (Table 3). As expected, an increase in temperature by 6.4 °C had a much larger effect on runoff than a 1.1 °C temperature increase. Nitrate yield had the largest percentage decrease (18.3%) when compared to the reference scenario. For diazinon and chlorpyrifos, an increase of 1.1 °C caused a decrease of less than 1% when compared to the reference scenario. With a 1.1 °C increase, chlorpyrifos showed no significant difference in the mean from the present-day reference scenario ($\alpha = 0.05$). For a 6.4 °C temperature increase, yields of all agricultural runoff components decreased by at least 4% with nitrate and



**Fig. 2.** Change in water yield compared to the reference scenario for the 100-year SWAT simulation.

BLM_0047644

*D.L. Ficklin et al. / Environmental Pollution 158 (2010) 223–234*



**Fig. 3.** Change in sediment yield compared to the reference scenario for the 100-year SWAT simulation.

total phosphorus having the largest decreases by 18.3 and 15.3%, respectively, compared to the reference scenario.

When increasing temperature and increasing/decreasing precipitation, the agricultural pollutant yield was generally related to the precipitation change (Table 3). Under both temperature scenarios (1.1 and 6.4 °C), an increase (decrease) in precipitation generally resulted in an increase (decrease) in agricultural runoff. This relation shows that precipitation is the main driving factor of agricultural runoff. Nitrate yield had the largest overall increase (30.8%) with a 1.1 °C temperature and 20% precipitation increase. It also had the largest overall decrease (36.4%) with 6.4 °C temperature and 20% precipitation decrease. It is important to note, however, that with a temperature increase of 6.4 °C and a precipitation increase to 970 ppm and temperature was increased by 6.4 °C. It is 10%, nitrate and total phosphorus decreased by 8.7 and 6.2%, respectively. Also, increasing temperature and precipitation by 6.4 °C and 20%, respectively, did not cause significant change in sediment yield when compared to the present-day reference scenario ($\alpha = 0.05$).

An increase of $CO_2$ from the present-day concentration of 330 ppm to the extreme IPCC $CO_2$ scenario of 970 ppm resulted in varying outcomes (Table 4). Increasing $CO_2$ caused a decrease in sediment and diazinon yields, while nitrate, total phosphorus, and chlorpyrifos yields increased. This trend continued when $CO_2$ was increased to 970 ppm and temperature was increased by 6.4 °C. It is important to note that increasing $CO_2$ concentration to 970 ppm and temperature by 6.4 °C did not result in significant change from the present-day reference scenario ($p < 0.05$). When there was an

increase of $CO_2$ to 970 ppm and precipitation by 20%, all agricultural runoff components increased by at least 16% with total phosphorus having the largest increase of 40.3%.

## 4. Discussion

### 4.1. Simulation results

All agricultural runoff components were significantly affected by precipitation changes and to a lesser degree by changes in temperature and $CO_2$ concentration. The relationship between precipitation changes and increased agricultural pollutant runoff is easily understood, as rainfall impacts and runoff are the driving mechanisms for pollutant transport within watersheds.

Nitrate and total phosphorus losses depend on the hydrologic balance, the quantities present in the soil either from natural sources or fertilizer inputs, and the degree to which they are removed by plants at the site (Ferrier et al., 1995). Changes in temperature affected nitrogen and total phosphorus much more strongly than the other agricultural runoff components. The decreased nitrate and total phosphorus yield with higher temperature was related to decreased amounts of both surface runoff and sediment, and by a lesser degree by increased mineralization (Table 3). Decreasing surface water runoff appeared to be the most significant factor in decreasing fertilizer runoff in a study by Mander et al. (2000). The simulation results indicated that sediment yield had greater effects on phosphorus yields compared to

BLM_0047645

D.L. Ficklin et al. / Environmental Pollution 158 (2010) 223–234

229



**Fig. 4.** Change in nitrate yield compared to the reference scenario for the 100-year SWAT simulation.

yields of pesticides. The majority of phosphorus yields were associated with sediment, e.g., 89.2% of total phosphorus yield was predicted in the particle-bound phase (under reference simulation), while only 13.7% and 18.5% of pesticide yields were transported with sediment, for diazinon and chlorpyrifos, respectively. Consequently, total phosphorus yields decreased at larger rates, relative to pesticides, with higher temperature compared to the reference simulation. The nitrate results are from the NSURQ (nitrate surface runoff) data within the SWAT output. Nitrate yield results are associated with dissolved-phase nitrate removal only, and thus 100% of nitrate yield is water-associated.

Annual fertilizer use was not significantly decreased under higher temperatures. Seasonally, fertilizer automatically applied to the watershed was increased during early spring due to more rapid development of plant with higher temperatures. This was consistent with our previous results of monthly variation in leaf area index (LAI) with elevated temperature (Ficklin et al., 2009). Less fertilizer was applied during the summer months due to greater temperature stress on crops.

With increased atmospheric $CO_2$ concentrations from 330 to 970 ppm, watershed-wide annual sediment yield decreased by 6.3% during the simulation period. Sediment yield was simulated by the SWAT model based on MUSLE. Therefore, increased $CO_2$ concentration affected the sediment yield through two mechanisms: [1]

increasing surface runoff and peak runoff rate, and [2] increasing soil surface residue and thus decreasing the MUSLE cover and management factor (MUSLE_C). Experimental evidence indicates that plant stomata generally open less widely under increased $CO_2$ concentration, which reduces transpiration and thus increases surface runoff and peak runoff rate (e.g., Morison and Gifford, 1983). Previous research focused solely on evaluating the effects of a doubled atmospheric $CO_2$ concentration in SWAT report a wide range of increases in average annual streamflow (Stonefelt et al., 2000; Fontaine et al., 2001; Chen, 2001; Chaplot, 2007). With high $CO_2$ concentration, the simulation results indicated that the MUSLE_C was the dominant parameter for estimating sediment yield, and the overall effect of increased $CO_2$ concentration was a decrease in sediment yield.

It is noteworthy, however, that in-stream sediment load predicted at the watershed outlet was increased by 52.3% with increased $CO_2$ concentration. Based on our previous study (Ficklin et al., 2009), stream flow rate increased by 32.3% at the watershed outlet with increased $CO_2$ concentration compared to the reference simulation. Therefore, sediment transport capacity in the channels (indicated by "the maximum concentration of sediment that can be transported by the water" in the SWAT simulation) was increased with the peak flow rate. This finding was consistent with the modeling results by Chaplot (2007) who predicted a sediment yield

BLM_0047646

*D.L. Ficklin et al. / Environmental Pollution 158 (2010) 223–234*



**Fig. 5.** Change in total phosphorus yield compared to the reference scenario for the 100-year SWAT simulation.

increase with an increased $CO_2$ concentration in an agricultural watershed in Iowa.

Nitrate and total phosphorus yields increased with an increase in atmospheric $CO_2$ concentration. This is to be expected as greater nitrogen and phosphorus inputs to the system through plant assimilation and soil fixation are considered in SWAT. Also, the increase in water yield as discussed in our previous study (Ficklin et al., 2009) would allow for more nitrate and total phosphorus transport. These results are consistent with Chaplot (2007) and Bouraoui et al. (2002), who found that an increase in $CO_2$ concentration increased nitrate loads.

Changing levels of $CO_2$ had varying effects on the total (dissolved and particle-bound) pesticide yield in the watershed. By increasing the $CO_2$ concentration, the annual average yield of diazinon decreased by 5.3% relative to the result of our reference simulation, whereas average annual chlorpyrifos yield increased by 6.4% (Table 3). The different behaviors of the two pesticides could be attributed to landscape and stream transport processes under conditions of increased $CO_2$ concentration. Changes in pesticide yield due to the physical processes of surface runoff and sediment yield resulted in an increase of both dissolved and particle-bound pesticide yields. For example, yields of dissolved diazinon and chlorpyrifos were increased by 9.9 and 13.1%, respectively, by an increased surface runoff rate. Particle-bound yields of both pesticides were decreased with less sediment yield predicted (Table 3). Due to its large soil adsorption coefficient,

($SK_{oc}$: 6070 for chlorpyrifos and 1000 for diazinon according to the SWAT built-in pesticide property database), chlorpyrifos has moderate-to-low mobility in the soils. In the calibrated SWAT model in this study, the lower soil mobility of chlorpyrifos was demonstrated by a large value of the pesticide percolation coefficient (PERCOP) of 0.5, compared to 0.2 for diazinon (Luo et al., 2008). This suggests that a larger proportion of chlorpyrifos transport occurs when pesticide is bound to sediment rather than when it is in its dissolved phase. Therefore, where sediment yield is decreased, chlorpyrifos yield will also decrease in comparison to diazinon, explaining the contrasting results for the two pesticides.

For the in-stream transport processes with increased $CO_2$ concentration, pesticide loss from water to bed sediment was increased due to the increased suspended sediment loadings. In addition, the pesticide re-suspension rate was decreased with more water available in streams, since the re-suspension in the SWAT simulation was inversely proportional to water depth. Finally, total pesticide loss in the channel routing was increased with increased $CO_2$ concentration. For diazinon, the slightly increased dissolved yield could not compensate for the losses in particle-bound yield and in channel routing, resulting in lower in-stream load at the watershed compared to the reference simulation. For chlorpyrifos with a relatively large increment of dissolved yield, however, the in-stream load at the watershed outlet was increased with an increase in $CO_2$ concentration.

