**Fire Frequency (Fire Return Interval)**
How often fire burns a given area; often expressed in terms of fire return intervals (e.g., fire returns to a site every 5-15 years).

**Interagency Wildland Fire Policy**
The Federal Wildland Fire Management Policy and Program Review was chartered by the secretaries of the Interior and Agriculture to ensure that federal policies are uniform and programs are cooperative and cohesive. For the first time, one set of federal fire policies will enhance effective and efficient operations across administrative boundaries to improve the capability to meet challenges posed by current wildland fire conditions.

The policy review team reexamined the role of fire in ecological processes and the costs associated with fighting fire. An interagency product has resulted in changes in terminology, funding, agency policy, and analysis of ecological processes.

**Landscape**
An area composed of interacting and inter-connected patterns of habitats (ecosystems) that are repeated because of the geology, landform, soils, climate, biota, and human influences throughout the area. Landscape structure is formed by patches (tree stands or sites), connections (corridors and linkages), and the matrix. Landscape function is based on disturbance events, successional development of landscape structure, and flows of energy and nutrients through the structure of the landscape. A landscape is composed of watersheds and smaller ecosystems. It is the building block of biotic provinces and regions.

**Restoration**
In the context of this report's cohesive strategy, restoration means the return of an ecosystem or habitat toward: its original structure, natural complement of species, and natural functions or ecological processes.

**Sustainability**
Meeting the needs of the current generation without compromising the ability of future generations to meet their needs. Ecological sustainability entails maintaining the composition, structure and processes of a system, as well as species diversity and ecological productivity. The core element of sustainability is that it is future-oriented. (*Committee of Scientists Report, 1999.*)

BLM_0048813

Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy

# X  References and Supporting Information

**FIRE REGIMES, HISTORIC CONDITIONS, AND RANGE OF HISTORIC VARIABILITY**

**Agee, J. A.  1993.**  Fire Ecology of Pacific Northwest Forests.  Island Press, Washington, D.C.  493 p.

**Brown, J. K.  1994.**  Fire regimes and their relevance to ecosystem management. pp. 171-178,  In: Proceedings of the 1994 Society of American Foresters Convention, September 18-22, 1994, Anchorage, Alaska.

**Cissell, J. H., F. J. Swanson, P. J. Weisberg.  1999.**  Landscape management using historical fire regimes: Blue River, Oregon. Ecological Applications 9(4): 1217-1231.

**Cooper, C. F.  1960.**  Changes in vegetation, structure, and growth of southwestern pine forests since white settlement.  Ecological Monographs 30: 129-164.

**Cooper, C. F. 1961.** Pattern in ponderosa pine forests.  Ecology 42: 43-499.

**Covington, W. W., and M. M. Moore.  1994.**  Southwestern ponderosa pine forest structure: changes since Euro-America settlement. Journal of Forestry 92: 39-47.

**Hessburg, P. F., B. G. Smith, and R. B. Salter. 1999.**  Detecting change in forest spatial patterns from reference conditions. Ecological Applications 9(4): 1232-1252.

**Landres, P. B., P. Morgan, and F. J. Swanson.**  Overview of the use of natural variability concepts in managing ecological systems. Ecological Applications 9(4): 1179-1188.

**Leiburg, J. B. 1900.**  Bitterroot forest reserve. In: H. Gannett (ed.), Twentieth Report of the United States Geological Survey, Pt 5: Forest Reserves. Government Printing Office.

**Lemkuhl, J. F., P. F. Hessburg, R. L. Everett, M. H. Huff, and R. D. Ottmar.  1994.**  Historical and current forest landscapes of eastern Oregon and Washington. Part I:

BLM_0048814

**Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy**

Vegetation pattern and insect and disease hazards. Gen. Tech. Rep. PNW-GTR-328. USDA For. Serv., Pacific Northwest Research Station, Portland, OR. 88p.

Leopold, A. **1924**. Grass, brush timber, and fire in southern Arizona. Journal of Forestry 22: 2-10.

Millar, C. I., and W. W. Wolfenden. **1999**. The role of climate change in interpreting historical variability. Ecological Applications 9(4): 1207-1216.

Moore, M. M., W. W. Covington, and P. F. Zule. **1999**. Reference conditions and ecological restoration: a southwestern ponderosa pine perspective. Ecological Applications 9(4): 1266-1277.

Morgan, P., G. H. Aplet, J. B. Haufler, H. C. Humphries, M. M. Moore, and W. D. Wilson. **1994**. Historical range of variability: a useful tool for evaluating ecological change. Journal of Sustainable Forestry 2: 87-111.

Noss, R. F. **1983**. On characterizing presettlement vegetation: how and why. Natural Areas Journal 5: 5-13.

Parsons, D. J., T. W. Swetnam, and N. L. Christensen, Jr. **1999**. Uses and limitations of historical variability concepts in managing ecosystems. Ecological Applications 9(4): 1177-1178.

Savage, M., and T. W. Swetnam. **1990**. Early 19th century fire decline following sheep pasturing in a Navajo ponderosa pine forest. Ecology 71(6): 2374-2378.

Sousa, W.P. **1985**. The role of disturbance in natural communities. Annual Review of Ecology and Systematics 15: 353-391.

Stephenson, N. **1999**. Reference conditions for Giant Sequoia forest restoration: structure, process, and precision. Ecological Applications 9(4): 1253-1265.

Swetnam, T.W. **1990**. Fire history and climate in the southwestern United States. pp. 6-17 In Krammes, J.S. (tech. Coord.), Effects of fire management on southwestern natural resources. Proceedings of the symposium, November 15-17, 1988, Tucson, AZ. Gen. Tech. Rep. RM-191. USDA For. Serv., Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO.

Swetnam, T. W., C. D. Allen, J. L. Betancourt. **1999**. Applied historical ecology: using the past to manage the future. Ecological Applications 9(4): 1189-1206.

Swetnam, T. W., and C. H. Baisan. **1994**. Historical fire regime patterns in the southwestern United States since AD 1700. In Allen, C.D. (ed.), Proceedings of the 2nd La Mesa Fire Symposium, March 29-30, 1994. Los Alamos, New Mexico, National Park Service publication.

BLM_0048815

Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy

**White, A. S.  1985.**  Presettlement regeneration patterns in a southwestern ponderosa pine stand.  Ecology 66: 589-594.

**Wright, H.A., and A.W. Bailey. 1982.**  Fire Ecology.  John Wiley & Sons, New York, NY.  493 p.


## ROLE OF FIRE IN ECOSYSTEMS

**Habeck, J. R., and R. W. Mutch. 1973**. Fire-dependent forests in the Northern Rocky Mountains.  Quaternary Research 3: 408-424.

**Hart, S. C., E. A. Paul, and M. K. Firestone. 1992.** Decomposition and nutrient dynamic in ponderosa pine needles in a Mediterranean-type climate. Canadian Journal of Forest Research 22: 306-314.

**Harvey, A. E.,  M. J. Larsen,  and M. F. Jurgensen. 1979.**  Fire-decay interactive roles regulating wood accumulation and soil development in the northern Rocky Mountains. Research Note INT-263. USDA Forest Service Intermountain Forest and Range Experiment Station, Ogden, UT  p. 4 p.

**Harvey, A. E. 1994.**  Integrated roles for insects, diseases and decomposers in fire dominated forests of the Inland Western United States: past, present and future forest health. Journal of Sustainable Forestry 2 (1/2): 211-220.

**Jurgensen, M. F., A. E. Harvey, M. J. Larsen. 1981.**  Effects of prescribed fire on soil nitrogen levels in a cutover Douglas-fir/western-larch forest. Research Paper INT-275. USDA Forest Service, Intermountain Forest and Range Experiment Station, Ogden, UT. p. 6 p.

**Kilgore, B. M. 1981.** The role of fire frequency and intensity in ecosystem distribution and structure: western forests and scrublands. pp. 58-89, In: Mooney, H.A. et al. (tech coords.). Proceedings of the Conference on Fire Regimes and Ecosystem Properties. Gen. Tech. Rep. WO-26, Washington, DC.

**McKenzie, D., D. L. Peterson, and E. Alvarado.  1996.**  Predicting the effect of fire on landscape vegetation patterns in North America.  Res. Pap. PNW-RP-489.  USDA For. Serv., Pacific Northwest Research Station, Portland, OR. 38 p.

**Mooney, H. A., and E. E. Conrad (tech coords.). 1977.**  Proceedings of the symposium on the environmental consequences of fire and fuel management in Mediterranean ecosystems. Gen. Tech. Rep. WO-3. USDA For. Serv., Washington, DC.

**Mooney, H. A., and E. E. Conrad, and others (tech coords.). 1981.**  Proceedings of the conference on fire regimes and ecosystem properties. Gen. Tech. Rep. WO-26. USDA For. Serv., Washington, DC.

BLM_0048816

Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy

**Pickett, S. T. A., and P. S. White, editors. 1985.** The ecology of natural disturbance and patch dynamics. Academic Press, New York, NY.

**Pyne, S. J., P.L. Andrews, and R. D. Laven. 1996.** Introduction to Wildland Fire, Second Edition. John Wiley & Sons, Inc. New York, NY. 769 p.


## WILDLAND FIRE HAZARD, RISK, AND FUEL ACCUMULATION

**Alexander, M. E. 1988.** Help with making crown fire assessments. In: Fischer, W. C., and S. F. Arno, comps. Protecting people and homes from wildland fire in the interior West: proceedings of the symposium and workshop . Gen. Tech. Rep. INT-251 USDA For. Serv., Intermountain Forest and Range Experiment Station, Ogden, UT. 213 p.

**Coonrod, M. 1999.** Arizona's strategic planning for the wildland-urban interface. Fire Management Notes 59(3): 29-30.

**Fischer, W. C., and S. F Arno, comps. 1988.** Protecting people and homes from wildland fire in the interior West: proceedings of the symposium and workshop. Gen. Tech. Rep. INT-251. USDA For. Serv., Intermountain Forest and Range Experiment Station, Ogden, UT. 213 p.

**Haynes, R., et al. 1993.** RPA Assessment Update. RM-GTR-259. USDA For. Serv. Rocky Mountain Forest and Range Experiment Station, Ft Collins, CO.

**Parsons, D. J. 1978.** Fire and fuel accumulation in a giant sequoia forest. Journal of Forestry 76(2): 104-105.

**Rothermel, R. C. 1983.** How to predict the spread and intensity of forest and range fires. Gen. Tech Rep. INT-143. USDA For. Serv., Intermountain Forest and Range Experiment Station, Ogden, UT.

**Rothermel, R. C. 1991.** Predicting behavior and size of crown fires in the northern Rocky Mountains. Research Paper INT-438. USDA For. Serv., Intermountain Forest and Range Experiment Station, Ogden, UT.

**Rothermel, R. C. 1995.** Characterizing severe fire behavior. p. 262 In: Proceedings, Symposium on fire and wilderness and park management. USDA For. Serv.

**Steele, R., R. E. Williams, J. C. Weatherby, E. D. Reinhardt, J. T. Hoffman, and R. W. Thier. 1996.** Stand hazard rating for Central Idaho forests. GTR INT-332. USDA For. Serv. Intermountain Forest and Range Experiment Station, Ogden, UT. 14 p.

**Taylor, S. W., G. . Baxter, and B. C. Hawkes. 1998.** Modeling the effects of forest succession on fire behavior potential in Southeastern British Columbia. Pp. 2059-

BLM_0048817

2071, In: III International Conf. on Fire and Forest Meteorology, Vol. II, Luso 16/20 November, 1998.

## HAZARD AND RISK REDUCTION TECHNIQUES

**Camp, A. E., and R. L. Everett.  1996.**  Fire, insects, and pathogens: managing risk in late-successional reserves.  In: Proceedings of Society of American Foresters National Convention, Albuquerque, New Mexico. pp. 214-219.

**Delong, S. C., and D. Tanner. 1996.** Managing the pattern of forest harvest: lessons from wildland fire.  Biodiversity and Conservation 5: 1191-1205.

**Edminster, C. B., and W.K. Olsen.  1996.**  Thinning as a tool in restoring and maintaining diverse structure in stands of southwestern ponderosa pine. In: Conference on adaptive ecosystem restoration and management: restoration of Cordilleran conifer landscapes of North America, June 6-8,1995, Flagstaff, Arizona. Gen. Tech. Rep. RM-GTR-278.  USDA For. Serv., Rocky Mountain Forest and range Experiment Station, F Collins, CO. pp. 62-68.

**Everrett, R. L., A. E. Camp, and R. Schellhaas.  1996.**  Building a new forest with fire protection in mind. Proceedings 1995 Society of American Foresters Annual Meeting, Portland, ME. SAF, Bethesda, MD. Pp. 253-258.

**Johnson, K. Norman, et al. 1999.** Sustaining the People's Land - Recommendations for stewardship of the national forests and grasslands into the next century.  USDA Forest Service, Washington, D.C.

**Graham, R. T., A. E. Harvey, T. B. Jain, J. R. Tonn.  1999.** The effects of thinning and similar stand treatments on fire behavior in western forests.  PNW-GTR-463.  USDA For. Serv., Pacific Northwest Research Station, Portland, OR.  27 p.

**Kilgore, B. M., and R. W. Sando.  1975.** Crown-fire potential in a sequoia forest after prescribed burning.  For. Sci. 21:83-87.

**Larson, D. L., and R. Mirth. 1998.**  Potential for using small-diameter ponderosa pine a wood fiber projection.  Forest products Journal 48(6): 37-42.

**Martin, R. E., J. B. Kauffman, and J. D. Landsberg. 1989.**  Use of prescribed fire to reduce wildland fire potential. pp.17-22. In: GTR-PSW-109. USDA , For. Serv., Pacific Southwest Forest and Range Experiment Station. Berkeley, CA.

**Milburn, D. 1998.** Northern Rockies restoration of short-interval fire-dependent ecosystems.  Unpublished document, USDA For. Serv. Northern Region Headquarters, Missoula MT.

**Mutch, R. W. 1992.**  Sustaining forest health to benefit people, property, and natural

BLM_0048818

resources.  pp. 126-131, In: Proceedings: Society of American Foresters National Convention, October 25-28, 1992, Richmond, VA.

**Mutch, R. W.  1994.**  Fighting fire with prescribed fire, a return to ecosystem health. Journal of Forestry 92(11): 31-33.

**Oliver, C. D. 1994.**  Rebuilding biological diversity at the landscape level. pp. 95-115, In: Proceedings of the conference, Forest health and fire danger in the inland western forests, September 8-9, 1994, Spokane, Washington.

**Sackett, S. S., S.  M. Haase, and M. G. Harrington.  1996.** Lessons learned from fire use for restoring southwestern ponderosa pine ecosystems. pp. 54-61, In: Conference on adaptive ecosystem restoration and management: restoration of Cordilleran conifer landscapes of North America, June 6-8,1995, Flagstaff, Arizona. Gen Tech Rep. RM-GTR-278.  USDA For. Serv., Rocky Mountain Forest and Range Experiment Station, Ft. Collins, CO.

**Wagle, R.F., and T.W. Eakle.  1979.**  A controlled burn reduces the impact of a subsequent wildland fire in a ponderosa pine vegetation type.  For. Sci. 25(1): 123-129.

**Weaver, H. 1943.**  Fire as an ecological and silvicultural factor in the ponderosa pine region of the Pacific Slope. Journal of Forestry 41: 7-14.

**Williams, J.T. et. al.  1993.**  Communicating fire-related considerations along successional pathways using decision tree analysis. 299-314. In: Proceedings of the Conference on Fire and Forest Meteorology, Oct. 26-28, 1993, Jekyll Island, Georgia.

**Williams, J. T. 1996.** Aligning land management objectives with ecological processes in fire-dependent forests. pp. 32-34. In: Conference on adaptive ecosystem restoration and management: restoration of Cordiulleran conifer landscapes of North America, June 6-8,1995, Flagstaff, Arizona. Gen. Tech. Rep. RM-GTR-278.  USDA For. Serv., Rocky Mountain Forest and Range Experiment Station, Ft. Collins, CO.

## ECOSYSTEM FUNCTIONING, MANAGEMENT, AND RESTORATION

**Agee, J. K., and D. R. Johnson, editors. 1988.** Ecosystem management for parks and wilderness. University of Washington Press, Seattle, WA.

**Arno, S. F., M. G. Harrington, C. E. Fiedler, and C. E. Carlson. 1995.** Restoring fire-dependent ponderosa pine forests in western Montana. Restoration and Management Notes 13(1): 32-36.

**Baker, W. L.  1994.**  Restoration of landscape structure altered by fire suppression. Conservation Biology 8(3): 763-769.

BLM_0048819

**Borman, F. H., and G. E. Likens. 1979.** Pattern and process in a forested ecosystem. Springer, New York, NY.

**Chapin, F. S. III, M. S. Torn, and M. Tateno. 1996.** Principles of ecosystem sustainability. The American Naturalist 130: 1016-1037.

**Christensen, N. L., Jr., et al. 1988.** Report of committee evaluating ecological effects of 1988 Yellowstone fires. National Park Service.

**Christensen, N. L. Jr., et al. 1996.** The report of the Ecological Society of America Committee on the scientific basis for ecosystem management. Ecological Applications 6(3): 665-691.

**Davenport, D. W., D. D. Breshears, B. P. Wilcox, and C. D. Allen. 1998.** Viewpoint: sustainability of pinon-juniper ecosystems-a unifying perspective of soil erosion thresholds. Journal of Range Management 51: 231-240.

**Forman, R. T. T., and M. Godron. 1986.** Landscape Ecology. John Wiley & Sons, New York, NY.

**Fule, P. Z., W. Covington, and M. M. Moore. 1997.** Determining reference conditions for ecosystem management of southwestern ponderosa pine forests. Ecological Applications 7(3): 895-908.

**Jordan, W. R., M. E. Gilpin, and J. D. Aber. 1996.** Restoration Ecology. Cambridge University Press, New York, NY. 342 p.

**Lee, Kai N., 1993.** Compass and Gyroscope, Integrated Science and Politics for the Environment.

**Kimmins, J. P. 1987.** Forest Ecology. MacMillan Publishing Co., New York, NY.

**Knick, Steven T. 1999.** Requiem for a sagebrush ecosystem? Northwest Science 73(i):53-57.

**Noss, Reed F.; Michael A. O'Connell; and Dennis D. Murphy. 1997.** The science of conservation planning: habitat conservation under the Endangered Species Act. Island Press. 246 pp.

**Probst, John R.; and Jerry Weinrich. 1993.** Relating Kirtland's warbler population to changing landscape composition and structure. Landscape Ecology 8(4):257-271.

**Pickett, S. T. A., R. S. Ostfeld, M. Shackak, and G. E. Likens. 1997.** The ecological basis of conservation. Chapman & Hall. New York, NY. 466 p.

**Richard, T., and S. Burns. 1999.** The ponderosa pine forest partnership, forging new relationships to restore a forest. Office of Community Services, Fort Lewis

BLM_0048820

College, Durango, CO.  40 p.

**San Juan National Forest.  1999.**  The ponderosa pine partnership, community stewardship in southwestern Colorado.  USDA For. Serv., San Juan National Forest, Durango, CO.  44 p.

**Smith, Jane Kapler, Editor. 2000**. Wildland fire in ecosystems: effects of fire on fauna. Gen Tech. Rep. RMRS-GTR-42-vol. 1. U.S. Dept. Agric. Forest Service. 83 p.

**Turner, M. G. 1989.**  Landscape ecology: the effect of pattern on process. Annual Review of Ecology and Systematics 20: 171-198.

**USDA Forest Service. 1993.**  Healthy forests for America's future a strategic plan. MP-1513. USDA For. Serv., Washington, DC. 58 p.

**USDA Forest Service. 1996.**  Land management considerations in fire-adapted ecosystems: conceptual guidelines.  FS-590, USDA For. Serv. Fire and Aviation Management, Washington, DC.23 p.

**USDA Forest Service. 1997.**  Integration of wildland fire management into land management planning, a desk guide.   USDA For. Serv. Fire and Aviation Management,  Washington, DC.

**Wilcove, David S. 1999**. The condor's shadow – the loss and recovery of wildlife in America. W.H. Freeman and Company. 339 p.

## US FOREST SERVICE ORGANIZATION AND POLICY

**Cortner, H. J., M. A. Shannon, M. G. Wallace, S. Burke, M. A. Moote.  1996.**  Institutional barriers and incentives for ecosystem management: a problem analysis. Gen. Tech. Rep. PNW-GTR-354.  USDA For. Serv. Pacific Northwest Research Station, Portland, OR.  35 p.

**Smith, T. B., et al.  1993.**  The Preservation of process: the missing element of conservation programs. Biodiversity letters 1:164-167.

**Wilcove, D. S. et al.  1998.**  Quantifying threats to imperiled species in the United States. BioScience 1998 8:607-615 (specifically, the Wilcove and Chen in press manuscript and Wilcove's book – The condor's shadow, published by Freeman NY in 1999.)

**USDA Forest Service.  1993.**  Fire related considerations and strategies in support of ecosystem management.  USDA For. Serv., Fire and Aviation Management. Washington, DC. 30 p.

BLM_0048821

**USDA Forest Service.  1995a.**  Course to the future, positioning Fire and Aviation Management.  USDA For. Serv., Fire and Aviation Management. Washington, DC. 19 p.

**USDA Forest Service.  1995b.**  Fire suppression costs on large fires a review of the 1994 fire season. USDA For. Serv., Fire and Aviation Management. Washington, DC.

**USDA,  USDI.  1995.**  Federal wildland fire management, policy & program review – final report. National Interagency Fire Center, Boise, ID. 45 p.

BLM_0048822

Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy

BLM_0048823

Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy

# XI  Appendices

BLM_0048824

Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy

# Appendix A

## The Coarse-Scale Assessment and Definition of Fire Regimes and Condition Classes

### Fire Regime Descriptors

Five combinations of fire frequency, expressed as fire return interval and fire severity, are defined (Table 2) to create the map of Historic Natural Fire Regimes (Figure 14). **Groups I** and **II** include fire return intervals in the 0-35 year range. **Group I** includes ponderosa pine, other long-needle pine species, and dry-site Douglas fir. **Group II** includes the drier grassland types, tall grass prairie, and some chaparral ecosystems. **Groups III** and **IV** include fire return intervals in the 35-100+ year range; and **Group V** is the long-interval (infrequent), stand replacement fire regime.

| Fire Regime Group | Frequency (Fire Return Interval) | Severity |
|---|---|---|
| I | 0-35 years | low severity |
| II | 0-35 years | stand replacement severity |
| III | 35-100+ year | mixed severity |
| IV | 35-100+ year | stand replacement severity |
| V | >200 years | stand replacement severity |

*Table 2 -- The Five Historic Natural Fire Regime Groups.*

### Fire Regime Groups I and II

These first two fire regime groups occupy nearly all the lower elevation zones across the U.S. They have been most affected by the presence of human intervention and our analysis shows that these types demonstrate the most significant departure from historical levels. The departures are affected largely by housing development, agriculture, grazing, and logging. These areas are at greatest risk to loss of highly valued resources, commodity interests, and human health and safety. It is expected that these areas will receive primary focus of wildland management agencies in the future.

BLM_0048825

Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy

## Current Condition Class Attributes

Three *Condition Classes* have been developed to categorize the current condition with respect to each of the five historic Fire Regime Groups. Current condition is defined in terms of departure from the historic fire regime, as determined by the number of missed fire return intervals – with respect to the historic fire return interval – and the current structure and composition of the system resulting from alterations to the disturbance regime. The relative risk of fire-caused losses of key components that define the system increases for each respectively higher numbered condition class, with little or no risk at the Class 1 level.

| Condition Class[1] descriptions | | |
|---|---|---|
| **Condition Class** | Fire Regime | Example Management Options |
| Condition Class 1 | Fire regimes are within an historical range and the risk of losing key ecosystem components is low. Vegetation attributes (species composition and structure) are intact and functioning within an historical range. | Where appropriate, these areas can be maintained within the historical fire regime by treatments such as fire use. |
| Condition Class 2 | Fire regimes have been moderately altered from their historical range. The risk of losing key ecosystem components is moderate. Fire frequencies have departed from historical frequencies by one or more return intervals (either increased or decreased). This results in moderate changes to one or more of the following: fire size, intensity and severity, and landscape patterns. Vegetation attributes have been moderately altered from their historical range. | Where appropriate, these areas may need moderate levels of restoration treatments, such as fire use and hand or mechanical treatments, to be restored to the historical fire regime. |
| Condition Class 3 | Fire regimes have been significantly altered from their historical range. The risk of losing key ecosystem components is high. Fire frequencies have departed from historical frequencies by multiple return intervals This results in dramatic changes to one or more of the following: fire size, intensity, severity, and landscape patterns. Vegetation attributes have been significantly altered from their historical range. | Where appropriate, these areas may need high levels of restoration treatments, such as hand or mechanical treatments, before fire can be used to restore the historical fire regime. |
| [1]Current conditions are a function of the degree of departure from historical fire regimes resulting in alterations of key ecosystem components such as species composition, structural stage, stand age, and canopy closure. One or more of the following activities may have caused this departure: fire suppression, timber harvesting, grazing, introduction and establishment of exotic plant species, insects or disease (introduced or native), or other past management activities | | |

BLM_0048826

**Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy**



*Figure 14 – Forest Service lands, Fire Regime Groups I and II.*

72

BLM_0048827

Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy

# Appendix B

## *Recommended Adjustments to the Forest Service GPRA Strategic Plan*

BLM_0048828

Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy

| Objective 1.c | RESTORE ECOSYSTEM HEALTH AND RESILIENCE WITHIN THE CONTEXT OF NATURAL DISTURBANCE PROCESSES. |
|---|---|
| **Strategies to Achieve the Objective** | We will . . . <br> • Identify priority health restoration needs through national and regional environmental monitoring and ecological risk assessments.  Including: <ul><li>social and economic factors and</li><li>sensitive species habitats at risk.</li></ul> <br> • In regional, Land and Resource Management Plan, and landscape scale assessments, clearly identify values to be protected, relative risks, benefits, and costs of all treatment options for restoring fire-adapted ecosystems. <br><br> • Research ecosystems (composition, structure, and process), social and economic values at risk, and the role of disturbance process. <br><br> • Assess what fel treatment works most effectively to protect communities and restore fire-adaped ecosystems. <br><br> • Design and implement systematic methods for broad-scale and landscape scale assessments of the history, status, and trajectory of ecosystem conditions; values at risk; and management opportunities for maintaining and restoring ecosystem integrity. <br><br> • Apply the latest knowledge to develop and implement landscape scale protection and restoration projects that achieve landscape goals established in Forest Plans. |
| **Measure** | Trends in acres at extreme risk from fire, insects, diseases, and invasive species. |
| **FY 2006 Milestones** | • A 5% decrease in acres at extreme risk from insects and diseases. <br> • Restore and maintain fire-adapted ecosystems in fire regimes I and II. Reduce high risk areas by 25 percent. <br> • Acres infested with targeted invasive species remains unchanged or is diminished. |
| **Key External Factors** | Baseline data on acres at risk was collected in an inconsistent manner in the past. Well-defined methods of data collection and storage are being developed. Fires, insect and disease epidemics and other unplanned large natural disturbances can radically alter the landscape and rapidly change management strategies, priorities, and budget allocations <br><br> Local jurisdictions regulate homebuilding.  As development extends into wildlands, areas can experience higher intensity fires that increase risks to human life and property and contribute to the spread of invasive species. |

BLM_0048829

**Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy**

| | | |
|---|---|---|
| **Objective 3.e** | | Increase awareness among employees and constituents about the need for restoration and management for ecosystem sustainability. |
| | | Educate homeowners about FIREWISE programs and principles. |
| **Strategies to Achieve the Objective** | We will . . . | Develop corporate training module for conservation awareness, and ensure all employees participate in this training module. |
| | | Strengthen interagency conservation education efforts to emphasize the importance of watershed protection, species conservation, and management for long-term ecosystem integrity and resilience. |
| | | Design and implement conservation awareness products that facilitate understanding about natural disturbance processes, particularly fire, and the potential values at risk when fire regimes are altered. |
| | | Conduct FIREWISE workshops in all high-risk urban-interface communities adjacent to National Forests.  Assist states in implementing the FIREWSE program nation-wide. |
| **Measure** | Increasing trend in employee and public awareness of relationships among natural disturbance processes, ecosystem integrity and social values. | |
| | All communities in high-risk urban-interface areas understand FIREWISE principles. | |
| **FY 2006 Milestone** | • Complete corporate training module for conservation awareness and require all employees to participate in this training, by 2002. | |
| | • Develop an MOU with the Department of Interior to strengthen interagency conservation education to focus on the importance of watershed protection, species conservation, and management for ecosystem integrity and resilience, by 2002. | |
| | • Conduct FIREWISE workshops in all high-risk urban-interface areas adjacent to National Forest System lands. | |
| **Key External Factors** | Cooperate with state, tribal, county, municipal, and local governments. | |

75

BLM_0048830

Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy

BLM_0048831

Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy

# Appendix C

## *Reconciling Stewardship Objectives – Assessing Values at Risk*

Considerable progress can be made in reconciling stewardship objectives by assessing values at risk at national, regional, and local scales. Emphasizing the agency's strategic objectives, a framework for assessing values at risk can be developed.  Specifically, agency objectives for ecosystem health and public safety define national priorities for values to be protected.  These objectives and their associated values are:

- ➢ Public safety (GPRA SP Objective 4b)
- ➢ Watershed protection (GPRA SP Objective 1a)
- ➢ Species conservation (GPRA SP Objective 1b)
- ➢ Ecosystem resilience (GPRA SP Objective 1c)

At a national level, we are working to integrate information on human development, watershed condition, species and ecosystems of concern, noxious weeds, insects and disease, roadless areas, and plant community/ecosystem conditions by fire regimes. This requires compilation of information on historic disturbance regimes, watershed condition information, and development of a watershed-at-risk map, and completion of the species-at-risk map. An integrated map of relative risk to these values will provide broad-scale context of the challenges for protecting people and sustaining ecosystems at the national level. A standard process for integrating and interpreting this information needs to be developed. National leadership will use this information to refine priorities for annual and long-term performance and accountability.

In assessing risk at the regional level, we need to integrate information including, but not limited to: human development, historic disturbance regimes, watershed condition, species and ecosystems of concern, invasive weeds, insects and disease, roadless areas, plant community/ecosystem conditions by fire regimes. This will require compilation of appropriate information at finer scales of resolution than that compiled for the national risk assessments. Based on regional assessments, priorities for landscape scale analyses and management action can be developed.  On-the-ground treatment priorities are then identified by the goals, objectives, and strategies that are linked up through the agency to GPRA strategic goal for restoring and maintaining ecosystem health.

BLM_0048832

**Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy**

BLM_0048833

Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy

# Appendix D

## *Brief Summary for Future Projections of Condition Classes and Risks*

### Introduction

The methods, results, and confidence in the future projections of Condition Classes and associated risks in section VI, "Consequences of Deferral," are discussed in detail in a paper by Hann and Hilbruner (2000) titled "Protecting People and Sustaining Resources--Assessment of Management Options for the Western U.S." This paper can be found on the www web site "fs.fed.us/fire/fuelman." Methods for this analysis were based on adjustment and re-calibration for Forest Service lands in the Western U.S. of a vegetation and disturbance dynamics model developed by Hann and Bunnell (In Press) for the contiguous Lower 48 States.

This appendix provides a brief overview of methods and limitations of the modeling projections.

### Methods

A landscape succession and disturbance network model was developed for the assessment of the cohesive strategy options in the Western U.S. (Hann and Hilbruner 2000) using the Vegetation Dynamics Development Tool (VDDT) (Beukema and Kurz 2000). The model that was developed used Condition Classes as states and incorporated probabilities for succession, unplanned disturbances (such as fire), and planned disturbances (such as mechanical and prescribed fire restoration).

The concepts of this type of model of multiple succession and disturbance pathways were first developed by Egler (1954). These concepts were incorporated with other information into the development of conceptual succession and disturbance models by Noble and Slatyer (1977). Conceptual succession and disturbance models were combined with ecosystem specific information into computer models by Kessell and Fischer (1981) and Keane et al. (1989 to predict response over time of the interactions of vegetation succession and disturbance dynamics. As space and time pattern and process concepts developed in the field of landscape ecology, these models were further advanced (Forman and Godrun 1986, Turner et al. 1989). State and transition model concepts were further expanded with findings on multiple pathways and steady states in rangelands by Tausch et al. (1993).

The accumulation of this long history and wide variety of kinds of spatial and temporal landscape modeling were fully implemented to support an assessment of management implications that included characterization of the historical range and variation, as well as

BLM_0048834

**Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy**

future outcomes of management option for the Interior Columbia Basin Ecosystem Management Project (ICBEMP) by Keane et al. (1996) and Hann et al. (1997 and 1998).

Dynamic relationships of basic landscape vegetation, disturbance, and hydrologic regimes were then linked with aquatic and terrestrial habitat and species population characteristics to characterize basic relationships and project future outcomes (Lee et al. 1997, Raphael et al. 1998, Wisdom et al. 2000). Similar linkages were developed with social and economic variables to characterize basic relationships and project future outcomes (Haynes and Horne 1997). Further developments have resulted in development of the Tool for Exploratory Landscape Scenario Analyses (TELSA) (Kurz et al In Press) and the LAND and fire planning model which have been designed to support assessment of ecosystem status and risk variables, and prioritization of restoration opportunities to improve status and reduce risk (Hann and Caratti 2000).

Much of the understanding developed from the comprehensive scientific assessment and evaluation of management alternatives for the ICBEMP (Quigley et al. 1996, 1997, 1999) became the foundation for the modeling effort described briefly in this appendix and by Hann and Bunnell (In Press) for the Lower 48 states and Hann and Hilbruner (2000) for the western U.S. The modeling effort used the description of the present conditions for the western U.S. from Hardy et al. 2000.

Succession and disturbance probabilities were developed by determining average rates for the Fire Regimes and between each Condition Class. The model was calibrated for the historical range and variation (HRV) by repeating 10 runs per simulation (to get average, maximum, and minimum) until succession and disturbance probability combinations were found that could represent the fire regimes. The model was then calibrated from the late 1800s to the present by activating disturbances associated with post-Euro-American settlement, fire suppression, and management activities. The methods for this calibration were similar to those for calibration of HRV in that 10 runs per simulations were conducted until the projected conditions at the year 2000 and the trends of Condition Class and wildland fire graphs were similar to those of the published literature (Agee 1993, Hardy et al. 2000).

Two future options were calibrated using the combined understanding gained from the HRV and post-settlement calibration, with adjustments for future management option projections. The two future management options were: 1) continuation of current management using the current levels of prescribed fire and fuel management combined with current levels of other activities (such as timber management, range improvement, wildlife habitat restoration, watershed restoration); and 2) implementation of the cohesive restoration strategy. In comparison to the HRV and post-settlement calibrations, these were relatively simple to calibrate, since the current levels of activities and the cohesive strategy level of activities were known entities.

Attributes for projections of loss of life and property, severe event degraded ecosystems, and relative risks of smoke/air quality, native species endangerment, and stream/watershed were developed using correlation of trends in landscape Condition Classes and assumptions similar to relationships found within ICBEMP (Quigley et al. 1999), but adjusted for conditions in the

BLM_0048835

**Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy**

western U.S. ( Elmore et al. 1994, Flatherer et al. 1994 and 1998, Hann and Caratti 2000, Hardy et al. 2000, Leenhouts 1998, Mangan 1999).

Loss of life and property was based on the relationship between firefighter fatalities and property losses correlated with amount of uncharacteristic wildland fire events. The amount of severe event degraded ecosystems was projected based on the correlation of uncharacteristic wildland fire events with high risk conditions. Relative risk of smoke/air quality was correlated with tons of particulates produced for both wildland fire and prescribed fire events. Native species endangerment patterns were correlated with the number of species of concern in the western U.S. and cumulative effect patterns of association with loss of habitat quality. Stream and watershed risk was correlated with effects of uncharacteristic wildland fires in cumulation with other effects. Many of the risks (such as land use or human disturbance on adjacent lands) that cause cumulative negative effects to native species, air quality, and streams and watersheds are not reduced by restoration on Forest Service lands. This was factored in to the model relationships.

Three key assumptions served as a basis for the Condition Class, disturbance, and associated attribute modeling:

> *Assumption 1—based on the landscape pattern and causes of fragmentation findings from ICBEMP, it was assumed that a step-down prioritization would occur that would identify priority watersheds to be restored. The watersheds would be selected based on high composition of Fire Regimes I and II and opportunities for maintenance of low risk or reduction of high risk conditions. However, once a priority watershed was selected, restoration activities would be designed to restore habitats and regimes across all Forest Service lands within the watershed, irrespective of the Condition Class and Fire Regime. This would achieve a landscape approach to restoration. This would avoid a fragmented outcome associated with the fragmented landscape pattern of Fire Regimes I and II that often occur in association with variation in elevation, terrain, road access, or history of land use within the watershed. In turn this would restore wildlife and fish habitats, and hydrologic and air regimes at a watershed scale, thus providing a positive outcome to those resources.*

> *Assumption 2—based on aquatic native species strongholds and vulnerability of wildlife species, air quality and hydrologic regimes to the combination of land use, human activities, and proposed restoration; the step-down prioritization would result in an integrated design as described by Reiman et al. (2000). This would assure that vulnerable native species or ecosystems would not be selected for restoration activities that could cause a decline in these resources. This would also assure that watersheds selected for restoration would be restored in an integrated fashion, such that vegetation and fuel restoration activities would be paralleled with the necessary road, stream, and watershed restoration activities that would cumulatively result in a healthy watershed.*

BLM_0048836

Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy

> *Assumption 3—the future projections assumed a minor level of continuation of increasing drought and warming temperatures in both management options. However, for the future projections of the cohesive strategy it was assumed that a landscape approach to restoration would occur. This would result in a re-patterning of the fuels and vegetation such that the present contiguous high risk fuel bodies would be restored to a pattern somewhat similar to that of HRV, thus resulting in lower risk of uncharacteristic wildland fire event continuity or continuation of uncharacteristic succession/disturbance momentum. For the cohesive strategy, this assumption resulted in the slowing of succession rates to higher risk Condition Classes and lowering of probabilities of large uncharacteristic wildland fire events.*

## Limitations of Modeling

There are considerable limitations to this type of general modeling at a scale that accounts for all Forest Service lands in the western U.S. Modeling could be much more precise with more detailed pixel modeling using refined stratification of succession, disturbance, and attribute parameters, such as accomplished by Keane et al. (1996) with the Columbia River Basin Succession Model. However, given experience with validation of this and other detailed spatial and temporal geographic information systems, it is unlikely that the relative differences between the outcomes of the two options would change substantially with more detailed modeling. This appears to be particularly true at the broad scale of Forest Service lands in the western U.S.

One key caution is emphasized relative to use of the projected outcomes:

> *Caution—the strength of this type of modeling is in reliance on relative differences and not on the absolute. The absolute value of the area for a Condition Class, disturbance effect, or associated attribute class does not have high confidence at this scale. However, the relative difference (percent difference) between management options for the Condition Class, disturbance effect, or associated attribute class has fairly high confidence. This is because the confidence in relative differences between management options for the same attribute class increases with increasing size of summary area, while the confidence in the absolute area of an attribute class decreases with increasing size of summary area (Hann et al. 1997).*

## Appendix E Key References

Agee, James K. 1993. Fire ecology of Pacific Northwest forests. Washington, DC: Island Press. 493 p.

Beukema, S.J.; Kurz, W.A. 2000. Vegetation Dynamics Development Tool: Test Version 4.0. March 18, 2000 executable. ESSA Technologies Ltd. Vancouver, B.C. 70 pp and model.

Connell, J.H.; Slatyer, R.O. 1977. Mechanisms of succession in natural communities and their role in community stability and organization. The Amer. Natur. 3:1119-1144.

BLM_0048837

**Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy**

Egler, F.E. 1954. Vegetation science concepts. I. Initial floristic composition, a factor in old-field vegetation development. Vegetatio. 4:412-417.

Elmore, D.W., Kovalchik, B. L. Jurs, L.D. 1994. Restoration of riparian ecosystems. *In*: Everett, R.L. (compiler). Volume 4: Restoration of stressed sites, and processes, Eastside Forest Ecosystem Health Assessment, pages 87-92.. Gen. Tech. Rep. PNW-GTR-330. Portland, OR: USDA, Forest Service, Pacific Northwest Research Station. 123 p.

Flatherer, C.H.; Joyce, L.A.; Bloomgarden, C.A.. 1994. Species endangerment patterns in the United States. USDA For. Sev. Gen. Tech. Rept. RM-GTR-241. Fort Collins, Colorado. 42 pp.

Flatherer, C.H.; Knowles, M.S.; Kendall, I.A. 1998. Threatened and endangered species geography: Characteristics of species hot spots in the conterminous United States. BioScience 48(5):365-376.

Forman, Richard T.T.; Godrun, Michael. 1986. Landscape Ecology. New York: John Wiley and Sons. 619 p.

Hann, Wendel J.; Jones, Jeffrey L.; Karl, Michael G. Sherm, [and others]. 1997. Landscape Dynamics of the Basin. Chapter 3. In: Quigley, Thomas M.; Arbelbide, Sylvia J., tech. Eds. 1997. An assessment of ecosystem components in the interior Columbia basin and portions of the Klamath and Great Basins: volume 2. Gen. Tech. Rep. PNW-GTR-405. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 4 vol. (Quigley, Thomas M., tech. ed.; The Interior Columbia Basin Ecosystem Management Project: Scientific Assessment).

Hann, W.J.; Jones, J.L; Keane, R.E.; Hessburg, P.F.; Gravenmier, R.A. 1998. Landscape dynamics. Journal of Forestry. 96(10)10-15.

Hann, W.J.; Caratti, J. 2000. LAND and fire planning – a computer temporal and spatial model for assessing ecosystem status and risk, and prioritizing restoration opportunities to improve status and reduce risk. Draft paper posted on the www web site "fs.fed.us/fire/fuelman." Fire Modeling Institute, Fire Sciences Lab, USDA Forest Service Rocky Mt. Research Station, Missoula Montana. 15 p, Maps, Data.

Hann, W. J.; Hilbruner, M.2000. Protecting People and Sustaining Resources--Assessment of Management Options in the Western U.S. Draft methods and results paper posted on the www web site "fs.fed.us/fire/fuelman." Fire Modeling Institute, Fire Sciences Lab, USDA Forest Service Rocky Mt. Research Station, Missoula Montana. 18 p, Maps, Data.

Hann, W. J.; Bunnell, D. L. In Press. Fire and land management planning and implementation across multiple scales. February 4, 2000 Draft of invited paper submitted for publication in the International Journal of Wildland Fire.  Paper presented at the June 15-17, 1999 Joint Fire Sciences International Conference Crossing the Millennium: Integrating Spatial Technologies and Ecological Principles for a New Age in Fire Management.  Eds. Greg Gollberg and Jerry Dean Greer.  Boise, Idaho.

Hardy, Colin C.; Menakis, James P.; Schmidt, Kirsten M.; Sampson, Neil R. 2000. Spatial data for national fire planning and fuel management. International Journal of Wildland Fire, in press.

Haynes, Richard W.; Horne, Amy L. 1997. Chapter 6: Economic assessment of the Basin. In: Quigley, Thomas M.; Arbelbide, Sylvia J., tech. eds. 1997. An assessment of ecosystem components in the interior Columbia basin and portions of the Klamath and Great Basins: volume 4. Gen. Tech. Rep. PNW-GTR-405. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 4 vol: 1715-1869. (Quigley, Thomas M., tech. ed.; The Interior Columbia Basin Ecosystem Management Project: Scientific Assessment).

Keane, R.E 1987. Forest succession in western Montana—a computer model designed for resource managers. Res. Note INT-376. Ogden, UT: U.S. Dept. Ag., Forest Service, Intermountain Research Station. 8 p.

BLM_0048838

**Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy**

Keane, Robert E.; Long, Donald G.; Menakis, James P. [and others]. 1996b. Simulating course-scale vegetation dynamics using the Columbia River Basin Succession Model: CRBSUM. Gen. Tech. Rep. INT-GTR-340. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station. 50 p.

Kurz, W.A.; Beukema, S.J.; Klenner, W.; Greenough, J.A.; Robinson, D.C.E.; Sharpe, A.D.; Webb, T.M. In Press. TELSA: The tool for exploratory landscape scenario analyses. J. Computers and Electronics in Agriculture.  Presented at "The Application of Scientific Knowledge to Decision making in Managing Forest Ecosystems," May 3-7, 1999, Asheville, NC, USA. 17 p.

Lee, Danny C.; Sedell, James R.; Rieman, Bruce E. [and others]. 1997. Broadscale assessment of aquatic species and habitats. In: Quigley, Thomas M.; Arbelbide, Sylvia J., tech. eds. 1997. An assessment of ecosystem components in the interior Columbia basin and portions of the Klamath and Great Basins: volume 3. Gen. Tech. Rep. PNW-GTR-405. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 4 vol: 1057-1713. (Quigley, Thomas M., tech. ed.; The Interior Columbia Basin Ecosystem Management Project: Scientific Assessment).

Leenhouts, Bill. 1998. Assessment of biomass burning in the conterminous United States. Conservation Ecology [online] 2(1):1-22. URL: http//www.consecol.org/vol2/iss1/art1.

Mangan, R. 1999. Wildland fire fatalities in the United States: 1990-1998. Tech. Rep. 9951-2808-MTDC.: USDA Forest Service, Missoula, Montana. 14 pp.

Noble, I.R.; Slatyer, R.O. 1977. Postfire succession of plants in Mediterranean ecosystems. In: Mooney, H.A.; Conrad, C.E., eds. Proceedings of the symposium-- environmental consequences of fire and fuel management in Mediterranean climate ecosystems. Gen. Tech. Rep. WO-3. Washington, DC: U.S. Dept. of Ag. Forest Service: 27-36.

Quigley, Thomas M.; Haynes, Richard W.; Graham, Russell T., tech. eds. 1996. Integrated scientific assessment for ecosystem management in the interior Columbia basin and portions of the Klamath and Great basins. Gen. Tech. Rep. PNW-GTR-382. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 303 p. (Quigley, Thomas M., tech. ed.; The Interior Columbia Basin Ecosystem Management Project: Scientific Assessment.)

Quigley, Thomas M.; Arbelbide, Sylvia J., tech. eds. 1997. An assessment of ecosystem components in the interior Columbia basin and portions of the Klamath and Great Basins: volume 4. Gen. Tech. Rep. PNW-GTR-405. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 4 vol. (Quigley, Thomas M., tech. ed.; The Interior Columbia Basin Ecosystem Management Project: Scientific Assessment).

Quigley, Thomas M.; Gravenmier, R.A.; Hann, W.J. [and others]. 1999. Scientific evaluation of supplemental EIS alternatives by the Science Integration Team. Report on File. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station.

Raphael, M.G.; Marcot, B.G.; Holthausen, R.S.; Wisdom, M.J. 1998. Terrestrial species and habitats. Journ. For. 96(10):22-27.

Rieman, B.E.; Lee, D.C.; Thurow, R.F.; Hessburg, P.F.; Sedell, J.R. 2000. Toward an integrated classification of ecosystems: defining opportunities for managing fish and forest health. Environmental Management. 25(4):425-444.

Tausch, Robin T.; Wigand, Peter E.; Burkhardt, J. Wayne. 1993. Viewpoint: plant community thresholds, multiple steady states, and multiple successional pathways: legacy of the quaternary? Journal of Range Management. 46(5): 439-447.

Turner, M.G.; O'Neill, R.V.; Garner, R.H.; Milne, B.T. 1989. Effects of changing spatial scale on the analysis of landscape pattern. Landscape Ecology. 3: 153-163.

BLM_0048839

**Protecting People and Sustaining Resources in Fire-Adapted Ecosystems – A Cohesive Strategy**

Wisdom, M.J.; Holthausen, R.J.; Wales, B.K.Richard S.; [and others]. in press. 1999. Source habitats for terrestrial vertebrates of focus in the Interior Columbia Basin: broad-scale trends and management implications. USDA Forest Service General Technical Report. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station.

Wisdom, M.J.; Wales, B.C.; Holthausen, R.S.; Hargis, C.D.; Saab, V.A.; Hann, W.J.; Rich, T.D.; Lee, D.C.; Rowland, M.W. 1999. Wildlife habitats in forests of the interior northwest: history, status, trends , and critical issues confronting land managers. Transactions of 64th North American Wildlife and Natural Resources Conference. 79-93.

BLM_0048840



# Policy Implications of Large Fire Management:
## *A Strategic Assessment of Factors Influencing Costs*

A Report by the Strategic Overview of
Large Fire Costs Team



USDA Forest Service
State and Private Forestry

1

BLM_0048841

## Strategic Overview of Large Fire Costs Team

| | |
|---|---|
| Michael T. Rains | Team Leader |
| Director, Northeastern Area | |

/s/ Michael T. Rains

| | |
|---|---|
| Mike Apicello | Team Member |
| Public Affairs, National Interagency Fire Center | |
| Boise, Idaho | |

/s/ Mike Apicello

| | |
|---|---|
| Joy Berg | Team Member |
| Ecosystem Management Specialist, Ecosystem Management | |
| Washington Office | |

/s/ Joy Berg

| | |
|---|---|
| Max Copenhagen | Team Member |
| Watershed Restoration Program Manager, Watershed and Air Management | |
| Washington Office | |

/s/ Max Copenhagen

| | |
|---|---|
| John Currier | Team Member |
| Assistant Director, Northeastern Area | |

/s/ John Currier

| | |
|---|---|
| Tom Harbour | Team Member |
| Director, Fire and Aviation Management | |
| Intermountain Region | |

/s/ Tom Harbour

| | |
|---|---|
| Patti Hirami | Team Member |
| Smoke Management, Fire and Aviation Management | |
| Washington Office | |

/s/ Patti Hirami

| | |
|---|---|
| Buck Latapie | Team Member |
| Fire Training, Fire and Aviation Management | |
| Washington Office | |

/s/ Buck Latapie

| | |
|---|---|
| Jim Lockyer | Team Member |
| Staff, Information Management and Analysis | |
| Northeastern Area | |

/s/ Jim Lockyer

| | |
|---|---|
| Donald MacGregor | Team Member |
| Decision Scientist, MacGregor-Bates, Inc. | |
| Cottage Grove, Oregon | |

/s/ Donald MacGregor

| | |
|---|---|
| Sonny O'Neal | Team Member |
| Forest Supervisor, Okanogan and Wenatchee National Forests | |
| Pacific Northwest Region | |

/s/ Sonny O'Neal

| | |
|---|---|
| Ray Quintanar | Team Member |
| Director, Fire and Aviation Management | |
| Pacific Southwest Region | |

/s/ Ray Quintanar

BLM_0048842

# Big Bar Complex

Acres burned: **140,907**

Cost: **$81 million**

Fire duration:
*August 23 - November 3, 1999*

 Fire Area





BLM_0048843

# Kirk Complex

Acres burned: **86,700**

Cost: **$97 million**

Fire duration:
*September 8 - November 12, 1999*





BLM_0048844

**Policy Implications of Large Fire Management:** *A Strategic Assessment of Factors Influencing Costs*

## Table of Contents

| Section | Page Number |
|---|---|

Big Bar Fire Complex Map ...................................................................................  i
Kirk Fire Complex Map .......................................................................................  ii
Abstract ...............................................................................................................  1
Preface  ...............................................................................................................  2
Executive Summary ............................................................................................  3
Linkages with:
 • *An Agency Strategy for Fire Management*, Draft Report, November 15,
  1999, USDA Forest Service  ......................................................................  5
 • *Protecting People and Sustaining Resources in Fire-Adapted Ecosystems:*
  *A Cohesive Strategy*", December 3, 1999, USDA Forest Service  ...................  5
Foreword ............................................................................................................  7
The Team  ...........................................................................................................  7
The Team's Charter ............................................................................................  8
Introduction ........................................................................................................  8
A Synopsis of the Big Bar and Kirk Fire Complexes  ..........................................  9
Epilogue  ............................................................................................................  12
Cost Categories in Fire Suppression....................................................................  12
National Expenditures for Emergency Fire Suppression  .....................................  14
Focus Questions .................................................................................................  15
Literature Review ...............................................................................................  16
The Current Policy  .............................................................................................  19
Team Findings:
 • Themes  ....................................................................................................  20
 • Big Bar and Kirk Complexes Findings ......................................................  21
 • National Findings .....................................................................................  22
Team Recommendations .....................................................................................  29
Conclusions ........................................................................................................  31
Appendix A   Interview Q&A's  ...........................................................................  33
Appendix B   Literature Used...............................................................................  38
Appendix C   Literature Review *Analysis, Large Fire Strategy,*
    *Committee Report*, May 1996, USDA Forest  Service ..........................  39
Appendix D   Literature Review Analysis, *Large Fire Strategy, Fire*
    *Suppression Costs on Large Fires: A Review of the 1994*
    *Fire Season*, August 1, 1995, USDA Forest Service ............................  40
Appendix E   Literature Review Analysis, *NASF Report on Efficient*
    *Utilization of Forest Fire Suppression Resources,*
    September 17, 1999, National Association of State Foresters..................  41
Appendix F   Literature Review Analysis, *Western National Forests:*
    *A Cohesive Strategy to Address Catastrophic Wildfire Threats,*
    *Report to the Subcommittee on Forests and Forest Health,*
    *Committee on Resources, House of Representatives*, April 1999,
    The US General Accounting Office ...............................................  42
Appendix G   Land Management Considerations in Fire-Adapted Ecosystems:
    Conceptual Guidelines, August 1996, USDA Forest Service ..................  42
Appendix H   Course to the Future: Positioning Fire and Aviation
    Management, May 1995, USDA Forest Service ...............................  42
Appendix 1   Literature Review Analysis, Fire Economic Assessment
    Report, September 1, 1995, USDA Forest Service ................................  43

BLM_0048845

## Abstract

In late summer of 1999, lightning would strike Northern and Southern California and begin a three-month odyssey of wildland fire fighting that would eventually consume over 227,000 acres and cost about $178 million to finally contain. This expenditure represents about 30 percent of the total Forest Service fire suppression budget in 1999. While initial reviews indicated sound reasons for the high costs, a more in-depth examination was called for. The subsequent examination *did not* identify anything that would have *significantly* reduced the costs of managing the Kirk and Big Bar Complexes.

However, many factors might have improved the overall efficiency of fire suppression efforts, and thus reduce some costs, including fire planning tiered to land management planning, and improved integration of risk analysis in fire management decisions. Improved initial attack capabilities, while not a clear consensus-problem on the two Complexes examined, did surface as an issue of national importance based on many discussions.

During the examination, several recommendations specific to the two Complexes and others of national concern were developed. The recommendations in this report reinforce recommendations made in several other past studies that have highlighted the need for important changes in the fire management program. The adequacy of recommendations is not the issue. Fundamental adjustments in fire management policy, funding, and organizational barriers, or in some cases the basic implementation of previous recommendations, must take place in order to redeem the role of fire management in the Forest Service for the 21st Century. Without these changes, the problems we face today will be the same ones we will experience well into the future with potentially greater costs and consequences.

1

# Preface

In August 1949 thirteen firefighters were killed on a wildfire in western Montana called the Mann Gulch Fire.  The fire was immortalized in the book by Norman Maclean entitled, "Young Men and Fire."  Forty-five years later on July 6, 1994 fourteen firefighters would perish on Storm King Mountain in Colorado.  John N. Maclean, the son of Norman Maclean, documented this event in his recent book, "Fire on the Mountain, The True Story of the South Canyon Fire."  In the history of wildland firefighting, there have been other losses, perhaps less documented, but none-the-less just as costly.  In reading these books and reviewing other incidents as part of the background information for this report, it is clear that the more things change, the more they stay the same.  While today's fire fighting is more complex, it remains a high-risk, extremely dangerous endeavor with a basic goal of protecting lives and property.  The people who do this, from those on the line to those who provide support, are indeed a special breed.  Most of us can only visualize what they do.  We do not feel what they feel.  We can, however, ensure modern firefighters are able to do their work safely, effectively, and at a reasonable cost.

This report, while examining two major fire Complexes in California in 1999, also attempts to refocus and bring attention to the need to place higher priority on fire management, in the broadest context.  That is, from being better prepared to control fires when they are small, to managing a campaign for a fire that has become unmanageable, to fire planning and fuel reduction, to rehabilitation of the burned area, to achieving our overall stewardship vision of healthy trees, forests, and forest ecosystems.

The management of wildland fire and the forces required to do this job effectively represent a core business of the Forest Service; it is the script of our signature.  Perhaps in the past, as stated in "Fire on the Mountain" and other reports, we lacked the fortitude or will to make necessary changes in the program to ensure it remains at a leading-edge level.  The writers of this report tend to agree.  We hope this report brings to light a renewed opportunity for change and equally important, emphases for the fire management program to help the agency better achieve its service and land stewardship mission.

The answer seems so simple: act now, establish wildland fire management as a top priority and begin to implement the recommendations that will ensure we meet our role and responsibility in protecting lives and property from wildland fires.

BLM_0048847

# Executive Summary

In late summer of 1999, lightning would strike Northern and Southern California and begin three-months of intense fire fighting that would eventually consume over 227,000 acres and cost about $178 million to finally contain. As a result, the Deputy Chief, State and Private Forestry called for an examination of the incidents, specifically the issue of high costs. The total expenditures for these two Complexes represented about 30 percent of the Forest Service fire suppression expenditures for FY 1999.

A team was assembled with the following charter:

- To determine if there are any underlying, unaddressed causes for the high costs associated with the Kirk and Big Bar Complexes.
- To assess the validity and practicality of remedies, if any, and suggest alternative actions with the explicit goal of reducing suppression costs without compromising firefighter safety.
- To use these two examples, in general, to draw conclusions about large fire management and associated costs and outline recommendations to adjust policies and program direction, as needed.

After careful analysis of the initial review of the Big Bar and Kirk Complexes, a formal interview with the involved Forest Supervisors and their staffs, discussions with Incident Commanders and support personnel that worked on the incidents, and many informal discussions or "mini-interviews" with other Federal, state, and local people, the team *did not* identify anything that we believe could have *significantly* reduced the costs of managing the Kirk and Big Bar Complexes. However, many factors did contribute to the high costs and these are highlighted as follows.

**Factors inherent in the location or nature of the work include:**

- Continued hot dry weather.
- Multiple fires across the Region constricting available resources.
- Smoke inversions restricting equipment use, particularly air operations.
- Rugged terrain that constrained management options.
- Wilderness and its associated policies.

**Factors that require long-term strategies and significant investments to resolve:**

- Heavy fuel.
- Limited access.
- Shortage of Type I crews and the lack of performance of Type II crews.
- Fire management planning.
- Disparity in firefighter pay.

**Factors with potential to improve efficiencies in the short run:**

- Contracting that allows economies of scale.
- Improved initial attack capabilities.
- Improved oversight at all levels.
- Red-carded Forest Service personnel not available due to a variety of causes.
- Tribal relationships on the Big Bar Complex.

**Factors under the control of a Line Officer/Incident Management Team:**

- Improved and consistent use of the Wildland Fire Situation Analysis (WFSA) process.
- Improved integration of risk analysis in fire management decisions.
- Indirect attack strategy required on both fires.
- Minimum Impact Suppression Techniques (MIST) that were required.

Policy Implications of Large Fire Management: *A Strategic Assessment of Factors Influencing Costs*

**Several major recommendations that will improve the overall fire management program nationally include** (the titles within the parenthesis represent the primary key point (s) of the National Wildland Fire Management Policy)**:**

- Increase initial and extended attack resources. This includes budgeting for preparedness resources at the Most Efficient Level *to the field* and developing a cohesive, long-term budget strategy that includes preparedness, emergency suppression, fuel management, and state fire assistance in order to implement an effective, cost-efficient fire management program *(preparedness; prevention; suppression)*.

- Implement fire management planning on a large scale, consistent basis. This includes tiering fire management planning to the Forest Land Management Plans and placing fire as an equal resource in the land management planning process. Community involvement and education is important *(planning)*.

- Implement an aggressive fuel management program. This includes implementing recommendations from "Protecting People and Sustaining Resources in Fire-Adapted Ecosystems" *(wildland fire; use of fire)*.

- Line officers must remain engaged in fire suppression actions to ensure the fire is managed in a safe and efficient manner. This includes providing a predominant message that costs are a priority and are expected to be as low as practicable in the management of the incident *(suppression; administration and employee's roles)*.

- Tribal relationships need to be well managed on incidents through experienced local liaison(s). This includes having all appropriate agreements in place *(interagency cooperation)*.

- Update fire management technology to keep pace with today's fire suppression complexities. This includes adjusting the NFMAS model to include the values associated with the wildland-urban interface adjacent to the National Forest Boundary and generally improve the quality of information included in the system. The use of the WFSA needs to be more consistent and aggressive, including using it in pre-fire planning to the extent practicable. Models like the Rare Event Risk Analysis Program and Fire Area Simulator should be improved and institutionalized *(planning; suppression; economic efficiency)*.

- Reassess the emergency response capability to large fire suppression. This includes implementing, as appropriate, the "An Agency Strategy for Fire Management" *(safety; suppression; administration and employee's roles)*.

While both the Big Bar and the Kirk Complexes compare well on a cost per acre basis with historical averages, the combined suppression cost of $178 million and the length of time it took to control these Complexes is what contributed to their significance. Further, the Big Bar and Kirk Complexes are indicators of similar conditions across the nation and should be viewed as examples of what the future will hold unless changes are made now in the fire management program.

Several reports, with over 100 recommendations, have been completed within the past five years that address fire management and associated cost issues. The adequacy of recommendations is not the issue. The agency does not seem to have the will to make the necessary policy, funding, and organizational adjustments to ensure that fire management is positioned to be the effective, cost-efficient program it needs to be for the 21st Century. Reestablishing the fire management program as a top priority within the agency is an important first step.

BLM_0048849

# Linkages with "*An Agency Strategy for Fire Management*" and "*Protecting People and Sustaining Resources in Fire-Adapted Ecosystems*"

Two other major reports are being finalized. Their focus is efficient and effective fire suppression and ecosystem health through fuels management. The following matrix illustrates the linkages with the findings of the two aforementioned reports and this one, "Policy Implication of Large Fire Management: *A Strategic Assessment of Factors Influencing Costs*", while cross walking with the key points of the Federal Wildland Fire Management policy.

**Table 1.** Program Linkages Between Three Fire Management Reports and the Federal Wildland Fire Management Policy, USDA Forest Service.

| Key Points | Policy Implications | Agency Fire Strategy | Cohesive Fuels Strategy |
|---|---|---|---|
| **Safety** | Firefighter and public safety is the first priority. | Firefighter and public safety is the first priority. | Firefighter and public safety is the first priority. |
| **Planning** | Fire planning, tiered to the Forest Land Management Plan, and human resource management are critical and must be emphasized. | Integration of fire and fuel management program into land management planning is critical. Calls for some budget restructuring, an implementation team, and continuous monitoring. | Refers to ecosystem planning and planning for restoration work and fire regime analysis. This is critical. Calls for an independent entity to gather additional information. |
| **Wildland Fire** | Managed fire will improve our abilities to manage ecosystems, and improve strategies for large fire management. | Land management decisions include fire's role in ecosystem dynamics and recognizes the critical role of the agency in wildland fire suppression. | A key component to help with excessive fuel loads. Forest stand condition classes establish areas of focus; about 40 million acres at high risk. |
| **Use of Fire** | Not specifically addressed but acknowledged that the lack of fuel management caused the fire campaign to be extended, especially regarding the Hoopa Indian Reservation lands. | Emphasizes treating high priority areas and developing an organization capable of total implementation of fuel management. | Emphasizes prescribed fire, along with mechanical treatments to reduce over-accumulation of fuel. The report calls for about $135 million in management of fuel for year 1 of the strategy; about $825 million by year 4 to be fully operational. |
| **Preparedness** | Maintain wildland fire protection capabilities for initial and extended attack at the Most Efficient Level (MEL) to the field. For FY 2000, the MEL is $484 million. In FY 2001 the MEL is $488 million. The FY 2001 proposed budget is $355 million, about 73 percent of the MEL. | Recognizes the critical role of effective initial attack that would remain a local responsibility, but large-scale incident management needs a significant adjustment. | Maintain wildland fire protection capabilities for initial and extended attack at the Most Efficient Level (MEL). Supports the MEL at 100 percent at the field level. |
| **Suppression** | Fires are suppressed at minimum costs, considering firefighter and public safety, benefits, and values to be protected, consistent with resources objectives. Highlights the need for an expanded use of the WFSA. | Calls for a reassessment of emergency response capabilities for large fire suppression and other disasters. This includes a national strategy with our Federal and state partners. | Large fires can be decreased and more effectively managed if the strategy is implemented. |

Policy Implications of Large Fire Management: *A Strategic Assessment of Factors Influencing Costs*

| Key Points | Policy Implications | Agency Fire Strategy | Cohesive Fuels Strategy |
|---|---|---|---|
| **Prevention** | Not specifically addressed, except through reference to adequate levels of preparedness. | Will be addressed in implementation planning. | Not specifically addressed, except through reference to the MEL. |
| **Protection Priorities** | Protection priorities are (1) human life and (2) property and natural/cultural resources. The use of WFSA at pre-fire stages is critical. The WFSA needs to be strengthened as a tool and used more consistently and aggressively. | Places large incidents as an overall priority to be managed through a different organizational structure; retains local initial attack resources. | Prioritize fuels treatment. Focus on short-term interval ecosystems that are beyond the range of natural variability. |
| **Interagency Cooperation** | While cooperation is essential, the inequities of pay to Forest Service employees caused by use of interagency resources must be addressed. | Addresses why many of our cooperators see our large-scale mobilization efforts as inefficient; report is supported by the NASF. | Coordinate and involve agencies interested in Forest Service policy and strategy to develop broad constituency support. |
| **Standardization** | Focus is on the consistent use of resources, prioritization of fires, and more rigorous use of analytical tools such as the WFSA. | Calls for a more efficient national approach to large fire management. Policy interpretations need to be more consistent between partners. | Relies on a consistent approach at the Region and forest level through the delineation of highest values to be protected. |
| **Economic Efficiency** | High costs of large fires are the primary issue. Sensitivity to costs needs to be a top priority in all discussions, analysis, transitions, briefings, and oversight. | Concludes that there are no well-defined guidelines or direction that specifically lead to minimum cost strategies or tactics. | Addressed broadly in watershed protection, species conservation, public safety, and directly in regional assessments. |
| **Wildland-Urban Interface** | The NFMAS process does not include costs associated with the protection of the wildland-urban interface adjacent to the National Forest. We do not budget for more than wildland fire protection, yet we must strive to protect the wildland-urban interface if the action calls for it. | Will be addressed during implementation and planning for large incident management with greater emphasis for more effective solutions depending on specific roles. | Directs treatments to highest values to be protected, specifically addressing human communities. |
| **Administration and Employee's Roles** | Adequate resources and the right type of resources is a critical concern. An aging workforce will make this an extreme situation in the very near future. The current "militia" approach is limiting. | The "militia" approach for extended attack and large fire support is limiting. A separate organization for large incident management is needed. | Fire protection capabilities must be maintained in order to sustain ecosystems, and keep treatment options open. |

BLM_0048851

## Foreword

In late summer of 1999, lightning would strike Northern and Southern California and begin a three-month odyssey of fire fighting that would eventually consume over 227,000 acres and cost about $178 million to finally contain.  Over the last twenty years the average annual expenditure for emergency fire suppression, in current dollars, has been about $304 million.

On August 23, 1999, a lightning strike started fires in Northern California on the Shasta-Trinity National Forest, about 28 miles northwest of Weaverville.  Five major fires collectively known as the Big Bar Complex would eventually burn 140,907 acres and cost about $81 million to suppress.

A few weeks after the beginning of the Big Bar Complex, on September 8th, a similar lightning storm would start several fires in and near the Ventana Wilderness on the Los Padres National Forest in Southern California, about 20 miles south of Carmel.  Two and one-half months later, after 86,700 acres burned and almost $97 million expended, the Kirk Complex would be contained.

A variety of fire management strategies were developed for these Complexes.  However, terrain, limited access, and hot, dry weather made firefighting extremely hazardous.  Concern for firefighter safety was always paramount.  Indications were from the very beginning that containment of these two incidents would take much longer than normal.

Both of these California fires have since had cost reviews from national and regional teams.  While the reviews have documented incremental and valid reasons for the high costs, broader contextual issues suggested a more in-depth and rigorous examination of these two incidents.  Accordingly, a team was established to conduct this examination.

## The Team

The team consists of the following members:

| Name | Position and/or Focus | Telephone | Fax Number | E-mail |
|------|----------------------|-----------|------------|--------|
| Michael T. Rains: | Director, Northeastern Area (NA) (Team Leader) | (610) 557-4103 | (610) 557-4177 | mrains/na |
| *John Currier* | *General assistance from the NA* | (610) 557-4152 | (610) 557-4177 | jcurrier/na |
| *Jim Lockyer* | *Layout and design of report; presentation materials from the NA* | (610) 557-4109 | (610) 557-4177 | jlockyer/na |
| Buck Latapie: | F&AM, WO (WO Liaison) | (202) 205-1488 | (202) 205-1272 | blatapie/wo |
| *M.Apicello* | *Communication planning* | | | |
| *Patti Hirami* | *General assistance from the national office* | (202) 205-1498 | (202) 205-1272 | phirami/wo |
| Tom Harbour | Director, F&AM, R-4 | (801) 625-5507 | | tharbour/r4 |
| Sonny O'Neal | Forest Supervisor, Wenatchee NF, R-6 (Line Officer Representative) | (509) 662-4335 | (509) 664-2731 | soneal/r6pnw, wenatchee |
| Ray Quintanar | Director, F&AM, R-5 (Region 5 Representative) | (707) 562-8927 | (707) 562-9091 | rquintan/r5 |
| Don MacGregor | Decision Scientist MacGregor-Bates, Inc. | (541)-942-5727 | (541)-942-8041 | pslovic2@oregon.uoregon.edu |
| Joy Berg | Ecosystem Management Specialist, EM, WO | (202) 205-1277 | (202) 205-1012 | jberg/wo |
| Max Copenhagen | Watershed Restoration Program Manager, WSA, WO | (202) 205-0804 | (202) 205-1096 | mcopenha/wo |

BLM_0048852

## The Team's Charter

The charter of the team:

- To determine if there are any underlying, unaddressed causes for the high costs associated with the Kirk and Big Bar Complexes.
- To assess the validity and practicality of remedies, if any, and suggest alternative actions with the explicit goal of reducing suppression costs without compromising firefighter safety.
- To use these two examples, in general, to draw conclusions about large fire management and associated costs and outline recommendations to adjust policies and program direction, as needed.

## Introduction

Fighting wildland fires is a dangerous, expensive business and getting more so as we are confronted with today's complex set of environmental, social, political, and safety concerns. There is no lack of logical recommendations on how to control costs on large fires. In fact, over the last five years or so, the USDA Forest Service and others have produced many well-written reports that outline over 100 ways to improve large-scale fire management, including cost-efficiencies (see Appendix B for listing of references used). However, the management of fire is not limited to logic. Changes in a number of factors, including weather, access, dangerous terrain, available resources, the skill level of fire fighters, and a wide-range of social and economic concerns can transform the best fire management strategy ever produced by a Wildland Fire Situation Analysis into an afterthought. If the logic of a confine and contain or more indirect strategy fails, additional property is lost and ultimately, people may die. Accordingly, many have concluded that fighting fire is extremely risky business. Some have also concluded that the USDA Forest Service is a risk-averse organization. However, when a home is destroyed and people perish because a "well-analyzed" fire strategy goes awry, how do we explain the "logic"? Clearly we cannot, at least not to the satisfaction of those directly affected.

The USDA Forest Service has the premier wildland fire management program in the world. During the 1990's, many forces like the ones just mentioned have combined to make the efficient and cost-effective protection of lives and property from wildland fires an extremely complicated and costly process. The work of the agency in this regard continues to excel, but improvements are required if we want to succeed in the future.

Some conclude that the culture associated with emergency funding for fire suppression lacks the rigor, discipline, and incentives for more efficient decision-making. While this may be true in some incidents, this represents only the tip of a much larger and more complex problem. Some of the facets of the problem include:

- Changes in ecosystems from 100 years of reasonably successful fire suppression, leading to large expanses of heavy fuel loading.
- Increased human movement into wildlands, producing a larger wildland/urban interface.
- Reductions in budgets and subsequent reductions in workforce and equipment for all aspects of fire prevention, presuppression, and suppression, including the general availability of all personnel.

It is clear that sometimes only a small part of the problem is within the control of an Incident Management Team or the Forest on which a fire occurs, especially after the beginning of a fire.

In 1995, a report by the agency entitled "Fire Economics Assessment Report" concluded that "the forces tending to increase costs (of fire suppression) will greatly outweigh those tending to reduce costs, and only major changes in fire management policy can change this outcome". A more

BLM_0048853

recent report by the General Accounting Office (GAO/RCED-99-65) stated "outside experts and USDA Forest Service officials generally agree that increased fire suppression efforts will not be successful because such inevitable, large, intense wildfires are generally impossible for firefighters to stop and are only extinguished by rainfall or when there is no more material to burn". The focus of this report was the need for aggressive fuels management. Another conclusion by the most current report on fire program policy says, "without a fundamental change in the way large fires are managed, we can expect to experience the problems of today well into the future (An Agency Strategy for Fire Management, 1999, USDA Forest Service)". This report deals, in part, with fire preparedness.

Spending $178 million on two fire complexes cannot be taken lightly. These two Complexes accounted for about 30 percent of the total USDA Forest Service fire suppression expenditures in 1999 and represents about 60 percent of the average annual fire suppression costs over the past twenty years. Controlling costs has to be a vital concern to the agency; it needs to be a predominate message. Being sensitive to budgeting for fire suppression and keeping expenditures within planned budgets needs to be a top priority and integral to fire management decision-making.

This strategic overview in no way intends to take away from a legacy of outstanding performance by the fire management community. Our hope is this team can develop some added guidance, using the Big Bar and Kirk Complexes as examples, that will help the agency become even better in its goal of reducing the threat and impacts of wildfires in ways that are safe, cost-effective, and in balance with a wide range of values.

# A Synopsis of the Big Bar and Kirk Complexes
The following provides a synopsis of what happened on these two fire Complexes.

## The Big Bar Complex
On August 23, a severe dry lightning storm ignited dozens of wildland fires over northern California. The area is characterized by timber with a brush understory. Within days, nearly 300 fires were burning over 19,000 acres. Five of these fires sparked the beginning of what would become known as the Big Bar Complex. After 91 days, the Big Bar Complex was contained at 140,907 acres.

Much of the fire burned in rugged, steep terrain and a roadless/wilderness area, limiting suppression tactics and increasing the fire's duration, acres burned, and the complexity of the fire. Because of smoke inversions and dangerous terrain, firefighter safety priorities precluded the use of direct attack in many instances. Extremely dry conditions with high-energy release components and heavy fuel loads resulted in extreme fire behavior that necessitated firefighter retreats and changes in tactics.

The Big Bar Complex included five major fires -- the Onion, Fawn, Megram, Dees, and Soldier – and in terms of priority for resources, at least during the beginning stages, was ranked last out of eight fires in northern California. Resource orders were assigned based on these priorities. The criteria for ranking include:
- Potential to destroy life, improvements, and property
- Potential for long-term natural resource loss (e.g., watershed, timber)
- Potential for short-term natural resource loss (e.g., grazing, crops)
- Containment difficulty (e.g., difficult terrain)

Because all but one of the complex fires were within the Trinity Alps Wilderness, other fires in the state received higher rankings and therefore out-competed the Big Bar Complex for

resources. Issues involving tribal relationships with the Hoopa Valley Indian Reservation, that were identified early on, would later surface as critical concerns.

Another major factor contributing to the duration, cost, and size of the Big Bar Complex was the necessity of using indirect attack to maintain safety of the limited crews who were available for the fire. Repeated instances of using indirect attack extended the duration of the fire and the acreage burned, but did maintain a strong commitment to firefighter safety.

The results of the low priority ranking and limited resource availability became apparent quickly. For example, by August 28, only eight of the 17 Type I crews ordered had arrived. During the first ten days orders were placed for a total of 34 crews, and 16 of those went unfilled. In the last days of August, 20 type II crews were ordered; 10 of the crews arrived on the first of September.

Active uphill "fire runs" were noted on August 28th. A "red flag" watch was issued for high winds the next day. By then the fires had grown to over 9,000 acres. The Onion Fire had burned to within a mile of Hoboken, fuel moistures were extremely low, and other fires were moving in all directions. There were still no personnel available for the Megram Fire, which by September 3rd was almost 400 acres. The Fawn Fire had burned to within a mile of heavy blowdown, and the Onion Fire was within a half mile of the Dailey subdivision. Smoke was settling over the area, and aircraft use was limited.

Air operations were suspended on the Onion Fire on September 7th because of continued smoke inversions. More than 1,100 people were now on the 17,542-acre complex. Heavy smoke inversions continued to limit suppression options. Hot and dry conditions continued, with active fire behavior. By September 17th the fire complex had grown to 42,436 acres.

With the fire at 60,716 acres on September 25th, a fire weather watch for winds was issued, and the fire burned into a forest blowdown area. The next day a red flag warning was issued for gusty winds, dry fuels, and low humidity. Firefighter safety and defensible positions were stressed. However, by then temperatures were in the 90's and major "fire runs", with one-mile forward spotting, had pushed the fire to over 80,000 acres by the end of the month.

By October 13th, after another week of dominant high pressure, a fire weather watch was issued for gusty winds, low relative humidity, and temperatures in the 70's. The fire, at 110,069 acres, was still under an inversion. Red flag warnings continued for the next several days, with 25 mile per hour wind gusts and temperatures in the 70's. By the end of the following week the fire had reached 127,702 acres. There were still about 6,600 feet of line to build on October 26th, with 3,331 people on the fire. At 136,765 acres, the fire received some drizzle from a passing cold front. Heavy demobilization began on October 28th, with lingering showers and near-freezing night temperatures slowing the fire activity. By the first of November, 160 miles of fire line was in place, with only 1,500 feet of line remaining to be built. The fire was declared contained on the evening of November 3rd, with a chance of rain predicted. Burned area emergency rehabilitation efforts were under way.

Twelve years ago the Silver Fire on the Siskiyou National Forest, just north of the Big Bar Complex, ran 72 days and burned 97,000 acres. These two campaign fires had several elements in common:
- Initial low priority ranking
- Fire weather
- Shortage of initial attack resources
- Inability of fire management agencies to field an adequate suppression response at peak demand
- Inaccessible terrain and heavy smoke problems forcing indirect attack

- Focus on protection of private property, dwellings, and communities at the expense of natural resources on the National Forests

The property and resources saved through the suppression efforts on the Big Bar Complex included the towns of Denny and Hawkins Bar, portions of the Hoopa Valley Indian Reservation, almost 200 homes, watersheds, and timber.

## The Kirk Complex

On September 8, 1999, a lightning storm ignited thirteen wildfires within and adjacent to the Monterey Ranger District, Los Padres National Forest, Southern California. The majority of the fires were within the Ventana Wilderness. Mixed chaparral, chamise, pine, and hardwood forests in the uplands and hardwoods dominating the canyon bottoms characterize the area. By the end of November 1999, the Kirk Complex was contained at 86,700 acres. In August 1977, a similar storm system ignited the Marble Cone Fire within the Ventana Wilderness burning over 177,000 acres. Over the past 22 years, numerous smaller wildfires have burned in the Ventana Wilderness.

The Kirk Complex was an expensive operation for a variety of reasons. There is an estimated four times the number of homes surrounding the Marble Cone area than in 1977. The close proximity of homes to the forest boundaries required larger numbers of aircraft and personnel to provide for safety and protection of private property. Other cost contributors included heavy fuel buildup; an unusually dry, hot, windy fall fire season; the need to use many non-federal fire suppression resources; and, the need to use expensive heavy helicopters due to limited access into the Ventana Wilderness.

The Wildland Fire Situation Analysis (WFSA) served as the overall strategic planning tool for the Kirk Complex. This process measures anticipated suppression costs in addition to resource losses and determines the safest alternative with the highest probability for success. The WFSA was executed on September 9, 1999 and revised on September 29th. The revision was prepared when it became clear the initial strategy of direct attack on the fire was not effective because of extreme fire behavior. The remote location of the fires and limited access were causes for concern over firefighter safety.

Four alternatives were considered in the WFSA on the Kirk Complex. The indirect attack alternative was selected. This alternative had the highest predicted success outcome while calling for:
- Firefighter safety
- Minimized environmental impacts
- Minimized economic impacts
- Maintained social/public information networks

The widespread geographical area of the Kirk Complex, coupled with extreme fire behavior in steep terrain, demanded a large logistical operation to support the suppression effort. Fire behavior modeling indicated an aggressive fire suppression operation was required to keep the fire from escaping established fire lines and burning onto private property.

Without large-scale suppression efforts, these fires would have resulted in serious long-term detrimental affects on human life and private/public property, including municipal water storage capacities. The authorization of bulldozer use in the Ventana Wilderness prevented the wildfires from moving freely throughout the Santa Lucia mountain range and threatening the communities of Big Sur, Palo Colorado Canyon, Chews Ridge, Cachugua, Carmel Valley, and Arroyo Seco. The use of heavy helicopters and airtankers effectively slowed the spread of active fire fronts and allowed firefighters to aggressively attack the flanks of the fire. Without these aggressive suppression responses, the wildfires had the potential to burn west

to the Pacific Ocean, north and east to the agricultural lands of the Salinas Valley, and south to areas previously burned on Fort Hunter Liggett Military Reservation.

The Land Management Plan for the Los Padres National Forest authorizes the use of prescribed fire in wilderness but states that lightning-caused fires, such as on the Kirk Complex, must be suppressed. A valuable lesson learned from the Kirk Complex is the need for better modern fire management planning. The Forest intends to examine the wilderness fire management strategies in its current Land Management Plan and proceed with development of a Fire Management Plan that addresses the use of both prescribed fire and wildland fire in wilderness areas.

The resources saved by suppression efforts on the Kirk Complex were valued at about $400 million ("Kirk Complex, Los Padres National Forest, Loss and Savings Estimates", November 1999) including several homes, municipal watersheds, endangered species habitat, recreation resources critical to the local economy, and the protection of slopes above Highway 1 that could have closed this major highway because of potential mudslides.

# Epilogue

There are several measures of fire suppression cost efficiency. These include total emergency fire suppression, total cost plus net value change, total cost per acre, and total cost plus savings. As an organization, we have not yet agreed to a true measure to illustrate cost efficiency. On each large incident we report savings as well as costs. The Incident Commander or general staff approves the method of calculating savings. Methods vary and results can be questionable. Agreeing on which cost and savings measures illustrate the true picture of fire suppression cost efficiency is critical.

Firefighter safety on the Kirk and Big Bar Complexes was always ranked as the top priority ahead of fire suppression. While the fire management agencies will not compromise firefighter safety in favor of an overly aggressive suppression tactic, some of the other actions that influence overall strategy effectiveness are more controllable. Increasing our initial attack resources, reconsidering our criteria for prioritizing fires in a multiple-fire situation, and exploring all options for expanding fire resources are actions that will have direct positive impacts on our fire management effectiveness in both the short term and the long term.

# Cost Categories in Fire Suppression

In general, fire suppression costs are grouped into four major categories with the percentage of national expenditures over the last 20 years (reference) shown in parenthesis. These are:

- Supplies and services (56 %)
- Personnel compensation (32 %)
- Personnel travel (3%)
- Other (9 %)

Forest records indicate that the expenditures for the Big Bar and Kirk Complexes were generally consistent with the national percentages for fire suppression except for some differences (increases) in "personnel compensation". This was probably due to the high number of interagency personnel used on the two Complexes.

BLM_0048857

**Policy Implications of Large Fire Management:** *A Strategic Assessment of Factors Influencing Costs*

Several factors cause fire suppression expenses to increase.  In a survey of 103 Incident Commanders (IC's) on 84 fires, 34 topics, or activities were evaluated in terms of their effect on increasing suppression expenses (Fire Economics Assessment Report, September 1, 1995, USDA Forest Service).  The following were the top ranked items:

1.   Weather
2.   Access
3.   Terrain
4.   Protecting lives
5.   Line-officer direction (Forest Supervisor and District Ranger)
6.   Firefighter availability
7.   Fire suppression standards
8.   Fuel loadings
9.   Firefighter quality
10.  Firefighter quantity
11.  Protecting structures
12.  Support personnel availability
13.  Wildland-urban interface
14.  Publicity and notoriety
15.  Recreational and esthetic values
16.  Equipment availability

All of these items played heavily in the fire suppression costs associated with the Big Bar and Kirk Complexes, especially weather, access, terrain, firefighter availability, protecting structures, and fuel loadings.

In the Kirk Complex, the following added significantly to the suppression costs:

- Close proximity of homes to the forest boundaries requiring more aircraft and personnel to assure the safety of private property.
- Heavy fuel buildup.
- Unusually dry, hot, windy fall fire season with intense fire behavior.
- The use of more expensive non-federal fire suppression resources.
- The use of more expensive heavy helicopters due to limited access into the Ventana Wilderness.

In the Big Bar Complex, the following contributed to the suppression costs:

- Heavy fuel buildup.
- Protecting the Hoopa Indian Reservation and the town of Denny.
- Weather and extreme fire behavior.

BLM_0048858

Policy Implications of Large Fire Management: *A Strategic Assessment of Factors Influencing Costs*

# National Expenditures for Emergency Fire Suppression

During the past twenty years, over $6 billion has been spent on emergency fire suppression at an average rate of about $304 million per year (expressed in terms of 1999 dollars). The highest single year was 1994 when $850 million was spent on 1,476,000 acres. The lowest year was in 1982 when $50 million was expended.

**Table 2.** National Expenditures for Emergency Fire Suppression, 1980 through 1999, USDA Forest Service.

| Year | Costs[1] | Acres Burned | Average $/Acre |
|------|------|------|------|
| 1999 | $591,000,000 | 605,000 | $976.86 |
| 1998 | 219,300,000 | 306,000 | 716.67 |
| 1997 | 154,246,960 | 241,000 | 640.03 |
| 1996 | 514,153,200 | 1,367,000 | 376.12 |
| 1995 | 350,635,608 | 376,000 | 932.54 |
| 1994 | 849,987,396 | 1,476,000 | 575.87 |
| 1993 | 205,616,119 | 330,000 | 623.08 |
| 1992 | 340,802,589 | 699,000 | 487.56 |
| 1991 | 163,741,389 | 200,000 | 818.71 |
| 1990 | 319,088,563 | 585,000 | 545.45 |
| 1989 | 442,166,330 | 597,000 | 740.65 |
| 1988 | 604,357,759 | 1,556,000 | 388.40 |
| 1987 | 368,538,256 | 1,281,000 | 287.70 |
| 1986 | 167,696,327 | 406,000 | 413.05 |
| 1985 | 249,250,324 | 741,000 | 336.37 |
| 1984 | 102,490,769 | 187,000 | 548.08 |
| 1983 | 56,711,069 | 81,000 | 700.14 |
| 1982 | 50,128,049 | 83,000 | 603.95 |
| 1981 | 191,011,998 | 325,000 | 587.73 |
| 1980 | 136,767,256 | 379,000 | 360.86 |
| **Totals** | **$6,077,689,961** | **11,821,000** | -- |
| **Average** | **$ 303,884,498** | **591,050** | **$582.99** |

[1]*All costs expressed in terms of 1999 dollars.*



There is extreme variation across the years in acres burned. The ratio of high to low is on the order of 20:1. Though the 20-year average is 591,050 there are only two years (1989 and 1990) that are within 10 percent of the average. There are only 4 years that are within 20 percent of the average. Accordingly, the variance in acres burned in each year is more important than the actual number in each year. Perhaps oddly the 1994 season, which is often cited as a key "policy-change" year, does not stand out in the table as unusual with respect to acres. Although it is the highest cost year, it does not have the most acres burned and the average dollar per acre is very near the 20-year average.

The average dollar per acre ($583) is not readily accounted for by the number of acres burned. For example, 1998, 1995, 1993, 1981, and 1980 all had a similar number of acres burned, ranging from 306,000 acres to 379,000 acres. Yet, in those years, the dollar per acre ranged from a low of $360 to a high of $932; almost a 3:1 ratio.

The average fire suppression cost per acre for the Big Bar Complex was $575, while the cost per acre for the Kirk Complex was $1,118. For both Complexes combined, the average cost per acre was approximately $784 (weighted by the number of acres burned in each complex). On a comparative basis, neither the Big Bar nor the Kirk Complex is drastically out of line with historical averages. Though the Kirk Complex cost at $1,118 per acre is higher than the average acre cost in any one year, it is only slightly higher than the cost per acre for 1999 ($976). In general, it is difficult to compare fires on a cost per acre basis with national averages, because such averages include fires that vary greatly in size, terrain, access, weather, and competition for resources. Small fires are much more expensive on a per acre basis than are large fires, creating a potential distortion in per acre cost comparisons.

Making comparisons of the Big Bar and Kirk Complexes on a suppression cost per acre basis with historical fire suppression costs tends to lead to a conclusion that these fires were not unusual. However, this result is an artifact of using per acre costs as a basis for identifying and characterizing fires as in some way noteworthy and/or costly. While both the Big Bar and the Kirk Complexes compare well on a cost per acre basis with historical averages, the combined suppression cost of $178 million and the length of time it took to control these Complexes is what made them significant.

The findings will show that opportunities to reduce costs on the two Complexes could have been improved through:
- Improved initial attack.
- Clear evaluation of watershed scale fire management strategies in Forest Land and Resource Management Plans and associated Fire Management Plans.
- Improved use of the Wildland Fire Situation Analysis process.
- Improved integration of risk analysis in fire management decisions.
- Additional oversight, including the continued message that striving to keep costs reasonable is a priority.

## Focus Questions

To help evaluate what happened on the Big Bar and Kirk Complexes, and in particular to reexamine the cost issue, the following are the focus questions, by groupings, that accompanied our task from the Deputy Chief, State and Private Forestry.

### Decision-making processes:
- Are line officer decisions affecting the cost of suppression, either increasing or reducing the final bill?
- Are resource management decisions/directions affecting costs?
- What are these decisions and how are they affecting costs?
- Did any decisions affect fireline safety? How?
- Is the line officer fully involved in providing direction to the incident management team or are his or her responsibilities delegated?

### Suppression alternatives:
- Are trade-offs being analyzed?
- If this is a low or lower priority fire competing for short resources, has there been consideration given to a low or lower cost option?
- Is the risk of doing as little and as safely as possible evaluated?
- Are new alternatives considered after several days of no significant change in the status of the fire?

### Costs:
- Are the decisions that are affecting costs documented?
- How are they being documented?
- Were costs affecting decisions challenged?
- Were costs factors explicitly discussed?
- Were minimum cost options considered? How?
- To what extent has mobilization affected the cost of this fire?
- Is it (the cost) worth it when the outcome is not materially changed?
- Were high cost items specifically examined for cost-effectiveness and the marginal change to the fire's outcome?

BLM_0048860

### Resource levels, skills, and agency commitment:
- What is the level of local commitment to this fire (the Kirk and Big Bar Complexes)?
- How many people from the Forest were engaged in this fire?
- Are Forest personnel assigned fire management responsibilities fully qualified?

The team subsequently distilled a set of interview questions, and then interviewed the Forest Supervisors and staff from the Los Padres, Shasta-Trinity, and Six Rivers National Forests. The results of the interview are included in Appendix A.

## Literature Review

During the last several years the USDA Forest Service and others have produced many well-written reports that outline many ways to improve large-scale fire management that specifically address cost-efficiencies. Appendices C through I analyze some selected literature and compare their findings against the two complexes being examined. The following review of the literature helps establish a foundation for the current fire management program and sets the stage for program adjustments.

Confronted with today's complex set of environmental, social, political, and safety concerns, fighting fires is a complex business. Catastrophic wildfire now threatens millions of public and private wildland acres, particularly where vegetation patterns have been altered by past land-use practices and a century of fire suppression. According to the recent report by the General Accounting Office, the most extensive and serious problem related to the health of forests in the interior West is the over accumulation of vegetation, which has caused an increasing number of large, intense, uncontrollable, and catastrophically destructive wildfires. Further the report concludes that the cost of burning and mechanical removal of excessive fuel on 39 million acres of National Forest System lands at high risk is estimated to be about $725 million a year. For FY 1999, the USDA Forest Service requested and received $65 million to reduce accumulated fuels (GAO/RCED-99-65).

Outside experts and USDA Forest Service officials generally agree that increased fire suppression efforts will not be successful because such inevitable, large, intense wildfires are generally impossible for firefighters to stop and are only extinguished by rainfall or when there is no more material to burn. Many agency officials believe it is impossible to set controlled fires to reduce fuels on a scale replicating that of natural fires and still meet air quality standards or even more basic to control the fires. Regardless, a cohesive strategy is not yet in place to address the issue of reducing excessive forest fuels (GAO/RCED-99-65).

To address the issue of excessive forest fuel, the USDA Forest Service has produced a report entitled "Protecting People and Sustaining Resources in Fire-Adapted Ecosystems: A Cohesive Strategy (Draft Report, December 3, 1999)." The strategy calls for an aggressive approach to fuels management through prescribed fire and mechanical treatments. Funding requirements are $825 million by 2004 – about $137 million is required in 2001. Fire professionals now feel that fuel buildup has allowed fires to turn the corner on fire suppression capability and that large fires of the recent past are indeed fires of the future (Large Fire Strategy, Committee Report, May 1996, USDA Forest Service). Without an aggressive fuels management program, we face an impossible situation to protect lives, property, and natural resources from wildland fires.

In addition to a higher than normal fuel buildup, the Forest Service's fire preparedness and the ability to initial attack fires is beginning to be compromised. The National Fire Management Analysis System (NFMAS) is an outyear planning tool used to define the benefit cost ratio of dollars spent for fire preparedness versus the fire suppression costs plus the value of the natural

resources lost in a fire. The optimum point in this model is referred to as the Most Efficient Level, or MEL. The NFMAS model displays the tradeoffs between an amount of appropriated funds for firefighting resources such as helicopters, crews, engines, compared to the cost of fire suppression, plus the number and value of acres and natural resources lost at each appropriated fund level. This appropriated funding level is displayed as a percent of MEL; the tradeoff is displayed as a change in dollar value of burned natural resources, and the number of acres burned. Estimates have shown that for every dollar of appropriated preparedness dollars received, there is a savings of five to seven dollars in fire suppression and emergency rehabilitation funds spent.

Over the last 10 years, the operational level of appropriated funds, or percent of MEL, has decreased – from 89 percent in FY 1990 to 75 percent in FY 2000. This has resulted in a reduction in the number and types of firefighting resources available for initial attack. However, wildland firefighting agencies (or the Administration or Congress) appear to be reluctant to adequately fund initial attack resources or prevention efforts (NASF Report on Efficient Utilization of Forest Fire Suppression Resources, September 17, 1999, National Association of State Foresters). This may be partially due to low awareness, or even apathy, about fire management by those who make program, budget formulation, and funding decisions. Historically, the USDA Forest Service has been able to extinguish most wildfires during initial attack. However, there is a general lack of overall recognition that we are now in an era of diminished suppression capability and increased concern for firefighter safety and high fire suppression costs (Large Fire Strategy, Committee Report, May 1996, USDA Forest Service).

Current direction for planning wildfire suppression strategies during a fire correctly prioritizes the protection of life above protecting private property and natural resources. Wildland fire suppression forces protect urban values over forest ecosystem values. The result is often greater acreages of burned wildlands (Course to the Future: Positioning Fire and Aviation Management, May 1995, USDA Forest Service). This further constricts available funds.

A very serious problem is developing. Fires have become more difficult to control and the overall wildland fire suppression capability has decreased. During heavy fire seasons, there are simply not enough critical resources to meet demand (Large Fire Strategy, Committee Report, May 1996, USDA Forest Service). This combined with an aging workforce and a fire management cadre that is smaller and less experienced than in the past puts the agency at a critical juncture (GAO/RCED-99-233). To proceed effectively, some adjustments need to be made.

To help bring focus to this, the agency commissioned a report entitled, "An Agency Strategy For Fire Management, (Draft Report, November 15, 1999, USDA Forest Service)". While still in a draft status, the report recommends a "pathway" to create a separate large incident management option. This option defines a national incident management organization dedicated to large fire suppression and total integrated wildland fire management programs. The current approach to initial and extended attack would remain the same.

Managing a large incident effectively and efficiently requires leadership, skill, analytical tools, resources, decent weather and terrain, and luck. The initial strategic decision regarding fire suppression is the most important and contributes significantly to the costs associated with large fires (Large Fire Strategy, Committee Report, May 1996, USDA Forest Service). When the Incident Management Team arrives to take over the management of the incident, Forest leadership must stay appropriately engaged in the process. The Delegation of Authority letter is a contract between the Forest Supervisor and Incident Commander that ensures all fire suppression actions are managed in a safe and efficient manner. However, the overall responsibility and accountability for the incident rests with the line officer. Training line officers to better redeem their fire management responsibilities is vital (Course to the Future: Positioning Fire and Aviation

Management, May 1995, USDA Forest Service). Oversight at all levels is important (Memorandum, Fire and Aviation Management, State and Private Forestry, August 27, 1999).

The Wildland Fire Situation Analysis (WFSA) provides options to suppress the fire. Some people question the utility of the WFSA process. Some consider it only a communications tool, while others find it useful for documenting decisions. It does seem that only a few use its full potential to display the tradeoff between cost and risk (Fire Suppression Costs on Large Fires: A Review of the 1994 Fire Season, August 1, 1995, USDA Forest Service). However, it is generally concluded that the WFSA is an essential tool to be used if suppression tactics are to be most effective and cost-efficient. The analytical components of the WFSA need be expanded to better reflect issues associated with the wildland-urban interface (Fire Economics Assessment Report, September 1, 1995, USDA Forest Service).

Costs for fire suppression, especially those associated with large fires, continue to climb. Only a few factors that lead to high costs are within the control of an Incident Management Team or a National Forest once a fire starts. During a large fire, the Incident Management Team and the Forest management team must quickly make decisions balancing the trade offs between cost and such factors as safety, risk to homes and other property, long term effects on critical watersheds, and so on. The negative after effects of burning homes on adjacent private lands are greater than the negative after effects of being a high cost fire. This will continue to lead decision makers to request and retain fire fighting resources to deal with the most likely scenario or the worst case scenario rather than the best case scenario. For example, Incident Commanders are sometimes reluctant to release air resources, even when the resources may not be immediately needed, for fear that these resources will not be available if conditions on the fire deteriorate (Large Fire Strategy, Committee Report, May 1996, USDA Forest Service).

A recent report stated that the USDA Forest Service manages emergency firefighting funds as unbudgeted, unlimited, unallocated, and without benchmarks on acceptable spending levels and concluded there is an appearance of low accountability. Further, least costs fire suppression strategies and tactics are not a required part of the WFSA, and there are no well-defined guidelines or direction that specifically lead to minimum cost strategies and tactics (An Agency Strategy for Fire Management, Review Draft Report, November 15, 1999, USDA Forest Service).

Several well-written reports, with over 100 recommendations, have been completed over the years that address fire cost issues. The adequacy of recommendations is not the issue. Many of the recommendations will not be implemented because of policy, funding, and organizational barriers (Fire Economics Assessment Report, September 1, 1995, USDA Forest Service). As stated in "Fire on the Mountain", "so often we don't have the fortitude to go forward and seek the changes we need" (Fire on the Mountain: The True Story of the South Canyon Fire, 1999, John N. Maclean).

Some conclude that forces tending to increase costs (of fire suppression) will greatly outweigh those tending to reduce costs, and only major changes in fire management policy can change this outcome (Fire Economics Assessment Report, September 1, 1995, USDA Forest Service). Nevertheless, until this change begins to take shape, keeping costs in check must be a key discussion topic at every transition point, briefing, or oversight review (several Reviews and Memoranda from Fire and Aviation Management, State and Private Forestry, USDA Forest Service).

We are faced with a philosophical conflict. Today's large suppression costs are the direct result of effective suppression efforts over the last 100 years. On the one hand we must continue active fire suppression to protect resources at risk, including lives, property, watersheds, critical habitats. On the other hand, we have no clear strategy for reversing the effects of the last 100 years of suppression. To be truly cost effective in the future, we must get a handle on both the

over-accumulation of vegetation and on the management of suppression tactics, including a clearer understanding of organizational requirements to effectively meet program goals.

It is easy to let the long-term problem drift for another year – the added accumulation of one year to 100 years is not significant.  It is also easy to focus on single large, high cost fires and say that something must be done to control their cost.  It will be impossible to control costs without facing the long-term situation.

## The Current Policy

In order to help evaluate the actions of the Big Bar and Kirk Complexes, comparing the tactics taken against a standard – the current policy – is important.  Table 3 illustrates the current Federal Wildland Fire Management policy for the USDA Forest Service and a general rating of the relative strengths of the actions associated with these two fire Complexes toward the policy.  In general, the team found that the two Complexes adhered to the national policy guidelines quite well.

**Table 3.** The Adherence of the Big Bar and Kirk Complexes to the National Fire Management Policy, USDA Forest Service

| Key Points | Policy | Rating[2] |
|---|---|---|
| Safety | Firefighter and public safety is the first priority.  All Fire Management Plan and activities must reflect this commitment | H |
| Planning | Every area with burnable vegetation must have an approved Fire Management Plan. | L |
| Wildland Fire | Fire, as a critical natural process, will be integrated into land and resource management plans and activities on a landscape scale, across agency boundaries, and will be based on the best available science. | N/A |
| Use of Fire | Wildland fire will be used to protect, maintain, and enhance resources and, as nearly as possible, be allowed to function in its natural ecological role. | N/A |
| Preparedness | Agencies will ensure their capability to provide safe, cost-effective fire management programs in support of land and resource management plans through appropriate planning, staffing, training, and equipment. | M |
| Suppression | Fires are suppressed at minimum cost, considering firefighter and public safety, benefits, and values to be protected, consistent with resources objectives. | H |
| Prevention | Agencies will work together and with other affected groups and individuals to prevent unauthorized ignition of wildland fires. | H |
| Protection Priorities | Protection priorities are (1) human life and (2) property and natural/cultural resources. | H |
| Interagency Cooperation | Fire management planning, preparedness, suppression, fire use, monitoring, and research will be conducted on an interagency basis with the involvement of all partners. | H |
| Standardization | Agencies will use compatible planning processes, funding mechanisms, training and qualification requirements, operational procedures, values to-be-protected methodologies, and public education programs for all fire management activities. | H |
| Economic Efficiency | Fire management programs and activities will be based on economic analyses that incorporate commodity, non-commodity, and social values. | M |
| Wildland-Urban Interface | The operational role of Federal agencies as a partner in the wildland-urban interface is wildland firefighting, hazard fuels reduction, cooperative prevention and education, and technical assistance.  Structural fire protection is the responsibility of Tribal, State, and local governments.  Federal agencies may assist with exterior structural suppression activities under formal Fire Protection Agreements that specify the mutual responsibilities of the partners, including funding. | H |
| Administration and Employee's Roles | Employees who are trained and certified will participate in the wildland fire program as the situation demands; employees with operational, administrative, or other skills will support the wildland fire program as needed.  Administrators are responsible and will be accountable for making employees available. | M |

[2]**H** (High); **M** (Medium), **L** (Low); **N/A** (Not Applicable)

## Team Findings

The findings of this report are divided into three categories -- General themes that have surfaced; those specific to the Big Bar and Kirk Fire Complexes; and, those that have broad, national implications. The findings are as follows:

### Themes

Many Federal, state, and local fire managers were interviewed about the Big Bar and Kirk Complexes and large fire management in general. Several themes, some critical of the current fire management program, have emerged. These themes help establish a foundation for the fire management program so realistic adjustments can be made. These themes include:

- The consequences of declining preparedness funding at the field level are not completely understood. For every dollar reaching the ground, there is a reduction of five to seven dollars in the cost of suppression and emergency rehabilitation, and a corresponding decrease in natural resource damage. By not funding preparedness close to the 100 percent of MEL, additional suppression and rehabilitation costs, and natural resources destroyed increase dramatically. Funding at the MEL does not mean there will be no losses, but these losses increase exponentially as funding for preparedness declines.

- Less preparedness funds are reaching the field level. There are numerous reasons including, budgeting changes, unplanned special projects, and the willingness to view suppression costs as "off-line" or "free". The Forest Service is making budget allocation choices that indicate fire is a low priority. By diverting preparedness funds and not requesting higher funding levels closer to the MEL, we are making other investments in natural resources that we cannot protect from destructive fire. In doing so, we are essentially devaluing natural resource losses.

- Fire suppression is much more complex than ever before. An experienced fire management workforce, once the hallmark of the Forest Service, is beginning to be in question. The initial strategic decision on a fire, pivotal to successful outcome of the incident, is often delegated away by some line officers in part because they do not feel qualified to address today's complexities of fire suppression. An aging workforce within the agency makes this experience/fire complexity dilemma even more severe in the future.

- Fire management planning has not been a priority, with less than 5 percent of the National Forests having current, approved fire plans. The agency is not in compliance with the National Fire Management Policy.

- Excessive forest fuel makes effective and efficient fire fighting almost impossible.

- The traditional "militia" approach to large fire suppression is not working. The overall reduction of Forest Service field personnel over the last decade is a primary reason. This, combined with the decreasing availability of existing personnel to participate in fire suppression activities because of low pay incentives, higher priority work, and a variety of personal reasons, will require some changes to be made if we are to remain effective.

- The current organizational climate does not encourage acceptance of levels of risk consistent with achieving greater cost efficiency, regardless of how well analyzed and documented the fire management decisions.

- Suppression alternatives, that address costs through the WFSA, need improvement.

- The need to keep costs as low as practicable is not a predominant message during a fire incident.

- Fire management should be one of the agency's top Policy Issue Areas. Currently it is mentioned only tangentially to issues associated with ecosystem health.

BLM_0048865

## Big Bar and Kirk Fire Complexes Findings

Neither comprehensive interviews of the leadership of the involved National Forests, or discussions with a wide range of Federal, state, and local fire managers, or our analysis of the initial review of the incident (National Large Incident Cost Oversight Report, September 30, 1999), identified anything that would have *significantly* reduced the costs of managing the Big Bar and Kirk Complexes. We did however, highlight a number of factors that contributed to the overall costs and believe the identification of these can provide opportunities for future efficiencies if similar incidents are encountered. These contributing factors for the two Complexes are organized by the same groupings used in the Executive Summary.

### Factors inherent in the location or nature of the work include:

- Continued hot dry weather with little or no humidity recovery at night had a significant effect on fire behavior, acres burned, and suppression difficulties.
- Multiple fires across the Region meant that both complexes were competing for resources that were already in short supply – especially crews and overhead – and thus increased both the time necessary to staff the fires and also the costs of doing so.
- Because of repeated and severe inversions on the Big Bar, aircraft could be used only for a two or three-hour period each day. The inability to accurately scout fire perimeter and hotspots and thus effectively plan operations contributed to increased costs, more resource loss, and increased risk for firefighters and the public.
- A significant amount of both Complexes were in Wilderness. Limited suppression tactics were planned to minimize long-term impacts.

### Factors that require long-term strategies and significant investments to resolve:

- Limited access to the fires, along with extremely steep terrain, resulted in slow progress in containment efforts and repeated loss of completed fire line.
- Vegetation on the Kirk was so thick that retardant did not penetrate in several areas. Type I helicopters were used instead of fixed-wing air tankers in order to penetrate the canopy.
- Red-carded agency personnel did not participate and/or were not made available. In some instances, there were simply shortages of qualified resources. Accordingly, the majority of personnel on both these Complexes were state and local firefighters, and the higher cost of state and local personnel increased costs on these fires. On the North Kirk Fire, for example, the use of local and state overhead rather than Forest Service employees resulted in an increased fire cost of about $13 million.
- Blowdown of several thousand acres on the Six Rivers National Forest occurred in 1996. This was not salvaged through logging. When the fire reached that area, its rapid rate of spread and the fuel loadings resulted in added cost to the suppression effort and increased risk to firefighters.
- Over the last few years we have experienced a significant reduction of initial attack resources. For example, the Shasta-Trinity went from 27 to 18 engines; the Los Padres has gone from 25 engines to16, five helicopters to one, and two hotshot crews to one. Some believe this trend has reduced the Forests' ability to contain single fires during the first burning period, let alone multiple simultaneous fires. During this same period, the Los Padres has also experienced a 50 percent increase in burned acres, the population of the state has increased, and the wildland-urban interface has grown significantly.
- The shortage of Type I crews and the lack of performance of Type II crews resulted in the necessity of using indirect attack more often than would have been efficient. This resulted in both increased acreage loss and increased suppression costs.

**Policy Implications of Large Fire Management:** *A Strategic Assessment of Factors Influencing Costs*

**Factors with potential to improve efficiencies in the short run:**

- Because of the complexities of Tribal issues and relationships with the Bureau of Indian Affairs, a significant part of Incident Commander's time was diverted from the main job of fire management.
- Present contracts do not allow for reduced costs for long-duration events. Full daily rates over a long period resulted in our paying the equivalent of the full price of some equipment -- such as cars, trucks, and so on.
- Infrared capability by aircraft was not readily available for the Kirk Complex. This necessitated the use of indirect tactics in order to maintain crew safety, and resulted in diminished suppression effectiveness, unnecessary delays, and increases in both resource loss and suppression costs.

**Factors under the control of a Line Officer/Incident Management Team:**

- Because the safety of fire personnel and the public was the number one priority on fires, and because of the factors cited above (combined with difficulty in obtaining ordered resources), indirect attack became the overall strategy on both fires. This was necessary and prudent to maintain firefighter safety, and resulted in increased costs and decreased suppression effectiveness. This does not infer that all indirect strategies are inefficient.
- Lack of understanding of WFSA and participation by teams and line officers on the Big Bar may have resulted in increased costs.
- The use of Minimum Impact Suppression Techniques (MIST) that were required by the Land Management Plan resulted in increased costs.
- The Incident Business Advisor (IBA) on the Kirk could have been assigned throughout the incident.

## National Findings

The following are national issues identified that need to be more fully addressed in order to help the agency achieve its goal of reducing the threat and impacts of wildfires in ways that are safe, cost-effective, and in balance with a wide range of values.

### Preparedness

The National Fire Management Analysis System (NFMAS) is a tool to help determine the most efficient level (MEL) for the fire management program. The MEL displays the tradeoffs between the dollars spent on fire preparedness versus the fire suppression costs, plus the change in value of the natural resources burned.

One critical component of the NFMAS model and the determination of MEL is Net Value Change (NVC). The Net Value Change is the dollar difference between the natural resources before and after a fire. Two other components of the NFMAS model are costs of fire preparedness and the cost of fire suppression. The NFMAS model optimizes the appropriated dollars spent on fire preparedness versus the costs of fire suppression plus the value of the natural resource after it has been burned. The number of acres burned is also displayed at each appropriated funding level.

Appropriated funds for the fire management program are typically referred to as a percent of MEL. For example, in FY 1999, the USDA Forest Service was funded at "75 percent of MEL". In FY 2000, funding levels for the fire management program are expected to be 74 percent of MEL. Additional indirect costs in FY 2000 may require this funding level to be reduced even further *at the field level* – perhaps to about one-half of the MEL. If this happened, one projected impact includes an increase of fire suppression costs of approximately $600 million.

BLM_0048867

The NFMAS process only considers lands for which the Forest Service has direct fire protection responsibilities; costs associated with protecting non-Federal lands, including protecting the wildland/urban interface from a fire originating on a national forest, are not incorporated into the NFMAS model. The cost of protecting these values and the urban interface can be significant in some areas.

This fact goes right to the heart of preparedness levels for initial attack and extended attack to control fires. If the fire management program is expected to manage for events that include the wildland-urban interface, then funding levels need to be planned with this in mind. Funding at "75 percent of MEL", with no provisions for wildland-urban interface fire protection, almost guarantees inadequate resources, inefficiencies and ultimately, excessive costs. The following table illustrates the MEL funding for the last ten years (in millions of dollars).



| Fiscal Year | MEL | Actual Funding | % of the MEL |
|---|---|---|---|
| 1990 | $187.3 | $167.3 | 89.3 |
| 1991 | 191.7 | 171.5 | 89.4 |
| 1992 | 211.8 | 179.8 | 84.9 |
| 1993 | 262.7 | 235.3 | 89.5 |
| 1994 | 281.5 | 245.0 | 87.0 |
| 1995 | 295.0 | 268.7 | 91.0 |
| 1996 | 303.5 | 270.8 | 89.2 |
| 1997 | 341.0 | 290.2 | 85.1 |
| 1998 | 390.0 | 319.3 | 81.8 |
| 1999 | 430.0 | 324.9 | 75.5 |
| 2000 | 483.0 | 360.0 | 74.5 |
| 2001[3] | $488.0 | $355.0 | 72.7 |

[3] *Proposed "Actual Funding";*
*Dollars are constant.*

Improved state fire assistance, including assistance to volunteer fire departments, is an effective way to reduce the overall involvement of the Federal government in the wildland-urban interface adjacent to the National Forest boundary. The Cooperative Fire Management program, within the State and Private Forestry mission area, provides for a Federal role to help state and local governments become better trained and equipped to fight fires and redeem their state responsibilities. However, the program is under funded by about 60 percent.

A higher level of funding for initial and extended attack on the National Forests, coupled with an emphasized state assistance Federal role, including additional emphasis on the rural volunteer fire departments, would begin to effectively address the urgent need to deal with wildfire in America's wildland-urban interface zones.

A cohesive, long-term budget strategy needs to be developed that includes preparedness, emergency suppression, fuels management, and state fire assistance in order to implement an effective, cost-efficient fire management program. An example budget strategy might look like this (dollars in millions):

| Item | Current | Year 1 | Year 2 | Year 4 | Year 15 |
|---|---|---|---|---|---|
| Preparedness | $360 | $480 | $500 | $420 | $325 |
| Suppression | 590 | 590 | 590 | 300 | 200 |
| Fuel Management | 65 | 100 | 135 | 825 | 135 |
| State Fire Assistance | 24 | 50 | 65 | 65 | 65 |
| **Totals** | **$1,039** | **$1,220** | **$1,290** | **$1,610** | **$725** |

BLM_0048868

A primary point being illustrated above is that "either/or" options are not feasible in the beginning years. For example, with an *increase* in fuel management in year 1, we cannot conclude that a corresponding *decrease* in emergency suppression is logical. The more cause and effect relationships will not "kick in" until later – perhaps by years seven or eight after the beginning of the fuel management strategy.

## Fire Planning

The Federal Wildland Fire Management Policy calls for "every area with burnable vegetation will have an approved Fire Management Plan". Today less than 10 percent of these lands have approved and current Fire Management Plans. When asked would a Fire Management Plan have made a difference in the effectiveness of the suppression efforts for the Big Bar and Kirk Complexes, the answer was "YES." When asked why there was no approved Fire Management Plans for the two involved Forests and other National Forests in general, the most common reason is lack of priority and resources.

Sound wildland fire management decisions and resource management decisions go hand in hand and are based on approved Fire Management Plans that are tiered to the Forest Land Management Plan. Within the Fire Management Plans we may want to include specific tactical emphasis for agency administrators and incident commanders on the development and use of "guerilla" firefighting tactics. These tactics are not new, but are not commonly used. "Guerilla" tactics involve limited firefighting resources, "best ridge" ideas noted in past reports, specific identification of agency administrator objectives, and National Forest System lands with low to high range resource/political values.

On a continuum of wildland resource-political values, we apply the appropriate suppression response on National Forest System lands ranging from wilderness to high value private land/structures. Most typically, we apply tactics consistent with either end of those values. We may only "monitor" or "confine" wilderness fire while "controlling", at the minimum loss, fires near private land and structures. Tactics at each end of the continuum are fairly well developed. We use massive resources, with associated high cost, on one end of the spectrum. We use very limited resources with low costs on the other end of the spectrum. We need to improve the development of tactics to respond to those incidents in the middle of the continuum.

These tactics would involve applying operations on the ground where they would matter most to the agency administrator objectives. The tactics would need to be applied by highly skilled professionals. These tactics would typically involve higher uncertainty and greater risk than either side of the continuum. The compelling reason for dealing with higher risk and uncertainty is the reward of lower cost for the agency.

## Fuel Management

Many earlier reports, including the Federal Wildland Fire Management Policy, the General Accounting Office Report GAO/RCED-99-65, and "Course to the Future: Positioning Fire and Aviation Management (May 1995, USDA Forest Service)", emphasize the need for fuel management. As mentioned earlier in this report, the GAO concluded that "the most extensive and serious problem related to the health of forests in the interior West is the over accumulation of vegetation, which has caused an increasing number of large, intense, uncontrollable, and catastrophically destructive wildfires."

A strategy is being developed to help solve this critical issue. The strategy, entitled, "Protecting People and Sustaining Resources in Fire-Adapted Ecosystems: A Cohesive Strategy (Draft Report, December 3, 1999, USDA Forest Service)", calls for a targeted

approach to removing excessive fuel through prescribed fire and mechanical treatments. The strategy is ambitious and will require significant increases in funding, even after base program funding shifts are made to reflect this priority.

Without an aggressive program in fuel management, especially in the interior West, effective cost-efficient fire suppression to protect lives, property, and natural resources will not take place.

## Line Officer Responsibilities and Oversight

When the incident begins on the National Forest, the Forest Supervisor is in charge. When the Incident Management Team arrives to take over the management of the incident, the Forest Supervisor must stay engaged in the process. The Delegation of Authority letter is a contract between the Forest Supervisor and incident commander that ensures all fire suppression actions are managed in a safe and efficient manner. However, the overall responsibility and accountability for the incident rests with the line officer.

Proper oversight becomes a very important ingredient to the overall success of the management of the incident. In asking the question, "who provides the oversight to the line officer to ensure the best chance for success", the answer is mixed, ranging from discussions with trusted staff to checking with past experienced colleagues. By most accounts, line officer involvement on the Big Bar and Kirk Complexes turned out to be good. Nevertheless, there does not seem to be a systematic approach to ensuring strong oversight of the line officer (as indicated by the line officers themselves for these two Complexes).

Consider the flip side in the case where the line officer wants to more readily delegate roles and responsibilities to the Incident Commander. While perhaps not the desired condition when this scenario takes place, who provides the oversight for the Incident Commander, especially if there is no Area Command in place?

Improved oversight and more aggressive engagement by the line officer with the incident being managed offers the chance to communicate that costs are a priority and keeping costs as low as practicable is expected. This can be and should be a predominate message.

## National Large Incident Cost Oversight

The Forest Service Manual, regarding Large Incident Cost Review Procedures, calls for a national oversight team to be called when one or more of the following criteria are met:
- The incident has a control objective and the predicted time of control exceeds 5 days.
- A Type I or Type II incident management team is assigned to the incident.
- Actual or expected expenditures exceed $5 million.
- There are significant political, social, natural resources, or policy concerns.
- The affected Regional Forester requests a review team.

The team shall be comprised of:
- The Associate Deputy Chief for State and Private Forestry, or a representative.
- An Assistant Director, Fire and Aviation Management, or a representative.
- An Assistant Director, Financial Reports and Analysis Staff, or a representative.
- The National Safety Officer, Human Resources Management Staff, or a representative.
- A representative of the Regional Forester.

BLM_0048870

**Policy Implications of Large Fire Management:** *A Strategic Assessment of Factors Influencing Costs*

- A Staff Director or representative from the affected natural resource functional area or administrative unit of concern.
- Representatives from affected agencies, if the incident is using multi-jurisdiction command.

Indications are, this direction needs to be applied more consistently, especially the direct engagement of the top leadership of the State and Private Forestry mission area.

## The WFSA and the "Well Analyzed Fire Management Decision"

The Wildland Fire Situation Analysis (WFSA) is a tool that provides a systematic approach to strategic decision-making for fire suppression. Overall, it is accepted as a very good tool. Some consider it only a communications tool, while others find it useful for documenting decisions. Few use its full potential to display the tradeoff between costs and risk. The analytical components of the WFSA need to be expanded to better reflect issues associated with the wildland-urban interface and its use by line officers needs to be more consistent. Because of its potential, a more focused discussion of the WFSA is warranted.

The WFSA process as currently implemented is too much a "stand alone" tool, and set too far apart from the Land Management and the Fire Management planning processes, on which it depends. The WFSA and the Land Management Plan (LMP) need to be more closely integrated, not only in terms of information needs, but also conceptually in terms of how the LMP represents fire-related values, goals and objectives such that they are meaningful and useful as inputs to the WFSA.

The WFSA process cannot reasonably be accomplished within the time frame allowed between a determination that a fire has exceeded local suppression capabilities and the time an incoming incident team arrives. The WFSA process, to be completely successful, must benefit from some prework or templating that allows the WFSA team to draw from work done with the Land Management and the Fire Management planning processes. Priority needs to be given to accomplishing this prework, including relevant training in constructing and implementing WFSA templates.

Though the WFSA is generally regarded as a good and useful tool, there is a lack of confidence on the part of many users that they know what the WFSA is actually doing. Users need to understand in greater detail how the WFSA process operates to become comfortable with what is "going on inside the WFSA".

Expertise in the WFSA is inconsistent across fire management organizations. Better and more consistent training in WFSA is needed, along with a set of benchmarks or standards for WFSA proficiency. Given the relative infrequency with which WFSA's are done, a consistent program of retraining is needed.

Better integration of WFSA into fire management team activities, including Incident Management Teams, is needed. Current practices often result in the WFSA being done by one or two individuals with relatively little involvement by the line officer or other natural resource area specialists.

The current WFSA implementation is too limited as a risk analysis and risk assessment tool. The focus of the current WFSA is on problem structuring, values structuring, evaluation criteria, and economic assessment. Current WFSA implementation makes minimum use of uncertainty assessment techniques, and does not support methods for improving the quality of uncertainty assessments. To accomplish the goal of "well analyzed risks" would require an integration of the WFSA with other tools, particularly

the Rare Event Risk Analysis Program (RERAP), Fire Area Simulator (FARSITE), and other fire behavior analysis methods. This would require better integration of the WFSA with information resources, such as GIS. Such integration would impose new training requirements. Also, a risk analysis approach would require modeling of the effectiveness of fire suppression resources, both in terms of theoretical production rates (e.g., chains of line per hour per hand crew), and in the actual conditions under which the resources are deployed (e.g., environmental conditions, terrain, fatigue).

We need to understand that the WFSA does not guarantee well-analyzed decisions. Very often, the WFSA process is approached as something that must be done. To make better decisions requires a better job of analysis. The WFSA is a tool to *aid* that activity, but to do so effectively it must be used with full knowledge of its capabilities and limitations, and it has to be used constructively and creatively. Stepping through the WFSA software one screen at a time does not insure a "well analyzed decision"; indeed, it may actually lead to poorer decisions particularly when its use leads to fewer or lower quality inputs to the process. This can happen when critical resource area expertise is not consulted, when LMP information is not included, or when the various inputs called for in the WFSA software are not carefully thought through and critically evaluated. All fire suppression/management decisions should be made with good quality analysis even if the WFSA software is not available.

## The "Militia" Approach

In the past when a fire occurred, non-fire personnel would make themselves available to serve. This is the Forest Service "militia" and it has worked exceedingly well. However, now there is an increasing shortage of the "militia" available for extended attack and large fire support in both direct suppression and fire support positions. There are many causes including overall reduction of personnel at field locations, lifestyle, economic, family, local work priorities, career tracks, etc.

One of the past recommendations was to "move toward preparing 75 percent of the workforce to be trained, qualified, and available to support fire emergencies by the year 2000". This has not happened and probably will not for many of the reasons cited above. A recent briefing paper by one of the Forests involved in the Complexes that were examined concluded, "The Forest years ago lost its effective militia. While the Forest Supervisor supports participation (in fire suppression), individuals are not willing to abandon critical items in their program of work. Further, relief from targets is not granted and competing demands make it impractical for many employees to accept fire assignments."

The same brief concluded, "this issue (an effective "militia") cannot be reconciled in the field and, unless it is seriously and definitively addressed at the Secretary's or Chief's levels, we will remain in the unrealistic posture that professes to support employee involvement with fire while imposing roadblocks and providing relatively few incentives for those who serve."

There are many reasons, other than demands of current work, why people in the agency may no longer view a fire suppression assignment as desirable, thus contributing to the notion that the "militia" approach needs to be reviewed. Some of the more prominent reasons include:
- Family commitments, especially childcare, with single parents or two-career families pose too great a conflict.
- The 21-day standard assignment is too long.
- Pay is not adequate.

- Supervisors are reluctant to let their people go, especially after multiple assignments.
- Fire management does not recruit, train, and qualify employees efficiently; employees grow weary of being in "trainee status" and not getting called for an assignment.
- Some people are never called, even though they are qualified. This is a double-edge sword. A critic might refer to this as "favoritism". That is, the same people always get called upon. Others might think of this in terms of a proven, tested commodity.

Harsher critics have reasons for lack of involvement that bite a bit deeper, including:

- Fire and Aviation Management does not want "non-fire people" involved in fire suppression.
- The fire suppression process lacks accountability and is characterized by reckless spending; accordingly, people that feel this way do not want to participate.
- Dispatch processes do not work or are inefficient.

The companion report to this effort, "An Agency Strategy For Fire Management", calls for a possible, partial solution through a national incident management organization for large fires and other disasters, in essence moving away from the "militia" approach to large fire suppression.

However, there is clearly not a consensus that discarding the traditional "militia" approach is the answer. A thorough analysis of this situation is important before we make any precipitous adjustments. Some believe there is much more we can do right now to get employees better involved. For example, the financial management specialists are busiest and generally unavailable the two months before the fiscal year closeout, which happen to be the worst fire months. Perhaps we can adjust the agency's financial management closeout requirements to be more flexible with fire suppression needs. Other items such as pay, workload, feelings of inclusion, etc., have already been mentioned.

## Equal Pay for Equal Work

Over the years, many have written about the issue of the inequity of pay between Forest Service and other Federal firefighters and local/state resources. The issue centers on the Exempt/Non-Exempt rules for pay, a pay cap at the GS-10, Step 1 level, and time allowed for a given shift.

For example, on the Kirk Complex, State and local employees were paid based on a "Portal to Portal" concept. That is, they are paid from the time they leave their official station to the time they return. Their hourly rates are also more – about $42/hour for State and local fire employees compared to about $24/hour for a Federal employee. A typical shift length for a Federal employee was 14 hours; 24 hours for a nonfederal employee. In terms of costs to the fire, this translates into about $1,006 per shift for the State and local employee and $360 per shift for the Federal employee. Clearly, this creates an issue of morale. Working side by side, one would expect equal pay for equal work. This inequity must be corrected.

Because of the pay issues associated specific with California, it is estimated that about $25 million could have been saved on the two Complexes if Federal employees could have staffed the entire incident.

Policy Implications of Large Fire Management: *A Strategic Assessment of Factors Influencing Costs*

A compromise is probably the better solution. That is, continue to use State and local resources for fire suppression on public lands, but at a more limited rate, and increase the incentives for Federal employees who are on the front line or in some way involved with the incident. This will also have significant positive impacts on issues associated with fire preparedness.

This pay issue impacts the availability of personnel to fill key fire management positions. In many cases, largely due to the pay cap, highly qualified personnel will not work on fires because their overtime pay is less than they normally earn in straight pay status in their normal job. Fighting fires is hard, hazardous work. We should provide some incentive for the Federal employees who take on these fire suppression assignments.

There may be some relief in sight. Current legislation is being considered by Congress that will provide relief from the GS-10, Step 1 pay cap.

Pay issues, including the Fair Labor Standards Act (FSLA) and Hazard Pay, also affect the Burned Area Emergency Rehabilitation (BAER) program. Some BAER specialists are more willing to work on a fire in a labor position than in a management or technical position for which they are qualified, because they wish to be "non-exempt" from the FSLA for pay purposes. Further, it is demoralizing for BAER personnel to be working on damage survey within the burned area, side-by-side with mop-up firefighters, without getting Hazard Pay. These two issues have resulted in BAER Teams being hard to form and a need to fill specialist positions with contract employees at a higher wage scale.

This issue needs to be applied to state and local employees who also experience lower pay rates. Fundamentally, all personnel that participate in fighting fires should expect to receive equal pay for equal work, regardless of the organization.

### Siege Fires

Fires become costly, in part, because of factors that influence the time span over which an incident continues. It appears that some incidents become "siege fires", in which a combination of national priorities, environmental conditions, and social factors (including human resource factors) lead to circumstances that can be characterized as a "siege mentality". These circumstances appear to impact personnel in terms of their perception of control of the incident, and may reduce their ability to sustain both the physical and psychological workload associated with such fires.

## Team Recommendations

The following are recommendations to improve the overall effectiveness and cost-efficiency of large fire management. Many of the recommendations, even though specific to the two Complexes examined, have national implications. Accordingly, the team recommendations will not be separated (like in the findings) in this section of the report.

### Increase initial and extended attack resources. This includes:

- Budgeting for preparedness resources at the Most Efficient Level *to the field.*
- Developing a cohesive, long-term budget strategy that includes preparedness, emergency suppression, fuel management, and state fire assistance in order to implement an effective, cost-efficient fire management program.
- Reducing the administrative support cost of the fire management program.

BLM_0048874

**Implement fire management planning on a large scale, with a consistent basis. This includes:**

- Incorporating wildland fire concepts into the Natural Resource Agenda and ensure it is recognized as critical to the health and sustainability of our forests and range ecosystems.
- Tiering fire management planning to the Forest Land Management Plans.
- Placing fire as an equal resource in the land management planning process. Community involvement and education is important.
- Highlighting the use of specialized or "guerilla" firefighting tactics that call for limited firefighting resources, "best ridge" concepts, specific identification of agency administrator objectives, and lands with low to high range resource/political values.

**Implement an aggressive fuel management program.  This includes:**

- Implementing "Protecting People and Sustaining Resources in Fire-Adapted Ecosystems".
- Providing for the Fire and Aviation Management staff, at the national level, to lead and coordinate the above strategy as an "incident concept" through a "Fuel Reduction" group.

**Line officers remain engaged in fire suppression actions to ensure the fire is managed in a safe and efficient manner.  This includes:**

- Constructing a more systematic and consistent approach to oversight of line officers.
- Providing a predominant message that costs are a priority and are expected to be as low as practicable in the management of the incident.
- Ensuring Tribal relationships are well managed on incidents through an experienced local liaison.  This includes having all appropriate agreements with Tribes in place.
- Adjusting terms for fire contractors (goods and services) to allow for cost adjustments on long-duration fires (economies of scale).

**The top leadership of the State and Private Forestry mission area, specifically the Deputy Chief and the Associate Deputy Chief, need to be more consistently involved in large fire incident cost reviews.**

**Update fire management technology to keep pace with today's fire suppression complexities.  This includes:**

- Adjusting the NFMAS model to include the values associated with the wildland-urban interface adjacent to the National Forest Boundary and generally improves the quality of information included in the system.
- Expanding the capability of the WFSA to better reflect issues associated with the wildland-urban interface.  The WFSA use needs to be more consistent and aggressive, including its use in pre-fire planning.
- Developing training and certification programs for the WFSA.
- Developing fire behavior software that can be used for regional priority assessment.
- Standardize, improve, and institutionalize models like the Fire Area Simulator (FARSITE) and Rare Event Risk Analysis Program (RERAP) to improve fire suppression capabilities.

**Reassess the "militia" approach to large fire suppression.  This includes:**

- Implementing "An Agency Strategy for Fire Management".
- Reviewing "red-carded" employees.  Those who do not participate should be removed from the system.
- Implementing a mentoring program to improve fire management skills for all engaged in fire suppression.

- Eliminating the GS-10/1 pay cap to create better pay incentives for Federal employees who participate in wildland fire suppression.
- Using only crews with proven qualifications who are sanctioned or certified as wildland fire fighting crews.
- Being more aggressive in calling for available crews, nationwide. Some crews, especially those in the east, are well qualified but are not being called to participate on western fires.

**Begin a study of selected large fires to develop a better understanding of how incidents are at risk of becoming "siege fires", and what steps can be taken to reduce the risk.**

## Conclusions

The examination by this team *did not* identify anything that could have *significantly* reduced the costs of managing the Big Bar and Kirk Complexes. However, other factors might have improved the overall efficiency of fire suppression efforts, and thus reduce some costs. Several recommendations have been made. This is not new and most of our recommendations are not new. Over the past several years many well written reports have made over 100 recommendation that, if implemented, would have improved the fire management program and perhaps kept the agency from the current crossroads that suggest more extreme action is required.

This report concludes the following:

- Fire management should and must be one of the agency's top priorities.
- Adequate funding to ensure effective initial and extended attack cannot be overstressed.
- Fire planning and fuel reduction need to be approached much more aggressively to improve our ability to manage large fires safely and at a reasonable cost.
- The analytical tools of fire management are no longer adequate to keep pace with today's complexities of fire suppression.
- The traditional "militia" approach to fire fighting is no longer valid.

The answer seems so simple: act now, establish wildland fire management as a top priority and begin to implement the recommendations that will ensure we meet our role and responsibility in protecting lives and property from wildland fires.

**Appendix A**

# Q&A's From The Region 5 Interview

**Note:** The following are the Questions and Answers from the interview by the team with the Forest Supervisors and their staffs on November 30th regarding the Kirk Complex on the Los Padres National Forest and the Big Bar Complex on the Shasta-Trinity National Forest. This Six Rivers National Forest was included in the interview.

1. ***Is the current fire management policy and direction adequate to ensure effective and cost-efficient fire suppression?***

    Generally, the fire policy and direction is adequate. Costs could be reduced if there was a better recognition of the duration of fires in dealing with contracts for services. In other words, economies of scale should be instituted. Clearly, cost considerations are a national issue. There needs to be a much more focused national effort to ensure that reasonable fire suppression costs are always a top consideration.

2. ***Are fire preparedness levels adequate to offer a wide range of suppression alternatives?***

    There were adequate resources, initially. However, as conditions changed, levels of resources and types of resources became inadequate to meet the planned fire suppression strategies. It is not realistic to plan for the worst-case scenario. Most of the time, our preparedness levels and the funding proposed through the National Fire Management Analysis System (NFMAS) have been adequate. However, over the years the resource levels for initial attack and extended attack have eroded due to funding reductions and now our ability to offer an adequate range of fire suppression alternatives is beginning to be in doubt. However, a lack of resources for initial and extended attack was not an obvious issue, at least in the Big Bar Complex.

    An important question to ask is, "what is the public willing to accept in the short term concerning damages to property and lives." Currently, that threshold (*set by the public*) on accepting damages is extremely low and the expectation on all fires is that we aggressively try to control them. We may not have the capability to do this effectively or cost-efficiently, at least in the near future if the current trend continues.

3. ***Was cost a priority on the Big Bar and Kirk Complexes? If so, how did costs rank with other issues such as a safety, ecosystem management, other social values, etc.?***

    Costs were always a high priority, but never more than the safety of the firefighters. We believe we consistently looked for ways to reduce costs, but social and political concerns were often competing objectives. There was adequate oversight regarding costs on a continual basis. We are not sure we could do much more about reducing the costs associated with these two complexes. Once it became clear that the fire might reached the Hoopa Indian Reservation (on the Big Bar Complex), the fire suppression strategy changed to a more expensive enterprise. This probably could have been improved with a more effective liaison with the Bureau of Indian Affairs.

    Weather, access, and terrain are factors that have dramatic impacts on the cost of fighting fire. All of these were critical issues on both complexes. Fighting these fires was an expensive proposition from the beginning.

    A catastrophe to one is an opportunity to another. The funding associated with large fires can contribute significantly to local economic conditions. A well-analyzed strategy through a WFSA may call for an indirect and "let-burn" suppression tactic. External

forces may view a more direct tactic is better even if a more aggressive approach will ultimately make little or no difference in outcome of the fire. External forces exert influence and additional resources may be employed for other than a tactical fire management reason. Costs will soar. This scenario must be resisted.

4. *When it comes to costs, what threshold levels or "red flags" do you have available to signal a major decision point?*

After $5 million, it is really not clear what level begins to trigger a concern or re-evaluation of a strategy. We are all aware that costs are increasing, but after a certain point in time people just knew these were going to be very costly fires to fight. There were no black or white thresholds. But, we did keep the regional and national offices informed so there would be no surprises.

5. *Which items contributed most significantly to the costs of the Big Bar and Kirk Complexes?*

Primarily the way the fires had to be fought (the tactics) to ensure safety, dealing with the rugged terrain, meeting wilderness values, endangered species management, and the extensive use of interagency teams, which are very expensive to operate. Smoke inversions caused some equipment to be grounded. Inadequate overhead to control equipment caused some heavy equipment to go unused. Examples included dozer bosses, falling bosses, etc."

Also, there is a changed expectation in the use of electronic technology and "creature comforts". These may help improve fire control strategies and ultimately affect the safety of the firefighters. However, they also add to the overall cost of fire suppression.

Finally, there is the makeup and specific culture of the Incident and Area Management Teams. Candidly, some are more aggressive than others and this impacts the resource levels applied to manage the incident. This is not to second-guess which is right or wrong. It is simply a fact and costs are influenced accordingly.

6. *If you could change anything regarding the fire control strategy for these two fire Complexes, would you? If yes, what were the three primary things you would change?*

We have thought about this a lot and on the Kirk Complex we would not change the way we managed this incident initially. On the Big Bar Complex, better pre-planning of camp locations and detailed agreements in place with the tribal governments would have improved our overall efficiency. We would not have changed the fire tactics, however.

There needs to be better flexibility in team composition and rotation. Having these flexible standards in place significantly improves the overall effectiveness of the management of the fire.

Certainly there are operational actions that can always be improved upon. However, in the larger context of managing these two complexes, with the ebb and flow of the conditions that were present, the three Forests believe their overall approach was appropriate.

BLM_0048878

7. ***If there is an opportunity to change the Forest Land Management Plans, what would you change based on what you have learned from these two fire Complexes?***

The need for fire planning tiered to the Forest Land Management Plan is critical and needs to be emphasized. This will improve our abilities to manage ecosystems, smoke from fires, improve strategies for large fire management, and define effective rehabilitation tactics. The Forest Land Management Plan should bring fire on line as an equal resource.

8. ***Is there any other information you would like to provide to this team?***

The Los Padres National Forest is 50 percent wilderness and 80 percent unroaded. When the forest went from two helicopters to one, their ability to manage multiple fires was compromised. Some Type II teams need reminders for managing the expected transitions to Type I teams. There needs to be a national effort on fire line rehabilitation. The Burn Area Emergency Rehabilitation (BAER) national direction is not clear. There are differences in interpretation of BAER team responsibilities and expenditure authorities among federal agencies in the Departments of Interior and Agriculture. Structure protection and the Federal role of wildland fire suppression remains an issue. We want to do what is right, however, the cost of this role is very expensive. Information management could be improved to emphasize the importance of community liaison roles, not just fire information updates. We need to involve people in the communities affected. We need to make decisions more transparent and available to enable the public to understand resource tradeoffs and costs, when communities are truly in harms ways, and what fire management can do to ultimately prevent the loss of property and lives through tactics such as fuels management. Keeping people better informed with clear, timely, and accurate information while the incident is underway is critical.

Many communities in the vicinity of wildfire suppression show some level of economic dependence. Those communities recognize that the federal government needs resources to fight the fires and they want to provide as many of those resources (people, supplies, etc.) as they can if for no other reason than the economic expansion this represents.

Some communities are more aggressive than others in seeking to participate. Often the government is viewed as an open checkbook. At least that is the perspective of some. On the other hand, from the Forest Service perspective, using local resources may well be more cost-effective than bringing resources from remote locations. Also, the use of local resources often results in additional, although often intangible, benefits to the government, including, better relationships, enhanced flow of information, local knowledge, etc.

We do not think any of our decisions to use local resources prolonged the fires. The majority of these choices were cost-neutral or beneficial to the government. However, some decisions did increase costs. These included:

- The community of Denny is very remote, with many of its citizens, accustomed to the life-style that remoteness affords them, and are suspicious of outsiders, especially the government. Relationships with some community members and communication/information flow with the community were two issues we dealt with the entire time Denny was threatened by fire. For several weeks we had a camp in Denny, which the community did not want. They considered it intrusive, at best. We kept the camp there as long as we thought it was tactically advantageous. However, we employed local fire engines to patrol the community longer than was tactically necessary. This provided a good pipeline of information to the community and seemed to enhance our relationship with them.

- The Hoopa Valley Indian Reservation Chairman stated numerous times that his primary objective in addressing the fire was employment. The Memorandum of Understanding (MOU), signed with the Hoopa Valley Indian Reservation months before, did not address roles and responsibilities for firefighting. The MOU the Klamath National Forest signed with the Karuk Indian Reservation, as an example, did clarify the roles. One of the ICs negotiated the hiring of cultural monitors (number as well as pay rate) with the Hoopa Valley Indian Reservation. The rate in this case was above the maximum described in the Karuk-Klamath National Forest MOU. When this became known, the Karuk Indian Reservation wanted parity.

An additional complication involved the perceived complexity of duties. Apparently, the duties being performed by the Hoopa Valley Indian Reservation monitors were recognized as lower-graded duties in the Karuk-Klamath National Forest MOU. So effectively, the Karuk monitors were performing higher-graded duties and being paid less.

Discussions with the Hoopa Valley Indian Reservation about reducing the number or pay rate of their monitors resulted in threats and suggestions that the Forest Service was racist. To try to preserve the relationship, we honored the initial negotiations, even though it resulted in increased costs and perhaps questionable benefits.

**9.** ***What fundamental points should this report on the "Policy Implications of Large Fire Management" include?***

The report needs to highlight actions and activities that increase costs, such as interagency teams, the use of high-end technology, maintaining a wide range of "creature comforts", and ensuring firefighter safety. We should strive to not compare fire suppression costs of the 60's with today's costs. Today fire management is much more complex. Fundamentally, to meet environmental, social, political, and safety issues that we are faced with, a large fire is going to cost $1 million dollars or more each day to manage. Also, fighting fires in remote locations requires a different strategy. Remember, terrain and access (or lack of) can dramatically increase the cost of fire suppression, depending on the specific strategy. The Kirk and Big Bar Complexes reflected many of these actions, activities, and conditions. Native American issues were an additional complexity and challenge on the Big Bar Complex. We must be better prepared to deal with these issues in the future.

In the future, we will have to depend more on contract crews, we will need better controls for contract preparedness, training, equipment, and safety.

**10.** ***Were Forest personnel assigned to the fires adequately skilled?***

Generally, we had the skills that were needed but adequate resources were slow in arriving. Some of the expertise was lacking. On the Big Bar Complex, the crews from Region 6 were from contract sources and some were good and some not so good. People who arrived with skills based on self-study courses were not well prepared. A skilled liaison dealing with Native American issues would have been extremely helpful.

**11.** ***Was the Wildland Fire Situation Analysis (WFSA) helpful?***

On the Kirk Complex, the WFSA was an effective tool. On the Big Bar complex, there were reservations in its use. Some felt they did not clearly understand what the system was providing them. Trying to get the IC Teams involved with the WFSA on the Big Bar was at times an issue. It appears like the Shasta-Trinity National Forest actually did the WFSA on the Big Bar Complex with the IC Teams coming along.

12. *Did the Forest Supervisors establish spending conditions and guidelines for the IC Teams during the takeover briefings at the beginning of each new team assignment?*

The Forest Supervisor for the Los Padres National Forest established conditions and guidelines through the WFSA, which guided costs. Cost efficiency was always emphasized at transition meetings and briefings.

The Shasta-Trinity Forest Supervisor established the management of costs as an objective in all letters delegating authority to the various Incident commanders. A full-time Forest Incident Business Advisor (IBA) was assigned to all teams at Big Bar. A Forest-wide IBA was established to coordinate the team IBA's. The Forest IBA, at all briefings, provided verbal direction. Language in the Delegation of Authority included, "You are expected to do a complete and efficient job, while providing for SAFETY. Cost-effective incident management should be a significant consideration for the decisions made by you and your team."

13. *What type of guidelines on spending did the Area Command and IC's establish?*

Costs were guided by the most effective methods to ensure firefighter safety while being employed in rugged, remote terrain and using suppression methods that were light on the land to help meet wilderness objectives.

Written guidelines were provided to the Area Command from the Forest IBA. The Area Command attached these to the delegation memos to the Incident Commanders.

14. *Recently a member of Congress asked why we did not use more of a "let burn" approach to be the strategy for the Kirk Complex. Would the Los Padres National Forest please answer this specific question?*

The Los Padres National Forest does not have the option, under the current Land Management Plan, to use a "let burn" strategy. All fires must be suppressed with appropriate tactics. However, the Forest does acknowledge that a Fire Management Plan for the Ventana Wilderness is needed and intends to develop this plan from the Kirk Complex and the records from the 22-year-old Marble Cone Fire, which occurred under similar conditions. The Forest is depending on Regional Office support to help accomplish this.

BLM_0048881

**Appendix B**

# Literature Used in the Development of the "Policy Implications of Large Fire Management: *A Strategic Assessment of Factors Influencing Costs*"

1. *Young Men and Fire*, 1984, Norman Maclean
2. *Fire Related Considerations and Strategies in Support of Ecosystem Management*, January, 1993, USDA Forest Service
3. *South Canyon Fire Investigation* (of the 14 fatalities that occurred July 6, 1994 near Glenwood Springs, Colorado), Multi-Agency Report, August 17, 1994
4. *Course to the Future: Positioning Fire and Aviation Management*, May 1995, USDA Forest Service
5. *Fire Suppression Costs on Large Fires: A Review of the 1994 Fire Season*, August 1, 1995, USDA Forest Service
6. *Fire Economic Assessment Report*, September 1, 1995, USDA Forest Service
7. *Federal Wildland Fire Management Policy and Program Review, Final Report*, U.S. Departments of Interior and Agriculture, December 18, 1995.
8. *California Fire Plan: A Framework for Minimizing Costs and Losses from Wildland Fires*, March 1996, California Department of Forestry and Fire Protection
9. *Land Management Considerations in Fire-Adapted Ecosystems: Conceptual Guidelines*, August 1996, USDA Forest Service
10. *Fire Suppression Costs on Large Fires, Oversight Report*, September 10, 1996, USDA Forest Service
11. *Western National Forests: A Cohesive Strategy to Address Catastrophic Wildfire Threats*, Report to the Subcommittee on Forests and Forest Health, Committee on Resources, House of Representatives, April 1999, The US General Accounting Office
12. *Large Fire Strategy, Committee Report*, May 1996, USDA Forest Service
13. *Fire on the Mountain: The True Story of the South Canyon Fire*, 1999, John N. Maclean
14. *Restoring Managerial Accountability to the United States Forest Service*, August, 1999, National Academy of Public Administration
15. *The National Large Incident Cost Oversight Report*, High Complex, Shasta-Trinity National Forest, September 2, 1999, USDA Forest Service
16. *NASF Report on Efficient Utilization of Forest Fire Suppression Resources*, September 17, 1999, National Association of State Foresters
17. *The National Large Incident Cost Oversight Report, Kirk and Big Bar Complexes*, Pacific Southwest Region, September 30, 1999, USDA Forest Service
18. *An Agency Strategy For Fire Management, Draft Report*, November 15, 1999, USDA Forest Service
19. *Review of the Megram Fire, Shasta-Trinity and Six Rivers National Forests, Internal Working Paper*, November 30, 1999, USDA Forest Service (Mr. John Wendt)
20. *Protecting People and Sustaining Resources in Fire-Adapted Ecosystems: A Cohesive Strategy*, Draft Report, December 3, 1999, USDA Forest Service
21. *National Advanced Resource Technology Center, Lesson Plan, "When is Enough Enough?"*, Rick Gale, Area Command S-620

Policy Implications of Large Fire Management: *A Strategic Assessment of Factors Influencing Costs*

## Appendix C

# Literature Review Analysis, Large Fire Strategy, Committee Report, May 1996, USDA Forest Service

**Note:** The following matrices, Appendices C through I, lists some of the key recommendations in the listed subject matter literature and how the Big Bar and Kirk Complexes seem to address or responded to these recommendations.  A rating of 10 is the highest; 0 is the lowest.

| Report | Issues | Key Recommendations | Complexes |
|---|---|---|---|
| Large Fire Strategy: | Land Management Planning | 1. Improve LMP to include a comprehensive Fire Management (FM) strategic direction.<br>2. The FM strategy should be compatible with other resources objectives.<br>3. Review of WFSA's (Wildland Fire Situation Analysis) should be part of the LMP monitoring process. | 2<br><br>6<br><br>6 |
| | EFSA | 1. Require minimum suppression effort alternative for each EFSA.<br>2. Require a cost/lost evaluation of tactical constraints be considered in the EFSA development. | 7<br><br>6 |
| | Training | 1. Develop presentation package that promotes large fire strategies for line officers; IC's and ICT (T1 and T2,); FMO and DFMO.<br>2. Combine FBA and PFBA training. | 6<br><br>7 |
| | FSA | 1. Adopt the use of a FSA process to evaluate fire strategy and tactics for fires that do not require an immediate control action.<br>2. Use the FSA in a process similar to that used for prescribed natural fire.<br>3. Require line officer approval on fires where Confine or Contain strategies are applied because of the FSA. | 7<br><br>7<br><br>9 |
| | Structure Protection | 1. Develop alternatives using the EFSA process (or similar) where the USDA Forest Service is expected to bear the cost of structure protection. | 7 |
| | Airtankers and Heavy-Lift Helicopters | 1. Assign airtankers and heavy-lift helicopters to large fires based on mission specific requests rather than general support. | 6 |
| | Strategy and Tactics | 1. Prioritize fires.<br>2. Ensure firefighter safety.<br>3. Selection of innovative and alternative strategies and tactics needs to be emphasized.  Use elements of Confine and Control.<br>4. Use "calculated risk".<br>5. Always consider falling back to the "best ridge" rather than the "next ridge".<br>6. Carefully examine hand crew intensive strategies. | 8<br>10<br><br>8<br>5<br><br>6<br>7 |

BLM_0048883

**Appendix D**

# Literature Review Analysis, Large Fire Strategy, Fire Suppression Costs on Large Fires: A Review of the 1994 Fire Season, August 1, 1995, USDA Forest Service

| Report | Issues | Key Recommendations | Complexes |
|---|---|---|---|
| **Fire Suppression Costs on Large Fires:** | Explosive Fuel Types (EFT) | 1. Adapt to changes in fuel conditions that reduce the effectiveness of traditional suppression tactics and abandon tactics that are no longer effectives.<br>2. Develop a communications plan that promotes an understanding that fire is a normal part of many forest ecosystems. | 6<br><br>6 |
| | Large, Costly, Long-Duration Fires | 1. Assess strategy and priority of large fires anytime a key factor changes, including repeated suppression failures.<br>2. Use the latest technology and modeling techniques for resource allocations and prioritizing incidents.<br>3. Ensure preparedness through NFMAS is at the most efficient level. | 6<br><br>7<br><br>7 |
| | Calculated Risk-Taking (CR-T) | 1. Encourage well-analyzed risks in order to reduce costs.<br>2. Conduct reviews of overly expensive fires.<br>3. Provide incentives for cost reductions.<br>4. Emphasize the importance of the EFSA and include alternative minimal suppression actions for fire not contained within 5 burning periods. | 6<br>7<br>2<br><br>6 |
| | Protect Private Property | 1. Review the role in suppressing wildfires that threaten private property.<br>2. Change the policy on priorities for fire suppression from life, property, and resources to life and values at risk. | 7<br><br>4 |
| | Resource Impacts vs. Minimize Acres Burned | 1. Require tradeoff analysis for suppression alternatives and tactics. | 8 |
| | Use of Type I Helicopters | 1. Ensure the ICT completes a benefit/cost analysis when using this resource and provide adequate management. | 7 |
| | Skilled Personnel Available | 1. Increase the participation of agency personnel in fire suppression activities by 75 % of the workforce red-carded.<br>2. Develop alternative methods for assistance.<br>3. Define the role of the AO and comptroller in the development and selection of the suppression alternative.<br>4. Review the possibility of legislation to exempt emergency response work from the FLSA. | 5<br>6<br><br>6<br><br>5 |

BLM_0048884

**Appendix E**

# Literature Review Analysis, NASF Report on Efficient Utilization of Forest Fire Suppression Resources, September 17, 1999, National Association of State Foresters

| Report | Issues | Key Recommendations | Complexes |
|---|---|---|---|
| **NASF Report** | Skilled Personnel | 1. Ensure proper training, including the use of the WFSA.<br>2. Incident objectives must be linked to the costs of attaining them.<br>3. Conduct business reviews during the incident.<br>4. Expand financial assistance to states and volunteer fire departments. | 7<br>6<br>8<br>3 |
| | Calculated Risk-Taking | 1. Support line officers that make sensible, yet difficult, or politically unpopular choices in order to reduce costs. | 9 |
| | Efficient Dispatching | 1. Require local dispatchers to fill orders locally.<br>2. Encourage flexible staffing for smaller fires. | 5<br>4 |
| | Preparedness | 1. Ensure preparedness levels are adequate for effective initial attack.<br>2. Emphasize flexible staffing for extended attack and for smaller fires.<br>3. Prioritize fires. | 7<br>4<br>7 |
| | Fires in the Wildland-Urban Interface | 1. Implement the "FireWise Community" effort.<br>2. Assess all interface areas and rate them according to their defensibility.<br>3. Establish written agreements for the protection of structures in the interface. | 4<br>7<br>5 |
| | Cost Effective Tactics | 1. Require annual reviews of example large fires.<br>2. Encourage prudent night operations.<br>3. Encourage the use of medium and light air tankers. | 7<br>5<br>4 |
| | Improved Dialogue | 1. IC's, fire managers, and agency administrators should formally meet to discuss key issues. | 8 |

## Appendices F, G and H

**Literature Review Analysis, Western National Forests: A Cohesive Strategy to Address Catastrophic Wildfire Threats, Report to the Subcommittee on Forests and Forest Health, Committee on Resources, House of Representatives, April 1999, The US General Accounting Office; Land Management Considerations in Fire-Adapted Ecosystems: Conceptual Guidelines, August 1996, USDA Forest Service; Course to the Future: Positioning Fire and Aviation Management, May 1995, USDA Forest Service**

| Report | Issues | Key Recommendations | Complexes |
|---|---|---|---|
| **GAO Report** | Cohesive Strategy | 1. Develop a cohesive strategy for reducing and maintaining accumulated fuels at acceptable levels for the interior West forests. | 3 |
| **Land Management Considerations** | Summary | 1. Fire is a natural part of the ecosystem.<br>2. Fire exclusion has environmental and economic consequences.<br>3. Risk avoidance is costly. | 7<br>7<br>8 |
| **Course to the Future** | Physical Environment | 1. Prioritize funding for prescribed fire treatments.<br>2. Display economic tradeoffs of long-term fire suppression in Forest Plans.<br>3. Develop a skilled workforce capable of protecting the forests.<br>4. When conducting the EFSA, evaluate alternative suppression strategies. | 6<br>5<br>7<br>7 |
| | Social and Political | 1. Improve understanding of fire's role in the ecosystem.<br>2. Expand partnerships and coordination. | 7<br>8 |
| | Economics | 1. Strengthen and improve the standards and requirements for the EFSA.<br>2. Establish a delegation of authority for EFSA signature based on fire complexity and cost projections.<br>3. Develop alternative strategies for effective fire management.<br>4. Reexamine risk assessments. | 5<br>8<br>8<br>6 |
| | Organizational Environment | 1. Reinforce the notion that all FS employees are responsible to provide some level of support during fire emergencies.<br>2. Develop a long-term workforce plan to ensure adequate skills in fire and aviation management.<br>3. Strengthen the skills of line officers in fire management.<br>4. Promote efforts to revise pay regulations, which discourage employees from serving in incident management positions for which they are highly qualified. | 5<br>4<br>6<br>7 |

BLM_0048886

Policy Implications of Large Fire Management: *A Strategic Assessment of Factors Influencing Costs*

**Appendix I**

# Literature Review Analysis, Fire Economic Assessment Report, September 1, 1995, USDA Forest Service

| Report | Issues | Key Recommendations | Complexes |
|---|---|---|---|
| **Fire Economics Assessment Report** | Prescribed Fire | 1. Establish a landscape scale prescribed burning program at 3 million acres by the year 2005.<br>2. Target fuels treatment to high-risk areas.<br>3. Target fuels treatment to ecosystems that are not sustainable because of the exclusion of fire. | 2<br><br>4<br><br>4 |
| | Agreements | 1. Clearly specify agreements within the wildland-urban interface to recognize the limited role of the Forest Service to protect structures. | 6 |
| | Alternative Strategies and LMP's | 1. Display economic tradeoffs of long-term fire protection strategies in Forest Land Management Plans. | 7 |
| | EFSA | 1. Recognize and evaluate the long-term effects of fire on ecosystems and the cost of suppression strategies in the Escaped Fire Situation Analysis.<br>2. Improve EFSA (now WFSA) standards and requirements, streamline process, and train fire managers to use it in real-time situations.<br>3. Establish WFSA delegations of authority. High cost decisions should be made by those with high levels of skills and knowledge of fire issues. | 7<br><br><br>5<br><br><br>8 |
| | Oversight | 1. Increase oversight and accountability on large fires.<br>2. Establish job performance requirements for fire managers. Better-trained and qualified fire managers make better decisions.<br>3. Conduct reviews during fires and provide coaching for line officers. Allow for midcourse corrections. | 6<br><br>7<br><br><br>7 |
| | Preparedness Through NFMAS | 1. Increase preparedness funding.<br>2. Include fuels and blackened acres from wildfires as interactive parts of the analysis.<br>3. Conduct a sensitivity analysis to determine the driving variables in calculating MEL. | 6<br>5<br><br>5 |
| | Access | 1. Increase road and trail maintenance. Access is the No. 2 ranked issue regarding increased cost of fire suppression. | 6 |
| | Resources | 1. The amount and type of resources is critical (ranked No. 9 in importance of 32 variables). Thus, resources need to be available and the correct skill mix maintained. | 5 |

BLM_0048887

**Policy Implications of Large Fire Management:** *A Strategic Assessment of Factors Influencing Costs*

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation, or marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue, SW, Washington, D.C.  20250-9410 or call (202) 720-5964 (voice and TDD). USDA is an equal opportunity provider and employer.

BLM_0048888

# Summary of the History of the Forest Plan
## Grand Mesa, Uncompahgre, & Gunnison National Forests

**Draft Environmental Impact Statement for the proposed Grand Mesa, Uncompahgre and Gunnison National Forests Land and Resource Management Plan – 1982**

**Grand Mesa, Uncompahgre and Gunnison National Forests Land and Resource Management Plan** (the existing Forest Plan was approved on September 29,1983)

**Final Environmental Impact Statement for the Grand Mesa, Uncompahgre and Gunnison National Forests Land and Resource Management Plan** (1983; Volumes I and II)

**Amendment 1a-Middle Point 6/12/85**
Changes 1.514 areas of management prescription 9B water augmentation emphasis in the Middle Point Timber sale area to management prescription 4D aspen management emphasis. Note: the 1991 significant Forest Plan Timber Amendment (#6) eliminated all 9B management prescriptions from the Forest.

**Amendment 1b-Oil & Gas Leasing Stipulations 1/14/87**
Updated the oil and gas leasing stipulations in Chapter lll and Appendix H. This Amendment was carried through to the 1991 Forest Plan Timber Amendment.

**Amendment 2-Implementation Schedules 5/27/87**
Updated Appendices A (Capitol Investment Plan), B (Trail Construction/Reconstruction Plan), C (Wildlife Habitat Improvement Plan), E (Ten Year Timber Plan), O (Forest Highway Plan), & P (Facility Construction Plan). The 1992 Forest Plan Timber Amendment eliminated Appendices A, B, C, & P. Appendix E was entirely rewritten by the 1991 Forest Plan Timber Amendment. Appendix O was revised and updated by the 1991 Forest Plan Timber Amendment, which includes some but not all of Amendment #2.

**Amendment 3-Land Line Location 5/27/87**
Changed 1986-2020 landline location miles in Table lll-1 of the Plan from 20 miles per year to 170 miles per year. This amendment is not reflected in the Forest Plan Amendment.

**Amendment 4-Recreation Appendix 5/27/87**
Adds a recreation appendix (S) to the Forest Plan, which "displays in a concise manner the outdoor recreation resources on the Forest." This amendment was added as part of the settlement between the Regional Forester and the State of Colorado, in the State's appeal of the 1983 Forest Plan. This amendment was carried forward into the 1991 Forest Plan Timber Amendment.

BLM_0048889

**Land and Resource Management Plan: Grand Mesa, Uncompahgre, and Gunnison National Forests** (1987; reprint of the 1983 plan and Amendments 1 through 4)

**Amendment 5-Right-of-Way Acquisition 5/5/88**
Changed 1991-2010 right-of-way acquisitions in Table lll-1 of the Plan from 10 per year to 20 per year. This Amendment is not reflected in the Forest Plan Amendment.

**Draft Supplemental Environmental Impact Statement for the Proposed Amendment for the Grand Mesa, Uncompahgre, and Gunnison National Forests Land and Resource Management Plan** (1989)

**Proposed Amendment of the Land and Resource Management Plan: Grand Mesa, Uncompahgre, and Gunnison National Forests** (1990)

**Final Supplemental Environmental Impact Statement for the Amendment of the Land and Resource Management Plan for the Grand Mesa, Uncompahgre, and Gunnison National Forests** (1991)

**Amendment 6 – New Timber Suitability Analysis 9/23/91**
Changed suited timber land base, the allowable sale quantity, added management goals, standards, & guidelines, corrected errors in the original management area maps, and revised the monitoring plan.

**Amendment 2/1 – Scenic Byway Amendment 3/31/92**
Updated the Forest Plan to identify the portions of three different scenic byways on the Forest.

**Amendment 2/2 – TransColorado Natural Gas Transmission 12/1/92**
Amends the Forest Plan to designate less than one mile of the TransColorado pipeline on the Uncompahgre National Forest as 1D utility corridor. The remainder of the pipeline would be placed on existing 1D utility corridors.

**Amendment 3/2 – Oil & Gas Leasing Analysis 4/19/93**
Amends the Forest Plan to Designate 951,450 acres of the Forest with high and moderate oil & gas potential as available or not available for leasing. Those available for leasing are further divided into lands with standard lease, lands with no surface occupancy, lands with controlled surface use, and lands with timing limitations. Leasing availability on the remaining 2,001,736 acres of low oil & gas potential National Forest system lands will be determined on a case-by-case basis. The Amendment also changes a number of Forest Plan general direction, standards, and guidelines.

**Grand Mesa, Uncompahgre, and Gunnison National Forests: Final Oil and Gas Leasing Environmental Impact Statement** (April 1993; prepared by GMUG and BLM Montrose (cooperating agency); Volume I and II)

**Environmental Assessment: Grand Mesa National Forest Travel Management Plan Revision** (June 1994)

**Decision Notice and Finding of No Significant Impact, Grand Mesa National Forest Travel Management Plan Revision** (December 1994)

**Uncomaphgre National Forest Travel Plan Revision Draft Environmental Impact Statement** (August 1998)

**Amendment 02-1 Management Area Adjustment-Crested Butte Ski Area  5/19/98**
This amendment was to incorporate minor modifications to the boundaries of the ski area into the Forest Plan and into the ski area permit.

**Notice of Intent to prepare an environmental impact statement (EIS) in conjunction with revision of the land and resource management plan for the Grand Mesa, Uncompahgre, Gunnison National Forests**  (64 FR 52266, September 28, 1999; NOI to do EIS in conjunction with revision of plan)

**Uncompahgre National Forest Travel Plan Revision Final Environment Impact Statement** (April 2000)

**Environmental Assessment: Gunnison Travel Interim Restriction** (August 2000)

**Decision Notice and Finding of No Significant Impact, Gunnison Travel Interim Restrictions** (March 2001)

**Telluride Ski Area Environmental Impact Statement  6/22/99**
Amends Forest Plan to expand 1B prescription area by 136 acres to encompass Telluride Ski Area permit. Reduced 2A prescription area by 136 acres. Non-significant amendment.

**Amendment 04/05/2004 Grand Mesa Travel Plan**
By this amendment, the designation of routes #4, #25, and #27 as motorized recreation travel routes is allowed even though these routes pass through areas which are not meeting stated habitat effectiveness objectives, and there is a consequent reduction in calculated habitat effectiveness for elk.

**Amendment 2005-01  5/11/2005**
This revises the Management Indicator Series (MIS) list in the Plan to the following species:*Elk, Abert's Squirrel, Brewer's Sparrow, Northern Goshawk, Merriam's Wild Turkey, Pine (American) Martin, Red-naped Sapsucker, Common Trout;*
And revises language specific to MIS in Forest Direction and Standards and Guidelines for Management Areas, and the Monitoring Plan.

**Notice of Adjustment:** The Grand Mesa, Uncompahgre, and Gunnison National Forests (GMUG) exercised its option to adjust its land management plan revision process from compliance with the 1982 planning regulations, to conformance with new planning regulations adopted in January 2005.(published in the Federal Register May 25, 2005).

**Fire Use Forest Plan Amendment** Decision Notice and Finding of No Significant Impact (January 2007) modifies fire management policies which will allow fire managers to manage certain lightning caused fires for resource benefits on the GMUG National Forest, if prescriptive conditions are met.

BLM_0048892

United States
Department of
Agriculture

Forest Service

Intermountain
Region



July
2010

SOUTHWEST IDAHO ECOGROUP LAND AND
RESOURCE MANAGEMENT PLANS

# FINAL SUPPLEMENTAL ENVIRONMENTAL IMPACT STATEMENT



Boise National Forest



Payette National Forest



Sawtooth National Forest

BLM_0048893

Photos by David Ede

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation, or marital or family status. (Not all prohibited bases apply to all programs). Persons with disabilities who require alternative means for communication of program information (Braille, large print, audio tape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326 - W, Whitten Building, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410 or call (202) 720-5964 (voice and TDD). USDA is an equal opportunity provider and employer.

ii

BLM_0048894

Final Supplement to the Final Environmental Impact Statement for the Southwest Idaho Ecogroup Land and Resource Management Plans

USDA Forest Service, Intermountain Region

| | |
|---|---|
| Lead Agency: | USDA Forest Service |
| Responsible Official: | Suzanne Rainville<br>Forest Supervisor<br>800 West Lakeside Avenue<br>McCall, ID 83638-3602 |
| For Information Contact: | Patricia Soucek<br>Forest Planner<br>800 West Lakeside Avenue<br>McCall, ID 83638-3602<br>(208) 634-0812 |

**Abstract:** The Final Supplemental Environmental Impact Statement was written to supplement the *Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement* (FEIS) completed in 2003. The Final Forest Plan Amendment was written to add direction to the 2003 *Payette National Forest Land and Resource Management Plan* (Forest Plan) that would provide for viability of bighorn sheep. The Intermountain Regional Forester received five appeals of the decision to implement Alternative 7 as described in the Record of Decision, with appellants contending that the Regional Forester violated the National Forest Management Act and the Hells Canyon National Recreation Area Act on the Payette National Forest by allowing grazing of domestic sheep within or near the range of bighorn sheep, thus threatening the viability of bighorn sheep through disease transmission.

On March 9, 2005, the Chief of the Forest Service concurred that the effects analyzed and the discussion of cumulative effects pertaining to bighorn sheep presented in the FEIS did not adequately address viability and reversed the Intermountain Regional Forester's 2003 decision to approve revised management direction for the Hells Canyon Management Area as it pertains to bighorn sheep and its habitat. The Regional Forester was instructed analyze bighorn sheep viability in the Payette National Forest commensurate with the concerns and questions discussed in the appeal review and amend the Forest Plan accordingly to ensure bighorn sheep viability. The analysis was to be thorough enough to determine compliance with applicable law and regulation, specifically the Hells Canyon National Recreation Area Act.

In September 2008, the Payette National Forest published the *Southwest Idaho Ecogroup Land and Resource Management Plans Draft Supplemental Environmental Impact Statement* (DSEIS). Based on comments received on the DSEIS, the Payette National Forest worked with population and disease modeling experts from the University of California at Davis to improve and develop models based on telemetry data from bighorn sheep populations that utilize habitat on the Payette National Forest. The new and revised models and analyses led to the development of five additional alternatives, which better addressed the issue of bighorn sheep viability. These

i

BLM_0048895

new models and alternatives were described in an *Update to the Draft Supplemental Environmental Impact* Statement, which was published in January 2010.

On July 29, 2009, the Regional Forester determined that bighorn sheep merited designation as a sensitive species in Region 4 because of population declines from disease. This document analyzes the alternatives in light of this new designation.

The Forest Plan amendment language accompanies this document. It provides direction that discusses management actions to follow that provide for viability and monitoring requirements to track bighorn sheep presence.

BLM_0048896

# Table of Contents

Table of Contents ........................................................................................................................... iii

List of Tables .............................................................................................................................. vii

List of Figures ............................................................................................................................. ix

List of Appendices ...................................................................................................................... xi

Executive Summary ................................................................................................................... xiii

Final Supplemental Environmental Impact Statement Introduction ........................................... xv

    Background ............................................................................................................................. xv

        Development of Information and Analysis Methods and Alternatives ............................... xvi

        Public Participation .......................................................................................................... xix

        Disease Review ................................................................................................................. xx

        Management Recommendations ....................................................................................... xxii

Chapter 1. Purpose and Need .................................................................................................... 1-1

    Introduction ........................................................................................................................... 1-1

    Decisions to be Made ............................................................................................................ 1-4

        Decisions to be Made in the Final Supplemental Environmental Impact Statement
        Process ............................................................................................................................. 1-4

    Issues .................................................................................................................................... 1-4

        National or Regional Issues ............................................................................................... 1-4

Chapter 2. Alternatives Considered .......................................................................................... 2-1

    Introduction ........................................................................................................................... 2-1

    Development of Reasonable Range of Alternatives ............................................................... 2-2

        Risk of Contact ................................................................................................................. 2-3

    Alternatives Considered but Eliminated from Detailed Study ................................................ 2-4

        Alternative 7A .................................................................................................................. 2-4

        Alternative 7B .................................................................................................................. 2-5

        Alternative 7C .................................................................................................................. 2-5

        Alternative 7D .................................................................................................................. 2-5

        Alternative 7F .................................................................................................................. 2-6

        Alternative 7I ................................................................................................................... 2-6

        Alternative 7J ................................................................................................................... 2-7

        Alternative 7K .................................................................................................................. 2-7

BLM_0048897

Alternatives 5K, 10K, 15K, 20K, 25K, and 30K ................................................. 2-8

Alternatives Considered in Detail ........................................................................ 2-8

Elements Common to All Alternatives ................................................................. 2-8

Alternatives 1B, 2, 5, 7 ...................................................................................... 2-8

Alternatives 3, 4, 6 ............................................................................................. 2-9

Alternative 7E ..................................................................................................... 2-9

Alternative 7G ................................................................................................... 2-10

Alternative 7L .................................................................................................... 2-10

Alternative 7M ................................................................................................... 2-11

Alternative 7N ................................................................................................... 2-11

Alternative 7O ................................................................................................... 2-12

Alternative 7P ................................................................................................... 2-12

Comparison of Alternatives ............................................................................... 2-13

Comparison of Alternative Effects on Resource Issue and Indicators ............. 2-13

Compliance with the Hells Canyon National Recreation Area Act (P.L. 94-199) ............... 2-20

Alternatives 1B, 2, 5, 7; 3, 4, 6; and 7L ........................................................... 2-22

Alternative 7E ................................................................................................... 2-22

Alternatives 7G ................................................................................................. 2-22

Alternatives 7M, 7N, 7O, 7P ............................................................................. 2-23

Occupied Habitat ............................................................................................... 2-23

Chapter 3. Affected Environment and Environmental Consequences ........................................ 3-1

Terrestrial Wildlife Habitat and Species ............................................................... 3-1

Current Condition ................................................................................................ 3-1

Management Indicator Species ........................................................................... 3-1

Current Conditions .............................................................................................. 3-1

Sensitive Species ................................................................................................ 3-1

Environmental Consequences ........................................................................... 3-50

Direct and Indirect Effects by Alternative ......................................................... 3-50

Current Conditions ............................................................................................ 3-82

Cumulative Effects ............................................................................................ 3-82

Conclusion ........................................................................................................ 3-91

Rangeland Resources ....................................................................................... 3-94

Current Conditions ............................................................................................ 3-94

BLM_0048898

Rangeland Capability ................................................................................................................ 3-94

Environmental Consequences ................................................................................................. 3-97

Effects Common to All Alternatives ..................................................................................... 3-97

Direct and Indirect Effects by Alternative ........................................................................... 3-98

Cumulative Effects ............................................................................................................... 3-102

Conclusion ........................................................................................................................... 3-103

Tribal Rights and Interests ..................................................................................................... 3-104

Introduction ........................................................................................................................... 3-104

Governmental Interests in the Boise, Payette, and Sawtooth National Forests ............... 3-104

Current Conditions ................................................................................................................ 3-105

Cultural Interests in the Boise, Payette, and Sawtooth National Forests ......................... 3-105

Environmental Consequences ............................................................................................. 3-107

Effects Common to All Alternatives ................................................................................... 3-107

Environmental Consequences ............................................................................................. 3-108

Effects Common to All Alternatives ................................................................................... 3-108

Direct and Indirect Effects to Tribal Resources ............................................................... 3-110

Cumulative Effects ............................................................................................................... 3-111

Socio-Economic Environment ................................................................................................ 3-114

Introduction ........................................................................................................................... 3-114

Affected Area ....................................................................................................................... 3-114

Current Condition ................................................................................................................. 3-114

Interior Columbia Basin Ecosystem Management Project (ICBEMP) .............................. 3-114

Communities ........................................................................................................................ 3-114

Recreation Related to Potentially Affected Bighorn Sheep .............................................. 3-124

Environmental Justice ......................................................................................................... 3-135

Environmental Consequences ............................................................................................. 3-139

Employment and Income .................................................................................................... 3-139

Methods Specific to Estimating Sheep Grazing Effects .................................................... 3-139

Methods Specific to Estimating Recreation Effects .......................................................... 3-142

Effects Common to All Alternatives ................................................................................... 3-143

Alternatives 1B, 2, 5, 7 ....................................................................................................... 3-144

Alternatives 3, 4 6 ............................................................................................................... 3-146

Alternatives 7E .................................................................................................................... 3-148

BLM_0048899

Alternative 7G ...................................................................................................... 3-149

Alternative 7L ...................................................................................................... 3-150

Alternative 7M ..................................................................................................... 3-152

Alternative 7N ...................................................................................................... 3-154

Alternative 7O ...................................................................................................... 3-155

Alternative 7P ...................................................................................................... 3-156

Environmental Consequences ................................................................................... 3-158

Cumulative Effects ................................................................................................ 3-158

Summary of Effects ............................................................................................... 3-159

Chapter 4. List of Preparers ........................................................................................ 4-1

List of Preparers ..................................................................................................... 4-1

Contractor Support ................................................................................................. 4-1

Cooperators ........................................................................................................... 4-2

Tribal Consultation ................................................................................................ 4-2

Glossary ...................................................................................................................... 1

Literature Cited ........................................................................................................... 1

Index ........................................................................................................................... 1

BLM_0048900

# List of Tables

Table 2-19a. Overlap between Bighorn Sheep Core Herd Home Ranges and Domestic Sheep Allotments between Alternatives ............................................................................................................................................................ 2-14

Table 2-19b. Distance (in km) from Bighorn Sheep Core Herd Home Ranges to Domestic Sheep Allotments ..... 2-14

Table 2-19c. Relative Ranking of Alternatives Based on Protection of Bighorn Sheep Summer Source Habitats and Rangeland Remaining Suited for Domestic Sheep Grazing ................................................................................. 2-15

Table 2-19d. Relative Ranking of Alternatives Based on Modeled Contact between Bighorn Sheep and Domestic Sheep Allotments ................................................................................................................................................ 2-15

Table 2-84. Compatibility with the Hells Canyon National Recreation Area Act for each Alternative ................. 2-23

Table W-2. Sensitive Terrestrial Species of the Ecogroup ....................................................................................... 3-2

Table W-3a. Summary of Telemetry Observations Made Outside of the Core Herd Home Range ...................... 3-38

Table W-3b. Population Estimates and Interim Herd Levels (IHLs) for 15 Herds and 2 Areas of Concern from Survey Data Collected by the Idaho Department of Fish and Game (IDFG), Oregon Department of Fish and Game (ODFG), Washington Department of Fish and Wildlife (WDFW), and Salmon River Bighorn Sheep Project (SRBSP) ................................................................................................................................................................ 3-45

Table W-10. Comparison of Alternatives Displaying Protected Summer Source Habitats for Bighorn Sheep and Remaining Suited Habitats for Grazing in Summer Bighorn Sheep Habitat ........................................................ 3-55

Table W-11. Contact between Bighorn Sheep and Domestic Sheep Allotments for Seven Bighorn Sheep Herds on the Payette National Forest ................................................................................................................................... 3-56

Table W-12. Modeled Probability of Extirpation for Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact ............................................................................................. 3-57

Table W-13. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternative 1B, 2, 5, and 7 ............................................. 3-60

Table W-14. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternatives 3, 4, 6 ..................................................... 3-62

Table W-15. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternative 7G ............................................................. 3-63

Table W-16. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternative 7L ............................................................. 3-65

Table W-17. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternative 7M ............................................................ 3-66

Table W-18. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternative 7P ............................................................. 3-68

Table W-19. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternative 7N ............................................................. 3-70

Table W-20. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternative 7O ............................................................. 3-71

Table W-21. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternative 7E ............................................................. 3-72

Table W-22. Percent of Bighorn Sheep Core Home Ranges that overlap with Domestic Sheep Allotments by Alternative ............................................................................................................................................................ 3-74

Table W-23. Distance (km) from Bighorn Sheep Core Home Ranges to Domestic Sheep Allotments ................. 3-74

BLM_0048901

Table W-26. Relative Ranking of the Alternatives Based on the Probability of Extirpation when using Low Inference for Probability of Disease Outbreak Given Contact (0.05).................................................................... 3-77

Table W-27. Relative Ranking of Alternatives Based on Probability of Extirpation when using Moderate Inference for Probability of Disease Outbreak Given Contact (0.25)......................................................................... 3-77

Table W-28. Relative Ranking of Alternatives Based of Probability of Extirpation when using High Inference (1.0) for Probability of Disease Outbreak Given Contact .................................................................................. 3-78

Table W-29. Estimated Mean Outbreak Intervals (in Years) for the Action Alternatives Based on Modeled Contact Probabilities......................................................................................................................................................... 3-80

Table W-30. Contact Rates Between Bighorn Sheep and Domestic Sheep Allotments for Seven Bighorn Sheep Herds on the Payette National Forest and Additional Cumulative Effects from land ownerships adjacent to the Payette National Forest............................................................................................................................................... 3-88

Table RR-9. Payette National Forest Rangeland Suitable Acres Available for Domestic Sheep by Alternative .. 3-102

Table TR-1. Federally Recognized Tribes within the Ecogroup Area............................................................... 3-105

Table SO-2a. Sheep and lamb inventory and estimated annual forage requirement in selected regions in 2008.. 3-119

Table S0-oa. Riggins 2006 economic profile .................................................................................................. 3-121

Table SO-qa. Weiser 2006 economic profile.................................................................................................... 3-122

Table SO-r. Wilder 2006 economic profile ..................................................................................................... 3-123

Table SO-7a. Current employment and labor income contributions from sheep grazing...................................... 3-124

Table SO-7b. Activity participation on the Payette, Nez Perce, and Wallowa-Whitman National Forests (USDA Forest Service 2008).................................................................................................................................... 3-125

Table SO-7c. Expenditures per visit by activity and trip type (USDA Forest Service 2008)............................... 3-126

Table SO-7d. Employment and labor income response coefficients by activity type ........................................... 3-127

Table SO-7e. State-level expenditures and visitation for wildlife watching and hunting...................................... 3-128

Table SO-7f. Employment and labor income response coefficients for bighorn sheep hunting............................ 3-134

Table SO-7g. Employment and labor income effects for bighorn sheep hunting, general hunting, and viewing wildlife............................................................................................................................................................ 3-134

Table SO-7h. Population by race and ethnicity in 2008 ................................................................................... 3-137

Table SO-7i. Population living below poverty by race and ethnicity ................................................................. 3-138

Table SO-17a. Comparison of employment and labor income effects in community and regional models.......... 3-140

Table SO-17b. Sheep head months by alternative ........................................................................................... 3-141

Table SO-17c. Number of sheep head months ................................................................................................ 3-141

Table SO-17d. Grazing fees used in the community models and the regional model .......................................... 3-142

Table SO-17e. Comparison of grazing fee effects in community and regional models ....................................... 3-143

Table SO-17f. Direct Jobs from Sheep Grazing by Alternative ....................................................................... 3-144

Table SO-17g. Potential bighorn sheep tag availability at 10 percent and 100 percent effective contact ............. 3-145

Table SO-17h. Employment and labor income effects for bighorn sheep hunting by alternative for the recreation impact area model (IMPLAN 2007)................................................................................................................ 3-146

BLM_0048902

# List of Figures

Figure 2-4. Comparison of alternatives in terms of percentage of bighorn sheep summer source habitat protected; percentage of suited rangelands that remains open for domestic sheep grazing; and the modeled contacts per year due to forays outside of the herd home ranges. ................................................................................. 2-19

Figure 2-5. Hells Canyon National Recreation Area on the Payette National Forest ............................................. 2-21

Figure W-0a. Population Trends for Bighorn Sheep by Herd in Hells Canyon from population census data collected by Washington Department of Fish and Wildlife, Oregon Department of Fish and Wildlife, and Idaho Department of Fish and Game ............................................................................................................................................... 3-16

Figure W-0b. Bighorn Sheep Populations on and Adjacent to the Payette National Forest by Idaho Department of Fish and Game Big Game Management Units ................................................................................................. 3-17

Figure W-0c. Population Trends for Bighorn Sheep in Idaho Big Game Management Units that Overlap the Payette National Forest (from population census data collected by the Idaho Department of Fish and Game) .................. 3-18

Figure W-0d. Average Temperature and Precipitation Changes for Idaho from 1951–2006 (Source: www.climatewizard.org). ................................................................................................................... 3-21

Figure W-0e. Modeled Bighorn Sheep Summer Source Habitats on and Adjacent to the Payette National Forest 3-25

Figure W-0f. Modeled Bighorn Sheep Winter Source Habitats on and Adjacent to the Payette National Forest ... 3-26

Figure W-0g. Telemetry Data and Observations of Bighorn Sheep near the Payette National Forest .................... 3-28

Figure W-0h. Telemetry and Observation Points for Bighorn Sheep on the Westside of the Payette National Forest 3-29

Figure W-0i. Telemetry and Observation Points for Bighorn Sheep on the Eastside of the Payette National Forest ..... ........................................................................................................................................................................ 3-30

Figure W-0j. Combined Core Herd Home Ranges for the Entire Project Area and for the Payette National Forest ...... ........................................................................................................................................................................ 3-34

Figure W-0k. Maximum Distance of Ram Summer Forays beyond the Core Herd Home Range ........................ 3-37

Figure W-0l. Proportion of Ram Summer Forays Reaching Each Ring ............................................................... 3-37

Figure W-0m. Visualization of the Foray Probabilities for the Upper Hells Canyon Herd .................................. 3-40

Figure W-0n. Disease Transmission and Recovery Sub-model ........................................................................... 3-42

Figure W-0o. Population Dynamics Sub-model ................................................................................................. 3-42

Figure W-0p. Four Examples of the Outputs Possible from the Disease Model at an effective contact rate of 0.75 for a Single Management Scenario .......................................................................................................................... 3-49

Figure W-9b. Alternatives 1B, 2, 5, and 7—Bighorn Sheep Core Herd Home Range and Summer Source Habitat, and Domestic Sheep Allotments on the Payette National Forest........................................................................ 3-60

Figure W-9c. Alternative 3, 4, 6— Bighorn Sheep Core Herd Home Range and Summer Source Habitat, and Domestic Sheep Allotments on the Payette National Forest .............................................................................. 3-61

Figure W-9d. Alternative 7G— Bighorn Sheep Core Herd Home Range and Summer Source Habitat, and Domestic Sheep Allotments on the Payette National Forest............................................................................................... 3-63

Figure W-9e. Alternative 7L—Bighorn Sheep Core Herd Home Range and Summer Source Habitat, and Domestic Sheep Allotments on the Payette National Forest............................................................................................... 3-64

Figure W-9f. Alternative 7M—Bighorn Sheep Core Herd Home Range and Summer Source Habitat, and Domestic Sheep Allotments on the Payette National Forest............................................................................................... 3-66

BLM_0048903

Figure W-9g. Alternative 7P—Bighorn Sheep Core Herd Home Range and Summer Source Habitat, and Domestic Sheep Allotments on the Payette National Forest .......................................................................... 3-67

Figure W-9h. Alternative 7N—Bighorn Sheep Core Herd Home Range and Summer Source Habitat, and Domestic Sheep Allotments on the Payette National Forest .......................................................................... 3-69

Figure W-9i. Alternative 7O— Bighorn Sheep Core Herd Home Range and Summer Source Habitat, and Domestic Sheep Allotments on the Payette National Forest .......................................................................... 3-70

Figure W-9j. Alternative 7E—Bighorn Sheep Core Herd Home Range and Summer Source Habitat, and Domestic Sheep Allotments on the Payette National Forest .......................................................................... 3-72

Figure W-9k. Comparison of Percentage protected Summer Source Habitat, Percentage Suited Rangelands for Domestic Sheep, and Estimated Number of Contacts/Year by Alternative ............................................................ 3-79

Figure W-9l. Inferences for Contacts Per Year and Modeled Extirpation Probabilities for the Two Largest Bighorn Sheep Populations (Main Salmon/South Fork and Upper Hells Canyon) on and Adjacent to the Payette National Forest for all alternatives except 7E and Assumptions for Contact/Outbreaks at Three Different Levels, 0.05, 0.25, and 1.0. ................................................................................................................................. 3-81

Figure W-11. Regional Metapopulations and Landownerships .......................................................................... 3-84

Figure W-12. Source Habitats for Bighorn Sheep Displaying the Continuity of these Habitats at Large Spatial Scales ................................................................................................................................................................. 3-85

Figure W-13. Cumulative Addition of Federal (Bureau of Land Management and National Forest), State, and Private Lands that Allow Domestic Sheep Grazing Adjacent to the Payette National Forest ............................................ 3-86

Figure W-14. Cumulative Addition of Only State and Private Lands that Allow Domestic Sheep Grazing Adjacent to the Payette National Forest .............................................................................................................................. 3-87

Figure W-15. Source Habitats, Suited Rangelands Remaining Open for Domestic Sheep Grazing, and the Probabilities of Contact for each of the Alternatives, Including the Cumulative Effects Scenarios ....................... 3-89

Figure RR-1. Domestic Sheep and Goat Allotments and Trailing Routes for the Westside of the Payette National Forest .............................................................................................................................................................. 3-95

Figure RR-2. Domestic Sheep and Goat Allotments and Trailing Routes for the Eastside of the Payette National Forest .............................................................................................................................................................. 3-96

Figure RR-3. Domestic Sheep and Goat Allotments and Current Summer Source Habitat on the Payette National Forest .............................................................................................................................................................. 3-97

Figure SO-2. Population change for analysis area counties and their states (U.S. Department of Commerce 2006) .. 3-115

Figure SO-3. Economic Analysis Area Industry Employment Distribution (IMPLAN 2007) ............................. 3-116

Figure SO-4. Economic Analysis Area Labor Income Distribution (IMPLAN 2007) ......................................... 3-117

Figure SO-5. A Sheep-Herder, circa 1918 (Source: Brosnan 1918) ................................................................... 3-120

Figure SO-6. Number of boater visits in Hells Canyon National Recreation Area (HCRNA 2008) .................... 3-130

Figure SO-7. Number of float boater visits and user days on the Salmon River during the controlled boating season (Salmon-Challis National Forest 2008) ............................................................................................................ 3-131

Figure SO-8. Bighorn sheep tags issued in Oregon, Idaho, and Washington ...................................................... 3-132

Figure SO-9. Payette National Forest Recreation Impact Area ........................................................................... 3-133

BLM_0048904

# List of Appendices

Appendix A—Response to Comments

Appendix D—American Indian Background

Appendix F—Fish and Wildlife

Appendix F—Migratory Birds

Appendix F—Terrestrial Management Indicator Species

Appendix K—Biological Evaluation

Appendix L--Modeling Analysis Technical Report

Appendix M—Occupancy, Risk, and the Potential for Contact Report

Appendix N—Hells Canyon National Recreation Area Compliance

Appendix O—Forest Plan Amendment

BLM_0048905

BLM_0048906

# Executive Summary

This document discloses the analysis of the effects of current and proposed Payette National Forest management on Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*) viability within the Payette National Forest. The document also supplements the analysis contained in the Final Environmental Impact Statement (FEIS) for the 2003 Payette Land and Resource Management Plan. Specifically, this document presents additional information concerning the following:

- Viability of bighorn sheep at the planning unit scale
- Compliance with the Hells Canyon National Recreation Area Act (PL 94-199)
- Compliance with 36 CFR §292.48 (domestic livestock grazing activities on Other Lands, Wild and Scenic Rivers, and Wilderness Lands in the Hells Canyon National Recreation Area)
- Compliance with the National Forest Management Act
- Compliance with 36 CFR §219.19 (providing habitats that maintain viable populations)
- Management direction needed to provide for bighorn sheep viability
- Suitability of domestic sheep grazing on the Payette National Forest.

After releasing the Draft Supplemental Environmental Impact Statement (DSEIS) in September 2008, the Payette National Forest released an *Update to the Draft Environmental Impact Statement* (Update) that included updates pertaining to the following information:

- Bighorn sheep source habitat model
- Bighorn sheep core herd home range analysis
- Bighorn sheep quantitative risk assessment
- Bighorn sheep disease model
- Regional economic impact analysis
- Non-market economic analysis
- Environmental Justice
- Analysis of alternatives
- Rangeland suitability for domestic sheep grazing
- Cumulative effects analysis.

Based on comments on the DSEIS, the U.S. Forest Service worked with population and disease modeling experts from the University of California at Davis to improve and develop analysis methods and models based on telemetry data from bighorn sheep populations that utilize habitat on and around the Payette National Forest. Updates included revised source habitat and core herd home range analysis, a new risk for contact model, and a disease model. The models and analyses led to the development of five additional alternatives, which better address the issue of bighorn sheep viability and were described in the Update, which was published in January 2010.

With the exception of Alternatives 7E and 7G, the alternatives developed for the DSEIS (Alternatives 7H, 7J, and 7K) are not included for analysis in this document. Instead, this document analyzes the five new alternatives introduced in the Update and Alternatives 1B, 2, 3, 4, 5, 6, and 7 from the FEIS. The effects of management alternatives 1B, 2, 3, 4, 5, 6, and 7 are documented in the FEIS and included in this document for the purpose of thoroughly assessing

BLM_0048907

effects to bighorn sheep viability as it is tied to the significant issue of disease transmission discussed in the FEIS. These seven alternatives can be combined into two categories based on how they affect the risk of contact between domestic and bighorn sheep. The first category contains Alternatives 1B, 2, 5, and 7and the second category contains Alternatives 3, 4, and 6. Alternatives in category one did not designate any acres on the Payette National Forest as unsuitable for grazing by domestic sheep and kept all trailing routes open. Alternatives in category two determined rangeland in all of Management Area #1 and a portion of Management Area #2 as unsuitable for grazing domestic sheep. This area classified as unsuited is displayed in the Payette Land and Resource Management Plan on pages III-90 and III-102 and in the FEIS on page F-34

Alternatives 1B, 2, 3, 4, 5, 6, 7, 7E, and 7G were analyzed using the core herd home range analysis and source habitat, contact, and disease models. Alternative 7E designates all land on the Payette National Forest as unsuitable for domestic sheep grazing. Alternative 7G utilized a Geographic Population Range (GPR) and designates all land within the Hells Canyon and Salmon River GPRs as unsuitable for domestic sheep grazing and all trailing routes within the GPRs as closed for use. For a complete description of all alternatives, please see Chapter 2.

In the DSEIS, the economic impact of each alternative to the agriculture sector was analyzed for Riggins, Weiser, and Wilder. Based on public comment, this analysis has been expanded to include both community and regional impact models. Also included is an economic analysis pertaining to bighorn sheep related recreation.

A section on Environmental Justice has been added to the economic analysis. Environmental Justice is the fair treatment and meaningful involvement of all people regardless of race, color, national origin, education level, or income with respect to the development, implementation, and enforcement of environmental laws. Environmental Justice seeks to ensure that minority and low-income communities have access to public information relating to human health and environmental planning, regulations, and enforcement.

Throughout the analysis process, the Payette National Forest worked with Cooperators from the States of Idaho, Oregon and Washington and the Tribal governments of the Nez Perce, Shoshone-Bannock, Shoshone-Paiute and the Confederated Tribes of the Umatilla Indian Reservation.

BLM_0048908

# Final Supplemental Environmental Impact Statement Introduction

## BACKGROUND

Completed in July 2003, the *Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement* (FEIS) (USDA Forest Service 2003b) and Record of Decision (ROD) were the product of regional planning efforts to revise the *Payette National Forest Land and Resource Management Plan* (Forest Plan) (USDA Forest Service 2003a) as required by the 1982 National Forest Management Act (NFMA) implementing regulations (36 CFR §201). The Intermountain Region Forester received five appeals of the decision to implement Alternative 7 as described in the ROD, with appellants contending that the Regional Forester violated NFMA and the Hells Canyon National Recreation Area (HCNRA) Act on the Payette National Forest by allowing grazing of domestic sheep within or near the range of bighorn sheep, thus threatening the viability of bighorn sheep through disease transmission. The HCNRA Act provides direction for the "administration, protection, and development" of the HCNRA (16 USC §460gg-4).

On March 9, 2005, the Chief of the Forest Service (Chief) concurred that the effects analyses and cumulative effects discussion pertaining to bighorn sheep presented in the FEIS did not adequately address viability and reversed the Intermountain Regional Forester's 2003 decision to approve revised management direction for the Hells Canyon Management Area (MA) as it pertained to bighorn sheep and its habitat. The Chief stated that allowing continued domestic sheep grazing in or near occupied bighorn sheep habitat threatened the viability of bighorn sheep populations within the Hells Canyon area and across the Payette National Forest.

The HCNRA and Hells Canyon MA are two separate and distinct delineations on a map. Only a small portion of the Hells Canyon MA overlaps into the HCNRA. However, the HCNRA does extend alongside the western boundary of the Hells Canyon MA for a considerable distance. Bighorn sheep have repeatedly been documented, in the Hells Canyon telemetry data, traversing back and forth across the boundaries of these two areas and have been present within domestic sheep and goat allotments on the Payette National Forest during the permitted grazing season. Since the Chief instructed the Payette National Forest to conduct a viability analysis at the planning unit scale, the entire Payette National Forest was analyzed, which affected the Salmon River Mountain bighorn sheep population.

To address the issue of bighorn sheep viability, the Regional Forester was instructed to reanalyze bighorn sheep viability on the Payette National Forest; amend the FEIS accordingly; and evaluate and adopt, as necessary, changes to the Forest Plan (USDA Forest Service 2003a) management direction for the Hells Canyon MA and adjacent areas. Specifically, the Regional Forester was instructed to complete a supplement (Supplemental Environmental Impact Statement [SEIS]) to the FEIS.

The Payette National Forest completed the *Southwest Idaho Ecogroup Land and Resource Management Plans Draft Supplemental Environmental Impact Statement* (DSEIS) (USDA Forest Service 2008) and released it for public review and comment in September 2008. The DSEIS responded to the appeal instructions received from the Chief on March 9, 2005, pertaining to the issue of bighorn sheep viability and contained several alternative actions to the

BLM_0048909

selected in the FEIS. These alternatives were developed to analyze effects to bighorn sheep viability, rangeland resources, tribal rights and interests, and socio-economics.

Over 14,000 comments were received on the DSEIS and its analysis and the Payette National Forest completed a content analysis on the input received. In response to the comments, the Payette National Forest updated its analysis methods and models and developed additional alternatives to assist in comparing effects.

## Development of Information and Analysis Methods and Alternatives

After publishing the DSEIS, the Payette National Forest updated the source habitat model and core herd home range analysis, completed a new risk-of-contact model, and developed a disease model. In response to field review and new research on persistent snow levels, the summer and winter bighorn sheep source habitat models were also improved. The core herd home range was recalculated to better represent core herd home ranges for bighorn sheep in both Hells Canyon and the Salmon River Mountains. The qualitative *Risk Analysis for Disease Transmission Between Bighorn Sheep and Domestic Sheep on the Payette National Forest* (USDA Forest Service 2006) was completely removed from the analysis and is no longer utilized in this effort. To assess the risk for contact between bighorn sheep and domestic sheep, the Payette National Forest developed a quantitative foray analysis to predict probabilities of contact. These core herd home range and foray analyses are now based on telemetry data and measured behaviors of bighorn sheep populations that have the potential to interact with domestic sheep on the Payette National Forest. The disease model was developed to provide the Payette National Forest with a relative comparison tool for population persistence over time and cumulative effects. The disease model utilizes the most recent epidemiological science on disease spread through populations.

The new models and analyses led to the development of five new alternatives. To provide the public the opportunity to review and comment on the new analyses and alternatives, the Payette National Forest published the *Update to the Draft Environmental Impact Statement* (Update to the DSEIS) (USDA Forest Service 2010) in January 2010 for a 45 day review and comment period. Public information meetings were held at four different locations in Idaho. The Update to the DSEIS responded to several comments that were received on the DSEIS and analyzed the effects of the new alternatives on bighorn sheep viability, rangeland resources, tribal rights and interests, and socio-economics.

Over 11,600 comments were received on the Update to the DSEIS and its analysis. The Payette National Forest completed a content analysis on the input received. In response to the comments, the Payette National Forest has completed its analysis and documented potential effects.

The Payette National Forest developed several alternatives (Alternatives 7A through 7K) that were analyzed in the DSEIS. In this Final Supplemental Environmental Impact Statement (FSEIS), the Payette National Forest analyzes the alternatives identified in the Forest Plan FEIS (Alternatives 1B, 2, 3, 4, 5, 6, and 7); two of the alternatives analyzed in the DSEIS (Alternatives 7E and 7G); and the five new alternatives developed since the DSEIS (Alternatives 7L through 7P). The Selected Alternative will become part of Alternative 7, the selected alternative in the ROD for the FEIS tied to the 2003 Forest Plan.

BLM_0048910

Alternate management strategies to Alternative 7 were developed utilizing issues developed and comments received on the FEIS, as well as comments received on the DSEIS and Update to the DSEIS. The issues used for this process are found in the FEIS (USDA Forest Service 2003b, pp 1–14, 15, 19, and 23) and the DSEIS and remain the same for the FSEIS:

1) Terrestrial Wildlife Habitat and Species

Issue Statement 1: Forest Plan management strategies may affect habitat for terrestrial wildlife species, including species that are listed or proposed for listing under the Endangered Species Act, Region 4 sensitive species, Species of special interest, species at risk, and Forest Management Indicator Species.

Issue Statement 2: Forest Plan management strategies may affect disruption, vulnerability, and disease risk to terrestrial wildlife species.

2) Rangeland Resources

Issue Statement: Forest Plan management strategies may affect rangeland resources, including lands considered suitable for livestock grazing and the form of livestock grazing management authorized under permit for the Forests.

3) Tribal Rights and Interests

Issue Statement: Forest Plan management strategies may affect the availability of resources and the use of traditional places important to American Indian rights and interests.

## Terrestrial, Wildlife, Habitat, and Species

To better address the issue of bighorn sheep viability, the Payette National Forest developed and analyzed several new alternative management approaches. To create a reasonable range of alternatives, the Forest Service developed a bighorn sheep source habitat model and core herd home range analysis, a new quantitative contact model, and a disease model to assist with a relative comparison between alternatives for population persistence and cumulative effects analysis.

## Tribal Rights and Interests

The FEIS *Tribal Rights and Interest* section included an analysis of the effects Forest Service management would have on the ability of the agencies to meet general Federal trust duties and treaty-specific statutory obligations. The availability of traditional and/or culturally important terrestrial and aquatic plant and animal species in sufficient and desirable quantities to satisfy off-reservation reserved rights is of particular interest. Tribal interests and uses are protected through various Federal statutes, laws, policies, and regulations (Appendix H in the Forest Plan [USDA Forest Service 2003a]). The Federal trust doctrine requires Federal agencies to manage the lands under their stewardship with full consideration for all valid tribal rights and interests.

The Forest Service is responsible for providing habitats that maintain viable populations of native and desired non-native species, including economically and culturally important species, such as bighorn sheep (36 CFR §219.19).The persistence of these species depends on the availability of well-distributed, suitable habitats that support populations within a planning area (i.e., National Forest) (CFR §219.19). The FEIS included an analysis of species in the *Terrestrial Wildlife Habitat and Species* section, which was used in determining effects to tribal rights and interests. A more thorough analysis for bighorn sheep is now complete and is provided in

BLM_0048911

Chapter 3 of this FSEIS. The Federal tribal statutory duties are also being reassessed to
determine the effects of bighorn sheep availability for Tribal harvest and on the opportunity to
hunt bighorn sheep in areas historically or culturally important to tribal members.

Consistent with 36 CFR §219.2(c)(3) and 36 CFR §219.15, this analysis will supplement the
*Tribal Rights and Interests* section of the 2003Forest Plan FEIS for the Payette National Forest
to (1) identify other affected tribes; (2) specifically identify the effects of alternatives on the
availability of bighorn sheep; and (3) disclose the effects on Tribal members opportunity to hunt
bighorn sheep in areas historically used or traditionally important. For the purposes of this
analysis and document, the associated use of traditional cultural properties important to
American Indian rights and interests is tied specifically to the amount of summer source habitat
available to bighorn sheep.

The *Tribal Rights and Interest* section is based on viability of the bighorn sheep and the amount
of areas on the Payette National Forest not suited for domestic sheep grazing. Two assumptions
remain for the analysis of tribal rights and interests:

1)  Bighorn sheep viability is directly related to the ability of tribal members to harvest a bighorn
    sheep
2)  The area of the Payette National Forest not suited to domestic sheep grazing is directly
    related to tribal members harvesting bighorn sheep in locations that are culturally important.

As such, the Federal tribal trust responsibilities continue to be reassessed to determine the effects
on the availability of bighorn sheep and on the use of traditional cultural properties.

## Socio-Economic Analysis

Multiple statutes, regulations, and executive orders identify the general requirement for applying
economic and social evaluation in support of Forest Service planning and decision making.
These include, but are not limited to, the Multiple-Use Sustained Yield Act of 1960
(74 Stat. 215; 16 USC 528–531), National Environmental Policy Act (NEPA) of 1969 (83 Stat.
852; 42 USC 4321, 4331–4335, 4341–4347), and the Forest and Rangeland Renewable
Resources Planning Act of 1974.

In direct response to public comment, the socio-economic analysis displays effects to the
agriculture industry at the community level and the regional level. Information tied to the
benefits of the sale of domestic sheep products and the fees charged for grazing on National
Forest System lands are included in the analysis. Where economic effects cannot be quantified, a
qualitative discussion of nonmarket and social values has been added. Direction provided in
40 CFR §1502.23 and Forest Service Handbook 1909.15 (July 6, 2004) and 22.35
(January 14, 2005) provides for qualitative analysis to evaluate the effects of nonmarket values.
Therefore, the alternatives' nonmarket aspects are discussed qualitatively where appropriate and
are described in other resource sections of the SEIS.

In addition, EO 12898, issued in 1994, orders Federal agencies to identify and address
environmental justice effects, which are any adverse human health and environmental effects of
agency programs that disproportionately impact minority and low-income populations.
EO 12898 also directs agencies to consider patterns of subsistence hunting and fishing when an
agency action may affect fish or wildlife.

BLM_0048912

**Rangeland Resources**

The rangeland resources section includes a comparison of National Forest System lands identified as suited for domestic sheep grazing by alternative. Rangeland suitability determinations continue to be the decision to be made for this resource.

## Public Participation

Public scoping and involvement on the FEIS was extensive and spanned a 7-year period. The risk for disease transmission from domestic sheep to bighorn sheep and the subsequent population declines was identified early and noted as a concern by the U.S. Fish and Wildlife Service (USFWS). It was assumed for the FEIS that disease transmission can occur. Only one comment was received during the 7-year period that questioned this assumption. Tribal consultation, both informal and formal, was also extensive during the 2003 Forest Plan development process.

The Notice of Intent (NOI) to prepare a DSEIS and amend the Forest Plan was published in the Federal Register in April 2007 (FR 72:18197–18198). The Forest Service has a long-standing policy that supports the commitment to encourage cooperation among Federal, State, local, and tribal governments (USDA Forest Service 2007). Cooperating status was requested and granted beginning in August 2007 (USDA Forest Service Agreements 2007–2008) to the States of Idaho, Oregon, and Washington and the tribal governments of the Nez Perce, Shoshone-Bannock, and Shoshone-Paiute Tribes and the Confederated Tribes of the Umatilla Indian Reservation. Prior to the first meeting, each Cooperating Agency and Tribal Representative was designated to represent their State or tribe by their respective Governor or Tribal Chair (letters from Agencies and tribes available from Payette National Forest). Representation was re-verified halfway through the process.

At the August 2007 meeting and again at the May 2009 meeting, the Forest Service reviewed the established operational protocols and National Environmental Policy Act (NEPA) process. The roles and responsibilities of the Forest Service and the Cooperating Agencies and Tribal Representatives were also discussed. In those reviews, it was emphasized that the Forest Service retained the authority to make decisions for the SEIS, act as an expert, and author the document. The States and tribes were to act as technical experts, bringing their knowledge and data to the analysis; inform the Forest Service of pertinent policy expertise; provide comments; and review information. Meetings with the Combined Team continued through January 2010. Documentation of the meetings is available from the Forest Service.

The DSEIS was released for public comment in September 2008. During the comment period, from September 2008 through March 2009, the Forest Service conducted several public meetings and provided presentations to public groups as requested. The Forest Service received over 14,000 public comments. The full response to public comment is included in the FSEIS (Appendix A). The Forest Interdisciplinary Team (IDT) reviewed the comments and determined what additional work was necessary. In May 2009, this information was shared with the Cooperating Agencies and States and Tribal Representatives.

An Update to the DSEIS was released in January 2010. Following release of the document the Payette National Forest held five public meetings in Idaho at Boise, McCall, Weiser, Lapwai, and Lewiston. During the comment period, from January through February 2010, the Forest Service conducted four public meetings and provided presentations to public groups as

BLM_0048913

requested. The Forest Service received approximately 12,000 public comments on the Update to the DSEIS. The full response to public comment is included in the FSEIS (Appendix A).

## Disease Review

Considerable debate about the science behind disease transmission has emerged since the SEIS process began. Even so, the preponderance of scientific literature still supports disease transmission between domestic and bighorn sheep, and that this issue is significant and warrants consideration of effects analysis and management direction that prevents contact between the species.

Bighorn sheep are a New World species and are closely related to domestic sheep, which are an Old World species. Domestication and intense artificial selection have probably helped domestic sheep develop a resistance to important diseases (Jessup 1985). However, bighorn sheep can be highly susceptible to diseases carried by domestic sheep.

A long history of large-scale, rapid, all-age die-offs in bighorn sheep exists across Canada and the United States, many associated with domestic animal contact (Shackleton 1999). Although limited knowledge of transmission dynamics exists (Garde et al. 2005), extensive scientific literature supports the relationship between disease in bighorn sheep populations and contact with domestic sheep, including both circumstantial evidence linking bighorn die-offs in the wild to contact with domestic animals and controlled experiments where healthy bighorn sheep exposed to domestic sheep displayed subsequently high mortality rates (Foreyt 1989, 1990, 1992a,b; Foreyt et al. 1994; Onderka et al. 1988; Onderka and Wishart 1988; Garde et al. 2005). Recent serological analyses document the lethality of pathogens (e.g. *Mannheimia haemolytica* serotype A1) in bighorn sheep that are not lethal to domestic sheep (Dassanayake 2009), and the transference of pathogens from domestic sheep to bighorn sheep that result in bighorn sheep mortality (Lawrence et al. Forthcoming.).

In a summary of risk to wild sheep from *Pasteurella* and *Mannheimia* spp., Garde et al. (2005) makes the following conclusions:

1) These bacteria can cause pneumonia in bighorn sheep, but there are benign commensal strains in the upper respiratory tract
2) Domestic sheep, goats, and llamas have been reported with these bacteria species
3) Wild sheep and mountain goats have been reported with these bacteria species
4) Transmission is by direct contact and aerosolization
5) These bacteria species do not persist in the environment
6) Acute-to-chronic die-offs in bighorn sheep can result in low to 100 percent mortality, although they can be present in healthy sheep
7) These bacteria are considered opportunistic and can result in pneumonia outbreaks
8) These bacteria can cause clinical disease in domestic sheep and goats, but are rarely primary pathogens.

BLM_0048914

**Alternative Arguments**

There are scientists and others, primarily from agricultural disciplines, who contend disease transmission between bighorn sheep and domestic sheep is not a relevant factor in bighorn sheep distribution and population declines. The following contentions are summarized from comments received during the public scoping process and public meetings:

- The mechanisms and causal agents leading to epizootic disease events in bighorn sheep are not completely understood.
- The hypothesis that bighorn sheep have a high likelihood of contracting fatal respiratory disease following contact with domestic sheep has not been scientifically demonstrated in wildland conditions.
- Bighorn sheep die-offs have occurred in the absence of domestic sheep.
- Evidence that domestic sheep contact with bighorn sheep will result in a disease transmission does not exist.
- Sources of error or omission and data limitations have not been presented by those advocating that disease transmission does occur between the species.
- The peer review process does not support the contention that disease transmission occurs between the species.
- Research evaluating disease transmission between the species lacks proper experimental design that is not accounted for in the results.
- Current, ambient levels of pathogens occur in bighorn sheep, regardless of how those pathogens were introduced, making separation from domestic sheep irrelevant.
- Given the probabilities of contact from off-forest private lands sources, excluding domestic sheep on Federal lands is futile.

Some of these contentions are accurate. We do not understand all of the mechanisms involved in potential disease transmission between the species. However, we have learned a tremendous amount from recent research on pathogen transfer between the species, and the fact that some pathogens that are non-lethal in domestic sheep have high lethality in bighorn sheep (Dassanaye et al. 2009). We also know that specific pathogens are transmitted from domestic sheep to bighorn sheep, resulting in bighorn sheep mortality (Lawrence et al. Forthcoming).

Other arguments criticize publications where findings very clearly infer disease transmission between the species, citing improper experimental design or other flaws in research design. However, the referenced papers are in widely recognized scientific publications and underwent rigorous peer review prior to publication.

There are contentions that argue the lack of evidence of disease transmission between domestic sheep and bighorn in wildland environments. Arguably, much of the evidence is circumstantial; however, the compilation of cases throughout several decades does contribute to an increasing body of evidence that overwhelmingly demonstrates bighorn sheep near domestic are at risk for disease transmission, even though "contact" may not have actually been observed. Monello et al. (2001) state that bighorn sheep herds classified in a "pneumonia induced die-off" category were located significantly closer (<24 km) to domestic sheep allotments than those in a non-die-off category (>40 km). George et al. (2008) document a winter die-off in Colorado that affected three bighorn sheep herds that were traced to contact with a single domestic ewe.

BLM_0048915

Additional arguments state that since disease pathogens have already been transferred to domestic sheep, separation at this point is moot, or that private lands provide risks to bighorn sheep that cannot be offset, regardless of actions taken on Federal lands. These contentions claim that management on Federal lands to provide separation will not be effective due to changed conditions that cannot be offset. The uncertainty in these contentions poses all of the risk to be borne by bighorn sheep. They do not consider that pathogens likely evolve as they move within and between species, or existing or new diseases that are virulent to bighorn sheep (e.g., mycoplasms) may still be transferred between domestic and bighorn sheep. Recent serological research (Dassanayake et al. 2009), demonstrates that pathogens, in this case *Mannheimia haemolytica* serotype A1, that are not lethal to domestic sheep are transferrable to bighorn sheep and highly lethal to them. In another recent experiment (Lawrence et al. Forthcoming), pathogens were tagged and followed as they passed from domestic to bighorn sheep and resulted bighorn sheep mortality.

The disease review sections of this document, particularly Chapter 3, consider a large body of peer reviewed and published literature, spanning several decades, that redresses most of these allegations. While there clearly are gaps in the knowledge base on the causal factors and mechanisms of bighorn sheep die-offs and disease transmission between these species, the vast majority of literature supports the potential for disease transmission between the species, documents bighorn sheep die-offs near domestic sheep, and supports the management option of keeping these species separate to prevent disease transmission. Further, there is no peer reviewed literature that suggests bighorn sheep can be grazed with domestic sheep without concern for disease transmission between the species. Scientists from both sides of the issue also recommend that the species be kept separate until the disease transmission science is better understood.

The analysis conducted in this document recognizes these uncertainties but clearly focuses on the Forest Service's responsibility to provide habitats that support viable populations of bighorn sheep, particularly given the risks that the species currently faces relative to the devastating impacts of disease.

## Management Recommendations

Leading bighorn sheep disease experts recommend separating bighorn sheep from domestic sheep, either spatially, temporally, or both, (Schommer and Woolever 2001, Singer et al. 2001, Garde 2005). Experts also recommend developing site-specific solutions for each bighorn sheep population and domestic sheep allotment and developing a management strategy appropriate for the complexity of the management situation (Schommer and Woolever 2001). Each of the alternatives takes this approach; however, given the complexity of the issue on the Payette National Forest, each alternative has pros and cons associated with minimizing the risk of contact between domestic and bighorn sheep.

BLM_0048916

# Chapter 1.
# Purpose and Need

> Consistent with 36 CFR §219.20(a), the following pages will supplement the Purpose and Need for the Proposed Action section, page 1-5, of Chapter 1 of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## INTRODUCTION

The purpose of the 2003 Final Environmental Impact Statement (FEIS) for the *Payette National Forest Land and Resource Management Plan* (Forest Plan) (USDA Forest Service 2003a) was to revise the previous Forest Plan (USDA Forest Service 1988) to meet legal and regulatory requirements and to address changes, issues, and concerns that had arisen since it was originally released. The need for the revision was identified as the legal timeframe for revision had arrived, and significant change in conditions and demands in the areas covered by the Forest Plan (USDA Forest Service 1988) had been identified. The Preliminary Analysis of the Management Situation Summary (USDA Forest Service 1997) identified the threat for disease transmission from livestock to bighorn sheep as a potential reason for population decline. This concern translated into a need for change topic revision of the Forest Plan (USDA Forest Service 1988) and was further validated during regulatory agency consultation with the U.S. Fish and Wildlife Service (USFWS). As such, bighorn sheep were identified as a species of special interest for the Forest Plan revision effort. The bighorn sheep need for change topic was then translated into a significant issue used in effects analysis, alternative formulation, and development of management direction. The following significant issues were tied to concerns regarding bighorn sheep viability:

Terrestrial Wildlife Habitat and Species

Issue Statement 1: Forest Plan management strategies may affect habitat for terrestrial wildlife species, including species that are listed or proposed for listing under the Endangered Species Act, Region 4 sensitive species, species of special interest, species at risk, and Forest Management Indicator Species.

Issue Statement 2: Forest Plan management strategies may affect disruption, vulnerability, and disease risk to terrestrial wildlife species.

Rangeland Resources

Issue Statement: Forest Plan management strategies may affect rangeland resources, including lands considered suitable for livestock grazing and the form of livestock grazing management authorized under permit for the Payette National Forest.

Tribal Rights and Interests

Issue Statement: Forest Plan management strategies may affect the availability of resources and the use of traditional places important to American Indian rights and interests.

In addition to the USFWS concern over the viability of bighorn sheep, several comments from tribal governments and the public were received supporting concern for the species. It was

BLM_0048917

assumed during the FEIS analysis that disease transmission from domestic sheep was a threat to bighorn sheep as supported by laboratory research and the overwhelming majority of published science. It continues to be recognized that the exact mechanisms of the transfer are not fully understood.

The Payette National Forest included direction to the Forest Plan (USDA Forest Service 2003a) as a guideline and an objective for the Hells Canyon Management Area (MA) #1 that read:

> Guideline—Within bighorn habitat emphasis areas, close sheep allotments as they become vacant, or convert then to cattle where appropriate, to eliminate the risk of disease transmission from domestic to wild sheep. Do not convert cattle allotments to sheep allotments within occupied bighorn sheep habitat.

> Objective—Coordinate with Idaho Department of Fish and Game, Oregon Department of Fish and Game, and domestic sheep permittees to reduce the risk of disease transmission between domestic and wild sheep.

Several entities appealed the 2003 FEIS, stating that the Forest Service violated National Forest Management Act (NFMA) and the Hells Canyon National Recreation Area (HCNRA) Act on the Payette National Forest by allowing grazing of domestic sheep in or near the range of bighorn sheep, thus threatening the viability of bighorn sheep through disease transmission. One appellant stated, "The Hells Canyon National Recreation Area Act…requires livestock grazing to be compatible with native wildlife protection…the selected alternative fails to address the issues of ongoing conflicts of domestic sheep grazing and wild bighorn sheep in a way that assures the ultimate survival of the bighorn population in a manner sufficient to meet its obligation under the HCNRA Act."

The Appeal Reviewing Officer found the following:

> The Payette Forest Plan (USDA Forest Service 2003a) does not contain any direction for protecting or maintaining bighorn sheep or their habitat in the Hells Canyon MA, in particular for the protection of bighorn sheep from the documented current and likely future threat of disease transmission from domestic sheep. By permitting the presence of domestic sheep within occupied bighorn sheep range, the Payette National Forest does not appear to be managing the habitat to maintain viable populations of bighorn sheep.

> Based on the above analysis, the viability of bighorn sheep populations within the Hells Canyon area, and across the Payette National Forest, appears to be threatened by allowing continued grazing of domestic sheep in or near occupied bighorn sheep habitat. As documented in the FEIS and relevant scientific literature, without immediate removal of domestic sheep from occupied bighorn sheep habitat, bighorn within that habitat are likely at risk of extirpation. Bighorn sheep habitat is contiguous between the Payette National Forest and National Forest System land to the north, east and south, and bighorn sheep appear to move between the two identified habitat areas (Hells Canyon and Snake River) within the Payette National Forest. Transmission of disease to bighorn sheep on the Payette National Forest that are part of the Hells Canyon population will place the entire Payette National Forest population at substantial risk.

BLM_0048918

While the Hells Canyon MA is thus not specifically included in the HCNRA Act, it is clear that by permitting the presence of domestic sheep within adjacent occupied bighorn sheep range, and with documented movement of bighorn sheep between the NRA and the Payette National Forest, the Payette National Forest is not managing livestock grazing in the Hells Canyon MA in a manner compatible with the protection and maintenance or bighorn sheep or their habitat in the HCNRA.

The Appeal Reviewing Officer's decision stated the following:

Serious questions are raised in the SW Idaho Ecogroup FEIS, supported by applicable scientific literature, about the viability of bighorn sheep populations in the Hells Canyon MA (MA#1) of the Payette National Forest, and indeed across the Payette National Forest. However, the effects analysis does not address bighorn sheep viability. Management direction in the Payette NF LRMP for the Hells Canyon MA does not adequately provide for habitat to insure the maintenance of a viable bighorn sheep population within the Payette National Forest (36 CFR §219.19). It also does not adequately protect bighorn sheep populations and habitat in the Hells Canyon NRA (36 CFR §292.48). I find the Payette National Forest LRMP is not in compliance with NFMA regulations concerning wildlife viability of bighorn sheep, and may not be in compliance with the Hells Canyon NRA Act and its implementing regulations. The Regional Forester's decision to approve revised management direction in the Payette LRMP for the Hells Canyon MA is reversed.

The Regional Forester is instructed to do an analysis of bighorn sheep viability in the National Forest commensurate with the concerns and questions discussed above, and amend (supplement) the SW Idaho Ecogroup FEIS accordingly. Changes to the management direction of the Payette LRMP for MA #1 (Hells Canyon) and adjacent areas shall be evaluated, and adopted as necessary to ensure bighorn sheep viability. The analysis should be extensive enough to support determinations of compliance with applicable law and regulation, specifically the Hells Canyon NRA Act, 36 CFR §219.19 and 36 CFR §292.48.

This set of instructions from the Appeal Reviewing Officer created an additional purpose and need for this Supplemental Environmental Impact Statement (SEIS) that will be discussed in the section below. The HCNRA and the Hells Canyon MA are two separate and distinct delineations on a map. Only a small portion of the Hells Canyon MA overlaps into the HCNRA. However, the HCNRA does extend alongside the western boundary of the Hells Canyon MA for a considerable distance. Bighorn sheep have repeatedly been documented, in the Hells Canyon telemetry data, traversing back and forth across the boundaries of these two areas and have been present within domestic sheep and goat allotments on the Payette National Forest during the permitted grazing season. In instructing the Payette National Forest to conduct a viability analysis at the planning unit scale, the entire Payette National Forest was analyzed, which also affects the Salmon River Mountain bighorn sheep population.

Considerable debate about the science has surrounded the disease transmission issue since the SEIS process began. Even so, the preponderance of science literature still supports the notion that the issues are significant and warrant consideration of effects analysis and management direction.

BLM_0048919

Consistent with 36 CFR §219.20(a), the following pages will supplement the Decisions to be Made section, page 1-8, of Chapter 1 of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## DECISIONS TO BE MADE

### Decisions to be Made in the Final Supplemental Environmental Impact Statement Process

The SEIS assessment involves conducting a viability analysis for bighorn sheep on the Payette National Forest. The assessment includes a review of the available bighorn sheep source habitat, its distribution across the Payette National Forest, and its contiguity. Additional considerations include how bighorn sheep are now using and how have they have used the habitat at a landscape scale internal to the Payette National Forest and between adjacent Federal lands. The relative risk for contact with permitted domestic sheep is also considered.

The Responsible Official for this analysis, amendment, and decision is the Forest Supervisor. Given the information gathered in the above analyses, the Responsible Official decides which alternative to select and what Forest Plan amendment management direction is developed.

The following decisions will be made for the Final SEIS and Amendment to the Forest Plan (USDA Forest Service 2003a):

- Which alternative to select for implementation
- What management direction to develop that will assist with implementing the selected alternative
- Does the selected alternative and its implementation language comply with federal law and regulation, in particular NFMA and the HCNRA Act
- A determination of rangeland suitability for the selected alternative.

Consistent with 36 CFR §219.20(a), the following pages will supplement the National or Regional Issues section, page 1-31, of Chapter 1 of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## ISSUES

### National or Regional Issues

The Payette National Forest received several appeals on the 2003 ROD for the FEIS on the Forest Plan (USDA Forest Service 2003a). One appeal point dealt with bighorn sheep viability and the effects of disease transmission from domestic sheep to bighorn sheep on the rapidly declining populations. The Appeal Reviewing Officer in the Washington Office remanded the direction found in the Forest Plan (USDA Forest Service 2003a) regarding bighorn sheep management. The Chief instructed the Regional Forester to analyze bighorn sheep viability on the Payette National Forest commensurate with the concerns and questions discussed in the appeal review and amend the Forest Plan (USDA Forest Service 2003a) accordingly to ensure bighorn sheep viability. The analysis was to be thorough enough to determine compliance with

BLM_0048920

applicable laws and regulations, specifically the HCNRA Act, 36 CFR §219.19, and 36 CFR §292.48.

The purpose of this SEIS and Amendment to the Forest Plan (USDA Forest Service 2003a) is to respond to the instructions received from the Appeal Reviewing Officer on March 9, 2005, regarding appeals to the 2003 ROD.

The first need for this SEIS and Amendment to the Forest Plan (USDA Forest Service 2003a) is to conduct a bighorn sheep viability analysis on the Payette National Forest that looks at the effects of disease transmission from domestic to bighorn sheep, evaluates how the effects impact the persistence of bighorn sheep populations over time; and adds language to the Forest Plan (USDA Forest Service 2003a) that adequately addresses the management concern. Second, the analysis will determine whether or not the Payette National Forest is providing adequate bighorn sheep habitat, well distributed across the planning unit, to provide for a viable population of bighorn sheep as required by NFMA:

NFMA—36 CFR §219.19

> *36 CFR §219.19—"Fish and wildlife habitat shall be managed to maintain viable populations of existing native and desired non-native vertebrate species in the planning area. For planning purposes, a viable population shall be regarded as one which has the estimated numbers and distribution of reproductive individuals to insure its continued existence is well distributed in the planning area. In order to insure that viable populations will be maintained, habitat must be provided to support at least, a minimum number of reproductive individuals and that habitat must be well distributed so that those individuals can interact with others in the planning area."*

> *36 CFR §219.27—"The minimum specific management requirements to be met in accomplishing goals and objectives for the National Forest System are set forth in this section. These requirements guide the development, analysis, approval, implementation, monitoring and evaluation of forest plans.*

> *(a) Resource Protection. All management prescriptions shall—* […]

> *(6) Provide for adequate fish and wildlife habitat to maintain viable populations of existing native vertebrate species and provide that habitat for species chosen under Sec. 219.19 is maintained and improved to the degree consistent with multiple–use objectives established in the plan;"*

Third, the analysis will determine compliance with the HCNRA Act. Domestic sheep and goat grazing allotments cross over and into or are immediately adjacent to the HCNRA. Analysis needs to be completed to determine if Payette National Forest management is compatible with the HCNRA Act as stated below:

## Hells Canyon National Recreation Area Act

The HCNRA Act (PL 94-199) was enacted on December 31, 1975, and the Act provides direction for the "administration, protection, and development" of the HCNRA (16 USC §460gg-4). According to the HCNRA Act, grazing is identified as one of several traditional and valid uses of the recreation area, and the continuation of grazing can occur as compatible with the provisions of the HCNRA Act.

BLM_0048921

The HCNRA Act and its implementing regulations require that the Payette National Forest manage livestock grazing in the Hells Canyon MA in a manner compatible with the protection and maintenance of bighorn sheep or their habitat within the HCNRA. This requirement was considered and used in developing the alternatives.

**Significant Issues**

Significant issues identified in the FEIS that carry forward into this analysis include the following:

1. Terrestrial Wildlife Habitat and Species

Issue Statement 1: Forest Plan management strategies may affect habitat for terrestrial wildlife species, including species that are listed or proposed for listing under the Endangered Species Act, Region 4 sensitive species, species of special interest, species at risk, and Forest Management Indicator Species.

Issue Statement 2: Forest Plan management strategies may affect disruption, vulnerability, and disease risk to terrestrial wildlife species.

2. Rangeland Resources

Issue Statement: Forest Plan management strategies may affect rangeland resources, including lands considered suitable for livestock grazing and the form of livestock grazing management authorized under permit for the Payette National Forest.

3. Tribal Rights and Interests

Issue Statement: Forest Plan management strategies may affect the availability of resources and the use of traditional places important to American Indian rights and interests.

BLM_0048922

# Chapter 2.
# Alternatives Considered

> Consistent with 36 CFR §219.20(a), the following pages will supplement the Introduction section, page 2-1, of Chapter 2 of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## INTRODUCTION

In response to updated information and methodology, the Payette National Forest has developed an additional set of alternatives. The updated analysis incorporates results from an improved bighorn sheep source habitat model, a core herd home range analysis, a quantitative contact risk analysis, and a disease model. The contact risk analysis is a quantitative risk analysis that assesses the probability for contact between bighorn and domestic sheep and goat allotments on the Payette National Forest. The quantitative contact analysis was used to develop the new alternatives and replaces the *Risk Analysis of Disease Transmission Between Domestic Sheep and Bighorn Sheep on the Payette National Forest* (risk analysis) (USDA Forest Service 2006).

The disease model was also used to develop five additional alternatives. Outputs from this model assisted with determining the effects of domestic sheep grazing on the Payette National Forest to bighorn sheep populations beyond the administrative boundary of the Payette National Forest and allowed for comparing alternatives.

As with the original range of alternatives developed for the Draft Supplemental Environmental Impact Statement (DSEIS), this new set also responds to the direction outlined in the March 9, 2005, Decision for Appeal of the *Payette National Forest Land and Resource Management Plan* (Forest Plan) (USDA Forest Service 2003a). This decision found that the management direction in the Forest Plan does not adequately provide for habitat to ensure the maintenance or a viable bighorn sheep population within the Payette National Forest (36 CFR §219.19). The decision also found that the Forest Plan does not adequately protect bighorn sheep populations and habitat in the Hells Canyon National Recreation Area (HCNRA) (35 CFR §292.48). The Payette National Forest was found not compliant with National Forest Management Act (NFMA) regulations concerning wildlife viability of bighorn sheep and may not be compliant with the HCNRA Act and its implementing regulations. The Payette National Forest was instructed to amend the Forest Plan as necessary to ensure bighorn sheep viability.

Since this document supplements the *Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement* (FEIS), the Payette National Forest developed bighorn sheep management strategies to Alternative 7, the alternative selected in the FEIS. Similar to the DSEIS, Alternatives 1B, 2, 3, 4, 5, 6, and 7 from the Forest Plan FEIS were considered for this Final Supplemental Environmental Impact Statement (FSEIS). Also included in this analysis are Alternatives 7E and 7G from the DSEIS. The following new alternatives were developed and analyzed in the FSEIS: Alternatives 7L, 7M, 7N, 7O, and 7P.

BLM_0048923

In addition to utilizing the updated information and methodology, the Payette National Forest continued to use the issues developed and the comments received on the FEIS and the DSEIS for this process. The issues used are found in the FEIS (pages 1-14, 1-19, and 1-23):

1)  Terrestrial Wildlife Habitat and Species,
2)  Rangeland Resources, and
3)  Tribal Rights and Interests.

Public scoping and involvement on the FEIS was extensive and spanned a 7-year period. The 5-month public comment period on the DSEIS resulted in over 14,000 comments and the 45 day comment period on the update to the DSEIS resulted in about 12,000 comments. Tribal consultation was on going as the Payette National Forest continued to work with Cooperators from the States of Idaho, Oregon, and Washington and the Nez Perce and Shoshone-Bannock Tribes.

> Consistent with 36 CFR §219.20(a), the following pages will supplement the Development of Reasonable Range of Alternatives section, pages 2-1 through 2-2, of Chapter 2 of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## DEVELOPMENT OF REASONABLE RANGE OF ALTERNATIVES

To develop the reasonable range of alternatives for bighorn sheep management, the Payette National Forest used all public comments, tribal and regulatory agency consultation, and the Appeal Decision instructions received on the FEIS and the Forest Plan (USDA Forest Service 2003a). In addition, the Payette National Forest used comments received on the DSEIS (USDA Forest Service 2008) and the update (USDA Forest Service 2010); findings from science meetings held in California, Arizona, and Utah; findings from a meeting held in Idaho and sponsored by the Idaho Woolgrowers; and feedback from the recognized cooperators at scheduled meetings.

As with the alternatives developed for the DSEIS, the additional alternatives for this FSEIS were developed to fulfill the purpose and need for the proposed action and address the significant issues. Alternative 7 is carried into detailed study for comparison purposes only as it was found to not be compliant with NFMA and Alternative 7G is carried into detailed study because it was selected as the Preferred Alternative for the DSEIS.

The following significant issues were used to develop alternatives:

1)  Terrestrial Wildlife Habitat and Species

Issue Statement 1: Forest Plan management strategies may affect habitat for terrestrial wildlife species, including species that listed or proposed for listing under the Endangered Species Act, the Region 4 sensitive species, Species of special interest, species at risk, and Forest Management Indicator Species.

Issue Statement 2: Forest Plan management strategies may affect disruption, vulnerability and disease risk to terrestrial wildlife species.

BLM_0048924

2)  Rangeland Resources

Issue Statement: Forest Plan management strategies may affect rangeland resources, including lands considered suitable for livestock grazing and the form of livestock grazing management authorized under permit for the Payette National Forest.

3)  Tribal Rights and Interests

Issue Statement: Forest Plan management strategies may affect the availability of resources and the use of traditional places important to American Indian rights and interests.

One key assumption carried forward from the 2003 FEIS is that disease transmission from domestic sheep to bighorn sheep is a threat to the wild sheep species. Although the Payette National Forest did receive numerous comments in response to the DSEIS contending that disease transmission leading to die-offs in bighorn sheep is not a valid concern, the overwhelming majority of peer-reviewed and published science supports the assumption of transmission and transmission from domestic sheep to bighorn sheep has been demonstrated in laboratory settings (Dassanayke et al. 2009, Lawrence et al. Forthcoming) (see previous discussion on alternative arguments). No published source has yet to demonstrate that transmission is disproven in a laboratory setting. Even with the controversy over this issue, scientists from both sides of the issue have recommended the separation of the two sheep species as the appropriate measure to be taken.

**Risk of Contact**

Prior to developing the new alternatives, the Payette National Forest improved upon and/or developed three critical baseline analyses and models: (1) bighorn sheep source habitat model; (2) risk for contact between bighorn sheep and domestic sheep on the Payette model, which includes a core herd home range and foray analyses, and (3) a disease model that was developed to assess extirpation probabilities for bighorn sheep populations and assist with cumulative effects beyond the boundary of the Payette National Forest.

The bighorn sheep source habitat model used for the DSEIS was improved upon for the FSEIS and now more accurately depicts where the highest quality bighorn sheep habitat exists and its connectivity in and around the Payette National Forest. As before, summer and winter habitat was modeled separately.

The risk of contact model was used to depict contact potential events between bighorn sheep and domestic sheep on the Payette National Forest using the core herd home range analysis and a newly developed foray analysis. Both analyses were developed using the vast dataset that exists for the bighorn sheep populations within the area of concern for this project. The core herd home range analysis was recalculated to display herd home ranges for 15 herds and one area of concern in and around the Payette National Forest. According to the improved core herd home range model, herds continue to overlap, and connectivity between the individual herds creates the larger bighorn sheep metapopulation. The core herd home range replaced the Geographic Population Range (GPR). The foray analysis assesses the probability of bighorn sheep traveling to the variety of landscapes on the Payette National Forest.

The disease model was developed to help assess extinction probabilities for bighorn sheep populations based on the potential spread of disease within and beyond the boundary of the Payette National Forest that could affect the larger bighorn sheep metapopulation. The disease

BLM_0048925

model helps inform the Forest Service about whether or not each alternative provides adequate bighorn sheep habitat to help ensure viable populations. All of these models are more thoroughly described and documented in the Chapter 3 and in the *Modeling and Analysis Technical Report* (Appendix L).

> Consistent with 36 CFR §219.20(a), the following pages will supplement the Alternatives Considered but Eliminated from Detailed Study section, pages 2-9, of Chapter 2 of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## ALTERNATIVES CONSIDERED BUT ELIMINATED FROM DETAILED STUDY

The following alternatives were eliminated from detailed study for a variety of reasons. The most compelling reason was their reliance on the theory and data from the 2006 *Risk Analysis of Disease Transmission Between Domestic Sheep and Bighorn Sheep on the Payette National Forest.* Since the issuance of the DSEIS the Payette National Forest improved upon and/or developed three critical baseline analyses and models: (1) bighorn sheep source habitat model; (2) risk for contact between bighorn sheep and domestic sheep on the Payette model, which includes a core herd home range and foray analyses, and (3) a disease model that was developed to assess extirpation probabilities for bighorn sheep populations and assist with cumulative effects beyond the boundary of the Payette National Forest. Thus, these alternatives did not use all available and pertinent data.

### Alternative 7A

Alternative 7A was developed by the Payette National Forest after carefully considering the risk analysis (USDA Forest Service 2006). According to the analysis, a portion of the Smith Mountain Allotment is rated as very high risk and a portion of the Curren Hill Allotment is rated as high risk. The risk analysis rated the following entire allotments as high risk: French Creek, Bear Pete, and Marshall Mountain (USDA Forest Service 2006). Alternative 7A would designate the very high risk portion of the Smith Mountain Allotment and the high risk portion of the Curren Hill Allotment as unsuitable for domestic sheep grazing.

This alternative utilized only one component of the Salmon River GPR—a map provided by Idaho Department of Fish and Game (IDFG) biologists showing the GPR based on best professional judgment and data known at the time. The portions of the following allotments that fall within the IDFG delineation would be designated as unsuitable for domestic sheep grazing: Shorts Bar, Hershey Lava, French Creek, North Fork Lick Creek, Little French Creek, Vance Creek, Marshal Mountain, Bear Pete, Josephine, Victor-Loon, Twenty Mile, Fall/Brush, and Lake Fork.

Trailing routes that fall within the Smith Mountain and Curren Hill allotments and those allotments within the IDFG delineation would be closed to domestic sheep use.

Alternative 7A was removed from detailed consideration by the DSEIS interdisciplinary team (IDT) and Cooperators in lieu of Alternative 7G, which used all components of the Salmon River GPR. The DSEIS IDT and Cooperators believed that Alternative 7A did not utilize all available and pertinent data.

BLM_0048926

## Alternative 7B

The risk analysis (USDA Forest Service 2006) was also used to develop Alternative 7B, which would designate the following areas as unsuitable for domestic sheep grazing: the very high rated portion of the Smith Mountain Allotment and all allotments that were rated as high risk, including Curren Hill, French Creek, Bear Pete, and Marshall Mountain. This alternative would also designate some lands outside of the GPRs as unsuitable for domestic sheep grazing. Finally, this alternative would remove trailing route use inside of closed areas identified by either allotment closure or GPR closure.

When first developed, the Forest Service believed Alternative 7B accurately reflected 2007 grazing practices on the Payette National Forest. However, further examination revealed that Alternative 7B only reflected how the westside of the Payette National Forest was grazed in 2007 not the east side. Therefore, this alternative was removed from detailed consideration by the DSEIS IDT and Cooperators in lieu of Alternative 7K, which more closely, though not exactly, reflected how the west and east sides of the Payette National Forest were grazed in 2007.

## Alternative 7C

The HCNRA Act and the HCNRA Comprehensive Management Plan (CMP) were considered when developing Alternative 7C. The HCNRA Act states, "Where domestic livestock grazing is incompatible with protection, restoration, or maintenance of fish and wildlife or their habitats;…the livestock use shall be modified as necessary to eliminate or avoid the incompatibility. In the event an incompatibility persists after modification or modification is not feasible, the livestock use shall be terminated." Wildlife Standard Wld-S8 in the HCNRA CMP states, "Prevent the spread of diseases from domestic sheep by maintaining separation of the two species. Vacant allotments would not be stocked with domestic sheep unless a vaccine or other technique is found that eliminates the incompatibility." Alternative 7C would designate all National Forest System lands within the HCNRA as unsuitable for domestic sheep grazing. Alternative 7C would also remove trailing route use within the HCNRA.

Two Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*) metapopulations exist on the Payette National Forest, one within the Hells Canyon of the Snake River and the other among the Salmon River Mountains. However, this alternative did not address domestic sheep grazing on areas utilized by the Salmon River metapopulation and was removed from detailed consideration by the DSEIS IDT and Cooperators.

## Alternative 7D

Alternative 7D would designate all lands within the modeled Hells Canyon GPR on the west side of the Payette National Forest as unsuitable for domestic sheep grazing. Portions of the following allotments fall within the Hells Canyon GPR and would be considered unsuitable: Curren Hill, Smith Mountain, Boulder Creek, and Price Valley.

Similar to Alternative 7A, this alternative utilizes one component of the Salmon River GPR—a map provided by IDFG biologists showing the GPR based on best professional judgment and data known at the time. Utilizing this component, this alternative would designate portions of the following allotments that fall within the IDFG delineation as unsuitable for domestic sheep grazing: Shorts Bar, Hershey Lava, French Creek, North Fork Lick Creek, Little French Creek,

Vance Creek, Marshal Mountain, Bear Pete, Josephine, Victor-Loon, Twenty Mile, Fall/Brush, and Lake Fork.

This alternative was removed from consideration by the DSEIS IDT and Cooperators in lieu of Alternative 7G, which removed domestic sheep grazing from both the modeled Hells Canyon GPR and the Salmon River GPR. Alternative 7D does not utilize all available and pertinent data.

## Alternative 7F

Current Bureau of Land Management (BLM) guidelines (Desert Bighorn Council Technical Staff 1990) recommend a minimum 8.4-mile wide buffer strip between ranges used by domestic and bighorn sheep. This alternative utilizes those management guidelines for the Hells Canyon metapopulation and would designate lands within modeled and mapped ranges of individual rams and within 8.4 miles of known locations on the west side of the Payette National Forest as unsuitable for domestic sheep grazing. For the west side of the Payette National Forest, this alternative would designate portions of the following allotments that fall within the bighorn sheep ram home range as unsuitable for domestic sheep grazing: Curren Hill, Smith Mountain, Boulder Creek, and Price Valley. The ram home range was created by merging the home range analysis for all collared rams that came onto the Payette National Forest.

The Forest Service took a slightly different approach for the Salmon River metapopulation when developing this alternative. Instead of using the BLM guideline of 8.4 miles, the Forest Service used the 9-mile buffer recommended by Western Association of Fish and Wildlife Agencies (WAFWA). This alternative would designate areas within 9 miles of all known bighorn sheep locations identified prior to August 2007 as unsuitable for domestic sheep grazing, which would affect portions of the following allotments: Marshall Mountain, Bear Pete, Brundage, Jug Handle, and Victor-Loon.

In addition, this alternative would designate trailing routes that fell within this alternative as closed to domestic sheep use. Similar to Alternative 7G, this alternative considers the portions of allotments that exist within the Hells Canyon and Salmon River GPRs as unsuitable for domestic sheep grazing. However, this alternative also designates the area contained within a 9-mile buffer around each GPR as unsuitable. The following allotments are affected by this Alternative: Smith Mountain, Curren Hill, Boulder Creek, Price Valley, Surdam, Shorts Bar, Hershey-Lava, French Creek, Bear Pete, Marshall Mountain, Vance Creek, Little French Creek, Josephine, Victor-Loon, Grassy Mountain, Slab Butte, Cougar Creek, Twenty Mile, Brundage, Bill Hunt, Fall/Brush Creek, North Fork Lick Creek, Lake Fork, and Jughandle.

The DSEIS IDT and Cooperators removed this alternative from detailed consideration because domestic sheep suitability was determined according to two different standards: a 9-mile buffer within the Salmon River metapopulation and the ram GPR for the Hells Canyon metapopulation. The ram GPR was developed as described above, but included the telemetry points for rams only.

## Alternative 7I

This alternative would designate lands within all modeled source habitat and all areas within 1 mile of modeled source habitat within the entire Payette National Forest as unsuitable for domestic sheep grazing.

BLM_0048928

The Combined Team removed this alternative early in the process because experts believed it would be difficult for the wildlife managers to implement and the modeled GPRs already included the suitable source habitat currently known to be used by bighorn sheep.

## Alternative 7J

This alternative was developed by the Cooperators and presented to the Forest Service during an IDT and Cooperators meeting. The intent of this alternative was to locate landmarks, such as watershed divides, to manage separation since stray domestic sheep tend to wander downhill when separated from the band. Keeping the permitted sheep from going over a divide may be a way to manage them and avoid "downhill drift" into bighorn sheep herds. Areas considered unsuitable for domestic sheep grazing were altered to adjust for expected animal behavior (downhill movement patterns) and to include a portion of the Little Salmon River 4th hydrologic unit. This alternative would designate the following areas as unsuitable for domestic sheep grazing: the Brownlee 4th field hydrologic unit, the Hells Canyon 4th field hydrologic unit, a portion of the Little Salmon 4th field hydrologic unit, a portion of the Weiser 4th field hydrologic unit, the combination of 4th field west side and 4th and 6th on the east side near Lick Creek, the Lower Salmon 4th field hydrologic unit, the Middle Salmon/Chamberlain 4th field hydrologic unit, the South Fork Salmon 4th field hydrologic unit, the Lower Middle Fork Salmon 4th field hydrologic unit, the Upper Middle Fork Salmon 4th field hydrologic unit, and two 6th field hydrologic units of the North Fork Payette 4th field hydrologic unit around Lick Creek summit. Trailing routes within the hydrologic units listed above and the entire Salmon River driveway would also be closed to domestic sheep use. The following allotments would be affected by this alternative: Smith Mountain, Curren Hill, Boulder Creek, Price Valley, Shorts Bar, Hershey-Lava, French Creek, Bear Pete, Marshall Mountain, Little French Creek, Josephine, Victor-Loon, North Fork Lick Creek, Lake Fork, and Jughandle.

## Alternative 7K

Alternative 7K implemented recent out of court settlement to determine areas unsuitable for domestic sheep grazing and represents similar use patterns as approved for the 2007 through 2010 grazing seasons. In this alternative, the following areas would be considered unsuitable for domestic sheep grazing: all of the Curren Hill Allotment; the Smith Mountain Allotment in the 6th field hydrologic units rated as very high in the risk analysis (USDA Forest Service 2006); the Shorts Bar Allotment, the northern portion of the Hershey Lava Allotment; and the entire French Creek Allotment. In addition to trailing routes within the areas noted above, this alternative would designate the Salmon River Driveway south of the intersection with the Hornet Creek Road and Marshal Mountain as closed to domestic sheep use.

BLM_0048929

## Alternatives 5K, 10K, 15K, 20K, 25K, and 30K

The new risk analysis model enabled the IDT to measure the risk for contact between bighorn sheep and domestic sheep as the distance between the domestic sheep allotment and the core herd home range increased. Several distances were modeled—5 kilometers (km), 10 km, 15 km, 20 km, 25 km, and 30 km—and thus became the alternative names. These alternatives attempted to calculate the distance required to keep the two sheep species separated and to discover how far allotments had to be from the core herd home range for the risk for contact to approach zero. These alternatives were dropped from detailed study for two reasons: (1) these boundaries would be difficult to locate on the landscape and thus manage and (2) these alternatives were not sensitive to actual landscape conditions such as bighorn sheep source habitat.

> Consistent with 36 CFR §219.20(a), the following pages will supplement the Alternatives Considered in Detail section, pages 2-44, of Chapter 2 of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

### ALTERNATIVES CONSIDERED IN DETAIL

The Appeal Reviewing Officer instructed the Regional Forester to further analyze and evaluate the viability of bighorn sheep for all the alternatives in the Forest Plan (USDA Forest Service 2003a). As such, in addition to analyzing the new alternative, the original alternatives are also reviewed.

## Elements Common to All Alternatives

The alternatives considered in detail all pertain exclusively to National Forest System lands on the Payette National Forest and not to other Ecogroup Forests or to surrounding National Forest System or BLM lands.

## Alternatives 1B, 2, 5, 7

The seven alternatives evaluated in the FEIS for the Forest Plan can be combined into two categories based on how they affected the risk of contact between domestic and bighorn sheep. The first category contains Alternatives 1B, 2, 5, 7, which designates all acres on the Payette National Forest as suitable for domestic sheep grazing. All trailing routes remained open in these alternatives.

Alternative 7 was chosen as the alternative to be implemented in the Record of Decision for the FEIS, which was subsequently appealed. The portion of Alternative 7 tied to bighorn sheep viability, disease transmission between domestic sheep and bighorn sheep, and compliance with the HCNRA Act was remanded to the Regional Forester for improved and additional analysis. To meet the appeal requirements related to the potential impacts of disease transmission from domestic sheep on the Payette National Forest, modifications to Alternative 7 were developed and are analyzed in Chapter 3. Because this alternative was found to not be compliant with the NFMA, it cannot be selected as the final decision. For Alternative 7, zero acres are identified as unsuitable for domestic sheep.

### Issues Used to Develop the Alternative

Terrestrial Wildlife Habitat and Species: These alternatives provide little or no habitat on the Payette National Forest to provide for bighorn sheep viability. These alternatives do not address disease transmission between domestic sheep and bighorn sheep.

BLM_0048930

Rangeland Resources: This set of alternatives respond to rangeland resources by determining 100,310 acres on the Payette National Forest as suited for domestic sheep grazing.

Tribal Rights and Interests: Alternatives 1B, 2, 5 and 7 provide little or no long-term harvest ability of bighorn sheep for tribal members and thus do not respond to this issue.

## Alternatives 3, 4, 6

These alternatives were also proposed in the FEIS and are grouped together as the second category of alternatives. These alternatives would designate zero acres of suitable rangeland portions of the Smith Mountain Allotment overlapping current bighorn sheep habitat as available for domestic sheep grazing. All trailing routes would remain open.

### **Issues Used to Develop the Alternative**

Terrestrial Wildlife Habitat and Species Issue 2: These alternatives address disease transmission from domestic sheep to bighorn sheep by determining 7,228 acres as unsuitable for domestic sheep grazing.

Rangeland Resources: These alternatives affect rangeland resources by determining 7,228 acres as unsuited and 93,082 acres as suited for domestic sheep grazing.

Tribal Rights and Interests: Alternatives 3, 4, and 6 greatly reduce the harvest ability for tribal members.

## Alternative 7E

Alternative 7E would designate zero acres within the Payette National Forest as suitable for domestic sheep grazing and would leave no trailing routes open to use within the entire Payette National Forest.

The following allotments would be affected by this Alternative: Smith Mountain, Curren Hill, Boulder Creek, Price Valley, Surdam, Shorts Bar, Hershey-Lava, French Creek, Bear Pete, Marshall Mountain, Vance Creek, Little French Creek, Josephine, Victor-Loon, Grassy Mountain, Slab Butte, Cougar Creek, Twenty Mile, Brundage, Bill Hunt, Fall/Brush Creek, North Fork Lick Creek, Lake Fork, and Jughandle.

### **Issues Used to Develop this Alternative**

Terrestrial Wildlife Habitat and Species Issue 2: This alternative would address disease transmission from domestic sheep to bighorn sheep by determining all 100,310 acres of capable domestic sheep grazing land as unsuitable for domestic sheep grazing and closing all trailing routes within the Payette National Forest. Alternative E would provide the most habitat for viable populations of bighorn sheep.

Rangeland Resources: This alternative would have the greatest affect on rangeland resources by determining all 100,310 of capable acres as unsuitable for domestic sheep grazing.

Tribal Rights and Interests: Because Alternative 7E would remove the risk for contact between bighorn and domestic sheep on the Payette National Forest it could provide the greatest long-term ability to harvest bighorn sheep in all traditional locations influenced by the Payette National Forest.

BLM_0048931

## Alternative 7G

In the DSEIS, populations of bighorn sheep were identified using the GPR model. The GPR was developed utilizing the risk analysis (USDA Forest Service 2006) that is no longer in effect for the FSEIS. Alternative 7G uses the GPRs as boundaries only (not tied to the risk analysis) and would designate zero acres within the Hells Canyon and Salmon River GPRs as suitable for domestic sheep grazing. This alternative would leave no trailing routes open within the GPRs.

The following allotments would be affected by this alternative: Smith Mountain, Curren Hill, Boulder Creek, Price Valley, Shorts Bar, Hershey-Lava, French Creek, Bear Pete, Marshall Mountain, Vance Creek, Little French Creek, Josephine, Victor-Loon, Twenty Mile, Fall/Brush Creek, North Fork Lick Creek, and Lake Fork.

### Issues Used to Develop this Alternative

Terrestrial Wildlife Habitat and Species Issue 2: This alternative would address disease transmission from domestic sheep to bighorn sheep by determining all 61,842 suitable acres within the GPRs as unsuitable for domestic sheep grazing and closing all trailing routes within the GPRs.

Rangeland Resources: This alternative would affect rangeland resources by determining 61,842 suitable acres as unsuitable for domestic sheep grazing and 38,468 acres as suited.

Tribal Rights and Interests: Alternative 7G would consider no land within the GPRs as suitable for domestic sheep grazing, thus reducing contact between the two species and potentially providing for greater tribal harvest opportunity.

## Alternative 7L

Alternative 7L was developed using the updated quantitative risk analysis and landmarks, such as watershed divides, streams, roads, and allotment boundaries, to make implementation easier. This alternative would attempt to remove only the very highest risk areas from domestic sheep grazing while keeping suitable range land open.

On the Westside of the Payette National Forest, zero acres of the Curren Hill and Surdam Allotments would be designated suitable for domestic sheep grazing, while the eastern 35 percent of the Smith Mountain Allotment and all of Boulder Creek and Price Valley Allotments would be designated as suitable for domestic sheep grazing. On the eastside of the Payette National Forest, zero acres of the Shorts Bar and North Fork Lick Creek Allotments would be designated suitable for domestic sheep grazing. The southwest 25 percent of the Hershey-Lava Allotment, the very eastern 15 percent of the French Creek Allotment, the eastern 40 percent of the Bear Pete Allotment, and the western 70 percent of the Marshal Mountain Allotment would be designated suitable for domestic sheep grazing.

### Issues Used to Develop the Alternative

Terrestrial Wildlife Habitat and Species Issue 2: This alternative would address disease transmission from domestic sheep to bighorn sheep by determining all 35,999 suitable acres as unsuitable for domestic sheep grazing and closing all trailing routes within the alternative area.

Rangeland Resources: This alternative would affect rangeland resources by determining 35,999 suitable acres as unsuitable for domestic sheep grazing and 64,311 acres as suited.

BLM_0048932

Tribal Rights and Interests: Alternative 7L would consider 64,311 acres as suitable for domestic sheep grazing, thus reducing contact between the two species and potentially providing for greater tribal harvest opportunity.

## Alternative 7M

Alternative 7M was developed using the updated quantitative risk analysis and landmarks, such as watershed divides, streams, roads, and allotment boundaries, to make implementation easier. This alternative was designed to remove more risk from the landscape and keep grazing outside of the core herd home range areas.

On the westside of the Payette National Forest, zero acres of the Curren Hill, Surdam, and Boulder Creek Allotments would be designated suitable for domestic sheep grazing. The eastern 25 percent of the Smith Mountain Allotment would be designated suitable for domestic sheep grazing. The eastern 85 percent of the Price Valley Allotment would be designated suitable for domestic sheep grazing. On the eastside of the Payette National Forest, zero acres of the Shorts Bar, French Creek, Marshall Mountain, North Fork Lick Creek, and Lake Fork Allotments would be designated suitable for domestic sheep grazing. The southwestern 25 percent of the Hershey-Lava Allotment and eastern 30 percent of the Bear Pete Allotment would be designated suitable for domestic sheep grazing. The northern 50 percent of the Victor-Loon Allotment, western 25 percent of the Twenty Mile Allotment, and southern 90 percent of the Jughandle Allotment would be designated suitable for domestic sheep grazing.

### Issues Used to Develop the Alternative

Terrestrial Wildlife Habitat and Species Issue 2: This alternative would address disease transmission from domestic sheep to bighorn sheep by determining 57,065 suitable acres as unsuitable for domestic sheep grazing and closing all trailing routes within the alternative area.

Rangeland Resources: This alternative would affect rangeland resources by determining 57,065 suitable acres as unsuitable for domestic sheep grazing and 43,245 suitable acres as suited.

Tribal Rights and Interests: Alternative 7M would consider 43,245 acres within the alternative area as suitable for domestic sheep grazing, thus reducing contact between the two species and potentially providing for greater tribal harvest opportunity.

## Alternative 7N

Alternative 7N was developed using the updated quantitative risk analysis and landmarks, such as watershed divides, streams, roads, and allotment boundaries, to make implementation easier. This alternative was designed to remove most of the high risk area and replace grazing areas of lower risk.

On the west of the Payette National Forest, zero acres of the Curren Hill, Surdam, and Boulder Creek Allotments are designated suitable for domestic sheep grazing. The eastern 25 percent of the Smith Mountain allotment and eastern 85 percent of the Price Valley Allotment are designated suitable for domestic sheep grazing. On the eastside of the Payette National Forest, zero acres of the Shorts Bar, Grassy Mountain, Vance Creek, Hershey-Lava, Little French Creek, French Creek, Marshall Mountain, and North Fork Lick Creek Allotments would be designated suitable for domestic sheep grazing. The western 85 percent of the Josephine Allotment, eastern 25 percent of Bear Pete Allotment, northern 50 percent of the Victor-Loon

BLM_0048933

Allotment, and western 25 percent of the Twenty Mile Allotment would be designated suitable for domestic sheep grazing.

**Issues Used to Develop the Alternative**

Terrestrial Wildlife Habitat and Species Issue 2: This alternative would address disease transmission from domestic sheep to bighorn sheep by determining all 61,918 suitable acres as unsuitable for domestic sheep grazing and closing all trailing routes within the alternative area.

Rangeland Resources: This alternative would affect rangeland resources by determining 61,918 suitable acres as unsuitable for domestic sheep grazing and 38,392 acres as suited.

Tribal Rights and Interests: Alternative 7N would consider 38,392 acres within the alternative area as suitable for domestic sheep grazing, thus reducing contact between the two species and potentially providing for greater tribal harvest opportunity.

## Alternative 7O

Alternative 7O was developed using the updated quantitative risk analysis and landmarks, such as watershed divides, streams, roads, and allotment boundaries, to make implementation easier. This alternative was designed to remove all areas of major risk and keep allotments as intact as possible while reducing monitoring to minimal levels.

On the westside of the Payette National Forest, zero acres of the Curren Hill, Surdam, and Boulder Creek Allotments would be designated suitable for domestic sheep grazing. The eastern 25 percent of the Smith Mountain Allotment and eastern 85 percent of the Price Valley Allotment would be designated suitable for domestic sheep grazing. On the eastside of the Payette National Forest, zero acres of the Shorts Bar, Grassy Mountain, Vance Creek, Hershey-Lava, Little French Creek, French Creek, Josephine, Bear Pete, Marshall Mountain, Victor-Loon, North Fork Lick Creek, and Lake Fork Allotments would be designated suitable for domestic sheep grazing. The western 25 percent of the Twenty Mile Allotment and southern 90 percent of the Jughandle Allotment would be designated suitable for domestic sheep grazing.

**Issues Used to Develop the Alternative**

Terrestrial Wildlife Habitat and Species Issue 2: This alternative would address disease transmission from domestic sheep to bighorn sheep by determining all 68,718 suitable acres as unsuitable for domestic sheep grazing and closing all trailing routes within the alternative area.

Rangeland Resources: This alternative would affect rangeland resources by determining 68,718 suitable acres as unsuitable for domestic sheep grazing and 31,592 acres as suited.

Tribal Rights and Interests: Alternative 7O would consider 31,592 acres within the alternative area as suitable for domestic sheep grazing, thus reducing contact between the two species and potentially providing for greater tribal harvest opportunity.

## Alternative 7P

Alternative 7P was developed using the updated quantitative risk analysis and landmarks, such as watershed divides, streams, roads, and allotment boundaries, to make implementation easier. This alternative was designed to balance bighorn sheep protection and the amount of suitable rangeland.

BLM_0048934

On the westside of the Payette National Forest, zero acres of the Curren Hill, Surdam, and Boulder Creek Allotments would be designated suitable for domestic sheep grazing. The eastern 35 percent of the Smith Mountain Allotment and eastern 85 percent of the Price Valley Allotment would be designated suitable for domestic sheep grazing. On the eastside of the Payette National Forest, zero acres of the Shorts Bar, Little French Creek, French Creek, Marshall Mountain, and North Fork Lick Creek Allotments would be designated suitable for domestic sheep grazing. The southwest 25 percent of the Hershey-Lava Allotment, western 85 percent of the Josephine Allotment, eastern 25 percent of Bear Pete Allotment, northern 50 percent of Victor-Loon Allotment, and western 25 percent of the Twenty Mile Allotment would be designated suitable for domestic sheep grazing.

**Issues Used to Develop the Alternative**

Terrestrial Wildlife Habitat and Species Issue 2: This alternative would address disease transmission from domestic sheep to bighorn sheep by determining all 54,204 suitable acres as unsuitable for domestic sheep grazing and closing all trailing routes within the alternative area.

Rangeland Resources: This alternative would affect rangeland resources by determining 54,204 capable acres as unsuitable for domestic sheep grazing and 46,106 acres as suited.

Tribal Rights and Interests: Alternative 7P would consider 46,106 acres within the alternative area as suitable for domestic sheep grazing, thus reducing contact between the two species and potentially providing for greater tribal harvest opportunity.

> Consistent with 36 CFR §219.20(a), the following pages will replace the Effects on Bighorn Sheep in the Comparison of Alternatives section, page 2-75, of Chapter 2 of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## COMPARISON OF ALTERNATIVES

### Comparison of Alternative Effects on Resource Issue and Indicators

**Terrestrial Wildlife Habitat and Species**

**Effects on Bighorn Sheep:** Alternatives were evaluated on their merits for providing separation and minimizing the likelihood of contact between bighorn sheep and domestic sheep on seven bighorn sheep herds on, and adjacent to, the Payette National Forest. The alternatives were compared on the basis of outputs from the summer source habitat model, the risk of contact model (the core herd home range and foray analyses), and the disease model.

*Source Habitats Model*

Those alternatives that provided the highest amount of summer source habitat and the least suited rangelands open to domestic sheep grazing were generally considered the best options for bighorn sheep population persistence (Table 2-19a).

The configuration of source habitats, bighorn sheep use of these habitats, and the geographical proximity of bighorn sheep to domestic sheep allotments are significant factors in evaluating the potential for contact and disease transmission. Hence, we infer that overlap between bighorn sheep core herd home ranges and domestic sheep allotments will result in repeated contacts that will result in a disease outbreak.

BLM_0048935

Table 2-19a displays percent of bighorn sheep core herd home ranges that overlap with domestic sheep allotments. This table suggests that Alternatives 1, 2, 5, 7 and 3, 4, 6 pose significant threats to the Muir Creek and Upper Hells Canyon bighorn sheep populations; Alternatives 7G and 7L pose threats to the Upper Hells Canyon population.

**Table 2-19a. Overlap between Bighorn Sheep Core Herd Home Ranges and Domestic Sheep Allotments between Alternatives**

| Core Home Range | Total Acres | 1B, 2, 5, 7 (%) | 3, 4, 6 (%) | 7E (%) | 7G (%) | 7L (%) | 7M, 7N, 7O, 7P (%) |
|---|---|---|---|---|---|---|---|
| Big Canyon | 45,688 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Little Salmon | 26,199 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Main Salmon South Fork | 187,380 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Muir Creek | 285,539 | 5.97 | 0.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| Myers Creek | 154,961 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Upper Hells Canyon | 592,005 | 15.83 | 10.84 | 0.00 | 0.02 | 3.13 | 0.00 |
| Sheep Mountain | 21,459 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Creek | 113,975 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

We further evaluated distances from bighorn sheep core herd home ranges to domestic sheep allotments, the inference being the greater distances between the species offers the greatest probability for persistence of bighorn sheep herds (Table 2-19b). These analyses suggested the Little Salmon, Main Salmon South Fork, Upper Hells Canyon, and Muir populations are potentially at risk for all alternatives except Alternative 7E. These results may explain why contact scenarios, and resulting disease modeling, indicate moderate-to-high risk extirpation probabilities for these bighorn sheep populations under most alternatives, even when probabilities of disease outbreak given contact are assumed to be low.

**Table 2-19b. Distance (in km) from Bighorn Sheep Core Herd Home Ranges to Domestic Sheep Allotments**

| Herd Home Range | 1B, 2, 5, 7 | 3, 4 6 | 7E | 7G | 7L | 7M | 7N | 7O | 7P |
|---|---|---|---|---|---|---|---|---|---|
| Big Canyon | 35 | 35 | No allotments | 42 | 42 | 43 | 51 | 51 | 43 |
| Little Salmon | 1 | 1 | No allotments | 1 | 1 | 1 | 8 | 8 | 1 |
| Main Salmon South Fork | 0 | 0 | No allotments | 5 | 3 | 11 | 12 | 22 | 12 |
| Upper Hells Canyon | 0[a] | 0[a] | No allotments | 0[a] | 0[a] | 0 | 0 | 0 | 0 |
| Muir Creek | 0[a] | 0[a] | No allotments | 15 | 7 | 13 | 13 | 13 | 13 |
| Myers Creek | 6 | 6 | No allotments | 21 | 20 | 20 | 30 | 30 | 20 |
| Sheep Mountain | 12 | 16 | No allotments | 20 | 20 | 20 | 20 | 20 | 20 |
| Big Creek | 38 | 38 | No allotments | 39 | 39 | 40 | 40 | 43 | 39 |

[a] Domestic sheep allotment overlaps bighorn sheep core herd home range

BLM_0048936

Table 2-19c summarizes alternative outcomes and ranks the alternatives on their ability to provide separation between source habitats potentially occupied by the two species (1 being the best and 8 being the worst). Obviously, those alternatives that do not contain overlap between core herd home ranges and domestic sheep allotments are considered better for bighorn sheep than those where overlap occurs.

**Table 2-19c. Relative Ranking of Alternatives Based on Protection of Bighorn Sheep Summer Source Habitats and Rangeland Remaining Suited for Domestic Sheep Grazing**

| Alternative | Summer Source Habitat Protected (%) | Summer Source Habitat Protected (Acres) | Suited Rangeland Habitat for Domestic Sheep (%) | Suited Rangeland Habitat for Domestic Sheep (Acres) | Relative Ranking of Alternatives For Providing Separation Between Domestic and Bighorn Sheep |
|---|---|---|---|---|---|
| 1B, 2, 5, and 7 | 0.00 | 0 | 100.00 | 100,310 | 9 |
| 3, 4, and 6 | 9.20 | 33,918 | 92.79 | 93,082 | 8 |
| 7G | 71.43 | 263,338 | 38.35 | 38,468 | 6/7 |
| 7L | 85.64 | 315,715 | 64.11 | 64,311 | 6/7 |
| 7M | 91.94 | 338,934 | 43.11 | 43,245 | 5 |
| 7N | 91.56 | 337,532 | 38.27 | 38,392 | 2/3 |
| 7O | 94.05 | 346,696 | 31.49 | 31,592 | 2/3 |
| 7P | 90.16 | 332,372 | 45.96 | 46,106 | 4 |
| 7E | 100.00 | 368,641 | 0.00 | 0 | 1 |

### Risk of Contact Model

Alternatives were ranked based on the frequency of interspecies contact modeled through the core herd home range and foray analyses. Logically, if the likelihood of contact is greater, the potential for disease transmission and resulting disease outbreaks was also greater. Table 2-19d displays the relative ranking of alternatives based on the number of contacts per year.

**Table 2-19d. Relative Ranking of Alternatives Based on Modeled Contact between Bighorn Sheep and Domestic Sheep Allotments**

| Herd Name | 1B, 2, 5, 7 | 3, 4, 6 | 7G | 7L | 7M | 7N | 7O | 7P | 7E |
|---|---|---|---|---|---|---|---|---|---|
| Big Canyon | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Little Salmon | 0.07 | 0.07 | 0.04 | 0.04 | 0.03 | 0.01 | 0.01 | 0.03 | 0.00 |
| Main Salmon South Fork | 1.01 | 1.01 | 0.35 | 0.31 | 0.19 | 0.08 | 0.04 | 0.12 | 0.00 |
| Upper Hells Canyon | 0.15 | 0.15 | 0.09 | 0.13 | 0.05 | 0.03 | 0.03 | 0.05 | 0.00 |
| Muir Creek | 0.06 | 0.03 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Myers Creek | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

BLM_0048937

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sheep Mountain | 0.03 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Contacts per year | 1.33 | 1.28 | 0.49 | 0.49 | 0.27 | 0.12 | 0.08 | 0.20 | 0.00 |
| Relative Ranking of Alternatives For Minimizing Contact | 8/9 | 8/9 | 6/7 | 6/7 | 4/5 | 2/3 | 2/3 | 4/5 | 1 |

Alternative 7E is the only alternative that prevents interspecies contact and some level of contact is expected for all bighorn sheep populations, except Big Canyon, in the action alternatives. Alternatives 7N and 7O reveal low contact rates (0.12 and 0.08, respectively). Although these are the lowest contact rates, the potential for contact exists in the Main Salmon South Fork and Upper Hells Canyon herds—two populations that contribute to the largest populations on, or adjacent to, the Payette National Forest. Alternatives 1, 2, 5, 7; 3, 4, 6; 7G; and 7L have moderate-to-high contact rates that involve four to seven of the populations. Alternatives 7M and 7P have moderate contact rates that affect the Main Salmon South Fork, Little Salmon, and Upper Hells Canyon populations, with the greatest contact risk to the Main Salmon South Fork (highest current population).

***Disease Model***

Alternatives were compared using low (0.05), moderate (0.25), and high (1.0) probabilities of a disease outbreak given contact. Under all alternatives, the Sheep Creek population has a high probability of extirpation due to recurrent disease outbreaks that have reduced this population to 11 individuals (all ewes in older age classes). For Alternative 7E, the probability of a disease outbreak for all herds is 0. Action alternatives were ranked from 1 to 8, with 1 having the highest likelihood of population persistence.

When the inference for a disease outbreak given contact is assumed to be low (0.05), all populations have a high probability of persistence under Alternatives 7M, 7N, 7O, and 7P. Under Alternatives 1, 2, 5, 7 and 3, 4, 6, the Little Salmon, Main Salmon South Fork, and Upper Hells Canyon populations have a high probability of extirpation. Under Alternatives 7G and 7L, the Upper Hells Canyon population has a moderate probability of extirpation.

Under moderate assumptions (0.25) for a disease outbreak given contact, the Upper Hells Canyon population has a high probability of extirpation under all alternatives except 7N and 7O. Little Salmon and Main Salmon South Fork have a high probability of extirpation under Alternatives 1, 2, 5, 7; 3, 4, 6; 7G; and 7L. Alternatives 7N, 7O; 7P; and 7M possibly have the highest persistence levels for maintaining the Main Salmon South Fork and Little Salmon populations.

Under high probability assumptions (1.0) for a disease outbreak given contact, all populations show a high probability of extirpation under Alternatives 1B, 2, 5, 7 and 3, 4, 6. Big Canyon, Muir Creek, and Myers Creek may persist under Alternatives 7G, 7L, 7M, 7N, 7O, and 7P. Little Salmon, Main Salmon South Fork, and Upper Hells Canyon have a high probability of extirpation under all alternatives, with the exception of Alternative 7O; Little Salmon and Main Salmon South Fork have a moderate probability of extirpation.

Assumptions regarding the probability of a disease outbreak given contact have substantial implications for the estimating the persistence of these bighorn sheep populations on, and

BLM_0048938

adjacent to, the Payette National Forest. However, for all scenarios, the relative rankings of the action alternatives are similar, with Alternatives 7N and 7O offering the greatest persistence probabilities for all populations. Alternatives 1B, 2, 5, 7 and 3, 4, 6 consistently had the highest probabilities of extirpation. The remaining alternatives fell in between 1B, 2, 5, 7; 3, 4, 6; and 7N/7O, with Alternatives 7M and 7P generally contributing to higher population persistence than Alternatives 7G and 7L.

**Summary and Determinations**

The results the three separate models (source habitat, risk of contact, and disease) result in a similar ranking of alternatives. The severity of the outcomes from the disease model depends largely on assumptions made relative to probability of a disease outbreak given contact. However, even though these assumptions varied, the alternative rankings for this model remained unchanged.

Alternative 7E provides the greatest protection to bighorn sheep habitats, the least likelihood of contact, and the highest probabilities of persistence for all bighorn sheep populations. This alternative would **have a Beneficial Impact** on bighorn sheep as a sensitive species.

Of the action alternatives, 7N and 7O protect the most source habitat and retain the least suited rangeland for domestic sheep. Contacts per year are low (0.12 and 0.08, respectively). At moderate probabilities for a disease outbreak given contact (0.25), several herds showed moderate-to-high persistence probabilities. The Upper Hells Canyon had a low probability of persistence under this alternative. For bighorn sheep, as a sensitive species, these alternatives **May Impact Individuals or Habitat, But Will Not Likely Contribute to a Trend Towards Federal Listing or Loss of Viability to the Population or Species.**

Alternatives 7M and 7P are viewed as middle-ground alternatives and have similar outputs from the three models. The main difference between the alternatives is that 7M shows core herd home ranges that contact domestic sheep allotment boundaries. The risk of contact is also considered moderate (0.27 and 0.20 respectively). Under Alternative 7M, at a moderate probability for disease outbreak given contact (0.25), the disease model suggests that the Little Salmon, Main Salmon South Fork, and Upper Hells Canyon populations may not persist, whereas under 7P, the Main Salmon South Fork and Little Salmon have a 21 percent likelihood of extirpation. Hence, Alternative 7P may allow the persistence of bighorn sheep in the Main Salmon South Fork population. For bighorn sheep, as a sensitive species, **Alternative 7P May Impact Individuals or Habitat, But Will Not Likely Contribute to a Trend Towards Federal Listing or Loss of Viability to the Population or Species. Alternative 7M Will Impact Individuals or Habitat with a Consequence that the Action May Contribute to a Trend Towards Federal Listing or Cause a Loss of Viability to the Population or Species.**

Alternatives 7G; 7L; 1, 2, 5, 7; and 3, 4, 6 would have the highest risks of contact and protect the least amount of source habitats. These alternatives would likely not ensure bighorn sheep populations on, and adjacent to, the Payette National Forest. For bighorn sheep, as a sensitive species, these alternatives **Will Impact Individuals or Habitat with a Consequence that the Action May Contribute to a Trend Towards Federal Listing or Cause a Loss of Viability to the Population or Species.**

BLM_0048939

Alternatives are thus ranked from the highest to lowest probability for bighorn sheep persistence:

**7E–7N/7O–7P–7M–7G/7L–1B, 2, 5, 7/3, 4, 6**

**Cumulative Effects Summary**

The risk of contact model was run under two potential cumulative effects scenarios:

(1) C0—domestic sheep management on BLM, the Nez Perce National Forest, State, and private lands would be managed as they are currently

(2) C1—domestic sheep grazing on all adjacent Federal lands would be curtailed (i.e., analogous to Alternative 7E in this document), while existing domestic sheep grazing would continue on State and private lands

The risk of contact model suggests an additional 1.59 contacts per year for C0. The majority of the additional contacts were from Federal lands along the Main Fork of the Salmon River. If domestic sheep grazing is curtailed on all Federal, State, and private lands adjacent to the Payette National Forest (C1), the model predicts an additional 0.49 contacts per year. Hence, under Alternative 7E, which removes domestic sheep grazing on the Payette National Forest, the modeled contact rates would be 1.59 and 0.50 for C0 and C1, respectively, under a cumulative effects scenario.

The implications of these additional contacts, particularly from adjacent Federal lands, would be substantial and contribute more to contact risk between the species than any of the action alternatives. Modeled contacts per year would increase among the alternatives from 0.08–1.33 to 1.68–2.92 for the action alternatives (Table W-29 in the Terrestrial Wildlife Habitat and Species). Although the disease model was not run for the cumulative effects analysis, cumulative effects would dramatically increase the extinction probabilities for all scenarios.

Even 0.50 additional contacts per year pose a substantial increase in contact risk. Modeled contacts per year would increase among the alternatives from 0.08–1.33 to 0.58–1.82. The largest bighorn sheep populations (Main Salmon South Fork and Upper Hells Canyon) under Alternatives 7N and 7O, which were the most favorable action alternatives, would likely not persist under this cumulative effects scenario. The relative ranking of the alternatives presented above would remain the same, but the probabilities of contact would increase 0.50 for each alternative. Figure 2-4 displays source habitats; suited rangelands that remain open for domestic sheep grazing; and the probabilities of contact for each of the alternatives, including the cumulative effects scenarios.

BLM_0048940

**Figure 2-4. Comparison of alternatives in terms of percentage of bighorn sheep summer source habitat protected; percentage of suited rangelands that remains open for domestic sheep grazing; and the modeled contacts per year due to forays outside of the herd home ranges.**



*Note*: C shows the modeled contact rates with allotments on the Payette National Forest alone. C0 and C1 are cumulative effect scenarios. C0 shows the modeled contact rates for alternatives plus additional contact estimates for Federal, State, and private lands adjacent to the Payette National Forest. C1 shows modeled contact rates for alternatives plus additional contact estimates for State and private lands adjacent to the Payette National Forest.

BLM_0048941

Consistent with 36 CFR §219.20(a), the following pages update and add to the Compliance with the Hells Canyon National Recreation Area Act (P.L. 94-199) section, pages 2–131 of Chapter 2 of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## COMPLIANCE WITH THE HELLS CANYON NATIONAL RECREATION AREA ACT (P.L. 94-199)

Several bighorn sheep herds utilize the HCNRA and move freely back and forth to other National Forest and BLM lands, including the Payette National Forest. Bighorn sheep habitat is extensive and interconnected throughout the canyon area and up into the high elevation mountain peaks of the Seven Devils and into the Salmon River drainage (Figure 2-5 and Chapter 3, Bighorn Sheep Core Herd Home Range analysis). Starting in 1994, a sample of bighorn sheep in the HCNRA was fitted with telemetry radio collars and monitored bi-weekly. A core herd home range analysis was completed for each of these 16 herd populations using this information. This analysis demonstrates the interconnectivity between the herd units and the extent which bighorn sheep move across the landscape. In addition, bighorn sheep foray in and out of domestic sheep allotments located on the Payette National Forest, often returning to the HCNRA. Permitted domestic sheep grazing allotments on the Payette National Forest lie in and immediately adjacent to the HCNRA and inside the core herd home range of the Upper Hells Canyon and Muir Creek herds. In consideration of the above information, the following determinations have been made regarding compatibility with the HCNRA Act and the HCNRA CMP for the action alternatives.

BLM_0048942

**Figure 2-5. Hells Canyon National Recreation Area on the Payette National Forest**



BLM_0048943

**Alternatives 1B, 2, 5, 7; 3, 4, 6; and 7L**

Alternatives 1B, 2, 5, 7; 3, 4, 6; and 7L would allow domestic sheep grazing on the Payette National Forest within the boundary of the HCNRA or within modeled bighorn sheep core herd home range outside the HCNRA boundary. The core herd home range is where 95 percent of the bighorn sheep locations recently occurred according to radio telemetry data (see Chapter 3, Bighorn Sheep Core Herd Home Range Analysis). Allotments lying within core herd home range have a 100 percent probability of a bighorn sheep contacting that allotment (see Tables 2-19a and 2-19b). Probabilities of contact between bighorn sheep herds and domestic sheep allotments have been calculated for the Payette National Forest using a quantitative risk for contact analysis.

The Smith Mountain and Curren Hill Allotments are within and adjacent to the HCNRA. The majority of these allotments are within core herd home range, which would present a very high risk of disease transmission from domestic sheep to bighorn sheep. The risk would be higher when and if the bighorn sheep population increases. Enough separation between the two species is needed to maintain bighorn sheep on the HCNRA (Schommer and Woolever 2001); therefore, Alternatives 1B, 2, 5, 7; 3, 4, 6; and 7L are not in compliance with the compatibility requirements of the HCNRA Act (Table 2-84).

**Alternative 7E**

Alternative 7E would remove domestic sheep grazing from the Payette National Forest within the boundary of the HCNRA and within modeled bighorn sheep core herd home range. It would also designate all of the Payette National Forest as unsuited for domestic sheep grazing. Eliminating domestic sheep grazing in HCNRA and surrounding area is compatible with the HCNRA Act and its implementing regulations by providing for the protection, restoration, and maintenance of bighorn sheep and their habitat. Alternative 7E is in compliance with the HCNRA CMP by removing the potential for contact between bighorn and domestic sheep and may allow the population to recover and expand (Table 2-84).

**Alternatives 7G**

Alternative 7G would eliminate domestic sheep grazing from the Payette National Forest within the boundary of the HCNRA. It would also eliminate domestic sheep grazing at least 6 air miles from the boundary of the HCNRA. Only a small sliver of the core herd home range would be within suitable area for domestic sheep grazing,

Eliminating domestic sheep grazing in the HCNRA and surrounding area is compatible with the HCNRA Act and its implementing regulations by providing for the protection, restoration, and maintenance of bighorn sheep and their habitat. Alternative 7G would be in compliance with the HCNRA CMP by maintaining a separation between bighorn and domestic sheep at the current population levels (Table 2-84). If bighorn sheep populations increase, the likelihood of contact may increase and this evaluation may need to be revisited. Monitoring should be conducted to assess future locations of bighorn sheep and ensure no contact occurs with domestic sheep on permitted allotments.

BLM_0048944

## Alternatives 7M, 7N, 7O, 7P

Alternatives 7M, 7N, 7O, and 7P would eliminate domestic sheep grazing from the Payette National Forest within the boundary of the HCNRA and within modeled bighorn sheep core herd home range. The contact model results indicate a 4 percent or less risk rating for each of the alternatives. These results indicate mixing of the two species would occur once every 25 years or less, which is considered a low risk of disease transmission.

Eliminating domestic sheep grazing in the HCNRA and surrounding area is compatible with the HCNRA Act and its implementing regulations by providing for the protection, restoration, and maintenance of bighorn sheep and their habitat. All four alternatives would be in compliance with the HCNRA CMP by maintaining a separation between bighorn and domestic sheep at current population levels (Table 2-84). In all four alternatives, grazing would continue within 2 miles of the modeled bighorn sheep core herd home range. If that grazing continues near core herd home range, some effective monitoring both inside and outside of herd home ranges, is recommended to help detect bighorn sheep before contact is made.

**Table 2-84. Compatibility with the Hells Canyon National Recreation Area Act for each Alternative**

| Alternative | Compatible | Not Compatible |
|---|---|---|
| 7E, 7G | No grazing in HCNRA, or within 6 air miles of HCNRA | |
| 7M, 7N, 7O, 7P | No grazing in HCNRA, or within 2 air miles of HCNRA. Mixing of the two species would occur once every 25 years or less, which is considered a low risk of disease transmission. Monitoring recommended. | |
| 1B, 2, 5,7, 3,4,6, 7L | | Grazing in and adjacent to HCNRA, contact probability 100%. |

## OCCUPIED HABITAT

For detailed discussion regarding occupied habitat, see report *Occupancy, Risk and the Potential for Contact between Bighorn Sheep and Domestic Sheep on the Payette National Forest* (Appendix M in USDA Forest Service 2010).

The delineation of occupied habitat is an important concept used by managers and researchers in understanding the distributions of species on landscapes and the implications of natural and anthropogenic perturbations on those species and their habitats. Researchers and managers have a long history of developing models that infer habitat suitability based on species' habitat requisites and the potential for species to occur in, or occupy, these suitable habitats. Considerable effort has been placed on monitoring species and their habitats to this end. However, there is a difference between identifying suitable habitat and inferring that habitat is occupied. Relative to this issue on Payette National Forest Service administered lands, guidance from the 1982 planning regulations (36 CFR §219.19) state that, "Fish and wildlife habitat shall be managed to maintain viable populations of existing native and desired non-native vertebrate species in the planning area."

Documenting bighorn sheep occupied habitat on the Payette National Forest has several challenges, and the availability of suitable habitat does not infer occupied habitat for a number of

BLM_0048945

reasons. Substantial declines of bighorn sheep populations, contractions in the species geographical distribution, translocations for the recovery of bighorn sheep, population depressions as a result of disease epizootics, and bighorn sheep behavior all influence the likelihood that suitable habitats are occupied. These factors also influence the rate at which habitats are acquired and occupied and the likelihood of persistence once occupied.

Analyses that only address suitable habitat and the inference that suitable habitat is an accurate proxy for occupied habitat is not useful in assessing the persistence of bighorn sheep populations. The distribution and abundance of bighorn sheep have been significantly reduced from pre-Euroamerican settlement conditions. Because disease epizootics are an integral factor in bighorn sheep persistence, analyses need to incorporate factors that contribute to the potential risk of these epizootics and address factors such as the availability and connectivity of suitable bighorn sheep habitats, bighorn sheep behavior and movement patterns, proximity of bighorn sheep to domestic sheep, likelihood of contact between the species, risk of disease transmission in contact events, and the perturbations in bighorn sheep populations as a result of disease transmission.

Clifford et al. (2009) utilized a contact and disease transmission model to assess potential implications of various grazing management strategies on the persistence of a Sierra Nevada bighorn sheep (*O. c. sierrae*) population. Building on concepts in that analysis, the Forest Service is conducting a similar analysis to assess the risks of contact and disease transmission between domestic sheep and bighorn sheep on the Payette National Forest. Per the Chief's remand, the primary purpose of this analysis is to provide a basis for the management of bighorn sheep habitats on the Payette National Forest such that habitats are maintained to support viable populations of bighorn sheep (36 CFR §219.19). A risk assessment approach that incorporates the species life requisites, the potential for contact between domestic sheep and bighorn sheep, and the influences of transmitted diseases on population dynamics provides a much better framework for management recommendations that will provide habitats to support viable populations of bighorn sheep.

BLM_0048946

# Chapter 3.
# Affected Environment and Environmental Consequences

## Terrestrial Wildlife Habitat and Species

> Consistent with 36 CFR §219.20(a), these paragraphs will supplement the Management Indicator Species section, page 3-281 through 3-282, of the Chapter 3 Terrestrial Wildlife Habitat and Species section of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## CURRENT CONDITION

### Management Indicator Species

#### Proposed Management Indicator Species

**White-headed Woodpecker (*Picoides albolarvatus*)**—The effects analysis for threatened, endangered and sensitive species can be found in the *Biological Evaluation* (Appendix K). The white-headed woodpecker is a management indicator species for the Payette National Forest. Given the habitat requisites of this species (i.e., forested habitats), changes in domestic sheep grazing to conserve bighorn sheep habitats will have negligible effects on habitats and populations of this species (Terrestrial Management Indicator Species for the Payette National Forests in Appendix F).

**Pileated Woodpecker (*Dryocopus pileated*)**—The pileated woodpecker is a management indicator species for the Payette National Forest. Given the habitat requisites of this species (i.e., forested habitats), changes in domestic sheep grazing to conserve bighorn sheep habitats will have negligible effects on habitats and populations of this species (Terrestrial Management Indicator Species for the Payette National Forests in Appendix F).

> Consistent with 36 CFR §219.20(a), the bighorn sheep discussion in the Current Conditions, Species of Special Interest section, pages 3-286 through 3-287, of the Chapter 3 Terrestrial Wildlife Habitat and Species section of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement will be deleted. The following pages will supplement the Current Conditions, Sensitive Species section, page 3-277, and Table W-2 will replace the corresponding table, pages 3-268 though 3-269, of the Chapter 3 Terrestrial Wildlife Habitat and Species section of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## CURRENT CONDITIONS

### Sensitive Species

At present, 19 terrestrial vertebrate species (1 amphibian, 13 birds, and 7 mammals) within the Ecogroup are on the U.S. Forest Service, Intermountain Region sensitive species list (see Table W-2). The bighorn sheep was added to this list by the Regional Forester on July 29, 2009.

BLM_0048947

**Table W-2. Sensitive Terrestrial Species of the Ecogroup**

| Type | Common Name | Forest* | Global Rank | PVGs[a] or Cover Types Used by the Species | PVGs or Cover Types that Provide Primary Habitat | Management Considerations |
|------|-------------|---------|-------------|-------------------------------------------|--------------------------------------------------|---------------------------|
| Mammals | Wolverine | All 3 | G4T4 | All | All | Vulnerability during denning |
| | fisher | All 3 | G5 | 3, 4, 5, 6, 7, 8, 9, 10 | 3, 4, 5, 6, 7, 8, 9 | Habitat fragmentation, snags and logs |
| | Townsend's big-eared bat | All 3 | G4 | NA | NA | Vulnerability to disruption |
| | spotted bat | All 3 | G4 | NA | NA | Vulnerability to disruption |
| | Bighorn sheep | All 3 | G4 | Non Forested | Non Forested | Vulnerable to disease |
| | Southern Idaho ground squirrel | Boise | G2 | Non Forested | Non Forested | Habitat fragmentation |
| | gray wolf | All 3 | G4 | All | All | Human caused mortality |

BLM_0048948

| Type | Common Name | Forest* | Global Rank | PVGs[a] or Cover Types Used by the Species | PVGs or Cover Types that Provide Primary Habitat | Management Considerations |
|---|---|---|---|---|---|---|
| Birds | northern goshawk | All 3 | G5 | All | 2, 3, 4, 5, 6, 7, 8, 9 | Nest stand, prey availability |
| | white-headed woodpecker | All 3 | G4 | 1, 2, 3, 5 | 1, 2, 3, 5 | Large Snags, low crown density |
| | flammulated owl | All 3 | G4 | 1 ,2 3, 5, 7 | 1, 2, 3, 5, 7 | Large snags and trees |
| | harlequin duck | Payette | G4 | Large streams in forest setting | Large streams in forest setting | Forest Riparian |
| | mountain quail | Payette, Boise | G5 | 1 | 1 | Shrubby Riparian |
| | boreal owl | All 3 | G5 | 3, 6, 7, 8, 9, 11 | 3, 6, 7, 8, 9, 11 | Large snags |
| | northern three-toed woodpecker | All 3 | G5 | 3, 7, 8, 9, 10, 11 | 3, 7, 8, 9, 10, 11 | Abundant snags |
| | great gray owl | All 3 | G5 | 9, 10 | 9, 10 | Forested areas with meadows |
| | Columbian sharp-tailed grouse | Sawtooth | G5T3 | Native shrub/ grass lands | Native shrub/ grass lands | Shrubby wintering areas |
| | common loon | Sawtooth | G5 | Natural lakes | Natural lakes | Vulnerability during nesting, abundant small fish for prey |
| | peregrine falcon | All 3 | G4T3 | High cliffs | High cliffs | Vulnerability during nesting, prey abundance |
| | yellow-billed cuckoo | None | G5 | Riparian | Riparian | Habitat fragmentation |
| | bald eagle | All 3 | G5 | Riparian | Riparian | nest stand, prey availability |
| Amphibian | Columbia spotted frog | All 3 | G4Q | Riparian areas | Riparian Areas | Still or ponded water |

[a] PVGs are Potential Vegetation Groups

BLM_0048949

## Bighorn Sheep (*Ovis canadensis*)

### *History*

Prior to the mid-1800s, bighorn sheep were abundant and widely distributed throughout the western United States. Bighorn sheep in North America were estimated to number approximately 1.5–2 million (Buechner 1960, Queen et al. 1994). Large declines in both bighorn sheep abundance and distribution occurred during the late 1800s and early 1900s due to overharvest, habitat loss, and competition for forage with and disease transmission from domestic livestock (Goodson 1982, Valdez and Krausman 1999). Bighorn sheep occur at less than 10 percent of historic numbers and the current distribution is estimated at less than 33 percent of historic distribution, with most existing within relatively small and isolated populations despite recurring recovery efforts (Berger 1990, Singer et al. 2000b).

Bighorn sheep were abundant in Idaho prior to the mid-1800s (Smith 1954, Toweill and Geist 1999), and included both California bighorn sheep (*O. c. californiana*) in the southwest portion of the state, and Rocky Mountain bighorn sheep (*O. c. canadensis*) northeast of the Snake River Plains. European settlement of Idaho in the mid-1800s increased bighorn sheep harvest and introduced domestic sheep onto these landscapes. Historic accounts of major die-offs of bighorn sheep in the Salmon River Mountains began in approximately 1870 (Smith 1954). In 1969, Idaho began reintroducing Rocky Mountain bighorn sheep into historic habitats and increased their numbers to nearly 4,000 sheep by 1989. That number had decreased to 1,710 by 1998, with population declines attributed to disease outbreaks (Toweill and Geist 1999).

### History of Bighorn Sheep on the Payette National Forest

Two Rocky Mountain bighorn sheep metapopulations occur on the Payette National Forest, one within the Hells Canyon of the Snake River and the other among the Salmon River Mountains (USDA Forest Service 2003b). Historically, these populations were likely connected by suitable habitats between the two major drainages and may have functioned as one metapopulation. More than 10,000 bighorn sheep may have once lived in the Hells Canyon and surrounding mountains, but they were extirpated by the mid-1940s by competition for forage with domestic livestock, disease, and unregulated hunting (HCBSRC 2005). Reintroduction efforts in Hells Canyon began in 1971 and 474 bighorn sheep were transplanted into Hells Canyon between 1971 and 2004 (HCBSRC 2005). In 2005, the Hells Canyon Bighorn Sheep Restoration Committee estimated 875 bighorn sheep were located within Hells Canyon (HCBSRC 2005). This number represents a positive population growth since 1971, although seven bighorn sheep die-offs have been reported since 1971 (HCBSRC 1997).

The Salmon River metapopulation was never extirpated (Toweill and Geist 1999) although the population has experienced periodic die-offs. Recent winter population surveys document at least 567bighorn sheep within the big game management units 14, 19, 19A, 20, 20A, 26 and 27of the Salmon River; in 2006 and 2007, and an additional 137 bighorn sheep were surveyed in the South Fork Salmon River and main Salmon River (IDFG 2008). Current estimates of bighorn sheep in hunting units in and around the Payette National Forest have decreased 47 percent since the 1981 Idaho Fish and Game surveys—(IDFG 1985)

BLM_0048950

### Bighorn Sheep Populations and Movement

Bighorn sheep are typically structured in metapopulations. Each metapopulation is composed of discrete local populations that interact with each other as a result of limited movement between the local populations (Bleich et al. 1996, Singer et al. 2000a). The fragmented nature of sheep habitat and the relatively small size of most bighorn sheep herds suggest that bighorn sheep evolved with a metapopulation structure where small populations would not persist without movement and reproduction between herds (Gilpin and Hanski 1989, Berger 1990, Bleich et al. 1990). The term "population" is used loosely here: a large amount of contact and exchange of individuals may occur between some of the populations named in this document, while other populations are fairly isolated. For the purpose of this document, the term population will be used, recognizing that distinct populations within a metapopulation of bighorn sheep are not always clearly delineated.

The metapopulation structure of bighorn sheep and long-distance periodic movements between populations are well documented. For example, sheep with geographically separate winter ranges have been observed sharing summer ranges (Akenson and Akenson 1992). These interactions can have positive effects, such as population augmentation, colonization, and enhancement of genetic diversity; however, negative effects, such as disease transmission, can also occur. Bighorn sheep ewes can travel as far as 24.8 miles from winter ranges to lambing areas. On Bureau of Land Management (BLM) lands in Idaho, bighorn sheep rams were documented to have traveled up to nearly 50 miles through towns and across major rivers (Coggins 2002). Telemetry data has shown that desert bighorn sheep regularly cross the broad valleys that separate the majority of desert mountain ranges (Ough and deVos 1984, Schwartz et al. 1986, Jaeger 1994). These complex spatial and temporal range use patterns occur between populations of sheep with resulting effects on forage and vulnerability to disease and parasite transmission (Akenson and Akenson 1992). Telemetry and observational data of bighorn sheep herds in the Hells Canyon and the Salmon River drainages document movement from canyon-bottom winter ranges to high-elevation summer ranges. The presence of dispersal corridors between suitable patches of habitat, and the ability of sheep to move between patches, influences their ability to disperse into suitable, but unoccupied, habitats (Noss 1987, Simberloff and Cox 1987, Hudson 1991, Douglas and Leslie 1999).

## Hells Canyon Metapopulation

The Hells Canyon metapopulation contains 12 populations, largely defined by reintroduced cohorts that established in specific areas within Hells Canyon. The Hells Canyon bighorn sheep restoration project covers 5,617,062 acres in the Snake River drainage in Washington, Oregon, and Idaho (HCBSRC 2005). When the Hells Canyon bighorn sheep restoration project was established, it was believed that sheep would not cross from the Oregon side of Hells Canyon to the Idaho side; however, that has not been the case and bighorn sheep have been observed swimming across the reservoir and walking on Brownlee Dam (Vic Coggins, personal communication, 2008). Winter range is limited at the higher elevations of the Wallowa and Seven Devils mountains but is extensive within the Snake River portion of the project area (HCBSRC 1997). Extent of habitat does not appear to currently limit the number of bighorn sheep since they do not occupy much of the suitable habitat; however, habitat quality such as forage species composition and nutritional value may affect herd size, productivity, and distribution (HCBSRC 1997).

3-5

**Salmon River Metapopulation**

Native populations of bighorn sheep were never extirpated from the Salmon River Mountains, making them important native genetic stock: loss of the genetic diversity of these populations could affect bighorn sheep persistence and restoration at scales much larger than the Payette National Forest. The Salmon River metapopulation has several populations distributed along the South Fork Salmon River, main Salmon River Canyon, and Middle Fork Salmon River. Of these populations, the only ones known within the boundaries of the Payette National Forest are the Main Salmon River, South Fork Salmon River, Upper Main Salmon River, and Big Creek herds (Akenson and Akenson 1992). Several observations of bighorn sheep have been made in the Little Salmon River over multiple years. These observations suggest a degree of site fidelity for this area; however, neither telemetry data nor enough observations exist to determine if an established herd is in this area. The uncertainty of bighorn sheep status in the Little Salmon River has lead to analyzing this area as an area of concern. This area of concern is analyzed similar to a herd; however, the population size has been limited to four animals as this is the number reported in the area. Due to the nature of a metapopulation and the high vagility characteristics of this species, bighorn sheep adjacent to the Payette National Forest may affect or be affected by management on the Payette National Forest. The main Salmon River populations may overlap the Payette National Forest, with the Middle Fork Salmon River populations just east and adjacent to the Payette National Forest.

*Review of Disease Transmission and Bighorn Sheep*

Free-ranging bighorn sheep are susceptible to many diseases. The most important of these is bronchopneumonia, which is usually associated with bacteria in the genera *Pasteurella* and *Mannheimia* (Bunch et al. 1999, Miller 2001). Pneumonia caused by these bacteria has produced partial to complete die-offs of herds across the species' range, with the frequency of die-offs being particularly high in the northwestern US (Monello et al. 2001). The current abundance and distribution of the species appears to be largely limited by recurrent pasteurellosis epidemics (Hobbs and Miller 1992, Jorgenson et al. 1997, McCarty and Miller 1998).

A long history of large-scale, rapid, all-age die-offs in bighorn sheep has been documented across Canada and the United States, many presumed associated with domestic animal contact (Shackleton 1999). Although limited knowledge of transmission dynamics exists (Garde et al. 2005), extensive scientific literature supports a relationship between disease in bighorn sheep populations and contact with domestic sheep. The literature includes both circumstantial evidence linking bighorn die-offs in the wild to contact with domestic animals, and controlled experiments where healthy bighorn sheep exposed to domestic sheep displayed subsequently high mortality rates (Foreyt 1989, 1990, 1992 a,b; Foreyt et al. 1994; Onderka et al. 1988; Onderka and Wishart 1988; Garde et al. 2005). While much of the evidence for disease transmission from domestic sheep to free-ranging bighorn sheep is circumstantial, a large literature base has emerged that documents bighorn sheep die-offs near domestic sheep. These die-offs have prompted management decisions to eliminate shared use of ranges by bighorn and domestic sheep by Federal land management agencies and State wildlife departments (Goodson 1982).

BLM_0048952

**Respiratory Disease Outbreaks in Bighorn Sheep**

Early evidence of an association of domestic sheep with die-offs was largely anecdotal. Since at least 1937, multiple die-offs of bighorn sheep throughout North America have been documented in literature and *Pasteurella* spp. were often cited as the cause (Potts 1937, Marsh 1938, Post 1962, Foreyt and Jessup 1982, Onderka and Wishart 1984, Spraker et al. 1984, Hobbs and Miller 1992, Ryder et al. 1992, McCarty and Miller 1998). As with other native North American wild ruminants, epidemics in bighorn sheep typically followed the settlement and establishment of domestic livestock grazing and may have reflected an historical introduction of novel pathogens into native wildlife populations by the late 1800s (Grinnell 1928, Skinner 1928, Honess and Frost 1942, Miller 2001). Limited understanding and/or access to bacteriological techniques probably precluded diagnoses of pasteurellosis in many early field investigations, thus the role of *Pasteurella* spp. in bighorn sheep epidemics was probably underestimated in studies reported prior to 1980 (Frank et al. 2004).

Although various stressors and organisms are implicated in outbreaks of bacterial pneumonia in bighorn sheep, the most commonly associated organisms are bacteria in the genera *Pasteurella* and *Mannheimia*, in particular *Mannheimia haemolytica* (formerly *Pasteurella haemolytica*[1]) and *Bibersteinia trehalosi* (formerly *P. haemolytica* biotype T) (Foreyt 1990). Both genera belong to the *Pasteurellaceae* — an incredibly large and diverse group of bacteria that continues to undergo reclassification (Garde et al. 2005). *Pasteurella* and *Mannheimia* spp. infect most mammalian families, as well as many if not all non-vertebrates (Miller 2001). They are common commensals on the mucous membranes of animal species in all climatic zones, most of whom are asymptomatic carriers (Biberstein 1979).

Despite being ubiquitous among mammals, including native North American ruminants (Biberstein 1979, Thorne 1982, Jaworski et al. 1998), these bacteria cause only sporadic cases of pasteurellosis (usually associated with *Pasteurella multocida*) in bison, elk, moose, mountain goats, mule deer, and pronghorn (Thorne 1982). And while pasteurellosis is one of the most common bacterial infections of domestic sheep, the most severe outbreaks kill 2.5 percent of the domestic sheep in a herd, not even close to the mortality seen in die-offs of bighorn sheep (Gilmour and Gilmour 1989, Donachie 2007, Miller 2001).

In contrast to most other wild and domesticated mammal species, bighorn sheep are notable in their extreme susceptibility to some strains of *Pasteurellaceae* (Miller 2001). Pneumonia associated with *Pasteurella* causes die-offs that can kill some, many, or all adult bighorn sheep in a herd (Bunch et al. 1999). Outbreaks of pneumonia are often followed by several years of decreased recruitment; lambs are born healthy but then sicken and die after several weeks, presumably after the loss of protection via passive immunity from their mother's colostrum (Foreyt 1990). Elevated mortality of lambs can continue for several years – up to 15 – further impairing population recovery and stability (Foreyt 1990, McCarty and Miller 1998, Miller et al. 2000, Cassirer et al. 2001, Miller 2001, Cassirer and Sinclair 2007, George et al. 2008, Frank et al. 2004). It has been speculated that once *Pasteurella* spp. have been introduced to bighorn sheep populations, they may become endemic and continue cycling for decades (Miller et al. 1991, Hobbs and Miller 1992, Miller et al. 1995).

---

[1] Future references to *Pasteurella* spp. include both *Pasteurella* spp. and *Mannheimia haemolytica*.

BLM_0048953

Although a high propensity for bighorn sheep mortality following direct contact with domestic sheep exists, domestic sheep appear to be refractory to most wild sheep pathogens (Martin et al. 1996, Schommer and Woolever 2001). Furthermore, domestic sheep are often carriers of *Pasteurella* spp. but do not exhibit clinical signs.

The physiological and cellular causes of bighorn sheep's susceptibility to *Pasteurella* spp. are an area of active research. On a general level, bighorn sheep did not co-evolve with the same set of pathogens as domestic sheep (Dubay et al. 2002), and domestic animals have likely been selected for disease resistance (Jessup 1985). Divergences in host–parasite co-evolutionary paths may explain observed differences in defense mechanisms between bighorn and domestic sheep (Silflow et al.1989).

Phenotypic traits of *Pasteurella* spp. isolated from bighorn sheep are similar to those of isolates from domestic ruminants, so the susceptibility of bighorn sheep is due to the biology of the animals (Frank et al. 2004). Physiologically, domestic and bighorn sheep have different alveolar macrophage function and arachidonic acid metabolism, which may cause increased sensitivity of bighorn sheep to respiratory disease (Silflow et al. 1991). Furthermore, *in vitro* studies have revealed a reduced capacity of bighorn sheep immune systems to kill bacteria compared with domestic sheep immune systems (Dubay et al. 2002). Silflow and Foreyt (1994) found that bighorn sheep neutrophils were more susceptible to cytotoxin damage than domestic sheep neutrophils. All ruminant leukocytes are particularly susceptible to cytolysis by the *M. haemolytica* leukotoxin (Shanthalingam and Srikumaran 2009). Leukotoxin secreted by *M. haemolytica* appears to be its main virulence factor in bighorn sheep, indicating that the basis of bighorn sheep's susceptibility to the bacteria may lie in the details of the interaction between leukotoxin and their leukocytes. (Dassanayake et al. 2009).

Developing immunity to pasteurellosis in bighorn sheep is complex and poorly understood (Miller 2001) and vaccines to protect bighorn sheep have proven ineffective (Foreyt 1992a, Foreyt 1998, Foreyt and Silflow 1996).

**Evidence of Disease Transmission from Domestic Sheep**

In the past 25 years, much research has been devoted to the question of whether healthy contact with healthy domestic sheep leads to die-offs of bighorn sheep populations, due to the transmission of organisms that are non-pathogenic in domestic sheep, but deadly in bighorn sheep. Evidence contributing to an answer to that question takes a variety of forms, each of which has its own inherent limitations. The next four sections discuss several types of evidence, derived from controlled experiments and field observations. The discussion notes the limitations of each type of observation, and is structured to show how each one complements the others so that together they point towards a common conclusion that contact with domestic sheep does pose a risk to free-ranging bighorn sheep populations.

*Inoculation experiments*

Inoculation experiments have been used to test the hypothesis that healthy domestic sheep carry pneumonia-causing bacteria that can kill bighorn sheep. In one series of experiments, isolates of a particular strain of *M. haemolytica* from healthy domestic sheep were intratracheally inoculated into eight bighorn sheep and seven domestic sheep. Seven of the eight bighorn sheep died within 48 hours, whereas all seven domestic sheep remained asymptomatic (Foreyt et al. 1994). In two

BLM_0048954

similar experiments inoculation with *M. haemolytica* cultures from domestic sheep resulted in the death of five of five bighorn sheep (Foreyt and Silflow 1996, Onderka et al. 1988).

More recently, Dassanayake et al. (2009) isolated from domestic sheep a particular strain of the A1 serotype of *M. haemolytica*, that they thought would be fatal in bighorn sheep. (While they typically carry both A1 and A2 serotypes, A2 serotypes are the primary cause of pneumonia in domestic sheep (Dassanayake et al. 2009)). All four bighorn sheep injected with the strain died within 48 hours, while none of the domestic sheep were apparently affected by the bacteria. In addition, by injecting some bighorn sheep with a mutant of serotype A1 from which the leukotoxin gene had been deleted, the researchers succeeded in pinpointing the single gene that is the primary virulence factor of *M. haemolytica.*

These inoculation experiments together indicate that domestic sheep carry at least some strains of bacteria that are not pathogenic to them, but are highly lethal to bighorn sheep. Inoculation experiments themselves, however, cannot show whether such bacteria can be transmitted by contact between domestic and bighorn sheep.

*Pen experiments*

Pen experiments are designed to test the hypothesis that contact can lead to transmission of disease from domestic sheep to bighorn sheep. In a pen experiment, healthy bighorn sheep are put in contact or close proximity with healthy individuals of other species, and are watched for the development of disease. In six independent pen studies since 1982, 44 of 46 bighorn sheep have died of pneumonia or become so sick that they were euthanized (Foreyt and Jessup 1982, Onderka and Wishart 1988, Foreyt 1989, Foreyt 1994, Callan et al. 1991, Lawrence et al. Forthcoming).

For example, Foreyt (1989) raised six Rocky Mountain bighorn sheep in captivity, five from birth and one that was taken from the wild as a lamb. He kept all six in captivity for 1 year. Six clinically normal domestic sheep were then placed on the 2 hectares of pasture with the bighorn sheep. *M. haemolytica* was isolated from swab specimens from four of the six domestic sheep but none from the bighorn sheep. All six bighorn sheep died within 4 to 71 days of exposure to the domestic sheep. *M. haemolytica* was isolated from the respiratory tract tissue of the bighorn sheep at the time of death. None of the domestic sheep were clinically ill during the study, but three of the six were later euthanized, and *M. haemolytica* was isolated from two of them.

To test the possibility that it is only the stress of being housed with other animals (and not the transmission of pathogens) that causes bighorn sheep to fall ill, researchers have conducted pen experiments in which bighorn sheep are co-housed with other animals. Of 39 bighorn sheep in three studies, housed with elk, deer, domestic goats, mountain goats, llamas, cattle, horses, and steers, only one died of pneumonia (Foreyt 1992b, Foreyt et al. 1994, Foreyt and Lagerquist 1996). These studies provide evidence that stress is not the sole factor causing disease in bighorn sheep when they are penned with domestic sheep.

A recent pen experiment definitively demonstrated a case in which a deadly pathogen was transferred from domestic sheep to bighorn sheep (Lawrence et al. Forthcoming). Four isolates of *M. haemolytica* were obtained from domestic sheep, and were tagged with a plasmid carrying genes for a green fluorescent protein and for resistance to the antibiotic ampicillin. The tagged bacteria were put back into four domestic sheep, who then entered a pen experiment with four bighorn sheep. The bighorn sheep all contracted pneumonia and died or were euthanized. More

BLM_0048955

informatively, tagged bacteria, which glowed green and grew even in the presence of ampicillin, were isolated from all four bighorn sheep. The study shows unambiguously that transmission of *M. haemolytica* from domestic sheep to bighorn sheep occurs, and that it can result in pneumonia and death of the bighorn sheep.

Commingling of domestic and bighorn sheep under experimental conditions clearly results in transmission of fatal pneumonia to bighorn sheep. However, pen experiments cannot by themselves shed light on whether transmission of fatal disease between domestic sheep and bighorn sheep actually occurs in the wild.

> *Observations of outbreaks following contact between domestic and free-ranging bighorn sheep*

Given the evidence from pen experiments, it is certainly plausible that transmission of pneumophilic bacteria could also occur in the wild. Bighorn sheep and domestic sheep are attracted to each other, particularly during rut, which increases the probability that they will make the close contact necessary for disease transmission when they are in the vicinity of one another (Onderka et al. 1988, Foreyt 1989, Ward et al. 1997, Dubay et al. 2002).

Evidence that disease transmission and subsequent die-offs may occur in the wild comes from numerous observations of die-offs following soon after contact of free-ranging bighorn sheep with domestic livestock (e.g. Onderka and Wishart 1984, Coggins 1988, Callan et al. 1991, George et al. 2008). Onderka and Wishart (1984) describe a major die-off of bighorn that began in southeaster British Columbia after bighorn sheep were observed mixing with domestic sheep, and proceeded to spread south over the course of three winters, eventually reaching Glacier Park. Coggins (1988) reports a die-off that killed two-thirds of a herd of 100 animals in the Wallowa Mountains of northeastern Oregon. Almost two months before the outbreak, two bighorn rams and ewe had been observed with a domestic ewe. In December 1997, on Sugarloaf Mountain in Colorado, George et al. (2008) observed a single domestic ram grazing with a group of bighorn sheep, 14 kilometers (km) from the nearest herd of domestic sheep. It was the first and only time during a 10-year study that the authors saw domestic sheep associating with bighorn sheep, and it coincided with the beginning of an outbreak that eventually spread to two additional herds.

These observations and others like them (Martin et al. 1996) are consistent with the hypothesis that disease spread by domestic sheep cause die-offs of bighorn sheep herds, but they are by themselves essentially anecdotal. On the one hand, they don't include definitive evidence that transmission of a fatal pathogen occurred – evidence that is only possible in a carefully controlled experimental setting. On the other hand, they lack generality – even if disease transmission has occurred in one or a few cases, is it really a general phenomenon?

**Analyses Correlating Bighorn Population Performance with Distance From Domestic Sheep**

The few attempts to quantitatively test whether contact with domestic sheep poses a general risk of die-off or extirpation of bighorn sheep populations have examined the correlation between population performance and distance from domestic sheep. Monello et al. (2001) analyzed population records of 99 bighorn sheep herds ranging from the southwestern US to Alaska, in an investigation designed to discover the ecological correlates of pneumonia epizootics. They found that bighorn sheep populations that had suffered a pneumonia-induced-die-off were located on average significantly closer to domestic sheep allotments ($24.1 \pm 11.5$ km) than either those that

BLM_0048956

had not suffered a die-off (39.6 ± 8.5 km) or those that had suffered a die-off not induced by pneumonia.

Singer et al. (2000d) analyzed factors contributing to the success of 100 translocations of bighorn sheep in six western states, and found that the 30 unsuccessful translocations were on average significantly closer to domestic sheep (6 ± km) than either modestly successful or successful translocations. Finally, based on an analysis of 24 herds, Singer et al. (2001) found that the persistence of bighorn sheep populations was significantly correlated with the presence of domestic sheep: populations located closer to domestic sheep were smaller and had lower population growth rates than bighorn populations located farther from domestic sheep.

While these analyses indicate that bighorn sheep populations perform more poorly when they are closer to domestic sheep, they typically don't even include observations of contact, let alone the transmission of a pathogen from domestic sheep to bighorn sheep.

**Summary**

No one form of evidence can or does conclusively demonstrate that contact with domestic sheep frequently leads to die-offs off bighorn sheep populations. Taken together, however, the experiments and observations from the lab and the field do indicate that contact of wild bighorn populations with domestic sheep does pose a risk of disease transmission and die-offs in the free-ranging bighorn populations. Lab experiments elucidate the particular sensitivity of bighorn sheep to some pneumonia causing bacteria. The controlled conditions available in inoculation and pen experiments show that healthy domestic sheep often carry bacteria that are fatal to bighorn sheep, and that they can transmit those bacteria through close contact. Finally, nearly a century of observations in the field supports the view that proximity to domestic sheep is a risk factor for bighorn sheep, quite plausibly due in part to disease transmission from domestic sheep to bighorn sheep.

In a summary of risk to wild sheep from *Pasteurella* spp. and *Mannheimia* spp., Garde et al. (2005) offers the following conclusions:

- These bacteria can cause pneumonia in bighorn sheep, but there are benign commensal strains in the upper respiratory tract.
- Pathogens that are benign in domestic sheep can be lethal in bighorn sheep.
- The transference of pathogens from domestic to bighorn sheep has been documented in laboratory settings with resulting mortality in bighorn sheep.
- Domestic sheep, goats, and llamas have been reported with these bacteria species.
- Wild sheep and mountain goats have been reported with these bacteria species.
- Transmission is by direct contact and aerosolization.
- These bacteria species do not persist in the environment.
- Acute-to-chronic die-offs in bighorn sheep can result in low-to-100 percent mortality, although they can be present in healthy sheep.
- These bacteria are considered opportunistic and can result in pneumonia outbreaks.
- These bacteria can cause clinical disease in domestic sheep and goats but are rarely primary pathogens.

In summary, field observations suggest that bighorn sheep have a high probability of contracting fatal pneumonia following contact with domestic sheep, which has led to numerous independent

BLM_0048957

experiments. These experiments provide strong corroboration that bighorn sheep have a high probability of contracting fatal pneumonia following contact with domestic sheep.

The impact of disease on bighorn sheep conservation is likely to increase as habitat loss and fragmentation restrict their movement and concentrate them into smaller areas, increasing contact rates and the spread of disease (Scott 1988, Levins et al. 1994, Schrag and Wiener 1995). Several agencies and experts have weighed in on the issue. U.S. Department of Agriculture (USDA) Forest Service Region 2 identified the following threats to the long-term viability of their bighorn sheep: the risk of disease outbreaks resulting from contact with domestic sheep and goats is identified as the most significant threat facing bighorn sheep in both Region 2 and across their range, followed by lack of connectivity and/or loss of genetic fitness due to habitat fragmentation; habitat loss; human disturbance; competition with domestic livestock; and predation on small, isolated herds (Beecham et al. 2007). Given the substantial concern raised in the published literature over the last 30 years, management guidance has focused on the separation of these species to prevent disease transmission from domestic to bighorn sheep.

**Other factors / Stressors**

Recent research suggest that the interaction of disease outbreaks with other stressors (both disease and otherwise) in bighorn sheep populations is poorly understood. Recent research (Tomassini et al. 2009, Dassanayake et al. 2010, and Lawrence et al. Forthcoming) suggest the complex interactions of disease agents themselves increases uncertainty in diagnosis and may also predispose bighorn sheep to secondary disease events. For example, Tomassini et al. (2009) suggests that pathogens typically associated with bighorn sheep mortality are secondary pathogens, indicating that there are likely other pathogens involved in primary infections that have yet to be identified. Dassanayake et al. (2010) found in laboratory tests that *Bibersteinia trehalosi* would overgrow and inhibit *M. haemolytica*, suggesting the difficulty in isolating the latter in wildland disease investigations. This may be why routine isolation of *Pasteurella* spp. and *M.* spp. in wildland environments is uncommon (Foreyt 1989). Additional research is needed on the interactions of disease pathogens, but it is reasonable to expect that these factors potentially predispose bighorn sheep to diseases caused by multiple pathogens that result in multiple disease cycles (e.g. *Mycoplasma ovipneumoniae*, viruses, internal and external parasites and other bacterial taxa). Some combination of disease agents with other stressors may cause the organism to shift from being a commensal to pathogenic (Srikumaran 2007). Although the exact mechanism for developing pneumonia and other diseases in bighorn sheep following association with domestic sheep is unknown, experimental and field data indicate the two species are not compatible on sympatric ranges (Foreyt 1992a,b).

Additional stressors include overcrowding on limited range; loss of escape cover; harassment by dogs; encroachment by humans; heavy snowfall and other weather stressors (Bunch et al. 1999); parasitism; poor nutrition; predation; and other human disturbances such as roads, habitat degradation, noise, genetics, high population densities; capture and restraint techniques; breeding behavior; the presence of other wildlife and high dust levels (Festa-Bianchet 1988, Jenkins et al. 2000, Jones and Worley 2004, Foreyt 1998, Monello et al. 2001). These stressors may reduce the ability of bighorn sheep to resist disease (Garde et al. 2005).

**Alternative Arguments**

There are scientists and others, primarily from agricultural disciplines, who contend disease

BLM_0048958

transmission between bighorn sheep and domestic sheep is not a relevant factor in bighorn sheep
distribution and population declines. The following contentions are summarized from comments
received during the public scoping process and public meetings:

- The mechanisms and causal agents leading to epizootic disease events in bighorn sheep
  are not completely understood.
- The hypothesis that bighorn sheep have a high likelihood of contracting fatal respiratory
  disease following contact with domestic sheep has not been scientifically demonstrated in
  wildland conditions.
- Bighorn sheep die-offs have occurred in the absence of domestic sheep.
- Evidence that domestic sheep contact with bighorn sheep will result in a disease
  transmission does not exist.
- Sources of error or omission and data limitations have not been presented by those
  advocating that disease transmission does occur between the species.
- The peer review process does not support the contention that disease transmission occurs
  between the species.
- Research evaluating disease transmission between the species lacks proper experimental
  design that is not accounted for in the results.
- Current, ambient levels of pathogens occur in bighorn sheep, regardless of how those
  pathogens were introduced, making separation from domestic sheep irrelevant.
- Given the probabilities of contact from off-forest private lands sources, excluding
  domestic sheep on Federal lands is futile.

Some of these contentions are accurate. We do not understand all of the mechanisms involved in
potential disease transmission between the species. For example, Ward et al. (1997) could not
conclusively attribute a bighorn sheep die-off in Nevada to disease transmission, although he did
note that the die-off occurred after domestic sheep were detected on those ranges. The study did
find *Pasteurella* spp. isolates in both species and suggests a disease transmission event. They
further advise separation of the species given the propensity for contact and disease transmission.

We have learned a tremendous amount from recent research on pathogen transfer between the
species, and the fact that some pathogens that are non-lethal in domestic sheep have high
lethality in bighorn sheep (Dassanaye et al. 2009). We also know that specific pathogens are
transmitted from domestic sheep to bighorn sheep, resulting in bighorn sheep mortality
(Lawrence et al. Forthcoming).

Alternative arguments criticize publications where findings very clearly infer disease
transmission between the species, citing improper experimental design or other flaws in research
design. However, the referenced papers are published in widely recognized scientific
publications and underwent rigorous peer review prior to publication.

Some contend a lack of evidence of disease transmission between domestic sheep and bighorn
sheep in wildland environments. Arguably, much of the evidence is circumstantial; however, the
compilation of cases throughout several decades does contribute to an increasing body of
evidence that overwhelmingly demonstrates bighorn sheep near domestic sheep are at risk for
disease transmission, even though "contact" may not have actually been observed.
Monello et al. (2001) state that bighorn sheep herds classified in a "pneumonia induced die-off"
category were located significantly closer (<15 miles) to domestic sheep allotments than those in

BLM_0048959

a non-die-off category (>25 miles). George et al. (2008) document a winter die-off in Colorado that affected three bighorn sheep herds that was traced to contact with a single domestic ewe.

Additional arguments state that since disease pathogens have already been transferred to domestic sheep, separation at this point is moot, or that private lands provide risks to bighorn sheep that cannot be offset, regardless of actions taken on Federal lands. These contentions claim that management on Federal lands to provide separation will not be effective due to changed conditions that cannot be offset. The uncertainty in these contentions poses all of the risk to be borne by bighorn sheep. They do not consider that pathogens likely evolve as they move within and between species, or existing or new diseases that are virulent to bighorn sheep (e.g., mycoplasms) may still be transferred between domestic and bighorn sheep. Recent serological research (Dassanayake et al. 2009) demonstrates that pathogens, in this case *Mannheimia haemolytica* serotype A1, which are not lethal to domestic sheep, are transferrable to bighorn sheep and highly lethal to them. In another recent experiment, pathogens were tagged and followed as they passed from domestic to bighorn sheep and resulted in bighorn sheep mortality (Lawrence et al. Forthcoming).

The disease review sections of this document, consider a large body of peer reviewed and published literature, spanning several decades, that addresses the allegations. While there clearly are gaps in the knowledge base on the causal factors and mechanisms of bighorn sheep die-offs and disease transmission between these species, the vast majority of literature supports the potential for disease transmission between the species, documents bighorn sheep die-offs near domestic sheep, and supports the management option of keeping these species separate to prevent disease transmission. Further, there is no peer reviewed literature that suggests bighorn sheep can be grazed with domestic sheep without concern for disease transmission between the species. Scientists from both sides of the issue also recommend that the species be kept separate until the disease transmission science is better understood.

The analysis conducted in this document recognizes these uncertainties but clearly focuses on the Forest Service's responsibility to provide habitats that support viable populations of bighorn sheep, particularly given the risks that the species currently faces relative to the devastating impacts of disease.

### *History of Pneumonia Infections near the Payette National Forest*

### Hells Canyon Metapopulation

At least seven population die-offs have been reported since reintroductions were initiated in Hells Canyon in 1971 (HCBSRC 1997). *Pasteurella multocida* was associated with a major die-off in Hells Canyon in 1995–1996 (Frank et al. 2004). During this time, over 300 bighorn sheep died of pasteurellosis (pneumonia) in Hells Canyon, possibly caused by contact with one goat (Cassirer et al. 1996, Coggins 2002). During this period of die-off, bighorn sheep on the Idaho side of the river showed signs of respiratory disease, but no die-off was documented (Cassirer et al. 1996). Five die-offs within the Hells Canyon metapopulation have been circumstantially linked to domestic sheep (Coggins 1988). Cassirer and Sinclair (2007) describe the effects of chronic, repeated pneumonia outbreaks on bighorn sheep populations in Hells Canyon, and their potential adverse effects on bighorn sheep population recovery and persistence.

BLM_0048960

Five bighorn sheep populations of the Hells Canyon metapopulation have occurred near domestic sheep allotments on the westside of the Payette National Forest since 2000: Muir Creek, Myers Creek, McGraw, Upper Hells Canyon, and Sheep Mountain. One of these, the McGraw population, is no longer considered extant (IDFG 2004b). The other populations have had periodic pneumonia outbreaks that have resulted in substantial mortality as indicated by bighorn sheep population trends in Hells Canyon (Figure W-0a). Disease has reduced the population growth rate of the Hells Canyon metapopulation by at least 40 percent (HCBSRC 1997). Population counts in Big Game Management Unit (BGMU) 18 (Figure W-0b) corroborate the aforementioned discussion of population declines associated with respiratory disease in this part of Hells Canyon (Figure W-0c).

BLM_0048961

**Figure W-0a. Population Trends for Bighorn Sheep by Herd in Hells Canyon from population census data collected by Washington Department of Fish and Wildlife, Oregon Department of Fish and Wildlife, and Idaho Department of Fish and Game**



BLM_0048962

**Figure W-0b. Bighorn Sheep Populations on and Adjacent to the Payette National Forest by Idaho Department of Fish and Game Big Game Management Units**



BLM_0048963

**Figure W-0c. Population Trends for Bighorn Sheep in Idaho Big Game Management Units that Overlap the Payette National Forest (from population census data collected by the Idaho Department of Fish and Game)**



**Salmon River Metapopulation**

Population count summaries for BGMUs 18, 19, 20, and 20a (Figure W-0c), suggest significant recent declines in several of these bighorn sheep populations. Evidence suggests that disease has had severe implications on the South Fork Salmon River population, main Salmon River population, and Big Creek populations of the Salmon River Mountains metapopulation on the eastside of the Payette National Forest (IDFG 2004a, 2006).

The small numbers of bighorn sheep within the South Fork Salmon River raise concern about the viability of this population. From 1987 to 1991, a population on Big Creek experienced 5 years of low lamb-to-ewe ratios and an all-age die-off in 1990 (Akenson and Akenson 1992). Research conducted in April 2000 found a highly virulent strain of *Pasteurella* spp. in the Big Creek population (IDFG 2004a, 2006).

BLM_0048964

### Risks of Contact between Domestic Sheep and Bighorn Sheep on the Payette National Forest

As stated in the 2003 *Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement* (FEIS), a principal assumption from the published literature is that direct contact between domestic sheep and bighorn sheep results in a high likelihood of disease transmission to bighorn sheep and disease outbreaks in local bighorn sheep herds. Risk factors include distance between domestic sheep allotments and the nearest bighorn sheep populations; amount of bighorn sheep habitat within, and between, domestic sheep allotments and the nearest bighorn sheep herd; the amount and quality of bighorn sheep habitat; the presence of incidental bighorn sheep in or near domestic sheep allotments (i.e., bighorn sheep forays); bighorn sheep distribution and movement near the allotments; and characteristics of each domestic sheep allotment.

### Resiliency of Bighorn Sheep on the Payette National Forest to Climate Change

Recent, rapid climate change has raised concern over the ability of some species to adapt to landscape changes associated with this phenomenon. Diaz and Eischeid (2007) found an average increase of approximately 1.0 °F over the last 20 years in the western United States, with the highest increases at high elevations. They contend that changes in annual shrub phenology (earlier flowering), increases in significant forest pest infestations, earlier spring runoff, intensified wildfires, and the disappearance of alpine and tundra ecosystems illustrate rapid changes in the hydrological, phenological, and biological indicators of western ecosystems that are a result of climate warming. Research findings (Westerling et al. 2006, Gedaloff et al. 2005) document increases in large western wildfires beginning in the mid-1980s and correlated climate variables including increased spring and summer temperatures and early spring snow melt.

The vulnerability of wildlife species to these changes is largely related to environmental exposure (potential changes in habitat continuity and availability) and species sensitivity (ecological elasticity) to climate change. NatureServe recently developed a Climate Change Vulnerability Index model (Young et al. 2009) that utilizes these concepts to assess species that are potentially vulnerable to climate change. Factors contributing to a species vulnerability to environmental exposure and its sensitivity to climate change are evaluated in light of climate data summarized for specific geographic areas. Although the model is geared towards a rapid assessment to identify species that are vulnerable to climate change, the concepts can be used to assess environmental conditions and species life history traits that allow evaluating climate change effects on a given species.

Climate data for the last 55 years (1951–2006) (www.climatewizard.com) reveal that on average, temperatures in Idaho have increased 0.031 °F per year, and precipitation has increased 0.085 percent per year (Figure W-0d). Consistent with findings by Diaz and Eischeid (2007), the temperature increases have been more severe at higher elevations, which likely include bighorn sheep summer source habitats.

A species' vulnerability to environmental exposure reflects its ability to acquire new habitats as climate change reduces or alters current habitats. Factors such as geographical barriers and anthropogenic barriers contribute to environmental exposure. Source habitats for the Hells Canyon and Salmon River metapopulations are well connected and still capable of supporting robust bighorn sheep populations. Anthropogenic changes in landscapes over the last 150 years have resulted in loss of wintering habitats at lower elevations as a result of agricultural

BLM_0048965

development, urbanization, and incursion of land uses, such as domestic sheep grazing, that potentially put bighorn sheep at risk. Conversely, recent large-scale fires may have resulted in additional bighorn sheep summer foraging habitat.

Factors that influence species sensitivity include the dispersal ability of a species, sensitivity to temperature and precipitation changes, habitat specificity, dependence on interspecific interactions, migration and movement patterns, genetic limitations, and the ability to respond to changing seasonal temperature and precipitation regimes. As a species, bighorn sheep are a highly vagile species capable of exploring and acquiring suitable habitats. However, some populations may be at risk, particularly if suitable habitats are fragmented and isolated. Climate change phenomena may be more pronounced in species or populations that (1) face greater threats from environmental exposure and (2) lack life history traits that allow greater resilience to these changes. Epps et al. (2004) found that climate change correlated with the extirpation of desert bighorn sheep populations (*O. c. nelsoni*) in California desert habitats, and that current bighorn sheep herds in low elevation, low precipitation areas had higher probabilities of extinction.

The unique geomorphology and vegetation of the Hells Canyon and Salmon River areas currently provide extensive, contiguous habitats for bighorn sheep. Noss (2001) argues that climate change is not the greatest threat to today's forests (ecosystems) but is an additional stressor and recommends management practices that retain biodiversity and ecological function, particularly those that provide climatic refugia and connectivity of habitats. Conservation management that contributes to the resilience and connectivity of these ecosystems (Shaffer et al. 2002) should also benefit bighorn sheep habitats in central Idaho. As discussed in much of this SEIS, the most significant threat faced by bighorn sheep in these two metapopulations is the potential for disease transmission resulting from contact with domestic sheep. Providing conditions that allow bighorn sheep to occupy suitable and available habitats in central Idaho and reducing the likelihood of disease contagion will likely provide for populations that can withstand the effects of climate change.

BLM_0048966

**Figure W-0d. Average Temperature and Precipitation Changes for Idaho from 1951–2006 (Source: www.climatewizard.org).**



BLM_0048967

### Model Analysis

Three models were developed to better understand bighorn sheep habitat suitability, the potential for contact between bighorn sheep and domestic sheep, and the inferences for disease transmission between the species: (1) a bighorn sheep source habitat model; (2) a risk-of-contact model, which utilizes a bighorn sheep core herd home range (CHHR) analysis and bighorn sheep foray analysis; and (3) a disease model. A detailed description of these models can be found in the *Bighorn Sheep Supplemental Environmental Impact Statement Analysis: Modeling and Analysis Technical Report* (Appendix L). Outputs from these models were used to describe current conditions on the Payette National Forest and adjacent areas and as a basis for alternative comparison. Models used in this document updated the previous analyses conducted for the *Southwest Idaho Ecogroup Land and Resource Management Plans Draft Environmental Impact Statement* (DEIS). Detailed rationales for these changes are discussed in the *Bighorn Sheep Supplemental Environmental Impact Statement Analysis: Modeling Technical Report* (Appendix L) and summarized in Chapter 2.

### Source Habitat Model

Bighorn sheep occupy rugged canyons, foothills, and mountainous terrain at elevations ranging from 1,450 to 10,500 feet. Key habitat features include steep, rugged "escape" terrain; grasses and forbs for forage; and a limited amount of tall vegetation. Native bunchgrasses and forbs are important components of forage (IDFG 2005).

Visibility is an important habitat variable for bighorn sheep: vegetation height and structure are probably more important than plant species composition for predator detection (Risenhoover and Bailey 1985, Wakelyn 1987), and a negative correlation between forest cover and bighorn sheep occurrence has been observed (Bentz and Woodard 1988). Open habitat provides good visibility for detecting predators and communicating with other herd members (Risenhoover et al. 1988). Post-fire habitats can benefit bighorn sheep by improving forage quality (McWhirter et al. 1992) and increasing visibility (Bentz and Woodard 1988). Seasonal use of different slopes and aspects results in the use of a mosaic of plant communities and phenological patterns, providing foraging and security opportunities for bighorn sheep (Valdez and Krausman 1999).

Source habitats are those characteristics of macrovegetation that contribute to positive population growth for a species in a specified area and time (Wisdom et al. 2000, Raphael et al. 2001). Source habitats contribute to source environments, which represent the composite of all environmental conditions that result in stationary or positive population growth in a specified area and within a specified time (Wisdom et al. 2000, Raphael et al. 2001). Wisdom et al. (2000) describe source habitats for bighorn sheep in alpine, subalpine, upland shrubland, and upland herbland community groups. Alpine and subalpine community groups are primarily summer range, while upland herbland and shrubland are used in both seasons, depending on elevation (Wisdom et al. 2000). Old-forest and stand initiation stages of whitebark pine and the stand initiation stages of other forested cover types are other contributors to source habitat.

BLM_0048968

Escape terrain is so critical for ewes during lambing (Blood 1961, Kornet 1978, Hall 1981) that they will sacrifice access to high-quality forage for security (Festa-Bianchet 1989, Cook 1990, Bleich et al. 1997). Escape terrain must contain the following characteristics (HCBSRC 2004):

- 300 meter[2] buffer of all areas with a slope between 31 and 85 degrees
- if two or more pieces of escape terrain are within 1,000 meters (m), they are buffered so that their total area is connected
- an area of least 1.6 hectares

Source habitat for bighorn sheep falls within suitable rangeland on the Payette National Forest. Suitable rangelands include lands suitable for grazing cattle or sheep. Although impacts to habitat from historic livestock grazing have been substantially reduced under current practices, livestock grazing can still cause localized areas of damage, including changes in understory vegetation from livestock foraging, trampling of reproducing tree seedlings, soil erosion, and other habitat degradation. Damage can result in the subsequent introduction and spread of invasive weeds and other non-natives, disruption of ecological and physical processes, and changes in historic fire regimes. Bighorn sheep have been found to actively avoid habitats occupied by cattle (Wilson 1968, McQuivey 1978, Jones 1980, Dodd and Brady 1986, Steinkamp 1990). Overgrazing by domestic livestock reduces the overall carrying capacity of bighorn sheep range and may lead to more predation by increasing cover for predators. Succession of grassland to shrub communities may also increase competition with deer and increase cougar populations, the major predator of bighorn sheep (Beecham et al. 2007). Competition with domestic sheep and goats is considered even more serious than with cattle because of their similar preferences in forage and topography, and the higher potential for disease transmission between the species (Beecham et al. 2007).

The existing vegetation layer from the national LANDFIRE layer (The National Map LANDFIRE 2006) was used to assess the current source habitat available for bighorn sheep. This information was utilized because it allows analyzing landscapes that extend beyond but include the Payette National Forest, and can be used to address habitat connectivity issues at broader scales. The vegetative cover types used by the Hells Canyon Restoration Committee (HCBSRC 2004) and Wisdom et al. (2000) were crosswalked into the LANDFIRE ecological systems (NatureServe 2004) to identify summer and winter source habitat. Winter source habitat is a subset of summer source habitat in that it encompasses only those areas below 4,500 feet on southerly aspects.

For this source habitat model, a component was added to the escape terrain to filter out areas that have the steepness but not the ruggedness that contributes to source habitat capacity. A ruggedness surface was created using an ArcGIS script (Sappington et al. 2007), then the telemetry and observations were overlaid to create a histogram of the ruggedness with a range from 0 to 3,455. Based on the histogram, areas with a ruggedness value of 310 or less were excluded from the map of source habitat capacity to limit over mapping. Vegetation is not considered a component of source habitat capacity since vegetation will vary in response to successional and disturbance processes, while escape terrain remains constant. Therefore, while source habitat capacity is constant, source habitat will vary spatially and temporally across the landscape.

---

[2] Data pertaining to the models or model development is given in metric units.

BLM_0048969

On the Payette National Forest, 369,641 acres of summer source habitat and 156,919 acres of winter source habitat exist, representing 15.4 percent and 6.5 percent, respectively of the Payette National Forest (Figures W-0e and W-0f). Outside of wilderness areas, the percentages are 14.4 percent and 5.7 percent, respectively. Source habitat for bighorn sheep is distributed across the Payette National Forest, and bighorn sheep habitat is considered contiguous although not all of it is currently known to be occupied.

This mid-scale habitat modeling may not represent finer-scale conditions. For example, not all special habitat features may be delineated and invasions by exotic plants, forage quality, and human disturbance factors may not be detectible. Changes in the patch and pattern of range mosaics have changed since historical times as fire suppression has resulted in an increased density of trees in formerly open stands, with a resultant loss of foraging quantity, quality, and open habitat (Wisdom et al. 2000). Fire-suppressed stands have created barriers between historical winter and summer range, preventing occupancy of the total range although each isolated range may be suitable (Wakelyn 1987). In other cases, fires have opened up forested areas and increased habitat. Mixed-lethal fire regimes may have followed historical patch and pattern, but the same may not be true for non-lethal fire regimes. Although the effects of the 2007 fires within the Payette National Forest on bighorn sheep habitat and movement are unknown, these fires may have opened up additional movement corridors and summer habitats for bighorn sheep. Disruption of hydrological regimes from a variety of sources has also resulted in the loss of riparian vegetation in many foraging areas (Wisdom et al. 2000).

BLM_0048970

**Figure W-0e. Modeled Bighorn Sheep Summer Source Habitats on and Adjacent to the Payette National Forest**



BLM_0048971

**Figure W-0f. Modeled Bighorn Sheep Winter Source Habitats on and Adjacent to the Payette National Forest**



**Risk of Contact Model**

The sequence of events by which a disease outbreak could result from contact between a bighorn sheep and a domestic sheep in an active allotment located outside of bighorn sheep home range can be broken down into a number of steps. First, to reach an occupied allotment, a bighorn sheep must (1) leave the CHHR; (2) travel far enough to reach the allotment; and (3) intersect the allotment (i.e., rather than some other area at the same distance from the CHHR). For disease transmission to occur, the bighorn sheep must (4) come into contact with domestic sheep in the allotment and (5) contract the disease from the domestic sheep. Finally, for an outbreak to affect the animal's home herd, the infected bighorn sheep must (6) make its way back to the CHHR and (7) transmit the disease to other members of the herd.

The contact model described in this section aims to determine the probability that a bighorn sheep will reach an occupied allotment, steps 1–3 above. Steps 4–7, which are also necessary for an outbreak to results from such a movement, are discussed below as part of disease model.

BLM_0048972

The contact model is based on an analysis of 12 years of bighorn sheep telemetry data from the Hells Canyon and Salmon River populations, and its construction involves two distinct analyses. First, the analysis is used to delineate areas where most animals in each herd spend most of their time. Such areas are designated as the CHHR. Then, the analysis examines the characteristics of bighorn sheep movements or "forays" outside of the CHHR. This foray analysis examines how frequently and at what season foray movements occur, as well as how far beyond the CHHR animals are likely to travel. Together, the habitat, CHHR, and foray models are used to estimate the probability that a ewe or a ram in any of the herds will reach any of the open allotments in a given year.

*Telemetry Data*

Telemetry and observational data for Hells Canyon were collected by the Hells Canyon Initiative (HCI) and overlapped with the Payette National Forest (Figure W-0g). The HCI is a tri-state coordination group that has been focused on restoring bighorn sheep populations to Hells Canyon and is comprised of the fish and wildlife agencies of Idaho, Oregon, and Washington, the Forest Service, and other private entities. These data include more than 54,000 telemetry points, representing approximately 400 individuals from 12 Hells Canyon herds and 3 Salmon River herds. With one exception, the data were collected from March 1997 through December 2008. Telemetry and observation data for the Salmon River metapopulation was collected from multiple sources. Telemetry data for the Main Salmon/South Fork Herd was collected from 2008 to 2009 by the Nez Perce Tribe under contract by the Payette National Forest. Telemetry data for the Big Creek Herd was collected from 1989 to 1990 by University of Idaho researchers. The rest of the observations were collected on many different dates.

These telemetry data suggest that bighorn sheep utilize habitats within allotments managed by the Payette National Forest. Figures W-0h and W-0i display telemetry points of bighorn sheep documented on the allotments on the west and east sides of the Payette National Forest in Hells Canyon.

BLM_0048973

**Figure W-0g. Telemetry Data and Observations of Bighorn Sheep near the Payette National Forest**



BLM_0048974

**Figure W-0h. Telemetry and Observation Points for Bighorn Sheep on the Westside of the Payette National Forest**



BLM_0048975

**Figure W-0i. Telemetry and Observation Points for Bighorn Sheep on the Eastside of the Payette National Forest**



BLM_0048976

*Hells Canyon Metapopulation*

The Hells Canyon telemetry data used for modeling have been collected as part of the HCI by the Idaho Department of Fish and Game (IDFG), Oregon Department of Fish and Wildlife (ODFW), and Forest Service. In any given year, approximately 150 animals have telemetry collars. Between 1999 and 2004, radio-collared bighorn sheep were detected within the Smith Mountain Allotment on 319 occasions and within 1–4 miles of the Curren Hill Allotment on 22 occasions. These telemetry data account for 22 individuals: 7 rams and 15 ewes. Of these 22 individuals, 18 (7 rams and 11 ewes) entered the allotments when domestic sheep were present (May–October), with a total of 163 telemetry points from those 18 individuals within that time period. All of these recorded individuals are now deceased. It is unknown how many bighorn sheep without telemetry collars entered the allotments when domestic sheep were present.

A 6,567-acre area of the Smith Mountain Allotment is within the boundaries of the Hells Canyon National Recreation Area (HCNRA). The Curren Hill Allotment also contains portions of the HCNRA.

*Salmon River Metapopulation*

Only a limited telemetry data set is available for analysis of the Salmon River metapopulation. Hence, uncertainty about the risk of contact and potential subsequent disease transmission is relatively high on the eastside of the Payette National Forest.

The Payette National Forest, IDFG, and Nez Perce Tribe have a cooperative project (the Salmon River Bighorn Sheep Project [SRBSP]) that is placing Global Positioning System (GPS) collars on Salmon River Mountain bighorn sheep. Fifteen sheep were collared in fall 2007 and spring 2008. One of those collared sheep was lethally removed by IDFG in early 2008 due to contact with domestic goats. Eighteen more sheep were collared in fall 2008. One collared sheep was lethally removed in spring 2009 after suspected contact with domestic sheep. One collared sheep was harvested by a hunter and one other collared sheep was killed by a mountain lion. This information has provided additional bighorn sheep movement data on the eastside of the Payette National Forest. Forested area and large rivers, which bighorn sheep do not prefer for movement and which serve as partial barriers to bighorn sheep movement (Singer et al. 2000b), are located between bighorn sheep habitat on the South Fork Salmon River and the eastside allotments. Bighorn sheep have, however, been observed swimming large rivers and have been found in locales at which they arrived via unknown routes.

Akenson and Akenson's (1992) 5-year study of bighorn sheep in the Big Creek drainage, which included observations of 12 radio-collared ewes, provides an additional source of information about bighorn sheep movements on the Payette National Forest. They observed ewes from different parts of the winter range utilizing four different drainages for lambing and three separate summer ranges, indicating a high degree of movement for this population. They also observed ewes traveling more than 50 miles in less than 3 days, and pregnant ewes swimming Big Creek during flood stage to begin spring migration. Ewes followed rock outcrops and broken open terrain, but the migration corridor also included forested ridges and a snow covered pass (Akenson and Akenson 1992). Big Creek bighorn sheep had separate winter ranges from the Middle Fork Salmon River bighorn sheep but did share some summer range, which would

BLM_0048977

increase the risk of disease transmission between populations of the Salmon River Mountains metapopulation (Akenson and Akenson 1992).

Several incidental observations show that at least some bighorn sheep in the Salmon River metapopulation reach areas far from the mapped CHHRs. One bighorn ram that was caught in a leg-hold trap was observed within the Josephine Allotment. On the North Fork Lick Creek Allotment, three ewes were sighted in one year and the following year, two ewes were seen along the border with the Lake Fork Allotment. These individuals entered the allotments when domestic sheep were present (May–October). The lack of more extensive telemetry data makes it impossible to know how frequently other bighorn sheep utilize domestic sheep allotments. An added complication is that unlike re-introduced sheep in Hells Canyon, these native sheep are considered migratory, and historical migration routes are important to their population dynamics (Dale Toweill, IDFG, personal communication).

### *Core Herd Home Range Analysis*

Home range modeling was conducted as part of the analysis of herds in the Hells Canyon and Salmon River metapopulations. Modeling the CHHR enabled Payette National Forest managers to analyze the impacts of domestic sheep grazing on the Payette National Forest on the broader bighorn sheep metapopulations. The analysis also highlighted the extent of the overlap and possible interaction between the different herds throughout the Hells Canyon Complex and the main and South Fork Salmon Rivers.

The first step in developing the CHHR model was to separately calculate the home range of each individual animal. Occasional movement outside of the area could be exploratory in nature and was not considered part of the CHHR. However, these excursions—or forays—were of great interest to the modelers and were analyzed separately in the foray model (see Foray Analysis section below).

The tools and processes used to complete this analysis are common to home range analyses used for many other species. The analysis consisted of a fixed-kernel home range model conducted with the observations and telemetry data collected by the HCI from 1997 to 2008. These telemetry data were used by HCI to divide the bighorn sheep populations into herds. The following herd assignments were based on transplant cohorts to specific locations and breeding groups of ewes that shared the same range: Asotin, Big Canyon, Black Butte, Imnaha, Lostine, Upper Hells Canyon, Mountain View, Muir Creek, Myers Creeks, Redbird, Sheep Mountain, and Wenaha. Several small herds had too few points to accurately create a CHHR or were transplants that had telemetry data but failed to form a herd; thus, home range modeling was not conducted on the following herds: 05IMREL, Lower Hells Canyon, Saddle Creek, Quartz Creek, Minam, and Sheep Creek. The bighorn sheep in the Salmon River metapopulation are endemic rather than reintroduced, so herds divisions were defined differently. Named herds in the Salmon River were based on the type of observations available for describing their locations: the Main Salmon/South Fork included animals radio-collared as a part of the Salmon River study in 2008-2009; the Big Creek population included animals radio-collared by Akenson and Akenson (1992) in 1989 and 1990, and the Upper Salmon; and the Upper Main Salmon was comprised of animals in the Salmon River Canyon between the Upper Main Salmon/South Fork and Big Creek populations, for which no telemetry data at all were available.

BLM_0048978

Home range modeling was completed using the Home Range Extension version 1.1 for ArcGIS (Rodgers et al. 2007), a software package designed for just this purpose. The Home Range Extension uses a standard bivariate normal probability density function as the "kernel" employed to estimate the intensity with which animals use each mapped area. A kernel is essentially a small 3-dimensional hill placed over the location of each telemetry observation. Where many observations are clustered together, these hills overlap and pile up, their total height indicates the probability of finding an animal at a given location. The width of the kernels, $href$, is calculated as the square root of the mean variance in $x$ (var $x$) and $y$ (var $y$) co-ordinates divided by the sixth root of the number of points (Worton 1995):

$$href = n^{\frac{-1}{6}}\sqrt{\frac{\text{var } x + \text{var } y}{2}}$$

This method of selecting $href$ is widely used as a means of extrapolating from the dispersion of observed locations to the likely extent of the full home range (Figure W-0j).

This process of home range analysis was carried out for each identifiable individual within a herd for whom more than 20 telemetry points were available. All other telemetry and observation points for a herd that did not meet these criteria were excluded from the CHHR analysis but were used to verify the accuracy of the final CHHR volume contours. The results of these analyses were a collection of surface rasters, one for each animal, from which the volume contours were created.

To create an overall CHHR, the raster surfaces from the individuals were added together. Then, volume contours, known as isopleths, were created from the merged herd surface using Hawth's Analysis Tools version 3.27 Extension for ArcGIS (Beyer 2004). Isopleths are contours meant to enclose a given percentage of the telemetry observations; the 95th isopleth for example, is drawn to enclose an area in which 95 percent of the telemetry points are found. Volume contours were calculated for the 50th, 60th, 70th, 80th, 90th, and 95th isopleths, and are shown for each herd in the *Modeling and Analysis Technical Report* (Appendix L). The CHHR is defined as the area contained within the 95th isopleth. Points beyond the 95th isopleth were considered forays and analyzed separately (see Foray Analysis section below).

BLM_0048979

**Figure W-0j. Combined Core Herd Home Ranges for the Entire Project Area and for the Payette National Forest**

Herd Home Range with in Hells Canyon and The Salmon River Canyon



Herd Home Range on the Payette National Forest



BLM_0048980

**Foray Analysis**

Similar to bighorn sheep elsewhere, Hells Canyon and Salmon River bighorn sheep—particularly rams—make occasional long-distance movements beyond their CHHR. Singer et al. (2001) called these movements forays and defined them as any short-term movement of an animal away from and back to its herd's CHHR. This life-history trait can put bighorn sheep at risk of contact with domestic sheep, particularly when suitable habitats are well connected and overlap with domestic sheep use areas (Singer et al. 2000c, Gross et al. 2000), even when domestic sheep use is outside of CHHR areas. The risk of contact between dispersing bighorn sheep and domestic sheep is related to the number of bighorn sheep in a herd, proximity of domestic sheep use areas (allotments) to a bighorn sheep CHHR, distribution of bighorn sheep source habitats across the landscape, and frequency and distance of bighorn sheep forays outside of the CHHR.

The foray model analyzed how often bighorn sheep leave the CHHR, whether they travel far enough to reach an allotment, and whether they then actually intersect an allotment (i.e., rather than intersecting a different area at the same distance from the CHHR). Movement behavior estimates were formed by analyzing the same large telemetry dataset of bighorn sheep movements in Hells Canyon that was used to determine each herd's CHHR. In the Salmon River system, only one and one-half years of telemetry data from 30 individuals in the Main Salmon/South Fork herd was available. Those data were useful in estimating the herd's CHHR, but not sufficient to characterize their foray behavior. As a result, modelers used the much more extensive data collected for the Hells Canyon herds to estimate the probable movement patterns of bighorn sheep in herds throughout the Payette National Forest.

The foray analysis most likely underestimates the true frequency of longer-distance forays. The reason for this underestimation is that the vast majority of the telemetry data are from standard VHF (very-high frequency) collars (rather than from GPS collars which collect and store or transmit data from everywhere an animal travels). With VHF collars, locations are determined by triangulation from a plane or boat travelling a route every few days or weeks through the areas in which the bighorn sheep of a herd are usually seen. The farther a bighorn sheep has travelled from its CHHR, the farther it is likely to be from the observers, and the less likely it is to be detected. There are in fact several cases in the telemetry data where rams last observed on a foray have "disappeared" for a couple of months before reappearing, likely from a journey that carried them beyond the range of detection of the survey.

BLM_0048981

For bighorn sheep moving through forested areas, detection may also be hampered by line-of-sight and signal bounce issues. Finally, even when an animal on foray is detected in every survey, the large interval between observations means that it is unlikely to be observed at the furthest extent of its foray. The extent to which these forms of sampling bias underestimate the frequency of long-distance movements in the foray analysis is unknown.

The path taken by a bighorn sheep traveling outside its CHHR might intersect any part of an allotment; therefore, the analysis began by calculating the probability of intersecting an allotment within each of 35 "rings" or annuli, each 1 km wide, located between 1 and 35 km from the CHHR boundary. That probability was broken into two parts:

(1) Probability of a foray movement
(2) Probability that a bighorn sheep on a foray will reach a ring and intersect an allotment within that ring.

### Probability of a Foray Movement

Most bighorn sheep, especially ewes, never move beyond the CHHR in most years. Figure W-0k displays the maximum distance of ram forays outside of CHHR areas (95 percent isopleth) for the data set. Figure W-0l displays the proportion of rams with forays from 0 to 35 km from CHHR areas for the data set. Forays from all but one bighorn sheep were between 0 and 26 km; one ram had a documented foray that extended 35 km from its CHHR. Foray distances were stratified into 1-km concentric rings that emanated from CHHR areas and were used as a basis for calculating the probability of contact.

BLM_0048982

**Figure W-0k. Maximum Distance of Ram Summer Forays beyond the Core Herd Home Range**



**Figure W-0l. Proportion of Ram Summer Forays Reaching Each Ring**



The frequency of foray movements by both rams and ewes in summer (May–October) and winter (November–April) are shown in Table W-3a. The probability of bighorn sheep–domestic sheep contact in summer and winter were calculated separately because characteristic movement patterns differ between seasons (e.g., the rut occurs in November/December and produces relatively frequent and long-distance exploratory forays by rams), and the allotments are only open to domestic sheep during the summer.

According to Table W-3a, 28.8 percent of radio-collared rams left the CHHR at least once (in summer) during the years they were observed. In any one summer, however, just 14.1 percent of rams left the CHHR. Accordingly, in the foray model, each ram was given a 14.1 percent probability per summer of making a foray outside of the CHHR. Similarly, ewes were given a 1.5 percent probability of leaving the CHHR each summer.

BLM_0048983

**Table W-3a. Summary of Telemetry Observations Made Outside of the Core Herd Home Range**

| Summer (May–October) | Ewes | | Rams | |
|---|---|---|---|---|
| | Percent of observations | Number out of total observations | Percent of observations | Number out of total observations |
| Animals leaving CHHR at least once | 6.50% | 14/215 | 28.80% | 30/104 |
| Animal-years with at least one foray | 1.50% | 15/985 | 14.10% | 44/311 |
| Telemetry points outside of CHHR | 0.20% | 29/17,258 | 4.40% | 160/3,674 |
| Winter (November–April) | Ewes | | Rams | |
| Animals leaving CHHR at least once | 12.9% | 28/217 | 34.9% | 38/109 |
| Animal-years with at least one foray | 5.6% | 60/1,062 | 17.8% | 68/380 |
| Telemetry points outside of CHHR | 0.8% | 109/12,941 | 3.7% | 156/4,200 |

*Probability that a Bighorn Sheep will Intersect an Allotment*

Many animals—particularly ewes—may not travel far, even if they are observed outside of the CHHR. The probability that a bighorn sheep on a foray will reach an allotment decreases as the travelling distance increases. To characterize that decreasing probability, the modelers first extracted from each foray, the maximum distance from the CHHR at which an animal was observed (Figure W-0k). In the dataset, the maximum distance was 35 km, so the model distribution extends to that distance.

It is known that an animal located 25 km from the CHHR has crossed each ring between itself and the CHHR. Also, 100 percent of the animals that make a foray intersect at least the first ring around the CHHR. More generally, the proportion of animals whose forays intersect each ring is equal to the proportion known to have reached it or one of the rings beyond it. That distribution is shown in Figure W-0l, along with a smooth curve fitted to it. Figure W-0l illustrates that half of the rams who leave the CHHR travel at least 10 km from the CHHR and almost a quarter of the rams travel 16 km. However, just one ram has been observed (in summer) to travel more than 26 km from the CHHR. This model uses the distribution in Figure W-0l to calculate the probability that an animal will reach any given ring surrounding its CHHR, $P$(Animal reaches $ring_k$ | Foray).

Given that an animal has reached a ring, the probability that it will be in an allotment is proportional to the size of the allotment and to the quality of the habitat in the allotment relative to the size and quality of habitat in the ring as a whole. Calculating the size of the allotment is simple, but determining if a bighorn sheep will intersect an allotment first requires knowing bighorn sheep habitat preference.

Based on the source habitat model, all areas within 35 km of the CHHRs were assigned to one of three habitat classes—source habitat, connectivity area, and non-habitat. Source habitats are areas fitting the criteria described in the Source Habitat Model section above. Connectivity areas do not meet those criteria, but are located within 350 m of source habitat. Areas of non-habitat do not meet those criteria and are located more than 350 m from source habitat. Connectivity areas were distinguished from non-habitat because even when bighorn sheep are found outside of

BLM_0048984

areas mapped as source habitat, they are usually not far from it. Of the 3,177 observations of bighorn sheep located outside of source habitat, all but 80 have been within 350 m of source habitat.

Next, the relative preference of bighorn sheep for these three classes of habitat was calculated using a resource selection function (Manley et al. 1993, Boyce et al. 2002). The habitat classes consisted of habitat, habitat connectivity, and non-habitat. The habitat class is the same as summer source habitat. Habitat connectivity was created by using a two-stage buffer on the summer source habitat. The first stage is a simple buffer around patches of habitat at 350 m, which was determined by measuring the distance of all telemetry data that fell outside habitat and finding one standard deviation of those distances. The second stage was a buffer of 1,050 m—three times the distance of the first stage—which is only applied to pieces of habitat connectivity that are within the 1,050 m distance. The second stage is designed to connect fragmented complexes of habitat. The third habitat class consists of the rest of the area that is not covered by the first two classes. The resource selection function was constructed using a use/availability approach that yields high values for habitat classes with many observations of bighorn sheep relative to their area. If the animals in a herd have equal areas of Habitat A and Habitat B available, but spend 90 percent of their time in Habitat A, their preference for Habitat A would be 9 times their preference for Habitat B.

While on forays, bighorn sheep in the Hells Canyon herds prefer source habitat to connectivity areas, and prefer both of those to non-habitat. Relative to a preference of 1.00 for source habitat, bighorn sheep showed a preference of 0.177 for connectivity areas and a preference of 0.029 for non-habitat. In other words, within the 35-km-wide ring surrounding a CHHR, bighorn sheep were 5.6 times more likely to be found in a given square-kilometer of source habitat than in a square-kilometer of connectivity area, and 35 times more likely to be found in source habitat than in non-habitat.

Finally, habitat preference and the distribution of habitat within each ring surrounding a CHHR was used to calculate the probability that a bighorn sheep that reaches a particular ring would cross the ring into an allotment. The map in Figure W-0m is a visualization of the estimated probabilities that bighorn sheep on a foray will reach each location within 35 km of the CHHR. Dark blues represent the highest probabilities, and light yellows the lowest. Moving outward from the CHHR, colors lighten as the probability of a foray reaching that distance drops. Within each ring, the darkest color (highest relative probability) marks areas of habitat, the lightest color (lowest relative probability) marks areas of non-habitat, and the intermediate color marks areas of connectivity habitat.

### Foray Analysis results in the context of other published works

Both the frequency and distances of foray movements by Hells Canyon bighorn sheep were consistent with other reports in the literature. Singer et al. (2001) calculated annual foray rates of bighorn sheep in ten published studies. In those herds, the annual number of forays per radio-collared animal of either sex ranged from 0 to 0.23 (mean 0.10, standard deviation 0.09), comparable to 14% of rams and 1.5% of ewes making summer forays from herds in the Hells Canyon metapopulation.

In southwestern Alberta, Festa-Bianchet (1986) relocated rams as far as 48 km from the site of their capture. A recent 17 month study of three bighorn herds in Montana, (DeCesare and

BLM_0048985

Pletscher 2006) found relatively long (19- to 33-km) movements by four of five radio-collared males. Finally, Singer et al. (2000b) followed 31 translocated populations of bighorn, and documented numerous colonizations of nearby patches of habitat. In that study, the probability of colonization (75%) was highest for patches located 12.3 km from a bighorn sheep population indicating that such movements occur with relatively high frequency. This parallels our finding that nearly 25% of forays by Hells Canyon bighorn sheep reach a distance of at least 15 km from the CHHR.

**Figure W-0m. Visualization of the Foray Probabilities for the Upper Hells Canyon Herd**



**Disease Model**

Modeling population dynamics of large herbivores at the individual level requires estimating numerous parameters, from adult and juvenile survival rates to age at sexual maturity, fecundity, and lamb survival (Gaillard et al. 2000). In addition, the average values for each of those life-history parameters may be modified by interacting impacts of density dependence, weather, forage availability, and predation. Properly estimating these parameters would require extensive age- and class-specific population data, ideally from the populations being modeled.

BLM_0048986

Accurate individual-level modeling of the impacts of disease events is even more difficult, as the dynamics of respiratory disease in the wild are only partly known. An individual-based model would require understanding many factors, such as the incubation period and active infection durations, probability and rate of recovery from disease, rate of effective contact between individuals within the herd, and possible role of persistently infected individuals in harboring and spreading the disease. Variations in the resistance to disease of individual bighorn sheep and in the virulence of the disease-causing organisms themselves can also affect population dynamics.

Rather than attempting to create a complicated individual-based model that incorporated all of the parameters above, researchers built a population dynamics model using a "top-down" approach in which population size was the primary state variable. A simpler model may appear to have limited accuracy or realism but actually has several advantages for estimating the variables of greatest interest—projections of population size, volatility, and persistence. First, a simpler model requires estimating fewer and more easily estimated parameters. Population size is easier to estimate than individual mortality and fecundity rates that affect it. Likewise, the population-level impacts of respiratory disease outbreaks are better understood than the details of bacterial shedding within-herd effective contact rates and individual variation in disease susceptibility that determine the course of individual epidemics. A second important advantage of "top-down" models is that they have fewer moving and interacting parts and so are more interpretable, transparent, and accessible to scrutiny.

### Model Organization

Researchers constructed a disease model with three components. The first component models the probability that an animal that is determined by the Foray Model to have reached an occupied allotment will subsequently contract respiratory disease and initiate an outbreak in its home herd. The second component models population growth in a healthy herd. Annual population growth in the disease model depends on the current disease status of the herd (disease-free or infected), current population size, and an estimate of the maximum sustainable herd size for each herd. In the absence of disease, herd numbers increase (unless they have fewer than 30 individuals). The third component models the magnitude and duration of impacts caused by an outbreak of respiratory disease in a bighorn herd. In the first year of a disease outbreak, herds suffer an all-age die-off, followed by a variable number of years of depressed lamb recruitment. Eventually, herds that survive are considered to be fully recovered from (although still susceptible to further outbreaks of) the disease outbreak.

Figures W-0n and W-0o provide an overview of the disease model structure. Figure W-0n illustrates the first step of the annual cycle in which the disease status of each herd is determined. Figure W-0o illustrates the consequences of current herd size and disease status on next year's population size.

BLM_0048987

**Figure W-0n. Disease Transmission and Recovery Sub-model**

> **Does the herd harbor an ongoing infection?**
>
>         **YES** → go to the Population Dynamics Sub-Model
>         **NO** → go to the next step
>
> **Does the herd contract respiratory disease this year?** (Use the risk model to determine the probability of disease transmission into the herd from contact with either domestic sheep or infected bighorn sheep.)
>
>         **YES** → determine the number of years that the herd will suffer from depressed recruitment, and go to the Population Dynamics Sub-Model
>         **NO** → go to the Population Dynamics Sub-Model

**Figure W-0o. Population Dynamics Sub-model**

> 1)  **Is the population size less than the minimum viable population size (30 animals)?**
>         **YES** → the population declines by 16 percent
>         **NO** → go to the next step
>
> 2)  **Is the population free of respiratory disease?**
>         **YES** → the population grows by an amount determined by the logistic growth equation
>         **NO** → go to the next step
>
> 3)  **Was the population just infected this year?**
>
>         **YES** → the population experiences an all-age die-off
>         **NO** → the population experiences increased mortality of juvenile bighorns.

### *Probability of Effective Contact and Subsequent Herd-level Die-off Given Co-habitation of Bighorn Sheep and Domestic Sheep within an Allotment*

Although organisms that cause respiratory disease may be endemic in some bighorn sheep herds (Hobbs and Miller 1992), the current model is designed to assess the impact of disease transmitted from domestic sheep, so all outbreaks ultimately originate from contact with domestic sheep. The foray model estimates the probability that a bighorn sheep will reach an allotment occupied by domestic sheep (cohabitation), but it does not address the probability of the additional steps needed for an outbreak to occur. Once a bighorn sheep reaches an occupied allotment, the bighorn sheep must (1) come into contact with domestic sheep in the allotment and (2) contract the disease from the domestic sheep. Finally, for an outbreak to affect the animal's home herd, the infected bighorn sheep must (3) make its way back to the CHHR and (4) transmit the disease to other members of the herd.

Assumptions governing the probability that a bighorn sheep that reaches an occupied allotment will contract disease from the domestic sheep are problematic. For a similar model applied to populations of endangered Sierra Nevada bighorn sheep (Clifford et al. 2009), researchers assumed that any cohabitation with domestic sheep was equivalent to contact between the two

BLM_0048988

species, citing the attraction of bighorn sheep (particularly rams) to domestic sheep and past observations of stray domestic sheep associating with bighorn sheep. They estimated that the subsequent probability of disease transmission (effective contact) given such physical contact was between 50 and 100 percent, based on numerous pen studies that have shown that nearly 100 percent of bighorn sheep co-housed with apparently healthy domestic sheep develop respiratory disease (e.g., Onderka and Wishart 1988, Foreyt 1989, Foreyt 1990, Lawrence et al. Forthcoming). Less information is available about the probability that a diseased animal will return to its CHHR and initiate an outbreak.

Together, the four steps described above determine the overall probability of an outbreak happening given that an individual bighorn, whose movements were modeled by the Foray Model, reaches an open allotment. Because so much uncertainty surrounding this parameter exists, and essentially no research exists that would allow its estimation, the disease model was run with a range of probabilities of effective contact (a contact resulting in a disease transmission) and a subsequent herd-level outbreak, given cohabitation of a bighorn sheep and domestic sheep in an occupied allotment. Values used for probability of a disease outbreak given contact were 5 percent, 10 percent, 25 percent, 50 percent, 75 percent, and 100 percent.

### Population growth in a healthy herd: density dependence and the logistic growth model

Bighorn sheep populations, like those of other large herbivores, are subject to density-dependent population growth regulation (Monello et al. 2001, Bonenfant et al. 2009). Even in the absence of disease, a population of bighorn sheep will not grow without bound; as the number of animals in an area increases, the rate of further growth eventually begins to slow. The dynamics by which that slowing occurs can be complicated and are not completely understood. Jorgenson et al. (1997) and Portier et al. (1998) analyzed a long-term mark–recapture study of two populations of Rocky Mountain bighorn sheep in Alberta, Canada, for evidence of density dependence. They found the main demographic response to large population size was a decrease in lamb survivorship. Yearling ewes also suffered some mortality increases when populations were high. Other researchers have also detected a decrease in the rate of recruitment with increasing density (with relatively little response in adult survival) (McCarty and Miller 1998), a pattern that is characteristic of many large ungulates (Gaillard et al. 1998, Bonenfant et al. 2009).

To incorporate density dependence into the disease model, researchers used the logistic equation, a common ecological model of population growth (Gotelli 2008). In the logistic growth model, the maximum per capita growth rate ($r$, with units of new individuals per individual per year) is only achieved when population size is quite small. As the population increases towards its maximum sustainable size ($K$), the number of surviving offspring per female steadily decreases and the rate of population growth slows. The logistic growth model is defined as follows:

$$\frac{dN}{dt} = rN\left(1 - \frac{N}{K}\right)$$

Where:

$dN/dt$ = yearly change in population size
$N$ = current population size
$r$ = maximum growth rate
$K$ = maximum sustainable population.

BLM_0048989

$K$ is usually known as the "carrying capacity;" in this model it is referred to as the "interim herd level" (IHL) to emphasize that it should not be interpreted as either a goal or a limit to the number of bighorn sheep that might be supported by any given herd.

The following three sections describe how modelers estimated the values of $N$, $r$, and $K$ that were used by the disease model.

Estimating $N$—(Current Herd Size)

Population estimates for the 15 herds (Table **W**-3b) were taken from survey data collected by the IDFG, ODFG, Washington Department of Fish and Wildlife (WDFW), and SRBSP (administered by the Nez Perce Tribe). For each herd, we used data from the most recent survey available. Estimates of current herd sizes ranged from 10 to 210 and totaled 1,148 for all 15 herds.

The one area of concern, Little Salmon, was not treated as a fully independent population in our model. The Little Salmon has not been regularly surveyed for the presence of bighorn sheep, so a population estimate of 4 animals in the Little Salmon drainage was made on the basis of incidental observations of bighorn sheep within the last 3 years (Table **W**-3b).

BLM_0048990

*Payette National Forest FSEIS*                                   *Chapter 3 Affected Environment*

**Table W-3b. Population Estimates and Interim Herd Levels (IHLs) for 15 Herds and 2 Areas of Concern from Survey Data Collected by the Idaho Department of Fish and Game (IDFG), Oregon Department of Fish and Game (ODFG), Washington Department of Fish and Wildlife (WDFW), and Salmon River Bighorn Sheep Project (SRBSP)**

| Herd | Estimated Population (*N*) | Date of Estimate | Data Source | IHL (*K*) |
|---|---|---|---|---|
| **Hells Canyon** | | | | |
| Asotin | 84 | 2009 | WDFW | 201 |
| Big Canyon | 20 | 2008 | IFG | 112 |
| Black Butte | 47 | 2009 | WDFW | 538 |
| Imnaha | 135 | 2008 | ODFW | 475 |
| Lostine | 65 | 2008 | ODFW | 128 |
| Mountain View | 13 | 2009 | WDFW | 208 |
| Muir Creek | 30 | 2008 | ODFW | 100 |
| Myers Creek | 10 | 2008 | IFG | 40 |
| Redbird | 115 | 2008 | IFG | 376 |
| Sheep Mountain | 11 | 2008 | ODFW | 218 |
| Upper Hells Canyon | 45 | 2009 | IFG | 326 |
| Wenaha | 90 | 2008 | ODFW | 326 |
| **Salmon River** | | | | |
| Big Creek | 186 | 2006 | IFG | 390 |
| Main Salmon/South Fork | 210 | 2009 | SRBSP | 336 |
| Upper Salmon | 87 | 2006–07 | IFG | 733 |
| **Areas of Concern** | | | | |
| Little Salmon | 4 | 2007–09 | Various | NA |

Estimating *r*—Maximum Herd Growth Rate

Estimates of the maximum growth rate *r* (also known as the intrinsic or exponential growth rate) were taken from published literature. McCarty and Miller (1998) estimated *r* for 16 translocated populations of Rocky Mountain bighorn sheep in Colorado. They based their estimates on herd growth rates observed during the first few years after successful translocations, applying a correction to account for the skewed sex ratio of the translocated animals. Maximum growth rates for the 16 herds ranged between 0.051 and 0.26 (i.e., 5–26 percent annual increase in population size). In the disease model, a maximum growth rate for each herd was sampled from a normal distribution (mean = 0.136, standard deviation = 0.057) fitted to the estimates of McCarty and Miller (1998).

Estimating *K*—Interim Herd Level

Although historical reports indicate that bighorn sheep were once very abundant in Hells Canyon (Bailey 1936), we do not have accurate estimates of the current maximum potential population

BLM_0048991

sizes of the herds found on or near the Payette National Forest. Even when studies are carried out to measure the actual carrying capacity of a population, directly measuring in the field can be difficult or even impossible (Coulson et al. 2008); in any case, such studies have not been conducted for bighorn sheep in our area.

However, some form of density dependence needs to be introduced to simulate likely future herd dynamics, which means some estimate of $K$ needs to be included in the logistic growth model. Modelers named $K$ the IHL to emphasize that the number should not be construed as a Forest Service management goal or a strong estimate of actual carrying capacity of the herd home ranges.

In the absence of better information, modelers estimated IHL on the past maximum number of animals observed for each herd. For the Salmon River herds, IHLs were estimated to be 175 percent of the highest population estimate from the past 30 years. For Hells Canyon herds, IHLs were estimated to be 175 percent of the highest population estimate from the past 40 years.

Nonviable Herd Numbers

The minimum population size, referred to as the nonviable herd number (NVN), is the threshold below which a population will not continue to grow at a disease-free rate and will, in fact, decline. The model used 30 individuals as the NVN for all herds except Big Canyon, Muir Creek, and Myers Creek—because these herds overlap, they were treated as a single herd with a combined NVN of 30.

*Population Impacts of Disease*

Disease-caused declines in bighorn populations typically consist of an initial all-age die-off event followed by several years of low lamb survival. Ewes that survive the initial die-off may give birth, but after a period of weeks to months, their lambs develop pneumonia and die. The disease model includes both of these impacts of disease outbreaks; in the first year, infected herds suffer an all-age die-off, followed by several years of slower decline due to elevated lamb mortality. The following sections describe how the population impacts of both types of disease-related mortality were modeled.

Initial All-age Die-off

Disease outbreak impact was measured as the product of the herd size and proportion of impact. This parameter was estimated using data from documented outbreaks in the Hells Canyon area. In 1983, an outbreak of pneumonia killed 60 percent of the animals in the Granite–Three Creeks area of Idaho (HCBSRC 1997). An outbreak of pneumonia in the Lostine herd in 1986–87 killed 66 percent of the herd (Coggins 1988). A 1995–96 outbreak affected several herds, with herd-level mortality amounting to 33, 50, 65, 69, and 75 percent (Cassirer et al. 1996). The lowest mortality rate (33 percent) occurred in the smallest herd (Upper Joseph Creek, with 30 animals); the highest mortality rate (75 percent) occurred in the largest herd (Black Butte, with 220 animals). In 1999, a disease outbreak resulted in the death of 59 percent of the McGraw herd and 53 percent of the Sheep Mountain herd in the first year, followed by subsequent declines in both herds and eventual extirpation of the McGraw herd. In the model, herd-level mortality during the first year of an outbreak was sampled from the distribution of values observed in the previous Hells Canyon outbreaks described above, with an equal probability of mortality of 33, 50, 53, 55, 65, 66, 69, and 75 percent.

BLM_0048992

Chronic Lamb Mortality

The significant impact of the all-age die-off that occurs during the first year of an epidemic is compounded by pneumonia and septicemia in young lambs that frequently suppresses recruitment for several additional years (Cassirer et al. 2001, Miller 2001, George et al. 2008). The duration of this chronic mortality of lambs is variable, but in almost all cases lasts for at least 2 years[3]. In some cases, poor lamb recruitment has continued for as long as 8 (Enk et al. 2001) or 9 years (George et al. 2008) post-outbreak. Several Hells Canyon herds have had poor lamb recruitment for 6 or more years (Wenaha, Muir Creek, Upper Hells Canyon, and Sheep Mountain); in the Sheep Mountain herd, lamb survival has still not recovered 10 years after a 1999 disease outbreak. In the disease model, herds affected by disease suffer poor lamb recruitment for between 2 and 10 years following the all-age die-off with the duration randomly selected.

The adult survival rate for healthy populations of bighorn sheep (i.e., the percentage of adults surviving from one year to the next) is around 90 percent (Jorgenson et al. 1997). Therefore, in the complete absence of recruitment, populations will decline an average of 10 percent per year. In herds with depressed recruitment, the percentage of ewes with surviving lambs ranges from 0 to 25 percent, which translates to an annual population change of between –10 percent and 2.5 percent. Therefore, for modeled herds suffering from disease-related lamb mortality, the annual population change was randomly selected from between –10 and 2.5 percent.

Extended Infectious Duration

When a simulated herd becomes infected, animals in the herd remain infectious for a variable length of time, generally more than 1 year. The duration of infectiousness ranges from 1 to 4 years and follows a uniform distribution.

*Model Implementation*

The disease model described above and in Figures W-0n and W-0o was implemented using @RISK, a commercially available Excel spreadsheet add-in (Palisade Corporation 2009). @RISK permits the model to include components of uncertainty and variability, thereby expanding it from a deterministic model to a stochastic (probabilistic) one. As such, multiple runs, or iterations, may be performed to evaluate the range of outcomes that may arise from selecting various actions.

Examples of the simulated individual herd populations for different outbreak results over 100 years are presented in Figure W-0p. Different outbreak results are presented to illustrate the stochastic nature of the model—each time the model is run, the results are different. These outputs were chosen because they show the range of possible outcomes that might result from a single management scenario.

The disease model was used to perform 1,000 simulations of each proposed alternative, with and without cumulative effects. Each simulation began with all bighorn sheep herds uninfected and at

---

[3] Many studies reporting post-epidemic lamb mortality have been published in the second or third year after an outbreak, and in such cases, lamb recruitment was almost invariably still low at the time of the last reported observation (Onderka and Wishart 1984, Spraker et al. 1984, Schwantje 1986, Festa-Bianchet 1988, Foreyt 1990, Ryder et al. 1992, Aune et al. 1998).

BLM_0048993

their current population size and was run for 100 years. Results, including the number of herds suffering pseudo-extirpation in each simulation, were collected and summarized for use in the Environmental Consequences section.

BLM_0048994

**Figure W-0p. Four Examples of the Outputs Possible from the Disease Model at an effective contact rate of 0.75 for a Single Management Scenario**



BLM_0048995

**Summary**

Bighorn sheep currently occupy only an estimated 30 percent of historic habitats at population
levels significantly diminished from pre-Euroamerican settlement (approximately 10 percent).
Source environments and source habitats should be components used in addressing "suitable
habitats to support viable populations," but habitat alone does not equate to "population
viability" for this species. Any viability assessment, and resulting management guidance for
bighorn sheep, needs to address the potential for contact between domestic sheep and bighorn
sheep and the implications for disease transmission between the species. Addressing the potential
for contact requires understanding bighorn sheep life requisites, how bighorn sheep move
through and utilize habitats, and domestic sheep management (i.e., timing, location, densities,
season of use, and proximity of domestic sheep to bighorn sheep).

The aforementioned analyses offers a risk analysis approach that couples a significant telemetry
database with habitat analyses to provide a reasonable basis for analyzing the likelihood of
contact between bighorn sheep and domestic sheep. The results of these analyses allow modeling
of the potential outcomes of interspecies contact on the persistence of bighorn sheep populations
on and adjacent to the Payette National Forest.

> Consistent with 36 CFR §219.20(a), the bighorn sheep discussion in the Direct and Indirect
> Effects by Alternative, Species of Special Interest section, page 3-316, of Chapter 3 Terrestrial
> Wildlife Habitat and Species section of the 2003 Southwest Idaho Ecogroup Land and Resource
> Management Plans Final Environmental Impact Statement will be deleted. The following pages
> will supplement the Direct and Indirect Effects by Alternative, Regional Forester Sensitive
> Species section, page 3-313, of the Chapter 3 Terrestrial Wildlife Habitat and Species section of
> the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental
> Impact Statement.

## ENVIRONMENTAL CONSEQUENCES

### Direct and Indirect Effects by Alternative

#### Regional Forester Sensitive Species

##### *Bighorn Sheep*

**Viability**

This document was written in response to direction from the Forest Service Chief (Chief) to
analyze bighorn sheep viability commensurate with the concerns and questions raised in the
appeal decision related to the potential impacts of disease transmission from domestic sheep
grazed on the Payette National Forest. However, the metapopulation structure of bighorn sheep
is complicated by the fact that only portions of two different metapopulations occur within the
Payette National Forest boundaries. Traditional population viability analyses are usually done
within the context of isolated populations (Hanski 1998), and a viability analysis restricted to
bighorn sheep on the Payette National Forest is meaningless unless the dynamics of the
metapopulation are also considered. Therefore, viability discussions will need to extend beyond

BLM_0048996

the borders of the Payette National Forest although the analysis of how domestic sheep use of the
forest affects the two metapopulations is relevant.

Viability is generally expressed using two components—number of individuals and time—which
can be used to describe population persistence over time. For example, Thompson (1991)
describes population persistence as 99 percent of the population persisting for 1,000 years or
95 percent persisting over 100 years. Singer and Gudorf (1999) found no unequivocal minimum
viable number for bighorn sheep, but suggest a minimum population size of 100 individuals if
disease is not a factor and 300 individuals to buffer against the loss of genetic heterozygosity if
severe or moderate epizootics are present. Singer et al. (2001) also found a strong correlation of
population persistence with larger habitat patch sizes, greater distances from domestic sheep,
higher population growth rates, greater home-range sizes, larger population sizes, and migratory
movements. Larger populations (>250 animals) were more likely to recover following an
epizootic, but habitat patch size was the primary correlate of both population performance and
persistence (Singer et al. 2001).

**Habitat Use**

Current source habitat does not appear to be limiting for bighorn sheep as much of the apparently
suitable bighorn habitat appears to be unoccupied (HCBSRC 1997). At scales below the
Payette National Forest or watershed level, however, it is expected that the quality of habitat can
have variances that cannot be detected at broader scales. The 2003 FEIS included successional
modeling of both forested potential vegetation groups and sagebrush cover types. Comparable
modeling was not completed for bighorn sheep habitat, since the information needed to model
the change through time of grasslands, mountain mahogany, bitterbrush, and forest cover types
with ≤10 percent canopy cover is sparse or unavailable.

The FEIS did, however, provide information on the trends of grassland vegetative response
under each of the seven alternatives and ranked the alternatives (USDA Forest Service 2003b,
pages 3-572 through 3-574). This discussion represented generalized grassland trends for the
entire Ecogroup (Payette, Boise, and Sawtooth National Forests) and was not specific to the
Payette National Forest although it did consider those management areas (i.e., Hells Canyon,
Snake River, and Weiser River) that overlap the Hells Canyon bighorn sheep metapopulation and
contain some of the higher risk domestic sheep allotments and trailing routes. Furthermore, these
generalized trends represent more than bighorn sheep habitat but do not account for the escape
terrain and other special habitat features important to bighorn sheep. Bighorn sheep habitat is a
subset of these trends for grassland response.

The FEIS also discussed the generalized trends for deciduous riparian vegetation under the seven
alternatives (USDA Forest Service 2003b, pages 3-575 through 3-576), which
Wisdom et al. (2000) identified as a special habitat feature. Again, bighorn sheep habitat is a
subset of deciduous riparian vegetation. Sagebrush cover types and their component grassland
successional stages are discussed on pages 3-539 through 3-572 of the FEIS (USDA Forest
Service 2003b).

Other factors that affect bighorn sheep habitat include patch dynamics of nonforest and forested
habitats, and their juxtapositions to each other. For example, suppression of wildfires for several
decades has resulted in a reduced fire return interval and larger wildfires in some vegetation
types. One effect that has occurred to some extent on the community types used by bighorn

BLM_0048997

sheep has been that the patch size of burned areas has increased relative to historical conditions. However, without specific information on the juxtaposition of needed patches on the landscape (size and arrangement) for this species, comparing trends further with the species' needs is difficult. Patch dynamics, which vary historically, may affect dispersal between source habitat patches for bighorn sheep. Although bighorn sheep can use a diverse array of terrestrial and aquatic systems to move across the landscape, altering historical vegetation dynamics can potentially affect migratory routes. Large patch sizes of burned areas can open up forested and dense shrub areas to bighorn sheep. In some fire regimes, these large patch sizes would have been historically present. However, their location on the landscape shifts over time as a burned area successes back to denser vegetation and new areas experience periodic disturbances. Livestock grazing practices can affect the balance between shrub and herbaceous vegetation and contribute to changes in the floristic composition of grass and shrub communities, both of which can result in altered fire regimes. These changes can also contribute to altering historical patch sizes.

In addition to patch dynamics, habitat quality is an important predictor of whether a species may be present. Habitat quality degradation through exotic weed invasions is a threat to habitat for this species. Depending on the type of exotic weed, food resources can be depleted and fire cycles disrupted, which can further alter species composition and structure. Livestock grazing can contribute to exotic weed invasions and damage to biological soil crusts, which can contribute to declines in source habitat quality.

Associated riparian areas within the ecosystem may also be affected by livestock grazing, with declines in habitat quality. Riparian systems can be particularly susceptible to livestock concentrations and grazing damage (Berry 1979). Defoliation, soil compaction, and floodplain water table subsidence due to channel widening or down-cutting have resulted in the loss of densely rooted graminoid and shrub species (Berry 1979, Kovalchik and Elmore 1992). Natural recovery of native riparian vegetation once occurring along the margins of the riparian area may be extremely slow, even with reductions in livestock grazing, because of deteriorating physical conditions of the stream during the last 150 years, dominance of exotic annuals within the riparian area, and loss of native seed sources (Clary et al. 1996). Livestock grazing can affect riparian vegetation by altering vegetation composition and seral stages. Excessive runoff from poor condition sagebrush and grasslands and direct damage to riparian vegetation and stream banks can result from livestock grazing and trampling, road construction, and recreational use (Blaisdell et al. 1982). Often, lowered water tables, resulting from heavy grazing pressure, have modified or destroyed normal riparian vegetation (Blaisdell et al. 1982), which has affected riparian ecosystem function. The ability of streams, associated vegetation, and wildlife populations to recover following reduced grazing stress appears to be situation specific and related to site characteristics, degree of degradation, and availability of native plant materials (Shaw 1992, Krueper 1993).

Human activities are also primary sources of potential habitat degradation for bighorn sheep. Roads can be a source of direct mortality through vehicle strikes, and their presence can increase disturbance to bighorn sheep during critical periods throughout the year. Road construction can exacerbate effects from other risk factors, such as the spread of exotic species. Another human factor that can accelerate risks associated with roads and weeds is the dramatic increase of off-highway vehicle use, which can facilitate the expansion of invasive species and adversely increase the potential for human disturbance and unlawful take. Roads and trails provide the

BLM_0048998

primary access corridors for invasive plants, and some invasive species are able to out-compete native species, which can result in a substantial change in the overall biological diversity of the affected area and changes in historical fire regimes. The susceptibility of source habitat to weed establishment is important to investigate at finer scales in relation to ground-disturbing activities, such as prescribed fire, roads, livestock grazing, and energy development or exploration. Finally, winter recreation can disturb bighorn sheep.

The alternatives vary in the acres of suited rangelands available for domestic sheep grazing. The general effects listed above will also vary according to available rangelands, trailing routes, roads, and human disturbance associated with each alternative. This analysis can be an oversimplification as site-specific ecological conditions and livestock grazing practices will have different effects on more localized areas. Although habitat is not limiting at a Forest-wide scale on the Payette National Forest, these localized effects can limit habitat in some areas.

**Evaluation Methods Used to Analyze Risk of Contact between Domestic and Bighorn Sheep and Implications for Disease Transmission**

Outputs derived from the three models (source habitats, contact and disease transmission) were used to compare alternatives with respect to the risk of contact between domestic and bighorn sheep and to estimate implications for disease transmission between the species. Three factors are considered in assessing the potential impacts of disease on populations: (1) rate of contact between bighorn sheep and domestic sheep, (2) probability that contact will result in transmission of disease, and (3) effect of disease on the bighorn sheep population.

Modeling completed by Clifford et al. (2007) suggests that for some bighorn sheep populations, even a minimal level of contact can have severe persistence implications for bighorn sheep populations. For one Sierra Nevada bighorn sheep population that they modeled, they estimated a 2 percent annual risk of contact would result in a 50 percent probability of a catastrophic respiratory outbreak that would result in at least 40 percent mortality. In this analysis, the rate of contact was estimated using a large and robust telemetry data set to model CHHRs and bighorn sheep forays outside of CHHRs relative to the availability of source habitats. Outputs of the CHHR and foray analyses were used to determine the likely rate of bighorn sheep contact with domestic sheep allotments.

**Comparison of Alternatives**

*Considerations in Evaluating Alternatives*

Alternatives were evaluated on their merits for providing separation and minimizing likelihood of contact between bighorn sheep and domestic sheep on seven bighorn sheep populations on, and adjacent to, the Payette National Forest. These populations include Big Canyon, Little Salmon, Main Salmon/South Fork, Muir Creek, Myers Creek, Sheep Creek, and Upper Hells Canyon and have the highest likelihood for contact with domestic sheep allotments grazed on the Payette National Forest. Other populations were analyzed, but are not included in this section, such as Big Creek, Upper Salmon River, and Lostine. Little Salmon was included because recent incidental and telemetry observations suggest some animals already occupy the area and a new population has or will soon form in the area. The Little Salmon animals may comprise an important connectivity population between the two metapopulations (Figure W-9a).

BLM_0048999

**Figure W-9a. Telemetry Data and Observations for the Little Salmon River**



BLM_0049000

*Source Habitat Model—Bighorn Sheep Summer Source Habitats*

Although both summer (May–October) and winter (November–April) bighorn sheep source habitats were evaluated (see *Modeling and Analysis Technical Report* in Appendix L), modelers focused primarily on summer source habitats since domestic sheep are mostly present on the Payette National Forest and near bighorn sheep source habitats during this period. The source habitat model was used to estimate the amount of bighorn sheep summer source habitat receiving protection and the percentage of rangelands on the Payette National Forest identified as suited for domestic sheep grazing for each alternative. The juxtaposition and distances between bighorn sheep summer source habitats and suited rangelands for domestic sheep are important attributes and influence the probability of contact between the species. The alternatives exhibit substantial variation on both measures. The percentage of summer source habitat protected varies from 0 percent (Alternatives 1B, 2, 5, 7) to 100 percent (Alternative 7E). Similarly, the percentage of rangelands designated as suited for domestic sheep varies from 0 percent (Alternative 7E) to 100 percent (Alternatives 1B, 2, 5, 7) (Table W-10). Alternative maps spatially display these areas on and adjacent to the Payette National Forest (Figures W-9b through W-9i).

**Table W-10. Comparison of Alternatives Displaying Protected Summer Source Habitats for Bighorn Sheep and Remaining Suited Habitats for Grazing in Summer Bighorn Sheep Habitat**

| Alternative | Protected Bighorn Sheep Summer Source Habitat (Acres) | Protected Bighorn Sheep Summer Source Habitat (%) | Suitable Range (Acres) | Suitable Range (%) |
|---|---|---|---|---|
| 1B, 2, 5, 7 | 0 | 0.00 | 100,310 | 100.00 |
| 3, 4, 6 | 33,918 | 9.20 | 93,082 | 92.79 |
| 7E | 368,641 | 100.00 | 0 | 0.00 |
| 7G | 263,338 | 71.43 | 38,468 | 38.35 |
| 7L | 315,715 | 85.64 | 64,311 | 64.11 |
| 7M | 338,934 | 91.94 | 43,245 | 43.11 |
| 7N | 337,532 | 91.56 | 38,392 | 38.27 |
| 7O | 346,696 | 94.05 | 31,592 | 31.49 |
| 7P | 332,372 | 90.16 | 46,106 | 45.96 |

*Risk of Contact Model—Contact between Bighorn Sheep and Domestic Sheep*

The risk of contact model (CHHR and foray analyses) is perhaps the most critical aspect of the analysis since the consequences of low levels of interspecies contact are potentially severe for bighorn sheep. Because the model is based on a large telemetry data set and corroborated with source habitats, it is considered a reliable proxy for how the Hells Canyon and Salmon River metapopulations utilize the landscapes and can be used to determine the likelihood that bighorn sheep will transect domestic sheep allotments (i.e., a contact is considered a bighorn sheep transecting a domestic sheep allotment boundary). Obviously, the lower the probability of contact, the more likely a bighorn sheep population will persist. At current population sizes, the number of contacts with allotments expected each year varies between alternatives, from 0 (Alternative 7E) to 1.33 (Alternatives 1B, 2, 5, 7) (Table W-11). For all alternatives, the

BLM_0049001

Main Salmon/South Fork and Upper Hells Canyon populations contributed the greatest number
of contacts due to their combination of relatively large population sizes and closer proximity to
domestic sheep allotments.

**Table W-11. Contact between Bighorn Sheep and Domestic Sheep Allotments for Seven Bighorn
Sheep Herds on the Payette National Forest**

| Herd Name | Population Estimate | Contacts per Year by Alternative | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1B, 2, 5, 7 | 3, 4, 6 | 7E | 7G | 7L | 7M | 7N | 7O | 7P |
| Big Canyon | 20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Little Salmon | 4 | 0.07 | 0.07 | 0.00 | 0.04 | 0.04 | 0.03 | 0.01 | 0.01 | 0.03 |
| Main Salmon/South Fork | 210 | 1.01 | 1.01 | 0.00 | 0.35 | 0.31 | 0.19 | 0.08 | 0.04 | 0.12 |
| Upper Hells Canyon | 45 | 0.15 | 0.15 | 0.00 | 0.09 | 0.13 | 0.05 | 0.03 | 0.03 | 0.05 |
| Muir Creek | 30 | 0.06 | 0.03 | 0.00 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| Myers Creek | 10 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sheep Mountain | 11 | 0.03 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Contacts/Year | | 1.33 | 1.28 | 0.00 | 0.49 | 0.49 | 0.27 | 0.12 | 0.08 | 0.20 |

*Disease Model—Bighorn Sheep Population Persistence*

Lastly, the disease model displays the potential effects of contact on the persistence of bighorn
sheep populations in these metapopulations. Contact rates for the seven bighorn sheep
populations in the Hells Canyon and Salmon River metapopulations were used as disease model
inputs. One important summary of the disease model output is the probability of herd extirpation
over the next 100 years, given assumptions for probability of a disease outbreak given contact.
The complexity of the model and number of variables whose estimation was necessary to run it
(e.g., demographic characteristics of bighorn sheep herds, disease transmission rates resulting
from contact between domestic sheep and bighorn sheep, disease transmission rates resulting
from infected bighorn sheep contacting uninfected bighorn sheep, lethality of the diseases, time
of recovery in infected bighorn sheep herds) imply a high degree of uncertainty of its results.
Although the model does follow well-documented and logical processes, the results should be
viewed as a means of comparing the relative impacts of alternatives, not as "hard and fast
values." Results of the model support our current understanding of these bighorn sheep
populations, and outputs can be explained based on the understanding of contact and disease
outcomes resulting from contact. Because of the high uncertainty surrounding the probability
that contact of a bighorn sheep with an allotment will lead to infection of its herd with
pneumonia, modelers ran the disease model with assumptions for a range of values, from 0.05 (1
in 20 contacts would result in a disease event) to 1.00 (every contact would result in a disease
event). Extirpation probabilities were analyzed for seven populations (Table W-12 and
W-13 through W-20). The timeframe used was 100 years for each herd.

Qualitative comparisons of alternatives are made on the basis of assumptions for the probability
of a disease outbreak given contact (i.e. the probability that contact with an active allotment will
lead to an outbreak). Probabilities of an outbreak given contact are considered low (0.05 or 1 in
20 contact leads to a disease outbreak), moderate (0.25 or 1 in 4 contacts lead to a disease

BLM_0049002

outbreak), or high (1.00 or every contact results in a disease outbreak). Similarly, extirpation probability outcomes were estimated to be low (≤0.10), moderate (0.11–0.29), or high (≥0.30). In both cases, the terms low, moderate, and high are intended as relative terms.

**Table W-12. Modeled Probability of Extirpation for Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact**

| Big Canyon | | | | | | |
|---|---|---|---|---|---|---|
| | **0.05** | **0.1** | **0.25** | **0.5** | **0.75** | **1.00** |
| Alternatives 1B, 2, 5, 7 | 0.236 | 0.300 | 0.443 | 0.561 | 0.645 | 0.720 |
| Alternatives 3, 4, 6 | 0.174 | 0.213 | 0.331 | 0.439 | 0.497 | 0.570 |
| Alternative 7G | 0.065 | 0.109 | 0.153 | 0.185 | 0.218 | 0.242 |
| Alternative 7L | 0.072 | 0.120 | 0.175 | 0.226 | 0.260 | 0.300 |
| Alternative 7M | 0.044 | 0.081 | 0.166 | 0.195 | 0.234 | 0.257 |
| Alternative 7N | 0.026 | 0.057 | 0.123 | 0.191 | 0.201 | 0.222 |
| Alternative 7O | 0.018 | 0.045 | 0.102 | 0.165 | 0.190 | 0.208 |
| Alternative 7P | 0.039 | 0.073 | 0.151 | 0.206 | 0.226 | 0.268 |
| Alternative 7E | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| **Little Salmon** | | | | | | |
| | **0.05** | **0.10** | **0.25** | **0.50** | **0.75** | **1.00** |
| Alternatives 1B, 2, 5, 7 | 0.374 | 0.605 | 0.898 | 0.982 | 0.999 | 1.00 |
| Alternatives 3, 4, 6 | 0.309 | 0.535 | 0.884 | 0.981 | 0.999 | 1.00 |
| Alternative 7G | 0.092 | 0.184 | 0.406 | 0.726 | 0.864 | 0.935 |
| Alternative 7L | 0.088 | 0.168 | 0.39 | 0.664 | 0.83 | 0.925 |
| Alternative 7M | 0.062 | 0.103 | 0.269 | 0.466 | 0.656 | 0.769 |
| Alternative 7N | 0.034 | 0.061 | 0.149 | 0.280 | 0.354 | 0.463 |
| Alternative 7O | 0.018 | 0.042 | 0.100 | 0.179 | 0.209 | 0.285 |
| Alternative 7P | 0.047 | 0.084 | 0.205 | 0.369 | 0.494 | 0.617 |
| Alternative 7E | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| **Main Salmon/South Fork** | | | | | | |
| | **0.05** | **0.10** | **0.25** | **0.50** | **0.75** | **1.00** |
| Alternatives 1B, 2, 5, 7 | 0.374 | 0.605 | 0.898 | 0.982 | 0.999 | 1.000 |
| Alternatives 3, 4, 6 | 0.309 | 0.535 | 0.884 | 0.981 | 0.999 | 1.000 |
| Alternative 7G | 0.092 | 0.184 | 0.406 | 0.726 | 0.864 | 0.935 |
| Alternative 7L | 0.088 | 0.168 | 0.390 | 0.664 | 0.830 | 0.925 |
| Alternative 7M | 0.062 | 0.103 | 0.269 | 0.466 | 0.656 | 0.769 |
| Alternative 7N | 0.034 | 0.061 | 0.149 | 0.28 | 0.354 | 0.463 |
| Alternative 7O | 0.018 | 0.042 | 0.100 | 0.179 | 0.209 | 0.285 |
| Alternative 7P | 0.047 | 0.084 | 0.205 | 0.369 | 0.494 | 0.617 |
| Alternative 7E | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

BLM_0049003

| Muir Creek | | | | | | |
|---|---|---|---|---|---|---|
| | **0.05** | **0.10** | **0.25** | **0.50** | **0.75** | **1.00** |
| Alternatives 1B, 2, 5, 7 | 0.241 | 0.312 | 0.447 | 0.568 | 0.653 | 0.731 |
| Alternatives 3, 4, 6 | 0.174 | 0.222 | 0.336 | 0.445 | 0.507 | 0.581 |
| Alternative 7G | 0.064 | 0.108 | 0.155 | 0.191 | 0.220 | 0.245 |
| Alternative 7L | 0.071 | 0.120 | 0.181 | 0.230 | 0.263 | 0.305 |
| Alternative 7M | 0.043 | 0.080 | 0.173 | 0.201 | 0.236 | 0.262 |
| Alternative 7N | 0.025 | 0.056 | 0.127 | 0.195 | 0.205 | 0.228 |
| Alternative 7O | 0.018 | 0.044 | 0.106 | 0.169 | 0.192 | 0.214 |
| Alternative 7P | 0.038 | 0.072 | 0.159 | 0.212 | 0.230 | 0.272 |
| Alternative 7E | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Myers Creek | | | | | | |
| | **0.05** | **0.10** | **0.25** | **0.50** | **0.75** | **1.00** |
| Alternatives 1B, 2, 5, 7 | 0.258 | 0.332 | 0.464 | 0.588 | 0.669 | 0.748 |
| Alternatives 3, 4, 6 | 0.189 | 0.24 | 0.359 | 0.459 | 0.531 | 0.609 |
| Alternative 7G | 0.074 | 0.120 | 0.170 | 0.204 | 0.230 | 0.265 |
| Alternative 7L | 0.081 | 0.131 | 0.197 | 0.244 | 0.285 | 0.329 |
| Alternative 7M | 0.048 | 0.094 | 0.187 | 0.218 | 0.25 | 0.282 |
| Alternative 7N | 0.029 | 0.061 | 0.140 | 0.211 | 0.217 | 0.237 |
| Alternative 7O | 0.020 | 0.049 | 0.119 | 0.184 | 0.204 | 0.223 |
| Alternative 7P | 0.043 | 0.081 | 0.173 | 0.232 | 0.247 | 0.292 |
| Alternative 7E | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Upper Hells Canyon | | | | | | |
| | **0.05** | **0.10** | **0.25** | **0.50** | **0.75** | **1.00** |
| Alternatives 1B, 2, 5, 7 | 0.355 | 0.592 | 0.900 | 0.992 | 0.997 | 0.999 |
| Alternatives 3, 4, 6 | 0.304 | 0.526 | 0.871 | 0.985 | 0.998 | 0.999 |
| Alternative 7G | 0.131 | 0.285 | 0.640 | 0.884 | 0.970 | 0.993 |
| Alternative 7L | 0.175 | 0.355 | 0.752 | 0.941 | 0.996 | 0.997 |
| Alternative 7M | 0.067 | 0.149 | 0.409 | 0.687 | 0.858 | 0.920 |
| Alternative 7N | 0.041 | 0.080 | 0.239 | 0.471 | 0.640 | 0.766 |
| Alternative 7O | 0.036 | 0.068 | 0.221 | 0.438 | 0.632 | 0.756 |
| Alternative 7P | 0.061 | 0.142 | 0.401 | 0.685 | 0.851 | 0.920 |
| Alternative 7E | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

BLM_0049004

| Sheep Mountain | | | | | | |
|---|---|---|---|---|---|---|
| | **0.05** | **0.10** | **0.25** | **0.50** | **0.75** | **1.00** |
| Alternatives 1B, 2, 5, 7 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| Alternatives 3, 4, 6 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| Alternative 7G | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| Alternative 7L | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| Alternative 7M | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| Alternative 7N | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| Alternative 7O | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| Alternative 7P | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| Alternative 7E | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |

### Alternatives

The Sheep Mountain population has a 100 percent probability of extirpation due to frequent, recurrent disease events; small initial population size, and its proximity to domestic sheep allotments on the Payette National Forest. Hence under all alternatives, this population will likely be lost (Table W-12).

### Alternatives 1B, 2, 5, 7

This alternative leaves all allotments open. No bighorn sheep summer source habitats are protected from domestic sheep grazing (Figure W-9b). This alternative results in the highest likelihood of contact between bighorn sheep and domestic sheep (1.33 contacts/year [Table W-11]) with most of the contacts occurring in the Main Salmon/South Fork (1.01 contacts/year) and Upper Hells Canyon populations (0.15 contacts/year) (Table W-11). Contact estimates for the remaining herds are <0.10.

The Little Salmon, Main Salmon/South Fork, and Upper Hells Canyon populations have a high probability of extirpation under this alternative, even when the probability of a disease outbreak given contact is assumed to be low (i.e., 1 in 20 or 0.05) (Table W-13) . All populations have a high likelihood of extirpation if the probability of a disease outbreak given contact is moderate (i.e., 0.25 or 1 in 4) (Table W-13).

BLM_0049005

**Figure W-9b. Alternatives 1B, 2, 5, and 7—Bighorn Sheep Core Herd Home Range and Summer Source Habitat, and Domestic Sheep Allotments on the Payette National Forest**



**Table W-13. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternative 1B, 2, 5, and 7**

| Alternatives 1B, 2, 5, 7 | P(Outbreak \| Intersection with an allotment) | | | | | |
|---|---|---|---|---|---|---|
| | **0.05** | **0.10** | **0.25** | **0.50** | **0.75** | **1.00** |
| Big Canyon | 0.236 | 0.300 | 0.443 | 0.561 | 0.645 | 0.720 |
| Little Salmon | 0.374 | 0.605 | 0.898 | 0.982 | 0.999 | 1.000 |
| Main Salmon/South Fork | 0.374 | 0.605 | 0.898 | 0.982 | 0.999 | 1.000 |
| Muir Creek | 0.241 | 0.312 | 0.447 | 0.568 | 0.653 | 0.731 |
| Myers Creek | 0.258 | 0.332 | 0.464 | 0.588 | 0.669 | 0.748 |
| Upper Hells Canyon | 0.355 | 0.592 | 0.900 | 0.992 | 0.997 | 0.999 |
| Sheep Mountain | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |

BLM_0049006

*Alternatives 3, 4, 6*

This alternative protects 9.2 percent of the summer bighorn sheep habitat on the Payette National Forest, and approximately 92.8 percent of the current suited rangelands for domestic sheep grazing are retained (Table W-10 and Figure W-9c). This alternative results in the second highest rate of contact between bighorn sheep and domestic sheep allotments (1.28 contacts/year [Table W-11]). As with the previous alternative, most of the contacts would occur in the Main Salmon/South Fork (1.01 contacts/year) and Upper Hells Canyon populations (0.15 contacts/year) (Table W-11), with low rates of contact (<0.10) expected in the other herds. As with Alternatives 1B, 2, 5, 7, there is a high likelihood of extirpation of the Upper Hells Canyon, Main Salmon/South Fork, and Little Salmon populations even when the probability of a disease outbreak given contact are assumed to be low (0.05) (Table W-14). When the probability of a disease outbreak given contact is increased to moderate (0.25), all populations would have a high probability of extirpation. Even though modeled outcomes are similar to Alternatives 1B, 2, 5, 7, the scenario under this alternative appears better for bighorn sheep populations than the previous alternative.

**Figure W-9c. Alternative 3, 4, 6— Bighorn Sheep Core Herd Home Range and Summer Source Habitat, and Domestic Sheep Allotments on the Payette National Forest**



BLM_0049007

**Table W-14. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternatives 3, 4, 6**

| Alternatives 3, 4, 6 | P(Outbreak \| Intersection with an allotment) | | | | | |
|---|---|---|---|---|---|---|
| | 0.05 | 0.10 | 0.25 | 0.50 | 0.75 | 1.00 |
| Big Canyon | 0.174 | 0.213 | 0.331 | 0.439 | 0.497 | 0.570 |
| Little Salmon | 0.309 | 0.535 | 0.884 | 0.981 | 0.999 | 1.00 |
| Main Salmon/South Fork | 0.309 | 0.535 | 0.884 | 0.981 | 0.999 | 1.00 |
| Muir Creek | 0.174 | 0.222 | 0.336 | 0.445 | 0.507 | 0.581 |
| Myers Creek | 0.189 | 0.240 | 0.359 | 0.459 | 0.531 | 0.609 |
| Upper Hells Canyon | 0.304 | 0.526 | 0.871 | 0.985 | 0.998 | 0.999 |
| Sheep Mountain | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |

*Alternative 7G*

This alternative protects 71.4 percent of the summer bighorn sheep habitat on the Payette National Forest; approximately 38.4 percent of the suited rangelands where domestic sheep grazing is currently permitted are retained (Table W-10 and Figure W-9d). Implementing this alternative would result in 0.49 contacts/year (second highest of the action alternatives, and the same as Alternative 7L) (Table W-11). As with the previous alternatives, most of the contacts would occur in the Main Salmon/South Fork (0.35 contacts/year) and Upper Hells Canyon (0.09 contacts/year) populations (Table W-11). Low rates of contact are expected in the remaining herds. As with Alternatives 1B, 2, 5, 7 and 3, 4, 6, the Upper Hells Canyon, Main Salmon/South Fork, and Little Salmon populations would likely be extirpated, even when the probability of a disease outbreak given contact is assumed to be moderate (0.25) (Table W-15). However, the scenario under this alternative would be better for bighorn sheep populations in the Hells Canyon and Salmon River metapopulations than the previous two alternatives.

BLM_0049008

**Figure W-9d. Alternative 7G— Bighorn Sheep Core Herd Home Range and Summer Source Habitat, and Domestic Sheep Allotments on the Payette National Forest**



**Table W-15. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternative 7G**

| Alternative 7G | P(Outbreak \| Intersection with an allotment) | | | | | |
|---|---|---|---|---|---|---|
| | **0.05** | **0.10** | **0.25** | **0.50** | **0.75** | **1.00** |
| Big Canyon | 0.065 | 0.109 | 0.153 | 0.185 | 0.218 | 0.242 |
| Little Salmon | 0.092 | 0.184 | 0.406 | 0.726 | 0.864 | 0.935 |
| Main Salmon/South Fork | 0.092 | 0.184 | 0.406 | 0.726 | 0.864 | 0.935 |
| Muir Creek | 0.064 | 0.108 | 0.155 | 0.191 | 0.220 | 0.245 |
| Myers Creek | 0.074 | 0.120 | 0.170 | 0.204 | 0.230 | 0.265 |
| Upper Hells Canyon | 0.131 | 0.285 | 0.640 | 0.884 | 0.970 | 0.993 |
| Sheep Mountain | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |

BLM_0049009

*Alternative 7L*

Under Alternative 7L, 85.6 percent of bighorn sheep summer source habitat is protected; approximately 64.1 percent of rangelands suited for domestic sheep are retained (Table W-10 and Figure W-9e). Implementing this alternative would result in 0.49 contacts per year (second highest of the alternatives and the same as Alternative 7G) between bighorn sheep and domestic sheep allotments. The majority of contacts would occur in the Main Salmon/South Fork (0.31 contacts/year) and Upper Hells Canyon populations (0.13 contacts/year) (Table W-11). Expected contact rates in these populations would be similar to Alternative 7G. Although this alternative provides protection to additional bighorn sheep summer source habitats, it retains a higher percent of suited rangelands for domestic sheep grazing. As with Alternative 7G, extirpation rates for Little Salmon, Main Salmon/South Fork, and Upper Hells Canyon populations are high assuming moderate a probability of a disease outbreak given contact (0.25) (Table W-16).

**Figure W-9e. Alternative 7L—Bighorn Sheep Core Herd Home Range and Summer Source Habitat, and Domestic Sheep Allotments on the Payette National Forest**



BLM_0049010

**Table W-16. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternative 7L**

| Alternative L | P(Outbreak \| Intersection with an allotment) | | | | | |
|---|---|---|---|---|---|---|
| | 0.05 | 0.10 | 0.25 | 0.50 | 0.75 | 1.00 |
| Big Canyon | 0.072 | 0.120 | 0.175 | 0.226 | 0.260 | 0.300 |
| Little Salmon | 0.088 | 0.168 | 0.390 | 0.664 | 0.830 | 0.925 |
| Main Salmon/South Fork | 0.088 | 0.168 | 0.390 | 0.664 | 0.830 | 0.925 |
| Muir Creek | 0.071 | 0.120 | 0.181 | 0.230 | 0.263 | 0.305 |
| Myers Creek | 0.081 | 0.131 | 0.197 | 0.244 | 0.285 | 0.329 |
| Upper Hells Canyon | 0.175 | 0.355 | 0.752 | 0.941 | 0.996 | 0.997 |
| Sheep Mountain | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |

*Alternative 7M*

Alternative 7M protects 91.9 percent of bighorn sheep summer source habitats and retains 43.1 percent of rangelands suited for domestic sheep (Table W-10 and Figure W-9f). The annual rate of contact for Alternative 7M would be 0.27 contacts/year (third highest of the action alternatives). Most of the contacts would occur in the Main Salmon/South Fork (0.19 contacts/year) and Upper Hells Canyon (.05 contacts/year) (Table W-11). Although the contact estimate is lower than for the previously discussed alternatives, there is a moderate likelihood of extirpation (0.27) for the Main Salmon/South Fork and Little Salmon populations and a high likelihood of extirpation (0.41) for the Upper Hells Canyon population (Table W-17), assuming a moderate probability (0.25) of a disease outbreak given contact. Big Canyon, Myers Creek, and possibly Muir Creek show low extirpation probabilities under this alternative, assuming moderate probabilities of a disease outbreak given contact (0.25) (Table W-17).

BLM_0049011

**Figure W-9f. Alternative 7M—Bighorn Sheep Core Herd Home Range and Summer Source Habitat, and Domestic Sheep Allotments on the Payette National Forest**



**Table W-17. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternative 7M**

| Alternative 7M | P(Outbreak \| Intersection with an allotment) | | | | | |
|---|---|---|---|---|---|---|
| | **0.05** | **0.10** | **0.25** | **0.50** | **0.75** | **1.00** |
| Big Canyon | 0.044 | 0.081 | 0.166 | 0.195 | 0.234 | 0.257 |
| Little Salmon | 0.062 | 0.103 | 0.269 | 0.466 | 0.656 | 0.769 |
| Main Salmon/South Fork | 0.062 | 0.103 | 0.269 | 0.466 | 0.656 | 0.769 |
| Muir Creek | 0.043 | 0.080 | 0.173 | 0.201 | 0.236 | 0.262 |
| Myers Creek | 0.048 | 0.094 | 0.187 | 0.218 | 0.250 | 0.282 |
| Upper Hells Canyon | 0.067 | 0.149 | 0.409 | 0.687 | 0.858 | 0.920 |
| Sheep Mountain | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |

BLM_0049012

*Alternative 7P*

Although this alternative is similar to 7M, it was analyzed separately because the outcomes
appear more favorable for persistence of the Main Salmon/South Fork population. Alternative 7P
would protect 90.1 percent of bighorn sheep summer source habitats and retains 45.9 percent of
rangelands suited for domestic sheep (Table W-10 and Figure W-9g). The annual rate of contact
for Alternative 7P would be 0.20, of which 0.12 would be for the Main Salmon/South Fork
population and 0.05 is for the Upper Hells Canyon population (Table W-11). Although the
contact estimate is lower than for the previously discussed alternatives, there is a moderate
likelihood of extirpation (0.21) for the Main Salmon/South Fork and Little Salmon population,
and a high likelihood of extirpation (0.40) for the Upper Hells Canyon population, even with a
moderate (0.25) probability of a disease outbreak given contact (Table W-18).

**Figure W-9g. Alternative 7P—Bighorn Sheep Core Herd Home Range and Summer Source
Habitat, and Domestic Sheep Allotments on the Payette National Forest**



BLM_0049013

**Table W-18. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternative 7P**

| Alternative 7P | P(Outbreak \| Intersection with an allotment) | | | | | |
|---|---|---|---|---|---|---|
| | 0.05 | 0.10 | 0.25 | 0.50 | 0.75 | 1.00 |
| Big Canyon | 0.039 | 0.073 | 0.151 | 0.206 | 0.226 | 0.268 |
| Little Salmon | 0.047 | 0.084 | 0.205 | 0.369 | 0.494 | 0.617 |
| Main Salmon/South Fork | 0.047 | 0.084 | 0.205 | 0.369 | 0.494 | 0.617 |
| Muir Creek | 0.038 | 0.072 | 0.159 | 0.212 | 0.230 | 0.272 |
| Myers Creek | 0.043 | 0.081 | 0.173 | 0.232 | 0.247 | 0.292 |
| Upper Hells Canyon | 0.061 | 0.142 | 0.401 | 0.685 | 0.851 | 0.920 |
| Sheep Mountain | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |

*Alternatives 7N and 7O*

Comparisons of Alternatives 7N and 7O were combined because the outputs from implementing these alternatives have similar environmental consequences for these bighorn sheep herds. Alternatives 7N and 7O protect 91.5 percent and 94.1 percent, respectively, of summer bighorn sheep source habitats and retain 38.2 percent and 31.5 percent, respectively, of suited rangelands for domestic sheep (Table W-10 and Figures W-9h and W-9i). The annual rates of contact between bighorn sheep and domestic sheep allotments were calculated at 0.12 (7N) (1 contact every 7 years) and 0.08 (7O) (1 contact every 11 years). Of the action alternatives, Alternatives 7N and 7O would have the lowest probabilities of contact and the highest probabilities of herd persistence. Under Alternative 7N, with moderate probability of a disease outbreak given contact assumption (0.25), the probabilities of extirpation for the Main Salmon/South Fork and the Upper Hells Canyon populations are 0.15 and 0.24, respectively (Table W-19). Under Alternative 7O, the corresponding probabilities of extirpation for the Main Salmon/South Fork and the Upper Hells Canyon populations are 0.10 and 0.22, respectively (Table W-20). Even with contact rates this low, the disease model projects a low likelihood of extirpation when the probability of a disease outbreak given contact is assumed to be high (0.5). Similar to previous alternatives, the Little Salmon, Main Salmon/South Fork, and Upper Hells Canyon populations show the moderate risk for extirpation (Tables W-19 and W-20).

BLM_0049014

**Figure W-9h. Alternative 7N—Bighorn Sheep Core Herd Home Range and Summer Source Habitat, and Domestic Sheep Allotments on the Payette National Forest**



BLM_0049015

**Figure W-9i. Alternative 7O— Bighorn Sheep Core Herd Home Range and Summer Source Habitat, and Domestic Sheep Allotments on the Payette National Forest**



**Table W-19. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternative 7N**

| Alternative 7N | P(Outbreak \| Intersection with an allotment) | | | | | |
|---|---|---|---|---|---|---|
| | **0.05** | **0.10** | **0.25** | **0.50** | **0.75** | **1.00** |
| Big Canyon | 0.026 | 0.057 | 0.123 | 0.191 | 0.201 | 0.222 |
| Little Salmon | 0.034 | 0.061 | 0.149 | 0.280 | 0.354 | 0.463 |
| Main Salmon/South Fork | 0.034 | 0.061 | 0.149 | 0.280 | 0.354 | 0.463 |
| Muir Creek | 0.025 | 0.056 | 0.127 | 0.195 | 0.205 | 0.228 |
| Myers Creek | 0.029 | 0.061 | 0.14 | 0.211 | 0.217 | 0.237 |
| Upper Hells Canyon | 0.041 | 0.080 | 0.239 | 0.471 | 0.640 | 0.766 |
| Sheep Mountain | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |

BLM_0049016

**Table W-20. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternative 7O**

| Alternative 7O | P(Outbreak \| Intersection with an allotment) | | | | | |
|---|---|---|---|---|---|---|
| | 0.05 | 0.10 | 0.25 | 0.50 | 0.75 | 1.00 |
| Big Canyon | 0.018 | 0.045 | 0.102 | 0.165 | 0.190 | 0.208 |
| Little Salmon | 0.018 | 0.042 | 0.100 | 0.179 | 0.209 | 0.285 |
| Main Salmon/South Fork | 0.018 | 0.042 | 0.100 | 0.179 | 0.209 | 0.285 |
| Muir Creek | 0.018 | 0.044 | 0.106 | 0.169 | 0.192 | 0.214 |
| Myers Creek | 0.020 | 0.049 | 0.119 | 0.184 | 0.204 | 0.223 |
| Upper Hells Canyon | 0.036 | 0.068 | 0.221 | 0.438 | 0.632 | 0.756 |
| Sheep Mountain | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |

*Alternative 7E*

Alternative 7E removes domestic sheep grazing on all lands administered by the Payette National Forest. All bighorn sheep summer source habitats (368,641 acres) are protected (Table W-10 and Figure W-9j). No suited rangelands remain for domestic sheep. The risk of contact from domestic sheep on the Payette National Forest is 0 under this alternative (Table W-21). Hence, disease model results show no probability of bighorn sheep population extirpations for all populations except Sheep Mountain, for reasons previously given.

BLM_0049017

**Figure W-9j. Alternative 7E—Bighorn Sheep Core Herd Home Range and Summer Source Habitat, and Domestic Sheep Allotments on the Payette National Forest**



**Table W-21. Modeled Probability of Extirpation of Seven Bighorn Sheep Populations under Varying Assumptions for Probability of Disease Outbreak Given Contact for Alternative 7E**

| Alternative 7E | P(Outbreak \| Intersection with an allotment) | | | | | |
|---|---|---|---|---|---|---|
| | **0.05** | **0.10** | **0.25** | **0.50** | **0.75** | **1.00** |
| Big Canyon | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Little Salmon | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Main Salmon/South Fork | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Muir Creek | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Myers Creek | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Upper Hells Canyon | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Sheep Mountain | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |

BLM_0049018

*Evaluation of Alternatives*

Previous discussion cites literature documenting the potential for severe impacts when even limited contact is made between these two species. For example, George et al. (2008) discuss the severe ramifications of contact that involved a single domestic sheep and resulted in a disease epidemic that affected three interconnected wintering populations of bighorn sheep in Colorado.

Both the Hells Canyon and Salmon River metapopulations include highly connected, interacting populations. Both of these metapopulations exhibit characteristics of repeated disease epizootics that have influenced both the distribution and abundance of bighorn sheep in Hells Canyon and the Salmon River drainages (IDFG 2004a, 2006; Cassirer and Sinclair 2007).

Although the alternatives vary widely in the amount of bighorn sheep summer source habitat protected from domestic sheep grazing, suited rangelands for domestic sheep, and interspecies contact probabilities, the disease model still infers relatively moderate-to-high extirpation risks when even modest assumptions are made for disease transmission leading to an epizootic. Although the model's outcomes may seem severe, they are consistent with findings in the literature and hence are useful for comparing alternatives. Alternatives were compared on the basis of three analyses: source habitats, contact probability, and disease model results.

*Source Habitats Analysis*

Generally, alternatives that protect the highest number of acres (and percentage) of bighorn sheep summer source habitat with the fewest acres remaining as suited rangelands for domestic sheep offer the greatest likelihood of conserving habitats that contribute to bighorn sheep viability. The configuration of source habitats, bighorn sheep use of these habitats, and the geographical proximity of bighorn sheep to domestic sheep allotments are significant factors in evaluating the potential for contact and disease transmission. Hence, we infer that overlap between bighorn sheep CHHRs and domestic sheep allotments will result in repeated contacts that will result in a disease outbreak.

Table W-22 displays the percentage of bighorn sheep CHHRs that overlap with domestic sheep allotments. This table suggests that Alternatives 1B, 2, 5, 7 and 3, 4, 6 pose significant threats to the Muir Creek and Upper Hells Canyon bighorn sheep populations. Further, Alternatives 7G and 7L pose threats to the Upper Hells Canyon population.

BLM_0049019

**Table W-22. Percent of Bighorn Sheep Core Home Ranges that overlap with Domestic Sheep Allotments by Alternative**

| Herd Home Range | Total (Acres) | 1B, 2, 5, 7 (%) | 3, 4, 6 (%) | 7E (%) | 7G (%) | 7L (%) | 7M, 7N, 7O, 7P (%) |
|---|---|---|---|---|---|---|---|
| Big Canyon | 45,688 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Little Salmon | 26,199 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Main Salmon/South Fork | 187,380 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Muir Creek | 285,539 | 5.97 | 0.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| Myers Creek | 154,961 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Upper Hells Canyon | 592,005 | 15.83 | 10.84 | 0.00 | 0.02 | 3.13 | 0.00 |
| Sheep Mountain | 21,459 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Creek | 113,975 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

We further evaluated distances from bighorn sheep CHHRs to domestic sheep allotments, the inference being greater distances between the species offer the greatest probability for persistence of bighorn sheep herds (Table W-23). These data suggest Little Salmon, Main Salmon/South Fork, Upper Hells Canyon, and Muir Creek are potentially at risk in all alternative scenarios except 7E. This result may explain why contact scenarios and the resulting disease modeling indicate moderate-to-high risk extirpation probabilities for these bighorn sheep populations under most alternatives, even when probabilities of outbreak per contact with an occupied allotment are assumed to be low.

**Table W-23. Distance (km) from Bighorn Sheep Core Home Ranges to Domestic Sheep Allotments**

| Core Herd Home Range | 1B, 2, 5, 7 | 3, 4, 6 | 7E | 7G | 7L | 7M | 7N | 7O | 7P |
|---|---|---|---|---|---|---|---|---|---|
| Big Canyon | 35 | 35 | No allotments | 42 | 42 | 43 | 51 | 51 | 43 |
| Little Salmon | 1 | 1 | No allotments | 1 | 1 | 1 | 8 | 8 | 1 |
| Main Salmon/South Fork. | 0 | 0 | No allotments | 5 | 3 | 11 | 12 | 22 | 12 |
| Upper Hells Canyon | 0[a] | 0[a] | No allotments | 0[a] | 0[a] | 0 | 0 | 0 | 0 |
| Muir Creek | 0[a] | 0[a] | No allotments | 15 | 7 | 13 | 13 | 13 | 13 |
| Myers Creek | 6 | 6 | No allotments | 21 | 20 | 20 | 30 | 30 | 20 |
| Sheep Mountain | 12 | 16 | No allotments | 20 | 20 | 20 | 20 | 20 | 20 |
| Big Creek | 38 | 38 | No allotments | 39 | 39 | 40 | 40 | 43 | 39 |

[a] Core herd home range overlaps a domestic sheep allotment

Table W-24 summarizes the alternative outcomes and ranks the alternatives based on their ability to provide separation between bighorn sheep summer source habitats potentially occupied by the two species (1 providing the greatest separation and 9 providing the least separation). Obviously, those alternatives where no overlap occurs between CHHRs and domestic sheep allotments are considered better for bighorn sheep than those where overlap occurs.

BLM_0049020

**Table W-24. Relative Ranking of Alternatives Based on Protection of Bighorn Sheep Summer Source Habitats and Separation between Allotments and Bighorn Sheep Core Herd Home Ranges**

| Source Habitat Implications on CHHR | Alternatives | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1B, 2, 5, and 7 | 3, 4, and 6 | 7G | 7L | 7M | 7N | 7O | 7P | 7E |
| Summer Source Habitat Protected (%) | 0.0 | 9.2 | 71.4 | 85.6 | 91.9 | 91.6 | 94.0 | 90.2 | 100.0 |
| Suited Rangeland Habitat for Domestic Sheep (%) | 100.0 | 92.8 | 38.4 | 64.1 | 43.1 | 38.3 | 31.5 | 46.0 | 0.0 |
| Sheep Allotments within a Core Herd Home Range | Yes | Yes | Yes | Yes | Yes | No | No | No | No |
| Distance from Main Salmon/South Fork to Nearest Allotment (km) | 0 | 0 | 5 | 3 | 11 | 12 | 22 | 12 | NA |
| Distance from Little Salmon Herd to Nearest Allotment (km) | 1 | 1 | 1 | 1 | 1 | 8 | 8 | 1 | NA |
| Distance from Upper Hells Canyon Herd to Nearest Allotment (km) | 0* | 0* | 0* | 0* | 0 | 0 | 0 | 0 | NA |
| Relative Ranking of Alternatives For Providing Separation Between Domestic and Bighorn Sheep | 9 | 8 | 6/7 | 6/7 | 5 | 3 | 2 | 4 | 1 |

*Inside Core Herd Home Range (CHHR)

*Contact Risk Analysis—Core Home Range and Foray Analyses*

Alternatives were ranked based on the frequency of interspecies contact modeled through the core home range and foray analyses (Table W-25). Logically, if the likelihood of contact is greater, the potential for disease transmission and resulting disease outbreaks are also greater.

BLM_0049021

**Table W-25. Relative Ranking of Alternatives Based on Modeled Contact between Bighorn Sheep and Domestic Sheep Allotments**

| Herd Name | Alternatives | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1B, 2, 5, and 7 | 3, 4, and 6 | 7E | 7G | 7L | 7M | 7N | 7O | 7P |
| Big Canyon | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Little Salmon | 0.07 | 0.07 | 0.00 | 0.04 | 0.04 | 0.03 | 0.01 | 0.01 | 0.03 |
| Main Salmon/South Fork | 1.01 | 1.01 | 0.00 | 0.35 | 0.31 | 0.19 | 0.08 | 0.04 | 0.12 |
| Upper Hells Canyon | 0.15 | 0.15 | 0.00 | 0.09 | 0.13 | 0.05 | 0.03 | 0.03 | 0.05 |
| Muir Creek | 0.06 | 0.03 | 0.00 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| Myers Creek | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sheep Mountain | 0.03 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Contacts per Year | 1.33 | 1.28 | 0.00 | 0.49 | 0.49 | 0.27 | 0.12 | 0.08 | 0.20 |
| Relative Ranking of Alternatives For Minimizing Contact | 8/9 | 8/9 | 1 | 6/7 | 6/7 | 5 | 2/3 | 2/3 | 4 |

Alternative 7E is the only alternative that prevents direct interspecies contact from permitted grazing on the Payette National Forest. Some level of contact is expected for all bighorn sheep populations, except for Big Canyon, in the other alternatives. Alternatives 7N and 7O reveal low contact rates (0.12 and 0.08, respectively). Although these are the lowest contact rates, the potential for contact still exists between the species for the two populations that contribute to the largest populations on, or adjacent to, the Payette National Forest (Main Salmon/South Fork and Upper Hells Canyon). Alternatives 1B, 2, 5, 7; 3, 4, 6; 7G; and 7L have moderate-to-high contact rates that involve four to seven of the populations. Alternatives 7M and 7P have moderate contact rates that affect the Main Salmon/South Fork, Little Salmon, and Upper Hells Canyon populations, with the greatest contact risk to the Main Salmon/South Fork (highest current population).

*Disease Model Analysis*

Alternatives were compared using low (0.05), moderate (0.25), and high (1.0) probabilities of a disease outbreak given contact. As discussed earlier, under all alternatives, the Sheep Creek population has a high probability of extirpation due to recurrent disease outbreaks that have reduced this population to 11 individuals, all ewes in older age classes. For Alternative 7E, the probability of a disease outbreak for all herds is 0. Action alternatives were ranked from 1 to 8, with 1 having the highest likelihood of population persistence.

When the probability of a disease outbreak given contact is assumed to be low (i.e, 0.05), all herds have a high probability of persistence under Alternatives 7M, 7N, 7O and 7P (Table W-26). Under Alternatives 1B, 2, 5, 7 and 3, 4, 6, the Little Salmon, Main Salmon/South Fork, and Upper Hells Canyon populations have high extirpation probabilities (Table W-26). Under Alternatives 7G and 7L, the Upper Hells Canyon population has a moderate extirpation probability.

BLM_0049022

**Table W-26. Relative Ranking of the Alternatives Based on the Probability of Extirpation when using Low Inference for Probability of Disease Outbreak Given Contact (0.05)**

| Herd Name | 1B, 2, 5, 7 | 3, 4, 6 | 7G | 7L | 7M | 7N | 7O | 7P |
|---|---|---|---|---|---|---|---|---|
| Big Canyon | 0.236 | 0.174 | 0.065 | 0.072 | 0.044 | 0.026 | 0.018 | 0.039 |
| Little Salmon | 0.374 | 0.309 | 0.092 | 0.088 | 0.062 | 0.034 | 0.018 | 0.047 |
| Main Salmon/South Fork | 0.374 | 0.309 | 0.092 | 0.088 | 0.062 | 0.034 | 0.018 | 0.047 |
| Muir Creek | 0.241 | 0.174 | 0.064 | 0.071 | 0.043 | 0.025 | 0.018 | 0.038 |
| Myers Creek | 0.258 | 0.189 | 0.074 | 0.081 | 0.048 | 0.029 | 0.020 | 0.043 |
| Upper Hells Canyon | 0.355 | 0.304 | 0.131 | 0.175 | 0.067 | 0.041 | 0.036 | 0.061 |
| Sheep Mountain | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| Relative Ranking of Alternatives | 7/8 | 7/8 | 5/6 | 5/6 | 3/4 | 1/2 | 1/2 | 3/4 |

Under moderate (0.25) assumptions for the probability of a disease outbreak given contact, the Upper Hells Canyon population has a high extirpation probability under all alternatives except 7N and 7O. The Little Salmon and Main Salmon/South Fork have high extirpation probabilities under Alternatives 1B, 2, 5, 7; 3, 4, 6; 7G; and 7L (Table W-27). Alternatives 7N, 7O, and possibly 7P have the highest persistence levels for maintaining the Main Salmon/South Fork and Little Salmon populations (Table W-27), or a low to moderate probability of extirpation.

**Table W-27. Relative Ranking of Alternatives Based on Probability of Extirpation when using Moderate Inference for Probability of Disease Outbreak Given Contact (0.25)**

| | 1B, 2, 5, 7 | 3, 4, 6 | 7G | 7L | 7M | 7N | 7O | 7P |
|---|---|---|---|---|---|---|---|---|
| Big Canyon | 0.443 | 0.331 | 0.153 | 0.175 | 0.166 | 0.123 | 0.102 | 0.151 |
| Little Salmon | 0.898 | 0.884 | 0.406 | 0.390 | 0.269 | 0.149 | 0.100 | 0.205 |
| Main Salmon/South Fork | 0.898 | 0.884 | 0.406 | 0.390 | 0.269 | 0.149 | 0.100 | 0.205 |
| Muir Creek | 0.447 | 0.336 | 0.155 | 0.181 | 0.173 | 0.127 | 0.106 | 0.159 |
| Myers Creek | 0.464 | 0.359 | 0.170 | 0.197 | 0.187 | 0.140 | 0.119 | 0.173 |
| Upper Hells Canyon | 0.900 | 0.871 | 0.64 | 0.752 | 0.409 | 0.239 | 0.221 | 0.401 |
| Sheep Mountain | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| Relative Ranking of Alternatives | 8 | 7 | 5/6 | 5/6 | 4 | 2 | 1 | 3 |

Under a high (1.0) probability of a disease outbreak given contact, nearly all populations show a high probability of extirpation under Alternatives 1B, 2, 5, 7; 3, 4, 6; 7G; and 7L. The Big Canyon, Muir Creek, and Myers Creek populations may persist under Alternatives 7M, 7N, 7O, and 7P. The Upper Hells Canyon population has a high extirpation probability under all alternatives (Table W-28). Main Salmon/South Fork and Little Salmon populations show high probabilities of extirpation under all alternatives except 7O, for which modeled probability of extirpation is moderate.

BLM_0049023

**Table W-28. Relative Ranking of Alternatives Based of Probability of Extirpation when using High Inference (1.0) for Probability of Disease Outbreak Given Contact**

|  | 1B, 2, 5, 7 | 3, 4, 6 | 7G | 7L | 7M | 7N | 7O | 7P |
|---|---|---|---|---|---|---|---|---|
| Big Canyon | 0.720 | 0.570 | 0.242 | 0.300 | 0.257 | 0.222 | 0.208 | 0.268 |
| Little Salmon | 1.000 | 1.000 | 0.935 | 0.925 | 0.769 | 0.463 | 0.285 | 0.617 |
| Main Salmon/South Fork | 1.000 | 1.000 | 0.935 | 0.925 | 0.769 | 0.463 | 0.285 | 0.617 |
| Muir Creek | 0.731 | 0.581 | 0.245 | 0.305 | 0.262 | 0.228 | 0.214 | 0.272 |
| Myers Creek | 0.748 | 0.609 | 0.265 | 0.329 | 0.282 | 0.237 | 0.223 | 0.292 |
| Upper Hells Canyon | 0.999 | 0.999 | 0.993 | 0.997 | 0.92 | 0.766 | 0.756 | 0.920 |
| Sheep Mountain | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| Relative Ranking of Alternatives | 8 | 7 | 5 | 6 | 4 | 2 | 1 | 3 |

**Summary/Conclusion**

The Payette National Forest compared alternatives by source habitats, areas remaining in suited rangelands for domestic sheep, and interspecies contact results (Figure W-9k). Although a noticeable relationship between the percent of source habitats protected from domestic sheep grazing and interspecies contact exists (i.e., more protected habitats infers lower contact likelihood), an even a stronger correlation between the percentage of suited rangelands for domestic sheep and interspecies contact is seen. The inference is that even relatively small amounts of suited rangelands remaining result in a high likelihood of contact, which ultimately can be translated to increased disease transmission opportunities and disease outbreaks. These findings are consistent with the previously discussed literature.

BLM_0049024

**Figure W-9k. Comparison of Percentage protected Summer Source Habitat, Percentage Suited Rangelands for Domestic Sheep, and Estimated Number of Contacts/Year by Alternative**



Results from the three separate models—source habitat, risk of contact, disease—result in a similar ranking of the alternatives. The order of ranking of the alternatives was consistent with each other for all analyses. The outcome severity from the disease model depends largely on assumptions for the probability of a contact resulting in a disease outbreak. Even though the severity of these assumptions varies, the alternative rankings from the models are largely unchanged.

Alternative 7E provides the greatest protection to bighorn sheep habitats, the least likelihood of contact, and the highest probabilities of persistence for all bighorn sheep populations.

Alternatives 7N and 7O protect the most source habitat, retain the least suited rangeland for domestic sheep and have the lowest contacts per year (0.12 and 0.08, respectively) (Table W-25). At moderate inferences for the probability of a disease outbreak given contact (0.25), several herds show moderate-to-high probabilities for persistence (Table W-27). The Upper Hells Canyon population has a low probability of persistence under all alternatives, except 7E, at moderate inferences of contact (Table W-27).

Alternatives 7M and 7P are viewed as middle-ground alternatives and have similar outputs from the three models. The main difference between the alternatives is that 7M has CHHRs that overlap domestic sheep allotment boundaries (Table W-24). The risk of contact falls between Alternatives 7N and 7O, and the remaining alternatives (0.27 and 0.20 contacts per year for 7M and 7P, respectively) (Table W-25). Assuming a moderate probability of a disease outbreak given contact, under both Alternatives 7M and 7P, the disease model suggests that the Little Salmon and Main Salmon/South Fork populations could persist (moderate probability), whereas the Upper Hells Canyon populations would likely not persist under these two scenarios (Table W-17 and W-18). Alternatives 1B, 2, 5, 7; 3, 4, 6; 7G; and 7L would have the highest risks of contact and protect the least amount of source habitats (Tables W-10 and W-11). These alternatives would likely not ensure bighorn sheep populations on, and adjacent to, the Payette National Forest.

BLM_0049025

In alternative 7P the rates of contact and extirpation probabilities for the Upper Hells Canyon herd are higher than for 7N or 7O even though the alternatives are identical on the westside of the Payette National Forest. The reason for this is that the Vance Creek and Grassy Mountain allotments on the eastside of the Payette National Forest are left open in alternative 7P. It is highly improbable that bighorn sheep would make a straight line foray from the Upper Hells Canyon CHHR to the Vance Creek and Grassy Mountain allotment, However it is plausible that bighorn sheep may follow the habitat corridor down Rapid River into the Little Salmon River drainage and then onto those allotments. The origin of the bighorn sheep sighted in the Little Salmon River drainage is unknown. It is not known if this is a midpoint of a migration, the end point of a foray, or if there is an undocumented population that is resident in the Little Salmon River drainage. The possible migration corridor down Rapid River makes the contact rates and extirpation probabilities are higher for alternative 7P.

Based on the contact rates and probabilities of a disease outbreak given contact, modelers calculated mean outbreak return intervals for these populations for the alternatives (Table W-29). Assuming a moderate probability of a disease outbreak given contact (0.25), most alternatives show outbreaks every few years, which would mean that these populations are consistently exposed to ongoing disease transmission and resultant outbreaks. Alternatives 7N and 7O show the longest intervals (31 and 46 years respectively), followed by Alternative 7P (19 years) (Table W-29). The return intervals for all other alternatives indicate that these populations would likely be extirpated as a result of consistent exposure to interspecies contact.

**Table W-29. Estimated Mean Outbreak Intervals (in Years) for the Action Alternatives Based on Modeled Contact Probabilities**

| Probability[1] | Alternatives | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1B, 2, 5, and 7 | 3, 4, and 6 | 7G | 7L | 7M | 7N | 7O | 7P |
| 1.00 | 1.4 | 1.4 | 2.6 | 2.6 | 4.1 | 8.2 | 12 | 5.2 |
| 0.75 | 1.6 | 1.6 | 3.2 | 3.2 | 5.3 | 11 | 16 | 6.7 |
| 0.50 | 2.1 | 2.1 | 4.6 | 4.6 | 7.7 | 16 | 23 | 9.9 |
| 0.25 | 3.5 | 3.7 | 8.6 | 8.6 | 15 | 31 | 46 | 19 |
| 0.10 | 8 | 8.4 | 21 | 21 | 37 | 77 | 110 | 47 |
| 0.05 | 16 | 16 | 41 | 41 | 73 | 150 | 230 | 94 |

[1] Probability of a disease outbreak given contact

Alternatives are thus ranked as follows from the highest to lowest probability for bighorn sheep persistence: 7E–7N/7O–7P–7M–7G/7L–1B, 2, 5, 7/3, 4, 6. Under a moderate probability of outbreak given contact (0.25), extirpation of all populations is considered likely under Alternatives 1B, 2, 5, 7; 3, 4, 6; 7G; 7L; and 7M (Table W-27). The Main Salmon/South Fork population may persist under Alternatives 7N, 7O, and possibly 7P. Alternative 7E has the greatest likelihood for persistence for all bighorn sheep populations. The sensitive species determinations for these alternatives are as follows:

BLM_0049026

- **Alternative 7E**—This alternative would have a **Beneficial Impact** on bighorn sheep
- **Alternatives 7N, 7O, 7P**--These alternatives **May Impact Individuals or Habitat, But Will Not Likely Contribute to a Trend Towards Federal Listing or Loss of Viability to the Population or Species**
- **Alternatives 1B, 2, 5, 7; 3, 4, 6; 7G; 7L, 7M**—These alternatives **Will Impact Individuals or Habitat with a Consequence that the Action May Contribute to a Trend Towards Federal Listing or Cause a Loss of Viability to the Population or Species**

Assumptions made for the probability of a disease outbreak given contact have huge implications on the modeled persistence of these bighorn sheep populations on, and adjacent to, the Payette National Forest. Figure W-9k displays outcomes of these assumptions on the modeled extirpation potential under each of the alternatives for the two largest bighorn sheep populations analyzed. For all of scenarios, the relative rankings of the action alternatives are similar, with Alternatives 7N and 7O offering the greatest persistence probabilities for all populations. Alternatives 1B, 2, 5, 7 and 3, 4, 6 consistently had the highest extirpation probabilities. The remaining alternatives fell in between 1B, 2, 5, 7,and 7O, with Alternatives 7M and 7P generally contributing to higher population persistence than Alternatives 7G and 7L (Figure W-9l).

**Figure W-9l. Inferences for Contacts Per Year and Modeled Extirpation Probabilities for the Two Largest Bighorn Sheep Populations (Main Salmon/South Fork and Upper Hells Canyon) on and Adjacent to the Payette National Forest for all alternatives except 7E and Assumptions for Contact/Outbreaks at Three Different Levels, 0.05, 0.25, and 1.0.**



BLM_0049027

Consistent with 36 CFR §219.20(a), the bighorn sheep discussion in the Cumulative Effects, Species of Special Interest section, page 3-328, of Chapter 3 Terrestrial Wildlife Habitat and Species section of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement will be deleted. These pages will supplement the Cumulative Effects, Sensitive Species section, page 3-326, of the Chapter 3 Terrestrial Wildlife Habitat and Species section of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## ENVIRONMENTAL CONSEQUENCES

### Cumulative Effects

#### Sensitive Species

##### *Bighorn Sheep*

Activities and disturbances that take place on National Forest System lands can affect larger-scale ecosystem processes and functions beyond National Forest borders, and conversely, the management of lands outside of the National Forest may influence National Forest ecosystems. Management on other adjacent ownerships, including private, State, and other Federal lands, may or may not consider the broad needs of ecosystem integrity or the more specific components, including wildlife populations. Therefore, National Forest System lands must provide attributes that contribute to functioning ecosystems and viable populations regardless of how other ownerships are managed. Adjacent lands under varied ownerships and interspersed ownerships may have different management objectives regarding wildlife populations than the National Forests. Therefore, any Forest Service management activities affecting the specific components, particularly those components that are scarce outside of National Forest System lands, would potentially affect the overall ecology and habitat properties that these components provide for the entire region. How the Payette National Forest manages habitat can have far-reaching impacts on other ownerships and throughout the region, such as the dispersal of wildlife, and in this specific case, the impacts of disease. National Forest System lands can also be influenced in similar ways by the habitat management on other ownerships. Understanding the interactions that generate processes in wildlife populations and how they change with management actions through space and time is crucial to providing for well-distributed habitat across the Planning Unit.

Each one of the alternatives discussed above would have effects on and off of National Forest System lands. Those alternatives that eliminate all or most of the potential risk of contact between domestic and bighorn sheep on the Payette National Forest (e.g., Alternatives 7E, 7N, and 7O) are hoped to also benefit the broader metapopulations by reducing the probability of disease transmission between the species and subsequent spread across the metapopulation. Alternatives that reduce the risk of contact on summer source bighorn sheep habitats and also reduce the area of lands considered suited for domestic sheep grazing should reduce the probability of contact and disease in the metapopulations. Similarly, reducing the potential for contact by foraying bighorn sheep would reduce the potential of transferring disease to adjacent bighorn sheep populations off of the Payette National Forest. Hence, those areas of moderate and even high risk contribute to the potential for disease transference well beyond the boundaries Payette National Forest. Alternatives with higher potential risks for contact are expected to result

BLM_0049028

in disease effects that extend well beyond the boundaries of the Payette National Forest to the larger metapopulations.

Other ownerships can also be affected by changes in National Forest domestic sheep allotments. Other Federal and State agencies that issue domestic sheep permits can see changes in their capacity to issue permits if some of the biological and physical infrastructure needed to continue domestic sheep grazing is lost on the Payette National Forest. A similar trend could also extend to private lands. While reducing infrastructure could affect the economics associated with domestic sheep grazing, it could also reduce additional risks to bighorn sheep by reducing potential risks of contact from other ownerships.

Ownerships that can affect the potential risk of contact to bighorn sheep on the Payette National Forest are shown in Figure W-11. Even if the Payette National Forest eliminated all domestic sheep grazing (Alternative 7E), a potential risk of contact still exists from the adjoining ownerships that graze domestic sheep, particularly given the overlap of the CHHRs, potential foray movements, and metapopulations located on adjacent ownerships. Domestic sheep are currently grazed on adjacent National Forests, the BLM, and private farms. Therefore, disease could still be a factor for bighorn sheep populations on the Payette National Forest, regardless of how much domestic sheep grazing remains within the Payette National Forest. The effects to the two metapopulations are unknown, since the potential risk of contact from lands other than the Payette National Forest is not completely known.

BLM_0049029

**Figure W-11. Regional Metapopulations and Landownerships**



Given the continuous bighorn sheep source habitat that exists in the region (Figure W-12), across state boundaries, and throughout Idaho, the effects of the potential risk of contact from the Payette National Forest can extend beyond the boundaries of the known metapopulations. How many bighorn sheep intermingle between populations is unknown, although given their metapopulation structure, intermingling throughout the region can be assumed. Radiotelemetry data from the Hells Canyon metapopulation indicates that subpopulations are interconnected, which increases the risk of disease transmission moving throughout the metapopulations as

BLM_0049030

demonstrated by the disease model. Conversely, other ownerships that graze domestic sheep can be a potential source of disease to populations of bighorn sheep on the Payette National Forest, regardless of the alternative implemented by the Payette National Forest Service.

**Figure W-12. Source Habitats for Bighorn Sheep Displaying the Continuity of these Habitats at Large Spatial Scales**



BLM_0049031

### Cumulative Effects Analyses

The risk of contact model was run under two potential cumulative effects scenarios: (1) the assumption that domestic sheep management on BLM, Nez Perce National Forest, State, and private lands would be managed as they are currently (C0) (Figure W-13) and (2) the assumption that domestic sheep grazing on all adjacent Federal lands would be curtailed (i.e., analogous to Alternative 7E in this analysis), while existing domestic sheep grazing would continue on State and private lands (C1) (Figure W-14). Table W-30 displays estimated contacts per year in addition to those modeled under the alternatives previously analyzed.

**Figure W-13. Cumulative Addition of Federal (Bureau of Land Management and National Forest), State, and Private Lands that Allow Domestic Sheep Grazing Adjacent to the Payette National Forest**



BLM_0049032

**Figure W-14. Cumulative Addition of Only State and Private Lands that Allow Domestic Sheep Grazing Adjacent to the Payette National Forest**



BLM_0049033

**Table W-30. Contact Rates Between Bighorn Sheep and Domestic Sheep Allotments for Seven Bighorn Sheep Herds on the Payette National Forest and Additional Cumulative Effects from land ownerships adjacent to the Payette National Forest**

| Herd | 1B, 2, 5, 7 | 3, 4, 6 | 7G | 7L | 7M | 7N | 7O | 7P | C0 | C1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Big Canyon | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| Little Salmon | 0.07 | 0.07 | 0.04 | 0.04 | 0.03 | 0.01 | 0.01 | 0.03 | 0.02 | 0.01 |
| Main Salmon/South Fork | 1.01 | 1.01 | 0.35 | 0.31 | 0.19 | 0.08 | 0.04 | 0.12 | 1.49 | 0.45 |
| Upper Hells Canyon | 0.15 | 0.15 | 0.09 | 0.13 | 0.05 | 0.03 | 0.03 | 0.05 | 0.02 | 0.01 |
| Muir Creek | 0.06 | 0.03 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.01 |
| Myers Creek | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.01 |
| Sheep Mountain | 0.03 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 |
| Contacts/year | 1.33 | 1.28 | 0.49 | 0.49 | 0.27 | 0.12 | 0.08 | 0.20 | 1.59 | 0.50 |
| Cumulative contacts/year—C0 | 2.92 | 2.86 | 2.08 | 2.09 | 1.87 | 1.72 | 1.68 | 1.80 | — | — |
| Cumulative contacts/year—C1 | 1.82 | 1.76 | 0.98 | 0.99 | 0.77 | 0.62 | 0.58 | 0.70 | — | — |

The risk of contact model suggests an additional 1.59 contacts per year for C0. The majority of the additional contacts are from Federal lands along the Main Fork of the Salmon River. If domestic sheep grazing is curtailed on Federal lands, State and private lands adjacent to the Payette National Forest contribute an additional 0.50 contacts per year. Hence, under Alternative 7E, which removes domestic sheep grazing on the Payette National Forest, the estimated mean return interval for an outbreak, assuming 0.25 probability of a disease outbreak given contact would be 1.59 and 0.50 for C0 and C1, respectively, under a cumulative effects scenario.

The implications of these additional contacts, particularly from adjacent Federal lands, are substantial and contribute more to contact risk between the species than any of the alternatives. Modeled contacts per year increase from 0.09–1.33 to 1.68–2.92 for the alternatives. Although the disease model was not run for the cumulative effects analysis, they would dramatically increase the extinction probabilities for all scenarios.

Even 0.50 (C1 - private land) additional contacts per year pose a substantial increase in contact risk. Modeled contacts per year increase from 0.09–1.33 to 0.58–1.82. The largest bighorn sheep populations (Main Salmon/South Fork and Upper Hells Canyon), even under the most favorable alternatives (7N and 7O), would likely not persist under this cumulative effects scenario. The relative ranking of the alternatives (7E–7N/7O–7P–7M–7G/7L–1B, 2, 5, and 7/3, 4, and 6 from best to worst order) remain the same, but the probabilities of contact are higher by 0.50 for each alternative. Figure W-15 displays source habitats, suited rangelands remaining open for domestic sheep grazing, and the probabilities of contact for each of the alternatives including the cumulative effects scenarios.

BLM_0049034

**Figure W-15. Source Habitats, Suited Rangelands Remaining Open for Domestic Sheep Grazing, and the Probabilities of Contact for each of the Alternatives, Including the Cumulative Effects Scenarios.**



## Trailing Routes

Trailing routes are the stock trails that producers use to move domestic sheep onto and off of the Payette National Forest. Trailing routes are treated as linear features in the model and rated separately, depending on their relationship to CHHRs, bighorn sheep foray routes, and current domestic sheep allotments (where domestic sheep are likely to exist). Trailing routes that intersect bighorn sheep CHHRs have a high probability of contributing to interspecies contact. Trailing routes that intersect bighorn sheep source habitats and domestic sheep allotments also have implications for contact and disease transmission.

Implications for trailing sheep can also result in stray domestic sheep that utilize habitats occupied by bighorn sheep outside of the grazing season (i.e., potential contact on winter source habitats). Some trailing routes are near bighorn sheep core ranges (e.g., Sheep Mountain). Strays from trailing domestic sheep may contact these sheep for prolonged periods, thus threatening herd persistence.

Trailing routes on rangelands unsuited for domestic sheep would be closed. Thus, under Alternative 7E no trailing routes would remain open and the remaining alternatives would leave varying percentages of trailing routes for domestic sheep open between 31 percent (Alternative 7O) and 100 percent (Alternatives 1B, 2, 5, 7). A contact analysis was completed that displayed the risk of contact with a trailing route area, which was mapped as a polygon the length of trail segment remaining open, buffered by 1.0 km (500 m on each side of the trail). However, since domestic sheep only use these areas for a short time, the results were not considered instructive.

BLM_0049035

**Compliance with the Hells Canyon National Recreation Area Act**

The *Payette National Forest Land and Resource Management Plan* (Forest Plan) (USDA Forest Service 2003a) had an appeal issue related to the consistency between language in the HCNRA Act and its implementing regulations (36 CFR §292.48), and maintaining domestic sheep grazing because of the risk of disease transmission.

The following determinations were made regarding compatibility with the HCNRA Act and the HCNRA Comprehensive Management Plan (CMP) for the alternatives analyzed for this Draft Supplemental Environmental Impact Statement (DSEIS) (Letter from Steven Ellis to Suzanne Rainville dated January 6, 2010).

### Alternatives 7M, 7N, 7O, and 7P

Alternatives 7M, 7N, 7O, and 7P would eliminate domestic sheep grazing from the Payette National Forest within the boundary of the HCNRA and within modeled bighorn sheep CHHR. The contact model results indicate a 4 percent or less risk rating for each of the alternatives, indicating mixing of the two species once every 25 years or less, which is considered a low risk of disease transmission. Eliminating domestic sheep grazing in the HCNRA and surrounding area is compatible with the HCNRA Act and its implementing regulations by providing for the protection, restoration, and maintenance of bighorn sheep and their habitat. All four alternatives would be in compliance with the HCNRA CMP by maintaining separation between bighorn and domestic sheep at current population levels. In all four alternatives, grazing would continue within 2 miles of the modeled bighorn sheep CHHR. If that grazing continues near the CHHR, some effective monitoring both inside and outside of the CHHRs is recommended to help detect bighorn sheep before contact is made.

### Alternative 7G

Alternative 7G would eliminate domestic sheep grazing from the Payette National Forest within the boundary of the HCNRA. It would also eliminate domestic sheep grazing at least 6 air miles from the boundary of the HCNRA. Only a small sliver of the CHHR would be within suitable area for domestic sheep grazing.

Eliminating domestic sheep grazing in the HCNRA and surrounding area is compatible with the HCNRA Act and its implementing regulations by providing for the protection, restoration, and maintenance of bighorn sheep and their habitat. Alternative 7G would be in compliance with the HCNRA CMP by maintaining separation between bighorn and domestic sheep at the current population levels. If the population levels of bighorn sheep increase, the likelihood of contact may increase and this evaluation may need to be revisited. Monitoring should be conducted to assess future locations of bighorn sheep and ensure no contact occurs with domestic sheep on permitted allotments.

### Alternatives 1B, 2, 5, 7; 3, 4, 6; and 7L

Alternatives 1B, 2, 5, 7; 3, 4, 6; and 7L would allow domestic sheep grazing on the Payette National Forest within the boundary of the HCNRA or within modeled bighorn sheep CHHR outside the HCNRA boundary. Adequate separation between the two species is needed to maintain bighorn sheep on the HCNRA (Schommer and Woolever 2001). Probabilities of contact between bighorn sheep herds and domestic sheep allotments have been calculated for

BLM_0049036

bighorn sheep herds on the Payette National Forest utilizing a quantitative risk for contact analysis. Allotments lying within the CHHR have a 100 percent probability of a bighorn sheep contacting that allotment (Table W-24). The Smith Mountain and Curren Hill Allotments are within and adjacent to the HCNRA. The majority of these allotments are within CHHR, which represents a high risk of disease transmission to bighorn sheep. The risk will increase if, and when, the bighorn sheep population increases. None of the alternatives would be in compliance with the compatibility requirements of the HCNRA Act.

### Alternative 7E

Alternative 7E would eliminate domestic sheep grazing from the Payette National Forest within the boundary of the HCNRA and within the modeled bighorn sheep CHHR. It would also determine all of the Payette National Forest as unsuited for domestic sheep grazing. Eliminating domestic sheep grazing in the HCNRA and surrounding area would be compatible with the HCNRA Act and its implementing regulations by providing for the protection, restoration, and maintenance of bighorn sheep and their habitat. Alternative 7E would be in compliance with the HCNRA CMP by maintaining no potential for contact between bighorn and domestic sheep and may allow the population to recover and expand.

## Conclusion

The extent of connectivity between the Hells Canyon metapopulation and the Salmon River metapopulation is unknown because both populations are at depressed population levels. The connectivity corridors, which are the routes bighorn sheep use to move between areas, are also unknown.

The high connectivity of source habitats indicates that historically these metapopulations would have been more interconnected. They may have even been one larger metapopulation. A disease outbreak affecting one metapopulation may readily spread to another given the continuous source habitat, potential for individuals of separate adjacent populations to contact each other, and telemetry data that indicate movement between the Hells Canyon and Salmon River habitats. Shared summer ranges may also contribute to disease spread; therefore, if one population is at a higher risk of contracting disease, it increases the risk to other populations within the metapopulation above and beyond just the immediate risk of proximity to domestic sheep. The cumulative effects analyses do infer that habitat and population connectivity risks between the Payette National Forest and other ownerships do occur. This SEIS only considers risks from the Payette National Forest commercial livestock grazing allotments. Pack animals, other classes of livestock, and other potential disease sources are not considered and could also occur across other land ownerships.

Models have shown that reducing the impact of disease on bighorn sheep has greater effects to population persistence than increasing areas of suitable habitat and/or corridors (Gross et al. 2000). Empirical data found that persistence of bighorn sheep populations was negatively correlated with the presence of domestic sheep, and that larger patch size, larger home-range size, greater migratory tendency, and the absence of domestic sheep are the most critical factors for population persistence in bighorn sheep (Singer et al. 2001). Habitat is not currently limiting for bighorn sheep on the Payette National Forest, but the successful establishment of bighorn sheep in those habitats is limited, and even detrimental, when domestic sheep are present. Competition for the same habitat and the species' inherent attraction to each other increases the

BLM_0049037

risk of contact whenever the species are in close proximity. Given the wide-ranging behavior of bighorn sheep, close proximity can encompass fairly large areas. Modeling by Gross et al. (2000) found that mild disease events tended to have more persistent effects on population growth than severe infections, due to the dispersal ability of bighorn sheep from populations with mild disease. More severe events resulting in rapid, large die-offs tend to prevent dispersal. If the social structure is destroyed at the time of the event, regardless of the disease severity, population dispersal and dynamics can be affected (V. L. Coggins, ODFG, pers. comm., 2008). Larger population sizes with higher rates of dispersal had higher rates of persistence in the absence of disease; increased rates of movement facilitated disease transmission but also buffered the effects of disease by contributing to a spatially structured population and overall larger population size (Gross et al. 2000). Genetic exchange between populations is crucial for healthy metapopulations to function (Bleich et al. 1996). Careful attention to substructuring within and between populations is critical to management plans (Bleich et al. 1996). Furthermore, small populations and small patches of suitable habitat should not be undervalued, as these can be critical in a larger colonization process (Krausman and Leopold 1986). Unoccupied habitat patches represent an important aspect of bighorn sheep metapopulation dynamics because these areas may be the sites of future populations and critical for long-term persistence (Nunney and Campbell 1993, Hanski 1998).

The bighorn sheep is a species that needs large areas to create the spatially structured populations required for their persistence. Small, isolated populations are not optimal for this species. Therefore, the need to minimize contact with domestic sheep within the large areas needed by bighorn sheep is crucial for strong, healthy populations of bighorn sheep. Keeping an adequate spatial buffer between bighorn sheep and domestic sheep is the most reliable method of preventing contact between these species (Desert Bighorn Council Technical Staff 1990, Schommer and Woolever 2001, Singer et al. 2001), but spatial buffers are not always adequate given the distances bighorn sheep rams will travel. Clifford et al. (2009) recommended that if eliminating the risk of interspecies contact (thereby eliminating the probability of respiratory disease transmission to bighorn sheep from domestic sheep) is a management goal, at a minimum, domestic sheep grazing should not occur within the known population utility distribution of the bighorn sheep. Husbandry practices such as removing domestic sheep well before the onset of rut, following vigilant herd management to reduce strays, and responding to wandering bighorn sheep are other methods to separate the species and reduce risk, but extensive monitoring efforts are required and are not always effective (DSEIS IDT and Cooperators 2007, 2008).

In large portions of habitat found in Alaska and Canada where domestic sheep are not grazed, the distribution of native sheep remains essentially unchanged from historical distribution (Valdez and Krausman 1999). Singer and Gudorf (1999) and Monello et al. (2001) also reported that bighorn sheep were more successful if they were located further from domestic sheep. Similar effects have also been observed in Hells Canyon.

As bighorn sheep numbers increase and populations expand their geographic range, probabilities of domestic sheep contact could increase (Clifford et al. 2009). The models and literature used in this analysis are based on current population levels and documented movements of bighorn sheep using telemetry-based home range and foray analyses; future movement of bighorn sheep can change during population growth or exploration by rams seeking mates (Clifford et al. 2009). Habitat is based on current habitat conditions, which may also change due to succession,

BLM_0049038

disturbance, and management. Changes in habitat could alter quantity and/or location on the landscape. Continued monitoring and advances in science are essential to understanding the management implications of bighorn sheep movement, population growth, changing habitat, and changes in livestock grazing practices. Adjustments to the selected alternative may be needed, based on this monitoring.

BLM_0049039

# Rangeland Resources

Consistent with 36 CFR §219.20(a), the following paragraphs will supplement the Rangeland Capability section, page 3-669, of the Chapter 3 Rangeland Resources section of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## CURRENT CONDITIONS

### Rangeland Capability

#### Domestic Sheep Grazing On the Payette National Forest

Similar to many areas throughout the West, large numbers of domestic sheep (*Ovis aries*) were grazed on National Forest System lands on the Payette National Forest during the late nineteenth and early twentieth centuries. This practice significantly changed vegetation structure and composition and soil resources (Hockaday 1968; Jones 1989). Sheep were historically grazed across the entire Payette National Forest, including areas now classified as the Frank Church River of No Return Wilderness (Jones 1989). In 1915, 174,445 sheep were permitted on the Payette National Forest. This number declined throughout the twentieth century to 18,300 in 2009 (Hockaday 1968).

Figure RR-1 displays the spatial location of the sheep and goat allotments on the westside of the Payette National Forest, and Figure RR-2 displays the sheep and goat allotments on the eastside. Bighorn sheep summer source habitat within domestic sheep and goat allotments and trailing routes across summer source habitat are displayed in Figure RR-3. A risk of contact between domestic and bighorn sheep results from any overlap between summer source habitat and domestic sheep and goat allotments and the travel corridors that bighorn sheep traverse between source habitats (see Chapter 3, Bighorn Sheep Populations and Movement section).

Bighorn sheep CHHRs define the core habitat use areas for bighorn sheep populations. Foray behaviors that bighorn sheep exhibit, especially young rams, describe the occasional short-term long-distance movements beyond the CHHR and back. These two unique types of habitat usage behaviors were analyzed to calculate the annual rates of contact between bighorn sheep populations and domestic sheep and goat allotments. These behaviors can put bighorn sheep at risk of contact with domestic sheep, particularly when suitable habitats are well-connected and overlap with domestic sheep use areas (Gross et al. 2000; Singer et al. 2000c), even when domestic sheep use is outside of CHHR areas. The risk of contact between dispersing bighorn sheep and domestic sheep is related to the number of bighorn sheep in a herd, the proximity of domestic sheep use areas (allotments) to a bighorn sheep CHHR, the distribution of bighorn sheep source habitats across the landscape, and the frequency and distance of bighorn sheep forays outside the CHHR. For populations of bighorn sheep in and around the Payette National Forest, rams are known to have travelled up to 22 miles from their CHHR and ewes up to 20 miles during the Payette National Forest's permitted grazing season. Like bighorn sheep, domestic sheep are also known to travel long distances. For example, a stray domestic ewe traveled at least 30 miles from private land to bighorn range through very rugged terrain and heavy timber and across at least one river (Coggins 2002).

BLM_0049040

**Figure RR-1. Domestic Sheep and Goat Allotments and Trailing Routes for the Westside of the Payette National Forest**



**Figure RR-2. Domestic Sheep and Goat Allotments and Trailing Routes for the Eastside of the Payette National Forest**



BLM_0049042

**Figure RR-3. Domestic Sheep and Goat Allotments and Current Summer Source Habitat on the Payette National Forest**



> Consistent with 36 CFR §219.20(a), these paragraphs will supplement the Environmental Consequences, Effects Common to All Alternatives, Direct and Indirect Effects by Alternative and Cumulative Effects sections, page 3-672 through 3-683, and Table RR-9 will replace the corresponding table, page 3-678, of the Chapter 3 Rangeland Resources section of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## ENVIRONMENTAL CONSEQUENCES

### Effects Common to All Alternatives

Alternatives considered in this analysis are 1B, 2, 5, and 7; 3, 4, and 6; 7E, 7G, 7L, 7M, 7N, 7O, and 7P. Discussion and maps of these alternatives is contained in Chapters 2 and 3 of this document. Alternatives 7L, 7M, 7N, 7O and 7P were developed using the telemetry data, summer source habitat maps, and modeling, which assumed varying degrees of risk for interspecies contact. The alternatives considered in detail pertain exclusively to Payette National Forest lands and not to other surrounding National Forests or BLM lands. Rangeland not

BLM_0049043

considered suited for domestic sheep grazing in this analysis are those that overlap bighorn sheep summer source habitat in areas of bighorn sheep foray contact risk. This concept is based on the recognized need for separation between the two species, therefore reducing the risk of contact and potential disease transmission as discussed previously in the Wildlife section of Chapter 3 (see section titled Risks of Contact between Domestic Sheep and Bighorn Sheep on the Payette National Forest).

## Direct and Indirect Effects by Alternative

### Rangeland Suitability

**Acres Deducted Due to Bighorn Sheep Habitat** - Areas identified as capable of rangeland productivity conducive to livestock grazing will not be designated suitable for domestic sheep grazing if those areas fall within the boundary of the respective alternative. Other areas that are also found within the alternative boundary will be deemed closed to domestic sheep grazing. Capable rangelands were analyzed for domestic sheep grazing suitability by alternative. This analysis considered other uses or values of the area and also identified areas where grazing may not be appropriate. See Rangeland Resources Technical Report No. 3 for detailed information (Diem 2003). Tables RR-8 through RR-10 in the FEIS for the Forest Plan display the acres of suitable rangelands by National Forest and the deductions used to determine suitability, by category, for each alternative. For the Payette National Forest, Table W-10 indicates Alternatives 7E through 7P retain the least amount of capable rangelands as suitable for domestic livestock grazing. Alternatives 1B, 2, 5, and 7 and 3, 4, and 6 retain the most acres of capable rangelands as suitable for domestic livestock grazing.

### *Alternatives 1B, 2, 5, and 7*

The seven alternatives evaluated in the FEIS for the 2003 Forest Plan could be combined into two categories based on how they affected the risk of contact between domestic and bighorn sheep. The first category contains Alternatives 1B, 2, 5, and 7, which designated all acres within the grazing allotments on the Payette National Forest as suitable for grazing by domestic sheep. All trailing routes remained open in these alternatives. Permitted domestic sheep grazing is allowed within the herd home ranges for bighorn sheep.

### *Alternatives 3, 4, and 6*

These alternatives were also proposed in the FEIS and are grouped together as the second category of alternatives. They determined zero acres of suitable rangeland for the portions of the Smith Mountain Allotment that overlaps Management Area #1 (MA #1—the Hells Canyon Management Area). The portion of the Smith Mountain Allotment overlapping with MA #1 is not available for domestic sheep grazing. All trailing routes remained open in these alternatives. Permitted domestic sheep grazing is allowed within the herd home ranges for bighorn sheep.

### *Alternative 7E*

Alternative 7E designates zero acres within the Payette National Forest as suitable for domestic sheep grazing and leaves no trailing routes open within the Payette National Forest. The following allotments are affected by Alternative 7E: Smith Mountain, Curren Hill, Boulder Creek, Price Valley, Surdam, Shorts Bar, Hershey-Lava, French Creek, Bear Pete, Marshall Mountain, Vance Creek, Little French Creek, Josephine, Victor-Loon, Grassy

BLM_0049044

Mountain, Slab Butte, Cougar Creek, Twenty Mile, Brundage, Bill Hunt, Fall/Brush Creek, North Fork Lick Creek, Lake Fork, and Jughandle. With Alternative 7E, all of the Payette National Forest would be closed to domestic sheep grazing.

### Alternative 7G (Agency Preferred Alternative in Draft Supplemental Environmental Impact Statement)

In the DSEIS, populations of bighorn sheep were identified using the Geographic Population Range (GPR) model. The GPR was developed in part utilizing the risk analysis (USDA Forest Service 2006) that is no longer in effect for the FSEIS. Alternative 7G utilizes the GPRs simply as a boundary and designates zero acres within the Hells Canyon and Salmon River GPRs as suitable for domestic sheep grazing. The area within the GPRs would be closed to domestic sheep grazing. With Alternative 7G, permitted domestic sheep grazing is allowed within the herd home ranges for bighorn sheep. The risk of contact between the two sheep species is very high. The following allotments are affected by Alternative 7G: Smith Mountain, Curren Hill, Boulder Creek, Price Valley, Shorts Bar, Hershey-Lava, French Creek, Bear Pete, Marshall Mountain, Vance Creek, Little French Creek, Josephine, Victor-Loon, Twenty Mile, Fall/Brush Creek, North Fork Lick Creek, and Lake Fork. No trailing routes are open within the GPRs in this alternative. The remaining allotments have no change to suitable acres for domestic sheep grazing.

### Alternative 7L

Alternative 7L was developed using the updated quantitative risk analysis and landmarks—such as watershed divides, streams, roads, and allotment boundaries—to make the implementation easier. This alternative attempted to remove only the very highest risk of foray contact areas from domestic sheep grazing and kept as much suitable rangeland open to domestic sheep grazing as possible. Some domestic sheep grazing occurs within bighorn sheep herd home range on the Smith Mountain Allotment. On the westside of the Payette National Forest, zero acres of the Curren Hill and Surdam Allotments are designated suitable for domestic sheep grazing, while the eastern 35 percent of Smith Mountain Allotment and all of Boulder Creek and the Price Valley Allotments are designated suitable for domestic sheep grazing. On the eastside of the Payette National Forest, zero acres of the Shorts Bar and North Fork Lick Creek Allotments are designated suitable for domestic sheep grazing. The southwest 25 percent of the Hershey-Lava Allotment, the very eastern 15 percent of the French Creek Allotment, the eastern 40 percent of the Bear Pete Allotment, and the western 70 percent of the Marshal Mountain Allotment are suitable for domestic sheep grazing. The remaining allotments are designated suitable for domestic sheep grazing.

### Alternative 7M

Alternative 7M was developed using the updated quantitative risk analysis and landmarks—such as watershed divides, streams, roads, and allotment boundaries—to make implementation easier. This alternative, in comparison to 7L, was designed to remove more risk of foray contact from the landscape and keep domestic sheep grazing outside the herd home range areas. On the westside of the Payette National Forest, zero acres of the Curren Hill, Boulder Creek, and Surdam Allotments are designated suitable for domestic sheep grazing. The eastern 25 percent of the Smith Mountain Allotment is designated suitable for domestic sheep grazing. The eastern 85 percent of the Price Valley Allotment is designated suitable for domestic sheep grazing. On

BLM_0049045

the eastside of the Payette National Forest, zero acres of the Shorts Bar, French Creek, Marshall Mountain, North Fork Lick Creek, and Lake Fork Allotments are designated suitable for domestic sheep grazing. The southwest 25 percent of the Hershey-Lava Allotment is designated suitable for domestic sheep. The eastern 30 percent of the Bear Pete Allotment is designated suitable for domestic sheep grazing. The northern 50 percent of the Victor-Loon Allotment, western 25 percent of the Twenty Mile Allotment, and southern 90 percent of the Jughandle Allotment are designated suitable for domestic sheep grazing. The remaining allotments are designated suitable for domestic sheep grazing. No permitted domestic sheep grazing is within the bighorn sheep herd home ranges.

### Alternative 7N

Alternative 7N was developed using the updated quantitative risk analysis and landmarks—such as watershed divides, streams, roads, and allotment boundaries—to make implementation easier. This alternative was designed to remove most of the high foray risk of contact areas and retain grazing areas of lower risk of foray contact. On the westside of the Payette National Forest, zero acres of the Curren Hill, Boulder Creek, and Surdam Allotments are designated suitable for domestic sheep grazing. The eastern 25 percent of the Smith Mountain Allotment is designated suitable for domestic sheep grazing. The eastern 85 percent of the Price Valley Allotment is designated suitable for domestic sheep grazing. On the eastside of the Payette National Forest, zero acres of the Shorts Bar, Grassy Mountain, Vance Creek, Hershey-Lava, Little French Creek, French Creek, Marshall Mountain, and North Fork Lick Creek Allotments are designated suitable for domestic sheep grazing. The western 85 percent of the Josephine Allotment, eastern 25 percent of the Bear Pete Allotment, northern 50 percent of the Victor-Loon Allotment, and western 25 percent of the Twenty Mile Allotment are designated suitable for domestic sheep grazing. The remaining allotments are designated suitable for domestic sheep grazing. No permitted domestic sheep grazing is within the bighorn sheep herd home ranges.

### Alternative 7O

Alternative 7O was developed using the updated quantitative risk analysis and landmarks—such as watershed divides, streams, roads, and allotment boundaries—to make implementation easier. This alternative was designed to remove all areas of foray risk of contact and keep remaining allotments as intact as possible. On the westside of the Payette National Forest, zero acres of the Curren Hill, Boulder Creek, and Surdam Allotments are designated suitable for domestic sheep grazing. The eastern 25 percent of the Smith Mountain Allotment is designated suitable for domestic sheep grazing. The eastern 85 percent of the Price Valley Allotment is designated suitable for domestic sheep grazing. On the eastside of the Payette National Forest, zero acres of the Shorts Bar, Grassy Mountain, Vance Creek, Hershey-Lava, Little French Creek, French Creek, Josephine, Bear Pete, Marshall Mountain, Victor-Loon, North Fork Lick Creek, and Lake Fork Allotments are designated suitable for domestic sheep grazing. The western 25 percent of the Twenty Mile and the southern 90 percent of the Jughandle Allotments are designated suitable for domestic sheep grazing. The remaining allotments are designated suitable for domestic sheep grazing. No permitted domestic sheep grazing is within the bighorn sheep herd home ranges.

### Alternative 7P

Alternative 7P was developed using the updated quantitative risk analysis and landmarks—such as watershed divides, streams, roads, and allotment boundaries—to make implementation easier.

BLM_0049046

This alternative was designed to keep several of the high foray risk of contact areas as unsuited but add in lower foray risk of contact areas. This alternative was designed to balance bighorn sheep protection and the amount of suitable rangeland. On the westside of the Payette National Forest, zero acres of the Curren Hill, Boulder Creek, and Surdam Allotments are designated suitable for domestic sheep grazing. The eastern 35 percent of the Smith Mountain Allotment is designated suitable for domestic sheep grazing. The eastern 85 percent of the Price Valley Allotment is designated suitable for domestic sheep grazing. On the eastside of the Payette National Forest, zero acres of the Shorts Bar, Little French Creek, French Creek, Marshall Mountain, and North Fork Lick Creek Allotments are designated suitable for domestic sheep grazing. The southwest 25 percent of the Hershey-Lava Allotment, western 85 percent of the Josephine Allotment, eastern 25 percent of the Bear Pete Allotment, northern 50 percent of the Victor-Loon Allotment, and western 25 percent of the Twenty Mile Allotment are designated suitable for domestic sheep grazing. The remaining allotments are designated suitable for domestic sheep grazing. No permitted domestic sheep grazing is within the bighorn sheep herd home ranges.

**Acres Deducted Due to Closing Vacant Allotments**—For the Payette National Forest, Alternatives 3, 4, and 6; 7E; 7G; 7L, 7M, 7N, 7O and 7P would remove the 2,413-acre Shorts Bar Allotment from the suitable rangelands based on the closure of this vacant allotment. Shorts Bar Allotment lies within bighorn sheep CHHRs for both the Little Salmon River and Main Salmon River bighorn sheep herds. It also lies within both summer and winter source habitat for bighorn sheep. Bighorn sheep have been detected near the Shorts Bar Allotment throughout the year. This allotment has been vacant for several years.

**Acres Deducted Due to Bighorn Sheep Habitat**—Total suitable acres include all suitable rangelands, both for cattle and domestic sheep. Bighorn sheep summer source habitat acres deducted included only acres from existing domestic sheep and goat allotments that were determined to be unsuitable for domestic sheep grazing. Other suitable acres may be considered unsuitable for domestic sheep grazing but still suitable for cattle. The total amount of suitable rangeland remaining for domestic sheep and cattle grazing is displayed by alternative in Table RR-9.

BLM_0049047

**Table RR-9. Payette National Forest Rangeland Suitable Acres Available for Domestic Sheep by Alternative**

| Criteria | Capable Acres[a] | Vacant Allotment Acres Deducted[b] | Suitable Domestic Sheep Range Acres | Total Suitable Acres[c] |
|---|---|---|---|---|
| Alt.1,2,5, and 7 | 227,080 | 0 | 100,310 | 227,080 |
| Alt. 3, 4, and 6 | 227,080 | 0 | 93,082 | 219,825 |
| Alt. E | 227,080 | 2,413 | 0 | 126,770 |
| Alt. G | 227,080 | 2,413 | 38,468 | 165,238 |
| Alt. L | 227,080 | 2,413 | 64,311 | 191,081 |
| Alt. M | 227,080 | 2,413 | 43,245 | 170,015 |
| Alt. N | 227,080 | 2,413 | 38,392 | 165,162 |
| Alt. O | 227,080 | 2,413 | 31,592 | 158,362 |
| Alt. P | 227,080 | 2,413 | 46,106 | 172,876 |

[a] Includes all capable rangeland for both cattle / horse and sheep / goat allotments on the Payette National Forest.
[b] The vacant Shorts Bar Allotment acres deducted are within the area of protected bighorn sheep source habitat. To avoid double counting these acres, they are not added into the total deductions.
[c] Includes all capable rangeland that remains suitable for livestock grazing for both cattle / horse and sheep / goat on the Payette National Forest.

The loss of suitable rangeland for domestic sheep on the Payette National Forest will result in decreased sheep numbers authorized on National Forest System (NFS) lands and subsequent loss of quality forage and some bucking grounds that may be necessary to continue high lamb recruitment and birth weights. Private land may not be able to compensate for this lost NFS rangeland, and quality feed and bucking conditions may be reduced, potentially affecting overall sheep production.

## Cumulative Effects

As rangelands are classified as unsuitable for domestic sheep grazing, bighorn sheep may begin utilizing the vacated acreage suitable for their habitat without the immediate risk of contact. As the bighorn populations increase because their vulnerability to disease transmission is reduced, they may enter into new source habitats they have not recently utilized that are occupied by domestic sheep. As suitable bighorn sheep summer source habitat availability increases and populations grow, bighorn sheep are expected to roam or foray more and may come into contact with domestic sheep on lands outside the Payette National Forest.

Each one of the alternatives would have effects both off and on NFS lands. Other ownerships could be affected by changes in Payette National Forest domestic sheep and goat grazing allotments. Other Federal and state agencies that issue domestic sheep grazing permits could see changes in their capacity to issue permits if they rely on the NFS lands to supplement their allotments. Most BLM and State grazing allotments are used in conjunction with NFS allotments. A similar trend could also extend to private lands. The Payette National Forest permittees rely on their allotments not only to supplement their private land pastures, but to maintain their current sheep numbers by providing quality high-elevation forage and optimal bucking conditions. A loss of suitable rangeland for domestic sheep grazing could also result in a

BLM_0049048

loss of revenue for the other Federal and State agencies, as well as the U.S. Forest Service. The economic impact associated with the alternatives that reduce suitable acres for domestic sheep grazing on the Payette National Forest is discussed in the Socio-Economic Environment section of this document. If the other agencies decide not to authorize grazing because of dependency of NFS lands, the loss of suitable acres available for domestic sheep grazing on these various lands could also reduce additional risks to bighorn sheep by reducing potential risks of contact from other ownerships.

## Conclusion

Eliminating domestic sheep grazing from protected bighorn sheep summer source habitat on the Payette National Forest may prevent contact and disease transmission between the two species. As the bighorn sheep populations grow and pioneer into the provided habitat, the risk of foray contact may change and need to be reanalyzed. This expansion may further reduce the suitable domestic sheep grazing acres on the Payette National Forest.

Private, State, and other Federal lands located within and adjacent to the Payette National Forest that continue to graze domestic sheep will perpetuate the risk for contact and potential for disease transmission between the two species.

Adopting best management practices (BMPs) for sheep management coupled with an intense monitoring program is designed to reduce the risk of contact as bighorn sheep expand their territory. However, the effectiveness of BMPs is not substantiated by research and in some cases it is questionable (Schommer 2009). Husbandry practices—such as removing domestic sheep well before the onset of rut, following vigilant herd management to reduce strays, and responding to wandering bighorn sheep—are other methods to separate the species and reduce risk, but extensive monitoring efforts are required and are not always effective (DSEIS IDT and Cooperators 2007, 2008).

Continued monitoring and advances in science are essential to understanding the management implications of bighorn sheep movement, population growth, changing habitat, and changes in livestock grazing practices. Adjustments or adaptations to the selected alternative may be needed based on this monitoring.

BLM_0049049

# Tribal Rights and Interests

> Consistent with 36 CFR §219.20(a), the following paragraphs will replace paragraphs one, two, and three of the Governmental Interests in the Boise, Payette, and Sawtooth National Forests section, page 3-800 of the Chapter 3 Tribal Rights and Interests section of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## INTRODUCTION

### Governmental Interests in the Boise, Payette, and Sawtooth National Forests

The Nez Perce, Shoshone-Bannock, Shoshone-Paiute, and the Confederated Tribes of the Umatilla Indian Reservation interests goes beyond that of spiritual, cultural, and economic to the unique legal relationship that the United States government has with American Indian tribal governments. Federally recognized tribes are sovereign nations who work with the Federal government and its agencies through the process of government-to-government consultation. The Federal trust relationship with each tribe was recognized by, and has been addressed through, the Constitution of the United States, treaties, executive orders, statutes, and court decisions. Generally, these mandates protect and enhance interests and uses on the three Forests (see *Resource Protection Methods* below and Appendix H in the Forest Plan [USDA Forest Service 2003a]). The Federal trust doctrine requires Federal agencies to manage the lands under their stewardship with full consideration of tribal rights and interests. In addition, the Forest Service must ensure that the statutory reserved rights of Tribes on National Forest Service lands are provided.

The ancestors of the modern day Nez Perce, Shoshone-Bannock, Shoshone-Paiute, and the Confederated Tribes of the Umatilla Indian Reservation were present in the Ecogroup area long before the establishment of the Boise, Payette, and Sawtooth National Forests. Many of the treaties and executive orders signed by the United States government in the mid-1800s reserved homeland for the tribes. Additionally, the treaties with the Nez Perce, Shoshone-Bannock, and Confederated Tribes of the Umatilla Indian Reservation reserved certain rights outside of established reservations, including fishing, hunting, gathering, and grazing rights.

The following excerpts from the treaties with the Nez Perce, the Shoshone-Bannock, the Confederated Tribes of the Umatilla Indian Reservation, and the Executive Order with the Shoshone-Paiute are provided as examples of the rights that the tribes have, and where they can exercise these rights.

BLM_0049050

> Consistent with 36 CFR §219.20(a), the following paragraph will added to the Governmental Interests in the Boise, Payette, and Sawtooth National Forests section, pages 3-800 through 3-801 of the Chapter 3 Tribal Rights and Interests section of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

**Treaty Between The Cayuse, Umatilla, and Walla Walla Tribes Acting In Confederation of 1855:** Article I in this treaty states:

> That the exclusive right of taking fish in the streams running through and bordering said reservation is hereby secured to said Indians, and at all other usual and accustomed stations in common with citizens of the United States, and of erecting suitable buildings for curing the same; the privilege of hunting, gathering roots and berries and pasturing their stock on unclaimed lands in common with citizens, is also secured to them.

> Consistent with 36 CFR §219.20(a), the following information will replace the names of bands within the Shoshone-Paiute Tribes and add the Confederated Tribes of the Umatilla Indian Reservation as discussed in Table TR-1 and paragraph four of the Current Conditions section, page 3-802 of the Chapter 3 Tribal Rights and Interests section of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## CURRENT CONDITIONS

### Cultural Interests in the Boise, Payette, and Sawtooth National Forests

**Table TR-1. Federally Recognized Tribes within the Ecogroup Area**

| Federally Recognized Tribe | Culture Area | Name of Bands within Tribe |
|---|---|---|
| Nez Perce Tribe | Plateau | Nez Perce (Ni mii puu) |
| Shoshone-Bannock Tribes (Fort Hall Reservation | Great Basin | Eastern Shoshone (Sosoni) (including Lemhi), Bannock |
| Shoshone-Paiute Tribes (Duck Valley Reservation) | Great Basin | Northern Shoshone, Northern Paiute |
| Confederated Tribes of the Umatilla Indian Reservation | Plateau | Cayuse, Umatilla, and Walla Walla |

The gathering of these and other natural resources is still a significant part of the individual cultures of the Nez Perce, Shoshone Bannock, Shoshone-Paiute, and the Confederated Tribes of the Umatilla Indian Reservation. The tribes see the continuation of gathering as an important link to their past as well as an essential ingredient to their continuing culture. Because of their concern with continuing this aspect of their cultures, the tribes are taking an increasingly active role in protecting and restoring various species of plants, animals, and fish. For the benefit of the Tribes, we have a statutory duty to protect and enhance areas where these treaty-guaranteed resources exist within the tribes aboriginal use areas on the Payette National Forest.

BLM_0049051

> Consistent with 36 CFR §219.20(a), the following paragraphs will supplement the Cultural Interests in the Boise, Payette, and Sawtooth National Forests section, pages 3-802 through 3-803 of the Chapter 3 Tribal Rights and Interests section of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## Factors Affecting Tribal Rights and Interests

The analysis on the effects to tribal rights and interests related to bighorn sheep is tied directly to the following factors: (1) the continued persistence of the species over time in harvestable numbers; (2) the historical number of animals as it relates to present and future habitat carrying capacity; (3) the tribes annual harvest need; (4) the number harvested by non-tribal members; and (5) the historical locations the tribal members wish to utilize for their hunts. The effects are directly related to (1) the analysis discussions found in the *Terrestrial Wildlife Habitat and Species* section of this supplemental analysis; (2) the amount of source habitat available for bighorn sheep, and (3) the distribution of the bighorn sheep source habitat. The *Terrestrial Wildlife Habitat and Species* section provides the following:

- A detailed description of bighorn sheep summer and winter source habitats
- A description and analysis of bighorn sheep CHHRs and current population sizes in Hells Canyon and Salmon River Mountain areas
- An analysis of bighorn sheep movements outside of CHHRs
- A quantitative analysis to determine the risk of contact between bighorn sheep and domestic sheep allotments
- A disease model to assess the likelihood bighorn sheep populations persist under different alternative scenarios

Without available information on how many bighorn sheep tribal members have harvested or wish to harvest, this discussion will center on the issue of providing habitat that maintains the viability and persistence of bighorn sheep populations over time. The analysis in the Terrestrial Wildlife Habitat and Species section provide the foundation for estimates of available bighorn sheep that can reasonably be harvested by the Tribes. Three assumptions are utilized for the Tribal Rights and Interests analysis: (1) that opportunities to hunt bighorn sheep are directly related to population viability and persistence; (2) the amount of area available to hunt bighorn sheep increases as the amount of source habitat available to bighorn sheep without domestic sheep presence increases; and (3) as the amount of source habitat available to bighorn sheep increases, the opportunity to hunt in areas either traditionally or culturally important to tribal members also increases.

> Consistent with 36 CFR §219.20(a), the following paragraphs will replace corresponding paragraphs of the Effects Common To All Alternatives section, page 3-803 through 3-805 of the Chapter 3 Tribal Rights and Interests section of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

BLM_0049052

## ENVIRONMENTAL CONSEQUENCES

### Effects Common to All Alternatives

#### Resource Protection Methods

**Forest Plan Direction**—Management direction for other resource programs (e.g., vegetation, soils, water, riparian, aquatic, range, and wildlife) is designed to provide for habitat and watershed conditions that contribute to species populations at sustainable and harvestable levels (see revised Forest Plan, Chapter 3, Forest-wide Management Direction [USDA Forest Service 2003a]). Direction has also been provided at the Management Area (MA) level to address special areas of concern to the tribes, such as the South Fork Salmon River, Bear Valley Creek, Hells Canyon, and the main Salmon River Canyon.

#### General Effects

**Species Viability**—Under the Endangered Species Act (ESA), the Forest Service must comply with direction to protect threatened and endangered species, including Chinook salmon and steelhead trout, which are of great interest to the tribes. The latest direction from biological opinions and conservation strategies for these species has been incorporated into the Forest Plan (USDA Forest Service 2003a), and this direction would be followed under all alternatives. Similar direction exists for a wide range of Region 4 sensitive fish, wildlife, and plant species, and the overall objective is to manage conditions so that these species do not have to be listed under the ESA. Although bighorn sheep have no status under the ESA, the U.S. Fish and Wildlife Service is concerned about their population status and threats to their local viability. However, bighorn sheep are listed as sensitive in the Intermountain Region of the Forest Service. Preventing disease transmission between domestic and wild sheep is an important management concern in meeting the regulation for sensitive species management (FSM 2670)[36 CFR §219.20(b)].

Many of the species found on the Ecogroup Forests (e.g., salmon, steelhead, and bighorn sheep) are wide-ranging or migratory (e.g. anadromous), only spending part of their lives here. Therefore, the primary influence that Forest Service management activities have on these species is related to changes in the habitats they use while they are on NFS lands. For bighorn sheep, this includes the provision that habitats are seasonally available without the risk of contact with domestic sheep. These changes can be positive or negative and temporary to long term, and they can influence the amount of habitat available, the condition of that habitat, and the vulnerability to disturbance or mortality within that habitat. These changes can also occur from natural events, and Forest Service management can indirectly affect the likelihood, size, and timing of these events through activities such as vegetation manipulation, fire suppression, and fire use.

Potential habitat and disturbance effects from Forest Service management activities and natural events are described for species in the following sections of Chapter 3: *Soil, Water, Riparian, and Aquatic Resources, Terrestrial Wildlife Habitat and Species, Botanical Resources,* and *Range Resources.* In addition, potential effects to vegetation habitat components from management activities and natural events are presented in the *Vegetation Diversity, Vegetation Hazard,* and *Fire Management* sections. Although effects differ by alternative in these analyses, no alternative would result in significant negative effects to species viability except for bighorn sheep. The availability of existing source habitats on the Payette National Forest is not a limiting factor in assessing bighorn sheep viability. Rather, the primary threat to bighorn sheep is the

BLM_0049053

human-induced impact of permitted domestic sheep grazing. For bighorn sheep, habitat management that would lead to an improving population trend may require removing a Federally permitted activity. For the listed species, threats are reduced by Forest Plan management direction and the Aquatic Conservation Strategy (for the salmon stocks), which minimize or avoid negative effects on these species. Over the long term, the recovery strategy would contribute to species viability and improved watershed conditions. For Chinook salmon and steelhead trout, habitat restoration and protection under all alternatives would contribute positive effects to species viability over the short and long term. However, the cumulative off-forest effects from activities such as commercial harvest, or facilities such as hydroelectric dams would still pose serious threats. Short-term or temporary effects from restoration activities would be mitigated by Forest Plan direction, BMPs, and other resource protection methods.

> Consistent with 36 CFR §219.20(a), the following paragraphs will supplement the Effects Common To All Alternatives section, page 3-803 through 3-806 of the Chapter 3 Tribal Rights and Interests section of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## ENVIRONMENTAL CONSEQUENCES

### Effects Common to All Alternatives

The alternatives in this analysis vary from 0 to 100 percent in the magnitude of risk for contact between bighorn sheep and domestic sheep. This results in varying degrees of subsequent implications for the persistence of bighorn sheep populations over time and their potential distribution across the Payette National Forest. These effects are discussed in the *Terrestrial Wildlife Habitat and Species* section in Chapter 3 of this document. Of the alternatives presented in the document, Alternatives 7E, 7O, 7N, and 7P have the greatest likelihood of providing habitats that support viable bighorn sheep populations. Based on direct and indirect effects, Alternative 7E could provide for viability, as it reduces potential contact between bighorn sheep and domestic sheep to 0 on the Payette National Forest. With monitoring efforts, Alternative 7O, 7N and possibly 7P could provide for viability for some, but not all herds.

For the reasons listed above related to bighorn sheep, there could be significant direct, indirect, or cumulative negative effects expected to treaty resources availability, or traditional and cultural species of interest to American Indians resulting from National Forest activities. Given these changes, the negative impacts are tied to domestic sheep grazing in bighorn sheep source habitats on the Payette National Forest.

**Harvest Ability**—Many of the alternatives could have considerable negative effects on species viability and, therefore, the ability to harvest bighorn sheep. Ample bighorn sheep source habitat is well distributed across the Payette National Forest. However, the habitat is not available to bighorn sheep if domestic sheep are present in or nearby the habitat. Current numbers of bighorn sheep are well below historical levels, which also impacts tribal ability to harvest the animal. In recent years, bighorn sheep populations in and around the Payette National Forest have declined. Estimated bighorn sheep population levels can be found on the Idaho Fish and Game Web site for the hunting areas that are on or adjacent to the Payette National Forest (i.e., hunting units 14, 19, 19a, 20, 20a, 26, 21, and 27 [see Figure W-0b]). In 1981, the estimated bighorn sheep population for these hunting units was 1,525 animals (IDFG 1985). The recent population estimate for these units is 681 animals (IDFG 2008). These numbers represent a 47 percent

BLM_0049054

decrease in bighorn sheep available for tribal members to harvest. For the hunting units located on the Payette National Forest (i.e., 19a, 20a, and 26), the bighorn sheep population has dropped from an estimated 550 animals in 1981 to an estimated 391 animals, which represents a 30 percent decrease (IDFG 1985, 2008).

Current uses of domestic sheep habitat adjacent to known bighorn sheep populations impact the ability of the depressed populations to pioneer, explore, expand, or co-mingle with other isolated groups to increase their populations. The result is a reduced area that the tribes can hunt that may or may not overlay with areas that were historically and/or traditionally important. The wildlife resources section contains an in-depth discussion of the effects to the potential relative risk of contact and subsequent implications for viability.

Alternatives 1B, 2, 3, 4, 5, 6, 7, 7G, 7L, and 7M greatly reduce the harvest ability for tribal members. All of these alternatives continue to have a high risk of contact between bighorn sheep and domestic sheep as allotments continue to be grazed within CHHRs for bighorn sheep, and foray distances for bighorn sheep. Due to the proximity to domestic sheep, bighorn sheep are not afforded the opportunity to pioneer, explore, or expand into adjacent source habitat and, therefore, increase the opportunity for tribes to hunt in traditional areas and at potentially greater harvest levels. These alternatives may have a considerable effect on the harvest ability of bighorn sheep for tribes.

Alternative 7P provides greater opportunity for tribal harvest than does Alternative M as the outcomes for persistence of bighorn sheep appears to be more favorable for the Main Salmon/South Fork population. Although the contact risk estimates are lower than for the previously discussed alternatives, there is a moderate likelihood of extirpation for the Main Salmon/South Fork and Little Salmon population, and a high likelihood of extirpation for the Upper Hells Canyon population. Grazing is still permitted within areas of high foray risk.

Alternative 7N provides for more opportunity for tribal harvest than Alternative 7P. However, domestic sheep grazing is still permitted within some area of high foray risk. This alternative opens up more area to bighorn sheep as the amount of area suited for domestic sheep grazing is reduced from Alternative 7P. This alternative provides more area for tribal members to hunt and increases the likelihood of utilizing traditional areas than Alternative 7P.

Alternative 7O leaves very little areas of high foray risk bighorn sheep summer source habitat open for permitted domestic sheep grazing on the Payette National Forest. The risk for contact between the two sheep species using alternative 7O is approximately 3 percent for the Upper Hells Canyon herd and 4 percent for the Main Salmon South Fork herd. Large areas of the Payette National Forest are not suited for domestic sheep grazing, which greatly increases the likelihood of harvesting in traditionally important areas. Opportunities for tribal members to hunt in traditional areas is greater than in any of the previously discussed alternatives.

Alternative 7E removes all risk of contact between bighorn and domestic sheep as no domestic sheep grazing is permitted on the Payette National Forest. In the long term, it may provide the greatest ability to harvest bighorn sheep in all traditional locations influenced by the Payette National Forest. However, it is impossible to predict if expansion will occur and, if so, how long it could take.

BLM_0049055

**Direct and Indirect Effects to Tribal Resources**

<u>**Alternatives 1B, 2, 3, 4, 5, 6, 7, 7G, 7L, 7M**</u>

These alternatives have the highest risk of foray contact between bighorn sheep and domestic sheep grazing on the Payette National Forest. Protection of bighorn sheep summer source habitat varies from 0 percent in Alternatives 1B, 2, 5, and 7 to 92 percent in Alternative 7M. These alternatives would not likely ensure bighorn sheep persistence on and/or adjacent to the Payette National Forest and will impact individuals or habitat availability.

These alternatives do not provide for long-term viability on the Payette National Forest, but rather result in a high probability of bighorn sheep extirpation of nearby herds. Extirpation occurs even when the effective disease transmission rate is at 0.05 or 1 in 20 for all alternatives except Alternative 7M. Although contact estimates are lower for Alternative 7M, there is still a high likelihood of local herd extirpation at contact rates of 25 percent probability of disease outbreak given contact. The risk for foray contact is the third highest of the action alternatives, and tribal trust responsibilities may not be met.

No bighorn sheep summer habitats are protected from domestic sheep grazing on the Payette National Forest for Alternative 1B, 2, 5, and 7. Even with up to 92 percent of the habitat protected in Alternative 7M, the potential to extirpate the local herd is present. The availability of bighorn sheep to hunt may be severely limited or completely eliminated. The ability to harvest bighorn sheep in culturally or traditionally important areas may be lost or reduced from historic locations.

<u>**Alternative 7P**</u>

Alternative 7P may provide habitat to maintain a bighorn sheep population on the Payette National Forest in the short term but not in the long term. The disease model suggests that herds in and adjacent to the Payette National Forest may not persist. The risk for contact is considered to be moderate as not all areas of high risk are removed from grazing. Tribal trust responsibilities may be provided for in the short term. Bighorn sheep harvesting in cultural and traditional important areas is greatly diminished, however it is much larger than what is provided for in the above alternatives. There could be significant direct and indirect negative effects expected to the viability and availability of treaty resources. The negative impacts are tied to domestic sheep grazing in current bighorn sheep source and foray habitat on the Payette National Forest.

<u>**Alternatives 7N and 7O**</u>

Between the alternatives that maintain some domestic sheep grazing, Alternatives 7N and 7O leave the greatest amount of source habitat for bighorn sheep and have the greatest long-term probability of allowing viable populations of bighorn sheep to persist on the Payette National Forest. Most high-risk areas for foray contact are removed with these alternatives. Although some contact risk remains on the landscape, 90 percent or more of the contact risk in Alternatives 1B, 2, 3, 4, 5, 6, and 7 is eliminated by these alternatives. Tribal trust responsibilities may be met with monitoring for presence of bighorn sheep near active domestic sheep and goat allotments to maintain separation. The potential of harvesting a bighorn sheep in cultural and traditional important areas is greater than for the above discussed alternatives but less than Alternative 7E. Alternative 7O provides greater opportunities to tribal members than Alternative N.

BLM_0049056

**Alternative 7E**

Alternative 7E completely removes domestic sheep grazing from the Payette National Forest and produces less risk of contact between domestic and bighorn sheep than any other alternative: Populations of bighorn sheep are most likely to persist on the Payette National Forest under this alternative. Alternative 7E provides for tribal trust responsibilities and allows harvest of bighorn sheep in all or almost all traditional locations influenced by the Payette National Forest because the alternative removes all risk of foray contact between bighorn sheep and domestic sheep.

## Cumulative Effects

Other Federal, state, and private lands in and around the Payette National Forest permit domestic sheep grazing or contain small farm flocks. It is important to be aware of this fact because if all permitted domestic sheep grazing is removed from the Payette National Forest, the relative risk of contact may still continue. Over time this risk affects the continued viability and persistence of the bighorn sheep herds that utilize the Payette National Forest. This analysis and subsequent decision and amendment to the Forest Plan (USDA Forest Service 2003a) affect only the Payette NFS lands. Even so, any increase in the amount of available bighorn source habitat reduces the relative risk of contact with domestic sheep. This risk reduction allows the species to explore, pioneer, and interact with other members of the population and, therefore, expand and restore to higher numbers over time.

Two potential cumulative effects scenarios were conducted for this analysis: (1) the assumption that domestic sheep management on BLM, Nez Perce National Forest, State, and private lands would be managed as they are currently (C0) (Figure W-13) and (2) the assumption that domestic sheep grazing on all adjacent Federal lands would be curtailed while existing domestic sheep would continue on State and private lands (C1) (Figure W-14).

Under scenario C0, contact between the species varies between 1.59 for Alternative 7E and 2.92 for Alternatives 1B, 2, 5, and 7. Under scenario C1, contact between the two species varies between 0.50 for Alternative 7E and 1.82 for Alternatives 1B, 2, 5, and 7.

It is important to note that the gregarious nature of bighorn sheep and their ability to travel great distances in a short period of time does lead to the potential for spreading disease to be far reaching. The impacts to tribal hunting opportunities are not confined within the boundary of the Payette National Forest. Disease spread that originates within the Payette National Forest can affect tribal treaty resources off of the Payette National Forest just as disease spread that begins off of the Payette National Forest can spread onto the Payette National Forest and affect tribal rights locally. As infected bighorn sheep move across the landscape, the potential for disease transmission stair-steps from one herd to another as their home ranges overlap.

For the reasons described above and those previously outlined, there are varying degrees of direct, indirect, and cumulative effects to the ability of tribal members to harvest bighorn sheep on the Payette National Forest for social, cultural, and subsistence purposes.

When examining all of the lands in and around the Payette National Forest that are either currently or may be permitting domestic sheep grazing in the near future, the persistence of bighorn sheep herds in Hells Canyon and the Salmon River Mountains is questionable. The potential for contact between bighorn sheep and domestic sheep has a 100 percent probability off

BLM_0049057

of the Payette National Forest. With the combined impacts from lands off of the Payette National Forest, the likelihood of the bighorn sheep population persisting over time is unlikely.

Some alternatives could have considerable negative effects on species viability and numbers available for harvest. Ample source habitat is well distributed across the Payette National Forest. However, the habitat is not available to bighorn sheep if domestic sheep are present in or near to the habitat. Current numbers of bighorn sheep are well below historical levels, which also impacts tribal ability to harvest animals. Current uses of the habitat by domestic sheep adjacent to known populations of bighorn sheep impact the ability of the depressed populations to foray and contact with other isolated groups as needed to increase their numbers and preserve genetic variation. The result is a reduced area that the Tribes can hunt. This reduced area may affect areas that were historically and/or traditionally important to the Tribes for hunting. The *Terrestrial Wildlife Habitat and Species* section contains an in-depth discussion of each alternative's effect on the potential risk of contact and subsequent implications for population viability.

Alternatives 1B, 2, 3, 4, 5, 6, and 7 provide only a small proportion of source habitat for maintenance of a viable population of bighorn sheep on the Payette National Forest. These alternatives all produce a very high risk of foray contact between bighorn sheep and domestic sheep on allotments that continue to be grazed within or in close proximity to bighorn sheep CHHRs. Due to the proximity to domestic sheep, bighorn sheep are not afforded the opportunity to pioneer, explore, or expand into adjacent source habitat, which increases the opportunity for tribes to hunt in traditional areas and at greater harvest levels. These alternatives may have a considerable effect on Tribe's ability to harvest bighorn sheep.

Alternatives 7G and 7L provide a reduced but still substantial risk of foray contact with bighorn sheep on forays expected to enter occupied domestic sheep allotments once every two years. The high rate of contact makes population persistence under these alternatives very uncertain with the result that Tribal harvest of sheep is not assured.

Alternative 7M reduces the risk of contact by 45 percent relative to Alternatives 7G and 7L and provide a greater opportunity for Tribal harvest. Bighorn sheep populations have some opportunity for pioneering and expanding into areas that tribal members traditionally hunted.

Alternative 7P reduces the risk of contact by 60 percent relative to Alternatives 7G and 7L and provide a greater opportunity for Tribal harvest. Bighorn sheep populations have some opportunity for pioneering and expanding into areas that tribal members traditionally hunted.

Of the alternatives that maintain some grazing by domestic sheep on the Payette National Forest, Alternatives 7N and 7O provide the greatest opportunity for bighorn sheep population expansion and tribal harvest. With little or no domestic sheep grazing permitted within source habitat and only limited grazing in foray habitat, contact between the two species is reduced. Alternative 7O provides for some expansion of future bighorn sheep populations into new habitat.

Alternative 7E removes all risk of contact between bighorn and domestic sheep on Forest Service allotments as no domestic sheep grazing is permitted on the Payette National Forest. It allows the greatest potential for future expansion of bighorn populations, and in the long term, it is the alternative most likely to provide the tribes with the ability to harvest bighorn sheep in all traditional locations influenced by the Payette National Forest. However, given the likelihood of

BLM_0049058

contact from other lands off of the Payette National Forest, tribal members may still not have the opportunity to hunt bighorn sheep due to the lack of available animals.

BLM_0049059

# Socio-Economic Environment

> Consistent with 36 CFR §219.20(a), the following paragraphs will supplement the Introduction section, page 3-890, of the Chapter 3 Socio-Economic Environment section of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## INTRODUCTION

### Affected Area

#### Grazing Impact Area

A large, regional economic model using Economic Modeling Specialists, Incorporated (EMSI) was created to compare the economic impacts of the alternative scenarios with the outputs of the community economic models. This regional model differs from the recreation impact area because of regional connections unique to livestock grazing–related industries. The large regional economic model included most southwest and central Idaho's economy and included Ada, Adams, Boise, Canyon, Elmore, Gem, Idaho, Payette, Valley, and Washington Counties. The results of this model are presented alongside community-level results for the Idaho towns of Riggins, Weiser, and Wilder.

#### Recreation Impact Area

While bighorn sheep–associated recreation occurs within local areas, examination at a regional level captures spending by recreationists as they travel to, and participate in, bighorn sheep–associated recreation. This model differs from the grazing impact area due to regional connections unique to recreation and the connection between recreation and bighorn sheep that would potentially be affected by management under the alternatives. Counties within the recreation impact area include Adams, Idaho, Lemhi, Lewis, Nez Perce, Valley, and Washington Counties in Idaho; Baker, Union, and Wallowa Counties in Oregon; and Asotin, Columbia, and Garfield Counties in Washington.

> Consistent with 36 CFR §219.20(a), the following paragraphs will supplement the Communities section, pages 3-910 through 3-939; the Idaho section, pages 3-898 through 3-902; and the Community Profiles section, pages 3-910 through 3-942, of the Chapter 3 Socio-Economic Environment section of the 2003 Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement.

## CURRENT CONDITION

### Interior Columbia Basin Ecosystem Management Project (ICBEMP)

### Communities

To accurately portray the economic relationship between the local area and grazing and recreation on the Payette National Forest, the geographic scope of analysis must be defined. The economic effects from the alternatives extend beyond the Payette National Forest's immediate vicinity. Therefore, the role of sheep grazing and bighorn sheep–associated recreation within the

BLM_0049060

larger region must be addressed while not masking potential change within area counties and communities. Consequently, area information is presented at the regional and community level. The analysis area where current conditions and trends are examined includes the regional grazing and recreation impact areas, which are discussed under the methods section below. This analysis area includes Ada, Adams, Boise, Canyon, Elmore, Gem, Idaho, Lemhi, Lewis, Nez Perce, Payette, Valley, and Washington Counties in Idaho; Baker, Union, and Wallowa Counties in Oregon; and Asotin, Columbia, and Garfield Counties in Washington. In addition to general trends, this analysis area is used to examine potential effects to environmental justice populations in the area. Trends specific to sheep grazing and recreation are included for only those counties in their respective impact areas.

**Population and Demographic Change**

According to the U.S. Census Bureau, population growth in the 19 analysis area counties was 126 percent between 1969 and 2006 (Figure SO-2). This growth outpaced change within Idaho, Oregon, Washington, and the United States, which increased by 107, 79, 91, and 89 percent, respectively.

**Figure SO-2. Population change for analysis area counties and their states (U.S. Department of Commerce 2006)**



The median age in 2000 was 34.1 years, up from 32.9 years in 1990. The largest age category in the analysis area in 2000 was those aged 40 to 44 years. Between 1990 and 2000, the fastest growing age group as a share of total population was those aged 50 to 54, which rose by 1.6 percent (4,457 people). Age groups between 40 and 59, which include the baby boomer population, showed increases in their shares' of total population in analysis area counties while those aged 25 to 39 saw a decrease in their shares. Therefore, between 1990 and 2000 the analysis area experienced an aging population with decreases in the share of younger age classes. However, all counties in the analysis area show slight increases in those aged 15 to 24 (U.S. Census Bureau 2000).

BLM_0049061

*Chapter 3 Affected Environment*                                         *Payette National Forest FSEIS*

## Economic Specialization and Employment

The Interior Columbia Basin Ecosystem Management Project (ICBEMP) identified communities with specialized employment. The ICBEMP's method used the ratio of percent employment in each industry in the region of interest (counties in the analysis area) to an average percent of employment in that industry for a larger area (i.e., the reference region; Economic Areas designated by the Bureau of Economic Analysis[4]). For a given industry, when the percent of employment in the region of interest is greater than the reference region, local employment specialization exists in that industry (USDA Forest Service and USDI LM 1998). Using this criterion applied with 2007 data, the analysis area can be characterized as specialized in the construction and manufacturing sectors (IMPLAN 2007). Employment in the analysis area in 2007 is shown in Figure SO-3. Grazing and recreation on the Payette National Forest represent only a portion of the economic activity reflected in the grazing and recreation-related sectors, shown on the right of Figure SO-3.

**Figure SO-3. Economic Analysis Area Industry Employment Distribution (IMPLAN 2007)**



## Income

Total personal income (TPI) and per capita personal income (PCPI) are useful measures of economic well-being. From 1970 to 2006, annual TPI in the economic analysis area increased from $6.75 billion to $24.70 billion, and annual PCPI increased from $19,524 to $32,108 (all measures adjusted for inflation to 2006 dollars). This amount equates to a TPI increase of 266 percent (3.7 percent annually) and a PCPI increase of 64 percent (1.4 percent annually).

---

[4] Economic areas represent the relevant regional markets for labor, products, and information and are mainly determined by commuting patterns. This delineates local labor markets and also serves as a proxy for local markets where businesses in the areas sell their products (US Department of Commerce 2004)

BLM_0049062

Average PCPI in the economic analysis area was higher than Idaho ($29,920) but lower than Oregon ($33,299), Washington ($38,212), and the nation ($36,714) in 2006.

While PCPI is a useful measure of economic well-being, it should be examined alongside changes in real earnings per job. Since PCPI includes income from 401(k) plans and other non-labor income sources like transfer payments, dividends, and rent, PCPI can increase even if the average wage per job declines over time. From 1970 to 2006, earnings per job in the analysis area increased from $34,328 to $38,702 (values adjusted for inflation to 2006 dollars), along with PCPI, indicating a possible increase in area economic well-being (U.S. Department of Commerce 2006).

### Components of Personal Income

Further examination of personal income trends provides insight into the analysis area economy and its connection to the lands administered by the Payette National Forest. Three major sources of personal income exist: (1) labor earnings or workplace income; (2) investment income, or income received by individuals in the form of rent, dividends, or interest earnings; and (3) transfer payment income, or income received as Social Security, retirement, and disability income or Medicare and Medicaid payments.

Within the analysis area, labor earnings were the largest source of income, accounting for 68 percent of 2006 income. For Idaho, Oregon, and Washington, labor earnings made up 67, 65, and 69 percent of TPI, respectively. In 2007, the manufacturing and professional-scientific and technical services sectors were the largest components of labor income for the analysis area (Figure SO-4). As previously noted, grazing and recreation on the Payette National Forest represent only a portion of the economic activity reflected in the grazing and recreation-related sectors, shown on the right of Figure SO-4.

**Figure SO-4. Economic Analysis Area Labor Income Distribution (IMPLAN 2007)**



BLM_0049063

While labor earning's share of TPI decreased in the analysis area from 1970 to 2006 (from 76 to 68 percent), the share of non-labor income increased (from 24 to 32 percent). As a share of TPI, investment income and transfer payments increased from 14 to 18 and 9 to 14 percent, respectively. The increase in transfer payments is not entirely due to increases in welfare or unemployment-related payments. Data show age-related transfer payments increased from 57 to 60 percent while the share of transfer payments from income maintenance benefit payments, or welfare, actually decreased from 8.3 to 7.7 percent. The share of transfer payments from unemployment payments also decreased from 5 to 2 percent.

These patterns may reflect the aging population, which is more likely than younger adults to have investment earnings. As the area's population continues to age, the share of income from non-labor sources should continue to increase if retired residents stay in the area or new retirees move into the area. Rural county population change, the development of rural recreation, and retirement-destination areas are all related to natural amenities (McGranahan 1999). Natural amenities such as bighorn sheep and other wildlife provide recreational opportunities and indirectly contribute to area labor and non-labor income.

**Idaho**

***Area Social and Economic Conditions Related to Sheep Grazing***

According to the 2009 Idaho Agricultural Statistics collected by the state, sheep and lamb inventory was at a record low 210,000 head at the end of 2009, which is a 25,000 decrease from the previous record low in 2008 (the recorded high is 2,470,000 in 1920). Gross income from sheep and lamb production was $19,769,000 in 2008. The total number of sheep and lambs marketed was 208,000, yielding an average price per animal sold of $95.04. The value of wool production in Idaho is estimated at $1,949,000 in 2008 (State of Idaho 2009a).

Sheep operations dependent on allotments on the Payette National Forest are located in Idaho and Washington Counties. According to State data for these counties, there were 2,300 sheep and lambs in Idaho County and 16,000 in Washington County in 2008 (Table SO-2a). These values are down by 28 and 7 percent since 2001 when county inventory was 3,200 in Idaho County and 17,200 in Washington County (State of Idaho 2009a). The Southwest Agricultural District includes Adams, Valley, Washington, Gem, Payette, Boise, Ada, Elmore, Canyon, and Owyhee Counties, and contained 52,500 sheep and lambs. With the addition of Idaho County's 2,300 sheep and lambs, the total is 54,800 (Table SO-2a). Within this larger area, Idaho and Washington counties contain 33 percent of the sheep inventory (State of Idaho 2009a).

The Forest Service establishes permitted limits for head months on allotments. This limit is the maximum number of head months that could be offered under ideal forage conditions. The total permitted sheep use on the Payette National Forest has increased from 38,822 to 64,385 head months from 2005 to 2010. Authorized use is the level of grazing allowed depending on forage condition. Authorized use over this period has also increased from 31,909 to 55,550 head months. Information on actual billed use during this period is not available; however, between 2007 and 2009 actual use averaged 50,994 head months (51,311 in 2007; 51,637 in 2008; and 50,034 in 2009), which is 79.2 percent of current permitted use. Sheep and lamb inventory in Idaho and Washington Counties decreased from 19,200 to 18,400 head months from 2004 to 2009 (State of Idaho 2009a).

BLM_0049064

While forage provided by the Payette National Forest is not the entire forage source used by area operators, it provides an important high-elevation forage source during summer months. The estimated current supply of permitted sheep head months on the Payette National Forest is 64,385. Forage needed to accommodate the 2008 sheep inventory in Idaho and Washington Counties is estimated at 43,920 head months (Table SO-2a) (18,300 sheep divided by 5 sheep per head equivalents equals 3,660 head equivalents; 3,660 head equivalents multiplied by 12 months equals 43,920 head months). Therefore, forage currently provided by the Payette National Forest more than accommodates current sheep inventory in Idaho and Washington Counties.

**Table SO-2a. Sheep and lamb inventory and estimated annual forage requirement in selected regions in 2008**

| Region | Sheep/Lambs (number of animals) | Annual Forage Requirement (head months) |
|---|---|---|
| Idaho County | 2,300 | 5,520 |
| Washington County | 16,000 | 38,400 |
| Total two counties | 18,300 | 43,920 |
| Southwest Agriculture District plus Idaho County | 54,800 | 131,520 |
| Idaho total | 235,000 | 564,000 |

*Source*: State of Idaho 2009b

Sheep grazing on the Payette National Forest not only plays an important economic role, it also plays an important social role as area residents identify with the tradition, land use, and history of livestock operations. Figure SO-5 below depicts a sheep herder during the early part of last century. A community characteristic of note is the intimate culture that surrounds the sheep industry attributable to shared values such as hard work, tradition, and a love for the animals and the land. These traditions are emphasized and cultivated in area events such as at county fairs, where 4-H and Future Farmers of America programs contribute to youth education and a sense of community identity. Comments received on the DSEIS noted the importance of sheep grazing in Idaho's development during the late nineteenth and early twentieth centuries. In Cornelius Bronson's *History of the State of Idaho*, published in 1918, he states, "Idaho has become one of the greatest wool-producing States, but is has long been noted for its mutton…. to-day the sheep industry represents a greater investment of capital and larger profits than the cattle business" (Bronson 1918). Others mentioned the importance of domestic sheep in cultural and spiritual practices of local ethnic groups and feared the loss of an important local protein source for these users. Comments also noted concerns with the decline of the sheep industry in Idaho. Traditional ranching families often do not maintain the family tradition given new challenges presented by changing market conditions, such as increased cost of operation (Payette National Forest staff, pers. comm.). Other comments noted the importance of sheep ranches in maintaining open space. Given these cultural and social values, connections to quality of life related from sheep grazing on the Payette are examined under the alternatives.

BLM_0049065

**Figure SO-5. A Sheep-Herder, circa 1918 (Source: Brosnan 1918)**



### *Community Profiles*

The economic relationship between sheep grazing on the Payette National Forest is examined relative to three Idaho communities: Riggins, Weiser, and Wilder. An economic profile for each community was constructed for this analysis and is presented below to provide baseline information relevant to the discussion of community-level effects.

### Riggins

The Riggins economic profile is shown in Table SO-oa. Riggins' largest industry in terms of jobs, labor income, and sales is government (25.1 percent), which provides the community with 175 jobs, $5.7 million in labor income, and $25.1 million in sales. The next largest industry is agriculture, forestry, fishing, and hunting (18.12 percent), which provides the community with 127 jobs, $1.4 million in labor income, and $6.2 million in sales. Of these jobs, 103 (81 percent) are in production agriculture. The next largest industry in terms of employment is accommodation and food service (11.7 percent) followed by retail trade (9.7 percent). Riggins has a diverse economy with strong tourist and agricultural sectors. In total, Riggins has 698 jobs, $14.4 million in annual labor income, and $52 million in annual sales.

BLM_0049066