Instead, the core herd home range analysis was completed by creating a home range for each individual on a seasonal basis. Then, those individual home ranges were aggregated together to generate a herd level result. Since bighorn sheep are social and individuals in a herd use the same general areas, the composite of the individual home ranges created a fairly detailed multimodal map of habitat utilization for most herds (see Figures 1 to 15 in the *Modeling and Analysis Technical Report* [Appendix L]). For rams, whose movements are of most concern, 4.4 percent of telemetry points were located beyond the 95th isopleths, indicating that oversmoothing was not severe.

Finally, because foray distance was modeled separately from the core herd home range boundaries, predicted contact rates with active allotments were fairly insensitive to the particular method used to fit the bandwidth. Had bandwidths been selected so that core herd home ranges were a bit smaller, forays would have been modeled to be correspondingly longer and more likely. Therefore, contact rates would have remained basically the same.

### Sample Public Comment for 570.68

Core Herd Home Range Analysis The smoothing parameter (Href) used for home range calculations is inappropriate for the analysis. Href oversmooths multimodal distributions which are common in bighorn populations (Seaman et al. 1999). An approach based upon likelihood cross-validation (CVh; Horne et al. 2006) or least squares cross-validation (LSCVh; Silverman 1986, Worton 1995) would more accurately identify home range core areas. (Update to DSEIS Ltr# 20046)

### Concern Statement 570.69

*The Forest Service should reconsider that the Salmon River study indicates that bighorn sheep are using the Salmon River Canyon on the Nez Perce National Forest and are not moving up on the allotments on the east side of the Payette National Forest. In addition, Soulen's fall allotments are those that are the furthest away from the core herd home ranges and the domestic sheep are off the Payette National Forest by October 15.*

### Response to Concern 570.69

The quantitative risk analysis is primarily based upon the Hells Canyon telemetry and observation dataset. The reason for this basis is because this data has been collected for more than 12 years and has monitored approximately 400 individuals. The habitats between Hells Canyon and the Salmon River area are not much different and the behaviors of bighorn sheep would be expected to be very similar. The data that has been collected for the Salmon River has only been collected for two years with only approximately 30 individuals. Given these statistics, it is prudent to use the larger dataset from Hells Canyon as the basis of the analysis. Also, the analysis is designed to look specifically at the behaviors of bighorn sheep during the permitted season of domestic sheep use on the Payette National Forest and when the longer range foray behaviors are exhibited during the bighorn breeding season.

BLM_0049291

### Sample Public Comment for 570.69

Page 39 of the technical report states, "Most bighorn sheep, in most years, never move beyond the core herd home range." The Upper Hell's Canyon Summer herd home range and the Main Salmon and South Fork Summer herd home range models show no overlap with the domestic sheep allotments on the east side of the forest. The technical report also states, "The rut occurs in November/December and produces relatively frequent and long distance exploratory forays by rams." Did the Payette National Forest take into consideration that Soulen Livestock's fall allotments are those that are the farthest away from the core herd home ranges, and that the sheep leave the forest by October 15th? The latest telemetry information from the Salmon River study shows that the bighorns are utilizing the Salmon River Canyon and moving up and down the canyon and onto the Allison-Berg allotment on the Nez Perce National Forest, but the bighorn sheep are not moving up onto the Payette National Forest's allotments on the east side of the forest. (Update to DSEIS Ltr# 20040)

---

**Concern Statement 570.70**

*The Forest Service should consider the last four steps in the sequence of events for disease outbreak, as indicated on page 38 of the technical report, to accurately assess the potential for disease transmission in the Core Herd Home Range Analysis section of the Update to the DSEIS.*

**Response to Concern 570.70**

The last four steps were modeled together by the parameter called "Probability of effective contact between bighorn sheep and domestic sheep within an allotment". The explanation of that parameter's role was unclear in the UDSEIS and has been expanded in the FSEIS. Because so little information is available to estimate the probability of several of these steps, the disease model was run with a range of probabilities of effective contact and a subsequent herd level outbreak given cohabitation of a bighorn sheep and domestic sheep in an open allotment. The values used range from 5 percent to 100 percent and have allowed the Forest Service to explore the consequences of each alternative under a range of different probabilities of die-off given that a bighorn sheep reaches an active allotment.

### Sample Public Comment for 570.70

On page 38 of the technical report the sequence of events for a disease outbreak to occur resulting from contact of a bighorn sheep with a domestic sheep is outlined in seven steps. The next paragraph states that the foray model covers steps 1-3 of the process, leaving out the remaining four steps. The last four steps: 1) bighorn sheep must come into contact with domestic sheep in the allotment, 2) contract the disease from the domestic, 3) the infected bighorn must make its way back to the core herd home range, and 4) transmit the disease to other members of the herd, are critical step in evaluating the level of risk that a foray presents. By not considering the last four steps in that process the Payette National Forest has overstated the potential for a wandering bighorn to transmit disease back to the herd and cause a die off. (Update to DSEIS Ltr# 20040)

BLM_0049292

**Concern Statement 570.71**

*The Forest Service should consider the benefits from forage utilization by domestic sheep and clarify assumptions concerning foray distances in the Core Herd Home Range Analysis section of the Update to the DSEIS.*

**Response to Concern 570.71**

The methods and assumptions used in the analysis are documented in Chapter 3 of the SEIS and in the technical reports in the appendices. The primary concern for the Salmon River and Hells Canyon bighorn sheep populations is the potential for contact between domestic sheep and bighorn sheep, and the implications for disease transmission and disease outbreaks in bighorn sheep populations. This premise is clearly stated in the document and is the primary focus of the analysis. See Response to Concern 570.68

Even in cases where exposure to Pasteurellaceae eventually results in death, the incubation period between exposure and disease and death is not necessarily short (i.e., often longer than a month). As a result, our model allows the possibility that bighorn rams may contract disease and bring it back to their home herd before they themselves die of the disease.

The disease model in no way assumes that contact will only occur between bighorn rams and domestic ewes during the estrus of those ewes, nor does the model assume that domestic sheep have monthly estrus. Contact is possible between bighorn rams or ewes and domestic sheep of both sexes whenever both are found in the same allotment during the same season.

*Sample Public Comment for 570.71*

Forage utilization by domestic sheep has been identified as increasing palatability and availability of forage for the more abundant wildlife ungulates, deer and elk, and helping to reduce the frequency and duration of wildfires. There is not much discussion about this in the document and the influence on elk, Idaho Fish and Game's featured species of management. One statement on page 3-13 that is questionable in the context of the areas being considered is the carrying capacity and predation statement made and attributed to Beecham, et.al. That interesting statement is based on the definition of suitable bighorn sheep habitat and the need for sight distance. Another statement about fire suppressed stands creating barriers between winter and summer range is also questionable. This is particularly so if a person looks at the number and extent of wildfires that have occurred in the recent past in the large river-break landtypes where the desired cliffs, scree slopes and rock outcrop extents of desired bighorn sheep suitable habitat are present.

In the discussion on bighorn sheep forays and elsewhere in the document there is an inference of exposure equaling a rather straight line lethal influence when contacting domestic sheep. If the studies indicate a rapid lethal result why would contacts on forays not be as rapidly lethal as the assumption therefore foray distances that equal herd infections should be for only short distances and the bighorn, especially rams would be very likely to then only expose the ram band which is relatively small in size and has only little influence on the ewe bands, except during the breeding season. The apparent rationale for the bighorn ram interaction with domestic sheep is the monthly estrus of those sheep. (Update to DSEIS Ltr# 20031)

BLM_0049293

**Concern Statement 570.72**

*The Forest Service should consider the Snowslide/Maki Trail by Lick Creek as bighorn sheep habitat in the Core Herd Home Range Analysis section of the Update to the DSEIS.*

**Response to Concern 570.72**

As more information about the Snowslide/Maki area is collected it will be incorporated into our adaptive management strategy for future reference.

> *Sample Public Comment for 570.72*
>
> We saw tuffs of white wooly fur trapped on various branches along the Snowslide/Maki trail by Lick Creek. Didn't see any bighorns in person though! (Update to DSEIS Ltr# 20029)

**Concern Statement 570.73**

*The Forest Service should clarify in the SEIS that lands within the Secesh, Neddles, Caton Lake, Patrick Butte, and Cottontail Point Roadless Areas are to be considered for potential future habitat in the Habitat Model section of the Update to the DSEIS.*

**Response to Concern 570.73**

The Secesh, Neddles, Caton Lake, Patrick Butte, and Cottentail Point roadless areas all have mapped bighorn sheep source habitat and the possibility to support some level of bighorn sheep habitat usage. These areas will be monitored for current or possible future habitat use.

BLM_0049294

### Sample Public Comment for 570.73

But to say that the Secesh and Needles have always lacked bighorn sheep would be untrue and would not allow SWC to protect the habitat or potential occurrence of these animals in this superb wildlife habitat where they, and mountain goats, deserve to live in the future. The UC Davis analysis and the USFS DSEIS failed to define the historic viable and occupied habitat where bighorn sheep once lived within the Secesh Wildlands Coalition's area of influence. This key habitat for SWC includes the Secesh and Needles proposed Wilderness areas and the adjacent South Fork of the Salmon River; these areas are characterized by rocky cliffs and promontories mostly recommended by the USFS as Wilderness areas in its Forest Plan. They are areas that bighorn sheep have used in the past and domestic sheep continue to use in the present. The agency's reasons for failing to define this historic habitat are understandable as the data are inconclusive, scarce, expensive to collect, and would be debated endlessly by ranchers. The additional data collection would tie up the analysis for many years without a clear winning strategy for bighorn sheep on the Payette. We do not have many years for the bighorns to live in the absence of gaining protection for their current habitat. SWC will not challenge the USFS on this failing but we ask that the USFS explicitly state in its Final SEIS that the conclusions that bighorns have not lived or do not now live in the Secesh, Needles, Caton Lake, Patrick Butte or Cottontail Point roadless areas are, at best, unclear. The USFS' own data show that any conclusion about historic occurrence of bighorn sheep is not clear at the present and that these lands should be considered potential habitat for the future. (Update to DSEIS Ltr# 20112)

---

**Concern Statement 570.74**

*The Forest Service should identify a realistic habitat for bighorn sheep in areas that are not suitable or accessible for domestic sheep production in the Habitat Model section of the Update to the DSEIS. In addition, consider the possible adverse affect on bighorn sheep from lack of fire suppression or forest management.*

**Response to Concern 570.74**

The quantitative risk analysis is specifically designed to look at the risks of using a spatial and temporal separation of the two species on the landscape. The analysis took into account where the habitat is on the landscape, how bighorn sheep use the habitat, and where and how domestic sheep use the landscape. The Payette National Forest was specifically tasked to perform a viability analysis for bighorn sheep centered on the issue of disease transmission from domestic sheep to bighorn sheep on the Payette National Forest.

See Responses to Concern 570.58 and 570.71. The primary focus of this analysis is related to the potential for contact and disease transmission between domestic and bighorn sheep, and the implications for disease outbreaks in the latter species. The Payette National Forest encompasses substantial suitable habitats for bighorn sheep, which are also currently suited for domestic sheep grazing. The Forest Service does not control bighorn sheep populations, but does manage resources that can potentially impact their habitats, including domestic sheep grazing. Therefore, the spatial context of the analysis is logically at the intersection (potential overlap) in bighorn sheep habitats and

BLM_0049295

domestic sheep allotments. Furthermore, the Forest Service only has the purview of managing domestic sheep grazing; not manipulating bighorn sheep populations. The alternatives reflect opportunities to manage domestic sheep in light of bighorn sheep home ranges and movements. The priority in the SEIS assessment is to ensure habitats are provided that support viable populations of bighorn sheep.

### Sample Public Comment for 570.74

A more realistic bighorn sheep zone should be identified. Encourage bighorn populations in areas not suitable or accessible for domestic sheep production. Keep all domestic sheep, goats and llamas out of those areas except on private property where you have no control. Manage fires in the bighorn sheep zone to optimize bighorn sheep habitat. How many bighorn sheep were lost in the 2007 fire season? How was their habitat affected? How many were made more susceptible to disease because of the smoke from the fires? Fire management practices should take into consideration the possible adverse affect on bighorn sheep. If we are to tolerate no risk to their health from domestic sheep, we should also tolerate no risk to their health based on fires that might be controllable either by suppression or management of the forests to reduce the risk of large uncontrollable fires. (Update to DSEIS Ltr# 20090)

### Concern Statement 570.75

*The Forest Service should include data that confirms the relatedness of individuals within the named herds used to define a population in the Habitat Model section of the Update to the DSEIS.*

### Response to Concern 570.75

The source of the original vegetation data in the original model has been corrected in the technical report for the final. The statement on the composition of a population was not intended to infer any level of relatedness between the animals other than their spatial correlation.

### Sample Public Comment for 570.75

In Appendix B (p. 3) it was reported that the Hells Canyon Initiative habitat model used the National Land Cover Dataset to map vegetation types suitable for bighorn sheep. In fact, vegetation information was obtained from a supervised classification of TM satellite imagery (Hells Canyon Bighorn Sheep Restoration Plan 1997, p. 5). Additionally, the statement was made that "A population is based on the entirety of the breeding individuals independent of shared range." This statement suggests that there is some measure of the relatedness of animals used to define a population, and while such an assumption may be plausible, no data to confirm the relatedness of individuals within the named herds was presented or available. (Update to DSEIS Ltr# 20089)

BLM_0049296

**Concern Statement 570.76**

*The Forest Service should clearly explain and justify any changes from the DSEIS models versus the models used in the Habitat Model section of the Update to the DSEIS.*

**Response to Concern 570.76**

See Response to Concern 570.61

> *Sample Public Comment for 570.76*
>
> The Update presents a number of newly developed models for source habitat, forays outside of source habitat, and risk of disease transfer. For the reader to understand and critically evaluate these models, each model and the data on which it is based must be clearly described, as must any changes from data presented earlier. For example, the Update describes changes made to the "Source Model" concerning escape terrain and winter habitat models that adjusted predicted habitat by 2% and 18%, respectively. These changes need a more thorough description and justification to allow the reader to understand improvements made to the model. Other changes such as increasing the minimum mapping size should also be explained more explicitly, rather than stating that they did a "better job of habitat mapping" (p. 4). (Update to DSEIS Ltr# 20089)

**Concern Statement 570.77**

*The Forest Service should consider the close proximity bighorn sheep have to domestic sheep in the fall along the Main Salmon River Canyon and examine the risk of contact and potential for disease transmission in the Habitat Model section of the Update to the DSEIS.*

**Response to Concern 570.77**

The SEIS analysis does assess the effects of several alternatives relative to the potential for contact and probabilities for disease transmission between domestic sheep and bighorn sheep. The proximity of bighorn sheep core herd home ranges and the likelihood of bighorn sheep forays into domestic sheep allotments are key analysis processes in the document.

It is not clear from the comment which particular domestic sheep are being referenced and which months are included in "fall". However, as explained in the document, summer foray movements occur between May and October when domestic sheep are out on active allotments. Therefore, the disease model assesses the probability of contact with domestic sheep on all allotments of the Payette National Forest between May and October. The cumulative effects analyses also include the risk of contact with domestic sheep on private lands and allotments falling outside of the Payette National Forest. Therefore, the cumulative effects analyses assess the risk of contact with all known domestic sheep along the Main Salmon River Canyon.

BLM_0049297

### Sample Public Comment for 570.77

TWS, HCPC, and ICL agree with the Forest Service that the bighorn sheep Source Habitat Model is an improvement over the Geographic Population Range developed earlier analyses. The Source Habitat model better demonstrates the connectivity of individual bighorn herds and the larger meta-population. The connectivity also demonstrates the need to protect the entire meta-population of bighorns on the Payette from contact with domestic sheep. However, there is concern with the statement that the Update "focused primarily on summer source habitats, as domestic sheep are mostly present on the Payette National Forest and in close proximity to bighorn sheep source habitats during this period" (pg. 3-44). Bighorns are in close proximity to domestics in the fall on the Payette along the Main Salmon River canyon, and the Update should examine the risk of contact and potential for disease transmission from that situation as fully as it has summer source habitats. (Update to DSEIS Ltr# 20088)

### Concern Statement 570.78

*The Forest Service should assess the value of accessible winter habitat and consider winter feeding for the bighorn sheep, rather than focusing on removing the domestic sheep in the Habitat Model section of the Update to the DSEIS.*

### Response to Concern 570.78

The primary concern in this analysis is the potential for contact between domestic and bighorn sheep, and the probabilities of disease transmission between the species that could lead to a disease outbreak in the latter species. Winter source habitats were mapped and are an important part of the total habitat for bighorn sheep on and adjacent to the Payette National Forest. However, wintering habitat is not currently considered a primary factor limiting bighorn sheep populations.

### Sample Public Comment for 570.78

Why did the BHS die this year? It has been warmer than usual. It's been a great winter, lots of snow, good skiing--at least for us humans. However, ask the livestock producers. It has been inordinately wet in the valleys, with lots of mud. The high country had plenty of wet, heavy snow that doesn't blow off to leave uncovered forage. It has rained and froze. The resultant crust is difficult to dig through. It has been windy and wet. Wind chill cause much more energy expenditure. Huge amount of energy is expended to keep wet animals warm. Pregnancy exacerbates the situation. Just how much feed do you think is available if it has to be dug out of the snow? On a dry mountain side? Near escape terrain? In the rocks? Thus, winter feeding would, undoubtedly, be far more useful for improving the health of BHS than removing domestic sheep from Forest allotments. This winter's die-offs are pretty good proof that winter stress is far more dangerous than domestic sheep. (Update to DSEIS Ltr# 20083)

BLM_0049298

**Concern Statement 570.79**

*The Forest Service should use the information found in the Habitat Model section of the Update to the DSEIS in their decision as it is scientifically sound.*

**Response to Concern 570.79**

The Forest Service agrees that the habitat model is scientifically sound and is being used in the final decision.

> *Sample Public Comment for 570.79*
>
> Population Models. The refined models in the Update are scientifically sound. They are based on best available scientific information: telemetry data from bighorn sheep populations utilizing habitat on or adjacent to the Payette National Forest. (Update to DSEIS Ltr# 20094)

**Concern Statement 570.80**

*The Forest Service should reevaluate their methods of analysis that use the GPR model, which relies upon telemetry data to define boundaries and to designate lands as unsuitable for domestic sheep grazing in the Habitat Model section of the Update to the DSEIS.*

**Response to Concern 570.80**

The Payette National Forest is no longer utilizing the GPR as it relates to the Risk Analysis for Disease Transmission Between Bighorn Sheep and Domestic Sheep on the Payette National Forest. The GPR is simply another area on the map designated as not suited for domestic sheep grazing for Alternative 7G. Alternative 7G is one of several alternatives considered for this analysis as providing for a range of effects.

> *Sample Public Comment for 570.80*
>
> The DSEIS states at page 3-80 that - Alternative 7G (Agency Preferred Alternative in DSEIS) In the DSEIS, populations of bighorn sheep were identified using the Geographic Population Range (GPR) model. The GPR was developed in part, utilizing the 2006 Risk Analysis that is no longer in effect for the FSEIS. This Alternative 7G utilizes the GPRs simply as a boundary and designates all land within the Hells Canyon and Salmon River GPRs as unsuitable for domestic sheep grazing. Permitted domestic sheep grazing is allowed within the herd home ranges for bighorn sheep. The risk for contact between the two sheep species is very high. The following allotments are affected by this Alternative: Smith Mountain, Curren Hill, Boulder Creek, Price Valley, Shorts Bar, Hershey-Lava, French Creek, Bear Pete, Marshall Mountain, Vance Creek, Little French Creek, Josephine, Victor-Loon, Twenty Mile, Fall/Brush Creek, North Fork Lick Creek, and Lake Fork. This alternative leaves no trailing routes open within the GPRs. The remaining allotments have no change to suitable acres for domestic sheep grazing. Bold emphasis supplied (as to the domestic sheep allotments on the western side of the Payette National Forest or otherwise in what the DSEIS designates at the Hells Canyon GPR). What is apparent from the foregoing statement is that the USFS relies upon a GPR model, which from other text in the DSEIS relies upon telemetry data to define boundaries and to designate "all lands within the Hells Canyon and Salmon River GPRs as unsuitable for

*A-168*

BLM_0049299

domestic sheep grazing." See Exhibit "C" (which is a Map of the Payette National Forest, divided by the Hells Canyon GPR on the westside and the Salmon River GPR on the eastside). This modeling is flawed for the reasons stated in (1) above, as well as for the reasons stated in the comments below. While the DSEIS and DA purport to be issued to update "work ... with population and disease modeling" (as stated in the Forest Supervisor's letter dated January 25, 2010), the DSEIS and DA continue to ignore that any such modeling is flawed with the given reality that bighorn sheep do not exist on the domestic sheep grazing allotments on the western side of the Payette National Forest. The USFS's own mapping and other data confirms this reality. See Exhibit "D", which are Maps from 2004-2009, disclosing no bighorn sheep on the western side of the Payette National Forest. The point being that any model, however valid or invalid, assumes that the species-in-question exists on the westside of the Payette National Forest. Here, the species-inquestion do not exist on the westside of the Payette National Forest. The Ninth Circuit recently stated in Native Ecosystems Council v. Tidwell, 06-35890, at page 3720 (http://www.ca9.uscourts.gov/datastore/opinions/2010/03/09/06-35890.pdf ) that - "We do not share our dissenting colleague's perception that the Forest Service can meet its obligations to the environment by naming a virtually non-existent species to serve as a proxy for critical habitat in the targeted area. Far from usurping the agency's role, our opinion holds the agency to its statutory responsibility to fully study the effects of the planned agency action, and "to maintain viable populations of existing . . . species." 36 C.F.R. § 219.19 (emphasis added). It is unfathomable how the Forest Service could meet its responsibility to maintain existing species by selecting as a proxy a species that is virtually non-existent in the targeted area. A "report of two sage grouse being taken illegally from the project area [of 48,000 acres] in 2002," see Dissenting Opinion, p. 3730, just doesn't cut it. What is compelling about this statement by the Ninth Circuit in Native Ecosystems Council v. Tidwell is the reality that the present situation is even more "unfathomable". Here, the USFS does not attempt to use a "proxy of a species that is virtually non-existent in the targeted area", but attempts to maintain the viability of a species that has been "virtually non-existent in the targeted area" since 2004. This effort is not permitted by the law. The DSEIS and DA cloaks itself in a determination that domestic sheep is "unsuitable for domestic sheep grazing" within Shirts allotments (both on the westside and eastside). However, this is really a determination "to devote the lands covered by (Shirts') permit(s) ... to another public purpose", namely, bighorn sheep. 43 U.S.C. 1752(g). To accomplish such an objective, the USFS is required to provide the permittees, like Shirts, "reasonable compensation for the adjusted value ... of his interest in authorized permanent range improvements ... on lands covered by such permit." 43 U.S.C. 1752(g). Here, the USFS continue to refuse to commit to this legal obligation and to propose to pay such compensation, all in violation of the law. (Update to DSEIS Ltr# 20075)

**Concern Statement 570.81**

*The Forest Service should include information regarding the effect global climate change and fire management has on source habitat on the Payette National Forest, in the Habitat Model section of the Update to the DSEIS.*

**Response to Concern 570.81**

A section is added to the SEIS in Chapter 3 that discusses the implications of climate change on bighorn sheep and their habitats on the Payette National Forest.

BLM_0049300

### Sample Public Comment for 570.81

Comment #25, pgs. 4, 2-3, 3-8 - 3-13, 3-19, 3-24: The PNF must obtain additional information and include it in the DSEIS. The DSEIS discusses source habitats for bighorn sheep. DSEIS at 3-12 through 3-13. How is global climate change affecting source habitats on the PNF? The PNF should discuss the impacts on global climate change on source habitats. Also, the DSEIS states that post-fire habitats can benefit bighorn sheep. Id. How is the PNF's fire management affecting bighorns? The PNF should discuss the impacts of its fire management on source habitats. (Update to DSEIS Ltr# 20070)

---

**Concern Statement 570.82**

*The Forest Service should disclose the procedures for changes to grazing allotments if monitoring indicates bighorn sheep are expanding their home ranges, in the Habitat Model section of the Update to the DSEIS.*

**Response to Concern 570.82**

A permit "modification" is the revision of one or more grazing permit terms and conditions made in accordance with 36 CFR 222.4(a)(7) or (a)(8). The authorized officer should discuss proposals to modify a term grazing permit with a permittee prior to implementation Under 36 CFR 222.4(a)(7). The authorized officer may modify the permit immediately if the purpose of the modification is to bring the livestock grazing activity into conformance with current situations brought about by changes in law, regulation, executive order, forest or grassland plan, allotment management plan, or other management needs. Where the modification is the result of concerns about the condition of rangeland resources, 36 CFR 222.4(a)(8) requires the authorized officer to provide the permittee with advance notice one year prior to implementing the modification. However, this one year advance notice requirement can be waived in "emergency" situations.

As rangelands are classified as unsuitable for domestic sheep grazing, bighorn sheep may begin utilizing the vacated acreage suitable for their habitat without the immediate risk of contact. As the bighorn populations increase because their vulnerability to disease transmission is reduced, they may enter into new source habitats they have not recently utilized that are occupied by domestic sheep. As suitable bighorn sheep summer source habitat availability increases and populations grow, bighorn sheep are expected to roam or foray more and may come into contact with domestic sheep on lands outside the Payette National Forest.

The Forest Service will continue monitoring (refer to the Monitoring Plan in the Appendix) the domestic sheep allotments for bighorn sheep presence and continue providing separation between the two species.

### Sample Public Comment for 570.82

Habitat Expansion. What if monitoring indicates bighorns are expanding their home ranges? What procedures are in place to make rapid changes in domestic sheep grazing and to perhaps change grazing allotment boundaries? I would very much like to see a discussion on this, in the final EIS. (Update to DSEIS Ltr# 2061)

BLM_0049301

**Concern Statement 570.83**

*The Forest Service should consider and include geographic considerations that provide habitat connectivity, while maintaining spatial separation from domestic sheep grazing, in the Habitat Model section of the Update to the DSEIS.*

**Response to Concern 570.83**

The connectivity of the habitat and the bighorn sheep herds has been accounted for in the disease model in the analysis for the final. The inter connectivity of the bighorn sheep herds was one of the inputs into the disease model to determine the probability of the bighorn sheep herds' persistence.

See responses to comments 570.58, 570.71, and 570.74. Bighorn sheep are highly mobile animals that are capable of long-distance movements across severe topographical terrain and capable of pioneering these habitats as populations expand. The source habitat model displays the extent and suitability bighorn sheep habitats on the Payette National Forest. Similarly, telemetry data were used to assess the likelihood of bighorn sheep movements across these landscapes. This analysis is coupled with the location of current domestic sheep allotments. Alternatives were developed to reflect potential management options using this information. The goal of these alternatives is to explore possibilities to minimize interspecies contact relative to domestic sheep grazing allotments. Due to agency mandates and responsibilities, the Forest Service only has the purview of managing domestic sheep grazing; not manipulating bighorn sheep populations.

*Sample Public Comment for 570.83*

Habitat Connectivity-This DSEIS should include geographic/landscape considerations that provide connectivity of bighorn habitats. This connectivity of habitats should be spatially separated from and thus uninfluenced by risks associated with domestic sheep grazing. Managed as one unit the Oregon and Idaho portions of the HCNRA provide habitat connectivity to the Salmon River and Frank Church Wilderness populations of bighorn. Bighorn are known to cross the Snake River and this natural migration will likely infect the Oregon population through cross contamination either between bighorn sub-groups or by new contact with the domestic sheep that currently graze the Idaho side of the canyon. This fact alone is alarming when you recognize that taxpayer dollars have been used numerous times (to no avail) as repeated bacterial infections are spread to several bighorn bands along differing locations across a wide geographic area. (Update to DSEIS Ltr# 20036)

BLM_0049302

**Concern Statement 570.84**

*The Forest Service should not consider private lands within and adjacent to the Payette National Forest that support domestic sheep or cattle as source habitat or home range in the Habitat Model section of the Update to the DSEIS. These lands should be evaluated and developed under a different category for the potential as suitable range for bighorn sheep. If a separation policy has been established, then source habitat should be reconsidered.*

**Response to Concern 570.84**

The Forest Service is required to look at all of the lands around the Payette National Forest to assess how they might affect the resource. The cumulative effects analysis looks at how domestic sheep presence on private, State of Idaho, BLM, and other National Forests effect bighorn sheep populations.

*Sample Public Comment for 570.84*

In identifying the bighorn sheep as a sensitive species the Regional Forester has created an issue that is separate yet linked to the evaluation of viability of bighorn sheep in the Hells Canyon National Recreation Area (HCNRA). The issue of habitat becomes different issues while the potential for disease linkage are actually common. Your assessment defends the approach that the common problem in the HCNRA, as well as the other Forest areas, is that domestic sheep are principle link for an epizootic disease, pneumonia casing pathogen that is passed along to the bighorn sheep which when contacted would result in bighorn sheep die-off risks to that species. Your modeling effort, in a variety of ways tries to verify and assess habitat and home range based on that. It appears appropriate based on the information you use for your model to assume that Idaho's bighorn sheep in some situations within the Payette National Forest (PNF) boundary a portion of the HCNRA has a high allowed potential for interaction or potential disease exposure. That comes from exposure the U.S. Forest Service. As a manager of the National Forest land, only has limited capability to control. And since the bighorn itself, managed by the State as part of its sovereign responsibility for wildlife management, is uncontrolled each has a limited capability on the HCNRA. Interior to the decreed National Forest boundary, however, are numerous large and small tracts of private lands. Those landowners have the capability to utilize the lands in variety of ways for variety of purposes, including the grazing of domestic sheep. These lands because they are not administratively controlled as to their use, as the National Forest and HCNRA are through plans formulated by rules and laws, can strongly influence where suitable or source habitat can or should be defined for bighorn sheep if disease transmission and your thesis of viability is a concern. While the PNF is surrounded to East, West, and North by adjacent National Forests in other administrative Forest Service Regions. it is unclear if those Regional Foresters have declared bighorn sheep a sensitive species. The concern for source habitat that could influence the bighorn sheep is not clear. also. It is clear that private land inholdings, without some kind of easement of other legal constraint can be used by domestic sheep. Using other maps, not available with the document, it is clear that these potential non-source habitats should influence the home range displays of the bighorn sheep the Forest Service identifies, especially if viability is a measure. Several examples of farm flocks, or large sheep ranches are within or directly adjacent to the PNF and within identified home range and inferred source habitat for bighorn sheep. In other cases the land is managed for cattle which the bighorn sheep

BLM_0049303

avoid (OSEISpg.3-13). For the above stated reasons I believe you really have to evaluate habitat for bighorn sheep and its suitability and capability in two ways. As your document defines source habitat it may or may not have bighorn sheep populations, but the source environment must have all the elements to support persistent populations by maintaining viability. Private lands within and adjacent to the PNF that support domestic sheep or cattle should not be identified as source habitat or home range and should be evaluated and developed under a different category for the potential as suitable range for bighorn sheep. If the agency has a policy of some sort assuring bighorn sheep separation then source habitat could be reconsidered. (Update to DSEIS Ltr# 20031)

---

**Concern Statement 570.85**

*The Forest Service should select an alternative that maintains viable bighorn sheep habitat to maintain or improve the sensitive species listing so as to not have the species listed as threatened or endangered.*

**Response to Concern 570.85**

The Payette National Forest has developed and analyzed several alternatives. Four of the alternatives provide for some level of viability and two of the alternatives provide for some level of restoration.

> *Sample Public Comment for 570.85*
>
> The second opportunity that SWC sees is for a petition to be sent to the US Fish and Wildlife Service seeking that the Bighorn sheep be designated as a threatened or endangered species. The relevant information has been made readily available over the past few years to us and it could be presented by SWC to the FWS. The inclusion of environmental justice concerns would assure that these issues are well represented, regardless of opposition by many significant organizations in a variety of consensus groups that deal with the various kinds of sheep. The classification of the bighorn sheep as a "sensitive species" is heartening and the commitment by the USFS to maintain viable habitat is very valuable. However, it remains unclear whether the bighorns in the region of interest for SWC will be included in this classification. SWC will continue to monitor the outcome of bighorn sheep to decide if declining numbers warrant sending a petition to the FWS, recognizing the significant backlog of work on the FWS. (Update to DSEIS Ltr# 20112)

---

**Concern Statement 570.86**

*The Forest Service should reassess their determinations for Alternatives 7M and 7P in the Sensitive Species section of the Update to the DSEIS because the probability of the trend toward Federal listing and loss of bighorn sheep viability is a high risk.*

**Response to Concern 570.86**

Effects of the alternatives are discussed in the Environmental Consequences section of Alternative 3. There were minor changes in bighorn sheep life history requisites that had minor effects on the outcome of the disease model. The source habitat and contact

BLM_0049304

models remain unchanged. The overall analysis uses the outcomes of all three models to assess alternative implications on bighorn sheep habitats and the likelihood of bighorn sheep population persistence.

### Sample Public Comment for 570.86

Bighorn sheep are listed as a Sensitive Species within Region 4 of the U.S. Forest Service. As such, each action alternative is evaluated whether implementation would contribute to a trend towards federal listing or loss of viability. This evaluation appears to be inconsistent in the UDSEIS. The PNF determined alternatives N and 0, considered to have similar influences on bighorn sheep viability and similar risks of contact (0.13 and 0.09 respectively), would not contribute to sensitive species concerns. The UDSEIS states "these alternatives may impact individuals or habitat, but will not likely contribute to a trend towards federal listing or loss of viability to the population or species" (UDSEIS, page 2-13). Likewise, the PNF determined alternatives M and P had similar influences on bighorn sheep viability, similar levels of risk of contact (0.28 and 0.21 respectively), and also would not contribute to sensitive species concerns. The Tribe finds the PNF determination that these two alternatives would not impact sensitive species status of bighorn sheep inconsistent with results of presented analysis. Alternatives M and P leave substantial and unacceptable amounts of risk on the landscape (double that of alternatives N and 0) and the analysis indicated under implementation of these alternatives the Little Salmon, Main Salmon South, Fork and Upper Hells Canyon herds my not persist. Referring to these two alternatives the UDSEIS states "The disease model suggests that the Little Salmon, Main Salmon South Fork and Upper Hells Canyon may not persist under these alternatives" (UDSEIS, page 2-13). And yet the UDSEIS, on page 3-13 refers to alternatives M and P as the "middle ground alternatives". The Tribe suggests the PNF reassess their determinations for alternatives M and P as the analysis in the UDSEIS indicates these alternatives would likely contribute to a trend towards federal listing and loss of bighorn sheep viability on the PNF. (Update to DSEIS Ltr# 20072)

---

**Concern Statement 570.87**

*The Forest Service should consider the Sensitive Species designation of bighorn sheep in its decision making process.*

**Response to Concern 570.87**

Sensitive species designation and the requirements associated with such designation are considered during the decision making process for this effort.

### Sample Public Comment for 570.87

Sensitive Species designation. This is an excellent addition, not only to the document, but to R4 Forests as well. It gives the Forest Service much stronger decisional muscle when making hard choices between resource uses. It also puts the Forest Service on record as recognizing that the viability of bighorn herds is threatened; that bighorn numbers are down; and one of the greatest threats to bighorns is disease transmission from domestic sheep and goats. (Update to DSEIS Ltr# 20061)

BLM_0049305

**Concern Statement 570.88**

*The Forest Service should disclose the criteria that will be used to remove bighorn sheep as a sensitive species and what would cause domestic sheep removal from allotments when bighorn sheep are sighted in the Sensitive Species section of the Update to the DSEIS.*

**Response to Concern 570.88**

The process for listing and delisting species from the sensitive species list are found in FSM 2670. Criteria for listing bighorn sheep as a sensitive species are disclosed in a letter from the Regional Forester to the Forest Supervisors in the Intermountain Region (7/29/2009). It is logical to assume that if these criteria change, the species' status would be reevaluated. However, the primary reason for the SEIS is in response to the Chief's remand of the Forest Plan for the Payette National Forest in 2005. The Chief cited concern over the Payette National Forest providing for habitat that would support viable populations of bighorn sheep, primarily as a result of disease transmission between domestic sheep and bighorn sheep. This predated the sensitive species listing for bighorn sheep. The concerns over interspecies contact, and disease transmission leading to bighorn sheep disease outbreaks is a significant concern in the literature, and was a proximal factor for listing the species as sensitive in this region.

> *Sample Public Comment for 570.88*
>
> What is inferred but not stated is how the expansion of bighorn sheep into other National Forest and adjacent areas will be handled and what will satisfy the issue of bighorn sheep as a sensitive species and remove it from the listing? I have to conclude that as more monitoring for bighorn sheep occurs and with new bighorn sightings in areas with domestic sheep allotments that the Forest Service will remove domestic sheep from those allotments. That process is unclear as is the criteria that would cause domestic sheep removal. Also unclear is the process for retaining the identity of the existing allotments that have or will potentially have all of the domestic sheep or part of the sheep excluded from use. This is of some concern because of the 90% occupancy of permitted numbers requirement. (Update to DSEIS Ltr# 20031)

**Concern Statement 570.89**

*The Forest Service should reexamine the listing and the authority to do so of bighorn sheep as a sensitive species in the Sensitive Species section of the Update to the DSEIS.*

**Response to Concern 570.89**

See response to Concern 570.88. It is the Regional Forester's responsibility to designate species as sensitive for the specific regions that they oversee (FSM 2670).

BLM_0049306

### Sample Public Comment for 570.89

An area that really raised many questions for me is probably one that you may have had little to do with, the Region 4 listing of bighorn sheep as a sensitive species in 2009. The rationale for such action was supposedly based on population declines from disease. If population levels and the lack of occupancy of suitable historic range are such problems why wasn't the bighorn sheep recognized as a sensitive species in the early 1980's by the Region when Forest Plans were being developed. During that time the historic range of the bighorn especially some sub-species were far less occupied and at lower population levels than they were in 2008 and 2009. Several areas of historic range had bighorns re-introduced beginning in the late 1970's' and it has continued to the present. In Utah alone, at least 5 populations' of Rocky Mountain Bighorn sheep Were re-established, and supplemented with excess bighorns from several states and Canada. The populations have populations of sufficient size to be hunted, unlike the levels of the 1980's. In addition the Hells Canyon population has continued to re-occupy the entire canyon including the portion within Region 4. In the Salmon, Idaho area bighorn sheep populations near Leadore have grown to hunt-able levels from being absent in the early 1980's. In fact I was part of a group that helped survey the extirpated home range. So also have population levels expanded in the Middle Fork of the Salmon River and the Upper Salmon River above Salmon and Challis. In addition California Bighorn Seep levels in parts of Idaho and Utah have expanded. Based on the above it is hard to understand what has changed so much that the bighorn sheep should be listed now as species of Forest Service, Region 4 concern when the same concerns were not apparent with earlier population levels during the planning process and responses to the Endangered Species Act. Even harder too reason is the fact that domestic sheep allotments and numbers on them on the National Forests in Region 4 have plummeted as well as other federal lands. This listing by the Regional Forester hardly passes the smell test for appropriateness; in fact it seems both arbitrary and capricious. (Update to DSEIS Ltr# 20031)

---

**Concern Statement 570.90**

*The Forest Service should correct the misrepresentation of information cited from Cassirer and Sinclair in regards to contact between domestic and bighorn sheep.*

**Response to Concern 570.90**

Reference to the information of concern has been removed from the FSEIS.

BLM_0049307

### Sample Public Comment for 570.90

As the source for much of the bighorn data used, the Department is particularly sensitive to misrepresentation of that information. For example, on page 4 of the Update the statement is made "Hells Canyon Bighorn sheep populations that are disconnected from other bighorn sheep core populations appear to perform better than interconnected populations that have potential contact with bighorn sheep" referencing the Hells Canyon Bighorn Sheep Restoration Plan Cassirer 2004) and "Dynamics of Pneumonia in a bighorn sheep metapopulation" (Cassirer and Sinclair 2007, Journal of Wildlife Management 71:1080-1088). In fact, neither report presents data relating the amount of contact with domestic sheep or connectivity among populations with population performance. What was reported was that in Hells Canyon "the potential exists for all populations (including those that had no pneumonia-caused mortalities) to have contact with domestic sheep or goats" and that "…pathogens might have been transmitted among populations by movements of sheep, especially males. We documented such movements during the study" (Cassirer and Sinclair p. 1086). (Update to DSEIS Ltr# 20089)

---

## Concern Statement 570.91

*The Forest Service should support and clarify, with published data, assumptions made in the Disease Spread Model section of the Update to the DSEIS.*

### Response to Concern 570.91

Chapter 3 and Appendix L of the FSEIS explain the assumptions used in the disease spread model, including reference to published data and statistics.

### Sample Public Comment for 570.91

The Update presents a number of newly developed models for source habitat, forays outside of source habitat, and risk of disease transfer. For the reader to understand and critically evaluate these models, each model and the data on which it is based must be clearly described, as must any changes from data presented earlier. Assumptions underlying the "Disease Model" are unclear and should also be stated explicitly and supported by reference to published data. (Update to DSEIS Ltr# 20089)

---

## Concern Statement 570.92

*The Forest Service should clarify the rationale used for the range and classification of the values used for modeling probability of disease transmission sheep in the Disease Spread Model section of the Update to the DSEIS.*

### Response to Concern 570.92

The range of 0.05–1.00 is the probability of effective contact and subsequent herd die-off given that a bighorn sheep reaches an active allotment. It represents the compound probability that a bighorn sheep that reaches an allotment will 1) come into contact with domestic sheep in the allotment, 2) contract disease from the domestic sheep, 3) make its way back to the core herd home range, and 4) transmit the disease to other members of the herd, setting off a die-off. The probability of disease transmission given contact with a domestic sheep is only one part of this probability.

BLM_0049308

The UDSEIS was confusing on this point, giving some readers the false impression that the model employed two ranges of probabilities: a probability of contact with domestic sheep given co-habitation on an allotment and a probability of disease transmission given contact. As described above and in the FSEIS, only one range of probability is used, which incorporates the probability of contact given co-habitation and the probability of disease transmission given contact (as well as two other steps necessary for an outbreak to occur).

### *Sample Public Comment for 570.92*

Disease Transmission Rate Estimates - Values used for modeling probability of disease transmission given contact can significant influence model outcomes. The Tribe questions the rationale for the range and classification scheme used for values of this parameter as the rationale was not clearly presented in the UDSEIS. Both the range (0.05-1.00)'and classification (low = 0.05, moderate = 0.25, and high = 1.00) (UDSEIS, page 2-12) appear to 10 imply extremely low disease transmission rates. We understand the uncertainty surrounding this parameter, but wonder why the disease model did not use the same approach as the foray model when addressing similar uncertainty surrounding the risk of contact given presence of a bighorn sheep within an active allotment (range 0.25-1.00). If no data existed for estimating this parameter or for suggesting its propensity one way or the other, it would seem appropriate to use a non-skewed classification scheme such as 0.25, 0.50, 0.75, etc... The skewed classification scheme used in the disease model suggests there is some rationale for inferring low disease transmission rates however the UDSEIS does not provide a rationale for this inference. Although the UDSEIS does not include references to studies of disease transmission rates from domestic to bighorn sheep in the wild, it does mention penned experiments from which transmission rates can be calculated. Base on penned experiments it appears disease transmission rates given contact can be quite high. Elsewhere in the UDSEIS, the PNF infers, based on the scientific literature, that disease transmission rates are more than likely higher rather than lower supporting results of penned experiments. The PNF states "A principle assumption from the published literature is that direct contact between domestic sheep and bighorn sheep results in a high likelihood of disease transmission to bighorn sheep and disease outbreaks in local bighorn herds" (UDSEIS, page 3-7); and " ... field observations suggest that bighorn sheep have a high probability of contracting fatal pneumonia following contact with domestic sheep, which has led to numerous independent experiments. The results of these experiments provided strong corroboration that bighorn sheep have a high probability of contracting fatal pneumonia following contact with domestic sheep" (UDSEIS, page 3-11). The Tribe suggests available data indicates disease transmission rates should be skewed higher rather than lower. Using a rate of0.05 is contrary to available information on this subject and falsely implies disease transmission is not a significant management issue for bighorn sheep. Skewing disease transmission rates downward also appears inconsistent with the available data presented in the UDSEIS. The Tribe suggests if available data were insufficient to venture inferences regarding the true probability of disease transmission given contact, an appropriate classification would be 0.25, 0.50, and 0.75 as low, medium, and high respectively. On the other hand, if available data suggesting a high likelihood of disease transmission were deemed sufficient to make reasonable inferences, as the PNF has suggested in the UDSEIS, a skewed classification favoring higher probabilities of transmission such as 0.5, 0.75, and 1.00 for low, medium, and high transmission rates respectively would be appropriate. (Update to DSEIS Ltr# 20072)

*A-178*

BLM_0049309

**Concern Statement 570.93**

*The Forest Service should consider that with an increased population of bighorn sheep that have a weaker immunity for the disease, and the potential of increased contacts within bighorn sheep populations, there is a serious threat for population survival, in the Disease Spread Model section of the Update to the DSEIS.*

**Response to Concern 570.93**

The Forest Service recognizes that contact with domestic sheep is not the only factor that might lead to disease in bighorn sheep populations. It is possible that disease-causing organisms may be endemic to some bighorn sheep populations or that the organisms may be transmitted to bighorn sheep by species other than domestic sheep. Likewise, the bighorn sheep's resistance to disease may decrease due to a larger population size. To the extent that such factors play a role in disease, the factors are sources of risk in addition to, and not instead of, the risk posed by contact with domestic sheep, which is the focus of this analysis.

The disease model does produce in an increased risk of disease as population size grows due to the greater probability that at least one animal will make a foray that results in contact, disease transmission, and a die-off event. In addition, some density dependence of population growth that is attributable to any number of factors is incorporated in the model, with the growth rate slowing as populations approach their Interim Herd Level.

*Sample Public Comment for 570.93*

Comment #37, pgs. 3-31 through 3-73: The DSEIS does not address the issue of decreased population immunity. The alternatives analysis in the DSEIS does not discuss the potential for immunity in bighorn sheep populations to decrease with reduced or eliminated contact with domestic sheep (like in alternative 7E). How important is this issue? More research is needed to assess the viability of the population of bighorns with reduced immunity (in case of eliminated contact with domestic sheep) and occasional exposure to potential carriers of the disease. It needs to consider whether a potentially increased population of bighorn sheep, with weaker immunity for the disease and accompanying increased contacts within bighorn sheep populations (as well as wild goats, llamas and other wildlife), presents a serious threat for population survival. Empirical investigation is needed to see how likely is the possibility that an increased population could collapse because of possible exposure to the disease and increased susceptibility as a result of reduced immunity. (Update to DSEIS Ltr# 20070)

BLM_0049310

**Concern Statement 570.94**

*The Forest Service should include the findings of the Council for Aguracultual Science and Technology (CAST) Report and discuss the development and implementation of methods that decrease the occurrence or severity of pneumonia ond pasteurellosis in domestic or bighorn sheep, including the development and use of vaccines, immunostimulants, or long-acting therapeutic agents, in the Disease Spread Model section of the Update to the DSEIS.*

**Response to Concern 570.94**

In this analysis, the Payette National Forest is attempting to assess the risks to bighorn sheep population persistence posed by alternatives that differ in the amount and distribution of grazing by domestic sheep that they permit. The current risk of disease transmission is not affected by the possible future development of "vaccines, immunostimulants, or long-acting therapeutic agents" that is recommended by the CAST report. Even if such agents were available, it is not clear whether their administration to wild populations of bighorn sheep living in country as inaccessible as the Payette National Forest would be either feasible or desirable.

Nonetheless, the Payette National Forest is not the agency responsible for management of bighorn sheep populations. That responsibility belongs to state wildlife agencies Idaho Department of Fish & Game and Oregon Department of Fish & Wildlife, the states in which bighorn sheep herds overlap the Payette National Forest.

BLM_0049311

### Sample Public Comment for 570.94

Comment #32, pgs. 3-8 through 3-11: The PNF should include the findings of the CAST Report in the DSEIS, and discuss developing methods that decrease the occurrence or severity of pneumonia and pasteurellosis in either domestic or wild sheep, including the development and use of vaccines, immunostimulants, or long-acting therapeutic agents. The DSEIS fails to discuss and analyze scientific findings indicating that pasteurellosis epidemics in bighorn sheep are not caused solely by disease transmission from domestic sheep to bighorns. See Council for Agricultural Science and Technology (CAST), Pasteurellosis Transmission Risks between Domestic and Wild Sheep ("CAST Report"), CAST Commentary QT2008-1 (2008). Not all pasteurellosis epidemics in bighorn sheep can be attributed to contact with domestic sheep. CAST at 5. The CAST Report found that "[p]asteurellaceae have been isolated from both healthy and pneumonic wild sheep" and that "both endemic and introduced pathogens are believed to contribute to contemporary pasteurellosis epidemics in bighorn sheep." CAST Report at 3 (citations omitted).

As the CAST Report states, "[b]ecause some potentially pathogenic Pasteurellaceae and other pathogens are endemic in some wild sheep populations, wildlife managers should examine the implications of interactions between different herds of wild sheep. In doing so, the benefits of outbreeding and genetic diversity must be weighed against the increased risk of disease transmission." CAST Report at 5. The Final SEIS should examine the implications of interactions between different herds of wild sheep. This examination should weigh the benefits of outbreeding and genetic diversity against the increased risk of disease transmission. The CAST Report concludes that "[f]urther work is needed to understand better the magnitude of potential risk to wild sheep arising from interactions with domestic goats, cattle, and other wild ruminant species, as well as potential influences of seasonal and environmental factors on these risks." CAST Report at 4. The DSEIS does not analyze the magnitude of potential risk to wild sheep arising from interactions with domestic goats, cattle, and other wild ruminant species, as well as potential influences of seasonal and environmental factors on these risks. Until risks from these interactions are studied and analyzed, there is no guarantee or proven basis that the proposed alternative, or any alternative in the DSEIS, will be effective to enhance the viability of bighorns on the PNF. The Final SEIS must examine these risks and the potential influences on these risks. Rather than eliminating grazing of domestic sheep entirely, which may not solve the problems of disease transmission or enhance the viability of bighorns on the PNF, the CAST Report argues that "[d]eveloping methods that decrease the occurrence or severity of pneumonia and pasteurellosis in either domestic or wild sheep, including the development and use of vaccines, immunostimulants, or long-acting therapeutic agents, might lead to advances in managing all impacted species." CAST Report at 7. The Final SEIS should evaluate the implementation of such methods to help decrease risks posed by interspecies interactions, or to decrease wild sheep susceptibility to pathogens. (Update to DSEIS Ltr# 20070)

BLM_0049312

**Concern Statement 570.95**

*The Forest Service should analyze the possible use of selenium to boost the immune system of bighorn sheep on the Payette National Forest, in the Disease Spread Model section of the Update to the DSEIS.*

**Response to Concern 570.95**

Although an important aspect, research of the bighorn sheep immune system is beyond the scope of this analysis and is not covered in this effort. Bighorn sheep die-offs due to respiratory disease (many of which have been attributed to contact with domestic animals) have been observed in herds throughout western North America, including in many areas where potential selenium deficiency is not an issue. As explained in the disease review sections of the document, the existence of other factors that may contribute to respiratory disease does not excuse the Payette National Forest from addressing the risk of transmission from domestic sheep.

*Sample Public Comment for 570.95*

Comment #31, pgs. 3-8 through 3-11: Prudent long-term health management dictates that population immunity be the primary tool to promote the viability of bighorn sheep on the PNF. The Final SEIS must analyze and discuss the possible use of selenium on the PNF and its incorporation into the alternatives presented in the DSEIS. Over 50 years ago, it was practically impossible to raise livestock profitably in many parts of Oregon. The problem was called "white muscle disease" and it affected heart and skeletal (leg and back) muscles of young calves and lambs. Losses as high as 80 percent of an annual calf crop were noted on some ranches and this forced some ranchers out of business. The name "white muscle disease" comes from the characteristic, bleached out color of the affected muscles which is related to two causes: (1) the muscles become inactive and their content of myoglobin, the red pigment in normal muscle is reduced, and (2) calcium salts, which are white, are deposited in the damaged muscle. In 1958, a team of scientists at Oregon State University was able to pinpoint the cause of the trouble. The remedy, when it was discovered, was simple. Since the problem was caused by a deficiency of selenium, it could be prevented or cured by supplemental administration of the trace mineral. White Muscle disease occurs wherever there are volcanic soils. In the heat of volcanic eruption the selenium became a gas and drifted away, leaving the soil residue deficient. Most of the Cascade Mountains and the surrounding soils are known to be of volcanic origin. Since that time, research and Extension faculty at Oregon State University, most notably, Dr. James Oldfield, Wayne Mosher and Dr. Guy Reynolds found that addition of selenium to the diets of livestock reduced the incidences of infertility, retained placenta and weak calves and lambs at birth. Since 1996, Gene Pirelli, OSU Extension/Department of Animal Sciences, has been fortunate to work with Oldfield, Mosher and other University faculty in pursuing other methods of administering selenium to livestock. A promising and proven method is the addition of selenium to fertilizer and applied to pastures and hayfields. The advantage of this method is that the selenium is converted to an organic form in the plant. When the plant is consumed by livestock, the organic form leads to a much higher level of selenium in the blood and muscle. A recent year long trial on domestic sheep shows that supranutrional levels of selenium in pasture forage results in much higher blood levels as compared to the inorganic form of selenium used in salt-mineral mixes. This level is sustained in the blood for longer periods even when the domestic sheep were exposed to the high

*A-182*

BLM_0049313

selenium forage for only 40 days. It has been long theorized by OSU faculty that these higher sustained levels are necessary to reduce the incidences of disease and infertility in livestock. There are many livestock producers who have turned to selenium fertilization to increase the level of selenium in livestock diets. Random blood tests from sheep and cattle on these ranches showed that the level of selenium in the animal was not adequate prior to the use of selenium enriched fertilizer, especially when selenium-containing blocks were used as the sole source of the mineral. Work with domestic sheep shows that they benefit from selenium supplementation in many areas of the western United States. Most of the domestic sheep in Oregon and Washington and Northern California are given selenium supplements because it has been well demonstrated that they benefit from it from a reduction in death losses and better health and reproduction. Many growers of feeder lambs in the Willamette Valley appear to stop most losses from "summer pneumonia" when the lambs are out on pasture that has been fertilized with Selcote, a product developed in New Zealand for applying selenium to pastures. Dr. Don Hansen, Oregon State Veterinarian, did a study looking at summer pneumonia in lambs and found that the lambs suffering from the pneumonia were all selenium deficient. Comments by ranchers indicate that calf and lamb vigor is increased, there is reduced infertility, and lamb and calf death losses are decreased after the use of selenium-enriched fertilizer on pastures and hay fields. Although there is no doubt as to the existence of population limiting disease in bighorn sheep, the complete array of factors and their relationships are not defined. Established epidemiology shows that population limiting disease occurs in bighorn sheep populations in the absence of contact with other animals. These data indicate that infectious agents and other contributing factors involved in the disease process are present within bighorns populations. It appears that most bighorn sheep are getting pneumonia from other bighorns because most of the herds have outbreaks of pneumonia yet are not in contact with domestic sheep. This indicates that the major problem is the lack of a good immune system in the bighorns. As discussed below there are inherent risks in deciding to focus on attempting to isolate populations from all perceived transmission risks (when complete isolation is not possible), instead the focus should be on managing population immunity. The critical component of managing infectious diseases in populations is immunity. A decision to attempt to immunologically isolate a given population from contact with potential sources of infection assumes the capacity to maintain total isolation. The United States practices this form of management with diseases such as foot and mouth disease, a highly contagious viral infection of cattle, sheep and swine. Critical to this policy is the ability to identify countries which have endemic infection and restrict the entry into the United States of sources of virus from these countries. The primary component of this management scheme is assuring that no sources of infection exist within the United States. The risks associated with this management scheme are that the entire United States cattle, sheep and swine populations are immunologically naïve and susceptible to infection and the enormous economic losses associated with entrance of the virus to United States animal populations. The wisdom of this management scheme (maintaining immunological naivety) in animal populations within the United States, when sources of infection are present in nature, is highly questionable. Two methods which provide population immunity are vaccination and/or exposure of populations through natural exposure (transmission). This latter situation is also referred to as premonition (resistance to a disease due to the existence of its causative agent in a state of physiological equilibrium in the host and/or by immunity to a particular infection due to previous presence of the causative agent). The primary risk associated with incomplete immunologic isolation of an animal population is cycles of disease when isolation is broken as opposed to a continuum of managed population immunity through vaccines and/or natural exposure and premonition. When multiple

BLM_0049314

sources of a given pathogen or group of pathogens exist, the prudent long-term health management dictates that population immunity be the primary tool. As an example of population immunity being the most effective management tool, the Lostine River herd of bighorns experienced a die-off in the 1980s, but is now considered the most viable herd in the Hell's Canyon area due to successful population immunity. Since bighorn sheep are infecting each other, building up their immune systems could have a beneficial effect on survival from many forms of disease. If the bighorns are low in selenium then selenium supplementation also could have a very beneficial effect preventing nutritional diseases as well. There are great chances that selenium could benefit bighorns on the PNF. The Final SEIS must analyze and discuss the possible use of selenium on the PNF and its incorporation into the alternatives presented in the DSEIS. (Update to DSEIS Ltr# 20070)

---

**Concern Statement 570.96**

*The Forest Service should analyze the possibility that diseases may be carried by bighorn sheep endemically, in the Disease Spread Model section of the Update to the DSEIS.*

**Response to Concern 570.96**

The disease review sections of the document acknowledge that many factors other than contact with domestic sheep may cause or contribute to disease in bighorn sheep populations. The disease model is necessarily a simplification of reality and is designed to analyze the risk of extirpation posed by contact with domestic sheep. Many factors that impact bighorn sheep populations (e.g., weather, predation, and endemic diseases) were left out of the model. The rational for keeping the model simple was twofold. First, insufficient information is available to accurately model the population effects of most factors. Second, the goal of the model was to assess the role of contact with domestic sheep, which is a risk factor that Forest Service management decisions do have an important impact.

> *Sample Public Comment for 570.96*
>
> Comment #25, pgs. 4, 2-3, 3-8 - 3-13, 3-19, 3-24: The PNF must obtain additional information and include it in the DSEIS. The DSEIS does not contain any discussion that diseases may be carried by the bighorn sheep endemically. This Final SEIS must analyze this factor and its impact on the viability of bighorns and the effectiveness of the PNF's alternatives. (Update to DSEIS Ltr# 20070)

BLM_0049315

**Concern Statement 570.97**

*The Forest Service should evaluate immunity to disease and the use of vaccinations for bighorn sheep, utilizing information from bighorn sheep that have recovered from the disease, as a solution to viability in the Disease Spread Model section of the Update to the DSEIS.*

**Response to Concern 570.97**

There is no published evidence of bighorn sheep populations that are immune to disease, and researchers do not know how to confer immunity to bighorn sheep.

If bighorn sheep populations recover, it is true that they will likely colonize new areas and their risk of contact with some previously distant domestic sheep may increase. However, a larger and more robust metapopulation is more likely to be viable in the long term. Even if its annual risk of a die-off is higher, a larger metapopulation is also more likely to be able to sustain a die-off without being extirpated.

The likely impacts of domestic sheep on private, State, and other Federal lands adjacent to the Payette National Forest are addressed in the Cumulative Effects analyses of the FSEIS. Even though domestic sheep off of the Forest may pose a threat to bighorn sheep on the Forest, the Payette National Forest is required by law to separately analyze the effects of management actions that take place on the Forest.

Although an important aspect, research of the bighorn sheep immune system and the use of vaccines are beyond the scope of this analysis and are not covered in this effort. The disease review sections of the document acknowledge that many factors other than contact with domestic sheep may cause or contribute to disease in bighorn sheep populations. The possibility that various stressors may increase susceptibility to disease is explicitly discussed. However, the existence of other factors that may contribute to respiratory disease (over many of which the Forest has no control) does not excuse the Payette National Forest from addressing the risk of transmission from domestic sheep, over which it does have some control and which is the focus of this analysis.

BLM_0049316

### Sample Public Comment for 570.97

Comment #39, pgs. 3-73, 3-83: The DSEIS is short-sighted and fails to consider the future viability of populations of bighorn sheep. The DSEIS explains that "future movement of bighorn sheep can change during population growth or exploration by rams seeking mates." DSEIS at 3-73. Further the DSEIS states: "[a]s the bighorn populations increase because their vulnerability to disease transmission is reduced, they may enter into new areas they have not recently utilized, which are occupied by domestic sheep. As the availability of bighorn sheep-suitable habitat increases, and their populations increase, they are expected to roam or foray more and may come into contact with domestic sheep on other lands outside the Payette Forest." DSEIS at 3-83. These statements indicate that even if the PNF's elimination of grazing on the Forest is successful in recovering bighorn sheep populations, it will only increase the risk of contact with domestic sheep, thereby jeopardizing whatever recovery may have been achieved. The PNF even admits that its plans are short-term and do not account for any risk posed by domestic sheep grazing on private, State or other federal lands located within or adjacent to the PNF. DSEIS at 3-83. How can the PNF decide on an alternative that, even if successful in the short-term, is likely to fail in the long term at recovering bighorn sheep populations? Rather than fighting a losing battle, the PNF must focus on a real solution to recovering bighorn sheep populations, one that involves developing the immunity of bighorn sheep to disease. That is the only way to ensure bighorn sheep will not be at risk due to disease transmission. (Update to DSEIS Ltr# 20070)

## Concern Statement 570.98

*The Forest Service should disclose plans for reduction or elimination of stressors, such as bad weather or lack of nutrition, that can predispose bighorn sheep to disease or exacerbate risk of mortality, in the Disease Spread Model section of the Update to the DSEIS.*

## Response to Concern 570.98

Although an important aspect, research of the bighorn sheep stressors is beyond the scope of this analysis and is not covered in this effort.

The disease review sections of the document acknowledge that many factors other than contact with domestic sheep may cause or contribute to disease in bighorn sheep populations. The possibility that various stressors may increase susceptibility to disease is explicitly discussed. However, the existence of other factors that may contribute to respiratory disease, many of which the Forest has no control, does not excuse the Payette National Forest from addressing the risk of transmission from domestic sheep—a risk that it does have some control and that is the focus of this analysis.

BLM_0049317

### Sample Public Comment for 570.98

Comment #25, pgs. 4, 2-3, 3-8 - 3-13, 3-19, 3-24: The PNF must obtain additional information and include it in the DSEIS. The DSEIS provides that Pasteurella and Mannheimia spp. are opportunistic and can be present in healthy sheep. DSEIS at 3-10 through 3-11. Further, the DSEIS states that various stressors may predispose bighorn sheep to disease or exacerbate risk of mortality. DSEIS at 3-8, 3-11. Based on these statements and others in the DSEIS, see DSEIS at 3-8, it is apparent that outbreaks of bacterial pneumonia can be, and are, brought on by environmental and other stressors. What is being done to reduce or eliminate these stressors on the PNF (see stressors listed at DSEIS at 3-8)? Since bighorns on the PNF already carry Pasteurella and Mannheimia spp., stressors are, or should be, a greater concern to the PNF than removal of domestic sheep. If the stressors remain, then the risk of mortality will be exacerbated. (Update to DSEIS Ltr# 20070)

**Concern Statement 570.99**

*The Forest Service should disclose the exact means by which the disease is transferred from domestic sheep to bighorn sheep, prior to removing domestic sheep from NFS lands, in the Disease Spread Model section of the Update to the DSEIS.*

**Response to Concern 570.99**

The assumption that disease transmission can happen in field conditions was identified as a need for change topic item in the analysis of the management situation in 1997. This topic was carried into the EIS as a significant issue. Lack of properly addressing this significant issue is the single purpose of this entire analysis. In the seven years it took to complete the revision of the Forest Plan for the Payette National Forest, no one challenged that assumption. As discussed in the disease review sections of the document, multiple lines of evidence support the conclusion that disease-causing organisms can be transmitted between domestic sheep and wild sheep, and that transmissions in the past led to die-offs of bighorn sheep herds. The exact means by which the disease is transferred is beyond the scope of this analysis and should be conducted by qualified researchers.

### Sample Public Comment for 570.99

Comment #25, pgs. 4, 2-3, 3-8 - 3-13, 3-19, 3-24: The PNF must obtain additional information and include it in the DSEIS. The DSEIS states that the exact mechanisms of the transfer of disease from domestic sheep to bighorn sheep are not fully understood. DSEIS at 4, 2-3, 3-8, 3-10. This is an extremely critical piece of information and necessary to understand prior to removing domestic sheep from the PNF. What is the PNF doing to determine the exact mechanisms of the transfer of disease? Without understanding how bighorn sheep are contracting diseases, removal of domestic sheep from the PNF is arbitrary and capricious. (Update to DSEIS Ltr#20070)

BLM_0049318

**Concern Statement 571.01**

*The Forest Service should include epidemiologic modeling to understand how a range of factors affect the dynamics of disease spread, such as healthy "carrier" bighorn sheep infecting "non-carrier" bighorn sheep, under various alternatives in the Disease Spread Model section of the Update to the DSEIS.*

**Response to Concern 571.01**

The disease review sections of the FSEIS discuss many factors other than contact with domestic sheep that may play a role in disease dynamics of bighorn sheep. The possibility that die-offs of bighorn sheep are sometimes caused by contact with infected bighorn sheep and the possibility that disease is endemic to some populations of bighorn sheep are discussed. Even if other factors may also play a role, the Forest Service is required by law to assess the risk to viability of bighorn sheep populations posed by its proposed management actions. The assessment includes the grazing of domestic sheep on the Payette National Forest, which is the focus of this analysis.

*Sample Public Comment for 571.01*

Comment #14, pgs. 4, 2-3, 2-13, general: Epidemiologic modeling is needed to understand how a range of factors affect the dynamics of disease spread under various management alternatives. The disease review in the DSEIS is based on geographic characteristics of the disease in the context of interaction between domestic and wild sheep. While this is a useful and necessary component of much needed research, it in itself is not enough to make well-informed recommendations on policy alternatives. For example, the disease review mentions, at DSEIS page 4, that only "limited knowledge of transmission dynamics exists (Garde et al. 2005)." Clinical studies have shown bighorn sheep susceptibility to disease from contact with domestic sheep. However, epidemiologic modeling is needed to understand how contacts with domestic sheep, bighorn sheep, and other disease carriers (llamas, wild goats, birds, etc.), forage and climatic conditions, and other factors affect the dynamics of the disease spread under various management alternatives. The current disease model "is largely dependent on assumptions." DSEIS at 2-13. These assumptions need to be studied and proven to be relied upon. Further, modeling and additional study is needed to determine the added probability of disease transmission amongst bighorns. The probability that healthy "carrier" bighorns are infecting "non-carrier" bighorns is likely high, since a large number of the bighorns on the PNF may be disease-carriers. (Update to DSEIS Ltr# 20070)

**Concern Statement 571.02**

*The Forest Service should provide documentation that disease transmission from domestic sheep to bighorn sheep is occurring in the wild outside the laboratory setting, in the Disease Spread Model section of the Update to the DSEIS.*

**Response to Concern 571.02**

The assumption that disease transmission can happen in field conditions was identified as a need for change topic item in the analysis of the management situation in 1997. This

BLM_0049319

topic was carried into the EIS as a significant issue. Lack of properly addressing this significant issue is the single purpose of this entire analysis. In the seven years it took to complete the revision of the Forest Plan for the Payette National Forest, no one challenged that assumption. The exact means of how the disease is transferred is beyond the scope of this analysis and should be conducted by qualified researchers.

The disease review sections of the FSEIS discuss the evidence that disease transmission from domestic sheep has led to die-offs in bighorn sheep in the wild, outside of a laboratory setting. The fact that some disease outbreaks have not been linked to contact with domestic sheep in no way undermines the possibility that contact can lead to disease in other bighorn sheep herds.

The conclusion that contact with domestic sheep can lead to disease in bighorn sheep comes from evidence gathered over the past 150 years and is not reliant on the as-yet incomplete analysis of outbreaks that have occurred in the western United States over the 2010-11 winter.

### *Sample Public Comment for 571.02*

Comment #11, pgs. 4 through 5, 2-3: The Final SEIS must explain what is being done to prove the assumption that disease transmission from domestic sheep to bighorn sheep is occurring in the wild. The DSEIS assumes that "disease transmission from domestic sheep to bighorn sheep is a threat to the wild sheep species." DSEIS at 2-3. The PNF provides that some published science supports this assumption because it has "proven" transmission from domestic sheep to bighorn sheep in laboratory settings. Id. However, the PNF provides no discussion of whether disease transmission from domestic sheep to bighorn sheep actually occurs in the wild and is proven to be a threat to the wild sheep species. Id. Reports from wildlife officials across the West indicate that there is no evidence linking recent pneumonia outbreaks in bighorn sheep populations to disease transmission from domestics sheep. See Martin Griffith, Associate Press Writer, Outbreak kills hundreds of bighorn sheep in West (Feb. 26, 2010), available at http://www.seattlepi.com/local/6420ap_nv_pneumonia_bighorn_die_off.html (last visited Mar. 5, 2010). As Krysten Schuler with the U.S. Geological Survey's National Wildlife Health Center indicated "[i]t can be difficult to determine what causes a pneumonia outbreak . . ., [t]hey can include factors that are bacterial, parasitic or viral . . . ." Id. According to wildlife officials, recent pneumonia outbreaks have not been linked to domestic sheep: "[w]hile domestic sheep carry pathogens that can infect bighorns, there's no evidence linking them to any of the pneumonia outbreaks, wildlife officials said." Id. The PNF should discuss the fact that there is no evidence of a link between domestic sheep and recent pneumonia outbreaks within bighorn sheep populations. This fact calls into question the PNF's assumptions about disease transmission from domestic sheep to bighorn sheep. (Update to DSEIS Ltr# 20070)

BLM_0049320

**Concern Statement 571.03**

*The Forest Service should reevaluate the need for separation when an effective vaccine is produced to encompass a broader solution for species compatibility, in the Disease Spread Model section of the Update to the DSEIS, and rewrite the Forest Plan amendment direction for WIOB18.*

**Response to Concern 571.03**

There is direction in the Forest Plan Amendment that allows for reconsideration of permitted domestic sheep grazing on the Payette National Forest if an effective vaccine is developed that prevents disease transmission from domestic sheep to bighorn sheep in wild conditions.

> *Sample Public Comment for 571.03*
>
> Direction WIOB18 calls for reevaluating the need for separation when an effective vaccine is produced that ensures zero transmission risk. This direction should be rewritten to encompass a broader suite of solutions when looking for mechanisms for species compatibility. The Wild Sheep Foundation and the American Sheep Industry Association have put requested federal appropriations to fund the necessary research to find mechanisms for species compatibility. This request includes vaccine development. It also includes determining genetic markers of the immune response requirements and looking at the influence of bighorn behavior on risk of disease transmission. (Update to DSEIS Ltr# 20040)

**Concern Statement 571.04**

*The Forest Service should assess the effects that predation has on the mortality attributed to the disease after the first year in the Disease Spread Model section of the Update to the DSEIS.*

**Response to Concern 571.04**

Predation by cougars is an important source of mortality for bighorn sheep in Hells Canyon, and accounted for 27 percent of adult mortality in a 7-year study of eight Hells Canyon bighorn populations (Cassirer et al., 2007). Past disease outbreaks in Hells Canyon, which have occurred in the presence of cougar predation, have often been followed by several years of decreased lamb recruitment (Figure W–0a of the FSEIS). As discussed in the FSEIS section titled "Chronic Lamb Mortality", four Hells Canyon herds have suffered from poor lamb recruitment for at least six years following a disease event. Therefore, there is no evidence that the presence of cougars eliminates disease from the populations in the second year following an outbreak, which appears to be implied by this comment.

Initial research at Yellowstone following reintroduction of wolves there in 1995-1996 does not indicate that wolves are important predators of bighorn sheep. By 2003, just one kill had been recorded since reintroduction, and wolves were reported to spend very little time in the steep terrain favored by bighorn sheep (Smith et al., 2003). The bighorn sheep population grew slowly in the decade following wolf reintroduction (White et al., 2008),

BLM_0049321

and the authors raise the speculative possibility that heavy wolf predation on elk has actually reduced competition for forage between elk and bighorn sheep.

### Sample Public Comment for 571.04

At page 3-33&34 there is a discussion of the disease transmission and outbreak associated with the model. While there is an indication that most mortality attributed to the disease occurs the first year there is an inference that the contact associated disease mortality is attributed for an additional number of years. Not discussed in any with this is how predation influences transmission rates in the population or herds of bighorns. While an initial mortality of 80%or higher could have a predator swamping effect in the initial year, predation rates would then have to be greatly reduced not to have some influence the second year and thus almost eliminate any disease influence beyond that time. While cougars are the principle predator of bighorns the increasing wolf populations should have an influence on bighorns that have pneumonia. This element doesn't seem to be inferred or accounted for. There appears to be substantial repetition between pages 3-40 and 3-41. (Update to DSEIS Ltr# 20031)

### Concern Statement 571.05

*The Forest Service should identify other potential wildlife and domestic animal sources that host the pathogen and which of the recent die-offs are associated with domestic sheep contacts or if they are the result of contact with other wildlife or domestic animals, in the Disease Spread Model section of the Update to the DSEIS.*

### Response to Concern 571.05

This analysis is specifically designed to address the issue of disease transmission from domestic sheep to bighorn sheep on the Payette National Forest as the significant issue in the Forest Plan discussed. The effects or potential effects from other sources is outside the scope of this analysis unless those are reasonable and foreseeable at this time or documented in published literature that the Payette National Forest can refer to. An investigation of the causes of die-offs that have occurred across the west over the past winter is well beyond the scope of this analysis.

### Sample Public Comment for 571.05

Recent media reports of numerous bighorn sheep die-offs from pneumonia are surfacing this winter. What is not identified is if these die-offs are associated with domestic sheep contacts or if they are the result of contacts with other associative wildlife that are hosts to the pathogen producing pneumonia vectors as domestic sheep are. Your document doesn't identify the potential other bighorn sheep pathogens that come from other wild sources, there are numerous citations for other wildlife that may act as vectors for the pathogen for bighorn sheep. It is obvious that bighorn sheep are relatively fragile animal that is easily stressed in certain population situations, many of those present and increasing based on existing and proposed management direction. (Update to DSEIS Ltr# 20031)

BLM_0049322

**Concern Statement 571.06**

*The Forest Service should reassess conclusions reached in the Quantitative Contact Analysis section of the Update to the DSEIS because it does not assess management practices (i.e., temporal, spatial, and geographic boundaries) a means of maintaining separation. In addition, the definitions of the terms low, moderate, and high need to be clarified when referring to levels of risk of contact.*

**Response to Concern 571.06**

Management practices of domestic sheep produces are very difficult, if not impossible, to assess in any quantitative fashion. The quantitative analysis specifically analyzed the behaviors of bighorn sheep during the season of permitted domestic sheep grazing. The alternatives of the analysis were specifically designed to assess the effectiveness of geographic boundaries as a means of maintaining separation.

*Sample Public Comment for 571.06*

Use of the terms "low" "moderate" and "high" when referring to levels of risk of contact is unclear. Using these terms in their proper context is important for proper interpretation of modeled results. As an example, the UDSEIS states "The risk of contact is also considered moderate" (UDSEIS, page 2-13). It is unclear in this statement if "moderate" is in reference, to other alternatives or to impacts on bighorn sheep viability. If the intent is to use these terms (low, moderate, and high) in a relative context to describe modeled rates of contact relative to alternatives, then this should be more clearly explained in the text. An example of using these terms within this context would be "Alternatives M and P had moderate levels of modeled risk of contact compared to lower levels for alternatives N and 0, and higher levels for alternatives 70, 7L, 1B257, and 346". If, on the other hand, the intent is to use these terms in an absolute context implying absolute levels of risk of contact in relation to impacts to bighorn sheep viability, then the PNF should identify and justify those biological levels and clearly explain the relationship between low, moderate, and high levels of risk of contact and bighorn sheep viability. In other words, in this context, does low risk of contact equate to long-term bighorn sheep viability? Does a moderate level of risk of contact provide for long-term bighorn sheep viability? Referring to alternatives N and 0, the UDSEIS states "contacts per year are low (0.13 and 0.09)". Using the term "low" in an absolute context implies a 9-130/0 risk of contact is an acceptable level of risk that would insure long-:term bighorn sheep viability, however, the PNF does not provide a science-base justification, or any justification for this assumption. The Tribe suggests available science indicates• such levels of contact may not, in fact, insure to a high degree of certainly, long-term viability. Clarification of the use of these terms would be helpful in the ROD. (Update to DSEIS Ltr# 20072)

BLM_0049323

**Concern Statement 571.07**

*The Forest Service should reassess conclusions reached in the Quantitative Contact Analysis section of the Update to the DSEIS because:*

*A)      It over-estimates the potential for disease transmission and risk of contact*

*B)      The data and analysis is incomplete and the closing of grazing allotments should be avoided*

*C)      The risk of contact with other animals that carry diseases still exists and a vaccine should be developed*

**Response to Concern 571.07**

The quantitative risk analysis is based upon the movements and behaviors that have been observed and collected in the telemetry and observation data for the past 12 years. The risk of contact is most likely an underestimation because the true frequencies and distances that bighorn sheep foray are underestimated. The reason for this underestimation is that the vast majority of the telemetry data is standard VHF collars. This type of telemetry makes it less likely that the farther a bighorn sheep is from its core herd home range the less likely that the animal will be detected. There are several cases in the telemetry data where animals have disappeared for a couple of months and then reappear. The second reason that the risk of contact is an underestimation is that the distribution of the collars is skewed heavily to the ewes. Although ewes will go in forays, they tend to foray less often and not as far. The rams do most of the foraying and are the least monitored group. The data used in this analysis is the largest telemetry study on bighorn sheep in the United States. There is not a dataset that is this complete found anywhere. The only animals that have been found to carry pathogens that specifically cause pneumonia in bighorn sheep have only been found to be carried by domestic sheep. The responsibility of developing a vaccine that may allow bighorn sheep and domestic sheep to be compatible is not the responsibility of the Forest Service.

*Sample Public Comment for 571.07*

Comment #13, pgs. 2-3 through 2-9, general: The DSEIS mischaracterizes "risk of contact" and should explain that disease transmission is likely to occur regardless of whether the risk of contact between bighorn sheep and domestic sheep on the PNF is reduced. The DSEIS repeatedly discusses "risk of contact" between bighorn sheep and domestic sheep on the PNF. See, for example, DSEIS at 2-3 through 2-9. The reader is led to believe that as the risk of contact approaches zero, the threat of disease transmission to bighorn sheep similarly approaches zero. This is not true. Regardless of whether risk of contact between bighorn sheep and domestic sheep on the PNF approaches zero, the threat of disease transmission to bighorn sheep on the PNF will exist. The DSEIS must discuss the fact that bighorn sheep are at risk of contacting other animals on the PNF that carry diseases, and must also acknowledge that bighorn sheep are at risk of contact with domestic sheep and other animals off the PNF. Furthermore, because many bighorn sheep are carriers of disease, contact with other bighorn sheep puts bighorn sheep populations at risk. Leading readers to believe that eliminating risk of contact on the PNF between bighorn sheep and domestic sheep will eliminate the threat of disease transmission is misleading. The alternatives and the discussion in the DSEIS

BLM_0049324

must acknowledge the potential futility of the alternatives and explain the need for a more comprehensive solution to the problem of disease transmission, such as the development of a vaccine. (Update to DSEIS Ltr# 20070)

---

**Concern Statement 571.08**

*The Forest Service should reassess conclusions reached in the Quantitative Contact Analysis section of the Update to the DSEIS because a regional risk analysis is needed to determine risk amongst bighorn and domestic sheep across the Payette National Forest, as one interaction and transmission can compromise many herds.*

**Response to Concern 571.08**

While it is true that one contact can have drastic effects on a highly connected metapopulation, the data further east of the Payette National Forest is extremely limited making it almost impossible to do any assessment. The Payette National Forest was tasked to do a viability analysis at the scale of the Payette National Forest and not at the regional scale.

*Sample Public Comment for 571.08*

The Tribes remain concerned about the potential interactions between domestic sheep allotments and the Big Creek population of bighorn sheep, as proposed in the majority of alternatives in the SEIS. The Big Creek population utilize habitat for lambing and summer range that overlaps with several populations from the Middle Fork Salmon River. The population on Big Creek experienced five years of low lamb-to-ewe ratios and an all-age-die-off in 1990, and research confirmed the presence of a highly virulent strain of Pasteurella in the Big Creek population. The SEIS noted a high degree of uncertainty regarding the conclusion that domestic sheep grazing allotments would not likely threaten the viability of the overall Salmon River meta-population. The SEIS does confirm the loss of the genetic diversity of this metapopulation could affect the bighorn sheep persistence and restoration at scales much larger than the Payette National Forest. The concern stems from an empirical look at the counts from the Idaho Department of Fish and Game, showing a drastic decline in total sheep counts; evidence of a persisting problem in regional populations. The conclusion from the SEIS was that domestic sheep grazing on the east side of the forest, particularly the Big Creek allotment, would not impact the viability of the population of bighorn. There remains a great deal of uncertainty about the potential interaction with other herds from the greater Salmon River meta-population. Given the confirmed presence of the highly virulent strain of Pastuerella in the Big Creek population, further contact may compromise the entire region. Without a regional risk analysis, a conclusion to permit domestic sheep grazing on this allotment is irresponsible and against the weight of the evidence gathered for the SEIS. One interaction and transmission has the potential to cause irreversible impacts to the Salmon River meta-population and compromise a genetically valuable resource for bighorn sheep restoration efforts. (Update to DSEIS Ltr# 20069)

BLM_0049325

**Concern Statement 571.09**

*The Forest Service should reassess conclusions reached in the Quantitative Contact Analysis section of the Update to the DSEIS because the risk profile is distorted, which indicates a lower risk level.*

**Response to Concern 571.09**

The Forest Service has decided to assess the effects on the current populations in the quantitative contact analysis because data is available on how big the current populations are. Information on how, where, and how big bighorn sheep populations might recover is highly suspect and speculative.

The Forest Plan Amendment section of the FSEIS includes direction providing for both continued monitoring of bighorn sheep locations and for future modifications to grazing of domestic sheep should colonization of new areas by bighorn sheep be observed.

> *Sample Public Comment for 571.09*
>
> The Risk Model is established on the existing Bighorn Sheep population and distribution (Pp3-73). Existing Bighorn Sheep populations are known and acknowledged to be depressed at this time (Pp3-7l), thus, the risk profile is distorted to indicate a lower risk level. (Update to DSEIS Ltr# 20067)

**Concern Statement 571.10**

*The Forest Service should reassess conclusions reached in the Quantitative Contact Analysis section of the Update to the DSEIS because procedures for documented contact associated with specific timelines needs to be developed and included in the DSEIS.*

**Response to Concern 571.10**

The procedures for bighorn sheep being detected near or in active domestic sheep allotment will be in the Forest Plan Amendment section of the final document. These procedures will be designed for the final decision.

> *Sample Public Comment for 571.10*
>
> Reaction to identified bighorn domestic contact. How will the Forest accomplish this? I know there are probably procedures written in Forest Service regulations, but for the sake of the caring public, I'd like to see a chapter in the final EIS which spells out the procedures and time frames, if the Forest opts to go with any alternative other than 7E. Remember, it took almost three weeks before ram Rl4 was contained. (Update to DSEIS Ltr# 20061)

**Concern Statement 571.11**

*The Forest Service should reassess conclusions reached in the Quantitative Contact Analysis section of the Update to the DSEIS because it significantly underestimates the potential for disease transmission.*

BLM_0049326

**Response to Concern 571.11**

The quantitative contact analysis is based on more than 12 years of bighorn sheep telemetry and observations. The analysis uses these know behaviors that have been recorded in this very extensive dataset that uses few assumptions. This process was by design so that the analysis is based on the data and not based on what is suspected or believed to be happening.

In terms of the probability of an outbreak given co-habitation on an allotment, the Payette National Forest model is similar to that of Clifford et al. (2009). That model assumed a 100 percent probability of contact given co-habitation, and a 50 or 100 percent probability of disease transmission given contact. Given that an infected bighorn sheep in their model makes two contacts adequate to spread disease to another bighorn sheep during each time period, most (> 85 percent) of disease transmission events from domestic sheep result in outbreaks. Therefore, in their model about 43 percent and 85 percent of co-habitation events result in disease outbreaks. We consider probabilities of a disease outbreak given co-habitation ranging from 5–100 percent. In that respect, our analysis is similar to the Clifford et al. analysis. However, we consider a broader range of possible probabilities due to the difficulty of estimating the probabilities of the events leading to a disease outbreak.

George et al. (2008) describes a multi-year and multi-herd die-off apparently caused by contact with a single domestic sheep. The model indicates that a single outbreak can dramatically affect bighorn sheep populations. However, it does not help us to estimate the probability of a disease outbreak given contact with a domestic sheep since it is only an apparent single transmission event.

> *Sample Public Comment for 571.11*
>
> Persistence of bighorn herd units within Payette National Forest heavily depends on the prevention of contact between bighorn and domestic sheep. Results from Clifford et al. (2007) and George et al. (2008) clearly illustrate how even relatively low annual risks of contact can dramatically impact bighorn populations. The current analysis is based on a technically flawed Risk of Contact model that significantly underestimates the potential for disease transmission from domestic to bighorn sheep. (Update to DSEIS Ltr# 20046)

**Concern Statement 571.12**

*The Forest Service should reassess conclusions reached in the Quantitative Contact Analysis section of the Update to the DSEIS because it is lacking data that documents contact between domestic and bighorn sheep in areas where disease events have occurred and domestic sheep have not grazed in over 20 years.*

**Response to Concern 571.12**

Current science has conclusively shown that domestic sheep transmit fatal pneumonia to bighorn sheep. Disease events have happened in the absence of domestic sheep. This highlights the fact that bighorn sheep are more sensitive to respiratory disease than previously known, and greater care and caution should be taken to keep the two species separated.

BLM_0049327

The Hells Canyon Bighorn Sheep Restoration Committee (HCSBRC 2004) reported that of seven population die-offs in Hells Canyon, five have been linked circumstantially to domestic sheep, one was circumstantially linked to a goat, and one was attributed to drought and scabies. Whether or not their assessment of causation is correct in any one of those cases is not important to the risk analysis carried out by the Forest Service in this document. The evidence that disease transmission from domestic sheep may cause disease outbreaks in wild sheep populations comes from 150 years of observations across the western United States and is sufficient for the Forest Service to treat it as a risk worth considering in making its management decisions.

### Sample Public Comment for 571.12

Many of the BHS epozootic disease events on the Payette NF and in Hells Canyon have occurred in areas where Domestic Sheep have not been grazed in 20 plus years. Direct observations of Domestic Sheep coming into contact with BHS have not been documented in those areas and yet Domestic Sheep are blamed for the disease out breaks. Why was this information not included in the DSEIS? And how is the disease attributed to Domestic Sheep getting to the BHS if Domestic Sheep are not present in these areas? (Update to DSEIS Ltr# 20037)

## 640   RANGELAND MANAGEMENT (LIVESTOCK GRAZING)

### Concern Statement 640.24

*The Forest Service should recognize the right of domestic sheep owners to graze on NFS lands and not infringe on this right during the environmental analysis of bighorn sheep viability.*

### Response to Concern 640.24

The ability of range permittees to graze on NFS lands is a privilege, not a right. This privilege must be exercised while meeting other Federal Laws and Regulations governing the management of public lands. Domestic livestock grazing is only one of many uses on NFS lands. The administration of existing grazing permits during this analysis process is being conducted to manage risk in accordance with an out-of-court agreement.

### Sample Public Comment for 640.24

We agree with and uphold the rights of the sheep industry in Idaho and ask that the Environmental Impact Survey be reviewed. This Survey doesn't reflect the true conditions. Neither has the public been informed in an unbiased manner about whether there is real truth to the matter of the transmission of disease from domestic sheep to bighorn sheep. We also believe that the rights of the livestock owners are being grossly denied when the grazing rights are being withheld pending the outcome of this issue. (DSEIS Ltr #117)

### Concern Statement 640.25

*The Forest Service should explain the implementation of the GPR, including procedures that will take place if domestic sheep stray into the GPR.*

BLM_0049328

**Response to Concern 640.25**

The GPR, as developed for the DSEIS, is not a concept taken beyond the DSEIS. The GPR is simply a line on the map that serves the purpose of delineating for Alternative 7G what area would not be suited for domestic sheep grazing if that alternative was selected. The actions that will be taken if domestic sheep stray into bighorn sheep use areas are found in the Forest Plan amendment language. That language states that if separation between the two sheep species cannot be maintained, domestic sheep grazing will not be allowed in that location.

>   *Sample Public Comment for 640.25*
>
>   I believe your Record of Decision should state how you will reduce straying of domestic sheep into the GPR to maintain separation. (DSEIS Ltr #14051)

**Concern Statement 640.26**

*The Forest Service should verify the status of the Salmon River Sheep Driveway because it appears to be incorrect in the DSEIS.*

**Response to Concern 640.26**

Although portions of the Salmon River Sheep Driveway are no longer used by sheep, the driveway has not been closed for 20 years to all use. The sheep driveway did not drive alternative formulation, but was considered because of its proximity to bighorn sheep populations. As recent as 2006, Shirts Brothers Sheep and Frank Shirts, Jr. were authorized to trail their dry ewes off the Payette National Forest via the Salmon River Sheep Driveway.

>   *Sample Public Comment for 640.26*
>
>   [Page 3-19] the closed Salmon River Sheep Driveway is identified as a point of risk exposure. This driveway has supposedly been closed to use by sheep for more than 20 years. All of the driveway information should be verified for location and correctness. (DSEIS Ltr #11608)

**Concern Statement 640.27**

*The Forest Service needs to describe how implementation and enforcement of the ROD and Amendment will be handled.*

**Response to Concern 640.27**

Forest Plan decisions are implemented 30 days after the Record of Decision is signed. The decision will be implemented through Term Grazing Permit administration. Where warranted, term grazing permits are modified by the authorized officer by issuing a letter with the appropriate attachments, if necessary. The letter shall make reference to the permit being modified and explain the rationale for the modification. Monitoring for compliance with this decision, and subsequent permit action, will take extra effort and the monitoring required is outlined in the Forest Plan amendment. The Monitoring Plan is contained in the Appendix.

BLM_0049329

### Sample Public Comments for 640.27

Once the plan(s) are decided, how will implementation and enforcement be handled? One wonders how much actual support will come from the 4 reluctant permittees and their employees. (DSEIS Ltr #146)

Some of the telemetry shows that BHS have not been located or tracked in many of the grazing allotments in question here in this document and in the Payette Principals. Will grazing be allowed to resume or begin again in those allotments not present or visited by BHS? They appear to be staying in their own perspective herds and home ranges and not straying as much as was thought to be occurring. (Update to DSEIS Ltr# 20037)

---

**Concern Statement 640.28**

*The Forest Service should consider the development of a vaccination program for either domestic sheep or bighorn sheep to eliminate the need to change management of sheep grazing permits.*

**Response to Concern 640.28**

While development of a vaccine would be outside the scope of this project, it could be pursued by other agencies or private individuals.

### Sample Public Comment for 640.28

Thirdly, in all of this biased study (paid for by our taxes) why hasn't there been vaccine development? The numbers of bighorn sheep must be so threatened to cause such drastic action that we would assume their numbers would be small enough to effectively vaccinate. Or conversely, why don't the USFS and Idaho Fish and Game Department provide the sheep ranchers with a vaccine for their sheep to eliminate the threat? Could it be that implementing these obvious solutions would make obvious that the problem does not originate with domestic sheep after all? (DSEIS Ltr #13634)

---

**Concern Statement 640.29**

*The Forest Service should consider increasing the cost per AUM to collect funds to monitor the effects of implementation of the final Forest Plan Amendment and to continue research into ways to manage disease transmission.*

**Response to Concern 640.29**

Grazing fees are calculated in accordance with the Executive Order issued February 14, 1986 (E.O. 12548). The Executive Order specifies that the fee must not be less than $1.35 per month in any grazing fee year, and must be limited to not more than, plus or minus, 25 percent of the previous year's fee. The Forest Service does not have the authority to change grazing fees. The monitoring plan is included as part of the final Forest Plan Amendment. The Forest Service will continue to keep current with new research related to disease transmission and prevention. The agency depends on research institutions and other agencies to conduct such research.

BLM_0049330

### Sample Public Comment for 640.29

As a suggestion, since there appears to be a lack of monitoring data between bighorn sheep and domesticated sheep and their interaction - what about increasing the AUM [animal unit month] fee per head/allotment to fund more monitoring and research in the area of concern to get more data and to observe interactions? What about considering a voluntary fee by permittees/the public/so forth? (DSEIS Ltr #130)

## Concern Statement 640.30

*The Forest Service should explore alternative allotments for the affected domestic sheep permittees.*

## Response to Concern 640.30

Although alternative allotments have been located, some permittees have chosen to accept them while others have not. The Payette National Forest has inquired about availability of sheep allotments on the Nez Perce and Boise National Forests, the Idaho Department of Lands (IDL) in McCall, and the Bureau of Land Management. The Wallowa-Whitman National Forest was not considered because of its proximity to Hells Canyon and presence of bighorn sheep. Permittees may decline use of these alternative allotments for a variety of reasons such as trucking cost or not having equivalent stocking capacity. Their base properties and operations are centralized near the Payette National Forest and may include use of both owned and leased private land, BLM allotments, and IDL allotments. The Payette National Forest does not have authorization to buy out permittees, however private individuals or interest groups may have the resources.

### Sample Public Comments for 640.30

We support efforts, outside of the DSEIS process, exploring the feasibility of finding alternative allotments for domestic sheep in areas outside historic bighorn habitat or other forms of compensation for those permittees affected by the required changes in grazing management. Even temporary solutions may help in this transition period as permanent solutions are developed. However, bighorn sheep in the area covered by the DSEIS are at grave risk if prompt, necessary actions are not taken. We do not support delaying implementation of these actions while the effort to find alternative allotments or other forms of compensation occurs. (DSEIS Ltr #13676)

The Tribes suggest the Forest Service and other federal land managers identify other regional grazing allotments for domestic sheep the permit holder can reasonably utilize, in lieu of Forest Service allotments. These allotments would need to be outside of any identified big horn sheep habitat and maintain a zero-risk of transmission, but also within a reasonable distance of current production operations. (Update to DSEIS Ltr# 20069)

## Concern Statement 640.31

*The Forest Service should not delay implementation of the selected alternative to explore alternative allotments for the affected domestic sheep permittees because the bighorn sheep are at grave risk.*

*A-200*

BLM_0049331

**Response to Concern 640.31**

Implementing the Decision can occur 30 days after it is published in the Federal Register. An ongoing effort has been underway for at least 3 years to locate alternate grazing options for the permittees.

> *Sample Public Comment for 640.31*
>
> We support efforts, outside of the DSEIS process, exploring the feasibility of finding alternative allotments for domestic sheep in areas outside historic bighorn habitat or other forms of compensation for those permittees affected by the required changes in grazing management. Even temporary solutions may help in this transition period as permanent solutions are developed. However, bighorn sheep in the area covered by the DSEIS are at grave risk if prompt, necessary actions are not taken. We do not support delaying implementation of these actions while the effort to find alternative allotments or other forms of compensation occurs. (DSEIS Ltr #13676)

**Concern Statement 640.32**

*The Forest Service should provide the affected permittees with examples of domestic sheep operations such as the Lava Lakes Lamb Company that are managed to protect wildlife species.*

**Response to Concern 640.32**

Insufficient information was given in your letter to inform the Payette National Forest of the Lava Lake Lamb Company's specific management and if they are National Forest allotment permittees in bighorn sheep country. Although it is important to hear they do a good job, it does not have bearing on this analysis. It is important that the allotments are taken care of and terms and conditions are met. Any strategy for separation will be considered and potentially incorporated into this analysis. The Payette National Forest recognizes other Forests have isolated populations of bighorn sheep that may be separated more effectively from domestic sheep, however there is proven connectivity between the herds of bighorn sheep on the Payette National Forest. In 2007, two of the permittees developed 13 additional management practices and implemented them that grazing season. One of the permittees has continued to willingly implement the 13 additional management practices. The Forest Service has monitored these additional management practices and found them mostly successful in providing separation between domestic sheep and bighorn sheep, although not 100 percent effective. Wolves scattered a band of sheep and two of the ewes were discovered four months later (after the grazing season) wandering in Hells Canyon, proving the additional measures to be inadequate. The implementation of these 13 additional management practices was taken into consideration when developing all of the alternatives. However, in other situations, these BMPs have been known to fail or be hard to determine their effectiveness, as disclosed in the Update to the DSEIS Appendix F.

BLM_0049332

### Sample Public Comment for 640.32

The bighorn sheep is a natural wonder that exists in Idaho and should not be put at risk by the sheep ranching industry. There are currently sheep ranchers such as Lava Lake Lamb Company that have set an example for others that sheep ranching can be successful while caring for Idaho's wildlife. Please hold other sheep ranchers accountable for this same level of care. (DSEIS Ltr #13324)

## Concern Statement 640.33

*The Forest Service should manage domestic sheep grazing to prevent any contact with bighorn sheep (using buffers between occupied habitat and grazing units, if necessary).*

## Response to Concern 640.33

The Payette National Forest is proposing to implement no contact between bighorn and domestic sheep with this ROD and Amendment. Several options were considered and documented in the FSEIS in Chapters 2 and 3. The effects of each option on the populations of bighorn sheep are also disclosed. These options varied from considering standard distance buffers and buffers that removed a variety of "high risk for contact" areas. The analysis of these alternatives resulted in the alternatives with standard width buffers not being as effective as the high-risk buffers. Therefore, the standard width buffers were removed from detailed consideration in favor of the high-risk buffers.

### Sample Public Comments for 640.33

I feel that a buffer zone would also be prudent so that inadvertent contact does not occur. (DSEIS Ltr #46)

Species Separation-Bighorn management should be implemented under a strategy that uses a national template on federal lands. The discrepancy in management protocols between the Oregon and Idaho sides of the HCNRA is political and not based on ecological criteria. The MSG adamantly disagrees with the Idaho Fish and Game Interim Strategy document, Section 2b. We feel domestic sheep must be separated from contact with wild Bighorn. This separation can be accomplished by the establishment of spatially separated buffer zones. We completely disagree with the removal of wild bighorn from their native ranges where they intermingle with grazing domestic sheep. (Update to DSEIS Ltr# 20036)

## Concern Statement 640.34

*The Forest Service should manage domestic sheep grazing to prevent any contact with bighorn sheep by closing sheep driveways, if necessary.*

## Response to Concern 640.34

Both the use and non-use of the stock driveways is being analyzed in the alternatives.

BLM_0049333

### *Sample Public Comment for 640.34*

Grazing areas and sheep "driveways" that have any risk of contact between bighorns and domestic sheep need to be closed. It would seem to me that an ounce of prevention is worth a pound of cure. If the domestic sheep allotments were bought out to create a buffer, that seems like it would be a permanent and cost-effective solution. (DSEIS Ltr #13369)

---

**Concern Statement 640.35**

*The Forest Service should not rely on so called "Best Management Practices" to maintain separation between domestic sheep and bighorn sheep because we are not aware of any instances in which they have been effective.*

**Response to Concern 640.35**

Best Management Practices are not always effective and the Payette National Forest is taking that into consideration during Forest Plan language development.

### *Sample Public Comments for 640.35*

We are not aware of any management practices…that have been effective in creating or enhancing separation between domestic and bighorn sheep and we recommend the forest therefore not rely on so called "Best Management Practices" to create or maintain separation. (DSEIS Ltr #38)

The implementation approach of these science-based principles is all important for assuring long-term bighorn sheep viability (see Specific Comments). Science supports a risk removal approach, the notion that risk of contact must be removed or minimized to very low levels from the landscape through effective spatial separation by precluding domestic sheep grazing within or near occupied bighorn sheep habitats. The Tribe does not support a risk management approach, which relies on the notion that risk can be managed or reduced to acceptable levels through implementing Best Management Practices (BMPs) or increasing monitoring effort. Neither BMPs nor increased monitoring demonstrates, as a matter of science, that risk can be reduced to "manageable" or "acceptable" levels. Implementation of BMPS and/or increased monitoring should not be considered appropriate rationale for selecting a final alternative with an inherent unaccepted level of risk. The Tribe urges the PNF to select the final alternative that minimizes the risk of contact through effective spatial separation. The Tribe discourages the PNF from selecting a final alternative that relies on the implementation of BMPs, increased monitoring or other invalidated measures that are purported to effectively reduce the risk of contact to "acceptable" levels. (Update to DSEIS Ltr# 20072)

---

**Concern Statement 640.36**

*The Forest Service should consider buying out permittee grazing allotments in areas where there is any risk of contact between domestic sheep and bighorn sheep.*

BLM_0049334

**Response to Concern 640.36**

The Payette National Forest does not have the authorization to buy out permittees, however private industry or interested groups may have the resources to buy out the permittees. The Wild Sheep Foundation offered to pay a permittee in Hells Canyon to quit grazing, but the permittee considered the offer to be minimal and did not think it would support his family and a career change. The Payette National Forest has considered changing the use of the sheep allotments to cattle, but many of the sheep allotments are not conducive to cattle grazing and would need considerable miles of fencing and water developments to accommodate the use. One permittee declined an offer to convert a cattle allotment to a sheep allotment outside of the bighorn sheep source habitat area and core herd home range. There are probably many reasons why a sheep rancher does not want to convert to cattle.

### Sample Public Comments for 640.36

The DEIS should include funding for retirement or "buy outs" of permittee grazing allotments in areas where there is any risk of contact between species. (DSEIS Ltr #13551)

Grazing- The final DEIS should include funding for retirement or "buy outs" of permittee grazing allotments in areas where there is any risk of contact between species. The retirement of grazing permits would facilitate and greatly reduce the need for rapid adaptive changes or "crisis mode" management methods. As stated previously it does not seem wise to practice wasteful spending using management protocols that burden the taxpayer with expensive bighorn restocking/relocation operations while domestics continue to co-mingle on bighorn habitat. Instead these funds should be used to retire the domestic sheep grazing permits. (Update to DSEIS Ltr# 20036)

**Concern Statement 640.37**

*The Forest Service should develop a program to educate sheep herders on management of domestic sheep in bighorn sheep country.*

**Response to Concern 640.37**

This analysis is not designed to develop education programs but to assess the risk for disease transmission. Development of a program to educate is beyond the scope of this analysis but is a suggestion that can be passed onto the Range Specialist to include in the Annual Operating Instructions and permits for the grazing allotments.

BLM_0049335

### Sample Public Comment for 640.37

[Suggestions for practices for maintaining separation] These practices need to be monitored and quantified, however, we have the 2009 grazing season to assess these practices and verify how effective they are in maintaining separation. Placing two observation coordinators on the Payette Forest, one on the east and one on the west side, to monitor for bighorns and to assess the effectiveness of on the ground separation strategies will provide valuable information to be used in a final decision. Herders - The bands of sheep on the Payette National Forest are herded at all times, but there is a need for an education program for herders on hazing bighorns away from domestic sheep if they should come within close proximity to domestic bands. Protocols to assess dangerous situations should be developed and contact numbers provided to the herders to report any bighorn sightings. (DSEIS Ltr #13547)

### Concern Statement 640.38

*The Forest Service should eliminate domestic sheep grazing throughout the Smith Mountain and Curren Hill Allotments.*

### Response to Concern 640.38

This concern is captured in the range of alternatives. As described in Chapter 2 of the FEIS, Alternatives 1B, 2, 5, and 7 did not designate any acres on the Payette National Forest as unsuitable for grazing by domestic sheep. All trailing routes remained open in these alternatives. Alternatives 3, 4, and 6 determined suitable rangeland portions (6,113 acres) of the Smith Mountain Allotment overlapping current bighorn sheep habitat was unsuitable for domestic sheep grazing. Management Area #1 outside of grazing allotments was also determined to be unsuitable for domestic sheep grazing. No trailing routes are closed in this alternative.

Alternative 7 was chosen as the alternative to be implemented with the Forest Plan Decision. This decision was appealed and the Intermountain Regional Forester was instructed by the Chief of the Forest Service to analyze bighorn sheep viability in the Payette National Forest. The Payette National Forest was found not compliant with NFMA regulations concerning wildlife viability of bighorn sheep and may not be compliant with the HCNRA Act. The FSEIS will analyze a range of alternatives, including a no domestic sheep grazing alternative.

### Sample Public Comment for 640.38

[The Oregon Chapter of the Wildlife Society] recommends that the Payette National Forest Land and Resources Management Plan contain clear language that ensures separation of bighorn sheep and domestic sheep. According to the risk assessment panel, the most effective approach would be eliminating grazing by domestic sheep in substantial portions of the Smith Mountain allotment and the Curren Hill allotment. (DSEIS Ltr #1)

### Concern Statement 640.39

*The Forest Service should maintain all current domestic sheep allotments.*

BLM_0049336

**Response to Concern 640.39**

As described in Chapter 2 of the FEIS, Alternatives 1B, 2, 5, and 7 did not designate any acres on the Payette National Forest as unsuitable for grazing by domestic sheep. All trailing routes remained open in these alternatives. Alternatives 3, 4, and 6 determined suitable rangeland portions (6,113 acres) of the Smith Mountain Allotment overlapping current bighorn sheep habitat was unsuitable for domestic sheep grazing. Management Area #1 outside of grazing allotments was also determined to be unsuitable for domestic sheep grazing. No trailing routes are closed in this alternative.

Alternative 7 was chosen as the alternative to be implemented with the Forest Plan Decision. This decision was appealed and the Intermountain Regional Forester was instructed by the Chief of the Forest Service to analyze bighorn sheep viability in the Payette National Forest. The Payette National Forest was found not compliant with NFMA regulations concerning wildlife viability of bighorn sheep and may not be compliant with the HCNRA Act. The SEIS will analyze a range of alternatives, including an alternative that maintains existing grazing privileges.

*Sample Public Comment for 640.39*

No domestic sheep allotments should be eliminated on the Payette National Forest. (DSEIS Ltr #52)

**Concern Statement 640.40**

*The Forest Service should work with domestic sheep permittees to find a fair solution for all.*

**Response to Concern 640.40**

The Payette National Forest has encouraged discussion among all interested parties. Early on in the process, we invited all interested parties to come to the table but the permittees declined to attend. The Payette National Forest must provide habitat for viable bighorn sheep populations, however it does not set the policy by which interactions in decision making are made. The Payette National Forest is sharing information through the cooperator forum, public meetings, and Web site usage. The Payette National Forest has qualified Cooperators who have formally requested participation in accordance with the regulations such as FACA. The Payette National Forest, though supportive of collaborative efforts, cannot set up collaborative efforts. Everyone had the opportunity to comment on the DEIS and the Update to the DSEIS and provide new information or make suggestions which would provide habitat for viable bighorn sheep populations.

*Sample Public Comment for 640.40*

I believe that ranchers and the U.S. Forest Service can work [together], but the U.S. Forest Service must try and work with ranchers, not against them. (DSEIS Ltr #13605)

BLM_0049337

**Concern Statement 640.41**

*The Forest Service should consider that domestic sheep and bighorn sheep have coexisted for years.*

**Response to Concern 640.41**

Domestic sheep and bighorn sheep have only coexisted until the bighorn sheep died off. In all of the studies conducted to investigate cohabitation of the two species, bighorn sheep have died. Because co-existence has not resulted in a positive benefit to the bighorn sheep, disease transmission from domestic sheep to bighorn sheep became a significant issue and a "need for change" topic in revising the 1988 Payette National Forest Plan. This issue is the one that the Payette National Forest was told to go back and do a better job at responding to with Forest Plan direction.

*Sample Public Comment for 640.41*

I have seen the sheepherders as they are out and about grazing and they don't seem to over graze the area. It is a way of life that has been here for years and the big horn still live on. (DSEIS Ltr #13)

**Concern Statement 640.42**

*The Forest Service should consider that the Forest Service is part of the Department of Agriculture and therefore, should be supportive of agricultural pursuits.*

**Response to Concern 640.42**

Federal laws are enacted by congress to manage Federal lands regardless of which department an agency lies within. Forest Service lands are managed by the Forest Service for many uses and benefits. Permitted grazing of domestic sheep is one of the uses allowed if it is not done to the detriment of native and/or desired non-native species.

*Sample Public Comment for 640.42*

[Reasons the FS should allow the Shirts family to continue grazing] 1. You are an agency of the Department of Agriculture and should support agriculture. (DSEIS Ltr #14050)

**Concern Statement 640.43**

*The Forest Service should consider that domestic sheep grazing is an important vegetation management tool.*

**Response to Concern 640.43**

This analysis is not addressing the effects that domestic sheep are having on the vegetation, nor the possible reduction in fuel loading. Those issues are outside the scope of the analysis. If they were to be addressed, both positive and negative effects such as noxious weed introduction would be disclosed.

BLM_0049338

### Sample Public Comments for 640.43

Sheep help to keep the undergrowth under control, thus less chance of wildfires from destroying our forests within the state of Idaho. (DSEIS Ltr #140)

BHS are a fragile species. They didn't evolve with man. They didn't evolve with cities sprawled over the elk and deer's winter feeding ground. They didn't evolve sharing their winter feeding ground with the elk and deer because that is all that is left now that man inhabits every bit of arable space So bighorn sheep who don't share well, aren't spending their winters where they traditionally spent them 100 years ago. They pretty much spend them on their summer ground. Furthermore, fires have been suppressed, conifers have encroached on winter ground, and it will get worse when the domestic sheep are taken off the Forest because one way Forest lands can be managed is by grazing domestic sheep. (Update to DSEIS Ltr# 20083)

### Concern Statement 640.44

*The Forest Service should not close vacant allotments to grazing.*

### Response to Concern 640.44

Vacant allotment analysis will have the same effects by alternative. The Payette National Forest will continue to review all options.

### Sample Public Comment for 640.44

Any vacant allotments should not be closed to grazing. (DSEIS Ltr #12965)

### Concern Statement 640.45

*The Forest Service should consider a 5- to 10-year moratorium on domestic sheep grazing to see if the bighorn sheep population rebounds in the absence of domestic sheep grazing and to allow time for further study of the ways in which domestic sheep and bighorn sheep interact. The affected permittees could continue to be permitted but only allowed to make range improvements during the period of the study.*

### Response to Concern 640.45

The Payette National Forest had not considered such an idea in the DSEIS and did include it in the analysis for the Update to the DSEIS and the FSEIS to determine if it has an impact on risk and viability of bighorn sheep. The outcomes are that it only deferred the effects that are presented for Alternatives 1B, 2, 5, and 7 by the 5 or 10 years analyzed.

BLM_0049339

### Sample Public Comment for 640.45

Maybe there needs to be a 5 or 10 year moratorium on sheep grazing to provide a time of no risk, see what the response is by the bighorns and see if science can find a way they can live together without bighorn sheep dying. During this period of grazing allotment stay in the lands of the grazer at no cost and have them doing some kind of single source contract with Forest Service to make range improvements within these allotments. (DSEIS Ltr #13741)

### Concern Statement 640.46

*The Forest Service should assess the contribution of domestic sheep grazing to overgrazing of vegetation causing low forage availability for bighorn sheep, soil erosion, and other detrimental outcomes.*

### Response to Concern 640.46

Utilization capacity is calculated during Forest Plan Revision and is in the FEIS for the 2003 Forest Plan for the Payette National Forest, and therefore will not be repeated here. This assessment does not analyze forage impacts on bighorn sheep or the effects grazing has on vegetation or soils. That type of analysis will occur at the project or allotment level. The Payette National Forest is developing a reasonable range of alternatives but is not looking for substitute areas as part of this analysis.

### Sample Public Comments for 640.46

Other things to keep in mind that affect the bighorn population is been allowed to graze, thereby leaving nothing for the bighorn to eat. The vegetation also may be in danger since it is devastated, and the land left most likely can have significant erosion problems with no vegetation. (DSEIS Ltr# 93)

The sheep (domestic) also eat the feed that the wild critters in the woods are supposed to eat. With thousands of sheep eating a large swath through the woods it's a huge competition for the wild animals. (Update to DSEIS Ltr# 20034)

### Concern Statement 640.47

*The Forest Service should consider that domestic sheep may be grazed in many different areas, while the bighorn sheep have specific habitat needs.*

### Response to Concern 640.47

The Payette National Forest recognizes bighorn sheep are habitat specialists where as domestic sheep can and will utilize many more areas. On the Payette National Forest, both species prefer and utilize the bighorn sheep source habitat. Forage needs for wildlife has been analyzed in the FEIS for the 2003 Forest Plan for the Payette National Forest through the capability and suitability analysis. The Forest's challenge isn't so much forage competition but instead trying to determine how to provide habitat for bighorn sheep viability without domestic sheep presence.

BLM_0049340

### Sample Public Comment for 640.47

It isn't necessary for domestic sheep to be in the only areas in the US that bighorn sheep can survive. Domestic sheep can live anywhere but our North American Sheep only have a few relatively small areas left. (DSEIS Ltr #40)

**Concern Statement 640.48**

*The Forest Service should consider converting domestic sheep allotments to cattle allotments to avoid the risk of disease transmission.*

**Response to Concern 640.48**

Converting the allotments from domestic sheep to cattle could be an option once this analysis is completed and a decision is made. That type of analysis will occur at the project or allotment level. The Payette National Forest continues to work with other Forests and State agencies to find alternate allotments.

### Sample Public Comments for 640.48

If grazing allotments are necessary, why not convert the grazing to cattle that have almost no risk? (DSEIS Ltr #36)

No alternatives were added that would convert sheep allotments that are considered risky for domestic sheep grazing to use by cattle, and convert the equivalent amount of cattle allotments to sheep allotments in areas with no risk from domestic sheep. This would allow the continued benefits from grazing (reduced fire risk, intent of Federal Land Management Act, Multiple Use Act, etc) while addressing the concern of contact risk with bighorns. (Update to DSEIS Ltr# 20093)

**Concern Statement 640.49**

*The Forest Service should consider that domestic sheep grazing permits are a privilege, not a right, and if the activity is causing environmental harm then it should be modified or stopped.*

**Response to Concern 640.49**

This concern is captured in the range of alternatives. The Payette National Forest operates under the multiple-use concept and is now tasked with providing habitat for viable bighorn sheep populations. Forest Service direction determines livestock grazing as a privilege and a Forest permitted use, not a right.

### Sample Public Comments for 640.49

My family owns a ranch in the Cuddy mountain area, near the Payette National Forest…We have long held the belief that it is our responsibility to manage the land in a responsible manner, respective of the land and its wildlife. We believe that domestic animal grazing on public lands is a privilege, not a right. We believe that if our human activities do harm, those activities must be altered, even if those compromises diminish our economic gains. Good management practices and compromise are part of the special favor we enjoy of living near wild lands. (DSEIS Ltr #13924)

BLM_0049341

Please eliminate domestic sheep grazing in the Payette National Forest. I have witnessed several of the places I hunt forest grouse decimated by domestic sheep grazing. (Update to DSEIS Ltr# 20006)

---

**Concern Statement 640.50**

*The Forest Service should immediately cease allowing domestic sheep to graze in bighorn sheep occupied habitat.*

**Response to Concern 640.50**

Current year domestic sheep management is dealt with in Annual Operating Instructions for each permittee. The Payette National Forest is considering many alternatives and will implement the Decision within 30 days of signature of the ROD.

*Sample Public Comments for 640.50*

The Payette National Forest must immediately prevent domestic sheep from being allowed to use occupied bighorn sheep habitat. E. Further the Forest must enact a tough "No Contact" Standard. The Forest must adopt a plan that supports maintenance of a zero risk of contact and after the protections are in place the forest must manage the bighorn sheep GPR's to expand the bighorn sheep population to meet the needs of the Nez Perce Tribe treaty reserved rights. (DSEIS Ltr #14051)

If there's one place in the Continental US that should have Big Horn Sheep its Hells Canyon. The only way to achieve this goal is to eliminate domestic sheep and cattle grazing on Forest Service land adjacent to the Hells Canyon area. Big Horn sheep cannot survive in the same areas that allow domestic sheep grazing. I'm sure you know more about this problem than I ever will, and I'm hoping your decision comes down on the side of Wild Sheep. The politics of this State of Idaho has favored the Cattleman and Wool growers for the past century. The time has come for change and the wonderful country of Hells Canyon needs your help. (Update to DSEIS Ltr# 20039)

---

**Concern Statement 640.51**

*The Forest Service should enact State legislation to allow lethal removal of stray domestic sheep by veterinarians or the Idaho Department of Fish and Game.*

**Response to Concern 640.51**

The Payette National Forest does not have the authority to enact State legislation; therefore this comment is outside the scope of the analysis.

BLM_0049342

### *Sample Public Comment for 640.51*

Finding a way to effectively and efficiently deal with stray domestic animals when they are located is an issue of concern. The livestock and wildlife communities in Utah have developed a piece of legislation that is being considered this year. The legislation allows for a licensed veterinarian to euthanize certain animals under certain circumstances; modifies requirements for reporting strays; and authorizes the Division of Wildlife Resources to capture or cause the death of certain animals under certain circumstances. Idaho could adopt a similar piece of legislation this next session, thereby reducing one of the key concerns that have been expressed throughout our discussions-reducing the risk of stray domestic sheep coming in contact with bighorn sheep. (DSEIS Ltr #13547)

## 700   RECREATION MANAGEMENT

### Concern Statement 700.51

*The Forest Service should consider motorized recreation impacts to bighorn sheep populations.*

### Response to Concern 700.51

The impacts of motorized recreation on bighorn sheep is outside the scope of this analysis and thus is not covered with this decision.

### *Sample Public Comment for 700.51*

We also request that the following issues be considered and analyzed in the context of this SEIS process:] Recreation impacts to bighorn, particularly ATV and snowmobile use. (DSEIS Ltr #13676)

### Concern Statement 700.52

*The Forest Service should provide information to recreationists using pack stock (goats and llamas) at trailheads, chambers of commerce, and Forest Service offices discussing the need to maintain separation of pack stock and bighorn sheep.*

### Response to Concern 700.52

We will pass this information on to our recreation specialists.

### *Sample Public Comment for 700.52*

The Payette National Forest is heavily used by many people. The use of pack goats and llamas for accessing the high mountain lakes and hiking through the Seven Devils and Hell's Canyon is becoming very popular. Jointly developing an informational piece to be placed at trailheads, chamber of commerce offices, and Forest Service offices that explains the disease transmission issue and provides guidance for keeping their pack animals from coming into contact with bighorn sheep would reduce risk and engage the public in a proactive manner. (DSEIS Ltr #13547)

BLM_0049343

**Concern Statement 700.53**

*The Forest Service should consider the effects of travel management, particularly the management of motorized vehicles when evaluating bighorn sheep management scenarios. Motorized vehicles also contribute to the spread of non-native plants which can affect wildlife habitat quality.*

**Response to Concern 700.53**

The impacts of motorized recreation on bighorn sheep is outside the scope of this analysis and thus is not covered with this effort.

> *Sample Public Comment for 700.53*
>
> The bighorn plan as proposed fails to address the continuing impacts of roads on wildlife, through direct vehicle strikes of bighorn, disturbance from motorized vehicles, and the spread of invasive plants, all of which are exacerbated by the increased use of ATVs. (DSEIS Ltr #1578)

**Concern Statement 700.54**

*The Forest Service should assess the recreational benefits and revenues that are generated from hunting big game as well as the effects domestic sheep grazing has on hunting of big game.*

**Response to Concern 700.54**

The recreational benefits and revenues that are generated form hunting bighorn sheep are include in the economic analysis of this document. The effects of domestic sheep grazing on big game is beyond the scope of this analysis.

> *Sample Public Comment for 700.54*
>
> Government support of the US wool industry at the expense of our forest lands and wildlife really needs some reevaluation. Might it not be better to support viable recreational use. World class hunting of bighorn sheep, mule deer, elk and birds has real long term economic value to local economies and the state, if energetically and economically supported. (Update to DSEIS Ltr# 20014)

## 800    TRIBAL INTERESTS (TREATIES, TRUST OBLIGATION, FISHING RIGHTS)

**Concern Statement 800.09**

*The Forest Service should describe the affected area as inhabited prior to the arrival of white settlers; to do otherwise is inaccurate and disrespectful of the Tribes.*

BLM_0049344

**Response to Concern 800.09**

The Forest Service looks at Affected Environment as that which currently exists. Historical descriptions and past uses are also noted in the document. This statement has been corrected in the FSEIS.

> *Sample Public Comment for 800.09*
>
> The Tribes responded to previous drafts with concerns over specific references to "human" settlement of Idaho (History, Page 3-1, "Human settlement of Idaho in the mid-1800's…"). The Tribes are human and did inhabit the region long before the mid-1800's. Please conduct a global search for this reference, eliminate it and replace it with a more appropriate reference to the settlers of the area. You may refer to it as Euro-American settlement, American settlement or settlement during the mid-1800's. Take appropriate actions to ensure this reference is corrected in the Final EIS. (DSEIS Ltr #14169)

**Concern Statement 800.10**

*The Forest Service should include relevant excerpts from Treaties with the Nez Perce, Umatilla, and the Executive Order with the Shoshone-Paiute Tribes.*

**Response to Concern 800.10**

Discussions pertaining to the Treaties are in the FEIS for the Forest Plan. The Payette National Forest will evaluate the need for expanding these discussions in the FSEIS.

> *Sample Public Comment for 800.10*
>
> The 1868 Fort Bridger Treaty (15 Stat 673) affirmed the reservation and reserved certain off-reservation hunting and gathering rights for the Tribes. Article IV states: 'The Indians herein named agree, when the agency-house and other buildings shall be constructed their permanent home, and they will make no permanent settlement elsewhere; but they shall have the right to hunt on the unoccupied land of the United States so long as game may be found thereon, and so long as peace subsists among the whites and Indians on the borders of the hunting districts.' Please include this excerpt in the DSEIS, page 3-80, with the other excerpts of treaties with the Nez Perce, Umatilla and the Executive Order with the Shoshone- Paiute Tribes. (DSEIS Ltr #14169)

**Concern Statement 800.11**

*The Forest Service should revise the list of bands for the Shoshone-Paiute Tribes as the list in the DSEIS on page 3-81 is incomplete.*

**Response to Concern 800.11**

The list is revised in the FSEIS.

> *Sample Public Comment for 800.11*
>
> The Tribes in reference to TR-1 (page 3-81), since the bands listed for the Shoshone-Bannock Tribes is incomplete, we recommend the Forest Service provide a complete list. (DSEIS Ltr #14170)

BLM_0049345

**Concern Statement 800.12**

*The Forest Service should include a discussion of Tribal Treaty Rights for hunting in the FSEIS.*

**Response to Concern 800.12**

This discussion is contained in the FSEIS and was also contained in the FEIS for the Forest Plan.

> ### Sample Public Comment for 800.12
>
> The lack of discussion regarding tribal rights regarding hunting does not provide a complete assessment of affected environment. Excerpts of treaties with the Shoshone-Bannock, Nez Perce, Umatilla and the Executive Order with the Shoshone- Paiute Tribes should be included. (Internal Comment)

**Concern Statement 800.13**

*The Forest Service should protect the Treaty Reserved rights of the Nez Perce Tribe by eliminating the risk of contact with domestic sheep.*

**Response to Concern 800.13**

A variety of options are considered in the analysis and the effects to Trust responsibilities are disclosed in the Tribal section.

> ### Sample Public Comments for 800.13
>
> I am an enrolled Member of the Nez Perce Tribe. I [ask] you to act to protect the Treaty Reserved rights of the Nez Perce Tribe and protect bighorn sheep by eliminating the risk of contact with domestic sheep. (DSEIS Ltr #14051)
>
> The modeled extirpation risk values from the disease model, though flawed due to technical problems with the foray and home range models, provide a useful basis for conservation planning. However, an equally valid interpretation of those values is as representing probabilities that the Payette National Forest, through their decision and actions on this issue, will extinguish a tribal treaty right (that of the Nez Perce Tribe) within the next 100 years. It is extraordinary that the Forest might consider it reasonable that they might extinguish such a right at a probability anywhere approaching 5% or more over the next 100 years. (Update to DSEIS Ltr# 20046)

**Concern Statement 800.14**

*The Forest Service should honor its "Trust Responsibility" to protect Nez Perce Treaty Rights and Forest Service policy to provide viable wildlife populations.*

**Response to Concern 800.14**

The Payette National Forest is assessing the amount of habitat the Forest needs to provide for viable populations of bighorn sheep and the effects a variety of alternatives will have on the persistence of bighorn sheep populations.

BLM_0049346

### Sample Public Comment for 800.14

The Chief of the Forest Service has directed the Payette National Forest to amend the 2003 Forest Plan to add more protections to bighorn sheep. He did that because he agreed with the appeal by the Nez Perce Tribe that the 2003 plan did not protect enough habitat to assure viable populations of bighorn sheep. I believe the Chief's conclusion is proof the Forest [Service] has not lived up to its "Trust Responsibility" to protect Nez Perce treaty Rights or to Forest Service policy to provide viable wildlife populations. (DSEIS Ltr #14065)

### Concern Statement 800.15

*The Forest Service must adopt a standard of "No Contact" between bighorn sheep and domestic sheep by allowing no grazing in occupied habitat and using buffers because Treaty Rights supersede any other, and grazing should be permitted only if it does not conflict with those Rights.*

### Response to Concern 800.15

The Payette National Forest has said all along that "No Contact" between bighorn sheep and domestic sheep is desired with this analysis and subsequent decision. Therefore, the Payette National Forest is analyzing the efficacy of that with a variety of alternatives.

### Sample Public Comment for 800.15

To protect the reserved rights of the Nez Perce Tribe you must adopt a Standard of allowing "No Contact" between bighorn sheep and domestic sheep on the forest. Treaty rights, by law, come first. (DSEIS Ltr #14074)

### Concern Statement 800.16

*The Forest Service should consider that the Tribes have a history of use of the bighorn sheep that is a reserved right extending back thousands of years, and that domestic livestock use has only been permitted for 50 or 100 years.*

### Response to Concern 800.16

The Forest Service has disclosed in the document that bighorn sheep are important to tribal members. Comparison of Tribal Right and permitted privileges is outside the scope of this analysis.

### Sample Public Comment for 800.16

My ancestors have a history of use of the bighorn sheep resource in this region. There is no comparison of that reserved right and history of use extending back thousands of years to a privilege to graze domestic livestock in exchange for a fee for the last 50 or 100 years. (DSEIS Ltr# 14118)

BLM_0049347

**Concern Statement 800.17**

*The Forest Service must protect the Nez Perce Tribal Treaty rights from the effects of permitted use that has economic benefits for only a few individuals.*

**Response to Concern 800.17**

The SEIS will include discussion of potential environmental justice effects of the alternatives. Executive Order 12898 requires Federal agencies to "identify and address the disproportionately high and adverse human health or environmental effects of its programs, policies, and activities on minority populations and low-income populations." The Order also directs agencies to consider patterns of subsistence hunting and fishing when an agency action may affect fish or wildlife. In addition, the Payette National Forest will discuss tribal values under the section on "Economic Efficiency and Non-market Values". The Payette National Forest has solicited information from Tribal Governments for information on subsistence, traditional, and cultural uses. The extent of analysis is dependent upon the extent of information received. The Payette National Forest will quantify analysis based on information received, however qualitative analysis may be all that is possible.

> *Sample Public Comment for 800.17*
>
> My rights must be protected from the impacts of the permitted use allowed for the economic benefit of the few. (DSEIS Ltr #14118)

**Concern Statement 800.18**

*The Forest Service should consider that there are so few bighorn sheep left that we are unable to teach a new generation of tribal craftsmen how to use the resource and that we are guaranteed access to this resource through our Tribal Treaty Rights.*

**Response to Concern 800.18**

The large decline in bighorn sheep populations is acknowledged in the document.

> *Sample Public Comment for 800.18*
>
> Currently, bighorn sheep are so scarce it is difficult to obtain one, let alone obtain enough raw materials to enable a new generation of tribal craftsmen to have sufficient materials to learn how to use the resource. This is a resource that is guaranteed by treaty that you as the representative of the Forest Service is pledged to protect on behalf of the Nez Perce people. (DSEIS Ltr #14086)

BLM_0049348

**Concern Statement 800.19**

*The Forest Service should acknowledge that the importance of the bighorn sheep goes beyond its legal ties to Treaty Rights and extends throughout Tribal culture.*

**Response to Concern 800.19**

The importance of bighorn sheep is acknowledged in the FSEIS.

> *Sample Public Comments for 800.19*
>
> The importance of bighorn sheep to the Tribes goes beyond its legal ties to Treaty rights. The bighorn sheep are described legends, stories and are prominent in Tribal culture, language, and traditional practices. The Sheep-Eater bans (Tukideka) were those peoples who primarily resided within the Snake River basins and its tributaries, relying on the subsistence resources provided and technology gained by utilization of the bighorn sheep. The Shoshone and Bannock peoples were known to make special trips to hunt the bighorn sheep. The most notable traditional use was the large horns of the rams for highly prized, powerful bows. The hide was used to make robes, sacks, saddles, scabbards, cradles, medicine rattles and drums. (DSEIS Ltr #14170)
>
> Tribal rights deserve (demand) an availability of bighorn sheep, a traditionally important species to American Indians. (Update to DSEIS Ltr# 20082)

**Concern Statement 800.20**

*The Forest Service is required to protect Nez Perce Treaty Rights by protecting bighorn sheep habitat.*

**Response to Concern 800.20**

The availability of bighorn sheep habitat is discussed throughout Chapter 3 of the SEIS.

> *Sample Public Comment for 800.20*
>
> The Chief of the Forest Service concluded in 2005 that the bighorn sheep resource on the Payette National Forest is in immediate threat of extirpation due to the continued presence of domestic sheep within areas delineated as occupied bighorn sheep habitat. The trust responsibility you hold as the federal official making this decision requires you protect Nez Perce Treaty rights by protecting bighorn sheep habitat. (DSEIS Ltr #14051)

BLM_0049349

**Concern Statement 800.21**

*The Forest Service should consider that the Nez Perce Treaty of 1855 is the supreme law of the land and, therefore, must be followed. The Treaty requires the Federal Government to provide habitat capable of providing huntable populations of bighorn sheep, as well as other species.*

**Response to Concern 800.21**

The Forest Service is acknowledging Tribal Trust Responsibilities and has consulted with the Tribe on numerous occasions. Providing adequate habitat for bighorn sheep viability is the focus of this analysis.

> *Sample Public Comment for 800.21*
>
> As I understand the Nez Perce Treaty of 1855, it is the supreme law of the land and it requires the Federal Government to provide habitat that is capable of providing huntable populations of bighorn sheep as well as other species. I would suggest you make it perfectly clear that this treaty is the law and must be followed. (DSEIS Ltr# 13495)

**Concern Statement 800.22**

*The Forest Service should manage the bighorn sheep habitat to meet the needs of an expanding population because the current population levels provide very little harvest opportunity for the Tribe and Treaty hunter.*

**Response to Concern 800.22**

That is the intent of the analysis and decision.

> *Sample Public Comments for 800.22*
>
> The Payette National Forest must manage the bighorn sheep habitat to meet the needs of the expanding population rather than the current population. The current population level on the Payette National Forest provides very little harvest opportunity. The Tribe and the Treaty Hunter will need a robust resource to support subsistence harvest at the levels desired. (DSEIS Ltr #14071)
>
> The Tribes continue a subsistence lifestyle, reserved by the Fort Bridger Treaty, to maintain Tribal traditions, improve our health, and return to our aboriginal territories. The Tribes, through the Fort Hall Business Council and Fish and Game Commission, promulgate Tribal regulations for the hunting of big game species each year; as authorized by the Tribes 7976 Big Game Code. The Tribal Fish and Wildlife Department has issued permits to hunt big game species [deer, elk, moose, antelope, and bison) on 'unoccupied lands of the United States' since approximately 1976, with harvest monitored collaboratively by Tribal wildlife biologists and Tribal enforcement personnel. The assessment area is a traditional area utilized by Tribal members for hunting of fish and wildlife, particular to this discussion big horn sheep. The Forest Service should take a conservative approach to ensure management provides for the harvestable populations of big game species. (Update to DSEIS Ltr# 20069)

BLM_0049350

**Concern Statement 800.23**

*The Forest Service should not give credence to the Nez Perce Tribe's support of elimination of domestic sheep grazing because the Tribe may only be interested in protecting their hunting rights.*

**Response to Concern 800.23**

The Forest Service has Tribal Trust Responsibilities to uphold. No comment from the Nez Perce tribal members requested eliminating domestic sheep grazing, rather only removing it from areas needed for bighorn sheep existence.

*Sample Public Comment for 800.23*

[T]he Nez Perce Tribe's support of elimination of domestic sheep grazing and trailing under the guise of protecting the bighorn, while they are unwilling to report or limit their own bighorn harvest, is hypocritical. (DSEIS Ltr #12957)

**Concern Statement 800.24**

*The Forest Service should coordinate with Idaho Fish and Game to allow the Tribe to be allocated one bighorn sheep permit a year. In return, the Tribes should be willing to support the State and Forest Service in the management of the bighorn sheep with personnel and financing.*

**Response to Concern 800.24**

While state policy on bighorn sheep allocation is beyond the scope of this analysis, the Payette National Forest encourages the Tribes and States to communicate regarding this issue.

*Sample Public Comment for 800.24*

In the draft supplement you indicate that part of the effort to enhance the bighorn sheep viability and expand both numbers and occupied habitat were to meet tribal desires based on their treaties. A similar tribal concession was made by IDFG [Idaho Department of Fish and Game] in their wolf management plans. In fact, the tribe was provided concessions in harvest and management level of the wolf population. This was not part of the discussion in dealing with viability of the bighorn sheep population. Yet as I have pointed out above this predator can substantially alter the viability and use of habitat by the bighorn. It would appear that this lack of management coordination is entirely political in nature and a solution should be made clear before any decisions are made that would influence grazers on the Payette Forest. (DSEIS Ltr #11608)

BLM_0049351

**Concern Statement 800.25**

*The Forest Service should analyze the effect of the use of resources by Tribal members.*

**Response to Concern 800.25**

Affects to bighorn sheep populations due to hunting is not the focus of this analysis and is outside the scope.

> *Sample Public Comment for 800.25*
>
> In your analysis I do not see any study of the use of resources on the forest by the Nez Perce people I do not see evidence of any dialogue between the Payette National Forest and the Nez Perce Tribe asking the Tribe the size and distribution of the bighorn sheep resource the Tribe would desire to have at which locations to meet its needs. (DSEIS Ltr #14083)

**Concern Statement 800.26**

*The Forest Service should work with the Tribes to set the desired size and distribution of the bighorn sheep population.*

**Response to Concern 800.26**

The Payette National Forest has formally consulted with the Tribes to better understand their desires.

> *Sample Public Comment for 800.26*
>
> I do not see evidence of any dialogue between the Payette National Forest and the Nez Perce Tribe asking the Tribe the size and distribution of the bighorn sheep resource the Tribe would desire to have at which locations to meet its needs. (Internal Comment)

**Concern Statement 800.27**

*The Forest Service should distinguish between the Payette National Forest's actual trust responsibilities as limited by treaties and Executive Orders signed with each tribe, versus the Payette National Forest's statutory responsibilities to comply with NEPA and other applicable statutes as applied to Native American tribes. The Final SEIS should acknowledge that, while not required, the Payette National Forest is operating under a higher standard, which surpasses its treaty obligations.*

**Response to Concern 800.27**

Discussion regarding tribal trust responsibilities and statutory NEPA requirements is beyond the scope of this analysis.

BLM_0049352

### Sample Public Comment for 800.27

The revised information and assessment of impacts of alternatives on tribal interests is misleading. An improper application of tribal rights and interests has again been used in the analysis. While the Federal government must provide consideration of tribal rights and interests, and consult with tribes, there is no obligation to provide expanded bighorn hunting opportunities for the tribes as the analysis suggests. The tribes are unwilling to report and limit their harvest of bighorns. We should not be modifying our forest management plans and sacrificing multiple use in order to provide more opportunity for bighorn harvest by tribes unwilling to embrace fundamental wildlife management and conservation concepts. The Nez Perce Tribe's support the elimination of domestic sheep grazing and trailing on the Payette, under the guise of protecting the bighorn, while they are unwilling to report or limit their own bighorn harvest or eliminate their own domestic sheep and goat operations. The tribes do no regulate their own member's sheep/goat/livestock operations, which are also adjacent to bighorn herds. The EIS continues to place too much emphasis on expanding tribal bighorn harvest opportunities. (Update to DSEIS Ltr# 20093)

### Concern Statement 800.28

*The Forest Service should provide proof that areas within the Ecogroup were used by the tribes for hunting and subsistence of bighorn sheep.*

### Response to Concern 800.28

The Treaties and Executive Orders are the direction and law followed by the Payette National Forest to assess this situation.

### Sample Public Comment for 800.28

Comment #42, pgs. 3-85 through 3-88: Comments on tribal rights and interests. The Tribal Rights and Interests section of the DSEIS supplements and replaces portions of the previous Tribal Rights and Interests analysis of the FEIS. Although the FEIS included an analysis of the effects Forest Service management would have on the ability of the agencies to meet general federal trust duties and treaty-specific obligations, the Forest Service decided to supplement the analysis by introducing alternatives discussing the risk of potential contact between bighorn sheep and domestic sheep and the effects of the contact on the bighorn population over time. In so doing, the revised Tribal Rights and Interests section (I) analyzes the effects of the new alternatives on the Nez Perce and Shoshone-Bannock as well as tribes not previously considered, such as the Shoshone-Paiute and the Confederated Tribes of the Umatilla Indian Reservation; (2) analyzes the availability of bighorn sheep; and (3) discloses the effects on the associated use of traditional cultural properties important to tribal rights and interests. The 2008 DSEIS states that the ancestors of the modern day Nez Perce, Shoshone- Bannock, Shoshone-Paiute, and Confederated Tribes of the Umatilla Indian Reservation (collectively the "Tribes") "were present in the Ecogroup area long before the establishment of the Boise, Payette, and Sawtooth National Forests. Many of the treaties and executive orders signed by the United States government in the mid-1800s reserved homeland for the tribes." 2008 DSEIS at 3-80. In addition, "the treaties with the Nez Perce, the Shoshone-Bannock, and the Confederated Tribes of the Umatilla Indian Reservation reserved certain rights outside of established reservations, including fishing, hunting, gathering, and grazing rights." Id. (Update to DSEIS Ltr# 20070)

BLM_0049353

## 990 OUTSIDE THE SCOPE OF FOREST PLAN AND MISCELLANEOUS

### Concern Statement 990.16

*The Forest Service should consider that the HCRNA does not have legal influence outside of its boundary.*

### Response to Concern 990.16

Management on the Payette National Forest not only has direct effects, but also has indirect effects and cumulative effects that must be considered according to Federal law.

#### Sample Public Comment for 990.16

[Page 2-18] the inference that the HCNRA has a legal influence outside of that boundary is inappropriate. A boundary is a legal distinction, but the LMP management area decisions could reflect compatible decisions. (DSEIS Ltr #11608)

### Concern Statement 990.17

*Alternative 7E provides the greatest protection to bighorn sheep habitat and removes the threat of disease exposure from domestic sheep which leads to the highest probability of persistence of all bighorn sheep populations in Hells Canyon and the Salmon River Canyon. Please select Alternative 7E.*

### Response to Concern 990.17

The analysis does disclose that Alternative 7E affords the greatest protection for bighorn sheep from contact with domestic sheep permitted to graze on the Payette National Forest.

#### Sample Public Comment for 990.17

Please select Alternative 7E as it provides the greatest protection for bighorn sheep habitat. It also affords protection from contact with domestic sheep on the Forest. Alternative 7E provides for the greatest chance of persistence of the bighorn sheep populations in Hells Canyon and the Salmon River Canyon. Letters 20005, 20009, and 20049.

BLM_0049354

# Agency, Elected Officials, and Tribal Comment Letters

## AGENCY, ELECTED OFFICIALS AND TRIBAL LETTERS ON THE DSEIS

State of Idaho, Governor C.L. Butch Otter
Shoshone-Bannock Tribes
DOI, Bureau of Land Management, Idaho State Office
Burns Paiute Tribe
State of Washington, Department of Fish and Wildlife
Nez Perce Tribe, Tribal Executive Committee
State of Idaho, District 29A, Bannock County
State of Oregon, Governor Theodore Kulongoski
Environmental Protection Agency, Region 10
DOI, Office of Environmental Policy and Compliance
Washington County, ID, Board of County Commissioners

BLM_0049355





C. L. "BUTCH" OTTER
GOVERNOR

February 26, 2009

Suzanne Rainville, Forest Supervisor
Payette National Forest
Attn: Bighorn Sheep Comments
800 West Lakeside Avenue
McCall, ID 83638

Dear Suzanne,

The State of Idaho (the State) submits the following comments regarding the Draft Supplemental Environmental Impact Statement (DSEIS) released for public review by the U.S. Forest Service (USFS) in September 2008 for the Payette National Forest. The Idaho State Department of Agriculture (ISDA) is responsible for encouraging and promoting in every practical way Idaho's agricultural interests, including the domestic sheep industry. The Idaho Department of Fish and Game (IDFG) is responsible for preserving, protecting, perpetuating and managing all wildlife in Idaho, including bighorn sheep.

Under the Multiple-Use Sustained-Yield Act of 1960 (16 USC §§ 528-531), the National Forest Management Act of 1976 (16 USC §§1600-1614), and similar federal laws and implementing regulations for management of public lands, the USFS's general mandate with respect to managing the National Forest System is to sustain the multiple uses of its renewable resources in perpetuity while maintaining the long-term productivity of the land. These federal statutes and regulations direct the administration of national forests for outdoor recreation, range, timber, watershed, and wildlife and fish purposes. Grazing and the protection of wildlife habitat within the National Forest System, and on the Payette National Forest in particular, have long been accepted as traditional and valuable multiple-use practices.

The State encourages the Payette National Forest, regardless of what strategy is selected, to thoroughly analyze and explain its jurisdictional authority with respect to bighorn sheep. For example, the National Forest Management Act of 1976 limits the Forest Service's authority as it relates to habitat for native wildlife species. Recognizing the extirpation and reintroduction efforts of the Hells Canyon Area bighorn sheep meta-population, a discussion as to how the Payette National Forest interprets its jurisdictional limitations is encouraged. In addition, the Regional Forester was "instructed to do an analysis of bighorn sheep viability in the Payette NF . . . and amend the SW Idaho Ecogroup FEIS accordingly." Decision for Appeal of the Payette National Forest Land and Resource Management Plan Revision at 15. Again recognizing the successful reintroduction efforts of the Hells Canyon Area bighorn sheep meta-population, an analysis of how the Payette National Forest interprets viability as it relates specifically to the two meta-populations within the Payette Forest also is encouraged.

ALTERNATIVES

The State of Idaho supports alternative 7J, to the extent that it provides for the use of landmarks such as watershed divides to aid in managing separation. ISDA and IDFG, as policy advisors on this issue, believe the use of easily recognizable landmarks and the incorporation of known animal behavior as part of an overall separation strategy is superior to arbitrarily determined and invisible boundaries such as geographic population ranges (GPR).

BLM_0049366

Regardless of the alternative, the State of Idaho endorses the use of best management practices as identified in the Idaho Fish and Game Commission's Interim Strategy. Where occupied bighorn sheep habitat and grazing allotments overlap or are in close proximity, very stringent management practices are necessary to promote separation to an acceptable level of risk of contact between domestic sheep and bighorn sheep.

The final SEIS also should consider the presence of substantial amounts of private property within the area of the extant Salmon River population of bighorn sheep. The greatest potential for conflict, the Allison-Berg Allotment, lies north of the Salmon River within the Nez Perce National Forest. The final SEIS should acknowledge that closing Salmon River area allotments does not remove domestic sheep from private property and likely complicates the ability to manage risk on these private properties.

All proposed alternatives in the DSEIS have negative economic impacts on all existing permittees within the Payette National Forest, up to and including leaving ranching operations non-viable. Given these harsh consequences, it is imperative that the strategy selected accomplish the clearly defined objectives of the Payette National Forest. For example, the DSEIS alternatives propose significant change in numbers of domestic sheep to be authorized.[1] The direct or indirect effect of reducing domestic sheep headmonths across the forest, such as the change in the predator-prey relationship and the change in the fire regime should be discussed and analyzed.[2] The State does not recommend any alternative that negatively impacts existing permittees if the Payette National Forest cannot demonstrate that the direct and indirect effects of that action is authorized by law and cannot demonstrate that the action will meet clearly defined bighorn sheep viability objectives.

The State also recommends that the final SEIS should consider the following additional references:

Cook, Arnett, Irwin and Lindzey. Population Dynamics of Two Transplanted Bighorn Sheep Herds in Southcentral Wyoming. Biennial Symposium of the Northwestern Wild Sheep and Goat Council 7: 10-30.

Festa-Bianchet: A Pneumonia Epizootic in Bighorn Sheep, with Comments on Preventative Management. Biennial Symposium of the Northwestern Wild Sheep and Goat Council 6:66-76.

George, J.L., D.J. Martin, P.M. Lukacs, and M.W. Miller. 2008. Epidemic Pasteurellosis in a Bighorn Sheep Population Coinciding with the Appearance of Domestic Sheep. Journal of Wildlife Diseases, 44(2): 388-403.

Research Recommendations for the Wyoming State-wide Bighorn/Domestic Sheep Interaction Working Group. January 14, 2008.

---

[1] Table RR-1a shows there currently are 79,646 headmonths and the various alternatives are showing changes in headmonths from zero to 51,434 headmonths with the proposed alternative at 27,534 headmonths (an approximate 65% reduction) of domestic sheep.

[2] The final SEIS should consider impacts to habitat and other resources from changes in fire regime (and/or changes in attendant USFS fire management practices) that could occur with significant changes in grazing practices. For example, under USFS's preferred alternative (7G), nearly 65% of the domestic sheep will be eliminated from the forest. Such a drastic reduction in grazing will result in approximately 8.4 million pounds of dry vegetation left within the forest. This change in the amount of fine fuels being left behind would change how fire occurs throughout the forest.

NSG BHS SEIS

ADDITIONAL IMPACTS TO CONSIDER

Alternatives 7J and 7G have considerable potential of providing separation. The State feels they both have promise for maintaining separation of the two species to a level that may provide for viability across the planning area. Alternative J uses watershed divides as boundaries and may be the easier of the two to implement because these are more recognizable boundaries. Alternative G, however, relies on the GPR boundaries, which are somewhat more nebulous in description and problematic for implementation on the west side of the Payette National Forest near Hells Canyon.

As discussed in the DSEIS (3-28), it is difficult to determine an acceptable level of risk of contact. The DSEIS also states that traditional population viability modeling results suggest that bighorn sheep populations cannot persist over time unless the frequency of contact is reduced. The State agrees with the assumption in the DSEIS that risk of contact between bighorn and domestic sheep must be low.

The State of Idaho's Interim Sheep Strategy contains a suite of actions that could be implemented to assist with the goal of achieving separation. Geographic and/or temporal separation of the two species appears to be the most effective means reported in the literature. Additionally, the Wyoming State-wide Bighorn Sheep/Domestic Sheep Interaction Working Group Recommendations should be consulted for information, including but not limited to, the identification of alternative allotments for displaced permittees.

To summarize, the State of Idaho supports the concept of utilizing watershed divides and animal behavior to supplement other practices designed to manage separation. Given the number of questions that appear to be unaddressed in the DSEIS, the State encourages the Regional Forester to develop a new alternative from those proposed, an alternative that strives to meet bighorn sheep viability objectives while providing for a continued domestic sheep industry in the region.

This issue is of utmost importance to the citizens of our great state, and we thank the Payette National Forest for considering our comments.

As Always – Idaho, "Esto Perpetua"

C.L. "Butch" Otter
Governor of Idaho

BLM_0049358

NSG BHS SEIS 1604



RECEIVED
DEC 1 0 2008
PAYETTE NF
SUPERVISOR'S OFFICE

C. L. "BUTCH" OTTER
GOVERNOR

December 8, 2008

Suzanne C. Rainville
Forest Supervisor
U.S. Department of Agriculture, Forest Service
Payette National Forest
800 W Lakeside Ave
McCall, ID 83638-3602

Re:    Draft Supplemental Environmental Impact Statement

Dear Suzanne,

Please accept this letter as a request for an extension of time to receive comments on the Payette National Forest Draft Supplemental Environmental Impact Statement ("DSEIS"). The State of Idaho has been reviewing the DSEIS since its publication in September 2008, and intends to provide written comments to the Payette National Forest. More time is needed for the State to provide the most useful and thorough comments on this complex issue.

As you know, I have asked the Idaho Department of Fish and Game and the Idaho State Department of Agriculture to co-chair a working group to develop a statewide bighorn sheep management strategy. Although this working group will not be addressing the DSEIS specifically, many of the participants have expressed an interest in providing comments to the Payette National Forest on behalf of the groups they represent. Additional time for the working group to meet should result in more coordinated and comprehensive comments from the meeting participants.

Thank you for your consideration of this request.

As Always – Idaho, "Esto Perpetua"

C.L. "Butch" Otter
Governor of Idaho

Pc:    Cal Groen, IDFG
       Celia Gould, ISDA

STATE CAPITOL • BOISE, IDAHO 83720 • (208) 334-2100

BLM_0049359

NSG BHS SEIS 13769



"Yvette Tuell"
<ytuell@shoshonebann
ocktribes.com>

03/03/2009 02:18 PM

To: <payettebighorn@fs.fed.us>
cc:
Subject: Shoshone-Bannock Tribes - Comments to DSEIS

Please find the attached official comment letter from the Shoshone-Bannock Tribes.
Please contact me if you have any further questions.
Thanks.
Yvette
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**Yvette Tuell**
**Shoshone-Bannock Tribes**
**Environmental Program**
**208-239-4552 (office)**
**208-221-2995 (cell)**
**ytuell@shoshonebannocktribes.com**



Payette.BigHornSheep.l.3.3.09.pdf

# *The* SHOSHONE-BANNOCK TRIBES 13769

FORT HALL INDIAN RESERVATION
PHONE   (208) 478-3700
FAX #     (208) 237-0797

FORT HALL BUSINESS COUNCIL
P.O. BOX 306
FORT HALL, IDAHO 83203

March 2, 2009

Suzanne Rainville
Forest Supervisor, Payette National Forest
800 West Lakeside Avenue
McCall, ID 83638-3602

RE:  Shoshone-Bannock Tribes comments to the Payette Draft Supplemental
Environmental Impact Statement

The Shoshone-Bannock Tribes (Tribes) reviewed the available information from the
Draft Supplemental Environmental Impact Statement (DSEIS) and provided at the formal
government to government consultation in Fort Hall, January 14, 2009; and, hereby
submit the following comments; intended to supplement prior comments submitted by
the Tribes.

The intent of NEPA is to provide a process that uses a comprehensive and strategic
approach to decision-making that integrates environmental considerations to achieve a
"productive harmony" among various social, economic and environmental objectives.
The Tribes expect the Forest Service to fully protect and enhance Tribal rights and
interests; implementing management strategies which demonstrate a commitment to trust
responsibility.

**Treaty**
Various un-ratified treaties were negotiated and signed between the numerous bands of
Shoshone and Bannock and the United States.  The Fort Bridger Treaty of July 3, 1868
was the only treaty ratified by Congress, between the Eastern Shoshone bands and the
Bannocks.   In 1867 an Executive Order reserved the Fort Hall Reservation as the
permanent homeland of the Shoshone and Bannock peoples.  The 1868 Fort Bridger
Treaty (15 Stat 673) affirmed the reservation and reserved certain off-reservation hunting
and gathering rights for the Tribes.  Article IV states:

> *The Indians herein named agree, when the agency-house and other
> buildings shall be constructed on their reservations named, they will make
> said reservations their permanent home, and they will make no permanent
> settlement elsewhere; but they shall have the right to hunt on the
> unoccupied land of the United States so long as game may be found*

BLM_0049361

NSG BHS SEIS 14170

# *The* SHOSHONE-BANNOCK TRIBES

FORT HALL INDIAN RESERVATION
PHONE   (208) 478-3700
FAX #   (208) 237-0797

FORT HALL BUSINESS COUNCIL
P.O. BOX 306
FORT HALL, IDAHO 83203

November 14, 2008

Suzanne Rainville
Forest Supervisor
Payette National Forest
800 West Lakeside Avenue
McCall, ID  83638-3602

**RE: PAYETTE NATIONAL FOREST – Draft SEIS for the Southwest Idaho Ecogroup Land and Resource Management Plan FEIS - Shoshone-Bannock Tribes comments**

The Shoshone-Bannock Tribes (Tribes) thanks the Payette National Forest (PNF) for seeking Tribal input on this proposed Draft Supplemental Environmental Impact Statement (DSEIS) for the Southwest Idaho Ecogroup Land and Resource Management Plan Final Environmental Impact Statement (FEIS). The Tribes consider ALL lands with in the PNF to be within our Area of Interest and express our concerns regarding Tribal rights related to the DSEIS. The Tribes' technical staff has reviewed the available information and offers the following comments on the DSEIS.

The Tribes stress the importance of initiating efforts to restore the Snake River system and affected unoccupied lands to a natural condition. Article IV of the Fort Bridger Treaty of July 3, 1868, reserved the right to hunt on the unoccupied land of the United States and the Tribes work diligently to ensure the protection, preservation and enhancement of those rights for future generations. The Tribes management policies generally allow us to support those actions that will improve or restore resource conditions. The Shoshone-Bannock Tribes Policy for Management of Snake River Basin Resources states:

> *The Shoshone Bannock Tribes (Tribes) will pursue, promote, and where necessary, initiate efforts to restore the Snake River systems and affected unoccupied lands to a natural condition. This includes the restoration of component resources to conditions which most closely represents the ecological features associated with a natural riverine ecosystem. In addition, the Tribes will work to ensure the protection, preservation, and where appropriate-the enhancement of Rights reserved by the Tribes under the Fort Bridger Treaty of 1868 (Treaty) and any inherent aboriginal rights.*

BLM_0049362

NSC BHS SEIS 14170

As stated in the DSEIS, the purpose is to respond to instructions received from the Appeal Reviewing Officer on March 9, 2005 regarding the appeals to the 2003 Record of Decision. The Appeal Reviewing Officer found, the viability of bighorn sheep populations appears to be threatened "…without immediate removal of domestic sheep from occupied bighorn sheep habitat, bighorn within that habitat are likely at risk of extirpation." The need is to conduct a bighorn sheep viability analysis on the PNF that looks at disease transmission from domestic sheep; how domestic sheep impact the persistence of bighorn sheep populations over time; amend the Forest Plan; and, compliance with the National Forest Management Act and the Hells Canyon National Recreation Area Act (HCNRA).

The Tribes are pleased that the Forest Service is recognizing Tribal rights and interests are not always reflected in their management documents. We agree with the Forest Service's determination that, "Forest Plan management strategies may affect the availability of resources and the use of traditional places important to American Indian rights and interests". If bighorn sheep populations are extirpated on the PNF, the Tribes would experience a great loss to reserved Treaty rights and traditional cultural practices, which accompany those rights. Our ability to maintain our unique culture is hinged upon the management of federal lands and resources.

Two Rocky Mountain bighorn sheep metapopulations occur within the PNF, the Hells Canyon and the Salmon River, and bighorn sheep source habitat is considered "contiguous" although not all is currently occupied. Akenson and Akenson, 1992, observed bighorn sheep with geographically separate winter ranges sharing summer ranges, with positive and negative effects. Since it is unknown how many bighorn sheep populations intermingle and it is assumed that they do, we strongly recommend the Forest Service err on the side of conservation. Bighorn sheep from the Salmon River Metapopulation are considered important genetic stock since they were never extirpated and these populations may overlap with the PNF and must be protected from what is considered, "as the number one cause for bighorn sheep population declines throughout North America" (Garde et al., 2005).

Chapter 2 – Alternatives Considered
The Tribes understand, the higher the risk ratio, the lower the total relative risk remains on the landscape. After a review of the Alternatives Considered, the Tribes identify Alternative 7E as the only viable option.

Page 2-17, identifies three alternatives (7G, 7E, and 7H) to be compliant with the HCNRA and of those only one (Alternative 7E) would have the potential to maintain a viable population of bighorn sheep and protect Tribal rights and interests, based upon U.C. Davis modeling. The Agency Preferred Alternative 7G, considers no land within the Geographic Population Range (GPR) as suitable for domestic sheep grazing, with 20% of the total relative risks remaining. Alternative 7H considers 100% of both the Hells Canyon and the Salmon River GPR's as unsuitable for domestic sheep grazing, with 4% of the total relative risk remaining on the landscape. Since no other Alternatives except 7G, 7E and 7H, would maintain compliance with the HCNRA or provide for

2

BLM_0049363

Tribal rights and interests, the Tribes request all other alternatives be removed from further consideration.

The Tribes disagree with the Forest Service's selection of the Preferred Alternative 7G. From a risk based approach neither the Tribes nor the science can support an alternative where a species can repeatedly lose more than half of its numbers, as would be the case with Alternative 7G and 7H. The Tribes support Alternative 7E as the preferred alternative because it designates no areas in the PNF as suitable for grazing of domestic sheep and removes all risk for contact between domestic and bighorn sheep.

Chapter 3 – Affected Environment
Page 3-1: History – This section makes inaccurate statements about human settlement. "Although some estimate numbers are even lower – 1 percent of what they were before human settlement (Martin et al. 1996)", and "Human settlement of Idaho in the mid-1800s increased harvest of bighorn sheep and introduced domestic sheep". Native peoples have been present in the Snake River basin, including the PNF since time immemorial, as supported by archeological reports. Shoshone and Bannock peoples are human, and we would appreciate appropriate recognition as it pertains to Forest Service documents.

The importance of bighorn sheep to the Tribes goes beyond its legal ties to Treaty rights. The bighorn sheep are described in legends, stories and are prominent in Tribal culture, language, and traditional practices. The Sheep-Eater bands (*Tukideka*) were those peoples who primarily resided within the Snake River basins and its tributaries, relying on the subsistence resources provided and technology gained by utilization of the bighorn sheep. The Shoshone and Bannock peoples were known to make special trips to hunt the bighorn sheep. The most notable traditional use was the large horns of the rams for highly prized, powerful bows. The hide was used to make robes, sacks, saddles, scabbards, cradles, medicine rattles, and drums.

Page 3-23: The section on Bighorn Sheep Viability recognizes the discussion of viability will need to go beyond the borders of the Payette National Forest. The Tribes agree with this statement and request that a broader viability assessment be completed by the Forest Service, BLM, the State of Idaho and the Tribes, to include the entire Salmon River Metapopulation and source habitat. The Salmon River Metapopulation is considered an important native genetic stock, which has never been extirpated, and has adjacent source habitat on Forest Service, BLM, State lands. The PNF's viability assessment of only the South Fork and Big Creek populations fails to address impacts from migrating populations, crossing geopolitical boundaries. The PNF must consider and analyze the impacts from domestic sheep grazing from a multiagency perspective to address cumulative impacts.

Page 3-28: The modeling completed by U.C. Davis suggests there is likely no, or extremely minimal, level of contact at which a bighorn population can persist. Their modeling shows that even a 2% risk of contact predicted a 50% probability of at least one respiratory disease outbreak causing greater that 40% bighorn sheep mortality during the

3

BLM_0049364

Shoshone-Bannock Tribes comments                                         November, 2008
Payette National Forest – DSEIS Southwest Idaho Ecogroup Land and Resource Management Plan FEIS

next 70 years. "No population of any species can repeatedly lose nearly half its numbers and remain viable". The agency preferred alternative provides for a 20% risk of contact, ten times the risk noted by the UC Davis model. The PNF has identified a preferred alternative which has a high potential of resulting in an outbreak that may functionally extirpate bighorn sheep populations over the next 70 years. This level of risk is unacceptable to the Tribes and request the Forest Service select the alternative from the DSEIS which ensures the long-term viability of the bighorn sheep.

Page 3-81: Factors Affecting Tribal Rights and Interests – The Forest Service relies on five factors to analyze the effects to tribal rights and interests; two of which were not discussed in the affected environment. We found no reference of the Tribes' annual harvest need or any mention of the historical locations the tribal members wish to utilize for their hunts. As stated previously the Tribes consider ALL lands with in the PNF to be within our Area of Interest and agree with Alternative 7E's statement that, "In the long term, it may provide the greatest ability to harvest bighorn sheep in all traditional locations influenced by the Payette National Forest". The Tribes will not engage in a quantitative exercise of putting numbers on Tribal needs. From a qualitative perspective, access and opportunity to continue harvest of bighorn sheep is essential to the Tribes; therefore, long-term viability is a necessary component of any alternative.

It is unclear how the Forest Service arrived at these, "five factors". As noted above, the impacts to the Tribes are not simply related to harvest but also tied to cultural attributes. There is no discussion of impacts to traditional cultural practices or Tribal history. A general discussion of the cultural importance of bighorn sheep to the Tribes may reveal additional justification supporting the selection of an alternative which provides for long-term viability.

The Tribes are pleased to note the Forest Service acknowledges its statutory duties to the Tribes to provide continued opportunities for Tribal harvest under rights reserved by Treaty. It is unclear why the Forest Service has included the reference to Cultural Area and bands in this section. The Tribes in reference to TR-1 (page 3-81), since the bands listed for the Shoshone-Bannock Tribes is incomplete, we recommend the Forest Service provide a complete list. For further information, please contact the Tribes Cultural Resources Department, at 208-478-3707.

Page 3-85: Cumulative Effects – The Tribes agree with the statements made in this section regarding the "gregarious nature of bighorn sheep and their ability to travel great distances in a short period of time, does lead to the potential for spread of disease to be far reaching". The potential to impact tribal rights and interests beyond the PNF are great and we expect the Forest Service will consider this fact when a decision is made. The Tribes request that the cumulative impact boundaries be expanded to include the Salmon River Metapopulations. NEPA requires the analysis of potential impacts not occur in a vacuum, but include accurate descriptions of other related actions, regardless of the party undertaking them. This requires a consideration of potential risks from private domestic sheep grazing within or adjacent to the PNF.

4

BLM_0049365

NSG BHS SEIS 14170

Shoshone-Bannock Tribes comments                                        November, 2008
Payette National Forest – DSEIS Southwest Idaho Ecogroup Land and Resource Management Plan FEIS

**Conclusion**
The initial purposes provided for National Forest System Lands is for Timber harvest and water quality.  Grazing is not one of the primarily purposes for National Forests and reserved Treaty rights is superior to grazing.  The Tribes review of the DSEIS revealed several fundamental flaws.  The DSEIS identifies only three alternatives (7G, 7E, and 7H) as compliant with the HCNRA.  Based upon U.C. Davis modeling and scientific evidence provided in the DSEIS, only one alternative (Alternative 7E) would have the potential to uphold the Tribes' Snake River Policy.  The Tribes emphasize the importance of maintaining viable populations of bighorn sheep, as it relates to Treaty rights, Tribal history, culture, language, and traditional practices.  But, our interests are to have harvested populations, not viable populations.  There is the potential to irreversibly impact bighorn sheep populations on the PNF by permitting domestic sheep grazing; we expect the Forest Service will consider these facts in the decision-making process.

The Tribes request the Forest Service provide a written response to acknowledge these Tribal comments, and indicate where and how our comments were considered in further EIS documents.  For technical questions, please contact Yvette Tuell, at 208-239-4552, or at ytuell@shoshonebannocktribes.com; or for policy questions contact Claudeo Broncho, SBT Fish & Wildlife Policy Representative, at 208-239-4563, or at cbroncho@shoshonebannocktribes.com.

Respectfully,

Alonzo A. Coby
Chairman, Fort Hall Business Council
Shoshone-Bannock Tribes

CC:     Fort Hall Business Council (7)
        Chad Colter, SBT Fish & Wildlife Director
        Claudeo Broncho, SBT Fish & Wildlife Policy Representative
        Leander Watson, SBT Fish and Wildlife
        Yvette Tuell, SBT Environmental Program
        Carolyn Smith, SBT Cultural Resources
        file

5

BLM_0049366

NSG BHS SEIS 14169

# *The* SHOSHONE-BANNOCK TRIBES

FORT HALL INDIAN RESERVATION
PHONE   (208) 478-3700
FAX #    (208) 237-0797

FORT HALL BUSINESS COUNCIL
P.O. BOX 306
FORT HALL, IDAHO 83203

March 2, 2009

Suzanne Rainville
Forest Supervisor, Payette National Forest
800 West Lakeside Avenue
McCall, ID 83638-3602

RE: Shoshone-Bannock Tribes comments to the Payette Draft Supplemental
Environmental Impact Statement

The Shoshone-Bannock Tribes (Tribes) reviewed the available information from the
Draft Supplemental Environmental Impact Statement (DSEIS) and provided at the formal
government to government consultation in Fort Hall, January 14, 2009; and, hereby
submit the following comments; intended to supplement prior comments submitted by
the Tribes.

The intent of NEPA is to provide a process that uses a comprehensive and strategic
approach to decision-making that integrates environmental considerations to achieve a
"productive harmony" among various social, economic and environmental objectives.
The Tribes expect the Forest Service to fully protect and enhance Tribal rights and
interests; implementing management strategies which demonstrate a commitment to trust
responsibility.

**Treaty**
Various un-ratified treaties were negotiated and signed between the numerous bands of
Shoshone and Bannock and the United States. The Fort Bridger Treaty of July 3, 1868
was the only treaty ratified by Congress, between the Eastern Shoshone bands and the
Bannocks. In 1867 an Executive Order reserved the Fort Hall Reservation as the
permanent homeland of the Shoshone and Bannock peoples. The 1868 Fort Bridger
Treaty (15 Stat 673) affirmed the reservation and reserved certain off-reservation hunting
and gathering rights for the Tribes. Article IV states:

> *The Indians herein named agree, when the agency-house and other*
> *buildings shall be constructed on their reservations named, they will make*
> *said reservations their permanent home, and they will make no permanent*
> *settlement elsewhere; but they shall have the right to hunt on the*
> *unoccupied land of the United States so long as game may be found*

BLM_0049367

NSG BHS SEIS 14169

> *thereon, and so long as peace subsists among the whites and Indians on*
> *the borders of the hunting districts.*

Please include this excerpt in the DSEIS, page 3-80, with the other excerpts of
treaties with the Nez Perce, Umatilla and the Executive Order with the Shoshone-
Paiute Tribes.

The Tribes continue a subsistence lifestyle, reserved by the Fort Bridger Treaty, to
maintain Tribal traditions, improve our health, and return to our aboriginal territories.
Off reservation hunting is regulated and enforced by the Tribes. The Tribes establish
harvest guidelines separate from the State of Idaho, and those Tribal seasons may not
coincide with State harvest seasons. The assessment area is a traditional area utilized by
Tribal members for hunting of fish and wildlife, particular to this discussion big horn
sheep. The Forest Service should take a conservative approach to ensure management
provides for the harvestable populations of big game species. As such, the Tribes
recommend selection of Alternative 7E until a comprehensive, regional study can be
completed to assess the risk of domestic sheep grazing near and within bighorn sheep
habitat and ranges.

## TRIBAL POLICY AND POSITION STATEMENTS

The Tribes stress the importance of initiating efforts to restore the Snake River system
and affected unoccupied lands to a natural condition. Article IV of the Fort Bridger
Treaty of July 3, 1868, reserved the right to hunt on the unoccupied lands of the United
States and the Tribes work diligently to ensure the protection, preservation and
enhancement of those rights for future generations. The Tribes management policies
generally allow for supporting federal proposals which will improve or restore resource
conditions. The Shoshone-Bannock Tribes' Policy for Management of the Snake River
Basin Resources states:

> *The Shoshone Bannock Tribes (Tribes) will pursue, promote, and where*
> *necessary, initiate efforts to restore the Snake River systems and affected*
> *unoccupied lands to a natural condition. This includes the restoration of*
> *component resources to conditions which most closely represents the ecological*
> *features associated with a natural riverine ecosystem. In addition, the Tribes will*
> *work to ensure the protection, preservation, and where appropriate-the*
> *enhancement of Rights reserved by the Tribes under the Fort Bridger Treaty of*
> *1868 (Treaty) and any inherent aboriginal rights.*

### Scope of Analysis and Inter-Agency Cooperation

The Tribes have an issue with the preferred alternative because of the scope involved and
the lack of cooperating agencies involved in this effort. The Cumulative Effects analysis,
pages 3-63-65, notes land management strategies and private activities may have an
impact on metapopulations. Although the Tribes realize the limited authority the Payette
Forest wields over activities beyond its boundaries, there is a definite need to broaden the

2

BLM_0049368

NSG BHS SEIS 14169

Shoshone-Bannock Tribes comments to the Payette Draft Supplemental Environmental Impact Statement
March 2, 2009

discussion to the interested parties across the bighorn range, in particular the Salmon River metapopulation.

The effectiveness of any resource management plan is going to hinge on the availability of interested cooperators in the region, including other land managers and other forests. The Tribes encourage the Payette Forest to select the most conservative alternative, 7E, until future parties can agree to a basic set of principles regarding bighorn sheep and domestic sheep grazing. This would provide an opportunity to collect the data, which was notably absent from the DSEIS regarding utilization of source habitat, and encourage a more knowledgeable decision regarding the impacts of interaction.

The other forests and the adjacent BLM land managers have data regarding the range of big horn populations which may interact with the Salmon River Meta-population. This potential interaction affects an entire region of Idaho, Oregon and Montana. The Tribes request a comprehensive big horn analysis for the region be performed with all interested agencies, including; Idaho Fish and Game, Idaho Department of Lands, Oregon Department of Game and Fish, Forest Service, Bureau of Land Management, Nez Perce Tribe, and the Shoshone-Bannock Tribes.

### History
The Tribes responded to previous drafts with concerns over specific references to "human" settlement of Idaho (History, Page 3-1, "Human settlement of Idaho in the mid-1800s…"). The Tribes are human and did inhabit the region long before the mid-1800s. Please conduct a global search for this reference, eliminate it and replace it with a more appropriate reference to the settlers of the area. You may refer to it as Euro-American settlement, American settlement or settlement during the mid-1800s. Take appropriate actions to ensure this reference is corrected in the Final EIS.

### Big Creek
The Tribes are concerned about the potential interactions between domestic sheep allotments and the Big Creek population of bighorn sheep. The Big Creek population utilized habitat for lambing and summer range which overlapped with several populations from the Middle Fork Salmon River (*Risk Analysis of Disease Transmission between Domestic Sheep and Bighorn Sheep on the Payette National Forest*, Forest Service, February 6, 2006). The Middle Fork population is a critical component to the genetic viability of bighorn populations throughout Idaho because it has never been extirpated.

According to the Risk Analysis, highlighted in the DSEIS, the population on Big Creek experienced five years of low lamb-to-ewe ratios and an all-age-die-off in 1990, and research confirmed the presence of a highly virulent strain of *Pasteurella* in the Big Creek population. (DSEIS, page 3-15) The DSEIS noted a high degree of uncertainty regarding the conclusion sheep grazing allotments would not likely threaten the viability of the overall Salmon River metapopulation. The DSEIS does confirm the loss of the genetic diversity of these populations could affect the bighorn sheep persistence and restoration at scales much larger than the Payette National Forest. The concern stems from an empirical look at the counts from the Idaho Department of Fish and Game,

3

BLM_0049369

NSG BLS SEIS 14169

showing a drastic decline in total sheep counts, evidence of a persisting problem in the population.

The potential risk to populations at a larger scale should be the focus of analysis for this DSEIS. Although the conclusion was domestic sheep grazing on the east side of the forest, particularly the Big Creek allotment, would not impact the viability of the population of bighorn, there is a great deal of uncertainty about the potential interaction with other herds from the greater Salmon River metapopulation. Given the confirmed presence of the highly virulent strain of *Pastuerella* in the Big Creek population, further contact may compromise the entire region. Without further risk analysis from the entire region a conclusion to permit domestic sheep grazing is irresponsible and against the evidence presented in the risk analysis. One interaction has the potential to cause irreversible impacts to the Salmon River metapopulation and compromise a genetically valuable resource for bighorn sheep restoration efforts.

The potential for a widespread outbreak and the admitted lack of data speaks strongly in favor of denying further permits for domestic sheep grazing in the eastern allotments of the Payette. The Tribes repeat our request for the Forest Service to select the most conservative alternative, 7E, to preserve, protect and enhance the important wildlife resource in the region.

**Smith Mountain**
The Tribes recognize the impact to grazing related industry from a strict closure of the Smith Mountain allotment due to the high risk of area wide transmission of disease from domestic sheep. Grazing on Forest Service lands is a privilege, not a right. The Forest Service is obliged to manage resources in a manner which provides sustainable opportunities for the multiple users of the Forest Service resources. Providing for a personal privilege for economic gain does not outweigh the risk of far-reaching impacts to big horn sheep populations.

A single transmission can effectively cripple a population for multiple generations, according to the Forest Service's own risk analysis. The Smith Mountain allotment, one of the highest risks on the Payette, is managed by the Forest Service, the ultimate decision to discontinue grazing lies solely with the agency. Tribes request this allotment be permanently discontinued for domestic sheep grazing.

The Tribes suggest the Forest Service and other federal land managers identify other regional grazing allotments for domestic sheep the permit holder can reasonably utilize. These allotments would be outside of any identified big horn sheep habitat and have a zero-risk of transmission.

**Trailing Routes**
The Risk Analysis identified the trailing routes, Salmon River Driveway and Carey Creek in particular, to pose a significant risk of transmission to bighorn sheep. In spite of this analysis the DSEIS does not require additional mitigation measures, such as trucking or requiring the permit holder to pay for on-site staff during trailing, to ensure no

4

BLM_0049370

USG BHS SEIS 14169

Shoshone-Bannock Tribes comments to the Payette Draft Supplemental Environmental Impact Statement
March 2, 2009

transmission occurs in this area. Trailing routes should not be utilized given the serious risk of exposure to bighorn sheep populations and the ever present risk of strays wandering into contact with bighorn. Alternative 7G does mitigate some risks on the allotment side but leaves the high risk trailing routes open, in spite of a finding in the risk assessment this may lead to a contact.

This risk presents the Forest Service with a substantial issue, require costly mitigation on permit holders and incur management obligations or retire allotments from domestic sheep grazing due to infeasibility. The Tribes would recommend retiring allotments to ensure risk free status within the Forest from trailing domestic sheep.

**Summary**
The Tribes look forward to continuing to work with your staff regarding the planning process. The Forest Service must have additional discussions with Tribal staff to further refine and/or develop issues and potential solutions. If you have any further technical questions, please call Yvette Tuell at 208-238-3290 or email her at ytuell@shoshonebannocktribes.com. For policy level questions, please contact Claudeo Broncho, Tribal Fish & Wildlife Policy Representative, at 208- 239-4563, or at cbroncho@shoshonebannocktribes.com.

Respectfully,

Alonzo A. Coby
Chairman, Fort Hall Business Council
Shoshone-Bannock Tribes

Cc:  Claudeo Broncho – SBT Fish and Wildlife Policy Representative
     Chad Colter – SBT Fish and Wildlife Director
     Yvette Tuell – SBT Environmental Program
     Bill Bacon – SBT General Council

5

BLM_0049371



14168
13114

United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Idaho State Office
1387 South Vinnell Way
Boise, Idaho 83709
http://www.id.blm.gov

TAKE PRIDE®
IN AMERICA

In Reply Refer To:
6500/4100 (931)

**MAR 0 2 2009**

**RECEIVED**

MAR 03 2009

PAYETTE NF
SUPERVISOR'S OFFICE

Ms. Susanne Rainville
Payette National Forest
Attention: Bighorn Sheep Comments
800 Lakeside Avenue
McCall, Idaho 83638

Dear Ms. Rainville:

Thank you for the opportunity to comment on the Draft Supplemental Environmental Impact Statement (DSEIS) addressing the grazing of domestic sheep within or near the range of bighorn sheep in the Payette National Forest (*Southwest Idaho Idaho Ecogroup Land and Resource Management Plans, Draft Supplemental EIS*, USDA-Forest Service, 2008). The DSEIS is a supplemental analysis to the Final Environmental Impact Statement (FEIS) for the Payette Revised Land and Resource Management Plan (LRMP).

My comments address two elements of the DSEIS. The first element is the cumulative impacts analysis. The second element identifies clarification of data depicted on various maps in the document.

The Final Supplemental EIS (FSEIS) needs to be very clear that the document pertains exclusively to lands within the Payette National Forest, not to the other Ecogroup Forests or the surrounding National Forest or Bureau of Land Management (BLM) lands (page 2-9, paragraph 7 of DSEIS). The cumulative effects analysis needs to address the surrounding National Forest, BLM, State, and private lands.

The BLM manages three domestic sheep allotments (Partridge Creek Allotment, Marshall Mountain Allotment, and Hard Creek Allotment) that are adjacent to Payette National Forest Sheep Allotments. Two of the above allotments (Marshall Mountain and Hard Creek Allotments) are used in common with domestic sheep grazing occurring in the Payette National Forest. The BLM Marshall Mountain Allotment is used in common and interrelated with the Payette National Forest Marshall Mountain Allotment. The BLM Hard Creek Allotment is used primarily when domestic sheep are trailing to the Payette National Forest Grassy Mountain Allotment. Several domestic sheep trailing routes crossing BLM lands are critical for providing access to adjacent Payette National Forest Sheep Allotments. It should be noted that we are currently revising the Cottonwood Resource Management Plan that provides management direction for the entire Cottonwood Field Office. No decision has been made at this time as to domestic sheep grazing use on any allotments in the Cottonwood Field Office by BLM.

14ঠ৪৪

It is recommended that the FSEIS address cumulative effects which may occur from domestic sheep grazing on the adjacent lands. Information and data is available regarding the status of domestic sheep use, and such should be queried from adjacent land managers/owners (Nez Perce National Forest, the BLM, Idaho Department of Lands, Idaho Department of Agriculture, and private land owners).

Numerous maps in the DSEIS identify and/or also rate relative risk rating (alternatives) for a portion of BLM Marshall Mountain Allotment. Maps in the DSEIS that include a portion of BLM Marshall Mountain Allotment and/or trailing routes crossing BLM lands are identified as follows: page 3-20, Figure W-1f; page 3-22, Figure W-1g; page 3-27, Figure W-9b; page 3-33, Figure W-9c; page 3-38, Figure W-9d; page 3-42, Figure W-9e; page 3-46, Figure W-9f; page 3-50, Figure W-9g; page 3-55, Figure W-9h; page 3-73, Figure RR-2; page 3-74, Figure RR-3; and page 3-75, Figure RR-4. It is recommended that the above mention maps be corrected to reflect that the analysis of the FSEIS does not reflect decisions on BLM's Marshall Mountain Allotment.

The DSEIS identifies a scarcity of telemetry points and observational points for the Salmon River metapopulation (page 3-24, paragraph 3 and 4). The DSEIS also identifies that the volume contour lines that resulted from this modeling show the ranging behavior of current bighorn sheep and are the best approximation of occupied habitat at this time. The ongoing Salmon River bighorn sheep study and observations has resulted in increased telemetry and observation points for modeling. It is recommended that for the FSEIS, the volume contours for the Salmon River metapopulation incorporate all additional telemetry and observation points to increase point density to update bighorn sheep/domestic sheep relative risk rankings on appropriate maps throughout the document.

Figure RR-1, page 3-72 does not display the Surdan Allotment along the southwest side of the Payette National Forest. It is recommended that the allotment is displayed in Figure RR-1.

Thank you again for the opportunity to comment on this important document.

Sincerely,

Thomas H. Dyer
Acting State Director

cc:
Stephanie Connelly, Cottonwood Field Office
Gary Cooper, Coeur d'Alene District Office
Rosemary Thomas, Four Rivers Field Office
Aden Seidlitz, Boise District Office
Stephanie Balzarini, Office of the Solicitor

  

*Burns Paiute Tribe*

March 17, 2009

Suzanne Rainville
Forest Supervisor, Payette National Forest
800 West Lakeside Avenue
McCall, ID 83638-3602

RE:  Upper Snake River Tribes comments to the Payette Draft Supplemental Environmental
Impact Statement

The Upper Snake River Tribes (USRT) has reviewed the Draft Supplemental Environmental
Impact Statement for the Southwest Idaho Ecogroup Land and Resource Management Plan Final
Environmental Impact Statement (FEIS) and hereby submits the following comments.

The Burns Paiute, Shoshone-Paiute, and Shoshone-Bannock tribes of the Upper Snake River
have similar cultural backgrounds, with common issues regarding resource management in the
Columbia River Basin.  Where issues which affect tribes are common, it is to their benefit to
unite and strengthen their respective voices. The Tribes of the Upper Snake River formed the
Compact of the Upper Snake River Tribes (USRT).  This Charter was adopted pursuant to the
Motherhood Document for the Establishment of the Compact of the Upper Snake River Tribes of
1997 to facilitate, coordinate and assist implementation of the Motherhood Document Policies
and Principles.

Through this Charter, the USRT will pursue, promote and initiate efforts to restore the Upper
Snake River Basin, its affected tributaries and lands to a natural condition. In addition, the
Compact Tribes will work to ensure the protection, enhancement and restoration of the Tribes'
rights, resources, and activities that are reserved by Treaties and Executive Orders, protected by
federal laws and agreements, or are the subject of aboriginal claims asserted by the Tribes, which
include but are not limited to hunting, fishing, gathering and subsistence uses.  The primary goal
of this Charter is to facilitate Tribal unity to protect and nurture all Compacting Tribes' rights,
languages, cultures and traditions in addressing issues related to the Upper Snake River Basin.

From time immemorial, the Columbia River Basin provided substantial resources which continue
to sustain the diverse uses of native tribes, including the Burns Paiute, Shoshone-Bannock, and
Shoshone-Paiute Tribes.  The significance of these resources is partially reflected in the
contemporary values associated with the many culturally sensitive species and geographic areas
within the Basin.

The importance of bighorn sheep to the tribes goes beyond legal ties to Treaty and inherent rights. The bighorn sheep are described in legends, stories and are present in tribal culture, language, and traditional practices. The most notable traditional use of the large horns of the rams was for highly prized, powerful bows. The hide was used to make robes, sacks, saddles, scabbards, cradles, medicine rattles, and drums. The assessment area has traditionally been utilized by tribal members for fishing and for hunting wildlife, particularly bighorn sheep.

The strategy the Forest Service should adopt in managing bighorn sheep and their habitat is one that will insure a healthy, robust and harvestable bighorn sheep population. In order to attain this goal the USRT recommend the implementation of Alternative 7E which designates "no area within the Payette National Forest as suitable for domestic sheep grazing, and leaves no trailing routes open to use within the entire Payette National Forest." The USRT believes the potentially catastrophic consequences of domestic-wild sheep contact are too great to allow domestic sheep grazing to continue on the Payette National Forest.

The USRT supports and incorporates by reference, the comments submitted by the Shoshone-Bannock Tribes.

The management of bighorn sheep is a critical issue for the USRT, as this species is of cultural importance to the compacting Tribes. If bighorn sheep populations are adversely affected by the actions of the Forest Service, the Tribes would experience a great loss to Tribal rights and traditional practices.

For more information regarding this submission please contact Kyle Prior, USRT Executive Director, (208) 955-7966, priorkyle@att.net .

Sincerely,

Nathan Small
Chairman, Upper Snake River Tribes Commission
Upper Snake River Tribes

Attachments: Shoshone-Bannock Tribes Comments (November 6, 2008 and March 2, 2009)

CC: File
Kyle Prior
Shoshone-Bannock Tribes, Chairman
Shoshone-Paiute Tribes, Chairman
Burns Paiute Tribe, Chairman
Chad Colter, SBT Fish and Wildlife Director
Jason Kesling, BPT Fish and Wildlife Director
Carol Perugini, SPT Fish, Wildlife and Parks Director



*Received*
NSG BHS SEIS 14048
*3/6/09*
14048

**STATE OF WASHINGTON**
## Department of Fish and Wildlife

Mailing Address: 600 Capitol Way N • Olympia WA 98501-1091 • (360) 902-2200; TDD (360) 902-2207
Main Office Location: Natural Resources Building • 1111 Washington Street SE • Olympia WA

March 2, 2009

Suzanne Rainville, Forest Supervisor
Payette National Forest
Attention: Bighorn Sheep Comments
8700 W. Lakeside Ave.
McCall, Idaho 83638

RE:   Payette National Forest Bighorn Sheep Draft Supplemental Environmental Impact
      Statement (DSEIS)

Dear Ms. Rainville:

I am writing in response to your request for comments on the Draft Supplemental Environmental
Impact Statement (DSEIS) on bighorn sheep viability within the Payette National Forest (PNF),
Idaho.  Washington's bighorn sheep are part of a meta-population along with bighorn herds
located in Oregon and Idaho within the Hells Canyon National Recreation Area (HCNRA).  As
such, Washington Department of Fish and Wildlife (Department) was granted Cooperator
Agency Status and *participated* with the Payette National Forest Planning Team in the
development of the DSEIS.

The Department has a vested interest in the DSEIS and the PNFs final decision.  The
management decisions and actions on the PNF directly impact bighorn sheep in the HCNRA and
therefore, bighorn sheep in Washington. As already demonstrated in 1995, bighorn sheep in the
HCNRA suffered a massive die-off due to a *pasturella* disease breakout.  Immediately following
the die-off, the three bordering states, plus the Forest Service, Bureau of Land Management, and
Foundation for North American Wild Sheep initiated a project to recover bighorn sheep; all
cooperators are signatories to a project called the Hell's Canyon Initiative (HCI).  To date, the
HCI is an unprecedented blend of technical and management expertise, and has functioned in a
unified team for bighorn sheep in the HCNRA and for field investigations on communicable
disease in bighorns.  Over the last 14 years, the HCI project has documented extensive bighorn
sheep movements between all three states.

Given the meta-population structure of bighorns in Hells Canyon and demonstrated history of the
effects of a die-off, we believe it is important for the PNF to state clearly that this issue affects
not only decisions relative to Idaho land management, but that of adjoining states as well.
Washington has invested hundreds of thousands of dollars and decades of effort to restore native
bighorn sheep to Eastern Washington and Hells Canyon. Bighorn sheep are endemic to
Washington and the Hells Canyon area, and they provide the citizens of Washington with a ·

Ms. Suzanne Rainville                                   NSG BHS SEIS 14048
March 2, 2009
Page 2

significant, renewable wildlife resource that generates thousands of recreation days and dollars
every year.

In our review of the DSEIS, the Department believes the alternative that best ensures the long-
term viability of bighorn sheep while minimizing the impacts to domestic sheep grazing is
Alternative 7G (also identified as preferred alternative in DSEIS). This alternative is consistent
with the goals and objectives of the Department in bighorn sheep management, HCNRA, and the
National Forest Management Act.

Since bighorn sheep are a wildlife resource that frequently crosses political and jurisdictional
boundaries, Washington strongly believes that there is a multi-state and multi-agency
responsibility to protect this resource for the future, as directed by treaty, federal law, and state
management authorities. Thank you for the opportunity to comment on the DSEIS. I look
forward to working with you on this issue as the process continues.

Sincerely,

Phil Anderson
Interim Director

cc:     John Mankowski, Washington State Governors Office

BLM_0049377

NSG BHS SEIS 13413



"Keith Lawrence"
<keithl@nezperce.org>
02/28/2009 12:17 PM
Please respond to Keithl

To: <payettebighorn@fs.fed.us>
cc: "'Patricia H Anderson Soucek'" <psoucek@fs.fed.us>, "'Curt Mack'"
    <cmack@nezperce.org>, <mikel@nezperce.org>
Subject: NPT DSEIS Comments

Good Morning,

Attached are two pdf files. The smaller one is a cover letter for the the second file and more than 100 public comment letters from people in an around Lapwai, Idaho. The second file consists of a letter and attached comments which, together, are Nez Perce Tribe comments on the PNF DSEIS regarding the PNF recommendations for protections of bighorn sheep habitat. The entire package is being sent by fedex to the Payette National Forest and is expected to arrive on Monday March 2nd. If it does not arrive please call me at 208-843-7372.

Additional concerns the Tribe would like to address through consultation will be submitted on Monday March 2nd.

This is an electronic submittal of the NPT comments on the DSEIS and request for a Tribal Consultation.

Keith Lawrence

    

2 27 2009 Chairman to Rainville letter comments and consultation.pdf   2 27 09 NPT Public comments on PNF draft SEIS.pdf

BLM_0049378



NSG BHS SEIS 13413

*Nez Perce*

# TRIBAL EXECUTIVE COMMITTEE
P.O. BOX 305 • LAPWAI, IDAHO 83540 • (208) 843-2253

Suzanne Rainville
Payette National Forest
Attention: Bighorn Sheep Comments
800 W. Lakeside Ave.
McCall, ID  83638

February 27, 2009

Dear Mrs. Rainville,

Enclosed is a letter from me to you, with an attachment.  Combined the letter and attachment are the Nez Perce Tribe Public Comments to the Draft Supplemental Environmental Impact Statement (DSEIS) that reanalyzes the effects of current and proposed management of bighorn sheep viability within the Payette National Forest (PNF).  With the Nez Perce comments I have also enclosed more than 100 letters to you from people that live or work in the Lapwai area that wanted to comment individually on the DSEIS.

On Monday, March 2, 2009, I will send you additional comments the Nez Perce Tribe would like to address with you, under the confidentiality of a Tribal Consultation, after March 3.

Sincerely,

*Samuel N. Penney*

Samuel N. Penney
Chairman

BLM_0049379



NSG BHS SEIS 1413

# Nez Perce

## TRIBAL EXECUTIVE COMMITTEE
P.O. BOX 305  •  LAPWAI, IDAHO 83540  •  (208) 843-2253

Suzanne Rainville
Payette National Forest
Attention: Bighorn Sheep Comments
800 W. Lakeside Ave.
McCall, ID 83638

February 27, 2009

Dear Mrs. Rainville,

Thank you for the opportunity to comment on the Draft Supplemental Environmental Impact Statement (DSEIS) that reanalyzes the effects of current and proposed management of bighorn sheep viability within the Payette National Forest (PNF). We have attached our technical comments including a) a response to questions you posed in your September 18, 2008 cover letter to the DSEIS, b) general comments on the DSEIS, and c) general and specific comments on the Draft Amendment to the Land and Resource Management Plan (Amended Forest Plan Direction). We will also provide separate comments specific to Nez Perce Tribe's (Tribe) treaty resource and trust responsibility issues through Tribal Consultation.

The Tribe appreciates and supports the PNF's overall science-based "separation" approach for addressing bighorn sheep viability issues. As the PNF continues to deliberate between the DSEIS and Final Record of Decision (ROD), we urge you to not deviate from the preponderance of science advocating the need for no to minimal risk of contact and effective separation between bighorn and domestic sheep.

The foundations of our comments are provided by Tribal policies including adherence to science-based management practices and achieving Tribal recovery goals for bighorn sheep on the PNF. We suggest, 3 important science-based principles that must be included in the ROD are:

1. <u>No Contact Standard</u>.  Management of domestic sheep must insure zero or approaching zero percent risk of contact between domestic and bighorn sheep.
2. <u>Separation Standard</u>.  Domestic sheep must be excluded from grazing within or adjacent to occupied bighorn sheep range.

3. No-Grazing Buffers. Effective no-grazing buffers must be established between bighorn sheep occupied range and areas grazed by domestic sheep.

The Tribe believes bighorn sheep populations on the PNF are currently not viable because of continued threats from disease, depressed population numbers, and continued downward population trends in the Salmon River. Protecting existing population levels is not sufficient to ensure long-term population viability. The Tribe can only support Alternatives that allow for population restoration and range expansion across contiguous habitats that achieve Tribal recovery goals of healthy self-sustaining populations of bighorn sheep, well above minimum viable levels, distributed across contiguous suitable historic habitats, capable of supporting treaty and sport harvest across all age and sex classes. We suggest the ROD must include an effective adaptive management approach to provide for population recovery and range expansion to meet Tribal recovery goals.

The Nez Perce Tribe understands successful recovery of bighorn sheep depends on an effective combination of the selected Alternative and implementing language in an Amended Forest Plan Direction. Most importantly, this combination must results in effective separation between domestic and bighorn sheep across the PNF. In general the more conservative (in protection for bighorn sheep) the Alternative, the more liberal or protective the Amended Forest Plan Direction must be for bighorn sheep for bighorn sheep, and visa versa.

Although the agency preferred Alternative 7G provides a solid starting point, as proposed, the Tribe contends the proposed Amended Forest Plan Direction is insufficient in combination with Alternative 7G to provide effective separation, regain bighorn viability across the forest, or to achieve Tribal recovery goals. Our concerns focus on 4 important issues 1) separation and use of no-grazing buffers, 2) recalculating GPRs, 3) monitoring, and 4) Amended Forest Plan Direction Standards and Guidelines.

Separation and use of Buffers
Currently Alternative 7G defines GPRs as occupied bighorns sheep range, does not establish no-grazing buffers, and allows domestic sheep grazing adjacent to occupied range (GPRs). Minimal no-grazing buffers are provided through the Amended Forest Plan Direction, but only reactively when bighorn sheep are located within the 90-100 percentile contour of a GPR. The reactive nature and minimal proposed width of "no-sheep zones" do not address potential for contact when bighorn sheep are present within close proximity to GPR boundaries and domestic sheep but remain undetected.

The Tribe contends, and the science supports, continued domestic sheep grazing adjacent to occupied range does not provide effective separation or reduce the risk of contact to acceptable levels to ensure bighorn sheep viability. We suggest the PNF more fully address the use on no-grazing buffers, either in the Alternative or Amended Forest Plan Direction, to ensure effective separation.

Recalculating GPRs

2

BLM_0049381

NSG BHS SEIS 13413

As proposed, the Amended Forest Plan Direction appears to allow GPRs to expand as well as contract through time, but does not provide a detailed analysis of how future GPR boundaries would be recalculated. As initial GPRs represent occupied range of depressed populations, we suggest future GPRs only expand to reflect range expansion of recovering bighorn sheep populations, but do not contract from these base GPRs. Establishing GPRs smaller than current occupied range, would certainly increase threats of disease to already threatened wild sheep populations, prohibiting recovery to viable levels. We recommend the PNF provide a more detailed plan including protocols ans criteria for recalculating changes in future GPR boundaries.

Monitoring
As proposed, successful recovery of bighorn sheep populations depends, to a large degree, on the effectiveness of monitoring results used to recalculate bighorn sheep GPRs. However, Alternative 7G nor the Amended Forest Plan Direction provide a detailed monitoring plan for evaluation. The Tribe is concerned about relying so heavily on monitoring, especially since GPRs, as propose, could contract from base (initial) GPRs. Our concerns are two-fold: 1) future data (observation-based data) used to recalculate GPRs will not be as robust as those used to calculate base GPRs (intensive radiotelemetry data), and 2) future monitoring resources and levels are unpredictable through time. Based on these concerns, future changes in GPR boundaries may reflect quality of data used and levels of monitoring effort, rather than actual changes in bighorn sheep occupied range. Lastly, using observation-based data to validate absence is an inappropriate use of this type of data.

We suggest an appropriate way to address these monitoring concerns is to reduce dependency on monitoring needs by a) establishing GPRs defined in the selected Alternative as minimum base GPRs, b) use future observation-based data to expand GPR boundaries as bighorn sheep populations recover and expand their range, and c) incorporate stronger no-grazing buffers.

We feel there is justification to assume once habitats are verified to be occupied, they should always be managed as occupied source habitats. This approach also applies an appropriate use of observation-based data and addresses the inverse relationship between proximity of domestic and bighorns sheep and level of monitoring intensity required to ensure separation.

Amended Forest Direction Standards and Guidelines
Although the DSEIS document provides a comprehensive review of the science, and Alternative 7G embodies a science-based separation approach, language included in the Amended Forest Direction Standards and Guidelines does not sufficiently convey this science-based separation approach adopted by the PNF. We make specific suggestion to strengthen proposed Standards and Guidelines to better and more clearly adhere to this science-based approach adopted by the PNF.

BLM_0049382

NSG BHS SEIS 13413

domestic sheep; either in the selected Alternative or Amended Forest Plan Direction.

2. Enhance bighorn sheep population recovery and range expansion by establishing minimum base GPRs in the selected Alternative that expand with expanding bighorn sheep populations.

3. Reduce dependence on monitoring needs by establishing more effective no-grazing buffers and minimum base GPRs, and using monitoring data to expand, not contract, GPRs in the future to reflect bighorn population recovery and range expansion.

4. Provide detailed protocols and criteria for recalculating changes in GPR boundaries.

5. Provide a more detailed bighorn sheep monitoring plan.

6. Include suggested additions to the Amended Forest Management Direction Standards and Guidelines.

We hope these comments are helpful in progressing to a final ROD. We look forward to discussing these issues with you as we continue to work together to craft the final Amendment to the Forest Plan.

If you have any questions or concerns about these comments, please feel free to contact our Wildlife Management Division staff members Keith Lawrence or Curt Mack. They can be reached by email at keithl@nezperce.org and cmack@nezperce.org.

Sincerely,

Samuel N. Penney
Chairman

4

NSG BHS SEIS 1341?

# Public Comments And Technical Review

Southwest Idaho Ecogroup Land and Resource Management Plan
Draft Supplemental Environmental Impact Statement
September 2008

Submitted to

U.S. Forest Service
Payette National Forest
McCall, ID

Submitted by

Nez Perce Tribe
Lapwai, ID

February 2009

BLM_0049384

NSG BHS SEIS  13413

# Response to Suzanne Rainville's September 18th, 2008 Cover Letter

As outlined in Forest Supervisor Suzanne Rainville's September 18th, 2008 cover letter, the Payette National Forest (PNF) requested specific feedback on the Draft Supplemental Environmental Impact Statement (DSEIS).  Below are our responses to questions posed in that cover letter:

*Question 1.  Are opposing viewpoints and uncertainties surrounding the science considered?*
We find this question minimally relevant as there is little opposition or uncertainty surrounding the science germane to the DSEIS.  An overwhelming majority of wildlife professionals, (researchers, managers, veterinarians, scientists etc...) and state and federal (including the U.S. Forest Service) land management agencies agree disease transmission from domestic sheep is a serious risk to bighorn sheep populations across the western United States and separation between domestic and bighorn sheep is the accepted and necessary management approach if viable bighorn sheep populations are to be secured (Bureau of Land Management 1998, USDA Forest Service 2003, USDA Forest Service 2006a, USDA Forest Service 2006b, USDA Forest Service 2008a, Western Association of Fish and Wildlife Agencies 2007).  This majority opinion is rooted in a preponderance of evidence included in a rich and substantial body of scientific and grey literature (Buechner 1960, Callan et al. 1991, Cassier et al. 1996, Cassier et al. 2001, Coggins 1988, Coggins 2002, Coggins 1992, Foreyt 1989, Foreyt 1990, Foreyt 1992a, Foreyt 1992b, Foreyt 1994, Foreyt and Jessup 1982, Foreyt and Lagerquist 1996, Foreyt and Silflow 1996, Foreyt at al. 1994, Garde et al. 2005, George et al. (in press), Gross et al. 1997, Gross et al. 2000, Hunt 1980, Jessup 1980, Jessup 1982, Jessup 1985, Martin et al. 1996, Onderka et al. 1988, Onderka and Wishart 1988, Schommer and Woolever 2001, Schwantje 1988, Schwantje et al. 2006, Singer et al. 2001, Sweeney et al. 1994, Wehausen et al. (unpub)).  The small, minority, opposing viewpoint is outdated with current science.  There have been ample opportunities to disprove the science of disease transmission, but not have been able to do so (USDA Forest Service 2008a, Wehausen (unpub)).  Given the current state of the science any opposing viewpoint should lack standing as irrelevant in the Forest Service's deliberations in the DSEIS.  We believe the Forest Service has adequately considered all viewpoints surrounding the science and has correctly interpreted that body of science during the development of the DSEIS.

*Question 2.  Are pertinent references included and used in the analysis?*
We believe the PNF has conducted a complete and thorough job in reviewing, interpreting, and referencing the substantial body of scientific and grey literature pertinent to the DSEIS.

*Question 3.  What level of risk of contact is acceptable?*
We also find this question substantially irrelevant, as this is a science and legal issue, not a social question.  The science is clear that zero or nearly zero probability of contact is the only acceptable level of risk, if viable bighorn sheep populations are to be maintained (USDA Forest Service 2008b) – a legal requirement under the National Forest Management Act (NFMA).  Legally, the PNF must provide source habitats for viable bighorn sheep populations and therefore must manage for minimal risk of contact with domestic sheep to be compliant with NFMA (USDA Forest Service 2005).  The DSEIS states "...the risk of contact must be absent or extremely low to ensure bighorn sheep viability across the Payette National Forest." and "...the

BLM_0049385

NSG BHS SEIS 13413

potential risk of contact must be approaching a zero percent probability". From a science standpoint there is no debate, and from a legal context no opportunity for variance, on this issue. So, we find it odd the PNF is seeking public opinion on an issue that is not subject to public debate.

*Question 4. What other options/methods can we analyze to achieve separation between domestic and bighorn sheep?*
The PNF is required to provide sufficient source habitat to insure viable bighorn sheep populations across the Forest (USDA Forest Service 2003, USDA Forest Service 2005, USDA Forest Service 2008b). Because of the risk of disease transmission from domestic to bighorns sheep, areas grazed by domestic sheep are considered unavailable as bighorn sheep source habitat (USDA Forest Service 2008b). Therefore, the PNF must changed permitted domestic sheep grazing operations across the forest to insure sufficient bighorn sheep source habitat is available, free from domestic sheep grazing, to ensure viable bighorn sheep populations.

Further, we believe current science indicates effective separation on the PNF can only be achieved through spatial separation between domestic and bighorn sheep. Temporal separation is not an option on the PNF given bighorn sheep distribution and domestic sheep operations across the forest.

Spatial Separation
Given the current state of science, effective separation cannot be achieved while domestic sheep are grazed within or adjacent to occupied bighorn sheep range. Best Management Practices (BMPs) such as increased number or herders or guard dogs, and hazing or killing bighorn sheep will not provide effective separation within or adjacent to bighorn sheep range on the PNF. Grazing domestic sheep within close proximity of wild sheep coupled with the natural attraction between the two species, results in an inherent high risk of contact when domestic sheep are grazed within or adjacent to occupied bighorn sheep range (USDA Forest Service 2006a, USDA Forest Service 2006b, USDA Forest Service 2008a, USDA Forest Service 2008b). Remote and rugged topography and large expansive landscapes characterized by domestic sheep allotments on the PNF, results in an inherently low-probability of detecting any, much less all, bighorns sheep and comingling incidences with domestic sheep. There is no level of effort through the use of BMPs that will provide effective separation within or adjacent to occupied bighorn sheep range. Effectiveness of BMPs has not been proven or even evaluated within occupied bighorn range under the best of conditions, and certainly not under the very difficult conditions present on the PNF. Supporting evidence includes multiple incidents where domestic sheep producers have publicly testified they had not observed bighorn sheep on active allotments, even though bighorn sheep presence was verified through studies using radiocollared bighorns sheep. Also, the State of Idaho Department of Fish and Game has recognized that BMPs do not provide separation (Unsworth 2008a, Unsworth 2008b). Lastly, areas grazed by domestic sheep are considered unavailable as source habitats for bighorn sheep (USDA Forest Service 2008b). The PNF must provide sufficient source habitats, free of domestic sheep grazing, to ensure viable bighorn populations.

To date, there are no vaccines or other clinical approaches available to address disease transmission from domestic to wild bighorn sheep populations.

3

BLM_0049386

NSG BHS SEIS 134 13

At this time, effective separation can only be achieved by removing domestic sheep grazing within and adjacent to occupied bighorn sheep range. Effective separation must include no domestic sheep grazing buffers between occupied bighorn sheep range and areas grazed by domestic sheep. BMP's should only be applied outside of occupied bighorn sheep range and no domestic sheep grazing buffers.

Temporal Separation
Results of radiotelemetry studies and observations indicate that bighorn sheep are found on and in close proximity to active domestic sheep allotments across the PNF. This realization precludes temporal separation as a management tool on the PNF. In addition, bighorn sheep populations along the Snake and Salmon Rivers do not migrate long distances between seasonal ranges, resulting in a persistent and continuous probability of risk through out the year, regardless of the timing of domestic sheep grazing.

*Question 5. Are there potential actions to minimize contact that have worked in other parts of the country?*
Contact with domestic sheep and potential for disease transmission is a common concern through out the west (Beuchner 1960, Krausman 1996, Martin et al. 1996, Toweill and Geist 1999, USDA Forest Service 2008a). Through decades of experience, the merging consensus for addressing disease transmission is to provide for effective separation (Bureau of Land Management 1998, USDA Forest Service 2003, USDA Forest Service 2006a, USDA Forest Service 2006b, USDA Forest Service 2008a, Western Association of Fish and Wildlife Agencies 2007). We are not aware of any proven actions, other than removing domestic sheep grazing, that provide effective separation within or adjacent to occupied range. There is however a substantial body of evidence that indicates, despite management actions, when domestic sheep are grazed adjacent to or within occupied range, bighorn sheep die-offs occur with substantial negative impacts to bighorn sheep populations (Krausman 1996, Martin et al. 1996, Wehausen (unpub), USDA Forest Service 2008a). It is important to remember, management solutions are case specific, developed for conditions unique to a particular geographic area and management scenario. Management solutions are seldom fully transferable to other geographic areas. Effective separation must be developed within the landscapes, distribution of bighorn sheep populations, and domestic sheep operations unique to the PNF.

*Question 6. What suggestions do you have to improve the implementation of the standards and guidelines?*
Please see our specific comments on this topic below.

*Question 7. What other options or alternatives are missing from the analysis?*
We agree with the PNF that disease transmission from domestic sheep poses a substantial risk to bighorn sheep viability, and support the PNF's interpretation of the science and reliance on effective separation to recover threatened populations of bighorn sheep across the Forest. We also support the notion that domestic and bighorn sheep are incompatible species when occupying sympatric range and areas grazed by domestic sheep are therefore unavailable as source habitats for bighorn sheep. It is clear that permitted domestic sheep grazing operations must be altered to provide sufficient source habitats, free of domestic sheep grazing, to ensure

4

BLM_0049387

viable bighorn sheep populations. We believe the PNF has considered a full range of alternatives to address bighorn sheep viability.

*Question 8. Are there any other issues or concerns that have been overlooked?*
We would like the PNF to consider the following issues and concerns:
1. Treaty resources and trust responsibility
2. Bighorn sheep habitat degradation including spread of noxious weeds and damage from livestock grazing
3. Sensitive Species Status designation for bighorn sheep
4. Including bighorn sheep as an Management Indicator Species for the Forest
5. Economic impact study of a recovered bighorn sheep population to surrounding rural economies
6. Mitigation measures for affected producers

Lastly, we are concerned with the tone of the letter that implies the PNF will incorporate suggestions received without consideration of the merits. We hope the PNF would thoroughly review the scientific and legal merits of comments received prior to incorporation into the Record of Decision.


## General Comments – Current Bighorn Sheep Population Status

Hells Canyon
Historically, Hells Canyon supported over 10,000 bighorn sheep (Hells Canyon Restoration Committee 2005). Today, habitats along the Hells Canyon have not changed dramatically since historic times. Habitat quantity and quality is not currently limiting, and is capable of supporting thousands of wild sheep (Bureau of Land Management 1998, Hells Canyon Restoration Committee 2004, Hells Canyon Restoration Committee 2005). Bighorn sheep were extirpated from Hells Canyon by the 1940's, however, despite concerted restoration efforts, managers have not been able to obtain the desired recovery goal of 2,000 wild sheep (Hells Canyon Restoration Committee 2008). The primary stated reason for this failure is continued negative impacts from disease among bighorn sheep populations (Hells Canyon Restoration Committee 2004).

Salmon River
The Salmon River Mountains continues to support a native core population of bighorn sheep. Population trend data for Idaho Department of Fish and Game Management Units 19, 20, and 20A, indicate a continual downward trend in numbers of ewes, rams, and lambs over the past 20 years (Toweill 2007). Trend counts are down by over 70% since 1983 and currently there are estimated to be only a little over 100 animals left in this population. (Toweill 2007). Continued downward population trends, low numbers of remaining bighorns sheep, and low recruitment rates indicate that, without management intervention, the continued existence of this population of bighorn sheep is in question.

We do not feel the DSEIS, as written, adequately conveys the dire condition and immediacy required to insure the continued existence of this population. Because of its status as a native herd and high risk of extirpation, we suggest the PNF include more information and data on the

BLM_0049388

Case No. 1:20-cv-02484-MSK   Document 41-7   filed 04/27/21   USDC Colorado   pg 99 of 295

current status of the Salmon River bighorn sheep population and place more emphasis on the importance of and need for its protection. Including population trend data and more recent data collected by the Salmon River Bighorn Sheep Study would be helpful to more accurately reflect the need for immediate action to restore this population.

## General Comments – Bighorn Sheep Population Recovery and Goals

Bighorn Sheep are a culturally significant resource to the Nez Perce Tribe (Tribe). Prior to European settlement and resulting widespread and dramatic reductions in bighorn sheep across the Tribe's Treaty Territory, bighorn sheep were one of the most common ungulate species and one of the most important terrestrial wildlife resources for sustaining the Tribe's way of life.

Bighorn sheep populations in Hells Canyon and the Salmon River survive at depressed remnant population levels. Managers indicate the Hells Canyon metapopulation cannot reach management objectives without successfully addressing continued threats from disease (Hells Canyon Restoration Committee 2004, Hells Canyon Restoration Committee 2005) and the continued existence of the Salmon River population is uncertain without management intervention to reverse current downward trends.

At a minimum, to insure long-term self-sustaining viable bighorn sheep populations, as legally required under NFMA, the PNF's amended Forest Plan must go beyond protection of existing remnant population levels. In addition, to address Tribal Treaty resource needs, we are requesting the PNF provide for recovered bighorn sheep populations well above minimum viable levels, capable of supporting treaty and sport harvest across all age classes. We suggest, the focus of the Forest Plan Amendment must be to provide for population recovery beyond current levels, and bighorn sheep range expansion across source habitats to fully address legal requirement for viability and Treaty resource needs of the Tribe.

The Nez Perce Tribe supports the population recovery goal of 2,000 bighorn sheep identified by the Hells Canyon Initiative.

The Nez Perce Tribe's goal for the Salmon River population is to restore healthy self-sustaining populations of bighorn sheep, well above minimum viable levels, distributed across contiguous suitable historic habitats, capable of supporting treaty and sport harvest across all age and sex classes.

## General Comments – Domestic Sheep Management

There is substantial agreement among wildlife professionals, that the most significant, immediate, and manageable threat to bighorn sheep populations on the PNF is the continued risk of contact with and disease transmission from domestic sheep grazed across the forest (USDA Forest Service 2005, USDA Forest Service 2006a, USDA Forest Service 2008b). The Tribe has adopted a set of 3 science-based principles that we feel must be addressed to insure viable bighorn sheep populations across the PNF. We suggest the Amended Forest Plan direction incorporate these principles:

BLM_0049389

NSG BHS SEIS 13413

1. <u>No Contact Standard</u>.  Management of domestic sheep must insure zero to approaching zero percent risk of contact with bighorn sheep.

2. <u>Separation Standard</u>.  Domestic sheep must be excluded from grazing within or adjacent to occupied bighorn sheep range.

3. <u>No grazing buffers</u>.  Effective no grazing buffers must be established between bighorn sheep occupied range and areas grazed by domestic sheep.

## General Comments – Agency Preferred Alternative 7G

From a Tribal policy perspective, Alternatives, to gain Tribal support, must contain and achieve two important elements:

1. Domestic sheep grazing must be prohibited within or adjacent to occupied wild sheep range to provide effective separation and reduce the risk of contact to acceptable levels.
2. Alternatives must provide for future population recovery beyond current remnant levels and range expansion across contiguous bighorn source habitats to insure long-term self-sustaining populations well above minimum viability.

The Tribe recognizes that Alternative 7G, by definition, does not prohibit domestic sheep grazing adjacent to occupied bighorn sheep range, and therefore does not, by itself, provide for effective separation or reduce the risk of contact to acceptable levels.  Neither does Alternative 7G, by itself, provide for future bighorn population recovery and range expansion.

Alternative 7G fails to provide adequate separation as it does not incorporate adequate no-grazing buffers between occupied range and areas grazed by domestic sheep.  Continuing to allow domestic sheep grazing adjacent to occupied bighorn sheep range increases the risk of contact beyond acceptable levels and elevates required monitoring intensity beyond realistic expectations.  The Tribe requests the PNF address the need to incorporate no grazing buffers into this alternative, or alternatively within the Amended Forest Plan Direction.  We suggest buffers be "smart" buffers based on landscape features, and distribution of bighorn sheep habitats. Effective buffers must consider potential long-distance movements of wild sheep (up to 50 miles; Bureau of Land Management 1998, Desert Bighorn Council Technical Staff 1990, Singer et al. 2001) and potential straying of domestic sheep.  We also suggest incorporating, into the amended Forest Plan Direction, protocols for implementing an adaptive management approach to adjust buffer widths and location to provide effective separation as bighorn sheep population recovery and expand their range into new habitats. (See General Comments – Draft Amendment to the LRMP below).

Despite these shortcomings, the Tribe believes the agency preferred alternative 7G could provide effective separation, population recovery, and long-term viability if coupled with strong implementation language in the Amended Forest Plan Direction standards and guidelines.

BLM_0049390

Further, The Tribe supports important elements of Alternative 7G including that we feel must be retained in the final Record of Decision:

1. It is science-based.
2. It uses a separation strategy approach.
3. It removes domestic sheep grazing within identified currently occupied bighorn sheep range (GPRs).

## General Comments – Draft Amendment to the LRMP

The Tribe does not believe the proposed Draft Amendment to the Land and Resource Management Plan (Amended Forest Plan Direction) is sufficient to implement the agency preferred Alternative 7G to provide effective separation and assure bighorn viability across the Forest.

Although Alternative 7G coupled with the draft Amended Forest Plan Direction, does provide bighorn sheep source habitat, free of domestic sheep grazing within current occupied wild sheep range, it fails to ensure viable populations across the forest in 2 important ways:

1. Failure to Provide Effective Separation. Alternative 7G and Amended Forest Plan Direction fails to provide adequate separation by continuing to allow domestic sheep grazing adjacent to occupied wild sheep range, and failing to use adequate no-grazing buffers.

2. Failure to Provide for Bighorn Sheep Recovery and range expansion. Continuing domestic sheep grazing adjacent to occupied bighorn sheep range of depressed bighorn populations, and allowing GPRs to be deminished (allowing domestic sheep grazing even closer to even more threatened bighorn populations) reduces the opportunities for bighorn sheep recovery. The DSEIS states "Current uses of the habitats by domestic sheep, adjacent to known populations of bighorn sheep, impact the ability of the depressed populations to pioneer, explore, expand, or co-mingle with other isolated groups as needed to increase their numbers."

Although we support the PNF's basic premise of applying an adaptive management approach to provide for bighorn sheep recovery, as proposed, we do not believe the Amended Forest Plan Direction adequately addresses the identified shortfalls of Alternative 7G or provides for adequate recovery opportunities.

We believe the primary purpose of an effective adaptive management approach must be to allow for future bighorn sheep population recovery and range expansion, free of risk of contact with domestic sheep. We advance the following general recommendations to strengthen the adaptive management approach:

1. Base GPRs. The PNF recognizes GPRs calculated for Alternative 7G represent occupied range of depressed populations of bighorn sheep – populations that are not viable at current levels and threats. We suggest the PNF refer to these GPRs, calculated for the Record of Decision, as base GPRs. Since base GPRs represent depressed populations, it

BLM_0049391

stands to reason that future GPRs, reflecting positive management actions, should always be as large if not larger, but never smaller, than base GPRs. A future GPRs calculated smaller than base GPRs would be an acknowledgement of management failure to provide viable bighorn sheep populations. If future management actions fail to recover bighorn sheep populations and occupied range continues to shrink from current levels, reducing the GPR and allowing domestic sheep grazing in closer proximity to even more threatened wild sheep populations would not be advisable as such actions would increase threats to already threatened populations, and could result in extirpation of wild sheep populations across the Forest. We suggest future GPR's should never be smaller in area or exclude areas of base GPRs. Future GPRs should always be larger than base GPRs. A justifiable argument can be made that once source habitat is verified to be occupied by bighorn sheep, it should always be managed as occupied source habitat to insure continued species viability.

2. Recalculating GPRs. The key for the proposed adaptive management approach relies on recalculating GPRs through time to provide for population recovery and range expansion of depressed bighorn sheep populations, free of risk of contact with domestic sheep. As such, it is important to establish protocols for recalculating GPRs that accurately reflect changes in occupied wild sheep range. Protocols for recalculating GPRs were not provided in the DSEIS, and thus we are not afforded the opportunity to evaluate the effectiveness of the adaptive management approach. We, however, would like to share some thoughts and concerns. The Hells Canyon GPR was calculated using a statistical home range analysis with the benefit of a 10-year radiotelemetry dataset. This dataset is probably one of the most extensive, long-term data set accumulated for a population of ungulates anywhere in the United States. The Salmon River GPR will benefit from the ongoing Salmon River Study, but this study is slated to be completed in a short timeframe over the next few years. It is unrealistic to assume radiotelemetry data, or any data, of this quality will continue to be collected and available for recalculating GPRs into the future. Realistically, future data on bighorn sheep distribution will come from various forms of observation-based data such as public observations and long-term, low-level agency monitoring efforts. Observation-based data do not lend themselves well to statistical methods such as those used to calculate base GPRs. It is common when using such data that results are more influenced by artifacts of poor data and changes in monitoring levels, rather than real changes in population distribution. In addition, one common problem working with observation-based data is that the probability of detection is seldom known. This means it is very difficult to estimate how many animals were present but not detected. It must be remembered, these types of data only confirm presence - they cannot confirm absence. We are concerned that recalculated GPRs using scarce observation-based data will not accurately reflect changes in occupied bighorn sheep range and any resulting change in a GPR would most likely represent changes in data collection effort, rather than true changes in occupied bighorn sheep range. Many of these pitfalls can be avoided by adopting our suggestion that base GPRs do not shrink. In this case, GPR can be added to as new observation-based data becomes available confirming bighorn sheep presence in new areas. This is an appropriate use of observation-based data. We recommend the PNF provide more detailed information on

9

BLM_0049392

the protocols, methods, and criteria to be used to recalculate bighorn sheep GPRs, incorporating the above suggestions.

3.   No Grazing Buffers.  We recommend the PNF establish protocols for changing no grazing buffer width and location, as necessary, as more knowledge is gained about movements and distribution of bighorn sheep; straying potentials for domestic sheep; as GPRs are recalculated; and to accommodate future range expansion of bighorn sheep.

4.   Monitoring.  Success of the proposed adaptive management approach relies heavily on an effective monitoring plan.  The central concept is, through monitoring, bighorn sheep range expansion beyond the GPR will be detected and GPR boundaries adjusted accurately to maintain separation and avoid contact with domestic sheep.  The closer domestic sheep are grazed to occupied bighorn sheep range, the higher the probability that contact will go undetected (less effective separation; higher risk of contact), and the more intensive the level of monitoring required to detect range expansion and need to adjust GPR boundaries before contact occurs.  Conversely, incorporating effective no grazing buffers between GPRs and areas grazed by domestic sheep the lower the probability of contact will go undetected (more effective separation; lower risk of contact) and the less intensive level of monitoring required to detect range expansion and need to adjust GPR boundaries before contact occurs.  The DSEIS and Amended Forest Plan Direction does not include a detailed monitoring plan.  Our primary concern is that bighorn sheep recolonizing new habitats outside of GPRs may go undetected with an unintended increased risk of contact with domestic sheep. We recommend:
   a.  The PNF include in the Amended Forest Plan Direction a more detailed monitoring plan that ensures successful implementation of the selected Alternative
   b.  Reducing the required level of monitoring by incorporating no-grazing buffers and establishing base GPRs
   c.  Including a Standard that indicates that if effective monitoring can not be accomplished, domestic sheep grazing will be prohibited


## Specific Comments – Draft Amendment to the LRMP

We offer the following specific suggestions to address our concerns with the proposed Amendment Forest Plan Direction.  Bold font indicates suggested changes to proposed language.

1.   Wildlife Resources Objectives WIOB13

   Concern(s):
      This objective appears to establish a forest-wide separation objective.  However, as written it only applies to the Hells Canyon NRA.

   Recommendation(s):
      Separation Objective should apply to all bighorn sheep across the Forest.

BLM_0049393

NSG BHS SEIS 13413

Suggested Language:
"Maintain separation between bighorn sheep **and domestic sheep and goats permitted to gaze on the Payette National Forest including bighorn sheep that use the Hells Canyon National Recreation Area, and the Hells Canyon and Salmon River Geographic Population Ranges (GPR)."**

2.  Wildlife Resources Objective WIOB14

Concern(s):
d.  Protocols and extent of annual surveys are not fully described.
e.  Clifford et al. 2007 may not be an appropriate modeling tool for recalculating future GPRs.
f.  Objective allows Base GPRs to be contracted.
g.  Objective implies if presence of bighorn sheep within an area inside a GPR cannot be confirmed each year, that area may be removed from the GPR.
h.  Criteria for expanding vs. contracting a GPR are not defined and should not be the same.  Although recolonization of new habitats and range expansion can be confirmed through verified observations and observation-based data allowing for expansion of GPRs, absence of bighorn sheep presence and range reduction cannot be confirmed annually or by use of observation-based data.

Recommendation(s):
a.  Include more detailed monitoring plan under Chapter IV – Monitoring and Evaluation Strategy.
b.  Establish Base GPRs as minimums.

Suggested Language:
"Based on annual surveys **(insert reference to Monitoring Plan)**, assess changes in bighorn sheep **distribution and habitat use and, if needed, expand GPRs using new data and appropriate tools (insert reference to protocols and methods for recalculating GPRs) to ensure continued separation and promote bighorn sheep recovery to viable populations."**

3.  Wildlilfe Resources Objective WIOB16

Concern(s):
Objective appears to restrict restoration and expansion within GPRs.

Recommendation:
Provide for restoration and expansion across source habitats.

Suggested Language:
"Using an Adaptive management approach, provide opportunities for bighorn sheep restoration and expansion across **source habitat**."

11

NSG BHS SEIS  13413

3. Wildlife Resources Standards WIST08

    Concern(s):
    a. Standard appears to only address bighorn sheep sightings within an established GPR.
    b. Standard does not allow for other information indicating occupied range to be used to recalculate GPR.

    Recommendations:
    Recalculate GPR when observations of bighorn sheep occur outside of GPRs.

    Suggested Language:
    "To allow for **bighorn sheep population restoration and range expansion**, recalculate and remap a bighorn sheep GPR when 3 or more bighorn sheep are located **between the 90-100 percentile volume contour within a GPR, or when 1 or more bighorn sheep are located outside of an existing GPR, or when other information suggests recolonization or occupancy of new habitats (observation of bighorn lambs, rutting and/or mating behavior of bighorn rams, collection of bighorn fecal pellets, etc...) by bighorn sheep.**"

4. Additional Wildlife Resource Standards

    We recommend adoption of the following additional Wildlife Standards:
    "WIST09 – To address the incompatibility of bighorn and domestic sheep when occupying the same range or when in close proximity to each other, bighorn sheep requirements for source habitat will have priority when resolving management conflicts between these two species."

    "WIST10 – Mitigate human-caused disturbances such as livestock grazing and recreational activities to promote bighorn sheep population recovery and range expansion."

    "WIST11 – Monitor bighorn sheep occurrence and range expansion across GPR boundaries according to the Bighorn Sheep Monitoring Plan (insert reference to monitoring plan) to ensure effective separation between bighorn sheep and domestic sheep and goats.  If the Bighorn Sheep Monitoring Plan cannot be implemented, domestic sheep will not be permitted to graze on the Payette National Forest."

5. Non-Native Plants Standard NPST13

    Concern(s):
    Standard does not include a buffer.

    Recommended Language:
    "Domestic sheep and goats shall not be utilized as a management tool for weed control within bighorn sheep GPRs **or no-grazing zones.**

12

NSG BHS SEIS 13413

7. <u>Rangeland Resources Goal RAGO07</u>

    Concern(s):
        Language is not strong enough or scientifically defensible.

    Recommended Language:
        "Manage domestic sheep and goat allotments to provide **effective** separation and lack of contact between bighorn sheep and domestic sheep and goats."

8. <u>Rangeland Resources Goal RAGO08</u>

    Concern(s):
        a. Establishing a 1-mile buffer is probably insufficient under most conditions.  Literature suggests effective buffers between 9-20 miles (Bureau of Land Management 1998, Desert Bighorn Council Technical Staff 1990, Singer et al. 2001).
        b. "sheep-fee zone" could be interpreted to apply to both domestic and bighorn sheep.

    Recommended Language:
        **"Manage domestic sheep and goat operations to maintain integrity of any established no-grazing zones."**

9. <u>Range and Resource Objective RAOB04</u>

    Concern(s):
        Language should be strengthened.

    Recommended Language:
        "Incorporate adaptive management strategies designed to **prevent** contact between bighorn sheep and domestic sheep **and goats** into domestic sheep and goat Allotment Management Plans and/or Annual Operating Instructions."

10. <u>Rangeland Resources Standard RAST10</u>

    Concern(s):
        a. This standard is confusing in its purpose and intent.
        b. This is the only place where buffers are addressed and proposed language and approach is not sufficient to provide effective separation.
        c. Buffers are only required if bighorn sheep are observed in close proximity to GPR boundaries.

    Recommendation(s):
        We recommend that no-grazing buffers (zones) be incorporated either in the selected Alternative or Amended Forest Plan Direction.  If included as part of the selected Alternative, protocols for adjusting buffers, as GPRs are expanded through time, must be included in the Amended Forest Plan Direction.  If buffers are not determined in

13

NSG BHS SEIS 13413

association with the selected Alternative, then detailed guidelines on how buffers should be established around GPRs must be provided in the Amended Forest Plan Direction.

Recommended Language:
"Immediately move permitted domestic sheep and goat bands at least 1 air mile, **as needed to provide effective separation,** from the outside boundary of a bighorn sheep GPR when 3 or more bighorn sheep **are located between the 90-100 percentile volume contour within a GPR, or when 1 or more bighorn sheep are located outside of an existing GPR, or when other information suggests recolonization or occupancy of new habitats (observation of bighorn lambs, rutting and/or mating behavior of bighorn rams, collection of bighorn sheep fecal pellets, etc...) by bighorn sheep.** No domestic sheep or goats will be permitted to graze within **this no-grazing zone.** If permitted domestic sheep and goats cannot be kept from this zone, grazing on the allotment shall be prohibited."

11. Rangeland Resources Standard RAST11

   Concern(s):
   This standard does not address no-grazing zones.

   Recommended Language:
   "Domestic sheep and goat grazing **outside of bighorn** sheep GPRs **and no-grazing zones** may only be permitted where separation **and** no contact with bighorn sheep can be maintained. If separation cannot be maintained, permitted domestic sheep and goat grazing shall be prohibited."

12. Additional Rangeland Resources Standard

   We recommend adoption of the following additional Rangeland Resource Standard:
   "RAST12 – Domestic sheep and goats will not be permitted to graze within or adjacent to the Hells Canyon National Recreation Area or bighorn sheep GPRs."

13. Monitoring and Evaluation Strategy

   Concern(s):
   This strategy is insufficiently detailed to ensure adequate monitoring to detect bighorn sheep range expansion, prevent comingling with domestic sheep, or provide effective separation. In addition, the strategy suggests monitoring and recording observations of bighorn sheep outside of GPRs, but there is no mechanism for incorporating this data in recalculations of the GPRs.

   Recommendation(s):
   a. Incorporate our suggestions for including observations of bighorn sheep outside of GPRs into GPR recalculations.
   b. Add an additional area to focus surveys. Also focus surveys in and around those active domestic sheep allotments in closest proximity to GPR boundaries.

14

BLM_0049397

Nez Perce Tribe Public Comments                     Payette National Forest DSEIS 2009

NSG BHS SEIS 13413

   c.  Develop a detailed monitoring strategy to ensure timely detection of bighorn sheep range expansion and avoidance of comingling, and maintain effective separation.

   d.  Reduce dependency on required monitoring by:

      a.  Establishing no-grazing zones between occupied range and areas grazed by domestic sheep.

      b.  Establish minimum base GPRs .

      c.  Use monitoring data to expand GPRs.

      d.  Avoid relying on monitoring data to recalculate entire new GPRs; only to add to existing GPRs.

BLM_0049398

Nez Perce Tribe Public Comments                                    Payette National Forest DSEIS 2009

NSG BHS SEIS 13413

# Literature Cited

Buechner, H.K. 1960. The bighorn sheep in the United States, its past, present and future. Wildlife Monograph No. 4. 174 p.

Bureau of Land Management 1998. Revised guidelines for management of domestic sheep and goats in native wild sheep habitats. Instruction Memorandum No. 98-140. 6 p.

Callan, R.J.; Bunch, T.D.; Workman, G.W.; Mock, R.E. 1991. Development of pneumonia in desert bighorn sheep after exposure to a flock of exotic domestic sheep. Journal of American Veterinary Medical Association. 198(6): 1052-1056.

Cassirer, F.; Oldenberg, L.E.; Coggins, V.L.; Fowler, P.; Rudolph, K.M.; Hunter, D.L.; Foreyt, W.J. 1996. Overview and preliminary analysis of a bighorn sheep die-off, Hells Canyon 1995-1996. In: Proceedings of the Tenth Biennial Symposium of the Northern Wild Sheep and Goat Council: 78-86.

Cassirer, F.; Rudolf, K.M.; Fowler, P.; Coggins, V.L.; Hunter, D.L.; Miller, M.W. 2001. Evaluation of ewe vaccinations as a tool for increasing bighorn lamb survival following pasteurellosis epizootics. Journal of Wildlife Diseases. 37: 49-57.

Coggins, V.L. 1988. The Lostine Rocky Mountain bighorn sheep die-off and domestic sheep. In: Proceedings of the Sixth Biennial Symposium of the Northern Wild Sheep and Goat Council: 57-64.

Coggins, V.L. 2002. Rocky Mountain bighorn sheep/domestic sheep and domestic gat interactions: a management prospective. In: Proceedings of the Thirteenth Biennial Symposium of the Northern Wild Sheep and Goat Council: 165-174.

Coggins, V.L.; Matthews, P.E. 1992. Lamb survival and herd status of the Lostine bighorn herd following a *Pasteurella* die-off. In: Proceedings of the Eighth Biennial Symposium of the Northern Wild Sheep and Goat Council: 164-173.

Desert Bighorn Technical Staff. 1990. guidelines for management of domestic sheep in the vicinity of bighorn habitat. Desert Bighorn Council Transactions 34:33-35.

Foreyt, W.J. 1990. Pneumonia in bighorn sheep: Effects of *Pasteurella haemolytica* from domestic sheep and effects on survival and long-term reproduction. In: Proceedings of the Seventh Biennial Symposium of the Northern Wild Sheep and Goat Council: 92-101.

Foreyt, W.J. 1992a. Experimental contact association between bighorn sheep, elk and deer with known *Pasteurella haemolytica* infections. In: Proceedings of the Eighth Biennial Symposium of the Northern Wild Sheep and Goat Council: 213-218.

Foreyt, W.J. 1992b. Failure of an experimental *Pasteurella haemolytica* vaccine to prevent respiratory disease and death in bighorn sheep after exposure to domestic sheep. In:

BLM_0049399

Proceedings of the Eight Biennial Symposium of the Northern Wild Sheep and Goat Council: 155-163.

Foreyt, W.J. 1994. Effects of controlled contact exposure between healthy bighorn sheep and llamas, domestic goats, mountain goats, cattle, domestic sheep, or mouflon sheep. *In*: Proceedings of the Ninth Biennial Symposium of the Northern Wild Sheep and Goat Council: 7-14.

Foreyt, W.J.; Jessup, D.A. 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. Journal of Wildlife Diseases. 18: 163-168.

Foreyt, W.J.; Lagerquist, J.E. 1996. Experimental contact of bighorn sheep (*Ovis Canadensis*) with horses and cattle, and comparison of neutrophil sensitivity to *Pasteurella haemolytica* cytotoxins. Journal of Wildlife Diseases. 32: 594-602.

Foreyt, W.J.; Silflow, R.M. 1996. Attempted protection of bighorn sheep (*Ovis Canadensis*) from pneumonia using a nonlethal cytotoxin strain of *Pasteurella haemolytica* Biotype A, Serotype 11. Journal of Wildlife Diseases. 32: 315-321.

Foreyt, W.J.; Snipes, K.P.; Kasten, R.W. 1994. Fatal pneumonia following inoculation of healthy bighorn sheep with *Pasteurella haemolytica* from healthy domestic sheep. Journal of Wildlife Diseases. 30(2): 137-145.

Foreyt. W.J. 1989. Fatal *Pasteurella haemolytica* pneumonia in bighorn sheep after direct contact with clinically normal domestic sheep. American Journal of Veterinary Research. 50(3): 341-344.

Garde, E.; Kutz, S.; Schwantje, H.; Veitch, A.; Jenkins, E.; Elkin, B. 2005. Examining the risk of disease transmission between wild Dall's sheep and mountain goats and introduced domestic sheep, goats and llamas in the Northwest Territories. The Northwest Territories Agricultural and Policy Framework and Environment and natural Resources Government of the the Northwest Territories, Canada. 139 p.

George, J.L.; Martin, D.J.; Lukacs, P.M.; Miller, M.W. In press. Epidemic Pasteurellosis in a bighorn sheep population coinciding with the appearance of a domestic sheep.

Gross, J.E.; Singer, F.J.; Moses, M.E. 1997. Simulating desert bighorn sheep populations to support management decisions: effects of patch size, spatial structure, and disease. Desert Bighorn Council Transactions. 41: 26-36.

Gross, J.E.; Singer, F.J.; Moses, M.E. 200. Effects of disease, dispersal, and area on bighorn sheep restoration. Restoration Ecology 8 (supplement 4S): 25-37.

Hells Canyon Bighorn Sheep Restoration Committee. 2004. The Hells Canyon initiative Hells Canyon bighorn sheep restoration plan. Idaho Department of Fish and Game, Oregon

BLM_0049400

NSG BHS SEIS 1 3413

Department of Fish and Wildlife, Washington Department of Fish and Wildlife, U.S. Forest Service, Bureau of Land Management, Foundation of North American Wild Sheep. Lewiston, Idaho.

Hells Canyon Bighorn Sheep Restoration Committee. 2005. Hells Canyon initiative Annual Report FY 05. Idaho Department of Fish and Game, Oregon Department of Fish and Wildlife, Washington Department of Fish and Wildlife, U.S. Forest Service, Bureau of Land Management, Foundation of North American Wild Sheep. Lewiston, Idaho.

Hells Canyon Bighorn Sheep Restoration Committee. 2008. Hells Canyon initiative Annual Report FY 07. Idaho Department of Fish and Game, Oregon Department of Fish and Wildlife, Washington Department of Fish and Wildlife, U.S. Forest Service, Bureau of Land Management, Foundation of North American Wild Sheep. Lewiston, Idaho.

Hunt, E.G. 1980. Report on Lava Beds national Monument bighorn sheep die-off. Sacramento, CA: California Department of Fish and Game Memorandum. 6 p.

Jessup, D.A. 1980. Pneumonia, bighorn and domestic sheep. American Association of Wildlife Veterinarians. Sept. 1 Newsletter no. 4. 6 p.

Jessup, D.A. 1982. Bighorn sheep and domestic sheep: conflict in Nevada's Granite Mountains. Association of Wildlife Veterinarians Newsletter. 14: 4-5.

Jessup, D.A. 1985. Diseases of domestic livestock which threaten bighorn sheep populations. Transactions of the Desert Bighorn Council. 29: 29-33.

Krausman, P.R. 1996. Problems facing bighorn sheep in and near domestic sheep allotments. *In*: Sustaining Rangeland Ecosystems Symposium, Ed. Edge, W.D.; Olson-Edge, S.L. Oregon State University. 59-62.

Martin, K.D.; Schommer, T.J.; Coffins, V.L. 1996. Literature review regarding the compatibility between bighorn and domestic sheep. *In* Proceedings of the Tenth Biennial Symposium of the Northern Wild Sheep and Goat Council: 72-77.

Onderka, D.K.; Rawluk, S.A.; Wishart, W.D. 1988. Susceptibility of Rocky Mountain bighorn sheep and domestic sheep to pneumonia induced by bighorn and domestic livestock strains of *Pasteurella haemolytica*. Canadian Journal of Veterinary Research. 52: 439-444.

Onderka, D.K.; Wishart, W.D. 1988. Experimental contact transmission of *Pasteurella haemolytica* from clinically normal domestic sheep causing pneumonia in Rocky Mountain bighorn sheep. Journal of Wildlife Disease. 24(4): 663-667.

Schommer, T.J.; Woolever, M. 2001. A process for finding management solutions to the incompatibility between domestic and bighorn sheep. Washington, D.C.: U.S. Department of Agriculture, Forest Service. 62 p.

18

NSG BHS SEIS 1 5413

Schwantje, H. 1988. Causes of bighorn sheep mortality and dieoffs: literature review. Wildlife Working Report No. WR-35. Wildlife Branch, Ministry of Environment, Victoria, BC, Canada. 49 p.

Schwantje, H.; Stepaniuk, D.; Zehnder, D. 2006. British Columbia wild and domestic sheep separation programs. Biennial Symposium of the Northern Wild Sheep and Goat Council 15.

Singer, F.J.; Zeignefuss, L.C.; Spicer, L. 2001. Role of patch size, disease, and movement in rapid extinction of bighorn sheep. Conservation Biology. 15: 1347-1354.

Sweeney, S.J.; Silflow, R.M.; Foreyt, W.J. 1994. Comparative leukotxicities of *Pasteurella haemolytica* isolates from domestic sheep and free-ranging bighorn sheep. Journal of Wildlife Disease. 30: 523-528.

Toweill, D.E. 2007. Project W-170-R-31 Bighorn sheep, Study I, Job 4, Progress Report July 1, 2006 to June 30, 2007. Idaho Department of Fish and Game. Boise, Idaho. 72 p.

Toweill, D.E.; Geist, V. 1999. Return of royalty wild sheep of North America. Boone and Crockett Club and Foundation for North American Wild Sheep, Missoula, Montana. 224 p.

Unsworth, J. 2008a. Letter to Darcy Pedersen, District Ranger, Salmon River District, Nez Perce National Forest, April 21, 2008. Idaho Department of Fish and Game, Boise, ID. 2 p.

Unsworth, J. 2008b. Letter to Allen Rowley, Acting Forest Supervisor, Nez Perce National Forest, May 1, 2008. Idaho Department of Fish and Game, Boise, ID. 2 p.

USDA Forest Service. 2003. Payette National Forest land and resource management plan. Revised. Ogden, UT: USDA Forest Service, Intermountain Region.

USDA Forest Service. 2005. Decision for appeal of the Payette National Forest land and resource management plan revision. 41 p.

USDA Forest Service. 2006a. Risk analysis of disease transmission between domestic sheep and bighorn sheep on the Payette National Forest. Ogden, UT: USDA Forest Service, Intermountain Region, Payette National Forest.

USDA Forest Service. 2006b. Summary of the science panel discussion: Disease transmission between domestic sheep and bighorn sheep on the Payette National Forest. Ogden, UT: USDA Forest Service, Intermountain Region, Payette National Forest.

USDA Forest Service. 2008a. A review of disease related conflicts between domestic sheep and goats and bighorn sheep. General Technical Report RMRS-GTR-209. 16 p.

USDA Forest Service. 2008b. Southwest Idaho ecogroup land and resource management plans. Draft supplemental environmental impact statement. 160 p.

BLM_0049402

NSG BHS SEIS  13413

Wehausen J.D.; Kelley, S.T.; Ramey, R.R. A brief review of respiratory disease interactions
    between domestic sheep and bighorn sheep. Unpublished data.

Western Association of Fish and Wildlife Agencies Wild Sheep Working Group Initial
    Subcommittee. 2007. Recommendations for domestic sheep and goat management in wild
    sheep habitat. 27 p.

20

BLM_0049403



NSG BHS SEIS ~~14058~~
7585

# *Nez Perce*

## TRIBAL EXECUTIVE COMMITTEE
### P.O. BOX 305 • LAPWAI, IDAHO 83540 • (208) 843-2253

March 16, 2009

**By Electronic (payettebighorn@fs.fed.us) and Regular Mail**

Suzanne Rainville
Payette National Forest
800 W. Lakeside Avenue
McCall, Idaho 83638

Re:     Formal Consultation Request Regarding the Payette National Forest Bighorn Sheep
        Viability DSEIS

Dear Ms. Rainville:

I write on behalf of the Nez Perce Tribe requesting formal consultation with the Payette National
Forest (PNF) in connection with the Draft Supplemental Environmental Impact Statement
(DSEIS) that reanalyzes the effects of current and proposed management of bighorn sheep
viability within the Payette National Forest (PNF).

The Tribe submitted technical comments on the DSEIS on February 27, 2009. In addition to
those comments, this letter contains the Tribe's concerns regarding the PNF's approach to
bighorn sheep habitat management that implicate the Tribe's treaty-reserved hunting rights and
cultural resource concerns, and which should be appropriately addressed through a government-
to-government dialogue. The Tribe, as a sovereign and Cooperator in this Forest Plan revision
effort, expects that it will be provided with further opportunities in the coming months to work
with the PNF in addressing the points discussed below which in the Tribe's view, more
accurately capture the nature, scope and importance of the 1855 Treaty with respect to long-term
bighorn sheep management strategies on the PNF.

**Nez Perce Historical Relationship to Bighorn Sheep**

Before discussing the Tribe's specific policy concerns with bighorn sheep management direction
on the PNF, the Tribe would like to reiterate the historic and contemporary importance of

BLM_0049404

Suzanne Rainville
March 16, 2009
Page 2

NSG BHS SEIS 14063
7505

bighorn sheep to our culture and livelihood.  The Tribe has previously shared this information directly with the PNF and through its participation in the litigation surrounding bighorn sheep management on the PNF.

The history of the Nez Perce people and bighorn sheep has been intertwined since time immemorial.  Nez Perce pictographs depicting bighorn sheep contemplate a close and reverent relationship between our people and the majestic bighorn.  The archaeologic record is also replete with information documenting historic bighorn sheep presence in lands, such as the Payette National Forest, that were exclusively occupied by the Nez Perce people prior to non-Indian settlement.

Nez Perce tribal member and tribal ethnographer Josiah Blackeagle Pinkham, has described in court documents how bighorn sheep have been central to the spiritual and cultural ways of the Nez Perce people since time immemorial.  He noted that the bighorn's hide was widely used as clothing.  Its meat was cooked and eaten or dried to be eaten later in winter months or during travel.  The highly nutritional organs are considered a delicacy to the Nez Perce.  The heart, liver and intestines are still consumed by Nez Perce people today.  Bighorn sheep hides are highly sought after for making clothing for shirts, dresses and leggings.  Bighorn sheep bones were used for tools and games for the people.

In addition, one of the most well-known contributions of bighorn sheep to the Nez Perce, according to Mr. Pinkham, is that of the horn bow.  The curled horns of the male bighorn sheep were used to make a small but powerful bow used in hunting and warfare.  The bow was valuable in that its small size and high velocity release made it the most convenient for horseback hunting of bison.  It could be easily used to bring down the large bison and the arrows from a horn bow were known to go completely through a bison's tough skin and thick body.  This particular type of bow took many long hours for construction.  It had to be soaked in a hot spring to soften the horn for shaping and the time it took to manufacture a bow made the bow a valuable trade item.

Bighorn sheep are still an important part of Nez Perce culture.  As Mr. Pinkham stated it is hard for the Nez Perce people to maintain their cultural ties to the Salmon and Snake River canyons when the once most common large herbivore in these canyons has been reduced in number to essentially a museum population.  The loss of once abundant traditional food sources like bighorn sheep, salmon, elk, and buffalo has contributed to a number of health problems on the reservation.  Illnesses like diabetes and lupus, two food related diseases, once unheard of among the traditionally healthy Nez Perce people, are now prevalent among the members of the Tribal community.

In summary, bighorn sheep have and continue to be a centerpiece of our culture.  The Tribe views the return of the bighorn sheep to abundant, harvestable population numbers in the treaty territory, including the Payette National Forest, as a critical step in rebuilding healthy Nez Perce communities and reinforcing Nez Perce Tribal sovereignty.

Suzanne Rainville
March 16, 2009
Page 3

NSG BHS SEIS 11053
7505

**The 1855 Treaty**

Against this important cultural backdrop the Tribe wishes to emphasize its legal relationship with the United States. In 1855 the Nez Perce Tribe entered into a treaty with the United States ceding millions of acres of land in exchange for, among other guarantees, the Tribe's usufructuary right to take fish in usual and accustomed fishing areas, and continue hunting, gathering, and pasturing animals on open and unclaimed lands. Article 3, Treaty of June 11, 1855, 12 Stat. 957 (1859).

The Payette National Forest lands are part of the vast territory the Tribe ceded to the United States. The National Forest System lands that Congress has not committed to a purpose inconsistent with hunting are open and unclaimed lands over which the Tribe has treaty-reserved rights. See e.g. U.S. v. Hicks, 587 F. Supp. 1162 (W.D. Wash. 1984). The PNF provides irreplaceable habitat for tribal fish and wildlife resources. The fish and game associated with the Payette National Forest are subject to the Tribe's exercise of treaty-reserved rights. See e.g., Sohappy v. Smith, 302 F. Supp. 899 (D. Or. 1969), aff'd, United States v. Oregon, 529 F.2d 570 (9th Cir. 1976); Washington v. Washington State Commercial Passenger Fishing Vessel Ass'n, 443 U.S. 658 (1979) (Passenger Fishing Vessel).

**The PNF Must Provide Adequate Habitat for Treaty-Level Harvests, Not Just Minimum Viable Populations.**

The treaty-reserved right to take fish, hunt and gather also presumes the continued existence of those resources. See Passenger Fishing Vessel at 678–79. Thus, the treaty secures to the Tribe the continued existence of those biological conditions necessary for the resources that are the subject matter of the treaties. See Kittitas Reclamation District v. Sunnyside Valley Irrigation District, 763 F.2d 1394 (9th Cir. 1985), cert. denied, Sunnyside Valley Irrigation District v. United States, 474 U.S. 1032 (1985).

More recently, in a sub-proceeding of United States v. Washington, the United States, in conjunction with numerous Tribes, sought a declaration that the State of Washington has a treaty-based duty to repair or replace any culverts that were impeding salmon migration to or from spawning grounds. United States v. State of Washington, et al., CV No. 9213RSM, 2007 WL 2437166 at *1 (W.D. Wash., Aug. 22, 2007). Relying on well-established principles of treaty construction as applied to the Stevens treaties at issue in Passenger Fishing Vessel, the court applied several important historic determinations regarding the Treaty of 1855 that were instructive in deciding whether the State of Washington has a treaty-based duty to remove culverts that diminished the number of fish that passed to and from the treaty tribes' usual and accustomed fishing stations.

First, by the language of the Treaty itself, the right of "taking" fish must have had obvious significance to the tribes' relinquishing a portion of their pre-existing rights to the United States. It was thus the right to take fish, not just the right to fish, that was secured by the treaties. Id. at *8 (internal citations omitted). Second, Governor Stevens, the United States official who negotiated the treaties, specifically assured the Indians that they would have access to their

BLM_0049406

Suzanne Rainville
March 16, 2009
Page 4

NSG BHS SEIS 14053
7585

normal food supplies now and in the future. Id. at *9. And third, the Tribes were persuaded to cede huge tracts of land by the promise that they would forever have access to this resource, which was thought to be inexhaustible. Id. The court held:

> In light of these affirmative assurances given the Tribes as an inducement to sign the Treaties, together with the Tribes' understanding of the reach of those assurances...this Court finds that the Treaties do impose a duty upon the State to refrain from building or maintaining culverts in such a manner as to block the passage of fish upstream or down, to or from the Tribes' usual and accustomed fishing places. This is not a broad environmental servitude or the imposition of an affirmative duty to take all possible steps to protect fish runs as the State protests, but rather a narrow directive to refrain from impeding fish runs in one specific manner.

Id. at *10.

The court determined, therefore, that under the particular facts underlying the dispute, the State of Washington did have a duty to refrain from blocking fish access to spawning grounds and rearing habitat. Id. at *6.

Applying that decision to bighorn/domestic sheep conflict on the PNF, and recognizing that treaties are the supreme law of the land, U.S. Const. Art. VI., Cl. 2, the Tribe takes the view that federal-sanctioned activities on the Payette National Forest that are incompatible with or interfere with a reasonable exercise of the Tribe's treaty-reserved rights, such as, in this case, domestic sheep grazing that transmits fatal disease to bighorn sheep resulting in substantially diminished tribal harvest and cultural opportunities, must, as a matter of law, yield to the degree that those activities compromise the treaty right.

The Tribe recognizes that federal law other than the 1855 Treaty require maintenance of viable populations of bighorn sheep on the Forest. Although the Tribe considers minimum viable populations to be a step in the right direction for restoring healthy and harvestable bighorn sheep populations on the Forest, the Tribe does not consider this regulatory standard to be sufficient for purposes of discharging the United States' responsibilities under the 1855 Treaty for achieving abundant, healthy, harvestable populations of bighorn sheep across age and sex classes on the Forest.

As the Tribe indicated in its February 27, 2009 public comments, the Tribe could support the agency-preferred Alternative 7G with strengthened Forest Plan amendment language because the Tribe believes that this adaptive management approach is the appropriate starting point for healthy, harvestable bighorn sheep populations above minimum viable levels. The Tribe expects that the PNF will take appropriate, long-term management action to provide for sufficient habitat on the Forest that ensures robust, healthy and harvestable bighorn populations across age and sex class so that tribal members may reasonably exercise their treaty-reserved hunting rights now and for future generations. To be sure, this responsibility is firmly rooted in the 1855 Treaty and

BLM_0049407

NSG BHS SEIS 14053
7505

the United States' fiduciary obligation to honor it.  Providing habitat that meets the minimum threshold requirement for viable populations only will simply not meet tribal demand.

**The Tribe's Sensitive Species Designation Request Should Be Meaningfully Considered In Evaluating Future Bighorn Sheep Management Direction.**

In or around April, 2008, before the Forest released the DSEIS, the Tribe sent a letter to Regional Forester Forsgren requesting that bighorn sheep be added to Region Four's Sensitive Species List.  In that letter, the Tribe provided information, including data taken from Idaho Fish and Game's website, demonstrating the need for immediate management action to protect declining bighorn populations in the Snake and Salmon River Canyons.  As of this date, we are not aware of any action the Regional Forester has taken  regarding the Tribe's request.  However, the Tribe is confident, based on the Forest Service's  sensitive species criteria and actions already taken by other Forests designating bighorn sheep as sensitive species, that the Tribe's request will be honored.  Accordingly, the PNF will need to consider the implications of this likely designation on the actions proposed in the SEIS and future bighorn sheep management direction generally.

**The DEIS Fails to Adequately Assess Nez Perce Cultural and Socioeconomic Resources.**

As indicated above, Nez Perce Tribal members continue to maintain close cultural ties to bighorn sheep.  However, because bighorn sheep populations have drastically declined from their historic levels, the Tribe has significantly curtailed its treaty-reserved harvest.  The result is a loss of a portion of the Tribe's cultural identity and heritage.  As explained above, the substantial loss of readily available traditional foods, such as: bighorn sheep has resulted in the health of Tribal members being dramatically affected.  The Tribe seeks to restore healthy, harvestable levels of these species in order to reestablish traditional spiritual, cultural and dietary ways.

After reviewing the DSEIS, the Tribe was unable to identify any meaningful of the potential effects on Nez Perce cultural resources of continued bighorn sheep losses on the PNF resulting from domestic sheep grazing.  The PNF has an obligation under federal law to consult with the Tribe on issues or concerns that may affect properties of historic or cultural significance.  The Tribe has requested on numerous occasions that the PNF conduct an analysis of the potential diminishment or loss of bighorn sheep hunting opportunities on the Tribe's economy.  That analysis was not included in the DSEIS.  The PNF has developed a detailed analysis of the potential economic loss of domestic sheep grazing opportunities on the PNF.  Although the Tribe recognizes that the socioeconomic effects of diminished domestic sheep grazing on the PNF should be addressed, the PNF's analysis should, at minimum, be balanced to properly address socioeconomic and cultural issues related to the Tribe, as well as the socioeconomic benefits of restoring bighorn sheep for the enjoyment of local and national conservation groups, outfitters, and wildlife viewers.

In summary, the Tribe has outstanding policy concerns about PNF bighorn sheep habitat management that require further dialogue with the PNF at a government-to-government level.  The Tribe also expects to work with PNF staff on revising the draft tribal rights section of the DEIS so that the Tribe's views on the 1855 Treaty, cultural resources and bighorn sheep are

Suzanne Rainville
March 16, 2009
Page 6

NSG BHS SEIS 14053
7585

more appropriately addressed in that section. In the meantime, the Tribe looks forward to a timely formal consultation so that the product of our conversation can be meaningfully considered before the PNF publishes the FEIS. Please contact Mike Lopez, our staff attorney, to schedule a formal consultation, or to address any comments or concerns you may have.

Sincerely,

*Samuel N. Penney*

Samuel N. Penney
Chairman

BLM_0049409

**KEN ANDRUS**
DISTRICT 29A
BANNOCK COUNTY

HOME ADDRESS
6948 EAST OLD OREGON TRAIL ROAD
LAVA HOT SPRINGS, IDAHO 83246
(208) 776-5380
EMAIL: kandrus@house.idaho.gov



COMMITTEES

AGRICULTURAL AFFAIRS

NSG BH Resources & Conservation

STATE AFFAIRS

**RECEIVED**

MAR 0 4 2009

**PAYETTE NF**
**SUPERVISOR'S OFFICE**

# House of Representatives
## State of Idaho

March 2, 2009

Payette National Forest
Attention: Bighorn Sheep Comments
800 W Lakeside Ave.
McCall, ID 83638

To Whom It May Concern:

    I would like to comment on the Payette National Forest, draft Supplemental Environmental Impact Statement (DSEIS). There is no sustaining scientific evidence that bighorn sheep contract life threatening disease from domestic sheep. Research has been ongoing for over 20 years in this area with no documented proof that disease transmission occurs on the open range.

    Also, I would hope that the US Forest Service be amenable to keeping their word in regard to the agreement made that domestic sheep shall be held harmless when big horn sheep invade domestic sheep allotments.

Sincerely,

Ken Andrus, Representative
District 29A, Bannock County

BLM_0049410



| United States Department of Agriculture | Forest Service | Wallowa-Whitman National Forest | Baker CNSG BHS SEIB 13708 RECEIVED |

Reply to 2210   MAR 04 2009

Date January 16 PAYETTE NF SUPERVISOR'S OFFICE

Idaho Woolgrowers Association
Mr. Stan Boyd, Executive Director
P. O. Box 2596
Boise, ID 83701

RECEIVED

MAR 1 1 1997

I. W. G. A.

Dear Mr. Boyd:

The effort to transplant bighorn sheep into historic habitat in Hells Canyon is a cooperative project involving the States of Idaho, Oregon, and Washington, The Foundation for North American Wild Sheep, the Forest Service, and the Bureau of Land Management. The Hells Canyon Bighorn Sheep Restoration Committee (the committee) is interested in having the support of the woolgrowers industry for this effort to repopulate parts of Hells Canyon with bighorn sheep.

The Committee understands that bighorns may occasionally migrate outside of their designated range and come into contact with domestic sheep. These bighorns will be considered "at risk" for potential disease transmission and death. There is also the potential for an exposed bighorn to leave the area and spread disease to other bighorn sheep. Under these conditions, the Idaho Department of Fish and Game, the Oregon Department of Fish and Wildlife, and the Washington Department of Wildlife will assume the responsibility for bighorn losses and further disease transmission in their respective states. The three Departments will also take whatever action is necessary to reduce further losses of bighorn sheep without adversely impacting existing domestic sheep operators. The enclosed map clearly delineates the project area within the Hells Canyon complex. Bighorns straying into currently active sheep allotments will be considered "at risk" by all of the Committee entities. This means that the Committee recognizes the existing domestic sheep operations in or adjacent to the Hells Canyon complex, on both National Forest and private lands, and accepts the potential risk of disease transmission and loss of bighorn sheep when bighorns invade domestic sheep operations.



FS-6200-11b (7 81)

BLM_0049411



Idaho Woolgrowers Association

The Committee will make every effort to keep interested parties informed about actions being considered by the Committee in its effort to repopulate Hells Canyon with bighorn sheep. We will provide all health information gathered on bighorn sheep to the woolgrowers industry and other interested parties.

Sincerely,

USDA Forest Service, Wallowa-Whitman NF

Jan. 16, 1997
Date

Idaho Dept. of Fish and Game

JAN 23, 1997
Date

Oregon Dept. of Fish and Wildlife

Feb 26, 1997
Date

Washington Dept. of Fish and Wildlife

Feb 21, 1997
Date

Allan E. Thomas
Bureau of Land Management

Jan. 24, 1997
Date

Foundation for N. American Wild Sheep

March 4, 1997
Date

Enclosur

cc:  Forest Supervisor, Payette NF
     Forest Supervisor, Nez Perce NF



**THEODORE R. KULONGOSKI**
GOVERNOR





RECEIVED
NSC-BHS-SES
FEB 17 2009
NF
SUPERVISOR'S OFFICE

February 11, 2009

Ms. Abigail Kimbell, Chief
US Forest Service
201 14th Street SW, MS 1144
Washington, DC 20250

      RE: Payette National Forest Bighorn Sheep
          Draft Supplemental Environmental Impact Statement (DSEIS)

Dear Chief Kimbell:

     Citizens and agencies of Idaho, Washington and Oregon have worked together for over 37 years to restore bighorn sheep in Hells Canyon. Oregon's bighorns move into Idaho and back regularly. As a result, management decisions made by the Payette National Forest can have a direct impact on bighorn sheep management programs in Oregon. In recognition of this connection, the Oregon Department of Fish and Wildlife (ODFW) was granted Cooperator Status and participated with the Payette National Forest Planning Team in development of the bighorn sheep DSEIS

     The Governor's Office wishes to acknowledge the efforts the Payette National Forest has made in development of the DSEIS. With this document, the Payette National Forest has attempted to address the conflicts between domestic sheep grazing on federal allotments and native bighorn sheep. In reviewing the DSEIS, we feel that the best alternative that will truly address this conflict and provide the level of protection needed for Oregon bighorn sheep while minimizing impacts to domestic sheep grazing is Alternative 7G. This Alternative is consistent with the goals and objectives of Oregon, Hells Canyon National Recreation Area and the National Forest Management Act.

     Over the last 12 years, ODFW has collected 51,000+ bighorn sheep telemetry locations in Hells Canyon. This data shows bighorn sheep (especially rams) move between Oregon, Washington and Idaho extensively. Bighorn sheep from Lewiston, Idaho, to Brownlee Dam are inter-connected by these movements. Recently, two groups of bighorn sheep that use habitat in the Hells Canyon National Recreation Area and Payette National Forest have had severe disease outbreaks. Herds in Oregon located in the Upper Hells Canyon and Sheep Mountain have experienced heavy losses of lambs and adult bighorn sheep from pneumonia. Currently, only 20-25 animals remain in each herd. A third bighorn sheep herd in McGraw Creek completely died off after interacting with a diseased ram that returned from a Payette domestic sheep allotment. Telemetry studies show extensive movements into Idaho, especially the area occupied by domestic sheep within the Payette National Forest.

BLM_0049413

NSG BHS SEIS 1758

Chief Abigail Kimbell
February 11, 2009
Page Two

Research by Washington State University Veterinary School has documented domestic
sheep and goats carry respiratory diseases that cause severe die-offs in wild sheep. For that
reason, it is desirable to keep bighorn sheep separated from domestic sheep and goats. Long-
term studies conducted in Hells Canyon confirm respiratory disease is the primary cause of
bighorn mortality. When domestic sheep are on the Payette grazing allotments the desirable
habitat is no longer available for occupation by bighorn sheep. Domestic and bighorn sheep
would use the same areas during the same time of year if allowed.

Since the first re-introductions in 1971, the Foundation for North American Wild Sheep,
Oregon Hunters Association, Nez Perce Tribe and the people of the State of Oregon have
invested millions of dollars in efforts to restore Rocky Mountain bighorn sheep herds in
Northeast Oregon. These animals are icons of Hells Canyon; commercial jet boat operators
advertise that bighorn sheep will be observed in the canyon as one of the feature species.
Recreational visitors exceed 150,000 people in Hells Canyon annually, a significant economic
factor in this area.

In 1997, ODFW entered into a Tri-State effort (Hells Canyon Initiative) to restore
bighorn sheep in Hells Canyon. The three states, in cooperation with the Forest Service, Bureau
of Land Management, Wild Sheep Foundation and Nez Perce Tribe, developed an extensive plan
for bringing back wild sheep in the canyon. Several experts predicted that over 10,000 bighorn
sheep could occupy Hells Canyon. The Tri-State effort has used a number of tools including trap
and transplant, telemetry monitoring, and disease monitoring to increasing bighorn populations.
While the Tri-State group has had some successes in increasing bighorn sheep numbers, disease
transmission from domestic to wild sheep and reduced use of desirable habitat by bighorn sheep
continue to be road blocks for recovery of wild sheep. The DSEIS preferred alternative is a
major first step to restore a robust bighorn sheep population to Hells Canyon.

Forest Supervisor Suzanne Rainville selected alternative 7G as the preferred alternative.
Oregon supports this alternative because it strives to reduce the conflict of domestic sheep
grazing within bighorn sheep ranges in Hells Canyon, seeks to place domestic sheep on other
grazing allotments and complies with the Hells Canyon National Recreation Area Act. We
would like to thank the Payette National Forest for allowing Oregon representatives to
participate as a cooperator to the DSEIS process.

Respectfully,

Michael Carrier
Natural Resources Policy Director

MC:jb
c:  Suzanne Rainville, Payette National Forest Supervisor
    Harv Forsgren, Regional Forester

BLM_0049414

NSG BHS SEIS ⁱⁱ2903



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION 10**
1200 Sixth Avenue, Suite 900
Seattle, Washington 98101-3140

December 29, 2008

Ref: 98-024-AFS

RECEIVED

Suzanne Rainville
Forest Supervisor
800 West Lakeside Avenue
McCall, ID 83638-3602

Dear Ms. Rainville:

The U.S. Environmental Protection Agency (EPA) has reviewed the supplemental draft Environmental Impact Statement (SEIS) for the **Southwest Idaho Ecogroup Land and Resource Management Plans** in accordance with our responsibilities under the National Environmental Policy Act (NEPA) and Section 309 of the Clean Air Act. Section 309, independent of NEPA, specifically directs EPA to review and comment in writing on the environmental impacts associated with all major federal actions and the document's adequacy in meeting NEPA requirements.

The SEIS evaluates 5 additional alternatives (7E, 7G, 7H, 7J, and 7K) to the selected alternative (Alternative 7) in the 2003 final EIS in order to address big horn sheep viability in the Payette National Forest (NF). The Regional Forester received appeals to the ROD based on the allowance of domestic grazing within the range of the bighorn sheep, threatening their viability. The Appeal Reviewing Officer found that the Forest Plan did not protect or maintain bighorn sheep habitat in the Hells Canyon area and the Regional Forester's 2003 decision was reversed. In particular it was deemed that the bighorn sheep were not protected from current and future threat of disease transmission from domestic sheep, a major threat to the survival bighorn sheep. The 5 alternatives in the SEIS are evaluated based on big horn sheep habitat, rangeland resources/socio-economic impacts, and Tribal rights and interests. These alternatives comply with the Hells Canyon National Recreation Area Act by not allowing grazing within the Hells Canyon National Recreation Area, an improvement over alternatives analyzed in the 2003 final EIS.

The SEIS discusses extensive scientific literature supporting the linkage between bighorn ᵗⁱᵉ off and contact with domestic sheep. Because bighorn sheep can be highly susceptible ᵃᵣᵣied by domestic sheep, namely bacterial pneumonia caused by a large and diverse *Pasteurella* spp.), it is critical to understand current, historic and potential ᵇⁱᵗat to reduce risk of contact with domestic sheep. In order to develop ᵐpare alternatives, three (3) components were modeled and overlaid ⱼ geographic population ranges (GPR) for bighorn sheep - Hells (2) locations where bighorn sheep might contact domestic sheep, and ' exists, which is habitat that contains macrovegetation that contributes

BLM_0049415

NSG BHS SEIS 12903

to positive population growth for a species in a specified area and time. From this, a risk factor for potential contact was generated for areas that remain open to domestic grazing for each alternative. The range of alternatives developed from the analysis span from Alternative 7E, which designates all of the Payette NF as unsuitable for domestic sheep grazing, 2,300,353 acres, and has the least risk of bighorn sheep contact with domestic sheep (0%) to Alternative 7K, which designates 122,231 as unsuitable for domestic sheep allotments with a remaining 72% risk of contact. The Agency Preferred Alternative (Alternative 7G), balances protection of bighorn sheep, Tribal access, and socio-economics of domestic grazing. Alternative 7G determines that 1,172,564 acres are unsuitable for grazing and that there remains a 20% risk of contact.

We recognize the challenge of balancing NF management to protect natural resources while supporting other forest uses. We believe that the Preferred Alternative encourages bighorn sheep viability and balances tribal interests and rangeland resources. However, under this alternative, there remains risk of contact (20%) between bighorn sheep with domestic sheep. The SEIS states that reducing contact is a critical component in the viability of the species. Because of the potential risk of contact, the preponderance of evidence discussed in the SEIS concluding that contact between bighorn sheep and domestic sheep causes disease spread and mortality, the inherent uncertainty in modeling, and lack of information on monitoring, we have rated the Preferred Alternative, Alternative 7G, EC-2 (environmental concerns - insufficient information).

The SEIS does an admirable job of discussing and incorporating relevant publications. The Forest Service conducted the analysis, *"Risk of Analysis for Disease Transmission Between Bighorn Sheep and Domestic Sheep on the Payette National Forest"* (USDS Forest Service 2006) to better understand interactions and disease within the forest. We also commend the Forest Service for seeking direction from groups such as the Payette Science Panel, which is comprised of scientists from livestock and wildlife disease communities and the Wild Sheep Working Group who are part of the Western Association of Fish and Wildlife. These two groups made the following conclusions, "it is prudent to undertake management to prevent contact between these two species [bighorn sheep and domestic sheep]" and "effective separation between wild sheep and domestic sheep and goats should be a primary management goal..." We also appreciate that the SEIS includes a discussion of agency, Tribal, and public involvement through the Interdisciplinary Team (IDT), which included the Forest Service, cooperating state and Tribal governments, and solicitation of public comments in development of the EIS. We support the continued involvement of these groups in future planning and recommend that the EIS discuss whether or not the Payette Science Panel and IDT will continue to provide input for future management decisions.

The SEIS points out that not all data are available to make direct links between the risk of contact and viability and that there is a lack of population modeling available at this time (Pgs. 3-28 and 3-29). Although it appears that the SEIS utilizes the best science and approaches to determine risk that are available at this time, there are inherent uncertainties with the modeling and gaps in the data. Therefore, we have concerns regarding the ability of the models to accurately predict risk and recommend that as data become available, modeling be refined and that GPRs be adjusted as needed. The EIS should discuss how future data will be validated and incorporated into future planning.

BLM_0049416

NSG BHS SEIS 12903

Monitoring is a key component in determining whether or not management strategies are effective and also in determining the accuracy of modeling. Although the SEIS identifies monitoring as essential to understanding the management implications, the SEIS does not provide details of a monitoring plan for the reviewer to evaluate whether or not it is appropriately designed. We recommend that the final EIS include information on a proposed monitoring plan, including how monitoring will be funded, who will conduct monitoring, how often, and how results will be used to adapt management strategies.

Thank you for the opportunity to review this draft SEIS. If you would like to discuss these issues, please contact Lynne McWhorter at (206) 553-6382.

Sincerely,

Christine Reichgott, Manager
NEPA Review Unit

BLM_0049417



12878
NSG BHS

# United States Department of the Interior

OFFICE OF THE SECRETARY
Office of Environmental Policy and Compliance
620 SW Main Street, Suite 201
Portland, Oregon 97205-3026



9043.1
IN REPLY REFER TO
ER08/1045

*Electronically Filed*

December 31, 2008

Suzanne Rainville
Forest Supervisor
Payette National Forest
800 W. Lakeside Avenue
McCall, Idaho 83638

Dear Ms. Rainville:

The Department of the Interior has reviewed the Draft Supplemental Environmental Impact Statement for the Southwest Idaho Ecogroup Land and Resource Management Plans, Boise National Forest, Payette National Forest, and Sawtooth National Forest, Counties in Idaho, Oregon, and Utah. The Department does not have any comments to offer.

We appreciate the opportunity to comment.

Sincerely,

Preston A. Sleeger
Regional Environmental Officer

BLM_0049418

NSG BHS SEIS 2883



*Washington County, Idaho*

**Board of County Commissioners**
*Rick Michael, Chairman*
*Roy Mink*
*Michael T. Hopkins*
*256 E Court Street, P O Box 670*
*Weiser, ID 83672; 208-414-2789 Fax: 208-414-3925*



Payette National Forest

Attention: Bighorn Sheep Comments

800 Westlake Avenue

McCall, Idaho 83638

**RECEIVED**

**FEB 04 2009**

**PAYETTE NF**
**SUPERVISOR'S OFFICE**

Washington County will use the suggested questions listed in the letter from the Payette National Forest, dated 18, September to submit comments on the Bighorn Sheep issue

1. Are opposing viewpoints and uncertainties surrounding the science considered?

There is no attempt to imitate a science background in this effort to offer counter measures. However, we come to rely upon a degree of certainty from the science generated from the designated professionals from the government to offer the fact that the domestic sheep herd disease will affect the bighorn sheep herd. A degree of certainty must exist that if the domestic grazing is halted, this sacrifice will indeed guarantee the survival of the bighorn herd, make it disease free, or at least free it from the die offs that are attributed to the domestic herds. Lacking such certainty leaves to the imagination the intent of the USFS. Since 1997, the sheep men have been operating under an agreement that they felt gave them some security for the continuity of their operations. Recently a court decision rendered this agreement void, thus it would seem that perhaps the motive for removing the domestic sheep herds is only punitive in nature.

2. Are pertinent references included and used in the analysis?

The projected timeframe requirements to substantiate the references are beyond the ability to fully analyze the data. However, is there a degree of certainty that the telemetry data showing bighorn sheep in the area of domestic grazing areas is accurate? Comments made at the Adams County Resource Advisory Committee meeting on 11-24, suggested the distinct possibility that predator activity may have moved the bighorn sheep population out of this area. If the bighorn has vacated the area to North of Granite creek, then separation has been accomplished.

BLM_0049419

3. What level of risk of contact is acceptable?

Even with the complete absence of domestic sheep the layperson can surmise the chances of a pathogen linked to die off is almost certain to be present, given the presence of other animals that may, or may not transmit the pathogens. Even with considerable scientific studies, it is safe to deduce, the contact risk is debatable There appears to be nothing that addresses the occurrence of contact by recreationalists that have become accustomed to the use of Llamas and pack goats. Certainly these animals carry the pathogens, as well as other species such as elk.

4. What other options/methods can be analyzed to achieve separation between domestic and bighorn sheep?

Confine the bighorn sheep area to between Granite Creek on the South, and Cougar Creek to the North. This area is void of most domestic animals, except for recreational use.

5. Are there potential actions to minimize contact that have worked in other parts of the country?

Other parts of the country may not have the predator action that is present in the Payette National Forest. The scattering of bands of domestic sheep caused by marauding predators can only make the no-contact scenario impossible to achieve. Budget constraints limit the realistic ability to try experimental actions. However,the Pyrenees guard dogs used by the sheep men will not allow the intrusion of bighorn sheep into the domestic herd.

6. What suggestions are there to improve implementation of standards and guidelines?

Local governments should be involved in the decision to relocate animals such as bighorn sheep . Agencies that promote the translocation of such critters need and must be expected to generate management plans that define upper number expectations of such animals, and a plan to limit the range of their grazing. The plan must detail a method to keep numbers within the ability of the range to support such grazing, and the agencies must be responsible to remove animals whenever their numbers reach a critical stage where the range they have established is degraded by their grazing. Natural boundaries will not be enough to prevent bighorns from establishing ever expanding ranges that will bring them in contact with other domestic sheep, even if the domestic herds are removed from their historical grazing areas. It would be folly to expect entire herds of domestic sheep that never set a hoof on public lands be exterminated for the sake of the bighorn. 4-H livestock would in all likelihood be a reservoir of pathogens, and ever expanding herds of bighorns will surely come into contact if grazing ranges are not monitored.

BLM_0049420

7. What other options or alternatives are missing from the analysis?

As stated, local representation must be an integral part in the relocation and expanse of bighorn sheep. Local economies and governments stand to sustain a substantial economic loss, both in sales of supplies and in the potential loss of agriculture property tax , if these domestic sheep producers are summarily placed in the position of losing their livelihood.

In the west, we are constantly combating the threat of forest and wild fires. One of the general benefits of domestic sheep grazing programs is for the elimination of both noxious weeds and wild fire fuel loads on the ground in our national forests. As required by state law, we are required to combat noxious weed infestations within our county borders. The tool of using domestic cattle and sheep grazing helps to contain or reduce the spread of these identified noxious weeds and fire fuel load on our federal lands.

8. Are there any other issues or concerns that have been overlooked?

Washington County has a very successful and well known, (throughout the state and nation), noxious weed control project that uses domestic goats instead of chemicals to control Leafy Spurge along the Weiser River Corridor. We are concerned that the Bighorn Sheep issue could jeopardize projects such as this.

The hard work, dedication, and ability to pay the bills of anybody that engages in the sheep industry is to be admired. Not just anybody can face the challenge, do the organization, and manage a profitable operation. The local economy will suffer from the loss of the sheep industry, there will be a loss of sales from supplies, and a loss of jobs, something that is very important given these troublesome financial times. From the standpoint of lost agriculture property tax revenues, local county government entities are very troubled. Certainly, if these businesses are forced out of business, it is only natural to assume that sooner, rather than later their demise will result in more urban sprawl, higher property tax burdens, and increased pressures on local government to expand, something very distasteful to conservative ideals. The principals involved in this have been very adamant that this discussion not put bighorn sheep against domestic sheep, but rather center the discussion on the relevant fact that there was a past agreement that should have guaranteed their ability to follow their profession without experiencing the failure of government agencies to fulfill their promises, and pursue personal agendas. There is another troublesome aspect of this situation, and that is that it appears that the conglomeration of agencies known as the Hells Canyon National Recreational Area, has the dubious distinction of having the ability to enter into binding agreements, and when convenient at a later date have a judge with his own agenda declare the HCNRA not to have the authority to do so.

Thank you for the opportunity to comment:

BLM_0049421

Rick Michael, Chairman

Roy Mink, Commissioner

Michael T Hopkins, Commissioner

BLM_0049422

## AGENCY, ELECTED OFFICIALS AND TRIBAL LETTERS ON THE UPDATE TO THE DSEIS

Environmental Protection Agency, Region 10
State of Idaho, Department of Fish and Game
State of Oregon, Governor Theodore Kulongoski
Montana Fish, Wildlife, and Parks, Region 3 Citizens Advisory Council
State of Washington, Department of Fish and Wildlife
State of Idaho, Governor C.L. Butch Otter
Washington County, ID, Board of County Commissioners
Shoshone-Bannock Tribes
Nez Perce Tribe, Tribal Executive Committee
Shoshone-Paiute Tribes

BLM_0049423



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION 10**
1200 Sixth Avenue, Suite 900
Seattle, WA 98101-3140

OFFICE OF
ECOSYSTEMS, TRIBAL AND
PUBLIC AFFAIRS

March 22, 2010

Suzanne Rainville
Forest Supervisor
800 West Lakeside Avenue
McCall, Idaho 83638-3602

Re:     EPA comments on Update to the Draft Supplemental Environmental Impact Statement
        (SEIS) for the Southwest Idaho Ecogroup Land and Resource Management Plans
        Project Number: 98-024-AFS

Dear Ms. Rainville:

    The U.S. Environmental Protection Agency (EPA) has reviewed the update to the SEIS
for the Southwest Idaho Ecogroup Land and Resource Management Plans in accordance with our
responsibilities under the National Environmental Policy Act (NEPA) and Section 309 of the
Clean Air Act.  Section 309, independent of NEPA, specifically directs EPA to review and
comment in writing on the environmental impacts associated with all major federal actions and
the document's adequacy in meeting NEPA requirements.

    The updated SEIS evaluates fourteen alternatives.  Nine of these were evaluated in the
2003 FEIS and include (1B, 2, 3, 4, 5, 6, 7, 7E, and 7G) and this updated analysis considers five
additional alternatives (7L, 7M, 7N, 7O, and 7P).  Seven of the alternatives evaluated in the
previous 2003 FEIS are grouped into two categories and analyzed together.  These are: (1)
Alternatives 1B, 2, 5, and 7, which designated all acres of the Payette National Forest (NF) as
suitable for domestic sheep grazing and (2) Alternatives 3, 4, and 6, which determined portions
of Smith Mountain Allotment as unsuitable for domestic sheep grazing.  The other alternatives
consider a range of suitable rangeland habitat for domestic sheep grazing including the most
protective Alternative E, which designates no area in the Payette NF suitable and has the least
risk of contact and disease spread.  Alternatives 7M and 7P are viewed as middle ground
alternatives with a moderate risk of contact and Alternative 7N and 7O protect the most source
habitat while retaining minimal rangeland suitable for domestic sheep.

    This SEIS includes an updated source habitat model, core herd home range analysis, new
risk of contact model and development of a disease model.  In addition to the updated modeling,
this version also includes an updated analysis based on the 2009 designation of bighorn sheep as
a sensitive species for Forest Service, Region 4 and an update to the economic analysis.  EPA
commented on the previous draft SEIS and expressed concerns with impacts to bighorn sheep
from contact with domestic sheep and potential spread of disease.  We also recommended that
additional modeling be conducted on site specific populations and potential disease spread as
information became available.  We commend the Forest Service for continuing this analysis and

♻ *Printed on Recycled Paper*

2

the significant updates to population modeling including using telemetry data to measure behavior of bighorn. We also support the Forest's research efforts with disease modeling experts from University of California at Davis to develop models based on the telemetry data. As we stated on the previous document, the SEIS includes a considerable amount of reference to research and scientific literature supporting the linkage between bighorn sheep die off and contact with domestic sheep.

We appreciate the refined data on behavior of bighorn sheep, modeling of potential contact with domestic sheep and relative ranking of alternatives based on modeled contact. While this information is extremely useful, the document stresses multiple times that it is critical to avoid contact in order to reduce the spread of disease. Under "Management Recommendations" (pg 5) the SEIS states that, "separation, either spatially, temporally, or both of bighorn sheep from domestic sheep has been recommended by leading bighorn sheep disease experts." We acknowledge the difficulty in balancing the need to manage land for multiple use and protect natural resources. From our review, we understand that a high probability of contracting disease (namely bacterial pneumonia) occurs from contact of bighorn sheep with domestic sheep and the SEIS notes that the spread of these bacteria has been reported as the number one cause for bighorn sheep population declines throughout North America. Because of this threat we continue to have concerns with alternatives that could result in population decline of individual herds. We have rated this updated SEIS Environmental Concerns (EC). Based on our review, we believe that a high level of protection is needed to promote the viability of bighorn sheep populations and support avoiding contact between bighorn sheep and domestic sheep. We believe it will be extremely important to continue research and collect site specific monitoring data if an alternative is selected that maintains a level of risk of contact. We recommend that Forest Service utilize adaptive management as more data becomes available on bighorn sheep behavior and disease occurrence.

Thank you for the opportunity to review this draft SEIS. If you would like to discuss these issues, please contact Lynne McWhorter at, (206) 553-0205 or via email at mchworter.lynne@epa.gov.

Sincerely,


//s//
Christine B. Reichgott, Manager
Environmental Review and Sediment Management Unit

♻ Printed on Recycled Paper

BLM_0049425



**IDAHO DEPARTMENT OF FISH AND GAME** ━━━━━━━━
600 South Walnut / P.O. Box 25                      C.L. "Butch" Otter / Governor
Boise, Idaho  83707                                 Cal Groen / Director

March 22, 2010

Forest Supervisor, Suzanne Rainville
Attn. Bighorn Sheep Comments
Payette National Forest
800 W. Lakeside Avenue
McCall, ID  83638-3602

Dear Supervisor Rainville:

Thank you for the opportunity to comment on this Update to the Payette Forest DEIS on bighorn sheep (Update). As the agency responsible for bighorn sheep management in Idaho, as a collaborator on the forest, and as the source of much of the information on bighorn sheep used in this document, the Idaho Department of Fish and Game (Department) offers the following technical comments.

The Update presents a number of newly developed models for source habitat, forays outside of source habitat, and risk of disease transfer. For the reader to understand and critically evaluate these models, each model and the data on which it is based must be clearly described, as must any changes from data presented earlier.

For example, the Update describes changes made to the "Source Model" concerning escape terrain and winter habitat models that adjusted predicted habitat by 2% and 18%, respectively. These changes need a more thorough description and justification to allow the reader to understand improvements made to the model. Other changes such as increasing the minimum mapping size should also be explained more explicitly, rather than stating that they did a "better job of habitat mapping" (p. 4). Similarly, the basis for the "Foray Model" (e.g., the number of individuals and animal-years on which the model is based) should be clarified. Were there differences in movements between resident and translocated animals? Assumptions underlying the "Disease Model" are unclear and should also be stated explicitly and supported by reference to published data.

As the source for much of the bighorn data used, the Department is particularly sensitive to miss-representation of that information. For example, on page 4 of the Update the statement is made *"Hells Canyon Bighorn sheep populations that are disconnected from other bighorn sheep core populations appear to perform better than interconnected populations that have potential contact with bighorn sheep"* referencing the Hells Canyon Bighorn Sheep Restoration Plan Cassirer 2004) and "Dynamics of Pneumonia in a bighorn sheep metapopulation" (Cassirer and Sinclair 2007, Journal of Wildlife Management 71:1080-1088). In fact, neither report presents data relating the amount of contact with domestic sheep or connectivity among populations with

*Keeping Idaho's Wildlife Heritage*

BLM_0049426

Supervisor Rainville
March 22, 2010
Page 2

population performance.  What was reported was that in Hells Canyon *"the potential exists for all populations (including those that had no pneumonia-caused mortalities) to have contact with domestic sheep or goats"* and that *"...pathogens might have been transmitted among populations by movements of sheep, especially males.  We documented such movements during the study"* (Cassirer and Sinclair p. 1086).

In Appendix B (p. 3) it was reported that the Hells Canyon Initiative habitat model used the National Land Cover Dataset to map vegetation types suitable for bighorn sheep.  In fact, vegetation information was obtained from a supervised classification of TM satellite imagery (Hells Canyon Bighorn Sheep Restoration Plan 1997, p. 5).  Additionally, the statement was made that *"A population is based on the entirety of the breeding individuals independent of shared range."*  This statement suggests that there is some measure of the relatedness of animals used to define a population, and while such an assumption may be plausible, no data to confirm the relatedness of individuals within the named herds was presented or available.

Finally, the Department urges responsible officials to secure an objective review of all models and assumptions contained in the Update as soon as possible.  Objective review by independent outside experts may be critical to support any decisions resulting from this information and any legal challenges that may result.

Thank you for the opportunity to comment.

Sincerely,

Jeff Gould
Chief, Bureau of Wildlife

JG:DT:das
cc:     Jim Unsworth
        Brad Compton
        Bonnie Butler
        Brian Oakey

BLM_0049427

**THEODORE R. KULONGOSKI**
GOVERNOR



March 26, 2010

Mr. Tom Tidwell, Chief
US Forest Service
201 14th Street SW, MS 1144
Washington, DC 20250

      RE:  Payette National Forest Bighorn Sheep
           Draft:  An Update to The Supplemental Environmental Impact Statement (DSEIS)

Dear Chief Tidwell:

    First, congratulations on your appointment!  I had hoped to personally offer my congratulations last week when we assembled for the Wildland Fire Leadership Council meeting but understand you were called to testify before Congress and unable to attend the second day of the meeting.  Regrettably, my participation in the Council meeting caused me to miss the deadline for comments on the above-mentioned DSEIS.

    Citizens and agencies of Idaho, Washington and Oregon have worked together for over 38 years to restore bighorn sheep in Hells Canyon.  Oregon's bighorns move into Idaho and back regularly.  As a result, management decisions made by the Payette National Forest can have a direct impact on bighorn sheep management programs in Oregon.  In recognition of this connection, the Oregon Department of Fish and Wildlife (ODFW) was granted Cooperator Status and participated with the Payette National Forest Planning Team in development of the bighorn sheep DSEIS as well as the update to the Draft Supplemental Environmental Impact Statement.

    Please allow me to express my sincere appreciation for the efforts of the Payette National Forest staff in the development of these two documents.  With the documents, the Payette National Forest has strived to address the conflicts between domestic sheep grazing on federal allotments and native bighorn sheep.  In reviewing the updated DSEIS, we feel that the best alternative for reducing this conflict, providing adequate protection for Oregon bighorn sheep, and minimizing impacts to domestic sheep grazing is Alternative 7-O with the following modifications:

      1.  This alternative needs a well defined buffer between herd home ranges and occupied domestic sheep habitat.  The distance needs to be determined on the ground by personnel familiar with bighorn sheep habitat and movements.
      2.  The risk level of .03 for the Upper Hells Canyon Herd (table 3-5, Alternative 7-O) needs to be reduced to near 0.  Westside domestic sheep allotments may need further modifications to reduce risk levels.
      3.  A disease outbreak in Upper Hells Canyon would likely affect many Hells Canyon herds because of well documented bighorn movement between herds.

BLM_0049428

Mr. Tom Tidwell, Chief
March 26, 2010
Page Two

Over the last 13 years, ODFW has collected 54,000+ bighorn sheep telemetry locations from over 400 different sheep in Hells Canyon. This data shows bighorn sheep (especially rams) move between Oregon, Washington and Idaho extensively. Bighorn sheep from Lewiston, Idaho to Brownlee Dam are inter-connected by these movements. Research by Washington State University Veterinary School has documented domestic sheep and goats carry respiratory diseases that cause severe die-offs in wild sheep. Recent Washington State University studies have proven transmission of disease causing bacteria from domestic sheep to bighorns with fatal results. This was done with 2 different bacteria species in independent studies, one of which is implicated in lamb deaths caused by pneumonias that are common in Hells Canyon. Pneumonia is a serious problem for western bighorn sheep populations and at this time seven disease outbreaks are ongoing in three western states.

Since the first re-introductions in 1971, the Foundation for North American Wild Sheep, Oregon Hunters Association, Nez Perce Tribe and the people of the State of Oregon have invested millions of dollars in efforts to restore Rocky Mountain bighorn sheep herds in Northeast Oregon. These animals are icons of Hells Canyon; commercial jet boat operators advertise that bighorn sheep will be observed in the canyon as one of the feature species. Recreational visitors exceed 150,000 people in Hells Canyon annually, a significant economic factor in this area.

Oregon supports Alternative 7-O with modifications because it strives to reduce the conflict of domestic sheep grazing within bighorn sheep ranges in Hells Canyon. It also seeks to place domestic sheep on other grazing allotments and complies with the Hells Canyon National Recreation Area Act. We would like to thank the Payette National Forest for allowing Oregon representatives to participate as a cooperator in the DSEIS process.

Respectfully,

Michael Carrier
Natural Resources Policy Director

MC:jb
c:  Suzanne Rainville, Payette National Forest Supervisor
    Harv Forsgren, Regional Forester

BLM_0049429



April 1, 2009

Suzanne Rainville, Forest Supervisor
USDA Forest Service, Intermountain Region
800 West Lakeside Ave.
McCall, ID 83638-3602
(208) 634-0812 (Pattie Soucek, Forest Planner)
payettebighorn@fs.fed.us

**Subject**: Comments regarding Bighorn Sheep in the Update to the Draft Supplemental EIS, January 2010

Dear Suzanne:

The management of bighorn sheep habitats in the Payette National Forest is important to hunters in North America. Populations of bighorn sheep have suffered significant die offs in the Rocky Mountains this past winter. Disease spread from domestic sheep or limited habitat and caloric intake appear to be suspects for these wild bighorn sheep deaths. Limited habitat creates limited shedding of parasites and re-infection of them. The Regional Forester has determined that bighorn sheep are a sensitive species in Region 2, which includes the Payette National Forest which I support.

After reviewing the Update to the Draft Supplement EIS, I conclude that alternate 7E is the best course for the USFS to pursue to conserve this wonderful native species, bighorn sheep. Some source habitat for bighorn sheep on the Payette National Forest is currently unsuitable due to a presence of domestic sheep. Alternative 7E creates responsibilities to comply with applicable laws and regulations regarding bighorn sheep viability in many areas and the Hells Canyon National Recreation Area .I appreciate the USFS mapping the potential source habitat and corridors for bighorn sheep across the Forest. This is a project we are about to begin in Montana to best find areas for new bighorn sheep transplants. The USFS notes that risks to bighorn sheep may recur from domestic sheep grazing in adjacent private or public lands. The USFS must protect the bighorn sheep source habitat within its control. Alternative 7E has clearly risen to the top in this regard. Domestic sheep have plenty of flat lands to graze without entering into historic bighorn sheep source habitat.
I am thankful for the huge effort that went into the development of this supplemental EIS. I hope this type of analysis can take place in the future on other Forests without the need for legal intervention.
Thank you.

Sincerely,

W. R. Mealer, M.D.
Montana FW & P Region 3 Citizens Advisory Council
SCI North American Conservation Committee



State of Washington
**DEPARTMENT OF FISH AND WILDLIFE**

RECEIVED
APR 05 2010
PAYETTE NF
SUPERVISOR'S OFFICE

Mailing Address: 600 Capitol Way N • Olympia, WA 98501-1091 • (360) 902-2200, TDD (360) 902-2207
Main Office Location: Natural Resources Building • 1111 Washington Street SE • Olympia, WA

March 29, 2010

Ms. Suzanne Rainville
Forest Supervisor
Payette National Forest
Attention: Bighorn Sheep Comments
800 West Lakeside Avenue
McCall, Idaho 83638

RE:    Update to the Draft Supplemental Environmental Impact Statement

Dear Ms. Rainville:

I am writing in response to your request for comments on the *Update to the Draft Supplemental Environmental Impact Statement* (DSEIS) on bighorn sheep viability within the Payette National Forest (PNF), Idaho.  Washington's bighorn sheep are part of a meta-population along with bighorn herds located in Oregon and Idaho within the Hells Canyon National Recreation Area (HCNRA).  As such, Washington Department of Fish and Wildlife (Department) was granted Cooperator Agency Status and participated with the Payette National Forest Planning Team in the development of the DSEIS.

The Department has a vested interest in the DSEIS and the PNF's final decision.  The management decisions and actions on the PNF directly impact bighorn sheep in the HCNRA and therefore bighorn sheep in Washington.  As already demonstrated in 1995, bighorn sheep in the HCNRA suffered a massive die-off due to a *pasturella* disease breakout.  Immediately following the die-off, the three bordering states, plus the Forest Service, Bureau of Land Management, and Foundation for North American Wild Sheep initiated a project to recover bighorn sheep; all cooperators are signatories to a project called the Hell's Canyon Initiative (HCI).  To date, the HCI is an unprecedented blend of technical and management expertise, and has functioned as a unified team for bighorn sheep in the HCNRA and for field investigations on communicable disease in bighorns.  Over the last 14 years, the HCI project has documented extensive bighorn sheep movements between all three states.

Given the meta-population structure of bighorns in Hells Canyon and demonstrated history of the effects of a die-off, we believe it is important for the PNF to state clearly that this issue affects not only decisions relative to Idaho land management, but also that of adjoining states as well. Washington has invested hundreds of thousands of dollars and decades of effort to restore native bighorn sheep to eastern Washington and Hells Canyon.  Bighorn sheep are endemic to Washington and the Hells Canyon area, and they provide the citizens of Washington with a

BLM_0049431

Ms. Suzanne Rainville
March 29, 2010
Page 2

significant, renewable wildlife resource that generates thousands of recreation days and dollars every year.

In our review of the update to the DSEIS, the Department prefers Alternative 7O, with some modifications to further reduce risk. We understand that the Forest Supervisor can make modifications from the draft to the final version of the SEIS. We would like to request the following modifications to ensure the viability of the upper Hells Canyon herds, which are directly linked to the populations under our management authority:

- **Incorporate a buffer around the 95% Core Herd Home Range boundary of the Upper Hells Canyon herd.** I understand the methods used to calculate the "core herd home range" represent occupied bighorn sheep range. However, by definition, the 95% contour does not include an animal's entire home range (i.e., excludes the 96–100% contour band) (Millspaugh and Marzluff 2001, Worton 1989). Grazing domestic sheep directly adjacent to the 95% contour is still grazing within the herd home range and is inconsistent with the objective for bighorn sheep viability. I recommend a buffer around the 95% core herd home range boundary based on the ram foray data on pages 3-24 through 3-27 in the update to the DSEIS.

- **Reduce the risk of contact to less than the 0.09 contacts/year.** There is no empirical data indicating what percentage of contacts are "effective," therefore I believe it is prudent to reduce the risk of contact to less than the 0.09 contacts per year. I believe incorporating a buffer around the 95% Core Herd Home Range boundary will reduce the contact rate to ensure long-term viability.

- **Dedicate funding to monitor bighorn sheep status and movements.** The effectiveness of any of the Alternatives that may be chosen is dependent upon effective monitoring. Monitoring must be done on the status and movements of bighorn sheep, domestic sheep AOI implementations, and status of disease research. Your plan states a dependence upon annual surveys (WIOB14) to assess changes in bighorn sheep habitat use. I recommend that you dedicate funding to accomplish this objective.

Since bighorn sheep are a wildlife resource that frequently crosses political and jurisdictional boundaries, Washington strongly believes that there is a multi-state and multi-agency responsibility to protect this resource for the future, as directed by treaty, federal law, and state management authorities. Thank you for the opportunity to comment on update to the DSEIS. I look forward to working with you on this issue as the PNF implements the final SEIS.

Sincerely,

Philip Anderson
Director

cc:    John Mankowski, Washington State Governor's Office

BLM_0049432



C. L. "BUTCH" OTTER
GOVERNOR

March 22, 2010

Suzanne Rainville, Forest Supervisor
Payette National Forest
Attn: Bighorn Sheep Comments
800 West Lakeside Ave.
McCall, ID 83638

Dear Suzanne,

The State of Idaho (State) submits the following comments regarding the Update to the Draft Supplemental Environmental Impact Statement (Update) released for public review by the U.S. Forest Service (USFS) for the Payette National Forest on January 25, 2010. The State submitted comments on the Draft Supplemental Environmental Impact Statement in February 2009.

The Idaho Department of Fish and Game (IDFG) is charged with preserving, protecting, perpetuating and managing bighorn sheep in the State for the benefit of Idaho's citizens and others. To that end, IDFG has numerous biologists, scientists, habitat managers and policy experts engaged in the management of bighorn sheep in the State. Similarly, the Idaho State Department of Agriculture (ISDA) is responsible for promoting Idaho's agricultural interests including, but not limited to, assisting in the improvement of farm occupations. The final decision from the Payette National Forest arising from the Draft Supplemental Environmental Impact Statement and the Update undoubtedly will have an impact on the State's delivery of services with respect to bighorn sheep and domestic sheep in Idaho.

The State appreciates the efforts of the Payette National Forest to compile and present additional information in the Update. Upon reviewing the Update, it appears that the Payette National Forest views existing domestic sheep allotments as the only areas within the forest suitable for grazing by domestic sheep. All proposed alternatives within the Update have the unfortunate impact of displacing either bighorns or domestic sheep and leaving sportsmen or permittees with no alternative to litigation.

The State recognizes the importance of developing and maintaining sufficient habitat to sustain a viable and growing population of bighorn sheep. The State also recognizes that bighorn sheep habitat cannot be moved to another location.

Domestic sheep grazing allotments can, however, be shifted, and the State strongly urges the Payette National Forest to commit to locating alternative grazing for any domestic sheep permittee displaced from any existing allotment. The State believes this approach not only will reduce the likelihood of litigation, but that it will go far toward treating all affected parties equitably.

STATE CAPITOL • BOISE, IDAHO 83720 • (208) 334-2100

BLM_0049433

Suzanne Rainville
March 22, 2010
Page 2

The State is in the process of developing a statewide bighorn sheep management plan. The State is committed both to protecting bighorn sheep habitat and maintaining domestic sheep grazing. Idaho needs to preserve both natural resources and viable rural economies, and we strongly urge the Payette National Forest to work with us in this effort.

My hope is to find a collaborative solution that will not displace bighorn sheep in favor of domestic sheep or vice versa.  Alternatives presented in the Update, unless accompanied by efforts to replace domestic sheep grazing that may be lost depending on the decision made, do not achieve the State's goal.

Thank you for your consideration of our comments.

As Always – Idaho, "Esto Perpetua"

C.L. "Butch" Otter
Governor of Idaho





# *Washington County, Idaho*

### *Board of County Commissioners*
*Rick Michael, Chairman*
*Roy Mink*
*Michael T. Hopkins*
*256 E Court Street, P O Box 670*
*Weiser, ID 83672; 208-414-2789 Fax: 208-414-3925*

**RECEIVED**

**MAR 22 2010**

PAYETTE NF
SUPERVISOR'S OFFICE

March 22, 2010

BIGHORN VIABILITY UPDATE
Comments

The zeal and determination to eliminate domestic sheep grazing in order to prevent comingling of domestic sheep with Bighorn Sheep will undermine the economic viability of Idaho Counties, such as Washington County. The multiple use concepts of federal lands in conjunction with local private ownership of lands within the County served to enhance the viability by allowing the use of federal lands to provide profitable operations that in turn allowed a continued and reasonably predictable tax base for the County, and the State as a whole. The multiple use concepts allow the use of nontaxable federal lands to provide funding by ranching, logging, recreation and mining for the good of all citizens. These facts need to be reiterated and not forgotten. The history before the adoption of the multiple use concepts that allowed productive use of federal lands for the good of all is not a pleasant history. Without the ability to legitimately use federal lands, they become "off limits" and a liability to local governments that have such properties within their boundaries. This fact also cannot be forgotten in the storm of controversies that surround the question of the Bighorn Sheep, and other interactions between human activities and animals.

Gross income from sheep and lamb production in Washington County, using the USFS's own data provided at the February 18, 2010 meeting in Weiser, Idaho detailed an income of nearly $1.5 million. The dollar amount alone is enough to appreciate the beneficial results of domestic sheep, but including the other beneficial result of such activity makes the suggestion of not having these activities ludicrous. The supposed benefit of sacrificing domestic sheep for the sake of Bighorns are difficult to achieve, and even in best case scenarios cannot begin to make any argument against the beneficial result of raising domestic sheep. It just doesn't make any sense to sacrifice the domestic sheep for the sake of the Bighorn.

Given the fact that if elimination of chance encounters between the two species is the desired outcome, then the only solution is to define the area of Bighorn habitat to north of Granite Creek, and somewhere south of Cougar Creek. This should provide adequate area for the Bighorn Sheep. This may require physical barriers, such as fencing along with natural barriers that will provide the required separation that is seemed needed

BLM_0049435

Page 2
Bighorn Sheep Viability Update
March 22, 2010

for the elimination of extirpation of these herds. Physical barriers have been used extensively for the supposed benefit of sensitive species, the Desert Tortoise, being one. United States Department of Fish and Wildlife, who are responsible for management of these herds, needs to be reminded of the use of physical barriers for the intended benefit of these sensitive species.

The revelation that diseased Bighorns are appearing in the near Frank Church Wilderness areas, far from any domestic sheep should be enough to doubt the supposed need for separation from domestic sheep. There are other factors entering into the picture, and without adequate science to determine the complete scenario to make domestic sheep the scapegoat for sick Bighorns isn't realistic. There will continue to be interaction between domestic and Bighorns no matter what is done to prevent it, if for no other reason than without containment, the Bighorn herds will expand into settled areas where domestic sheep are.

Thank you.

Sincerely,

BOARD OF WASHINGTON COUNTY
COMMISSIONERS

Rick Michael, Chairman

Mike Hopkins

Roy Mink

BWCC/bjt

# *The* SHOSHONE-BANNOCK TRIBES

FORT HALL INDIAN RESERVATION
PHONE    (208) 478-3700
FAX #     (208) 237-0797

FORT HALL BUSINESS COUNCIL
P.O. BOX 306
FORT HALL, IDAHO 83203

March 19, 2010

Suzanne Rainville
Forest Supervisor, Payette National Forest
800 West Lakeside Avenue
McCall, ID 83638-3602

**RE: SHOSHONE-BANNOCK TRIBES COMMENTS TO THE PAYETTE DRAFT SUPPLEMENTAL
ENVIRONMENTAL IMPACT STATEMENT**

The Shoshone-Bannock Tribes (Tribes) reviewed the available information from the Supplemental
Environmental Impact Statement (SEIS) and the comments provided at the formal government to
government consultation in Fort Hall, January 28, 2010; and, submit the following comments.

The alternatives discussed in the SEIS, with the exception of alternative 7E, leave a significant risk
of extirpation on the landscape from continued contact and subsequent disease spread among
native Bighorn Sheep herds. The alternative that would provide the greatest security for bighorn
populations is the retirement of all domestic sheep allotments on the Payette, via alternative 7E.
The Tribes cannot support the selection of an alternative which leaves a continued risk of disease
transmission and extirpation of bighorn populations on the landscape; therefore, the Tribes view
alternative 7E as the only viable alternative.

**Treaties**
Various un-ratified treaties were negotiated and signed between the numerous bands of Shoshone
and Bannock and the United States. The Fort Bridger Treaty of July 3, 1868 was the only treaty
ratified by Congress, between the Eastern Shoshone bands and the Bannocks. In 1867 an Executive
Order reserved the Fort Hall Reservation as the permanent homeland of the Shoshone and Bannock
peoples. The 1868 Fort Bridger Treaty (15 Stat 73) affirmed the reservation and reserved certain
off-reservation hunting and gathering rights for the Tribes. Article IV states:

> *The Indians herein named agree, when the agency-house and other buildings shall be
> constructed on their reservations named, they will make said reservations their
> permanent home, and they will make no permanent settlement elsewhere; but they
> shall have the right to hunt on the unoccupied land of the United States so long as
> game may be found thereon, and so long as peace subsists among the whites and
> Indians on the borders of the hunting districts.*

The Tribes continue a subsistence lifestyle, reserved by the Fort Bridger Treaty, to maintain Tribal
traditions, improve our health, and return to our aboriginal territories. The Tribes, through the

BLM_0049437

Fort Hall Business Council and Fish and Game Commission, promulgate Tribal regulations for the hunting of big game species each year; as authorized by the Tribes 1976 Big Game Code. The Tribal Fish and Wildlife Department has issued permits to hunt big game species (deer, elk, moose, antelope, and bison) on 'unoccupied lands of the United States' since approximately 1976, with harvest monitored collaboratively by Tribal wildlife biologists and Tribal enforcement personnel. The assessment area is a traditional area utilized by Tribal members for hunting of fish and wildlife, particular to this discussion big horn sheep. The Forest Service should take a conservative approach to ensure management provides for the harvestable populations of big game species.

## History

The reference on page 3-2 of the DSEIS remains in spite of numerous references in formal Tribal comment letters, "***Human settlement*** *of Idaho in the mid-1800s increased harvest of bighorn sheep and introduced domestic sheep onto these landscapes*". The reference is clearly in error and should be restated to better reflect the obvious meaning, as noted in previous Tribal comments. Please correct this statement.

## Socio-Economic Analysis

The SEIS states that alternative 7E would result in a complete loss of income from grazing and the jobs associated with it. However, on page 3-67 the document claims that a risk of transmission remains on the landscape due to private, state and BLM sheep grazing activities. A point of clarification is requested for this due to the seemingly inconsistent messages in the analysis. In one section the FS is claiming alternative 7E would fundamentally destroy the grazing industry in the region and in another the FS is clearly stating that grazing would continue, just on other lands, thereby modifying the economic impact of removing sheep allotments on the Payette; as laid out in alternative 7E.

Grazing on Forest Service lands is a privilege, not a right. The Forest Service is obliged to manage resources in a manner which provides sustainable opportunities for the multiple users of the Forest Service resources. Providing a private privilege for economic gain does not outweigh the risk of far-reaching impacts to big horn sheep populations. A single transmission can effectively cripple a population for multiple generations, according to the Forest Service's own risk analysis.

The Tribes suggest the Forest Service and other federal land managers identify other regional grazing allotments for domestic sheep the permit holder can reasonably utilize, in lieu of Forest Service allotments. These allotments would need to be outside of any identified big horn sheep habitat and maintain a zero-risk of transmission, but also within a reasonable distance of current production operations.

## Disease Risk

The critical issue at the heart of this dispute is the risk of adverse population level impacts to native bighorn sheep herds from diseases borne by domestic sheep and transmitted to individual bighorn. It is stated, very clearly, under every alternative except 7E, there is a substantial risk over the long-term of extirpation among all analyzed populations. Disease transmission may impact a herd immediately and persist for multiple generations of bighorn; reducing productivity and impacting the social structure and genetic exchange of small populations. One particularly pertinent example of this risk may be viewed through the Sheep Creek herd; where risk of extirpation remains high among all alternatives due to previous infections which have diminished herd numbers and age class to the point of no likely recovery.

BLM_0049438

An important consideration is the potential impact of this management action on the Salmon River meta-population. This is a bighorn population that has never been extirpated and is a unique genetic resource for repopulation efforts throughout the state. The evidence presented in the document clearly demonstrates that there are potential exchanges between the analyzed populations and this larger metapopulation; increasing the likelihood of a contact and transmission. The Tribes are not in support of any management action which could result in a compromised Salmon River population due to disease transmission. Prevention of disease transmission could prevent potential impacts to this herd and would help protect, preserve and enhance a significant resource of the Tribes.

In the SEIS, page 2-13, the conclusion statements for 7M,N,O, and P assert that the alternatives may impact individuals but won't likely result in a trending toward species listing. This statement is inconsistent with the disease risk analysis and available scientific data. Impacts from an **individual** contact and disease transmission to a bighorn *have* had a population level effect and further transmissions may result in a trend toward federal listing of the species. The Tribes would prefer a conservative approach to the management of risk on the landscape and would like the management actions to reflect a goal of zero contacts and/or transmissions from domestic sheep to native bighorn.

**Voluntary Disease Prevention Measures**
Most voluntary disease prevention agreements, site specific management plans, and BMPs have a common theme; the permittee is provided authority to lethally remove a bighorn in contact with domestic sheep. In essence these agreements promote the lethal control of native species, at risk of extirpation, in favor of domestic sheep grazing in bighorn habitat. Relying on voluntary grazing measures and other actions in bighorn habitat, especially those actions not reasonably certain to occur or mitigate potential impacts, leaves the bulk of the risk on the landscape and ensures long-term conflict between wildlife and grazing. A clear solution to these long-term conflicts, requiring very little monitoring and evaluation or voluntary conservation measures, would be to retire all domestic sheep grazing allotments on the Payette. The Tribes request the Forest Service to make every effort to retire these domestic sheep allotments as quickly as possible.

**Scope of Analysis and Inter-Agency Cooperation**
The Tribes have an issue with the preferred alternative because of the scope of analysis is limited to the Payette. The Cumulative Effects analysis, notes land management strategies and private activities may have an impact on meta-populations. Although the Tribes realize the limited authority the Payette Forest wields over activities beyond its boundaries, there is a definite need to broaden the discussion to the interested land management agencies where bighorn sheep are found, in particular the Salmon River meta-population.

The effectiveness of any resource management plan is going to hinge on the availability of interested cooperators in the region, including other land managers and other forests. The Tribes are encouraging the Payette Forest to undertake the most conservative alternative (7E), until management agencies can agree to a basic set of principles regarding bighorn sheep and domestic sheep grazing. This would provide an opportunity to collect the data regarding utilization of source habitat outside the Payette boundary, and encourage a more knowledgeable decision regarding the impacts of interaction between the two species.

The other forests and the adjacent BLM land managers have data regarding the range of big horn populations which may also interact with the Salmon River Meta-population. This potential interaction affects an entire region of Idaho and Montana. The Tribes request a comprehensive big

Case No. 1:20-cv-02484-MSK   Document 41-7   filed 04/27/21   USDC Colorado   pg 150 of 295

horn analysis for the region be performed with all interested agencies, including; Idaho Fish and Game, Idaho Department of Lands, Forest Service, Bureau of Land Management, and the Shoshone-Bannock Tribes. The practical result of this request would be a stay on implementing any grazing, consistent with alternative 7E, pending a regional approach to this issue.

**Big Creek**
The Tribes remain concerned about the potential interactions between domestic sheep allotments and the Big Creek population of bighorn sheep, as proposed in the majority of alternatives in the SEIS. The Big Creek population utilize habitat for lambing and summer range that overlaps with several populations from the Middle Fork Salmon River.

The population on Big Creek experienced five years of low lamb-to-ewe ratios and an all-age-die-off in 1990, and research confirmed the presence of a highly virulent strain of *Pasteurella* in the Big Creek population. The SEIS noted a high degree of uncertainty regarding the conclusion that domestic sheep grazing allotments would not likely threaten the viability of the overall Salmon River meta-population. The SEIS does confirm the loss of the genetic diversity of this meta-population could affect the bighorn sheep persistence and restoration at scales much larger than the Payette National Forest. The concern stems from an empirical look at the counts from the Idaho Department of Fish and Game, showing a drastic decline in total sheep counts; evidence of a persisting problem in regional populations.

The conclusion from the SEIS was that domestic sheep grazing on the east side of the forest, particularly the Big Creek allotment, would not impact the viability of the population of bighorn. There remains a great deal of uncertainty about the potential interaction with other herds from the greater Salmon River meta-population. Given the confirmed presence of the highly virulent strain of *Pastuerella* in the Big Creek population, further contact may compromise the entire region. Without a regional risk analysis, a conclusion to permit domestic sheep grazing on this allotment is irresponsible and against the weight of the evidence gathered for the SEIS. One interaction and transmission has the potential to cause irreversible impacts to the Salmon River meta-population and compromise a genetically valuable resource for bighorn sheep restoration efforts.

**Conclusion**
Based on the information provided in the document, the Tribes conclude that alternative 7E is the only viable alternative because it provides the maximum amount of separation available to the FS under law; promoting healthy, sustainable bighorn herds and reducing the risk of disease transmission to other bighorn herds in the Salmon River meta-population. If 7E is selected, and conditioned on bighorn numbers increasing, there will be new risks to analyze. The Tribes, as a co-manager, would be willing to track the issue and provide management recommendations based on sound science, in the best interest of this special species. The Tribes encourage the Forest Service to seriously consider the risk that one single contact and transmission from domestic sheep grazing could have irreversible and far-reaching consequences. It is in the best interest of the public, the Tribes and most importantly, the native bighorn sheep, to make every reasonable effort to protect, preserve and enhance bighorn populations by removing domestic sheep from the Payette.

The Tribes would appreciate the opportunity to continue this important discussion with the Forest Service to preserve our unique Tribal cultural heritage and an iconic species. This issue is a priority for the Tribes and with diligent effort and in government-to-government consultations; a mutually beneficial conclusion can be reached. For more information regarding this submission, please contact Yvette Tuell, Environmental Coordinator (208) 239-4552 or by email, ytuell@sbtribes.com .

For policy questions please contact Claudeo Broncho, Fish and Wildlife Policy Representative, (208) 239-4563 or email at cbroncho@sbtribes.com .

Sincerely,

Alonzo A. Coby, Chairman
Fort Hall Business Council,
Shoshone-Bannock Tribes

CC: File
  SBT: Claudeo Broncho
  SBT: Daniel Stone
  SBT: Leander Watson
  SBT: Hunter Osborne
  SBT: Yvette Tuell
  SBT Attorney's Office 99

 

# TRIBAL EXECUTIVE COMMITTEE

P.O. BOX 305 · LAPWAI, IDAHO 83540 · (208) 843-2253

March 19, 2010

Suzanne Rainville, Supervisor
Payette National Forest
800 West Lakeside Ave
McCall, ID 83638-3602

Re:   Nez Perce Tribe comments on the *Update to the Draft Supplemental Environmental
      Impact Statement* to the Final Environmental Impact Statement of the 2003 Payette
      National Forest Land and Resource Management Plan and an *Update to the Draft
      Amendment to the Payette National Forest Land and Resource Management Plan.*

Dear Suzanne,

The Nez Perce Tribe (Tribe) would like to thank the Payette National Forest (PNF) for its efforts
to strengthen the environmental analysis of the *Draft Supplemental Environmental Impact
Statement* (DSEIS). The Tribe believes the analysis contained in the *Update to the Draft
Supplemental Environmental Impact Statement* (UDSEIS) is a significant improvement, in terms
of application of quantitative science, over the qualitative approach applied in the DSEIS. The
Tribe appreciates the opportunity to comment on the UDSEIS and would like to express its
gratitude for your willingness to hold a public meeting in Lapwai earlier this month on this
important issue to the Tribe.

This letter formally conveys our comments on the UDSEIS. They are organized into two broad
sections: General Comments and Specific Comments. General Comments encompass broad
science-based principles and management approaches the Tribe feels are important
underpinnings that must be incorporated into the Final Record of Decision (ROD). Specific
Comments include more detailed issues we address to support the broader science-based
principles outlined in the General Comments section.

The Tribe encourages the PNF to reconsider the Tribe's previously submitted comments on the
DSEIS. We feel these comments are still germane and form the foundation for our review
including: (1) adhering to the foundational science-based principles of removing risk of contact,
providing effective spatial separation, and use of no-grazing buffers; (2) establishing Forest Plan
language to promote bighorn sheep restoration and range expansion, maintain long-term

17

BLM_0049442

effective spatial separation, and require effective monitoring; and (3) adopting an adaptive management mechanism allowing responsive and timely management actions that maintain long-term bighorn sheep viability across changing future conditions. The Tribe re-affirms our commitments to the principles contained in our previous comments and encourages the PNF to employ those principles in the ROD.

## General Comments

### 1. The Tribe's Long-Term Vision

As you know from the Tribe's previous comment letters, formal consultations, cooperator meetings, staff-to-staff meetings, and most recently, the Tribal public meeting in Lapwai, the Tribe has maintained strong cultural ties to bighorn sheep since time immemorial. This relationship resonates in the Tribe's 1855 Treaty with the United States, which reserves, among other guarantees, the Tribe's right to hunt on open and unclaimed lands, including National Forest System lands, off-reservation.

To reiterate the Tribe's position, the Forest Service, as an agency of the United States, has a solemn obligation under the treaty to ensure that the Tribe's opportunities to continue hunting bighorn sheep on National Forest System lands within the Tribe's aboriginal territory are not foreclosed by management decisions, such as continued domestic sheep grazing in occupied or adjacent bighorn range, that threaten the very existence of these animals on their native landscape. Indeed, the Tribe views the dramatic declines of bighorn sheep on the Payette National Forest and elsewhere within the Tribe's treaty territory as a direct threat to its culture and vitality. To halt this alarming trend, the Tribe seeks to restore the population to healthy and harvestable numbers across all sex and age classes so that future generations of Nez Perce citizens will know and celebrate bighorn sheep as our ancestors did. Providing adequate habitat, free of the threat of fatal disease transmission from domestic sheep, is an important first step in realizing this goal.

### 2. Bighorn Sheep Viability

According to the UDSEIS, the document responds to the appeal instructions received from the Chief of the Forest Service on March 9, 2005 pertaining to the issue of bighorn sheep viability.

The NFMA regulations governing the Southwest Idaho Ecogroup Land and Resource Management Plans (LRMP) require, in relevant part, that the Forest Service provide for viable populations of bighorn sheep on the Forest. Specific direction concerning viability is provided in the 1982 NFMA implementing regulations at 36 CFR 219.19:

> Fish and wildlife habitat shall be managed to maintain viable populations of existing native and desired non-native vertebrate species in the planning area. For planning purposes, a viable population shall be regarded as one which has the estimated numbers and distribution of reproductive individuals to insure its continued existence is well distributed in the planning area. In order to insure that viable populations will be maintained, habitat must be provided to support, at least, a minimum number of reproductive individuals and that habitat must be

2

BLM_0049443

well distributed so that those individuals can interact with others in the planning area.

The Chief's 2005 decision states that continued domestic sheep grazing in or adjacent to occupied range on the PNF threatens the viability of bighorn sheep across the forest. The Tribe has urged the PNF to recognize that existing conditions on the PNF indicate that bighorn populations are currently not viable. First, the long-term trend surveys conducted by the Idaho Department of Fish and Game indicate a steady and downward trend among the Salmon River population. Second, there have been dramatic bighorn sheep losses and extirpations along the Snake River. Third, low lamb recruitments in both the Salmon and Snake River populations have been consistently documented in recent years. Fourth, domestic sheep grazing continues to occur in and near occupied bighorn sheep habitat. Finally, Region Four of the Forest Service has designated Rocky Mountain bighorn sheep as a sensitive species.

Because the current bighorn sheep populations on the PNF are, in the Tribe's view, not viable, the PNF must select a final alternative and adopt forest plan direction that will provide sufficient source habitat for bighorn sheep population restoration and range expansion. Preserving the status quo is unacceptable to the Tribe and will fail to provide long-term viability for the species.

### 3. Science-Based Approach

The Tribe agrees with the PNF's science-based approach in evaluating domestic sheep grazing and bighorn sheep source habitat management to assure viable bighorn sheep populations across the forest. We agree with the agency that: (1) domestic and bighorn sheep are incompatible on sympatric range due to lethal disease transmission to bighorn sheep, (2) the fundamental underlying issue is the risk of contact between the two species, (3) contact between domestic and bighorn sheep must be avoided to insure viable bighorn sheep populations, and (4) the consensus approach and only viable option at this time for preventing contact is through effective spatial separation of the two species. Adhering to the fundamental science-based principles surrounding this issue is vital for restoring and retaining bighorn sheep viability across the PNF.

The implementation approach of these science-based principles is all important for assuring long-term bighorn sheep viability (see Specific Comments). Science supports a risk removal approach, the notion that risk of contact must be removed or minimized to very low levels from the landscape through effective spatial separation by precluding domestic sheep grazing within or near occupied bighorn sheep habitats. The Tribe does not support a risk management approach, which relies on the notion that risk can be managed or reduced to acceptable levels through implementing Best Management Practices (BMPs) or increasing monitoring effort. Neither BMPs nor increased monitoring demonstrates, as a matter of science, that risk can be reduced to "manageable" or "acceptable" levels. Implementation of BMPS and/or increased monitoring should not be considered appropriate rationale for selecting a final alternative with an inherent unaccepted level of risk.

The Tribe urges the PNF to select the final alternative that minimizes the risk of contact through effective spatial separation. The Tribe discourages the PNF from selecting a final

3

alternative that relies on the implementation of BMPs, increased monitoring or other un-validated measures that are purported to effectively reduce the risk of contact to "acceptable" levels.

## 3. Analysis Approach

The Tribe agrees with the PNF that, overall, the quantitative analysis approach included in the UDSEIS represents an improvement over the qualitative approach used in developing the original DEIS. The Tribe felt documentation of model assumptions, adjustment terms and other variables, and results found in Appendix B – Modeling and Analysis Technical Report were somewhat vague for some models (particularly the disease model), making it difficult to follow and understand modeling approaches and results. Increased detail and clarity in this area would be helpful in the ROD. Overall, the Tribe supports the home range and foray analysis approach as sound science and an improvement over the analysis contained in the DSEIS, although the Tribe argues the risk of contact model underestimates true risk of contact, and agrees with the PNF on the limitations of the disease model (see Specific Comments).

The Tribe urges the PNF, therefore, to select an alternative that seeks to address the model's inherent underestimation of risk by adopting a conservative, spatial separation approach which effectively eliminates the risk of contact between the two species.

## 4. Action Alternatives

After a thorough review of the new analysis contained in the UDSEIS, the Tribe will support alternative O with modifications, as discussed below as the final alternative selected in the ROD. Based on the new analysis, alternatives N and O are the minimal alternatives assuring some certainty of long-term viability for bighorn sheep while providing continued domestic sheep grazing on the PNF. The analyses indicate all other action alternatives, excluding alternative E, do not reduce the risk of contact to an acceptable level, would not provide for long-term bighorn sheep viability, and would foreclose meaningful restoration efforts. When comparing alternatives N and O, the Tribe advocates for alternative O as the selected alternative in the ROD because alternative N leaves a substantial amount of risk of contact on the landscape, while alternative O provides significant increases in protections afforded bighorn sheep with a minimal decrease in suited rangeland for domestic sheep (see Specific Comments).

Alternative O still retains a 9% modeled risk of contact which we argue is an underrepresentation of the true risk (see Specific Comments). The Tribe believes maintaining long-term bighorn sheep viability under Alternative O, as proposed, would be questionable, and suggest modification of this alternative to further reduce the risk of contact. We are particularly concerned about the area on the west side of the forest where active domestic sheep grazing is permitted immediately adjacent to modeled bighorn sheep Core Herd Home Range (CHHR). This is an example of trying to manage risk rather than remove risk through effective spatial separation. The Tribe urges the PNF to focus on efforts that remove risk through effective spatial separation rather than attempting to managing risk. We suggest application of a no-grazing buffer in this area to further separate the two species (see

4

Specific Comments).  We also suggest the forest plan language must be strengthened as outlined below to insure the successful implementation of alternative O.

### 5.  Appendix H – Update to Draft Forest Plan Amendment

Management direction standards and guidelines are critical for successful implementation of the final selected alternative as they guide day to day management activities.  To successfully maintain long-term bighorn sheep viability, it is important forest plan standard and guidelines effectively and clearly establish an adaptive management approach to allow for responsive and appropriate management actions in response to changing future conditions.  Such an adaptive management approach must: (1) provide for bighorn sheep restoration opportunities and range expansion, (2) maintain long-term effective spatial separation between bighorn and domestic sheep, and (3) incorporate an effective monitoring program (see Specific Comments).

The Tribe, in prior comments on the DSEIS, submitted extensive recommendations for standards and guidelines.  Draft language in the UDSEIS does not fully reflect Tribal concerns and suggested recommendations. The Tribe re-affirms our recommendation submitted in earlier comments and urges the PNF to reconsider those comments. The Tribe is particularly concerned about potential impacts from the State of Idaho's policy to remove bighorn sheep in close proximity to domestic sheep.  In light of this policy, the Tribe believes long-term bighorn sheep viability can only be achieved through a combination of: (1) selecting a final alternative that removes sufficient source habitat from suited rangeland for domestic sheep to provide for bighorn sheep expansion and (2) establishing an effective adaptive management approach in the forest plan direction that insures continued opportunities for bighorn sheep restoration.

## Specific Comments

### 1.  Science-Based Approach

There is considerable agreement based on current science that contact between domestic and bighorn sheep must be reduced to acceptable levels and that effective separation is the current most prudent management approach for reducing risk of contact.  However, there is still debate over defining an acceptable level of risk, and what constitutes effective separation for reducing risk.

Acceptable Level of Risk of Contact
Because a single disease outbreak can have dramatic, widespread, and long-lasting impacts to bighorn sheep populations; even low levels of risk of contact across source habitats can jeopardize long-term bighorn sheep viability.  In the DSEIS, the PNF repeatedly acknowledged that risk of contact must be "absent or extremely low to ensure bighorn sheep viability across the Payette National Forest" (DSEIS, page 3-28).  The PNF also acknowledged the work of Clifford et al. (2007) in the DSEIS who suggested there is likely no, or an extremely minimal, level of contact at which a bighorn population can persist, indicating even a 2% risk of contact was too high to maintain long-term bighorn sheep viability in the population they studied (DSEIS, page 3-28).  Based upon the large body of science demonstrating the dramatic impacts of disease outbreaks and risk assessments

5

conducted to date, it is clear the appropriate management goal should be to eliminate or minimize the risk of contact to the fullest extent possible. We therefore urge the PNF to choose the final selected alternative that minimizes risk of contact on the landscape.

Effective Separation to Reduce Risk of Contact

Although there is widespread consensus that effective separation is the most prudent management approach for reducing risk of contact to acceptable levels, there is debate over what constitutes effective separation. Two very different approaches have been advocated during the course of this debate on the PNF; (1) removing risk through effective spatial separation which is supported by science and (2) managing risk through implementation of BMPs which is not.

*Risk Removal Approach Through Effective Spatial Separation* - Based on the scientific literature, there is considerable consensus among wildlife scientists, managers, and veterinarians that removing risk of contact through effective spatial separation is currently the most effective means to insure long-term bighorn sheep viability. Implicit in the notion of effective spatial separation is; (1) precluding domestic sheep grazing from within or adjacent to occupied bighorn sheep habitat and (2) incorporating no-grazing buffers between areas grazed by domestic sheep and occupied bighorn sheep habitat. In other words, effective spatial separation implies physical geographic separation by distances relative to potential capable movements of both bighorn sheep and straying domestic sheep to prevent shared occupancy or overlap of range. Because bighorn sheep and straying domestic sheep are capable of moving extensive distances (on the order of tens of miles), effective spatial separation implies geographic separation in terms of many miles, depending on landscape configurations.

*Risk Management Approach Through Implementation of BMPs* - Recently, the State of Idaho has advocated a very different approach suggesting risk can be reduced to acceptable levels without geographic separation. Contrary to science, the State has legislatively decreed that risk of contact would be reduced to acceptable levels and effective separation achieved, even when both species share sympatric range, by implementing BMPs; management activities such as additional guard dogs and herders, increased monitoring, and removing bighorn sheep in domestic sheep allotments. In the fall of 2009, this risk management approach was adopted by the Bureau of Land Management (BLM) for the Partridge Creek allotment. This federal decision was successfully challenged in federal court based on the lack of science behind this risk management approach, which resulted in a decision invalidating the application of this approach for effectively reducing risk of contact, providing effective separation, or maintaining long-term bighorn sheep viability.

The Tribe does not support a risk management approach. The notion that risk can be managed or reduced to acceptable levels through implementing BMPs is not supported by science. Effectiveness of individual BMPs has not been validated through science and field experience indicates BMPs do not effectively reduce the risk of contact nor provide effective separation. Further, the validity of BMPs to reduce risk and provide separation has been discredited through federal court rulings.

*Monitoring* - A common misconception of the risk management approach is that increased monitoring can reduce the risk of contact. Although monitoring is vitally important for

6

evaluating effectiveness of alternative implementation (effectiveness monitoring) to assure long-term spatial separation, it should not be relied upon to reduce the inherent risk of contact or rationale for adopting an alternative with unaccepted levels of risk. Because timely detection of bighorn sheep presence across the forest is realistically infeasible regardless of monitoring effort, monitoring should not be relied upon to reduce risk across the landscape. The ability to detect the presence of bighorn sheep in a timely fashion (prior to contact) wanes with increased proximity of domestic and bighorn sheep (with increased risk of contact). Monitoring may alert managers to potential comingling events, but documenting contact does not reduce the risk of contact. A recent example includes radio collared bighorn sheep R14. Despite being radio collared and increased monitoring by tribal, federal, state, and private personnel, this animal came into contact with domestic sheep and could not be removed despite daily efforts for 2 weeks. Increased monitoring did not reduce the risk of contact to acceptable levels, separation could not be maintained, and the potentially infected bighorn sheep could not be removed from the population until he had comingled with the rest of his ram group for an extended period of time. Increased monitoring only alerted wildlife managers that contact had occurred.

*Wandering Sheep Policy* – A central theme in the risk management approach legislated by the State of Idaho is implementation of a wandering sheep policy; or the lethal removal of bighorn sheep found in close proximity to domestic sheep. The Idaho department of Fish and Game is mandated by law to implement this policy. Implementation of this policy by State personnel and resulting impacts to bighorn sheep on the Payette National Forest is directly influence by the selection of the final alternative. The combination of an alternative that provides minimal spatial separation between bighorn and domestic sheep coupled with a policy to remove bighorn sheep found in close proximity to domestic sheep will prohibit any meaningful opportunity for bighorn sheep restoration and range expansion jeopardizing long-term bighorn sheep viability across the forest. The Tribe suggests the selected final alternative must include allowances for bighorn sheep restoration and range expansion and the amended forest plan direction must consider the potential impacts of the wandering sheep policy to insure bighorn sheep restoration opportunities and long-term viability.

The Tribe is concerned the PNF may be, in part, adopting a risk management approach in the UDSEIS. Page 3-84 of the UDSEIS states:

> "The adoption of Best Management Practices for sheep management coupled with an intense monitoring program is designed to reduce the risk of contact as the bighorn sheep expand their territory. But the effectiveness is not substantiated by research and in some cases it is questionable (Schommer, 2009, Appendix F). Husbandry practices such as removing domestic sheep well before the onset of rut, following vigilant herd management to reduce strays, and responding to wandering bighorn sheep, are other methods to separate the species and reduce risk, but extensive monitoring efforts are required and are not always effective (DSEIS IDT and Cooperators 2007, 2008)."

There is no new research presented in the UDSEIS, contrary to the judicial decision issued last fall invalidating the effectiveness of BMP's. This issue has been addressed in court, and the federal government (BLM) has agreed and complied with the court decision.

7

BLM_0049448

The Tribe encourages the PNF to review the science based arguments the Tribe presented to Judge Winmill regarding the BLMs BMP Strategy and suggest the PNF reword this section to more closely align it with the recent court ruling and clarify the appropriate application of monitoring.

The Tribe believes implementing a risk management approach will fail to provide long-term bighorn sheep viability and strongly urges the PNF to maintain a risk removal approach based on effective spatial separation by selecting the final alternative that minimizes risk of contact on the landscape. Although monitoring and implementing responsible management practices are important for insuring long-term effective spatial separation, they should not be used as a substitute for effective spatial separation or as rationale for selecting an alternative with an unacceptable level of risk.

5. **Analysis Approach**
   Overall, the Tribe supports the analysis approach recognizing, as does the PNF, limitations of available data for the disease modeling.

   Core Herd Home Range and Foray Analysis
   After review, we believe the home range analysis and foray modeling is scientifically sound, represents a best approximation of bighorn sheep movements based on available data, and provides an improvement over the approach in the DSEIS.

   Risk of Contact Model
   We recognize the difficulty in modeling risk of contact between the two species given the ecological complexities of this relationship. Recognizing these inherent difficulties, we recognize any modeling approach is a simplified representation of the true ecological relationship. Given the above, we believe the analytical approach is sound, but may underestimate the true risk of contact as it does not incorporate the influences of: (1) documented natural attraction between the two species, (2) straying domestic sheep, (3) domestic sheep grazing adjacent to CHHR (lack of no-grazing buffers), and (4) edge effect on the risk of contact modeled for each alternative. Additional factors specific to the Little Salmon and Salmon South Fork Herd include paucity of radiotelemetry data and inability to model documented sightings of uncollared bighorn sheep. The Tribe suggests the PNF recognize and address these limitations when developing/selecting the final alternative in the ROD.

   *Natural Attraction between the Two Species* - The natural attraction between the two species, particularly during the rut, increases the risk of contact and disease transmission. This attraction could be compounded by grazing estrous ewes in or near occupied bighorn sheep habitat. Two of the four permittees holding active domestic sheep grazing permits on the PNF breed their ewes on the allotments.

   *Stray Domestic Sheep* - Excluding the risk posed by straying domestic sheep is a major factor influencing underestimates of modeled results. Risk of contact is determined by movements of both bighorn and straying domestic sheep. Straying domestic sheep can pose a serious risk of contact by extensive movements within and outside of domestic sheep allotments and by persisting on the range after the active grazing season. The UDSEIS cites work by Coggins (2002) which documented minimum movements of a stray ewe of 48 kilometers

8

BLM_0049449

(UDSEIS, page 3-74). The Idaho Department of Fish and Game documented two stray domestic sheep within the Upper Hells Canyon CHHR in February four months after the active grazing season closed the previous October. Strays that persist on the range during the bighorn sheep rut in November and December increase the risk of contact as bighorn sheep movements increase during that time of year in search of ewes. As modeled in the UDSEIS, risk of contact is solely determined by bighorn sheep movements into domestic sheep allotments during the summer (May-October) grazing season, while movements and persistence of straying domestic sheep into occupied bighorn sheep habitat during and after the grazing season are not modeled.

*Grazing Adjacent to Core Home Range* - Alternatives, M, N, O, P all allow domestic sheep grazing either within or adjacent to the Upper Hells Canyon CHHR. As an example, alternative O, has a 3% modeled risk of contact for the Upper Hells Canyon Herd and allows domestic sheep grazing within the Price Valley allotment immediately adjacent to the Upper Hells Canyon CHHR. Although the Price Valley allotment does not contain significant mapped bighorn sheep habitat, given the natural attraction between the two species and potential movements of bighorn and stray domestic sheep, allowing domestic sheep grazing immediately adjacent to a herd's CHHR poses a significant risk of contact. It stands to reason that the risk of contact can't be 100% inside the CHHR and only 3%, a few feet across the line in the Price Valley allotment. The Tribe believes maintaining a common boundary between an active allotment and a CHHR will result in a high likelihood of disease transmission because there is no effective spatial separation, and in this instance the model underestimates the true risk of contact. The Tribe highlights this as an example of attempting to manage risk of contact rather than removing risk through effective spatial separation. We urge the PNF to establish no-grazing buffers between CHHRs and domestic sheep grazing for the Upper Hells Canyon Herd.

*Edge Effect* – (see Action Alternatives below)

*Paucity of Radiotelemetry Data and Sightings of Uncollared Bighorn Sheep* – Modeled results for the Little Salmon and Main Salmon South Fork herds may further be underestimated because of the paucity of available radiotelemetry data and inability to model documented sightings of uncollared bighorn sheep. The Tribe suggests there is not sufficient radiotelemetry data to fully understand bighorn sheep distribution within the ranges of these two herds. Given the paucity of radiotelemetry data for these two herds, the documented presence of uncollared ewes in areas outside those currently used by radio collared animals is particularly important in understanding the potential risk for contact within these two herds. The Tribe requests the PNF assess the possibility of augmenting the UDSEIS analysis to include a qualitative approach that recognizes and accounts for the documented presence of uncollared bighorn sheep in the Little Salmon and Main Salmon South Fork herds.

*Use of Term "Foray" and "Wandering"* – The term "Foray" implies exploratory and/or infrequent or aberrant movements outside areas normally used by individuals. In addition, the UDSEIS was referred to "wandering" bighorn sheep again implying aberrant movements (UDSEIS, page 3-84). The Tribe feels it is important to clearly define these terms, as aberrant movements, are usually associated with individual sheep that are thought to be expendable or nonessential to the health of their herd, because they are removed from and no longer closely associated with their herds, are found outside of typical bighorn sheep habitat,

9

and likely pose management risks making them subject to removal. Many times aberrant movements are associated with young dispersing bighorn sheep which are no longer or loosely tied to their herd as opposed to resident bighorn sheep which are closely tied to the herd. The Tribe is concerned, by characterizing all movements outside of a CHHR as forays, gives the impression all bighorn sheep located outside of CHHR are expressing aberrant movements, are therefore nonessential to their herd, may pose a management risk, and may *or should* be subject to management action including removal. This line of thought will preclude meaningful opportunities for bighorn sheep restoration and range expansion.

Although we understand the Foray Model tries to capture such movements, we feel describing all movements outside the CHHR as forays is misleading in a way that dismisses the importance of; (1) resident bighorn sheep found outside the 95% volume contour, but still within their normal herd home range, to the health of their herd, and (2) bighorn sheep recolonizing new source habitats as herds expand. More clearly and accurately characterizing movements of bighorn sheep outside of CHHRs would be helpful in the ROD. We suggest the PNF avoid describing bighorn sheep movements as forays or identifying bighorn sheep as wandering sheep, unless these terms specifically refer to bighorn sheep that are exhibiting aberrant movements.

Disease Model
We agree with the PNF the disease modeling effort was hampered by a lack of available data requiring some variables to be estimated through expert opinion or bracketed by a range of reasonable values. We also agree proper interpretation of specific model results is important. Given its limitation however, the analysis is instructive, in a general sense, as it demonstrates the dramatic and widespread impacts disease can have on bighorn sheep populations occurring within the contiguous habitats of this region. Although there is recognized uncertainty surrounding specific modeled results, this analysis demonstrates in a general sense; (1) even a small probability of contact can result in dramatic and unacceptable impacts to bighorn sheep populations, (2) the potential for a disease outbreak to spread across interconnected bighorn sheep herds well beyond the borders of the PNF, and (3) all of the action alternatives, except E, provide some level of uncertainty for long-term persistence of bighorn sheep populations on the PNF. As an example, using a reasonable range of rates of disease transmission given contact of 25-75%, the two most protective alternatives (O and N) having a modeled probability of annual contact between 9-13%, result in a modeled 13-50% probability of extirpation for the Salmon River South Fork herd and a 38-81% probability of extinction for the Upper Hells Canyon herd. The important message from this analysis is that all proposed action alternatives, except alternative E, retain sufficient levels of risk across bighorn sheep source habitats that may preclude long-term viability of bighorn sheep populations along the Salmon and Snake Rivers within the borders of the PNF. This understanding must be considered when developing/selecting the final alternative in the ROD and should provide additional rationale for selecting the alternative that minimizes risk across the landscape.

*Disease Transmission Rate Estimates* - Values used for modeling probability of disease transmission given contact can significant influence model outcomes. The Tribe questions the rationale for the range and classification scheme used for values of this parameter as the rationale was not clearly presented in the UDSEIS. Both the range (0.05–1.00) and classification (low = 0.05, moderate = 0.25, and high = 1.00) (UDSEIS, page 2-12) appear to

10

imply extremely low disease transmission rates. We understand the uncertainty surrounding this parameter, but wonder why the disease model did not use the same approach as the foray model when addressing similar uncertainty surrounding the risk of contact given presence of a bighorn sheep within an active allotment (range 0.25-1.00).

If no data existed for estimating this parameter or for suggesting its propensity one way or the other, it would seem appropriate to use a non-skewed classification scheme such as 0.25, 0.50, 0.75, etc... The skewed classification scheme used in the disease model suggests there is some rationale for inferring low disease transmission rates however the UDSEIS does not provide a rationale for this inference. Although the UDSEIS does not include references to studies of disease transmission rates from domestic to bighorn sheep in the wild, it does mention penned experiments from which transmission rates can be calculated. Base on penned experiments it appears disease transmission rates given contact can be quite high. Elsewhere in the UDSEIS, the PNF infers, based on the scientific literature, that disease transmission rates are more than likely higher rather than lower supporting results of penned experiments. The PNF states "A principle assumption from the published literature is that direct contact between domestic sheep and bighorn sheep results in a high likelihood of disease transmission to bighorn sheep and disease outbreaks in local bighorn herds" (UDSEIS, page 3-7); and "...field observations suggest that bighorn sheep have a high probability of contracting fatal pneumonia following contact with domestic sheep, which has led to numerous independent experiments. The results of these experiments provided strong corroboration that bighorn sheep have a high probability of contracting fatal pneumonia following contact with domestic sheep" (UDSEIS, page 3-11).

The Tribe suggests available data indicates disease transmission rates should be skewed higher rather than lower. Using a rate of 0.05 is contrary to available information on this subject and falsely implies disease transmission is not a significant management issue for bighorn sheep. Skewing disease transmission rates downward also appears inconsistent with the available data presented in the UDSEIS. The Tribe suggests if available data were insufficient to venture inferences regarding the true probability of disease transmission given contact, an appropriate classification would be 0.25, 0.50, and 0.75 as low, medium, and high respectively. On the other hand, if available data suggesting a high likelihood of disease transmission were deemed sufficient to make reasonable inferences, as the PNF has suggested in the UDSEIS, a skewed classification favoring higher probabilities of transmission such as 0.5, 0.75, and 1.00 for low, medium, and high transmission rates respectively would be appropriate.

### 3. Action Alternatives
<u>Recommendation for the Final Selected Alternative in the ROD</u>
After review of the new analysis, the Tribe concludes alternative O is the minimal alternative that could provide some certainty for long-term bighorn sheep viability and retain domestic sheep grazing on the PNF. We argue for alternative O as the final selected alternative implemented in the ROD for the following reasons:

a. All actions alternatives analyzed except alternative N, O, and E do not remove sufficient risk of contact across source habitats to insure long-term bighorn sheep viability. Alternatives 1B257, 346, 7G, and 7L all allow continued domestic sheep grazing within core bighorn sheep herd home ranges. Consequently, these alternatives should be categorically excluded from consideration as selected alternatives in the ROD; as they

11

BLM_0049452

would not provide effective spatial separation. Of the remaining alternatives, 7M and 7P retain an estimated similar and unacceptable level of risk of contact across source habitats; approximately 20-30% risk of contact per year (or 1 contact every 3-5 years). Because of the unacceptable high levels of risk of contact associated with these alternatives, they should not be considered for the selected alternative in the ROD. Short of Alternative E, realistically, the only remaining viable alternatives for consideration are alternatives N and O.

b.  In comparing alternatives N and O, the Tribe advocates for alternative O as the selected alternative in the ROD because the significant increased protections afforded bighorn sheep by this alternative outweigh the minor decrease in suited rangeland for domestic sheep. Although the trade-off between protected summer source habitat and loss of suited rangelands is minimal, only 2.5-3% between the two alternatives (alternative O removes 2.5% more suited rangelands and adds 3% more summer source habitat than alternative N), alternative O reduces the risk of contact by 50% (cuts the risk in half) for the Main Salmon South Fork herd and reduces the overall risk of contact for this alternative by 31% compared to alternative N. In other words, when considering alternatives O vs. N, a significant reduction (31-50%) in the risk of contact is gained through a minor loss (2.5-3%) in suited rangelands for domestic sheep. Additional significant protection afforded bighorn sheep by alternative O include an 83% increase (12-22 km) in the distance between active domestic sheep allotments and CHHR and a 38% decrease (29%-18%) in the average probability of extinction for the Main Salmon South Fork herd.

c.  A very important concept influencing risk of contact and required effort for effective monitoring is edge effect. Edge effect is determined by the length and shape of the perimeter defining any geographic area or polygon. The degree of edge effect is influenced by three factors: (1) the length of the perimeter defining the polygon, (2) how smooth vs. convoluted the boundary describing the perimeter is, and (3) the degree to which the perimeter bisects the polygon. A smooth perimeter outlining a perfect circle represents the geometric shape with the least amount of edge effect. Edge effect increases with increasing perimeter length, amount of perimeter convolution, and degree to which the perimeter bisects the polygon.

For each action alternative, the perimeter defining the area as unsuited rangelands for domestic sheep (excluded area) describes the potential contact zone between domestic and bighorn sheep. Applying the edge effect concept, the geometry of the excluded area, as defined by its perimeter, determines the potential contact zone thereby influencing the risk of contact. The risk of contact will increase as the geographic area of the potential contact zone increases when the perimeter of the excluded area increases, becomes more convoluted and/or increasingly bisects the excluded area. As monitoring efforts will be focused in and around potential contact zones, the level of effort required for effective monitoring is directly related to the geographic area of the potential contact zone for any one alternative. In other words, the greater the edge effect, the greater the geographic area of the potential contact zone, and the greater the risk of contact and effort required for effective monitoring.

BLM_0049453

Alternatives N and O are very different in terms of edge effect, with alternative N having a significantly larger edge effect compared to alternative O. Alternative N's perimeter almost bisects the excluded area in half. Allowing an incursion of domestic sheep grazing into the heart of the excluded area along the Upper Payette and Secesh drainages dramatically increases the geographic area of the potential contact zone; increasing the risk of contact and required level of monitoring.

Sensitive Species Status

Bighorn sheep are listed as a Sensitive Species within Region 4 of the U.S. Forest Service. As such, each action alternative is evaluated whether implementation would contribute to a trend towards federal listing or loss of viability. This evaluation appears to be inconsistent in the UDSEIS. The PNF determined alternatives N and O, considered to have similar influences on bighorn sheep viability and similar risks of contact (0.13 and 0.09 respectively), would not contribute to sensitive species concerns. The UDSEIS states "these alternatives may impact individuals or habitat, but will not likely contribute to a trend towards federal listing or loss of viability to the population or species" (UDSEIS, page 2-13).

Likewise, the PNF determined alternatives M and P had similar influences on bighorn sheep viability, similar levels of risk of contact (0.28 and 0.21 respectively), and also would not contribute to sensitive species concerns. The Tribe finds the PNF determination that these two alternatives would not impact sensitive species status of bighorn sheep inconsistent with results of presented analysis. Alternatives M and P leave substantial and unacceptable amounts of risk on the landscape (double that of alternatives N and O) and the analysis indicated under implementation of these alternatives the Little Salmon, Main Salmon South Fork and Upper Hells Canyon herds my not persist. Referring to these two alternatives the UDSEIS states "The disease model suggests that the Little Salmon, Main Salmon South Fork and Upper Hells Canyon may not persist under these alternatives" (UDSEIS, page 2-13). And yet the UDSEIS, on page 3-13 refers to alternatives M and P as the "middle ground alternatives".

The Tribe suggests the PNF reassess their determinations for alternatives M and P as the analysis in the UDSEIS indicates these alternatives would likely contribute to a trend towards federal listing and loss of bighorn sheep viability on the PNF.

Risk of Contact Terminology

Use of the terms "low" "moderate" and "high" when referring to levels of risk of contact is unclear. Using these terms in their proper context is important for proper interpretation of modeled results. As an example, the UDSEIS states "The risk of contact is also considered moderate" (UDSEIS, page 2-13). It is unclear in this statement if "moderate" is in reference to other alternatives or to impacts on bighorn sheep viability.

If the intent is to use these terms (low, moderate, and high) in a relative context to describe modeled rates of contact relative to alternatives, then this should be more clearly explained in the text. An example of using these terms within this context would be "Alternatives M and P had moderate levels of modeled risk of contact compared to lower levels for alternatives N and O, and higher levels for alternatives 7G, 7L, 1B257, and 346".

13

BLM_0049454

If, on the other hand, the intent is to use these terms in an absolute context implying absolute levels of risk of contact in relation to impacts to bighorn sheep viability, then the PNF should identify and justify those biological levels and clearly explain the relationship between low, moderate, and high levels of risk of contact and bighorn sheep viability. In other words, in this context, does low risk of contact equate to long-term bighorn sheep viability? Does a moderate level of risk of contact provide for long-term bighorn sheep viability?

Referring to alternatives N and O, the UDSEIS states "contacts per year are low (0.13 and 0.09)". Using the term "low" in an absolute context implies a 9-13% risk of contact is an acceptable level of risk that would insure long-term bighorn sheep viability, however, the PNF does not provide a science-base justification, or any justification for this assumption. The Tribe suggests available science indicates such levels of contact may not, in fact, insure to a high degree of certainly, long-term viability. Clarification of the use of these terms would be helpful in the ROD.

4. **Appendix H – Update to Draft Forest Plan Amendment**
   The Tribe has already submitted specific recommendations for forest Plan standards and suggests the PNF review our previous comments on this issue submitted for the DSEIS.

   <u>Wildlife Resources</u>
   *Objective WIOB13* – This objective should pertain to all lands within the PNF, not just the Hells Canyon National Recreation Area.

   *Objective WIOB14* – The future of availability of radiocollared bighorn sheep will more than likely wane. It may be difficult to continue to use a radiotelemetry approach in monitoring the changes in distribution of bighorn sheep on the forest. Future monitoring may require other non-telemetry approaches.

   *Objective WIOB18* – Suggest omitting this objective. This objective is too prescriptive and restrictive. It assumes a definitive solution without rationale or justification. It also advocates for a single solution while ignoring all other possible solutions without rationale or justification. If this objective is not omitted from the ROD, suggest language such as "insure, through an adaptive management approach, management of domestic sheep and goats and bighorn sheep remains consistent with evolving science related to the interactions of these species".

   *Standard WIST09* – Would strengthen this standard to commit the PNF to develop an effective monitoring plan

   *Guidelines WIGU16* – Suggest omitting this guideline. This guideline is too prescriptive and restrictive. It assumes a definitive solution without rationale or justification. It also advocates for a single solution while ignoring all other possible solutions without rationale or justification. If this objective is not omitted from the ROD, suggest language such as "regularly reassess management direction, through an adaptive management process, to reflect evolving science related to interactions between domestic sheep and goats and bighorn sheep".

14

BLM_0049455

Rangeland Resources

*Goals RAG007* – Suggest changing language to "Manage domestic sheep and goat allotments to insure effective spatial separation and lack of contact between bighorn sheep and domestic sheep and goats".

*Objective RAOB04* – Suggest changing language to "…designed to prevent contact between…"

*Standard RAST10* – The emergency actions identified in the standard as proposed are not sufficient to insure effective long-term spatial separation. Suggest including a standard that commits the PNF to develop an effective Emergency Response Plan or including such a plan in the ROD.

As source habitats are contiguous across the forest it is highly likely, provided the opportunity, bighorn sheep will recolonize new areas expanding their range in interconnected herds across available source habitats on the PNF. An effective Emergency Response Plan outlining appropriate management actions in response to bighorn sheep observations outside of currently known occupied source habitats should be an integral part of the adaptive management approach to insure long-term spatial separation as recovering bighorn sheep expand their range across new source habitats on the PNF. Appropriate management actions depend on the interactions between observed risk and residency factors; important factors that influence the potential for risk of contact and are indicators of residency or recolonization status. Some of these factors include (1) frequency and duration of observations, (2) size and composition of observed bighorns sheep group, (3) proximity to and herding practices of domestic sheep, and (4) bighorn sheep habitat quality. Establishing clear protocols requiring appropriate management actions to be taken given the matrix of observed risk and residency factors is essential for effective implementation of the Emergency Response Plan.

a. Frequency and Duration of Observations – Infrequent or isolated observations (e.g. single observations within an area separated by multiple years) of short duration (e.g. observed on one occasion) may be more indicative of single transient bighorn sheep that would be expected to remain in any one area for a short period of time. These types of observations may pose a lower risk of contact as observed bighorn sheep are expected to move through the area quickly. Less aggressive and more temporary management actions may be appropriate to maintain effective spatial separation in these situations.

Frequent or persistent observations (e.g. multiple/year or repeated observations in the same area across years) of longer duration (e.g. multiple consecutive observations indicating continuous habitation within an area over a defined period of time) within a given area may be more indicative of recolonization of new habitats by resident bighorn sheep. These types of observations pose a higher level of risk of contact if observations are located in proximity to domestic sheep and more aggressive and longer-term management actions may be required to maintain effective spatial separation.

15

BLM_0049456

b.  Size and Composition of Observed Bighorn Sheep Group – Observations of single bighorn sheep may be more indicative of transient animals, while observations of multiple bighorn sheep in a group may be more indicative of recolonization of new habitats by resident animals.  Observations of ewe-lamb groups would certainly indicate resident animals.  Indications of recolonizing bighorn sheep based on group size and/or composition increases the risk of contact and requires long-term management actions to maintain effective spatial separation.

Observation of any ram(s) may increase the risk of contact, particularly if domestic ewes are in estrous, and may require more aggressive management actions to resolve.

c.  Proximity to and Herding Practices of Domestic Sheep – Proximity to active domestic sheep allotments is an obvious influence on the potential for risk of contact influencing appropriate management actions.  Herding practices including tight vs. loose herding, reproductive status of ewes, and stray management may influence the risk of contact and require different appropriate management actions.

d.  Bighorn Sheep Habitat Quality – Probability of occupancy and risk of contact are directly related to amount and distribution of bighorn sheep source habitat within and surrounding active grazing allotments.  As amount and connectivity of source habitats within and surrounding active grazing allotments increase, more aggressive management actions are required to maintain long-term effective spatial separation.

An example of how these risk and residency factors may be integrated to determine appropriate management actions is included in Table 1.  The purpose of Table 1 is to illustrate our suggested concept for integrating these important factors for identifying appropriate management direction.  Definition of terms and management direction must be carefully considered prior to incorporating in the Emergency Response Plan.  Other important elements should also include identification of responsible department or program; coordination and communication within and between federal and state agencies, and Tribes; reporting requirement; and budget needs.

Monitoring and Evaluation Strategy

Please refer to our previous comments on this issue.  The Tribe does not believe current monitoring requirements outlined in the UDSEIS are sufficient to maintain long-term spatial separation, avoid undetected contact, or provide the needed foundation of an effective adaptive management approach designed to insure bighorn sheep restoration and range expansion for long-term viability.  An effective monitoring plan must be included as a critical component of an adaptive management approach.  The primary purpose of a monitoring plan should be to document, in a timely fashion, bighorn sheep recolonization of new source habitats as populations rebound and expand their range.  The primary purpose of an adaptive management approach should be to use monitoring data to alter domestic sheep grazing patterns across the forest to maintain long-term effective spatial separation between the two species.  The Tribe suggests an effective and detailed monitoring plan be developed as part of the ROD.

16

BLM_0049457

Table 1.  Conceptual matrix for assessing appropriate management actions when bighorn sheep presence is detected near domestic sheep or goat grazing or trailing.  Management actions are taken to maintaining long-term effective spatial separation between domestic and bighorn sheep on the Payette National Forest.

| Observation Type | Group Size | Group Composition | Domestic Ewes Status | Source Habitat | Residency Status | Management Action |
|---|---|---|---|---|---|---|
| | | | Risk Factors | | | |
| Isolated (initial observation) | Any | N/A | N/A | N/A | Transient | Global Management Actions For all Isolated Observations of Bighorn Sheep:  Intensely monitor area to assess potential for past or future contact, determine presence and status of bighorn sheep, and assess management action effectiveness as outlined in the Bighorn Sheep Monitoring Plan. If Monitoring results determine resident status of bighorn sheep, follow emergency response guidelines as outlined below.  Require close herding practices, vigilant stray management, daily counts and other husbandry practices as outlined in the Emergency Response Plan. |
| | Single | Ewe (no lambs) | N/A | No | Transient | Maintain minimum of 1 mile separation radius for duration of grazing season or until it has been verified the bighorn sheep has moved out of the area and location/disposition is known. |
| | Single | Ewe (no lambs) | N/A | Yes | Transient | Maintain minimum of 2 mile separation radius for duration of grazing season or until it has been verified the bighorn sheep has moved out of the area and location/disposition is known. |
| | Multiple | Any (no lambs) | Non-estrous | No | Transient | Maintain minimum of 2 mile separation radius for duration of grazing season or until it has been verified bighorn sheep have moved out of the area and location/disposition is known. |
| | Multiple | Any (no lambs) | Non-estrous | Yes | Transient | Maintain minimum of 3 mile separation radius for duration of grazing season or until it has been verified bighorn sheep have moved out of the area and location/disposition is known. |
| | Multiple | Ewes (no lambs) | Estrous | No | Transient | Maintain minimum of 2 mile separation radius for duration of grazing season or until it has been verified bighorn sheep have moved out of the area and |

17

BLM_0049458

| | | | | | | location/disposition is known. |
|---|---|---|---|---|---|---|
| | Multiple | Ewes (no lambs) | Estrous | Yes | Transient | Maintain minimum of 3 mile separation radius for duration of grazing season or until it has been verified that bighom sheep have moved out of the area and location/disposition is known. |
| | Any | Ram(s) | Estrous | No | Transient | Maintain minimum of 5 mile separation radius for duration of grazing season or until it has been verified that bighom sheep have moved out of the area and location/disposition is known. |
| | Any | Ram(s) | Estrous | Yes | Transient | Remove domestic sheep from allotment until it has been verified that rams have left the area and location/disposition is known. |
| | Any | Ewes and lambs; lambs | N/A | N/A | Resident | Remove domestic sheep from allotment; emergency allotment closure; remove allotment from suited rangelands for domestic sheep. |
| Persistent | Any | N/A | N/A | N/A | Resident | Remove domestic sheep from allotment, emergency allotment closure; remove allotment from suited rangelands for domestic sheep. |

Monitoring and Evaluation Strategy
Please refer to our previous comments on this issue (attached).

Closing Remarks
The USDEIS review was generated based on an appeal by the Nez Perce Tribe, and others, to the Chief of the US Forest Service that the 2003 LRMP simply did not protect the bighorn sheep populations. Since the Chief issued his decision on the appeal, the Tribe sought Cooperator status, in order to closely support the development of a science based DSEIS review of the concerns held by the Tribe. The Nez Perce Tribe developed the study plan for the Salmon River Bighorn Sheep study, that the Payette National Forest has joined as a Cooperator. Further you have supported the research financially as well. Now you are using the results of those efforts in the analysis in the UDSEIS. We have shared several formal consultations on a government to government level. The membership of the Tribe has written to you regarding their concerns that you must protect bighorn sheep. You visited Lapwai to present your analysis and hear and understand the comments of the tribal public. We believe there is nothing more we can do to help you understand our concern that the bighorn sheep must be protected. We believe that there is nothing more that we can do to remind you that it is your obligation to protect the treaty rights of the Nez Perce Tribe.

The Payette National Forest, bounded on the west by Hells Canyon and on the North by the Salmon River is dominated by bighorn sheep habitat. You manage resources that are very important to us. It is vital to the Nez Perce Tribe that we restore the health, vitality and viability of the bighorn sheep populations influenced by the management of the habitat

18

within the Payette National Forest.  We urge you, for the reasons we have stated here, to modify alternative "O" to further reduce the risk of contact below the 9% documented by the risk of contact model.  That you adopt the new alternative in your Record of Decision, and finally that you implement the changes identified in the ROD in the 2011 grazing season.

Sincerely,

Samuel N. Penney
Chairman

19

BLM_0049460

PO Box 219  Owyhee, NV. 89832



**April 8, 2010**

**Presented at the Wings and Roots meeting**

**With the Payette National Forest**

Shoshone-Paiute Tribes' Position Statement on Bighorn Sheep

The Shoshone-Paiute Tribes appreciate the opportunity to comment on the "Update to the Draft Supplemental Environmental Impact Statement for the Southwest Idaho Ecogroup Land and Resource Management Plan," released January 25, 2010 (File Code 1950-3).

The Shoshone-Paiute Tribes, whose unextinguished aboriginal territory extends throughout much of Southwest Idaho and who utilized the lands that now comprise the Payette National Forest for hunting, fishing and cultural purposes, is gravely concerned about the future viability of bighorn sheep populations within and surrounding the Payette National Forest. The bighorn sheep is described in tribal legends, stories and is a part of the culture, language and traditional practices of the Shoshone-Paiute people. The Lemhi Shoshone were known as the Sheep Eaters (Tuku Dika). To allow this species to decline into extinction is not an option for the Tribes.

The scientific literature suggests that habitat is not a limiting factor for bighorn populations but rather disease transmission from domestic sheep. Since the introduction of domestic sheep to the region in the 1800s, bighorn populations have declined dramatically. The Tribes believe, and the Update to the Draft Supplemental Environmental Impact Statement (UDSEIS) supports, the best course of action (alternative) to select is the one that provides the greatest assurance of sustaining viable bighorn populations into the future. The analyses undertaken in the UDSEIS suggest the following:

1. That bighorn ewes and rams foray outside of their core herd home ranges (CHHR), with roughly 14% (based on the literature cited) of rams leaving the core herd area each summer and almost 35% of rams leaving the CHHR at least once over the winter months. This foraying behavior increases the risk of bighorns coming in contact with domestic sheep and the potential for disease transmission.

BLM_0049461

2. An evaluation of "best management practices" (BMPs) for reducing the risk of contact between domestic sheep and bighorn sheep suggested that many of the BMPs have met with limited success. The author of the evaluation, the National Bighorn Sheep Biologist for the USFS, concluded that the best way to avoid disease transmission is to avoid contact between the two species.

3. The surest way of preventing contact between the two species is to disallow domestic sheep grazing on the Payette National Forest.

The UDSEIS supports the Tribes' recommendation that alternative 7E be adopted, which "designates no area within the Payette NF as suitable for domestic sheep grazing, and leaves no trailing routes open to use within the entire Payette National Forest". According to the UDSEIS, implementation of this alternative "provides the greatest protection to bighorn sheep habitats, the least likelihood of contact, and the highest probabilities of persistence for all bighorn sheep populations." To manage for anything less would be contrary to the Forest Service's trust responsibilities to the Shoshone-Paiute Tribes, and other Tribes of the region and to the American public.

This winters' "unprecedented" pneumonia-related die-offs reported by the Western Association of Fish and Wildlife Agencies (WAFWA) remind us that there is precious little time to waste on this important issue.

BLM_0049462

# Literature Cited

Cassirer, E. F. and A. R. E. Sinclair. 2007. Dynamics of pneumonia in a bighorn sheep metapopulation. Journal of Wildlife Management 71:1080-1088.

Dassanayake, R.P., Call, D.R., Sawant, A.A., Casavant, N.C., Weiser, G.C., Knowles, D.P., Srikumaran, S., 2010. Bibersteinia trehalosi Inhibits the Growth of Mannheimia haemolytica by a Proximity-Dependent Mechanism. Applied and Environmental Microbiology 76, 1008-1013.

Smith, D. W., R. O. Peterson, and D. B. Houston. 2003. Yellowstone after wolves. Bioscience 53:330-340.

Ward, A.C.S., Hunter, D.L., Jaworski, M.D., Benolkin, P.J., Dobel, M.P., Jeffress, J.B., Tanner, G.A., 1997. Pasteurella spp. in sympatric bighorn and domestic sheep. Journal of Wildlife Diseases 33, 544-557.

White, P. J., T. O. Lemke, D. B. Tyers, and J. A. Fuller. 2008. Initial effects of reintroduced wolves Canis lupus on bighorn sheep Ovis canadensis dynamics in Yellowstone National Park. Wildlife Biology 14:138-146.

BLM_0049463

# Appendix D

# American Indian Background

BLM_0049464

BLM_0049465

Consistent with 36 CFR §219.20(a), this section will be added to Appendix D of the 2003 Payette National Forest Land and Resource Management Plan.

# Appendix D
# American Indian Background Information

This appendix provides background information about the American Indian tribes with off-reservation interests and rights in the lands now administered by the Boise, Payette, and Sawtooth National Forests.

In response to tribal comments and consultation with the Shoshone-Paiute Tribes of the Duck Valley Reservation in Nevada, the following names of Tribes and Bands will update those found in the Draft Forest Plan Amendment to the 2003 Payette Land and Resource Management Plan.

## SHOSHONE-PAIUTE TRIBES OF THE DUCK VALLEY RESERVATION, NEVADA

### Tribes and Bands

Northern Paiute, and Northern Shoshone/Bannock.

BLM_0049466

BLM_0049467

# Appendix F

# Fish and Wildlife

BLM_0049468

BLM_0049469

# Table of Contents

Terrestrial Management Indicator Species for the Payette National Forest ................................... 3

    Introduction ........................................................................................................................... 3

    Legal Requirements For Management Indicator Species ......................................................... 3

    Pileated Woodpecker ............................................................................................................. 4

    White-headed Woodpecker ..................................................................................................... 5

Migratory Birds ......................................................................................................................... 6

    References ............................................................................................................................. 7

Evaluation of "Best Management Practices" ................................................................................ 1

    Background ............................................................................................................................ 1

    What Are Best Management Practices .................................................................................... 1

    Objectives of Best Management Practices .............................................................................. 1

    How to Determine Best Management Practices ....................................................................... 2

Evaluation of Best Management Practices .................................................................................... 2

    Conclusion ............................................................................................................................ 6

# List of Figures

Figure F-5. Areas of known Risk of Disease Transmission to Bighorn Sheep on the Payette National Forest ......... F-8

BLM_0049470

BLM_0049471

> Consistent with 36 CFR §219.20(a), this section will be added to Appendix F of the 2003 Payette National Forest Land and Resource Management Plan.

# Terrestrial Management Indicator Species for the Payette National Forest

## INTRODUCTION

This paper presents the legal requirements for identification of Management Indicator Species (MIS) from the 1982 National Forest Management Act (NFMA) implementing planning regulation 36 CFR 219.19, and describes the implications of this project on MIS selected in the *Payette National Forest Land and Resource Management Plan* (Forest Plan) (USDA Forest Service 2003a).

## LEGAL REQUIREMENTS FOR MANAGEMENT INDICATOR SPECIES

Federal regulation 36 CFR 219.19 requires that habitats be managed to support viable populations of all native and desirable non-native vertebrate at the planning area level (generally considered the Forest). The regulations recommend the use of MIS population trends to reflect the effects of management activities. MIS may be selected from plant and animal species that are: threatened or endangered; sensitive; ecological indicators; important for recreational, commercial, subsistence, or aesthetic values; representative of special habitats, habitat components, or plant and animal communities; and/or species that are of high concern.

The following are some of the key elements related to MIS from the Federal regulation:

"Each alternative shall establish objectives for the maintenance and improvement of habitat for MIS – to the degree consistent with overall multiple use objectives of the alternative" 219.19(a)

*"In order to estimate the effects of each alternative on fish and wildlife populations, certain vertebrate and /or invertebrate species present in the area shall be identified and selected as MIS and the reasons for their selection will be stated. These species shall be selected because their population changes are believed to indicate the effects of management activities." 219.19(a)(1)*

*"Planning alternatives shall be stated and evaluated in terms of both amount and quality of habitat and animal population trends of the MIS" 219.19(a)(2)*

*"Populations trends of MIS will be monitored and relationships to habitat changes determined. This monitoring will be done in cooperation with State fish and wildlife agencies, to the extent practicable." 219.19(a)(6)*

The NFMA also directs national forests to identify MIS whose populations and habitat conditions indicate potential impacts from forest management. By monitoring and assessing habitat conditions of indicator species, managers can estimate effects on other species with similar habitat needs.

The MIS for the Payette National Forest (Forest) are the pileated woodpecker (*Dryocopus pileatus*) and the white-headed woodpecker (*Picoides albolarvatus*).

## PILEATED WOODPECKER

The pileated woodpecker is native to North America and is a resident species. It is found in forested portions of all the eastern states. It is also known to occur across southern Canada. In the western United States they occur in Washington, Oregon, California, Nevada, Montana, and Idaho in forests that grow large diameter trees. Wisdom et al. (2000) estimated a 21% decrease in source habitat in the Columbia River Basin and a 21% increase within the Central Idaho Mountains Ecological Reporting Unit

(ERU) (which includes the Forest) from historical levels. Breeding Bird Surveys in Idaho show an increasing trend for this species during the last 30 years and support the conclusions of Wisdom et al. (2000) that habitat has increased. Pileated woodpeckers inhabit areas under private, state, and other Federal administrations, however most of their habitat is on forested lands administered by the Forest Service.

Pileated woodpeckers occur on all ranger districts within the Forest. Habitat primarily occurs in mixed conifer forests, including spruce-fir (*Picea* spp.) and lodgepole pine (*Pinus contorta*) that are capable of growing large diameter trees (>20 inch diameter) with multi-storied stands. Pileated woodpeckers nest in standing snags and are the largest woodpeckers occurring within the Ecogroup area (Payette, Sawtooth, and Boise National Forests). Because the bird is so large, this species needs snags of sufficient diameter to accommodate their body size when excavating nest cavities. Studies in Montana and Idaho have shown that old and mature larch (*Larix* spp.), ponderosa pine (*Pinus ponderosa*), grand fir (Abies grandis), and Douglas fir (*Pseudotsuga menziesii*) are used for nest cavities (Burleigh 1972, Groves et al. 1997). Carpenter ants (*Camponotus* sp.) are a major food source. Dead and dying trees, snags, logs, and stumps are important foraging substrates containing carpenter ants. Pileated woodpeckers also dig directly into anthills (Groves et al. 1997).

The pileated woodpecker is a long-lived and wide-ranging non-migratory resident species. It nests and roosts in large diameter dead trees or snags that are found most commonly in mesic mature and older mixed conifer forests with a high canopy closure and numerous down logs. This association is predominantly a result of the species' need for large dead trees for nesting, large hollow trees for roosting, and standing and down dead trees for foraging on carpenter ants. It favors dense coniferous forest, but also uses open forests and second growth, particularly if there are isolated, large dead trees and down logs amid the younger forest (Burleigh 1972, Groves et al. 1997). This woodpecker may be affected by changes in successional stages of forest habitat that removes large diameter dead trees or snags, alters forests with high canopy closure, convert forest to an earlier successional stage and removal of down logs that are used as foraging sites.

This species will forage in younger forests, particularly outside of the nesting season if adequate standing and down dead trees are available with carpenter ants present as prey. As a non-migratory resident species, population changes may be a result of forest management activities and natural events occurring within the home range (Burleigh 1972, Groves et al. 1997).

At least 14 other species of birds within the Forest are dependent on cavities that these woodpeckers excavate for nesting because they are not able to excavate their own cavities.

BLM_0049473

Cavities created by pileated woodpeckers are used by some of the large species that need cavities but do not excavate them. In addition to cavity nesting birds, mammals such as fisher, bats, and flying squirrels use cavities excavated by pileated woodpeckers for nesting, denning, and roosting sites (Thomas et. al. 1979, ICBEMP 1996, Bull et al. 1997, Wisdom et al. 2000). The pileated woodpecker is a species whose presence can be correlated with certain habitat characteristics important to a number of other species (e.g., large diameter dead and downed wood, cavities). These particular habitat components are directly influenced by vegetative management activities on the Forest.

The analysis of forested vegetation current conditions for the Forest Plan revision revealed a reduction in the extent of large tree structure over many localized areas of the Ecogroup Forests from levels that may have occurred historically.

Monitoring plans for the Forest include monitoring for this species (USDA Forest Service 2003a, page IV-11). Monitoring transects/plots were established on the Forest during spring 2003 and have been conducted annually since that time. The overall trend across North America and for the Central Idaho Mountains has been increasing primarily as the result of long-term fire exclusion. (USDA Forest Service 2003b, Appendix 2, Volume 2, page F-10 and-F11).

Chapter 3 of the Supplemental Environmental Impact Statement (SEIS) models source habitat and source environments for bighorn sheep on the Forest. Bighorn sheep habitats are primarily in non-forested areas. Similarly, domestic sheep utilize open habitats for forage and typically avoid forested habitats. Given the habitat requisites for pileated woodpeckers (i.e., mature forested habitats), changes in domestic sheep grazing to conserve bighorn sheep habitats will have negligible effects on pileated woodpecker populations and their habitats.

## WHITE-HEADED WOODPECKER

The Forest Plan designated the white-headed woodpecker as an MIS for Potential Vegetation Groups (PVGs) 1, 2, 3, and 5 with sufficient snags and large trees with low crown density. White-headed woodpeckers are found mainly in open and mature ponderosa pine and mixed ponderosa pine/Douglas fir forests in Idaho (Frederick and Moore 1991, Groves et al. 1997). The birds feed on conifer seeds during the fall and winter. Cone crops are different from year-to-year, and large trees usually produce more cones than small trees. Flying insects are an important food source during other times of the year. Nests are usually excavated in large diameter snags that have a moderate degree of decay (Bull et al. 1986, Bull et al. 1997). Nesting snags need to be greater than 20 inches in diameter (Wisdom et al. 2000). Nesting stands of ponderosa pine used by white-headed woodpeckers typically have less than 30% canopy cover (Frederick and Moore 1991). Based on studies done in Idaho, the white-headed woodpecker rarely migrates and the bird is considered year-round residents.

The white-headed woodpecker's habitat has changed during the last 100 years, largely due to human activities (Sloan 1998, Morgan and Parsons 2001). Major habitat changes have occurred on the Forest from selective harvesting of large diameter ponderosa pine, snag removal in harvest areas, and composition and density changes of remaining stands due to long-term fire exclusion (Geier-Hayes 1995, ICBEMP 1997, Sloan 1998, Wisdom et al. 2000, Morgan and Parsons 2001). These and other changes have reduced the quality, quantity, and distribution of white-headed woodpecker habitats and populations.

Management of large, low-density ponderosa pine, including snags, is an important consideration in mid- to low elevation Forest habitat for this species (Wisdom et al. 2000). Wisdom et al. (2000) estimate a 62% reduction in source habitat from historical to current times for this species within the Central Idaho Mountains ERU. The extent of large tree and snag reduction on the landscape has had a negative effect on species such as the white-headed woodpecker. Stephans and Sturts (1991) list the bird as breeders in this latitude/longitude but without confirmed records.

Suitable habitat for this species is found in the lower elevation ponderosa pine stands. Snags are an important component of woodpecker habitat. High open road densities have lead to many of these snags being lost to firewood cutters.

Monitoring plans for the Forest include monitoring for this species (USDA Forest Service 2003a, page IV-11). Monitoring transects/plots were established on the Forest during spring 2003 and have been conducted annually since that time.

Chapter 3 of the SEIS models source habitat and source environments for bighorn sheep on the Forest. Bighorn sheep habitats are primarily in non-forested areas. Similarly, domestic sheep utilize open habitats for forage and typically avoid forested habitats. Given the habitat requisites for white-headed woodpeckers (i.e., mature ponderosa pine) and the limited amount of white-headed woodpecker habitat in the project area, changes in domestic sheep grazing to conserve bighorn sheep habitats will have negligible effects on white-headed woodpecker populations and their habitats.

Consistent with 36 CFR §219.20(a), this section will be added to Appendix F of the 2003 Payette National Forest Land and Resource Management Plan Final Environmental Impact Statement.

# Migratory Birds

Migratory bird species inhabit various habitat types including a diverse range of forest successional stages. Executive Order (EO) 13186 (01-10-2001) (Sec. 3.) directs each Federal agency taking actions having or likely to have a negative impact on migratory bird populations to work with the U.S. Fish and Wildlife Service (FWS) to develop a Memorandum of Understanding (MOU) to promote the conservation of migratory bird populations. Each agency is encouraged to immediately begin implementing the conservation measures set forth in subparagraphs of Sec. 3. (e) of the EO as appropriate and practicable. For the purposes of this order, "migratory bird" means any of the 700-plus birds listed in 50 Code of Federal Regulations (CFR) 10.13. Except for the mountain quail, sage grouse, and the Columbian sharp-tailed grouse, all of the sensitive and management indicator species (MIS) bird species in this document are on this list of migratory birds.

In addition to requiring consultation with the FWS and consideration of migratory bird conservation for agency actions, the EO specifies in Sec. 3.(e):

> (1) support the conservation intent of the migratory bird conventions by integrating bird conservation principles, measures, and practices into agency activities and by avoiding or minimizing, to the extent practicable, adverse

BLM_0049475

impacts on migratory bird resources when conducting agency actions;
(2) restore and enhance the habitat of migratory birds, as practicable;
(6) ensures that environmental analyses of Federal actions required by the NEPA
or other established environmental review process evaluate the effects of actions
and agency plans on migratory birds, with emphasis on species of concern;

"As practicable" (*able to be done*) implies (1) the potential to restore or enhance habitat exist, (2) the means to achieve restoration or enhancement of habitat exists, and (3) the opportunity to achieve restoration or enhancement of habitat is timely. If these three factors are attainable, then the assumption is that vegetative manipulation projects that do not restore or enhance will require documentation and adequate rationale for noncompliance with the EO. Restoring is a key word in the Forest's desired condition. Another basic assumption is that habitat requirements of migratory birds are very diverse, and an action that benefits some species many not be beneficial to others. Priority should be given to threatened, endangered, and sensitive species, MIS, species of special concern, and Partners in Flight (PIF) priority bird species.

Compliance with the Migratory Bird Treaty Act (MBTA) of 1918 and EO 13186, "Responsibilities of Federal Agencies to Protect Migratory Birds," requires that environmental analyses of Federal actions and plans consider the effects on migratory birds, particularly species of concern. In discussions between the FWS and Region 4 Forest Service wildlife ecologists and biologists, it was recommended that State Bird Conservation Plans developed by interagency working groups be used to help identify relevant migratory bird species and habitats for project analysis. In January 2000, the PIF program published the Idaho Bird Conservation Plan (IDBCP), which takes a habitat-based approach to conserving bird populations. The plan identified 14 priority habitats and associated bird species in Idaho (Idaho Partners in Flight 2000).

Information concerning migratory birds is reviewed with the FWS but there is no mechanism in place for that agency to consult on project effects. Use of the IDBCP supports the goal of maintaining the long-term sustainability of migratory bird species and their habitats, as specified by EO 13186 and the MBTA.

None of the proposed alternatives would affect migratory birds or their habitat. None of the proposed alternative would change direction in the Forest Plan to provide for snags or large trees.

BLM_0049476

Consistent with 36 CFR §219.20(a), this figure will supplement Appendix F of the 2003 Payette National Forest Land and Resource Management Plan Final Environmental Impact Statement.

**Figure F-6. Areas of known Risk of Disease Transmission to Bighorn Sheep on the Payette National Forest**



BLM_0049477

---

Consistent with 36 CFR §219.20(a), this section will be added to Appendix F of the 2003 Payette National Forest Land and Resource Management Plan Final Environmental Impact Statement.

# Evaluation of "Best Management Practices:" Position Statement Prepared by Tim Schommer, Wallawa-Whitman National Forest

## BACKGROUND

The Payette National Forest asked me to complete a position statement on the value of "best management practices" (BMPs) related to my past experience. This task is in preparation for their Final Supplemental Environmental Impact Statement (Final SEIS) to the Final Environmental Impact Statement (FEIS) for the Land and Resource Management Plan (Forest Plan). The Final SEIS is being prepared for their response to appeal direction received from the Chiefs Office of the Forest Service pertaining to bighorn sheep *(Ovis canadensis)* viability, transmission issues between domestic sheep *(Ovis aries)* and bighorn sheep and compliance with the National Forest Management Act and the Hells Canyon National Recreation Area Act.

## WHAT ARE BEST MANAGEMENT PRACTICES

The grazing term "Best Management Practice" has recently been utilized by Idaho State Agencies and the domestic sheep industry as a means to describe on-the-ground practices that reduce the risk of contact between domestic sheep and bighorn sheep where bighorn sheep exist. Many National Forest domestic sheep permittees have been using these practices in some form or another for at least 30 years. In some cases they have been added as terms and conditions to Federal Grazing Permits. Forest Plans or Comprehensive Management Plans (CMP) may also include the practices as direction in the form of standards or guidelines. To my knowledge they have not been called BMPs until just recently.

## OBJECTIVES OF BEST MANAGEMENT PRACTICES

BMPs would be applied to grazing activities on permitted Federal allotments for several reasons, ranging from utilization levels and range readiness to resource protection. For the issue of disease transmission between domestic sheep and bighorn sheep, the objective of implementing BMPs is simply to avoid contact at any time between the two sheep species. Any contact may effectively transmit disease, and result in mortality of bighorn sheep. BMPs are designed to reduce the risk of contact by providing for adequate separation. Implemented BMPs that result in contact are ineffective.

Some Forest Service biologists and range conservationists have extensive field experience of where and when these practices are effective. During my role as National Bighorn Sheep Biologist for the Forest Service for the last 18 years, I worked with range conservationists using several of these grazing practices to increase the potential for effective separation. I have assisted approximately 28 National Forests in the western United States in developing and evaluating grazing practices in the field to increase effective separation between bighorn and domestic sheep. I believe I have a unique

F-1

BLM_0049478

set of skills and experiences for evaluating BMPs.

## HOW TO DETERMINE BEST MANAGEMENT PRACTICES

Most annual operating plans/instructions for domestic sheep allotments contain some of these grazing practices. Each allotment includes grazing practices specific to the allotment and permittee and each allotment carries its own set of unique circumstances that need to be evaluated. What works in one location may not work in another. The following factors affect the success or failure of a grazing practice: topography, bighorn sheep source habitat connectivity, bighorn sheep population size, proximity of domestic sheep grazing allotments to bighorn sheep populations, timing of allotment use, density of vegetation, and escape terrain. None of the BMPs discussed below can be determined effective without an active monitoring effort to detect the presence or absence of bighorn sheep near domestic sheep bands. To my knowledge, no peer reviewed literature exists that evaluates the effectiveness of these grazing practices for reducing the risk of contact between the two species.

## EVALUATION OF BEST MANAGEMENT PRACTICES

The following is a list of BMPs that I have used, and the effectiveness that I have seen with each type:

1) ***Guard Dogs:*** Guard dogs are typically added to a band of sheep to help control predators and monitor the domestic sheep. Using guard dogs for keeping bighorn sheep away from domestic sheep has had limited success. These dogs are designed to protect domestic sheep and goats from predators, not other sheep. Some dogs have been quite tolerant of bighorn sheep (Figure F-7). It is also hard for guard dogs to be at every location of domestic sheep if they are loosely herded across forested and irregular steep terrain.

BLM_0049479

**Figure 7. Photo illustrating the ineffective use of guard dogs to keep bighorn sheep and domestic sheep separated**



2) ***Extra Herders:*** Some operators have added an extra herder. This practice may be of value in open gentle terrain with good visibility. Extra observers will help locate bighorn sheep and improve domestic sheep control during daylight hours.

3) ***Propane Guns:*** Using propane guns at the edge of domestic sheep flocks to scare away bighorn sheep has not been successful because most states do not shoot females and young bighorns and have very restrictive ram hunting. Also, bighorn sheep do not regularly associate negative effects with loud noise. Our experience in northeastern Oregon is that deer and elk become conditioned to the noise in 2–3 days and continue to damage crops. Continually moving these propane guns with the bands of sheep is also costly.

4) ***Trucking of Sheep:*** Trucking of domestic sheep instead of trailing has been effective in reducing strays. Strays increase the probability of contact with a bighorn sheep. However, because of cost and the potential for domestic sheep disease associated with this practice, most operators prefer to not truck their sheep.

5) ***Bedding of Sheep at Night:*** Although domestic sheep herders may want to bed the sheep together in a 5-acre area at night, this practice is difficult in steep terrain because sheep are

BLM_0049480

spread out in a "loose herd" fashion and having fenced pens is not realistic. Predators such as coyotes, cougar, and wolves are very effective at killing or scattering domestic sheep at night. In open gentle terrain, this practice can be helpful in controlling domestic sheep.

6) ***Counting of Sheep:*** Most National Forests conduct a 100% count of all domestic sheep onto the allotment at the beginning of the grazing season. Normally, the sheep are not counted during or after the grazing season by the Forest Service. Counting at the end of the season can give an approximation of how many have been killed or lost. Looking for strays during and after the season can reduce the risk of contact with bighorn sheep. Marking domestic sheep is difficult and expensive for the operators. Some operators provide one marker sheep for every 25 head of domestic sheep and count the marker sheep daily. This practice can tell the operator if they are missing any large numbers of domestic sheep. However, this technique has limited effectiveness because it may only take one domestic sheep to transmit disease to bighorn sheep.

7) ***Herder Communication:*** Some operators are now equipping their herders with cell or satellite phones so they can immediately call authorities when bighorn sheep are observed in or close to domestic sheep. Authorities can either shoot, remove, or haze bighorn sheep. These practices can be helpful in preventing contact. However, some operators do not report to authorities when bighorn sheep are near their domestic sheep.

8) ***Bighorn Monitoring:*** Having observers out looking for bighorn sheep is always helpful in keeping the two species apart and radio collars on bighorn sheep can make that effort more productive. However, bighorn sheep monitoring is expensive and not all bighorn sheep are collared. Most of the radio collaring has been with conventional collars (VHF) which are usually monitored only twice a month. The new GPS collars report locations several times a day and are more beneficial than VHF collars. However, people need to be mindful of the following aspects: (1) only a sample of the bighorn sheep population is collared; (2) collaring is typically skewed toward ewes, which do not foray as far or as often as rams; (3) nobody knows where the bighorn sheep have been between monitoring efforts with VHF collars; and (4) collaring is expensive.

9) ***Sick Domestics:*** Not turning sick domestic sheep out on the allotment is standard practice. Unfortunately, the diseases that are transmitted from domestic to bighorn sheep do not make domestic sheep appear sick. While helpful, this practice does not reduce risk of contact or disease transmission.

10) ***Stray Domestics:*** Stray domestic sheep off the allotment need to be quickly removed. Unfortunately, most Forest allotments are in big areas of remote country with some timber where it is hard to detect strays. Many examples exist of strays being out for several weeks without detection. When they are detected, they are often very hard to find and remove. Grazing operators are usually very busy and can't redirect their attention to finding a few strays. Recently, a few operators have been willing to let authorities remove sheep for them under certain conditions. This practice can be helpful in reducing risk of contact, but many strays go undetected.

When all or most of the BMPs are implemented on an allotment, will enough separation be provided to effectively reduce the risk of contact and avoid contact? The key to successful BMPs depends on whether or not BMPs are consistently implemented on the ground, the operators have the ability to maintain tight control of domestics, the allotment is connected to quality bighorn sheep habitat, and bighorn sheep are in or adjacent to the allotment (up to 9 miles).

BLM_0049481

1) **Implementation:** Agreeing to BMPs on paper is easier; implementing them on the ground for the entire grazing season year after year is more difficult. Many examples of BMPs not always being implemented on the ground exist. And BMPs can only be effective if fully implemented and readily adapted if not working.

2) **Maintaining Control of Domestics:** Controlling domestic sheep in terrain that is forested, steep. or rocky is very difficult. In allotments such as the Allison-Berg on the Nez Perce National Forest, the best possible way to manage vegetation with domestic sheep in this steep rocky terrain is to "loose herd" the domestic sheep-spreading the sheep out over large areas during the day and not tightly controlling them. Such a practice makes it is easy for domestic sheep to stray from the herder(s). Visibility is very difficult for the herders, especially in forested habitat and predators such as wolves can cut into the herd and scatter them for miles. Under these situations BMPs are not likely to be effective. The Rock Creek allotment on the Inyo National Forest is open gentle terrain where a herder can see for miles and can detect bighorn sheep. The Rock Creek Allotment is not in bighorn sheep habitat. BMPs implemented on these types of allotments can be effective in keeping the two species separate and reducing the risk of contact.

3) **Bighorn Sheep Habitat and Presence:** Bighorn sheep source habitat is usually in steep, open, rocky terrain as described above where tight control of domestic sheep is usually difficult and herder visibility is limited. In and around the Payette National Forest, high quality source habitat is not a limiting factor. Habitat is well connected and well distributed across the Payette National Forest and no natural barriers exist to dissuade bighorn sheep from pioneering, colonizing, and exploring their landscapes as demonstrated by the telemetry and sighting data. This ease of movement for bighorns across the Payette National Forest leaves questions about the effectiveness of BMPs to successfully provide for avoiding contact or reducing the risk of contact between the two species. Bighorn sheep presence in habitat that is in or adjacent to an allotment makes developing effective BMPs even more difficult. Separation is highly unlikely, and if the allotment is within the herd home range of the bighorn sheep population, contact with the allotment is all but a guarantee. Last year's mixing of a radio-collared ram with domestics on the Allison-Berg Allotment, despite the implementation of BMPs, is an example of their limitations. When bighorn sheep habitat is high quality and continuous for many miles, keeping the two species separate is very difficult.

Although bighorn sheep do not favor timbered areas, they will pass through them and are extremely hard to detect when this happens. Such was the case when a band of domestics was grazing near Josephine Lake on the Payette National Forest; no one noticed the bighorn sheep ram until it was caught in a wolf snare trap. Without radio collars, bighorn sheep can be very difficult to detect. Even with radio collars, detection on the ground can be difficult. On the Smith Mountain Allotment on the Payette National Forst, radio collar data showed bighorn sheep located within the allotment during the grazing season without detection by the permittee.

On the Temperance Creek Allotment in Hells Canyon in the 1980s and early 1990s, domestic and bighorn sheep were separated by over 20 air miles and almost all of the BMPs described above were implemented. Despite these grazing practices and large separation distances, the two species could not be kept apart. Detecting bighorn and domestic sheep in this open, rocky, continuous bighorn sheep habitat was very difficult. Known mixing of the two species approximately every other year resulted in large catastrophic bighorn sheep die-offs.

BLM_0049482

## CONCLUSION

To avoid disease transmission between domestic and bighorn sheep, contact between the two sheep species should be avoided. In limited situations, implementing BMPs can lead a reduced risk for contact. BMPs that work in one situation may, or may not, work in another so all BMPs need to be developed for site-specific situations. Connectivity of bighorn sheep source habitat, terrain, density of vegetation, and ruggedness all affect the ability to successfully implement BMPs. Monitoring bighorn sheep presence should be conducted in areas of high risk for contact. Based on my experience, the only significant reduction in risk of contact that I have witnessed is when BMPs are implemented in open, gentle, non-bighorn sheep habitat where domestic sheep can be easily controlled and monitored, and a large buffer exists between the two species.

BLM_0049483

> Consistent with 36 CFR §219.20(a), this section will be added to the References section of
> Appendix F, page F-35, of the 2003 Payette National Forest Land and Resource Management
> Plan Final Environmental Impact Statement.

## REFERENCES

Bull, E. L., C. G. Parks, and T. R. Torgersen. 1997. Field Guide for the Identification of Snags
and Logs in the Interior Columbia River Basin, USDA Forest Service, Pacific Northwest
Research Station, General Technical Report, PNW-GTR-390, March 1997.

Bull, E L., S. R. Peterson, and J. W. Thomas. 1986. Resource Partitioning Among Woodpeckers
in Northeastern Oregon, USDA Forest Service, Pacific Northwest Research Station,
Research Note PNW-444, June 1986.

Burleigh, Thomas D., 1972, Birds of Idaho, The Caxton Printers, Ltd, Caldwell, Idaho

Frederick, G. P., and T. L. Moore. 1991. Distribution and Habitat of White-Headed Woodpecker
(Picoides Albolarvatus) in West Central Idaho, Conservation Data Center, Nongame and
Endangered Wildlife Program, Bureau of Wildlife. Boise, Idaho: Idaho Department of Fish
and Game.

Geier-Hayes, K. 1995. The Impact of Post-Fire Seeded Grasses on Native Vegetative
Communities in Central Idaho, Coeur d'Alene, Idaho: Proceedings: Fire Effects on Rare and
Endangered Species and Habitats Conference, November 13-16, 1995.

Groves, C.R., B. Butterfield, A. Lippincott, B. Csuti, and J. Michael Scott. 1997. Atlas of Idaho's
Wildlife, Integrating Gap Analysis and Natural Heritage Information. Boise, ID: Idaho
Department of Fish and Game, Idaho Conservation Data Center.

ICBEMP 1996 (See Quigley et al), 1996, Integrated Scientific Assessment for Ecosystem
Management in the Interior Columbia Basin and Portion of the Klamath and Great Basins,
General Technical Report PNW-GTR-382)

ICBEMP 1997 (See USDA Forest Service, and USDI Bureau of Land Management, 1997, Upper
Columbia River Basin Draft Environmental Impact Statement, Preferred Alternative)

Idaho Partners in Flight. 2000. Idaho Bird Conservation Plan, Version 1.0. Idaho Partners in
Flight, Missoula, MT.

Morgan, P., and R. Parsons. 2001. Historical Range of Variability of Forests of the Idaho
Southern Batholith Ecysystem, Revised Final Report. Moscow. ID: Department of Forest
Resources, University of Idaho and Missoula, MT: Fire Sciences Laboratory, Rocky
Mountain Research Station.

Sloan, J. P. 1998. Historical Density and Stand Structure of an Old-Growth Forest in the Boise
Basin of Central Idaho. Boise, ID: USDA, Forest Service, Intermountain Research Station.

Stephans, D.A. and S.H. Sturts. 1991. Idaho Bird Distribution. Special Publication No. I 1. Idaho
Museum of Natural History, Pocatello; and Idaho Department of Fish and Game; Boise,
Idaho.

BLM_0049484

Thomas, Jack Ward, Ralph G. Anderson, Chris Maser, Evelyn L. Bull, 1979, Snags, Wildlife Habitats in Managed Forests the Blue Mountains or Oregon and Washington, Jack Ward Thomas, Tech. Ed., USDA Forest Service, Agriculture Handbook No. 553, Washington, D.C., pp. 60-95

USDA Forest Service. 2003a. Payette National Forest Land and Resource Management Plans Final Environmental Impact Statement. Ogden, UT: USDA Forest Service, Intermountain Region.

USDA Forest Service. 2003b. Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement. Ogden, UT: USDA Forest Service, Intermountain Region.

Wisdom, M.J., R. S. Holthausen, B. C. Wales, C. D. Hargis, V. A. Saab, D. C. Lee, W. J. Hann, T. D. Rich, M. M. Rowland, W. J. Murphy, and M. R. Eames. 2000. Source Habitats for Terrestrial Vertebrates of Focus in the Interior Columbia Basin: Broad-Scale Trends and Management Implications, Volumes 1, 2, and 3, USDA Forest Service, Pacific Northwest Research Station, and USDI Bureau of Land Management, General Technical Report PNW-GTR-485.

BLM_0049485

# Appendix F

# Migratory Birds

BLM_0049486

BLM_0049487

Case No. 1:20-cv-02484-MSK   Document 41-7   filed 04/27/21   USDC Colorado   pg 198 of 295

Consistent with 36 CFR §219.20(a), this section will be added to Appendix F of the 2003 Payette National Forest Land and Resource Management Plan.

## MIGRATORY BIRDS

Migratory bird species inhabit various habitat types including a diverse range of forest successional stages. Executive Order (EO) 13186 (01-10-2001) (Sec. 3.) directs each Federal agency taking actions having or likely to have a negative impact on migratory bird populations to work with the U.S. Fish and Wildlife Service (FWS) to develop a Memorandum of Understanding (MOU) to promote the conservation of migratory bird populations. Each agency is encouraged to immediately begin implementing the conservation measures set forth in subparagraphs of Sec 3. (e) of the EO as appropriate and practicable. For the purposes of this order, "migratory bird" means any of the 700-plus birds listed in 50 Code of Federal Regulations (CFR) 10.13. Except for the mountain quail, sage grouse, and the Columbian sharp-tailed grouse, all of the sensitive and management indicator species (MIS) bird species in this document are on this list of migratory birds.

In addition to requiring consultation with the FWS and consideration of migratory bird conservation for agency actions, the EO specifies in Sec. 3.(e):

> (1) support the conservation intent of the migratory bird conventions by integrating bird conservation principles, measures, and practices into agency activities and by avoiding or minimizing, to the extent practicable, adverse impacts on migratory bird resources when conducting agency actions;
> (2) restore and enhance the habitat of migratory birds, as practicable;
> (6) ensures that environmental analyses of Federal actions required by the NEPA or other established environmental review process evaluate the effects of actions and agency plans on migratory birds, with emphasis on species of concern;

"As practicable" (*able to be done*) implies (1) the potential to restore or enhance habitat exist, (2) the means to achieve restoration or enhancement of habitat exists, and (3) the opportunity to achieve restoration or enhancement of habitat is timely. If these three factors are attainable, then the assumption is that vegetative manipulation projects that do not restore or enhance will require documentation and adequate rationale for noncompliance with the EO. Restoring is a key word in the Forest's desired condition. Another basic assumption is that habitat requirements of migratory birds are very diverse, and an action that benefits some species many not be beneficial to others. Priority should be given to threatened, endangered, and sensitive species, MIS, species of special concern, and Partners in Flight (PIF) priority bird species.

Compliance with the Migratory Bird Treaty Act (MBTA) of 1918 and EO 13186, "Responsibilities of Federal Agencies to Protect Migratory Birds," requires that environmental analyses of Federal actions and plans consider the effects on migratory birds, particularly species of concern. In discussions between the FWS and Region 4 Forest Service wildlife ecologists and biologists, it was recommended that State Bird Conservation Plans developed by interagency working groups be used to help identify relevant migratory bird species and habitats for project analysis. In January 2000, the PIF program published the Idaho Bird Conservation Plan (IDBCP), which takes a habitat-based approach to conserving bird populations. The plan

BLM_0049488

identified 14 priority habitats and associated bird species in Idaho (Idaho Partners in Flight 2000).

Information concerning migratory birds is reviewed with the FWS but there is no mechanism in place for that agency to consult on project effects. Use of the IDBCP supports the goal of maintaining the long-term sustainability of migratory bird species and their habitats, as specified by EO 13186 and the MBTA.

None of the proposed alternatives would affect migratory birds or their habitat. None of the proposed alternative would change direction in the Forest Plan to provide for snags or large trees.

## LITERATURE CITED

Idaho Partners in Flight. 2000. Idaho Bird Conservation Plan, Version 1.0. Idaho Partners in Flight, Missoula, MT.

BLM_0049489

# Appendix F

# Terrestrial Management Indicator Species for the Payette National Forests

BLM_0049490

BLM_0049491

# Table of Contents

Introduction .......................................................................................................................... 1

Legal Requirements For Management Indicator Species ........................................................ 1

Pileated Woodpecker ............................................................................................................. 2

White-headed Woodpecker ..................................................................................................... 3

References ............................................................................................................................. 5

i

BLM_0049492

BLM_0049493

Consistent with 36 CFR §219.20(a), this section will be added to Appendix F of the 2003 Payette National Forest Land and Resource Management Plan.

## INTRODUCTION

This paper presents the legal requirements for identification of Management Indicator Species (MIS) from the 1982 National Forest Management Act (NFMA) implementing planning regulation 36 CFR 219.19, and describes the implications of this project on MIS selected in the *Payette National Forest Land and Resource Management Plan* (Forest Plan) (USDA Forest Service 2003a).

## LEGAL REQUIREMENTS FOR MANAGEMENT INDICATOR SPECIES

Federal regulation 36 CFR 219.19 requires that habitats be managed to support viable populations of all native and desirable non-native vertebrate at the planning area level (generally considered the Forest). The regulations recommend the use of MIS population trends to reflect the effects of management activities. MIS may be selected from plant and animal species that are: threatened or endangered; sensitive; ecological indicators; important for recreational, commercial, subsistence, or aesthetic values; representative of special habitats, habitat components, or plant and animal communities; and/or species that are of high concern.

The following are some of the key elements related to MIS from the Federal regulation:

"Each alternative shall establish objectives for the maintenance and improvement of habitat for MIS – to the degree consistent with overall multiple use objectives of the alternative" 219.19(a)

*"In order to estimate the effects of each alternative on fish and wildlife populations, certain vertebrate and /or invertebrate species present in the area shall be identified and selected as MIS and the reasons for their selection will be stated. These species shall be selected because their population changes are believed to indicate the effects of management activities." 219.19(a)(1)*

*"Planning alternatives shall be stated and evaluated in terms of both amount and quality of habitat and animal population trends of the MIS" 219.19(a)(2)*

*"Populations trends of MIS will be monitored and relationships to habitat changes determined. This monitoring will be done in cooperation with State fish and wildlife agencies, to the extent practicable." 219.19(a)(6)*

The NFMA also directs national forests to identify MIS whose populations and habitat conditions indicate potential impacts from forest management. By monitoring and assessing habitat conditions of indicator species, managers can estimate effects on other species with similar habitat needs.

The MIS for the Payette National Forest (Forest) are the pileated woodpecker (*Dryocopus pileatus*) and the white-headed woodpecker (*Picoides albolarvatus*).

BLM_0049494

## PILEATED WOODPECKER

The pileated woodpecker is native to North America and is a resident species. It is found in forested portions of all the eastern states. It is also known to occur across southern Canada. In the western United States they occur in Washington, Oregon, California, Nevada, Montana, and Idaho in forests that grow large diameter trees. Wisdom et al. (2000) estimated a 21% decrease in source habitat in the Columbia River Basin and a 21% increase within the Central Idaho Mountains Ecological Reporting Unit (ERU) (which includes the Forest) from historical levels. Breeding Bird Surveys in Idaho show an increasing trend for this species during the last 30 years and support the conclusions of Wisdom et al. (2000) that habitat has increased. Pileated woodpeckers inhabit areas under private, state, and other Federal administrations, however most of their habitat is on forested lands administered by the Forest Service.

Pileated woodpeckers occur on all ranger districts within the Forest. Habitat primarily occurs in mixed conifer forests, including spruce-fir (*Picea* spp.) and lodgepole pine (*Pinus contorta*) that are capable of growing large diameter trees (>20 inch diameter) with multi-storied stands. Pileated woodpeckers nest in standing snags and are the largest woodpeckers occurring within the Ecogroup area (Payette, Sawtooth, and Boise National Forests). Because the bird is so large, this species needs snags of sufficient diameter to accommodate their body size when excavating nest cavities. Studies in Montana and Idaho have shown that old and mature larch (*Larix* spp.), ponderosa pine (*Pinus ponderosa*), grand fir (Abies grandis), and Douglas fir (*Pseudotsuga menziesii*) are used for nest cavities (Burleigh 1972, Groves et al. 1997). Carpenter ants (*Camponotus* sp.) are a major food source. Dead and dying trees, snags, logs, and stumps are important foraging substrates containing carpenter ants. Pileated woodpeckers also dig directly into anthills (Groves et al. 1997).

The pileated woodpecker is a long-lived and wide-ranging non-migratory resident species. It nests and roosts in large diameter dead trees or snags that are found most commonly in mesic mature and older mixed conifer forests with a high canopy closure and numerous down logs. This association is predominantly a result of the species' need for large dead trees for nesting, large hollow trees for roosting, and standing and down dead trees for foraging on carpenter ants. It favors dense coniferous forest, but also uses open forests and second growth, particularly if there are isolated, large dead trees and down logs amid the younger forest (Burleigh 1972, Groves et al. 1997). This woodpecker may be affected by changes in successional stages of forest habitat that removes large diameter dead trees or snags, alters forests with high canopy closure, convert forest to an earlier successional stage and removal of down logs that are used as foraging sites.

This species will forage in younger forests, particularly outside of the nesting season if adequate standing and down dead trees are available with carpenter ants present as prey. As a non-migratory resident species, population changes may be a result of forest management activities and natural events occurring within the home range (Burleigh 1972, Groves et al. 1997).

At least 14 other species of birds within the Forest are dependent on cavities that these woodpeckers excavate for nesting because they are not able to excavate their own cavities. Cavities created by pileated woodpeckers are used by some of the large species that need cavities but do not excavate them. In addition to cavity nesting birds, mammals such as fisher, bats, and

BLM_0049495

flying squirrels use cavities excavated by pileated woodpeckers for nesting, denning, and roosting sites (Thomas et. al. 1979, ICBEMP 1996, Bull et al. 1997, Wisdom et al. 2000). The pileated woodpecker is a species whose presence can be correlated with certain habitat characteristics important to a number of other species (e.g., large diameter dead and downed wood, cavities). These particular habitat components are directly influenced by vegetative management activities on the Forest.

The analysis of forested vegetation current conditions for the Forest Plan revision revealed a reduction in the extent of large tree structure over many localized areas of the Ecogroup Forests from levels that may have occurred historically.

Monitoring plans for the Forest include monitoring for this species (USDA Forest Service 2003a, page IV-11). Monitoring transects/plots were established on the Forest during spring 2003 and have been conducted annually since that time. The overall trend across North America and for the Central Idaho Mountains has been increasing primarily as the result of long-term fire exclusion. (USDA Forest Service 2003b, Appendix 2, Volume 2, page F-10 and-F11).

Chapter 3 of the Supplemental Environmental Impact Statement (SEIS) models source habitat and source environments for bighorn sheep on the Forest. Bighorn sheep habitats are primarily in non-forested areas. Similarly, domestic sheep utilize open habitats for forage and typically avoid forested habitats. Given the habitat requisites for pileated woodpeckers (i.e., mature forested habitats), changes in domestic sheep grazing to conserve bighorn sheep habitats will have negligible effects on pileated woodpecker populations and their habitats.

## WHITE-HEADED WOODPECKER

The Forest Plan designated the white-headed woodpecker as an MIS for Potential Vegetation Groups (PVGs) 1, 2, 3, and 5 with sufficient snags and large trees with low crown density. White-headed woodpeckers are found mainly in open and mature ponderosa pine and mixed ponderosa pine/Douglas fir forests in Idaho (Frederick and Moore 1991, Groves et al. 1997). The birds feed on conifer seeds during the fall and winter. Cone crops are different from year-to-year, and large trees usually produce more cones than small trees. Flying insects are an important food source during other times of the year. Nests are usually excavated in large diameter snags that have a moderate degree of decay (Bull et al. 1986, Bull et al. 1997). Nesting snags need to be greater than 20 inches in diameter (Wisdom et al. 2000). Nesting stands of ponderosa pine used by white-headed woodpeckers typically have less than 30% canopy cover (Frederick and Moore 1991). Based on studies done in Idaho, the white-headed woodpecker rarely migrates and the bird is considered year-round residents.

The white-headed woodpecker's habitat has changed during the last 100 years, largely due to human activities (Sloan 1998, Morgan and Parsons 2001). Major habitat changes have occurred on the Forest from selective harvesting of large diameter ponderosa pine, snag removal in harvest areas, and composition and density changes of remaining stands due to long-term fire exclusion (Geier-Hayes 1995, ICBEMP 1997, Sloan 1998, Wisdom et al. 2000, Morgan and Parsons 2001). These and other changes have reduced the quality, quantity, and distribution of white-headed woodpecker habitats and populations.

Management of large, low-density ponderosa pine, including snags, is an important consideration in mid- to low elevation Forest habitat for this species (Wisdom et al. 2000). Wisdom et al. (2000) estimate a 62% reduction in source habitat from historical to current times for this species within the Central Idaho Mountains ERU. The extent of large tree and snag reduction on the landscape has had a negative effect on species such as the white-headed woodpecker. Stephans and Sturts (1991) list the bird as breeders in this latitude/longitude but without confirmed records.

Suitable habitat for this species is found in the lower elevation ponderosa pine stands. Snags are an important component of woodpecker habitat. High open road densities have lead to many of these snags being lost to firewood cutters.

Monitoring plans for the Forest include monitoring for this species (USDA Forest Service 2003a, page IV-11). Monitoring transects/plots were established on the Forest during spring 2003 and have been conducted annually since that time.

Chapter 3 of the SEIS models source habitat and source environments for bighorn sheep on the Forest. Bighorn sheep habitats are primarily in non-forested areas. Similarly, domestic sheep utilize open habitats for forage and typically avoid forested habitats. Given the habitat requisites for white-headed woodpeckers (i.e., mature ponderosa pine) and the limited amount of white-headed woodpecker habitat in the project area, changes in domestic sheep grazing to conserve bighorn sheep habitats will have negligible effects on white-headed woodpecker populations and their habitats.

BLM_0049497

## REFERENCES

Bull, E. L., C. G. Parks, and T. R. Torgersen. 1997. *Field Guide for the Identification of Snags and Logs in the Interior Columbia River Basin,* USDA Forest Service, Pacific Northwest Research Station, General Technical Report, PNW-GTR-390, March 1997.

Bull, E L., S. R. Peterson, and J. W. Thomas. 1986. *Resource Partitioning Among Woodpeckers in Northeastern Oregon,* USDA Forest Service, Pacific Northwest Research Station, Research Note PNW-444, June 1986.

Burleigh, Thomas D., 1972, *Birds of Idaho,* The Caxton Printers, Ltd, Caldwell, Idaho

Frederick, G. P., and T. L. Moore. 1991. *Distribution and Habitat of White-Headed Woodpecker (Picoides Albolarvatus) in West Central Idaho,* Conservation Data Center, Nongame and Endangered Wildlife Program, Bureau of Wildlife. Boise, Idaho: Idaho Department of Fish and Game.

Geier-Hayes, K. 1995. *The Impact of Post-Fire Seeded Grasses on Native Vegetative Communities in Central Idaho,* Coeur d'Alene, Idaho: Proceedings: Fire Effects on Rare and Endangered Species and Habitats Conference, November 13-16, 1995.

Groves, C.R., B. Butterfield, A. Lippincott, B. Csuti, and J. Michael Scott. 1997. *Atlas of Idaho's Wildlife, Integrating Gap Analysis and Natural Heritage Information.* Boise, ID: Idaho Department of Fish and Game, Idaho Conservation Data Center.

ICBEMP 1996 (See Quigley et al), 1996, *Integrated Scientific Assessment for Ecosystem Management in the Interior Columbia Basin and Portion of the Klamath and Great Basins,* General Technical Report PNW-GTR-382)

ICBEMP 1997 (See USDA Forest Service, and USDI Bureau of Land Management, 1997, *Upper Columbia River Basin Draft Environmental Impact Statement, Preferred Alternative*)

Morgan, P., and R. Parsons. 2001. *Historical Range of Variability of Forests of the Idaho Southern Batholith Ecysystem, Revised Final Report.* Moscow. ID: Department of Forest Resources, University of Idaho and Missoula, MT: Fire Sciences Laboratory, Rocky Mountain Research Station.

Sloan, J. P. 1998. Historical Density and Stand Structure of an Old-Growth Forest in the Boise Basin of Central Idaho. Boise, ID: USDA, Forest Service, Intermountain Research Station.

Stephans, D.A. and S.H. Sturts. 1991. Idaho Bird Distribution. Special Publication No. I 1. Idaho Museum of Natural History, Pocatello; and Idaho Department of Fish and Game; Boise, Idaho.

Thomas, Jack Ward, Ralph G. Anderson, Chris Maser, Evelyn L. Bull, 1979, Snags, *Wildlife Habitats in Managed Forests the Blue Mountains or Oregon and Washington,* Jack Ward Thomas, Tech. Ed., USDA Forest Service, Agriculture Handbook No. 553, Washington, D.C., pp. 60-95

USDA Forest Service. 2003a. Payette National Forest Land and Resource Management Plans Final Environmental Impact Statement. Ogden, UT: USDA Forest Service, Intermountain Region.

BLM_0049498

**USDA Forest Service.** 2003b. Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement. Ogden, UT: USDA Forest Service, Intermountain Region.

**Wisdom, M.J., R. S. Holthausen, B. C. Wales, C. D. Hargis, V. A. Saab, D. C. Lee, W. J. Hann, T. D. Rich, M. M. Rowland, W. J. Murphy, and M. R. Eames.** 2000. *Source Habitats for Terrestrial Vertebrates of Focus in the Interior Columbia Basin: Broad-Scale Trends and Management Implications, Volumes 1, 2, and 3,* USDA Forest Service, Pacific Northwest Research Station, and USDI Bureau of Land Management, General Technical Report PNW-GTR-485.

BLM_0049499

# Appendix K

# Biological Evaluation

BLM_0049500

BLM_0049501

# Table of Contents

Table of Contents ........................................................................................................ i

List of Tables ............................................................................................................. iii

Introduction .............................................................................................................. 1

Alternative Description .............................................................................................. 3

   Alternatives 1B, 2, 5, and 7 .................................................................................... 3

   Alternatives 3, 4, and 6 ......................................................................................... 3

   Alternative 7E ...................................................................................................... 3

   Alternative 7G (Agency Preferred Alternative) ....................................................... 3

   Alternative 7L ...................................................................................................... 4

   Alternative 7M ..................................................................................................... 4

   Alternative 7N ...................................................................................................... 4

   Alternative 7O ...................................................................................................... 5

   Alternative 7P ...................................................................................................... 5

Species Descriptions .................................................................................................. 5

   Federally Listed Species ......................................................................................... 5

      Northern Idaho Ground Squirrel ........................................................................ 6

      Canada Lynx .................................................................................................... 6

      Snake River Spring/Summer and Fall Chinook Salmon ......................................... 7

      Snake River Steelhead ...................................................................................... 8

      Columbia River Bull Trout ................................................................................ 8

   Sensitive Species ................................................................................................... 8

      Wolverine ....................................................................................................... 9

      Fisher ............................................................................................................ 10

      Townsend's Western Big-eared Bat .................................................................. 10

      Spotted Bat .................................................................................................... 11

      Rocky Mountain Bighorn Sheep ....................................................................... 11

      Gray Wolf ...................................................................................................... 11

      Northern Goshawk .......................................................................................... 12

      Bald Eagle ..................................................................................................... 13

      White-headed Woodpecker ............................................................................... 13

      Flammulated Owl ........................................................................................... 14

BLM_0049502

Harlequin Duck ................................................................................................ 15

Mountain Quail ............................................................................................... 15

Boreal Owl ...................................................................................................... 15

Three-toed Woodpecker .................................................................................. 16

Great Gray Owl ............................................................................................... 16

Columbian Sharp-tailed Grouse ..................................................................... 16

Common Loon ................................................................................................. 17

Peregrine Falcon ............................................................................................. 17

Columbia Spotted Frog ................................................................................... 19

Westslope Cutthroat Trout .............................................................................. 20

Direct, Indirect, and Cumulative Effects ............................................................... 20

Federally Listed Species ..................................................................................... 20

Northern Idaho Ground Squirrel ..................................................................... 20

Canada Lynx ................................................................................................... 21

Snake River Spring/Summer and Fall Chinook Salmon, Snake River Basin Steelhead, and Columbia River Bull Trout ................................................................... 24

Sensitive Species ................................................................................................ 25

*Determination* ................................................................................................ 25

*Rationale* ....................................................................................................... 25

*Rationale* ....................................................................................................... 26

Fisher ............................................................................................................... 26

*Rationale* ....................................................................................................... 26

Townsend's Western Big-eared Bat ................................................................ 26

*Rationale* ....................................................................................................... 27

Spotted Bat ...................................................................................................... 27

*Rationale* ....................................................................................................... 27

Gray Wolf ........................................................................................................ 27

*Rationale* ....................................................................................................... 28

Northern Goshawk .......................................................................................... 28

*Rationale* ....................................................................................................... 28

Bald Eagle ....................................................................................................... 28

*Rationale* ....................................................................................................... 29

White-headed Woodpecker .............................................................................. 29

BLM_0049503

*Rationale* ....................................................................................................... 30

Flammulated Owl............................................................................................ 30

*Rationale* ....................................................................................................... 30

Harlequin Duck............................................................................................... 30

*Rationale* ....................................................................................................... 31

Mountain Quail ............................................................................................... 31

*Rationale* ....................................................................................................... 31

Boreal Owl ...................................................................................................... 31

*Rationale* ....................................................................................................... 32

Three-toed Woodpecker................................................................................. 32

*Rationale* ....................................................................................................... 32

Great Gray Owl .............................................................................................. 33

*Rationale* ....................................................................................................... 33

Columbian Sharp-tailed Grouse..................................................................... 33

*Rationale* ....................................................................................................... 33

Common Loon ................................................................................................ 34

*Rationale* ....................................................................................................... 34

Peregrine Falcon ............................................................................................ 34

*Rationale* ....................................................................................................... 35

Columbia Spotted Frog ................................................................................... 35

*Rationale* ....................................................................................................... 35

*Determination* ............................................................................................... 36

*Rationale* ....................................................................................................... 36

Westslope Cutthroat Trout .............................................................................. 36

Literature Cited ................................................................................................... 37

# List of Tables

Table K-1. Threatened, endangered, and sensitive species ...................................... 1

Table K-2. Forest Plan direction designed to reduce threats to northern Idaho
ground squirrel ...................................................................................................... 20

Table K-3. Forest Plan direction designed to reduce threats for Canada lynx ...................... 23

BLM_0049504

BLM_0049505

> Consistent with 36 CFR §219.20(a), this section will be added to Appendix F of the 2003 Payette National Forest Land and Resource Management Plan.

# Introduction

This biological evaluation (BE) documents the potential effects of the proposed supplement to the *Payette National Forest Land and Resource Management Plan* (Forest Plan) (USDA Forest Service 2003a) to threatened, endangered, and sensitive (TES) species.

The Final Supplemental Environmental Impact Statement (FSEIS) (USDA Forest Service 2010) for the Forest Plan is based on an analysis of nine alternatives, which were issued for public review in a Draft Supplemental Environmental Impact Statement (DSEIS). The FSEIS incorporated the public comments and suggestions that warranted further analysis or clarification.

Currently, 27 TES species (9 mammals, 13 birds, 1 amphibian, and 4 aquatic species) 3 critical habitat areas are known or suspected to exist on the Payette National Forest (Forest) (Table K-1). This list is updated annually. The TES species and their management considerations are described below:

**Table K-1. Threatened, endangered, and sensitive species**

| Type | Common Name | Scientific Name | Global Rank [a] | Federal Status | State Rank [b] | Management Considerations |
|---|---|---|---|---|---|---|
| Mammal | Northern Idaho ground squirrel | Spermophilus brunneus brunneus | G2T2 | Threatened | S1 | Habitat fragmentation |
| | Canada lynx | Lynx canadensis | G5 | Threatened | S1 | Vulnerable during denning |
| | Southern Idaho ground squirrel | Spermophilus brunneus endemicus | G2 | R-4 sensitive | S2 | Habitat fragmentation |
| | Wolverine | Gulo gulo luscus | G4T4 | R-4 sensitive | S2 | Vulnerable during denning |
| | Fisher | Martes pennati | G5 | R-4 sensitive | S1 | Habitat fragmentation, snags, and logs |
| | Townsend's Western big-eared bat | Corynorhinus townsendii townsendii | G4 | R-4 sensitive | SC | Vulnerable to disruption |
| | Spotted bat | Euderma maculatum | G4 | R-4 sensitive | SC | Vulnerable to disruption |
| | Rocky Mountain bighorn sheep | Ovis canadensis canadensis | G4 | R-4 sensitive | S3 | Vulnerable to disease |
| | Gray wolf | Canis lupus | G4 | R-4 sensitive | S2 | Human caused mortality |
| Bird | Northern goshawk | Accipter gentilis | G5 | R-4 sensitive | S3 | Nest stand, prey availability |
| | Bald eagle | Haliaeetus leucocephalus | G5 | R-4 sensitive | S3 | Nest stand, prey availability |
| | White-headed woodpecker | Picoides albolarvatus | G4 | R-4 sensitive | S2 | Large snags, low crown density |
| | Flammulated owl | Otus flammeolus | G4 | R-4 sensitive | S3B | Large snags and trees |
| | Harlequin duck | Histrionicus histrionicus | G4 | R-4 sensitive | G/SC | Forest riparian |
| | Mountain quail | Oreortyx pictus | G5 | R-4 sensitive | S1 | Shrubby riparian |
| | Boreal owl | Aegolius funereus | G5 | R-4 sensitive | S2 | Large snags |
| | Three-toed woodpecker | Picoides tridactylus | G5 | R-4 sensitive | S2 | Abundant snags |
| | Great gray owl | Strix nebulosa | G5 | R-4 sensitive | S3 | Forested areas with meadows |

*K-1*

| Type | Common Name | Scientific Name | Global Rank [a] | Federal Status | State Rank [b] | Management Considerations |
|---|---|---|---|---|---|---|
| | Columbian sharp-tailed grouse | Tympanuchus phasianellus columbianus | G4T3 | R-4 sensitive | S3 | Shrubby wintering areas |
| | Common loon | Gavia immer | G5 | R-4 sensitive | SC | Vulnerable during nesting, abundant small fish for prey |
| | Peregrine falcon | Falco peregrines anatum | G4T3 | R-4 sensitive | E | Vulnerable during nesting |
| | Yellow-billed cuckoo | Coccyzus americanus | G5 | R-4 sensitive | S2B | Habitat fragmentation |
| Amphibian | Columbia spotted frog | Rana luteiventris | G4Q | R-4 sensitive | Not ranked | Still or ponded water |
| Aquatic | Snake River spring/summer and fall Chinook salmon and designated critical habitat | Oncorhynchus tshawytscha | | Threatened | | Aquatic cold water |
| | Snake River Basin steelhead and designated critical habitat | Oncorhynchus mykiss | | Threatened | | Aquatic cold water |
| | Columbia River bull trout and proposed critical habitat | Salvelinus confluentus | | Threatened | | Aquatic cold water |
| | Westslope cutthroat trout | Oncorhynchus clarki lewisi | G4T3 | R-4 sensitive | S3 | Aquatic cold water |

[a] Global Rank = globally imperiled ranking, from Nature Serve (2009) 1 = critically imperiled, 2 = imperiled, 3 = vulnerable, 4 = apparently secure, 5 = secure
[b] State Ranked, SC = species of concern, G/SC = game species and species of concern, S1 = Critically imperiled, S2 = imperiled, S3 = Vulnerable, S3B = Breeding vulnerable (Idaho and Utah Conservation Data Center)

The FSEIS reanalyzes the effects of current and proposed Forest management on Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*) within the Forest. Specifically, the FSEIS presents additional information concerning the following issues:

- Manage habitats that support viable populations of bighorn sheep at the planning-unit scale

- Compliance with the Hells Canyon National Recreation Area (HCNRA) Act (PL 94-199)

- Compliance with 36 CFR 292.48 (Domestic Livestock Grazing Activities on Other Lands, Wild and Scenic Rivers, and Wilderness Lands in the HCNRA)

- Compliance with the National Forest Management Act (NFMA)

- Compliance with 36 CFR 219.19 (Ecological, Social, and Economic Sustainability)

BLM_0049507

## Alternative Description

### ALTERNATIVES 1B, 2, 5, AND 7

The seven alternatives evaluated in the Final Environmental Impact Statement (FEIS) for the Forest Plan can be combined into two categories based on how they affected the risk of contact between domestic and bighorn sheep. The first category contains Alternatives 1B, 2, 5, 7, which designates all acres on the Forest as suitable for domestic sheep grazing. All trailing routes remained open in these alternatives.

Alternative 7 was chosen as the alternative to be implemented in the Record of Decision for the FEIS, which was subsequently appealed. The portion of Alternative 7 tied to bighorn sheep viability, disease transmission between domestic sheep and bighorn sheep, and compliance with the HCNRA Act was remanded to the Regional Forester for improved and additional analysis. To meet the appeal requirements related to the potential impacts of disease transmission from domestic sheep on the Forest, modifications to Alternative 7 were developed and are analyzed in Chapter 3. Because this alternative was found to not be compliant with the NFMA, it cannot be selected as the final decision. For Alternative 7, zero acres are identified as unsuitable for domestic sheep.

### ALTERNATIVES 3, 4, AND 6

These alternatives were also proposed in the FEIS and are grouped together as the second category of alternatives. These alternatives would designate zero acres of suitable rangeland portions of the Smith Mountain Allotment overlapping current bighorn sheep habitat are available for domestic sheep grazing. All trailing routes would remain open.

### ALTERNATIVE 7E

Alternative 7E would designate zero acres within the Forest as suitable for domestic sheep grazing and would leave no trailing routes open to use within the entire Forest.

The following allotments would be affected by this Alternative: Smith Mountain, Curren Hill, Boulder Creek, Price Valley, Surdam, Shorts Bar, Hershey-Lava, French Creek, Bear Pete, Marshall Mountain, Vance Creek, Little French Creek, Josephine, Victor-Loon, Grassy Mountain, Slab Butte, Cougar Creek, Twenty Mile, Brundage, Bill Hunt, Fall/Brush Creek, North Fork Lick Creek, Lake Fork, and Jughandle.

### ALTERNATIVE 7G (AGENCY PREFERRED ALTERNATIVE)

In the DSEIS, populations of bighorn sheep were identified using the geographic population range (GPR) model. The GPR was developed utilizing the risk analysis (USDA Forest Service 2006a) that is no longer in effect for the FSEIS. Alternative 7G uses the GPRs as boundaries only (not tied to the risk analysis) and would designate zero acres within the Hells Canyon and Salmon River GPRs as suitable for domestic sheep grazing. This alternative would leave no trailing routes open within the GPRs.

The following allotments would be affected by this alternative: Smith Mountain, Curren Hill, Boulder Creek, Price Valley, Shorts Bar, Hershey-Lava, French Creek, Bear Pete, Marshall Mountain, Vance Creek, Little French Creek, Josephine, Victor-Loon, Twenty Mile, Fall/Brush Creek, North Fork Lick Creek, and Lake Fork.

BLM_0049508

## ALTERNATIVE 7L

Alternative 7L was developed using the updated quantitative risk analysis and landmarks, such as watershed divides, streams, roads, and allotment boundaries, to make implementation easier. This alternative would attempt to remove only the very highest risk areas from domestic sheep grazing while keeping suitable range land open.

On the west zone of the Forest, zero acres of the Curren Hill and Surdam Allotments would be designated suitable for domestic sheep grazing, while the eastern 35 percent of the Smith Mountain Allotment and all of Boulder Creek and Price Valley Allotments would be designated as suitable for domestic sheep grazing. On the east zone of the Forest, zero acres of the Shorts Bar and North Fork Lick Creek Allotments would be designated suitable for domestic sheep grazing. The southwest 25 percent of the Hershey-Lava Allotment, the very eastern 15 percent of the French Creek Allotment, the eastern 40 percent of the Bear Pete Allotment, and the western 70 percent of the Marshal Mountain Allotment would be designated suitable for domestic sheep grazing.

## ALTERNATIVE 7M

Alternative 7M was developed using the updated quantitative risk analysis and landmarks, such as watershed divides, streams, roads, and allotment boundaries, to make implementation easier. This alternative was designed to remove more risk from the landscape and keep grazing outside of the core herd home range areas.

On the west zone of the Forest, zero acres of the Curren Hill, Surdam, and Boulder Creek Allotments would be designated suitable for domestic sheep grazing. The eastern 25 percent of the Smith Mountain Allotment would be designated suitable for domestic sheep grazing. The eastern 85 percent of the Price Valley Allotment would be designated suitable for domestic sheep grazing. On the east zone of the Forest, zero acres of the Shorts Bar, French Creek, Marshall Mountain, North Fork Lick Creek, and Lake Fork Allotments would be designated suitable for domestic sheep grazing. The southwestern 25 percent of the Hershey-Lava Allotment and eastern 30 percent of the Bear Pete Allotment would be designated suitable for domestic sheep grazing. The northern 50 percent of the Victor-Loon Allotment, western 25 percent of the Twenty Mile Allotment, and southern 90 percent of the Jughandle Allotment would be designated suitable for domestic sheep grazing.

## ALTERNATIVE 7N

Alternative 7N was developed using the updated quantitative risk analysis and landmarks, such as watershed divides, streams, roads, and allotment boundaries, to make implementation easier. This alternative was designed to remove most of the high risk area and replace grazing areas of lower risk.

On the west of the Forest, zero acres of the Curren Hill, Surdam, and Boulder Creek Allotments are designated suitable for domestic sheep grazing. The eastern 25 percent of the Smith Mountain allotment and eastern 85 percent of the Price Valley Allotment are designated suitable for domestic sheep grazing. On the east zone of the Forest, zero acres of the Shorts Bar, Grassy Mountain, Vance Creek, Hershey-Lava, Little French Creek, French Creek, Marshall Mountain, and North Fork Lick Creek Allotments would be designated suitable for domestic sheep grazing. The western 85 percent of the Josephine

BLM_0049509

Allotment, eastern 25 percent of Bear Pete Allotment, northern 50 percent of the Victor-Loon Allotment, and western 25 percent of the Twenty Mile Allotment would be designated suitable for domestic sheep grazing.

## ALTERNATIVE 7O

Alternative 7O was developed using the updated quantitative risk analysis and landmarks, such as watershed divides, streams, roads, and allotment boundaries, to make implementation easier. This alternative was designed to remove all areas of major risk and keep allotments as intact as possible while reducing monitoring to minimal levels.

On the west zone of the Forest, zero acres of the Curren Hill, Surdam, and Boulder Creek Allotments would be designated suitable for domestic sheep grazing. The eastern 25 percent of the Smith Mountain Allotment and eastern 85 percent of the Price Valley Allotment would be designated suitable for domestic sheep grazing. On the east zone of the Forest, zero acres of the Shorts Bar, Grassy Mountain, Vance Creek, Hershey-Lava, Little French Creek, French Creek, Josephine, Bear Pete, Marshall Mountain, Victor-Loon, North Fork Lick Creek, and Lake Fork Allotments would be designated suitable for domestic sheep grazing. The western 25 percent of the Twenty Mile Allotment and southern 90 percent of the Jughandle Allotment would be designated suitable for domestic sheep grazing.

## ALTERNATIVE 7P

Alternative 7P was developed using the updated quantitative risk analysis and landmarks, such as watershed divides, streams, roads, and allotment boundaries, to make implementation easier. This alternative was designed to designate many of the high risk area as unsuitable for domestic sheep grazing but retain lower risk areas, thus maximizing bighorn sheep protection and the amount of suitable range land available.

On the west zone of the Forest, zero acres of the Curren Hill, Surdam, and Boulder Creek Allotments would be designated suitable for domestic sheep grazing. The eastern 35 percent of the Smith Mountain Allotment and eastern 85 percent of the Price Valley Allotment would be designated suitable for domestic sheep grazing. On the east zone of the Forest, zero acres of the Shorts Bar, Little French Creek, French Creek, Marshall Mountain, and North Fork Lick Creek Allotments would be designated suitable for domestic sheep grazing. The southwest 25 percent of the Hershey-Lava Allotment, western 85 percent of the Josephine Allotment, eastern 25 percent of Bear Pete Allotment, northern 50 percent of Victor-Loon Allotment, and western 25 percent of the Twenty Mile Allotment would be designated suitable for domestic sheep grazing.

# Species Descriptions

## FEDERALLY LISTED SPECIES

The Idaho Fish and Wildlife Office of the U.S. Fish and Wildlife Service (FWS) provided the Forest with an updated list of threatened, endangered, and proposed species (list number 14420-2009-SL-0039) that occur or potentially occur on the Forest. Listed species include the northern Idaho ground squirrel, Canada lynx, Snake River spring/summer and fall Chinook salmon, Snake River Basin steelhead, and Columbia River bull trout.

BLM_0049510

## Northern Idaho Ground Squirrel

The northern Idaho ground squirrel is a threatened species under the Endangered Species Act of 1973 (ESA), as amended (61 FR 7596). The Final Rule for this listing (65 FR 17779) is dated April 5, 2002. A recovery plan was completed in 2003 (USDI FWS 2003).

The northern Idaho ground squirrel emerges in late March or early April and ceases above-ground activity in late July or early August (Yensen 1991). Adult (>2 years old) males emerge first, followed by adult females and then yearlings. Entrance into seasonal torpor occurs in the same order, with pups active approximately 1 month later than adult males. Northern Idaho ground squirrels are diurnally active. Newly emerged females remain near their hibernacula, where they are courted by adult males. Females are sexually attractive to males for only a few hours on the first or second afternoon following their emergence. The northern Idaho ground squirrel diet consists of forbs, grasses, seeds, and various green vegetation (Yensen 1991).

The habitat of the northern Idaho ground squirrel is drier meadows surrounded by ponderosa pine (*Pinus ponderosa*) and Douglas-fir (*Pseudotsuga menziesii*) forests between 1,150 and 1,550 meters (3,773.15 and 5,085.55 feet) elevation. The xeric meadows typically have a shallow (<1 meter [<3.281 feet] to bedrock), reddish-brown to yellowish-red skeletal-loam or clay-loam soil (Yensen 1991). These drier portions of meadows are occupied by the northern Idaho ground squirrel only in the absence of the Columbia ground squirrel (*Spermophilus columbianus*). Vegetation in these drier meadows is often dominated by scabland sagebrush (*Artemisia rigida*) or mountain big sage (*A. tridentata vaseyana*), with desert parsley (*Lomatium* sp.), wormleaf stonecrop (*Sedum stenopetalum*), scarlet gilia (*Gilia aggregata*), largeflower triteleia (*Brodiaea douglasii*), various bunchgrasses, and other forbs.

The northern Idaho ground squirrel occupied 47 sites in 2008. Combining the modeled population estimates from the intensive monitoring sites with the 1,017 squirrels detected on surveys, and assuming not all squirrels were detected, the minimum adult/yearling (i.e., pre-pup) population estimate for 2008 was 1,512.

Of the 47 occupied sites, 25 (53%) were on Federally managed land, 16 (34%) on privately owned land, and 6 (13%) on State-managed or mixed State-managed / privately owned land. Approximately half of the occupied sites supported 20 adults and yearlings. Only 3 sites— Lost Valley Reservoir, Squirrel Manor, and Squirrel Valley—supported >100 squirrels, although Price Valley and Round Valley may support this many as well if the 2006 numbers remained stable. Overall, the northern Idaho ground squirrel population appears to be increasing in both numbers and distribution (IDFG 2008).

The recovery plan for the northern Idaho ground squirrel was completed in 2003 (USDI FWS 2003). The plan summarizes objectives, criteria, and strategies for recovery of the species. The goal of the recovery plan is to increase population size and establish a sufficient number of viable metapopulations so that the species can be delisted—10 metapopulations consisting of more than 500 individuals for 5 consecutive years (USDI FWS 2003).

## Canada Lynx

The Canada lynx was listed as threatened under the ESA on March 24, 2000. Canada lynx are not common in Idaho and are primarily restricted to northern Idaho. This species is associated with boreal subalpine fir (*Abies lasiocarpa*) and lodgepole pine (*Pinus contorta*)

BLM_0049511

forested environments. Primary habitat criteria are forested elevations above 1,524 meters (5,000 feet) composed of stands of spruce (*Picea* spp.), subalpine fir, and lodgepole pine. Primary foraging habitat is young pole–stage lodgepole pine. Optimum denning habitat is mature spruce and subalpine fir forest with extensive downfalls. Useable denning habitat is lodgepole pine with extensive downfalls.

Canada lynx are usually more active at night as their eyes are well adapted for night hunting. The species forages on snowshoe hares (*Lepus americanus*), mice, voles, squirrels, and birds. Preferred winter food consists primarily of snowshoe hares, rodents (e.g., red squirrels [*Sciurus vulgaris*]), and birds. Habitat for snowshoe hares generally consists of young conifer stands with relatively dense and interconnected canopies that provide both understory cover and food. Predation rates of snowshoe hares are high (>80%). Snowshoe hare populations tend to be cyclical in nature; however, there is limited evidence that population cycles occur in the southern portion of their range because of high predation rates (Wirsing et al. 2002). Snowshoe hares are nocturnal during the winter (Foresman and Pearson 1999).

Forest management practices—such as commercial harvest, road construction, and post-harvest thinning—can influence Canada lynx habitat and prey. Fire was historically a dominant influence in the northern Rocky Mountains (Gruell 1983; Agee 1999) so many decades of aggressive fire suppression have likely reduced the quality and quantity of Canada lynx and snowshoe hare habitat by altering the amount and pattern of vegetation types and structural stages. Snowshoe hares may reach highest densities in young, dense coniferous or coniferous-deciduous forest and forest with a dense understory of shrubs, aspen, and/or conifers. Red squirrels appear in the later stages of forest development when mature cone-bearing trees are common. Wisdom et al. (2000) did not evaluate source habitat changes for the Canada lynx.

## Snake River Spring/Summer and Fall Chinook Salmon

This BE is tiered to previous biological assessments (BAs) and supplements for each Section 7 watershed on the Forest, specifically those defined in Faurot and Nelson (2008), Faurot and Burns (2007a, 2007b), and Olson and Burns (2007a, 2007b). Baseline distribution conditions and habitat conditions for Snake River spring/summer and fall Chinook and designated critical habitat have been described in the previously mentioned BAs. All acronyms, phrases, references, and associated documents from these BAs are included by reference. No substantive new information regarding the distribution or populations of these species is available.

Snake River spring/summer and fall Chinook salmon were listed under ESA in 1992 (57 FR 14653) and are listed as threatened. Hereinafter, all references to Chinook salmon are to the listed species. Chinook salmon are widespread in the South Fork Salmon River, main stem Salmon River, Little Salmon River, and Deep Creek Section 7 watersheds. Detailed maps of known and suspected existence are provided in each BA previously listed and incorporated here by reference. Designated critical Chinook salmon habitat was identified in 1993 (58 FR 68543) and includes "areas consisting of the water, waterway bottom, and adjacent riparian zone of specified lakes and river reaches in hydrologic units presently or historically accessible" to the fish (50 CFR 226.205). We interpret these to comprise all of the main stem upper South Fork Salmon River and in tributaries at least as far upstream as designated critical habitat for Snake River Basin steelhead (below).

BLM_0049512

Essential fish habitat is defined and analyzed in accordance with applicable requirements of section 305(b) of the Magnuson–Stevens Act (MSA), implementing regulations in 50 CFR part 600.920. Essential fish habitat is coincident with designated critical habitat for Chinook salmon on the Forest.

## Snake River Steelhead

This BE is tiered to previous BAs and supplements for each Section 7 watershed on the Forest, specifically those defined in Faurot and Nelson (2008), Faurot and Burns (2007a, 2007b), and Olson and Burns (2007a, 2007b). Baseline distribution conditions and habitat conditions for Snake River steelhead and designated critical habitat have been described in the previously mentioned BAs. All acronyms, phrases, references, and associated documents from these BAs are included by reference. No substantive new information regarding the distribution or populations of this species is available.

The Snake River steelhead is listed as threatened by the National Marine Fisheries Service (NMFS) (62 FR 43937). Hereinafter, all references to steelhead are for the listed species. Steelhead are widespread in the South Fork Salmon River, main stem Salmon River, Little Salmon River, and Deep Creek Section 7 watersheds; detailed maps of known and suspected occurrence are provided in each BA listed above and incorporated here by reference. The final rule designating critical habitat for steelhead was published by the NMFS on September 2, 2005, and took effect on January 2, 2006 (70 FR 52629) and occurs widely across the Forest in the Salmon River Basin.

## Columbia River Bull Trout

This BE is tiered to previous BAs and supplements for each Section 7 watershed on the Forest, specifically those defined in Faurot and Burns (2001, 2007a, 2007b), Olson and Burns (2007a, 2007b), Zurstadt and Burns (2007, 2009), and Faurot and Nelson (2008). Baseline distribution conditions and habitat conditions on Columbia River bull trout and proposed critical habitat have been described in the before mentioned BAs. All acronyms, phrases, references, and associated documents from these BAs are included by reference. No substantive new information regarding the distribution or populations of this species is available.

Columbia River bull trout were listed as threatened in 1998 (63 FR 31647) with all coterminous populations listed together in 1999 (64 FR 58930); detailed maps of known and suspected occurrence are provided in BAs listed above and incorporated here by reference. Hereinafter, all references to bull trout are to the listed species. Designated critical habitat was identified in 2005 (70 FR 56211) but none was designated on the Forest. Critical habitat for bull trout was again proposed by the FWS in January 2010 (75 FR 2270).

## SENSITIVE SPECIES

Forest Service Manual 2670.32 and 2672.1 directs the National Forests to avoid or minimize impacts to species whose viability has been identified as a concern and listed by the Regional Forester as a sensitive species. If impacts cannot be avoided, the Forest must analyze the significance of the potential adverse effects on the population or its habitat within the area of concern and on the species as a whole. Sensitive species must receive special management emphasis. Impacts may be allowed, but the decision must not result in a trend toward Federal listing. Since the DSEIS, two species were added to the sensitive species list, southern Idaho

BLM_0049513

ground squirrel and yellow-billed cuckoo that potentially occur on the Forest. Although some
suitable habitat exists, neither of these species are known to occur on the Forest.

## SOUTHERN IDAHO GROUND SQUIRREL

The southern Idaho ground squirrel was added to the sensitive species list in March 2010 so
therefore was not discussed in the Forest Plan BE (USDA Forest Service 2003a,
Appendix E).

This species inhabits rolling foothills at elevations between 671 and 1,097 meters (2,200 and
3,600 feet). Habitat in this area was originally dominated by big sagebrush, bitterbrush, and
native bunchgrasses and forbs. The majority of native shrub and bunchgrass habitat has been
replaced with stands of invasive annual plants, such as cheatgrass and medusahead rye.
Populations in this altered habitat are usually restricted to the least disturbed or most
productive sites (Yensen 2001a). Individuals hibernate and estivate for 7 to 8 months per
year and, depending on winter conditions, are active between January and June. Long periods
of inactivity require large energy reserves, and individuals can enter estivation with 40-50%
body fat. Breeding occurs immediately after emergence from hibernation, and juveniles
appear above ground 6 weeks after conception.

Habitat has been altered through livestock grazing, agricultural development, invasive plants,
and a shift of the fire regime to more frequent and severe range fires (Pellant 1989,
Whisenant 1990, Knick and Rotenberry 1997, Belsky and Gelbard 2000). An understanding
of population trend is currently lacking, as is landscape-scale patterns of distribution and
abundance.

IDFG (2005) estimate approximately 90% of the population has been lost since the mid-
1980s. The decline may have stabilized during recent years, possibly in response to mild
winters and wet springs, but colonies remain small and fragmented. The population has been
extirpated or is exceptionally small in the northern portions of the former range. The species
is locally abundant near Emmett and Payette, where colonies are associated with
anthropogenic habitat, such as agricultural land and golf courses. Populations are sparse and
fragmented in formerly occupied native habitat, which is found primarily on public lands.
There are no known populations of southern Idaho grounds squirrels on the Forest.

## Wolverine

The wolverine is a species suited to extensive, usually high-elevation areas. Threats to
wolverine include motorized and nonmotorized travel during winter and spring denning,
especially in forested and alpine ecosystems where human use is presently low and habitats
have not been greatly modified. Wolverines are primarily scavengers that forage on carcasses
of large ungulates such as elk (*Cervus Canadensis*), moose (*Alces alces*), deer
(*Odocoileus* spp.), mountain goats (*Oreamnos americanus*), and bighorn sheep. They also
hunt hares, marmots (*Marmota* spp.), ground squirrels, and grouse (*Tetraoninae* spp.), but
will eat fruits and insects when other items are unavailable.

Wolverine home range sizes are influenced by prey remains and other food sources.
Individual animals have large territories and can cover large distances quickly. In central
Idaho, home ranges have been documented as large as 2,079 square kilometers (802 square
miles) for males, although female ranges tend to be smaller. Wolverines do not show strong
territorial behavior and have overlapping ranges. They use several habitats and have been

BLM_0049514

located in forested drainage bottoms to high-elevation, sparsely timbered cirque basins. Two natal dens were located in subalpine cirque areas on north-facing slopes, suggesting that this type of habitat is important in central Idaho (Copeland and Harris 1994).

Due to their large home range size and habitat needs, this species is rare and uncommon and most likely always has been. Lands within known wolverine habitat are the least modified by human activities, due to their remote, steep, and harsh environments (Sallabanks 1996). Wilderness and roadless lands account for much of the areas wolverines are known to use (Copeland and Harris 1994). Some very large fires have burned in the type of habitat wolverines prefer. These fires were generally characteristic (large, infrequent, and stand-replacing) for the plant communities and elevations in which they burned.

Human intrusion within denning habitat during the winter is probably the primary threat to this species (Wisdom et al. 2000). Human activities during denning may cause wolverines to relocate to inferior habitat, which may reduce reproductive success. Moving vulnerable wolverine young can also expose them to predators and harsh weather. Recent technological advances in snowmobile capabilities have raised concerns about human intrusion in previously isolated areas where natal denning may occur (Wisdom et al. 2000).

No known population trends exist for the wolverine within the Forest. Wisdom et al. (2000) estimate a 32% increase in source habitat from historic to current levels for this species within the Central Idaho Mountains Ecological Reporting Unit (ERU), which includes a majority of the Boise, Payette, and Sawtooth National Forests (Ecogroup). The Idaho Conservation Data Center (IDCDC) has 26 wolverine records for the Forest (IDCDC 2009).

## Fisher

Fishers are an uncommon predator found in mature-to-old forests with high canopy closure and large tree (both live and dead) structure. Fishers avoid large openings and are associated with mesic forest conditions and forested riparian areas. Natal dens have been located in pileated woodpecker (*Dryocopus pileatus*) cavities and other forest structures. Fishers eat small mammals, birds, fish, amphibians, insects, carrion, fruit, and nuts (Idaho State Conservation Effort 1995). Fishers hunt for prey on the forest floor and in trees and snags (Spahr et al. 1991). Vegetation management and fire suppression have influenced fisher habitat and prey by altering forest composition and structure.

No known population trends exist for fishers on the Forest. Wisdom et al. (2000) estimate a 35% increase in source habitat from historical to current times within the Central Idaho Mountains ERU, which includes an estimated 87% of the Ecogroup area. The IDCDC has 14 fisher records for the Forest (IDCDC 2009).

## Townsend's Western Big-eared Bat

Townsend's western big-eared bat is nocturnal and feeds primary on moths along forest edges. The species roosts in caves, old mines, canyons with cliffs, and buildings. Maternity and hibernation colonies exist almost exclusively in caves and mine tunnels (Groves et al. 1997). Unlike other species of bats that seek refuge in crevices, Townsend's western big-eared bats congregate in clusters on open surfaces, making them more vulnerable to disturbance (Idaho State Conservation Effort 1995). Most of the Townsend's western big-eared bat records have been in lower elevations outside large expanses of forest cover

BLM_0049515

(Groves et al. 1997). This species is sensitive to human disruption during roosting and will abandon roost sites, which may increase mortality.

No known population trends exist for Townsend's western big-eared bat on the Forest, but these bats have been found on the Forest. Wisdom et al. (2000) estimate a 20% increase in source habitat from historical to current times for this species within the Central Idaho Mountains ERU. The IDCDC has 7 Townsend's western big-eared bat records for the Forest (IDCDC 2009).

## Spotted Bat

Spotted bats forage nocturnally and feed mainly on moths in open ponderosa pine stands and meadows. They roost in cracks in steep, rocky outcrops and cliff faces (L. Lewis 2000, personal communication). This type of habitat does occur in some of the steep basalt canyons on the Forest. Spotted bats are known to exist in the southwestern portion of Idaho, south of the Snake River (Groves et al. 1997). The spotted bat's wintering areas are unknown. This species is sensitive to human disruption during roosting and will abandon roost sites, which may increase mortality.

No known population trends exist for spotted bats on the Forest. Wisdom et al. (2000) estimate an 18% reduction in source habitat from historical to current times for this species within the Central Idaho Mountains ERU. The IDCDC has 2 spotted bat records for the Forest (IDCDC 2009).

## Rocky Mountain Bighorn Sheep

See Chapter 3 of the bighorn sheep *Southwest Idaho Ecogroup Land and Resource Management Plans Final Supplemental Environmental Impact Statement* (USDA Forest Service 2010).

## Gray Wolf

Gray wolves are native to Idaho and were historically common in most parts of the state with abundant big game. The basic social unit in gray wolf populations is the pack. A pack can consist of 2–20 wolves, with an average of 11 per pack. Pack members have a strong social bond to each other and establish and defend territories. Home range size varies from 207 square kilometers (80 square miles) in Minnesota to more than 1,553 square kilometers (600 square miles) in Alberta, Canada. Home ranges over the last several years for central Idaho packs have ranged from 129 square kilometers (50 square miles) to 932 square kilometers (360 square miles) (USDI FWS 2000a).

Gray wolves are primarily limited by nonhabitat factors. The primary threat to gray wolves is human-caused mortality from shooting and vehicle collisions (USDI FWS 1994, Quigley and Arbelbide 1997, Wisdom et al. 2000). New and existing roads increase the likelihood that humans can come into contact with gray wolves. Maintaining habitat for populations of large ungulate prey species is also an important management consideration.

Over the long term, human social pressures will most likely restrict the distribution of gray wolves to areas of limited human occupation and domestic livestock production. Human tolerance and lack of persecution will be needed to achieve long-term successful recovery. Both regulatory and educational efforts will be important parts of gray wolf conservation and management efforts (USDI FWS 2002).

BLM_0049516

The gray wolf is a forest habitat generalist and is found in most parts of Idaho that contain big game populations (i.e., elk, moose, and deer) able to support the species' prey needs. As social carnivores at the top of the ecological food web, gray wolves need comparatively large spaces to find sufficient and abundant prey. Wisdom et al. (2000) did not evaluate source habitat changes for the gray wolf.

**Northern Goshawk**

The northern goshawk is a forest habitat generalist that uses a variety of forest types, ages, structural conditions, and seral stages (Graham and Jain 1998). It preys on small- to medium-sized birds and mammals (e.g., robins [*Turdus migratorius*], chipmunks [*Tamias* spp.], grouse [*Tetraonidae* spp.], and hares), which it captures on the ground, in trees, or in the air. Goshawks and their prey require a variety of forest structures dispersed across large areas (Graham and Jain 1998).

Northern goshawks have nested on all Forest ranger districts and in all forest habitat types. For this species, a change in population may not represent changes in habitat conditions on the Forest. Populations may be influenced by activities off the Forest, particularly in wintering areas, which are largely unidentified.

The major changes in habitat that have occurred on the Forest include selective harvesting of large-diameter trees, snag removal in harvest areas, mortality in ponderosa pine area from wildfires the last 15 years, and a change in composition and density of remaining stands because of long-term fire exclusion (Sloan 1998, Wisdom et al. 2000).

Nest areas usually include one or more forest stands, several nests, and several landform characteristics. Nest areas are occupied by breeding northern goshawks from early March to late September. The nesting area's size, typically 8.1 to 10 hectares (20 to 25 acres), and shape depend on topography and the availability of patches of dense, large trees.

Northern goshawks have a high fidelity to nest areas, which are often used multiple years and sometimes used intermittently for decades (Reynolds et al. 1992, Wisdom et al. 2000). Many pairs of northern goshawks have 2 to 4 alternate nest areas within their home range. All previously occupied nest areas may be important for maintaining nesting populations because they contain the habitat elements that originally attracted northern goshawks. Replacement nest areas are advantageous because northern goshawk nest stands are susceptible to catastrophic events and natural tree mortality.

Northern goshawk nest areas typically have high tree canopy cover and a higher proportion of larger trees than surrounding areas. Studies suggest that dense vegetation provides relatively mild and stable microenvironments and protection from predators. Nest areas are usually classified as mature and late structural forest stands (Reynolds et al. 1992, Graham and Jain 1999). Human activity during the nesting period may cause nest abandonment and subsequent nest failure (Reynolds et al. 1992, Braun et al. 1996).

Post-fledging family areas (PFAs) are used by adults and young from the time the young leave the nest until they are no longer dependent on the adults for food. The PFA surrounds the nest area and, although it generally includes a variety of forest conditions, the vegetation structure resembles that within nest stands. PFAs vary in size from 121 to 242 hectares (300 to 600 acres). PFAs provide young northern goshawks with cover from predators and sufficient prey to develop hunting skills so they learn to feed themselves before dispersing

BLM_0049517

during mid-summer to fall. Therefore, PFAs should contain habitat attributes for producing prey species.

No known population trends exist for northern goshawks on the Forest. Wisdom et al. (2000) estimate a 7% reduction in source habitat from historical to current times for this species within the Central Idaho Mountains ERU. The IDCDC has 90 northern goshawk records for the Forest (IDCDC 2009).

## Bald Eagle

The bald eagle was previously analyzed as a threatened species in the 2003 Forest Plan BA (USDA Forest Service 2003b). The species was delisted in 2006 and subsequently listed as a sensitive species.

During the breeding season, bald eagles eat mainly fish, but also waterfowl, shorebirds, upland birds, and small mammals. Bald eagles are opportunistic foragers, especially during the winter when they will eat whatever is available, including live fish, waterfowl, small mammals, and carrion. Wintering bald eagles tend to congregate near bodies of unfrozen water and roost communally. Major rivers and large reservoirs constitute the majority of the bird's winter habitat, although the temporary presence of high-quality foods may entice bald eagles to areas far removed from aquatic zones. Roost sites are usually located in stands or clumps of mature or old conifers (*Pinophyta* spp.) or cottonwoods (*Populus* spp.)

Nests are commonly found in large trees, mainly conifers and cottonwoods, and usually near water. Bald eagles build large nests. To accommodate these large nests, nest trees are often found in multistoried, older forest stands with open canopies (Quigley and Arbelbide 1997). Nests also appear in single, isolated trees if the trees are large and strong enough to support the bald eagle's large nests.

Two known bald eagle nests exist on the Forest, and birds are regularly seen in winter along major river systems. The IDCDC has 79 bald eagle records on the Forest (IDCDC 2009). Wisdom et al. (2000) did not evaluate source habitat changes for the bald eagle.

## White-headed Woodpecker

In Idaho, white-headed woodpeckers are found mainly in open and mature ponderosa pine and mixed ponderosa pine / Douglas-fir forests (Frederick and Moore 1991, Groves et al. 1997). White-headed woodpeckers feed on conifer seeds during fall and winter. Cone crops are different from year to year, and large trees usually produce more cones than small trees. Flying insects are an important food source other times of the year. Nests are usually excavated in large-diameter snags with a moderate degree of decay (Bull et al. 1986, Bull et al. 1997). Nesting snags need to be >50 centimeters (20 inches) in diameter (Wisdom et al. 2000). Nesting stands of ponderosa pine used by white-headed woodpeckers have a low canopy cover, generally <30% (Frederick and Moore 1991). Based on studies done in Idaho, white-headed woodpeckers rarely migrate and are considered year-round residents.

White-headed woodpecker habitat has changed during the last 100 years due to human activities (Sloan 1998, Morgan and Parsons 2001). Major changes in habitat have occurred within the Ecogroup area from selective harvesting of large-diameter ponderosa pine, snag removal in harvest areas, ponderosa pine mortality from wildfires during the last 15 years, and a change in composition and density of remaining stands because of long-term fire

*K-13*

exclusion (Geier-Hayes 1995, ICBEMP 1997a, Sloan 1998, Wisdom et al. 2000, Morgan and Parsons 2001). These and other changes have reduced the quality, quantity, and distribution of white-headed woodpecker habitat.

White-headed woodpeckers are restricted to areas dominated by ponderosa pine. Management of large, low-density ponderosa pine, including snags, is an important consideration in mid- to low-elevation forest habitat for this species (Wisdom et al. 2000). Wisdom et al. (2000) estimate a 62% reduction in source habitat from historical to current times for this species within the Central Idaho Mountains ERU. The extent of large-tree and snag reduction on the landscape has probably had a negative effect on species such as the white-headed woodpecker. The IDCDC has 84 white-headed woodpecker records on the Forest (IDCDC 2009). Monitoring for this species occurs every year. The monitoring results are available in a report published annually by the Forest and also available on the Forest's Web site.

## Flammulated Owl

Flammulated owls are on the Forest only during the breeding season and migrate off the Forest to winter. The habitat components considered most important for flammulated owls include the following:

- Mature and old forests of Douglas-fir, ponderosa pine, and mixed conifer, including lodgepole pine and aspen
- A moderate density of large trees
- Snags created by larger woodpeckers and sapsuckers (Spahr et al. 1991, Groves et al. 1997)

The entire home range of a flammulated owl pair during the breeding and nesting period is 12 hectares (30 acres). Flammulated owls feed almost entirely on flying insects.

Occupied flammulated owl habitat has changed during the last 100 years due to human activities (Sloan 1998, Morgan and Parsons 2001). Major changes in habitat have occurred within the Forest from selective harvesting of large-diameter ponderosa pine, snag removal in harvest areas, ponderosa pine mortality from wildfires during the last 15 years, and a change in composition and density of remaining stands due to long-term fire exclusion (Geier-Hayes 1995, ICBEMP 1997a, Sloan 1998, Wisdom et al. 2000, Morgan and Parsons 2001). These and other changes have reduced the quality, quantity, and distribution of flammulated owl habitat.

The flammulated owl has been documented on all Forest ranger districts. Important management considerations for this species include retaining or restoring older mid- to lower-elevation forests dominated by ponderosa pine and Douglas fir and retaining or restoring snags and down logs (Wisdom et al. 2000).

No population trends exist for flammulated owls on the Forest. Wisdom et al. (2000) estimate a 52% reduction in source habitat from historical to current times for this species within the Central Idaho Mountains ERU. The IDCDC has 169 flammulated owl records on the Forest (IDCDC 2009).

BLM_0049519

## Harlequin Duck

The harlequin ducks observed on the Forest are part of the Idaho-Wyoming population. The total estimated breeding population in the Pacific Northwest is 524 and is distributed between Washington (274), Oregon (50), Idaho (50), Montana (110), and Wyoming (40). Harlequin ducks are present in these states during the nesting and brood-rearing seasons; they migrate to the coasts of Oregon and Washington to winter. For nesting and brood rearing, harlequin ducks require undisturbed, low-gradient, meandering mountain streams with dense, shrubby riparian areas and large woody debris. They also need log jams and overhanging vegetation for cover and loafing areas.

Harlequin ducks have been observed along the East Fork of the South Fork Salmon River. No harlequin duck nesting habits on the Forest have been documented. Harlequin ducks feed primarily on crustaceans, mollusks, insects, and small fish (Groves et al. 1997). Since harlequin ducks are migratory species, a change in population may not represent changes in habitat conditions on the Forest. Populations may be influenced by activities off the Forest, particularly in wintering areas. Logging in riparian areas may make riparian areas unsuited for this species.

The IDCDC has 3 harlequin duck records for the Forest (IDCDC 2009). The entire Idaho breeding population is estimated to be fewer than 100 birds located on approximately 30 streams in northern Idaho (Groves et al. 1997).Wisdom et al. (2000) did not evaluate source habitat changes for the harlequin duck.

## Mountain Quail

Mountain quail are found in dense shrub areas of coniferous forest and shrubby areas adjacent to meadows and riparian areas. They exist on the Forest on brushy, low-elevation mountain slopes. Mountain quail have steadily declined in central and southwestern Idaho the last 30 years (Spahr et al. 1991) for unknown reasons. Predation by feral cats is known to be a problem in areas near human habitation. Management of shrub cover adjacent to riparian areas needs to be considered as important low-elevation habitat feature of this species.

No known population trends exist for mountain quail on the Forest. Wisdom et al. (2000) estimate a 12% reduction in source habitat from historical to current times for this species within the Central Idaho Mountains ERU. The IDCDC has 15 mountain quail records for the Forest (IDCDC 2009).

## Boreal Owl

Boreal owls nest in old woodpecker cavities in live and dead trees. Boreal owls are found in high-elevation spruce-fir, mixed conifer, and aspen forests year-round and do not migrate. They prey extensively on red-backed voles. The largest nest sites recorded for boreal owls are 12 hectares (30 acres). Winter home ranges encompass approximately 1,456 hectares (3,600 acres), and summer home ranges are slightly smaller (USDA Forest Service 1991). Forest management can change the composition and structure of vegetation used by this species. Management activities that affect large snags and down logs are important habitat considerations for this species.

No known population trends exist for boreal owls on the Forest. Wisdom et al. (2000) estimate a 1% increase in source habitat from historical to current times for this species

BLM_0049520

within the Central Idaho Mountains ERU. The IDCDC has 34 boreal owl records on the Forest (IDCDC 2009).

## Three-toed Woodpecker

Three-toed woodpeckers are primarily associated with mature forests with outbreaks of bark beetles and stand-replacing fires. They have been observed on the Forest mostly in lodgepole pine stands with mountain pine beetles and in burned-over areas (Groves et al. 1997). American three-toed woodpeckers forage mainly in dead trees, and a large percentage of their diet is wood-boring insect larvae. Three-toed woodpeckers excavate nesting cavities in snags or occasionally in live trees (Groves et al. 1997). This species is considered nonmigratory. Management for abundant snag densities is an important habitat consideration. The processes that generate these high densities of snags (i.e., fire, insects, and disease) are essential to produce abundant habitat for this species.

No known population trends exist for three-toed woodpeckers on the Forest. Wisdom et al. (2000) estimate a 77% increase in source habitat from historical to current times for this species within the Central Idaho Mountains ERU. The IDCDC has 23 three-toed woodpecker records on the Forest (IDCDC 2009).

## Great Gray Owl

The habitat components considered most important for the great gray owl are mature or older forest that provide suitable nesting sites and suitable foraging areas, including nonstocked and seedling forests, meadows, and open riparian habitats adjacent to meadows. Great gray owls hunt from perches and capture their prey, usually small rodents, on the ground (Groves et al. 1997). They do not build their own nests but use existing nests built by other species, debris platforms, or broken-topped trees and snags (Bull et al. 1997, Groves et al. 1997). Great gray owl nest sites average 137 meters (150 yards) from the nearest forest opening. The largest home range recorded for a great gray owl is 6.5 square kilometers (1,622 acres) (USDA Forest Service 1991).

The great gray owl is a year-round resident on portions of the Forest. Compared to other owls on the Forest, this owl is considered rare in terms of abundance because its preferred habitat (mid- to high-elevation old forests near meadows) is somewhat uncommon. Important concerns for this species include intensive timber harvest, snag removal, and removal of trees with broken tops in forested areas with meadows.

No known population trends exist for great gray owls on the Forest. Wisdom et al. (2000) estimate a 32% increase in source habitat from historical to current times for this species within the Central Idaho Mountains ERU. The IDCDC has 49 great gray owl records for the Forest (IDCDC 2009).

## Columbian Sharp-tailed Grouse

Columbian sharp-tailed grouse exist in the Weiser River drainage (Mann Creek) but have not been detected on the Forest.

Columbian sharp-tailed grouse need low-elevation native shrub/grassland year-round. Abundant grass composition appears to be important within shrub/grassland communities during all life stages. During the summer, the shrubs are used for cover, and the grass and forbs, including insects that are available in these habitats, are used as food. During the

BLM_0049521

winter, shrubs (i.e., serviceberry [*Amelanchier arborea*], chokecherry [*Prunus virginiana*], bitterbrush [*Purshia* spp.], bitter cherry [*Prunus emarginata*], hawthorn [*Crataegus* spp.], and aspen) are important food because they are above snow cover. In an Idaho study, winter food and cover were regarded as the most limiting habitat factors for long-term maintenance of grouse (Spahr et al. 1991, Groves et al. 1997, Apa 1998).

Columbian sharp-tailed grouse populations statewide have been increasing during the past 10 years, but most populations are still small and isolated. Most of this increase has been attributed to the Conservation Reserve Program (CRP) on private lands (Apa 1998, Wisdom et al. 2000). Birds are making extensive seasonal use of the CRP seedlings that are annually maintained in grass/shrub cover year-round. In some locations, CRP fields are adjacent to National Forest System (NFS) lands. Livestock grazing management of native shrub/grassland and shrub-dominated riparian areas is also an important management consideration for this species. Many areas of shrub/grassland were historically burned, sprayed, plowed, and planted to nonnative grasses to improve conditions for livestock grazing and reduce erosion. These practices would be detrimental to Columbian sharp-tailed grouse if they take place on wintering areas where shrubs used as food and cover protrude above the snow level. Additional threats to Columbian sharp-tailed grouse habitat include habitat fragmentation and invasion of exotic plants (Wisdom et al. 2000).

Columbian sharp-tailed grouse currently occupy <10% of their former range in the northwest United States. Wisdom et al. (2000) estimate a 24–56% decrease in source habitat in the Ecogroup area. The IDCDC has no Columbian sharp-tailed grouse records on the Forest (IDCDC 2009).

## Common Loon

The common loon is a large diving bird that weighs 3.2-4.1 kilograms (7–9 pounds). Like many other diving birds, the common loon must run across the water surface to achieve enough speed to become airborne. Nests are made of mud and vegetation and are usually close to the shoreline in shallow natural lakes without rapidly fluctuating water levels. Nests can be located on small islands that are mostly composed of emergent vegetation. Nesting usually occurs in early May just after ice breakup. Common loons have a high fidelity to nest sites year after year. Common loons avoid lakes with high levels of human activity, fluctuating water levels, turbid water, and no protective coves for nesting. The birds feed mostly on small fish such as yellow perch and various minnow species. They may also consume other aquatic organisms. Feeding occurs mainly under water (Spahr et al. 1991). Common loons are not a high- or moderate-priority breeding bird species for Idaho Partners in Flight (2000) in Idaho.

The IDCDC has 1 common loon record for the Forest (IDCDC 2009). Wisdom et al. (2000) did not evaluate source habitat changes for the common loon.

## Peregrine Falcon

Peregrine falcons occupy a wide range of habitats and are typically found in open country near water. They capture prey by striking from above with their talons after a high-speed dive. Foraging habitat includes wetlands and riparian habitats; meadows and parklands; croplands such as hay fields and orchards; gorges and mountain valleys; and lakes that support populations of small- to medium-sized terrestrial birds, shorebirds, and waterfowl.

BLM_0049522

Cliffs are preferred nesting sites (known as eyries), although reintroduced birds now regularly nest on man-made structures such as towers and high-rise buildings. Peregrine falcons may travel more than 29 kilometers (18 miles) from the nest site to hunt for food. However, a 16.1-kilometer (10-mile) radius around the nest is an average hunting area, with 80% of foraging occurring within 1.6 kilometer (1 mile) of the nest. Peregrine falcons migrate south for the winter to the Gulf of Mexico and into Mexico and Central America, or to large rivers and wildlife refuges in the southern United States (USDA Forest Service 1991).

Peregrine falcons declined precipitously in North America following World War II. Research indicates that certain pesticides—particularly DDT, DDE, and dieldrin applied in the United States and Canada during this same period—caused the decline, which was linked to weakened eggshells (USDI FWS 1984). Use of these chemicals peaked in the 1950s and early 1960s, continuing through the early 1970s (USDI FWS 1995).

The most significant event in peregrine falcon recovery was pesticide restrictions. DDT use was restricted in Canada in 1970 and in the United States in 1972. Restrictions that controlled the use of aldrin and dieldrin were imposed in the United States in 1974. Since these restrictions were implemented, pesticide residues have significantly decreased in many regions where they were previously used. Consequently, reproductive rates in most surviving peregrine falcon populations in North America improved, and numbers began to increase (USDI FWS 1984; ICBEMP 1997b). In Idaho, the peregrine falcon population has been increasing during the last 10 years.

Other known factors in the historical population decline—such as illegal shooting and collisions with wires, fences, cars, and buildings—are much less significant to population levels of the peregrine falcon in the West. On an individual nest-site basis, human-caused disturbance or habitat alterations close to an active peregrine falcon nest can be a problem. For example, rock climbing is a growing sport in some areas and has resulted in nest failure due to abandonment (ICBEMP 1997b). Closure of rock-climbing cliffs in proximity to nesting peregrine falcons has recently prevented adverse effects. Power lines, especially distribution lines, can cause peregrine falcon mortality. However, many peregrine falcons nest successfully each year near power lines, especially in urban areas. Land-use practices adjacent to peregrine falcon eyrie that do not result in extensive habitat changes or excessive disturbance appear to have little adverse effect on nesting success.

The IDCDC has 1 peregrine falcon record for the Forest (IDCDC 2009). Wisdom et al. (2000) did not evaluate source habitat changes for the peregrine falcon.

### Yellow-Billed Cuckoo

The yellow-billed cuckoo is found in disjunct fragments of riparian habitats from northern Utah, western Colorado, southwestern Wyoming, and southeastern Idaho, southward into New Mexico and northwestern Mexico, and westward into Arizona and California. It is considered to be extirpated from British Columbia, Washington, Oregon, and possibly Nevada (Hughes 1999).

In Idaho, the yellow-billed cuckoo is a rare visitor and local breeder that occurs in scattered drainages primarily in the southern portion of the state (Taylor 2000, IDCDC 2005). No population trend data are available for Idaho because populations of yellow-billed cuckoos

BLM_0049523

are too low to make valid statistical conclusions. Major declines have been documented throughout this species' range in the western U.S. such that it is now extremely rare in most areas (Laymon and Halterman 1989).

Yellow-billed cuckoos are usually found in large tracts of cottonwood and willow habitats with dense sub-canopies (Hughes 1999, USDI FWS 2001). In Idaho, they are reported to occur most frequently and consistently in cottonwood forests with thick understory (Groves et al. 1997, Taylor 2000, Idaho CDC 2005). Moist riparian habitats are thought to provide humidity requirements for successful hatching and rearing of young. Dense understory foliage appears to be an important factor in nest site selection, while cottonwood trees are an important foraging habitat (Laymon et al. 1993). Yellow-billed cuckoos are generally absent from heavily forested areas and large urban areas (Eaton 1988), and very scarce in the extensive high elevation zones of the Rocky Mountains above 2,000 meters (6,600 feet) (USDI FWS 2001).

Yellow-billed cuckoos primarily eat large insects such as caterpillars, katydids, cicadas, grasshoppers, and crickets. Occasionally, they eat bird eggs and young, snails, frogs, and lizards. Yellow-billed cuckoos also will consume small fruits and seeds, but more frequently in fall and on their wintering grounds (Hughes 1999).

No population trend data are available for Idaho because populations of yellow-billed cuckoos are too low to make valid statistical conclusions. Major declines have been documented throughout this species' range in the western U.S. such that it is now extremely rare in most areas (CWCS 2006)

## Columbia Spotted Frog

Columbia spotted frogs are most often found near permanent water, such as the marshy edges of ponds or lakes; in algae-grown overflow pools of streams; or in wet areas with emergent vegetation. They may move considerable distances from permanent water during rainy periods after breeding, often frequenting mixed conifer and subalpine forests, grasslands, and shrublands if puddles, seeps, or other waters are available. Columbia spotted frogs are thought to hibernate in holes near springs or other areas where water remains unfrozen and is constantly renewed. The Columbia spotted frog uses a muddy or soft substrate in streams or ponds for hibernation (Spahr et al. 1991). The species feeds on invertebrates generally close to ponds or standing water in riparian areas.

Columbia spotted frogs have been documented on the Forest in habitats that have standing or slow-moving water during the summer. Predation by bullfrogs (*Rana catesbeiana*), a nonnative species, is thought to be a major reason for Columbia spotted frog declines. Populations of Columbia spotted frogs may have also declined and fragmented because of introduced fish in systems that historically had no fish. These fish prey on both young and adult frogs. Alteration of riparian and wetland habitats is also an important management consideration for this species.

No known population trends exist for Columbia spotted frogs on the Forest, but they are commonly observed in areas of shallow, standing, and ponded water during the summer. Wisdom et al. (2000) did not evaluate source habitat changes for the Columbia spotted frog. The IDCDC has 12 Columbia spotted frog records for the Forest (IDCDC 2009). Groves et

BLM_0049524

al. (1997) thought this species was declining in parts of its range, but it appears widespread and abundant in Idaho.

## Westslope Cutthroat Trout

This BE is tiered to previous BAs and supplements for each Section 7 watershed on the Forest, specifically those defined in Zurstadt and Burns (2007, 2009), Faurot and Nelson (2008), Faurot and Burns (2001, 2007a, 2007b), and Olson and Burns (2007a, 2007b). Baseline conditions for distribution and habitat conditions of westslope cutthroat trout have been described in those BAs. All acronyms, phrases, references, and associated documents from these BAs are included by reference. No substantive new information regarding the distribution or populations of this subspecies is available.

BEs for sensitive species are prepared by direction of the Forest Service Manual (FSM 2670). Westslope cutthroat trout are designated by the Regional Forester as a sensitive species. Westslope cutthroat trout were petitioned for listing (63 FR 31691) but FWS determined in 2000 that the species was not warranted for listing (65 FR 20120). Detailed maps of known and suspected occurrences are provided in the BAs above and incorporated here by reference. Westslope cutthroat trout are widely distributed throughout the Forest, particularly in the South Fork Salmon River watershed. Hereinafter, all references to westslope cutthroat trout are for the petitioned species. Designated critical habitat is not applicable to westslope cutthroat trout.

# Direct, Indirect, and Cumulative Effects

## FEDERALLY LISTED SPECIES

### Northern Idaho Ground Squirrel

A conservation strategy and agreement for the Forest was developed in 1996 to improve conditions for this species. The northern Idaho ground squirrel is Idaho's only endemic animal, with an estimated population of 250–500 individuals. Individual populations are small, disjunct, and isolated—a situation that challenges future management where the species exists and historically existed.

In the Forest Plan, specific direction is contained at the management area level in the three management areas where the species is known to exist. The direction is not always specific to ground squirrels, but reduces threats to ground squirrels through the management of Forest resource programs that may affect the species (Table K-2).

**Table K-2. Forest Plan direction designed to reduce threats to northern Idaho ground squirrel**

| Threats | Management Direction in Forest Plan (USDA Forest Service 2003a, Chapter III) |
|---|---|
| Habitat loss, modification | TEPC Species: Goals 1, 3, 4, 5, 6; Objectives 1, 2, 3, 4, 5, 7, 14, 18, 22, 25, 26, 27; Standards 1, 2, 3, 5, 29; Guidelines 4, 6, 8, 10 |
| Over-utilization | TEPC Species: Objectives 2, 5<br>Wildlife Resources: Objective 5,6<br>Recreation Resources: Standard 5 |
| Disease or predation | Wildlife Resources: Objectives 4, 5, 6 |

BLM_0049525

| | |
|---|---|
| Inadequacy of regulatory mechanisms | TEPC Species: Goals 1, 3, 4, 5, 6; Objectives 1, 2, 3, 4, 5, 7, 14, 18, 22, 25, 26, 27; Standards 1, 2, 3, 5, 29; Guidelines 1, 2, 4, 6, 8<br>Rangeland Resources: Goal 1; Objective 1<br>Recreation Resources: Goals 4, 5; Objective 18; Standard 5<br>Lands and Special Uses: Goal 1; Objective 1; Guideline 1<br>Facilities and Roads: Goal 1; Objectives 4, 6; Guidelines 4, 9 |
| Other natural or human-caused concerns | TEPC Species: Standard 5 |

Of the management direction in Table K-2, Standard 3 in the TEPC Species section may provide the most all-around protection for the northern Idaho ground squirrel. This standard directs managers to "Design and implement projects to meet the terms of Forest Service approved portions of recovery plans" (USDA Forest Service 2003a, Chapter III, TEPC Species section).

The Forest is managing for northern Idaho ground squirrels under a conservation strategy and agreement with the FWS that was approved in 1996 (USDA Forest Service and USDI FWS 1996), a Habitat Restoration Plan (2001–2006) approved by both agencies in November 2002, and the northern Idaho ground squirrel Recovery Plan that was approved in 2003. These documents provide comprehensive direction for protecting the species and restoring northern Idaho ground squirrel habitat.

***Determination***

None of the proposed alternatives would change the effects analysis and range of effects disclosed in the 2003 Forest Plan BA (USDA Forest Service 2003b). Similarly, none of the alternatives would change current Forest Plan direction for conservation of northern Idaho ground squirrel. The 2003 Forest Plan BA determination for Forest Plan implementation was "May Affect, Likely to Adversely Affect" the northern Idaho ground squirrel (USDA Forest Service 2003b). The Forest Plan FSEIS would not change this determination.

***Rationale***

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for northern Idaho ground squirrel. Since this species is Federally listed, further habitat assessment will occur with local information for any project proposed under the direction in the Forest Plan that may affect northern Idaho ground squirrel habitat. The Forest Plan does not describe or mandate site-specific activities or projects. Determination of effects for site-specific activities will require further Section 7 consultation as those site-specific activities are proposed under Forest Plan direction.

## Canada Lynx

Forest-wide management direction meets the intent of the standards specified in the Canada lynx conservation strategy (USDI FWS 2000b). The Forest Plan provides direction to protect this species and its habitat, including retention of mature forest conditions and coarse woody debris for denning and rearing habitat. A predicted reduction in roads under the Forest Plan would also reduce disturbance and vulnerability to hunting, trapping, and vehicle collisions.

In addition to direction for wildlife species in Forest Service Manual 2670, as amended, (1995) and Handbook 2609, as amended (1992), the Forest Plan has Forest-wide

BLM_0049526

management direction to reduce potential threats to Canada lynx. This direction appears in the Forest Plan (USDA Forest Service 2003a, Chapter III) and is summarized in Table K-3. The direction is not always specific to Canada lynx but will reduce threats to Canada lynx through the management of Forest resource programs that may affect the species.

BLM_0049527

**Table K-3. Forest Plan direction designed to reduce threats for Canada lynx**

| Evaluation Criteria/Threats | Management Direction in the Forest Plan (USDA Forest Service 2003a, Chapter III) |
|---|---|
| Denning habitat | TEPC Species: Goals 1, 3, 4; Objectives 12, 13, 18; Standards 1, 2, 3, 12, 14<br>Wildlife Resources: Standard 1 |
| Foraging habitat | TEPC Species: Goals 1, 3, 4; Objectives 12, 13, 23; Standards 1, 2, 3 14<br>Vegetation: Objective 1<br>Rangeland Resources: Goals 1, 6; Objective 1; Standard 1; Guidelines 2, 9 |
| Vegetation conversion[a] | TEPC Species: Goal 4; Objective 13; Standards 1, 2, 3, 14, 15; Guidelines 1, 2, 6<br>Wildlife Resources: Guideline 1<br>Vegetation: Goals 1, 2, 4, 7<br>Timberland Resources: Goal 3 |
| Pre-commercial thinning | TEPC Species: Goals 3, 4; Standards 1, 2, 3, 14, 15; Guidelines 1, 2, 6 |
| Fire management[a] | TEPC Species: Goal 4; Objectives 13, 18; Standards 1, 2, 3, 14, 15; Guidelines 1, 2, 6, 8<br>Wildlife Resources: Guideline 1<br>Fire Management: Goal 2, Objectives 1, 2, 5 |
| Landscape patterns[a] | TEPC Species: Goal 4; Objective 13; Standards 1, 2, 3, 14, 15, 16<br>Vegetation: Goals 1, 2, 4, 7; Objectives 5, 7<br>Fire Management: Goal 2; Objectives 1, 2, 5<br>Timberland Resources: Goal 3 |
| Forest roads[a] | TEPC Species: Objectives 3, 27; Standards 1, 2, 3; Guidelines 1, 2, 6<br>Wildlife Resources: Objective 5; Guidelines 1, 4<br>Facilities and Roads: Goal 1, Objectives 4, 6; Standard 3; Guidelines 4, 9 |
| Developed recreation[a] | TEPC Species: Objectives 7, 27, 29, 31, 32; Standards 1, 2, 3, 14, 34; Guidelines 1, 2, 6<br>Recreation Resources: Goals 4, 5, 6; Objectives 18, 24, 25; Standard 5 |
| Non-winter dispersed recreation | TEPC Species: Objectives 7, 27; Standards 1, 2, 3; Guideline 6<br>Recreation Resources: Goals 4, 5; Objective 18; Standard 5 |
| Winter dispersed recreation[a] | TEPC Species: Objectives 7, 27, 28, 29; Standards 1, 2, 3, 34<br>Recreation Resources: Goals 4, 5, 6; Objectives 18, 24, 25; Standard 5 |
| Minerals and energy development | TEPC Species: Objectives 7, 26; Standards 1, 2, 3, 14, 29, 34; Guidelines 1, 2 |
| Land adjustments | TEPC Species: Goal 1; Objective 25; Standards 1, 2, 3, 14, 15, 16; Guidelines 1, 2, 10<br>Wildlife Resources: Guideline 1<br>Lands and Special Uses: Goal 1; Objective 1; Guideline 1 |
| Lack of habitat connectivity[a] | TEPC Species: Goal 5; Objectives 12, 23, 30, 32; Standards 1, 2, 3<br>Wildlife Resources: Objective 5; Guidelines 1, 4 |
| Lack of coordination between jurisdictions and agencies[a] | TEPC Species: Goal 1; Objectives2, 25; Standard 16; Guideline 4<br>Wildlife Resources: Objectives 4, 5; Guideline 4<br>Vegetation: Goal 7; Objective 5<br>Facilities and Roads: Objectives 2, 4, 6 |
| Lack of monitoring[a] | TEPC Species: Objective 1, 5, 11; Guidelines 2, 4 |

[a] One of nine risk factors for the northern rocky mountain geographic area from the Biological Opinion

BLM_0049528

### Determination

None of the proposed alternatives would change the effects analysis and range of effects disclosed in the Forest Plan BA. Similarly, none of the alternatives would change current Forest Plan direction for conservation of Canada lynx. The 2003 Forest Plan BA determination for Forest Plan implementation was "May Affect, Likely to Adversely Affect" the Canada lynx (USDA Forest Service 2003b). The Forest Plan FSEIS would not change this determination.

### Rationale

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for Canada lynx. The Forest Plan provides for Canada lynx and its habitat by providing direction that meets the intent of the 15 evaluation criteria identified in the Biological Opinion (BO) (USDI FWS 2000b). Since the Canada lynx is Federally listed, further habitat assessment will occur with local information for any project proposed under the direction of the revised Forest Plan that may affect Canada lynx habitat.

## Snake River Spring/Summer and Fall Chinook Salmon, Snake River Basin Steelhead, and Columbia River Bull Trout

The Forest Plan provides direction to protect these species and their habitat. Forest Plan direction is very generic but has been focused by recent individual assessments of the effects of sheep grazing across the Forest, where potential effects are fully disclosed and specific mitigations provided to minimize effects to the extent practicable (Faurot and Burns 2001, 2007a, 2007b; Zurstadt and Burns 2007, 2009; Olson and Burns 2007a, 2007b; and Faurot and Nelson 2008).

### Determination

None of the proposed alternatives would change the effects analysis and range of effects disclosed in the Forest Plan BA (USDA Forest Service 2003b). Similarly, none of the alternatives would change current Forest Plan direction for protection of these species or their habitat. The 2003 Forest Plan BA determination for Forest Plan implementation was "May Affect, Likely to Adversely Affect" all three of these species. The Forest Plan FSEIS would not change this determination, although more recent consultations have determined that some specific grazing actions have been mitigated to "May Affect, not Likely to Adversely Affect"; the Forest Plan FSEIS would not change these determinations either.

### Rationale

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for these three ESA-listed fish species. The Forest Plan provides for listed fish and their habitat by providing direction to help recover and maintain the viability of listed fish populations and to protect and restore habitat conditions as needed. Since these species are Federally listed, further population and habitat assessment will occur with local information for any project proposed under the direction of the revised Forest Plan that may affect them or their designated critical habitat.

BLM_0049529

## SENSITIVE SPECIES

### Southern Idaho Ground Squirrel

There are no known occupied southern Idaho ground squirrel sites on the Forest. A conservation strategy and agreement on the Forest was developed in 1996 to improve conditions for northern Idaho ground squirrel, which should also help this species. The Forest is currently managing for the northern Idaho ground squirrel under a Conservation Strategy and Agreement with the FWS that was approved in 1996 (USDI FWS 1996), the Habitat Restoration Plan (2001–2006) that was approved by both agencies in November 2002, and the *Recovery Plan for the Northern Idaho Ground Squirrel* that was approved in 2003. These documents provide comprehensive direction for protecting the northern Idaho ground squirrel and restoring its habitat, in addition to providing guidance for the southern Idaho ground squirrel.

### *Determination*

None of the proposed alternatives would affect this species or its habitat, therefore there is a determination of "No Impact" for all alternatives.

### *Rationale*

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for southern Idaho ground squirrel. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

### Wolverine

Wolverines are considered habitat generalists, and their home ranges are so large they are usually measured in hundreds of square miles rather than thousands of acres. Therefore, specific habitat needs are not as critical as reducing human disturbance, particularly in natal den sites (i.e., subalpine talus cirques) during the denning period.

Because this species prefers high-elevation, remote areas to den and forage, wolverine habitat is found mostly on NFS lands and, in general, has been minimally affected by management activities due to road construction, timber harvest, and altered fire regimes. It has been suggested that large, roadless areas are needed to maintain or improve conditions for wolverine to minimize disturbance and vulnerability from trappers, hunters, predators, and collision with vehicles. None of the proposed alternatives would affect wolverine management or habitat.

### *Determination*

None of the proposed alternatives would change the effects analysis and range of direct, indirect, and cumulative effects disclosed in the Forest Plan BE. Similarly, none of the alternatives would change current Forest Plan direction for conservation of wolverine. The 2003 Forest Plan BE determination for Forest Plan implementation was "May Impact Individuals or Habitat, but is Not Likely to Contribute to a Trend Toward Federal Listing or Cause a Loss of Viability to the Population or Species" for the wolverine. The Forest Plan FSEIS would not change this determination and supporting rationale.

BLM_0049530

### Rationale

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the wolverine. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

## Fisher

Key components for fisher habitat are forested riparian areas, mature to old forests with moderate moisture conditions, and snags and coarse woody debris. Riparian forest communities are critical for fisher habitat.

The Forest Plan provides direction to increase the extent of large trees on the landscape and protect forested riparian areas. Much of the habitat where this species lives has limited amounts of mechanical management activities, and succession is producing additional multistoried stands with large trees. None of the proposed alternatives would affect this management direction.

### Determination

None of the proposed alternatives would change the effects analysis and range of direct, indirect, and cumulative effects disclosed in the Forest Plan BE. Similarly, none of the alternatives would change current Forest Plan direction for conservation of fisher. The 2003 Forest Plan BE determination for Forest Plan implementation was "May Impact Individuals or Habitat, but is Not Likely to Contribute to a Trend toward Federal Listing or Cause a Loss of Viability to the Population or Species" for the fisher. The Forest Plan FSEIS would not change this determination and supporting rationale.

### Rationale

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the fisher. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

## Townsend's Western Big-eared Bat

The Townsend's western big-eared bat is known to exist on the Forest. Forest-wide standards and guidelines exist for surveying and protecting big-eared bat hibernacula. In addition, management direction has been developed to protect roosting sites and hibernacula from disturbance when Townsend's western big-eared bats are detected.

### Determination

None of the proposed alternatives would change the effects analysis and range of direct, indirect, and cumulative effects disclosed in the Forest Plan BE. Similarly, none of the alternatives would change current Forest Plan direction for conservation of the Townsend's western big-eared bat. The 2003 Forest Plan BE determination for Forest Plan implementation was "May Impact Individuals or Habitat, but is Not Likely to Contribute to a

BLM_0049531

Trend Toward Federal Listing or Cause a Loss of Viability to the Population or Species" for the Townsend's western big-eared bat. The Forest Plan FSEIS would not change this determination and supporting rationale.

### *Rationale*

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the western big-eared bat. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

## Spotted Bat

Spotted bats roost in crevices of high cliffs and forage in sagebrush shrub and low-elevation forest. This species is sensitive to human disturbance during roosting. Forest-wide direction for surveying and protecting spotted bat hibernacula exists. If spotted bats were detected, actions would be taken to protect these sites from disturbance. Direction for habitat protection will decrease the risk to continued persistence and improve viability for this species.

### *Determination*

None of the proposed alternatives would change the effects analysis and range of direct, indirect, and cumulative effects disclosed in the Forest Plan BE. Similarly, none of the alternatives would change current Forest Plan direction for conservation of the spotted bat. The 2003 Forest Plan BE determination for Forest Plan implementation was "May Impact Individuals or Habitat, but is Not Likely to Contribute to a Trend Toward Federal Listing or Cause a Loss of Viability to the Population or Species" for the spotted bat. The Forest Plan FSEIS would not change this determination and supporting rationale.

### *Rationale*

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the spotted bat. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

## Gray Wolf

Prey abundance is an important consideration for managing gray wolves. The Forest Plan provides direction to work cooperatively with states and tribes to manage big-game populations that would benefit wolves (USDA Forest Service 2003a, Wildlife Resources section: Goals 2 and 3; Objectives 11 and 12; Standards 6 and 7; and Guidelines 8, 11, 13, and 14).

In addition, the Forest Plan includes a standard (TEPC Species Standard 12) to avoid or minimize impacts from management actions within known denning sites if those actions would disrupt reproductive success during the denning period.

BLM_0049532

### Determination

None of the proposed alternatives would change the effects analysis and range of direct, indirect, and cumulative effects disclosed in the Forest Plan BE. Similarly, none of the alternatives would change current Forest Plan direction for conservation of gray wolves. The 2003 Forest Plan BE determination for Forest Plan implementation was "May Impact Individuals or Habitat, but is Not Likely to Contribute to a Trend Toward Federal Listing or Cause a Loss of Viability to the Population or Species" for the gray wolves. The Forest Plan FSEIS would not change this determination and supporting rationale.

### Rationale

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the gray wolf. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

## Northern Goshawk

Northern goshawks use all forest types within the Ecogroup and select nesting sites that usually have larger trees than surrounding areas and an abundant prey base. An estimated 570,606 hectares (1,410,000 acres) of habitat for this species currently exists within the Ecogroup.

Forest Plan direction will increase the extent of area with large trees, which will benefit this species. Forest Plan direction for snag management will also benefit this species because many of its prey use snags as habitat. This increasing habitat trend should decrease the risk to continued persistence and improve northern goshawk's viability. Management direction will also avoid or mitigate human activities within nesting stands and fledging areas.

### Determination

None of the proposed alternatives would change the effects analysis and range of direct, indirect, and cumulative effects disclosed in the Forest Plan BE. Similarly, none of the alternatives would change current Forest Plan direction for conservation of northern goshawks. The 2003 Forest Plan BE determination for Forest Plan implementation was "May Impact Individuals or Habitat, but is Not Likely to Contribute to a Trend Toward Federal Listing or Cause a Loss of Viability to the Population or Species" for the northern goshawk. The Forest Plan FSEIS would not change this determination and supporting rationale.

### Rationale

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the northern goshawk. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

## Bald Eagle

Bald eagle nesting, perching, roosting, and wintering sites are typically near riparian areas close to large bodies of water because this species relies primarily on fish for food during the

BLM_0049533

spring, summer, and fall. During the winter, the bald eagle feeds on waterfowl and scavenges on dead animals such as deer and elk. Because of this dependence, riparian area loss or modification is an important management consideration. The Forest Plan provides management direction to protect riparian areas. Improved riparian and aquatic resource management direction within Riparian Conservation Areas (RCAs) should maintain or restore fish populations important for bald eagle prey over the short and long term and provide large trees for nesting and roosting. This direction also includes goals to maintain or restore large trees where possible for other resource needs, such as enhancing shade and providing bank stabilization, large woody debris recruitment, and pool habitat. Large trees would also provide nesting, perching, and roosting habitat for bald eagles over the short and long term, in both existing and potential bald eagle territories.

### Determination

None of the proposed alternatives would change the effects analysis and range of effects disclosed in the Forest Plan BA. Similarly, none of the alternatives would change current Forest Plan direction for conservation of bald eagles. The 2003 Forest Plan BA determination for Forest Plan implementation was "May Affect, Likely to Adversely Affect" for the bald eagle. The Forest Plan FSEIS would change the wording of the determination because the bald eagle is now analyzed as a sensitive species, but it would not change the intent of analysis and rationale. The determination is now "May Impact Individuals or Habitat, but is Not Likely to Contribute to a Trend Toward Federal Listing or Cause a Loss of Viability to the Population or Species" for the bald eagle.

### Rationale

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the bald eagle. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

## White-headed Woodpecker

White-headed woodpeckers exist in forest types with a high proportion of large ponderosa pine with low tree densities (potential vegetation groups 1, 2, 3, and 5). Many unharvested areas (mostly unsuited timberlands) often do not benefit the white-headed woodpecker due to high tree densities. These areas likely have higher tree densities due to fire exclusion and little or no past stand treatments.

### Determination

None of the proposed alternatives would change the effects analysis and range of direct, indirect, and cumulative effects disclosed in the Forest Plan BE. Similarly, none of the alternatives would change current Forest Plan direction for conservation of white-headed woodpecker. The 2003 Forest Plan BE determination for Forest Plan implementation was "May Impact Individuals or Habitat, but is Not Likely to Contribute to a Trend Toward Federal Listing or Cause a Loss of Viability to the Population or Species" for the white-headed woodpecker. The Forest Plan FSEIS would not change this determination and supporting rationale.

BLM_0049534

### *Rationale*

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the white-headed woodpecker. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

## Flammulated Owl

Flammulated owls use lower-elevation forested areas that contain large ponderosa pine and Douglas-fir trees of moderate densities, large-diameter aspen, and large snags for nesting.

Flammulated owl habitat will benefit from Forest Plan direction to increase the extent of large ponderosa pine, Douglas-fir, and aspen and reduce tree densities. Restoration and fire use emphases benefit this species because thinning and nonlethal fire-reduced tree densities. Direction for snag management will also benefit this species. Revised management direction for the appropriate numbers and sizes of snags incorporated the needs of species dependent on these habitat attributes. In addition, road decommissioning will benefit the flammulated owl by increasing snag retention and restricting access. This increasing habitat trend should decrease the risk to continued persistence and improve the species' viability. Forest Plan direction includes the appropriate numbers and sizes of snags and down logs.

### *Determination*

None of the proposed alternatives would change the effects analysis and range of direct, indirect, and cumulative effects disclosed in the Forest Plan BE. Similarly, none of the alternatives would change current Forest Plan direction for conservation of flammulated owl. The 2003 Forest Plan BE determination for Forest Plan implementation was "May Impact Individuals or Habitat, but is Not Likely to Contribute to a Trend Toward Federal Listing or Cause a Loss of Viability to the Population or Species" for the flammulated owl. The Forest Plan FSEIS would not change this determination and supporting rationale.

### *Rationale*

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the flammulated owl. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

## Harlequin Duck

Harlequin ducks nest along low-gradient mountain streams in north-central Idaho. No nesting has been documented during surveys for this species on the Forest. Observed birds are believed to be passing through to nesting areas outside the area. The locations where harlequin ducks have been observed are within forested riparian areas. Riparian area protection for RCAs provided by Forest Plan direction will maintain or restore riparian habitat conditions and provide for continued migration to and from nesting areas. Forest Plan direction for habitat protection should decrease the risk to continued persistence and improve viability for this species as it passes through the Forest.

BLM_0049535

### Determination

None of the proposed alternatives would change the effects analysis and range of direct, indirect, and cumulative effects disclosed in the Forest Plan BE. Similarly, none of the alternatives would change current Forest Plan direction for conservation of the harlequin duck. The 2003 Forest Plan BE determination for Forest Plan implementation was "May Impact Individuals or Habitat, but is Not Likely to Contribute to a Trend Toward Federal Listing or Cause a Loss of Viability to the Population or Species" for the harlequin duck. The Forest Plan FSEIS would not change this determination and supporting rationale.

### Rationale

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the harlequin duck. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

## Mountain Quail

These birds use low-elevation dense shrub areas of coniferous forest and shrubby riparian area at the forest/nonforest interface. No estimate of habitat amount is available for the Forest. Population numbers can be reduced by habitat degradation caused by human activities such as urbanization, predation by cats, and livestock overgrazing. The Forest Plan provides for protection of riparian areas from overgrazing and other management-related disturbances.

### Determination

None of the proposed alternatives would change the effects analysis and range of direct, indirect, and cumulative effects disclosed in the Forest Plan BE. Similarly, none of the alternatives would change current Forest Plan direction for conservation of mountain quail. The 2003 Forest Plan BE determination for Forest Plan implementation was "May Impact Individuals or Habitat, but is Not Likely to Contribute to a Trend Toward Federal Listing or Cause a Loss of Viability to the Population or Species" for the mountain quail. The Forest Plan FSEIS would not change this determination and supporting rationale.

### Rationale

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the mountain quail. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

## Boreal Owl

Boreal owls inhabit mid- to higher-elevation forests that are capable of growing large-diameter trees. Snags and down logs are also necessary habitat attributes for denning sites and access to prey.

Large-scale management activities are not anticipated in extensive areas of boreal owl habitat, so succession and fire will cause most of the vegetation and habitat changes.

BLM_0049536

Forest Plan direction includes managing for the appropriate numbers and sizes of snags and down logs, direction that incorporated the needs of species dependent on these habitat attributes. None of the proposed alternatives would change management direction for this species.

### Determination

None of the proposed alternatives would change the effects analysis and range of direct, indirect, and cumulative effects disclosed in the Forest Plan BE. Similarly, none of the alternatives would change current Forest Plan direction for conservation of boreal owl. The 2003 Forest Plan BE determination for Forest Plan implementation was "May Impact Individuals or Habitat, but is Not Likely to Contribute to a Trend Toward Federal Listing or Cause a Loss of Viability to the Population or Species" for the boreal owl. The Forest Plan FSEIS would not change this determination and supporting rationale.

### Rationale

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the boreal owl. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

## Three-toed Woodpecker

Three-toed woodpeckers take advantage of areas with tree mortality. They reside in most of the higher-elevation forests. These birds have evolved with forest systems where disturbances such as insects, disease, and fire create conditions (abundant snags and insects) for nesting and feeding. It is believed that wildfire was historically the disturbance that had the greatest impact on modifying these communities (Agee 1998, 1999). Species abundance cycles in response to these disturbances and should have benefited greatly from the hundreds of thousands of acres that burned during the last 10–20 years. Recent increasing insect activity in many of the lodgepole pine communities should also benefit this species in the near future.

### Determination

None of the proposed alternatives would change the effects analysis and range of direct, indirect, and cumulative effects disclosed in the Forest Plan BE. Similarly, none of the alternatives would change current Forest Plan direction for conservation of the three-toed woodpeckers. The 2003 Forest Plan BE determination for the Forest Plan was "May Impact Individuals or Habitat, but is Not Likely to Contribute to a Trend Toward Federal Listing or Cause a Loss of Viability to the Population or Species" for the three-toed woodpecker. The Forest Plan FSEIS would not change this determination and supporting rationale.

### Rationale

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the three-toed woodpecker. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

BLM_0049537

## Great Gray Owl

The habitat components considered most important for the great gray owl are mature or older open forest habitat to provide suitable nesting sites and suitable foraging habitat. These habitats include nonstocked and seedling forests, meadows, and open riparian habitats adjacent to forested vegetation.

### Determination

None of the proposed alternatives would change the effects analysis and range of direct, indirect, and cumulative effects disclosed in the Forest Plan BE. Similarly, none of the alternatives would change current Forest Plan direction for conservation of great gray owls. The 2003 Forest Plan BE determination for Forest Plan implementation was "May Impact Individuals or Habitat, but is Not Likely to Contribute to a Trend Toward Federal Listing or Cause a Loss of Viability to the Population or Species" for the great gray owl. The Forest Plan FSEIS would not change this determination and supporting rationale.

### Rationale

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the great gray owl. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

## Columbian Sharp-tailed Grouse

In the past, some mountain shrub communities were converted and seeded to nonnative grasses to increase livestock forage. These types of actions no longer occur due to the importance of these habitats to the Columbian sharp-tailed grouse and other species. Another concern has been the recent extensive modification of some of these communities due to wildfire in the five management areas where Columbian sharp-tailed grouse exist. It is believed that wildfire was historically the disturbance that had the greatest impact on modifying these communities (Agee 1998). Once these areas burn, it takes an estimated 20-30 years before Columbian sharp-tailed grouse can use the areas as wintering habitat. Fire is not undesirable in these communities, but the fire's extent and timing can be a concern in localized areas and some management areas where habitat is limited or recently burned.

### Determination

None of the proposed alternatives would change the effects analysis and range of direct, indirect, and cumulative effects disclosed in the Forest Plan BE. Similarly, none of the alternatives would change current Forest Plan direction for conservation of Columbian sharp-tailed grouse. The 2003 Forest Plan BE determination for Forest Plan implementation was "May Impact Individuals or Habitat, but is Not Likely to Contribute to a Trend Toward Federal Listing or Cause a Loss of Viability to the Population or Species" for the Columbian sharp-tailed grouse. The Forest Plan FSEIS would not change this determination and supporting rationale.

### Rationale

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the Columbian sharp-tailed grouse. As this species is listed as

BLM_0049538

sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

## Common Loon

Common loons nest in extreme eastern Idaho in natural lakes. No nesting has been documented for this species on the Forest. The observed birds on some of the natural and man-made lakes are believed to have been passing through to nesting areas outside the Forest. Wintering birds are mostly found on bays and coves along the Pacific Ocean's coast. Common loons and humans (at moderate densities) can coexist on lakes that provide some undisturbed suitable shoreline or islands for nesting. If nesting is documented on the Forest, appropriate direction is in place for sensitive species nesting habitat protection. No activity would influence the common loon's ability to pass through the area to nesting and wintering areas. Riparian area protection provided by Forest-wide direction will maintain or restore riparian habitat conditions. Direction for habitat protection should decrease the risk to continued persistence and improve viability for this species.

### *Determination*

None of the proposed alternatives would change the effects analysis and range of direct, indirect, and cumulative effects disclosed in the Forest Plan BE. Similarly, none of the alternatives would change current Forest Plan direction for conservation of the common loon. The 2003 Forest Plan BE determination for Forest Plan implementation was "May Impact Individuals or Habitat, but is Not Likely to Contribute to a Trend Toward Federal Listing or Cause a Loss of Viability to the Population or Species" for the common loon. The Forest Plan FSEIS would not change this determination and supporting rationale.

### *Rationale*

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the common loon. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

## Peregrine Falcon

Peregrine falcon nesting habitat is typically on cliffs in natural environments. Open stands created through fire or vegetation management would likely increase foraging opportunities for peregrine falcons since they hunt small birds. Management direction is in place to protect nesting birds from disturbance while nesting and raising their young. This management direction will contribute to habitat conditions for the species' viability and persistence.

### *Determination*

None of the proposed alternatives would change the effects analysis and range of direct, indirect, and cumulative effects disclosed in the Forest Plan BA. Similarly, none of the alternatives would change current Forest Plan direction for conservation of peregrine falcons. The 2003 Forest Plan BE determination for Forest Plan implementation was "May Impact Individuals or Habitat, but is Not Likely to Contribute to a Trend Toward Federal Listing or

BLM_0049539

Cause a Loss of Viability to the Population or Species" for the peregrine falcon. The Forest Plan FSEIS would not change this determination and supporting rationale.

### *Rationale*

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the peregrine falcon. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

## Columbia Spotted Frog

Forest Plan direction is expected to maintain the current distribution of Columbia spotted frogs on the Forest, and habitat conditions are expected to improve. The Forest Service will follow legal direction (Executive Order 11190) mandating that wetlands will not be destroyed or negatively affected. Management direction in RCAs/Riparian Habitat Conservation Areas (RHCAs) provides additional protection to Columbia spotted frog habitat. The Columbia spotted frog has been eliminated in some high-elevation lakes because of past fish stocking. The current direction for habitat protection should decrease the risk to continued persistence and improve viability for this species.

### *Determination*

None of the proposed alternatives would change the effects analysis and range of direct, indirect, and cumulative effects disclosed in the Forest Plan BE. Similarly, none of the alternatives would change current Forest Plan direction for Columbia spotted frog conservation. The 2003 Forest Plan BE determination for Forest Plan implementation was "May Impact Individuals or Habitat, but is Not Likely to Contribute to a Trend Toward Federal Listing or Cause a Loss of Viability to the Population or Species" for the Columbia spotted frog. The Forest Plan FSEIS would not change this determination and supporting rationale.

### *Rationale*

None of the proposed alternatives would change the scope of the effects analysis to alter management direction for the Columbia spotted frog. As this species is listed as sensitive, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction in the Forest Plan. The Forest Plan does not describe or mandate site-specific activities or projects.

## Yellow-Billed Cuckoo

No nesting has been documented for this species on the Forest. Available breeding habitat throughout this birds range has been substantially reduced in area and quality by activities that have lowered the water table (e.g., water diversion, ground water pumping) and the replacement of native riparian vegetation with invasive non-native plants, particularly tamarisk. Disturbances imposed by humans, such as vegetation removal, grazing, and flooding, have facilitated the invasion of tamarisk. Because it is a Neotropical migrant, the yellow-billed cuckoo also is considered to be very vulnerable to tropical deforestation on its wintering grounds; however, the relationship between over-wintering habitat and populations has not been studied.

BLM_0049540

If nesting is documented on the Forest, appropriate direction is in place for sensitive species nesting habitat protection. No activity would influence the yellow-billed cuckoo's ability to pass through the area to nesting and wintering areas. Riparian area protection provided by Forest-wide direction will maintain or restore riparian habitat conditions. Direction for habitat protection should decrease the risk to continued persistence and improve viability for this species.

### Determination

None of the proposed alternatives would affect this species or its habitat therefore there is a determination of "No Impact" for all alternatives.

### Rationale

None of the proposed alternatives would affect this species or its habitat. Additional direction is in place for sensitive species in general that should benefit the yellow-billed cuckoo if additional concerns become known in the future. As this species is a Region 4 sensitive species, further habitat assessment will occur with local information for any project proposal that may affect its habitat that is proposed under the direction of the Forest Plan.

## Westslope Cutthroat Trout

None of the proposed alternatives would change the effects analysis and determinations disclosed in the BAs for ongoing actions (Faurot and Burns 2001, 2007a, 2007b; Zurstadt and Burns 2007, 2009; Olson and Burns 2007a, 2007b; Faurot and Nelson 2008). Similarly, none of the alternatives would change current Forest Plan direction for the westslope cutthroat trout.

BLM_0049541

# Literature Cited

**Agee, J. K.** 1998. The landscape ecology of western forest fire regimes, *Northwest Science* 72: 24–34, Special Issue 1998.

**Agee, J. K.** 1999. Disturbance Ecology of North American Boreal Forests and Associated Northern Mixed/Subalpine Forest. In: Ecology and Conservation of Lynx in the United States, USDA Forest Service, RMRS-GTR-30WWW, p. 480.

**Apa, A. D.** 1998. *Habitat Use and Movements of Sympatric Sage and Columbian Sharp-tailed Grouse in Southeastern Idaho,* A Dissertation presented in partial fulfillment of the requirements for the Degree of Doctor of Philosophy with a Major in Forestry, Wildlife, and Range Sciences in the College of Graduate Studies, University of Idaho.

**Belsky, A. Joy, PhD, and Jonathan L. Gelbard**, 2000, *Livestock Grazing and Weed Invasions in the Arid West,* Oregon Natural Desert Association

**Braun, C. E., J. H. Enderson, Y. B. Linhart, C. D. Marti, and M. R. Fuller.** 1996. Northern Goshawk and forest management in the southwestern United States, The Wildlife Society and American Ornithologists' Union, *The Wildlife Society*, Technical Review 96-2.

**Bull, E L., S. R. Peterson, and J. W. Thomas.** 1986. *Resource Partitioning Among Woodpeckers in Northeastern Oregon*, USDA Forest Service, Pacific Northwest Research Station, Research Note PNW-444, June 1986.

**Bull, E. L., C. G. Parks, and T. R. Torgersen.** 1997. *Field Guide for the Identification of Snags and Logs in the Interior Columbia River Basin,* USDA Forest Service, Pacific Northwest Research Station, General Technical Report, PNW-GTR-390, March 1997.

**Copeland, Jeffrey P. and Charles E. Harris** 1994. Wolverine Ecology and Habitat Use in Central Idaho, Idaho Department of Fish and Game, Boise, Idaho

**Eaton, S. W.** 1988. Yellow–billed Cuckoo. Pages 198–199 in *The atlas of breeding birds in New York State* (R. F. Andrle and J. R. Carroll, eds.). Cornell University Press, Ithaca, NY.

**Frederick, G. P., and T. L. Moore.** 1991. *Distribution and Habitat of White-Headed Woodpecker (Picoides Albolarvatus) in West Central Idaho*, Conservation Data Center, Nongame and Endangered Wildlife Program, Bureau of Wildlife. Boise, ID: Idaho Department of Fish and Game.

**Foresman, K. R., and D. E. Pearson.** 1999. Activity patterns of American Martens, *Martes americana*, Snowshoe Hares, *Lepus americanus,* and Red Squirrels, *Tamiasciurus hudsonicus,* in westcentral Montana, *Canadian Field-Naturalist,* 113(3):386–389.

BLM_0049542

**Frederick, G. P., and T. L. Moore.** 1991. *Distribution and Habitat of White-Headed Woodpecker (Picoides Albolarvatus) in West Central Idaho,* Conservation Data Center, Nongame and Endangered Wildlife Program, Bureau of Wildlife. Boise, Idaho: Idaho Department of Fish and Game.

**Geier-Hayes, K.** 1995. *The Impact of Post-Fire Seeded Grasses on Native Vegetative Communities in Central Idaho,* Coeur d'Alene, Idaho: Proceedings: Fire Effects on Rare and Endangered Species and Habitats Conference, November 13-16, 1995.

**Graham, R.T. and Theresa B. Jain,** 1998, *Silviculture's Role in Managing Boreal Forests,* USDA, Forest Service, Rocky Mountain Research Station

**Graham, Russell T., Alan E. Harvey, Theresa B. Jain, and Jonalea R. Tonn,** 1999, *The Effects of Thinning and Similar Stand Treatments on Fire Behavior in Western Forests,* USDA Forest Service, Pacific Northwest Research Station, USDI Bureau of Land Management, General Technical Report PNW-GTR-463

**Groves, C.R., B. Butterfield, A. Lippincott, B. Csuti, and J. Michael Scott.** 1997. *Atlas of Idaho's Wildlife, Integrating Gap Analysis and Natural Heritage Information.* Boise, ID: Idaho Department of Fish and Game, Idaho Conservation Data Center.

**Gruell, G. E.** 1983. *Indian Fires in the Interior West: A Widespread Influence,* a paper presented at the Wilderness Fire Symposium, Missoula, MT, November 15-18, 1983.

**Hughes, J. M.** 1999. Yellow–billed Cuckoo (*Coccyzus americanus*). *In* The Birds of North America, No. 418 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA. 28 p.

**ICBEMP 1997a (**See **USDA Forest Service, and USDI Bureau of Land Management.)** 1997. *Upper Interior Columbia River Basin Draft Environmental Impact Statement,* 2:Appendices.

**ICBEMP 1997b (**See **USDA Forest Service, and USDI Bureau of Land Management.)** 1997, *Upper Columbia River Basin Draft Environmental Impact Statement,* Vol. 2 – Appendices

**Idaho Conservation Data Center,** 2005, Element Occurences, Idaho Department of Fish & Game, Boise, Idaho

**Idaho Conservation Data Center.** 2009. *Element Occurrence Data Base.* Boise, ID: Idaho Department of Fish and Game. www.2state.id.us/fishgame/info/cdc/cdc

**Idaho Department of Fish and Game (IDFG).** 2008. Northern Idaho Ground Squirrel Population Monitoring Progress Report for the 2008.

**Idaho Partners in Flight.** 2000. Idaho Bird Conservation Plan, Version 1.0.

**Idaho State Conservation Effort.** 1995. Conservation Strategy for Fisher and Marten in Idaho, March 1995.

BLM_0049543

**Knick, Steven T. and John T. Rotenberry,** 1997, Landscape characteristics of disturbed shrubsteppe habitats in southwestern Idaho (U.S.A.), Landscape Ecology, Vol. 12, pp. 287-297

**Laymon, S. A., and M. D. Halterman.** 1989. Pages 272–277 *in* A proposed habitat management plan for Yellow–billed Cuckoos in California. Gen. Tech. Rep. PSW–GTR–110. Albany, CA: Pacific Southwest Research Station, Forest Service, U.S. Department of Agriculture.

**Laymon, S. A., P. L. Williams, and M. D. Halterman**. 1993. *Breeding status of the yellow–billed cuckoo in the South Fork Kern River Valley, Kern County, California*: summer 1992. Unpublished report prepared for U.S.D.A. Forest Service, Sequoia National Forest, CA. 36 p.

**Morgan, P., and R. Parsons.** 2001. *Historical Range of Variability of Forests of the Idaho Southern Batholith Ecysystem, Revised Final Report.* Moscow. ID: Department of Forest Resources, University of Idaho and Missoula, MT: Fire Sciences Laboratory, Rocky Mountain Research Station.

**Quigley, T.M. and S. J. Arbelbide, Tech. Eds.** 1997. *An Assessment of Ecosystem Components in the Interior Columbia Basin and Portions of the Klamath and Great Basins, Vol. II.* Portland, OR: General Technical Report PNW-GTR-405, USDA Forest Service, Pacific Northwest Research Station.

**Pellant, M**. 1989. The cheatgrass–wildfire cycle – *Are there any solutions*? Paper from the symposium on cheatgrass invasion, shrub die–off, and other aspects of shrub biology and management. Las Vegas, NV. April 5–7.

**Reynolds, R. T., R. T. Graham, M. H. Reiser, R. L. Bassett, P. L. Kennedy, D. A. Boyce, Jr., G. Goodwin, R. Smith, and E. L. Fisher.** 1992. *Management Recommendations for the Northern Goshawk in the Southwestern United States*. Fort Collins, CCO: USDA Forest Service, Rocky Mountain Forest and Range Experiment Station, GTR-RM-217.

**Sallabanks, Rex PhD.** 1996. Bird Habitat Relationships in Forests of the Idaho Southern Batholith Landscape, Sustainable Ecosystems Institute, Meridian, Idaho

**Sloan, J. P.** 1998. Historical Density and Stand Structure of an Old-Growth Forest in the Boise Basin of Central Idaho. Boise, ID: USDA, Forest Service, Intermountain Research Station.

**Spahr, Robin, Lori Armstrong, Duane Atwood, and Mike Rath.** 1991. Threatened, Endangered, and Sensitive Species of the Intermountain Region, USDA Forest Service, Intermountain Region, Ogden, Utah

**Taylor, D. M. 2000**. The status of the yellow–billed cuckoo in Idaho. Western Birds 31:252–254.

**USDA Forest Service.** 1991. *Threatened, Endangered, and Sensitive Species of the Intermountain Region.* Ogden, UT: USDA Forest Service, Intermountain Region.

BLM_0049544

**USDA Forest Service**. 2003a. Payette National Forest land and resource management plan. Odgen, UT: USDA Forest Service, Intermountain Region.

**USDA Forest Service**. 2003b. Payette National Forest land and resource management plans final environmental impact statement. Ogden, UT: USDA Forest Service, Intermountain Region.

**USDA Forest Service.** 2010. Southwest Idaho Ecogroup land and resource management plan final supplemental environmental impact statement. Ogden, UT: USDA Forest Service, Intermountain Region.

**USDA Forest Service and U. S. Department of Interior Fish & Wildlife Service (USDA Forest Service and USDI FWS).** 1996. Conservation Agreement, *Spermophilus brunneus brunneus*–Northern Idaho Ground Squirrel.

**U.S. Departmeut of the Interior, Fish and Wildlife Service (USDI FWS).** 1984. American Peregrine Falcon Recovery Plan, Rocky Mountain Southwest Populations.

**U.S. Department of the Interior, Fish and Wildlife Service (USDI FWS).** 1994. The Reintroduction of Gray Wolves to Yellowstone National Park and Central Idaho, Final Environmental Impact Statement, 1994.

**U.S. Department of the Interior, Fish and Wildlife Service (USDI FWS).** 2000a, *Rocky Mountain Wolf Recovery,* 1999 Annual Report, Mountain-Prairie Region.

**U.S. Department of the Interior, Fish and Wildlife Service (USDI FWS).** 2000b, Biological Opinion on the Effects of National Forest Land and Resource Management Plans and Bureau of Land Management Land Use Plans on Canada Lynx. Missoula, MT: USDI FWS.

**U.S. Department of the Interior, Fish and Wildlife Service (USDI FWS.)** 2001. 12-month finding for a petition to list the Yellow–billed Cuckoo (*Coccyzus americanus*) in the western continental United States. Federal Register 66(143):38611–38626.

**U.S. Department of the Interior, Fish and Wildlife Service (USDI FWS).** 2002. *Rocky Mountain Wolf Recovery,* 2001 Annual Report, Mountain-Prairie Region.

**U.S. Department of the Interior, Fish and Wildlife Service (USDI FWS).** 2003. *Recovery Plan for the Northern Idaho Ground Squirrel (spermophilus brunneus brunneus.* Portland, OR: Region 1.

**Wirsing, A. J., T. D. Steury, and D. L. Murray.** 2002. A demographic analysis of a southern snowshoe hare population in a fragmented habitat: evaluating the refugium model, *Canadian Journal of Zoology* 80:169–177.

BLM_0049545

**Wisdom, M.J., R. S. Holthausen, B. C. Wales, C. D. Hargis, V. A. Saab, D. C. Lee, W. J. Hann, T. D. Rich, M. M. Rowland, W. J. Murphy, and M. R. Eames.** 2000. *Source Habitats for Terrestrial Vertebrates of Focus in the Interior Columbia Basin: Broad-Scale Trends and Management Implications, Volumes 1, 2, and 3,* USDA Forest Service, Pacific Northwest Research Station, and USDI Bureau of Land Management, General Technical Report PNW-GTR-485.

**Yensen, Eric.** 1991. Taxonomy and Distribution of the Idaho Ground Squirrel, <u>*Spermophilus Brunneus*</u>, *Journal of Mammalogy*, 72(3):583–600.

## PREVIOUS FISHERIES BIOLOGICAL ASSESSMENTS

**FAUROT, M. and D.C. Burns.** 2007a. Biological Assessment for the Potential Effects of Managing the Payette National Forest in the South Fork Salmon River watersheds on Snake River spring/summer chinook salmon, Snake River steelhead, and Columbia River bull trout and Biological Evaluation for westslope cutthroat trout. Volume 28: On-going and New Actions. McCall, ID: U.S. Forest Service, Payette National Forest.

**FAUROT, M. and D.C. Burns.** 2007b. Biological Assessment for the Potential Effects of Managing the Payette National Forest in the Mainstem Salmon River SW watersheds on Snake River spring/summer and fall chinook salmon, Snake River steelhead, and Columbia River bull trout and Biological Evaluation for westslope cutthroat trout. Volume 19: On-going and New Actions. McCall, ID: U.S. Forest Service, Payette National Forest.

**FAUROT, M. and D.C. Burns.** 2001. Biological Assessment for the Potential Effects of Managing the Payette National Forest in the North Fork Payette River watersheds on Columbia River bull trout and Biological Evaluation for westslope cutthroat trout. Volume 2: On-going and New Actions. McCall, ID: U.S. Forest Service, Payette National Forest.

**FAUROT, M. and R.L. Nelson.** 2008. Marshall Mountain and Bear Pete Allotments Amendment to the Biological Assessment for the Potential Effects of Managing the Payette National Forest in the South Fork Salmon River watersheds on Snake River spring/summer salmon, Snake River steelhead, and Columbia River bull trout and Biological Evaluation for westslope cutthroat trout. Volume 28a: On-going and New Actions. McCall, ID: U.S. Forest Service, Payette National Forest.

**OLSON, D. and D.C. Burns.** 2007a. Biological Assessment for the Potential Effects of Managing the Payette National Forest in the Little Salmon River watersheds on Snake River spring/summer and fall chinook salmon, Snake River steelhead, and Columbia River bull trout and Biological Evaluation for westslope cutthroat trout. Volume 21: On-going and New Actions. McCall, ID: U.S. Forest Service, Payette National Forest.

BLM_0049546

OLSON, D. and D.C. Burns. 2007b. Biological Assessment for the Potential Effects of Managing the Payette National Forest in the Deep Creek watershed on Snake River spring/summer and fall chinook salmon, Snake River steelhead, and Columbia River bull trout and Biological Evaluation for westslope cutthroat trout. Volume 5: On-going and New Actions. McCall, ID: U.S. Forest Service, Payette National Forest.

ZURSTADT, C. and D.C. Burns. 2009. Biological Assessment for the Potential Effects of Managing the Payette National Forest in the Brownlee Reservoir watershed on Columbia River bull trout and Biological Evaluation for westslope cutthroat trout. Volume 7: On-going and New Actions. McCall, ID: U.S. Forest Service, Payette National Forest.

Zurstadt, C. and D.C. Burns. 2007. Biological Assessment for the Potential Effects of Managing the Payette National Forest in the Weiser River watershed on Columbia River bull trout and Biological Evaluation for westslope cutthroat trout. Volume 9: On-going and New Actions. McCall, ID: U.S. Forest Service, Payette National Forest.

BLM_0049547

# Appendix L

# Modeling and Analysis Technical Report

BLM_0049548

BLM_0049549

# Table of Contents

List of Tables ........................................................................................................... i

List of Figures ......................................................................................................... ii

List of Equations .................................................................................................... iii

1.0 Introduction ........................................................................................................1

2.0 Source Habitat Model ........................................................................................2

3.0 Risk of Contact Model .......................................................................................9

   3.1   Risk of Contact Model .................................................................................9

      3.1.1  Bighorn Sheep Core Herd Home Range Analysis .................................9

      3.1.2  Foray Analysis ......................................................................................27

      3.1.3  Probability of Contact with another Bighorn Herd ..............................35

4.0 Disease Model ...................................................................................................37

   4.1   Model Organization ....................................................................................37

      4.1.1  Probability of Effective Contact and Subsequent Herd-level Die-off Given Co-habitation of Bighorn Sheep and Domestic Sheep in an Allotment .............................................................................................39

      4.1.2  Population Growth in a Healthy Herd: Density Dependence and the Logistic Growth Model .......................................................................40

      4.1.3  Model Implementation .........................................................................46

5.0 References ..........................................................................................................48

# LIST OF TABLES

Table L-1. Hells Canyon Initiative bighorn sheep habitat model ............................ 3

Table L-2. Summer habitat model .......................................................................... 5

Table L-3. Winter habitat model............................................................................ 6

Table L-4. LANDFIRE cover types........................................................................ 7

Table L-5. Summary of telemetry observations made outside of the core herd home ranges 29

Table L-6. Population estimates and interim herd levels (IHLs) for 15 Herds and 1 area of concern from survey data collected by the Idaho Department of Fish and Game (IDFG), Oregon Department of Fish and Game (ODFG), Washington Department of Fish and Wildlife (WDFW), and Salmon River Bighorn Sheep Project (SRBSP) .............................. 43

BLM_0049550

# LIST OF FIGURES

Figure L-1. Asotin core herd home range ................................................................ 11

Figure L-2. Big Canyon core herd home ranges .................................................... 12

Figure L-3. Black Butte core herd home range ..................................................... 13

Figure L-4. Imnaha core herd home range ............................................................. 14

Figure L-5. Lostine core herd home range ............................................................. 15

Figure L-6. Upper Hells Canyon core herd home range ....................................... 16

Figure L-7. Mountain View core herd home range ............................................... 17

Figure L-8. Muir Creek core herd home range ...................................................... 18

Figure L-9. Myers Creek core herd home range .................................................... 19

Figure L-10. Redbird core herd home range .......................................................... 20

Figure L-11. Sheep Mountain core herd home range ............................................ 21

Figure L-12. Wenaha core herd home range .......................................................... 22

Figure L-13. Main Salmon/South Fork core herd home range .............................. 23

Figure L-14. Big Creek core herd home range ...................................................... 24

Figure L-15. Upper Main Salmon core herd home range ...................................... 25

Figures L-16a and L-16b. Maximum distances of ram and ewe summer forays beyond the core herd home range ................................................................................................. 30

Figures L-17a and L-17b. Proportion of ram and ewe summer forays that reach each ring .. 31

Figure L-18. Observed herd-level preferences for connectivity area and non-habitat, relative to source habitat. ........................................................................................................ 33

Figure L-19. Map foray probability for the Main Salmon/South Fork Herd .......................... 35

Figure L-20. Disease transmission and recovery sub-model ................................. 38

Figure L-21. Population dynamics sub-model ....................................................... 38

Figure L-22. Little Salmon Area of Concern ........................................................ 42

Figure L-23. Four Examples of the Outputs Possible from the Disease Model for a Single Management Scenario .......................................................................................................... 47

BLM_0049551

# LIST OF EQUATIONS

Equation L-1. Calculation for band width of the kernels (href) .............................................. 26

Equation L-2. Propability of a bighorn sheep interescting each of the 1-kilometer annuli located between 1 and 35 kilometers from the core herd home range.................................... 28

Equation L-3. Relative preference for connectivity areas and non-habitat relative to the preference for source habitat.................................................................................................... 32

Equation L-4. Probability that a bighorn sheep that reaches a ring will intersect an allotment in that ring. ........................................................................................................................... 33

Equation L-5. Probability of a bighorn sheep on a foray intersecting an allotment ............... 34

Equation L-6. Probability that a bighorn sheep on a foray will lead to an outbreak of disease in its herd............................................................................................................................... 39

Equation L-7. The annual probability that a herd will experience an outbreak due to contact with and allotment............................................................................................................... 40

Equation L-8. Logistic growth model for the rate of population increase in a healthy herd .. 40

BLM_0049552

BLM_0049553

Consistent with 36 CFR §219.20(a), this section will be added to Appendix F of the 2003 Payette National Forest Land and Resource Management Plan.

# 1.0 INTRODUCTION

In response to a *Payette National Forest Land and Resource Management Plan* (Forest Plan) (USDA Forest Service 2003a) appeal remand by the Washington Office of the U.S. Forest Service in 2005, the Payette National Forest completed a Draft Supplemental Environmental Impact Statement (DSEIS).

In 2003, the Payette National Forest completed the *Southwest Idaho Ecogroup Land and Resource Management Plans Final Environmental Impact Statement* (FEIS) (USDA Forest Service 2003b) to implement the Forest Plan. The Intermountain Region Forester received five appeals of the decision to implement Alternative 7 as described in the Record of Decision, with appellants contending that the Regional Forester violated the National Forest Management Act and the Hells Canyon National Recreation Area Act on the Payette National Forest by allowing grazing of domestic sheep within or near the range of bighorn sheep (*Ovis canadensis*), thus threatening the viability of bighorn sheep through disease transmission.

On March 9, 2005, the Chief of the Forest Service concurred that the effects analyses and discussion of cumulative effects pertaining to bighorn sheep presented in the FEIS did not adequately address viability and reversed the Intermountain Regional Forester's 2003 decision to approve revised management direction for the Hells Canyon Management Area as it pertains to bighorn sheep and its habitat. The Regional Forester was instructed analyze bighorn sheep viability in the Payette National Forest commensurate with the concerns and questions discussed in the appeal review and amend the Forest Plan accordingly to ensure bighorn sheep viability. The analysis was to be thorough enough to determine compliance with applicable law and regulation, specifically the Hells Canyon National Recreation Area Act.

In April 2007, the Payette National Forest convened an Interdisciplinary Team (IDT) to develop a supplemental environmental impact statement to the 2003 FEIS and to supplement the Forest Plan. In August 2007, the Payette National Forest received requests from the State of Idaho, State of Oregon, State of Washington, Nez Perce Tribe, Shoshone-Bannock Tribe, Shoshone-Paiute Tribe, and Confederated Tribes of the Umatilla Indian Reservation to be involved in the DSEIS process. The process was revised to include their cooperators, and the DSEIS was published in 2008 (USDA Forest Service 2008).

Since the DSEIS was published, the Payette National Forest has developed a new method for analyzing the effects of the alternatives. Some of those differences between the analysis used for the DSEIS and the Final SEIS (FSEIS) are the result of improvements and/or adjustments to the techniques used in the DSEIS or better and more appropriate uses of models, while others are completely new methods or models developed specifically for the FSEIS. These improvements were based on field reviews conducted by the IDT, monitoring of bighorn sheep populations, discussions with scientists, and feedback on the DSEIS.

BLM_0049554

These changes are as follows:

1. An improved source habitat model and an accurate spatial depiction of bighorn sheep
2. A more useful population model of individual bighorn sheep in the Hells Canyon and Salmon River Mountain areas
3. A scientifically relevant analysis of telemetry points and temporal variability information
4. A new quantitative risk analysis model that utilizes the bighorn sheep database to determine the contact risk between bighorn sheep and domestic sheep (this new quantitative model replaces the DSEIS risk model)
5. A disease model to assist with cumulative effects analyses and determine bighorn sheep population persistence
6. An improved economic analysis explaining the benefits that a bighorn sheep population on the Payette National Forest has on the affected communities

This document details each of the models used in the analysis for the FSEIS.

# 2.0 SOURCE HABITAT MODEL

The source habitat model for bighorn sheep used in the FSEIS was originally designed by the Hells Canyon Initiative (HCI) (Table L-1). The HCI is managed by the Hells Canyon Bighorn Sheep Restoration Committee, a State, Federal, and private partnership to restore Rocky Mountain bighorn sheep in the Hells Canyon of Oregon, Idaho, and Washington. Source habitat is defined as those characteristics of macrovegetation that contribute to stationary or positive population growth, which is distinguished from habitats associated with species occurrence since such habitats may or may not contribute to long-term population persistence (Wisdom et al. 2000). The original suitable habitat model was primarily a two-component model that consisted of escape terrain and horizontal visibility. The water sources component was not used in the Payette National Forest version of this model because the criteria used in the HCI model (>3.2 kilometers [km] from a water source) encompassed every portion of the Payette National Forest. The Payette National Forest model also did not include the lambing range.

BLM_0049555

**Table L-1. Hells Canyon Initiative bighorn sheep habitat model**

| Habitat Component | Criteria | Source |
|---|---|---|
| **Escape terrain** | | |
| Slope | 31° ≤slope ≤85° | Gudorf et al. 1996; Smith et al. 1991 |
| Buffer | 300 meters (m) or land areas ≤1,000 m wide bounded on ≥2 sides by escape terrain (500 m) | Smith et al. 1991; Gudorf and Sweanor 1996 |
| Minimum area | 1.6 hectares (ha) | Gudorf and Sweanor 1996 |
| **Horizontal visibility** | Grassland, rock, open shrub, or forest cover <40%, from satellite imagery | Schirokauer 1996 |
| **Water sources** | ≤3.2 km | Smith et al. 1991; Gudorf and Sweanor 1996 |
| **Summer range** | Suitable habitat within 300 m of escape terrain | Smith et al. 1991; Gudorf and Sweanor 1996; Schirokauer 1996 |
| **Winter range** | Suitable habitat all aspects below 1,463 m; aspect 135°–225°above 1,463 m | Smith et al. 1991; Gudorf and Sweanor 1996; Coggins pers. comm. |
| **Lambing range** | Escape terrain 45°–315° ≤1 km from water ≥2contiguous ha | Gudorf and Sweanor 1996 |

*Source*: Hells Canyon Bighorn Sheep Restoration Committee (1997)

The source habitat model used for the DSEIS needed several modifications for the FSEIS. First, the geographic range of the model only covered the Hells Canyon and not the entire Payette National Forest. The second issue concerned the vegetation layer used in the horizontal visibility component of the original model. The HCI model utilized vegetation supervised classification of Thematic Mapper satellite imagery, which was too broad and contained no canopy cover information, resulting in an insufficient level of detail for the vegetation data. To solve the problems of scale and detail, Payette National Forest modelers used a different vegetation dataset for horizontal visibility and included low canopy cover forested cover types. Using forested types is supported by the HCI's cited literature but was not used by the HCI because of limitations of the supervised classification of TM satellite imagery.

The escape terrain component was found to overmap in areas that met the steepness criterion but lacked the ruggedness to make the area source habitat. To correct this problem, Payette National Forest modelers used a ruggedness ArcGIS script (Sappington et al. 2007) to create a ruggedness surface that was then overlaid with the telemetry and observation data. From this overlay, modelers created a histogram of ruggedness to determine the ruggedness cutoff point for source habitat, which was 310 or less out of a range of 0 to 3455. Adding this new criterion changed the overall amount of mapped source habitat by 2% and reduced the correlation between the source habitat and telemetry data from 92% to 90%.

The winter version of the source habitat model was also modified for the FSEIS. The original HCI model and the version used in the DSEIS restricted the habitat to southern aspects above 4,800 feet or 1,463 m, which grossly overmapped the amount of winter source habitat. However, field reviewers found that most of the areas above 1,463 m are covered by snow and therefore not suitable habitat. To overcome this problem, Payette National Forest modelers used persistent snow data (Copeland et al. 2010) and removed from winter source habitat areas above 1,463 m that were snow covered 2 or more years out of the last 7. This change in mapping dropped the

BLM_0049556

amount of mapped winter source habitat by 18%; however, it only dropped the correlation between winter source habitat and winter telemetry points from 82% to 80%.

The horizontal visibility component used the vegetation dataset from the LANDFIRE project (The National Map LANDFIRE 2006), an interagency effort to map vegetation and fuels data in a consistent fashion and at a scale useful at an incident level nationally. The nonforest vegetation cover types from the HCI model were crosswalked into the LANDFIRE nonforested cover types by Payette National Forest staff. Documentation created by the HCI stated that forested cover types of less than 40% canopy cover can be used in the model; however, they were not used in the actual model because canopy cover was not included in the original supervised classification of TM satellite imagery. Forested cover types for canopy cover ≤30% were added to the FSEIS model using LANDFIRE. The ≤30% canopy cover for forest cover type was chosen based on review by Payette National Forest staff using the 2004 National Agricultural Imagery Program (NAIP) 1-m full-color photographs. The LANDFIRE data at ≤40% canopy cover in forested types tended to map canopy covers that appeared denser than 40% cover, particularly on the east zone of the Payette National Forest. This discrepancy would have overestimated the amount of source habitat available to bighorn sheep on the eastern portion of the Payette National Forest and may have contributed to some undermapping of source habitat on the western side where the canopy covers better matched photograph images. However, underestimating the habitat in the western side of the Payette National Forest appeared to be less of an error compared to the amount that would have been overmapped in the east. This choice of using a ≤30% canopy cover was also confirmed during a season of field reviews of the habitat data.

Modelers also decided to filter the habitat model to a minimum mapping size of 2.0 hectares. The original HCI model only filtered the escape terrain component to approximately 1.6 hectares. The overall 2.0 hectare minimum mapping area filter was a more appropriate filter because of the nature of the LANDFIRE vegetation data. The final product and the forest cover type/canopy cover choices were verified with NAIP photography and on-the-ground field reviews at several locations throughout a field season.

The source habitat model used for the FSEIS was compared with over 54,000 telemetry and observation points, mainly from Hells Canyon and the Salmon River canyon; 90% of all known bighorn sheep telemetry points fell within the modeled summer source habitat and 80% fell within the winter source habitat. A final review of all source habitat model components and outcomes was completed by the IDT and accepted as adequate to fulfill the needs of this analysis. In one area, the output of the source habitat model was manually edited. In the Lost Valley area, the model was determined to be overmapping the presence of source habitat, leading to an overestimate in the risk of contact analysis. This manual change was also accepted by the IDT. Detailed information on each input and function for bighorn sheep summer source habitat in the Hells Canyon and the Payette National Forest is found in Table L-2. Table L-3 shows winter source habitat for bighorn sheep in Hells Canyon and the Payette National Forest. Table L-4 describes the LANDFIRE cover types.

BLM_0049557

**Table L-2. Summer habitat model**

| Name | Explanation[a] |
|------|----------------|
| CON selection of nonforest cover types | This command creates the nonforested input for the horizontal visibility portion of the Bighorn Sheep Summer Source Habitat model. The input data is Existing Vegetation Type downloaded from LANDFIRE on May 2, 2007. The map algebra command is "con (F:\Bighorn\Landfire\33677953\33677953 in {12, 31, 2001, 2006, 2079, 2080, 2081, 2106, 2123, 2124, 2125, 2126, 2127, 2134, 2135, 2139, 2140, 2142, 2143, 2144, 2145, 2153, 2169, 2181, 2182, 2183, 2220, 2062, 2065, 2144, 2070, 2017, 2115, 2165},1)". |
| CON selection of forest cover types and canopy covers | This command creates the forested input for the horizontal visibility portion of the Bighorn Sheep Summer Source Habitat model. The input data are Existing Vegetation Type and Existing Vegetation Cover downloaded from LANDFIRE on May 2, 2007. The map algebra command is "con ((F:\Bighorn\Landfire\33677953\33677953 in {2008, 2009, 2011, 2012, 2016, 2018, 2019, 2020, 2035, 2036, 2037, 2038, 2039, 2041, 2042, 2045, 2046, 2047, 2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056, 2057, 2060, 2061, 2063, 2154, 2156, 2157, 2158, 2161, 2166, 2167, 2173, 2174, 2178, 2200, 2203, 2205, 2206, 2208, 2227, 2228, 2232} and F:\Bighorn\Landfire\30745420\30745420 in {101, 102}, 1)". The canopy covers from LANDFIRE are as follows: 101, Tree Cover ≥10 and <20%; 102, Tree Cover ≥20 and <30%. |
| MERGE of forested and nonforest selections | This command merges the forested and nonforest components of the horizontal visibility component of the Bighorn Sheep Summer Source Habitat model. The map algebra for this command is "merge (nonforest, forest)". |
| Project Raster from Albers to Universal Transverse Mercator (UTM) | This command changes the projection of the combined forested and nonforest vegetation components. The LANDFIRE projection was Albers NAD83, which was projected to the local projection of UTM Zone 11 NAD83. |
| Region Group for minimum mapping size | This Region Group command is the first step in filtering for a minimum mapping unit. This command takes the input and groups the cells based on if they touch and then gives all the touching cells the total count for that group. |
| CON selection of minimum mapping size of 5 acres | This command selects from the grouped input groups of cell 5 acres or larger. The map algebra for this command is "con (F:\Bighorn\Landfire\hor_vis_rg.count ≥23,1)". |
| "Slope ≥31 and ≤85 degrees" CON | This CON function selects slopes from the slope grid derived from the National Elevation Dataset elevation grid. The slopes selected are equal to or greater than 31° and less than or equal to 85° and roughness index of ≤310. This selection is as follows "C:\Projects\BHS_Final\Data\Elevations\deg_slp ≥31 AND C:\Projects\BHS_Final\Data\Elevations\deg_slp ≤85" and C:\Projects\BHS_Final\Data\Elevations\ruf_10000 ≤310. |
| Region Group | This command takes the input and groups the cells based on if they touch and then gives all the touching cells the total count for that group. |
| CON & ZONALAREA (Single Output Map Algebra) | This command selects from the grouped input groups of cell 16000 or larger. The map algebra for this command is "con (zonalarea (slpgp) ≥16000, 1)". |
| CON & EUCDISTANCE LE 300 (Single Output Map Algebra) | This CON function calculates the straight line distance from the input then selects all cells ≤300 m. The map algebra for this command is "con (eucdistance (escslp) ≤300, 1)". |
| CON & EUCDISTANCE GT 500 (Single Output Map Algebra) | This CON function calculates the straight line distance from the input then selects all cells greater than 500 m. The map algebra for this command is "con (eucdistance (escslp) > 500, 1)". |
| CON & EUCDISTANCE GE 500 (Single Output Map Algebra) | This CON function calculates the straight line distance from the input then selects all cells ≥500 m. The map algebra for this command is "con (eucdistance (gt500) ≥500, 1)". |
| CON & ISNULL (Single Output Map Algebra) | This CON function erases the "buff300" from "wi500" to create the final output for the escape terrain component. The map algebra for this function is "con (isnull (buff300), con (wi500 == 1, 1), 1)". |
| CON combines the two model components | This CON command combines the two model components so that on the cell and overlap from the two inputs appear in the final output. |

[a] See Table L-4 for descriptions of the LANDFIRE cover types

BLM_0049558

**Table L-3. Winter habitat model**

| Name | Explanation[a] |
|---|---|
| CON selection of nonforest cover types | This command creates the nonforested input for the horizontal visibility portion of the Bighorn Sheep Winter Source Habitat model. The input data is Existing Vegetation Type downloaded from LANDFIRE on May 2, 2007. The map algebra command is "con (F:\Bighorn\Landfire\33677953\33677953 in {12, 31, 2001, 2006, 2079, 2080, 2081, 2106, 2123, 2124, 2125, 2126, 2127, 2134, 2135, 2139, 2140, 2142, 2143, 2144, 2145, 2153, 2169, 2181, 2182, 2183, 2220, 2062, 2065, 2144, 2070, 2017, 2115, 2165},1)". |
| CON selection of forest cover types and canopy covers | This command creates the forested input for the horizontal visibility portion of the Bighorn Sheep Winter Source Habitat model. The input data are Existing Vegetation Type and Existing Vegetation Cover downloaded from LANDFIRE on May 2, 2007. The map algebra command is "con ((F:\Bighorn\Landfire\33677953\33677953 in {2008, 2009, 2011, 2012, 2016, 2018, 2019, 2020, 2035, 2036, 2037, 2038, 2039, 2041, 2042, 2045, 2046, 2047, 2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056, 2057, 2060, 2061, 2063, 2154, 2156, 2157, 2158, 2161, 2166, 2167, 2173, 2174, 2178, 2200, 2203, 2205, 2206, 2208, 2227, 2228, 2232} and F:\Bighorn\Landfire\30745420\30745420 in {101, 102}), 1)". The canopy covers from LANDFIRE are as follows: 101, Tree Cover ≥10 and <20%; 102, Tree Cover ≥20 and <30%. |
| MERGE of forested and nonforest selections | This command merges the forested and nonforest components of the horizontal visibility component of the Bighorn Sheep Winter Source Habitat model. The map algebra for this command is "merge (nonforest, forest)". |
| Project Raster from Albers to Universal Transverse Mercator (UTM) | This command changes the projection of the combined forested and nonforested vegetation components. The LANDFIRE projection was Albers NAD83, which was projected to the local projection of UTM Zone 11 NAD83. |
| Region Group for minimum mapping size | This Region Group command is the first step in filtering for a minimum mapping unit. This command takes the input and groups the cells based on if they touch and then gives all the touching cells the total count for that group. |
| CON selection of minimum mapping size of 5 acres | This command selects from the grouped input groups of cell 5 acres or larger. The map algebra for this command is "con (F:\Bighorn\Landfire\hor_vis_rg.count ≥23,1)". |
| "Slope ≥31 and ≤85 degrees" CON | This CON function selects slopes from the slope grid derived from the National Elevation Dataset elevation grid. The slopes selected are equal to or greater than 31° and ≤85° and roughness index of ≤310. This selection is as follows "C:\Projects\BHS_Final\Data\Elevations\deg_slp ≥31 AND C:\Projects\BHS_Final\Data\Elevations\deg_slp ≤85" and C:\Projects\BHS_Final\Data\Elevations\ruf_10000 ≤310. |
| Region Group | This command takes the input and groups the cells based on if they touch and then gives all the touching cells the total count for that group. |
| CON & ZONALAREA (Single Output Map Algebra) | This command selects from the grouped input groups of cell 16000 or larger. The map algebra for this command is "con ( zonalarea (slpgp) ≥16000, 1 )". |
| CON & EUCDISTANCE LE 300 (Single Output Map Algebra) | This CON function calculates the straight line distance from the input then selects all cells ≤300 m. The map algebra for this command is "con (eucdistance (escslp) ≤300, 1)". |
| CON & EUCDISTANCE GT 500 (Single Output Map Algebra) | This CON function calculates the straight line distance from the input then selects all cells greater than 500 m. The map algebra for this command is "con (eucdistance (escslp) > 500, 1)". |
| CON & EUCDISTANCE GE 500 (Single Output Map Algebra) | This CON function calculates the straight line distance from the input then selects all cells ≥500 m. The map algebra for this command is "con (eucdistance (gt500) ≥500, 1)". |
| CON & ISNULL (Single Output Map Algebra) | This CON function erases the "buff300" from "wi500" to create the final output for the escape terrain component. The map algebra for this function is "con (isnull (buff300), con (wi500 == 1, 1), 1)". |
| CON combines the two model components | This CON function combines the two model components so that on the cell and overlap from the two inputs appear in the final output. |
| Southern Aspects above 4,800 feet excluded | The Map Algebra expression creates a grid that masks out area above 4,800 feet that are not on southern aspect. "con ((c:\Projects\BHS_Final\Data\Elevation\large_elev le 1463.04) OR ((c:\Projects\BHS_Final\Data\Elevation\large_elev gt 1463.04) and (c:\Projects\BHS_Final\Data\Elevation\large_asp ge 135 and c:\Projects\BHS_Final\Data\Elevation\large_asp le 225)), 1)" |

BLM_0049559

*Modeling and Analysis Technical Report*　　　　　　　　　　　　　　　　　　　*Appendix L*

| Name | Explanation[a] |
|------|----------------|
| Perennial Snow Areas excluded | The Map Algebra expression masks out, of the southern aspect mask, areas that are covered by persistent snow. "con((win_area1 eq 1) and (pere_snow le 1),1)" |
| Merge winter exclusions with the escape terrain and horizontal visibility | This CON command combines the winter exclusions with the escape terrain and horizontal visibility components so that only the areas that overlap between components are the only areas in the final output. |

a See Table L-4 for descriptions of the LANDFIRE cover types

## Table L-4. LANDFIRE cover types

| No. | Type of Vegetation |
|-----|--------------------|
| 12 | Snow/Ice |
| 31 | Barren |
| 2001 | Inter-Mountain Basins Sparsely Vegetated Systems |
| 2006 | Rocky Mountain Alpine/Montane Sparsely Vegetated Systems |
| 2008 | North Pacific Oak Woodland |
| 2009 | Northwestern Great Plains Aspen Forest and Parkland |
| 2011 | Rocky Mountain Aspen Forest and Woodland |
| 2012 | Rocky Mountain Bigtooth Maple Ravine Woodland |
| 2016 | Colorado Plateau Pinyon-Juniper Woodland |
| 2017 | Columbia Plateau Western Juniper Woodland and Savanna |
| 2018 | East Cascades Mesic Montane Mixed-Conifer Forest and Woodland |
| 2019 | Great Basin Pinyon-Juniper Woodland |
| 2020 | Inter-Mountain Basins Subalpine Limber-Bristlecone Pine Woodland |
| 2035 | North Pacific Dry Douglas-fir Forest and Woodland |
| 2036 | North Pacific Hypermaritime Sitka Spruce Forest |
| 2037 | North Pacific Maritime Dry-Mesic Douglas-fir-Western Hemlock Forest |
| 2038 | North Pacific Maritime Mesic Subalpine Parkland |
| 2039 | North Pacific Maritime Mesic-Wet Douglas-fir-Western Hemlock Forest |
| 2041 | North Pacific Mountain Hemlock Forest |
| 2042 | North Pacific Mesic Western Hemlock-Silver Fir Forest |
| 2045 | Northern Rocky Mountain Dry-Mesic Montane Mixed Conifer Forest |
| 2046 | Northern Rocky Mountain Subalpine Woodland and Parkland |
| 2047 | Northern Rocky Mountain Mesic Montane Mixed Conifer Forest |
| 2049 | Rocky Mountain Foothill Limber Pine-Juniper Woodland |
| 2050 | Rocky Mountain Lodgepole Pine Forest |
| 2051 | Southern Rocky Mountain Dry-Mesic Montane Mixed Conifer Forest and Wood |
| 2052 | Southern Rocky Mountain Mesic Montane Mixed Conifer Forest and Woodland |
| 2053 | Northern Rocky Mountain Ponderosa Pine Woodland and Savanna |
| 2054 | Southern Rocky Mountain Ponderosa Pine Woodland |
| 2055 | Rocky Mountain Subalpine Dry-Mesic Spruce-Fir Forest and Woodland |
| 2056 | Rocky Mountain Subalpine Wet-Mesic Spruce-Fir Forest and Woodland |
| 2057 | Rocky Mountain Subalpine-Montane Limber-Bristlecone Pine Woodland |
| 2060 | East Cascades Oak-Ponderosa Pine Forest and Woodland |
| 2061 | Inter-Mountain Basins Aspen-Mixed Conifer Forest and Woodland |
| 2062 | Inter-Mountain Basins Mountain Mahogany Woodland and Shrubland |
| 2063 | North Pacific Broadleaf Landslide Forest and Shrubland |
| 2065 | Columbia Plateau Scabland Shrubland |
| 2070 | Rocky Mountain Alpine Dwarf-Shrubland |
| 2079 | Great Basin Xeric Mixed Sagebrush Shrubland |
| 2080 | Inter-Mountain Basins Big Sagebrush Shrubland |
| 2081 | Inter-Mountain Basins Mixed Salt Desert Scrub |

BLM_0049560

| No. | Type of Vegetation |
|---|---|
| 2106 | Northern Rocky Mountain Montane-Foothill Deciduous Shrubland |
| 2115 | Inter-Mountain Basins Juniper Savanna |
| 2123 | Columbia Plateau Steppe and Grassland |
| 2124 | Columbia Plateau Low Sagebrush Steppe |
| 2125 | Inter-Mountain Basins Big Sagebrush Steppe |
| 2126 | Inter-Mountain Basins Montane Sagebrush Steppe |
| 2127 | Inter-Mountain Basins Semi-Desert Shrub-Steppe |
| 2134 | Columbia Basin Foothill and Canyon Dry Grassland |
| 2135 | Inter-Mountain Basins Semi-Desert Grassland |
| 2139 | Northern Rocky Mountain Lower Montane-Foothill-Valley Grassland |
| 2140 | Northern Rocky Mountain Subalpine-Upper Montane Grassland |
| 2142 | Columbia Basin Palouse Prairie |
| 2143 | Rocky Mountain Alpine Fell-Field |
| 2144 | Rocky Mountain Dry Turf |
| 2145 | Rocky Mountain Subalpine-Montane Mesic Meadow |
| 2153 | Inter-Mountain Basins Greasewood Flat |
| 2154 | Inter-Mountain Basins Montane Riparian Systems |
| 2156 | North Pacific Lowland Riparian Forest and Shrubland |
| 2157 | North Pacific Swamp Systems |
| 2158 | North Pacific Montane Riparian Woodland and Shrubland |
| 2161 | Northern Rocky Mountain Conifer Swamp |
| 2165 | Northern Rocky Mountain Foothill Conifer Wooded Steppe |
| 2166 | Middle Rocky Mountain Montane Douglas-fir Forest and Woodland |
| 2167 | Rocky Mountain Poor-Site Lodgepole Pine Forest |
| 2169 | Northern Rocky Mountain Subalpine Deciduous Shrubland |
| 2173 | North Pacific Wooded Lava Volcanic Flowage |
| 2174 | North Pacific Dry-Mesic Silver Fir-Western Hemlock-Douglas-fir Forest |
| 2178 | North Pacific Hypermaritime Western Red-cedar-Western Hemlock Forest |
| 2181 | Introduced Upland Vegetation—Annual Grassland |
| 2182 | Introduced Upland Vegetation—Perennial Grassland and Forbland |
| 2183 | Introduced Upland Vegetation—Annual and Biennial Forbland |
| 2200 | Pseudotsuga menziesii-Quercus garryana Woodland Alliance |
| 2203 | Juniperus occidentalis Woodland Alliance |
| 2205 | Tsuga mertensiana-Abies amabilis Woodland Alliance |
| 2206 | Pseudotsuga menziesii Giant Forest Alliance |
| 2208 | Abies concolor Forest Alliance |
| 2220 | Artemisia tridentata ssp. vaseyana Shrubland Alliance |
| 2227 | Pseudotsuga menziesii Forest Alliance |
| 2228 | Larix occidentalis Forest Alliance |
| 2232 | Abies grandis Forest Alliance |

BLM_0049561

# 3.0  RISK OF CONTACT MODEL

The sequence of events by which a disease outbreak could result from contact between a bighorn sheep and a domestic sheep in an active allotment located outside of bighorn sheep core herd home range (CHHR) can be broken down into a number of steps. First, to reach an occupied allotment, a bighorn sheep must (1) leave the CHHR; (2) travel far enough to reach the allotment; and (3) intersect the allotment (i.e., rather than some other area at the same distance from the CHHR). For disease transmission to occur, the bighorn sheep must (4) come into contact with domestic sheep in the allotment and (5) contract the disease from the domestic sheep. Finally, for an outbreak to affect the animal's home herd, the infected bighorn sheep must (6) return to the CHHR and (7) transmit the disease to other members of the herd.

The contact model described in this section aims to determine the probability that a bighorn sheep will reach an occupied allotment, steps 1–3 above. Steps 4–7, which are also necessary for an outbreak to results from such a movement, are discussed below as part of disease model.

The contact model is based on an analysis of 12 years of bighorn sheep telemetry data from the Hells Canyon and Salmon River populations, and its construction involved two distinct analyses. First, the CHHR analysis was used to delineate areas where most animals in each herd spend most of their time. Then, the analysis examined the characteristics of bighorn sheep movements or "forays" outside of the CHHR. This foray analysis examined how frequently and at what season foray movements occur, as well as how far beyond the CHHR animals are likely to travel. Together, the habitat, CHHR and foray analyses were used to estimate the probability that a ewe or a ram in any of the herds would reach any of the open allotments in a given year.

## 3.1  Risk of Contact Model

### 3.1.1  Bighorn Sheep Core Herd Home Range Analysis

CHHR analysis was conducted as part of the major bighorn sheep herd analysis for the Hells Canyon and the Main and South Fork Salmon Rivers. The CHHR analysis made analyzing the impacts of domestic sheep grazing on the Payette National Forest to the broader bighorn sheep metapopulations possible. The analysis showed the extent of overlap between the different herds throughout the Hells Canyon and the Main and South Fork Salmon Rivers. This type of modeling also allowed the IDT to determine the core areas of bighorn sheep habitat usage.

The tools and processes used to complete this analysis are common to home range analyses used for many species. The analysis consisted of a fixed kernel home range model created with observations and telemetry data collected by the HCI from 1997 through 2008. Francis Cassirer (Idaho Department of Fish and Game [IDFG]), who is the HCI project leader responsible for the telemetry database management, used the telemetry data to divide the bighorn sheep population into herds.

BLM_0049562

The herd assignments were based on transplant locations and breeding groups of ewes that shared the same range. A population is based on the entirety of the breeding individuals independent of shared range. Identified herds in the Hells Canyon metapopulation are the Asotin, Big Canyon, Black Butte, Imnaha, Lostine, Upper Hells Canyon[1], Mountain View, Muir Creek, Myers Creek, Redbird, Sheep Mountain, and Wenaha herds (Figures L-1 through L-12). Herds in the Salmon River metapopulation are the Main Salmon/South Fork, Big Creek, and Upper Main Salmon herds (Figures L-13 through L-15). Several small herds had too few points to accurately create a CHHR or telemetry from transplants that failed to form a herd, so no home range modeling was conducted on them. These small herds are called 05IMREL, Lower Hells Canyon, Saddle Creek, Quartz Creek, Minam, and Sheep Creek.

---

[1] The McGraw Herd that was modeled in the draft has been renamed the Upper Hells Canyon Herd. The Upper Hells Canyon Herd has an estimated population of 45 individuals, with insufficient telemetry or observational data. Telemetry data are available from animals of the now extirpated McGraw Herd, which occupied the same part of Hells Canyon. The IDT decided to used the CHHR of the McGraw Herd and attach the current population from the Upper Hells Canyon Herd.

BLM_0049563



**Figure L-1. Asotin core herd home range**

BLM_0049564



**Figure L-2. Big Canyon core herd home ranges**

BLM_0049565



**Figure L-3. Black Butte core herd home range**

BLM_0049566



**Figure L-4. Imnaha core herd home range**

BLM_0049567



**Figure L-5. Lostine core herd home range**

BLM_0049568



**Figure L-6. Upper Hells Canyon core herd home range**

BLM_0049569



**Figure L-7. Mountain View core herd home range**

BLM_0049570



**Figure L-8. Muir Creek core herd home range**

BLM_0049571



**Figure L-9. Myers Creek core herd home range**

BLM_0049572



**Figure L-10. Redbird core herd home range**

BLM_0049573



**Figure L-11. Sheep Mountain core herd home range**

BLM_0049574



**Figure L-12. Wenaha core herd home range**

BLM_0049575



**Figure L-13. Main Salmon/South Fork core herd home range**

BLM_0049576



**Figure L-14. Big Creek core herd home range**

BLM_0049577



**Figure L-15. Upper Main Salmon core herd home range**

BLM_0049578

Home range modeling for the Main Salmon/South Fork Herd and for herds in the Hells Canyon metapopulation was completed with Home Range Extension version 1.1 for ArcGIS (Rodgers et al. 2007), a software package designed for just this purpose. The Home Range Extension uses a standard bivariate normal probability density function as the "kernel" employed to estimate the intensity with which animals use each mapped area. A kernel is essentially a small 3-dimensional hill placed over the location of each telemetry observation. Where many observations are clustered together, these hills overlap and pile up, their total height indicates the probability of finding an animal at a given location. The width of the kernels, *href*, is calculated in Equation L-1 as the square root of the mean variance in *x* (var *x*) and *y* (var *y*) co-ordinates divided by the sixth root of the number of points (Worton 1995):

$$href = n^{\frac{-1}{6}}\sqrt{\frac{\text{var } x + \text{var } y}{2}}$$

**Equation L-1. Calculation for band width of the kernels (*href*)**

This method of selecting *href* is widely used as a means of extrapolating from the dispersion of observed locations to the likely extent of the full home range

This process of home range analysis was done for each identifiable individual within a herd that had more than 20 telemetry points. All other telemetry and observation points for a herd that did not meet these criteria were excluded from the home range analysis and used to verify the accuracy of the final CHHR volume contours. One of the byproducts of the process is a surface raster from which the volume contours were created.

To create an overall CHHR, the raster surfaces from the individuals were added together. Then, volume contours, known as isopleths, were created from the merged herd surface using Hawth's Analysis Tools version 3.27 Extension for ArcGIS (Beyer 2004). Isopleths are contours meant to enclose a given percentage of the telemetry observations; the 95th isopleth for example, is drawn to enclose an area in which 95% of the telemetry points are found. Volume contours were calculated for the 50th, 60th, 70th, 80th, 90th, and 95th isopleths, and are shown for each herd in Figures L-1 through L-15. The CHHR is defined as the area contained within the 95th isopleth. Points beyond the 95th isopleth were considered forays and analyzed separately (see Foray Analysis section below). For several reasons, this analysis differs from the procedure used by Clifford et al. (2007) that was referenced (and used as a template) in the DSEIS analysis. The draft analysis used the 100% volume contour calculated by the Home Range Extension (HRE) to estimate the extent of the area used by the whole population. For the Gaussian kernel used by the HRE, however, the actual 100% volume contour is ill defined, extending to infinity in all directions. Accordingly, when a user asks for the 100% contour, the software actually calculates a contour containing close to 100% of the probability density, such as 99.9999%. The actual volume contour calculated when a user requests the 100% contour is undocumented, and has changed between versions of the HRE. The HRE version used in the DSEIS was 0.99, and it had a different internal limit than version 1.1, which was used for the analysis in the FSEIS. A second problem with the approach used in the draft is that home range analyses are not designed to model the distribution of relatively infrequent excursions from the CHHR. With Gaussian kernels in particular, the modeled probability of utilization falls off extremely rapidly with distance from the CHHR, drastically underestimating the probabilities of the occasional long distance forays that are characteristic of bighorn sheep.

BLM_0049579

Because of these problems, the analysis of bighorn sheep utilization of the landscape was split into two parts. The first part used herd home range analysis to define a core area of habitat usage inside of the 95th volume contour, referred here as the CHHR. (The analysis for the DSEIS used the 50% to 90% volume contours to define this area of core habitat usage.) The second part was an analysis for the foray behaviors that bighorn sheep exhibit, especially young rams. The probabilities of movements to different distances from the CHHR were empirically derived, rather than being inappropriately extrapolated from the tails of Gaussian kernels used to define the CHHR. The analysis for the DSEIS used the 90–100% volume contour areas to analyze these foray behaviors. The approach used in the current analysis is more appropriate because movements within herd home ranges and foray movements beyond home ranges are two very different types of habitat usage behaviors that need to be handled by two different analyses. While this process differs from the analysis in Clifford et al. (2007), it does allow calculation of the annual rates of contact between bighorn sheep populations and domestic sheep allotments.

While recent telemetry data were available from most Hells Canyon herds and from the Main Salmon/South Fork Herd, telemetry data were not available for the two other herds and the two areas of concern in the Salmon River metapopulation. As a result, modelers used a different method to estimate the extent of CHHRs in the Upper Main Salmon and Big Creek herds, and the Lick Creek and Little Salmon areas of concern.

The CHHR of the Main Salmon/South Fork herd (Figure L-13) shows that most animal movements in the herd are confined to areas near the river at the bottom of the canyon. Because the river canyons of the Salmon River drainage are more similar to one another than to the areas occupied by herds in the Hells Canyon metapopulation, the distribution of the Main Salmon/South Fork Herd's CHHR was taken to be most likely representative of the distribution of the other herds in the Salmon River metapopulation. Accordingly, its average cross-canyon width was measured and determined to be 6.5 km. Next, each observation recorded in those four areas was surrounded by a circular buffer with a diameter of 6.5 km, and the area within these buffers was taken to be the best estimate of the herd's CHHR. Due to a lack of telemetry or other observational data in much of the Salmon River drainage, it is possible that some areas currently occupied by bighorn sheep are not mapped as CHHR by this method.

### 3.1.2    Foray Analysis

Like bighorn sheep elsewhere, Hells Canyon and Salmon River bighorn sheep—particularly rams—make occasional long-distance movements beyond their CHHRs. Singer et al. (2001) called these movements "forays" and defined them as any short-term movement of a radio-collared animal away from and back to its herd's home range. This life history trait can put bighorn sheep at risk of contact with domestic sheep, particularly when suitable habitats are well connected and overlap with domestic sheep use areas (Gross et al. 2000; Singer et al. 2000a), even when domestic sheep use is outside of the CHHR. The risk of contact between dispersing bighorn sheep and domestic sheep is related to the number of bighorn sheep in a herd, the proximity of domestic sheep use areas (allotments) to the bighorn sheep CHHR, the distribution of bighorn sheep source habitats across the landscape, and the frequency and distance of bighorn sheep forays outside of the CHHR.

The foray analysis covers the first three steps in the sequence of events needed for contact with an active allotment and a subsequent disease outbreak to occur, described at the beginning of the Risk of Contact Model section. To reiterate, those steps involved a bighorn sheep (1) leaving the

BLM_0049580

CHHR, (2) traveling far enough to reach the allotment, and (3) intersecting the allotment (i.e., rather than some other area at the same distance from the CHHR). The foray analysis was used to estimate the per-season (summer or winter) probability that an individual ram or ewe would go on a foray that intersected a given allotment. Separate analyses were carried out for rams and ewes due to the distinct movement patterns exhibited by the two sexes.

All estimates of movement behavior were formed by analyzing the same large telemetry dataset on bighorn sheep movements in Hells Canyon that was used to determine the CHHR of each herd. The dataset consisted of approximately 52,000 point locations from more than 400 animals in 13 herds collected between 1997 and 2008. In the Salmon River system, only 1.5 years of telemetry data for 30 individuals in one herd exist—the Main Salmon/South Fork herd. These data are useful for estimating the herd's CHHR, but are not sufficient to characterize the foray behavior of animals in that herd. As a result, modelers used the much more extensive data collected for the Hells Canyon herds to estimate the likely movement patterns of bighorn sheep in herds throughout the Payette National Forest.

The path taken by a bighorn sheep traveling outside its CHHR might intersect any part of an allotment. Therefore, the analysis began by calculating the probability of intersection in each of 35 "rings" or annuli of 1-km width located between 1 and 35 km from the CHHR boundary. That probability was broken down into three parts, as follows in Equation L-2:

$$P(\text{Intersect allotment}_{\text{Ring\_k}}) = P(\text{Foray}) \times$$
$$P(\text{Animal reaches ring}_k \mid \text{Foray}) \times$$
$$P(\text{Intersect allotment} \mid \text{Animal reaches ring}_k)$$

Where:

ring_k = the ring located k kilometers from the CHHR
P(Foray) = probability of a bighorn sheep leaving the core herd home range
P(Animal reaches ring$_k$ | Foray) = probability of a bighorn sheep traveling far enough to reach an allotment
P(Intersect allotment | Animal reaches ring$_k$) = probability of a bighron sheep intersecting an allotment

**Equation L-2. Propability of a bighorn sheep interescting each of the 1-kilometer annuli located between 1 and 35 kilometers from the core herd home range**

The following three sections describe how the probabilities in steps 1–3 were estimated from telemetry data collected from the Hells Canyon herds.

### 3.1.2.1    Probability of a Foray Movement—P(Foray)

Most bighorn sheep, in most years, never move beyond the CHHR. Table L-5 summarizes the frequency of foray movements by rams and ewes in summer (May–October) and winter (November–April). Modelers calculated the probability of bighorn sheep–domestic sheep contact in summer and winter separately because characteristic movement patterns differ between the seasons (e.g., the rut occurs in November/December and produces relatively frequent and long distance exploratory forays by rams) and the allotments are only permitted to domestic sheep during spring and summer.

BLM_0049581

For the foray analysis, the key values in Table L-5 are the proportion of animal-years with at least one foray. (Animal-years refer to observations with a unique combination of both animal identification and year: If a single ram was observed in 4 different years and left the CHHR during 1 of those years, it would be said to have made a foray in 1 of 4 animal-years.) In any one summer, 14.1% of rams and 1.5% of ewes typically leave the CHHR at least once. Alternatively, a given ram has a 14.1% probability and a ewe has a 1.5% probability of making a foray. This percentage is the per-season probability of a foray, termed $P$(Foray) and used above in Equation L-2.

**Table L-5. Summary of telemetry observations made outside of the core herd home ranges**

| Summer—May to October | Ewes | | Rams | |
|---|---|---|---|---|
| | Percent of observations (%) | Number out of total observations | Percent of observations (%) | Number out of total observations |
| Animals located beyond CHHR at least once during period of observation | 6.50 | 14/215 | 28.80 | 30/104 |
| Animal-years with at least one foray | 1.50 | 15/985 | 14.10 | 44/311 |
| Telemetry points outside of CHHR | 0.20 | 29/17,258 | 4.40 | 160/3,674 |
| **Winter—November to April** | | | | |
| Animals located beyond CHHR at least once during period of observation | 12.9 | 28/217 | 34.9 | 38/109 |
| Animal-years with at least one foray | 5.6 | 60/1,062 | 17.8 | 68/380 |
| Telemetry points outside of CHHR | 0.8 | 109/12,941 | 3.7 | 156/4,200 |

In some of the Hells Canyon herds (Big Canyon, McGraw, Muir, Myers, and Quartz Creek), telemetry data were collected the first year after the initial release. One concern in extrapolating from data collected in Hells Canyon herds to foray behavior in the Salmon River herds is that recently translocated animals may have a higher propensity to move outside of their mapped CHHR. If so, their behavior may be inappropriate as a model for movements made by animals in the endemic populations of the Salmon River metapopulation. Rams from the Big Canyon and McGraw herds did show relatively high numbers of foray movements (with forays occurring in 12 of 24, and 5 of 11 animal years, respectively), while the Myers and Quartz Creek herds had lower rates of foray movements (2 of 14, and 1 of 13 animals). Among "resident herds" (i.e., herds that had been resident in Hells Canyon for a decade or more before telemetry observation began), the rate of forays ranged from 1 out of 46 animal-years (Redbird Herd) to 12 of 49 animal years (Wenaha Herd). Four of the seven resident herds (Imnaha, Mountain View, Sheep Mountain, and Wenaha herds) exhibited a rate of foray movements greater than the value of 14.1% that was used in the foray analysis, which does not appear to be a gross overestimate of the actual value. On balance, a decision was made to include telemetry data from all of the herds.

BLM_0049582

### 3.1.2.2    Distance from Core Herd Home Range Travelled on Typical Forays— *P*(Animal reaches ring$_k$ | Foray)

Many animals—particularly ewes—may not travel far, even if they are observed outside of the CHHR. The probability that a bighorn sheep on a foray will reach an allotment decreases as distance increases. To characterize that decreasing probability, modelers first extracted from each foray the maximum distance from the CHHR at which a ram or ewe was observed (Figures L-16a and L-16b). One bighorn sheep (a ram) was observed during the summer nearly 35 km from its CHHR, so the distributions extend out to that distance.

An animal located 25 km from the CHHR has crossed each ring between itself and the CHHR. Likewise, 100% of the animals that make a foray intersect at least the first ring around the CHHR. More generally, the proportion of animals whose forays intersect each ring is equal to the proportion known to have reached it or one of the rings beyond it. That distribution is shown in Figure L-17a, along with a smooth curve fitted to it. The figure shows that fully half of the rams who leave the CHHR travel at least 10 km from it; nearly a quarter get to 16 km, but just one ram has been observed (in summer) more than 26 km away. Modelers used the distributions in Figures L-17a and L-17b to calculate the probability that a ram or ewe on a foray will reach any given ring surrounding its CHHR, *P*(Animal reaches ring$_k$ | Foray) in Equation L-2.

Figures L-16a and L-16b display the observed maximum distances of ram and ewe forays outside of CHHRs (95% isopleth) and Figures L-17a and L-17b display the proportion of rams and ewes with forays reaching each of the rings between 0 and 35 km from CHHR areas.



**Figures L-16a and L-16b. Maximum distances of ram and ewe summer forays beyond the core herd home range.**

BLM_0049583



**Figures L-17a and L-17b. Proportion of ram and ewe summer forays that reach each ring**

The foray analysis most likely underestimates the true frequency of longer-distance forays because the vast majority of the telemetry data is from standard VHF (very-high frequency) collars rather than from GPS collars, which collect and store or transmit data from everywhere an animal travels. With VHF collars, locations are determined by triangulation from a plane or boat travelling a route every few days or weeks through the areas in which the bighorn sheep of a herd are usually seen. The farther a bighorn sheep has travelled from its CHHR, the farther it is likely to be from the observers, and the less likely it is to be detected. There are in fact several examples of telemetry data where rams last observed on a foray have "disappeared" for a couple of months before reappearing, likely from a journey that carried them beyond the range of detection of the survey.

For bighorn sheep moving through forested areas, detection may also be hampered by line-of-sight and signal bounce issues. Finally, even when an animal on foray is detected in every survey, the large interval between observations means that it is unlikely to be observed at the furthest extent of its foray. The extent to which these forms of sampling bias underestimate the frequency of long-distance movements in the foray analysis is unknown.

Despite these biases, both the observed frequency and distances of foray movements by Hells Canyon bighorn sheep are consistent with other reports in literature. Singer et al. (2001) calculated annual foray rates of bighorn sheep in 10 published studies. In those herds, the annual number of forays per radio-collared animal of either sex ranged from 0 to 0.23 (mean 0.10, standard deviation 0.09), comparable to 14% of rams and 1.5% of ewes making summer forays from herds in the Hells Canyon metapopulation.

In southwestern Alberta, Festa-Bianchet (1986) relocated rams as far as 48 km from the site of their capture. A recent 17-month study of three bighorn herds in Montana, (DeCesare et al. 2006) found relatively long (19- to 33-km) movements by four of five radiocollared males. Finally, Singer et al. (2000b) followed 31 translocated populations of bighorn, and documented numerous colonizations of nearby patches of habitat. In that study, the probability of colonization (75%)

BLM_0049584

was highest for patches located 12.3 km from a bighorn sheep population, indicating that such movements occur with relatively high frequency. This parallels our finding that nearly 25% of forays by Hells Canyon bighorn sheep reach a distance of at least 15 km from the CHHR.

### 3.1.2.3    Habitat Selection within a Ring—*P*(Intersect allotment | Animal reaches ring$_k$)

Given that an animal has reached a ring, the probability that an animal will be in an allotment is proportional to the size of the allotment relative to the ring and the quality of the habitat in the allotment relative to that in the ring. Calculating the size of the allotment relative to the ring is simple, but determining the quality of the habitat in the allotment relative to that in the ring requires knowing the habitat preference of bighorn sheep. Modelers represented that preference by calculating a resource selection function, defined as a function that is proportional to the probability of its use by an organism (Manley et al. 1993; Boyce et al. 2002).

Based on the source habitat model, all areas within 35 km of the CHHRs were assigned to one of three habitat classes—source habitat, connectivity area, and non-habitat. Source habitats are areas fitting the criteria described in the Source Habitat Model section above. Connectivity areas do not meet those criteria, but are either located within 350 m of source habitat or between two mapped patches of source habitat that are separated by 1,050 m or less. Areas of non-habitat do not meet those criteria and are located more than 350 m from source habitat. Connectivity areas were distinguished from non-habitat because even when bighorn sheep are found outside of areas mapped as source habitat, they are usually not far from it. Of the 3,177 observations of bighorn sheep located outside of source habitat, all but 80 have been within 350 m of source habitat.

Next, the relative preference of bighorn sheep for these three classes of habitat was calculated using a resource selection function (Manley et al. 1993, Boyce et al. 2002).Modelers constructed the resource selection function using a use/availability approach and expressed the relative preference for connectivity areas and non-habitat relative to the preference for source habitat using Equation L-3:

$$\text{Pref}_h = \frac{\text{Use}_h / \text{Area}_h}{\text{Use}_{source\_hab} / \text{Area}_{source\_hab}}$$

Where:

  $Use_h$ = the number of telemetry points found in habitat type *h*;

  $Area_h$ = the area of habitat type *h* available to the bighorn sheep; and

  *h* = one of source habitat, connective area, or non-habitat.

**Equation L-3. Relative preference for connectivity areas and non-habitat relative to the preference for source habitat**

The resource selection function yields high values for habitat classes with many observations of bighorn sheep relative to their area. If the animals in a herd have equal areas of Habitat A and Habitat B available, but spend 90% of their time in Habitat A, their preference for Habitat A would be 9 times their preference for Habitat B.

To investigate whether habitat preferences differ between animals within the CHHR and those on forays outside of it, modelers calculated habitat preferences exhibited in three different areas:

BLM_0049585