## 3.24 Merriam's wild turkey

### Affected Environment

Turkey are widespread and locally abundant across the Paonia district, especially in oak and other shrub habitats, but they occur in all areas below approximately 10,000 feet at times. They are tolerant of human activities, and in winter are commonly found in yards and along roadways in close proximity to humans. They nest in a variety of habitats on the district, although typically in areas with dense local cover. Brood rearing occurs frequently in areas such as openings, riparian areas, springs, burns, and aspen stands, all of which provide the invertebrates needed for food for the young birds. Populations of turkey are directly controlled by hunting seasons determined by the CDOW. Other population pressures include predation from other species such as coyotes. Habitat alteration can have both harmful and beneficial impacts to turkeys, and treatments which provide a mosaic of habitat features, allowing for all life stages

### No Action Alternative Environmental Effects

See Section 3.22.

### Proposed Action Alternative Environmental Effects

The following potential effects to turkey include:

- Short-term direct effects during construction (visual or auditory disturbance or displacement of individuals from machinery, vehicles and humans)
- Short-term direct mortality of eggs/nests during construction activities.
- Long-term direct effects as a result of changes in forage and cover
- Long-term indirect effects as a result of changes in human use in the area

Nesting typically begins in late April for turkeys, generally before all shrubs are leafed out. Nests usually occur within very dense local cover, and in forested stands are usually in areas with at least 60% canopy cover. If nests fail, turkeys will make multiple nesting attempts.

Individual nests could be directly lost or abandoned as a result of project activities, but turkeys may re-attempt nesting elsewhere if project actions are detrimental. Direct mortality is possible if turkeys are nesting during construction activities. Long-term effects in cover type and abundance are unlikely to cause substantial impacts to turkeys, as they utilize a wide variety of habitats in this area. Long-term changes in human use of the area are unlikely to result from this project, as described for elk above.

The project would affect 73 acres of potential summer turkey habitat, which is <.01% of the total summer turkey habitat on the GMUG NF.

#### Summary and Conclusion

The negative effects from this project are of short duration and magnitude and do not result in a substantial Forest-wide decrease in trends (Table 3.24), or deter from meeting the MIS objectives in the Forest Plan.

### Cumulative Effects

The cumulative effects analysis area for this species is the 47,904-acre area surrounding the proposed treatments and activities. HABCAP modeling was not used to determine the impacts of this habitat alteration within the cumulative effects area, as alterations at the scale anticipated would result in insignificant changes in this model. None of the ongoing or reasonably foreseeable future activities within this area, when combined with the proposed action, are likely to contribute to long-term cumulative impacts to this species.

BLM_0049766

**Table 3.24.  Turkey habitat on the GMUG NF based on habitat parameters and quality**

| Habitat Parameter | Habitat (acres) | | Total acres |
|---|---|---|---|
| | Primary | Secondary | |
| Winter feeding / cover | 293,157 | 27,912 | 321,069 |
| Summer feeding / cover | 490,131 | 1,281,664 | 1,771,795 |
| Nesting | 9587 | 101,595 | 111,182 |
| Brood rearing | 718,345 | 45,879 | 764,224 |
| Roosting | 43,974 | 200,047 | 244,021 |

## *3.25 Red-naped sapsucker*

### Affected Environment

In Colorado, red-naped sapsuckers forage in aspen, willows and cottonwoods close to their nest sites, which are almost exclusively in mature aspen stands. Typical nest stands, dominated by large aspen, have a variety of diseases that create the heart rot needed for suitable cavity excavation (Kingery 1998). Nest stands have trees infected with shelf or heartwood fungus (for drilling nest cavities) and nearby willow stands (for drilling sap wells).

According to BBS, populations appear to be stable or increasing in the United States, with areas of local declines. From the period 1966 to 2006, the 3 sapsucker species (combined in the BBS analysis) have exhibited a positive trend of +3.4%. Within Colorado, populations have exhibited similar but higher upward trends (Sauer et al. 2007).  Red-naped sapsuckers have been documented during bird surveys in this area (Monarch 2009) and are seen in aspen stands throughout the district in relatively low numbers (D. Garrison pers. obs.).

### No Action Alternative Environmental Effects

See Section 3.22.

### Proposed Action Alternative Environmental Effects

Actions with the potential for effects to this species include:

- short-term effects of disturbance during construction
- short-term potential for loss of young during construction
- long-term changes to habitat

The nest-building through fledging period runs from about May 20 through August 25 for this species (Kingery 1998). Project activities during this time may result in abandonment of nests or alteration of territorial boundaries in the analysis area.  Individual nests with eggs or young could be lost during project activities if sapsuckers occur in the treatment areas. This would most likely be either from nest abandonment due to disturbance, or through direct mortality.

Habitat changes in this area would be limited to alteration of 61 acres of mature aspen stands, suitable for nesting and foraging.

***Summary and Conclusion***

The negative effects from this project are of short duration and magnitude and do not result in a substantial Forest-wide decrease in trends, or deter from meeting the MIS objectives in the Forest Plan.

BLM_0049767

## Cumulative Effects

The cumulative effects analysis area for this species is the 47,904-acre area surrounding the proposed treatments and activities. HABCAP modeling was not used to determine the impacts of this habitat alteration within the cumulative effects area, as alterations at the scale anticipated would result in insignificant changes in this model.

None of the ongoing or reasonably foreseeable future activities within this area, when combined with the proposed action, are likely to contribute to long-term cumulative impacts to this species.

Forest-wide habitat for the red-naped sapsucker includes a total of 1,535,234 acres of potentially suitable habitat, so the amount of forest wide habitat affected would be negligible. Regeneration discussion and assumptions are the same as for goshawk noted above, as are discussions of aspen availability within the cumulative effects analysis area.

## 3.26 Migratory Birds

## Affected Environment

The U.S. Fish and Wildlife Service (USFWS) has compiled a list of migratory bird species, which appear to be declining in numbers or distribution or for which more information is needed (FWS 2002). Table 3.26 lists the bird species of conservation concern (BOCC) in the Southern Rockies/Colorado Plateau region.

Potential nesting habitat for the BOCC is limited by the elevation, which places the area above many habitat types. According to the literature (Andrews and Righter 1992, Kingery 1998) and local data on breeding, there is breeding habitat for the golden eagle, flammulated owl, Williamson's sapsucker, and Virginia's warbler in the analysis area. Many others could be encountered as migrants or accidentals.

**Table 3.26. Bird Species of Conservation Concern (BOCC)**

| Common name | Scientific name | Common name | Scientific name |
| --- | --- | --- | --- |
| Northern harrier | *Circus cyaneus* | Short-eared owl | *Asio flammeus* |
| Swainson's hawk | *Buteo swainsonii* | Black swift | *Cypseloides niger* |
| Ferruginous hawk | *Buteo regalis* | Lewis' woodpecker | *Melanerpes lewis* |
| Golden eagle | *Aquila chrysaetos* | Williamson's sapsucker | *Sphyrapicus thyroideus* |
| Prairie falcon | *Falco mexicanus* | Gray vireo | *Vireo vicinior* |
| Peregrine falcon | *Falco peregrinus* | Pinyon jay | *Gymnorhinus cyanocephalus* |
| Gunnison sage-grouse | *Centrocercus minimus* | Bendire's thrasher | *Toxostoma bendirei* |
| Snowy plover | *Charadrius alexandrinus* | Crissal thrasher | *Toxostoma rufum* |
| Mountain plover | *Charadrius montanus* | Sprague's pipit | *Anthus spragueii* |
| Solitary sandpiper | *Tringa solitaria* | Virginia's Warbler | *Vermivora verginiae* |
| Marbled godwit | *Limosa fedoa* | Black-throated gray warbler | *Dendroica nigrescens* |
| Wilson's phalarope | *Phalaropus tricolor* | Grace's warbler | *Dendroica graciae* |

| Common name | Scientific name | Common name | Scientific name |
|---|---|---|---|
| Yellow-billed cuckoo | *Coccyzus americanus* | Sage sparrow | *Amphispiza belli* |
| Flammulated owl | *Otus flammeolus* | Chestnut-collared longspur | *Calcarius ornatus* |
| Burrowing owl | *Athene cunicularia* | | |

## No Action Alternative Environmental Effects

The direct and indirect impacts of the "no action" alternative would not change current habitat or population conditions of any migratory bird species in the short term. Long-term changes would continue to be dependent on existing conditions, succession of vegetative types, and other actions within the analysis area.

## Proposed Action Alternative Environmental Effects

Leasing in itself will have no impact on migratory birds. Post lease development may impact species protected under the Migratory Bird Treaty Act. Stipulations requiring breeding bird surveys and including timing restrictions where needed for specific species, may mitigate impacts to migratory birds. However, some bird habitat will be altered in the short term as a result of post lease development on the lease modifications, and may result in a type conversion of 73 acres, and that is likely to impact individual migratory birds, especially passerines and other birds which utilize aspen, spruce-fir, and oak for nesting.

Examples of the types of impacts which may occur are described above for certain bird species. Compared to natural processes in the area, specifically the aspen decline, the RFMP is minor in scale, and these impacts are not anticipated to result in declines in populations of any species protected by the MBTA. Disturbed areas may provide foraging opportunities for some species, and eventual revegetation of project sites, to whichever habitat type grows back, will result in suitable nesting and foraging habitat for some species.

## Cumulative Effects

Natural processes and management activities in the vicinity of the analysis area will continue to impact migratory birds wherever removal or habitat conversions occur.

## Consistency with Forest Plan and Other Regulations

This action is consistent with the Migratory Bird Treaty Act.

## *3.27 Range Resources*

## Affected Environment

The Dry Fork cattle allotment in the lease modification area is managed using a deferred rotational strategy. Five permittees are authorized to utilize the area with 537 cow/calf pairs from 6/15 to 10/15 annually (2834 AUMs). Grazing use alternates every year for each pasture, but generally 14-18 days in a pasture allows for growth or regrowth of vegetation. There are currently 10 grazing units created by barbed-wire or temporary electric fences and topographic features.

Range improvements within the lease modifications area are described in Figure 3.7 and Table 3.27a.

BLM_0049769

**Table 3.27a.  Range Improvements**

| Improvement Type | Name or Number | Location |
|---|---|---|
| Pond | 803P50  Water Dog Pond | T.14S  R.90W  NW ¼ Sec.11 |
| Pond | 803P51  Elk Wallows Pond | T.14S  R.90W  SE ¼ Sec.10 |
| Pond | 803P55  Yellow Bucket Pond | T.14S  R.90W  NW ¼ Sec.14 |
| Pond | 803P89  Sherwood Park Pond | T.14S  R.90W  SE ¼ Sec.15 |
| Pond | 803P91  Rail Fence Pond | T.14S  R.90W  NE ¼ Sec.11 |
| Pond | Unknown | T.14S  R.90W  NE ¼ Sec. 22 |

## No Action Alternative Environmental Effects

Under the no-action alternative, existing livestock grazing would continue in the area without change. Range management practices would continue to be implemented on an annual basis. Any existing range improvements would be unaffected under this alternative. Existing range and other land uses would continue in the lease modification areas. There would be no risk for surface tension cracks to form in ponds or on stock trails in the lease modification area.

## Proposed Action Alternative Environmental Effects

Modifying the existing coal leases would not have any direct effect on grazing on the Dry Fork allotment. However, post-leasing subsidence-induced ground movements have the potential to damage the stock ponds, fences or stocks trails if surface tension cracks form where these features are present. In the dry uplands in the area, stock ponds create important water sources for stock and wildlife. Loss of any water source would have negative impacts on the animal distribution and range health. If a crack were to form in an earthen stock pond, the pond may cease to hold water or cease functioning effectively. The probability for cracks to form under stock ponds in the area is negligible. Therefore, the risk to damaging stock ponds is low.

Subsidence of the land surface is not likely to damage fences. During subsidence, the land surface lowers gently, and without noticeable changes to the surface topography, therefore it is unlikely that fences would be damaged. Dispersed surface tension cracks may form across stock trails in the area. Cracks could pose a safety hazard to cattle if they formed and were present when cattle were on the allotment. The likelihood that cracks would form is considered low. Further, stipulations from the parent lease that would apply to the lease modification areas would require repair if any of the range improvements were damaged.  No other lease stipulations are determined necessary.  However, potential future development (i.e. surface uses) associated with the RFMP (Section 3.2) could affect range resources from the standpoint of road and drill pad construction interrupting grazing rotations, damaging fences, reduce forage.   Recommendations for future project-specific BMPS for range are in the project record.  Table 3.27b summarizes those potential impacts:

**Table 3.27b.  Summary of range impacts from post-lease development**

| Range Impact | Summary of Impact |
|---|---|
| Forage loss | Until fully reclaimed, the construction of access roads and drill pads will result in a long-term loss of forage on about 73 acres. |
| Stock ponds | There are a number of stock ponds located in the proposed lease area (Table 3.27a, Figure 3.7).  These ponds are critical |

BLM_0049770

| Range Impact | Summary of Impact |
|---|---|
| | for managing the grazing on the allotment. |
| | Subsidence and the loss of spring flows and water holding capacity to ponds and spring developments are additional potential impacts to stock ponds |
| Fences | Future development of the additional coal leases will likely cross the pasture division fence, 803F58, Deer Creek-Sherwood Pasture Division Fence. |
| Maintenance of cattle guards | Future development related traffic may cause additional filling in of cattle guards. |
| Grazing management | Future development has the potential to impact grazing management.  Traffic associated with drilling activities is the primary cause.  The District has experienced constant difficulties with gates being left open.  When gates are left open this often results in livestock drifting into the wrong pasture/allotment.  When livestock move into the wrong area this results in the loss of control of the livestock, resulting in livestock over-grazing certain areas or grazing areas they are not supposed to graze resulting in unsatisfactory conditions. |
| Roads causing cattle drift onto private land | One additional potential impact is the effect of additional roads increasing cattle drift onto adjacent private land and on the West Elk allotment.  Currently, the private land to the west of the Sherwood pasture, and Coal leases COC 001362 and COC 067232 are poorly fenced.  The private land fences are in disrepair.  The permittees have attempted to minimize cattle drift onto these private lands, and further south onto the West Elk allotment. |
| Noxious weed infestations | Ground-disturbing activities usually create opportunities for infestations of noxious weeds. There are known populations of Canada thistle, musk thistle, houndstongue and hoary cress (white top) near the project site.  The seeds from these weeds can be air-born, vehicle-born or transported by wildlife and livestock.  Any area where the existing vegetation is removed and bare soil is left exposed creates a potential site for noxious weed infestations. |
| Toxic Substances | Poisoning of livestock and wildlife by toxic substances – |
| Impacts on livestock distribution | Construction and exploration activities often have negative effects on livestock.  The sounds and commotion of the activities often frighten livestock within an area where they can see and/or hear the activities.  This results in livestock not using an area larger than the area of actual disturbance. |

With stipulations and future surface-use specific requirements, the implementation of this alternative would not substantially affect the long-term grazing use on NFS or adjacent private lands. Surface disturbances on the coal lease tract and the exploration area would be minimal and temporary, with reclamation returning disturbed areas to a stabilized and productive condition. Evaluations of other reclamation work in the area indicate that revegetation can be successfully accomplished.  Surface disturbances on the coal lease tract and the exploration area would be minimal and temporary, with reclamation returning disturbed areas to a stabilized and productive condition. Evaluations of other reclamation work in the area indicate that revegetation can be successfully accomplished. Once

BLM_0049771

revegetation has occurred, the areas of previous disturbance (usually oak brush or shrub areas in the case of the West Elk Mine) become grassland areas that are a benefit to wildlife and livestock.

Depending on timing, new revegetation efforts can be negatively affected by livestock presence and use. Typically, in order to assure revegetative success, temporary electric fencing is placed around newly reclaimed areas during the first growing season. After this period, fencing is removed and livestock usage does not appear to impact revegetation efforts as long as the livestock is managed according to standards.

## Cumulative Effects

Cumulative effects would include the potential for multiple disruptions of stock watering sources if ponds are damaged by subsidence; however, cumulative impacts due to subsidence are anticipated to be negligible in the area. There could be cumulative impacts related to potential additional post-lease surface use (73 acres). These activities will adversely affect the range management plan for the area by increasing the traffic and seasonal use in the area. This will add to the already growing problem with cattle migration off of scheduled allotments. As reclamation activities take place, cattle grazing in these areas can slow the efforts in a given year, but does not lead to lack of reclamation success.

Mining and grazing would remain the dominant land uses in the immediate area of the coal lease modification. Vegetation treatments for wildlife purposes will also enhance range conditions.

## Consistency with Forest Plan and Other Laws

All alternatives are consistent with Forest Plan regarding Range and other resources and Forest Service Manual 2200-Range Management.

## 3.28 Recreation

### Affected Environment

There is limited dispersed recreational use on the lease modification area due to the distance from existing public roads and grown-over trails. There are no developed recreational facilities operated by the Forest Service in the modification areas. Most dispersed recreational use occurs during hunting seasons. There is also a limited amount of snowmobiling that occurs in the area due to the oakbrush and aspen vegetation types making travel difficult. The Recreational Opportunity Spectrum (ROS) setting for the area ranges from semi-primitive non-motorized to roaded natural. There is one Forest non-motorized trail in the lease modification area (Sunset Trail, #870). There are no recreation special use or outfitter guide permits in the area.

### No Action Alternative Environmental Effects

Under the No Action alternative, current recreation uses and activities would continue. There would be no impact on recreation uses (motorized and non-motorized recreation, or hunting) from this alternative. Existing uses would continue in the lease modification areas. There would be no risk for surface tension cracks on recreation trails in the lease modification area.

### Proposed Action Alternative Environmental Effects

Subsidence-induced ground movements would not affect recreation opportunities in the lease modification areas. Surface tension cracks may form on existing trails, but would be expected to close unaided. There would be no change to the ROS setting opportunities.

There would be no impacts on recreation uses (motorized and non-motorized recreation, hunting) from either leasing the coal or from subsidence. Recreational uses could be impacted if post-lease surface use occurs. NFSR 710 near Beaver Reservoir may need to be upgraded if drilling equipment for MDWs were to need it to access the area either for coal reserves on forest or on private lands. This could encourage

BLM_0049772

additional users to access the area on the improved road. In addition, presence of drill rigs and heavy equipment on the roads, and operating in the area could reduce a person's recreational experience. As these activities would likely occur during summer and into the fall months, they would be occurring in the time recreationists would most likely use the area. In terms of hunting, surface use could cause game to move out of the area, and reduce the hunting opportunity.

## Cumulative Effects

RFMP (Section 3.2) may temporarily increase routes available for hiker/horse recreational use. Post-lease development may improve existing roads making the area more accessible for recreational uses. In addition, there could be disruptions to the recreational experience over a longer period of time, if post-lease surface activities occur. Additional drilling and road use would continue during summer and fall for 2-6 more years. Cumulative effects to recreation use would include the potential for surface tension cracks to form on a trail that passes both through the lease modification areas and areas previously approved for leasing and mining. It is anticipated that surface tension cracks, if they form, would be dispersed and not concentrated. The cumulative effect would be minimal.

## Consistency with Forest Plan and Other Laws

All alternatives are consistent with Forest Plan direction for recreational use and management under the ROS.

## 3.29 Transportation System & Roadless _____

## Affected Environment

### Roads and Trails

The project and cumulative effects area of influence is State Highway 133 between Paonia and Somerset, CO to the West Elk Mine; and County Road (CR) 710/ NFSR 710 (Minnesota Creek)  east from the Town of Paonia and possibly NFSR 711 (Dry Fork Minnesota Creek) if post lease modification development were connected to existing leases.  Numerous roads exist on nearby private lands (Figure 3.29a).  Aerial photography indicates that there may be remnants of motorized roads or trails in the lease modifications area.  There is one non-motorized system trail (#780 Sunset Trail) in the lease modifications area which is discussed in Section 3.28.

BLM_0049773

**Figure 3.29a.  Road system in vicinity of lease modifications.**



BLM_0049774

The major transportation route in the Paonia and Somerset region is State Highway 133. This highway serves local vehicular and truck traffic for the communities in Delta and Gunnison Counties. The highway provides access to the coal handling facilities and existing spur rail line in the Somerset area, and to surface operations at the West Elk Mine and other mines in the North Fork Valley. State Highway 133 is an asphalt, all-weather, two lane highway which has been periodically upgraded over the past 20 years. In 1996, the average daily traffic on Highway 133 east of Paonia was 3,150 vehicle trips per day. Traffic counts in the Somerset area average 2,000 per day and decrease to only 1,050 per day between the Somerset area and the town of Marble. Based on a one % per year population growth rate, it is estimated that the 2004 average daily traffic on Highway 133 east of Paonia was approximately 3,400 vehicle trips per day. Traffic counts in the Somerset area average 2,160.

CR 710, also called the Minnesota Creek Road, is an all-weather county road with an asphalt surface for the first mile east of Paonia, then becomes a gravel surface. CR 710 also provides access for local residents, stock hauling and recreationists accessing the National Forest. Winter maintenance ends on CR 710 about 1 mile west of the Forest boundary, at the intersection with NFSR 711. CR 710 has been part of the access for MCC's surface facilities since 2001. Primary use has occurred during summer and fall months (generally June through October), although winter use of CR 710 for mining-related drilling and support traffic occurred in 2000 and 2001. Delta County performed road upgrades in 2003 that included resurfacing, curve widening and turnout construction.  Traffic count data collected by Delta County at "end of pavement" on CR 710 in August 2002 showed 83 passes (about 41 round trips). This count was taken during the active MCC drilling season in 2002. Delta County also reports the results from a 1999 engineering study that estimated traffic counts based on the number of residences a road serves. The basic assumption was for 10 trips per day for every residence (5 round trips). Using this method, the traffic on the Minnesota Creek road ranged from about 150 round trips close to Paonia Town limits, 75 round trips past the last road intersection, and 10 round trips at the end of the road.  At this time, traffic counts can double in the summer months due to drilling related traffic. Traffic can also increase during the general hunting seasons.

The GMUG manages NFSR 711 as a low standard road, suitable for high clearance vehicles. The road is native surface with spot gravelling. Recently, about 4.5 miles have been upgraded with blading, gravelling, curve widening and turnout construction. MCC completed these upgrades under a Forest Service Road Use Permit for methane drainage. In the past, Like CR 710, NFSR 711 is a primary access route for MCC's methane drainage drilling. Traffic use on NFSR 711 is low. A small amount of traffic uses the road for recreational purposes, including ATVs, dirt bikes and occasional mountain bikes.  Grazing permittees also use the road for access to range allotments, and hunters use the road to access hunting areas. Within the parent lease area, NFSR 711 is native surface, and has had some recent upgrades up to the location where the road crosses Deep Creek. The Forest Service and MCC installed a low water crossing on NFSR 711 at Deep Creek in 2003. East of that crossing, NFSR 711 becomes more primitive, passable only by high clearance vehicles. Snowmobiles use the NFSR 711 as a travel route.  This road may be needed for future use associated with the lease modifications, although that is uncertain at this time.

Primary access to existing MCC surface facilities is via the MCC's private access Sylvester Gulch Road from MCC's mine facilities.

### Roadless Character

For roadless character, the impact and cumulative area is the lease modifications area. The Roadless Area Conservation Rule has been the subject of various litigation and interim and as of November 7, 2011 not in effect because an injunction in Wyoming District Court has not been formally lifted.  The Colorado Roadless Areas are currently under draft analysis and are also not in effect.  The majority of both lease modifications is located in the West Elk Inventoried Roadless Area (IRA).  This area was inventoried in 1979 as part of Roadless Area Review and Evaluation (RARE II), but not carried forward for wilderness designation.  The Colorado Wilderness Act of 1980 released the portions of the West Elk IRA that were not added to the West Elk Wilderness and all other GMUG National Forests lands for non-wilderness management. The IRA was further not designated for management as roadless in GMUG Forest Plan or as further planning area for wilderness. A 1993 evaluation determined that the

BLM_0049775

West Elk IRA had compromised roadless character and was reevaluated in the 2002 EA for Methane Drainage, as well as the 2008 EIS for E-Seam development.

The "Sunset Trail Roadless Area", which the lease modification area is referred to by various groups, is a small subset of the West Elk Roadless Area that came about in the Draft Forest Plan Revision, a draft plan that has been rescinded because of litigation over the Planning Rule(s) it was prepared under. Various documents describe this parcel in different ways. Much of the West Elk Roadless Area (current Forest Plan designation) describes the West Elk IRA as having compromised character due to management activities before and after 1979 including roads, ditches, reservoirs, full-size trails, etc. Forest Plan prescriptions have guided the management of the area from the date of the Plan and intermittently when the Roadless Rule has not been in effect. Road construction or reconstruction in the IRA/CRA is subject to rules or directives in place at the time activities are proposed in the parent leases and a stipulation that addresses development scenarios for Roadless Areas is included in the Proposed Action. The current Forest Plan direction allows for road building in this area. Additional discussion on roadless characteristics can be found in the Deer Creek Shaft and E Seam Methane Drainage Well Project EIS.

BLM_0049776

**Figure 3.29b.  Roadless Area Boundaries.**



BLM_0049777

## No Action Alternative Environmental Effects

Under the No Action Alternative, mining of the reserves at the West Elk Mine would continue at existing rates until the coal reserves are depleted. No additional impacts on the transportation system would be expected. On-going effects related to methane drainage drilling would continue to occur on CR 710/NFSR 710 and NFSR 711 until project completion. Other uses of the existing roads would continue to occur. Additional approved temporary roads related to post-lease mining related to operations on the parent leases are yet to be constructed including those that fall in the West Elk IRA.

## Proposed Action Alternative Environmental Effects

### Roads and Trails

The existing use of State Highway 133 as access to the mine operations and facilities would continue at close to the existing rate for an additional 1.6 years. No additional demand for transportation of employees to MCC's mine surface operations facilities, or coal handling and transport facilities would be required under this alternative. Mining operations and processing would be extended throughout the period required to mine available coal.

Subsidence-related surface tension cracks are not anticipated to form on roads that are in the lease modifications (NFSR 711/710). Trails effects are described in Section 3.28.

Some level of traffic (even though the primary access is the gated Sylvester Gulch Road) on CR 710/NFSR 710 and NFSR 711 would continue until completion of the currently approved methane drainage activities. If post-leasing surface use on the lease modifications is proposed (Section 3.2,), CR 710/NFSR 710 and NFSR 711 may be used to access the modification area for additional MDW facilities and associated gated access roads. There will likely be a small amount of traffic associated with installing water monitoring devices and subsidence monitoring devices, along with trips to take measurements at these locations.

Section 3.2 notes that up to 48 MDWs (48 acres disturbance) may be needed over the life of the lease modifications, which in turn would require 6.5 miles temporary access roads (24 acres disturbance) to be built. This surface disturbance would be temporary, as drill pads and temporary roads would be reclaimed by recontouring the land surface, obliterating the road prism, and revegetating the disturbed area. These temporary access routes would not be open to the public. Traffic levels on CR 710 and NFSR 711 would likely not experience any change from current levels and NFSR 710 (especially near Beaver Reservoir) may experience increased traffic and or need upgrades for over-sized vehicles such as drill rigs for MDWs for safe travel by MCC or the public. .

### Roadless Character

The decision to consent to the coal lease modifications and subsequent mining of the coal will not affect roadless status as subsidence does not create roads or remove timber. However, any post-leasing development may temporarily impact roadless character on approximately 24 acres if roads are constructed. Lease modifications will be restricted by whatever roadless area management direction or rule-making is in place as a stipulation that addresses development scenarios for Roadless Areas has been added or will be compliant with Forest Plan direction if there is no roadless direction in place. The parent leases also contain a Lease Notice regarding roadless issues and that road construction could be affected by rule for roadless area management.

## Cumulative Effects

### Roads and Trails

Cumulative effects in the form of wear and tear, traffic, and safety issues would continue on the existing transportation system from vegetation management activities for wildlife habitat improvements, range management, recreational users, private residences and coal mining.

MCC has several miles of approved constructed and planned temporary roads just north of the lease modifications. Approved MDWs and temporary access roads will be reclaimed after use. Access for drill

BLM_0049778

rigs and supplies would continue to use the CR 710/NFSR 710 and NFSR 711routes, and will continue to maintain higher traffic levels for the next several years. MCC would be responsible for any road damage and repairs needed. Roads and trails would continue to be managed under Forest Service travel management direction.

Subsidence-related surface tension cracks are anticipated to form on road and/or trails that are in the parent lease areas on near NFSR 711 and possibly on routes crossing private (Figure 3.2). Depending on location above the mine workings, cracks ranging from a few inches to a foot wide may form on a road or trail. It is anticipated that surface tension cracks, if they form, would be dispersed and not concentrated, therefore, they would not affect the overall quality or usability of the trail. Some cracks may naturally attenuate, and other may need to be repaired in order to maintain a safe travelway.

### Roadless Character

Roadless character in the West Elk IRA would continue to be impacted by on-going management activities including range management and coal mining where access to surface facilities or appurtenances are required and wildlife vegetation treatments where timber is removed.

## Consistency with Forest Plan and Other Laws

This activity is consistent with the GMUG Forest Plan, the Gunnison National Forest Travel Management Plan (2010), and Forest Service Handbook (FSH) 7700. There is no current direction other than the Forest Plan for management of roadless areas, even though the 2001 Roadless Rule has been reinstated by the Circuit Court, the injunction has not been formally removed in the District Court as of November 7, 2011.

## 3.30 Heritage Resources

## Affected Environment

According to personal accounts of on-the-ground visits, there is little possibility of historic structures in this thickly vegetated, rugged area and no cliffs with overhangs exist that could contain cultural resources that could be disturbed by subsidence. Three cultural resource inventories have occurred within the project area and no heritage resources were located.

## No Action Alternative Environmental Effects

Under the No Action Alternative, there would be no effect on heritage resources.

## Proposed Action Alternative Environmental Effects

Because there is no surface disturbance proposed at the leasing stage, this project has been assessed and found to have no potential to affect cultural resources, as defined in regulations 36 CFR 800. The undertaking would not impact any cultural resources that might exist in the lease modification area, based on our understanding of the proposed action. Therefore, no inventory will be carried out and no consultation with the State Historic Preservation Office is required.

An indirect effect to cultural resources related to leasing is subsidence. Subsidence could occur due to mining activities below the ground surface. If future surface disturbing activities are proposed in the project area, they will be assessed to determine the need for on-the-ground cultural resource surveys.

Also, if any cultural resources are discovered and are being disturbed in the course of implementing this project, all activity in the vicinity of the site must cease until an archaeologist can evaluate the findings.

The finding of No Potential to affect is based on the Proposed Action causing little to no ground disturbance.

Should future surface development occur, lease stipulations require site-specific cultural resource surveys which will further protect the resource.

BLM_0049779

## Cumulative Effects

No cultural resources have been found in the project area to date. No present or reasonably foreseeable actions are likely to affect cultural resources as long as measures are taken to complete site-specific surveys before ground disturbance occurs and mitigation is applied to protect any new significant sites. Following these measures, there will be no cumulative effects.

## Consistency with Forest Plan and Other Regulations

The proposed action is consistent with the National Historic Preservation Act of 1966 (amended in 1976, 1980, and 1992) and all other heritage resource management laws and regulations that support, clarify, or expand on the National Historic Preservation Act. It also complies with Federal Regulations 36 CFR 800 (Protection of Historic Properties), 36 CFR 63(Determination of Eligibility to the National Register of Historic Places, 36 CFR 296(Protection of Archaeological Resources), and Forest Service Manual 2360 (FSM 2360) which provide the basis of specific heritage resource management practices. Several other laws address various aspects of heritage resource management, including NEPA, NFMA, Antiquities Act of 1906, Historic Sites Act of 1935, and the Archaeological Resource Protection Act of1979 as amended in 1988 The National Historic Preservation Act calls for tribal participation in the consultation process (Section 106). The proposed action is consistent with all of the laws listed herein governing cultural and historic resources. Alternatives are consistent with the Forest Plan, Standard Lease Notice for Lands under the Jurisdiction of the Department of Agriculture and all other laws governing archaeological resources.

