| | |
|---|---|
| 33 | 0.0151823 |
| 34 | 0.0110316 |
| 35 | 0.0078033 |
| 36 | 0.0053408 |
| 37 | 0.0035164 |
| 38 | 0.0022158 |
| 39 | 0.0013303 |
| 40 | 0.0007579 |
| 41 | 0.0004081 |
| 42 | 0.0002066 |
| 43 | 9.73E-05 |
| 44 | 4.17E-05 |
| 45 | 1.50E-05 |
| 46 | 3.07E-06 |

BLM_0049918



# Appendix E: Configuration File

The configuration file is stored in the .esriAddin archive and can be edited using a program called Winrar, which is available for download from http://www.win-rar.com. Winrar will open the archive file, allowing its values to be edited and then recompressed into the .esriAddin archive.

```xml
<?xmlversion="1.0"encoding="utf-8"?>
<configuration>
<appSettings>
<addkey="MaxKilometerRings"value="35" />
<addkey="DefaultPercentHRef"value="100" />
<addkey="DefaultMaxIsoplethQuantile"value="95" />
<addkey="DefaultRamDistanceDistributionFileName"value="" />
<addkey="DefaultEweDistanceDistributionFileName"value="" />
<addkey="DefaultProbabilityOfOutbreak"value="0.5"/>
<addkey="DefaultRamRatio"value="35"/>
<addkey="DefaultEweRatio"value="65"/>
<addkey="DefaultRamForayProbability"value="0.14" />
<addkey="DefaultEweForayProbability"value="0.02" />
<addkey="AddIntermediateFilesToMap"value="false" />
<addkey="AllotmentRasterCellSizeMeters"value="100" />
<addkey="HomeRangeRasterCellSizeMeters"value="100" />
<addkey="HomeRangeRasterBufferSizeMeters"value="20000" />
<addkey="MinimumNumberOfPointsForAnimal"value="1" />
</appSettings>
</configuration>
```

BLM_0049919

This page is intentionally left blank.

BLM_0049920



# Appendix F: Parameter Log File Examples

Each time one of the three Bighorn Sheep Risk of Contact Tool (Tool) components is run, the parameters selected by the user are written to a log file. The parameters log files constitute an essential record of the data and assumptions that went into an analysis and should be saved alongside any results of the analysis.

Each of the log files is written to the relevant subfolder (Section 4.8) of the working directory selected when the Tool was first opened (Section 4.2). The log files are text (.txt) files named as indicated below, including a unique value generated from the date and time the log file was created. The unique value is included in the log file name to prevent duplicate names from being generated. To find the latest log file, look at the date and time the file was created.

- **CHHR_Parameters_<unique-integer-id>:** Core Herd Range **Parameter Calculations**
- **FA_ Parameters_<unique-integer-id>:** Foray Analysis **Parameter Calculations**
- **CA_ Parameters_<unique-integer-id>:** Contact Analysis **Parameter Calculations**

## F.1    Core Herd Home Range Parameter Calculations Log File

Bighorn Version 1.1.0.0
Start Core Herd Home Range Calculations at 1/4/2013 9:14:19 AM

Output path: C:\Users\dhoward\Desktop\Bighorn Analysis\HomeRange_Output
Telemetry/Observation Point Layer Name: TelemObsPts
Bandwidth Estimator: Href
Home Range Raster Buffer Size Meters: 20000
Home Range Raster Cell Size Meters: 100
Isopleth Quantile: 95
Animal ID Field: Animal_ID
Percent HRef: 100
Min Points Per Animal: 21
Output File Name: HomeRange
Treat All Animals as One: False
Output file: C:\Users\dhoward\Desktop\Bighorn Analysis\HomeRange_Output\HomeRange_poly.shp

End Core Herd Home Range Calculations at 1/4/2013 9:14:55 AM

## F.2    Foray Analysis Parameter Calculations Log File

Bighorn Version 1.1.0.0
Start Foray Analysis Calculations at 1/4/2013 9:19:06 AM

Output path: C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output
Home Range Polygon Layer Name: HomeRange_poly
One Kilometer Buffer Ring Count: 35
Habitat Raster Layer Name: hab_class
The habitat raster provided contains integer values and therefore the user must provide preference values for each habitat class.
  Habitat Class:1 Habitat Preference:1
  Habitat Class:2 Habitat Preference:0.177

BLM_0049921

Habitat Class:5 Habitat Preference:0.029

Ram Distance Distribution File: C:\Users\dhoward\Desktop\USFS\Sample Data\Ram summer foray probabilities (1 km rings).csv

Ewe Distance Distribution File: C:\Users\dhoward\Desktop\USFS\Sample Data\Ewe summer foray probabilities (1 km rings).csv

End Foray Analysis Calculations at 1/4/2013 9:33:05 AM

## F.3   Contact Analysis Parameter Calculations Log File

Bighorn Version 1.1.0.0

Start Contact Analysis Calculations at 1/4/2013 9:36:02 AM

Output path: C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output

Foray Analysis Output Folder: C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output

Allotment Polygon Layer Name: AllotmentPolygons

Allotment ID Field: ALLOT_NAME

Herd Size: 147

Sex Ratio Rams: 35

Sex Ratio Ewes: 65

Foray Probability Rams: 0.141

Foray Probability Ewes: 0.015

One Kilometer Buffer Ring Count: 35

End Contact Analysis Calculations at 1/4/2013 9:48:42 AM

BLM_0049922



# Appendix G: Glossary

Below are definitions for terms used in this document. For a complete listing of GIS terms, refer to the on-line ESRI GIS Dictionary.

**dataset**  Any collection of related data, usually grouped or stored together.

**extension**  In ArcGIS, an optional software module that adds specialized tools and functionality to ArcGIS Desktop. ArcGIS Network Analyst, ArcGIS StreetMap, and ArcGIS Business Analyst are examples of ArcGIS extensions.

**feature**  A representation of a real-world object on a map.



**floating points**  Numbers that contain floating decimal points. For example, the numbers 5.5, 0.001, and −2,345.6789 are floating point numbers.

**integer**  A whole number (not a fraction) that can be positive, negative, or zero.

**isopleth**  An isoline drawn according to known values that can only be recorded for areas not points. Examples include population per square mile or the ratio of residential land to total land for an area.



**.mxd**  In ArcMap, the file that contains one map: its layout; and its associated layers, tables, charts, and reports. Map documents can be printed or embedded in other documents. Map document files have a .mxd extension.

**polygon**  On a map, a closed shape defined by a connected sequence of x,y coordinate pairs, where the first and last coordinate pair are the same and all other pairs are unique.



**quantile**  In a data distribution, a value representing a class break where classes contain approximately equal numbers of observations. The p-th quantile, where p is between 0 and 1, is that value that has a proportion p of the data below the value. For theoretical distributions, the p-th quantile is the value that has p probability below the value.

**raster**  A spatial data model that defines space as an array of equally sized cells arranged in rows and columns and composed of single or multiple bands. Each cell contains an attribute value and location coordinates. Unlike a vector structure, which stores coordinates explicitly, raster coordinates are contained in

BLM_0049923



the ordering of the matrix. Groups of cells that share the same value represent the same type of geographic feature.



**shapefile**      A vector data storage format for storing the location, shape, and attributes of geographic features. A shapefile is stored in a set of related files and contains one feature class.

**telemetry**      A technology that allows data measurements to be made at a distance.

**vector**         A coordinate-based data model that represents geographic features as points, lines, and polygons. Each point feature is represented as a single coordinate pair, while line and polygon features are represented as ordered lists of vertices. Attributes are associated with each vector feature, as opposed to a raster data model, which associates attributes with grid cells.



BLM_0049924

## R Script Documentation

Tuesday, January 21, 2014
9:21 AM



**Risk of
Contact To...**
Inserted from: <file://\\blm\dfs\loc\EGIS\OC\Wildlife\Transfers\USFS Bighorn Application\Documents\PDF\Risk
of Contact Tool – R Script Documentation_Jan2013.pdf>

BLM_0049925

United States
Department of
Agriculture

Forest Service

Intermountain
Region



January 2013

# Bighorn Sheep
# Risk of Contact Tool

## Supplemental Information
## R Script Documentation



Prepared by:

**USDA FS Bighorn Sheep Working Group**

C R I T I G E N, Inc.

BLM_0049926

The United States Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs). Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact the USDA's TARGET Center at 202-720-2600 (voice and TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, DC 20250-9410, or call (800) 795-3272. USDA is an equal employment opportunity provider and employer.

BLM_0049927



# Table of Contents

Table of Contents ........................................................................................................................................ i

List of Figures ............................................................................................................................................. ii

Risk of Contact Tool Supplemental Information .............................................................................. 1-1

1   kdeHerd R Script Documentation ............................................................................................... 1-1

   1.1   Kernel Density and Core Herd Home Range Estimates for an Entire Herd ................... 1-1
      1.1.1   Description ............................................................................................................... 1-1
         1.1.1.1   Usage ............................................................................................................ 1-1
         1.1.1.2   Arguments .................................................................................................... 1-1
         1.1.1.3   Value ............................................................................................................ 1-2
         1.1.1.4   References ................................................................................................... 1-2
         1.1.1.5   Author(s) ..................................................................................................... 1-2
         1.1.1.6   Examples ..................................................................................................... 1-2

2   Test the Kernel Density Analysis in R-2.15.2 ........................................................................... 2-1

   2.1   Load the BHSkde Package in R ......................................................................................... 2-1

   2.2   Test the Package in R .......................................................................................................... 2-3

BLM_0049928



# List of Figures

FIGURE 1. R CONSOLE .................................................................................................................... 2-1

FIGURE 2. PACKAGE LOADING IN R ................................................................................................ 2-2

FIGURE 3. TEST PACKAGE IN R CONSOLE ....................................................................................... 2-3

FIGURE 4. CLICK OR HIT ENTER FOR NEXT PAGE IN R CONSOLE .................................................. 2-4

FIGURE 5. SAVE OR PRINT THE IMAGE ........................................................................................... 2-5

ii

BLM_0049929



# Risk of Contact Tool Supplemental Information

Information in this supplemental document to the Bighorn Sheep Risk of Contact Tool includes a detailed description of the R function used by the Risk of Contact Tool to estimate the Core Herd Home Range (Section 1), and the process used for testing the analysis in R (Section 2).

# 1 kdeHerd R Script Documentation

Below is the help page for of the R function used to carry out Core Herd Home Range (CHHR) estimation.

## 1.1 Kernel Density and Core Herd Home Range Estimates for an Entire Herd

### 1.1.1 Description

Combine kernel density estimates from animals in a herd to form a common kde and estimated isopleths (including CHHR) for the herd as a whole.

#### 1.1.1.1 Usage

```
kdeHerd(dsn = system.file("GISdata/shape-files", package = "BHSkde"),
layerName = "testfull", animalIDcol = "Animal_ID2",
buffer = 5000, cellsize = 100, whichAnimals = "all",
aggregatePoints = FALSE, minObs = 5,
bwEstimator = "Hpi", bwMultiplier = 1, cont = 0.95,
outputType, outputDir, outputFile = "CHHR")
```

#### 1.1.1.2 Arguments

| | |
|---|---|
| **outputType** | A character string determining the default output data type. The available options are "rawpoints", "plotdata", "kde", "ascii", "raster", "sldf", "spdf", and "poly". |
| **outputFile** | A character string giving the root of the filename (i.e., without a file extension) to which an file results will be saved. It's suggested to set this to "\<herdname\>Herd", where "\<herdname\>" is the name of the herd being analyzed. Default value is "CHHR". |
| **dsn** | "data source name". For an Esri shapefile, this is the name of the directory containing the file. For an Esri personal geodatabase, this is the name of the database (including the ".mdb" extension). |
| **layerName** | The name of the points layer containing the telemetry points for a herd. |
| **animalIDcol** | A character string giving the name of the data.frame column that identifies the animals in a herd. |
| **Buffer** | A number giving the width in meters of a buffer used to extend the region for which the kernel density raster will be calculated. If set to "0", density will be calculated only for the minimal bounding box containing all of the telemetry points from animals in a herd. |
| **cellsize** | A single number specifying the width and height of the raster cells. In our application, the units are designated as meters. |
| **whichAnimals** | An integer or character vector indicating the animals in a herd for which kernel density estimation should be carried out. The default value is "all", which has the effect of processing all animals in a herd. |

BLM_0049930



| | |
|---|---|
| **aggregatePoints** | TRUE/FALSE. Should the points from individual animals all be pooled and analyzed together? Default value is FALSE, in which case a separate utilization density raster is calculated for each animal. |
| **minObs** | An integer that sets the minimum number of observations of an animal necessary for its inclusion in home range size calculations. Currently, the default is 5. |
| **bwEstimator** | A character string. Names the bandwidth estimator used to determine the degree of smoothing applied by the kde() function. Must be either "Hpi" (the plug-in estimator of Sheather and Jones (1991)), or one of three flavors of "Href" (the "reference" bandwidth estimator described in Fieberg (2007)), and used in the Payette National Forest's analyses). "Href", "Href_diag", and "Href_full" produce a fully symmetric kernel, a kernel that is stretched along its N-S or E-W axis, and a kernel that may be stretched in any direction, respectively. The current default is "Hpi". |
| **bwMultiplier** | A single real number by which to multiply the bandwidth estimated by Hpi(). Setting bwMultiplier to a value >1 will produce more highly smoothed density maps; setting it to numbers <1 will produce maps in which the density is more highly peaked around observed points. Default value is 1 (no broadening or narrowing of the bandwidth estimated by Hpi()). |
| **cont** | A numeric vector of the form c(0.5, 0.75, 0.95), or 0.90. Indicates the levels at which isopleth contours are to be calculated. A value of 0.95 (the default) will find a contour that surrounds the smallest area containing 95 density values. |
| **outputDir** | A character string containing the path to which Esri ASCII files should be written, if output type is "ascii". |

### 1.1.1.3  Value

Depends on choice of ouputType.

### 1.1.1.4  References

Fieberg, J. (2007). Kernel density estimators of home range: Smoothing and the autocorrelation red herring. Ecology. 88(4):1059-1066.

Sheather, S.J. and Jones, M.C. (1991). A reliable data-based bandwidth selection method for kernel density estimation. Journal of the Royal Statistical Society, B. 53:683-690.

### 1.1.1.5  Author(s)

Josh O'Brien

### 1.1.1.6  Examples

```
## Not run:

## Return a list of plottable data for the first three animals
## in the Asotin herd.
d <- kdeHerd(dsn = system.file("GISdata/shape-files",
package = "BHSkde"),
layerName = "testfull",
animalIDcol = "Animal_ID",
whichAnimals = 1:3,
outputType = "plotdata",
outputDir = "Asotin-polygons",
outputFile = "AsotinHerd")
```

BLM_0049931

```
plotAnimalHR(1, list(d))

## Calculate CHHR based on data from all animals in the Asotin
## herd and save the output to an Esripolyogons shapefile.
## The default bandwidth estimator ("Hpi") and default 95th
## 95th isopleth are used in the CHHR calculations.
##
## NOTE: Before running this, make sure to first create the
## directory specified in the "outputFile" argument of the call
## tokdeHerd().
##
kdeHerd(dsn = system.file("GISdata/shape-files",
package = "BHSkde"),
layerName = "testfull",
animalIDcol = "Animal_ID",
whichAnimals = "all",
outputType = "poly",
outputDir = "Asotin-polygons",
outputFile = "AsotinHerd")

## End(Not run)
```

[Package BHSkde version 1.5 Index]

1-3

Bighorn Sheep Risk of Contact Tool Page 87

BLM_0049932



This page is intentionally left blank.

BLM_0049933



# 2  Test the Kernel Density Analysis in R-2.15.2

Test the Kernel Density Analysis to ensure it is running properly.

## 2.1   Load the BHSkde Package in R

1. Open the **R** application.
2. To load the BHSkde package, copy and paste the following **command** into the R Console (Figure 1).
   - library(BHSkde)
3. Hit the **Enter** key.



**FIGURE 1. R CONSOLE**

2-1

BLM_0049934



The package will load in the R Console (Figure 2).



**FIGURE 2. PACKAGE LOADING IN R**

BLM_0049935

Case No. 1:20-cv-02484-MSK   Document 41-10   filed 04/27/21   USDC Colorado   pg 19 of 129



## 2.2   Test the Package in R

4. Copy and paste the command below into the R Console (Figure 3).

   • example(plotAnimalHR)

5. Hit **Enter** key.



**FIGURE 3. TEST PACKAGE IN R CONSOLE**

BLM_0049936

USFS BIGHORN SHEEP RISK OF CONTACT TOOL – SUPPLEMENTAL INFORMATION          2 R TESTING PROCESS

A blank window will open (Figure 4).

6.   Click or Hit **Enter** key.



**FIGURE 4.  CLICK OR HIT ENTER FOR NEXT PAGE IN R CONSOLE**

BLM_0049937



The R window image will appear in the window. The image may be saved (Figure 5) by either:

- Selecting the **camera icon** to copy image to the clipboard
- Selecting the **printer icon** to print the image



FIGURE 5.  SAVE OR PRINT THE IMAGE

7. Continue testing the package using the same method described in steps 1–3 by copying and pasting the following commands one at a time into the already open R console:

- example(plotComparison)
- ?kdeHerd()

2-5

BLM_0049938

This page is intentionally left blank.

BLM_0049939

# Example Log Files

Tuesday, January 21, 2014
9:24 AM



**Risk of
Contact To...**
Inserted from: <file://\\blm\dfs\loc\EGIS\OC\Wildlife\Transfers\USFS Bighorn Application\Documents\PDF\Risk of Contact Tool – Example Log Files_Jan2013.pdf>

BLM_0049940

United States
Department of
Agriculture

Forest Service

Intermountain
Region



January 2013

# Bighorn Sheep
# Risk of Contact Tool

## Supplemental Information
## Example Log Files



Prepared by:

USDA FS Bighorn Sheep Working Group

CRITIGEN, Inc.