BLM_0047647

*D.L. Ficklin et al. / Environmental Pollution 158 (2010) 223–234*

231



**Fig. 6.** Change in diazinon yield compared to the reference scenario for the 100-year SWAT simulation.

### 4.2. Implications

Water resource managers wishing to anticipate and integrate the effect of climate change into their management plans must have an understanding of the local factors that control water quality and volume, and the sensitivity of these factors to climate change. Our results suggest that changes in climate (precipitation and temperature) and $CO_2$ concentration may have a significant effect on the water quality of surface waters in the San Joaquin watershed. This is directly dependent on the agricultural chemical inputs from the surrounding landscape, and the biogeochemical processes that transform these inputs. For this study, fertilizer inputs (nitrate and total phosphorus) were based on plant requirements for optimum growth, while pesticide inputs were based on present-day average usage. It is important to understand that these inputs may change in the future, which may alleviate or increase water quality concerns in a changing climate.

Water resources that appear to be the most vulnerable to changes in water quality as a result of climate change are those already near their climatic thresholds for chemical change. These are water resources where competition between agricultural, and natural uses is high or increasing, and where climate change will act in concert with other existing human-driven stresses (Murdoch et al., 2000). Currently, the San Joaquin River has

12 violations of water quality objectives (Lee and Jones-Lee, 2006). These violations include organophosphate pesticides (diazinon and chlorpyrifos), selenium, salinity, and oxygen demand. In addition, research is currently being done on potential future water quality objective violations, which include nutrients and sediments. Changes in water quality during storms and periods of elevated temperature may cause conditions that may exceed present-day Total Maximum Daily Loads (TMDLs), an estimate of the maximum amount of a pollutant that a given water body can receive and still meet water quality standards (USEPA, 2008). This problem may be further exacerbated by consumptive water use, such as for irrigation and domestic water supplies, as such use will reduce in-stream flows and thus increase the concentration of contaminants introduced by non-point agriculture sources.

### 5. Conclusions

This study illustrates changes in agricultural runoff related to potential climate change based on SWAT model simulations in an agriculturally dominated area of the San Joaquin River watershed. The results indicate that the hydrological system in the study area is very sensitive to climatic variations on an annual basis and/or over a long time period. As expected, precipitation had a greater impact on agricultural runoff compared to changes in either $CO_2$ or

BLM_0047648



**Fig. 7.** Change in chlorpyrifos yield compared to the reference scenario for the 100-year SWAT simulation.

**Table 3**
Predicted changes relative to present day conditions for average annual yields of sediment, nitrate, total phosphorus, diazinon, and chlorpyrifos for the lower San Joaquin River watershed at Vernalis, California, for temperature and precipitation climate change sensitivity simulations.

| | Reference | Temperature change (°C) | Precipitation changes (%) | | | | |
|---|---|---|---|---|---|---|---|
| | | | 0 | 10 | 20 | −10 | −20 |
| Water yield (%) | 1493.62 mm | 0 | x | 10.1 | 22.3 | −9.9 | −19.2 |
| Sediment (%) | 6.09 × 10⁸ kg | 0 | x | 11.5 | 28 | −10.7 | −20.8 |
| Nitrate (%) | 12,550 kg | 0 | x | 13.2 | 40.2 | −11.9 | −21.9 |
| Phosphorus (%) | 209,174 kg | 0 | x | 11.6 | 33.1 | −10.7 | −20.9 |
| Diazinon (%) | 75.96 kg | 0 | x | 9.9 | 20.4 | −9.3 | −18.6 |
| Chlorpyrifos (%) | 41.57 kg | 0 | x | 13.1 | 27.5 | −11.6 | −31.9 |
| Water yield (%) | 1493.62 mm | 1.1 | −2.0 | 7.86 | 20.0 | −11.9 | −21.1 |
| Sediment (%) | 6.09 × 10⁸ kg | 1.1 | −2.1 | 9.3 | 25.6 | −12.5 | −22.3 |
| Nitrate (%) | 12,550 kg | 1.1 | −6.1 | 6.4 | 30.8 | −16.9 | −27.2 |
| Phosphorus (%) | 209,174 kg | 1.1 | −2.5 | 8.7 | 29.5 | −12.9 | −22.7 |
| Diazinon (%) | 75.96 kg | 1.1 | −0.8 | 9.3 | 19.9 | −10.4 | −19.4 |
| Chlorpyrifos (%) | 41.57 kg | 1.1 | −0.4* | 12.1 | 26.4 | −13.2 | −23.3 |
| Water yield (%) | 1493.62 mm | 6.4 | −9.2 | 0.14* | 11.3 | −17.9 | −26.4 |
| Sediment (%) | 6.09 × 10⁸ kg | 6.4 | −9.3 | 0.9* | 15.3 | −18.4 | −27.4 |
| Nitrate (%) | 12,550 kg | 6.4 | −18.3 | −8.7 | 9.3 | −27 | −36.7 |
| Phosphorus (%) | 209,174 kg | 6.4 | −15.3 | −6.2 | 8.3 | −23.3 | −31.4 |
| Diazinon (%) | 75.96 kg | 6.4 | −4.6 | 4.6 | 14.2 | −13.3 | −21.9 |
| Chlorpyrifos (%) | 41.57 kg | 6.4 | −4.9 | 6.7 | 19.4 | −15.3 | −26.5 |

*Differences between the reference and climate change scenarios are not significant at α = 0.05.

temperature. Changes in precipitation by ±10% and ±20% generally changed agricultural runoff proportionally. Increasing $CO_2$ and leaving temperature and precipitation constant resulted in an increase in nitrate, total phosphorus, and chlorpyrifos yield and a decrease in sediment and diazinon yields. A temperature increase with no precipitation or $CO_2$ change caused a decrease for all agricultural runoff components.

The results of this study suggest that an increase in $CO_2$ and changes in temperature and precipitation have significant effects on agricultural runoff in the San Joaquin River watershed. These effects might be complicated by the agricultural activities and irrigation water diversion in the study area. The results generated from this study are valuable as a tool for guiding water resource managers

**Table 4**
Predicted changes relative to present day conditions for average annual yields of sediment, nitrate, total phosphorus, diazinon, and chlorpyrifos for the lower San Joaquin River watershed at Vernalis, California, for $CO_2$ climate change sensitivity simulations.

| | Reference | $CO_2$ only | $CO_2$ + 6.4 °C | $CO_2$ + 20% P |
|---|---|---|---|---|
| Water yield (%) | 1493.62 mm | 23.8 | 24.4 | 51.8 |
| Sediment (%) | 6.09 × 10⁸ kg | −6.3 | −2.2 | 24.5 |
| Nitrate (%) | 12,550 kg | 4.2 | 8.7 | 37.2 |
| Phosphorus (%) | 209,174 kg | 7.8 | 1.5* | 40.3 |
| Diazinon (%) | 75.96 kg | −5.3 | −0.4* | 16.8 |
| Chlorpyrifos (%) | 41.57 kg | 6.4 | 9.8 | 39.6 |

*Differences between the reference and climate change scenarios are not significant at α = 0.05.

*D.L. Ficklin et al. / Environmental Pollution 158 (2010) 223–234* 233

and those required to comply with legislation for water quality guidelines to make appropriate decisions on land management and/or measures for environmental protection.

## References

Amweg, E.L., Weston, D.P., You, J., Lydy, M.L., 2006. Pyrethroid insecticides and sediment toxicity in urban Creeks in California and Tennessee. Environmental Science and Technology 40 (6), 1700–1706.

Arnell, N.W., 1992. Factors controlling the effects of climate change on river flow regimes in a humid temperate environment. Journal of Hydrology 132, 321–342.

Arnold, J.G., Srinivasan, R., Muttiah, R.S., Williams, J.R., 1998. Large area hydrologic modeling and assessment part I: model development. Journal of the American Water Resources Association 34 (1), 73–89.

Bloomfield, J.P., Williams, R.J., Gooddy, D.C., Cape, J.N., Guha, P., 2006. Impacts of climate change on the fate and behaviour of pesticides in surface and groundwater – a UK perspective. Science of the Total Environment 369, 163–177.

Boswell, V.G., 1926. The influence of temperature upon the growth and yield of garden peas. Proceedings of the American Society of Horticultural Science 23, 162–168.

Bouraoui, F., Galbiati, L., Bidoglio, G., 2002. Climate change impacts on nutrient loads in the Yorkshire Ouse catchment (UK). Hydrology & Earth System Sciences 6 (2), 197–209.

CDPR, 2007. CDPR, Pesticide Use Reporting (PUR). California Department of Pesticide Regulation.

CEPA, 2007. CEPA, Surface Water Database. California Environmental Protection Agency.

Chaplot, V., 2007. Water and soil resources response to rising levels of atmospheric $CO_2$ concentration and to changes in precipitation and air temperature. Journal of Hydrology 337, 159–171.

Chapra, S.C., 1997. Surface Water-quality Modeling. WCB/McGraw-Hill, Boston.

Chen, 2001. Impacts of Stomatal Resistance on Evapotranspiration and Water Yield in Climate Change Modeling. MS thesis. Washington State University, Pullman, Washington, p. 110.

CMIP3 multi-model dataset, 2008. The World Climate Research Programme's (WRCP's) Coupled Model Intercomparison Project Phase 3 (CMIP3) Multi-model Dataset. http://gdo-dcp.ucllnl.org/downscaled_cmip3_projections/ (accessed 09.08.08).