## *3.31 Visuals*

This section discusses the indirect and cumulative effects of leasing on visual resources.

The GMUG Forest Plan (1983, amended 1991) promotes protection, and if possible enhancement, of the visual quality of an area.

The Forest Service determined Visual Quality Objectives when the Forest Plan was developed in1983. Since then, the Forest Service has changed to the Scenery Management System (Agricultural Handbook 701). Visual impacts to the lease modification areas will be analyzed based on whether a visual impact is able to be detected from the travelways within the lease modifications and whether or not the viewshed meets the assigned scenic integrity level.

## Affected Environment

The project area and cumulative effects study area for visual resources includes the viewsheds potentially affected by the mining activities associated with the proposed action. This area is defined as the lease modification areas.

The lease modifications are located in Gunnison County, generally east of the town of Paonia and southeast of Somerset. Residents and tourists visit the area for scenic and recreation values.

The Scenery Management System, described in FS Agriculture Handbook 701, outlines the process for inventorying and analyzing aesthetic values on NFS lands (FS 1995b). Scenic resources are defined as attributes, characteristics, and features of landscapes that provide varying responses from and varying degrees of benefits to humans.

Scenic integrity is the state of naturalness or, conversely, the state of disturbance created by human activities or alteration (FS 1995b). Integrity is stated in degrees of deviation from the existing landscape character in a National Forest. Scenic integrity is a continuum ranging over the following five scenic integrity levels:

- Very high (unaltered): Refers to landscapes where the valued landscape character is intact with only minute, if any, deviations. The existing landscape character and sense of place is expressed at the highest possible level.

- High (appears unaltered): Refers to landscapes where the valued landscape character appears intact. Deviations may be present but must repeat the form, line, color, texture, and pattern common to the landscape character so completely and at such scale that they are not evident.
- Moderate (slightly altered): Refers to landscapes where the valued landscape character appears slightly altered. Noticeable deviations must remain visually subordinate to the landscape character being viewed.
- Low (moderately altered): Refers to landscapes where the valued landscape character appears moderately altered. Deviations begin to dominate the valued landscape character being viewed, but they borrow valued attributes such as size, shape, edge effect, and pattern of natural openings; vegetative type changes; or architectural styles outside the landscape being viewed. They should not only appear as valued character outside the landscape being viewed but compatible or complimentary to the character within.
- Very low (heavily altered): Refers to landscapes where the valued landscape character appears heavily altered. Deviations may strongly dominate the valued landscape character. They may not borrow from valued attributes such as size, shape, edge effect, and pattern of natural openings; vegetative type changes; or architectural styles within or outside the landscape being viewed. However, deviations must by shaped and blended with the natural terrain (landforms) so that elements such as unnatural edges, roads, landings, and structures do not dominate the composition.

Both very high and high scenic integrity levels are for areas where primitive scenic resources are found. Typically, the foreground, middle-ground, and background distance zones have an undisturbed appearance. These areas are more remote and are used for low impact activities, such as hiking. Moderate scenic integrity level areas are for areas where relatively natural scenic resources are found. Typically, the distant middle ground and background distance zones have alterations to scenic resources that are visible but difficult to identify. Some effort is needed to access these areas. Both low and very low scenic integrity levels are for areas where scenic resources are altered by human activities and structures. Typically, the foreground, middle ground, and background distance zones have disturbances to scenic resources that are readily noticeable. These areas are readily accessible due to the presence of roads and are used for high-impact activities, such as OHV recreation. Scenic integrity level objectives identify how scenic resources are to be managed. The objectives vary depending on the location, quality, uniqueness, sensitivity, and desired use of the scenic resources.

Impacts on visual resources can be either positive or negative, depending on the type and degree of visual contrasts introduced to a landscape. Where modifications repeat the general elements of the natural landscape, the degree of visual contrast is lower, and the impacts are generally perceived less negatively. Where modification introduces pronounced changes, the degree of contrast is greater, and impacts are often perceived more negatively.

The lease modification areas have Scenic Integrity Objectives of "moderate" and "moderate/high".

The lease modifications are not directly visible from a public highway or NFSRs which are secondary travelways and low use areas. However, there may be a concern that some post lease activities could be visible from vistas within the nearby Wilderness.

## No Action Alternative Environmental Effects

Under the No Action Alternative, the lease would not be approved. No impacts to the visual environment are expected if the No Action Alternative is selected.

## Proposed Action Alternative Environmental Effects

Under the Proposed Action, the Forest Service would consent to leasing, and BLM would modify the leases. Mining activities could occur under the area. Visual impacts would be limited because underground access to the mine would most likely be via existing West Elk Mine. The mining activity itself would likely lead to subsidence. The subsidence report does not indicate any major visual impacts to be expected from mining, subsidence or tension cracks related to the proposed action (Agapito 2005, see Appendix B). The report notes that crack widths of up to 6 inches and lengths up to 300 feet (WWE

BLM_0049781

2003) have been observed in the West Elk Mine. The report also notes that subsidence has the potential to activate or increase landslide activity; this has only been documented once at the West Elk Mine, and it has been documented to be a direct result of underground mining in one instance elsewhere in the North Fork Valley Mining District. There would be little to no visual impact on the area because the size of the cracks would not be visible from any travelway, limiting access to the viewshed. There is the slight increase in the possibility of a landslide; however, since landslides occur naturally within the project area and the landslide would be not be a dominant feature of the viewshed, the impact on visual quality would be minimal.

There would be no direct impacts on visual resources from this leasing action. However, there may be indirect or cumulative impacts related to future development as described in the RFMP (Section 3.2). During this leasing stage, a stipulation (see Chapter 2 for stipulation language) would be applied to Scenic Integrity levels of "high" or "moderate" within the lease nomination area to protect scenic resources. Post-lease surface disturbances that may be visible included roads and MDWs and associated vegetation removal. However, these should not be visible from public travelways due to distance from travelway, topography and vegetative screening. Use of the lease stipulation for visual resources will further reduce visual impacts. Concerns that these surface facilities may be visible from the Wilderness (although the definition of Scenic Integrity Objectives is viewing from the lease modifications area not into them) should also not be an anticipated impact because post-lease facilities would not be readily visible from any trail due to topography and vegetative screening and application of the lease stipulation.

## Cumulative Effects

RFMP activities could result in cumulative impacts on visual resources across lease modification area when combined with other vegetation and ground disturbing projects affecting form, line, color, texture, and pattern of the surrounding area. The heights, type, and color of potential development, together with their placement with respect to local topography, short duration of features on the surface and application of stipulation are factors that would contribute to minimizing the extent of visual intrusion on the landscape.

## Consistency with Forest Plan and Other Regulations

The lease modifications with their lease stipulation are consistent with Forest Plan visual objectives and the Scenery Management System (FS Agricultural Handbook 701)

## *3.32 Socioeconomics*

## Affected Environment

The Environmental Justice Executive Order 12898 (February 1994) places attention on any adverse human health and environmental effects of agency actions that may disproportionately impact minority and low-income populations. Low-income populations are households that live below the subsistence or poverty level as defined by local, states, or national government. The Order simultaneously directs Federal agencies to avoid making decisions that discriminate against these communities. Environmental justice means that to the greatest extent practicable and permitted by law, 1) populations are provided the opportunity to comment before decisions are rendered on, and 2) are allowed to share in the benefits of, are not excluded from and are not affected in a disproportionately high and adverse manner by government programs and activities affecting human health or the environment.

The area of influence for the social and economic elements of this EA includes both Delta and Gunnison counties in west central Colorado. Delta County is the area of influence for the population and demographic component because the majority of employees at the coal mining facilities and their families live within the communities in its jurisdiction. Gunnison County is included in the economic area of influence because the lease modifications are located within its jurisdiction adjacent to the West Elk Mine operated by MCC. Gunnison County receives tax and other revenues from mine operations.

BLM_0049782

*Environmental Assessment*                    *Federal Coal Lease Modifications COC-1362 & COC-67232*

The cumulative impact area would include both Gunnison and Delta counties. Baseline data for the counties in the area of influence includes population and demographic data as well as current business and economic statistics information for the Information in this section was obtained from the US Bureau of the Census based on the 2000 census and 2009 Census Bureau data. Additional information was obtained from the Sonoran Institute (2004).

## Population

Table 3.32 presents basic population and demographic information for Delta and Gunnison Counties and the state of Colorado.

**Table 3.32.  Population by Category, 2000 and 2009, Delta and Gunnison Counties and the State of Colorado.**

| Population | Delta County | Gunnison County | Colorado |
|---|---|---|---|
| 2000 | 27,834 | 13,956 | 4,302,015 |
| 2009 | 31,322 | 15,350 | 5,024,748 |
| % Change | 12.5% | 10% | 16.8% |
| Male (2008) | 49.8% | 53.5% | 50.4% |
| Female (2008) | 50.2% | 46.5% | 49.6% |
| Under 5 years | 5.8% | 5.6% | 7.3% |
| Under 18 years | 21.4% | 18.0% | 24.4% |
| 65 years and over | 19.9% | 7.2% | 10.3% |
| % Minority (2008) | 16.4% | 9.8% | 29% |
| % Below poverty (2008) | 12.1% | 12.0% | 11.2% |

Source: US Census Bureau, http://quickfacts.census.gov/qfd/states/08/08051.html

Delta County comprises 1,142 square miles with 24.4 people per square mile and a total population of 31,322 people in 2009. Delta County grew by almost 12.5% between 2000 and 2009. According to the Sonoran Institute (2004), Delta County grew slower than the state but faster than the nation between 1970 and 2000, with an annual average growth rate of approximately 17%. The median age in Delta County is 42.3 years with 21.4% of the population being under the age of 18 and almost 20% being 65 years or older. Over 80% of the people age 25 and older in Delta County have graduated from high school, and just over 17% have graduated from college (US Census Bureau 2001).

The Town of Delta is the largest town in Delta County with a 2000 population of 6,400, an increase of 75% since 1990. Other communities in the county include Cedaredge (2000 population of 1,854), Crawford (2000 population of 366), Hotchkiss (2000 population of 968), Orchard City (2000 population of 2,880), and Paonia (2000 population of 1,497) (US Census Bureau 2000). The 2009 US Census reports that there were 13,391 housing units in Delta County that housed 11,058 households, indicating a vacancy rate of approximately 17%. Only 3.7% of the vacant houses are classified as seasonal, recreational, or for occasional use. Approximately 8% of rental units were classified as vacant. There were 2.43 persons per household. Delta County had a home ownership rate of 77.5% in 2000, well above the state average of 67%. The median value of an owner occupied housing unit was $115,500, well below the state average of $166,600 (US Census Bureau 2001).

## Economic Resources

The area of influence for economic resources is comprised of Delta and Gunnison counties. Delta County is the county of residence for most of the mining personnel and supports most of the indirect employment

BLM_0049783

that provides supplies and services to mine workers and their families. Gunnison County is included in the area of influence because the lease modifications are located in Gunnison County, and the county receives royalty and tax revenues from the mine.

Gunnison County receives about $2 million annually in tax revenues from the West Elk Mine. Mining companies are the largest property tax revenue sources for Gunnison County. Gunnison County has identified the areas surrounding the coal mines as the *North Fork Valley Coal Resource Special Area.*

Together, these counties supported 25,316 full- and part-time jobs in 2009, an increase of 16,804 jobs since 1970. In Gunnison County, approximately 600 of its 9004 wage and salary jobs are in the mining sector-an increase of 285 jobs since 1970. Mining employment in Delta County in 2000 was not reported in the EPS system or US Census documents because the data was suppressed for confidentiality (Sonoran Institute 2004). The unemployment rate in Gunnison County in 2009 was 4.9%, much lower than the statewide average of 8.4 % for the same period. The Delta County unemployment rate of 7% was also lower than the statewide average (http://www.bls.gov/lau/laucntycur14.txt).

In 2004, the West Elk Mine employed approximately 378 full and part time workers with an annual payroll of approximately $29 million (MCC 2004). Average mining wages in 2001 ($50,705) were more than twice the average wage for other employment sectors in the project area ($23,254) (Region 10 Review, 2003). Arch Coal (MCC's parent company) estimates that for every one coal job 7 service-sector jobs are supported.  The West Elk Mine spent approximately $32 million in 2003 locally for materials, supplies, and services; royalty and tax payments totaled approximately $13 million (MCC 2004). Total direct economic benefits associated with the West Elk Mine exceed $70 million annually (USDA Forest Service 2004).

### Environmental Justice

Executive Order 12898 (Feb. 11, 1994), *Federal Actions to Address Environmental Justice in Minority and Low-Income Populations* was executed to avoid a disproportionate placement of adverse environmental, economic, social, or health effects from Federal actions and policies on minority and low-income populations. Analysis requires the identification of minority and low income populations that may be affected by any of the alternatives.

The area of influence for environmental justice is Delta County, Colorado, where the majority of West Elk Mine workers and their families live. Demographic information on ethnicity, race, and economic status is provided in this section as the baseline against which potential effects can be identified and analyzed.

### Identification of Minority and Low Income Populations

For purposes of this section, minority and low income populations are defined as follows:

- *Minority populations* are persons of Hispanic or Latino origin of any race, Blacks or African Americans, American Indians or Alaska Natives, Asians, and Native Hawaiian and other Pacific Islanders.

- *Low-income populations* are persons living below the poverty level. In 2000, the poverty weighted average threshold for a family of four was $17,603 and $8,794 for an unrelated individual. Estimates of these two populations were then developed to determine if environmental justice populations exist in Delta County (see Table 3-32).

In 2009, Delta County had a population of 31,322 persons, of which approximately 5137 (16.4 %) were minorities and approximately 3,790 (12.1 %) were living below the poverty level. Minority populations were lower in Delta County than in the state of Colorado; the low-income population in Delta County was higher than for the state of Colorado. The Council on Environmental Quality (CEQ) identifies minority and low income groups as EJ populations when either (1) the population of the affected area exceeds 50 % or (2) the population percentage in the affected area is meaningfully greater (generally taken as being at least 10% more) than the population percentage in the general population of the region or state.  Neither the minority population percentage nor the low-income population percentage meets the CEQ guidelines. As a result, it is assumed that no environmental justice populations exist within the area of influence, and no impact analysis is required.

BLM_0049784

### Protection of Children

Executive Order 13045, *Protection of Children from Environmental Health Risks and Safety Risks* (April 21, 1997), recognizes a growing body of scientific knowledge which demonstrates children may suffer disproportionately from environmental health risks and safety risks. These risks arise because (1) children's bodily systems are not fully developed, (2) children eat, drink, and breathe more in proportion to their body weight, (3) their size and weight may diminish protection from standard safety features, and (4) their behavior patterns may make them more susceptible to accidents. Based on these factors, the President directed each Federal agency to make it a high priority to identify and assess environmental health risks and safety risks that may disproportionately affect children. The President also directed each Federal agency to ensure that its policies, programs, activities, and standards address disproportionate risks to children that result from environmental health risks or safety risks.

Children are seldom present at the coal mining facilities. On such occasions, the coal mining companies have taken and will continue to take precautions for the safety of children by using a number of means, including fencing, limitations on access to certain areas, and provision of adult supervision. No additional impact analysis is required.

## No Action Alternative Environmental Effects

Under the No Action Alternative, the primary impact would be that the estimated 10.1 million tons of recoverable coal would not be mined. Mining of the reserves at the West Elk Mine would continue at existing rates until the coal reserves are depleted. Reductions in jobs and associated salaries, local expenditures, royalty and tax payments would not be realized until after the reserves are depleted. This alternative would limit the opportunity to realize economic benefits. These benefits could be realized for an additional 10-12 years from federal and private coal reserves. The Federal government (US Treasury) would not receive the rents and royalties associated with mining the coal in the lease modifications.

## Proposed Action Alternative Environmental Effects

Assuming that the coal in the lease modifications is approved and MCC uses the existing West Elk Mine operations and facilities, there would be no new or added employment at the West Elk Mine. No additional demand for housing or municipal services would be anticipated. Mining operations would be extended throughout the period required to mine recoverable coal reserves in the E Seam, or approximately 19 months of mining at the present extraction rate. BLM estimates that the E Seam coal in the lease modifications would be mined interspersed with coal from existing leases from about 2013 to 2016 and notes that some variations to these timeframes may occur based on permitting, unforeseen mining or geologic circumstances, coal contract variability, etc (BLM 2009). This extension of mining operations would also extend the annual payroll, local expenditures, and taxes and royalty payments for approximately 1.6 years. The direct economic benefits associated with continued mining would equal approximately $5.83 million per month (USDA Forest Service 2004c), which equates to approximately $110 million for the 19 month life of mine extension.  The BLM receives annual payments from coal lease holders based on rents at not less than $3.00 per acre. The rental rates are specified in the lease. Royalty payments are 8% of the value of the coal removed from an underground mine (43 CFR 3473). Royalties from the Federal coal are distributed in the following way: 50% returns to the Federal treasury in the general fund. The other 50% is returned to the State where the coal was mined, with a portion of that percentage being returned to the county where the coal was mined. In Colorado, those funds are managed by the State Department of Local Affairs in the Energy Impact Fund. These monies are distributed on a grant-like basis to counties affected by energy resource development for community benefit projects.

## Cumulative Effects

On a cumulative basis, if the lease modifications were not approved, and not offered for sale, coal mining in the North Fork of the Gunnison River Valley would continue until existing reserves are depleted. At that point, the mining employment sector would be terminated.  Mining the coal reserves in the lease modification would increase the life of mine by up to 19 months (assuming that the modification was

BLM_0049785

approved and the coal was extracted utilizing the West Elk Mine operation and facilities interspersed with existing leases) over the course of approximately 3 years. The cumulative social and economic effects of past, present and reasonably foreseeable actions in the North Fork of the Gunnison River Valley relative to coal mining operations would be to extend the mining employment sector proportionately to the length of the remaining reserves.

## Consistency with Forest Plan and Other Laws

The GMUG Amended Land and Resource Management Plan (Forest Plan), dated September 1991, and the BLM Uncompahgre Basin Resource Management Plan (RMP), dated July 1989, made provisions for coal leasing subject to the application of the coal unsuitability criteria established in 43 CFR 3461.

### 3.33 Short-term Uses and Long-term Productivity

NEPA requires consideration of "the relationship between short-term uses of man's environment and the maintenance and enhancement of long-term productivity" (40 CFR 1502.16). As declared by the Congress, this includes using all practicable means and measures, including financial and technical assistance, in a manner calculated to foster and promote the general welfare, to create and maintain conditions under which man and nature can exist in productive harmony, and fulfill the social, economic, and other requirements of present and future generations of Americans (NEPA Section 101).

Unless otherwise specified, short-term is the life of the project. Long-term effects are defined as those that would occur after coal is mined. Short-term use of environment would not affect the long-term productivity of the proposed lease modification area. Approximately 4 % of lease modifications would be disturbed by action alternatives assuming a RFMP (Section 3.2). After all disturbed areas have been reclaimed, the same resources that were present prior to the project would be available, and reclamation efforts would re-establish vegetation and would mitigate any long-term impacts to the environment, except for the underground coal that would be removed. The leasing of the proposed modifications would not preclude some ongoing uses of the area (e.g., livestock grazing, recreational use, etc.) and the subsequent long-term use of the area for any purpose for which it was suitable prior to the project.

### 3.34 Unavoidable Adverse Effects

Approval of the lease modifications may result in subsidence of the land area and approximately 1 acre of resultant surface cracks as the coal is mined.  Subsidence is addressed as it applies to any of the resource areas in Chapter 3.

### 3.35 Irreversible and Irretrievable Commitments of Resources

Irreversible commitments of resources are those that cannot be regained, such as the extinction of a species or the removal of mined ore. Irretrievable commitments are those that are lost for a period of time such as the temporary loss of timber productivity in forested areas that are kept clear for use as a road.

NEPA requires identification of irreversible and irretrievable commitments of resources. Irreversible resource commitments are those that cannot be reversed (loss of future options). Irretrievable resources commitments are those that are lost for a period of time. Irreversible or irretrievable commitments of resources where identified in these resource areas:

Topographic & Physiographic Environment, Geology, Soils, Watershed

- Once the coal is removed, it cannot be replaced, which is an irreversible commitment of the mineral resources.

- Removal of coal will cause subsidence, which is an irreversible modification of the topography.

- Landslides or other mass movement, are difficult to fully reclaim and may result in permanent landscape features. Stipulations on the coal lease, along with mitigation measures required by the Colorado DRMS mining permit will reduce, but not eliminate these adverse impacts.

BLM_0049786

Vegetation, Threatened & Endangered Species, Sensitive Species, Management Indicator Species,

- Any vegetation removed in the areas of the RFMP would result in an irretrievable resources commitment. These areas would revegetate within a few years, so the commitment is not irreversible.

## 3.36 Cumulative Effects 

All cumulative effects are addressed under each resource area in Chapter 3.

## 3.37 Other Required Disclosures

NEPA at 40 CFR 1502.25(a) directs "to the fullest extent possible, agencies shall prepare draft environmental…statements concurrently with and integrated with …other environmental review laws and executive orders."

- Consultation with State Historical Preservation Office was not required at this time due to surveys reporting no heritage resources.

- U.S. Fish and Wildlife Service was consulted in accordance with the ESA implementing regulations for projects with threatened or endangered species

(Intentionally left Blank)

BLM_0049788

# CHAPTER 4. CONSULTATION AND COORDINATION

## *4.0 Preparers and Contributors*

The Forest Service consulted the following individuals, Federal, State, and local agencies, tribes and non-Forest Service persons during the development of this environmental assessment:

### *ID Team Members:*

Ryan Taylor, District Minerals Specialist

Sally Crum, Zone Archaeologist

Dennis Garrison, District Wildlife Biologist

Clay Speas, Forest Review Biologist

Dave Bradford, District Range Conservationist

Liane Mattson, Leaseable Minerals Program Manager

Levi Broyles, District Ranger

Niccole Mortenson, NEPA Project Specialist

Desty Dyer, BLM Mining Engineer

Carl Johnston, OSM Natural Resource Specialist

### *Federal, State, and Local Agencies:*

BLM- Uncompahgre Field Office and Colorado State Office

OSM

USFWS

Colorado Division of Wildlife

Colorado Division of Reclamation, Mining and Safety

US EPA

### *Tribes:*

Ute Mountain Utes

Southern Utes

(Northern) Utes

## *4.1 Distribution of the Environmental Assessment*

This a link to this EA has been distributed to individuals who specifically requested a copy of the document and those who submitted substantive comments during scoping.

BLM_0049789

(Intentionally left Blank)

BLM_0049790

*Environmental Assessment*                    *Federal Coal Lease Modifications COC-1362 & COC-67232*

# INDEX

43 CFR 3432, 1, 2, 4, 5

43 CFR 3461, 2, 6, 122, 141

Access roads, 16, 101

Affected Environment, 1, 35, 41, 52, 58, 61, 64, 68, 75, 81, 87, 88, 89, 90, 92, 93, 94, 95, 96, 97, 98, 100, 102, 103, 104, 105, 108, 109, 115, 116, 118

Air quality, 41

Air Quality, 8, 9, 30, 37, 41, 42, 47, 62, 63, 131

alternatives, ii, 1, 4, 5, 11, 20, 24, 27, 30, 35, 52, 86, 87, 100, 108, 109, 120, 122

American marten, 31, 88, 99

American three-toed woodpecker, 31, 95

best management practice

> BMP, 31

best management practices, 31, 32, 74

big game, ii, 18, 32, 79, 84

BLM, ii, 1, 2, 3, 4, 5, 6, 14, 24, 37, 38, 47, 48, 49, 50, 52, 71, 81, 98, 121, 122, 125, 137, 140, 141, 146, 147

boreal owl, 31, 93, 148

breeding bird, 19, 32, 105, 147

Bureau of Land Management, i, ii, 1, 2, 132, 150

Canada lynx, 9, 29, 31, 80, 81, 82, 84, 88, 144, 145, 146

Canada Lynx, ii, 16, 80, 81, 132, 144, 145, 146, 150

cattle guards, 32, 107

climate change, ii, 9, 27, 46, 47, 49, 51, 52, 55, 57

Climate Change, 9, 30, 41, 51, 53, 54, 57, 131

$CO_2$ equivalent, 30, 47, 48, 49, 50, 51, 52

coal, ii, 1, 2, 3, 4, 5, 6, 8, 9, 11, 13, 24, 27, 28, 30, 31, 33, 35, 36, 37, 38, 39, 41, 44, 45, 46, 47, 48, 49, 50, 51, 52, 60, 61, 62, 63, 64, 67, 68, 71, 72, 73, 74, 79, 82, 85, 93, 95, 106, 107, 108, 111, 114, 115, 118, 120, 121, 122, 138, 139, 140, 141, 142, 143, 146, 147, 148, 150

Coal, 1, i, 1, 2, 3, 4, 5, 8, 9, 10, 22, 35, 36, 42, 44, 46, 47, 48, 49, 51, 63, 64, 107, 120, 131, 132, 135, 137, 138, 139, 141, 142, 150

Coal mining, 8, 35

Colorado tansy aster, 31

Costs, 57

Cracks, 31, 106

cultural resource inventory, 14

cultural resources, 9, 14, 33, 115, 116

depletion, 19, 31, 74, 97, 145

Direct effects, 35, 86

EA, 1, 9, 10, 37, 100, 112, 118, 125

Energy Policy Act of 2005, 1, 2, 4, 6

Environmental Assessment, 1, i, 1, 9, 125, 132, 134, 135

federal coal lease, 1, 4

Federal Coal Leasing Amendments Act of 1976, 1, 2, 4, 5, 142

Federal Land Policy and Management Act of 1976, 2, 143

flammulated owl, 31, 95, 104, 148

Forest Plan, 4, 6, 9, 11, 16, 23, 29, 30, 32, 33, 37, 58, 61, 64, 67, 74, 79, 81, 82, 83, 86, 87, 89, 91, 92, 99, 100, 101, 102, 103, 105, 108, 109, 111, 112, 114, 115, 116, 118, 122, 145

Forest Service, i, ii, 1, 2, 3, 4, 5, 6, 8, 11, 14, 16, 18, 19, 20, 21, 24, 29, 30, 47, 52, 58, 64, 69, 71, 72, 79, 81, 84, 86, 87, 92, 98, 99, 100, 108, 111, 115, 116, 120, 121, 125, 131, 132, 133, 134, 148, 150

FS, 3, 4, 14, 15, 16, 38, 47, 50, 74, 86, 116, 118, 132, 135

Game winter range, 6

geologic hazard, 19, 30

geology, 20, 61, 64, 67

Geology, 31, 61, 62, 122, 131, 138

Geophysical Exploration, 36

GHGs, 45

GMUG, ii, 2, 4, 6, 7, 13, 16, 29, 30, 37, 58, 64, 67, 74, 79, 81, 82, 84, 87, 89, 90, 91, 92, 94, 98, 99, 100, 102, 103, 111, 115, 116, 122, 132, 141, 143, 145, 150

Grand Mesa, Uncompahgre and Gunnison National Forests, 1, 2, 142

grazing, 6, 11, 32, 36, 79, 85, 89, 97, 101, 105, 106, 107, 108, 122, 142

Greenhouse gases, 27, 30, 45, 49

Greenhouse Gases, 30, 41, 50, 52, 131

groundwater, 31, 68, 71, 72, 73, 74

Gunnison County, 1, i, ii, 2, 11, 98, 116, 118, 119, 120, 135, 138

Health, 27, 38, 42, 50, 57, 63, 92, 121, 131

Hydrology, 54, 68, 71, 73, 131

Indirect effects, 35, 99

issues, ii, 1, 6, 7, 9, 11, 100, 114

landslide, 61, 62, 63, 72, 118

landslides, 41, 58, 60, 61, 62, 63, 64, 67, 68, 72, 78, 83, 118

lease modification, ii, 2, 5, 23, 28, 29, 31, 36, 37, 39, 47, 50, 51, 58, 63, 67, 68, 71, 72, 73, 74, 75, 77, 78, 81, 82, 83, 85, 86, 88, 91, 92, 96, 99, 101, 105, 106, 108, 109, 112, 115, 116, 117, 118, 121, 122, 137, 141, 142, 146, 147, 148, 149

lease modifications, ii, 2, 3, 4, 5, 7, 11, 21, 27, 28, 29, 30, 33, 35, 36, 37, 38, 39, 45, 47, 49, 50, 51, 58, 60, 61, 62, 63, 66, 68, 71, 72, 73, 75, 105, 109, 110, 111, 112, 114, 116, 117, 118, 120, 121, 122, 141, 142, 146, 149

Livestock grazing, 6, 71

Management Indicator Species, 32, 88, 99, 100, 123, 134

*Mancos Shale*, 61, 62, 138

MCC, 2, 3, 4, 8, 10, 11, 27, 28, 30, 35, 36, 37, 38, 44, 45, 47, 48, 49, 50, 60, 63, 68, 69, 71, 111, 114, 118, 120, 121, 134, 135, 137, 138, 139, 140, 141

MDW, 29, 30, 36, 39, 45, 49, 50, 78, 79, 80, 84, 85, 99, 114

MDWs, 3, 36, 37, 38, 39, 41, 45, 49, 50, 51, 52, 78, 83, 85, 108, 114, 118

*Mesa Verde Formation*, 61

methane, ii, 3, 8, 9, 24, 27, 28, 36, 37, 38, 45, 47, 48, 49, 50, 51, 52, 62, 63, 66, 67, 74, 78, 111, 114, 139

methane drainage wells, 3, 36, 37, 38, 45, 49, 50, 74, 78

migratory bird species, 16, 104, 105, 147, 148

migratory birds, 32, 105

Migratory Birds, 32, 104

Mineral Leasing Act of 1920, 1, 2, 5

Mountain Coal Company, 2, 10, 131, 135, 137, 141

National Environmental Policy Act, 1

NEPA, i, 1, 3, 6, 9, 10, 27, 28, 29, 30, 74, 75, 84, 85, 86, 100, 116, 122, 123, 125

northern goshawk, 31, 91, 99

northern leopard frog, 31, 96

Notice of Opportunity to Comment, ii, 7

*NSO*, 29, 30

Office of Surface Mining Reclamation and Enforcement, 4, 143, 149

oil and gas, 31, 37, 47, 62, 63

olive-sided flycatcher, 31, 94, 148

OSM, 5, 6, 47, 64, 125

overburden, 39, 60, 62, 66, 69, 73, 139

Physiographic, 31, 58, 122, 147

Post-lease, 31, 32, 33, 66, 67, 109, 118

Post-lease development, 32, 33, 109

Precipitation, 54, 55

proposed action, 1, 4, 5, 7, 8, 9, 11, 15, 43, 52, 58, 62, 81, 83, 86, 87, 89, 90, 92, 93, 94, 95, 96, 97, 98, 99, 102, 104, 115, 116, 117, 147, 148

Proposed Action, 1, 4, 8, 11, 27, 28, 29, 30, 49, 58, 60, 61, 62, 64, 66, 67, 72, 78, 79, 82, 87, 88, 89, 91, 92, 93, 94, 95, 96, 97, 99, 100, 102, 103, 105, 106, 108, 114, 115, 117, 121

proposed modifications, 35, 36, 60, 122

purple martin, 31, 98, 147

pygmy shrew, 31, 89

*Quaternary Deposits*, 61

BLM_0049792

Range, 32, 36, 98, 105, 106, 108, 125, 132, 133, 134

Range Resources, 32, 105

raptor, 30, 92, 147

raptors, ii, 18, 30, 147

Reasonably Foreseeable Mine Plan, 11, 38, 83

recreation, 11, 32, 37, 57, 79, 85, 98, 100, 108, 109, 116, 117, 142

Recreation, 32, 37, 57, 74, 108, 142

RFMP, 11, 30, 38, 66, 78, 81, 105, 106, 109, 118, 122, 123

Riparian, 6, 20, 77, 90

road, 3, 16, 22, 28, 29, 30, 36, 37, 39, 49, 64, 67, 71, 74, 77, 78, 79, 83, 84, 85, 86, 87, 88, 89, 90, 96, 98, 99, 100, 101, 109, 111, 112, 114, 115, 122, 143

Roadless, ii, 3, 8, 22, 28, 29, 33, 37, 109, 111, 112, 113, 114, 115

Roadless Character, 8, 111, 114, 115

roads, 3, 13, 16, 21, 22, 28, 33, 36, 37, 38, 39, 41, 45, 48, 49, 50, 60, 61, 63, 66, 67, 77, 78, 79, 82, 83, 85, 87, 93, 94, 95, 96, 98, 100, 101, 106, 107, 108, 109, 112, 114, 117, 118, 134, 143

Rocky Mountain thistle, 31, 98, 99

Secretary of Agriculture, 13, 22, 142

Secretary of Interior, 2, 13, 22

sedimentation, 31, 61, 63, 67, 71, 72, 74, 149

Sensitive species, 16

Sensitive Species, 31, 32, 86, 87, 99, 123, 133, 134, 148

Socioeconomics, 8, 33, 118, 134

Soils, 31, 64, 67, 122

stipulation, 3, 24, 29, 30, 33, 118

stipulations, ii, 2, 3, 4, 6, 8, 13, 28, 29, 30, 31, 35, 63, 67, 77, 78, 82, 83, 84, 87, 88, 91, 92, 96, 115, 142, 147

subsidence, ii, 3, 8, 10, 11, 20, 21, 28, 31, 32, 33, 38, 39, 40, 41, 60, 61, 62, 63, 66, 67, 68, 69, 72, 73, 74, 78, 82, 83, 84, 106, 108, 114, 115, 117, 122, 141, 149

Subsidence, 9, 21, 31, 32, 35, 39, 41, 60, 63, 66, 69, 72, 73, 74, 106, 107, 108, 114, 115, 122, 131

Sudden Aspen Decline, 31, 81

Surface Land Management Agency, 1, 2

Surface Mining Control and Reclamation Act of 1977, 2, 5, 64, 142, 143, 149

surface-disturbing activities, 14, 15

Threatened & Endangered Species, 31, 80, 123

Threatened or Endangered species, 16

Topographic, 31, 58, 60, 122

Topography, 35, 58, 59

Uncompahgre Field Office, 2, 4, 125, 141

Upper Cretaceous Mesa Verde Formation, 61

vegetation, 8, 9, 10, 16, 29, 30, 31, 50, 57, 61, 75, 77, 78, 79, 81, 83, 84, 85, 86, 87, 88, 90, 97, 98, 101, 105, 107, 108, 114, 115, 118, 122, 123, 142, 145

Vegetation, 31, 75, 76, 77, 79, 85, 86, 87, 108, 123, 133

Ventilation air methane, 27, 48

*Wasatch Formation*, 61, 80, 138, 145

water, ii, 6, 9, 10, 19, 21, 29, 31, 39, 47, 53, 54, 57, 64, 65, 66, 68, 69, 71, 72, 73, 74, 80, 91, 93, 96, 97, 106, 107, 111, 114, 139, 145, 149

Water, 19, 20, 29, 31, 53, 65, 68, 69, 70, 72, 73, 74, 77, 79, 85, 97, 106, 131, 142, 145, 149, 150

West Elk, 2, 3, 8, 10, 22, 24, 29, 35, 36, 37, 38, 42, 43, 48, 49, 50, 52, 58, 64, 68, 71, 72, 73, 74, 107, 109, 111, 112, 114, 115, 117, 118, 120, 121, 122, 131, 135, 138, 139, 140, 141

wilderness, 29, 37, 38, 50, 111, 143

Wildlife, 7, 9, 16, 19, 36, 79, 80, 85, 100, 101, 104, 123, 125, 132, 133, 134, 142, 144, 145, 146, 147, 150

BLM_0049793

BLM_0049794

*Environmental Assessment*                    *Federal Coal Lease Modifications COC-1362 & COC-67232*

# REFERENCES CITED

## *Air Quality, Greenhouse Gases & Climate Change*

(Other references are given by web links in the document text)

CAPCC. 2006. Colorado Department of Public Health and Environment, Air Pollution Control Commission website www.cdphe.state.co.us/regulations/airregs/index.html

CDPHE (Colorado Department of Public Health & Environment). 1983. CDPHE – Water Quality Control Commission, Classification and Numeric Standards for Gunnison and Lower Delores River Basins (5 CCR 1002-35). Amended: December 14, 1998.