BLM_0049941

The United States Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs). Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact the USDA's TARGET Center at 202-720-2600 (voice and TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, DC 20250-9410, or call (800) 795-3272. USDA is an equal employment opportunity provider and employer.

BLM_0049942



# Table of Contents

Table of Contents ....................................................................................................................................................i

Risk of Contact Tool Supplemental Information.........................................................................................1-1

1    Example Log Files .............................................................................................................................1-1

    1.1    Core Herd Home Range Log File ................................................................................................ 1-1

    1.2    Foray Analysis Log File................................................................................................................ 1-2

    1.3    Contact Analysis Log File ........................................................................................................... 1-40

    1.4    BHSkde Log File ............................................................................................................................ 1-51

BLM_0049943

This page is intentionally left blank.

BLM_0049944



# Risk of Contact Tool Supplemental Information

Information included in this supplemental document to the Bighorn Sheep Risk of Contact Tool includes an example set of ArcGIS log files created when the Tool is run.

# 1 Example Log Files

ArcGIS creates a log each time one of the three Bighorn Sheep Risk of Contact Tool (Tool) components is run. These log files are stored in the "logs" folder of the working directory selected when the Tool was first opened. In addition, the R package BHSkde writes a log file to the same directory each time it is used to carry out CHHR calculations. The log files are text (.txt) files named as indicated below, including a unique value generated from the date and time the log file was created. The unique value is included in the log file name to prevent duplicate names from being generated. To find the latest log file, look at the date and time the file was created.

- **BHSkde_<unique-integer-id>.txt:** CHHR calculations (R)
- **CHHR_<unique-integer-id>.txt:** CHHR calculations (ArcGIS)
- **FA_< unique-integer-id>.txt:** Foray Analysis (ArcGIS)
- **CA_< unique-integer-id>.txt:** Contact Analysis calculations (ArcGIS)

The log files contain copies of the arguments sent to the R script and ArcMap geoprocessing calls made by the Tool. The calls written in the log file are reproducible in R and ArcMap by copying into the R interface or into an ArcToolbox command, which can be helpful in troubleshooting because often the errors returned by these interfaces are different than the ones written to the log file.

## 1.1   Core Herd Home Range Log File

Bighorn Version 1.1.0.0

Start Core Herd Home Range Calculations at 1/4/2013 9:14:19 AM

Create directory: C:\Users\dhoward\Desktop\Bighorn Analysis\HomeRange_Output

Copy the telemetry/observation points layer to a shapefile

Call the R script to generate the home range

runKDEScript Output Directory: C:\Users\dhoward\Desktop\Bighorn Analysis\HomeRange_Output

R command: require(BHSkde)

R command: require(BHSkde) Result: True

R command: kdeHerd(dsn = 'C:/Users/dhoward/Desktop/Bighorn Analysis/HomeRange_Output', layerName = 'InputPoints', outputDir = 'C:/Users/dhoward/Desktop/Bighorn Analysis/HomeRange_Output', outputFile = 'HomeRange_poly', animalIDcol = 'Animal_ID', buffer = 20000, cellsize = 100, outputType = 'poly', cont = 0.95, minObs = 21, bwEstimator = 'Href', bwMultiplier = 1, whichAnimals = 'all', aggregatePoints = FALSE, BHSTool_logFile=TRUE )

R command: kdeHerd(dsn = 'C:/Users/dhoward/Desktop/Bighorn Analysis/HomeRange_Output', layerName = 'InputPoints', outputDir = 'C:/Users/dhoward/Desktop/Bighorn Analysis/HomeRange_Output', outputFile = 'HomeRange_poly', animalIDcol = 'Animal_ID', buffer = 20000, cellsize = 100, outputType = 'poly', cont = 0.95, minObs = 21, bwEstimator = 'Href', bwMultiplier = 1, whichAnimals = 'all', aggregatePoints = FALSE, BHSTool_logFile=TRUE )Finised without error.

C:\Users\dhoward\Desktop\Bighorn Analysis\HomeRange_Output\HomeRange_poly.shp

BLM_0049945



Add home range polygon to the MXD

Shapefile: HomeRange_poly.shp added to the MXD

## 1.2   Foray Analysis Log File

Bighorn Version 1.1.0.0

Start Foray Analysis Calculations at 1/4/2013 9:19:06 AM

Created Directory: C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output

Buffer the polygon: HomeRange_poly in one kilometer rings to: 35km

Copy the home range polygon layer to a shapefile

Executing: MultipleRingBuffer HomeRange_poly "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingBuffer.shp" 1000;2000;3000;4000;5000;6000;7000;8000;9000;10000;11000;12000;13000;14000;15000;16000;17000;18000;19000;20000;21000;22000;23000;24000;25000;26000;27000;28000;29000;30000;31000;32000;33000;34000;35000 Meters Distance ALL OUTSIDE_ONLY

Start Time: Fri Jan 04 09:19:17 2013

Running script MultipleRingBuffer...

Completed script MultipleRingBuffer...

Succeeded at Fri Jan 04 09:25:02 2013 (Elapsed Time: 5 minutes 45 seconds)

Convert the ring buffer polygon to a raster layer

Executing: PolygonToRaster "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingBuffer.shp" Distance "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif" MAXIMUM_AREA Distance 100

Start Time: Fri Jan 04 09:25:02 2013

Succeeded at Fri Jan 04 09:25:04 2013 (Elapsed Time: 2.00 seconds)

The habitat layer selected contains integers so the user must assign preferences to each integer type value

Convert the integer type raster to float

Executing: RasterCalculator Float("hab_class") "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabTypeFlt.tif"

Start Time: Fri Jan 04 09:25:05 2013

Float(Raster(r"hab_class"))

Succeeded at Fri Jan 04 09:25:57 2013 (Elapsed Time: 52.00 seconds)

Set the cell values in the new floating point raster to the preferences provided by the user

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabTypeFlt.tif"<=1, 1.0, Con("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabTypeFlt.tif"<=2, .177, Con("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabTypeFlt.tif"<=5, .029))) "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif"

Start Time: Fri Jan 04 09:26:00 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabTypeFlt.tif")<=1, 1.0, Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn

BLM_0049946



Analysis\ForayAnalysis_Output\HabTypeFlt.tif")<=2, .177,
Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabTypeFlt.tif")<=5,
.029)))

Succeeded at Fri Jan 04 09:27:48 2013 (Elapsed Time: 1 minutes 48 seconds)

Create directory: C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs

Clip the preference raster to the rings

Executing: RasterCalculator Con({"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">0) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=1000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref1.tif"

Start Time: Fri Jan 04 09:27:49 2013

Con({Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")>0) &
(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")<=1000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:27:51 2013 (Elapsed Time: 2.00 seconds)

Executing: RasterCalculator Con({"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">1000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=2000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref2.tif"

Start Time: Fri Jan 04 09:27:52 2013

Con({Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")>1000)
& (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")<=2000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:27:53 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con({"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">2000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=3000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref3.tif"

Start Time: Fri Jan 04 09:27:54 2013

Con({Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")>2000)
& (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")<=3000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:27:55 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con({"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">3000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=4000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref4.tif"

Start Time: Fri Jan 04 09:27:56 2013

Con({Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")>3000)

BLM_0049947

& (Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")<=4000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:27:57 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif">4000) & ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif"<=5000),0)+"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref5.tif"

Start Time: Fri Jan 04 09:27:57 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif">4000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif"<=5000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:27:59 2013 (Elapsed Time: 2.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif">5000) & ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif"<=6000),0)+"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref6.tif"

Start Time: Fri Jan 04 09:28:00 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif">5000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif"<=6000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:01 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif">6000) & ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif"<=7000),0)+"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref7.tif"

Start Time: Fri Jan 04 09:28:01 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif">6000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif"<=7000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:04 2013 (Elapsed Time: 3.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif">7000) & ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif"<=8000),0)+"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref8.tif"

Start Time: Fri Jan 04 09:28:04 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif">7000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif"<=8000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif")

BLM_0049948



Succeeded at Fri Jan 04 09:28:06 2013 (Elapsed Time: 2.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif">8000) & ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif"<=9000),0)+"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref9.tif"

Start Time: Fri Jan 04 09:28:07 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")>8000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")<=9000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:08 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif">9000) & ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif"<=10000),0)+"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref10.tif"

Start Time: Fri Jan 04 09:28:09 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")>9000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")<=10000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:10 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif">10000) & ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif"<=11000),0)+"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref11.tif"

Start Time: Fri Jan 04 09:28:11 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")>10000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")<=11000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:14 2013 (Elapsed Time: 3.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif">11000) & ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif"<=12000),0)+"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref12.tif"

Start Time: Fri Jan 04 09:28:15 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")>11000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")<=12000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:16 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn

BLM_0049949



Analysis\ForayAnalysis_Output\RingRaster.tif">12000) & ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif"<=13000),0)+"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref13.tif"

Start Time: Fri Jan 04 09:28:17 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")>12000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")<=13000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:18 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif">13000) & ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif"<=14000),0)+"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref14.tif"

Start Time: Fri Jan 04 09:28:19 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")>13000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")<=14000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:20 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif">14000) & ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif"<=15000),0)+"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref15.tif"

Start Time: Fri Jan 04 09:28:21 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")>14000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")<=15000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:22 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif">15000) & ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif"<=16000),0)+"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref16.tif"

Start Time: Fri Jan 04 09:28:23 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")>15000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif")<=16000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:24 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif">16000) & ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingRaster.tif"<=17000),0)+"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn

Analysis\ForayAnalysis_Output\RingPrefs\RingPref17.tif"

Start Time: Fri Jan 04 09:28:25 2013

Con({Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")>16000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=17000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:27 2013 (Elapsed Time: 2.00 seconds)

Executing: RasterCalculator Con({"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">17000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=18000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref18.tif"

Start Time: Fri Jan 04 09:28:27 2013

Con({Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")>17000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=18000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:28 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con({"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">18000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=19000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref19.tif"

Start Time: Fri Jan 04 09:28:29 2013

Con({Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")>18000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=19000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:30 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con({"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">19000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=20000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref20.tif"

Start Time: Fri Jan 04 09:28:31 2013

Con({Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")>19000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=20000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:32 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con({"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">20000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=21000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref21.tif"

Start Time: Fri Jan 04 09:28:33 2013

BLM_0049951



Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")>20000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")<=21000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:35 2013 (Elapsed Time: 2.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">21000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=22000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref22.tif"

Start Time: Fri Jan 04 09:28:35 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")>21000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")<=22000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:37 2013 (Elapsed Time: 2.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">22000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=23000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref23.tif"

Start Time: Fri Jan 04 09:28:38 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")>22000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")<=23000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:39 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">23000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=24000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref24.tif"

Start Time: Fri Jan 04 09:28:39 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")>23000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")<=24000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:41 2013 (Elapsed Time: 2.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">24000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=25000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref25.tif"

Start Time: Fri Jan 04 09:28:41 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")>24000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")<=25000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn

BLM_0049952



Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:42 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">25000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=26000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref26.tif"

Start Time: Fri Jan 04 09:28:43 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">25000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")<=26000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:45 2013 (Elapsed Time: 2.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">26000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=27000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref27.tif"

Start Time: Fri Jan 04 09:28:45 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">26000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")<=27000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:47 2013 (Elapsed Time: 2.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">27000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=28000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref28.tif"

Start Time: Fri Jan 04 09:28:48 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">27000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")<=28000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:49 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">28000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=29000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref29.tif"

Start Time: Fri Jan 04 09:28:50 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">28000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")<=29000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:51 2013 (Elapsed Time: 1.00 seconds)

BLM_0049953



Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">29000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=30000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref30.tif"

Start Time: Fri Jan 04 09:28:52 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">29000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=30000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:53 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">30000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=31000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref31.tif"

Start Time: Fri Jan 04 09:28:54 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">30000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=31000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:56 2013 (Elapsed Time: 2.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">31000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=32000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref32.tif"

Start Time: Fri Jan 04 09:28:56 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">31000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=32000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:28:57 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">32000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=33000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref33.tif"

Start Time: Fri Jan 04 09:28:58 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">32000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=33000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:29:01 2013 (Elapsed Time: 3.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">33000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=34000),0)+"C:\Users\dhoward\Desktop\Bighorn

BLM_0049954



Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref34.tif"

Start Time: Fri Jan 04 09:29:02 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")>33000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")<=34000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:29:03 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con(("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif">34000) & ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif"<=35000),0)+"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref35.tif"

Start Time: Fri Jan 04 09:29:04 2013

Con((Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")>34000) & (Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingRaster.tif")<=35000),0)+Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\HabitatPref.tif")

Succeeded at Fri Jan 04 09:29:05 2013 (Elapsed Time: 1.00 seconds)

Read in the distance distributions for rams and ewes

Create directories: C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings and C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings

Calculate probability of contact for each ring raster

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref1.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref1\mask.tif"

Start Time: Fri Jan 04 09:29:06 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref1.tif")>=0,1)

Succeeded at Fri Jan 04 09:29:07 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref1\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref1.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref1\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:29:08 2013

Succeeded at Fri Jan 04 09:29:10 2013 (Elapsed Time: 2.00 seconds)

Sum of Preference Raster Ring 1: 1876.18

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref1.tif"/1876.18)*1 "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng0.tif"

Start Time: Fri Jan 04 09:29:10 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref1.tif")/1876.18)*1

1-11

BLM_0049955



Succeeded at Fri Jan 04 09:29:11 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref1.tif"/1876.18)*1 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng0.tif"

Start Time: Fri Jan 04 09:29:12 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref1.tif")/1876.18)*1

Succeeded at Fri Jan 04 09:29:13 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref2.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref2\mask.tif"

Start Time: Fri Jan 04 09:29:13 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref2.tif")>=0,1)

Succeeded at Fri Jan 04 09:29:14 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref2\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref2.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref2\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:29:15 2013

Succeeded at Fri Jan 04 09:29:15 2013 (Elapsed Time: 0.00 seconds)

Sum of Preference Raster Ring 2: 1661.01

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref2.tif"/1661.01)*0.951150876602753 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng1.tif"

Start Time: Fri Jan 04 09:29:16 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref2.tif")/1661.01)*0.951150876602753

Succeeded at Fri Jan 04 09:29:17 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref2.tif"/1661.01)*0.779386401911286 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng1.tif"

Start Time: Fri Jan 04 09:29:17 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref2.tif")/1661.01)*0.779386401911286

Succeeded at Fri Jan 04 09:29:18 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref3.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref3\mask.tif"

Start Time: Fri Jan 04 09:29:19 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn

Analysis\ForayAnalysis_Output\RingPrefs\RingPref3.tif")>=0,1)

Succeeded at Fri Jan 04 09:29:20 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref3\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref3.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref3\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:29:21 2013

Succeeded at Fri Jan 04 09:29:21 2013 (Elapsed Time: 0.00 seconds)

Sum of Preference Raster Ring 3: 1676.16

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref3.tif"/1676.16)*0.901913095904878 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng2.tif"

Start Time: Fri Jan 04 09:29:22 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref3.tif")/1676.16)*0.901913095904878

Succeeded at Fri Jan 04 09:29:23 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref3.tif"/1676.16)*0.603087900715893 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng2.tif"

Start Time: Fri Jan 04 09:29:24 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref3.tif")/1676.16)*0.603087900715893

Succeeded at Fri Jan 04 09:29:24 2013 (Elapsed Time: 0.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref4.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref4\mask.tif"

Start Time: Fri Jan 04 09:29:25 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref4.tif")>=0,1)

Succeeded at Fri Jan 04 09:29:26 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref4\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref4.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref4\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:29:26 2013

Succeeded at Fri Jan 04 09:29:27 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 4: 1808.93

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref4.tif"/1808.93)*0.851967165340839 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng3.tif"

BLM_0049957

Start Time: Fri Jan 04 09:29:28 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref4.tif")/1808.93)*0.851967165340839

Succeeded at Fri Jan 04 09:29:28 2013 (Elapsed Time: 0.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref4.tif"/1808.93)*0.491650802432312
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng3.tif"

Start Time: Fri Jan 04 09:29:29 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref4.tif")/1808.93)*0.491650802432312

Succeeded at Fri Jan 04 09:29:30 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref5.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref5\mask.tif"

Start Time: Fri Jan 04 09:29:31 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref5.tif">=0,1)

Succeeded at Fri Jan 04 09:29:32 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref5\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref5.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref5\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:29:33 2013

Succeeded at Fri Jan 04 09:29:34 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 5: 1815.08

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref5.tif"/1815.08)*0.801173597633681
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng4.tif"

Start Time: Fri Jan 04 09:29:34 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref5.tif")/1815.08)*0.801173597633681

Succeeded at Fri Jan 04 09:29:35 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref5.tif"/1815.08)*0.424705958713259
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng4.tif"

Start Time: Fri Jan 04 09:29:36 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref5.tif")/1815.08)*0.424705958713259

Succeeded at Fri Jan 04 09:29:36 2013 (Elapsed Time: 0.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn

BLM_0049958

Analysis\ForayAnalysis_Output\RingPrefs\RingPref6.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref6\mask.tif"

Start Time: Fri Jan 04 09:29:37 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref6.tif")>=0,1)

Succeeded at Fri Jan 04 09:29:38 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref6\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref6.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref6\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:29:40 2013