Cruise, J.F., LimayeNassim Al-Abed, A.S., 1999. Assessment of impacts of climate change on water quality in the Southeastern United States. Journal of the American Water Resources Association 35 (6), 1539–1550.

California Valley Regional Water Quality Board (CVRWQCB), 2006. Relative Risk Evaluation for Pesticides Used in the Sacramento Valley. California Valley Regional Water Quality Board (CVRWQCB), Sacramento, CA.

California Department of Water Resources (DWR), 2007. Land Use Survey Data. California Department of Water Resources (DWR) (accessed May 2008).

Eckhardt, K., Ulbrich, U., 2003. Potential impacts of climate change on groundwater recharge and streamflow in a central European low mountain range. Journal of Hydrology 284 (1–4), 244–252.

Ferrier, R.C., Whitehead, P.G., Sefton, C., Edwards, A.C., Pugh, K., 1995. Modelling impacts of land use change and climate change on nitrate–nitrogen in the River Don, North East Scotland. Water Research 29 (8), 1950–1956.

Ficklin, D.L., Luo, Y., Luedeling, E., Zhang, M., 2009. Climate change sensitivity assessment of the San Joaquin watershed using SWAT. Journal of Hydrology 347, 16–29

Flay, R.B., Narasimhan, T.N., 2000. Application of the Soil and Water Assessment Tool (SWAT) and Geographic Information Systems (GIS) to Integrated Water Management of the San Joaquin River Basin, California. Eos Trans. AGU, 81(48), Fall Meet. Suppl., Abstract H21F-06.

Foe, C., 1995. Insecticide Concentrations and Invertebrate Bioassay Mortality in Agricultural Return from the San Joaquin Basin. Central Valley Regional Water Quality Control Board.

Foe, C., Connor, V., 1991. San Joaquin Watershed Bioassay Results, 1988–1990. Central Valley Regional Water Quality Control Board.

Foe, C., Sheipline, R., 1993. Pesticides in Surface Water from Applications on Orchards and Alfalfa During the Winter and Spring of 1991–1992. Central Valley Regional Water Quality Control Board.

Fontaine, T.A., Klassen, J.F., Hotchkiss, R.H., 2001. Hydrological response to climate change in the Black Hills of South Dakota, USA. Hydrological Sciences 46 (1), 27–40.

Griffin, R.C., Bromley, D.W., 1982. Agricultural runoff as a nonpoint externality: a theoretical development. American Journal of Agricultural Economics 64 (3), 542–548.

Guo, L., Spurlock, F.C., Johnson, B.R., Goh, K., 2004. Characterizing dependence of pesticide load in surface water on precipitation and pesticide use for the Sacramento River watershed. Environmental Science and Technology 38, 3842–3852.

Hanratty, M.P., Stefan, S.G., 1998. Simulating climate change effects in a Minnesota agricultural watershed. Journal of Environmental Quality 27, 1524–1532.

Intergovernmental Panel on Climate Change (IPCC), Working Group I, 2001a. Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the IPPC. Cambridge University Press.

Intergovernmental Panel on Climate Change (IPCC), 2001b. Special Report on Emission Scenarios. Cambridge University Press, 612 pp.

Intergovernmental Panel on Climate Change (IPCC), 2007. Climate Change 2007: the Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Kegley, S., Orme, S., Neumeister, L., 2000. Hooked on Poison: Pesticide Use in California 1991–1998. Pesticide Action Network (PAN) and Californians for Pesticide Reform, San Francisco, CA.

Knisel, W.G., 1980. CREAMS: a Field Scale Model for Chemicals, Runoff, and Erosion from Agricultural Management Systems. USDA, 643 pp.

Larson, S.J., Capel, P.D., Goolsby, D.A., Zaugg, S.D., Sandstrom, M.W., 1995. Relations between pesticide use and riverine flux in the Mississippi River Basin. Chemosphere 31, 3305–3321.

Lee, G.F., Jones-Lee, A., 2006. Agriculture-related water quality problems in the San Joaquin River. In: Proceedings of 2006 International Conference on the Future of Agriculture: Science, Stewardship, and Sustainability. Center for Hazardous Substance Research, Kansas State University, Manhattan, KS.

Leonard, R.A., 1990. Movement of pesticide into surface waters. In: Cheng, H.H. (Ed.), Pesticides in the Soil Environment: Processes, Impacts, and Modeling. Soil Science Society of America Publishers, Madison, WI, pp. 303–349.

Luo, Y., Zhang, X., Liu, X., Ficklin, D., Zhang, M., 2008. Dynamic modeling of organophosphate pesticide load in surface water in the northern San Joaquin Valley watershed of California. Environmental Pollution 156, 1171–1181.

Magoon, C.A., Culpepper, C.W., 1932. Response of sweet corn to varying temperatures from time of planting to canning maturity. USDA Technical Bulletin 312.

Mander, U., Kull, A., Kuusemets, V., Tamm, T., 2000. Nutrient runoff dynamics in a rural catchment: influence of land-use changes, climatic fluctuations and ecotechnological measures. Ecological Engineering 14 (4), 405–417.

Morison, J.I.L, Gifford, R.M., 1983. Stomatal sensitivity to carbon dioxide and humidity. Plant Physiology 71, 789–796.

Murdoch, P.S., Baron, J.S., Miller, T.L., 2000. Potential effects of climate change on surface-water quality in North America. Journal of American Water Resources Association 36, 347–366.

Nash, J.E., Sutcliffe, J.V., 1970. River flow forecasting through conceptual models: part I. A discussion of principles. Journal of Hydrology 10, 282–290.

Neitsch, S.L., Arnold, J.G., Srinivasan, R., 2002. Pesticides Fate and Transport Predicted by SWAT: Atrazine, Metolachlor and Trifluralin in the Sugar Creek Watershed. BRC Publication 2002-03, 96 pp.

Neitsch, S.L., Arnold, J.G., Kiniry, J.R., Williams, J.R., King, K.W., 2005. Soil and Water Assessment Tool Theroretical Documentation. Version 2005. Texas Water Resource Institute, College Station, T.X.

National Oceanic and Atmospheric Adminstration (NOAA), 2008. National Climatic Data Center (accessed 15.05.08).

Panagoulia, D., 1991. Hydrological response of a medium-sized mountainous catchment to climate changes. Hydrologic Sciences Journal 36 (6), 525–547.

Racsko, P., Szeidl, L., Semenov, M., 1991. A serial approach to local stochastic weather models. Ecological Modelling 57 (1–2), 27–41.

Rosenberg, N.J., Epstein, D.J., Wang, D., Vail, L., Srinivasan, R., Arnold, J.G., 1999. Possible impacts of global warming on the hydrology of the Ogallala aquifer region. Climatic Change 42 (4), 677–692.

Ross, L.J., Stein, R., Hsu, J., White, J., Hefner, K., 1996. Distribution and Mass Loading of Insecticides in the San Joaquin River. California – Winter 1991/92 and 1992/93. Environmental Hazards Assessment Program, Report EH 96-02. California EPA–Department of Pesticide Regulation.

Ruiz, C.E., Gerald, T., 2001. RECOVERY Version 2.0. A Mathematical Model to Predict the Temporal Response of Surface Water to Contaminated Sediments. United States Army Corps of Engineers.

Schuol, J., Abbaspour, K.C., Srinivasan, R., Yang, H., 2008. Estimation of freshwater availability in the West African sub-continent using the SWAT hydrologic model. Journal of Hydrology 352 (1–2), 30–49.

Semenov, M.A., Barrow, E.M., 1997. Use of a stochastic weather generator in the development of climate change scenarios. Climatic Change 35 (4), 397–414.

Sharpley, A.N., Williams, J.R., 1990. Erosion/productivity impact calculator, 1. Model documentation. USDA-ARS Technical Bulletin 1768.

Siepmann, S., Finlayson, B.J., 2000. Water Quality Criteria for Diazinon and Chlorpyrifos. California Department of Fish & Game, Office of Spill Prevention and Response. Administrative Report 00–3.

Smith, J.B., Mendelsohn, R.O., 2007. The Impact of Climate Change on Regional Systems: a Comprehensive Analysis of California. Edward Elgar Publishing, Northhampton, MA, USA.

Soil Conservation Service, 1984. SCS National Engineering Handbook. U.S. Department of Agriculture, Washington, D.C.

Stonefelt, M.D., Fontaine, T.A., Hotchkiss, R.H., 2000. Impacts of climate change on water yield in the upper Wind River Basin. Journal of the American Water Resources Association 36 (2), 321–336.

Tong, S.T.Y., Liu, A.J., Goodrich, J.A., 2007. Climate change impacts on nutrient and sediment loads in a midwestern agricultural watershed. Journal of Environmental Informatics 9 (1), 18–28.

USDA, 2007. Soil Survey Geographic (SSURGO) Database. United States Department of Agriculture.

USEPA, 2007. Data for the Better Assessment Science Integrating Point and Nonpoint Sources (BASINS) Model. United States Environmental Protection Agency.

USEPA, 2008. Impaired Waters and Total Maximum Daily Loads. http://www.epa.gov/OWOW/tmdl/ (accessed 09.12.08).

USGS, 2001. National Land Cover Database (NLCD) 2001. U.S. Geological Survey, Earth Resources Observation Systems.

USGS, 2007. National Water Information System: Web Interface. United States Geographical Survey.

Werner, I., Deanovic, L.A., Connor, V., de Vlaming, V., Bailey, H.C., Hinton, D.E., 1999. Insecticide-caused toxicity to *Ceriodaphnia dubia* (Cladocera) in the Sacramento – San Joaquin river Delta, California, USA. Environmental Toxicology and Chemistry 19, 215–227.