USDA FS 2007. Deer Creek Shaft and E Seam Methane Drainage Wells Project FEIS August 2007 Records of Decision August 2007 (Shaft), November 2007, March 2008 and Errata January 2008.

US EPA, 2006a. United States Environmental Protection Agency website www.epa.gov/air/data

US EPA, 2006b. United States Environmental Protection Agency website www.epa.gov/natllibra/core/envlaw.htm.

US EPA 2010, U.S. Underground Coal Mine Ventilation Air Methan Characterization (Ventilation Air Methane). July 2010.

USDA FS 2007. Deer Creek Shaft and E Seam Methane Drainage Wells Project FEIS August 2007 Records of Decision August 2007 (Shaft), November 2007, March 2008 and Errata January 2008.


WorldCoal, May 2010 Article. Jayne Somers, US Environmental Protection Agency, and Michael Cote, Ruby Canyon Engineering, US, discuss new developments with coal mine methane projects in the US.

## *Geology, Watershed, Soils*

Ackerman, D.J. and T. Brooks. 1985. Reconnaissance of Ground-Water Resources in the North Fork of the Gunnison River Basin, Southwestern Colorado. USGS Water Resource Investigation Report 85-4230. Denver, CO: USGS.

Agapito and Associates, Inc. 2005. Dry Fork Federal Coal Lease by Application Subsidence Evaluation.

Completed for the USDA Forest Service, Gunnison National Forest. Agapito Associates, Inc. December 2004.

Brooks, T. 1983. Hydrology and Subsidence Potential of Proposed Coal-lease Tracts in Delta County, Colorado. USGS Water Resources Investigations Report 83-4069. Denver, CO: USGS.

Cryer, D.H., Hughes, T.J. 1997. Soil Survey of Grand Mesa – West Elk Area, Colorado. Parts of Delta,

Garfield, Gunnison, Mesa, and Montrose Counties. Interim Report. Last Edited August 22, 1997.

HydroGeo. 2003. West Elk Mine 2002 Annual Hydrology Report, HydroGeo, Inc. report for Mountain Coal Company, April.

HydroGeo. 2009. West Elk Mine 2009 Annual Hydrology Report, HydroGeo, Inc. report for Mountain Coal Company.

Koontz, W. 2003. West Elk Mine Geologist, Mountain Coal Company Personal Communication with Liane Mattson, USDA Forest Service, November 20.

WWE. 2010, Subsidence and Geologic Field Observations, Wright Water Engineers, Report to Mountain Coal Company.

BLM_0049795

USDA Forest Service. 2003. Environmental Assessment: West Flatiron Federal Coal Lease-By-Application Tract, COC-67011. USDA Forest Service, Grand Mesa, Uncompahgre and Gunnison National Forest. Pp. 3-16.

## *Threatened and Endangered Species*

CDOW (Colorado Division of Wildlife). 2005. General Locations of Lynx (Lynx Canadensis) Reintroduced to Southwestern Colorado from February 4, 1999 through February 1, 2005. http://wildlife.state.co.us/NR/rdonlyres/F92E6FCD-BCB5-4711-8EE6-A9398EA77999/0/LynxLocations_Feb2005.pdf

CDOW. 2005a. Lynx Update, August 15, 2005. http://www.utahwolf.net/assests/Aug1505Lynxfullupdate.pdf

CDOW. 2006. Lynx Update, November 8, 2006. http://wildlife.state.co.us/NR/rdonlyres/56F725F1-39DD-45E2-8F6F-5EE51AD03E2F/0/LynxUpdateNov92006.pdf

CDOW. 2009. Lynx Update, May 25, 2009. http://wildlife.state.co.us/NR/rdonlyres/1E7C95D0-53F3-41EB-82DD-26134C0FF261/0/LynxUpdateMay252009.pdf

Gunther, K.A., M.J. Biel and H.L. Robison. 1998. Factors Influencing the Frequency of Road-killed Wildlife in Yellowstone National Park. In Evink G.L., P.Garrett, D. Zeigler and J. Berry eds. 1998. Proceedings of the International Conference on Wildlife Ecology and Transportation. FL-ER-69-98. Florida Department of Transportation, Tallahasee, FL. Pgs 32-42.

Ruediger, B. et al. 2000. Canada Lynx Conservation Assesment and Strategy. 2nd Edition. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest Service Publication #R1-00-53, Missoula, MT. pgs 1-3, 1-10, 1-11, 1-13.

Ruggerio, L.F., K.B. Aubry, S.W.Buskirk and others. 2000. Ecology and Conservation of Lynx in the United States. University Press of Colorado, Boulder, CO. pgs 122, 183-191

Ruggerio, L.F., K.B. Aubry, S.W. Buskirk, L.J. Lyon and W.J. Zielinski. 1994. The Scientific Basis for Conserving American Marten, Fisher, Lynx and Wolverine in the Western United States. General Technical Report RM-254. Ft. Collins, CO. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station. Pgs 8, 24-27, 114-115.

USDA Forest Service, 1991. Amended Land and Resource Management Plan, Grand Mesa, Uncompahgre, and Gunnison National Forests. Delta, CO.

USDA Forest Service. 2005. Canada Lynx Conservation Agreement; US Forest Service and US Fish and Wildlife Service. USFS Agreement #00-MU-11015600-013.

USDA Forest Service 2008. Southern Rockies Lynx Management Direction Record of Decision. Denver, CO.

USDI Fish and Wildlife Service. 2005. Recovery Outline; Contiguous United States Distinct Population Segment of the Canada Lynx, 9/14/05. USFWS, Helena, Montana. 21pp.

USDI Fish and Wildlife Service. 2005a. Proposed Designation of Critical Habitat for the Contiguous United States Distinct Population Segment of the Canada Lynx; Proposed Rule. Federal Register, Vol. 70, No. 216, 68303.

USDI Fish and Wildlife Service. 2006. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for the Contiguous Unites States Distinct Population Segment of the Canada Lynx; Final Rule. Federal Register, Vol. 71, No. 217, 66008-66061.

USDI Fish and Wildlife Service. 2007. Letter of Concurrence for Deer Creek Shaft and E-Seam Methane Drainage Well Project. ES/CO FS:GMUG 65413-2007-I-0141

USDI Fish and Wildlife Service. 2008. Endangered and Threatened Wildlife and Plants; Revised Critical Habitat for the Contiguous United States Distinct Population Segment of the Canada Lynx (Lynx canadensis); Proposed Rule. Federal Register, Vol. 73, No. 40, 10860-10896.

BLM_0049796

USDI Fish and Wildlife Service. 2008b. Species list for the Grand Mesa, Uncompahgre, and Gunnison National Forests. May 9.

## Sensitive Species/MIS

Beauvais, G.P. and J. McCumber. (2006, November 30). Pygmy Shrew (Sorex hoyi): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/pygmyshrew.pdf [16Feb 2007].

Braun, C.E., J.H. Enderson, M.R. Fuller, Y.B. Linhart and C.D. Marti. 1996. Northern Goshawks and Forest Management in the Southwestern United States. Wildl. Soc. Tech. Rev. 96-2. pg 9.

CDOW (Colorado Division of Wildlife). 2010. 2009 Elk Harvest Summaries. http://wildlife.state.co.us/NR/rdonlyres/A92D1424-3F8A-4649-B115-C13C132255BF/0/2009StatewideElkHarvest.pdf

CDOW 2010a. Elk 2008 Post-hunt Population Estimates. http://wildlife.state.co.us/NR/rdonlyres/5DF3370C-F24F-4875-9B5E-9FF5DA3889CF/0/2008posthuntElkpopulationestimates.pdf

Edge, W.D. and C.L. Marcum. 1985. Movements of elk in relation to logging disturbances. Journal of Wildlife Management 49(4): 926-930.

Fitzgerald, J.P., C.A. Meaney and D.M. Armstrong. 1994. Mammals of Colorado. University Press of Colorado. Niwot, CO. pgs. 81-82

Hammerson, G.A. 1999. Amphibians and Reptiles in Colorado, a Colorado Field Guide. Second Edition. University Press of Colorado, Niwot, CO. pgs 82-85, 90-98, 145-151, 375-386,

Hayward, G.D. and J. Verner, Technical Editors. 1994. Flammulated, Boreal, and Great Gray Owls in the United States: A Technical Conservation Assessment. GTR-RM-253. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station. Pgs. 41, 119.

Hillis, J.M., M.J. Thompson, J.E. Canfield, L.J. Lyon, C.L. Marcum, P.M. Dolan and D.W. McCleerey. 1991. Defining Elk Security: the Hillis paradigm. Elk Vulnerability Symposium, Montana State University, Bozeman, MT. April 10-12, 1991. pgs 38-43.

Hoover, R.L. and D.L. Wills, eds. 1984. Managing Forested Lands for Wildlife. Colorado Division of Wildlife in cooperation with USDA Forest Service, Rocky Mountain Region, Denver, CO. 46-50, 58-60.

Kennedy, P.L. (2003, January 2). Northern Goshawk (*Accipiter gentiles atricapillus*): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/northerngoshawk.pdf

Kingery, H.E. ed. 1998.Colorado Breeding Bird Atlas. Colorado Bird Atlas Partnership and Colorado Division of Wildlife. Denver, CO. Pgs 210-211, 228-229, 236-237.

Lyon, L.J. 1979. Habitat Effectiveness for Elk as Influenced by Roads and Cover. Journal of Forestry. October 1979. p 658-660.

Monarch, John, 2010. Personal Communication. Memo re: Lease Modification Area – March 15, 2010 survey data summary. Available in project file.

Mueggler, W.F. 1985. Vegetation Associations *in* Aspen: Ecology and Management in the Western United States, DeByle and Winokur, eds. General Technical Report RM-GTR-119. Ogden, Utah: USDA Forest Service, Rocky Mountain Research Station. Pg. 45

Phillips, G.E. and A.W. Alldredge. 2000. Reproductive success of elk following disturbance by humans during calving season. Journal of Wildlife Management 64(2): 521-530.

Reynolds, R.T., R.T. Graham, M.H. Reiser, R.L. Bassett, P.L. Kennedy, D.A. Boyce, G. Goodwin, R. Smith, and E.L. Fisher. 1992. Management Recommendations for the Northern Goshawk in the Southwestern United States.

BLM_0049797

Rowland, M.M., M.J. Wisdom, B.K. Johnson and J.G. Kie. 2000. Elk distribution and modeling in relation to roads. Journal of Wildlife Management 64(3): 672-684.

Ruggiero, L.F., K.B. Aubry, S.W. Buskirk, L.J. Lyon and W.J. Zielinski. 1994. The Scientific Basis for Conserving American Marten, Fisher, Lynx and Wolverine in the Western United States. General Technical Report RM-254. Ft. Collins, CO. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station. Pgs 8, 24-27, 114-115.

Sauer, J. R., J. E. Hines, and J. Fallon. 2008. *The North American Breeding Bird Survey, Results and Analysis 1966 - 2007. Version 5.15.2008.* USGS Patuxent Wildlife Research Center, *Laurel, MD*

USDA Forest Service 2010. Rocky Mountain Region Threatened, Endangered, Proposed, and Sensitive Species. http://fsweb.r2.fs.fed.us/rr/R2_TES_Site_2007/sensitive/matrices/2010_r2_tes_by_unit.doc

USDA Forest Service, 2010a. Region 2 Regional Forester's Sensitive Species List. http://www.fs.fed.us/r2/projects/scp/sensitivespecies/index.shtml

USDA Forest Service, 2010b. Region 2 Species Conservation Assessments. http://www.fs.fed.us/r2/projects/scp/assessments/index.shtml

USDA Forest Service 2010c. MCC Lease Mod Habitat Verification. Internal document, available in project file.

USDA Forest Service. 2005a. Sensitive Species Evaluation Forms. www.fs.fed.us/r2/projects/scp.

USDA Forest Service 2005b. Rocky Mountain Elk (Cervis elaphus nelsoni) Species Assessment Draft. Grand Mesa, Uncompahgre, and Gunnison National Forests. Delta, CO.

USDA Forest Service 2005c. Environmental Assessment, Management Indicator Species, forest Plan Amendment to the LRMP for the Grand Mesa, Uncompahgre, and Gunnison National Forests. March, 2005. Delta, CO.

USDA Forest Service 2005d. Merriam's Turkey (Meleagris gallapovo merriami) Species Assessment. Grand Mesa, Uncompahgre, and Gunnison National Forests. Delta, CO.

USDA Forest Service 2005e. Red-naped Sapsucker (Sphyrapicus nucahlis) Species Assessment. Grand Mesa, Uncompahgre, and Gunnison National Forests. Delta, CO.

USDA Forest Service 2005f. Northern Goshawk (Accipiter gentilis) Species Assessment. Grand Mesa, Uncompahgre, and Gunnison National Forests. Delta, CO.

USDA Forest Service 2005g. American Marten (Martes americana) Species Assessment. Grand Mesa, Uncompahgre, and Gunnison National Forests. Delta, CO.

USDA Forest Service, 2001a. Management Indicator Species Assessment, Grand Mesa, Uncompahgre, and Gunnison National Forests. Delta, CO.

USDA Forest Service. 1994. Habitat Capability Model, Rocky Mountain Region, Documentation and Users Guide. USDA Forest Service, Rocky Mountain Region, Renewable Resources, Lakewood, CO. p 4-6.

USDA Forest Service. 1991. Amended Land and Resource Management Plan, Grand Mesa, Uncompahgre, and Gunnison National Forests. Delta, CO.

USDI Fish and Wildlife Service, 2005. Revised 12-month finding for the Southern Rocky Mountain Distinct Population Segment of the Boreal Toad (*Bufo boreas boreas*). Washington, D.C. Federal Register. Volume 70, Number 188: pages 56680 – 56684.

Wiggins, D. (2005, March 31). Purple Martin (*Progne subis*): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/purplemartin.pdf

## *Socioeconomics*

(Other references are given by web links in the document text)

BLM_0049798

MCC. 2006. Information on Mountain Coal Company West Elk Mine customers, staffing, payroll, royalties and taxes, and economic impact. 10/30/2006.

Sonoran Institute. 2004. Population, Employment, Earnings, and Personal Income Trends. Sonoran Institute, Economic Profiling System: Gunnison County and Delta County, Colorado.

US Census Bureau. 2002. Press release regarding increased use of SUVs. Available online at http://www.census.gov/Press- Release/www/releases/suv2.xls

US Census Bureau. 2006. Colorado quickfacts: state of Colorado and Delta County [Online]. Available at: http://quickfacts.census.gov/qfd/states/08/08029.html. Accessed: 12/5/2006.

USDA FS. 2004. Sylvester Gulch Road Construction/Box Canyon Coal Methane Drainage Wells/Box Canyon Shallow Seismic Reflection Survey Environmental Assessment. Grand Mesa, Uncompahgre, and Gunnison National Forests. January 2004.

BLM_0049799

(Intentionally left blank)

BLM_0049800

# APPENDIX A. GER/MER

*Combined Geologic and Engineering Report (GER) and Maximum Economic Recovery Report (MER) for Coal Lease Modifications (COC1362 & COC67232)*

**applied for by Ark Land Company for Mountain Coal Company (MCC)**

**T. 14 S., R. 90 W., 6th P.M.**

**by**

**Desty Dyer**

**Mining Engineer**

## *Legal Description*

The legal description for the COC67232 lease modification tract as applied for was as follows:

T. 14 S., R. 90 W., 6th P.M.
Sec. 11: SWNE,W2SE;
Sec. 14: SESENW, W2NE, W2SE, S2SW, NENESW;
Sec. 15: SESE;
Sec. 22: E2NE;
Sec. 23: NW, W2NE;
Containing 762 acres more or less.

However, after review by USFS minerals and lands staff and their subsequent advice to the applicant and BLM, this tract was revised to avoid any possible overlap on Wilderness to the south. BLM also included area to the east to avoid possible bypass of reserves. The resulting revision is described as follows:

T. 14 S., R. 90 W., 6th P.M.
Sec. 11: SWNE,W2SE;SESE
Sec. 14: E2SENW, NE, SE, S2SW, E2NESW;
Sec. 15: SESE;
Sec. 22: E2NE;
Sec. 23: NW, NWNE;
Containing 921 acres more or less.

The legal description for the COC1362 lease modification tract as applied for was as follows:
T. 14 S., R. 90 W., 6th P.M.
Sec. 10: SE, NESW;
Sec. 11: SW, S2NW;
Sec. 14: NWNW, NENW, W2SENW, SWNW, NWSW, W2NWSW;
Sec. 15: E2NE, N2SE;
Containing 800 acres more or less.

Note: The lease modification tracts being adjacent combine for 1,721 acres more or less. The combined area of these tracts will be referred to hereafter as the 09MOD.

BLM_0049801



*Environmental Assessment*            *Federal Coal Lease Modifications COC-1362 & COC-67232*

## Location

The 09MOD is located in Gunnison County, Colorado, approximately 10 miles east of the town of Paonia, Colorado, on the south side of state highway 133 and contains approximately 1721 acres. Access to the 09MOD would be through the West Elk mine, which has its portals on a federal lease D-044569 north of the 09MOD and shafts on federal leases COC56447 and COC1362.

## Lease Status

COC 57201 - LMU comprised of federal leases; D-044569, COC0117192, COC54558, COC56447, and COC1362. Using the three-year rolling total calculation, it currently meets continued operations requirements to October 1, 2011.

D-044569 - Original and current portal access exists on this lease that, except for chain pillars in the mains, is mined out. The lease is bounded by coal outcrop, and federal leases; therefore, it is not a candidate for modification.

COC0117192 - Is mined out, and is bounded by coal outcrop and fee and federal leases; therefore, it is not a candidate for modification.

COC54558 - Is mined out, and is bounded by coal outcrop, unmineable coal, and federal leases; therefore, it is not a candidate for modification.

COC56447 – Is mined out and borders D-044569 on the east, COC67011 on the west, COC67232 on the north, and C0C1362 on the northeast. Unleased and unmined federal reserves bound it on the southeast, but they are currently unmineable.

COC1362 – Borders D-044567 and COC0117192 on the south, COC56447 on the southwest, COC67232 on the west, and COC54558 on the east. Fee reserves controlled by MCC bound it on the west. Unleased and unmined federal reserves bound it on the south and east and are subject to this modification application. It contains approximately 50 M tons of remaining recoverable reserves of which there are about 2 M tons of B-Seam reserves that may be enhanced by MCC successfully acquiring the 09MOD.

COC67011 – Is mined out and borders D-56447 on the northeast and unleased and unmineable federal coal on the east, south, and north.

COC67232 – Borders COC56447 on the south and COC1362 on the east. Unleased and unmined federal reserves bound it on the south and east and reserves on the south are subject to this modification application. Reserves to the east are considered unmineable. It contains approximately 11 M tons of remaining recoverable reserves of which there are about 4.3 M tons of B-Seam reserves. All its reserves may be enhanced by MCC successfully acquiring the 09MOD.

## Stratigraphy & Geology

**General** - The 09MOD is underlain by the Upper Cretaceous Mesaverde Formation and the Tertiary Wasatch Formation. The Wasatch crops out on Dry Fork Mesa and other high mesas in proximity to the 09MOD.

In this area, the Mesaverde Formation contains five members which are from the top, the Ohio Creek, Barren, Upper Coal, Lower Coal, and the Rollins Sandstone. The Barren Member is approximately 1500 feet thick consisting of interbedded sandstones and shales with a few prominent sandstone beds. This member comprises the majority of the exposed stratigraphy along the drainages on the 09MOD. The coal members range from about 500 to 700 feet thick which has at the base of the Lower Coal Member the Rollins Sandstone underlain by the Mancos Shale. The Upper and Lower Coal Members of the Mesaverde Formation contain the coal beds. The Upper Coal Member contains approximately 220 feet of shales, siltstones, sandstones and three persistent coals recognized as the D, E and F seams. The Lower Coal Member includes about 270 feet of interbedded sandstones, siltstones, shales and three dependable coal seams recognized as the A, B and C seams. The principle potentially mineable coal

BLM_0049802

seam within the 09MOD area is the E seam. Other seams within the 09MOD, A, B, C, D, and F, are considered too thin (less than 8 feet) and discontinuous to mine.

The E-Seam is approximately 280 feet above the Rollins sandstone and consists of upper and lower splits which coalesce on about the northern ¾ of the 09MOD ranging from 15 feet thick on the northwest to 7 feet thick in the upper split on the south and east. Trends suggest this seam has little if any mineable reserves extending beyond the boundary of the 09MOD.

Within the West Elk Mine workings, both the E and B seams are known to have tectonic fault zones that trend about N65E. The 09MOD is not expected to have fault zones; however, locations and trends of known faults indicate the possibility of similar parallel structural effects in the 09MOD. When faults occur, both methane and water can be present as well as weaknesses due to fractured roof and ribs, any or all of which require mitigation. Methods now used to alleviate methane and/or water flows and/or poor ground conditions are expected to be employed on the 09MOD wherever they become necessary.

Mt. Gunnison, an igneous laccolith, is present to the east and southeast of 09MOD intruding into the sedimentary rock strata. This hard igneous rock has altered and disturbed the sedimentary rocks and intruded the coal layers to an undetermined distance around the mountain effectively establishing the eastern and southeastern limit of mining. Other coal mines in the area have intercepted igneous sills and dikes within the mine works and in some cases these intrusions have proven to be the limiting factor on coal seam mineability.

## *Coal Quality*

 The coal in the E-Seam is ranked high-volatile B. The calculated Analysis for clean saleable coal from the seam comes from the drill hole data of seven holes influencing the area of the 09MOD. The analytical data was first isopached then only that data influencing mineable thickness for the seam was included in the averages for the projected saleable reserves. They resulted as follows:

- E Seam Ash 9.54 % Sulphur 0.44% Moisture 12.45% BTU 11,084

This product does meet current contract specifications. Mine production within the E-Seam is expected to encounter a parting resulting in thinner coal as well as dilution during mining on the east and south portions of the 09MOD. This dilution will influence more than half the acreage but would be mitigated by processing the run-of-mine product through a wash-plant.

## *Mining Factors*

## **Method Constraints**

Within the 09MOD geologic constraints relating to coal depth, partings, and thickness, and economic constraints for the applicant dictate that the underground longwall mining method be employed to extract the coal. In addition, more than half the mined tonnage will require beneficiation using a coal wash-plant to render the product saleable. E-Seam overburden ranges from about 800' to 2,200 feet from NW to SE across the 09MOD but averages 1,200'. These overburden ranges do not pose a constraint to economic recovery. The western boundary of the 09MOD was decided by existing fee coal property and the northern boundary by existing federal leases COC1362 and COC67232. The eastern and southern boundary is dictated by what is projected to be unminable coal in all seams. The 09MOD also fits the remaining available modification acres for the MCC adjacent leases. This overburden necessitates underground mining and since MCC already owns equipment used to develop and mine using the longwall method of mining, they would employ that method to mine the coal reserves. The average mineable thickness for the E-Seam reserve is 10.9 feet.

## *Production Factors*

BLM_0049803

## Current

Short Term Schedule - Production to meet the market demand is supplied by three active development sections operating on 12 hrs/shift, 2shifts/day, 7 days/week schedule (totaling 1070 available shifts/yr.). This schedule is also applied to one longwall face.

Production Data - The current operation develops and longwall mines entirely within the E-Seam north of the 09MOD. MCC successfully mines coal using continuous miners to develop mains of 7 to 10 entries with crosscuts on about 150' centers, and gateroads of 3 entries with crosscuts on about 200' centers. Longwall blocks that are 1,080' wide and from 8,000' to 15,000' long are then mined on retreat yielding a total of 65% recovery of an average 10.5' thick coal. The mine is currently capable of producing up to 6.5 M tons/year, and maximum annual production to date was 7.19 M tons which occurred during the 12 month period ending April, 1997. The 12 month production rate ending August 2009 was 5.85 M tons

Mining Equipment - The following is a list of major equipment currently used by MCC and is typical for use in an underground longwall mining operation:

- Continuous Miners 4
- Roof Bolters 4
- Shuttle Cars 10
- Utility Loaders 4
- Lube Truck 1
- Utility Mantrips 6
- Timber Truck 1
- Auxiliary fans 17

- 60" Belt Drives 3
- 72" Belt Drive 10
- Main Mine Fan 3
- Joy Shearer 2
- LW Face Shields 165
- LW Pan Line 2
- Shield Haulers 2

Life of Mine - The recoverable reserves currently available to the operation include about 61 M tons of federal coal and about 10.0 M tons of fee coal which total about 70 M tons and would provide about 11 years of life at the 6.5 M tpy production rate.

Manpower - The current manpower level averages about 350 which includes about 40 contractors at any given time.

## Projected with 09MOD

Short Term Schedule - MCC management intends to maintain the current production schedule.

Production Data - The operation would take place within the E-Seam. Panel geometry and recovery would remain the same while management would strive to achieve a 6.5 M tpy production rate. Mining Equipment - There would be no change in the type of equipment although worn equipment would be replaced as needed.

Life of Mine - The 09MOD would add about 1.6 years to the life of the mine at the projected 6.5 M tpy production rate. Actual years of operations on the 09MOD could last over an extended time since coal development would take place before longwall mining with a possible chronological separation in those occurrences. Combined Mine Life for the existing coal properties with the addition of the 09MOD could be from 12 to 15 years. It is likely that the 09MOD itself will be mostly mined-out about 3 years after being entered and that it would be mined beginning in the second half of the Mine Life period.

Manpower - The manpower requirements would remain the same.

## Surface Facilities_____

The current existing and proposed surface coal handling facilities of MCC's West Elk mine located on private land on the north facing slopes of the North Fork River and in Sylvester Gulch would serve the

BLM_0049804

needs of the operation even with additional coal leased as proposed in the 09MOD as applied for by MCC. A coal wash plant was constructed and commissioned during 2010.

## Transportation

The current transportation infrastructure at the West Elk mine would serve the mining needs of the operation even with the addition of the 09MOD. There is a conveyor belt system in place from the train load-out silo to the current working area underground. This conveyor system could be extended to working faces in the 09MOD.

## Estimated Recovery

The total recovery within the 09MOD should approximate the current recovery of existing mining operations demonstrated to be 65% in the adjacent federal lease. Saleable coal for part of the area is less than the mined tonnage, as discussed above. The layout of the 09MOD captures what is projected to be remaining mineable E-Seam and B-Seam reserves as well as covering some area of projected unmineable reserves for which the exact potential is unknown. It prevents possible bypass of the unknown reserves while allowing a mine layout that increases recovery on existing fee and federal leases. The saleable reserves from the 09MOD as projected should be approximately 10.1M tons according to BLM calculations.

## Potential Markets

The current West Elk mine primarily supplies coal for heat energy used in the production of electricity. The approximate breakdown of market destinations for the coal is shown below:

- Electrical Generation 95%
- Other Industrial Use 5%

## Maximum Economic Recovery Determination

The 09MOD area MCC applied for was reviewed by BLM and it has been determined that the 09MOD with revisions by BLM is the most efficient and reasonable area to lease, given the current available data from drill holes and the existing mine workings. Although other coal companies have reviewed data on coal deposits in the area, none of them have deemed the unleased resources either substantial or valuable enough for them to initiate new and separate surface and underground facilities.

BLM considers the 09MOD to be non-competitive. These reserves are of good quality but minimal in quantity and essentially locked in by virtue of limited surface access and being bounded by unmineable coal resources. The coal does not outcrop on the 09MOD, therefore no portals could be located, and there would not be a reasonable shaft location.

It has been determined by BLM that Maximum Economic Recovery (MER) of the 09MOD federal lease application can be achieved by underground mining using the longwall method of mining as described above.