Succeeded at Fri Jan 04 09:29:41 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 6: 2509.77

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref6.tif"/2509.77)*0.749646560013034 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng5.tif"

Start Time: Fri Jan 04 09:29:42 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref6.tif")/2509.77)*0.749646560013034

Succeeded at Fri Jan 04 09:29:42 2013 (Elapsed Time: 0.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref6.tif"/2509.77)*0.357511118379616 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng5.tif"

Start Time: Fri Jan 04 09:29:43 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref6.tif")/2509.77)*0.357511118379616

Succeeded at Fri Jan 04 09:29:44 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref7.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref7\mask.tif"

Start Time: Fri Jan 04 09:29:45 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref7.tif")>=0,1)

Succeeded at Fri Jan 04 09:29:46 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref7\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref7.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref7\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:29:46 2013

Succeeded at Fri Jan 04 09:29:47 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 7: 2962.27

BLM_0049959



Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref7.tif"/2962.27)*0.697793579063802 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng6.tif"

Start Time: Fri Jan 04 09:29:48 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref7.tif")/2962.27)*0.697793579063802

Succeeded at Fri Jan 04 09:29:48 2013 (Elapsed Time: 0.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref7.tif"/2962.27)*0.268070122142658 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng6.tif"

Start Time: Fri Jan 04 09:29:49 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref7.tif")/2962.27)*0.268070122142658

Succeeded at Fri Jan 04 09:29:50 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref8.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref8\mask.tif"

Start Time: Fri Jan 04 09:29:50 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref8.tif")>=0,1)

Succeeded at Fri Jan 04 09:29:51 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref8\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref8.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref8\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:29:52 2013

Succeeded at Fri Jan 04 09:29:52 2013 (Elapsed Time: 0.00 seconds)

Sum of Preference Raster Ring 8: 2643.44

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref8.tif"/2643.44)*0.646302417076255 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng7.tif"

Start Time: Fri Jan 04 09:29:53 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref8.tif")/2643.44)*0.646302417076255

Succeeded at Fri Jan 04 09:29:54 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref8.tif"/2643.44)*0.180141828097821 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng7.tif"

Start Time: Fri Jan 04 09:29:54 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn

Analysis\ForayAnalysis_Output\RingPrefs\RingPref8.tif")/2643.44)*0.180141828097821

Succeeded at Fri Jan 04 09:29:55 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref9.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref9\mask.tif"

Start Time: Fri Jan 04 09:29:56 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref9.tif">=0,1)

Succeeded at Fri Jan 04 09:29:57 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref9\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref9.tif" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref9\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:29:58 2013

Succeeded at Fri Jan 04 09:29:58 2013 (Elapsed Time: 0.00 seconds)

Sum of Preference Raster Ring 9: 3383.15

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref9.tif"/3383.15)*0.59606457821003
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng8.tif"

Start Time: Fri Jan 04 09:29:59 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref9.tif")/3383.15)*0.59606457821003

Succeeded at Fri Jan 04 09:30:00 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref9.tif"/3383.15)*0.126398375522091
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng8.tif"

Start Time: Fri Jan 04 09:30:00 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref9.tif")/3383.15)*0.126398375522091

Succeeded at Fri Jan 04 09:30:01 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref10.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref10\mask.tif"

Start Time: Fri Jan 04 09:30:02 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref10.tif">=0,1)

Succeeded at Fri Jan 04 09:30:03 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref10\mask.tif" Value
"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref10.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref10\rasterSum.dbf" DATA SUM

BLM_0049961



Start Time: Fri Jan 04 09:30:04 2013

Succeeded at Fri Jan 04 09:30:04 2013 (Elapsed Time: 0.00 seconds)

Sum of Preference Raster Ring 10: 3024.49

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref10.tif"/3024.49)*0.548044640565872
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng9.tif"

Start Time: Fri Jan 04 09:30:05 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref10.tif")/3024.49)*0.548044640565872

Succeeded at Fri Jan 04 09:30:06 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref10.tif"/3024.49)*0.106892860253717
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng9.tif"

Start Time: Fri Jan 04 09:30:06 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref10.tif")/3024.49)*0.106892860253717

Succeeded at Fri Jan 04 09:30:07 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref11.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref11\mask.tif"

Start Time: Fri Jan 04 09:30:08 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref11.tif">=0,1)

Succeeded at Fri Jan 04 09:30:09 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref11\mask.tif" Value
"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref11.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref11\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:30:10 2013

Succeeded at Fri Jan 04 09:30:11 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 11: 2988.25

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref11.tif"/2988.25)*0.503116539491296
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng10.tif"

Start Time: Fri Jan 04 09:30:11 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref11.tif")/2988.25)*0.503116539491296

Succeeded at Fri Jan 04 09:30:12 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn

BLM_0049962

Analysis\ForayAnalysis_Output\RingPrefs\RingPref11.tif"/2988.25)*0.102794292238804
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweForayProbRng10.tif"

Start Time: Fri Jan 04 09:30:13 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref11.tif")/2988.25)*0.102794292238804

Succeeded at Fri Jan 04 09:30:13 2013 (Elapsed Time: 0.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref12.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref12\mask.tif"

Start Time: Fri Jan 04 09:30:14 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref12.tif")>=0,1)

Succeeded at Fri Jan 04 09:30:15 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref12\mask.tif" Value
"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref12.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref12\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:30:16 2013

Succeeded at Fri Jan 04 09:30:16 2013 (Elapsed Time: 0.00 seconds)

Sum of Preference Raster Ring 12: 3752.97

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref12.tif"/3752.97)*0.461910543101263
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng11.tif"

Start Time: Fri Jan 04 09:30:17 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref12.tif")/3752.97)*0.461910543101263

Succeeded at Fri Jan 04 09:30:18 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref12.tif"/3752.97)*0.102303228633901
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng11.tif"

Start Time: Fri Jan 04 09:30:20 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref12.tif")/3752.97)*0.102303228633901

Succeeded at Fri Jan 04 09:30:21 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref13.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref13\mask.tif"

Start Time: Fri Jan 04 09:30:22 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref13.tif")>=0,1)

BLM_0049963



Succeeded at Fri Jan 04 09:30:23 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref13\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref13.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref13\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:30:23 2013

Succeeded at Fri Jan 04 09:30:24 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 13: 3793.45

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref13.tif"/3793.45)*0.424702619248932 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng12.tif"

Start Time: Fri Jan 04 09:30:25 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref13.tif")/3793.45)*0.424702619248932

Succeeded at Fri Jan 04 09:30:25 2013 (Elapsed Time: 0.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref13.tif"/3793.45)*0.102270148869691 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng12.tif"

Start Time: Fri Jan 04 09:30:26 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref13.tif")/3793.45)*0.102270148869691

Succeeded at Fri Jan 04 09:30:27 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref14.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref14\mask.tif"

Start Time: Fri Jan 04 09:30:27 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref14.tif">=0,1)

Succeeded at Fri Jan 04 09:30:28 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref14\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref14.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref14\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:30:29 2013

Succeeded at Fri Jan 04 09:30:30 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 14: 3749.45

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref14.tif"/3749.45)*0.391374279899542 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng13.tif"

1-20

BLM_0049964



Start Time: Fri Jan 04 09:30:30 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref14.tif")/3749.45)*0.391374279899542

Succeeded at Fri Jan 04 09:30:31 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref14.tif"/3749.45)*0.102268824190140
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng13.tif"

Start Time: Fri Jan 04 09:30:32 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref14.tif")/3749.45)*0.102268824190140

Succeeded at Fri Jan 04 09:30:33 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref15.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref15\mask.tif"

Start Time: Fri Jan 04 09:30:33 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref15.tif">=0,1)

Succeeded at Fri Jan 04 09:30:34 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref15\mask.tif" Value
"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref15.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref15\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:30:35 2013

Succeeded at Fri Jan 04 09:30:36 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 15: 4082.42

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref15.tif"/4082.42)*0.361445368411832
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng14.tif"

Start Time: Fri Jan 04 09:30:36 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref15.tif")/4082.42)*0.361445368411832

Succeeded at Fri Jan 04 09:30:37 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref15.tif"/4082.42)*0.102265286581941
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng14.tif"

Start Time: Fri Jan 04 09:30:38 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref15.tif")/4082.42)*0.102265286581941

Succeeded at Fri Jan 04 09:30:38 2013 (Elapsed Time: 0.00 seconds)

BLM_0049965

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref16.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref16\mask.tif"

Start Time: Fri Jan 04 09:30:39 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref16.tif">=0,1)

Succeeded at Fri Jan 04 09:30:40 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref16\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref16.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref16\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:30:41 2013

Succeeded at Fri Jan 04 09:30:41 2013 (Elapsed Time: 0.00 seconds)

Sum of Preference Raster Ring 16: 4963.47

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref16.tif"/4963.47)*0.334169367716462 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng15.tif"

Start Time: Fri Jan 04 09:30:42 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref16.tif")/4963.47)*0.334169367716462

Succeeded at Fri Jan 04 09:30:43 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref16.tif"/4963.47)*0.102201797541846 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng15.tif"

Start Time: Fri Jan 04 09:30:43 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref16.tif")/4963.47)*0.102201797541846

Succeeded at Fri Jan 04 09:30:44 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref17.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref17\mask.tif"

Start Time: Fri Jan 04 09:30:45 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref17.tif">=0,1)

Succeeded at Fri Jan 04 09:30:45 2013 (Elapsed Time: 0.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref17\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref17.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref17\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:30:46 2013

BLM_0049966

USFS Bighorn Sheep Risk of Contact Tool – Supplemental Information                    1 Example Log Files

Succeeded at Fri Jan 04 09:30:47 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 17: 5637.44

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref17.tif"/5637.44)*0.308665685684271
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng16.tif"

Start Time: Fri Jan 04 09:30:48 2013

(Raster("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref17.tif")/5637.44)*0.308665685684271

Succeeded at Fri Jan 04 09:30:48 2013 (Elapsed Time: 0.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref17.tif"/5637.44)*0.101570755704346
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng16.tif"

Start Time: Fri Jan 04 09:30:49 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref17.tif")/5637.44)*0.101570755704346

Succeeded at Fri Jan 04 09:30:50 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref18.tif">=0.1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref18\mask.tif"

Start Time: Fri Jan 04 09:30:51 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref18.tif")>=0,1)

Succeeded at Fri Jan 04 09:30:51 2013 (Elapsed Time: 0.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref18\mask.tif" Value
"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref18.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref18\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:30:52 2013

Succeeded at Fri Jan 04 09:30:53 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 18: 6314.64

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref18.tif"/6314.64)*0.284067325962861
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng17.tif"

Start Time: Fri Jan 04 09:30:54 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref18.tif")/6314.64)*0.284067325962861

Succeeded at Fri Jan 04 09:30:54 2013 (Elapsed Time: 0.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref18.tif"/6314.64)*0.0980823059616613
"C:\Users\dhoward\Desktop\Bighorn

Bighorn Sheep Risk of Contact Tool Page 122

BLM_0049967

Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng17.tif"

Start Time: Fri Jan 04 09:30:55 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref18.tif")/6314.64)*0.0980823059616613

Succeeded at Fri Jan 04 09:30:56 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref19.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref19\mask.tif"

Start Time: Fri Jan 04 09:30:56 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref19.tif">=0,1)

Succeeded at Fri Jan 04 09:30:58 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref19\mask.tif" Value
"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref19.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref19\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:31:00 2013

Succeeded at Fri Jan 04 09:31:01 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 19: 6004.06

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref19.tif"/6004.06)*0.259659768816705
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng18.tif"

Start Time: Fri Jan 04 09:31:02 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref19.tif")/6004.06)*0.259659768816705

Succeeded at Fri Jan 04 09:31:03 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref19.tif"/6004.06)*0.0872752670154496
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng18.tif"

Start Time: Fri Jan 04 09:31:04 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref19.tif")/6004.06)*0.0872752670154496

Succeeded at Fri Jan 04 09:31:04 2013 (Elapsed Time: 0.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref20.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref20\mask.tif"

Start Time: Fri Jan 04 09:31:05 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref20.tif">=0,1)

Succeeded at Fri Jan 04 09:31:06 2013 (Elapsed Time: 1.00 seconds)

BLM_0049968

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref20\mask.tif" Value
"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref20.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref20\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:31:07 2013

Succeeded at Fri Jan 04 09:31:07 2013 (Elapsed Time: 0.00 seconds)

Sum of Preference Raster Ring 20: 6121.82

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref20.tif"/6121.82)*0.234989181929353
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng19.tif"

Start Time: Fri Jan 04 09:31:08 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref20.tif")/6121.82)*0.234989181929353

Succeeded at Fri Jan 04 09:31:09 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref20.tif"/6121.82)*0.0682815613608715
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng19.tif"

Start Time: Fri Jan 04 09:31:10 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref20.tif")/6121.82)*0.0682815613608715

Succeeded at Fri Jan 04 09:31:11 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref21.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref21\mask.tif"

Start Time: Fri Jan 04 09:31:11 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref21.tif")>=0,1)

Succeeded at Fri Jan 04 09:31:12 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref21\mask.tif" Value
"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref21.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref21\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:31:13 2013

Succeeded at Fri Jan 04 09:31:14 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 21: 6441.22

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref21.tif"/6441.22)*0.209924430817073
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng20.tif"

Start Time: Fri Jan 04 09:31:15 2013

BLM_0049969



(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref21.tif")/6441.22)*0.209924430817073

Succeeded at Fri Jan 04 09:31:15 2013 (Elapsed Time: 0.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref21.tif"/6441.22)*0.0492405353231253
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng20.tif"

Start Time: Fri Jan 04 09:31:16 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref21.tif")/6441.22)*0.0492405353231253

Succeeded at Fri Jan 04 09:31:17 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref22.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref22\mask.tif"

Start Time: Fri Jan 04 09:31:18 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref22.tif")>=0,1)

Succeeded at Fri Jan 04 09:31:19 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref22\mask.tif" Value
"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref22.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref22\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:31:19 2013

Succeeded at Fri Jan 04 09:31:20 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 22: 6451.04

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref22.tif"/6451.04)*0.184657982550693
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng21.tif"

Start Time: Fri Jan 04 09:31:21 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref22.tif")/6451.04)*0.184657982550693

Succeeded at Fri Jan 04 09:31:21 2013 (Elapsed Time: 0.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref22.tif"/6451.04)*0.0383446491880422
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng21.tif"

Start Time: Fri Jan 04 09:31:22 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref22.tif")/6451.04)*0.0383446491880422

Succeeded at Fri Jan 04 09:31:23 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref23.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn

BLM_0049970



Analysis\ForayAnalysis_Output\RingSums\RingPref23\mask.tif"

Start Time: Fri Jan 04 09:31:24 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref23.tif")>=0,1)

Succeeded at Fri Jan 04 09:31:24 2013 (Elapsed Time: 0.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref23\mask.tif" Value
"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref23.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref23\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:31:25 2013

Succeeded at Fri Jan 04 09:31:26 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 23: 6362.54

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref23.tif"/6362.54)*0.159647048417122
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng22.tif"

Start Time: Fri Jan 04 09:31:27 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref23.tif")/6362.54)*0.159647048417122

Succeeded at Fri Jan 04 09:31:28 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref23.tif"/6362.54)*0.0348064184954402
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng22.tif"

Start Time: Fri Jan 04 09:31:28 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref23.tif")/6362.54)*0.0348064184954402

Succeeded at Fri Jan 04 09:31:30 2013 (Elapsed Time: 2.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref24.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref24\mask.tif"

Start Time: Fri Jan 04 09:31:30 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref24.tif")>=0,1)

Succeeded at Fri Jan 04 09:31:31 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref24\mask.tif" Value
"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref24.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref24\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:31:32 2013

Succeeded at Fri Jan 04 09:31:33 2013 (Elapsed Time: 1.00 seconds)

BLM_0049971



Sum of Preference Raster Ring 24: 6309.11

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref24.tif"/6309.11)*0.135507244467734
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng23.tif"

Start Time: Fri Jan 04 09:31:33 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref24.tif"/6309.11)*0.135507244467734

Succeeded at Fri Jan 04 09:31:34 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref24.tif"/6309.11)*0.0341600966609691
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng23.tif"

Start Time: Fri Jan 04 09:31:35 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref24.tif")/6309.11)*0.0341600966609691

Succeeded at Fri Jan 04 09:31:36 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref25.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref25\mask.tif"

Start Time: Fri Jan 04 09:31:36 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref25.tif")>=0,1)

Succeeded at Fri Jan 04 09:31:38 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref25\mask.tif" Value
"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref25.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref25\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:31:38 2013

Succeeded at Fri Jan 04 09:31:39 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 25: 6660.91

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref25.tif"/6660.91)*0.112886686134642
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng24.tif"

Start Time: Fri Jan 04 09:31:40 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref25.tif")/6660.91)*0.112886686134642

Succeeded at Fri Jan 04 09:31:41 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref25.tif"/6660.91)*0.0340947840831628
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng24.tif"

1-28

BLM_0049972



Start Time: Fri Jan 04 09:31:44 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref25.tif")/6660.91)*0.0340947840831628