Weston, D.P., You, J., Lydy, M.L., 2004. Distribution and toxicity of sediment-associated pesticides in agriculture dominated water bodies of California's Central Valley. Environmental Science and Technology 38, 2752–2759.

World Meteorological Organization (WMO), 2006. WMO Statement on the Status of the Global Climate in 2006. WMO, Geneva, Switzerland. http://www.wmo.ch/pages/themes/wmoprod/documents/WMO_1016_E.pdf (accessed 07.01.08).

BLM_0047651



# MAMMALS
## OF COLORADO

JAMES P. FITZGERALD
CARRON A. MEANEY
DAVID M. ARMSTRONG

DENVER MUSEUM OF NATURAL HISTORY
AND UNIVERSITY PRESS OF COLORADO

MONTROSE REGIONAL LIBRARY
320 SO. 2ND ST.
MONTROSE, CO 81401

BLM_0047652

# MAMMALS OF COLORADO

© 1994 by the Denver Museum of Natural History

All rights reserved.

Published by the University Press of Colorado, P. O. Box 849, Niwot, Colorado 80544

The University Press of Colorado is a cooperative publishing enterprise supported, in part, by Adams State College, Colorado State University, Fort Lewis College, Mesa State College, Metropolitan State College of Denver, University of Colorado, University of Northern Colorado, University of Southern Colorado, and Western State College of Colorado.

This publication was supported in part by the Colorado Wildlife Commission.

North American maps of mammal distribution are redrafted from *The Mammals of North America*, E. Raymond Hall, © 1981 by John Wiley & Sons, Inc. Reprinted by permission of John Wiley & Sons, Inc.

Composition: Carol Humphrey, University Press of Colorado

Skull drawings: Dave Carlson, Biographics

The Denver Museum of Natural History acknowledges the following individuals:
Design and Production: Ann W. Douden, Cathy Holtz, Kevin Scott
Illustration: Marjorie C. Leggitt, Gail Kohler Opsahl, Barry Syler
Maps: J. Keith Abernathy, Kay Herndon, Lisa McGuire

**Library of Congress Cataloging-in-Publication Data**

Fitzgerald, James P., 1940–

    Mammals of Colorado / James P. Fitzgerald, Carron A. Meaney, and David M. Armstrong.
      p.   cm.
    Includes bibliographical references (p.   ) and index.
    ISBN 0-87081-333-1 (cloth)
    1. Mammals — Colorado.  I. Meaney, Carron A., 1950–   .  II. Armstrong, David Michael, 1944–   .  III. Denver Museum of Natural History,  IV. Title.
QL719.C6F58  1994
599.09788 — dc20                                                    94-1626
                                                       CIP

The paper used in this publication meets the minimum requirements of the American National Standard for Information Sciences — Permanence of Paper for Printed Library Materials. ANSI Z39.48–1984

∞

10  9  8  7  6  5  4  3  2  1

BLM_0047653

MAMMALS OF COLORADO

contiguous United States except for remnant populations in Minnesota, Wisconsin, Michigan, Idaho, Montana, and Washington.



Photograph by Joseph Van Wormer. All rights reserved. Photo Archives, Denver Museum of Natural History.

*Photograph 10-3 Kit fox* (Vulpes macrotis).

### *Vulpes macrotis*
## KIT FOX

DESCRIPTION — This species is a dainty fox of the desert Southwest. It closely resembles the swift fox, *Vulpes velox*, in appearance but has larger ears and a generally more angular appearance. See the account of the swift fox for distinction between the two aridland foxes. The dorsal color of the kit fox varies from yellowish gray to grizzled. The underfur is thick and harsh in texture. The underparts are usually paler yellow to white. The sides of the muzzle are dark, and the tail is black tipped. Measurements are: total length 730–840 mm; length of tail 260–323 mm; length of hind-foot 113–137 mm; length of ear 78–94 mm; weight 1.5–2.5 kg. Females average 15 percent lighter in weight than males. Kit foxes are known to hybridize with swift foxes and red foxes, *Vulpes vulpes* (Rohwer and Kilgore 1973, Thornton et al. 1971). A number of authors (most recently Dragoo et al. 1990) have suggested that kit and swift foxes are conspecific. However, in Colorado the animals are strongly separated by the Southern Rocky Mountains. Even if the genetic situ-

ation were unequivocal in the narrow zone of intergradation or hybridization in southern New Mexico, arid land foxes in Colorado are reproductively isolated from one another and have distinctive ecological (and hence management) requirements.

NATURAL HISTORY — The kit fox occupies semidesert shrubland and margins of piñon-juniper woodlands over much of the Southwest. Saltbush, shadscale, sagebrush, and greasewood are common woody plants of typical kit fox habitat. In Utah, the species preferred areas with less than 20 percent ground cover and pale, loamy soils (McGrew 1977). In Colorado National Monument, they were observed most frequently in mixed juniper-sagebrush communities and in rimrock (P. Miller 1964). A small population in semidesert shrubland in Delta and Montrose counties is being investigated at the present time.

The kit fox appears to rely heavily on lagomorphs as the staple diet, at least in the cold desert regions of Utah where 94 percent of the diet of a family of kit foxes consisted of black-tailed jackrabbits (Egoscue 1962a). O'Neal et al. (1986), working in the same area, also reported high use of jackrabbits. Similar to the swift fox, their numbers appear to be regulated in part by the size of lagomorph populations. Kangaroo rats are also important prey in both California (McGrew 1979) and Utah (O'Neal et al. 1986). If preferred prey is unavailable, the kit fox is opportunistic and will feed on ground-nesting birds, especially horned larks (O'Neal et al. 1986), reptiles, and insects.

The species is semifossorial and digs its own dens, which normally have multiple entrances (Egoscue 1962a). Dens are clustered and not randomly distributed. The animals move from one den to another, especially during summer when pups are present. Kit foxes are active year round. Most foraging is done at night, and the animals normally do not move more than 3 km from their dens. Home range estimates vary from 252 to 1,120 ha (T. O'Farrell 1987, O'Neal et al. 1986). Home ranges overlap and evidence of territoriality is

308

BLM_0047654



*Map 10-5 Distribution of the kit fox* (Vulpes macrotis) *in North America.*



*Map 10-6 Distribution of the kit fox* (Vulpes macrotis) *in Colorado.*

lacking. Densities have been estimated to range from one individual per 43 ha to 1/1,036 ha (Egoscue 1965, Morrell 1972).

Kit foxes pair in late fall, when females select and clean out dens. Females are monestrous, and breeding occurs in December, January, and February. Some females may breed as young as 10 months of age (O'Farrell 1987). The gestation period is unknown but probably is similar to the 51 days reported for *V. velox.* Litters of four or five pups are born in February or March with a sex ratio of 1:1. Pups first emerge from the den at about four to five weeks of age and begin foraging with the parents when three to four months old. In Utah, dispersal occurs in October with young of the year showing the longest movements (Egoscue 1956, 1962a).

The extent of monogamy in kit foxes is not clear. Some pairs appear to be monogamous and to mate for life whereas others do not. Pair bonds

last at least through one breeding season, and males will sometimes father two litters. Males provision the female for the first few weeks that she is nursing the young, as she stays with the pups. At weaning, both adults bring food back to the den for the first few months; they do not regurgitate food (Egoscue 1962a, Morrell 1972).

Few data exist on mortality in kit foxes, but coyotes are thought to be major predators, causing almost half the observed mortality in radio-collared animals in California (T. O'Farrell 1987) and Utah (O'Neal et al. 1986). Mortality from motor vehicles was also significant (14 percent) in the latter study. Agricultural conversion of native habitat, trapping, shooting, and predator poisoning are all factors that have negative impacts on kit fox populations. Literature on the species was reviewed by McGrew (1979), Morrell (1975), and T. O'Farrell (1987).

DISTRIBUTION IN COLORADO — Although categorized as a furbearer (Table 3-1), geographic distribution and status of the kit fox in Colorado are poorly known but presently are under study by personnel of the Colorado Division of Wildlife and the University of Northern Colorado. To date only one small population has been located,

BLM_0047655

MAMMALS OF COLORADO

near Delta. Although the status of the kit fox is largely unknown, Colorado has had a liberal hunting and trapping season on the species for many years. Colorado represents the eastern edge of the range, which encompasses semidesert and canyon country of the southwestern and west-central portions of the state. No verified specimens have been taken from north of the Grand Valley, although the Division of Wildlife receives periodic reports from northwestern Colorado. Present published records are limited to those of Egoscue (1964a), P. Miller (1964), and P. Miller and McCoy (1965). A specimen from McElmo Canyon, Montezuma Co., was reported as *Vulpes macrotis neomexicana*; those from Colorado National Monument were reported by P. Miller and McCoy 1965) as *V. m. arsipus*.



Photograph by Joseph Van Wormer. All rights reserved. Photo Archives, Denver Museum of Natural History.

*Photograph 10-4 Swift fox* (Vulpes velox).

## *Vulpes velox*
## SWIFT FOX

DESCRIPTION — The swift fox is small and slender. The dorsal pelage ranges from yellowish to buffy gray, with the underfur tan and interspersed with multicolored guard hairs so that the overall dorsal color is fairly dark. The ventral pelage ranges from white to yellow. Conspicuous black marks are present on either side of the snout, and the tail is always tipped with black.