BLM_0049805

# APPENDIX B. UNSUITABILITY ANALYSIS AND REPORT FOR FEDERAL COAL LEASE COC-1362, MODIFICATION 3 & FEDERAL COAL LEASE COC-67232, MODIFICATION 1

## *Description of the Federal Lands Involved*

This unsuitability analysis and report has been prepared to comply with regulations at 43 CFR 3461 for:

***COC-1362 lease modification tract:***

T. 14 S., R. 90 W., 6th P.M.

Sec. 10: SE, NESW;

Sec. 11: SW, S2NW;

Sec. 14: NWNW, NENW, W2SENW, SWNW, NWSW, W2NWSW;

Sec. 15: E2NE, N2SE;

Containing 800 acres more or less.

*and  COC-67232 lease modification tract:*

T. 14 S., R. 90 W., 6th P.M.

Sec. 11: SWNE,W2SE;SESE

Sec. 14: E2SENW, NE, SE, S2SW, E2NESW;

Sec. 15: SESE;

Sec. 22: E2NE;

Sec. 23: NW, NWNE;

Containing 921 acres more or less.

This lease modification application was brought forward by Mountain Coal Company (MCC) to ensure that compliant and super-compliant coal resources are recovered and not bypassed.  The two lease modifications, collectively referred to in this report as the Sunset lease modifications, lie immediately south, and are contiguous with existing federal coal leases COC-1362 and COC-67232.  The coal in these modifications would be accessed and recovered by underground longwall mining methods from MCCs existing West Elk Mine.  The surface of the lease modification is National Forest System (NFS) lands administered by the Grand Mesa-Uncompahgre-Gunnison National Forests (GMUG). The mineral estate is federally owned and is administered by the BLM-Uncompahgre Field Office.

As a first step in this analysis, the preliminary mining plan submitted by the applicant was examined in order to identify areas in which the proposed underground mining operation would produce surface effects, including where the zone of influence from subsidence may extend beyond the lease modification boundaries.  Areas identified as likely to be affected by subsidence were delineated as having surface effects. For this lease modification the zone of influence was assessed to be the modification area as well as the area identified in the project file for being within the angle of draw for subsidence.

This analysis and report was prepared consistent with the unsuitability criteria published in 43 CFR 3461. The unsuitability criteria were applied individually to the area being considered, and areas identified as having surface effects as applicable.  Each criterion was applied individually, then after all criteria had been applied, the exemptions of each criterion found to be applicable were then examined; thirdly a determination was made if the exceptions to each criteria were applicable. Exceptions to certain criteria allow areas to be considered further even though they have been determined to be unsuitable.  These exceptions to the criteria are noted where applied.

BLM_0049806

*Environmental Assessment*                    *Federal Coal Lease Modifications COC-1362 & COC-67232*

## Analysis of the Unsuitability Criteria

The analysis examined the applicability of exemptions and exceptions to the criteria as detailed in regulation. Exemptions to the criteria are not described, as no exemptions were determined to apply. Exceptions to the criteria are described only if they apply.

# Criterion 1

All Federal lands included in the following land systems or categories shall be considered unsuitable: National Park System, National Wildlife Refuge System, National System of Trails, National Wilderness Preservation System, National Wild and Scenic Rivers System, National Recreation Areas, lands acquired with money derived from the Land and Water Conservation Fund, National Forests, and federal lands in incorporated cities, towns, and villages.

1. Exceptions.(i) A lease may be issued within the boundaries of any National Forest if the Secretary finds no significant recreational, timber, economic or other values which may be incompatible with the lease; and (A) surface operations and impacts are incident to an underground coal mine, or (B) where the Secretary of Agriculture determines, with respect to lands which do not have significant forest cover within those National Forests west of the Meridian, that surface mining may be in compliance with the Multiple-Use Sustained-Yield Act of 1960, the Federal Coal Leasing Amendments Act of 1976 and the Surface Mining Control and Reclamation Act of 1977.

### Analysis

The lands described in the Sunset lease modifications were proclaimed National Forest on June 5, 1905 and are within the Gunnison National Forest. Management direction for coal resources are listed in the Amended Land and Resource Management Plan (LRMP), Grand Mesa, Uncompahgre and Gunnison National Forests - General Direction on pages III-62 through III-70.

The LRMP allows for multiple use management on the lands in the lease modification, which are principally managed for wildlife habitat, however management includes livestock grazing, motorized recreation and vegetation treatment. The LRMP does not identify that any significant recreational, timber, economic or other values which may be incompatible with the lease are present. No significant forest cover is present.

In addition, foreseeable surface operations and impacts will be incident to an underground coal mine. Therefore, for reasons stated above, the exception can apply to this criterion.

# Criterion 2

Federal lands that are within rights-of-way or easements or within surface leases for residential, commercial, industrial, or other public purposes, on federally-owned surface shall be considered unsuitable.

1. Exceptions. A lease may be issued, and mining operations approved, in such areas if the surface management agency determines that (i) all or certain types of coal development (e.g., underground mining) will not interfere with the purpose of the right-of-way or easement, or (ii) the right-of-way or easement was granted for mining purposes, or (iii) the right-of-way or easement was issued for a purpose for which it is not being used, or (iv) the parties involved in the right-of-way or easement agree, in writing, to leasing, or (v) it is impractical to exclude such areas due to the location of coal and method of mining and such areas or uses can be protected through appropriate stipulations.

### Analysis

There is a General Land Office Order, 10/31/1973, which classifies the lands within the application area for coal. The lands are also within the Paonia-Somerset Known Recoverable Resource Area, COC-20093. There are no known rights-of-way, easements or surface leases for residential, commercial, industrial, or other public purposes within the review area.

BLM_0049807

## Criterion 3

Federal lands affected by section 522(e)(4) and (5) of the Surface Mining Control and Reclamation Act of 1977 shall be considered unsuitable. This includes lands within 100 feet of the outside line of the right-of-way of a public road, or within 100 feet of a cemetery, or within 300 feet of any public building, school, church, community or institutional building or public park, or within 300 feet of an occupied dwelling.

1. Exceptions. A lease may be issued for lands (i) used as mine access roads or haulage roads that join the right-of-way for a public road, (ii) for which the Office of Surface Mining Reclamation and Enforcement has issued a permit to have public roads relocated,(iii) if, after public notice and opportunity for public hearing in the locality, a written finding is made by the Authorized Officer that the interests of the public and the landowners affected by mining within 100 feet of a public road will be protected, or (iv) for which owners of occupied dwellings have given written permission to mine within 300 feet of their buildings.

### Analysis

No public roads, cemeteries, occupied dwellings, public buildings, schools, churches, community, or institutional buildings exist within this area.

## Criterion 4

Federal lands designated as wilderness study areas shall be considered unsuitable while under review by the Administration and Congress for possible wilderness designation. For any federal land which is to be leased or mined prior to completion of the wilderness inventory by the surface management agency, the environmental assessment or impact statement on the lease sale or mine plan shall consider whether the land possesses the characteristics of a wilderness study area. If the finding is affirmative, the land shall be considered unsuitable, unless issuance of noncompetitive coal leases and mining on leases is authorized under the Wilderness Act and the Federal Land Policy and Management Act of 1976.

### Analysis

No lands within the review area are designated Wilderness Study Areas. The current LRMP manages these lands for multiple uses (see Criterion 1). Wilderness characteristics for these lands were evaluated by the GMUG in 2005. This area was determined to be not available for wilderness due to mineral values. Additionally, boundary management of the area would be difficult.

## Criterion 5

Scenic federal lands designated by visual resource management analysis as Class I (an area of outstanding scenic quality or high visual sensitivity) but not currently on the National Register of Natural Landmarks shall be considered unsuitable. A lease may be issued if the surface management agency determines that surface coal mining operations will not significantly diminish or adversely affect the scenic quality of the designated area.

### Analysis

No lands within the review area are designated as visual resource management Class I areas.

## Criterion 6

Federal lands under permit by the surface management agency, and being used for scientific studies involving food or fiber production, natural resources, or technology demonstrations and experiments shall be considered unsuitable for the duration of the study, demonstration, or experiment except where mining could be conducted in such a way as to enhance or not jeopardize the purposes of the study, as determined by the surface management agency, or where the principal scientific use or agency give written concurrence to all or certain methods of mining.

### Analysis

No lands within the review area are under permit for scientific study.

BLM_0049808

## Criterion 7

All publicly-owned places on federal lands which are included in the National Register of Historic Places shall be considered unsuitable. This shall include any areas that the surface management agency determines, after consultation with the Advisory Council on Historic Preservation and the State Historic Preservation Officer, are necessary to protect the inherent values of the property that made it eligible for listing in the National Register.

### Analysis

No publicly-owned places on federal or fee lands within the review area are included in the National Register of Historic Places.

## Criterion 8

Federal lands designated as natural areas or as National Natural Landmarks shall be considered unsuitable.

### Analysis

No lands within the review area are designated as natural areas or as National Natural Landmarks.

## Criterion 9

Federally designated critical habitat for listed threatened or endangered plant and animal species, and habitat proposed to be designated as critical for listed threatened or endangered plant and animal species or species proposed for listing, and habitat for Federal threatened or endangered species which is determined by the Fish and Wildlife Service (Service) and the surface management agency to be of essential value and where the presence of threatened or endangered species has been scientifically documented, shall be considered unsuitable.

1. Exceptions. A lease may be issued and mining operations approved if, after consultation with the Fish and Wildlife Service, the Service determines that the proposed activity is not likely to jeopardize the continued existence of the listed species and/or its critical habitat.

### Analysis

No lands within the review area are designated as critical habitat, proposed to be designated as critical habitat, or determined to be essential habitat for any federally listed threatened or endangered plant or animal species, or species proposed for listing (Federal Register, various dates).

A Forest species list was provided by the US Fish and Wildlife Service on 9 May 2008 (USDI 2008b). There is only one federally listed terrestrial species that has the potential to be found in the project area, the Canada lynx. Other species considered are shown in Table 1. As these species do not occur in the project area and no habitat for them will be impacted by the project, these species were not further analyzed. These species would all have no effect determinations. Fish species are being analyzed separately.

**Table 1. Federally Threatened and Endangered or Candidate Species considered for this project.**

| Species | Scientific Name | Habitat Description and Requirements | Habitat in Project Area? |
|---------|-----------------|--------------------------------------|--------------------------|
| Canada Lynx | Lynx canadensis | Spruce/fir, mixed conifer, lodgepole pine forest (primary), or mixed deciduous/conifer (secondary). | Yes |
| Mexican spotted owl | Strix occidentalis lucida | Desert canyons, ponderosa forests. Not known or expected to occur on the Paonia RD. | No |

BLM_0049809

| Species | Scientific Name | Habitat Description and Requirements | Habitat in Project Area? |
|---|---|---|---|
| Uncompahgre butterfly | fritillary Boloria acrocnema | Above treeline, closely associated with larval host, snow willow. Not known or expected to occur on the Paonia RD. | No |
| Debeque (candidate) | Phacelia Phacelia submutica | Specific clay-based soils of the Wasatch Formation in Piceance Basin, CO. Not known or expected to occur on the Paonia RD | No |
| Uinta Basin Cactus | Hookless Sclerocactus glaucus | Coarse rocky soils above the current flood plains of the Colorado, Gunnison, and Green River drainages in western Colorado and northeastern Utah. Not known or expected to occur on the Paonia RD. | No |

The Canada Lynx was listed as threatened in March 2000. In August 2004, the Second Edition of the Canada Lynx Conservation Assessment and Strategy (LCAS) was released, to provide a consistent and effective approach to conserve Canada lynx on federal lands. The Canada Lynx Conservation Agreement (USDA 2005) identifies the Science Report (Ruggiero et al. 2000) and the LCAS (Ruediger et al. 2000) as including the best available science on habitat and conservation measures. Both of these documents, along with local information were to be used for project analyses.

Following release of the LCAS, the Forest mapped lynx analysis units (LAUs) and habitat within them, based on Regional direction. Habitat was mapped based on existing vegetation information, including vegetation type, canopy closure and size of trees. Areas outside of LAUs are not considered to be lynx habitat even though they may contain habitat components or stands similar to those within LAUs.  The GMUG Forest Plan includes direction about limiting the amount of currently unsuitable habitat within a LAU to less than 30%. Currently, 0.5% of lynx habitat within the LAU is unsuitable.  The project is within the Mount Gunnison LAU, and potential impacts of the project to lynx are limited to that LAU.  Existing conditions of the Mount Gunnison LAU are displayed in Table 4.

Implementation of the project **"may affect, but is not likely to adversely affect"** the Canada lynx.  The "may affect" is based primarily on the loss of suitable habitat in the project.  Other impacts such as disturbance during denning or increased mortality risk are insignificant and discountable due to the distance of the project from typical Colorado denning habitat, and the low probability of loss of lynx from traffic or incidental shooting as a result of this project.

Implementation of the project **may affect, and is likely to adversely affect**, the bonytail, Colorado pikeminnow, the humpback chub, and the razorback sucker, due to the cumulative nature of water depletions associated with this and other activities in the area.  Critical habitat for the Colorado pikeminnow, razorback sucker, humpback chub, and bonytail chub does exist off-site in the lower Gunnison River, and in the Colorado River. This critical habitat could be affected by water depletion from this action (Federal Register/Vol. 59, No. 54).  This project **may affect, and is likely to adversely affect**, designated critical habitat for these species downstream of this project.

Water depletion associated with this project would be consistent with the programmatic document developed for small water depletions (< 100 acre-feet per year) associated with numerous mineral development projects located on the GMUG NF (USFWS May 25, 2005, amended April 27, 2007 - #ES/GJ-6_CO-99-F-033-CP062).  At the post-leasing (permitting) stage, prior to the approval of the mine plan, if it is determined that development of the lease would result in a change in water use resulting in a surface water depletion in the upper Colorado River Basin that exceeds the quantity covered in the existing programmatic opinion, the permitting agency must enter into consultation with the U.S. Fish and Wildlife Service to determine the appropriate conservation measures to offset the effect to these listed fishes.

Therefore for reasons stated above, the exception can apply to this criterion.

BLM_0049810

# Criterion 10

Federal lands containing habitat determined to be critical or essential for plant or animal species listed by a state pursuant to state law as endangered or threatened shall be considered unsuitable.

1. Exceptions.  A lease may be issued and mining operations approved if, after consultation with the state, the surface management agency determines that the species will not be adversely affected by all or certain stipulated methods of coal mining.

## Analysis

There is habitat within the lease modification area for the Canada Lynx.

Implementation of the project **"may affect, but is not likely to adversely affect**" the Canada lynx.  The "may affect" is based primarily on the loss of suitable habitat in the project.  Other impacts such as disturbance during denning or increased mortality risk are insignificant and discountable due to the distance of the project from typical Colorado denning habitat, and the low probability of loss of lynx from traffic or incidental shooting as a result of this project.

Therefore, for reasons stated above, the exception can apply to this criterion.

# Criterion 11

A bald or golden eagle nest site on federal lands that is determined to be active, and an appropriate buffer zone of land around the nest site shall be considered unsuitable.  Consideration of availability of habitat for prey species and of terrain shall be included in the determination of buffer zones.  Buffer zones shall be determined in consultation with the Fish and Wildlife Service.

1. Exceptions.  A lease may be issued if (1) it can be conditioned in such a way, either in manner or period of operation, that eagles will not be disturbed during the breeding season, or (2) the surface management agency, with the concurrence of the Fish and Wildlife Service, determines that the golden eagle nest(s) will be moved, or (3) buffer zones may be decreased if the surface management agency determines that the active eagle nests will not be adversely affected.

## Analysis

There are no known golden eagle or bald eagle nests in or near the Sunset lease modifications.  Due to the distance of the area from suitable foraging habitat (the North Fork Gunnison) it is unlikely that bald eagles nest in this area.

Underground coal mining and nesting bald or golden eagles are compatible on the same tract of land unless surface facilities or surface disturbances cause nest-site abandonment.  Present guidelines used by the CDOW are:

Golden Eagle:

| |
|---|
| No surface occupancy beyond historic levels within ¼ mile radius of active golden eagle nests. (CDOW 2008) |
| Seasonal restriction to human encroachment within ½ mile radius of active nests from December 15 through July 15. (CDOW 2008) |

Any proposed surface facilities, disturbances or activities (as noted above) in or adjacent to these buffer zones will require approval from the surface management agency (BLM or USFS) on a site-specific basis, after consultation with the Fish and Wildlife Service.

Stipulations on the existing lease, which will apply to the modification area, are consistent and/or more restrictive than the current DOW language.

Therefore, for reasons stated above, the exception can apply to this criterion.

BLM_0049811

## Criterion 12

Bald and golden eagle roost and concentration areas on federal lands used during migration and wintering shall be considered unsuitable.

### Analysis

No bald or golden eagle roost sites or concentrations areas are known to exist on federal lands within the review area.

## Criterion 13

Federal lands containing a falcon (excluding kestrel) cliff nesting site with an active nest and buffer zone of federal land around the nest site shall be considered unsuitable.  Consideration of availability of habitat for prey species and of terrain shall be included in the determination of buffer zones.  Buffer zones shall be determined in consultation with the Fish and Wildlife Service.

1. Exception.  A lease may be issued where the surface management agency, after consultation with the Fish and Wildlife Service, determines that all or certain stipulated methods of coal mining will not adversely affect the falcon habitat during the periods when such habitat is used by the falcons.

### Analysis

There are no known peregrine or prairie falcon nest sites in the lease modification area.  No known suitable nesting cliffs exist in the area.  In addition, lease stipulations on the parent lease require raptor surveys:

Conduct surveys for nesting raptors on the lease tract prior to development of any surface facilities.  No surface activities will be allowed within ½ mile rates of active nest sites between the dates of February 1 and August 15, unless authorized by the BLM or USFS on a site specific basis.

These stipulations will apply to the lease modification area.

Implementation of the proposed action "may impact individuals or habitat, but will not likely contribute to a trend towards federal listing".  This is based on the presence of potential nest locations in or near the project area, and the low potential for disturbance as a result of pre-disturbance surveys and implementation of conditions for surface use if needed.  As similar sites exist throughout the North Fork Valley, and this species is not known to use this area, the potential for harmful effects at the population level is anticipated to be low.

Therefore, for reasons stated above, the exception can apply to this criterion.

## Criterion 14

Federal lands which are high priority habitat for migratory bird species of high federal interest on a regional or national basis, as determined jointly by the surface management agency and the Fish and Wildlife Service, shall be considered unsuitable.

1. Exception.  A lease may be issued where the surface management agency, after consultation with the Fish and Wildlife Service, determines that all or certain stipulated methods of coal mining will not adversely affect the migratory bird habitat during the periods when such habitat is used by the species.

### Analysis

Of the 278 breeding bird species in Colorado, 65 priority species in 15 major habitats and three physiographic areas are addressed in the Colorado Bird Conservation Plan.  The project area is within the Southern Rocky Mountains Physiographic Province (62), and several priority habitats are present within or immediately adjacent to the lease modification area.  These habitats and associated high priority species include:

- Aspen:   broad-tailed hummingbird, red-naped sapsucker, purple martin, violet-green swallow;

BLM_0049812

- Cliff/Rock:  peregrine falcon, black swift;

- High elevation riparian:  Cordilleran flycatcher, American dipper, McGillivray's warbler, Wilson's warbler;

- Low elevation riparian:  Lewis' woodpecker, lazuli bunting;

- Mixed conifer:  blue (currently dusky) grouse, Williamson's sapsucker;

- Mountain shrubland:  Virginia's warbler, green-tailed towhee;

- Spruce-fir:  boreal owl, olive-sided flycatcher, Hammond's flycatcher.

Many of these species are known or suspected to be present in the project area.  In addition, the flammulated owl is listed as a ponderosa pine species in the plan.  However, it is known to use aspen in this area. Implementation of the proposed action "may impact individuals or habitat, but will not likely contribute to a trend towards federal listing".

Stipulations on the parent lease, which will apply to the lease modification, require avoidance of certain habitats of breeding and neotropical birds:

> If there is reason to believe that new individuals or populations of Threatened or Endangered, or Sensitive Species or plants or animals, or migratory bird species of high federal interest occur in the area, the lessee shall be required to conduct an intensive field inventory of the area to be disturbed and/or impacted.

Therefore, for reasons stated above, the exception can apply to this criterion.

## Criterion 15

Federal lands which the surface management agency and the state jointly agree are habitat for resident species of fish, wildlife and plants of high interest to the state and which are essential for maintaining these priority wildlife and plant species shall be considered unsuitable.  Examples of such lands which serve a critical function for the species involved include: (i) active dancing and strutting grounds for sage grouse, sharp-tailed grouse, and prairie chicken, (ii) winter ranges crucial for deer, antelope, and elk, (iii) migration corridor for elk, and (iv) extremes of range for plant species.

1. Exception.  A lease may be issued if, after consultation with the state, the surface management agency determines that all or certain stipulated methods of coal mining will not have a significant long-term impact on the species being protected.

### Analysis

There are no known habitats for sage grouse, sharp-tailed grouse, or prairie chickens in this area.  The area does not contain winter range for deer and elk.  Elk do migrate through this area from higher elevations to winter range in the valley, but it is not delineated as a corridor by CDOW.  This area may be at the extreme range for plant species but there are no known populations of threatened, endangered, or Forest Service Sensitive plants in this area.  Therefore, for reasons stated above, the exception can apply to this criterion.

## Criterion 16

Federal lands in riverine, coastal, and special floodplains (100-year recurrence interval) on which the surface management agency determines that mining could not be undertaken without substantial threat of loss of life or property shall be considered unsuitable for all or certain stipulated methods of coal mining.

### Analysis

The application lands are not within a riverine, coastal or special floodplain.

BLM_0049813

## Criterion 17

Federal lands which have been committed by the surface management agency to use as municipal watersheds shall be considered unsuitable.

### Analysis

None of the lands in the proposed lease tract are within a municipal watershed.

## Criterion 18

Federal lands with National Resource Waters, as identified by states in their water quality management plans, and a buffer zone of federal lands ¼-mile from the outer edge of the far banks of the water, shall be unsuitable.

### Analysis

None of the lands in the proposed lease tract are identified as a National Resource Water.

## Criterion 19

Federal lands identified by the surface management agency, in consultation with the state in which they are located, as alluvial valley floors according to the definition in Subpart 3400.0-5(a) of this title, the standards of 30 CFR Part 822, the final alluvial floor guidelines of the Office of Surface Mining Reclamation and Enforcement when published, and approved state programs under the Surface Mining Control and Reclamation Act of 1977, where mining would interrupt, discontinue, or preclude farming, shall be considered unsuitable.  Additionally, when mining federal land outside an alluvial valley floor would materially damage the quantity or quality of water in surface or underground water systems that would supply alluvial valley floors, the land shall be considered unsuitable.

### Analysis

The application lands are not within an alluvial valley floor, but such lands drain into the North Fork Gunnison River, along which, both surface irrigated and potentially irrigable sites exist.  Within the lease modification boundaries, no known water facilities (reservoirs, ditches, diversions) exist.

Changes in ground slope and creation of tension cracks can alter surface hydrology and soil erosion processes.  Increased surface erosion, debris flows and disruption of drainage pattern and flow in streams have been documented (Sidle, et al. 2000).  Effects to stream channels include (1) increase in lengths of cascades and to a lesser extent glides; (2) increases in pool length, numbers and volumes; (3) increase in median particle diameter of bed sediment in pools; and (4) some constriction in channel geometry.  The magnitude of these effects varies depending upon the amount and location of subsidence.

Increased sediment delivery could affect water quality in nearby creeks (e.g. increased sediment load). Although no perennial drainages exist within the modification area, intermittent and ephemeral drainages do receive nominal amounts of sediment from the soils and existing instability of slopes in the area. Increase sedimentation occurs during normal precipitation and spring runoff, so effects of increased sedimentation may not be quantifiable beyond baseline levels.

Increased surface erosion, changes to drainage morphology and possible disruption of seasonal stream-flow could occur as a result.  Since subsidence is not expected in the vicinity of floodplains or major stream channels, disruptions of stream flow as a low probably of occurrence.  The magnitude and duration of predicted effects depends upon the amount and location of subsidence.

Although  material damage to the quality and quantity water arising on or flowing over the proposed Sunset lease modifications is possible, because of the reason listed above, this is not anticipated, and would be hard to separate from natural process that are currently affecting water quality/quantity.

Therefore, for reasons stated above, the exception can apply to this criterion.

BLM_0049814

## Criterion 20

Federal lands in a state to which is applicable a criterion (i) proposed by the state or Indian tribe located in the planning area, and (ii) adopted by rulemaking by the Secretary, shall be considered unsuitable.

### Analysis

This criterion is not presently in effect in the State of Colorado.

## REFERENCES

Colorado Division of Wildlife GIS data http://ndis.nrel.colostate.edu/ftp/index.html

Partners in Flight 2000. Landbird Conservation Plan Colorado. Estes Park, CO. Available http://www.blm.gov/wildlife/plan/pl-co-10.pdf

Pfister, Allan R. (USFWS Grand Junction Office) 2007. Programmatic Biological Opinion for Water Depletions on the GMUG National Forest. May 25, 2005, amended April 27, 2007 - #ES/GJ-6_CO-99-F-033-CP062.

Ruediger, Bill, et.al. 2000. Canada Lynx Conservation Assessment and Strategy. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest Service Publication #R1-00-53, Missoula, Montana.

U.S. Department of The Interior, 1983, Uinta-Southwestern Utah Coal Region Environmental Impact Statement, U. S. Department of the Interior, Bureau of Land Management, Utah State Office, Salt Lake City, Utah.

U.S. Fish and Wildlife Service, 2008. Western Colorado Suboffice, Grand Junction, CO. Updated Species List.

Other references in the Biological Assessment and Biological Evaluation for the project.

## CONSULTATION AND COORDINATION

The following agencies and organizations were contacted to gain information pertinent to the application of the 20 coal suitability criteria:

## Federal Agencies

U.S. Department of Interior
Fish and Wildlife Service
Western Colorado Suboffice
529 25 1/2 Road
Grand Junction, CO 81505-6199

## Colorado State Agencies

Division of Wildlife, Southwest Region Office, Gunnison, CO.

BLM_0049815

# APPENDIX C. RESPONSE TO PUBLIC COMMENT & NON-SIGNIFICANT ISSUES

| Topic | Non-significant Issue | Commenter | Response |
|---|---|---|---|
| Prepare an EIS | The FS must ensure effective public input and conduct a full environmental impact statement. | Earth Justice, et al., Dorsey & Whitney, Earth Justice form letter, J. Spezia, J. Milstein, D. Artley, M. Forstre, R. Cruder, M. Bond, V. Price, E. Webber, L. Limmer, R. Cerello, B. Jones, P. Greenwood | This Environmental Assessment is prepared in accordance with 40 CFR Part 1501 Sec. 1501.3 and 36 CFR Part 220 § 220.7.  Further, 36 CFR Part 220 § 220.5 (2) clarifies EIS preparation to [p]roposals that would substantially alter the undeveloped character of an inventoried roadless area or a potential wilderness area.  Significance of project is determined by the Responsible Official in review of the effects of the project 40 CFR Part 1508 Sec. 1508.13 and 1508.27. |
|  | Because the lease may result in road construction in a roadless area, the Forest Service must prepare an EIS | Earth Justice, et al. E. Webber | This Environmental Assessment is prepared in accordance with 40 CFR Part 1501 Sec. 1501.3 and 36 CFR Part 220 § 220.7.  Further, 36 CFR Part 220 § 220.5 (2) clarifies EIS preparation to [p]roposals that would **substantially** alter the undeveloped character of an inventoried roadless area or a potential wilderness area.  Since no roads or other surface disturbance is proposed at this time, as this is a decision to determine whether or not to allow BLM to offer the lease for bid, it is difficult to determine substantial alteration.  Significance of project is determined by the Responsible Official in review of the effects of the project 40 CFR Part 1508 Sec. 1508.13 and 1508.27.  A lease stipulation relating to Roadless ensures compliance with current rule making. |
|  | The Forest Service has prepared EISs on coal leases at the lease stage in the past and should do so now. | Earth Justice, et al. | Commenter is correct.  For initial leases, the Forest Service often does prepare an EIS when the effects of subsidence are expected to have significant negative impacts on water.  This EA is for a lease modification tiered to the parent lease that automatically assumes the stipulations of the parent lease which "prohibit or preclude" surface uses the commenter was concerned about (Earth Justice comments p. 19). See Related Analysis at |

151

BLM_0049816

*Environmental Assessment*        ***Federal Coal Lease Modifications COC-1362 & COC-67232***

| Topic | Non-significant Issue | Commenter | Response |
|---|---|---|---|
| | | | the end of Chapter 1. |
| | Because the proposed action will extend the life of the West Elk Mine, which coal companies and their supporters argue is of significant economic importance, the Forest Service must prepare an EIS. | Earth Justice, et al. | Mine life will be extended by approximately 1 year 7 months and within the mining sequence as described in the Deer Creek Shaft and E Seam Methane Drainage Wells Project FEIS. Significance of project is determined by the Responsible Official in review of the effects of the project 40 CFR Part 1508 Sec. 1508.13 and 1508.27. |
| | Because the impacts of the coal lease modification on GHG emissions and climate change may be significant, the Forest Service must prepare and EIS | Earth Justice, et al, E. Webber. | Significance should be determined as a result of analysis, which is done for either an EA or EIS. |
| | Miner safety is a valid concern but it is not an excuse to avoid an environmental impact *assessment*. | R. Cruder | We assume the commenter wants us to do an EIS as opposed to an EA. |
| Roadless | No road construction or other disturbance should occur in the West Elk Roadless Area. | Earth Justice, et al., NRDC form letter, Wildearth Guardians form letter, N. Nostrand, M. Goeken, J. Milstein, G. Sengstake, H. Reading, G. James, J. Mortensen, J. Barnes, E. Norvaisis, D. Artley, J. White S. Hull, Ms. Whiteside, E. Dodge, H. Caswell, J. Stolarski, D. Shoe. M. Haines, G. James, A. Reinheimer, S. Martin, M. Forstre, C. Brumleve, C. Gerstel, D. Hollier, W. Baltz, J. Brown, J. Turnbill, M. Haines, R. Ellis, C. Carroon, H. Weiss, S. & R. Todd, B. Berger, T. Bobel, C. Frost, P. Priest, J. Balling, p.Gordon/B. Russell, L. Helm, R. Cruder, M. Bond, P. Stokoe, V. Price, M. Wold, L. Limmer, C. Pomeroy, R. Cerello, M. Puett, B. Jones, E. Webber, L. Weiskott, R. Curtis, D. Saunkeah | At the time this document is prepared the Roadless Rule is has not had the injunction removed by the District Court in Wyoming (therefore not in effect) and Forest Plan prescriptions (predominantly area 6b-Livestock which allows for other uses) dictate management of the area. Since no roads are proposed at this time, a lease stipulation relating to Roadless ensures compliance with current rule making (see Chapter 2). |

BLM_0049817

*Environmental Assessment*        ***Federal Coal Lease Modifications COC-1362 & COC-67232***

| Topic | Non-significant Issue | Commenter | Response |
|---|---|---|---|
| | The Proposed Action would violate the Roadless Rule. | Earth Justice, et al., T. Andrews, J. Spezia, J. White, J. Turnbill, S. & R. Todd, R. Curtis, D. Saunkeah | The Roadless Rule does not prohibit methane drainage structures.  Since no roads are proposed at this time, a lease stipulation relating to Roadless ensures compliance with current rule making (see Chapter 2).  Moreover, the Forest Service is not proposing use of any exemptions to the Roadless Rule as commenter infers. |
| | Make Arch set up shop at another location that is less valuable than the threatened habitat of numerous species. | C. Goodykoontz | Since commenter used the Defenders of Wildlife website, we can only assume he is talking about Roadless areas or wildlife in general.  The Forest Service has no response to this comment. |
| | MCC's history has shown that all their activities will be in full compliance with SMCRA which ensures that all temporarily disturbed and effected lands will be constructed, operated and eventually reclaimed to a condition that supports the approved land use.  We also support the construction and use of temporary roads, drill pads and methane drainage boreholes (MDWs that are absolutely necessary for the safe and efficient operation of the mine and protection of miners. | Oxbow Mining | No Forest Service issue. |
| | Allowing coal mine expansion in the roadless area will be consistent with the Colorado Roadless Rule. | D. Hawke | As commenter contends the Draft Colorado Roadless Rule released in 2009 did permit roads related to the North Fork Coal mines.  This Rule has not been completed to date.  Since no roads are proposed at this time, a lease stipulation relating to Roadless ensures compliance with current rule making (see Chapter 2). |
| | The Forest Service can allow the area to be mined safely and preserve all the good features of | J. Cooper | No Forest Service issue. |