Succeeded at Fri Jan 04 09:31:44 2013 (Elapsed Time: 0.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref26.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref26\mask.tif"

Start Time: Fri Jan 04 09:31:45 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref26.tif")>=0,1)

Succeeded at Fri Jan 04 09:31:46 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref26\mask.tif" Value
"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref26.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref26\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:31:47 2013

Succeeded at Fri Jan 04 09:31:48 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 26: 6835.26

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref26.tif"/6835.26)*0.0923460201069337
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng25.tif"

Start Time: Fri Jan 04 09:31:48 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref26.tif")/6835.26)*0.0923460201069337

Succeeded at Fri Jan 04 09:31:49 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref26.tif"/6835.26)*0.0340911435612217
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng25.tif"

Start Time: Fri Jan 04 09:31:50 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref26.tif")/6835.26)*0.0340911435612217

Succeeded at Fri Jan 04 09:31:51 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref27.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref27\mask.tif"

Start Time: Fri Jan 04 09:31:51 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref27.tif")>=0,1)

Succeeded at Fri Jan 04 09:31:52 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn

BLM_0049973



Analysis\ForayAnalysis_Output\RingSums\RingPref27\mask.tif" Value
"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref27.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref27\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:31:53 2013

Succeeded at Fri Jan 04 09:31:54 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 27: 6888.64

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref27.tif"/6888.64)*0.0742719794915808
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng26.tif"

Start Time: Fri Jan 04 09:31:55 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref27.tif")/6888.64)*0.0742719794915808

Succeeded at Fri Jan 04 09:31:55 2013 (Elapsed Time: 0.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref27.tif"/6888.64)*0.0340909783649029
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng26.tif"

Start Time: Fri Jan 04 09:31:56 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref27.tif")/6888.64)*0.0340909783649029

Succeeded at Fri Jan 04 09:31:58 2013 (Elapsed Time: 2.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref28.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref28\mask.tif"

Start Time: Fri Jan 04 09:31:59 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref28.tif">=0,1)

Succeeded at Fri Jan 04 09:32:01 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref28\mask.tif" Value
"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref28.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref28\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:32:02 2013

Succeeded at Fri Jan 04 09:32:03 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 28: 6524.34

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref28.tif"/6524.34)*0.0588344717552211
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng27.tif"

Start Time: Fri Jan 04 09:32:04 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn

BLM_0049974

Analysis\ForayAnalysis_Output\RingPrefs\RingPref28.tif")/6524.34)*0.0588344717552211

Succeeded at Fri Jan 04 09:32:04 2013 (Elapsed Time: 0.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref28.tif"/6524.34)*0.0340890299233978
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng27.tif"

Start Time: Fri Jan 04 09:32:05 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref28.tif"/6524.34)*0.0340890299233978

Succeeded at Fri Jan 04 09:32:06 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref29.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref29\mask.tif"

Start Time: Fri Jan 04 09:32:06 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref29.tif">=0,1)

Succeeded at Fri Jan 04 09:32:07 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref29\mask.tif" Value
"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref29.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref29\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:32:08 2013

Succeeded at Fri Jan 04 09:32:09 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 29: 6938.59

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref29.tif"/6938.59)*0.0459910894575823
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng28.tif"

Start Time: Fri Jan 04 09:32:09 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref29.tif")/6938.59)*0.0459910894575823

Succeeded at Fri Jan 04 09:32:11 2013 (Elapsed Time: 2.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref29.tif"/6938.59)*0.0340515788415345
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng28.tif"

Start Time: Fri Jan 04 09:32:11 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref29.tif")/6938.59)*0.0340515788415345

Succeeded at Fri Jan 04 09:32:12 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref30.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingSums\RingPref30\mask.tif"

BLM_0049975

USFS Bighorn Sheep Risk of Contact Tool – Supplemental Information          1 Example Log Files 

Start Time: Fri Jan 04 09:32:13 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref30.tif")>=0,1)

Succeeded at Fri Jan 04 09:32:14 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref30\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref30.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref30\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:32:14 2013

Succeeded at Fri Jan 04 09:32:15 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 30: 6898.38

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref30.tif"/6898.38)*0.0355298766190308 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng29.tif"

Start Time: Fri Jan 04 09:32:16 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref30.tif")/6898.38)*0.0355298766190308

Succeeded at Fri Jan 04 09:32:17 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref30.tif"/6898.38)*0.0336673200474548 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng29.tif"

Start Time: Fri Jan 04 09:32:17 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref30.tif")/6898.38)*0.0336673200474548

Succeeded at Fri Jan 04 09:32:18 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref31.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref31\mask.tif"

Start Time: Fri Jan 04 09:32:19 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref31.tif")>=0,1)

Succeeded at Fri Jan 04 09:32:20 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref31\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref31.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref31\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:32:21 2013

Succeeded at Fri Jan 04 09:32:22 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 31: 6969.24

BLM_0049976

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref31.tif"/6969.24)*0.0271358720234084 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng30.tif"

Start Time: Fri Jan 04 09:32:22 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref31.tif")/6969.24)*0.0271358720234084

Succeeded at Fri Jan 04 09:32:23 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref31.tif"/6969.24)*0.0315374504976357 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng30.tif"

Start Time: Fri Jan 04 09:32:24 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref31.tif")/6969.24)*0.0315374504976357

Succeeded at Fri Jan 04 09:32:24 2013 (Elapsed Time: 0.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref32.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref32\mask.tif"

Start Time: Fri Jan 04 09:32:25 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref32.tif")>=0,1)

Succeeded at Fri Jan 04 09:32:26 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref32\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref32.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref32\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:32:29 2013

Succeeded at Fri Jan 04 09:32:30 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 32: 7198.74

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref32.tif"/7198.74)*0.0204612620673303 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng31.tif"

Start Time: Fri Jan 04 09:32:30 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref32.tif")/7198.74)*0.0204612620673303

Succeeded at Fri Jan 04 09:32:31 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref32.tif"/7198.74)*0.0251520722758273 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng31.tif"

Start Time: Fri Jan 04 09:32:31 2013

BLM_0049977

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref32.tif")/7198.74)*0.0251520722758273

Succeeded at Fri Jan 04 09:32:33 2013 (Elapsed Time: 2.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref33.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref33\mask.tif"

Start Time: Fri Jan 04 09:32:33 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref33.tif")>=0,1)

Succeeded at Fri Jan 04 09:32:34 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref33\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref33.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref33\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:32:35 2013

Succeeded at Fri Jan 04 09:32:36 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 33: 8114.58

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref33.tif"/8114.58)*0.0151823149700391 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng32.tif"

Start Time: Fri Jan 04 09:32:36 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref33.tif")/8114.58)*0.0151823149700391

Succeeded at Fri Jan 04 09:32:37 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref33.tif"/8114.58)*0.0147834343089601 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng32.tif"

Start Time: Fri Jan 04 09:32:38 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref33.tif")/8114.58)*0.0147834343089601

Succeeded at Fri Jan 04 09:32:38 2013 (Elapsed Time: 0.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref34.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref34\mask.tif"

Start Time: Fri Jan 04 09:32:39 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref34.tif")>=0,1)

Succeeded at Fri Jan 04 09:32:40 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref34\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref34.tif"

BLM_0049978

"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref34\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:32:40 2013

Succeeded at Fri Jan 04 09:32:41 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 34: 7594.21

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref34.tif"/7594.21)*0.0110316132013819 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng33.tif"

Start Time: Fri Jan 04 09:32:42 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref34.tif")/7594.21)*0.0110316132013819

Succeeded at Fri Jan 04 09:32:43 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref34.tif"/7594.21)*0.00565385850059499 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng33.tif"

Start Time: Fri Jan 04 09:32:43 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref34.tif")/7594.21)*0.00565385850059499

Succeeded at Fri Jan 04 09:32:44 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator Con("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref35.tif">=0,1) "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref35\mask.tif"

Start Time: Fri Jan 04 09:32:45 2013

Con(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref35.tif")>=0,1)

Succeeded at Fri Jan 04 09:32:45 2013 (Elapsed Time: 0.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref35\mask.tif" Value "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref35.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingSums\RingPref35\rasterSum.dbf" DATA SUM

Start Time: Fri Jan 04 09:32:46 2013

Succeeded at Fri Jan 04 09:32:47 2013 (Elapsed Time: 1.00 seconds)

Sum of Preference Raster Ring 35: 8667.21

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref35.tif"/8667.21)*0.00780334930290284 "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng34.tif"

Start Time: Fri Jan 04 09:32:47 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RingPrefs\RingPref35.tif")/8667.21)*0.00780334930290284

BLM_0049979



Succeeded at Fri Jan 04 09:32:48 2013 (Elapsed Time: 1.00 seconds)

Executing: RasterCalculator ("C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref35.tif"/8667.21)*0.00129515140455065
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng34.tif"

Start Time: Fri Jan 04 09:32:49 2013

(Raster(r"C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RingPrefs\RingPref35.tif")/8667.21)*0.00129515140455065

Succeeded at Fri Jan 04 09:32:50 2013 (Elapsed Time: 1.00 seconds)

Merge the ring probability rasters into a single raster for display in the map

Executing: CreateRasterDataset "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProb" ForayProbRam.tif # 32_BIT_FLOAT # 1 # "PYRAMIDS -
1 NEAREST DEFAULT 75" "128 128" LZ77 #

Start Time: Fri Jan 04 09:32:50 2013

Succeeded at Fri Jan 04 09:32:50 2013 (Elapsed Time: 0.00 seconds)

Executing: CreateRasterDataset "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProb" ForayProbEwe.tif # 32_BIT_FLOAT # 1 # "PYRAMIDS -1
NEAREST DEFAULT 75" "128 128" LZ77 #

Start Time: Fri Jan 04 09:32:51 2013

Succeeded at Fri Jan 04 09:32:51 2013 (Elapsed Time: 0.00 seconds)

Executing: WorkspaceToRasterDataset "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProb\ForayProbRam.tif" NONE LAST FIRST # # NONE 0
NONE NONE

Start Time: Fri Jan 04 09:32:51 2013

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng0.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng1.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng10.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng11.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng12.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng13.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng14.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng15.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng16.tif is loading...

BLM_0049980

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng17.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng18.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng19.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng2.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng20.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng21.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng22.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng23.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng24.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng25.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng26.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng27.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng28.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng29.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng3.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng30.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng31.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng32.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng33.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng34.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng4.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng5.tif is loading...

BLM_0049981

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng6.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng7.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng8.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng9.tif is loading...

Succeeded at Fri Jan 04 09:32:51 2013 (Elapsed Time: 5.00 seconds)

Executing: WorkspaceToRasterDataset "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings" "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProb\ForayProbEwe.tif" NONE LAST FIRST # # NONE 0
NONE NONE

Start Time: Fri Jan 04 09:32:56 2013

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng0.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng1.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng10.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng11.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng12.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng13.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng14.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng15.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng16.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng17.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng18.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng19.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng2.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng20.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng21.tif is loading...

BLM_0049982



C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng22.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng23.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng24.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng25.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng26.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng27.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng28.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng29.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng3.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng30.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng31.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng32.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng33.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng34.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng4.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng5.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng6.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng7.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng8.tif is loading...

C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng9.tif is loading...

Succeeded at Fri Jan 04 09:33:00 2013 (Elapsed Time: 4.00 seconds)

Executing: CalculateStatistics "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProb\ForayProbRam.tif" 1 1 #

Start Time: Fri Jan 04 09:33:02 2013

BLM_0049983



Succeeded at Fri Jan 04 09:33:02 2013 (Elapsed Time: 0.00 seconds)

Executing: CalculateStatistics "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProb\ForayProbEwe.tif" 1 1 #

Start Time: Fri Jan 04 09:33:02 2013

Succeeded at Fri Jan 04 09:33:03 2013 (Elapsed Time: 1.00 seconds)

## 1.3  Contact Analysis Log File

Bighorn Version 1.1.0.0

Start Contact Analysis Calculations at 9:36 AM


Created Directory: C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output

Convert Allotment polyon layer: AllotmentPolygonsTo raster with cell size: 30

Executing: PolygonToRaster AllotmentPolygons ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" MAXIMUM_AREA NONE 30

Start Time: Fri Jan 04 09:36:03 2013

Succeeded at Fri Jan 04 09:46:02 2013 (Elapsed Time: 9 minutes 59 seconds)

Create directories: C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables and C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables

Run 'zonal statistics as table' for each ring within each allotment

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng0.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt0.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:03 2013

Succeeded at Fri Jan 04 09:46:06 2013 (Elapsed Time: 3.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng0.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt0.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:07 2013

Succeeded at Fri Jan 04 09:46:09 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng1.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt1.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:10 2013

Succeeded at Fri Jan 04 09:46:12 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn

BLM_0049984



Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng1.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt1.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:12 2013

Succeeded at Fri Jan 04 09:46:14 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng2.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt2.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:15 2013

Succeeded at Fri Jan 04 09:46:16 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng2.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt2.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:17 2013

Succeeded at Fri Jan 04 09:46:19 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng3.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt3.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:19 2013

Succeeded at Fri Jan 04 09:46:21 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng3.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt3.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:21 2013

Succeeded at Fri Jan 04 09:46:23 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng4.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt4.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:24 2013

Succeeded at Fri Jan 04 09:46:25 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng4.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt4.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:26 2013

Succeeded at Fri Jan 04 09:46:27 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng5.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt5.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:28 2013

Succeeded at Fri Jan 04 09:46:29 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng5.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt5.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:30 2013

Succeeded at Fri Jan 04 09:46:31 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng6.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt6.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:32 2013

Succeeded at Fri Jan 04 09:46:33 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng6.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt6.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:34 2013

Succeeded at Fri Jan 04 09:46:35 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng7.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt7.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:36 2013

Succeeded at Fri Jan 04 09:46:37 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng7.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt7.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:39 2013

Succeeded at Fri Jan 04 09:46:41 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn

BLM_0049986



Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng8.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt8.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:41 2013

Succeeded at Fri Jan 04 09:46:43 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng8.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt8.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:43 2013

Succeeded at Fri Jan 04 09:46:45 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng9.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt9.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:46 2013

Succeeded at Fri Jan 04 09:46:47 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng9.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt9.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:48 2013

Succeeded at Fri Jan 04 09:46:49 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng10.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt10.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:50 2013

Succeeded at Fri Jan 04 09:46:51 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng10.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt10.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:52 2013

Succeeded at Fri Jan 04 09:46:53 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng11.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt11.dbf" DATA SUM

BLM_0049987



Start Time: Fri Jan 04 09:46:54 2013

Succeeded at Fri Jan 04 09:46:55 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng11.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt11.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:56 2013

Succeeded at Fri Jan 04 09:46:57 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng12.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt12.dbf" DATA SUM

Start Time: Fri Jan 04 09:46:58 2013

Succeeded at Fri Jan 04 09:46:59 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng12.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt12.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:00 2013

Succeeded at Fri Jan 04 09:47:01 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng13.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt13.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:02 2013

Succeeded at Fri Jan 04 09:47:03 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng13.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt13.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:04 2013

Succeeded at Fri Jan 04 09:47:05 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng14.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt14.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:06 2013

Succeeded at Fri Jan 04 09:47:07 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn

BLM_0049988

Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng14.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt14.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:08 2013

Succeeded at Fri Jan 04 09:47:09 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng15.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt15.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:10 2013

Succeeded at Fri Jan 04 09:47:11 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng15.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt15.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:12 2013

Succeeded at Fri Jan 04 09:47:13 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng16.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt16.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:14 2013

Succeeded at Fri Jan 04 09:47:15 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng16.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt16.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:16 2013

Succeeded at Fri Jan 04 09:47:18 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng17.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt17.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:19 2013

Succeeded at Fri Jan 04 09:47:20 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng17.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt17.dbf" DATA SUM

BLM_0049989



Start Time: Fri Jan 04 09:47:21 2013

Succeeded at Fri Jan 04 09:47:22 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng18.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt18.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:23 2013

Succeeded at Fri Jan 04 09:47:24 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng18.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt18.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:25 2013

Succeeded at Fri Jan 04 09:47:26 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng19.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt19.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:27 2013

Succeeded at Fri Jan 04 09:47:28 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng19.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt19.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:29 2013

Succeeded at Fri Jan 04 09:47:30 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng20.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt20.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:31 2013

Succeeded at Fri Jan 04 09:47:32 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng20.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt20.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:33 2013

Succeeded at Fri Jan 04 09:47:34 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn

BLM_0049990



Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng21.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt21.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:35 2013

Succeeded at Fri Jan 04 09:47:36 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng21.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt21.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:37 2013

Succeeded at Fri Jan 04 09:47:38 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng22.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt22.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:39 2013

Succeeded at Fri Jan 04 09:47:41 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng22.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt22.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:41 2013

Succeeded at Fri Jan 04 09:47:43 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng23.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt23.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:43 2013

Succeeded at Fri Jan 04 09:47:45 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng23.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt23.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:45 2013

Succeeded at Fri Jan 04 09:47:50 2013 (Elapsed Time: 5.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng24.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt24.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:52 2013