310

The black facial marks clearly separate the species from young coyotes. Measurements are: total length 700–880 mm; length of tail 240–350 mm; length of hindfoot 113–135 mm; length of ear 56–75 mm; weight 1.8–3.0 kg. Males average 8 percent heavier than females. Adults stand about 300 mm at the shoulder. The ears are typically shorter than those of the closely related kit fox, *Vulpes macrotis*. Other differences between the two species include more open, rounded eyes in the swift fox compared to slit-like eyes of the kit fox, and a shorter, broader muzzle in the former species. Females have eight mammae. In zones of contact, swift and kit foxes hybridize in western Texas and eastern New Mexico (Thornton et al. 1971, Rohwer and Kilgore 1973). In Colorado, the two species are strongly separated by the Southern Rocky Mountains.

NATURAL HISTORY — The swift fox, along with the black-tailed prairie dog and the white-tailed jackrabbit, is an animal of grasslands. It occupies shortgrass and midgrass prairies over most of the Great Plains, including eastern Colorado. In northeastern Colorado, the swift fox appears to be most numerous in areas with relatively flat to gently rolling topography (M. Cameron 1984, Loy 1981) and rare in terrain that is highly eroded with gullies, washes, and canyons. However, habitat occupied on the Pinon Canyon Maneuver Site in southeastern Colorado is more diverse (Rongstad et al. 1989).

Swift foxes are excellent diggers and excavate their own dens, which are typically located on flat areas or along slopes or ridges that afford good visual fields. In northern Colorado, dens are typically on sites dominated by blue grama or buffalo grass. The soil accumulated at the burrow entrance may be visible for several hundred meters, although typically not forming as large a mound as that from badger excavations (M. Cameron 1984, Loy 1981). More than one den is used at a time. Dens used for whelping typically have three to six entrances; dens used by solitary foxes usually have only one or two entrances. Dens excavated in Colorado were simple structures with

BLM_0047656

QL
737
.C22
F58
1996

# JOB PROGRESS REPORT
# STATE OF COLORADO

## COLORADO DIVISION OF WILDLIFE
## PROJECT NO W-153-R-7

### FINAL REPORT - STATUS AND DISTRIBUTION OF THE KIT FOX (VULPES MACROTIS) IN WESTERN COLORADO



Report to Mammals Research
Kit Fox Studies- Work Plan 10A

From James P. Fitzgerald, Contractor
Biological Sciences, University of Northern
Colorado, 20 Sept. 1996. Work Period 1992-1996



COLORADO DIVISION OF WILDLIFE
RESEARCH CENTER LIBRARY
317 West Prospect Road
Fort Collins, CO 80526
U.S.A.



BLM_0047657

i

## CONTENTS

Figures.................................................................................... iii
Tables..................................................................................... iv
Acknowledgments................................................................ vi
Abstract................................................................................. vii
Introduction.......................................................................... 1
Methods and Materials ........................................................ 4
   Selection of Study Areas ................................................ 4
   Unifying Characteristics of Trapping Areas ................. 6
   Climatic Conditions ........................................................ 6
   Field Protocol ................................................................... 7
   Live Trapping Foxes ........................................................ 7
   Other Search Methods .................................................... 9
   Handling Captured Foxes ............................................... 10
   Habitat Descriptions ....................................................... 11
Results and Discussion ........................................................ 11
   Trapping Effort................................................................ 11
   Foxes Observed But Not Captured .............................. 16
   Non-target Species Capture .......................................... 17
   Baits.................................................................................. 17
   Habitat Characteristics of Sites With Foxes .............. 19
   Den Site Characteristics ................................................ 23
   Condition of Captured Foxes ......................................... 26
   Fox Populations............................................................... 27
      Kit Foxes in the Lower Colorado Drainage ............ 29
      Kit Foxes in the Lower Gunnison Drainage ........... 32
      Foxes North and West of Delta .................................. 32
      Peach Valley-Montrose East Fox Population ........... 33
      Population Dynamics .................................................. 33
         Sex and Age Structure ...................................... 34
         Reproductive Success and Pairings ............... 34
         Survival and Mortality ..................................... 39
         Movements of Peach Valley-Montrose East Foxes 43
         Use of Dens ........................................................ 47
         Movements and Home Range Estimates .......... 51
         Disturbance Factors .......................................... 54
         Spotlighting......................................................... 55

ii

Outline of Management Assumptions and Needs ........... 56
    General Assumptions ................................................... 56
    Colorado Population Assumptions ..................................... 56
Management Recommendations ................................................... 57
Research Recommendations ......................................................... 59
Literature Cited ............................................................................ 60
Appendices.................................................................................... 66
  Appendix A - Tables of trap nights by area ...................... 66
  Appendix B - Tables of locations and dates of capture
     of all radio collared or ear tagged animals ................. 69
  Appendix C - Descriptions of Areas Trapped ..................... 75

QL
737     Status and
.C22    distribution of the
F58     kit fox (Vulpes
1996    macrotis) in western

DATE DUE





COLORADO DIVISION OF WILDLIFE
**RESEARCH CENTER LIBRARY**
317 West Prospect
Fort Collins, CO 80526 USA

Tel: (970)472-4353          DEMCO



iii

FIGURES                                                                      Page

Cover - Juvenile Kit Fox .

1. Distributional map of the kit fox (<u>Vulpes macrotis</u>) in North
   America and Colorado (modified from Fitzgerald et al.1994)..   2
2. Kit fox in live trap, Peach Valley, Colorado........................................   8
3. Location of male (open circle) and female (black circle) kit
   foxes, and one fox of unknown sex (half-shaded circle)
   trapped in western Colorado,1992-96.  Base map modified
   from Anderson et al. 1992....................................................................   12
4. Habitats in which kit foxes were captured. Clockwise from
   upper left: Rabbit Valley,  Corcoran Point,  Peach Valley,
   MontroseEast.....................................................................................   22
5. Movements of selected radio-collared female kit foxes from
   the Peach Valley-Montrose East complex, 1992-96....................   45
6. Movements of selected radio-collared male kit foxes from
   the Peach Valley-Montrose East complex, 1992-96....................   46
7. Den locations in Peach Valley. Southern (upper) Peach Valley
   on left, northern (lower) Peach Valley on right.............................   48
8. Location of dens used by foxes in Montrose East, 1994-95
   Numbered dens were used by family groups May-August.
   Lettered dens were used by individuals located by Boyle
   August-December..................................................................................   50
9. Kit fox dens, clockwise from upper left: den in a deep wash,
   Peach Valley; den on rim of a slope, Peach Valley; den in
   eroded clay-loam soil, Montrose East; den by road in Peach
   Valley.................................................................................................   52

BLM_0047660

iv

TABLES                                                                                                    PAGE

1. Estimated harvest of kit fox based on trapper questionnaire returns to the Colorado Division of Wildlife, 1975-92 (Fitzgerald 1994). Kit fox were reported in 9 of the 17 years. .................................................................................... 3

2. Elevation (m) and weather station normals for precipitation (cm), temperature (C), and frostfree days, averaged 1951-80, for areas surveyed for kit fox. Values are from the closest weather stations (Hadeen 1990). ...................................................... 6

3. Sex, age class, and month and year of first capture of kit foxes, western Colorado, 1992-95. No new captures were made in 1996................................................................................................... 14

4. Trapping success by sex and month of capture1992-96, for all kit foxes captured or recaptured in western Colorado.... 15

5. Non-target species captured in kit fox traps, 1992-96, westernColorado....................................................................... 17

6. Summary of baits used to capture or recapture kit fox, 1992 -96............................................................................................. 18

7. Habitat characteristics of sites where kit fox were captured in westernColorado........................................................................ 20

8. Livestock grazing statistics for areas with kit fox, western Colorado. Specific allotment boundaries are shown on maps appended to the report. (Data from rangeland program summary updates from Montrose and Grand Junction offices USDI,BLM.)............................................................................... 21

9. Aspect, distance from roads, slope, and number of entrances, for kit fox dens in Peach Valley. A and B were whelping dens (Link1995)............................................................................... 23

10. Percent frequency of the commonest vegetation along four (NESW) transects at 10 kit fox dens in Peach Valley (Link, 1995)....................................................................................... 24

11. Percent frequency of cover, average vegetation height, and slope at 12 kit fox dens in western Colorado............................... 25

12. Weight (kg) and body measurements (cm) of adult male and female kit foxes, western Colorado, compared to adult male and female swift foxes from eastern Colorado............... 28

BLM_0047661

TABLES  (cont.)                    v.

13. Number of kit foxes captured in the Peach Valley-Montrose East complex compared with data from Egoscue (1975) in western Utah, and Berry et al. (1987) in California................ 29

14. Capture dates, location, estimated age, and status of kit foxes trapped in the lower Colorado River Drainage, Mesa and Garfield Counties 1994-96......................................... 30

15. Capture dates, location, estimated age, and status of kit foxes trapped north of the Gunnison River in Mesa and Delta Counties, 1992-96.................................................... 33

16. Estimated age, and status of male kit foxes trapped in the Peach Valley-Montrose East complex, 1992-96...................... 34

17. Estimated age, and status of female kit foxes trapped in the Peach Valley-Montrose East complex, 1992-1996.................. 35

18. Radio-collared males and females at Peach Valley and Montrose East during the annual breeding season (January-May) 1992-96.................................................... 37

19. Pairs or trios of kit foxes by dates observed, western Colorado 1992-96.................................................... 40

20. Known mortality of 17 marked and 5 unmarked foxes from Mesa, Delta, and Montrose Counties, 1992-96.......................... 41

21. Estimated age at death, or age at last radio contact, for 42 kit foxes in the Colorado and Gunnison River Drainages, 1992-96.................................................... 42

22. Number of foxes using dens and numbers of dens used, Peach Valley, August-December 1993. Use days compared to total days by fox reflects the number of days a den was shared.................................................... 47

23. Number of foxes using dens and numbers of dens used, Montrose East, August-December, 1994....................................... 49

24. Estimated home range size for 9 kit foxes, Peach Valley and Montrose East complex, October-January 1994-95. (Boyle 1995).................................................... 53

25. Estimated size of home range based on distances between denning sites for 8 kit foxes radio-collared for at least 7 months in the Peach Valley and Montrose East populations. .................................................... 53

26. Spotlighting time and distance in road km surveyed for kit fox by study area, 1992-93 (Link 1995). .................................... 55

BLM_0047662

vi.