153

BLM_0049818

| Topic | Non-significant Issue | Commenter | Response |
|-------|----------------------|-----------|----------|
| | the Sunset IRA–no doubt about this ability…the West Elk Mine will require minimum access and surface disturbance of the Sunset IIRA. | | |
| | Disturbance to Roadless would be temporary. | J. Poulos | Past activities at the West Elk Mine indicate that this is a true statement. |
| Climate Change | Any NEPA document must fully disclose and reduce impacts to global warming. | Earth Justice, et al., Earth Justice form letter, J Spezia, R. Cerello, B. Jones, E. Webber | To the extent greenhouse gas emissions related to this project can be described as having an effect on local climate, this has been disclosed in Chapter 3, Air Quality, Cumulative Effects. Climate change has been described as a cumulative effect. |
| | The Forest Service must disclose and analyze the impacts of greenhouse gas emission and climate change. | Earth Justice, et al. | Commenter suggests using CEQ's Draft Guidance. This guidance is just that…draft. GHGs are discussed in Chapter 3. |
| | Any subsequently prepared NEPA document must describe global warming as part of the environmental setting, climate tipping points, reasonably forseeable environmental consequences to climate change, must adequately disclose the impacts of methane emissions, explain all the mine's impacts on GHG emissions and climate change, disclose and quantify impacts of black carbon emissions, must address the end-use or life cycle impacts of the Mine and Lease Modification on climate and other resources (combustion, coal and energy demand, quantitative analysis of project impacts on climate change), must address and | Earth Justice, et al. | Climate change has been described as a cumulative effect in Section 3.3. |

BLM_0049819

*Environmental Assessment*                    ***Federal Coal Lease Modifications COC-1362 & COC-67232***

| Topic | Non-significant Issue | Commenter | Response |
|---|---|---|---|
| | explain project's cumulative impacts on GHG emissions and climate change (human health, socio-economics, biodiversity, water resources) | | |
| | The Agencies must consider requiring MCC to mitigate its climate change impacts by purchasing carbon offsets. | Earth Justice, et al. | Purchasing of carbon credits is a voluntary financial investment that MCC may choose to entertain for business reasons. The federal agencies are not involved in any financial investment decisions that MCC makes as a corporation. This is discussed in Section 3.3. |
| | The mine expansion will undercut efforts to slow the pace of climate change. | J. Mortensen | No Forest Service issue. |
| | Methane is much more powerful greenhouse gas than carbon dioxide, so venting it will add to global warming. | E. Norvaisis, L. Limmer | Since methane and carbon dioxide are both greenhouse gases it is logical that they would contribute to global *climate change*. Effects on air quality and climate change are addressed in Sections 2.2 and 3.3 of this document. |
| | When coal is burned it contributes to climate change. | J. Brown | Effects on air quality and climate change are addressed in Section 3.3 of this document. |
| | At a time when we are concerned with climate change, permitting the release of methane, would be nuts. | E. Blumenstock | Permitting the release of methane is outside the scope of consenting to lease. The Forest Service is not a permitting agency for coal mining. However, methane has been considered as a indirect/cumulative effect in Section 3.3 of this document. |
| | Please help us protect the flora and fauna, the threatened lynx, the pines that will be destroyed by beetles and ancient clones of aspens that are dying right down to their roots because winters are no longer cold enough to kill the pathogens and insects that | P. Greenwood | No Forest Service project issue. |

155

| Topic | Non-significant Issue | Commenter | Response |
|---|---|---|---|
| | attack them. Why should we put up with deadly mercury that contaminates the air and all the streams when coal is burned? What will be left for future generations? When are we going to wake to the reality of what we are doing to this planet? | | |
| | Our planet, especially here in our own country, is losing its natural habitats and resources.   The forests are so important to wildlife and play a vital role in combating climate change.  We must save then as difficult as that is, given the power and opposition of developers and energy companies.   And you individually, Mr. Richmond, play a critical role in protecting these great places.  Too few people do not see the value and the need in open space, forests and undeveloped land. | L. Weiskott | No Forest Service project issue. |
| | Old growth forest is the carbon sequestration gem of our planet.  Chop and replace is not the ticket…every year downed tree release its $CO_2$ as it dies.   Big coal knows this--does not care much, cares about bottom line, not  the well being of future young Americans. | M. Hebblewhite | No Forest Service project issue. |
| Process | The Forest Service fails to provide the public with sufficient information to comment on the proposal. | Earth Justice, et al., R. Cruder, E. Webber | Commenter refers to the Scoping letter and quotes part of the letter.  The Forest Service is painfully aware that the public does not understand the leasing process where the Forest's jurisdiction by law (40 CFR Part 1508 Sec. 1508.15, 43 CFR 3400, etc) only extends to |

156

BLM_0049051

| Topic | Non-significant Issue | Commenter | Response |
|-------|----------------------|-----------|----------|
| | | | consenting to the BLM to lease the land with stipulations, as there is no lease or associated developments proposed at this time, all direct effects are tied to subsidence from "mining coal under the lease" and indirect or cumulative effects are speculative for the purpose of having something to analyze. |
| | The Forest Service must disclose and analyze Forest Plan compliance EJ pg 24-25. | Earth Justice, et al. | This is addressed previously in this document (Chapter 2 & 3). |
| | | | Citations provided by commenter at III-9a (old growth) and III-24 (MIS, perennial streams) transportation in 5a are addressed in Sections 1.7 and 2.2. |
| | The Forest Service must describe the baseline conditions of the lease modification area. | Earth Justice, et al. | Baseline conditions are described in the background and affected environment sections of Chapter 3 (40 CFR Part 1502 Sec1502.15). |
| | The Forest Service must disclose the impacts of the project on wildlife fish and plants. | Earth Justice, et al. | Environmental consequences are described in Chapter 3 (40 CFR Part 1502 Sec 1502.16). |
| | The Forest Service must consult with the USFWS. | Earth Justice, et al., Earth Justice form letter, M. Forstre, R. Ellis, R. Cruder, R. Cerello, B. Jones, E. Webber | Section 7 ESA consultation has been completed. |
| | The Forest Service must analyze all reasonable alternatives and stipulations to protect the resources of the area. | Earth Justice, et al. | Agency specific NEPA regulations are being followed as found in 36 CFR Part 220 § 220.7(b)(2)(i-iii) and (b)(3)(i-v) Stating [t]he EA shall briefly describe the proposed action and alternative(s) that meet the need for action. Alternatives not analyzed in detail can also be found in Chapter 2. |
| | The Forest Service must disclose the impacts of the proposed lease modifications together with ongoing and foreseeable future actions in the North Fork Valley | Earth Justice, et al. | Cumulative effects (a requirement of NEPA) are addressed in Chapter 3. |

BLM_0049822

*Environmental Assessment*          **Federal Coal Lease Modifications COC-1362 & COC-67232**

| Topic | Non-significant Issue | Commenter | Response |
|---|---|---|---|
| | The Forest Service must consider rejecting the proposed lease modifications. | Earth Justice, et al. | This is covered by consideration of the No Action Alternative. |
| | BLM should be the lead agency because most issues other than Roadless have to do with BLM or OSM approval. | Dorsey & Whitney | There is on-going agency discussion regarding this issue. |
| Leases | Develop a leasing mechanism that grants title to both methane and coal to expedite/simplify process of methane capture. | State of Colorado | For these lease modifications, this process has already been addressed through a lease addendum. |
| Methane | Analyze and set objective standards for when methane capture will be required. | State of Colorado | MCC is required to follow all State and Federal laws. EPA is the regulatory agency for greenhouse gases. The EPA has delegated enforcement and permitting to the CDPHE. |
| | Venting methane is no longer a tenable scenario. | B. Berger | Venting methane is a permit action required to meet worker safety that is outside the jurisdiction of the Lead and Cooperating agencies that would occur after the coal is under lease. |
| | The mine already wastes more than 7 million cubic feet of methane daily from dozens of wells. | T. Bobel | The mine liberates methane from its existing mineworks. This is an existing condition that is in compliance with all federal, state, and local laws. Further this leasing action considers past, present, and reasonably foreseeable future impacts. Venting methane is a permit action required to meet worker safety that is outside the jurisdiction of the Lead and Cooperating agencies that would occur after the coal is under lease. |
| | A valuable resource would be wasted and further contribute to global warming. | C. Frost, J. Mortensen | Methane drainage is required to meet worker safety. At the leasing stage this is considered a cumulative effect as no MDW facilities are proposed at this time. |
| | Expanding the West Elk Mine will result in ventilation needs. The amount of methane emitted during this mining process as | J. Cooper | Approximately 6% of methane released from anthropogenic activities worldwide is due to coal mining. |

BLM_0049823

Environmental Assessment     Federal Coal Lease Modifications COC-1362 & COC-67232

| Topic | Non-significant Issue | Commenter | Response |
|---|---|---|---|
| | insignificant compared to other human activities. | | |
| | Gunnison Energy has reviewed the potential for Oxbow's active coal mines methane to be used for beneficial use. Due to lack of pipeline quality gas, very large distances from pipelines, pipeline routes through Inventoried Roadless Areas and the huge cost of treatment and compression, the capture of active coal mine methane has been shown to be extremely uneconomical and impractical. Because the MCC operation is located even further from gas pipelines than Oxbow, the capture of active coal mine methane for beneficial uses will undoubtedly be just as impractical and uneconomic. | Oxbow Mining | West Elk Mine is in the process of having an economic study related to viability of methane use reviewed by BLM in relationship to litigation with their E Seam operations. |
| | I am personally involved with the work the mine does on the GMUG in drilling and venting the methane from the coal seam as we mine. I am proud of the achievements we have made in the restoration of these drilling areas after their use and look forward to continuing to provide the best management practices for future reclamation to restore these lands even better than we found them. | M. Peacock | No Forest Service issue. |
| Safety | Methane drainage is needed to keep working men and women safe. West Elk's safety record | R. Geisler, R. Litwiller, M. Peacock | Methane drainage is required to meet worker safety. At the leasing stage this is considered a cumulative effect as no MDW facilities are |

BLM_0049824

*Environmental Assessment*          **Federal Coal Lease Modifications COC-1362 & COC-67232**

| Topic | Non-significant Issue | Commenter | Response |
|-------|----------------------|-----------|----------|
| | speaks for itself. | | proposed at this time. |
| | I expect the mining company to use precaution and environmentally safe techniques. | T. Walton | The mining company is subject to very strict permitting regulations for the protection of miners and stipulations which protect other resources. However, at this stage we are only prescribing those stipulations, not permitting any activity. |
| Wildlife | Lands in lease modification area provide vital denning sites for Canada Lynx. | Defenders of Wildlife form letter, J. Spezia, S. Martin, C. Gerstel, H. Weiss, S. & R. Todd, P. Stokoe, V. Price, L. Limmer, R. Cerello, B. Jones, E. Webber | Commenters cite the draft Forest Plan Revision for roadless description. Lease stipulations have been carried forward from the parent leases to protect lynx on the lease modification areas. Lynx affected environment and effects are described in Chapter 3 as required. |
| | Before construction is done, the Forest Service needs to locate where the lynx dens are and advise the coal company where to place the mine where it is less inhabited. | T. Walton | Lease stipulations have been carried forward from the parent leases to protect lynx on the lease modification areas. Lynx affected environment and environmental effects are described in Chapter 3 as required. |
| | Lands in lease modification area provide crucial winter habitat for Colorado's big game herds. | Defenders of Wildlife form letter, T. Andrews, J. Mortensen, S. Martin, M. Forstre, C. Gerstel, H. Weiss, S. & R. Todd, R. Cerello, B. Jones, J. Cooper | Lands in the lease modifications are too high to provide winter range. Colorado Division of Wildlife maps have been used to map winter range well outside of the lease modification areas. |
| | Lands in lease modification area provide top-quality elk calving grounds. | Defenders of Wildlife form letter | Colorado Division of Wildlife maps have been used to map elk production areas which are outside of the lease modification areas. However, elk may calve at any location on or off the Forest. Therefore, if activities occur during calving season, elk may be displaced by project activities. |
| | Lease modification area is one of the best deer and elk hunting areas and would be destroyed by mining coal. | M. Bond | Fall big game hunting season opportunities don't exactly scream of protecting deer or elk habitat as they are being chased out of it. We also believe that if you've hunted this area, you've probably accessed it using roads or trails associated with coal exploration or mining. Effects are described in Chapter 3. |
| | MDWs have been used for about 15 years in the North Fork Valley. Reclaimed areas have | J. Poulos | No Forest Service issue. |

BLM_0049825

*Environmental Assessment*          *Federal Coal Lease Modifications COC-1362 & COC-67232*

| Topic | Non-significant Issue | Commenter | Response |
|---|---|---|---|
| | added plant species diversity which helps wildlife diversity. | | |
| | The temporary disturbance from the miner construction of roads and drill pads will have only minimal impacts to local wildlife resources, existing land uses, etc. The undersigned has 30 + years of extensive experience in Colorado with surface coal activities at both underground and surface mines. Often coal project opponents make inflated claims and predict dire and greatly overstated impacts by coal mining activities to wildlife resources. Experience shows these claims are always exaggerated and never supported by the reality encountered on the ground. MCC operations will have little effect, if any, on local wildlife populations. | Oxbow Mining | No Forest Service issue. |
| | Flora and fauna remain healthy in the Minnesota Creek, Deep Creek, Lick Creek, Lion Mesa areas despite having been mined under. | M. Pagone | No Forest Service issue. |
| Fish | Lands in lease modification area provide watersheds that support populations of Colorado River Cutthroat Trout (CRCT). | Earth Justice, et al., Defenders of Wildlife form letter, J. Mortensen, S. Martin, M. Forstre, C. Gerstel, H. Weiss, S. & R. Todd, V. Price, J. Cooper | There are no CRCT populations within the lease modification area. The effects on CRCT expressed by commenter regarding sedimentation and subsidence from Lick Creek (an intermittent stream) are extremely unlikely due to the several miles of distance from the nearest CRCT population to Lick Creek. Additionally, because these are intermittent streams, there are also no other MIS trout species present. What commenter should have been concerned about is |

BLM_0049826

| Topic | Non-significant Issue | Commenter | Response |
|---|---|---|---|
| | | | water depletions related to the 4 big river fish resulting from the indirect/cumulative effects associated with a reasonably foreseeable mine plan scenario. |
| Watershed | Lands in the lease modification area are a source water (drinking water) assessment area. | Earth Justice, et al, NRDC form letter, T. Andrews, , S. Martin, M. Forstre, C. Gerstel, H. Weiss, S. & R. Todd, B. Jones | Part of the West Elk Roadless Area is a source water assessment area.  This is not within the lease modification area. |
| Access | Access the lease modifications from existing roads or the parent leases. | N. Nostrand | There is no specific development proposed at this time requiring access.  However, we imagine that West Elk Mine would consider this reasonable when development is proposed. |
| | Don't open up upper Minnesota Creek Road to mining traffic due to proximity to Sunset Trail. | N. Nostrand | NFSR 710 (Minnesota Creek Rd) is currently used for mining traffic associated with MCC's private land and a network of existing mining roads some of which are tied in to MCC's already approved E-Seam development on the parent leases. |
| Socio-economics | Arch is a great corporate member/ good neighbor of the North Fork community which provides good paying, secure employment. | R. Thurman, M. Pagone | Socio-economic impacts are addressed in Chapter 3. |
| | The Forest Service should protect coal mining as it is vital to the economy of this country. | D. Hawke, M. Peacock | Socioeconomics are addressed in the Significant Issues section and in Chapter 3 of this document. |
| | This is a recession and this [the lease modifications] could create many jobs. | T. Walton | The lease modifications would be to an existing coal mine.  Workforce of the mine will not change as a result of this action, but it may continue current employment another 1 year 7 months. |
| | The lease modifications will provide vital coal needed for clean energy and a strong economy. | D. Hawke, B. Kiger | Approximately 49.61% (US EPA's estimate) of power generation in the US currently relies on coal. Economy... |
| | Don't forget or ignore your responsibility to prevent destruction of our land for the | M. Karns | No Forest Service project issue. |

BLM_0049827

| Topic | Non-significant Issue | Commenter | Response |
|---|---|---|---|
| | immediate excuse of doing the patriotic thing in promoting the economy and the continued expansion of the industrialization of America. | | |
| | Local economies will benefit much more in the long run from recreational uses of lands rather than the boom and bust of extractive industries and their permanent destruction of our lands. | C. Carroon | Appropriate regulations and permitting processes including bonding ensure that this does not happen in underground coal mining. Coal mining has not experienced boom and bust economies like oil and gas as it is driven by long-term contract demand in support of power generation. |
| | We all know the absolutely wretched history of corporations despoiling the earth, and utterly failing to mend the damage, leaving the land ruined, or forcing tax payers to foot the bill to clean it up. Far better not to permit it for a short-term private profit. | E. Blumenstock | Appropriate regulations and permitting processes including bonding ensure that this does not happen in underground coal mining on National Forest Lands. |
| | We have to get off dirty coal and polluting CO2 fossil fuels as quickly as we can. Opening our nation's roadless areas to coal mining is at best a short-term solution. At worst, it is it is a threat to our atmosphere, and everything that lives and breathes. | P. Greenwood | There may be no distant future for coal, however approximately 49.61% (US EPA's estimate) of power generation in the US currently relies on it. |
| Coal & Energy Development | There is no future for coal as a source of energy in America. | J. White | There may be no distant future for coal, however approximately 49.61% (US EPA's estimate) of power generation in the US currently relies on it. |
| | I approve of underground mining, not pit mining or above ground mining. | T. Walton | The lease modifications, if approved, would be for underground mining. Forest Service regulations do not permit surface coal mining in this area. |
| | Coal is filthy and dangerous. | Ms. Whiteside | Coal mining is dangerous, there's no doubt about that. |

BLM_0049828

| Topic | Non-significant Issue | Commenter | Response |
|---|---|---|---|
| | Exercise your moral superiority to these myopic companies by showing your commitment to remaining true to your mission. Show them that coal energy is dead. | E. Dodge | The mission of the agency is multiple-use and that we consider issues from multiple perspectives. We are likewise mandated by Congress to consider energy development /extraction on federal lands. |
| | We are destroying more oxygen-making forests to produce carbon dioxide making coal. | G. Dulken | This project is to consent to lease and does not destroy forests. |
| | The country is in a quandary over energy policy and opening more areas to coal only serves to slant the public debate backward in favor of more reliance on fossil fuels with all of the pollution problems attendant to them. | J. Turnbill | No Forest Service issue. |
| | These types of expansions and operations simply delay the inevitable transition of our economy to cleaner alternatives, but do so at a great cost to future generations. | J. Balling | No Forest Service project issue. |
| | Utilizing current technology, coal is our largest and best source of electricity. Most modern conveniences require electricity. I look forward to the day when we have pollution free alternatives, but that day is not yet here. | M. Pagone | No Forest Service issue. |
| | The last thing this planet needs is more coal and methane. | M. Bond | Approximately 49.61% (US EPA's estimate) of power generation in the US currently relies on coal. |
| | Shouldn't we be turning to cleaner forms of energy? | M. Wold | Probably. No Forest Service issue. |

BLM_0049829

| Topic | Non-significant Issue | Commenter | Response |
|---|---|---|---|
| | We need to switch to sustainable energy now, while we still have some of our natural heritage left. | C. Pomeroy | No Forest Service issue. |
| | This coal is a valuable resource to the continued economy of the North Fork Valley and the country as a whole.  The quality of this coal makes it even more valuable as it is high-Btu, low-sulfur coal which burns much cleaner than coals from other parts of the country.  In the rush to be "green" and reduce greenhouse gas emissions we still have to use some common sense and realize that alternative energy sources are not going to be an immediate panacea for all of our energy needs.  Such development on the scale to replace fossil fuels with alternative sources will take decades to achieve and these alternatives will also have to battle with environmental issues in order to produce them on a scale to replace coal and other fossil fuels. | M. Peacock | No Forest Service issue. |
| Wilderness | The Forest Service exists to protect wilderness, not to pander to special interests that cause incalculable damage. | T. Bobel | This area is not wilderness.  Additionally, it was not brought forward as an area to be considered for further planning for wilderness as long as 32 years ago. |
| | Enough of Colorado's great wilderness has already been bulldozed, detonated, mined, grazed, and plowed. | M. Puett | This area is not wilderness.  Additionally, it was not brought forward as an area to be considered for further planning for wilderness as long as 32 years ago.  Sorry to burst your bubble, this area has also been grazed for a century or more. |

BLM_0049830

| Topic | Non-significant Issue | Commenter | Response |
|---|---|---|---|
| Posturing | Without exception since the early 1990s I watched as line officers…could not genuflect fast enough when they saw a corporate management employee. One might ask why the Forest Service employees treat corporate representatives as royalty. The prime directive for the agency is to provide profit making opportunities for the resource extraction corporations. This corporate activity on public land routinely harms the natural resources for decades…even centuries. Forest Service line officers know that if they do not service corporate America, Congress will reduce the agency's budget the following year. | D. Artley | Congress, not the Forest Service, mandates consideration of energy development which is in the "interest of the United States". We also notice that the comments you've submitted are not necessarily in line with either Wild Earth Guardians or NRDC whose websites you used to submit two of the three of yours. |
| | I demand you stop playing lap dog to any individual, group of corporation that seeks profit from public land use when you know such use will damage the natural resources of my land. You sicken me Richmond! If you wish to stay out of court read: …With great disrespect. | D. Artley | The mission of the agency is multiple-use and that we consider issues from multiple perspectives. Congress, not the Forest Service, mandates consideration of energy development on federal lands which is in the "interest of the United States". We also notice that the comments you've submitted are not necessarily in line with either Wild Earth Guardians or NRDC whose websites you used to submit two of the three of yours. Your issues seem to be of a personal or positional nature with the Forest Service and do not reflect issues specific to the lease modification parcels at hand. |
| | For the sake of the water, air, the precious wildlife which belongs to all Americans, not to scofflaw coal barons, please keep it roadless. No other moral decision is possible; no less will satisfy those who will oppose any | R. Cerello | No Forest Service issue related to the project. Forest Service is responding to National Policy by analyzing effects of proposed lease modification. |

BLM_0049831

*Environmental Assessment*                    *Federal Coal Lease Modifications COC-1362 & COC-67232*

| Topic | Non-significant Issue | Commenter | Response |
|-------|----------------------|-----------|----------|
| | ill-intentioned and precipitate action with lawsuits and much more….Do your constitutional job and protect the area from polluters and from needless dinosaurs of outmoded technology. | | |
| | Blithely allowing coal mine expansion in one of our few remaining roadless areas…will thoughtlessly damage a pristine area just so King Coal can make another buck, at a time when man-made climate change due to burning such filthy fossil fuel is patently obvious and should be avoided at all cost. Such thoughtless action would also promote polluting coal when America needs to be building a clean energy economy ASAP. The American people are sick of being put at risk just so greedy and dirty industries can do whatever they please to turn an outrageous profit at our planet's expense. | B. Jones | The Forest Service also receives nominations for lease for other forms of energy development. Many of these will require commitments of land in Roadless because that is where the water, wind, and geothermal resources exist and which will also have effects on local climate, fish, and wildlife, and include powerlines, ancillary development facilities, and roads. The Forest Service is implementing the Congressional federal laws and multiple use mission that includes extraction of mineral resources. |
| | Do you people do anything but sit at your desk taking orders from industry?? How is it that you don't seem to have any say, will power, direction about protecting our public lands from thieves, muggers and greed-heads that spell out "mega-corporations"? | N. Zierenberg | We spend about 80% of our time implementing policy and maintaining the balancing act which is the Forest Service's multiple use management goals and minerals management policy (this includes both desk time and field time). |

BLM_0049832

# APPENDIX D. MCC'S AIR PERMIT

BLM_0049833

# STATE OF COLORADO



**COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT**
**AIR POLLUTION CONTROL DIVISION**
**TELEPHONE: (303) 692-3150**

# CONSTRUCTION PERMIT

**PERMIT NO:**      **09GU1382**

**INITIAL APPROVAL**

**DATE ISSUED:**      JUN 18 2010

**ISSUED TO:**      **Mountain Coal Company, LLC**

**THE SOURCE TO WHICH THIS PERMIT APPLIES IS DESCRIBED AND LOCATED AS FOLLOWS:**

> Underground coal mining and coal processing equipment, known as the West Elk Mine, located in Section 16, Township 13 South, Range 90 West, one mile east of Somerset on State Highway 133, in Gunnison County, Colorado.

**THE SPECIFIC EQUIPMENT OR ACTIVITY SUBJECT TO THIS PERMIT INCLUDES THE FOLLOWING:**

> Mining operations and processing equipment, controls and production limits, as described on Attachment A of this permit.

**THIS PERMIT IS GRANTED SUBJECT TO ALL RULES AND REGULATIONS OF THE COLORADO AIR QUALITY CONTROL COMMISSION AND THE COLORADO AIR POLLUTION PREVENTION AND CONTROL ACT C.R.S. (25-7-101 et seq), TO THOSE GENERAL TERMS AND CONDITIONS INCLUDED IN THIS DOCUMENT AND THE FOLLOWING SPECIFIC TERMS AND CONDITIONS:**

1. Within one hundred and eighty days (180) after commencement of operation, compliance with the conditions contained on this permit shall be demonstrated to the Division. It is the permittee's responsibility to self certify compliance with the conditions. Failure to demonstrate compliance within 180 days may result in revocation of the permit. (Information on how to certify compliance was mailed with the permit.)

2. This permit shall expire if the owner or operator of the source for which this permit was issued: (i) does not commence construction/modification or operation of this source within 18 months after either the date of issuance of this initial approval permit or the date on which such construction or activity was scheduled to commence as set forth in the permit application associated with this permit; (ii) discontinues construction for a period of eighteen months or more; or (iii) does not complete construction within a reasonable time of the estimated completion date (See General Condition No. 6., Item 1.). Upon a showing of good cause by the permittee, the Division may grant extensions of the permit. (Reference: Regulation No. 3, Part B, Section III.F.4.)

3. Within one hundred and eighty days (180) after commencement of operation, the applicant shall submit to the Division for approval an operating and maintenance plan for all control equipment and control practices, and a proposed record keeping format that will outline how the applicant will maintain compliance on an ongoing basis with the requirements of condition no.7 listed below. The operating and maintenance plan shall commence at startup. (Reference: Regulation No. 3, Part B, Section III.G.7.)

BLM_0049834

051/0051Mountain Coal Company, LLC
Permit No. 09GU1382Approval                    Colorado Department of Public Health and Environment
Initial page 2                                              Air Pollution Control Division

4.  Visible emissions shall not exceed twenty percent (20%) opacity during normal operation of the source. During periods of startup, process modification, or adjustment of control equipment visible emissions shall not exceed 30% opacity for more than six minutes in any sixty consecutive minutes. Opacity shall be measured by EPA Method 9. (Reference: Regulation No. 1, Section II.A.1. & 4.)

5.  The particulate emission control measures listed on the attached page (as approved by the Division) shall be applied to the particulate emission producing sources as required by Regulation No. 1, Section III.D.1.b.

6.  This source shall be limited to a maximum production rate as listed below and all other activities, operational rates and numbers of equipment as stated in the application. Daily records of the actual production rate shall be maintained by the applicant and made available to the Division for inspection upon request. (Reference: Regulation No. 3, Part B, Section II.A.4.)

    Total quantity of material (coal and refuse) handled shall not exceed 59,400 tons per day and 8,500,000 tons per year.

    The total quantity of refuse material shall not exceed 5,000 tons per day from the Coal Prep Plant or 5,000 tons per day from the Reclaim Tower and 1,000,000 tons per year.

    Raw material stockpiles shall not exceed 5.1 acres.

    Processed material stockpiles shall not exceed 4.8 acres.

    Processing of through the Coal Prep Plant shall not exceed 20,000 tons per day and 4,500,000 ton per year.

    Hours of operation for maintenance activities on the three main stockpiles limited to 60 hours/day

    Hours of operation for maintenance activities on the silo stockpiles limited to **40** hours/day

    Hours of operation for maintenance activities on the refuse piles limited to **75** hours/day

7.  Emissions of air pollutants shall not exceed the following limitations, and the specific limits in Attachment A (as calculated in the Division's preliminary analysis): (Reference: Regulation 3, Part B, III. A. 4)

    Particulate Matter:         68.8 tons per year.
    PM10 (Particulate Matter<10 μm):        60.3 ton per year.
    Particulate Matter - Fugitive:     85.4 tons per year.
    PM10 (Particulate Matter<10 μm) - Fugitive:     27.9 tons per year.

    Compliance with the yearly emission limits shall be determined on a rolling twelve (12) month total.

    Notes:  For AIRS IDs **051/0015/011, 012, 013, 019 & 020**, Coal Processing System: The permit holder shall calculate emissions as defined in Attachment A, based on daily production and keep a compliance record on site in order to demonstrate compliance with the above emission limitations. Annual emissions shall be calculated based on the previous twelve (12) months' emission data. These calculated annual emissions shall be included in the demonstration of compliance with the yearly non-fugitive emission limits listed above.

051/0051                                                                                          ver. 2/00

BLM_0049835

051/0051Mountain Coal Company, LLC
Permit No. 09GU1382Approval
Initial page 3

Colorado Department of Public Health and Environment
Air Pollution Control Division

Compliance with the fugitive emission limits shall be demonstrated by not exceeding the production limits in condition number 6 and by following the attached fugitive dust emissions control plan.

8. A Revised Air Pollutant Emission Notice (APEN) shall be filed:  (Reference: Regulation No. 3, Part A, Section II.C.)

   a. Annually whenever a significant increase in emissions occurs as follows:

   **For any criteria pollutant:**

   For sources emitting **less than 100 tons per year**, a change in actual emissions of five tons per year or more, above the level reported on the last APEN submitted; or

   A change in actual emissions, above the level reported on the last APEN submitted, of 50 pounds of lead

   **For any non-criteria reportable pollutant:**

   If the emissions increase by 50% or five (5) tons per year, whichever is less, above the level reported on the last APEN submitted to the Division.

   b. Whenever there is a change in the owner or operator of any facility, process, or activity; or

   c. Whenever new control equipment is installed, or whenever a different type of control equipment replaces an existing type of control equipment; or

   d. Whenever a permit limitation must be modified; or

9. Process equipment at this facility is subject to Regulation No. 6-Standards of Performance for New Stationary Sources, Part A-Federal Register Regulations ( 40 CFR Part 60 ) Adopted By Reference, Subpart Y- Standards of Performance for Coal Preparation Plants as amended by a final rule published in the Federal Register on October 8, 2009 (FR Vol. 74, No. 194), including, but not limited to, the following:

   a. Discharge into the atmosphere shall be less than 20 % opacity for any coal processing and conveying equipment, coal storage systems and transfer and loading systems constructed, reconstructed or modified before April 28, 2008.

   b. Discharge into the atmosphere shall be less than 10 % opacity for any coal processing and conveying equipment, coal storage systems and transfer and loading systems constructed, reconstructed or modified after April 28, 2008.

   c. A fugitive coal dust emissions control plan must be submitted prior to startup for any open storage piles of coal constructed, reconstructed or modified after May 27, 2009.

   d. A logbook shall be maintained for a coal preparation plant that commences construction, reconstruction or modification after April 28, 2008, to include the information specified in Subpart Y.

   In addition, the following requirements of Regulation No. 6, Part A, Subpart A, General Provisions, apply.