Succeeded at Fri Jan 04 09:47:53 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng24.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt24.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:54 2013

Succeeded at Fri Jan 04 09:47:55 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng25.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt25.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:56 2013

Succeeded at Fri Jan 04 09:47:58 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng25.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt25.dbf" DATA SUM

Start Time: Fri Jan 04 09:47:58 2013

Succeeded at Fri Jan 04 09:48:00 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng26.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt26.dbf" DATA SUM

Start Time: Fri Jan 04 09:48:01 2013

Succeeded at Fri Jan 04 09:48:02 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng26.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt26.dbf" DATA SUM

Start Time: Fri Jan 04 09:48:03 2013

Succeeded at Fri Jan 04 09:48:04 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng27.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt27.dbf" DATA SUM

Start Time: Fri Jan 04 09:48:05 2013

Succeeded at Fri Jan 04 09:48:06 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn

BLM_0049992



Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng27.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt27.dbf" DATA SUM

Start Time: Fri Jan 04 09:48:07 2013

Succeeded at Fri Jan 04 09:48:08 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng28.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt28.dbf" DATA SUM

Start Time: Fri Jan 04 09:48:09 2013

Succeeded at Fri Jan 04 09:48:11 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng28.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt28.dbf" DATA SUM

Start Time: Fri Jan 04 09:48:11 2013

Succeeded at Fri Jan 04 09:48:13 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng29.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt29.dbf" DATA SUM

Start Time: Fri Jan 04 09:48:13 2013

Succeeded at Fri Jan 04 09:48:15 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng29.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt29.dbf" DATA SUM

Start Time: Fri Jan 04 09:48:15 2013

Succeeded at Fri Jan 04 09:48:17 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng30.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt30.dbf" DATA SUM

Start Time: Fri Jan 04 09:48:18 2013

Succeeded at Fri Jan 04 09:48:19 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn
Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng30.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt30.dbf" DATA SUM

BLM_0049993



Start Time: Fri Jan 04 09:48:20 2013

Succeeded at Fri Jan 04 09:48:21 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng31.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt31.dbf" DATA SUM

Start Time: Fri Jan 04 09:48:22 2013

Succeeded at Fri Jan 04 09:48:23 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng31.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt31.dbf" DATA SUM

Start Time: Fri Jan 04 09:48:24 2013

Succeeded at Fri Jan 04 09:48:25 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng32.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt32.dbf" DATA SUM

Start Time: Fri Jan 04 09:48:26 2013

Succeeded at Fri Jan 04 09:48:27 2013 (Elapsed Time: 1.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng32.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt32.dbf" DATA SUM

Start Time: Fri Jan 04 09:48:28 2013

Succeeded at Fri Jan 04 09:48:30 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng33.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt33.dbf" DATA SUM

Start Time: Fri Jan 04 09:48:30 2013

Succeeded at Fri Jan 04 09:48:32 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng33.tif" "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt33.dbf" DATA SUM

Start Time: Fri Jan 04 09:48:32 2013

Succeeded at Fri Jan 04 09:48:34 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn

BLM_0049994



Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\RamForayProbRings\RamProbRng34.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\RamAllotmentSumTables\RamProbAlt34.dbf" DATA SUM

Start Time: Fri Jan 04 09:48:34 2013

Succeeded at Fri Jan 04 09:48:36 2013 (Elapsed Time: 2.00 seconds)

Executing: ZonalStatisticsAsTable "C:\Users\dhoward\Desktop\Bighorn Analysis\ContactAnalysis_Output\AllotRaster.tif" ALLOT_NAME "C:\Users\dhoward\Desktop\Bighorn Analysis\ForayAnalysis_Output\EweForayProbRings\EweProbRng34.tif"
"C:\Users\dhoward\Desktop\Bighorn
Analysis\ContactAnalysis_Output\EweAllotmentSumTables\EweProbAlt34.dbf" DATA SUM

Start Time: Fri Jan 04 09:48:36 2013

Succeeded at Fri Jan 04 09:48:38 2013 (Elapsed Time: 2.00 seconds)

Combine the zonal statistics allotment tables into a ram table and a ewe table

Create a maximum sum for each allotment table for rams and ewes

Based on the herd size(147) and sex ratio(Male:35, Female:65) there are 51.45 rams and 95.55ewes in the herd

Based on the number of rams and ewes and the probability of foray (Ram:0.141 , Ewe:0.015) there are 7.25445 rams that foray and 1.43325ewes that foray

Create a table of allotments that contains the Allotment ID, Probability of ram contact, Probabiliy of Ewe contact, Rate of contact for Rams, Rate of contact for Ewes, Herd rate of contact for an allotment

Write the result table out to a CSV file

Add the AllotmentResults.csv file to the map

## 1.4   BHSkde Log File

Calculations using BHSkde package version 1.9 , compiled on  2012-12-10
Start time:   Fri Jan 04 09:14:30 2013

Calculating individual-level plotdata for 27 animals:
Processing animal 'ASOTIN03AS01'   .....   Complete.
Processing animal 'ASOTIN03AS02'   .....   Complete.
Processing animal 'ASOTIN03AS03'   .....   Complete.
Processing animal 'ASOTIN03AS04'   .....   Complete.
Processing animal 'ASOTIN03AS06'   .....   Complete.
Processing animal 'ASOTIN03AS08'   .....   Complete.
Processing animal 'ASOTIN03AS09'   .....   Complete.
Processing animal 'ASOTIN03AS11'   .....   Complete.
Processing animal 'ASOTIN03AS12'   .....   Complete.
Processing animal 'ASOTIN03AS15'   .....   Complete.
Processing animal 'ASOTIN06AS24'   .....   Complete.
Processing animal 'ASOTIN06AS25'   .....   Complete.
Processing animal 'ASOTIN06AS52'   .....   Complete.
Processing animal 'ASOTIN06AS53'   .....   Complete.
Processing animal 'ASOTIN06AS54'   .....   Complete.

1-51

BLM_0049995

Processing animal 'ASOTIN06AS55'   .....   Complete.
Processing animal 'ASOTIN06AS56'   .....   Complete.
Processing animal 'ASOTIN06AS58'   .....   Complete.
Processing animal 'ASOTIN97A05'   .....   Complete.
Processing animal 'ASOTIN97A20'   .....   Complete.
Processing animal 'ASOTIN97A27'   .....   Complete.
Processing animal 'ASOTIN97A44'   .....   Complete.
Processing animal 'ASOTIN97A46'   .....   Complete.
Processing animal 'ASOTIN97A48'   .....   Complete.
Processing animal 'ASOTIN97A51'   .....   Complete.
Processing animal 'ASOTIN97A55'   .....   Complete.
Processing animal 'ASOTIN97A57'   .....   Complete.

Combining individual-level utilization distribution rasters ... Complete
Calculating herd-level isopleth(s) ... Complete
Converting isopleth(s) to polygons ... Complete
Execution complete:   Fri Jan 04 09:14:54 2013

BLM_0049996

# Suitable Habitat Data Documentation

Tuesday, January 21, 2014
10:19 AM

BLM_0049997



Siders, Melissa (Missy) <msiders@blm.gov>

## Fwd: bighorn risk model habitat types for CO

1 message

**Sinton, David** <dsinton@blm.gov>                                      Tue, Jan 21, 2014 at 8:48 AM
To: "Melissa (Missy) Siders" <msiders@blm.gov>

David Sinton
GIS Specialist
Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401
970-240-5328
dsinton@blm.gov

---------- Forwarded message ----------
From: **Howe, Carol -FS** <chowe@fs.fed.us>
Date: Thu, Jan 16, 2014 at 4:45 PM
Subject: RE: bighorn risk model habitat types for CO
To: "Sinton, David" <dsinton@blm.gov>

The layer was created by the contractors, but I know they got data from the CDOW (their name at the time).  Brad Banulus CPW has been involved with our forest discussions.  I reread through my notes and asked that questions – but silly me didn't write down the answer I received.

I am attaching a map that the contractors made that covers our forest and much or your field office area, in case you haven't see it.  This is a 2012 vintage map.

Carol S. Howe

Resource Information Specialist / Forest Climate Change Coordinator

Grand Mesa, Uncompahgre and Gunnison National Forests

2250 Hwy 50

Delta, CO  81416

chowe@fs.fed.us

(970) 874-6647

https://mail.google.com/mail/u/0?ui=2&ik=df17557 0e&view=pt&search=inbox&th=143b57d89a54a5ef                1/3

BLM_0049998

**From:** Sinton, David [mailto:dsinton@blm.gov]
**Sent:** Thursday, January 16, 2014 4:28 PM
**To:** Howe, Carol -FS
**Subject:** Re: bighorn risk model habitat types for CO

Got it. Once again, I'm in your debt. Any idea who created it?

THANKS!

David

David Sinton

GIS Specialist

Uncompahgre Field Office

Bureau of Land Management

2465 South Townsend Avenue

Montrose, CO 81401

970-240-5328

dsinton@blm.gov

On Thu, Jan 16, 2014 at 3:33 PM, Howe, Carol -FS <chowe@fs.fed.us> wrote:

Hi David,

Here is a zipfile with the habitat types (I hope)  Please let me know if you have any problems with this.

Carol S. Howe

Resource Information Specialist / Forest Climate Change Coordinator

Grand Mesa, Uncompahgre and Gunnison National Forests

2250 Hwy 50

BLM_0049999

Delta, CO  81416

chowe@fs.fed.us

(970) 874-6647

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

📄 **BighornSheepFinalSummerHabitatGMUG.pdf**
9094K

Bighorn Sheep Risk of Contact Tool Page 155

BLM_0050000



Siders, Melissa (Missy) <msiders@blm.gov>

## Full Curl Model paper

1 message

**Banulis - DNR, Brad** <brad.banulis@state.co.us>                                      Fri, Jan 24, 2014 at 9:56 AM
To: "Siders, Melissa S" <msiders@blm.gov>

Hey Missy-
Here's the write up on the Full Curl suitability model.
Cheers,
Brad

**Brad Banulis**
Terrestrial Biologist
Colorado Parks and Wildlife
2300 S. Townsend Ave.
Montrose, CO 81401
(970)252-6051

📄 **Colorado bighorn habitat model whitepaper 5 Jan 2012.pdf**
2090K

BLM_0050001

# Bighorn Sheep Suitable Habitat Modeling in Colorado

Karin Eichoff, Brian Dreher, Sherri Huwer, Seth McClean, Julie Stiver,
Stephanie Steinhoff and Janet George

Quantitative procedures to identify suitable bighorn sheep habitat provide important tools for biologists to 1) evaluate suitability of translocation sites, 2) establish population objectives in herd management plans, and 3) conduct disease transmission risk analysis. The most important component of suitable bighorn sheep habitat is escape terrain which includes the presence of steep, rocky terrain and horizontal visibility. In 2008, the Colorado Division of Wildlife (now Colorado Parks and Wildlife) adopted GIS based habitat evaluation methods based on work by Smith et al. (1991), Johnson and Swift (2000), Singer et al. (2000), Ziegenfuss et al. (2000), and McKinney et al. (2003), through the Bighorn Sheep Capture and Translocation Guidelines (George et al. 2008) and the Colorado Bighorn Sheep Management Plan: 2009-2019 (George et al 2009).

In recent years, bighorn sheep habitat modeling techniques have continued to evolve. In 2007, Sappington et al. indentified a method to incorporate terrain ruggedness. More recently, the U.S. Forest Service used the vegetation dataset from the LANDFIRE project, an interagency effort to map vegetation and fuels data in a consistent fashion, in the horizontal visibility component. These modifications improved the flexibility to handle variable vegetation types and reduced over mapping observed with earlier methods.

Following a presentation of the U.S. Forest Service's Full Curl summer source habitat model to the Western Association of Fish and Wildlife Agencies' Wild Sheep Working Group, a group of Colorado Parks and Wildlife's biologists used select available Colorado bighorn sheep telemetry data from 1991-2011 to review the model (Appendix 1). The telemetry data used was a combination of field locations (ground and aerial VHF), satellite, and GPS. Our goal was to map suitable summer habitat that achieved a $\geq$ 90% correlation with summer telemetry points with the smallest gain of total habitat area compared to the original Full Curl model.

## Model Scenarios

To explore the effects of changes in the input variables (slope, ruggedness, and vegetation) and model methods we processed 16 alternative scenarios (Table 1). The first grouping of models (Alt 1 – Alt 4) evaluated 27 degree slope with and without ruggedness, ruggedness without slope, and no minimum mapping unit for escape slope. The second grouping increased canopy cover to 70% for all forest classes and developed land classes to select alternatives. Alt 11 further modifies Alt 6a and restricts pinyon-juniper and Gambels oak to canopies <=40%. The third group increased canopy cover to 80% for selected forest classes, added select developed land classes, and removed mesic-wet spruce fir forest. The final group added alpine to the alternative models.

Table 1. Model scenarios tested with select Colorado radio telemetry data.

BLM_0050002

|  | Ha | # Locations | % Locations |  |
|---|---|---|---|---|
| Original Summer | 1,494,483 | 38,187 | 66.24% | 31°, 310 ruggedness, 1.6ha, 10-30% canopy |
| Alt1 | 2,634,917 | 39,572 | 68.64% | 27°, no ruggedness, 1.6ha, 10-30% canopy |
| Alt2 | 3,416,773 | 40,040 | 69.45% | no slope, 310 ruggedness, 1.6ha, 10-30% canopy |
| Alt2a | 2,201,427 | 37,377 | 64.83% | no slope, 310 rugged, 1.6ha, no 300-500m buffer, 10-30% canopy |
| Alt3 | 2,297,228 | 38,923 | 67.52% | 27°, 310 ruggedness, 1.6ha, 10-30% canopy |
| Alt4 | 3,824,575 | 40,145 | 69.64% | 27°, no ruggedness, no min. map, 10-30% canopy |
|  |  |  |  |  |
| Alt6 | 3,853,422 | 49,959 | 86.66% | 27°, 310 ruggedness, 1.6ha, 10-70% canopy |
| Alt6a | 3,880,735 | 52,459 | 91.00% | 27°, 310 ruggedness, 1.6ha, 10-70% canopy, developed land |
| Alt6a2 | 4,909,966 | 53,444 | 92.70% | 27°, 310 ruggedness, no min map, 10-70% canopy, developed land |
| Alt7 | 4,427,919 | 50,952 | 88.38% | 27°, no ruggedness, 1.6ha, 10-70% canopy |
| Alt8 | 3,728,045 | 47,502 | 82.40% | no slope, 310 rugged, 1.6ha, no 300-500m buffer, 10-70% canopy |
| Alt11 | 3,364,712 | 52,187 | 90.52% | 27°, 310 ruggedness, 1.6ha, 10-70% canopy, developed land, PJ <=40% and Gambels oak <=40%, developed land (21 &22) |
|  |  |  |  |  |
| Alt9 | 3,949,845 | 49,313 | 85.54% | 27°, no ruggedness, 1.6ha, 10-30% & select* 10-80% canopy, developed land (21 &22) |
| Alt10 | 5,142,292 | 49,918 | 86.59% | no slope, 310 ruggedness, 1.6ha, 10-30% & select* 10-80% canopy, developed land (21 &22) |
| Alt12 | 3,414,505 | 48,426 | 84.00% | 27°, 310 ruggedness, 1.6ha, 10-30% & select* 10-80% canopy, developed land (21 &22) |
|  |  |  |  |  |
| Alt13 | 3,958,307 | 52,771 | 91.54% | 27°, 310 ruggedness, 1.6ha, 10-70% canopy, developed land, Alpine at the end |
| Alt14 | 3,442,291 | 52,499 | 91.07% | 27°, 310 ruggedness, 1.6ha, 10-70% canopy, developed land, PJ <=40% and Gambels oak <=40%, developed land (21 &22), Alpine at the end |
| Alt15 | 3,492,416 | 48,740 | 84.54% | 27°, 310 ruggedness, 1.6ha, 10-30% & select* 10-80% canopy, developed land (21 &22), Alpine at the end |
| Alt16 | 4,974,746 | 53,614 | 93.00% | 27°, 310 ruggedness, no min map, 10-70% canopy, developed land, Alpine at the end |

When considering all the populations models, Alternatives 6a, 11, 13, and 14 perform above average and explain the most telemetry locations with the smallest gain in overall area measured in hectares (Figure 1). The lower canopy cover threshold for pinyon-juniper and Gambels oak in Alt 11 and Alt 14 is supported by the telemetry data used in this evaluation however, these vegetation types are currently underrepresented in the radiotelemetry sets (Figure 2). Addition of alpine vegetation types improved model fit, especially for Pikes Peak and Tarryall herds, with only a small gain in total habitat area (Figures 3 and 4).

BLM_0050003



Figure 1. Habitat model alternatives by area and percent of telemetry locations.



Figure 2. Alternative 11 and Alternative 6a. The red area shows the areas of the model that are dropped when pinyon/juniper and Gambel's oak canopy cover is reduced from 70% to less than 40%.

BLM_0050004



Figure 3.  Alternative 6a and Alternative 13. The red area shows the areas of the model that are added when alpine vegetation is added to Alternative 6a at the end of processing.

BLM_0050005



Figure 4. Alternative 11 and Alternative 14. The red area shows the areas of the model that are added when alpine vegetation is added to Alternative 11 at the end of processing.