## ACKNOWLEDGMENTS

The Colorado Division of Wildlife funded the project. T. Beck and B. Gill of Mammals Research handled project coordination and administration. The University of Northern Colorado Research Corporation handled paperwork for me and the Biology Department contributed workspace. Many CDOW people at the Grand Junction and Montrose Regional Offices helped on everything from where to park a trailer to showing field crews around their districts. Thanks to B. Pech, B. Divergie, P. Creeden, V. Graham, J. Leslie, J. Morris, G. Bock, D. Coven, M. McLain, J. Wolfe, T. Antonelli, R. Arant, K. Stransky, M. Zgainer, and R. Olterman. Special thanks to J. Olterman for his flights and coordinating things at Montrose. Thanks to J. Ellenberger and J. Gray for helping us at Grand Junction. Success of any field project depends on field crews. Thanks to M. Link, C. Parmeter, T. Verbeck, A. Anderson, J. Eussen, L. Dent, M. Reddy, D. Watson, J. Prather, S. Boyle, R. Hays, C. Hatch, S. Lechman, and R. Basagoitia. I need to emphasize thanks to M. (Shelly) Link for working two hard, lonely field seasons by herself to make lots of contacts, talk to lots of ranchers, landowners, and other locals to finally find some kit foxes in western Colorado. Thanks also to all of those ranchers that helped by providing information, company, and even showers for field crews. Shelly, Jim Eussen and Lonnie Dent deserve added thanks for helping with annual and final reports. We also thank the trappers, taxidermists (especially D. McCauley), and ADC people that tried to steer us to areas they thought had foxes. Twice we received assistance of veterinarians at the Redlands Clinic and Nancy Limbach of the Pauline Schneegas Wildlife Foundation for treatment and rehabilitation of injured foxes. BLM biologists especially R. Lambeth were helpful all along on the project. Thanks to the NPS people at Colorado National Monument and U.S. Fish and Wildlife personnel at Browns Park Wildlife Refuge for use of facilities or providing trapping permits. It was gratifying to see several local residents take particular interest in the fox project. Special thanks to Jim (Melvin) Baker for helping us keep track of the Montrose East foxes and for his quality video of a family of foxes.

BLM_0047663

vii.

## ABSTRACT

From March 1992 to July 1996, 8,518 trap nights of effort were expended in attempting to capture kit foxes in 8 counties in western Colorado. The area trapped was estimated to be 533 $mi^2$ (1,380 $km^2$). In 6,099 trap nights of effort in 4 counties (Garfield, Mesa, Delta, Montrose) 47 individual foxes were captured including 23 males, 23 females, and one animal of undetermined sex. Kit foxes were trapped at 7 different locations in those counties. Capture of foxes in Delta and Montrose counties extends the eastern border of the reported range of the species in Colorado by 60 mi (96 km). No foxes were captured in 2,419 trap nights of effort (28% of trap effort) in Moffat, Rio Blanco, San Miguel and Montezuma Counties although kit or swift foxes were observed in Moffat County.

All kit fox captures were in the lower Colorado and lower Gunnison River drainages at elevations below 6,000 feet (1,829 m) in cold desert shrublands. All sites where foxes were captured were grazed by domestic sheep or cattle and received considerable use by off-road recreational vehicles. Foxes were captured or recaptured in all months of the year with the highest numbers of captures in May, July, August, and September. Capture success averaged 1.25 foxes per 100 trap nights in areas known to be occupied by foxes.

Kit fox dens were in a variety of situations ranging from the bottom of deep, steep-sided washes to under rock outcrops or on rims of ridges. Dens averaged 2 entrances. Bare ground at den sites usually exceeded 60%, grass cover averaged 20%. Average vegetative height near dens was 9" (23 cm).

Most foxes captured appeared in good condition. Two females suffered broken jaws from trap injury. One died in rehabilitation while the other was released to the study area after her recovery. Ear lengths of male and female kit foxes were significantly longer than ear length measurements from swift foxes captured in eastern Colorado. Tail lengths of male kit foxes were significantly longer than tail lengths of male swift foxes. Female kit fox tail lengths were not significantly longer than those for swift fox females.

BLM_0047664

Abstract (cont.)                              viii.

Fewer than 100 kit foxes are thought to exist in the Colorado and
Gunnison River Drainages. There is no evidence populations are self-
sustaining.  Sex ratios for adults and pups approximated 1:1. Pups
averaged 5 months (range 2-8) at their time of capture and 13
months (2-24) at their death or loss of radio contact. The oldest male
was estimated to be 3.2 years at his time of death, the oldest female
4.3 years. The maximum average length of time radio-collared adult
kit foxes were located was 10 months for males and15 months for
females in the Peach Valley-Montrose East complex.

Kit foxes in western Colorado probably mate in mid-February based
on emergence of pups in mid-May. Litter size averaged 2.9 (range 2-
4) based on counts from 7 litters. Eighty-nine percent of marked
pups were dead or missing by the end of their yearling year. No pups
survived beyond 3 years of age. Twenty-two kit foxes, including 17
marked animals, were reported dead. Seven deaths were attributed
to coyotes, 3 to motor vehicles, 2 to drowning, 2 to trapping, and 1 to
trap injury. Cause of death was not determined for the other foxes.
Only 4 of the 47 foxes captured are known to still be alive. Lack of
reproductive aged males and failure of yearling females to breed
may be limiting fox populations in western Colorado.

One adult female moved over 25 mi (40 km) from her normal range,
an adult male moved about 20 mi (32 km) from his natal den. Radio-
collared foxes used an average of 3.6 dens (range 2-6). Home range
size averaged 2.0 mi$^2$  (5.2 km$^2$) based on a combination of radio-
tracking and mapping of dens used by individual animals. Late fall
and early winter single night movements were estimated to average
3.8 mi ( 6.1 km) but may have been influenced by the observers
presence.

BLM_0047665

1

INTRODUCTION

The kit fox (<u>Vulpes</u> <u>macrotis</u>) occupies arid portions of California, Nevada, Arizona, Utah, New Mexico, western Colorado, southern Oregon, and southern Idaho to central Mexico (Fig. 1) (McGrew 1979, Hall 1981). The kit fox is considered by some authors to be a sub-species of the swift fox (<u>Vulpes</u> <u>velox</u>) (Dragoo et al. 1990). Their taxonomic relationship is unclear (Armstrong 1972, Rohwer and Kilgore 1973, Hall 1981, O'Farrell 1987, Scott-Brown et al. 1987, Samuel and Nelson 1982). The swift and kit fox both have a diploid chromosome number of 2n=50 (Wayne et al. 1987). Kit fox have longer ears (average 80 mm vs. 64 mm) with ear bases close to the midline of the skull, a narrower rostrum, and larger (deeper) bullae than the swift fox (Thorton and Creel 1975, Dragoo et al. 1987, Dragoo et al. 1990). The eyes of the kit fox are more slanted. Their tail length is about 62% of their total body length compared to 52% for the swift fox (Thorton & Creel 1975, O'Farrell 1987). The species hybridize in zones of contact (Rohwer & Kilgore 1973). Dragoo et al. (1990) provide electrophoretic data which suggest that they should be synonymized. Using similar techniques, Mercure et al. (1993) concluded the kit and swift fox could be considered different species. For management purposes in Colorado it makes sense to recognize the swift fox as the species on the plains east of the Rocky Mountains and the kit fox on the western slope (Fitzgerald et al. 1994). Comparative measurements of the two species in Colorado presented later in this report support this distinction.

Literature on the kit fox has been reviewed by McGrew (1977) and O'Farrell (1987). Species biology has been studied in California (Morrel 1972, O'Farrell 1983, Cypher and Scrivener 1992, White and Ralls, 1993), Arizona (Zoellick et al. 1989, Zoellick and Smith 1992) and Utah (Egoscue 1962, McGrew 1977, Smith 1978, Daneke and Sunquist 1984, O'Neal et al. 1986). Little literature exists on the species distribution in Colorado, northern New Mexico, north-eastern Arizona, or eastern Utah. Findley et al. (1975) reported 4 specimens of kit fox from near Farmington and Broomfield, San Juan County, New Mexico about 20 miles (32 km) from the Colorado border. Halloran and Taber (1965) recorded a kit fox near Wide Ruins, on the Navajo Reservation in Arizona. Armstrong (1982) reported kit fox in Canyonlands National Park, Utah, 42 miles (67 km) from the Colorado border. McGrew (1977) reported kit foxes in Carbon and Emery Counties within 82 miles (132 km) of the Colorado border, and possibly in Grand County within 52 miles (83 km) of the border.