BLM_0049836

051/0051Mountain Coal Company, LLC
Permit No. 09GU1382Approval                    Colorado Department of Public Health and Environment
Initial page 4                                                      Air Pollution Control Division

    a.    At all times, including periods of start-up, shutdown, and malfunction, the facility and control equipment shall, to the extent practicable, be maintained and operated in a manner consistent with good air pollution control practices for minimizing emissions. Determination of whether or not acceptable operating and maintenance procedures are being used will be based on information available to the Division, which may include, but is not limited to, monitoring results, opacity observations, review of operating and maintenance procedures, and inspection of the source. (Reference: Regulation 6, Part A. General Provisions from 40 CFR 60.11

    b.    No article, machine, equipment or process shall be used to conceal an emission that would otherwise constitute a violation of an applicable standard. Such concealment includes, but is not limited to, the use of gaseous diluents to achieve compliance with an opacity standard or with a standard that is based on the concentration of a pollutant in the gases discharged to the atmosphere. (§ 60.12)

    c.    Records of startups, shutdowns, and malfunctions shall be maintained, as required under § 60.7.

    d.    Compliance with opacity standards shall be demonstrated according to § 60.11.

10.    Transfer points shall be enclosed to minimize emissions of particulate matter.

11.    Public access shall be precluded, as per Mountain Coal Company's January 26, 2010 letter to Mr. Jon Torizzo, in all areas within the modeling receptor exclusion zone as submitted with the modeling with the application. Fenced areas shall be posted with no trespassing signs.

12.    This source shall be limited to the maximum production rates and emissions controls as listed in Attachment A. Daily records of the actual production rates shall be maintained by the applicant and made available to the Division for inspection upon request.

13.    Prevention of Significant Deterioration (PSD) requirements shall apply to this source at any such time that this source becomes major solely by virtue of a relaxation in any permit condition. Any relaxation that increases the potential to emit above the applicable PSD threshold will require a full PSD review of the source as though construction had not yet commenced on the source. The source shall not exceed the PSD threshold until a PSD permit is granted. (Reference: Regulation No.3, Part D, Section VI.B.4.)

14.    Operating Permit (OP) requirements shall apply to this source at any such time that this source becomes major solely by virtue of a relaxation in any permit limitation. Any relaxation that increases the potential to emit above the applicable OP threshold shall require submittal of and issuance of an operating permit, under Regulation No. 3, Part C.

15.    The applicant shall follow the most current operating and maintenance plan and record keeping format approved by the Division in order to demonstrate compliance on an ongoing basis with the requirements of this permit. (Reference: Regulation No. 3, Part B, Section III.G.7.)

BLM_0049837

051/0051Mountain Coal Company, LLC
Permit No. 09GU1382Approval
Initial page 5

Colorado Department of Public Health and Environment
Air Pollution Control Division

16.  Issuance of this permit cancels the permits contained in the following table. AIRS IDs are not cancelled.

| Permit Number |
| --- |
| **95GU508-1** |
| **95GU508-2** |
| **95GU508-3** |
| **95GU508-4** |
| **95GU508-5** |
| **96GU736** |
| **99GU0832** |

Charles N. Pray, P.E.-P.L.S.
Permit Engineer

R K Hancock III, P.E.
Construction Permit Unit Supervisor

Permit History:

| Date | Action | Description |
| --- | --- | --- |
| This issuance | IA | Initial Approval. |

Notes to Permit Holder:

1)  The production or raw material processing limits and emission limits contained in this permit are based on the production/processing rates requested in the permit application.  These limits may be revised upon request of the permittee providing there is no exceedence of any specific emission control regulation or any ambient air quality standard.  A revised air pollution emission notice (APEN) and application form must be submitted with a request for a permit revision.

2)  This source is subject to the Common Provisions Regulation Part II, Subpart E, Affirmative Defense Provision for Excess Emissions During Malfunctions. The permittee shall notify the Division of any malfunction condition which causes a violation of any emission limit or limits stated in this permit as soon as possible, but no later than noon of the next working day, followed by written notice to the Division addressing all of the criteria set forth in Part II.E.1. of the Common Provisions Regulation. See: http://www.cdphe.state.co.us/regulations/airregs/100102aqcccommonprovisionsreg.pdf.

3)  Per condition number 9 above: AIRS ID **051/0015/011, 012, & 013** were built before April 28, 2008, and shall not exhibit greater than 20 % opacity. AIRS ID **051/0015/020** was built after April 28, 2008 and shall not exhibit greater than 10 % opacity.

4)  This facility is classified as a:    Synthetic Minor Facility

BLM_0049838

051/0051Mountain Coal Company, LLC
Permit No. 09GU1382Approval
Initial page 6

Colorado Department of Public Health and Environment
Air Pollution Control Division

### PARTICULATE EMISSIONS CONTROL PLAN FOR MINING ACTIVITIES

THE FOLLOWING PARTICULATE EMISSIONS CONTROL MEASURES SHALL BE USED FOR COMPLIANCE PURPOSES ON THE ACTIVITIES COVERED BY THIS PERMIT, AS REQUIRED BY THE AIR QUALITY CONTROL COMMISSION REGULATION NO.1, Section III.D.1.b. THIS SOURCE IS SUBJECT TO THE FOLLOWING EMISSION GUIDELINES:

a. **Mining Activities -** Visible emissions not to exceed 20% opacity, no off-property transport of visible emissions.

b. **Haul Roads -** No off-property transport of visible emissions shall apply to on-site haul roads, the nuisance guidelines shall apply to off-site haul roads.

c. **Haul Trucks -** There shall be no off-property transport of visible emissions from haul trucks when operating on the property of the owner or operator. There shall be no off-vehicle transport of visible emissions from the material in the haul trucks when operating off of the property of the owner or operator.

### Control Measures

1. Phased reclamation and rehabilitation, specified in Permit No. C-80-007 issued by Colorado Division of Reclamation, Mining, and Safety, shall be implemented to minimize emissions of fugitive particulate matter emissions.

2. The surface of the active working area of the coal refuse stockpiles shall be watered as needed. Water shall be applied to any part of a refuse stockpile subject to vehicular activity.

3. Unpaved haul roads shall be treated with chemical stabilizers per manufacturer's recommendations, and watered as often as needed to control fugitive particulate emissions.

4. Reclamation works and sequential extraction of material shall be initiated to keep the total disturbed areas at any one time to a minimum.

BLM_0049839

051/0051Mountain Coal Company, LLC
Permit No. 09GU1382Approval
Initial page 7

Colorado Department of Public Health and Environment
Air Pollution Control Division

## ATTACHMENT A

| AIRS ID | Process description | Controls |
|---|---|---|
| | | |
| **051/0015/011** | Conveyors/Transfers<br><br>Main Mine Conveyor<br>Conveyor ST-1<br>Conveyor ST-2<br>Conveyor ST-3 | Emissions of particulate matter from the transfer points are controlled with enclosures. Coal is naturally moist.<br><br>Throughput is limited to 8,500,000 tons per year of which not more than 1,000,000 tons per year is refuse.<br><br>Particulate Matter (PM): 6.2 tons per year. Emission factor (EF) = 0.0015 lbs/ton. Particulate Matter<10 $\mu$m (PM10): 4.2 ton per year. EF = 0.0010 lbs/ton. |
| **051/0015/012** | Coal processing system, design rated at 1,650 tons per hour, and consisting of:<br><br>One (1) McLanahan, Model: Rotary Breaker, S/N: 154-81, breaker for crushing / sorting of coal.<br><br>One (1) American Pulverizer, Model: Double Roll, S/N: 7630, roll crusher.<br><br>Two (2) Tabor, Model: Coal Screen, S/Ns: 4511 and 4512, vibrating screens.<br><br>One (1) Custom, reject bin.<br><br>Seven (7) Custom, conveyors for coal and reject. | Emissions of particulate matter are controlled with enclosures. Coal is naturally moist.<br><br>PM: 51.0 lbs per day and 5.4 tons per year. EF = 0.0013 lbs/ton.<br>PM10: 15.4 lbs per day and 1.6 tons per year. EF = 0.0004 lbs/ton.<br><br>Compliance with the yearly emission limits shall be determined on a rolling twelve (12) month total.<br><br>The permit holder shall calculate emissions on a monthly basis and keep a compliance record on site in order to demonstrate compliance with the above emission limitations. Annual emissions shall be calculated based on the previous twelve (12) months' emission data. These calculated annual emissions shall be used to demonstrate compliance with the yearly emission limit listed above. |

051/0051

ver. 2/00

BLM_0049840

051/0051Mountain Coal Company, LLC
Permit No. 09GU1382Approval
Initial page 8

Colorado Department of Public Health and Environment
Air Pollution Control Division

## ATTACHMENT A CONTINUED

| 051/0015/013 | Two (1) Storage Silos for coal storage.<br><br>Two (2) Vibratory Feeders.<br><br>One (1) Train Loadout Conveyor.<br><br>One (1) Batch Weigh System.<br><br>One (1) Coal Sampling System | Emissions of particulate matter from the transfer points are controlled with enclosures. Coal is naturally wet.<br><br>PM: 0.12 tons per year. EF = 2.93 e-5 lbs/ton.<br>PM10: 0.06 ton per year. EF = 1.46 e-5 lbs/ton.<br>Fugitive PM: 5.3 tons per year. EF = 0.0012 lbs/ton.<br>Fugitive PM10: 1.6 tons per year. EF = 0.0004 lbs/ton. |
|---|---|---|
| 051/0015/014 | Storage pile, emergency stockpile, and associated hauling of coal. | Follow Fugitive Dust Control Plan.<br><br>Fugitive PM 10.7 tons per year EF = 0.024 lbs/ton.<br>Fugitive PM10: 7.9 tons per year. EF = 0.018 lbs/ton.<br><br>Coal storage areas listed on this permit shall not exceed 4 acres.<br>Truck hauling of coal shall from the silo-pad emergency storage pile to off-site locations shall not exceed 1,000,000 tons per year |
| 051/0015/015 | Coal refuse pile and associated mobile equipment and hauling of coal. | Follow Fugitive Dust Control Plan.<br><br>Production (storage) of coal refuse shall not exceed 1,000,000 tons per year.<br><br>Fugitive PM: 38.4 tons per year.<br>EF = 0.08 lbs/ton.<br><br>Fugitive PM10:  11.4 tons per year. EF = 0.023 lbs/ton. |
| 051/0015/0016 | Hauling of coal from the ROM storage pile. | Follow Fugitive Dust Control Plan.<br>Truck haulage of coal from the ROM stockpile to off-site locations shall not exceed 500,000 tons per year.<br><br>PM: 9.2 tons per year. EF = 0.037 lbs/ton.<br><br>PM10: 2.5 tons per year. EF = 0.010 lbs/ton. |

BLM_0049841

051/0051Mountain Coal Company, LLC
Permit No. 09GU1382Approval
Initial page 9

Colorado Department of Public Health and Environment
Air Pollution Control Division

**ATTACHMENT A CONTINUED**

| 051/0015/019 | Coal mine ventilation shafts: | Ventilation fans are uncontrolled. |
|---|---|---|
| | Sylvester Gulch:Joy model 120-65-880, 1500 hp | Throughput of ventilation air shall not exceed 3,000,000 cubic feet per minute. Shaft #2 fans shall be restricted to one (1) fan at any time. |
| | Shaft #1 – fan #1:TLT Babcock model GAF 30-15-1, 2500 hp | |
| | Shaft #2 – fan #1:TLT Babcock model GAF 30-15-1, 2500 hp | PM: 49.2 tons per year. EF = 11.23 lbs/hour. PM10: 49.2 tons per year. EF = 11.23 lbs/hour. |
| | Shaft #2 – fan #2:TLT Babcock model GAF 30-15-1, 2500 hp | |
| | Shaft #3 – fan #1:Joy Model MF-65, 1500 hp | |
| 051/0015/020 | Coal Prep Plant Process Equipment: | All processes are enclosed. Limited to 4,500,000 tons per year of coal processing. |
| | One (1) Conn-Weld, 8X16 Negative Slope, S/N: TBD, vibrating sceen. | Conn-Weld rated at 800 tph. |
| | One (1) Crusher: McClanahan, Black Diamond, S/N: TBD | McClanahan rated at 160 tph. |
| | Screen #1: Bivitech, KRL/DD "B" 2400X90x, S/N: TBD | Bivitech rated at 800 tph. |
| | Screen #2: Conn-Weld (2) 8X16 Horizontal, S/N: TBD | Operational rate not applicable. "Wet" process APEN exempt. |
| | Screen #3: Conn-Weld, 12X20 Horizontal DD, S/N: TBD | Operational rate not applicable. "Wet" process APEN exempt. |
| | Screen #4: Conn-Weld, 8X16 Horizontal, S/N: TBD | Operational rate not applicable. "Wet" process APEN exempt. |
| | Screen #5: Conn-Weld, 4X10 Negative Slope, S/N: TBD | Operational rate not applicable. "Wet" process APEN exempt. |
| | Screen #6: Conn-Weld, 4X10 Negative Slope, S/N: TBD | Operational rate not applicable. "Wet" process APEN exempt. |
| | Crusher: McClanahan, Black Diamond, S/N: TBD | McClanahan rated at 200 tph. Wet process. |
| | | PM: 3.3 tons per year. EF = 0.0015 lbs/ton. |
| | | PM10 1.7 tons per year. EF = 0.0007 lbs/ton. |
| | | |

**END OF ATTACHMENT A**

BLM_0049842

051/0051Mountain Coal Company, LLC
Permit No. 09GU1382Approval
Initial page 10

Colorado Department of Public Health and Environment
Air Pollution Control Division

Additional equipment located at this facility.

| AIRS ID | Description | Emissions information |
|---|---|---|
| **051/0015/009** | Fuel storage tanks under 93GU886.XA. | Emissions of VOCs de minimis. APEN exempt. |
| **051/0015/021** | Cummins emergency generator under permit 10GU1130. | NSPS IIII certified as Tier 2. |
| Exempt heaters at various locations. | | |

051/0051

ver. 2/00

BLM_0049843

051/0051Mountain Coal Company, LLC
Permit No. 09GU1382Approval                   Colorado Department of Public Health and Environment
Initial page 11                                                          Air Pollution Control Division

GENERAL TERMS AND CONDITIONS: (IMPORTANT!  READ ITEMS 5,6,7 AND 8)

1.      This permit is issued in reliance upon the accuracy and completeness of information supplied by the applicant and is conditioned upon conduct of the activity, or construction, installation and operation of the source, in accordance with this information and with representations made by the applicant or applicant's agents.  It is valid only for the equipment and operations or activity specifically identified on the permit.

2.      Unless specifically stated otherwise, the general and specific provisions contained in this permit have been determined by the APCD to be necessary to assure compliance with the provisions of Section 25-7-114.5(7)(a), C.R.S.

3.      Each and every condition of this permit is a material part hereof and is not severable.  Any challenge to or appeal of, a condition hereof shall constitute a rejection of the entire permit and upon such occurrence, this permit shall be deemed denied *ab initio*.  This permit may be revoked at any time prior to final approval by the Air Pollution Control Division (APCD) on grounds set forth in the Colorado Air Quality Control Act and regulations of the Air Quality Control Commission (AQCC), including failure to meet any express term or condition of the permit.  If the Division denies a permit, conditions imposed upon a permit are contested by the applicant, or the Division revokes a permit, the applicant or owner or operator of a source may request a hearing before the AQCC for review of the Division's action.

4.      This permit and any required attachments must be retained and made available for inspection upon request at the location set forth herein.  With respect to a portable source that is moved to a new location, a copy of the Relocation Notice (required by law to be submitted to the APCD whenever a portable source is relocated) should be attached to this permit.  The permit may be reissued to a new owner by the APCD as provided in AQCC Regulation No. 3, Part B, Section II.B. upon a request for transfer of ownership and the submittal of a revised APEN and the required fee.

5.      Issuance (initial approval) of an emission permit does not provide "final" authority for this activity or operation of this source.  Final approval of the permit must be secured from the APCD in writing in accordance with the provisions of 25-7-114.5(12)(a) C.R.S. and AQCC Regulation No. 3, Part B, Section III.G.  Final approval cannot be granted until the operation or activity commences and has been verified by the APCD as conforming in all respects with the conditions of the permit.  If the APCD so determines, it will provide written documentation of such final approval, which does constitute "final" authority to operate. ***Compliance with the permit conditions must be demonstrated within 180 days after commencement of operation.***

6.      **THIS PERMIT AUTOMATICALLY EXPIRES IF** you (1) do not commence construction or operation within 18 months after either the date of issuance of this permit or the date on which such construction or activity was scheduled to commence as set forth in the permit, whichever is later; (2) discontinue construction for a period of 18 months or more; or (3) do not complete construction within a reasonable time of the estimated completion date.  Extensions of the expiration date may be granted by the APCD upon a showing of good cause by the permittee prior to the expiration date.

7.      **YOU MUST notify the APCD no later than thirty days after commencement of the permitted operation or activity by submitting a Notice of Startup (NOS) form to the APCD**.  The Notice of Startup (NOS) form may be downloaded online at www.cdphe.state.co.us/ap/downloadforms.html.  Failure to do so is a violation of AQCC Regulation No. 3, Part B, Section III.G.1., and can result in the revocation of the permit.  *You must demonstrate compliance with the permit conditions within 180 days after commencement of operation as stated in condition 5.*

8.      Section 25-7-114.7(2)(a), C.R.S. requires that all sources required to file an Air Pollution Emission Notice (APEN) must **pay an annual fee** to cover the costs of inspections and administration.  If a source or activity is to be discontinued, the owner must notify the Division in writing requesting a cancellation of the permit.  Upon notification, annual fee billing will terminate.

9.      Violation of the terms of a permit or of the provisions of the Colorado Air Pollution Prevention and control Act or the regulations of the AQCC may result in administrative, civil or criminal enforcement actions under Sections 25-7-115 (enforcement), -121 (injunctions), -122 (civil penalties), -122.1 (criminal penalties), C.R.S.

BLM_0049844

BLM_0049845

## Bighorn Sheep Risk of Contact Tool

Tuesday, January 21, 2014
8:39 AM

Contact Info:

Jayson Murgoitio
GIS Specialist
NEPA Grazing Permit Renewal Team
BLM - Idaho State Office
jmurgoitio@blm.gov
(208) 373-4054

Stefan Orehovec
Critigen Contractor
Stefan.Orehovec@critigen.com
1 720 872 4219 Direct
1 503 896 6370 Mobile

Carol Howe
Resource Information Specialist / Forest Climate Change
Coordinator
Grand Mesa, Uncompahgre and Gunnison National Forests
2250 Hwy 50
Delta, CO  81416
chowe@fs.fed.us
(970) 874-6647

Variables:
Home Range:
Telemetry (or use CHHR in next step)
Minimum points per animal

Foray:
Habitat Preference Layer
Relative Preference Codes
Distance Distribution Files
Ram
Ewe

Contact:
Herd Size
Herd Sex Ratio
Foray Probability
Ram
Ewe

### 23 January 2014

Trial model run with Brad Banulis (CPW), David Sinton (BLM), Missy Siders (BLM)
Brad provided current population numbers for the populations of concern for the UFO/DENCA areas.
Data from CPW

We ran the National Bighorn model on the Dominguez population using the CPW range boundary and the existing habitat suitability model.  Suitability model was developed by CPW for the Rocky Mountain bighorn and is summer habitat.  A problem in using for desert bighorns with overlap with winter sheep allotments.  Brad will look for documentation on how this model was developed.

CPW is working on a desert bighorn suitability model, but Brad is uncertain when this model will be available.  He will check with his GIS folks to see the likely availability.

Forey Probability Analysis:
Gird Values 1=bighorn habitat, 2=connector habitat, 10=non habitat
Relative Preferences (default values) 1=1, 2=0.177, 10=0.29

Ram Distance/Ewe Distance Files:  for this run we used the sample data.  Brad said that we might be able to develop more local distance files using existing telemetry data for some populations. He will contact Jason Murgoitio to see if he can help us make these files for our populations.

Contact Analysis:
We used Brad's Ram:Ewe current numbers to run this version of the model (85:100)
We used default values for the Forey Probabilities

Resulting Probability Report
We joined the resulting probability report to the existing allotment (RMP Model) file to be able to look at the differences.  We need to talk with Jason Murgoitio on how to interpret the probability and rate values.  But generally, the model has some differences from the original UFO/DENCA

BLM_0049846

model in that the suitability model predicts habitat in areas we assumed were non-habitat.

Brad will provide us with 3-year running averages for the populations, then we will try re-running the model.  Then I will evaluate the differences between the two models.

BLM_0049847

## Users Guide

Tuesday, January 21, 2014
8:58 AM



**Risk of Contact To...**

Inserted from: <file://\\blm\dfs\loc\EGIS\OC\Wildlife\Transfers\USFS Bighorn Application\Documents\PDF\Risk of Contact Tool User Guide_Jan2013.pdf>

Available: https://blmspace.blm.doi.net/id/sites/bhs/Shared%20Documents/Forms/AllItems.aspx?RootFolder=%2Fid%2Fsites%2Fbhs%2FShared%20Documents%2FRisk%20of%20Contact%20Tool&FolderCTID=0x012000338693C3DEF4274BA134D0F72E0C4FF4&View={F62CABD1-4848-4F58-B15C-F0FDCF59FC9B}

BLM_0049848

United States
Department of
Agriculture

Forest Service

Intermountain
Region



January 2013

# Bighorn Sheep
# Risk of Contact Tool
## Users Guide



Prepared by:

**USDA FS Bighorn Sheep Working Group**

CRITIGEN, Inc.

BLM_0049849

The United States Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs). Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact the USDA's TARGET Center at 202-720-2600 (voice and TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, DC 20250-9410, or call (800) 795-3272. USDA is an equal employment opportunity provider and employer.

BLM_0049850



# Table of Contents

1 Introduction................................................................................................................................1-1

2 Background.................................................................................................................................2-1

3 Software and Data Requirements ..........................................................................................3-1

   3.1 *Required Software* .................................................................................................................*3-1*
      3.1.1 ArcGIS 10 and Spatial Analyst Extension ...............................................................3-1
      3.1.2 R-2.15.2 and Required Packages ..........................................................................3-1
      3.1.3 statconnDCOM 3.5-1B2 ..........................................................................................3-1
      3.1.4 Risk of Contact Tool – ArcGIS Add-in.....................................................................3-1

   3.2 *Required Data*.......................................................................................................................*3-1*
      3.2.1 Telemetry/Observation Points or CHHR Polygon Layer ........................................3-2
      3.2.2 Habitat Preference Raster Layer .............................................................................3-4
      3.2.3 Active Domestic Sheep Allotment Polygons Layer .................................................3-5

4 Conduct a Risk of Contact Assessment ...............................................................................4-1

   4.1 *Tool Interface Overview* ........................................................................................................*4-1*

   4.2 *Launching the Tool Interface*.................................................................................................*4-4*

   4.3 *Using the Home Range Component* ......................................................................................*4-6*
      4.3.1 Core Herd Home Range Calculation .......................................................................4-7

   4.4 *Using the Foray Analysis Component*.................................................................................*4-12*
      4.4.1 Foray Analysis Calculation ...................................................................................4-13

   4.5 *Using the Contact Analysis Component*.............................................................................*4-15*
      4.5.1 Contact Analysis Calculation ................................................................................4-16

   4.6 *View Analysis Results and Bighorn Sheep Locations*........................................................*4-22*

   4.7 *Create a Graph*...................................................................................................................*4-23*

   4.8 *Project Output Folders and Files* ........................................................................................*4-24*

**Appendix A:** **Tool Installation Guide** ...............................................................................................**A-1**

   A.1 *Obtain Administrative Privileges*...........................................................................................*A-1*

   A.2 *Download and Unzip the Tool Installation Zip File* ................................................................*A-1*

   A.3 *Install R-2.15.2* .....................................................................................................................*A-2*

   A.4 *Install statconnDCOM* ...........................................................................................................*A-4*

   A.5 *Install the Bighorn Sheep Risk of Contact Tool Add-In* ........................................................*A-5*
      A.5.1 Add Command Button to the Toolbar .....................................................................A-6
      A.5.2 Uninstall the Bighorn Sheep Risk of Contact Tool Add-In ...................................A-10

**Appendix B:** **Quick Start Guide**......................................................................................................**B-1**

   B.1 *Open the Sample ArcMap Project File* ..................................................................................*B-1*

   B.2 *Run the Bighorn Sheep Risk of Contact Tool*........................................................................*B-3*
      B.2.1 Home Range Analysis ............................................................................................B-5

BLM_0049851

B.2.2    Foray Analysis ........................................................................................................... B-7
B.2.3    Contact Analysis ....................................................................................................... B-9

**Appendix C:    Using ArcMap 10—The Basics** ................................................................... C-1

C.1    Starting ArcMap .............................................................................................................. C-1

C.2    Adding Map Layers ......................................................................................................... C-1

C.3    ArcMap Window .............................................................................................................. C-2

C.4    Table of Contents ........................................................................................................... C-3

C.5    Data Frame ..................................................................................................................... C-4
C.5.1    Data View .................................................................................................................. C-4
C.5.2    Layout View ............................................................................................................... C-5

C.6    Toolbars .......................................................................................................................... C-6
C.6.1    Tools Toolbar ............................................................................................................ C-6
C.6.2    Layout Toolbar .......................................................................................................... C-6

C.7    Quick Ways to Navigate a Map ....................................................................................... C-6

C.8    Print a Map ...................................................................................................................... C-6

C.9    Saving a Map .................................................................................................................. C-6

**Appendix D:    Distance Distribution File Example** ............................................................. D-1

**Appendix E:    Configuration File** ....................................................................................... E-1

**Appendix F:    Parameter Log File Examples** ..................................................................... F-1

F.1    Core Herd Home Range Parameter Calculations Log File ............................................... F-1

F.2    Foray Analysis Parameter Calculations Log File ............................................................. F-1

F.3    Contact Analysis Parameter Calculations Log File .......................................................... F-2

**Appendix G:    Glossary** ...................................................................................................... G-1

BLM_0049852



# List of Figures

Figure 1.   Telemetry/Observation Points Layer ......................................................................... 3-3

Figure 2.   Habitat Preference Raster Layer ............................................................................... 3-4

Figure 3.   Active Domestic Sheep Allotment Polygons Layer..................................................... 3-5

Figure 4.   Bighorn Contact Assessment Interface tabs .............................................................. 4-1

Figure 5.   Risk of Contact Assessment Workflow with user-supplied bighorn location points ..... 4-2

Figure 6.   Risk of Contact Assessment Workflow with user-supplied CHHR polygon ...................... 4-3

Figure 7.   Example Arcmap session containing the required map layers ................................... 4-4

Figure 8.   Bighorn Tool Icon in the Toolbar (circled) and input data warning .......................... 4-5

Figure 9.   Select a Working Directory Dialog Box...................................................................... 4-5

Figure 10.  Browse for Folder Dialog Box ................................................................................... 4-6

Figure 11.  Home Range Component ........................................................................................... 4-7

Figure 12.  Home Range Component Calculate Button.................................................................. 4-8

Figure 13.  Home Range Calculation Progress Window................................................................ 4-8

Figure 14.  statconn DCOM Launch Page .................................................................................... 4-9

Figure 15.  Example Core Herd Home Range _poly layer ........................................................... 4-10

Figure 16.  Example Core Herd home Range_Output Folder Data ............................................. 4-11

Figure 17.  Foray Analysis Component ........................................................................................ 4-13

Figure 18.  Foray Analysis Component Calculate Button .............................................................. 4-14

Figure 19.  Example Ewe and Ram Foray Probability Layers........................................................ 4-14

Figure 20.  Example Foray Analysis Output File Structure ........................................................... 4-15

Figure 21.  Contact Analysis Components ................................................................................... 4-16

Figure 22.  Contact Analysis Component Calculate Button........................................................... 4-17

Figure 23.  Message Warning That Some Allotments Intersect the Core Herd Home Range ......... 4-17

Figure 24.  Contact Analysis Calculation Progress Dialog Box...................................................... 4-17

Figure 25.  Contact Analysis Complete Dialog box ..................................................................... 4-18

Figure 26.  Allotment Results Table and 'List by Source' Icon (Both Circled) .............................. 4-19

Figure 27.  Example Contact Analysis Output File Structure ........................................................ 4-20

Figure 28.  Open Allotment results table ................................................................................... 4-20

Figure 29.  Example Table From Analysis With No Allotments Intersecting Core Herd Home Range
.................................................................................................................................................... 4-21

Figure 30.  Example Results with Intersecting Allotments ........................................................... 4-21

Figure 31.  View example Analysis Results and Bighorn Sheep Locations..................................... 4-22

Figure 32.  Example Graph of Herd Level Contact Rate with Three Allotments............................ 4-23

Figure 33.  Example Bighorn Output Folder Structure................................................................. 4-24

BLM_0049853

Figure A-1. Completing the R Windows Setup Wizard ................................................................... A-2

Figure A-2. statconnDCOM Ready to Install ............................................................................... A-4

Figure A-3. ESRI ArcGIS Add-In Installation Utility .................................................................... A-5

Figure A-4. ESRI ArcGIS Add-In Installation Succeeded Dialog Box .......................................... A-6

Figure A-5. Customize Toolbars Drop-Down List ....................................................................... A-7

Figure A-6. Customize Dialog Box .............................................................................................. A-8

Figure A-7. Adding Tool to ArcMap Toolbar ............................................................................... A-9

Figure A-8. Bighorn Sheep Risk of Contact Tool Added to Toolbar ............................................ A-9

Figure A-9. Arcmap Add-In Manager Link .................................................................................. A-10

Figure A-10. Add-In Manager – Add-Ins Tab ............................................................................. A-11

Figure B-1. Supplied Sample Data Folder .................................................................................. B-1

Figure B-2. ArcMap session Window ......................................................................................... B-2

Figure B-3. Bighorn Contact Assessment Tool (Circled) in ArcMap Toolbar ............................. B-3

Figure B-4. Select Working Directory Dialog Box ...................................................................... B-3

Figure B-5. Sample Data Folder provided with the Tool .............................................................. B-4

Figure B-6. Home Range Component .......................................................................................... B-5

Figure B-7. Calculation Progress Dialog Box ............................................................................. B-5

Figure B-8. statconnDCOM Application ....................................................................................... B-6

Figure B-9. New HomeRange_poly Layer .................................................................................... B-6

Figure B-10. Foray Analysis Component ..................................................................................... B-7

Figure B-11. Foray Probability Layers ....................................................................................... B-8

Figure B-12. Contact Analysis Component ................................................................................. B-9

Figure B-13. Contact Analysis Complete Dialog box .................................................................. B-10

Figure B-14. Allotment Results Table and 'List by Source' Icon (Both Circled) ......................... B-11

Figure C-1. ArcMap Window ....................................................................................................... C-2

Figure C-2. Table of Contents .................................................................................................... C-3

Figure C-3. Data View ............................................................................................................... C-4

Figure C-4. Layout View ............................................................................................................. C-5

Figure C-5. Tools Toolbar ........................................................................................................... C-6

Figure C-6. Layout Toolbar ......................................................................................................... C-6

BLM_0049854

Case No. 1:20-cv-02484-MSK   Document 41-9   filed 04/27/21   USDC Colorado   pg 90 of 152



# 1 Introduction

In response to bighorn sheep population viability concerns, the Payette National Forest developed a methodology for calculating the probability and rates of contact between bighorn sheep and active domestic sheep allotments.  Subsequently in 2011, the Forest Service initiated a process to develop a geospatial platform based on the concepts used in the Payette analyses for application on other National Forests.  The resulting Risk of Contact Tool provides a user-friendly geospatial desktop application for use by field unit wildlife biologists and resource managers.  Methods implemented by the Tool provide a framework for addressing the potential of contact and disease transmission for use in Forest and project planning and developing bighorn sheep conservation measures on public lands.