Below are the results, by population, for the top four models.

| Alt 6a | Not Habitat | | Habitat | | Total Locations |
|---|---|---|---|---|---|
| Area | Locations | % | Locations | % | |
| Avalanche | 460 | 3.87% | 11429 | 96.13% | 11889 |
| Georgetown | 921 | 4.24% | 20818 | 95.76% | 21739 |
| Lone Pine GPS | 421 | 40.25% | 625 | 59.75% | 1046 |
| Pike Peak | 209 | 10.95% | 1699 | 89.05% | 1908 |
| Poudre River | 1070 | 18.21% | 4806 | 81.79% | 5876 |
| Rampart | 95 | 3.23% | 2845 | 96.77% | 2940 |
| S21 | 717 | 13.21% | 4710 | 86.79% | 5427 |
| Tarryall | 1117 | 37.11% | 1893 | 62.89% | 3010 |
| Zirkel | 181 | 4.74% | 3634 | 95.26% | 3815 |
| Grand Total | 5191 | 9.00% | 52459 | 91.00% | 57650 |

BLM_0050006

| Alt 11 | Not Habitat | | Habitat | | Total Locations |
|---|---|---|---|---|---|
| Area | Locations | % | Locations | % | |
| Avalanche | 509 | 4.28% | 11380 | 95.72% | 11889 |
| Georgetown | 957 | 4.40% | 20782 | 95.60% | 21739 |
| Lone Pine GPS | 428 | 40.92% | 618 | 59.08% | 1046 |
| Pike Peak | 209 | 10.95% | 1699 | 89.05% | 1908 |
| Poudre River | 1082 | 18.41% | 4794 | 81.59% | 5876 |
| Rampart | 217 | 7.38% | 2723 | 92.62% | 2940 |
| S21 | 752 | 13.86% | 4675 | 86.14% | 5427 |
| Tarryall | 1117 | 37.11% | 1893 | 62.89% | 3010 |
| Zirkel | 192 | 5.03% | 3623 | 94.97% | 3815 |
| Grand Total | 5463 | 9.48% | 52187 | 90.52% | 57650 |

| Alt 13 | Not Habitat | | Habitat | | Total Locations |
|---|---|---|---|---|---|
| Area | Locations | % | Locations | % | |
| Avalanche | 459 | 3.86% | 11430 | 96.14% | 11889 |
| Georgetown | 898 | 4.13% | 20841 | 95.87% | 21739 |
| Lone Pine GPS | 421 | 40.25% | 625 | 59.75% | 1046 |
| Pike Peak | 152 | 7.97% | 1756 | 92.03% | 1908 |
| Poudre River | 1070 | 18.21% | 4806 | 81.79% | 5876 |
| Rampart | 95 | 3.23% | 2845 | 96.77% | 2940 |
| S21 | 717 | 13.21% | 4710 | 86.79% | 5427 |
| Tarryall | 893 | 29.67% | 2117 | 70.33% | 3010 |
| Zirkel | 174 | 4.56% | 3641 | 95.44% | 3815 |
| Grand Total | 4879 | 8.46% | 52771 | 91.54% | 57650 |

| Alt 14 | Not Habitat | | Habitat | | Total Locations |
|---|---|---|---|---|---|
| Area | Locations | % | Locations | % | |
| Avalanche | 508 | 4.27% | 11381 | 95.73% | 11889 |
| Georgetown | 934 | 4.30% | 20805 | 95.70% | 21739 |
| Lone Pine GPS | 428 | 40.92% | 618 | 59.08% | 1046 |
| Pike Peak | 152 | 7.97% | 1756 | 92.03% | 1908 |
| Poudre River | 1082 | 18.41% | 4794 | 81.59% | 5876 |
| Rampart | 217 | 7.38% | 2723 | 92.62% | 2940 |
| S21 | 752 | 13.86% | 4675 | 86.14% | 5427 |
| Tarryall | 893 | 29.67% | 2117 | 70.33% | 3010 |
| Zirkel | 185 | 4.85% | 3630 | 95.15% | 3815 |
| Grand Total | 5151 | 8.93% | 52499 | 91.07% | 57650 |

BLM_0050007

**Conclusions and Recommendations:**

1.  Alternative 14 achieved our goal of $\geq$ 90% correlation for telemetry points from the pooled datasets (91% vs. 66% in original Full Curl model) with the smallest gain in overall habitat area (3,442,291 ha vs. 1,494,483 ha in original Full Curl model).  When considering bighorn radio telemetry datasets individually, Alternative 14 accounted for > 90% of telemetry points in 5 of 8 bighorn herds and >80% for 7 of 8 herds.

2.  We recommend adoption of the Alternative 14 model as the new summer habitat model for identifying bighorn sheep summer habitat within Colorado.  The new summer habitat model would replace the previous GIS based summer habitat model in the Bighorn Sheep Capture and Translocation Guidelines.  Descriptions and comparisons of the original suitable habitat model and the new summer habitat model (Alternative 14) can be found in Appendix 2.

3.  We recommend allowing flexibility to update model processes with radio telemetry studies that will be forthcoming in under represented habitats such as in the Arkansas Canyon which contains pinyon-juniper and Gambels oak vegetation types.  A study beginning in the South San Juan Mountains in 2012 may further refine the relationships among alpine vegetation and escape terrain.

4.  While we expect that the new summer habitat model described in Appendix 2 will perform well for Colorado desert bighorn summer habitats, we recommend using radio telemetry data sets from the Black Ridge and Middle Dolores desert bighorn herds to further refine as needed.  It follows that lambing and winter range models for Rocky Mountain and desert bighorn can also be designed and adopted in the Bighorn Sheep Capture and Translocation Guidelines.

**Literature Cited**

George, J., L. Wolfe, and M. Miller.  2008.  Bighorn sheep capture and translocation guidelines.  Colorado Division of Wildlife.  Unpublished report.  48 pp.

George, J. L., R. Kahn, M. W. Miller, B. Watkins eds.  Colorado bighorn sheep management plan: 2009-2019.  Colorado Division of Wildlife.  Special Report Number 81.  88 pp.

Johnson, T. L. and D. M. Swift.  2000.  A test of a habitat evaluation procedure for Rocky Mountain Bighorn Sheep.  Restoration Ecology 8(4S): 47-56.

McKinney, T., S. R. Boe, and J. C. deVos.  2003.  GIS-based evaluation of escape terrain and desert bighorn sheep populations in Arizona.  Wildlife Society Bulletin 31:1299-1236.

Sappington, J. M., K. M. Longshore, and D. B. Thompson.  2007.  Quantifying landscape ruggedness for animal habitat analysis: a case study using bighorn sheep in the Mojave desert.  Journal of Wildlife Management 71:1419-1426.

BLM_0050008

Singer, F. J., V. C. Bleich, and M. A. Gudorf. 2000. Restoration of bighorn sheep metapopulations in and near Western National Parks. Restoration Ecology 8(4S): 14-24.

Smith, T. Sl, J. T. Flinders, and D. S. Winn. 1991. A habitat evaluation procedure for Rocky Mountain bighorn sheep in the intermountain west. Great Basin Nat. 51:205-225.

Zeigenfuss, L. C., F. J. Singer, M. A. Gudorf. 2000. Test of a modified habitat suitability model for bighorn sheep. Restoration Ecology 8(4S): 38-46.

BLM_0050009

## Appendix 1: Radio telemetry Data Sets Used in Analysis

### Radio Telemetry Data Sets

Colorado bighorn sheep radio telemetry data sets selected for this analysis met the following criteria:

- Rocky Mountain subspecies
- Within the last 15 years
- $\geq$ 10 radio marked individuals
- $\geq$ 1 year duration



Figure A1-1 Distribution of telemetry locations used to evaluate the Full Curl summer model.

BLM_0050010

| Area | Source File | Years | # Locations |
|---|---|---|---|
| Avalanche | Avalanche Field | 2008-2009 | 669 |
| | Avalanche GPS | 2008-2011 | 21877 |
| **Avalanche Total** | | | **22546** |
| Georgetown | Georgetown ESN | 2009-2011 | 22036 |
| | Georgetown Field | 2005-2011 | 5246 |
| | Georgetown GPS | 2007-2010 | 16008 |
| **Georgetown Total** | | | **43290** |
| Lone Pine GPS | Lone Pine GPS | 2008-2009 | 1568 |
| Pike Peak | Pike Peak | 2006-2011 | 2991 |
| Poudre River | Poudre River | 2005-2010 | 6907 |
| Rampart | Rampart | 2007-2011 | 3784 |
| S21 | S21 | 2011 | 7252 |
| Tarryall | Tarryall | 1991-2000 | 5422 |
| Zirkel | Zirkel ESN | 2010-2011 | 5875 |
| | Zirkel GSM | 2011 | 1115 |
| **Zirkel Total** | | | **6990** |
| **Grand Total** | | | **100750** |

The database contains 100,750 locations with 57,650 of those locations in the summer season (May through October). The locations are divided into ewes (43,475), rams (10,086), and unknown (4,089).

| Locations | | | | |
|---|---|---|---|---|
| **Area** | **Ewes** | **Rams** | **Unknown** | **Grand Total** |
| Avalanche | 9,842 | 1,461 | 586 | 11,889 |
| Georgetown | 16,885 | 4,663 | 191 | 21,739 |
| Lone Pine GPS | | 1,046 | | 1,046 |
| Pike Peak | 1,353 | 374 | 181 | 1,908 |
| Poudre River | 5,863 | 13 | | 5,876 |
| Rampart | | | 2,940 | 2,940 |
| S21 | 3,989 | 1,438 | | 5,427 |
| Tarryall | 2,535 | 284 | 191 | 3,010 |
| Zirkel | 3,008 | 807 | | 3,815 |
| **Grand Total** | **43,475** | **10,086** | **4,089** | **57,650** |

BLM_0050011

## Appendix 2: Colorado Bighorn Sheep Suitable Summer Habitat Model

In 2008 CDOW (now CPW) adopted guidelines for bighorn sheep translocations that include GIS based habitat evaluations prior to more comprehensive site visits. Suitable habitat, winter range, lambing habitat and summer range defined by Smith et al. 1991, Johnson and Swift 2000, and Zeigenfuss et al. 2000 and escape cover defined in McKinney et al. 2003 were compiled into the following table and used as a basis for statewide GIS models.

**Table A2-1 Colorado bighorn sheep model attributes from Bighorn Sheep Capture and Translocation Guidelines (George et al. 2008)**

| Habitat Attribute | Attribute Definition |
|---|---|
| Suitable Habitat | Land areas with slopes $\geq 27°$ but $\leq 85°$ (escape terrain), plus a contiguous 300 m buffer zone; plus land a 1000 m buffer zone if escape terrain on at least 2 sides. Remove areas of dense vegetation, human developments, or blocked by man-made or natural barriers. |
| Winter Range | Land areas of suitable habitat with southern (SE, S, SW) aspects; and < 25cm snow pack* |
| Lambing | All suitable habitat in >2 ha patches with slopes $\geq 27°$ but $\leq 85°$; and within 1000 m of water**; and with southern, eastern, or western aspects |
| Summer | Suitable habitat minus the 27° - 85° slopes, must be predominantly grass and < 16 km from other ranges. |
| Escape Terrain | Areas with slopes $\geq 27°$, plus a contiguous 150 m buffer zone with 18°-27° slopes. |

*snowpack not available statewide **distance to water not limiting for Rocky Mountain bighorn in CO

The original suitable habitat model primarily consisted of escape terrain and horizontal visibility; and the seasonal habitats were subsets within suitable habitat. This makes this suite of models highly depended on quality digital elevation models (DEMs) and vegetation classifications. At the time these models were created, high quality digital elevation models (DEM) and vegetation datasets were available for evaluating escape terrain and vegetation cover types, however there were no statewide datasets depicting shrub and tree canopy cover. Canopy cover of trees and shrubs are important components of estimating horizontal visibility. Since canopy cover information was not available, forest types that typically have low visibility were excluded from the models. This caused under-mapping in many areas; since it appears that in sufficiently steep/rugged areas bighorn will use forest classes generally considered to have low visibility.

In recent years, bighorn sheep habitat modeling techniques have continued to evolve. In 2007, Sappington et al. indentified a method to incorporate terrain ruggedness. More recently, the U.S. Forest Service used the vegetation dataset from the LANDFIRE project, which includes cover type and cover

BLM_0050012

percent, in the horizontal visibility component. The inclusion of these two datasets allows CPW biologists to update and refine the currently available suitable, lambing, and winter habitat models.

The USFS Full Curl Model for bighorn summer source habitat provides a flexible structure that incorporates the terrain ruggedness index by Sappington et al. (2007) and the LANDFIRE cover type and cover percent for horizontal visibility into the original methods used to model bighorn habitat in Colorado.

**Table A2-2 Differences between the original Colorado suitable habitat model and the new summer habitat model**

| Attribute | Original Colorado Suitable | New Summer Habitat |
|---|---|---|
| Escape Terrain | All areas >= 27° Slope | areas >= 27° Slope limited to rugged areas |
| Low visibility vegetation | SWReGAP Vegetation<br><br>Remove all spruce fir<br><br>Remove all developed | LANDFIRE Vegetation and % cover<br><br>Remove all mesic spruce fir,<br><br>Remove all tree canopy cover >=70%,<br><br>Remove PJ cover >=40%,<br><br>Remove Gambel's oak canopy >40%,<br><br>Add Developed-open space and Developed-low intensity<br><br>Add Alpine vegetation at end of process |
| Total area (ha) | 6,984,786 | 3,442,291 |

BLM_0050013

The new model improves accuracy slightly (original 87% and new model 91% of telemetry locations) and significantly reduces the area to less than half of the original model.



**Figure 5. Alternative 14 summer habitat model and original Colorado suitable habitat model. The red area shows the areas of the model that are removed in the summer model due to the incorporation of the ruggedness index and percent canopy cover.**

Detailed information on each input and function for bighorn sheep summer habitat in Colorado is found in Table A2-3. Table A2-4 describes the LANDFIRE cover types found within the modeled area.

BLM_0050014

Table A2-2 Colorado Summer Habitat Model Input

| Name | Explanation |
|---|---|
| CON selection of nonforest cover types | This command creates the nonforested input for the horizontal visibility portion of the Bighorn Sheep Summer Source Habitat model. The input data is Existing Vegetation Type downloaded from LANDFIRE on May 2, 2007. The map algebra command is: con ((Covertype in {12, 31, 2001, 2006, 2007, 2064, 2066, 2070, 2072, 2080, 2081, 2086, 2093, 2094, 2095, 2103, 2104, 2106, 2107, 2111, 2121, 2125, 2126, 2127, 2132, 2133, 2135, 2139, 2140, 2141, 2143, 2144, 2145, 2146, 2147, 2148, 2149, 2150, 2153, 2160, 2181, 2182, 2183, 2210, 2211, 2213, 2214, 2215, 2220, 2495, 2503, 2504}), 1) |
| CON selection of forest cover types and canopy covers | This command creates the forested input for the horizontal visibility portion of the Bighorn Sheep Summer Source Habitat model. The input data are Existing Vegetation Type and Existing Vegetation Cover downloaded from LANDFIRE on May 2, 2007. The canopy covers from LANDFIRE are as follows: 101, Tree Cover ≥10 and <20%; 102, Tree Cover ≥20 and <30%, 103, Tree Cover ≥30 and <40, 104, Tree Cover ≥40 and <50%; 105, Tree Cover ≥50 and <60%; 106, Tree Cover ≥60 and <70%. The map algebra command is: con ((Covertype in {2011, 2012, 2024, 2025, 2046, 2049, 2050, 2051, 2052, 2054, 2055, 2056, 2057, 2059, 2061, 2062, 2115, 2117, 2119, 2154, 2155, 2159, 2162, 2166, 2167, 2208} and Canopy Cover in {101, 102, 103, 104, 105, 106}), 1) |
| CON selection of oak brush cover and canopy | This command selects the oak brush input for the horizontal visibility portion of the Bighorn Sheep Summer Source Habitat model. The input data are Existing Vegetation Type and Existing Vegetation Cover downloaded from LANDFIRE on May 2, 2007. The canopy covers from LANDFIRE are as follows: 111, Shrub Cover ≥10 and <20%; 112, Shrub Cover ≥20 and <30%, 113, Shrub Cover ≥30 and <40. The map algebra command is: con ((Covertype == 2217 and Canopy Cover in {111, 112, 113}), 1) |
| CON selection of Pinyon/juniper classes and cover | This command selects the pinyon/juniper input for the horizontal visibility portion of the Bighorn Sheep Summer Source Habitat model. The input data are Existing Vegetation Type and Existing Vegetation Cover downloaded from LANDFIRE on May 2, 2007. The canopy covers from LANDFIRE are as follows: 101, Tree Cover ≥10 and <20%; 102, Tree Cover ≥20 and <30%, 103, Tree Cover ≥30 and <40. The map algebra command is: con ((Covertype == 2016 and Canopy Cover in {101, 102, 103}), 1) |
| CON selection of developed classes | This command selects the low density developed input for the horizontal visibility portion of the Bighorn Sheep Summer Source Habitat model. The input data are Existing Vegetation Type and Existing Vegetation Cover downloaded from LANDFIRE on May 2, 2007. The map algebra command is: con ((Covertype in {21, 22}), 1) |
| MERGE of forested and nonforest selections | This command merges the forested and nonforest components of the horizontal visibility component of the Bighorn Sheep Summer Source Habitat model. The map algebra for this command is: merge (nonforest11, forest11, oak11, forest11j, developed) |
| Region Group for minimum mapping size | This Region Group command is the first step in filtering for a minimum mapping unit. This command takes the input and groups the cells based on if they touch and then gives all the touching cells the total count for that group. |
| CON selection of minimum mapping size of 5 acres | This command selects from the grouped input groups of cell 5 acres or larger. The map algebra for this command is: con (D:\Projects\Terrestrial\Bighorn\USFS_Full_Curl_Model\ProcessStepData\hor_vis_rg11.count ge 23,1) |
| "Slope ≥31 and ≤85 degrees" CON | This CON function selects slopes from the slope grid derived from the National Elevation Dataset elevation grid. The slopes selected are equal to or greater than 31° and less than or equal to 85° and roughness index of ≤310. This selection is as follows: con (deg_slp >= 27 AND deg_slp <= 85 AND ruf_10000 >= 310, 1) |
| Region Group | This command takes the input and groups the cells based on if they touch and then gives all the touching cells the total count for that group. |
| CON & ZONALAREA (Single Output Map Algebra) | This command selects from the grouped input groups of cell 16000 or larger. The map algebra for this command is "con (zonalarea (slpgp) ≥16000, 1 )". |