There are 3 published records of kit fox in western Colorado. Miller (1964) observed a live kit fox in Colorado National Monument, 1.2 miles (2 km)

BLM_0047666

2

west of Red Canyon View on Rim Rock Drive, Mesa County. Miller and McCoy (1965) reported 2 young kit foxes killed 12 miles (19 km) south of Mack, Mesa County. Egoscue (1964) reported 2 kit fox skulls from McElmo Canyon, Montezuma County, Colorado.

There have been few reports of kit fox in the state since those publications. Black-footed ferret survey crews reported spotlighting 3 kit foxes in the Bitter Creek area, and 2 in the Mack-Loma areas in Mesa County in 1983 (Grieb 1983). Colorado Division of Wildlife harvest statistics have reported kit fox to be taken on an irregular basis from several western counties (Table 1). However, no specimens were verified to species and harvest numbers are prone to considerable error (Fitzgerald 1994).

In 1985, Colorado mammalogists raised concerns over lack of knowledge of kit fox while harvest was allowed (Crumpacker and Winternitz 1986). As a result of increasing interest among some mammal researchers within the CDOW and mounting public inquiry regarding the status of some harvested furbearers the Division in 1992 contracted with the University of Northern Colorado for a study to clarify distribution and status of the kit fox.

 

Figure 1. Distributional map of the kit fox (Vulpes macrotis) in North America, and Colorado (modified from Fitzgerald et al. 1994).

BLM_0047667

3

Preliminary results from the study led the Colorado Wildlife Commission on 10 March 1994 to close seasons on kit fox and to impose trap restrictions in portions of the Gunnison River Drainage. On 22 March 1994 the Director of the Division of Wildlife designated the kit fox a species of special concern. In September 1994 the area with trapping restrictions was increased to include the lower Colorado River Drainage.

Table 1. Estimated harvest of kit fox based on trapper questionnaire returns to the Colorado Division of Wildlife, 1975-92 (Fitzgerald 1994). Kit fox were reported in 9 of the 17 years.

| Year | 75 | 77 | 78 | 79 | 81 | 86 | 87 | 89 | 91 |
|---|---|---|---|---|---|---|---|---|---|
| County | | | | | | | | | |
| Delta | 2 | | 5 | | 3 | | | | 2 |
| Garfield | | | | 6 | | | | | |
| Gunnison | | | | | | | | 2 | |
| La Plata | | | | | | | 26* | | |
| Mesa | 3 | 1 | 13 | 33 | 3 | 4 | 10 | 5 | |
| Moffat | | | 5 | 2 | | | 5 | | |
| Montezuma | | | | | 192* | | | 6 | |
| Montrose | 2 | | 10 | | | | | | |
| Rio Blanco | | 1 | | | | | | | |
| Totals | 7 | 2 | 33 | 41 | 198 | 4 | 41 | 13 | 2 |

* Numbers probably are a statistical error. Prior to 1975, separate statistics were not kept on this species.

This paper summarizes results of our investigations to determine the current range and ecological distribution of kit fox in western Colorado.

BLM_0047668

4

## METHODS AND MATERIALS

### Selection of Study Areas

Areas surveyed for kit fox were selected on the basis of: 1. Elevational, topographical and ecological similarity to habitats in Utah that had kit fox. 2. Records of kit fox from Colorado including trapper reports. 3. Interviews with area individuals. 4. Areas recommended by T. Beck, Mammals Research, Colorado Division of Wildlife.

McGrew (1977) characterizing kit fox distribution across Utah found them at mean elevations ranging from 4,839-4,924 feet (1,475-1,501 m) with extreme elevations of 2,401 and 6,102 feet (732 and 1,860 m). He reported foxes from shadscale (Atriplex canescens), mountain sagebrush (Artemisia tridentata), pinyon-juniper (Pinus edulis-Juniperus sp.), and creosote bush (Larrea tridentata) communities. Egoscue (1962) in western Utah found foxes at elevations of 4,311-4,402 feet (1,314-1,342 m). Vegetation included shadscale, grey molly (Kochia vestita), seepweed (Suaeda torreyana), shadscale, rabbitbrush (Chrysothamnus sp.), greasewood, horsebrush (Tetradymia canescens), shrubby buckwheat (Eriogonum sp.), and Indian Ricegrass (Oryzopsis hymenoides). In Washington County, Utah, Daneke and Sunquist (1984) found foxes in areas with halogeton (Halogeton glomeratus), rabbitbrush, black sagebrush (Artemisia nova), and winterfat (Krascheninnikovia lanata). In Millard County, in western Utah, O'Neal et al. (1986) reported kit foxes at elevations between 5,249-5,372 feet (1,600-1,700 m) with vegetation including winterfat, budsage (Artemisia spinescens), black sagebrush, shadscale, saltbush, rabbitbrush, and Indian Ricegrass. Smith (1978) in Utah and Toole Counties, Utah found foxes where winterfat, cheat grass (Bromus tectorum), greasewood, sagebrush, shadscale, and pinyon-juniper dominated.

Based on those reports we focused trapping efforts in cold desert shrublands and on the margins of pinyon-juniper woodland. Virtually all valley floors in western Colorado are bordered by pinyon-juniper or juniper woodland where Pinus edulis intermingles with Juniperus scopulorum, J. monosperma, or J. utahensis at elevations ranging from 5,500-8,500 feet (1,680-2,597 m). Stands are modified locally by intrusion of saltbush, rabbitbrush, or other shrubs (Costello 1954).

In western Colorado cold desert shrublands occur typically below 6,900 feet (2,100 m) on dry hillsides or valley floors associated with eroded shales or sandstones (Galatowitsch 1988). Three plant communities make

BLM_0047669

5

up most of these shrublands: greasewood, **saltbush, and sagebrush** or sage-grassland. Greasewood communities are found along washes usually in areas of alkaline soil (Armstrong 1972). Common plants in addition to greasewood are cheat grass, saltgrass (<u>Distichlis</u> <u>sp.</u>), summer cypress (<u>Kochia</u> <u>sp.</u>), peppergrass (<u>Lepidium</u> <u>sp.</u>), saltbush, and sagebrush. Saltbush communities are dominated by <u>Atriplex</u> <u>sp.</u>, with associates including winterfat, sagebrush, rabbitbrush, ricegrasses, summer cypress, and buckwheat species. Herbaceous cover is often sparse. Soils are slightly less alkaline, and usually better drained than those of greasewood communities (Armstrong 1972, Galatowitsch 1988). Mat saltbush (<u>A</u>. <u>corrugata</u>) often covers large areas with other <u>Atriplex</u> species, wild rye (<u>Elymus</u> <u>salina</u>), and ricegrass. In mat saltbush areas, cover rarely exceeds 10% (Galatowitsch 1988). Alkali sinks or marshes may be present in both greasewood and saltbush communities. Sagebrush communities support a variety of grasses or mixed forb understory. Species of <u>Artemisia</u> vary with sites and elevations in western Colorado (Galatowitsch 1988).

Primarily on the basis of vegetative type and elevation, thirteen trapping areas were selected in eight counties, listed from North to South:

1. Browns Park, Moffat County.
2. Blue Mountain and Mellen Hill, Rio Blanco County.
3. Lower Colorado River Valley (Grand Valley) including the Colorado National Monument, Mesa County.
4. Gunnison River Valley, Mesa and Delta Counties.
5. Peach Valley, Delta and Montrose Counties.
6. Gateway along the Dolores River, Mesa County.
7. Sinbad Valley, Montrose County.
8. Paradox Valley, Montrose County.
9. Big Gypsum Valley, San Miguel County.
10. Disappointment Valley, San Miguel County.
11. McIntyre Canyon, San Miguel County.
12. McElmo Canyon, Montezuma County.
13. Colorado River Valley, DeBeque-Parachute, Garfield County

Descriptions of these sites are provided in Link (1995) and summarized in the Appendix of this paper. Areas from which foxes were trapped are described in detail in the results section. Kit fox are believed to occupy portions of the Ute Mountain Indian Reservation in Montezuma County but permission to trap tribal lands was not obtained.

BLM_0047670

6

## Unifying Characteristics of Trapping Areas:

All trapping areas met the habitat and elevational conditions reported in Utah kit fox studies. Most sites were in linear valleys draining to Utah, theoretically allowing corridors for immigration of kit foxes from any existing populations in eastern Utah. Most sites were isolated, except by linear riparian corridors, from each other and from the Utah border by wooded uplifts that would hinder kit fox movements into the areas. All areas included a mix of land uses and land ownership patterns. Public lands were primarily managed by the U.S. Bureau of Land Management, with lesser amounts of U.S. Forest Service, U.S. Park Service, and U.S. Fish and Wildlife Service holdings. Private lands ranged from urban areas and intensively irrigated crop lands to pastureland. Most trapping effort was confined to public lands.