The objective of this user guide is to provide instruction on the installation and use of the Bighorn Sheep Risk of Contact Tool (Tool).  The Tool utilizes a core herd home range (CHHR), a summer habitat model, and active domestic sheep allotments to calculate the probability of ram and ewe forays outside the CHHR and the rate of contact with domestic sheep allotments.  The CHHR is either generated by the Tool based on user-supplied telemetry or observation points, or provided by the user as a polygon delineation based on local expert knowledge.  Draft summer habitat raster models for the western states have been developed by the Forest Service and are used in calculating habitat suitability and connectivity for purposes of bighorn sheep movements across landscapes.  Finally, a local unit active domestic sheep allotment polygon layer is used in the analysis to calculate the probability and rates of contact.

This user guide consists of four sections: 1) Introduction, 2) Background, 3) Software and Data Requirements, and 4) Conduct a Risk of Contact Assessment.  The Background section provides a brief description of the analysis and models developed and implemented by the Payette and its intended use by other National Forests.  The Software and Data Requirements section outlines the necessary software and geospatial data layers needed to conduct a risk of contact assessment.  The Conduct a Risk of Contact Assessment section documents the Tool itself, describing the steps and decisions involved to carry out an assessment. The Tool's user interface consists of three tabs or components, each of which directs a major step in the analysis.  Separate subsections describe the role and use of the Home Range, Foray Analysis, and Contact Analysis components and document the options available on each tab.

Instructions for installing the required software are contained in Appendix A: Tool Installation Guide.  First time users of the Tool may benefit from the guided tour presented in Appendix B: Quick Start Guide.  This tour walks the user through all steps of an analysis using an example data set.  A basic working knowledge of ArcMap, the main module of ArcGIS, is recommended.  Users new to ArcGIS can refer to Appendix C: Using ArcMap 10 - The Basics for a quick introduction to ArcMap's basic functionality and pointers to additional instructional resources.

Appendices D, E and F contain examples of files used or produced by the Tool. Appendix D includes the foray distance distribution files derived from the Payette analysis and used as the default by the Tool. Appendix E contains the configuration file for changing the Tool defaults. And Appendix F includes the log file listing the user-specified input parameters for each run of the analysis. A glossary of terms is contained in Appendix G. At its first use in this guide, each term includes a link to its definition in the glossary. Additional information pertinent to the Tool is contained in two supplemental document files provided with the installation package. The "Risk of Contact Tool – R Script Documentation_Jan2013" document includes a detailed description and testing process for the R function used to estimate the CHHR. The "Risk of Contact Tool – Example Log Files_Jan2013" document provides an example set of ArcGIS log files created when the Tool is run.

BLM_0049855

Case No. 1:20-cv-02484-MSK   Document 41-9   filed 04/27/21   USDC Colorado   pg 91 of 152



# 2 Background

In 2005, the Chief of the Forest Service remanded the Payette Forest Plan because of bighorn sheep viability concerns, largely due to the potential for contact and disease transmission between domestic sheep and bighorn sheep on the Forest. In response, the Payette National Forest published the Bighorn Sheep Viability Analysis and Forest Plan Amendment in 2010 which establishes Forest guidance for the management of domestic sheep in proximity to bighorn sheep populations. As part of the analysis process, the Payette worked with University of California, Davis, Center for Animal Disease Modeling and Surveillance scientists to develop a set of models to estimate the probability and rates of contact between free-ranging bighorn sheep and active domestic sheep allotments, and to simulate the potential impacts of disease outbreaks on bighorn sheep populations on and adjacent to the Forest.

The Payette National Forest used three models to assess the potential for disease transmission between domestic sheep and bighorn sheep. These models were: (1) a bighorn sheep summer habitat model; (2) a risk of contact model; and (3) a disease model. The summer habitat model used remote sensing derived data (vegetation, topography, etc.) to map suitable summer bighorn sheep habitat and to develop a habitat preference map. The risk of contact model used bighorn sheep locations, movement data, and habitat preference to model the probability and rate of contact between bighorn sheep and active domestic sheep allotments. This model used telemetry or observation data to construct a core herd home range (CHHR). Based on foray rates and habitat preferences, the model then estimated the probability that bighorn sheep (rams and ewes) that foray outside of the CHHR will contact domestic sheep allotments, and calculated a rate of contact with those domestic sheep allotments. The disease model used the calculated rate of contact and demographic characteristics of bighorn sheep given disease perturbations to assess the extirpation probabilities of bighorn sheep herds.

Extensive scientific literature supports the relationship between disease in bighorn sheep populations and contact with domestic sheep. Field observations have associated bighorn sheep respiratory disease events subsequent to being observed near domestic sheep, which has led to numerous independent research efforts. Research results provide strong evidence that bighorn sheep have a high probability of contracting fatal pneumonia following contact with domestic sheep. Consequently, many Federal land management agencies and State wildlife managers recommend eliminating shared use of ranges by bighorn and domestic sheep. In 2010 alone, 11 bighorn sheep die-offs occurred in the western states. Some of these occurred in close proximity to National Forests.

Hence, disease transmission between domestic and bighorn sheep remains an issue for many National Forest and BLM units in the western United States. In August of 2011, a four-step approach to risk assessment and viability analysis was outlined and mandated by the Deputy Chief of Forest Service to minimize the potential for disease transmission through interaction between bighorn and domestic sheep. Forests require a strategy and consistent analysis tools to assess the potential contribution of Forest Service active domestic sheep allotments to bighorn sheep disease events

BLM_0049856



# 3 Software and Data Requirements

## 3.1 Required Software

This section briefly describes the software applications needed to conduct a risk of contact analysis. Required software includes ArcGIS 10.0, ArcGIS Spatial Analyst Extension, R-2.15.2 (and required packages), statconnDCOM 3.5-1B2, and the Bighorn Sheep Risk of Contact Tool ArcGIS Add-in. For Forest Service personnel, download instructions for ArcGIS and Spatial Analyst are provided in section 3.1.1 below. Appendix A contains detailed instructions for installing the other required software, including the Tool.

### 3.1.1 ArcGIS 10 and Spatial Analyst Extension

The Risk of Contact Tool depends on a working installation of ArcGIS 10.0 equipped with the ArcGIS Spatial Analyst extension. Forest Service users can download and install ArcGIS from the Software Library accessed through the Chief Information Office (CIO) home page (http://fsweb.wo.fs.fed.us/irm/index.php). Spatial Analyst is included with the installation of ArcGIS 10. Local GIS specialists may be available to provide a DVD copy of the software and to assist with software installation.

### 3.1.2 R-2.15.2 and Required Packages

The Tool uses the open source R programming language and software environment as a computational back-end for estimating core herd home ranges from telemetry or observation points. The home range computations and R's interactions with ArcGIS rely on several additional R packages, one of which (BHSkde) was developed specifically for this project. The other packages were downloaded from the Comprehensive R Archive Network website (http://www.cran.r-project.org) and then bundled together with R in the customized installer (Appendix A).

### 3.1.3 statconnDCOM 3.5-1B2

statconnDCOM consists of the middleware component that allows communication between R and other Windows applications. The Tool uses this software to allow interaction between ArcMap and R.

### 3.1.4 Risk of Contact Tool – ArcGIS Add-in

An Add-in extends the functionality of ArcGIS with custom commands and specialized features. The Risk of Contact Tool is an ArcGIS Add-in that supplies the Tool's user interface and directs the computations used in estimating risk of contact.

## 3.2 Required Data

Every risk of contact assessment requires three geospatial data layers (or "map layers") as inputs. These three layers should be loaded into an ArcMap session *before* the Tool is launched:

1. **Bighorn Sheep Telemetry/Observation Points or CHHR Polygon Layer** — If the core herd home range (CHHR) will be estimated from telemetry or observation points; these are supplied by the user as a point layer of bighorn sheep location data either from radio-collared animals or observations attributed with an ID to differentiate between animals. If point location data are not available, a polygon layer containing the CHHR boundaries must be supplied.

2. **Bighorn Sheep Habitat Preference Raster Layer** — A raster layer of bighorn sheep habitat. As input to the Tool, the layer's raster cells (pixels) may represent either habitat classes (habitat, non-habitat, etc.) or relative preferences for habitat.

BLM_0049857



3. **Active Domestic Sheep Allotment Polygon Layer —** A polygon layer of active domestic sheep allotment boundaries, used to calculate contact risk for specific allotments. The allotments layer should only consist of active domestic sheep allotment polygons, and not include vacant, closed, cattle, or other types of allotments.

The layers can be in any format supported by ArcMap. Shapefiles are provided for the sample vector format data and ESRI grids are provided for the sample raster format data in the sample data set provided with the Tool.

*NOTE: The Tool does not check that all geospatial data layers are formatted to the same projection and coordinate system, so the user must ensure that these match (Section 4.2).*

Users may consult GIS coordinators or local specialists for assistance with geospatial data compilation, formatting, and/or generating data, such as polygon layer editing support for delineating core herd home range polygons.

### 3.2.1  Telemetry/Observation Points or CHHR Polygon Layer

The telemetry or observation point layer consists of bighorn sheep location data in vector point format (Figure 1).

Careful consideration should be given to the telemetry, observation, or a combination of these points used for the home range analyses. These data should represent a *current* population with discreet geographical boundaries, season of use dates, and other potentially relevant factors germane to addressing the risk of contact between bighorn sheep and domestic sheep allotments.

The telemetry or observation point layer is not required if a core herd home range polygon is available. The polygon can be delineated by a knowledgeable wildlife biologist (or computed during a previous contact assessment). In that case, the Home Range component can be skipped and the polygon layer can be input directly into the Foray Analysis component described below.

*NOTE: Vector format point data consist of features represented by pairs of x, y coordinates. For an example, refer to the TelemObsPts layer in the sample data set included with the Tool (Appendix B).*

BLM_0049858



**FIGURE 1.  TELEMETRY/OBSERVATION POINTS LAYER**

BLM_0049859



### 3.2.2  Habitat Preference Raster Layer

The habitat preference layer consists of data in raster format (Figure 2). The layer can either 1) be generated by the Tool using a habitat *class* layer as input, or 2) be an existing habitat *preference* layer previously developed from a habitat class layer.

- **Habitat Class Layer**—Habitat class values must be integers representing habitat, non-habitat, etc. If a habitat class layer is supplied, the Tool will prompt the user to provide relative habitat preference values for each class (Section 4.4.1). The preference for each class should be provided by the wildlife biologist or the raster layer's creator.

- **Habitat Preference Layer**—Habitat preference values must be floating point numbers representing relative habitat preference for the raster cell.

*NOTE: Raster format data is a grid of cells, each with its own value. Refer to the hab_class layer in the sample data set included with the Tool (Appendix B).*



**FIGURE 2.  HABITAT PREFERENCE RASTER LAYER**

BLM_0049860



### 3.2.3  Active Domestic Sheep Allotment Polygons Layer

The active domestic sheep polygons layer consists of allotment boundaries in a vector polygon format (Figure 3).

*NOTE: Vector format polygon data consist of a series of vertices connected by lines that form one or more polygons. Refer to the AllotmentPolygons layer in the sample data set included with the Tool (Appendix B).*



FIGURE 3.  ACTIVE DOMESTIC SHEEP ALLOTMENT POLYGONS LAYER

BLM_0049861

This page is intentionally left blank.

BLM_0049862



# 4 Conduct a Risk of Contact Assessment

This section describes in detail the components of the Tool's user interface and describes how these components may be used in a risk of contact assessment. For an introduction to the Tool workflow, first-time users may want to follow the sample analysis outlined in Appendix B: Quick Start Guide.

## 4.1 Tool Interface Overview

As discussed in the Background section above, a risk of contact assessment proceeds in several distinct stages. In the first stage, a core herd home range (CHHR) boundary is identified, either by estimating it from animal location data (usually from radio-collared animals) or based on a biologist's site specific knowledge of a bighorn herd's use of the landscape. In the next stage, two raster layers are generated representing the estimated probabilities that a single foraying ram or ewe will reach each point on the landscape outside of the CHHR. During the final stage, the resulting foray probability layers are integrated with allotment boundary polygons to calculate estimated individual- and herd-level allotment contact probabilities and rates.

Each analysis stage or component of the risk of contact assessment is assigned to an individual tab within the **Bighorn Contact Assessment** user interface. Tabs corresponding to the three stages of an assessment are circled in orange in Figure 4.



**FIGURE 4. BIGHORN CONTACT ASSESSMENT INTERFACE TABS**

Below is a brief description for each analysis component:

- **Home Range** — When an <u>adequate</u> number of telemetry points from radio-collared animals or site-specific observations are available, this component may be used to calculate the **CHHR boundaries**.

- **Foray Analysis** — This component calculates the **probability that a foraying bighorn sheep** will reach each point on the landscape surrounding its herd's CHHR.

- **Contact Analysis** — This component returns the **probability that bighorn sheep on a foray will come into contact with a domestic sheep allotment** and the rate of contact for rams, ewes, and the entire herd.

In general, a risk of contact assessment will proceed through these stages sequentially from left to right (i.e., Home Range, Foray Analysis, and Contact Analysis). Figure 5 illustrates this idealized workflow, showing how the output from each component may be used as an input by the next.

While the Foray Analysis calculation **must** be completed (at least once) before the Contact Analysis calculation, the Home Range calculation may be skipped if a knowledgeable wildlife biologist is able to provide an estimated CHHR polygon.

Each analysis component implements a similar work-flow, taking one or more map layers as input and outputting a named map layer or other results file that is used by the next component. Each component requires the following input information from the user:

- **Analysis Name** — The name used to identify the new output layers and other files the component generates. Output files are saved to the project-specific working directory selected by the user when the Tool is first opened.

- **Input Layers** — The name of an input layer, chosen from among those loaded into the current ArcMap session.

4-1

BLM_0049863

Case No. 1:20-cv-02484-MSK   Document 41-9   filed 04/27/21   USDC Colorado   pg 99 of 152


- **Layer Attributes from Selected Layers to Use as Identifiers —** Once an input layer has been selected, the layer's attributes are made available for selection from a drop-down menu.

The Risk of Contact Assessment Workflow depicted in Figure 5 is used for analyses in which Core Herd Home Range is estimated from bighorn location points.



FIGURE 5. RISK OF CONTACT ASSESSMENT WORKFLOW WITH USER-SUPPLIED BIGHORN LOCATION POINTS

BLM_0049864



The Risk of Contact Assessment Workflow depicted in Figure 6 is used for analyses in which the Core Herd Home Range (CHHR) polygon layer is supplied by the user. The CHHR layer may have been produced by a previous Home Range Analysis, or it may have been constructed by a knowledgeable wildlife biologist, familiar with the bighorn herd being analyzed.



**FIGURE 6. RISK OF CONTACT ASSESSMENT WORKFLOW WITH USER-SUPPLIED CHHR POLYGON**

4-3

BLM_0049865



## 4.2   Launching the Tool Interface

Launch the Tool user interface by following the six steps below.

*NOTE: If an ArcMap project .mxd file containing the required map layers has already been created, e.g. for a previous assessment, navigate to the file location in Windows Explorer and double-click the file. ArcMap will open with the three layers already loaded, as the example shown in Figure 7. Skip steps 1-3 below.*

1. Open ArcMap.

2. Add the required input map layers described in Section 3.2.

3. Save the session to an ArcMap project .mxd file in an informatively named project-specific working directory.



FIGURE 7.  EXAMPLE ARCMAP SESSION CONTAINING THE REQUIRED MAP LAYERS

BLM_0049866



4.  Click on the **Bighorn Tool icon** from the ArcMap toolbar (Figure 8).

*NOTE:* *The **Input Data** warning will open, reminding users to check that telemetry/observation points, the habitat raster, and allotment polygons are all formatted to the same projection and coordinate system. To view the projection and coordinate system, right-click the layer of interest in the Table Of Contents > Properties > Source tab > Data Source field (scroll down if necessary).*



**FIGURE 8.  BIGHORN TOOL ICON IN THE TOOLBAR (CIRCLED) AND INPUT DATA WARNING**

5.  The **Select working directory** dialog box will open (Figure 9), which allows for setting the location to which all the files produced by the current analysis will be saved. It is ***strongly*** recommended to click **Yes** and to change the default directory to the project-specific working directory where the ArcMap project file was saved in Step 3.

*NOTE:* *Select Cancel to close the Tool without running an analysis.*



**FIGURE 9.  SELECT A WORKING DIRECTORY DIALOG BOX**

BLM_0049867



6. After clicking **Yes**, Browse to the location into which the analysis output files will be saved (Figure 10).



**FIGURE 10. BROWSE FOR FOLDER DIALOG BOX**

## 4.3 Using the Home Range Component

Estimating the core herd home range (CHHR) is the first step in any risk of contact assessment, so the Tool's user interface launches with the Home Range component open.

This component may be used to estimate a CHHR where an adequate number of telemetry points from radio-collared animals or site-specific observation points are available. It supports home range estimation using several methods, including those used for the Payette National Forest analysis.

The Home Range tab can be skipped where estimated CHHR boundaries have been delineated by knowledgeable wildlife biologists (e.g. as a polygon shapefile) and the CHHR boundary layer has been added to the ArcMap session prior to launching the Tool. If this is the case, skip Section 4.3.1 below and go on to 4.4 Using the Foray Analysis Component.

BLM_0049868



### 4.3.1   Core Herd Home Range Calculation

The Home Range component calculates the core herd home range, generating a shapefile map layer having the suffix "_poly".

The Input Points layer is filtered to only include animals having the minimum number of observations specified by the user in the Minimum Points per Animal field. This field allows the user to exclude animals for whom the number of available observations is too small to reliably estimate an individual-level home range.

Enter information in the Home Range component (Figure 11) as described below:

*NOTE: In the absence of site or region-specific data, it is recommended to keep default values that were established based on best available science and validated during the Payette National Forest analysis. Altering these values without commensurate data will change outcomes and reduce defensibility.*



**FIGURE 11. HOME RANGE COMPONENT**

1. **Core Herd Home Range Output Name:** Enter a name for the current Home Range analysis. The name may not start with a number, contain spaces, "&", "%", or "." and cannot be longer than 25 characters. Both the results folder and the home range polygon layer created by this calculation will be given names based on the value entered in this field:

   - **Folder:** _output will be appended (e.g., HomeRange_output)
   - **Layer:** _poly will be appended (e.g., HomeRange_poly)

2. **Telemetry/Observation Layer (Point):** The point layer used to generate the home range polygon. Use the drop-down list to select the appropriate point layer from among those loaded in the current ArcMap session. A point layer must be selected to perform a home range calculation.

3. **Animal ID Field:** The field used to identify the individual animals whose home ranges will be calculated and then combined to form the CHHR. Select the animal identifier field from the drop-down list that appears once a point layer has been chosen. Users who have chosen to "Treat all animals as one" (see bullet number 5 below) may select the 'None' value from the drop-down menu.

4. **Minimum Points per Animal:** The minimum number of observations required for data from an animal to be included in the home range calculations. This cutoff is necessary because individual-level home range estimates based on too few points are less likely to be accurate.  Recognize that each included animal's home range is weighted equally in the determining the CHHR.

*NOTE: Although the Tool allows inclusion of animals with as few as two observations, the cutoff should probably never be set that low: in its CHHR estimates, the Payette NF only included points from animals with 21 or more distinct telemetry observations.*

5. **Treat all animals as one:** Select this option to treat all observations as if they came from a single animal whose estimated home range will be treated as the CHHR. When the checkbox is **not** selected (the default), individual animals' home ranges will be estimated, and then combined to

4-7

BLM_0049869



generate the CHHR. Opting to "treat all animals as one" may be useful when using field observation data in which the identities of individual animals are not known. If this checkbox **is** selected, the 'Animal ID Field' above is disregarded.

6. **Bandwidth Estimator:** Select a home range estimation method from the drop-down list. Each option creates different-shaped home ranges:

   - **Reference:** Produces a rounder, larger home range. This is the default and recommended method, and was used by the Payette NF in their risk of contact analyses.

   - **Plug-in:** Produces a longer, narrower home range.

   For more information on this field, refer to the separate document provided with the Tool "Risk of Contact Tool – R Script Documentation_Jan2013", Section 1.1 Kernel Density Estimates and CHHR for an Entire Herd.

7. **Percent of h_ref:** A factor (expressed as a percentage) by which the automatically selected bandwidth should be multiplied.

*NOTE: When using the Reference Bandwidth Estimator, modifying the default value will change the size and shape of the CHHR polygon. The default value (100 percent) leaves the automatically selected bandwidth unchanged. Values smaller than 100 will result in smaller estimated CHHRs, while values greater than 100 will result in larger estimated CHHRs.*

8. **Max Isopleth Quantile:** Enter a value between 0 and 99. (A 100 percent isopleth cannot be specified, as it is undefined for the home range estimators implemented in this Tool.) The value entered here (call it "Q") determines which "isopleth" or contour will be taken as the boundary of the CHHR polygon; the isopleth that is returned surrounds the smallest region within which the animals in a herd are expected to be found Q% of the time. Entering 95 (the default value) results in a CHHR polygon expected to contain 95% of bighorn movements. Increasing the max isopleth quantile will lead to a larger estimated CHHR.

   The 95% contour is commonly used in the home-range literature as a delimiter describing population boundaries, and is the default value for this model. The Payette National Forest's empirical estimates of foray frequency and foray distance distribution (both used as defaults by the Tool) were also based on CHHRs defined by the 95th isopleth. Those estimates will be inappropriate if used in concert with CHHRs defined by other isopleths. The rationale for any change to this value (95%) should be documented. Additional changes to other portions of the model will be required to account for changes to the isopleth quantile size relative to foraying bighorn sheep distances.

   Once each field in the form has been populated, the **Calculate** button will be enabled.

9. Click **Calculate** to start the home range calculations (Figure 12).



FIGURE 12. HOME RANGE COMPONENT CALCULATE BUTTON

The **Calculation Process** dialog box will open, showing the progress of the calculation (Figure 13).



FIGURE 13. HOME RANGE CALCULATION PROGRESS WINDOW

4-8

BLM_0049870



Within a few seconds, the **statconnDCOM** splash screen will appear (Figure 14), and then disappear after a few more seconds. Both statconnDCOM and R will, however, continue to run in the background. statconnDCOM's role is to serve as a link between ArcMap and R, passing commands and results back and forth between them. R's role is to produce an estimated CHHR polygon from the supplied point data. The R function invoked by the Tool is called kdeHerd (with 'kde' standing for 'kernel density estimation'). For detailed information about kdeHerd, refer to the document "Risk of Contact Tool – R Script Documentation_Jan2013", Section 1.1 Kernel Density Estimates and CHHR for an Entire Herd.



statconn DCOM

Copyright (C) 1998-2012 by Thomas Baier.

This version of statconnDCOM may be used under the terms of the
STATCONN DCOM NONCOMMERCIAL USE LICENSE.
See the file SC_PUBLIC in the installation folder for the full license terms.
Redistribution is not allowed.

All publications based on analyses performed using statconnDCOM directly or
indirectly (e.g. RExcel, FlexArray, SAM,...) will include the following citation:

Baier Thomas & Neuwirth Erich (2007). Excel :: COM :: R.
Computational Statistics, Volume 22, Number 1/April 2007. Physica Verlag.

Please visit http://www.statconn.com/ for alternative licenses.

Support for this version of statconnDCOM is available only through
http://rcom.univie.ac.at/ (Wiki, Mailing List)

**FIGURE 14. STATCONN DCOM LAUNCH PAGE**

BLM_0049871



Once R has completed its home range calculations, R and statconnDCOM will exit and the **Calculation Progress** window will close. The newly created CHHR polygon layer will be automatically added to the Home Range output folder and ArcMap session (Figure 15).



**FIGURE 15.  EXAMPLE CORE HERD HOME RANGE _POLY LAYER**

4-10

BLM_0049872

USFS BIGHORN SHEEP RISK OF CONTACT TOOL USERS GUIDE       4 CONDUCT A RISK OF CONTACT ASSESSMENT

Figure 16 provides an example of the contents of the CHHR output folder, which includes both the input telemetry/observation point layer and the estimated CHHR polygon layer.



FIGURE 16.  EXAMPLE CORE HERD HOME RANGE_OUTPUT FOLDER DATA

4-11

BLM_0049873



## 4.4   Using the Foray Analysis Component

The **Foray Analysis** component calculates the annual or seasonal probabilities that individual rams and ewes, in forays from their home range, will reach each point on the landscape. The resulting estimates are written to two foray probability layers: ForayProbEwe and ForayProbRam. These are raster layers whose cell values represent the annual or seasonal probabilities of contact by an individual ewe or ram. The subsequent Contact Analysis component (Section 4.5) uses these probability layers by overlaying them with the allotment polygons to determine the risk that forays will reach each allotment.

To develop the foray probability layers, the Tool needs two input map layers.

- The first input map layer is a raster layer whose cell values represent either habitat classes (the typical choice) or habitat preferences. When a habitat class layer is used as input, the Tool will prompt users to enter the relative preference of bighorn sheep for each habitat class. A habitat preference layer is one whose values directly represent the relative preference of bighorn sheep for each raster cell, so it requires no further user input.

  Draft summer habitat class and preference layers for the western states have been developed by the Forest Service. The data include suitable habitat, connecting habitat, and non-habitat. Ideally, these data should be reviewed for site relevance and modified as necessary based on local conditions, coordination with state wildlife agencies, etc. Forest Service personnel can download the data from T:\FS\NFS\R02\Program\2600WildlifeMgmt\GIS\Habitat_Types.

- The second input map layer is a polygon feature layer that outlines the boundaries of the CHHR. This polygon may have been generated by the Home Range component or it may have been drawn by a knowledgeable wildlife biologist.

The Foray Analysis component also requires two "foray distance distribution files", which provide the probabilities that individual ram or ewe forays will reach each of the 1 kilometer-wide concentric rings emanating from the CHHR boundary. The format of the files must match that shown in Appendix D: Distance Distribution File Example, with a "Distance" column containing distances in kilometers, and a "ForayProb" column containing the probabilities that a foray will extend at least that far from the CHHR.

By default, the Tool will use distance distribution files that are stored in the same folder as the ArcMap project file and named "Ewe summer foray probabilities (1 km rings).csv" and "Ram summer foray probabilities (1 km rings).csv". If these files are *not* present in the project-specific working directory, the user will need to browse to their location. A copy of the distance distribution files derived from 12 years of Hells Canyon area telemetry data used as part of the Payette National Forest analysis are located in the "Sample Data" folder provided in the Tool Installation zip file. The foray distance distributions exhibited by the Hells Canyon area bighorn sheep were consistent with published observations of bighorn sheep movements from several other areas of western North America. These default data should be used unless other well-supported, scientifically derived estimates of foray distance distributions are available for the area under consideration.

BLM_0049874



### 4.4.1 Foray Analysis Calculation

Enter information in the **Foray Analysis** component (Figure 17) as described below:

*NOTE: It is recommended to keep default values that were established and validated during the Payette National Forest analysis. If these values are altered, the user must document the rationale or analysis used.*



**FIGURE 17. FORAY ANALYSIS COMPONENT**

1. **Foray Analysis Output Name:** Enter a name for the current Foray Analysis. The name may not start with a number, contain spaces, "&", "%", or "." and cannot be longer than 25 characters. The value entered here will be used to name the Foray Analysis component's output folder:

   - **Folder:** _output will be appended (e.g., ForayAnalysis_output)

2. **Core Herd Home Range Layer (Polygon):** Select the home range polygon layer created by the home range calculation from the drop-down list.

*NOTE: The CHHR polygon layer doesn't need to be generated during the current run of the Tool. A polygon layer drawn to represent the CHHR can be used. The CHHR polygon layer can only have one feature in it. Multipart polygons, where multiple independent shapes are present but have a single ID, are acceptable.*

3. **Habitat Layer (Raster):** Use the drop-down menu to select a habitat class or habitat preference raster layer having the corresponding format specified in Section 3.2.2.

   If the values in the selected habitat raster layer are integers, they are assumed to be habitat classes and the grid below the drop-down tool will be populated with one row for each class in the layer. For habitat class layers produced by Chans O'Brien (Payette National Forest GIS Analyst) having the same format as the hab_class sample data provided with the Tool, the following three rows will be added to the grid:

   - Habitat Class 1: Denotes habitat
   - Habitat Class 2: Denotes connectors
   - Habitat Class 5: Denotes non-habitat

Enter a **Relative Preference** for each habitat class. All values entered in the Relative Preference fields must be ≥0, and at least one must be >0.

If the values in the habitat raster layer are **floating point** numbers, they are assumed to be habitat preferences and the grid is not populated for user input. The relative preference value is used to calculate the probability that a bighorn sheep will foray to the location of a given raster cell.

4. **Ram Distance Distribution File:** If the default "Ram summer foray probabilities (1 km rings).csv" file (derived from observations of Hells Canyon area radio-collared rams) is present in the project-specific working directory, it will automatically populate in this field. If it is not present there, either copy it to the directory from the Tool's "Sample Data" directory or browse to it or to another tabular *.csv file containing information about the probability a ram's foray will carry it different distances from its CHHR.

BLM_0049875



5. **Ewe Distance Distribution File:** See instructions for "Ram Distance Distribution File" above, substituting the "Ewe summer foray probabilities (1 km rings).csv" file for the associated ram distance distribution file.

Once each field in the form has been populated, the **Calculate** button will be enabled.

6. Click **Calculate** to start the calculation of the foray analysis (Figure 18).



**FIGURE 18. FORAY ANALYSIS COMPONENT CALCULATE BUTTON**

Once the calculation is complete, the foray probability layers – (**ForayProbEwe.tif** and **ForayProbRam.tif**) will be added to the Foray Analysis output folder and ArcMap session (Figure 19).

*NOTE: The ForayProbEwe.tif and ForayProbRam.tif layers will be added above the existing layers in ArcMap. To view the Home Range and Allotment Polygon layers, the **ForayProbRam.tif** and **ForayProbEwe** layers will need to be turned off or moved below the Polygon layers. The Tool must be closed before the layers can be moved (Figure 19).*



**FIGURE 19. EXAMPLE EWE AND RAM FORAY PROBABILITY LAYERS**

BLM_0049876



Figure 20 below shows the results directory containing the foray layers displayed in Figure 19.



**FIGURE 20.  EXAMPLE FORAY ANALYSIS OUTPUT FILE STRUCTURE**

The probability layers will be used as inputs by the **Contact Analysis** component, as described in the next section.

## 4.5   Using the Contact Analysis Component

The **Contact Analysis** component calculates the annual or seasonal probability that individual bighorn sheep will leave their CHHR and come into contact with a domestic sheep allotment boundary. The results are shown in a single table that contains both individual-level contact probabilities and herd level rates of contact for rams and ewes.

To produce the summary contact probability table, the Tool uses the foray probability raster layer and ring buffer polygons generated by the Foray Analysis component, along with an Allotment Polygons Layer containing the outlines of occupied domestic sheep allotments. Herd-level characteristics such as sex ratio and seasonal foray probability of a ram and ewe are also used in the calculations as described below.

BLM_0049877



### 4.5.1  Contact Analysis Calculation

Enter information in the **Contact Analysis** component (Figure 21) as described below:

*NOTE: It is recommended to keep the default values that were established and validated during the Payette National Forest analysis unless site or region-specific data are available. Changes to default data should be documented.*



**FIGURE 21. CONTACT ANALYSIS COMPONENTS**

1. **Contact Analysis Output Name:** Enter a name for the current Contact Analysis. The name may not start with a number, contain spaces, "&", "%", or "." and cannot be longer than 25 characters. The Contact Analysis output folder created by this calculation will be named using the value in this field. The folder will contain an extension to the name as indicated below.

   - **Folder:** _output will be appended (e.g., ContactAnalysis_**output**)

2. **Foray Analysis Output Directory:** Browse to the project directory (i.e., the directory selected when the user interface was launched and select the **Foray Analysis_Output** folder.

*NOTE: The Foray Analysis_Output folder contains multiple files required to perform the Contact Analysis and **must be left intact** for the Contact Analysis to run correctly.*

3. **Allotment Polygons Layer:** From the drop-down list, select the **Allotment Polygons Layer** loaded in the ArcMap session. This layer contains the boundaries of each allotment to be evaluated for risk of contact.

*NOTE: Take care not to select a home range _**poly** layer created by the Home Range component.*

4. **Allotment ID Field:** Select an allotment ID field; for example, a "Name" field from the drop-down list. This field will be used to identify the allotment in the results table. The allotment ID must be unique to each allotment analyzed.