BLM_0050015

| Name | Explanation |
|---|---|
| CON & EUCDISTANCE LE 300 (Single Output Map Algebra) | This CON function calculates the straight line distance from the input then selects all cells ≤300 m. The map algebra for this command is "con (eucdistance (escslp27310) ≤300, 1)". |
| CON & EUCDISTANCE GT 500 (Single Output Map Algebra) | This CON function calculates the straight line distance from the input then selects all cells greater than 500 m. The map algebra for this command is "con (eucdistance (escslp27310) > 500, 1)". |
| CON & EUCDISTANCE GE 500 (Single Output Map Algebra) | This CON function calculates the straight line distance from the input then selects all cells ≥500 m. The map algebra for this command is: con (eucdistance (gt500_27310) >= 500, 1) |
| CON & ISNULL (Single Output Map Algebra) | This CON function erases the "buff300" from "wi500" to create the final output for the escape terrain component. The map algebra for this function is: con (isnull (buff300_27310), con (wi500_27310 == 1, 1), 1) |
| CON combines the two model components | This CON command combines the two model components (horizontal visibility and terrain) so that on the cell and overlap from the two inputs appear in the final output. |
| CON selection of alpine | This command creates the alpine input to include open alpine areas outside but adjacent to escape terrain in the Bighorn Sheep Summer Source Habitat model. The input data is Existing Vegetation Type downloaded from LANDFIRE on May 2, 2007. The map algebra command is: con ((Covertype in {2006, 2070, 2144}), 1) |
| MERGE Alpine into Alt11 | merge (sum_hab_alt11, Alpine) |

BLM_0050016

Table A2-3  LANDFIRE cover types

| ID | Description |
| --- | --- |
| 12 | Snow-Ice |
| 21 | Developed-Open Space |
| 22 | Developed-Low Intensity |
| 31 | Barren |
| 2001 | Inter-Mountain Basins Sparsely Vegetated Systems |
| 2006 | Rocky Mountain Alpine/Montane Sparsely Vegetated Systems |
| 2007 | Western Great Plains Sparsely Vegetated Systems |
| 2011 | Rocky Mountain Aspen Forest and Woodland |
| 2012 | Rocky Mountain Bigtooth Maple Ravine Woodland |
| 2016 | Colorado Plateau Pinyon-Juniper Woodland |
| 2046 | Northern Rocky Mountain Subalpine Woodland and Parkland |
| 2049 | Rocky Mountain Foothill Limber Pine-Juniper Woodland |
| 2050 | Rocky Mountain Lodgepole Pine Forest |
| 2051 | Southern Rocky Mountain Dry-Mesic Montane Mixed Conifer Forest and Woodland |
| 2052 | Southern Rocky Mountain Mesic Montane Mixed Conifer Forest and Woodland |
| 2054 | Southern Rocky Mountain Ponderosa Pine Woodland |
| 2055 | Rocky Mountain Subalpine Dry-Mesic Spruce-Fir Forest and Woodland |
| 2056 | Rocky Mountain Subalpine Mesic-Wet Spruce-Fir Forest and Woodland |
| 2057 | Rocky Mountain Subalpine-Montane Limber-Bristlecone Pine Woodland |
| 2059 | Southern Rocky Mountain Pinyon-Juniper Woodland |
| 2061 | Inter-Mountain Basins Aspen-Mixed Conifer Forest and Woodland |
| 2062 | Inter-Mountain Basins Curl-leaf Mountain Mahogany Woodland and Shrubland |
| 2064 | Colorado Plateau Mixed Low Sagebrush Shrubland |
| 2066 | Inter-Mountain Basins Mat Saltbush Shrubland |
| 2070 | Rocky Mountain Alpine Dwarf-Shrubland |
| 2072 | Wyoming Basins Dwarf Sagebrush Shrubland and Steppe |
| 2080 | Inter-Mountain Basins Big Sagebrush Shrubland |
| 2081 | Inter-Mountain Basins Mixed Salt Desert Scrub |
| 2086 | Rocky Mountain Lower Montane-Foothill Shrubland |
| 2093 | Southern Colorado Plateau Sand Shrubland |
| 2094 | Western Great Plains Sandhill Steppe |
| 2095 | Apacherian-Chihuahuan Mesquite Upland Scrub |
| 2103 | Great Basin Semi-Desert Chaparral |
| 2104 | Mogollon Chaparral |
| 2106 | Northern Rocky Mountain Montane-Foothill Deciduous Shrubland |
| 2107 | Rocky Mountain Gambel Oak-Mixed Montane Shrubland |
| 2115 | Inter-Mountain Basins Juniper Savanna |
| 2117 | Southern Rocky Mountain Ponderosa Pine Savanna |
| 2119 | Southern Rocky Mountain Juniper Woodland and Savanna |
| 2121 | Apacherian-Chihuahuan Semi-Desert Grassland and Steppe |
| 2125 | Inter-Mountain Basins Big Sagebrush Steppe |
| 2126 | Inter-Mountain Basins Montane Sagebrush Steppe |
| 2127 | Inter-Mountain Basins Semi-Desert Shrub-Steppe |
| 2132 | Central Mixedgrass Prairie |

BLM_0050017

| ID | Description |
|----|-------------|
| 2135 | Inter-Mountain Basins Semi-Desert Grassland |
| 2139 | Northern Rocky Mountain Lower Montane-Foothill-Valley Grassland |
| 2140 | Northern Rocky Mountain Subalpine-Upper Montane Grassland |
| 2141 | Northwestern Great Plains Mixedgrass Prairie |
| 2143 | Rocky Mountain Alpine Fell-Field |
| 2144 | Rocky Mountain Alpine Turf |
| 2145 | Rocky Mountain Subalpine-Montane Mesic Meadow |
| 2146 | Southern Rocky Mountain Montane-Subalpine Grassland |
| 2147 | Western Great Plains Foothill and Piedmont Grassland |
| 2149 | Western Great Plains Shortgrass Prairie |
| 2153 | Inter-Mountain Basins Greasewood Flat |
| 2154 | Inter-Mountain Basins Montane Riparian Systems |
| 2155 | North American Warm Desert Riparian Systems |
| 2159 | Rocky Mountain Montane Riparian Systems |
| 2160 | Rocky Mountain Subalpine/Upper Montane Riparian Systems |
| 2162 | Western Great Plains Floodplain Systems |
| 2166 | Middle Rocky Mountain Montane Douglas-fir Forest and Woodland |
| 2181 | Introduced Upland Vegetation-Annual Grassland |
| 2182 | Introduced Upland Vegetation-Perennial Grassland and Forbland |
| 2183 | Introduced Upland Vegetation-Annual and Biennial Forbland |
| 2208 | Abies concolor Forest Alliance |
| 2210 | Coleogyne ramosissima Shrubland Alliance |
| 2211 | Grayia spinosa Shrubland Alliance |
| 2213 | Quercus havardii Shrubland Alliance |
| 2214 | Arctostaphylos patula Shrubland Alliance |
| 2215 | Quercus turbinella Shrubland Alliance |
| 2217 | Quercus gambelii Shrubland Alliance |
| 2220 | Artemisia tridentata ssp. vaseyana Shrubland Alliance |
| 2495 | Western Great Plains Depressional Wetland Systems |
| 2503 | (blank) |
| 2504 | Chihuahuan-Sonoran Desert Bottomland and Swale Grassland |

BLM_0050018

## Data from CPW

Thursday, January 23, 2014
4:06 PM

**Current Population Numbers from Brad Banulis (CPW) 1/23/2014**



20140123_B
H_Populat...

Inserted from: <file://\S:\Biological_Resources\TESpecies\Species_Info\Mammals\Bighorn\20140123
_BH_Population_Numbers.pdf>

BLM_0050019

| Bighorn Sheep Unit | Unit Name | Data Analysis Unit | Sub-species | Post-hunt 2013 Population Estimate | Survey Period | Observed Ram:Ewe ratios | Observed lamb:ewe ratios | Date of Observation | Basis | Telemetry Data |
|---|---|---|---|---|---|---|---|---|---|---|
| S-21 | Cow Creek/Wetterhorn | RBS-21 | Ovis canadensis canadensis | 225 | Post-hunt | 81:100 | 13.5:100 | 12/30/2013 | Helicopter and ground classification | Yes |
| S-62 | Dominguez (Uncompahgre) | RBS-62 | Ovis canadensis nelson | 160 | Pre-hunt | 84.4:100 | 50:100 | 4/26/2013 | Helicopter and ground classification | Limited |
| S-63 | Middle Dolores | RBS-63 | Ovis canadensis nelson | 55 | Pre-hunt | 39:100 | 67:100 | 5/25/2013 | Helicopter and ground classification | Yes |
| S-80 | Black Canyon | RBS-29 | Ovis canadensis canadensis | 30 | | | | | Agency and public reports | No |

Bighorn Sheep Risk of Contact Tool Page 175

BLM_0050020



Siders, Melissa (Missy) <msiders@blm.gov>

## Dominguez pop data

1 message

**Banulis - DNR, Brad** <brad.banulis@state.co.us>          Fri, Jan 24, 2014 at 9:41 AM
To: "Siders, Melissa S" <msiders@blm.gov>

Hey Missy-

Here is an updated spreadsheet of what I gave you yesterday with the 3-year averages of population estimate and age and sex ratios for the Dominguez herd. I will compile the same for the other populations when I get a chance as well.

Also, I have been talking with our GIS person in Fort Collins and she is actually going to start looking at some of the bighorn data again today and get reacquainted with the Full Curl model. She will have to delve back into grouse again for a few days next week, but she should have some time to work on bighorn stuff as well. I can't make any promises, but hopefully by the end of next week or first part of the following week we can maybe have a product to look at.

Cheers,
Brad

**Brad Banulis**
Terrestrial Biologist
Colorado Parks and Wildlife
2300 S. Townsend Ave.
Montrose, CO  81401
(970)252-6051

📄 **Bighorn sheep herd status.xlsx**
14K

BLM_0050021

Bighorn sheep herd status.xlsx

| Unit Name | Data Analysis Unit | Sub-species | Post-hunt 2013 Population Estimate | Survey Period | Observed Ram:Ewe ratios | Observed lamb:ewe ratios | Date of Observation | Basis | Telemetry Data |
|---|---|---|---|---|---|---|---|---|---|
| Cow Creek/Wetterhorn | RBS-21 | Ovis canadensis canadensis | 225 | Post-hunt | 81:100 | 13.5:100 | 12/30/2013 | Helicopter and ground classification | Yes |
| Dominguez (Uncompahgre) | RBS-62 | Ovis canadensis nelsoni | 160 | Pre-hunt | 84.4:100 | 50:100 | 4/26/2013 | Helicopter and ground classification | Limited |
| Middle Dolores | RBS-61 | Ovis canadensis nelsoni | 55 | Pre-hunt | 39:100 | 67:100 | 5/25/2013 | Helicopter and ground classification | Yes |
| Black Canyon | RBS-29 | Ovis canadensis canadensis | 30 | | | | | Agency and public reports | No |

| Unit Name | Data Analysis Unit | Sub-species | Post-hunt 2013 Population Estimate | Survey Period | Observed Rams:100 Ewes | Observed lambs:100 ewes | Date of Observation | Basis | Telemetry Data |
|---|---|---|---|---|---|---|---|---|---|
| Dominguez (Uncompahgre) | RBS-62 | Ovis canadensis nelsoni | 160 | Pre-hunt | 84.4 | 50 | 4/26/2013 | Helicopter and ground classification | Limited |
| Dominguez (Uncompahgre) | RBS-62 | Ovis canadensis nelsoni | 160 | Pre-hunt | 26.5 | 55.1 | 5/3/2012 | Helicopter and ground classification | Limited |
| Dominguez (Uncompahgre) | RBS-62 | Ovis canadensis nelsoni | 150 | Pre-hunt | 22.8 | 35.1 | 4/22/2011 | Helicopter and ground classification | Limited |
| | | 3-year Avg | 156.7 | | 44.6 | 46.7 | | | |

Bighorn Sheep Risk of Contact Tool Page 177

BLM_0050022

# Running the BHS Risk of Contact tool

Tuesday, January 28, 2014
10:43 AM



Results here: T:\CO\GIS\giswork\ufo\projects\wildlife\bighorn_sheep_risk_of_contact_tool\arcprojects\bighorn_sheep_risk_of_contact_tool_results_20140128.mxd

Black Canyon



BLM_0050023



Ewe Distance Distribution File
S:\GIS\workspace\bighorn_risk_c
Browse
Calculate

Bighorn Contact Assessment
Home Range
Foray Analysis
Contact Analysis
Contact Analysis Output Name
black_cyn_ca
Foray Analysis Output Directory
S:\GIS\workspace\bighorn_risk_c
Browse
Allotment Layer (Polygon)
grazing_allotments_ufo_gufo
Allotment ID Field
ALLOT_NAME
Herd Size
30
Herd Sex Ratio:
Ram
8
Ewe
22
Foray Probability:
Ram
0.141
Ewe
0.015
Calculate

Cow Creek

Bighorn Contact Assessment
Home Range
Foray Analysis
Contact Analysis
Foray Analysis Output Name
cow_creek_20150202_fa
Core Herd Home Range Layer (Polygon)
bhs_cow_creek_final
Habitat Layer (Raster)
bhs_hab_co
Habitat Class
Relative Preference
1
1
2
0.177
10
0.029
Ram Distance Distribution File
S:\GIS\workspace\bighorn_risk_c
Browse
Ewe Distance Distribution File
S:\GIS\workspace\bighorn_risk_c
Browse
Calculate



Bighorn Contact Assessment
Home Range
Foray Analysis
Contact Analysis
Contact Analysis Output Name
cow_creek_ca_20150202
Foray Analysis Output Directory
S:\GIS\workspace\bighorn_risk_c
Browse
Allotment Layer (Polygon)
grazing_allotments_ufo_gufo
Allotment ID Field
ALLOT_NAME
Herd Size
304
Herd Sex Ratio:
Ram 126
Ewe 178
Foray Probability:
Ram 0.141
Ewe 0.015
Calculate

West Needle

Bighorn Contact Assessment
Home Range
Foray Analysis
Contact Analysis
Foray Analysis Output Name
west_needle_fa_20150202
Core Herd Home Range Layer (Polygon)
bhs_west_needle
Habitat Layer (Raster)
bhs_hab_co
Habitat Class
Relative Preference
1
1
2
0.177
10
0.029
Ram Distance Distribution File
S:\GIS\workspace\bighorn_risk_c
Browse
Ewe Distance Distribution File
S:\GIS\workspace\bighorn_risk_c
Browse
Calculate





Lower Lake Fork





Bighorn Contact Assessment
Home Range
Foray Analysis
Contact Analysis
Contact Analysis Output Name
lower_lake_ca_20150203
Foray Analysis Output Directory
S:\GIS\workspace\bighorn_risk_c
Browse
Allotment Layer (Polygon)
grazing_allotments_ufo_gufo
Allotment ID Field
ALLOT_NAME
Herd Size
10
Herd Sex Ratio:
Ram
4
Ewe
6
Foray Probability:
Ram
0.141
Ewe
0.015
Calculate

Dillon Mesa

Bighorn Contact Assessment
Home Range
Foray Analysis
Contact Analysis
Foray Analysis Output Name
dillon_mesa_fa_20150203
Core Herd Home Range Layer (Polygon)
bhs_dillon_mesa
Habitat Layer (Raster)
bhs_hab_co
Habitat Class
Relative Preference
1
1
2
0.177
10
0.029
Ram Distance Distribution File
S:\GIS\workspace\bighorn_risk_c
Browse
Ewe Distance Distribution File
S:\GIS\workspace\bighorn_risk_c
Browse
Calculate



Bighorn Contact Assessment
Home Range
Foray Analysis
Contact Analysis
Contact Analysis Output Name
dillon_mesa_ca_20150204
Foray Analysis Output Directory
S:\GIS\workspace\bighorn_risk_c
Browse
Allotment Layer (Polygon)
grazing_allotments_ufo_gufo
Allotment ID Field
ALLOT_NAME
Herd Size
90
Herd Sex Ratio:
Ram 28
Ewe 62
Foray Probability:
Ram 0.141
Ewe 0.015
Calculate

Main Canyon

Bighorn Contact Assessment
Home Range
Foray Analysis
Contact Analysis
Foray Analysis Output Name
main_canyon_fa_20150204
Core Herd Home Range Layer (Polygon)
bhs_main_canyon
Habitat Layer (Raster)
bhs_hab_co
Habitat Class
Relative Preference
1
1
2
0.177
10
0.029
Ram Distance Distribution File
S:\GIS\workspace\bighorn_risk_c
Browse
Ewe Distance Distribution File
S:\GIS\workspace\bighorn_risk_c
Browse
Calculate



**Battlement Mesa**





**Middle Dolores**



BLM_0050030



**Black Ridge / Dominguez / Uncompahgre**



BLM_0050031



**Snowmass West**



BLM_0050032



**Snowmass East**



BLM_0050033



**Taylor River**



Dominguez - Just the Contact tool to see why Escalante Flats allotment was dropped





Escalante Flats is listed here

Running it again for Cow Creek / Wetterhorn

BLM_0050035





The allotments: Baldy, Hillside, Lee Lands-A, Leopard Cr, Slumgullion, Ramboulet Park, Red Cloud, Hensen Cr, American Flats, American Lake, Cow Cr, Moonshine Park, Grizzly Gulch-B, Upper Burrows Park, Lower Burrorws Park, Mill Gulch in the layer: grazing_allotments_ufo_gufo intersect the home range polygon. These allotments will not be included in the analysis.