## Climatic Conditions:

Weather data were derived from records at the closest weather stations (Table 2). The average annual precipitation in western Colorado valleys ranges from 7.5-13" (19-33 cm). Average annual temperature ranges from 44-52 F (6.7-11.1 C) (Hadeen 1990). Extremes in temperature ranged from 100F (38 C) in Grand Junction to - 38F (-27 C) in Rangely. The frost free season ranges from 126-176 days (Hadeen 1990). Weather for Cortez

Table 2. Elevation (m), and weather station normals for precipitation (cm), temperature (C), and frostfree days, averaged 1951-80, for areas surveyed for kit fox. Values are from the closest weather stations (Hadeen 1990).

| Area | Elev. | Precip. | Extreme Temp. | Average Temp. | Frostfree Days |
|------|-------|---------|---------------|---------------|----------------|
| Colo. Nat. Mmt. | 1763 | 31.0 | 38.3/-16.1 | 9.7 | 176 |
| Cortez | 1895 | 28.5 | 35.0/-23.8 | 9.3 | 146 |
| Delta | 1504 | 19.3 | 37.2/-23.3 | 9.2 | 152 |
| Dinosaur | 1806 | 23.4 | 37.2/-21.1 | 8.2 | 133 |
| Fruita | 1366 | 25.0 | 37.2/-25.0 | 9.1 | 145 |
| Gateway | 1388 | 24.5 | 37.7/-16.7 | 11.1 | 158 |
| Grand. Junct. | 1468 | 23.4 | 38.3/-21.7 | 10.7 | 149 |
| Montrose | 1768 | 19.2 | 33.9/-20.0 | 8.3 | 153 |
| Rangely | 1613 | 27.9 | 36.7/-27.2 | 7.7 | 153 |

BLM_0047671

6,217 feet (1,895 m) is probably harsher than McElmo canyon 5,098 feet (1,554 m) because of its higher elevation.

Field Protocol

Scientific collecting permits to trap foxes were obtained annually from the Colorado Division of Wildlife. A federal permit was obtained to trap in the Colorado National Monument and in Browns Park on U.S. F. & W. S. refuge lands. The University of Northern Colorado, Institutional Animal Care and Use Committee, approved protocols used during the study. In each trapping area the following procedures were used: Contact the local CDOW personnel; work with them to identify potential trapping sites; determine land ownership; identify and contact owners, or other residents; obtain permission to trespass or trap, and trap. Over 130 individuals were contacted by telephone or site visits. Those contacted included ranchers and other private land owners, trappers, taxidermists, veterinarians, local residents, and federal agency personnel with the Forest Service, Bureau of Land Management, Natural Resources Conservation Service, U.S. Fish and Wildlife Service, and National Park Service. A number of individuals contacted us with information on kit fox locations as a result of CDOW news releases about the project.

Live Trapping Foxes

Sampling was primarily by live-trapping. Because of the large area surveyed each area was censused once unless foxes were captured, fox sign observed, or foxes were reported to field workers. Areas with foxes were trapped over multiple years. Our approach, using live traps as the primary search method, varies from approaches by most other researchers who have relied on foot searches (O'Neal et al. 1986, Beedy et al. 1987, Orloff 1987), scent-station surveys (Beedy et al. 1987, O'Farrell 1987, Orloff 1987, Orloff et al. 1993) or spotlighting surveys (Beedy et al. 1987; Orloff 1987, O'Farrell 1987) to initially locate populations. We believed it was as manpower efficient and economical to place live traps as it was to construct and maintain scent-stations even using smoked plates (Orloff et al. 1993). Field crews ran 10-25 traps in a trapline daily. The major added expense being the traps ($35-40/each) and extra time to process captured animals. During the first half of the field work only 1 person was assigned to the project; in subsequent years 2-person crews were used to speed up setting traps and handling captured animals without having to use immobilizing agents.

BLM_0047672

8

Commercial live traps measuring 11 x 12 x 32 in (28 x 30 x 82 cm), with either 1" (2.5 cm) or 1" x 2" (2.5 x 5.1 cm) mesh were the standard trap (Fig. 2). O'Farrell (1987) and others reported kit foxes readily enter live traps of that dimension. Because of jaw injuries to two animals the smaller mesh traps were used exclusively after 1994. In a few selected areas, Woodstream soft-catch 1.5 leg-hold traps were used in dirt hole sets. When initially trapping an area, traps were placed subjectively in areas that appeared suitable habitat and at sites likely to attract foxes while hunting. Trap locations included bottoms or rims of washes, along jeep trails, roads or livestock trails, near stock tanks, or adjacent to culverts (Berry et al. 1987, Orloff 1987). Traps were set for three consecutive nights and checked daily, beginning at sunrise. No literature recommends trap spacing for kit fox. Home ranges of 0.3-4.2 mi$^2$ (0.8-11.0 km$^2$) have been reported (O'Neal et al. 1986, White and Ralls 1993). Wood (1959) reported traps spaced 0.2 miles (0.32 km) apart were most effective for censusing gray foxes (Urocyon cinereoargenteus) and red foxes (Vulpes vulpes). We decided to place traps 0.2-1.0 mile (0.32 - 1.6 km) apart. Numbers of traps per trap line varied from 7 to 23. If no foxes were trapped after three nights of trapping effort, it was assumed there were few to no kit fox in the area. If a kit fox was captured or observed, or fox sign was present, a more intensive trapping effort was made using traps in lines or on a grid system no more than 0.6 miles (1 km) apart.



Figure 2. Kit fox in live trap, Peach Valley, Colorado.

BLM_0047673

9

That trapping lasted at least three days. We trapped all months of the year. Traps were checked beginning at sunrise every morning to minimize time in the trap. Workers in Canada and Colorado have trapped swift fox in winter and summer weather with no harm to animals as a result of spending the night under exposed conditions. Captured non-target animals were recorded and released if alive.

Although black-tailed jackrabbits (<u>Lepus</u> <u>californicus</u>) are known to be effective baits (Egoscue 1962, O'Neal et al. 1986) we decided at the onset of the study that we would not kill lagomorphs or prairie dogs (<u>Cynomys</u> <u>leucurus</u>) for bait. A field crew violated that condition in 1994 and was not rehired in 1995. Most live traps were baited with turkey chicks culled by Longmont Foods hatchery, Longmont, Colorado. Chicks had been used successfully in trapping swift fox in eastern Colorado, were easy to obtain, and kept well when frozen. As available, road-killed lagomorphs (<u>Sylvilagus</u> <u>audubonii</u> primarily), prairie dogs, elk (<u>Cervus</u> <u>elaphus</u>), and deer (<u>Odocoileus</u> sp.), were also used. In 1995 we used a commercial lure (chicken and fish) from Erickson's On Target ADC, Inc. in combination with all other baits. We used dirt-hole sets at all leg-hold trap sites baited with small quantities of commercial lure. All trap locations and sites of fox capture were recorded and mapped by township, range, and section. Maps are attached to the report.

<u>Other Search Methods</u>

No studies have been made on the relative effectiveness of trapping vs other survey techniques for either kit or swift fox but there are limitations with other methods. Live-trapping provided positive identification of the species and data on sex and condition of the animal. Field workers did not have to try to identify smudged, faint, windblown, or partial tracks of animals at scent station. A number of other medium sized mammals in western Colorado have front feet similar in shape to small foxes including cottontails, jack-rabbits, domestic cats and small domestic dogs. Over much of the study area grey foxes occupy similar habitat and unless tracks are exceptionally clear they can easily be confused with kit fox, although Orloff et al. (1993) discounted this as a problem when using clear tracks on aluminum plates.

Spotlighting had limitations as a survey technique in western Colorado because of large expanses of shrublands where vegetative height limits visual field. Trying to spotlight while driving on rough, unmaintained roads or dirt tracks is also dangerous especially if the driver is working one of

BLM_0047674

the lights. Such roads were primary access to most potential kit fox habitat in western Colorado.

Spotlighting was done during the first 2 years in all areas trapped. The vehicle was driven at 5-14 mph, while spotlighting with a hand-held Brinkman Q-Beam 200,000 candlepower spotlight. Spotlighting periods lasted from 1-4.5 hours. Some spotlighting was done during the early morning hours before daylight although most was conducted during the late evening and night time hours. Studies in California and Utah suggested lagomorphs were the main prey of kit fox and that dynamics of kit fox populations depended on numbers and distribution of lagomorphs (Egoscue 1962, O'Farrell 1987). During the first 2 years of the project Link (1995) recorded numbers of lagomorph sightings per km driven. However, Peach Valley, the only area where she found foxes, had the lowest lagomorph sightings. We discontinued most spotlighting efforts in subsequent years.

Four other methods were tried briefly. In 1992, 1994, and 1995 scent stations were set in areas known to have kit fox present. Procedures followed Linhart and Knowlton (1975). In 1995, road killed deer carcasses were placed at scattered sites in portions of the Gunnison River valley and visited to look for fox scats or tracks. Two all-terrain 4-wheel units were used in 1995 to try to locate tracks following snows. Three, remotely triggered, 35 mm camera systems (Olympus, CAM-TRAKKER 9000XG) were used for 5 nights during the summer of 1992 to try to photograph pups and adults at whelping dens. Cameras were placed 3 meters from the point of focus.

Scats or food debris deposited at or near dens or voided by captured animals were collected. Specific location and dates were recorded at the time of collection, but for most scats the exact time of deposition was unknown. Scats obtained from traps were labeled by sex. Scats will eventually be analyzed by Jim Eussen as a M.A. thesis project at UNC.

Handling Captured Foxes

When approaching a fox the handler noted condition including any visible injuries such as bloody jaws or other wounds. A handling bag of dark-colored heavy cloth with a drawstring closure was used to remove captured kit fox from the traps (O'Farrell 1987). Most foxes entered the bag voluntarily. A few had to be driven into the bag. Foxes were weighed in the bag using a hand-held spring scale. By working the head of the fox out of the bag they could be radio collared and ear tagged. All foxes large enough to collar were fitted with 52 g units (HLPM 2180 LD - Wildlife

BLM_0047675