5. **Herd Size:** Enter the number of adult animals in the bighorn sheep herd. This should be based on estimated herd size for the specific herd being analyzed.

6. **Herd Sex Ratio:** Enter the ratio of rams to ewes in the herd. This information may be supplied as any pair of positive numbers (e.g., 0.35 and 0.65, or 3 and 5, or 0 and 10) from which a ratio can be calculated.

*NOTE: The default ratio of 35:65 is used by the Payette National Forest and was calculated from observations of Hells Canyon area herds. These values may be changed if the information is known for the specific herd being analyzed.*

BLM_0049878

Case No. 1:20-cv-02484-MSK   Document 41-9   filed 04/27/21   USDC Colorado   pg 114 of 152



7.  **Foray Probability:** Enter the probability an individual ram or ewe will foray out of the CHHR during the grazing season being analyzed. Enter the value as a proportion rather than as a percentage (i.e., 0.15 rather than 15%).

*NOTE: The default values of 0.141 (14.1%) for rams and 0.015 (1.5%) for ewes are taken from the Payette National Forest and represent the proportion of radio-collared individuals that were observed outside of their CHHR during the summer grazing season (May–October). Changing these data will have a direct effect on the probabilities and rates of contact.  If data are altered, the analysis and rationale for changes should be documented.*

Once each field in the form has been populated, the **Calculate** button will be enabled.

8.  Click **Calculate** to launch the contact analysis (Figure 22).



**FIGURE 22.  CONTACT ANALYSIS COMPONENT CALCULATE BUTTON**

***WARNING!*** *If an allotment polygon intersects the CHHR polygon, a message dialog box will open (Figure 23) displaying a list of intersecting allotment IDs, informing the user that those allotments will not be included in the analysis. Contact probability is calculated only when the allotment is geographically separated from the CHHR. Overlapping allotment and CHHR boundaries indicate interspecies contact is already likely occurring.*



**FIGURE 23.  MESSAGE WARNING THAT SOME ALLOTMENTS INTERSECT THE CORE HERD HOME RANGE**

9.  Click **OK** and the Contact Analysis Calculation Progress dialog box will open (Figure 24).



**FIGURE 24.  CONTACT ANALYSIS CALCULATION PROGRESS DIALOG BOX**

BLM_0049879



Once the contact analysis calculations are complete, the Contact Analysis Complete dialog box will open with instructions on how to access the **AllotmentResults.csv** table by closing the Tool and clicking on the second icon in the Table of Contents to switch the view to **List by Source** (Figure 25).

10. Click **OK** in the Contact Analysis Complete dialog box, and close the tool.



FIGURE 25.  CONTACT ANALYSIS COMPLETE DIALOG BOX

BLM_0049880



11. Select the **List by Source** icon in the Table of Contents.

The file **AllotmentResults.csv** was added to the bottom of the ArcMap Table of Contents (Figure 26) and the Contact Analysis output folder (Figure 27).



**FIGURE 26. ALLOTMENT RESULTS TABLE AND 'LIST BY SOURCE' ICON (BOTH CIRCLED)**

4-19

BLM_0049881



USFS BIGHORN SHEEP RISK OF CONTACT TOOL USERS GUIDE     4 CONDUCT A RISK OF CONTACT ASSESSMENT

Figure 27 below is an example of the results folder containing the output of the contact analysis.



**FIGURE 27. EXAMPLE CONTACT ANALYSIS OUTPUT FILE STRUCTURE**

12. In the **List by Source** view, right-click on the table icon in the Table of Contents (Figure 28).

13. Click **Open** in the drop-down list (Figure 28).



**FIGURE 28.  OPEN ALLOTMENT RESULTS TABLE**

4-20

BLM_0049882



The table will open as shown in the example in Figure 29. In this example, none of the allotments in the data set intersect the CHHR polygon.



**FIGURE 29. EXAMPLE TABLE FROM ANALYSIS WITH NO ALLOTMENTS INTERSECTING CORE HERD HOME RANGE**

Where occupied allotments **do intersect** the CHHR polygon in an analysis, the "Notes" column in the results table will contain the following notification: "This allotment intersects the home range polygon and therefore has not been included in the analysis" (Figure 30).



**FIGURE 30. EXAMPLE RESULTS WITH INTERSECTING ALLOTMENTS**

Below is a description of each column in the table:

- **Allot_ID:** Allotment ID selected in the user interface
- **Prb_Ram_Cont:** Annual/seasonal probability that any given ram will leave its CHHR and contact this allotment
- **Prb_Ewe_Cont:** Annual/seasonal probability that any given ewe will leave its CHHR and contact this allotment
- **Rate_Ram_Cont:** Average number of rams expected to leave the CHHR and contact this allotment each year/season
- **Rate_Ewe_Cont:** Average number of ewes expected to leave the CHHR and contact this allotment each year/season
- **Rate_Hrd_Cont:** Average number of adult bighorn sheep (rams plus ewes) expected to leave the CHHR and contact this allotment each year/season
- **NOTE:** Description of why an allotment was not included in the analysis

Based on the Payette National Forest analysis, *total* foray contact rates exceeding 0.04 annually were deemed unacceptable due to estimated disease return intervals and subsequent impacts to long term viability. This was considered to be the case when assuming one in four contacts would result in disease

4-21

BLM_0049883



transmission. The planning alternative selected by the Payette National Forest included contact rates of 0.03 and 0.04 for the two herds residing closest to the Forest. This alternative is expected to provide these herds with increased long-term viability and greater potential for population restoration.

## 4.6   View Analysis Results and Bighorn Sheep Locations

After the tool has completed all three analyses and has been closed, you may want to adjust the order of the layers in the Table of Contents to better view the results and bighorn sheep locations (Figure 31).



**FIGURE 31. VIEW EXAMPLE ANALYSIS RESULTS AND BIGHORN SHEEP LOCATIONS**

4-22

BLM_0049884



## 4.7   Create a Graph

The contact results table is a standard tabular *.csv file (AllotmentResults.csv) written to the Contact Analysis output folder.  The contents of the file can easily be processed and visualized in ArcGIS by selecting Create Graph from the Table Options drop-down menu.  Alternatively, the file can be opened and processed using other computer programs such as Microsoft Excel.

The bar chart in Figure 32 was plotted using the ArcGIS "Create Graph Wizard". It displays estimated contact rates stored in the "Rate_Hrd_Cont" column of the AllotmentResults.csv file shown in Figure 29 above.



**FIGURE 32.  EXAMPLE GRAPH OF HERD LEVEL CONTACT RATE WITH THREE ALLOTMENTS**

BLM_0049885



## 4.8   Project Output Folders and Files

All data generated by the Tool during an analysis are saved in the working directory selected when the Tool was first opened. After all three of the Tool's interface components have been successfully run, the output folder will contain four subfolders (Figure 33):

1. HomeRange_Output
2. ForayAnalysis_Output
3. ContactAnalysis_Output
4. logs

Each of the first three subfolders listed above contain intermediate files generated during the analysis, including a parameters log file which records the input parameter values selected by the user via the Tool interface.

*NOTE: The parameters log files constitute an essential record of the data and assumptions that went into an analysis and should be saved alongside any results of the analysis. For more details, see Appendix F*

The "logs" subfolder contains several more detailed log files recording the calculations performed by each of the interface components. ArcGIS creates one log file each time any of the interface components is run. These log files contain copies of the commands sent to R and the ArcMap geoprocessing calls made by the Tool. In addition, the R package BHSkde outputs a log file of its own recording the progress of the CHHR calculations it performs. All of these log files are potentially helpful in diagnosing problems encountered when using the Tool.



FIGURE 33.  EXAMPLE BIGHORN OUTPUT FOLDER STRUCTURE

BLM_0049886



# Appendix A: Tool Installation Guide

This appendix details the steps needed to set up a computer so that it can be used to run the Bighorn Sheep Risk of Contact Tool. The Tool depends on a working installation of ArcGIS 10.0 equipped with the ArcGIS Spatial Analyst extension (Forest Service users see Section 3.1.1 on obtaining the software). Each item below links to the section of the same name:

- Obtain Administrative Privileges
- Download and Unzip the Tool Installation Zip File
- Install R-2.15.2
- Install statconnDCOM
- Install the Bighorn Sheep Risk of Contact Tool Add-In

## A.1  Obtain Administrative Privileges

Administrative privileges are required to install the software. Forest Service users can acquire the necessary privileges using the Privilege Promotion Tool located at the following Web site: http://gadgets.ds.fs.fed.us/EUTools/ad_promote.asp.

## A.2  Download and Unzip the Tool Installation Zip File

All of the software and documentation needed to use the Tool is bundled in a zip file that contains: (a) installers for R and statconnDCOM; (b) the Bighorn Sheep Risk of Contact Tool ESRI Add-in; (c) the Bighorn Contact Tool User Guide; and (d) a folder containing sample data used to demonstrate the Tool's use.

For Forest Service users, the zip file may be downloaded from the following location: O:\NFS\R02\Program\2600WildlifeFishSensitivePlantHabitatManagement\2610CooperativeRelations\full_curl\sheep_nat\ModelingTools

Download the zip file and move it to a folder from which the Tool will be run (e.g. create a new folder under C: called "BighornROCTool"). Unzip the file (e.g. by right-clicking on the file and selecting WinZip > "Extract to here") and then follow the instructions below to install R, statconnDCOM, and the Tool.

BLM_0049887



## A.3   Install R-2.15.2

*NOTE: Those who use R for other projects/analyses will need to take special steps to ensure that this R installation does not interfere with other R installations on the same computer. R users are directed to the special note at the end of this section, which should be read first before the rest of the section.*

*NOTE: Do not download and install R directly from the R Web site. The installer used in the steps below installs a customized version of R that has been set up to work with the Tool.*

To install **R-2.15.2** and the required R packages, double-click on the customized R installer (R-2.15.2-win-(BHSkde).exe) provided with the Tool Installation zip file. One or both of the following dialogue boxes will appear.

**TABLE A-1.  DIALOGUE BOXES LAUNCHED BY THE CUSTOMIZED R INSTALLER**



After clicking **OK** to accept English as the setup language, click **Next** seven times, accepting all of the default settings. When presented with the screen below (Figure A-1), click **Finish** to complete installation.



**FIGURE A-1.  COMPLETING THE R WINDOWS SETUP WIZARD**

*SPECIAL NOTE FOR THOSE WHO USE R FOR OTHER PROJECTS/ANALYSES:*

Other versions of R do **not** need to be uninstalled prior to installing the customized version of R-2.15.2, but some care is needed to ensure that: (a) any pre-existing installation of R-2.15.2 is not overwritten; and (b) the proper version of R gets used by the Tool.

BLM_0049888



To ensure that a pre-existing R-2.15.2 is not overwritten, the R-2.15.2-win-(BHSkde).exe installer should be directed to install R to a directory other than the default directory. While following the installation instructions above, **do not** immediately click "Next" on the dialog box titled "Select Destination Location". Instead browse to or input a suitable alternative location (C:\R\R-2.15.2 is a good option) before proceeding through the remaining dialog boxes.

statconnDCOM determines which version of R it should use by examining an entry in the Windows registry. The custom installer provided with the Tool automatically sets the relevant registry entry ("HKEY_LOCAL_MACHINE\Software\R\Current Version") to the version used by the Tool. As a result, following the installation, no action is necessary before using the Tool (at least not until after another version of R is installed on the same machine). However, to set the registry entry before using another version of R (say R-2.15.0),

    a) Go to that version's "bin\i386" subdirectory, e.g. "C:\Program Files\R\R-2.15.0\bin\i386", and double-click on the "RSetReg.exe" executable.

To reset the registry entry in order to use the Tool,

    b) Navigate to "C:\R\R-2.15.2\bin\i386" (or wherever the installer was directed to install its customized version of R), and double-click on "RSetReg.exe".

BLM_0049889



## A.4   Install statconnDCOM

*NOTE: Other versions of statconnDCOM do **not** need to be uninstalled prior to installation*

To install **statconnDCOM**, double-click on the statconnDCOM installer (statconnDCOM.latest.exe) provided with the Tool Installation zip file. One of the following dialogue boxes will appear.

**TABLE A-2.  DIALOGUE BOXES LAUNCHED BY THE STATCONNDCOM INSTALLER**



After clicking **Next** on the Welcome screen, select **"I accept the agreement".** Then click **Next** five times, accepting all of the default settings. When presented with the screen below (Figure A-2), click **Install** then **Finish** to complete the installation.



**FIGURE A-2.  STATCONNDCOM READY TO INSTALL**

Following installation, two browser windows (e.g. Internet Explorer or Firefox) or tabs will open, displaying the statconnDCOM License and file structure. Close both of these windows.

A-4

BLM_0049890



## A.5   Install the Bighorn Sheep Risk of Contact Tool Add-In

To install the Esri Add-In:

1. Double-click on the **BighornContact.esriAddIn** file provided with the Tool Installation zip file. The dialog shown in Figure A-3 will open.

2. Click the **Install Add-In** button.



**FIGURE A-3.  ESRI ARCGIS ADD-IN INSTALLATION UTILITY**

Depending on the version of Windows a computer is running, the Add-In application will be copied to the default folder as indicated below:

- **Vista or Windows 7:** C:\Users\<username>\Documents\ArcGIS\AddIns\Desktop10.0
- **XP:** C:\Documents and Settings\<username>\My Documents\ArcGIS\AddIns\Desktop10.0

A-5

BLM_0049891



Once the installation is complete, the dialog box in Figure A-4 will display.

    3.   Click **OK**.



**FIGURE A-4.  ESRI ARCGIS ADD-IN INSTALLATION SUCCEEDED DIALOG BOX**

## A.5.1  Add Command Button to the Toolbar

    1.   Open ArcMap.

    2.   In the ArcMap, click Customize > Toolbars drop-down list, select **Customize** (Figure A-5).

BLM_0049892

USFS Bighorn Sheep Risk of Contact Tool Users Guide          Appendix A: Tool Installation Guide



**FIGURE A-5. CUSTOMIZE TOOLBARS DROP-DOWN LIST**

A-7

BLM_0049893



USFS Bighorn Sheep Risk of Contact Tool Users Guide                    Appendix A:  Tool Installation Guide

The **Customize** dialog box will open (Figure A-6).

3. Select the **Commands** tab.

4. Scroll down and click **Critigen Tools**.

5. Select **Bighorn Sheep Contact Model** from the right pane.



**FIGURE A-6.  CUSTOMIZE DIALOG BOX**

A-8

BLM_0049894



6. Drag the Tool to any **ArcMap toolbar** (Figure A-7).

7. Click **Close**.



**FIGURE A-7.  ADDING TOOL TO ARCMAP TOOLBAR**

The Tool has been added to an ArcMap toolbar (Figure A-8).



**FIGURE A-8.  BIGHORN SHEEP RISK OF CONTACT TOOL ADDED TO TOOLBAR**

A-9

BLM_0049895



## A.5.2  Uninstall the Bighorn Sheep Risk of Contact Tool Add-In

The Add-In, R-2.15.2, and statconnDCOM must all be installed for the Tool to work. However, each may be installed and uninstalled independently of the others, a feature that is especially helpful for updates and bug fixes. Uninstalling the Add-in uninstalls the Tool. (For more information on how ArcMap Add-Ins work and how to manage them, visit Esri ArcMap Resource Center, ArcObjects Help for .NET developers.)

Below are instructions on how to uninstall the Add-in.

1.  Open ArcMap and go to **Customize** > **Add-In Manager** (Figure A-9).



FIGURE A-9.  ARCMAP ADD-IN MANAGER LINK

A-10

BLM_0049896


The **Add-In Manager** dialog box will open.

2. Select the **Add-In** and then press **Delete this Add-In** (Figure A-10).

3. Click **Close**, and the Add-In Manager dialog box will close.

4. Close **ArcMap**.

5. Reboot the computer.

The next time ArcMap is opened, the Add-in, and all of the commands, toolbars, and tools associated with it will be gone.



**FIGURE A-10. ADD-IN MANAGER – ADD-INS TAB**

BLM_0049897

This page is intentionally left blank.

BLM_0049898



# Appendix B: Quick Start Guide

The purpose of this Quick Start Guide is to help users quickly set up their ArcMap 10 environment with the supplied sample data so they can become familiar with the Tool's functionality and verify that it is working properly. The directions in this section assume that ArcMap 10, R-2.15.2, statconnDCOM, and the Tool have already been installed as described in Appendix A: Tool Installation Guide.

All of the data files used in the examples below are located in the **Sample Data** folder (Figure B-1) located in the same directory as the R and statconnDCOM installers provided with the Tool.

## B.1    Open the Sample ArcMap Project File

1. In Windows Explorer, navigate to the Sample Data folder (**Figure B-1**).

2. Double-click the **Sample.mxd** file.

*NOTE: Alternatively, open ArcMap first, click File, select Open, and then navigate to the folder in which the Sample.mxd project file is located.*



**FIGURE B-1. SUPPLIED SAMPLE DATA FOLDER**

BLM_0049899



ArcMap will open with the sample map layers displayed in the Data Frame (right pane) of the ArcMap session window (Figure B-2).



**FIGURE B-2. ARCMAP SESSION WINDOW**

BLM_0049900



## B.2   Run the Bighorn Sheep Risk of Contact Tool

If the Tool is not already on a toolbar, refer to Appendix A: Tool Installation Guide.

*NOTE: For detailed instructions on how to run the Tool, refer to Section 4 Conduct a Risk of Contact Assessment.*

1.   Click on the Bighorn Tool icon from the ArcMap toolbar (Figure B-3).

*NOTE:  The Input Data warning will open, reminding users to check that telemetry/observation points, the habitat raster, and allotment polygons are all formatted to the same projection and coordinate system. Click OK.*



**FIGURE B-3.  BIGHORN CONTACT ASSESSMENT TOOL (CIRCLED) IN ARCMAP TOOLBAR**

2.   The **Select working directory** dialog box will open (Figure B-4), click **No.**

*NOTE: Select Cancel to close the Bighorn Tool without running an analysis.*



**FIGURE B-4.  SELECT WORKING DIRECTORY DIALOG BOX**

BLM_0049901



USFS BIGHORN SHEEP RISK OF CONTACT TOOLS USERS GUIDE          APPENDIX B:  QUICK START GUIDE

3.  Tool will open.

*NOTE:*  *Your analysis results files will be saved in the Sample Data folder provided with the tool (Figure B-5).*



**FIGURE B-5.  SAMPLE DATA FOLDER PROVIDED WITH THE TOOL**

B-4

BLM_0049902



### B.2.1  Home Range Analysis

The first component of the Tool is used to perform the core herd home range (CHHR) calculation (Figure B-6). Enter the information as described below:



**FIGURE B-6. HOME RANGE COMPONENT**

1. **Core Herd Home Range Output Name:** Enter a name for the current Home Range analysis, in this case "HomeRange" with no space. Both the results folder and the home range polygon layer created by this calculation will be given names based on the value entered in this field:

   - **Folder:** _output will be appended (e.g., HomeRange_output)
   - **Layer:** _poly will be appended (e.g., HomeRange_poly)

2. **Telemetry/Observation Layer (Point):** The point layer used to generate the home range polygon. Use the drop-down list to select the "TelemObsPts" point layer loaded in the current ArcMap session.

3. **Animal ID Field:** The field used to identify the individual animals whose home ranges will be calculated and then combined to form the CHHR. Select the animal identifier field, in this case "Animal_ID", from the drop-down list that appears once the point layer has been chosen.

4. **Minimum Points Per Animal:** The minimum number of observations required for data from an animal to be included in the home range calculations. This cutoff is necessary because individual-level home range estimates based on too few points are less likely to be accurate. For this analysis, enter "21" minimum points per animal.

5. Leave the rest of the fields with the existing default values.

6. Click **Calculate**.

The **Calculation Progress** dialog box will open (Figure B-7); the calculation will take a few minutes to finish. Once the calculation is complete, the **Calculation Progress** dialog box will close.



**FIGURE B-7.  CALCULATION PROGRESS DIALOG BOX**

BLM_0049903



The **statconnDCOM** application will open, and then close (Figure B-8).



**FIGURE B-8. STATCONNDCOM APPLICATION**

After the calculation has completed, a new **_poly** layer will be added to the ArcMap session (Figure B-9) and the Tool should be left open. The new poly layer is the home range polygon required for the subsequent Foray Analysis.



**FIGURE B-9. NEW HOMERANGE_POLY LAYER**

B-6

BLM_0049904





**FIGURE B- 10.  FORAY ANALYSIS COMPONENT**

### B.2.2  Foray Analysis

The Tool's second component performs the Foray Analysis calculations (Figure B- 10). Its calculations **must be completed before** beginning the Contact Analysis. Enter the information as described below:

1.  **Foray Analysis Output Name:** Enter a name for the current Foray Analysis, in this case "ForayAnalysis" with no space. The value entered here will be used to name the Foray Analysis component output folder:

    - **Folder:** _output will be appended (e.g., ForayAnalysis**_output**)

2.  **Core Herd Home Range Layer (Polygon):** Select the home range polygon layer created by the home range calculation from the drop-down list.

3.  **Habitat Layer (Raster):** Use the drop-down menu to select a habitat class layer, in this case, hab_class. The following three rows will be added to the grid:

    - Habitat Class 1: Denotes habitat

    - Habitat Class 2: Denotes connectors

    - Habitat Class 5: Denotes non-habitat

4.  Enter the **Relative Preference** values for each habitat class as depicted in Figure B-10.

5.  **Ram and Ewe Distance Distribution Files:** The ram and ewe distance distribution files in the Sample Data folder automatically populate these fields. These files were derived from observations of Hells Canyon area radio-collared rams.

6.  Once each field in the form has been populated, the **Calculate** button will be enabled. Click **Calculate** to start the calculation of the foray analysis which will take a few minutes to finish.

B-7

BLM_0049905



Once the calculation is complete, the **ForayProbRam.tif** and **ForayProbEwe.tif** layers will be added to the current ArcMap session (Figure B-11).

*NOTE: The ForayProbEwe.tif and ForayProbRam.tif layers will be added above the existing layers in ArcMap. To view the Home Range and Allotment Polygon layers, the **ForayProbRam.tif** and **ForayProbEwe** raster layers will need to be turned off or moved below the polygon layers. The Tool must be closed before the layers can be moved (Figure B-11), then reopened to continue with the analysis.*



**FIGURE B-11. FORAY PROBABILITY LAYERS**

BLM_0049906



## B.2.3 Contact Analysis

The third component performs the Contact Analysis calculations (Figure B- 12). Enter information in this tab as described below:



**FIGURE B- 12. CONTACT ANALYSIS COMPONENT**

1. **Contact Analysis Output Name:** Enter a name for the current Contact Analysis, in this case "ContactAnalysis" with no space. The Contact Analysis output folder created by this calculation will be named using the value in this field. The folder will contain an extension to the name as indicated below.

   - **Folder: _output** will be appended (e.g., ContactAnalysis_**output**)

2. **Foray Analysis Output Folder:** Browse to the Sample Data working directory (i.e., the directory selected when the Tool was launched [Appendix B.2, Step 2]) and select the **ForayAnalysis_Output** folder.

3. **Allotment Polygons Layer:** From the drop-down list, select the **Allotment Polygons Layer** loaded in the ArcMap session. This layer contains the boundaries of each allotment to be evaluated for risk of contact.

4. **Allotment ID Field:** Select an allotment ID field; for example, a name field from the drop-down list. This field will be used to identify the allotment in the results table. The allotment ID must be unique to each allotment analyzed.

5. **Herd Size:** Enter the number of adult animals in the bighorn sheep herd, in this case 147.

6. Leave the rest of the fields with the existing default values.

7. Click **Calculate** to start the Contact Analysis calculation. Calculations will take a few minutes to complete.

BLM_0049907



USFS Bighorn Sheep Risk of Contact Tools Users Guide                    Appendix B: Quick Start Guide

Once the contact analysis calculations are complete, the Contact Analysis Complete dialog box will open with instructions on how to access the **AllotmentResults.csv** table by closing the Tool and clicking on the second icon in the Table of Contents to switch the view to **List by Source** (Figure B-13).

1.  Click **OK** in the Contact Analysis Complete dialog box, and close the tool.



**FIGURE B-13.  CONTACT ANALYSIS COMPLETE DIALOG BOX**

B-10

BLM_0049908



2.   Select the **List by Source** icon in the Table of Contents.

The file **AllotmentResults.csv** will be added to the bottom of the ArcMap Table of Contents (Figure B-14).



**FIGURE B-14. ALLOTMENT RESULTS TABLE AND 'LIST BY SOURCE' ICON (BOTH CIRCLED)**

B-11

BLM_0049909

USFS Bighorn Sheep Risk of Contact Tools Users Guide          Appendix B: Quick Start Guide

This page is intentionally left blank.

BLM_0049910



# Appendix C: Using ArcMap 10—The Basics

This section explains how to start ArcMap, describes the three main elements of the ArcMap window, and provides links to other basic usage tips. For newcomers to ArcMap, the following resources (all produced by ESRI) will likely prove helpful:

- A Quick Tour of ArcMap, for an overview of ArcMap
- Getting Started with GIS (for ArcGIS 10), a free on-line course
- ArcGIS Help Library for Desktop 10
- GIS Dictionary has a complete listing of GIS terms. Some of the GIS terms used in this user guide are included in Appendix G: Glossary
- ArcGIS Help 10.

Forest Service personnel may also access geospatial training provided at no cost to the user. For more information, visit the Forest Service Geospatial Training and Awareness website at http://fsweb.geotraining.fs.fed.us/www/.

## C.1   Starting ArcMap

There are **two ways** to open ArcMap:

1. Go to **Start > All Programs > ArcGIS** and click on the ArcMap 10 icon.
2. Navigate to and then double-click on a previously saved ArcMap project file (.mxd). Just as an Excel (.xls or .xlsx) file may contain several saved worksheets, an ArcMap project file contains a list of layers and the spatial projection information for those layers as well as many more attributes for doing spatial editing and analysis. Opening it will launch an ArcMap session into which these layers are already loaded.

For additional information on starting ArcMap, refer to Starting ArcMap in Esri's on-line help documentation.

## C.2   Adding Map Layers

Click the Add Data button ✛ and navigate to the layer of interest. Select the layer and click **Add**.

BLM_0049911

## C.3   ArcMap Window

The ArcMap window is organized in three major sections (Figure C-1):

1.   Table of Contents
2.   Data Frame
3.   Toolbars

For additional information, refer to the **Views in ArcMap** section in A Quick Tour of ArcMap in Esri's on-line help documentation.



**FIGURE C-1.  ARCMAP WINDOW**

C-2

BLM_0049912



## C.4   Table of Contents

The Table of Contents lists all layers in the current ArcMap session and shows the features represented in each layer. The Table of Contents allows users to manage the order in which the map layers and symbol assignments are displayed and to set the display and other properties of each map layer. Refer to Using the Table of Contents in Esri's on-line help documentation for additional information.

There are **four options** for viewing the listed layers in the Table of Contents (Figure C-2):

- **List by Drawing Order:** Use this option to edit the contents of the Data Frame (map display area), changing the order of the layers, renaming or removing layers, and creating or managing group layers.

- **List by Source:** Use this option to show the layers organized by the folders or databases in which the data sources referenced by the layers can be found. This view will also list tables that have been added to the ArcMap session.

- **List by Visibility:** Use this option to see a dynamic listing of the layers currently displayed in the active Data Frame. As a user pans and zooms, interacts with the map, selects features, and turns layers on and off, this list of visible layers is continuously updated.

- **List by Selection:** Use this option to group layers automatically by whether or not they are selectable and have selected features. A selectable layer means that features in the layer can be selected using the interactive selection tools, such as those on the Tools toolbar or the Edit tool, when in an edit session.

The List by Drawing Order and List by Source options will be the primary options used for conducting the analysis.



**FIGURE C-2. TABLE OF CONTENTS**

C-3

BLM_0049913



## C.5   Data Frame

Map layers are geographically displayed in the Data Frame. Refer to Displaying maps in data view and layout view in Esri's on-line help documentation for additional information on the Data Frame of the ArcMap window.

There are **two options** for viewing a map in the ArcMap Data Frame:

- Data View
- Layout View

### C.5.1   Data View

Data View displays the map layers in the Data Frame in the order they appear in the Table of Contents (Figure C-3). It provides a geographic window for exploring, displaying, and querying the data contained in a map. This view displays data in real-world coordinates and measurements.



**FIGURE C-3.  DATA VIEW**

C-4

BLM_0049914



USFS Bighorn Sheep Risk of Contact Tool Users Guide          Appendix C:  Using ArcMap 10 – The Basics

## C.5.2  Layout View

Layout View shows a printable page layout of the map (Figure C-4). It allows users to add legends, change the page orientation, and to print or export a completed map.



FIGURE C-4.  LAYOUT VIEW

C-5

BLM_0049915



## C.6   Toolbars

**Two toolbars** are used to navigate within a map:

- Tools toolbar
- Layout toolbar

Refer to Displaying map in data view and layout view in Esri's on-line help documentation for a list of all tools and their functionality.

### C.6.1  Tools Toolbar

The **Tools** toolbar (Figure C-5) is used to move around the map while viewing it in the **Data View**. This toolbar is active while viewing the map in both Layout and Data Views. For more information on a tool's functionality, hover over its icon.

*NOTE: In the example below, the Bighorn Tool icon was added to the Tools toolbar, but the icon can be added to any other toolbar.*



FIGURE C-5.  TOOLS TOOLBAR

### C.6.2  Layout Toolbar

The **Layout** toolbar (Figure C-6) is used in **Layout View** to format a map so that it can be used in a report or slide presentation. Maps can be exported as PDFs or in one of several other image formats (i.e., jpg, png, eps, bmp). Hover over a tool for more information on its functionality.



FIGURE C-6.  LAYOUT TOOLBAR

## C.7   Quick Ways to Navigate a Map

Refer to Quick ways to navigate data frames and layouts in Esri's on-line help documentation for additional information on how to quickly navigate maps and layout pages.

## C.8   Print a Map

Print a map by using **File** > **Print** in the main menu. Maps can be printed from either the Data View or the Layout View. Refer to Printing a map in ArcMap in Esri's on-line help documentation for additional information on how to print a map.

## C.9   Saving a Map

Save a map to an ArcMap project file (.mxd) by using **File** > **Save** or **File > Save As** in the main menu. Refer to Saving a map in Esri's on-line help documentation for additional information on how to save a map.

C-6

BLM_0049916


# Appendix D: Distance Distribution File Example

This appendix displays one of the distance distribution files used in the Payette National Forest analysis and supplied as a default with the Tool. Column 1 contains distances in kilometers. Column 2 gives the proportion of bighorn rams on summer-season forays who reach rings at each distance from their CHHR. These data were derived from telemetry observations of 12 Hells Canyon area bighorn herds as part of the Payette National Forest risk of contact assessment.

| Distance | ForayProb |
|----------|-----------|
| 1 | 1 |
| 2 | 0.9511509 |
| 3 | 0.9019131 |
| 4 | 0.8519672 |
| 5 | 0.8011736 |
| 6 | 0.7496466 |
| 7 | 0.6977936 |
| 8 | 0.6463024 |
| 9 | 0.5960646 |
| 10 | 0.5480446 |
| 11 | 0.5031165 |
| 12 | 0.4619105 |
| 13 | 0.4247026 |
| 14 | 0.3913743 |
| 15 | 0.3614454 |
| 16 | 0.3341694 |
| 17 | 0.3086657 |
| 18 | 0.2840673 |
| 19 | 0.2596598 |
| 20 | 0.2349892 |
| 21 | 0.2099244 |
| 22 | 0.184658 |
| 23 | 0.159647 |
| 24 | 0.1355072 |
| 25 | 0.1128867 |
| 26 | 0.092346 |
| 27 | 0.074272 |
| 28 | 0.0588345 |
| 29 | 0.0459911 |
| 30 | 0.0355299 |
| 31 | 0.0271359 |
| 32 | 0.0204613 |

BLM_0049917