OK



Missing allotments are Baldy, Hillside, Red Cloud, Hensen Cr, American Flats, American Lake, Grizzly Gulch-B, Upper Burrows Park, Lower Burrows Park, and Mill Gulch

## Payette NF Decision

Monday, February 03, 2014
11:40 AM

From http://www.fs.usda.gov/wps/portal/fsinternet/!ut/p/c4/04
_SB8K8xLLM9MSSzPy8xBz9CP0os3gDfxMDT8MwRydLA1cj72DTUE8TAwjQL8h2VAQAMtzFU
w!!/?ss=110412&navtype=BROWSEBYSUBJECT&cid=FSM9_033278&navid=
130100000000000&pnavid=130000000000000
&position=Feature*&ttype=detailfull&pname=Payette%2520National%2520Forest-%
2520Planning
**FSEIS Appendices M-O (Occupancy, Risk, & The Potential for Contact
Report, Hells Canyon NRA Compliance, Forest Plan Amendment**

BLM_0050037

# Appendix M

# Occupancy, Risk, and the Potential for Contact Report

BLM_0050038



Bighorn Sheep Risk of Contact Tool Page 194

BLM_0050039

## Table of Contents

Introduction ...................................................................................................................................... 1

"Occupied" Habitat and the Chief's Remand .............................................................................. 1

Habitat Occupancy and Bighorn Sheep ...................................................................................... 3

   Source Habitat Assessment ...................................................................................................... 5

   Contact Assessment ................................................................................................................ 7

Summary ......................................................................................................................................... 9

Literature Cited ........................................................................................................................... 10

## List of Figures

Figure 1. Summer source habitats for bighorn sheep on and adjacent to the Payette National Forest, with telemetry locations of radiocollared bighorn sheep ....................................................................................................... 6

Figure 2. Maximum distance of ram summer forays beyond the core home range and proportion of ram summer forays reaching each ring. (Source: USDA Forest Service 2010) ............................................................................ 7

Figure 3. Example of probability of contact in the Upper Hells Canyon herd, where dark blue is the highest probability and light yellow is the lowest probability, based on source habitats in 1-kilometer rings outside of core herd home ranges (from 1 to 35 kilometers) and domestic sheep grazing allotments ................................................ 8

BLM_0050040



Bighorn Sheep Risk of Contact Tool Page 196

BLM_0050041

# Introduction

In 2003, the Payette National Forest (Payette NF) released its revised *Payette National Forest Land and Resource Management Plan* (Forest Plan) (USDA Forest Service 2003), which included direction on the management of bighorn sheep (*Ovis canadensis*) in Management Area (MA) #1 (Hells Canyon). The Forest Plan was appealed, in part due to the allegation that it violated the National Forest Management Act and the Hells Canyon National Recreation Area (HCNRA) Act by allowing domestic sheep (*Ovis aires*) grazing "within or near the range of bighorn sheep, thus threatening the viability of bighorn sheep through disease transmission" (USDA Forest Service 2005).

The Forest Plan includes one guideline for MA #1, which states: "Within bighorn habitat emphasis areas, close sheep allotments as they become vacant, or convert them to cattle where appropriate, to eliminate the risk of disease transmission from domestic to wild sheep. Do not convert cattle allotments to sheep allotments within occupied bighorn sheep habitat" (USDA Forest Service 2003).

The Chief of the Forest Service's (Chief's) remand to the Regional Forest states in part: "The Regional Forester is instructed to do an analysis of bighorn sheep viability in the Payette NF commensurate with the concerns and questions discussed above, and amend the SW Idaho Ecogroup Final Environmental Impact Statement (FEIS) accordingly. Changes to the management direction of the Payette NF LRMP for MA #1 (Hells Canyon) and adjacent areas shall be evaluated, and adopted as necessary to ensure bighorn sheep viability. The analysis and evaluation must be extensive enough to support determinations of compliance with applicable law and regulation, specifically the Hells Canyon NRA Act, 36 CFR 219.19, and 36 CFR 292.48" (USDA Forest Service 2005).[1] The Chief's remand for analyzing bighorn sheep viability is linked to the likelihood of contact and disease transmission between domestic and bighorn sheep.

# "Occupied" Habitat and the Chief's Remand

The concept of bighorn sheep occupied habitat is referenced in the Chief's remand relative to the potential for contact and disease transmission between domestic sheep and bighorn sheep on five occasions, all in the "Discussion" section of the remand. Emphasis has been added in the following excerpts:

   1) The Payette NF LRMP includes a Rangeland Resource 'Guideline' for Hells Canyon MA #1 that reads:

> "Within bighorn habitat emphasis areas, close sheep allotments as they become vacant, or convert them to cattle where appropriate, to eliminate the risk of disease transmission from domestic to wild sheep. Do not convert cattle allotments to sheep allotments within **occupied** bighorn sheep habitat" (USDA Forest Service 2003 and 2005, p. 12).

---

[1] For a detailed account of the rationale and remand decision, see *Decision for the Appeal of the Payette National Forest Land and Resource Management Plan* (USDA Forest Service 2005).

BLM_0050042

This reference cites guidance from Forest Plan Guideline MA #1 (Hells Canyon) and refers to the Forest's use of the term "occupied habitat" in the Forest Plan.

2) "Payette NF LRMP direction pertaining to bighorn sheep in the Hells Canyon MA was described above. It is limited to a coordination objective, and a guideline for closing domestic sheep allotments should they become vacant. 'Guideline' is defined as 'a preferred or advisable course of action generally expected to be carried out' (Payette LRMP, p. GL-17). The Payette LRMP does not contain any direction for protecting or maintaining bighorn sheep or their habitat in the Hells Canyon MA, in particular for the protection of bighorn sheep from the documented current and likely future threat of disease transmission from domestic sheep. By permitting the presence of domestic sheep within **occupied** bighorn sheep range, the Payette NF does not appear to be managing the habitat to maintain viable populations of bighorn sheep" (USDA Forest Service 2005, pp. 13–14).

The focus of this discussion is on Forest Plan direction and the charge that the Forest Plan does not contain direction for protecting bighorn sheep from contact and disease transmission. The specific focus of this section is on MA #1 (Hells Canyon). The inference is that "occupied habitats" in Hells Canyon are needed to support viable populations of bighorn sheep per 36 CFR 219.19. No specific guidance is given for defining "occupied" habitats.

3) "Based on the above analysis, the viability of bighorn sheep populations within the Hells Canyon area, and across the Payette NF, appears to be threatened by allowing continued grazing of domestic sheep in or near **occupied** bighorn sheep habitat. As documented in the FEIS and relevant scientific literature, without immediate removal of domestic sheep from **occupied** bighorn sheep habitat, bighorn sheep within that habitat are likely at risk of extirpation. Bighorn sheep habitat is contiguous between the Payette NF and NFS lands to the north, east and south, and bighorn sheep appear to move between the two identified habitat areas (Hells Canyon and Snake River) within the Payette NF (FEIS Appendix A, letter #53; NOA #0021, Attachment A). Transmission of disease to bighorn sheep on the Payette NF that are part of the Hells Canyon population will place the entire Payette NF population at substantial risk". (USDA Forest Service 2005, p. 14).

In this section, the discussion is expanded from MA #1 to include the remainder of the Payette NF. The impetus is on removing domestic sheep from occupied bighorn sheep habitat, though the attributes for defining occupied habitat are not specified. The emphasis is on the risks of disease transmission from domestic sheep to bighorn sheep, specific to bighorn sheep population viability.

4) "While the Hells Canyon MA is thus not specifically included within the Hells Canyon NRA Act, it is clear that by permitting the presence of domestic sheep within adjacent **occupied** bighorn sheep range, and with the documented movement of bighorn sheep between the NRA and the Payette NF (see discussion above, and the specific citations in NOA #0018, p. 37), the Payette NF is not managing livestock grazing in the Hells Canyon MA in a manner compatible with the protection and maintenance of bighorn sheep or their habitat within the Hells Canyon NRA" (USDA Forest Service 2005, p. 14).

M-2

BLM_0050043

The use of occupied habitat in the above quote is specific to the Hells Canyon NRA and alleges that the Forest Service is not managing grazing in bighorn sheep habitat in a manner compatible with Hells Canyon NRA Act. No effort is made to define occupied habitat.

5) "Another appellant contends that '[t]he Forest Plans propose reviewing only 5% of projects within known **occupied** habitat to determine whether Forest management actions are affecting species habitats. This monitoring effort is insufficient to accurately monitor populations with any statistical certainty' (NOA #0018, p. 11). This is a reference to the first of two monitoring requirements for management indicator species (MIS) (Payette NF LRMP, p. IV-11). However, the monitoring frequency is stated as 'up to 25 percent' so this contention is incorrect. In addition, this item is for monitoring changes to habitat: the second MIS requirement is for monitoring population trends". (USDA Forest Service 2005, p. 26).

This section cites an appellant's contention with Forest Plan monitoring. No specific criteria are used to define occupied habitat.

In summary, the primary focus of the Chief's remand is to provide management direction that will provide habitats that support viable populations of bighorn sheep on the Payette NF per regulatory direction in 36 CFR 219.19. The emphasis on "occupied" habitat is viewed in light of this direction relative to implications of disease transmission between domestic sheep and bighorn sheep. No effort is made in the Chief's remand to provide specific direction that defines occupied habitat.

# Habitat Occupancy and Bighorn Sheep

The delineation of occupied habitat is an important concept used by managers and researchers in understanding the distributions of species on landscapes and the implications of natural and anthropogenic perturbations on those species and their habitats. Researchers and managers also have a long history of developing models that infer habitat suitability based on species' habitat requisites and the potential for species to occur in, or occupy, these suitable habitats. Considerable effort has been placed on monitoring species and their habitats to this end. However, there is a great difference between identifying suitable habitat and inferring that such habitat is occupied. Relative to this issue on Forest Service administered lands, guidance from the 1982 planning regulations (36 CFR 219.19) state that "Fish and wildlife habitat shall be managed to maintain viable populations of existing native and desired non-native vertebrate species in the planning area."

MacKenzie (2005) summarizes the long-standing issue of presence (occupied habitat) and absence of species on landscapes beginning with the well-known assertion that whereas presence can be confirmed, absence cannot. There have been numerous sampling schemes for the detection/non-detection of species, most of which include modeling efforts that assess the probability of detection or the estimation of occupied habitat patches (e.g., Johnson 1980; Gu and Swihart 2003; Manley et al. 2005; Stanley and Royel 2005; Hirzel et al. 2006; Vaughan and Ormerod 2006; Hockey and Curtis 2008; Long et al. 2009; Nichols et al. 2008). In the absence of specific modeling or sampling, and when data are limiting, Delphi (expert opinion) methodologies have also been used to assess the quantity and quality of habitats and even species occupancy (e.g., Johnson and Gillingham 2004; Scone et al. 2005).

M-3

BLM_0050044

Documenting bighorn sheep occupied habitat on the Payette NF has several challenges, and the availability of suitable habitat does not infer occupied habitat for a number of reasons. Substantial declines of bighorn sheep populations, contractions in the species geographical distribution, translocations for the recovery of bighorn sheep, population depressions as a result of disease epizootics, and bighorn sheep behavior all influence the likelihood that suitable habitats are occupied. These factors also influence the rate at which habitats are acquired and occupied and the likelihood of persistence once occupied.

Historically, bighorn sheep occupied suitable habitats over much of the western United States. Steep population declines followed Euro-American settlement from the mid-1800s through the early 1900s and were attributed to overharvest, habitat loss, forage competition with domestic livestock, and disease (Goodson 1982; Valdez and Krausman 1999). Currently, bighorn sheep are estimated at approximately 10% of historic numbers, occupying 30% of historic distribution patterns, and mostly occurring in small disjunct herds of less than 100 animals (Berger et al. 1990; Singer et al. 2000d).

The influences of disease epizootics on the geographic distribution and abundance of bighorn sheep has long been a significant factor influencing the occupation (and reoccupation) of historic habitats. An extensive body of scientific literature has accumulated on the effects of disease on bighorn sheep populations. The literature indicates the following: 1) numerous examples of bighorn dieoffs due to disease have been documented; 2) bighorn die-offs were documented as early as the mid-1800s and have been documented in every state in the western United States; 3) bighorn die-offs typically follow known or suspected contact with domestic sheep; 4) under experimental conditions, clinically healthy bighorn sheep have developed pneumonia and died within days to weeks following contact with clinically healthy domestic sheep; 5) a variety of diseases and pathogens have been implicated in die-offs, but most commonly the disease implicated in the die-off is bacterial pneumonia (Pasteurellosis) caused by *Mannheimia haemolytica* (formerly *Pasteurella haemolytica*) or other species of closely related *Pasteurella* bacteria; 6) there is consensus among wildlife biologists and veterinarians experienced in bighorn sheep management that domestic sheep and bighorn sheep must be kept separate in order to maintain healthy bighorn sheep populations (e.g., Foreyt and Jessup 1982; Goodson 1982; Onderka et al. 1988; Foreyt 1989; Desert Bighorn Council Technical Staff 1990; Callan et al. 1991; Cassirer et al. 1996; Martin et al. 1996; USDI BLM 1998; Bunch et al. 1999; Singer et al. 2000a, 2000b, 2000c, 2000d; Monello et al. 2001; Schommer and Woolever 2001; Singer et al. 2001; Dubay et al. 2002; Garde et al. 2005; Cassirer and Sinclair 2007; Clifford et al. 2009; George et al. 2008).

In Idaho's Hells Canyon, bighorn sheep populations were extirpated by 1945 (Cassirer 2004). Since 1971, reintroductions into Hells Canyon have resulted in the establishment of several herds in and adjacent to Hells Canyon (Cassirer 2004). Limited recolonization of historic habitats and expansion of bighorn sheep populations in Hells Canyon are largely influenced by recurring disease epizootics that impact adult survivability and lamb recruitment (Cassirer 2004; Cassirer and Sinclair 2007). Cassirer and Sinclair (2007) identify pneumonia as the primary factor limiting bighorn sheep population growth in eight Hells Canyon populations.

Bighorn sheep that have persisted above Riggins, Idaho, along the Salmon River, are Idaho's only native bighorn sheep population. There have been no transplants or augmentation of bighorn sheep originating outside of the Salmon River population into this population. Hence, these sheep represent a unique genetic and population base. Historic disease epizootics are documented in this population going back to

M-4

BLM_0050045

the 1870s (Smith 1954). As with the Hells Canyon population, disease epizootics have likely influenced both the abundance and distribution of bighorn sheep populations in the Salmon River drainage. Historically, source habitats likely connected the Salmon River and Snake River populations.

The analysis of suitable habitat, and the inference that suitable habitats are an accurate proxy for occupied habitats, is not useful in assessing the persistence of bighorn sheep populations. The distribution and abundance of bighorn sheep have been significantly reduced from presettlement conditions. Because disease epizootics are an integral factor in bighorn sheep persistence, analyses need to incorporate factors that contribute to the potential risk of these epizootics and address factors such as the availability and connectivity of suitable bighorn sheep habitats, bighorn sheep behavior and movement patterns, proximity of bighorn sheep to domestic sheep, likelihood of contact between the species, risk of disease transmission in contact events, and the perturbations in bighorn sheep populations as a result of disease transmission.

Clifford et al. (2009) utilized a contact and disease transmission model to assess potential implications of various grazing management strategies on the persistence of a Sierra Nevada bighorn sheep (*O. c. sierrae*) population. Building on concepts in that analysis, the Payette NF is conducting a similar analysis to assess the risks of contact and disease transmission between domestic sheep and bighorn sheep on the Payette NF. Per the Chief's remand, the primary purpose of this analysis is to provide a basis for the management of bighorn sheep habitats on the Payette NF such that habitats are maintained to support viable populations of bighorn sheep (36 CFR 219.19). A risk assessment approach that incorporates the species life requisites, the potential for contact between domestic sheep and bighorn sheep, and the influences of transmitted diseases on population dynamics provides a much better framework for management recommendations that will provide habitats to support viable populations of bighorn sheep.

The Payette NF built upon concepts in Clifford et al. (2009) to: 1) model bighorn sheep habitat suitability (source habitats assessment); 2) model the risks of contact between bighorn sheep and domestic sheep given bighorn sheep movement patterns and proximity to domestic sheep allotments (contact assessment); 3) infer disease transmission likelihood and rates; and 4) model the potential effects of diseases on bighorn sheep herd persistence (disease transmission assessment).

## Source Habitat Assessment

Source habitats are those characteristics of macrovegetation (cover types and structural stages) that contribute to stationary or positive population growth for a species within its distributional range (Wisdom et al. 2000; Raphael et al. 2001). Further, source habitats contribute to source environments, which represent the composite of all environmental conditions that result in stationary or positive population growth in a specified area and within a specified time range (Wisdom et al. 2000; Raphael et al. 2001).

Source habitat by itself does not provide a meaningful metric for evaluating the impacts of domestic sheep on bighorn sheep viability. It does however provide a framework for assessing the potential for contact, and hence allows researchers to model the potential effects of disease transmission between domestic and bighorn sheep. This portion of the analysis focused primarily on the delineation of source habitats. The implications of contact with domestic sheep, disease transmission, and perturbations in