bighorn sheep populations are addressed in the contact assessment section below. Together these form the basis for source environment analyses.

For the Payette NF, source habitats for bighorn sheep were delineated utilizing LANDFIRE data (Keane et al. 2002) and incorporated other biophysical data considered important in bighorn sheep habitat selection and use from the literature (USDA Forest Service 2010). Figure 1 displays summer source habitats for bighorn sheep in the Snake River and Salmon River drainages on and adjacent to the Payette NF. Bighorn sheep source habitats in central Idaho are associated with large riverine systems and are thus well connected. A large telemetry data set (approximately 52,000 points from radio-collared bighorn sheep over 20 years) was used to assess the relationship between known sheep locations and modeled source habitats. The bighorn sheep data points and modeled source habitats show a strong correlation, as 92% of bighorn sheep telemetry points fall within identified source habitats. However, not all source habitats are occupied by bighorn sheep. Large areas of source habitat exist where bighorn sheep have not been detected, at least in recent years. Per previous discussion, this may be due to many reasons. Specific to Hells Canyon and the Salmon River, some possibilities are: 1) bighorn sheep may not have occupied historical habitats due to disease transmission events, 2) populations may need to increase before source habitats are more fully occupied, 3) exploration of transplanted bighorn sheep into adjacent unoccupied historic habitats may not have occurred.



**Figure 1. Summer source habitats for bighorn sheep on and adjacent to the Payette National Forest, with telemetry locations of radiocollared bighorn sheep**

BLM_0050047

## CONTACT ASSESSMENT

Assessing the potential for contact between bighorn sheep and domestic sheep involved a large telemetry data set (approximately 51,000 points). Data were used to develop individual home ranges within herds using a home range extension model developed for ArcView (Rogers et al. 2007). Individual home range models were coalesced into core herd home ranges for various bighorn sheep populations in Hells Canyon and the Salmon River drainage. The 95% isopleth was the outer boundary for bighorn sheep core herd home ranges. When a bighorn sheep herd 95% isopleth overlapped with domestic sheep allotment boundaries, researchers inferred a probability of interspecies contact at 100%. When analyzed for summer forays, 95.4% of the telemetry locations were within core herd home ranges. Of the 4.6% of the telemetry points outside of the core herd home ranges (forays), 4.4% were by rams.

Consistent with the bighorn sheep literature, bighorn sheep in Hells Canyon are capable of long-distance forays outside of core herd home ranges. This life history trait can put bighorn sheep at risk of contact with domestic sheep, particularly when suitable habitats are well connected and overlap with domestic sheep use areas (Gross et al. 2000; Singer et al. 2000d). The risk of contact between dispersing bighorn sheep (mostly rams) and domestic sheep is ostensibly related to bighorn sheep source habitats, the proximity of domestic sheep use areas (allotments), distance of bighorn sheep forays outside of core herd home ranges, and frequency of bighorn sheep forays outside of core herd home ranges.

Figure 2 displays the maximum distance of ram forays for the data set outside of core herd home range areas (95% isopleth) and the proportion of rams with forays from 0 to 35 kilometers (km) from core herd home range areas. All but one bighorn sheep telemetered forays were between 0 and 26 km. One ram had a foray documented at 35 km from its core herd home range. Foray distances were stratified into 1-km concentric rings emanating out from core herd home range areas and used as a basis for calculating the probability of contact. Along with the source habitats, foray distances allowed the analysis of potential contact with domestic sheep allotments.



**Figure 2. Maximum distance of ram summer forays beyond the core home range and proportion of ram summer forays reaching each ring. (Source: USDA Forest Service 2010)**

M-7

BLM_0050048

The likelihood of contact for each kilometer ring outside of the core herd home range area can be expressed by the following equation (USDA Forest Service 2010):

$$P(\text{Contact}_{\text{Rang. k}}) = P(\text{Foray}) \times P(\text{Animal reaches ring k} \mid \text{Foray}) \times P(\text{Intersect allotment} \mid \text{Animal reaches ring k})$$

The overall probability of contact for each individual is:

$$P(\text{Contact}) = \max_{k} P(\text{Contact}_{\text{Rang\_k}})$$

The probability of a bighorn sheep foray contacting domestic sheep was based on the size and pattern of the domestic sheep allotment relative to the distance of the foray ring (1–35 km) and the quality of habitat based on the source habitat map in those respective rings.

$$P(\text{Intersect allotment} \mid \text{Animal reaches ring k}) = \frac{\sum_{h}(\text{Area}_{h} \text{ in allotments w/in ring k}) \times (\text{Pref}_{h})}{\sum_{h}(\text{Area}_{h} \text{ in ring k}) \times (\text{Pref}_{h})}$$



**Figure 3. Example of probability of contact in the Upper Hells Canyon herd, where dark blue is the highest probability and light yellow is the lowest probability, based on source habitats in 1-kilometer rings outside of core herd home ranges (from 1 to 35 kilometers) and domestic sheep grazing allotments**

The analysis allows for the integration of bighorn sheep source habitats, bighorn sheep behavior, and the proximity of domestic sheep allotments to determine the probability for contact between these species

M-8

BLM_0050049

(Figure 3). The probability of contact between these species is considered the key variable in determining the potential and extent of disease transmission. Relative to bighorn sheep, the use of source habitats are modified by these factors to reflect the potential effects of domestic sheep grazing on bighorn sheep. The contact assessment provides a foundation for assessing the potential for disease transmission between domestic sheep and bighorn sheep and the persistence of bighorn sheep populations within these source habitats.

# Summary

In 2005, the Chief remanded the Forest Plan because management direction in the plan did not ensure that habitat management would maintain viable populations of bighorn sheep. The primary concern was the potential for contact, and disease transmission, between domestic sheep and bighorn sheep that would affect the distribution and viability of bighorn sheep populations on the Payette NF. The Chief instructed the Payette NF to conduct a bighorn sheep viability analysis that would lead to management direction compliant with agency regulation (e.g., 36 CFR 219.19). Since disease is likely the most significant factor influencing bighorn sheep habitat acquisition and occupancy, factors germane to this issue were a primary focus of the viability analysis.

The concept of occupied habitat is important in defining and delineating the distribution of species across landscapes and is often used as the basis for articulating how management will alter the abundance and distribution of species. Such analyses utilize species' habitat relationships to describe historic, current, and potential habitats and the implications of management on habitat requisites that potentially affect species.

Relative to bighorn sheep, there are problematic issues in defining occupied habitat on the basis of habitat suitability. Bighorn sheep currently occupy only an estimated 30% of historic habitats at population levels significantly diminished from pre–Euro-American settlement (approximately 10%). Source environments, and source habitats, should be components used in addressing "suitable habitats to support viable populations," but habitat alone does not equate to "population viability" for this species. Any viability assessment, and resulting management guidance for bighorn sheep, needs to address the potential for contact between domestic sheep and bighorn sheep and the implications for disease transmission between the species. This requires an understanding of bighorn sheep life requisites, how bighorn sheep move through and utilize habitats, and domestic sheep management (i.e., timing, location, densities, season of use, proximity of domestic sheep to bighorn sheep). Recent literature (e.g., Clifford et al. 2009) focuses on risk assessments that incorporate these principles into viability analyses.

The process being used by the Payette NF offers a risk analysis approach that couples a significant telemetry database with habitat analyses to provide a reasonable basis for analyzing the likelihood of contact between bighorn sheep and domestic sheep. This basis is used as a key construct in modeling the potential outcomes of such contact on the persistence of bighorn sheep populations.

BLM_0050050

# Literature Cited

Berger, J. 1990. Persistence of different sized populations: an empirical assessment of rapid extinctions in bighorn sheep. Conservation Biology 4:91–98.

Bunch, T. D., W. M. Boyce, C. P. Hibler, W. R. Lance, T. R. Spraker, and E. S. Williams. 1999. Diseases of North American wild sheep. Pages 209–237 in R. Valdez and P. R. Krausman, Editors, Mountain Sheep of North America. Tucson: AZ; University of Arizona Press.

Callan, R. J., T. D. Bunch, G. W. Workman, and R. E. Mock. 1991. Development of pneumonia in desert bighorn sheep after exposure to a flock of exotic wild and domestic sheep. Journal of the American Veterinary Medical Association 198:1052–1056.

Cassirer, E. F. 2004. Hells Canyon bighorn sheep—Study I: Hells Canyon bighorn sheep restoration plan. Progress report. Boise, ID: Idaho Dept. Fish and Game. Project W-160-R-31.

Cassirer, E. F. and A. R. E. Sinclair. 2007. Dynamics of pneumonia in a bighorn sheep metapopulation. Journal of Wildlife Management 71(4):1080–1088.

Cassirer, E. F., L. E. Oldenburg, V. L. Coggins, P. Fowler, K. Rudolph, D. L. Hunter, W. J. Foreyt. 1996. Overview and preliminary analysis of a bighorn sheep dieoff, Hells Canyon 1995–96. Pages 78-86 in Proceedings of the Tenth Biennial Symposium Northern Wild Sheep and Goat Council.

Clifford, D. L., B. A. Schumaker, T. R. Stephenson, V. C. Bleich, M. L. Cahn, B. J. Gonzales, W. M. Boyce, and J. A. K. Mazet. 2009. Assessing disease risk at the wildlife-livestock interface: A study of Sierra Nevada bighorn sheep. *Biol. Conserv.* 142:2559–2568.

Desert Bighorn Council Technical Staff. 1990. Guidelines for management of domestic sheep in the vicinity of bighorn habitat. Desert Bighorn Council Transactions 34:33–35.

Dubay, S., H. Schwantje, J. DeVos, T. McKinney. 2002. Bighorn sheep (*Ovis canadensis*) diseases: a brief literature review and risk assessment for translocation. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 13:134–152.

Foreyt, W. J. 1989. Fatal *Pasteurella haemolytica* pneumonia in bighorn sheep after direct contact with clinically normal domestic sheep. American Journal of Veterinary Research 50:341–344.

Foreyt, W. J., and D. A. Jessup. 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. *J. Wildl. Dis.* 18:163–168.

Garde, E., S. Kutz, H. Schwantje, A. Veitch, E. Jenkins, and B. Elkin. 2005. Examining the risk of disease transmission between wild Dall's sheep and mountain goats, and introduced domestic sheep, goats, and llamas in the Northwest Territories. , Canada: The Northwest Territories Agricultural Policy Framework and Environment and Natural Resources, Government of the Northwest Territories. 139 pp.

BLM_0050051

George, J. L. , D. J. Martin, P. M. Lukacs, and M. W. Miller . 2008. Epidemic pasteurellosis in a bighorn sheep population coinciding with the appearance of a domestic sheep. *J. Wildl. Dis.* 44(2):388–403.

Goodson, N. J. 1982. Effects of domestic sheep grazing on bighorn sheep populations: a review. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 3:287–313.

Gross, J. E., F. J. Singer, and M. E. Moses. 2000. Effects of disease, dispersal, and area on bighorn sheep restoration. Restoration Ecology 8:25–37.

Gu, W. and R. K. Swihart. 2003. Absent or undetected? Effects of non-detection of species occurrence on wildlife-habitat models. *Biol. Conserv.* 116:195–203.

Hirzel, A. H., G. Lelay, V. Helfer, C. Randin, and A. Guisan. 2006. Evaluating the ability of habitat suitability models to predict species presences. *Ecol. Model.* 199:142–152.

Hockey, P. A. R. and O.E. Curtis. 2008. Use of basic biological information for rapid prediction of the response of species to habitat loss. *Conserv. Biol.* 23(1):64–71.

Johnson, C. J. and M. P. Gillingham. 2004. Mapping uncertainty: sensitivity of wildlife habitat ratings to expert opinion. *J. Appl. Ecol.* 41:1032–1041.

Johnson, D. H. 1980. The comparison of usage and availability measurements for evaluating resource preference. *Ecology* 61(1):65–71.

Long, R. A., J. D. Muir, J. L. Rachlow, and J. G. Kie. 2009. A comparison of two modeling approaches for evaluating wildlife–habitat relationships. *J. Wildl. Manage.* 73(2):294–302.

Keane, Robert E., M.G. Rollins, C.H. McNicoll, and R.A. Parsons. 2002. Integrating ecosystem sampling, gradient modeling, remote sensing, and ecosystem simulation to create spatially explicit landscape inventories. RMRS-GTR-92. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, 61 p.

MacKenzie, D. I. 2005. What are the issues with presence-absence data for wildlife managers? *J. Wildl. Manage.* 69(3):849–860.

Manley, P.N., M.D. Schesinger, J.K. Roth, B. Van Horne. 2005. A field-based evaluation of a presence-absence protocol for monitoring ecoregional-scale biodiversity. *J. Wildl. Manage.* 69(3):950–966.

Martin, K. D., T. Schommer, and V. L. Coggins. 1996. Literature review regarding compatibility between bighorn and domestic sheep. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 10:72–77.

Monello, R. J., D. L. Murray, and E. Frances Cassirer. 2001. Ecological correlates of pneumonia epizootics in bighorn sheep herds. Canadian Journal of Zoology 79:1423–1432.

BLM_0050052

Nichols, J. D., L.L. Bailey, A.F. O'Connell Jr., N.W. Talancy, E.H. Campbell Grant, A.T. Gilbert, E.M. Annand, T.P. Husband and J.E. Hines. 2008. Multi-scale occupancy estimation and modeling using multiple detection methods. *J. Appl. Ecol.* 45:1321–1329.

Onderka, D. K., S. A. Rawluk, and W. D. Wishart. 1988. Susceptibility of Rocky Mountain bighorn sheep and domestic sheep to pneumonia induced by bighorn and domestic livestock strains of *Pasteurella haemolytica.* Canadian Journal of Veterinary Research 52:439–444.

Raphael, M. G., M. J. Wisdom, M. M Rowland, R. S. Holthausen, B. C. Wales, B. G. Marcot and T. D. Rich. 2001. Status and trend of terrestrial vertebrates in relation to land management in the interior Columbia river basin. *For. Ecol. Manage.* 153:63–88.

Rodgers, A. R., A. P. Carr, H. L. Beyer, L. Smith, and J. G. Kie. 2007. HRT: Home Range Tools for ArcGIS. Version 1.1. Ontario, Canada: Ontario Ministry of Natural Resources, Centre for Northern Forest Ecosystem Research, Thunder Bay.

Schommer, T.J., and M. Woolever. 2001. A process for finding management solutions to the incompatibility between domestic and bighorn sheep. USDA, Forest Service, Wallowa-Whitman National Forest. 40 pp.

Seoane, J., J. Bustamante, and R. Diaz-Delgado. 2005. Effect of expert opinion on predictive ability of environmental models of bird distribution. *Conserv. Biol.* 19(2):512–522.

Singer, F. J., L. C. Zeigenfuss, and L. Spicer. 2001. Role of patch size, disease, and movement in rapid extinction of bighorn sheep. *Conserv. Biol.* 15(5):1347–1354.

Singer, F. J., V. C. Bleich, and M. A. Gudorf. 2000a. Restoration of bighorn sheep populations in and near western national parks. Restoration Ecology 8:14–24.

Singer, F. J., C. M. Papouchis, and K. K. Symonds. 2000b. Translocations as a tool for restoring populations of bighorn sheep. Restoration Ecology 8:6–13.

Singer, F. J., M. E. Moses, S. Bellew, and W. Sloan. 2000c. Correlates to colonizations of new patches by translocated populations of bighorn sheep. Restoration Ecology 8:66–74.

Singer, F. J., E. Williams, M. W. Miller, and L. C. Zeigenfuss. 2000d. Population growth, fecundity, and survivorship in recovering populations of bighorn sheep. Restoration Ecology 8:75–84.

Smith, D. R. 1954. The Bighorn Sheep in Idaho Its Status Life History and Management. Boise, ID: Idaho Department of Fish and Game.

Stanley, T. R. and J. A. Royle. 2005. Estimating site occupancy and abundance using indirect detection indices. *J. Wildl. Manage.* 69(3):874–883.

USDA Forest Service. 2003. Payette National Forest Land and Resource Management Plans Final Environmental Impact Statement. Ogden, UT: USDA Forest Service, Intermountain Region.

BLM_0050053

USDA Forest Service. 2005. Decision for Appeal of the Payette National Forest Land and Resource Management Plan Revision. Washington, DC: USDA Forest Service, Washington Office.

USDA Forest Service. 2010. Bighorn sheep supplemental environmental impact statement analysis: Modeling technical report. Ogden, UT: USDA Forest Service, Intermountain Region, Payette National Forest.

USDI Bureau of Land Management. 1998. Revised guidelines for management of domestic sheep and goats in native wild sheep habitats. Instruction Memorandum No. 98-140. Washington, D.C. 3 pp. plus attachment.

Valdez, R., and P. R. Krausman. 1999. Description, distribution, and abundance of mountain sheep in North America. Pages 3–22 in R. Valdez and P. R. Krausman, editors, Mountain sheep of North America. Tucson, AZ: University of Arizona Press

Vaughan, I. P. and S. J. Ormerod. 2005. The continuing challenges of testing species distribution models. *J. Appl. Ecol.* 42:720–730.

Wisdom, M. J., R. S. Holthausen, B. C. Wales, C. D. Hargis, V. A. Saab, D. C. Lee, W. J. Hann, T. D. Rich, M. M. Rowland, W. J. Murphy, and M. R. Eames. 2000. Source habitats for terrestrial vertebrates of focus in the interior Columbia basin: broad-scale trends and management implications. Gen. Tech Rep. PNW-GTR-485. Portland, OR; USDA, Forest Service, Pacific NW Research Sta..

BLM_0050054

BLM_0050055

# Appendix N

# Hells Canyon National Recreation Area Compliance

BLM_0050056



BLM_0050057

File Code: 2370/2600                                Date: January 6, 2010

Subject: Payette Forest Plan SEIS Compatibility with HCNRA Act

To: Suzanne Rainville, Forest Supervisor, Payette National Forest

As you requested, the following is an evaluation of the alternatives you have selected for the final Payette National Forest Supplemental Environmental Impact Statement for compatibility with the Hells Canyon National Recreation Area (HCNRA) Act.

**BACKGROUND**

The Hells Canyon National Recreation Area Act (P.L. 94-199) was signed into law on December 31, 1975. The following sections of the Act are applicable when considering whether or not to graze domestic livestock in the HCNRA:

Section 7.(3)    preservation, especially in the area generally known as Hells Canyon, of all features and peculiarities believed to be biologically unique including, but not limited to, rare and endemic plant species, rare combinations of aquatic, terrestrial, and atmospheric habitats, and the rare combinations of outstanding

and diverse ecosystems and parts of ecosystems associated therewith;

(4)    protection and maintenance of fish and wildlife habitat;

(7)    such management, utilization, and disposal of natural resources on federally owned lands, including, but not limited to, timber harvesting by selective cutting, mining and grazing and the continuation of such existing uses and developments as are compatible with the provisions of this Act.

Section 13.    Ranching, grazing, farming, timber harvesting, and the occupation of homes and lands associated therewith, as they exist on the date of enactment of this Act, are recognized as traditional and valid uses of the recreation area.

Further, regulations governing the use of public lands in the HCNRA were promulgated on

BLM_0050058

July 19, 1994.  HCNRA Public Lands Use Regulations at 36 CFR §292.48:

"The following standards and guidelines apply only to domestic livestock grazing activities on Other Lands, Wild and Scenic Rivers, and Wilderness Lands in the HCNRA:

(b) Where domestic livestock grazing is incompatible with the protection, restoration, or maintenance of fish and wildlife or their habitats; public outdoor recreation; conservation of scenic, wilderness, and scientific values; rare combinations of outstanding ecosystems, or the protection and enhancement of the values for which a wild and scenic river was designated, the livestock use shall be modified as necessary to eliminate or avoid the incompatibility. In the event in incompatibility persists after modification or modification is not feasible, livestock use shall be terminated."

**HCNRA Comprehensive Management Plan (CMP)**

The Revised CMP was signed in 2003.  It includes a new standard and guide:

"Wld-S8: Prevent the spread of diseases from domestic sheep to wild sheep by maintaining separation of the two species.  Vacant allotments will not be stocked with domestic sheep unless a vaccine or other technique is found that eliminates the incompatibility."

**FINDING**

Several bighorn sheep herds utilize HCNRA and move freely back and forth to other National Forest and BLM lands including the Payette NF.  Bighorn sheep habitat is extensive and interconnected throughout the canyonland area and up into the high elevation mountain peaks of the Seven Devils Area and into the Salmon River drainage (see maps in EIS).  Starting in 1994, a sample of bighorn sheep in the HCNRA have been fitted with telemetry radio collars and monitored bi-weekly.  Utilizing this information, herd home range modeling has been completed for each of these 16 herd populations (see maps in EIS).  This modeling demonstrates the inter-connectivity between the herd units and the extent at which bighorn sheep currently move across the landscape.  In addition, bighorn sheep foray in and out of domestic sheep allotments located on the Payette NF, often returning to the HCNRA.  Permitted domestic sheep grazing allotments on the Payette lie in and immediately adjacent to the HCNRA and inside the herd home range of the Upper Hells Canyon herd.

The Payette NF has developed several alternatives for consideration in their EIS.  Alternatives 346, 1257, 7K, and 7L allow domestic sheep grazing in the Payette National Forest System lands within the boundary of the HCNRA or within modeled bighorn sheep herd home range outside the HCNRA boundary.  Herd home range is where 95 percent of the bighorn sheep locations from radio telemetry data have occurred in the recent past (see maps in EIS).  Enough separation between the two species is

BLM_0050059

needed to maintain bighorn sheep on the HCNRA (Schommer and Woolever, 2001). Probabilities of contact between bighorn sheep herds and domestic sheep allotments have been calculated for the Payette NF. Allotments lying within herd home range have a 100% probability of a bighorn sheep making contact with that allotment (EIS). The Smith Mountain Allotment is within and adjacent to the HCNRA. The majority of this allotment is within herd home range, which represents a very high risk of disease transmission to bighorn sheep. The risk will be higher when and if the bighorn sheep population increases. All of these alternatives are felt to not be in compliance with the compatibility requirements of the HCNRA Act.

Alternatives 7M, 7N, 7O, and 7P eliminate domestic sheep grazing from the Payette National Forest System lands within the boundary of the (HCNRA) and within modeled bighorn sheep herd home range. The EIS modeling results indicate a 4 percent or less risk rating for each of the alternatives. This indicates mixing of the two species would occur once every 25 years or less, which is considered a low risk of disease transmission. Elimination of domestic sheep grazing in HCNRA and surrounding area is compatible with the HCNRA Act and its implementing regulations by providing for the protection, restoration, and maintenance of bighorn sheep and their habitat. All four alternatives are in compliance with the Hells Canyon National Recreation Area Comprehensive Management Plan by maintaining a separation between bighorn and domestic sheep that is likely to keep the two species apart at current population levels. In all four alternatives, grazing would continue within 2 miles of the modeled bighorn sheep herd home range. If that grazing continues near herd home range, we recommend some effective monitoring both inside and outside of herd home ranges to help detect bighorn sheep before contact is made.

*/s/ Steven A. Ellis*
STEVEN A. ELLIS

Forest Supervisor

cc: Mary C DeAguero

Patricia H Anderson Soucek

Mark A Penninger

BLM_0050060



BLM_0050061

# Appendix O

# Forest Plan Amendment

BLM_0050062



BLM_0050063

United States
Department of
Agriculture

Forest Service

Intermountain
Region



July
2010

# Payette

## National Forest



# Amendment
## to the
# Land and Resource
# Management Plan

BLM_0050064

Photos by David Ede

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation, or marital or family status. (Not all prohibited bases apply to all programs). Persons with disabilities who require alternative means for communication of program information (Braille, large print, audio tape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326 - W, Whitten Building, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410 or call (202) 720-5964 (voice and TDD). USDA is an equal opportunity provider and employer.

BLM_0050065

# Table of Contents

Chapter III. Management Direction ...................................................................................III-1

 Forest-Wide Management Direction.............................................................................III-1

  Wildlife Resources.................................................................................................III-1

  Non-Native Plants..................................................................................................III-2

  Rangeland Resources.............................................................................................III-2

Chapter IV. Implementation of the Forest Plan ...............................................................IV-1

 Monitoring and Evaluation ..........................................................................................IV-1

  Monitoring and Evaluation Strategy.....................................................................IV-1

Appendix E. Wildlife and Fish ..........................................................................................E-1

 Changes in Source Habitat for Selected Species ........................................................E-1

 Big Horn Sheep Telemetry and Observations .............................................................E-3

 Bighorn Sheep Monitoring ..........................................................................................E-4

Appendix H. Legal Requirements and Administrative Framework for Forest Planning and Resource Management .......................................................................................................H-1

 Legal and Administrative Framework by Resource ....................................................H-1

  Wildlife Resources................................................................................................H-1

# List of Tables

Table IV-2. Monitoring Elements....................................................................................... 2

# List of Figures

Figure E-0. Bighorn Sheep Summer Source Habitat ........................................................E-1

Figure E-4. Core Herd Home Ranges of Bighorn Sheep that Overlap the Payette National Forest. two scales ..............................................................................................................E-2

Figure E-5. Big Horn Sheep Telemetry and Observations in and Adjacent to the Payette National Forest....................................................................................................................E-3

BLM_0050066



Bighorn Sheep Risk of Contact Tool Page 222

BLM_0050067

# Chapter III.
# Management Direction

## FOREST-WIDE MANAGEMENT DIRECTION

Consistent with 36 CFR §219.20(a), the following table will supplement the Wildlife Resources section, pages III-26 through III-28, of Chapter III, Management Direction, of the 2003 Payette National Forest Land and Resource Management Plan.

### Wildlife Resources

| Management Direction for Wildlife Resources | | |
|---|---|---|
| **Type** | **Number** | **Direction Description** |
| | **Region 4 Sensitive and Management Indicator Species** | |
| **Objectives** | WIOB13 | Maintain separation between bighorn sheep on or adjacent to the Payette National Forest and domestic sheep and goats permitted to graze on the Payette National Forest. |
| | WIOB14 | Assess changes in bighorn sheep habitat use and, if needed, reanalyze the Core Herd Home Range (CHHR) and contact risk using appropriate analysis tools such as those utilized in this SEIS effort. Refer to Figure E-0 in Appendix E for habitat map. |
| | WIOB15 | Evaluate landscape changes on the Payette National Forest, such as large-scale fire events, that could affect bighorn sheep source habitat, and determine if a need to change existing management strategies exists. |
| | WIOB16 | Provide opportunities for bighorn sheep restoration and expansion across source habitat. |
| | WIOB17 | Expand or enhance hunting opportunities, per Executive Order #13443, through management of wildlife habitat on the Payette National Forest. |
| | WIOB18 | Re-evaluate the need for separation between bighorn sheep and domestic sheep or goats when advances in science such as an effective vaccine become available for either bighorn sheep or domestic sheep that ensures a zero disease transmission risk. |
| | WIOB19 | When bighorn sheep populations in Hells Canyon expand habitat usage on the Payette National Forest, reassess compliance with the Hells Canyon National Recreation Area Act. |
| **Standards** | **Region 4 Sensitive and Management Indicator Species** | |
| | WIST08 | To allow for restoration of the species, reassess the risk for contact when bighorn sheep are located within previously undocumented areas or new herd units are documented. Refer to Appendix E, Figure E-4 for CHHR maps and Figure E-5 for current bighorn sheep locations. |
| | WIST09 | Monitor for the presence of bighorn sheep in identified high risk areas when domestic sheep or goats are present on adjacent or nearby permitted allotments. Refer to Appendix E for maps of current high risk areas to monitor. |
| **Guidelines** | **Region 4 Sensitive and Management Indicator Species** | |
| | WIGU15 | Follow appropriate science, analysis, and modeling procedures (such as those utilized in the bighorn sheep viability analysis for the SEIS) to recalculate and remap the bighorn sheep CHHR, contact risk, and high risk |

III-1

BLM_0050068

| Management Direction for Wildlife Resources | | |
|---|---|---|
| **Type** | **Number** | **Direction Description** |
| | | areas. |
| | WIGU16 | Recalculate the need for separation utilizing appropriate science methods if advances in science such as an effective vaccine becomes available for either bighorn sheep or domestic sheep that ensures a zero disease transmission risk. |

Consistent with 36 CFR §219.20(a), the following table will supplement the Non-native Plants section, page III-37, of Chapter III, Management Direction, of the 2003 Payette National Forest Land and Resource Management Plan.

## Non-Native Plants

| Management Direction for Non-native Plants | | |
|---|---|---|
| **Type** | **Number** | **Direction Description** |
| Standards | NPST13 | Domestic sheep or goats shall not be utilized as a management tool for weed control where domestic sheep grazing is not suitable or where contact with bighorn sheep is possible. |

Consistent with 36 CFR §219.20(a), the following table will supplement the Rangeland Resources section, page III-44 through III-45, of Chapter III, Management Direction, of the 2003 Payette National Forest Land and Resource Management Plan.

## Rangeland Resources

| Management Direction for Rangeland Resources | | |
|---|---|---|
| **Type** | **Number** | **Direction Description** |
| Goals | RAGO07 | Manage domestic sheep and goat allotments to maintain separation and lack of contact between bighorn sheep and domestic sheep and goats. |
| | RAGO08 | Manage domestic sheep and goat allotments to eliminate straying. |
| Objectives | RAOB04 | Incorporate adaptive management strategies designed to prevent contact between bighorn sheep and domestic sheep and goats into domestic sheep and goat Allotment Management Plans and/or Annual Operating Instructions. |
| Standards | RAST10 | Implement emergency actions when bighorn sheep presence is detected within 10 kilometers of active domestic sheep or goat grazing or trailing. Actions will be taken to ensure separation between bighorn sheep and domestic sheep or goats. |
| | RAST11 | Domestic sheep and goat grazing may only be permitted where separation from bighorn sheep can be maintained. If separation cannot be maintained, permitted domestic sheep and goat grazing shall be prohibited. |
| | RAST12 | Domestic sheep and goat grazing may only be permitted when identified monitoring for bighorn sheep presence is conducted. If monitoring cannot be conducted, permitted domestic sheep and goat grazing shall be prohibited. |

BLM_0050069

| Management Direction for Rangeland Resources | | |
|---|---|---|
| **Type** | **Number** | **Direction Description** |
| Guidelines | RAGU11 | Rangeland Management Specialists will work with permittees so their on-the-ground employees (i.e., herders/camp tenders/foremen) are able to make best use of their ability to detect any bighorn sheep that may come close to domestic sheep. The Payette National Forest will provide any bighorn sheep locations that they have to the applicable permittee and update permittees with available population data. Rangeland Management Specialists will strategize with the permittees to make the best us of their ability to reduce the likelihood of stray domestic sheep. The Payette National Forest will inform the permittees immediately of any known stray domestic sheep or goats to be removed from the Payette National Forest within 24 hours by the Permittee. In addition, new information and new technology will be provided to the permittees as it becomes available to assist them with bighorn sheep and stray domestic sheep detection. |
| | RAGU12 | Rangeland Management Specialists will maintain a high level of verbal contact with the domestic sheep and goat permittees to assist employees with band locations throughout the grazing season. |
| | RAGU13 | To maintain separation, when bighorn sheep are found within 10 kilometers of an active domestic sheep and goat allotment, implementation of emergency actions for domestic sheep and goat grazing could include:<br><br>1. Moving domestic sheep back to an identified ridgeline within the allotment;<br><br>2. Notifying the Idaho Department of Fish and Game of the bighorn location;<br><br>3. Removing domestic sheep and goats from the allotment; or<br><br>4. Not authorizing domestic sheep or goats on an allotment or driveway for the current grazing season. |

BLM_0050070



BLM_0050071

# Chapter IV.
# Implementation of the Forest Plan

Consistent with 36 CFR §219.20(a), the following text and figures will supplement the Monitoring and Evaluation Strategy section, page IV-4, of Chapter IV, Implementation of the Forest Plan, of the 2003 Payette National Forest Land and Resource Management Plan.

## MONITORING AND EVALUATION

### Monitoring and Evaluation Strategy

Survey risk areas for bighorn sheep presence to determine if there is a need to reduce contact potential with active domestic sheep or goat grazing allotments and to assist the Payette National Forest in reassessing risk for contact and remodeling the core herd home range (CHHR). Currently mapped monitoring areas are displayed in Appendix E and may include the following:

- Areas within the mapped CHHR and, in particular, areas near active domestic sheep and goat grazing;

- Areas that are important for bighorn sheep lambing and rearing;

- Areas outside the CHHR where large areas of contiguous habitat exists; and

- Areas where suspected pioneering by bighorn sheep is occurring.

Surveys to monitor for the presence of bighorn sheep or stray domestic sheep and goats will include the following methods:

- On-the-ground or aerial survey of bighorn sheep source habitat on and near active allotments prior to domestic sheep arrival;
- Surveys of the risk areas during the authorized grazing season;
- Use of fire lookout personnel across the Payette National Forest to monitor for the presence of bighorn sheep and straying domestic sheep and goats;
- Increased collaring of bighorn sheep will be encouraged throughout the Payette National Forest;
- Rangeland Management Specialists will work with permittees so they are able to make best use of their ability to detect any bighorn sheep that may come close to domestic sheep. The Payette National Forest will provide any bighorn sheep locations that are within proximity of the active domestic sheep grazing areas;
- Rangeland Management Specialists will strategize annually with the permittees to make the best use of their ability to reduce the likelihood of stray domestic sheep;
- The Payette National Forest will inform the permittees immediately of any known stray domestic sheep;
- New information and new technology will be provided to the permittees as it becomes available to assist them with bighorn sheep and stray domestic sheep detection;
- Monitor domestic sheep bands and scan for bighorn sheep. Focus efforts in areas of greatest risk—based on foray and habitat models and radio telemetry data; and

BLM_0050072

*Chapter IV*                  *Implementation of the Forest Plan*

- To assist with location of domestic sheep bands, place at least one tracking device in each band of domestic sheep on active sheep and goat allotments.

Consistent with 36 CFR §219.20(a), the following table will supplement Table IV-2 of the Monitoring Elements section, pages IV-6 through IV-15, in Chapter IV, Implementation of the Forest Plan, of the 2003 Payette National Forest Land and Resource Management Plan.

**Table IV-2.  Monitoring Elements**

| Activity, Practice, Or Effect To Be Measured | Monitoring Question | Indicator | Data Reliability | Measuring Frequency and Recommended Method | Report Period |
|---|---|---|---|---|---|
| Terrestrial sensitive species—bighorn sheep | Are bighorn sheep present in areas of risk? | Sighting or telemetry location in a risk area | Low to moderate | Annually, via survey of selected areas | Annually |
| Terrestrial sensitive species—bighorn sheep | Are bighorn sheep present in or near active domestic sheep and goat allotments? | Presence of bighorn sheep and presence of domestic sheep or goat bands | Low | Annually, via survey of selected areas and active domestic sheep and goat allotments | Annually |
| Terrestrial sensitive species—bighorn sheep | Is separation between bighorn sheep and domestic sheep and goats maintained? | Presence of bighorn sheep and presence of domestic sheep or goat bands | Low to moderate | Annually, via survey of all active domestic sheep and goat allotments | Annually |
| Rangeland Resources—stray domestic sheep | Are domestic sheep straying from permitted grazing allotments | Are domestic sheep grazing on areas identified as not suited for domestic sheep grazing | Low to High | Annually track the location of domestic sheep by following radio telemetry collared ewes or by keeping close contact with the permittees and the bands. | Annually |

*IV-2*

BLM_0050073

*Wildlife and Fish*　　　　　　　　　　　　　　　　　　　　　　　*Appendix E*

# Appendix E.
## Wildlife and Fish

Consistent with 36 CFR §219.20(a), these figures will be added to the Changes in Source Habitat for Selected Species section, pages E-4 through E-9, of Appendix E in the 2003 Payette National Forest Land and Resource Management Plan.

## CHANGES IN SOURCE HABITAT FOR SELECTED SPECIES

**Figure E-0. Bighorn Sheep Summer Source Habitat**



*E-1*

BLM_0050074

*Appendix E*                                                    *Wildlife and Fish*

## CORE HERD HOME RANGE FOR BIGHORN SHEEP

**Figure E-4.  Core Herd Home Ranges of Bighorn Sheep that Overlap the Payette National Forest, two scales**

Core Herd Home Range with in Hells Canyon and The Salmon River Canyon



Core Herd Home Range on the Payette National Forest



*E-2*

BLM_0050075

*Wildlife and Fish*                                                                                      *Appendix E*

## BIG HORN SHEEP TELEMETRY AND OBSERVATIONS

**Figure E-5.  Big Horn Sheep Telemetry and Observations in and Adjacent to the Payette National Forest**



*E-3*

BLM_0050076

*Appendix E*                                                    *Wildlife and Fish*

## BIGHORN SHEEP MONITORING

**Figure E-6. Westside monitoring areas**



E-4

BLM_0050077

*Wildlife and Fish*                                                          *Appendix E*

**Figure E-7.  Eastside monitoring areas**



*E-5*

BLM_0050078



BLM_0050079

# Appendix H.
## Legal Requirements and Administrative Framework for Forest Planning and Resource Management

Consistent with 36 CFR §219.20(a), this page will supplement the Legal and Administrative Framework by Resource section, page H-13, of Appendix H in the 2003 Payette National Forest Land and Resource Management Plan.

### LEGAL AND ADMINISTRATIVE FRAMEWORK BY RESOURCE

### Wildlife Resources

*Facilitation of Hunting Heritage and Wildlife Conservation, Executive Order #13443—* Directs the agency to evaluate trends in hunting participation and implement actions that expand and enhance hunting opportunities for the public; establish short- and long-term goals to conserve wildlife and manage wildlife habitat to ensure healthy and productive populations of game animals in a manner that respects state management authority over wildlife resources and values private property rights; and seek the advice of state fish and wildlife agencies and, as appropriate, consult with the Sporting Conservation Council (SCC) in regard to Federal activities to recognize and promote the economic and recreational values of hunting and wildlife conservation.

*H-1*

BLM_0050080



BLM_0050081

*References*

Consistent with 36 CFR §219.20(a), the following page will supplement the References section, pages R-1 through R-6, of the 2003 Payette National Forest Land and Resource Management Plan.

## References

**USDA Forest Service,** 2003, *Southwest Idaho Ecogroup Land and Resource Management Plans: Final Environmental Impact Statement.* Ogden, Utah: USDA Forest Service, Intermountain Region

*R-1*

BLM_0050082



Bighorn Sheep Risk of Contact Tool Page 238

BLM_0050083

# Info from Jayson

Wednesday, February 05, 2014
7:23 AM

Here's an index to below:

Email from Jayson on Feb 2
    Attachment 1
    Attachment 2
    Attachment 3
    Attachment 4
    Attachment 5
    Attachment 6
    Attachment 7
Email from Jayson on Feb 3
    Attachment 1

These links will go to stand alone documents. Below is for markup.

---

**Murgoitio, Jayson**

Feb 3 (2 days ago)

to me

Hi David,

As promised, here are some of the products I created regarding our model results. The two Excel files show the way I used to organize results from the different CHHRs we analyzed. The ROC Results map shows the allotment ROC values on a map.

For Source Habitat, there is a side by side comparison map that shows modeled habitat with and without the slope factor that I spoke about a bit today. Luckily, we had some good GPS data to help justify how we created habitat, and it doesn't sound like you guys will have that luxury for a while. A short narrative I wrote about our habitat is also included.

For our trailing problem, a map showing the corridor/route is included. We developed this after input from the Oregon and Idaho state game management agencies and the Vale Oregon BLM office. The 1/2 mile corridor (.25 miles on each side of the route) was chosen based on specifications in an EA completed for trailing authorizations by this permittee. Your situation may be different.

Finally, I attached a PDF copy of a briefing we gave our state director and the WO range leads in December regarding the model and how it works. I figured I would just include it as it sort of summarizes how the model works and might be good information for your decision makers.

Anyway, I hope some of this is useful for your efforts over there. My condolences on the game last night. ha ha

Cheers,
Jayson

Posted from <http://mail.google.com/mail/?account_id=david.sinton@gmail.com&shva=1 #inbox/143f9191fe63af29>



BLM_0050084







Bighorn_She
ep_Model...

Inserted from: <file://C:\Users\dslnton\AppData\Local\Temp\1\{077C456F-6E3E-468E-8B0D-A1DD6D891041}.pdf>

BLM_0050085

**Bighorn Sheep – Domestic Sheep Risk of Contact Model**
**Preference and Connectivity Habitat Model**
**Information and Comparison**
**Idaho BLM "Owyhee 68" Grazing Permit Renewals**

Prepared by Jayson Murgoitio, GIS Specialist
BLM – ISO – NEPA Permit Renewal Team
December 2013

**Background**

The Bighorn Sheep Risk of Contact Model is a Geographic Information System (GIS) add-on for ESRI ArcMap developed by Critigen Inc. A precursor of this model was initially deployed by the USFS in the Payette National Forest (PNF) for assessing risk of contact between domestic and bighorn sheep along the Hell's Canyon corridor. After implementation in the PNF, Critigen released the model for use in other settings, providing a user guide and technical reference. The Risk of Contact (ROC) model requires 3 sets of data to operate: Bighorn Sheep Habitat, Big Horn Sheep Core Herd Home Range, and Domestic Sheep areas (grazing allotments or trailing routes). Of these inputs, Bighorn Sheep Habitat is a modeled product, meaning that different factors (terrain, water, vegetation, etc) were incorporated together in a scientific process to create an artificial, computer representation of actual habitat used by bighorn sheep. This document outlines the rationale behind and process used by the NEPA Permit Renewal Team (NPRT) for modeling California Bighorn Sheep habitat in the Owyhee region of Southwest Idaho and Southeast Oregon.

**Habitat Model**

The Modeling and Analysis Technical Report, produced as an Appendix to the Payette, Boise, and Sawtooth National Forests' EIS, outlines the procedure used to create Bighorn Habitat. As mentioned, this habitat is utilized as one of three inputs to the Risk of Contact Model, and is classified in three different categories. The first, Preference Habitat, are areas of terrain with attributes that are suitable for long term occupation by bighorn sheep. The next category is Connectivity Habitat, or areas surrounding or connecting Preference Habitat that are likely utilized for movement or transition by bighorn sheep. The third and final category is non-habitat, or areas where bighorn sheep are not likely to be found for long periods of time. Validation and statistical comparison of the three categories of habitat was conducted during preparation of the Payette National Forest EIS and utilized over 54,000 telemetry and observation points (United States Forest Service, 2010).

Preference habitat in the PNF was modeled using a terrain ruggedness ArcGIS script (Sappington, Longshore, & Thompson, 2007; United States Forest Service, 2010). Detailed information can be found at the listed references. Bighorn habitat in the Owyhee region was modeled at the Idaho State BLM Office by Dianne McConnaughey in coordination with Tom Rinkes sometime during 2010 or 2011. A model identical to the PNF process was used with one deviation; elimination of the factor of slope. Differences in terrain between the dense sheer cliff faces of the Hell's Canyon area and the dispersed

Page **1** of 4

BLM_0050086

rim rock faces of the Owyhee area were the basis for the absence of a slope factor.  A basic comparison of the model outputs was made using GPS collared California Bighorn Rams in the Owyhee region; results are presented later in this document.

Connectivity and non-habitat was modeled at the Idaho State BLM Office by Jayson Murgoitio in 2013. The connectivity model was provided by Chans O'Brien, GIS Specialist at the Payette National Forest.  No changes to the model structure were made.  There was a change to the model output, specifically producing a raster value of "5" for non-habitat versus a "3" so that the habitat model would operate correctly with the ROC model.  Once completed, the Connectivity and non-habitat raster was rejoined to the original preference habitat raster for use in the ROC model.

**Global Positioning System (GPS) Data**

Idaho Fish and Game monitored California Bighorn Rams in the Owyhee Front from February 10th, 2011 to October 30th, 2012.  Initially, 5 rams were captured and fitted with GPS transmitters in February 2011. 2 of those animals died later in 2011, and the collars were reused on rams captured on June 27th, 2012 and July 3rd, 2012.  The combined data from these tracking collars produced 13,544 observation points and was used to assess validity of modeled habitat for the Owyhee region.   A comparison table and map depiction are provided in Table 1 and Figure 1, respectively.

**Table 1:** Comparison of GPS points within modeled habitat type.

| Habitat Model | GPS Observations in Preference Habitat | GPS Observations in Connectivity Habitat | GPS Observations in Non-Habitat |
|---|---|---|---|
| Critigen Model | 5359 (39.6%) | 3213 (23.7%) | 4972 (36.7%) |
| Owyhee Model | 11736 (86.7%) | 1467 (10.8%) | 341 (2.5%) |

Page **2** of **4**

BLM_0050087



**Figure 1: Habitat Model Comparison.** The map on the left shows California Bighorn habitat modeled without a slope factor (Owyhee Model). The map on the right shows habitat with a slope factor (Critigen Model)

### Conclusion

This document summarizes the actions taken during Bighorn Sheep Risk of Contact modeling for the Owyhee 68, Group 2 Permit Renewals, and provides rationale why procedures differed from the Critigen Risk of Contact tool User Guide.

### References

Critigen Inc. (2013). *Bighorn Sheep Risk of Contact Tool Users Guide*. United States Department of Agriculture.

Sappington, J. M., Longshore, K. M., & Thompson, D. B. (2007). Quantifying Landscape Ruggedness for Animal Habitat Analysis: A Case Study Using Bighorn Sheep in the Mojave Desert. *Jornal of Wildlife Management, 71*(5), 1419-1426.

United States Forest Service. (2010). *Appendix L, Modeling and Analysis Technical Report, Final Supplemental Environmental Impact Statement, Boise, Payette, and Sawtooth National Forests.* United States Department of Agriculture.

Page **3** of **4**

BLM_0050088



Page **4** of **4**



BighornShee
p_Model_...

Inserted from: <file://C:\Users\dslnton\AppData\Local\Temp\1\{1C16867B-92F1-4B37-A002-835B24F9AD8B}.pdf>

Bighorn Sheep Risk of Contact Tool Page 244

BLM_0050089

Bighorn Sheep Risk of Contact Tool Page 245




# Bighorn Sheep
# Risk of Contact Model



NPRT Use Overview

Jim Priest, Wildlife Biologist
Jayson Murgoitio, GIS Specialist

BLM_0050090

Bighorn Sheep Risk of Contact Tool Page 246

# Briefing Overview

 

- Background and Purpose
- Input - Basic Operation - Output
- Interagency Meeting Summary
- Results, Points of Interest

BLM_0050091



# Background and Purpose

- **Background**
  - Developed by Critigen Inc. for USFS, Initially used in the Payette NF
  - Adapted for SW Idaho/SE Oregon
  - Supplements existing GIS software
- **What the model <u>does</u>:**
  - Provides a logical, documented process to quantify risk of contact of a bighorn sheep intersecting a domestic sheep allotment
- **What the model <u>does not do</u>:**
  - Model attraction between domestic and bighorn sheep
  - Model domestic sheep straying
  - Model disease transmission after contact
  - Model disease impact to bighorn sheep after transmission

BLM_0050092



Bighorn Sheep Risk of Contact Tool Page 248

# Input

 

1. **Habitat Areas**
   – Classified as "Preference", "Connecting", and "Non-Habitat"
   – Modeled in a separate process
2. **Core Herd Home Range (CHHR)**
   – Developed through IDFG/ODFW coordination
3. **Domestic Sheep Areas**
   – Grazing allotments and trailing routes


Likely Habitat Areas


Core Herd Home Range


Domestic Sheep Areas

BLM_0050093

Bighorn Sheep Risk of Contact Tool Page 249





BLM_0050094

Bighorn Sheep Risk of Contact Tool Page 250

# **Basic Operation**

 

For NPRT implementation, model works in two sequential phases

- **Phase 1:  Determine foray distance probability**
    - Probability an animal will reach a point on the landscape
    - Uses Core Herd Home Range and Habitat
    - Extends 35 km (about 22 miles) from the Home Range



BLM_0050095

Bighorn Sheep Risk of Contact Tool Page 251





Bighorn Sheep Risk of Contact Tool Page 252

# Basic Operation



- **Phase 2:  Determine Risk of Contact**
  - Probability a Bighorn sheep will contact a domestic sheep allotment/pasture at a point in time
  - Uses result of Phase 1 and allotment and pasture boundaries



BLM_0050097



BLM_0050098


Bighorn Sheep Risk of Contact Tool Page 254

# Interagency Coordination

- Fall 2012 - Met IDFG and Vale District/ODFW in separate meetings
- Joint meeting on 27 Feb 2013
  - IDFG, ODFW, Owyhee Field Office, Idaho State Office
  - Explained model input, process, initial results
  - Discussed and refined Core Herd Home Ranges and population values
  - Concept of "Risk Threshold" was discussed
    - Level of management comfort
- Spring/Summer 2013 - Coordinated via email with IDFG & ODFW for out year target population numbers of CHHRs

BLM_0050099

Bighorn Sheep Risk of Contact Tool Page 255



# **Chronology of Modeling**

- **Feb 2013** – ROC by allotment, summer (May through Sept) foray probabilities, 2013 CHHRs
  - Poison Creek = 17.14%
- **Jul 2013** – ROC by trailing buffer, summer foray probabilities, 2013 CHHRs
- **Jul 2013** – ROC by allotment and trailing buffer, summer foray probabilities, Out Year Target CHHR population numbers
  - Poison Creek = 22.54%
- **Aug 2013** – ROC by trailing buffer and allotment, winter (Oct through Apr) foray probabilities
  - Poison Creek = 23.54%

BLM_0050100



Bighorn Sheep Risk of Contact Tool Page 256

# Additional Considerations



- Bighorn sheep breeding period:  Oct through Nov
- Domestic Sheep grazing
  - Poison Creek Allotment:  Apr 1 through May 31
  - Rockville (outbound):  Apr 1 through May 31
  - Flint Creek:  June 1 through Oct 31
  - Rockville (homebound):  Oct 1 through Oct 31
- Trailing Route is 300 miles, occurs from Mar 1 through Nov 30
- 12 Incidental observations documented since 1986:
  - Within 3 miles of Poison Creek
  - Inside Rockville Allotment
  - Inside Flint Creek Allotment
  *All sightings occurred between May and October
  (May: 4, June: 1, July: 2, August: 2, September: 1, October: 1)

BLM_0050101



# Questions and Discussion



Summer_Pa
stures_Ow...

Inserted from: <file://C:\Users\dsinton\AppData\Local\Temp\1\{C49A00B0-B468-4845-848A-B2E0}1150036).xlsx>

BLM_0050102

INTERNAL USE ONLY                                                                 Current as of 3/5/2013 JJM

## SUMMER - Allotment Rate of Herd Contact

| | Allotment and Pasture Information | | | | Idaho | | | | Oregon | | | | MAX Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| State | Allot # | Allotment Name | Past # | Pasture Name | Reynolds CHHR | Federal Butte CHHR | Castle/Jacks Creek CHHR | Owyhee River CHHR* | Leslie Gulch CHHR | Juniper Ridge CHHR | Three Forks CHHR | Mountain CHHR | MAX Value |
| ID | 633 | Bahem FFR | 1 | Bahem FFR 1 | 0.00% | 0.28% | 1.91% | 0.00% | 0.00% | 0.99% | 0.00% | 0.00% | 1.91% |
| ID | 530 | Baxter Basin | 1 | Seeding | 0.01% | 0.00% | 0.00% | 0.00% | 0.03% | 0.04% | 0.00% | 0.00% | 0.04% |
| ID | 530 | Baxter Basin | 2 | Native | 0.09% | 0.04% | 0.00% | 0.00% | 0.37% | 0.70% | 0.00% | 0.00% | 0.70% |
| ID | 530 | Baxter Basin | 3 | Ephemeral | 0.01% | 0.00% | 0.00% | 0.00% | 0.04% | 0.05% | 0.00% | 0.00% | 0.05% |
| ID | 609 | Berrett FFR | 1 | Berrett FFR 1 | 0.00% | 0.01% | 0.00% | 0.00% | 0.00% | 10.59% | 0.52% | 0.11% | 10.59% |
| ID | 465 | Blackbird Point | 2 | Blackbird Point 2 | 0.00% | 0.25% | 9.54% | 0.00% | 0.00% | 0.18% | 0.00% | 0.00% | 9.54% |
| OR | 10507 | Board Corrals | 3 | Mikali | 0.07% | 0.00% | 0.00% | 0.00% | 0.14% | 0.00% | 0.00% | 0.00% | 0.14% |
| OR | 10507 | Board Corrals | 5 | Antelope | 1.71% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| OR | 10507 | Board Corrals | 7 | FFR | 0.15% | 0.00% | 0.00% | 0.00% | 36.27% | 0.00% | 0.00% | 0.00% | 36.27% |
| ID | 509 | Boulder | 1 | West | 0.00% | 0.00% | 0.01% | 0.00% | 0.00% | 0.14% | 0.00% | 0.00% | 0.14% |
| ID | 509 | Boulder | 2 | East | 0.00% | 0.00% | 0.02% | 0.00% | 0.00% | 0.06% | 0.00% | 0.00% | 0.06% |
| ID | 526 | Boulder Flat | 1 | Boulder Flat 1 | 0.00% | 0.08% | 0.26% | 0.00% | 0.00% | 1.13% | 0.00% | 0.00% | 1.13% |
| ID | 526 | Boulder Flat | 2 | Boulder Flat 2 | 0.00% | 0.12% | 1.15% | 0.00% | 0.00% | 0.80% | 0.00% | 0.00% | 1.15% |
| ID | 572 | Burgess | 3 | Big Field | 0.07% | 0.01% | 0.00% | 0.00% | 0.20% | 0.01% | 0.00% | 0.00% | 0.20% |
| ID | 602 | Corral FFR | 2 | Corral FFR 2 | 0.26% | 0.00% | 0.00% | 0.00% | 0.51% | 0.00% | 0.00% | 0.00% | 0.51% |
| ID | 562 | Cow Creek Individual | 1 | Cow Creek 1 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.10% | 0.00% | 0.00% | 0.10% |
| ID | 562 | Cow Creek Individual | 2 | Cow Creek 2 | 0.12% | 0.14% | 0.00% | 0.00% | 0.16% | 2.18% | 0.00% | 0.00% | 2.18% |
| ID | 562 | Cow Creek Individual | 3 | Cow Creek 3 | 0.02% | 0.02% | 0.00% | 0.00% | 0.00% | 0.06% | 0.00% | 0.00% | 0.06% |
| ID | 562 | Cow Creek Individual | 4 | Cow Creek 4 | 0.01% | 0.01% | 0.00% | 0.00% | 0.01% | 0.04% | 0.00% | 0.00% | 0.04% |
| ID | 562 | Cow Creek Individual | 5 | Cow Creek 5 | 0.03% | 0.02% | 0.00% | 0.00% | 0.00% | 0.05% | 0.00% | 0.00% | 0.05% |
| OR | 10903 | East Cow Creek | 1 | Hooker Creek North | 0.02% | 0.00% | 0.00% | 0.00% | 0.23% | 0.02% | 0.00% | 0.00% | 0.23% |
| OR | 10903 | East Cow Creek | 2 | Hooker Creek South | 0.02% | 0.00% | 0.00% | 0.00% | 0.25% | 0.04% | 0.00% | 0.00% | 0.25% |
| OR | 10903 | East Cow Creek | 3 | Jordan Valley North | 0.01% | 0.00% | 0.00% | 0.00% | 0.12% | 0.11% | 0.00% | 0.00% | 0.12% |
| OR | 10903 | East Cow Creek | 4 | Jordan Valley South | 0.01% | 0.01% | 0.00% | 0.00% | 0.09% | 0.18% | 0.00% | 0.00% | 0.18% |
| *ID* | *503* | *Flint Creek* | *1* | *Flint Creek* | *0.11%* | *1.55%* | *11.42%* | *0.00%* | *0.00%* | *0.58%* | *0.00%* | *0.00%* | *11.42%* |
| *ID* | *503* | *Flint Creek* | *2* | *Snow Cabin* | *0.19%* | *3.64%* | *29.67%* | *0.00%* | *0.11%* | *0.00%* | *0.00%* | *0.00%* | *29.67%* |
| *ID* | *503* | *Flint Creek* | *3* | *Burn Pasture* | *0.00%* | *0.08%* | *0.81%* | *0.00%* | *0.00%* | *0.06%* | *0.00%* | *0.00%* | *0.81%* |
| ID | 552 | Glass Creek | 1 | Seeding | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.67% | 0.00% | 0.00% | 0.67% |
| ID | 582 | Goose Creek FFR | 1 | Goose Creek FFR | 0.00% | 0.01% | 0.00% | 0.00% | 0.00% | 0.48% | 0.00% | 0.00% | 0.48% |
| ID | 568 | Graveyard Point | 1 | Graveyard Point | 0.25% | 0.00% | 0.00% | 0.00% | 9.19% | 0.00% | 0.00% | 0.00% | 9.19% |
| ID | 554 | Gusman | 1 | Gusman 1 | 0.00% | 0.08% | 0.00% | 0.00% | 0.00% | 6.73% | 0.00% | 0.01% | 6.73% |
| ID | 554 | Gusman | 6 | Gusman 1a | 0.02% | 0.09% | 0.00% | 0.00% | 0.00% | 4.81% | 0.00% | 0.01% | 4.81% |
| ID | 531 | Joint | 3 | Mountain | 0.06% | 0.01% | 0.00% | 0.00% | 0.14% | 0.02% | 0.00% | 0.00% | 0.14% |
| ID | 531 | Joint | 4 | Chubby | 0.00% | 0.02% | 0.00% | 0.00% | 0.04% | 0.02% | 0.00% | 0.00% | 0.08% |
| ID | 463 | Jordan Creek FFR | 1 | Jordan Creek FFR | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.32% | 0.00% | 0.00% | 0.32% |
| ID | 580 | Louse Creek | 5 | Duck Creek | 0.01% | 0.14% | 0.34% | 0.00% | 0.00% | 2.23% | 0.00% | 0.00% | 2.23% |
| ID | 580 | Louse Creek | 6 | Buck Creek | 0.06% | 0.38% | 2.39% | 0.00% | 0.00% | 1.65% | 0.00% | 0.00% | 2.39% |
| ID | 631 | Lower Deer Creek | 1 | Lower Deer Creek 1 | 0.00% | 0.12% | 1.18% | 0.00% | 0.00% | 1.15% | 0.00% | 0.00% | 1.18% |
| ID | 631 | Lower Deer Creek | 2 | Lower Deer Creek 2 | 0.00% | 0.09% | 1.33% | 0.00% | 0.00% | 0.58% | 0.00% | 0.00% | 1.33% |
| ID | 477 | Lowry FFR | 1 | Lowry FFR | 0.00% | 0.03% | 0.00% | 0.00% | 0.00% | 0.17% | 0.00% | 0.00% | 0.17% |
| ID | 557 | Madariaga | 2 | Madariaga 2 | 0.04% | 0.01% | 0.00% | 0.00% | 0.29% | 0.02% | 0.00% | 0.00% | 0.29% |
| OR | 10509 | Mahogany Mountain | 1 | Grasshopper | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| OR | 10509 | Mahogany Mountain | 2 | Gin | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| OR | 10509 | Mahogany Mountain | 3 | Mahogany Mtn | 0.08% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| OR | 10509 | Mahogany Mountain | 4 | Stove | 0.03% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| OR | 10509 | Mahogany Mountain | 5 | Shellrock South | 0.00% | 0.00% | 0.00% | 0.00% | 3.11% | 0.03% | 0.00% | 0.00% | 3.11% |
| OR | 10509 | Mahogany Mountain | 6 | Shellrock North | 0.00% | 0.00% | 0.00% | 0.00% | 8.00% | 0.01% | 0.00% | 0.00% | 8.00% |
| OR | 10509 | Mahogany Mountain | 7 | Fish Creek | 0.05% | 0.00% | 0.00% | 0.00% | 14.45% | 0.01% | 0.00% | 0.00% | 14.45% |

*Polson Creek, "Owyhee 68" Allotment*
*Pasture with Domestic Sheep Grazing*
Trailing/Cumulative Effects Pasture

Page 1 of 2

BLM_0050103

INTERNAL USE ONLY

Current as of 3/5/2013 JJM

| | Allotment and Pasture Information | | | | Idaho | | | | Oregon | | | | | |
| State | Allot # | Allotment Name | Past # | Pasture Name | Reynolds CHHR | Federal Butte CHHR | Castle/ Jack's Creek CHHR | Owyhee River CHHR* | Leslie Gulch CHHR | Juniper Ridge CHHR | Three Forks CHHR | Mountain CHHR | | MAX Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OR | 16509 | Mahogany Mountain | 8 | Tableland Annex | 0.01% | 0.00% | 0.00% | 0.00% | 2.83% | 0.07% | 0.00% | 0.00% | | 2.83% |
| OR | 16509 | Mahogany Mountain | 9 | Schnable Creek Seeding North | 0.00% | 0.00% | 0.00% | 0.00% | 2.83% | 0.00% | 0.00% | 0.00% | | 2.83% |
| OR | 16509 | Mahogany Mountain | 10 | FFR | 0.00% | 0.00% | 0.00% | 0.00% | 1.12% | 0.00% | 0.00% | 0.00% | | 1.12% |
| OR | 16509 | Mahogany Mountain | 11 | FFR | 0.01% | 0.00% | 0.00% | 0.00% | 3.92% | 0.00% | 0.00% | 0.00% | | 3.92% |
| OR | 16509 | Mahogany Mountain | 12 | Clark Ffr | 0.00% | 0.00% | 0.00% | 0.00% | (illegible) | 0.00% | 0.00% | 0.00% | | (illegible) |
| OR | 16509 | Mahogany Mountain | 13 | Carter Res Excl | 0.00% | 0.00% | 0.00% | 0.00% | 0.05% | 0.00% | 0.00% | 0.00% | | 0.05% |
| OR | 16509 | Mahogany Mountain | 14 | Shell Rock Bc Res Excl | 0.00% | 0.00% | 0.00% | 0.00% | 0.06% | 0.00% | 0.00% | 0.00% | | 0.06% |
| OR | 16509 | Mahogany Mountain | 15 | Mcconnel Res Excl | 0.00% | 0.00% | 0.00% | 0.00% | 0.01% | 0.00% | 0.00% | 0.00% | | 0.01% |
| ID | 505 | Morgan | 1 | Morgan 1 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 7.20% | 0.09% | 0.03% | | 7.20% |
| ID | 505 | Morgan | 2 | Morgan 2 | 0.00% | 0.01% | 0.00% | 0.00% | 0.00% | 1.62% | 0.07% | 0.01% | | 1.62% |
| ID | 603 | Poison Creek | 1 | Poison Creek | 4.11% | 0.00% | 0.00% | 0.00% | 17.14% | 0.00% | 0.00% | 0.00% | | 17.14% |
| ID | 565 | Rockville | 1 | Rockville 1 | 0.22% | 0.00% | 0.00% | 0.00% | 1.64% | 0.00% | 0.00% | 0.00% | | 1.64% |
| ID | 565 | Rockville | 2 | Rockville 2 | 0.25% | 0.00% | 0.00% | 0.00% | 1.43% | 0.00% | 0.00% | 0.00% | | 1.43% |
| ID | 565 | Rockville | 3 | Rockville 3 | 0.23% | 0.00% | 0.00% | 0.00% | 1.33% | 0.00% | 0.00% | 0.00% | | 1.33% |
| ID | 565 | Rockville | 4 | Rockville 4 | 0.28% | 0.00% | 0.00% | 0.05% | 1.45% | 0.00% | 0.00% | 0.00% | | 1.45% |
| ID | 565 | Rockville | 5 | Rockville 5 | 3.48% | 0.03% | 0.00% | 0.00% | 12.92% | 0.00% | 0.00% | 0.00% | | 12.92% |
| ID | 565 | Rockville | 6 | Rockville 6 | 0.16% | 0.00% | 0.00% | 0.00% | 0.83% | 0.00% | 0.00% | 0.00% | | 0.83% |
| OR | 16508 | Rockville | 6 | Ion | 2.21% | 0.01% | 0.00% | 0.00% | 24.70% | 0.00% | 0.00% | 0.00% | | 24.70% |
| ID | 565 | Rockville | 7 | Rockville 7 | 2.98% | 0.01% | 0.00% | 0.00% | 3.67% | 0.00% | 0.00% | 0.00% | | 3.67% |
| ID | 521 | Sands Basin | 1 | Sands Basin 1 | 0.23% | 0.00% | 0.00% | 0.00% | 0.58% | 0.00% | 0.00% | 0.00% | | 0.58% |
| ID | 521 | Sands Basin | 2 | Sands Basin 2 | 0.61% | 0.00% | 0.00% | 0.00% | 4.92% | 0.00% | 0.00% | 0.00% | | 4.92% |
| ID | 652 | Soda Creek | 1 | Soda Creek 1a | 0.03% | 0.02% | 0.00% | 0.00% | 0.02% | 0.03% | 0.00% | 0.00% | | 0.03% |
| OR | 16504 | Spring Mountain | 6 | Shakerock | 1.37% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | | 100.00% |
| OR | 16504 | Spring Mountain | 7 | Old Maid Seeding North | 0.01% | 0.00% | 0.00% | 0.00% | 0.80% | 0.00% | 0.00% | 0.00% | | 0.80% |
| OR | 16504 | Spring Mountain | 8 | Sagehen Basin | 0.03% | 0.00% | 0.00% | 0.00% | 3.91% | 0.00% | 0.00% | 0.00% | | 3.91% |
| OR | 16504 | Spring Mountain | 9 | Thomas Cr Ffr | 0.38% | 0.00% | 0.00% | 0.00% | 12.64% | 0.00% | 0.00% | 0.00% | | 12.64% |
| OR | 16504 | Spring Mountain | 10 | Spring Basin Seeding South | 1.06% | 0.01% | 0.00% | 0.00% | 14.38% | 0.00% | 0.00% | 0.00% | | 14.38% |
| OR | 16504 | Spring Mountain | 12 | Spring Mtn Seeding | 0.19% | 0.00% | 0.00% | 0.00% | 2.18% | 0.00% | 0.00% | 0.00% | | 2.18% |
| OR | 16504 | Spring Mountain | 13 | Spring Mtn Native Range | 2.44% | 0.04% | 0.00% | 0.00% | 50.22% | 0.14% | 0.00% | 0.00% | | 50.22% |
| OR | 16504 | Spring Mountain | 23 | Sheaville | 0.06% | 0.01% | 0.00% | 0.00% | 0.71% | 0.00% | 0.00% | 0.00% | | 0.71% |
| OR | 16504 | Spring Mountain | 24 | FFR | 0.87% | 0.01% | 0.00% | 0.00% | 7.79% | 0.00% | 0.00% | 0.00% | | 7.79% |
| ID | 519 | Strodes Basin | 1 | Strodes Basin 1 | 1.66% | 0.00% | 0.00% | 0.00% | (illegible) | 0.00% | 0.00% | 0.00% | | (illegible) |
| ID | 519 | Strodes Basin | 5 | Strodes Basin 5 | 0.19% | 0.00% | 0.00% | 0.00% | 1.78% | 0.00% | 0.00% | 0.00% | | 1.78% |
| OR | 16503 | Three Fingers | 10 | FFR | 5.3% | 0.04% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | | 100.00% |
| ID | 630 | Upper Deer Creek | 1 | Upper Deer Creek 1 | 0.00% | 0.02% | 0.06% | 0.00% | 0.00% | 0.02% | 0.00% | 0.00% | | 0.06% |
| ID | 630 | Upper Deer Creek | 2 | Upper Deer Creek 2 | 0.00% | 0.02% | 0.24% | 0.00% | 0.00% | 0.07% | 0.00% | 0.00% | | 0.24% |
| ID | 630 | Upper Deer Creek | 3 | Upper Deer Creek 3 | 0.00% | 0.01% | 0.26% | 0.00% | 0.00% | 0.00% | 0.04% | 0.00% | | 0.26% |
| ID | 659 | Walt's Pond FFR | 2 | Walt's Pond FFR 2 | 0.00% | 0.02% | 0.00% | 0.00% | 0.00% | 6.40% | 0.05% | 0.03% | | 6.44% |
| ID | 574 | West Antelope | 2 | West Antelope 2 | 0.00% | 0.09% | 11.55% | 0.00% | 0.00% | 0.17% | 0.00% | 0.00% | | 11.55% |
| | | Herd Size | | | 25 | 5 | 300 | 350 | 298 | 25 | 25 | 12 | | |
| | | Sex Ratio | | | 46:100 | 5:00 | 46:100 | 50:100 | 68:100 | 46:100 | 25:100 | 23:100 | | |

Legend
>= 40%
10-29%
5-5%
<5%

*Poison Creek , "Owyhee 68" Allotment*
*Pasture with Domestic Sheep Grazing*
Trailing/Cumulative Effects Pasture

Page 2 of 2



Summer_Tr
ailing_Ow...

Inserted from: <file://C:\Users\dsinton\AppData\Local\Temp\1\{2B4BDF77-5105-41E2-A698-A775C7CB88F1}.xlsx>

INTERNAL USE ONLY

**Summer Trailing Rate of Herd Contact**

| State | Allot # | Allotment Name | Past # | Pasture Name | Reynolds CHHR | Federal Butte CHHR | Castle/ Jack's Creek CHHR | Owyhee River CHHR* | Leslie Gulch CHHR | Juniper Ridge CHHR | Three Forks CHHR | Round Mountain CHHR | Max Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Allotment and Pasture Information | | | | | Idaho | | | | Oregon | | |
| ID | 633 | Bahem FFR | 1 | Bahem FFR 1 | 0.00% | 0.11% | 0.70% | 0.00% | 0.00% | 0.35% | 0.00% | 0.00% | 0.70% |
| ID | 530 | Baxter Basin | 1 | Seeding | 0.01% | 0.00% | 0.00% | 0.00% | 0.03% | 0.03% | 0.00% | 0.00% | 0.03% |
| ID | 530 | Baxter Basin | 2 | Native | 0.08% | 0.04% | 0.00% | 0.00% | 0.33% | 0.62% | 0.00% | 0.00% | 0.62% |
| ID | 530 | Baxter Basin | 3 | Ephemeral | 0.00% | 0.00% | 0.00% | 0.00% | 0.02% | 0.03% | 0.00% | 0.00% | 0.03% |
| ID | 609 | Berrett FFR | 1 | Berrett FFR 1 | 0.00% | 0.01% | 0.00% | 0.00% | 1.17% | 0.01% | 0.01% | 0.01% | 1.17% |
| ID | 465 | Blackbird Point | 1 | Blackbird Point 2 | 0.00% | 0.02% | 0.75% | 0.00% | 0.00% | 0.01% | 0.00% | 0.00% | 0.75% |
| ID | 509 | Boulder | 1 | West | 0.00% | 0.00% | 0.00% | 0.00% | 0.03% | 0.00% | 0.00% | 0.00% | 0.03% |
| ID | 509 | Boulder | 2 | East | 0.00% | 0.00% | 0.01% | 0.00% | 0.03% | 0.00% | 0.00% | 0.00% | 0.03% |
| ID | 526 | Boulder Flat | 1 | Boulder Flat 1 | 0.00% | 0.00% | 0.03% | 0.00% | 0.06% | 0.00% | 0.00% | 0.00% | 0.06% |
| ID | 526 | Boulder Flat | 2 | Boulder Flat 2 | 0.00% | 0.03% | 0.41% | 0.00% | 0.00% | 0.28% | 0.00% | 0.00% | 0.41% |
| ID | 572 | Burgess | 3 | Big Field | 0.05% | 0.00% | 0.00% | 0.00% | 0.08% | 0.00% | 0.00% | 0.00% | 0.08% |
| ID | 602 | Corral FFR | 2 | Corral FFR 2 | 0.20% | 0.00% | 0.00% | 0.00% | 0.50% | 0.00% | 0.00% | 0.00% | 0.50% |
| ID | 562 | Cow Creek Individual | 1 | Cow Creek 1 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.04% | 0.00% | 0.00% | 0.04% |
| ID | 562 | Cow Creek Individual | 2 | Cow Creek 2 | 0.02% | 0.01% | 0.00% | 0.00% | 0.11% | 0.29% | 0.00% | 0.00% | 0.29% |
| ID | 562 | Cow Creek Individual | 3 | Cow Creek 3 | 0.01% | 0.01% | 0.00% | 0.00% | 0.02% | 0.04% | 0.00% | 0.00% | 0.04% |
| ID | 562 | Cow Creek Individual | 4 | Cow Creek 4 | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.02% | 0.00% | 0.00% | 0.02% |
| ID | 562 | Cow Creek Individual | 5 | Cow Creek 5 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| ID | 503 | Flint Creek | 1 | Flint Creek | 0.00% | 0.01% | 0.07% | 0.00% | 0.00% | 0.02% | 0.00% | 0.00% | 0.07% |
| ID | 503 | Flint Creek | 2 | Snow Cabin | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| ID | 503 | Flint Creek | 3 | Burn Pasture | 0.00% | 0.00% | 0.04% | 0.00% | 0.00% | 0.01% | 0.00% | 0.00% | 0.04% |
| ID | 552 | Glass Creek | 1 | Seeding | 0.00% | 0.00% | 0.00% | 0.00% | 0.33% | 0.00% | 0.00% | 0.00% | 0.33% |
| ID | 582 | Goose Creek FFR | 1 | Goose Creek FFR | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.05% | 0.00% | 0.00% | 0.05% |
| ID | 568 | Graveyard Point | 1 | Graveyard Point | 0.16% | 0.00% | 0.00% | 0.00% | 5.18% | 0.00% | 0.00% | 0.00% | 5.18% |
| ID | 554 | Gusman | 1 | Gusman 1 | 0.00% | 0.03% | 0.00% | 0.00% | 0.00% | 1.92% | 0.00% | 0.00% | 1.92% |
| ID | 554 | Gusman | 6 | Gusman 1a | 0.00% | 0.02% | 0.00% | 0.00% | 0.76% | 0.00% | 0.00% | 0.00% | 0.76% |
| ID | 531 | Joint | 3 | Mountain | 0.03% | 0.00% | 0.00% | 0.00% | 0.05% | 0.01% | 0.00% | 0.00% | 0.05% |
| ID | 531 | Joint | 4 | Chubby | 0.02% | 0.01% | 0.00% | 0.00% | 0.01% | 0.01% | 0.00% | 0.00% | 0.02% |
| ID | 463 | Jordan Creek FFR | 1 | Jordan Creek FFR | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.09% | 0.00% | 0.00% | 0.09% |
| ID | 580 | Louse Creek | 5 | Duck Creek | 0.00% | 0.09% | 0.12% | 0.00% | 0.00% | 1.49% | 0.00% | 0.00% | 1.49% |
| ID | 580 | Louse Creek | 6 | Buck Creek | 0.00% | 0.05% | 0.26% | 0.00% | 0.00% | 0.27% | 0.00% | 0.00% | 0.27% |
| ID | 631 | Lower Deer Creek | 1 | Lower Deer Creek 1 | 0.00% | 0.03% | 0.26% | 0.00% | 0.00% | 0.29% | 0.00% | 0.00% | 0.29% |
| ID | 631 | Lower Deer Creek | 2 | Lower Deer Creek 2 | 0.00% | 0.05% | 0.59% | 0.00% | 0.00% | 0.45% | 0.00% | 0.00% | 0.59% |
| ID | 477 | Lowry FFR | 1 | Lowry FFR | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.03% | 0.00% | 0.00% | 0.03% |
| ID | 557 | Madariaga | 2 | Madariaga 2 | 0.02% | 0.00% | 0.00% | 0.00% | 0.08% | 0.01% | 0.00% | 0.00% | 0.08% |
| ID | 505 | Morgan | 1 | Morgan 1 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.25% | 0.00% | 0.00% | 0.25% |
| ID | 505 | Morgan | 2 | Morgan 2 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 1.03% | 0.01% | 0.00% | 1.03% |
| ID | 603 | Poison Creek | 1 | Poison Creek | 0.37% | 0.00% | 0.00% | 0.00% | 2.41% | 0.00% | 0.00% | 0.00% | 2.41% |
| ID | 565 | Rockville | 1 | Rockville 1 | 0.13% | 0.00% | 0.00% | 0.00% | 0.90% | 0.00% | 0.00% | 0.00% | 0.90% |
| ID | 565 | Rockville | 2 | Rockville 2 | 0.16% | 0.00% | 0.00% | 0.00% | 0.98% | 0.00% | 0.00% | 0.00% | 0.98% |
| ID | 565 | Rockville | 3 | Rockville 3 | 0.13% | 0.00% | 0.00% | 0.00% | 0.64% | 0.00% | 0.00% | 0.00% | 0.64% |
| ID | 565 | Rockville | 4 | Rockville 4 | 0.21% | 0.00% | 0.00% | 0.00% | 0.55% | 0.00% | 0.00% | 0.00% | 0.55% |
| ID | 565 | Rockville | 5 | Rockville 5 | 2.84% | 0.02% | 0.00% | 0.00% | 7.94% | 0.00% | 0.00% | 0.00% | 7.94% |
| ID | 565 | Rockville | 6 | Rockville 6 | 0.05% | 0.00% | 0.00% | 0.00% | 0.31% | 0.00% | 0.00% | 0.00% | 0.31% |
| ID | 565 | Rockville | 7 | Rockville 7 | 0.10% | 0.00% | 0.00% | 0.00% | 0.62% | 0.00% | 0.00% | 0.00% | 0.62% |
| ID | 521 | Sands Basin | 1 | Sands Basin 1 | 0.01% | 0.00% | 0.00% | 0.00% | 0.06% | 0.00% | 0.00% | 0.00% | 0.06% |

Page 1 of 3

Bighorn Sheep Risk of Contact Tool Page 260

BLM_0050105

INTERNAL USE ONLY

**Summer Trailing Rate of Herd Contact**

| | | Allotment and Pasture Information | | | Idaho | | | | Oregon | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| State | Allot # | Allotment Name | Past # | Pasture Name | Reynolds CHHR | Federal Butte CHHR | Castle/ Jack's Creek CHHR | Owyhee River CHHR* | Leslie Gulch CHHR | Juniper Ridge CHHR | Three Forks CHHR | Round Mountain CHHR | Max Value |
| ID | 521 | Sands Basin | 2 | Sands Basin 2 | 0.07% | 0.00% | 0.00% | 0.00% | 0.81% | 0.00% | 0.00% | 0.00% | 0.81% |
| ID | 652 | Soda Creek | 5 | Soda Creek 1a | 0.01% | 0.01% | 0.00% | 0.00% | 0.01% | 0.01% | 0.00% | 0.00% | 0.01% |
| ID | 519 | Strodes Basin | 1 | Strodes Basin 1 | 0.56% | 0.00% | 0.00% | 0.00% | 5.76% | 0.00% | 0.00% | 0.00% | 5.76% |
| ID | 519 | Strodes Basin | 5 | Strodes Basin 5 | 0.09% | 0.00% | 0.00% | 0.00% | 0.99% | 0.00% | 0.00% | 0.00% | 0.99% |
| ID | 630 | Upper Deer Creek | 1 | Upper Deer Creek 1 | 0.00% | 0.00% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.01% |
| ID | 630 | Upper Deer Creek | 2 | Upper Deer Creek 2 | 0.00% | 0.02% | 0.19% | 0.00% | 0.00% | 0.05% | 0.00% | 0.00% | 0.19% |
| ID | 630 | Upper Deer Creek | 3 | Upper Deer Creek 3 | 0.00% | 0.00% | 0.05% | 0.00% | 0.00% | 0.01% | 0.00% | 0.00% | 0.05% |
| ID | 659 | Walt's Pond FFR | 2 | Walt's Pond FFR 2 | 0.00% | 0.01% | 0.00% | 0.00% | 0.00% | 1.32% | 0.01% | 0.00% | 1.32% |
| ID | 574 | West Antelope | 2 | West Antelope 2 | 0.00% | 0.00% | 0.05% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.05% |
| OR | 10507 | Board Corrals | 1 | Alkali | 0.02% | 0.00% | 0.00% | 0.00% | 7.20% | 0.00% | 0.00% | 0.00% | 7.20% |
| OR | 10507 | Board Corrals | 3 | Antelope | 0.10% | 0.00% | 0.00% | 0.00% | 15.67% | 0.00% | 0.00% | 0.00% | 15.67% |
| OR | 10507 | Board Corrals | 7 | FFR | 0.01% | 0.00% | 0.00% | 0.00% | 1.24% | 0.00% | 0.00% | 0.00% | 1.24% |
| OR | 10903 | East Cow Creek | 1 | Hooker Creek North | 0.01% | 0.00% | 0.00% | 0.00% | 0.16% | 0.01% | 0.00% | 0.00% | 0.16% |
| OR | 10903 | East Cow Creek | 2 | Hooker Creek South | 0.01% | 0.00% | 0.00% | 0.00% | 0.08% | 0.01% | 0.00% | 0.00% | 0.08% |
| OR | 10903 | East Cow Creek | 3 | Jordan Valley North | 0.01% | 0.00% | 0.00% | 0.00% | 0.05% | 0.09% | 0.00% | 0.00% | 0.09% |
| OR | 10903 | East Cow Creek | 4 | Jordan Valley South | 0.00% | 0.00% | 0.00% | 0.00% | 0.01% | 0.01% | 0.00% | 0.00% | 0.01% |
| OR | 10509 | Mahogany Mountain | 1 | Grasshopper | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| OR | 10509 | Mahogany Mountain | 2 | Gin | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| OR | 10509 | Mahogany Mountain | 3 | Mahogany Mtn | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| OR | 10509 | Mahogany Mountain | 4 | Stove | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| OR | 10509 | Mahogany Mountain | 5 | Shellrock South | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| OR | 10509 | Mahogany Mountain | 6 | Shellrock North | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| OR | 10509 | Mahogany Mountain | 7 | Fish Creek | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| OR | 10509 | Mahogany Mountain | 8 | Tableland Annex | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| OR | 10509 | Mahogany Mountain | 9 | Schnable Creek Seeding | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| OR | 10509 | Mahogany Mountain | 10 | FFR | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| OR | 10509 | Mahogany Mountain | 11 | FFR | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| OR | 10509 | Mahogany Mountain | 12 | Clark Ffr | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| OR | 10509 | Mahogany Mountain | 13 | Carter Res Excl | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| OR | 10509 | Mahogany Mountain | 14 | Shell Rock Bc Res Excl | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| OR | 10509 | Mahogany Mountain | 15 | Mcconnel Res Excl | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| OR | 10508 | Rockville | 6 | Ion | 0.06% | 0.00% | 0.00% | 0.00% | 0.58% | 0.00% | 0.00% | 0.00% | 0.58% |
| OR | 10504 | Spring Mountain | 6 | Shalerock | 0.04% | 0.00% | 0.00% | 0.00% | 2.45% | 0.00% | 0.00% | 0.00% | 2.45% |
| OR | 10504 | Spring Mountain | 7 | Old Maid Seeding North | 0.01% | 0.00% | 0.00% | 0.00% | 0.50% | 0.00% | 0.00% | 0.00% | 0.50% |
| OR | 10504 | Spring Mountain | 8 | Sagehen Basin | 0.01% | 0.00% | 0.00% | 0.00% | 0.96% | 0.00% | 0.00% | 0.00% | 0.96% |
| OR | 10504 | Spring Mountain | 9 | Thomas Cr Ffr | 0.25% | 0.00% | 0.00% | 0.00% | 7.40% | 0.01% | 0.00% | 0.00% | 7.40% |
| OR | 10504 | Spring Mountain | 10 | Spring Basin Seeding So | 0.01% | 0.00% | 0.00% | 0.00% | 0.67% | 0.00% | 0.00% | 0.00% | 0.67% |
| OR | 10504 | Spring Mountain | 12 | Spring Mtn Seeding | 0.19% | 0.00% | 0.00% | 0.00% | 1.16% | 0.00% | 0.00% | 0.00% | 1.16% |
| OR | 10504 | Spring Mountain | 13 | Spring Mtn Native Range | 0.39% | 0.01% | 0.00% | 0.00% | 7.64% | 0.02% | 0.00% | 0.00% | 7.64% |
| OR | 10504 | Spring Mountain | 14 | Sheaville | 0.01% | 0.00% | 0.00% | 0.00% | 0.12% | 0.00% | 0.00% | 0.00% | 0.12% |
| OR | 10504 | Spring Mountain | 24 | FFR | 0.38% | 0.01% | 0.00% | 0.00% | 6.05% | 0.00% | 0.00% | 0.00% | 6.05% |
| OR | 10503 | Three Fingers | 10 | FFR | 0.67% | 0.01% | 0.00% | 0.00% | 9.38% | 0.00% | 0.00% | 0.00% | 9.38% |

| | | | | | 25 46:100 8/9/2013 | 5 5:00 8/9/2013 | 300 46:100 8/9/2013 | 350 50:100 8/9/2013 | 298 68:100 8/9/2013 | 25 46:100 8/9/2013 | 32 23:100 8/9/2013 | 12 23:100 8/9/2013 | |

Legend

10-29%

BLM_0050106



INTERNAL USE ONLY

Page 3 of 3

**Murgoitio, Jayson**

Feb 3 (2 days ago)

to me

David,

One more point I just thought of.  The original habitat model, see the attached paper, was developed for Desert Bighorns in the Mojave.  This may be pertinent to the critics of using RM bighorn habitat for your modeling.  I'm not sure how much it changed from the original form and use in the Payette National Forest. Just thought I would pass this on.

Thanks,

Jayson

Pasted from <https://mail.google.com/mail/?account_id=david.sinton@gmail.com&shva=1#inbox/143f92f3a80857b6>



Sappington_
etal_2007

Inserted from: <file://C:\Users\dsinton\Downloads\Sappington_etal_2007.pdf>

Bighorn Sheep Risk of Contact Tool Page 262

BLM_0050107

*Research Article*

# Quantifying Landscape Ruggedness for Animal Habitat Analysis: A Case Study Using Bighorn Sheep in the Mojave Desert

**J. MARK SAPPINGTON,[1,2]** *Department of Biological Sciences, 4505 Maryland Parkway, University of Nevada Las Vegas, Las Vegas, NV 89154-4004, USA*

**KATHLEEN M. LONGSHORE,** *United States Geological Survey, Western Ecological Research Center, 160 N. Stephanie Street, Henderson, NV 89074, USA*

**DANIEL B. THOMPSON,** *Department of Biological Sciences, 4505 Maryland Parkway, University of Nevada Las Vegas, Las Vegas, NV 89154-4004, USA*

**ABSTRACT** Terrain ruggedness is often an important variable in wildlife habitat models. Most methods used to quantify ruggedness are indices derived from measures of slope and, as a result, are strongly correlated with slope. Using a Geographic Information System, we developed a vector ruggedness measure (VRM) of terrain based on a geomorphological method for measuring vector dispersion that is less correlated with slope. We examined the relationship of VRM to slope and to 2 commonly used indices of ruggedness in 3 physiographically different mountain ranges within the Mojave Desert of the southwestern United States. We used VRM, slope, distance to water, and springtime bighorn sheep (*Ovis canadensis nelsoni*) adult female locations to model sheep habitat in the 3 ranges. Using logistic regression, we determined that the importance of ruggedness in habitat selection remained consistent across mountain ranges, whereas the relative importance of slope varied according to the characteristic physiography of each range. Our results indicate that the VRM quantifies local variation in terrain more independently of slope than other methods tested, and that VRM and slope distinguish 2 different components of bighorn sheep habitat. (JOURNAL OF WILDLIFE MANAGEMENT 71(5):1419–1426; 2007)

DOI: 10.2193/2005-723

**KEY WORDS** escape terrain, Geographic Information System, habitat analysis, landscape ruggedness, Mojave Desert, *Ovis canadensis nelsoni*.

Rugged terrain has been variously defined as topographically uneven, broken, or rocky and steep. Measurement of terrain ruggedness is important for a number of scientific disciplines, and complex methods of quantifying surface characteristics have been evolving within fields such as geomorphology and wind engineering. For biologists and ecologists, however, methods to measure ruggedness in a less complex but biologically meaningful way have been more elusive.

Desert bighorn sheep (*Ovis canadensis nelsoni*) occupy mountain ranges in the American Southwest. One of the most important determinants of sheep habitat within these ranges is the presence of cliffs or steep, rocky slopes where sheep can outdistance or outmaneuver predators (Hansen 1980, Elenowitz 1984, Gionfriddo and Krausman 1986). Researchers have attempted to quantify this habitat component, termed escape terrain, using various measures of slope (Holl and Bleich 1983, Smith et al. 1991, Dunn 1996, Turner et al. 2004), indices of ruggedness (Ebert 1993, Bleich et al. 1997, Andrew et al. 1999, Divine et al. 2000), or a combination of both (McKinney et al. 2003). Although little consensus exists on how to measure escape terrain and no measure of terrain ruggedness has been widely accepted among biologists, a quantitative measure for escape terrain would provide an important tool for biologists

[1] E-mail: mark_sappington@nps.gov
[2] Present address: National Park Service, Lake Mead National Recreation Area, 601 Nevada Highway, Boulder City, NV 89005, USA

to determine availability of existing habitat, locations of movement corridors, or suitability of potential translocation sites (McKinney et al. 2003).

The first widely recognized method for quantifying ruggedness among biologists was the land surface ruggedness index (LSRI) developed by Beasom et al. (1983). This index was based on the assumption that ruggedness is a function of total length of topographic contour lines in a given area (Fig. 1, left panel). The LSRI, or variations of it, has been used in a wide variety of habitat analyses (Cunningham 1989, Ebert 1993, Nellemann and Fry 1995, Bleich et al. 1997, and others). More recently, Riley et al. (1999) used digital terrain data and a Geographic Information System (GIS) to create a terrain ruggedness index (TRI), which quantifies the total elevation change across a given area (Fig. 1, middle panel). Unfortunately, neither of these indices directly measures the variability in topographic aspect and gradient, and both indices may be strongly correlated with slope. Therefore, these indices may not clearly distinguish steep, even terrain (high slope and low ruggedness) from steep terrain that is uneven and broken (high slope and high ruggedness).

An ideal measure of ruggedness should incorporate variability in both the aspect and gradient component of slope and should contribute to a multivariate representation of topography. Quantifying ruggedness independently of slope is important because bighorn sheep may perceive these characteristics differently when assessing escape terrain. In addition, the relative importance of slope and ruggedness to

BLM_0050108



**Figure 1.** Graphical representation of the ability of each of 3 methods for computing terrain ruggedness to measure ruggedness independently of slope using terrain from the Eldorado Mountains in Nevada, USA. Land surface ruggedness index (LSRI; left panel) uses the density of contour lines within a given area as an index of terrain ruggedness. Index values are low in flatter areas (A), whereas index values are high in steep areas (B) and in steep, rugged areas (C). Terrain ruggedness index (TRI; middle panel) uses the sum of changes in elevation within an area as an index of terrain ruggedness. Similar to LSRI, TRI index values are low in flatter areas (A) but high in both steep, rugged areas (B) and in steep, rugged areas (C). Vector ruggedness measure (VRM; right panel) quantifies terrain ruggedness by measuring the dispersion of vectors orthogonal to the terrain surface. The VRM values are low both in flat areas (A) and in steep areas (B), but values are high in areas that are both steep and rugged (C).

a sheep's perception of escape terrain may vary as a function of the physiography of the mountain range. Based on a method developed for measuring surface roughness in geomorphology (Hobson 1972), we created a vector ruggedness measure (VRM) for use in a GIS that incorporates the heterogeneity of both slope and aspect. This measure of ruggedness uses 3-dimensional dispersion of vectors normal (orthogonal) to planar facets on a landscape (Fig. 1, right panel). By measuring vector dispersion in 3 dimensions, Hobson's technique, which combines variation in slope and aspect into a single measure, can give a better picture of heterogeneity of terrain than indices based only on slope or elevation. We tested the correlation between VRM, slope, and 2 ruggedness indices (LSRI and TRI) in 3 mountain ranges within the Mojave Desert of the southwestern United States. We then used VRM, slope, and springtime bighorn sheep adult female locations to model sheep habitat selection in the 3 ranges and examined the relative importance of slope and ruggedness in determining sheep habitat.

## STUDY AREA

The Eldorado Mountains (35.95°N, 114.75°W) are located within Lake Mead National Recreation Area in southern Clark County, Nevada, USA. The range parallels the Colorado River for approximately 60 km, forming its western bank and covering nearly 930 km². A series of north–south running bluffs divide the range, with topography to the west of the bluffs consisting of wide, rolling hills and wide, gentle washes. On the eastern side, the bluffs end abruptly in an area of maze-like ridges and narrow, steep-sided washes that continue until the terrain drops off steeply to the banks of the Colorado River. Elevation ranges from 197 m along the Colorado River to 973 m at the highest point (Ebert 1993).

The Black Mountains (36.15°N, 116.69°W) form the southern half of the Armagosa Range in the southeastern part of Death Valley National Park in Inyo County, California, USA. The range extends approximately 70 km, tapers in width from 20 km at its southern end to 8 km at the northern end, and encompasses approximately 700 km². A wedge-shaped fault block that rose unevenly between 2 fault zones formed the mountain range. This resulted in a steep escarpment on the western side, with slopes averaging 89% that are dissected by washes and canyons. On the eastern side, the range slopes more gently into the alluvial-filled Greenwater Valley. Elevation ranges from −81 m at Badwater to 1,946 m at the top of Funeral Peak (Schramm 1982).

The Eagle Mountains (33.80°N, 115.60°W) are located along the southeastern border of Joshua Tree National Park in Riverside County, California, and encompass approximately 550 km². A large wash divides the range into northern and southern parts. Elevation ranges from 350 m in the northern portion of the range to 1,631 m at Eagle Peak in the south. Along the northern edge, steep ridges give way to rolling hills. Steep, rocky escarpments characterize the southern part. An abandoned iron ore open-pit mine was located in the northern part of the range (Divine 1998).

## METHODS

### GIS Base Data

We performed GIS analyses using ArcView 3.2 and ArcView Spatial Analyst 1.1. We derived topographic information from 30-m digital elevation models (United States Geological Survey 1993) and created a boundary for each range using 1:500,000 scale geologic data (Mojave Desert Ecosystem Program 1998) to delineate mountainous terrain, characterized by intrusive and metamorphic rock, from alluvial or depositional formations that form the

Bighorn Sheep Risk of Contact Tool Page 264

BLM_0050109




$$|r| = \sqrt{(\Sigma x)^2 + (\Sigma y)^2 + (\Sigma z)^2}$$

A

$z = 1 * \cos (\alpha)$     $x = xy * \sin (\beta)$

$xy = 1 * \sin (\alpha)$     $y = xy * \cos (\beta)$

B

$ruggedness = 1 - \dfrac{|r|}{n}$

**Figure 2.** Calculation of vector ruggedness measure within a geographic information system using vector analysis and a raster-based digital elevation model (DEM). (A) Unit vectors orthogonal to each grid cell in the DEM are decomposed into their x, y, and z components using standard trigonometric operators and the slope ($\alpha$) and aspect ($\beta$) of the cell. (B) We used a moving-window routine to calculate the magnitude of a resultant vector ($|r|$) for a given neighborhood size centered on each grid cell. The magnitude of the resultant vector in standardized form (vector strength divided by the no. of cells in the neighborhood) is a measure of the ruggedness of the landscape for the selected scale. Subtracting this magnitude in standardized form from 1 results in a dimensionless ruggedness number that ranges from 0 (flat) to 1 (most rugged).

valleys. We generated slope, aspect, and contour (12.1-m [40-ft] intervals) layers within the boundaries of each range from elevation data using standard ArcView functions.

**Quantifying Landscape Ruggedness**

We created a layer of VRM values using an ArcView script to calculate the 3-dimensional dispersion of vectors normal to grid cells composing each landscape (script available online from the Environmental Systems Research Institute ArcScripts website: <www.esri.com/arcscripts>). We decomposed unit vectors normal (orthogonal) to each grid cell into their x, y, and z components using standard trigonometric operators and the slope and aspect of the cell (Pincus 1956, Durrant 1996; Fig. 2). We then calculated a resultant vector over a $3 \times 3$ neighborhood (approx. 8,100 $m^2$) centered on each cell, using a moving-window routine. The magnitude of the resultant vector in standardized form (vector strength divided by the number of cells in the neighborhood) is a measure of the ruggedness of the landscape for the selected scale (Hobson 1972). Subtracting this magnitude in standardized form from 1 results in a dimensionless ruggedness number that ranges from 0 (flat) to 1 (most rugged). Although VRM values can be computed using larger neighborhood sizes to measure ruggedness across larger landscape scales, we used a $3 \times 3$ neighborhood for our analysis to provide a measure of ruggedness over a geographic area comparable to that used for the 2 ruggedness indices. Also, we found that computing VRM with larger neighborhoods caused a smoothing effect on the landscape. We believed that by using the $3 \times 3$ neighborhood, we were able to capture the complexity of the landscape at a biologically meaningful scale for bighorn sheep.

We calculated a layer of TRI values within a $3 \times 3$

neighborhood using an ArcView script and the elevation base layer for each range. Using the map algebra methods detailed in Riley et al. (1999), we computed TRI as the sum of the absolute values of the elevation differences between a central grid cell and its 8 neighboring cells. To obtain point measurements of terrain parameters, we generated random points within the boundary of each mountain range at a density of one point per square kilometer. Using nearest neighbor analysis (Hooge and Eichenlaub 1997), we tested each set of random points for complete spatial randomness, and points were randomly distributed (Black Mountains: $n = 691$, $|z| = 1.54$, $R = 1.03$; Eagle Mountains: $n = 515$, $|z| = 0.801$, $R = 1.02$; Eldorado Mountains: $n = 111$, $|z| = 1.71$, $R = 1.09$). We measured values of slope, TRI, and VRM for random points in each range by assigning to each point the value of the underlying grid cell of the respective data layer. We calculated LSRI for each point using an ArcView script to measure the total length of contour lines within a $90 \times 90$-m box centered on each random point.

We used Spearman rank correlations to determine relationships between point measurements of slope, LSRI, TRI, and VRM in each of the ranges. To examine their distributions within each range, we generated histograms of slope and VRM and calculated descriptive statistics ($\bar{x}$, SD, skewness, and kurtosis) to characterize the distributions. We performed statistical analyses using SPSS 9.0 (SPSS Inc., Chicago, IL).

**Ruggedness and Sheep Habitat**

To examine the relative importance of slope and ruggedness in determining bighorn sheep habitat, we used logistic regression with sheep-location data and random points to model relative probabilities of habitat use by sheep as a function of environmental variables in each of the 3 ranges.

Bighorn Sheep Risk of Contact Tool Page 265

BLM_0050110

We used sheep-location data from previous studies carried out in the Eldorado Mountains (Ebert 1993), Black Mountains (Longshore and Douglas 1995), and Eagle Mountains (Divine 1998). The Animal Care and Use Committee, University of Nevada, Las Vegas, approved animal-use protocols for each of these studies. Although many of the sheep could not be visually located during aerial telemetry flights in these 3 studies, Ebert (1993) determined that the error resulting from nonvisual aerial telemetry locations in the Eldorado Mountains averaged 67.5 m ($n = 4$, SD = 29). Aerial telemetry flights were conducted $\geq 24$ hours apart in each of the studies to allow independence of the observations (Ebert 1993).

To maximize our ability to discriminate between habitat choices of slope and ruggedness and to reduce the potential number of variables that might influence habitat choice, we focused our analysis on only a selected part of these data sets. Although both adult males and adult females were captured and radiotracked in each of these studies, we used only adult female locations for our analysis because bighorn females more consistently use steeper, more rugged terrain than males (Bleich et al. 1997). Data analysis was also confined to springtime locations (Jan through May) to reduce the influence of water availability during hotter months on habitat choice (Ebert 1993). However, we still included distance to available water as a variable in our analysis because of its importance to sheep. Water sources for sheep within each range were identified during the original studies (Ebert 1993, Longshore and Douglas 1995, Divine 1998). These water sources were perennial spring locations within each of the 3 ranges and the Colorado River within the Eldorado Mountains. Springs were visited during each of the original studies to ensure water availability for sheep, and sheep were frequently seen drinking along the shores of the Colorado River. We created data on distance to water in the GIS using standard ArcView functions and water source location information within each range.

For our analysis, we also pooled locations among individuals in each mountain range. Desert bighorn sheep adult female groups, unlike demes of adult females, are not stable entities through time and group structure tends to be ephemeral. Additionally, these groups are often not closely spatially associated since individuals moving across mountainous terrain may only be in visual contact. A visual inspection of the data points showed little daily association of sheep locations in each range.

We used 771 relocations from 19 adult females in the Eldorado Mountains, 412 relocations from 22 adult females in Eagle Mountains, and 159 relocations from 8 adult females in the Black Mountains. We generated random points, each set equal in number to the number of adult female locations, within the boundary of each mountain range and tested for complete spatial randomness (Black Mountains: $n = 159$, $|z| = -0.15$, $R = 0.99$; Eagle Mountains: $n = 412$, $|z| = -1.60$, $R = 0.96$; Eldorado Mountains: $n = 771$, $|z| = 1.44$, $R = 1.03$). We measured ruggedness, slope, and distance to water for random and

adult female location points by assigning the value of the underlying grid cell of the respective data layer to each point.

We created binary logistic regression models following Manly et al. (1993), using sheep locations (used habitat) and an equal number of random points (available habitat) within each range. Using "design I" and "sampling protocol A" (Manley et al. 1993:125–136), the resulting resource selection functions model the relative probability of habitat use as a function of environmental and topographical variables. We tested the fit of each logistic regression model with goodness-of-fit tests of deviance. We tested the variation in adult female occurrence explained by each habitat variable by comparing the model fit with and without the variable ($\chi^2$ test of difference in model deviance), and we computed odds ratio estimates for all variables in the model. The odds ratio is comparable to a partial regression coefficient and can be interpreted as the amount of change in the likelihood of observing an adult female given a 1-standard-deviation–unit change in the independent variable. An odds ratio estimate of 1 indicates no change in the likelihood of observing an adult female, and an estimate <1 indicates the likelihood decreases with respect to the standardized habitat variable. We performed statistical analyses using SAS 8.02 (SAS Institute Inc., Cary, NC).

## RESULTS

### Quantifying Landscape Ruggedness

We examined the correlation of slope with VRM and the 2 ruggedness indices to determine their independence from measures of slope (Fig. 3). Point measurements of LSRI and TRI were highly correlated with slope in all 3 mountain ranges ($r_s > 0.9$; $P < 0.001$ for all ranges). In contrast, the correlation between VRM and slope was much lower in the Eldorado Mountains ($r_s = 0.713$; $P < 0.001$), and was even less in the Eagle Mountains ($r_s = 0.418$; $P < 0.001$) and the Black Mountains ($r_s = 0.312$; $P < 0.001$). In addition to being intercorrelated with slope, LSRI and TRI were apparently linked to slope such that low values for these indices were not possible when slope was high (Fig. 3).

Differences in the distributions of ruggedness, measured by VRM, and slope reflected the characteristic physiography of each mountain range in our study (Fig. 4). Although values for VRM can range between 0 (flat) and 1 (most rugged), values on natural terrains were rarely >0.2. Experimenting with artificial terrains and different neighborhood sizes, we were able to generate values >0.8. Ruggedness was highest in the Black Mountains ($\bar{x} = 0.0112$, SD = 0.0166), followed by the Eagle Mountains ($\bar{x} = 0.0108$, SD = 0.0136) and the Eldorado Mountains ($\bar{x} = 0.0077$, SD = 0.0108). The distributions of ruggedness values (VRM) for all 3 mountain ranges were highly skewed to the right with the highest proportion of VRM values at the mean ($\bar{x} = 0.01$, for each mountain range) and a wide distribution of VRM values >0.01 (Fig. 4). Although there were differences in the skew and kurtosis of ruggedness among mountain ranges, these differences were small and

Bighorn Sheep Risk of Contact Tool Page 266

BLM_0050111



**Figure 3.** Spearman nonparametric correlation coefficients among random point measurements of slope, land surface ruggedness index (LSRI), terrain ruggedness index (TRI), and vector ruggedness measure (VRM) within the Eldorado Mountains in southern Nevada, Eagle Mountains in southern California, and Black Mountains in eastern California, USA. Sample sizes were proportional to the area of each range (1 point/km²). All correlations were significant at the 0.01 level.

the distribution of ruggedness among ranges was remarkably consistent.

The major differences in physiography among mountain ranges were illustrated by differences in the mean and distribution of slope values (Fig. 4). The Black Mountains, formed by uplift along a thrust fault, had the highest mean slope ($\bar{x} = 20.1$, SD = 11.0). The steepness of the western slope was reflected by a high proportion of random points with slope values at or above 40 degrees (Fig. 4). The Eldorado Mountains, a series of rolling hills and steep rocky escarpments overlooking the Colorado River, are characterized by a large proportion of slope values at or below 10 degrees, as well as the most extreme slope values of the mountain ranges in our study. The Eagle Mountains, a series of rolling hills with steep ridges, had a more even

distribution of points with low to moderate slope values (10–30 degrees) than the other mountain ranges. Despite differences in the distribution of slope values, the mean slope of the Eagle Mountains ($\bar{x} = 15.9$, SD = 9.4) was similar to that of the Eldorado Mountains ($\bar{x} = 14.4$, SD = 11.3).

**Ruggedness and Sheep Habitat**

In the logistic regression models, distance to water and VRM were significant predictors of adult female location in all 3 mountain ranges (Table 1). In addition, slope was a significant predictor of adult female location in the Eagle and Black Mountains, but it was not significant in the Eldorado Mountains ($P = 0.07$).

The relative importance of distance to water, ruggedness,

Bighorn Sheep Risk of Contact Tool Page 267

BLM_0050112



**Figure 4.** Distributions of slope (upper panels) and ruggedness (lower panels) within the Black Mountains in eastern California, Eagle Mountains in southern California, and Eldorado Mountains in southern Nevada, USA. We took point measurements of slope and ruggedness at a density of 1 point/km² in each range and calculated descriptive statistics (x̄, SD, skewness, and kurtosis) for each distribution.

and slope in explaining variance in adult female locations differed among mountain ranges. In the Black Mountains, slope was the greatest predictor of adult female locations, followed by distance to water and ruggedness. The likelihood of observing an adult female increased 2.9-fold, with an increase of 1-standard-deviation unit of slope. In the Eagle Mountains, distance to water was the greatest

predictor of adult female locations; slope and ruggedness contributed equally. The likelihood of observing an adult female increased 1.7-fold, with an increase of 1-standard-deviation unit of both slope and ruggedness. In the Eldorado Mountains, distance to water was the greatest predictor of adult female locations, followed by ruggedness. Slope was not significant. Despite differences among mountain ranges in the regression models selected by adult females, all of the regression models correctly classified 82–89% of actual locations.

## DISCUSSION

Our results showed that VRM directly measured heterogeneity of terrain more independently of slope than did either TRI or LSRI. Both TRI and LSRI showed very strong positive correlations with slope across 3 physiographically different mountain ranges, and both indices exhibited a pattern of bias in that the minimum value of ruggedness increased with increasing slope (Fig. 3). Conversely, VRM was much less correlated with slope in all 3 ranges, and patterns of correlation differed among the ranges. These results indicated that neither TRI nor LSRI quantified terrain any differently than simple measures of slope and that VRM measured a different component of terrain than slope. By decoupling ruggedness from slope, VRM allows for the treatment of these terrain components as separate variables when quantifying landscapes for habitat

**Table 1.** Maximum likelihood estimate (MLE), partial odds ratios, 95% confidence intervals, and P-values derived from Wald's statistics for habitat variables used in logistic regression models of desert bighorn adult female habitat use. Data were from studies conducted in the Black Mountains, California (1995), Eagle Mountains, California (1998), and Eldorado Mountains, Nevada (1993), USA.

| Variable | MLE | Odds ratio | Wald 95% CI | P |
|---|---|---|---|---|
| **Black Mountains** | | | | |
| Ruggedness | 0.48 | 1.62 | 1.18–2.21 | 0.003 |
| Slope | 1.05 | 2.88 | 2.12–3.92 | ≤0.001 |
| Distance to water | −0.55 | 0.58 | 0.42–0.79 | 0.001 |
| **Eagle Mountains** | | | | |
| Ruggedness | 0.56 | 1.75 | 1.42–2.15 | ≤0.001 |
| Slope | 0.56 | 1.76 | 1.43–2.12 | ≤0.001 |
| Distance to water | −1.52 | 0.22 | 0.17–0.28 | ≤0.001 |
| **Eldorado Mountains** | | | | |
| Ruggedness | 0.33 | 1.39 | 0.29–0.41 | ≤0.001 |
| Slope | 0.11 | 1.12 | 1.22–1.59 | 0.07 |
| Distance to water | −1.06 | 0.35 | 0.99–1.27 | ≤0.001 |

Bighorn Sheep Risk of Contact Tool Page 268

BLM_0050113

analysis and avoids problems of multicollinearity in regression models.

Unlike the 2 ruggedness indices, VRM differentiated smooth, steep hillsides from irregular terrain that varied in gradient and aspect. This distinction was most evident along an escarpment formed by uplift along a thrust fault on the western side of the Black Mountains. At the scale of our data, random points on the escarpment exhibited very low values of VRM but revealed high values for slope and high values for LSRI and TRI (data not shown). Because VRM measures the variation in terrain independent of its overall gradient, VRM is able to differentiate among terrain types. Another recent method proposed to quantify ruggedness, the ratio of 3-dimensional surface area to planar surface area (Jenness 2004), likely suffers from the same inability to distinguish among these different types of terrain.

Our results indicated that perception of escape terrain by bighorn adult females appeared to incorporate both ruggedness and slope, but the relative importance of the 2 variables seemed to shift in response to the availability of steep slopes. During spring, when escape terrain is important for adult females with lambs (Hanson 1980, Bleich et al. 1997, Bangs et al. 2005b), adult females consistently selected for rugged terrain in all 3 mountain ranges. In contrast, the importance of slope in habitat models varied among mountain ranges. In the Black Mountains, which had the greatest availability of steep slopes (Fig. 4), slope was the most important factor in habitat selection. Conversely, in the Eldorado Mountains, which had the lowest availability of steep slopes, slope was not a significant factor in habitat selection. Both slope and ruggedness were equally important in the Eagle Mountains, which had a more even distribution of slope values than the other 2 ranges.

Other recent studies of bighorn adult females have incorporated our VRM measure (Bangs et al. 2005a, b). These studies have shown both slope and ruggedness to be important factors in seasonal habitat selection and in habitat shifts during parturition. In the Fra Cristobal Mountains in southern New Mexico, USA, bighorn adult females selected habitat with higher slope and greater ruggedness in the spring, but with only higher slope in the autumn (Bangs et al. 2005a). Parturition sites were more rugged than prepaturition sites, possibly indicating selection of areas where predators would be less likely to detect newborn lambs. Postparturition sites were both steeper and more rugged than prepaturition sites, suggesting that adult females selected escape terrain offering maturing lambs the greatest ability to evade predators (Bangs et al. 2005b).

Ruggedness and slope appear to distinguish 2 different, but biologically meaningful, components of bighorn sheep escape terrain. Although past studies of bighorn sheep habitat have used discrete components to define escape terrain (e.g., slopes >60%), our results suggest that both slope and ruggedness should be treated as dynamic components, the importance of each based on the physiography of each specific mountain range.

## MANAGEMENT IMPLICATIONS

The VRM provides a quantitative measure of terrain ruggedness that managers can use for habitat analyses where topography affects the distribution of vegetation or wildlife. For bighorn sheep, managers should use VRM in conjunction with measures of slope to provide more quantitative and accurate habitat assessments when determining patch size and configuration of escape terrain and thus prevent problems with collinearity that may result in an underestimation of available terrain. Because patch size and configuration of escape terrain may be major correlates of population size (McKinney et al. 2003), this information could enhance the success of habitat management plans and reintroduction programs. Based on our results, quantitative analysis of terrain ruggedness appears to be important in understanding behavior and distribution of bighorn sheep. Additional research is needed to further explore the perception of escape terrain as an integration of ruggedness and slope across different landscapes and at different scales.

## ACKNOWLEDGMENTS

We thank C. L. Douglas, D. Ebert, and D. D. Divine for access to the databases for bighorn sheep locations in the Eagle and Eldorado mountains. S. Provencal created the ArcGIS version of the ruggedness layer. We also thank J. Lee and K. Phillips for constructive reviews of the manuscript. J. Jaeger provided many helpful editorial comments.

## LITERATURE CITED

Andrew, N. G., V. C. Bleich, and P. V. August. 1999. Habitat selection by mountain sheep in the Sonoran Desert: implications for conservation in the United States and Mexico. California Wildlife Conservation Bulletin 12:1–17.

Bangs, P. D., P. R. Krausman, K. E. Kunkel, and Z. D. Parsons. 2005a. Habitat use by female desert bighorn sheep in the Fra Cristobal Mountains, New Mexico, USA. European Journal of Wildlife Research 51:77–83.

Bangs, P. D., P. R. Krausman, K. E. Kunkel, and Z. D. Parsons. 2005b. Habitat use by desert bighorn sheep during lambing. European Journal of Wildlife Research 51:178–184.

Beason, S. L., E. P. Wiggers, and R. J. Giordano. 1983. A technique for assessing land surface ruggedness. Journal of Wildlife Management 47: 1167–1166.

Bleich, V. C., R. T. Bowyer, and J. D. Wehausen. 1997. Sexual segregation in mountain sheep: resources or predation? Wildlife Monographs 134:1–50.

Cunningham, S. C. 1989. Evaluation of bighorn habitat. Pages 135–160 in R. M. Lee, editor. The desert bighorn sheep in Arizona. Arizona Game and Fish Department, Phoenix, USA.

Divine, D. D. 1998. Habitat patch dynamics of desert bighorn sheep Ovis canadensis nelsoni in the eastern Mojave Desert. Dissertation, University of Nevada, Las Vegas, USA.

Divine, D. D., D. W. Ebert, and C. L. Douglas. 2000. Examining desert bighorn habitat using 30-m and 100-m elevation data. Wildlife Society Bulletin 28:986–992.

Dunn, W. C. 1996. Evaluating bighorn habitat: a landscape approach. Bureau of Land Management Technical Note 395, U.S. Department of Interior, Santa Fe, New Mexico, USA.

Durrant, A. V. 1996. Vectors in physics and engineering. Chapman and Hall, London, United Kingdom.

Ebert, D. W. 1993. Desert bighorn movements and habitat use in relation

BLM_0050114

to the proposed Black Canyon Bridge project, Nevada. Thesis, University of Nevada, Las Vegas, USA.

Elenowitz, A. 1984. Group dynamics and habitat use of transplanted desert bighorn sheep in the Peloncillo Mountains, New Mexico. Desert Bighorn Council Transactions 29:1–8.

Giordiddo, J. P., and P. R. Krausman. 1986. Summer habitat use by mountain sheep. Journal of Wildlife Management 50:333–336.

Hanson, C. G. 1980. Habitat evaluation. Pages 320–325 in G. Monson and L. Sumner, editors. The desert bighorn: its life history, ecology, and management. University of Arizona Press, Tucson, USA.

Hobson, R. D. 1972. Surface roughness in topography: quantitative approach. Pages 221–245 in R. J. Chorley, editor. Spatial analysis in geomorphology. Harper and Row, New York, New York, USA.

Holl, S. A., and V. C. Bleich. 1983. San Gabriel Mountain sheep: biological and management considerations. U.S. Forest Service, San Bernardino, California, USA.

Hooge, P. N., and B. Eichenlaub. 1997. Animal movement extension to ArcView. Version 1.1. Alaska Science Center, Biological Science Office, U.S. Geological Survey, Anchorage, USA.

Jenness, J. S. 2004. Calculating landscape surface area from digital elevation models. Wildlife Society Bulletin 32:829–839.

Longshore, K. M., and C. L. Douglas. 1995. Home ranges of desert bighorn sheep inhabiting the Black Mountains, Death Valley National Park, California. Desert Bighorn Council Transactions 39:26–35.

Manly, B. F. J., L. L. McDonald, and D. L. Thomas. 1993. Resource selection by animals: statistical design and analysis for field studies. Chapman and Hall, New York, New York, USA.

McKinney, T., S. R. Boe, and J. C. deVos, Jr. 2003. GIS-based evaluation of escape terrain and desert bighorn sheep populations in Arizona. Wildlife Society Bulletin 31:1229–1236.

Mojave Desert Ecosystem Program. 1998. Environmental spatial database. Eight compact discs and data users guide. Department of Defense Legacy Program, Salt Lake City, Utah, USA.

Nellemann, C., and G. Fry. 1995. Quantitative analysis of terrain ruggedness in reindeer winter grounds. Arctic 48:172–176.

Nicholson, M. C., R. T. Bowyer, and J. G. Kie. 1997. Habitat selection and survival of mule deer: tradeoffs associated with migration. Journal of Mammalogy 78:483–504.

Pincus, H. J. 1956. Some vector and arithmetic operations on two-dimensional orientation variates, with application to geological data. Journal of Geology 64:533–557.

Riley, S. J., S. D. DeGloria, and R. Elliot. 1999. A terrain ruggedness index that quantities topographic heterogeneity. Intermountain Journal of Sciences 5:1–4.

Schramm, D. R. 1982. Floristics and vegetation of the Black Mountains, Death Valley National Monument, California. Cooperative National Parks Resources Study Unit CPSU/UNLV Contribution 012/13, University of Nevada, Las Vegas, USA.

Smith, T. S., J. T. Flinders, and D. S. Winn. 1991. A habitat evaluation procedure for Rocky Mountain bighorn sheep in the Intermountain West. Great Basin Naturalist 51:205–225.

Turner, J. C., C. L. Douglas, C. R. Hallum, P. R. Krausman, and R. R. Ramey. 2004. Determination of critical habitat for the endangered Nelson's bighorn sheep in southern California. Wildlife Society Bulletin 32:427–448.

United States Geological Survey. 1993. U.S. GeoData digital elevation models data users guide. U.S. Geological Survey, Reston, Virginia, USA.

*Associate Editor: Haufler.*

Bighorn Sheep Risk of Contact Tool Page 270

BLM_0050115

## Frequently Asked Questions (Model)

Wednesday, August 06, 2014
10:21 AM

Document from Robin Sell about RoC Model (email 8/4/2014)
Yellow highlight is from Robin Sell; Blue highlight is from Missy Siders

---

### Frequently asked questions

Version 1.0

## Model structure:

*Does the Tool model attraction between bighorn sheep and domestic sheep?*

No. The Tool only models the probability that foraying bighorn sheep will reach allotments: it does not model their interactions with domestic sheep occupying those allotments. Also, the probability of contact with an allotment is based solely on the habitat suitability and distance of the allotment from the Core Herd Home Range (CHHR): the presence or absence of domestic sheep in an allotment plays no role (in the model) in the probability that bighorn sheep will reach that allotment.

This does *not* mean that managers shouldn't consider the known attraction of the species for one another. In the Payette analyses, interspecies attraction was one reason that we considered that BHS contact with allotments might be a good proxy for the probability of BHS contact with domestic sheep in that allotment. We did not, however, model the possibility that domestic sheep might increase the probability that bighorn sheep would reach an allotment in the first place.

*How does the Tool take into account the amount of time BHS and DS are within contact of each other?*

As explained in the previous answer, the Tool models the probability that foraying bighorn sheep will reach allotments. It does not directly model their interactions with domestic sheep occupying those allotments, nor the amount of time they spend in them.

However, if it is known that an allotment is only occupied by domestic sheep during a limited but definable period, the analysis should specify that period and the model inputs should be adjusted accordingly. The May-October "summer season" used in the Payette analyses model reflected the period when domestic sheep were on NFS lands, and the 14% ram foray probability was based on that time window. If domestic sheep had only occupied allotments during a single month, we would have instead used the (much lower) probability of ram forays occurring during that month.

*How do we incorporate this for a Permit Renewal EA situation?*

*What about the possibility of disease transmission from straying domestic sheep?*

Stray domestic sheep have been implicated in several dieoffs, and in many settings may pose a risk of transmission as large as or greater than do foraying bighorn sheep. Although the Tool does not model this factor, managers should consider the risk of transmission due to straying domestic sheep.

*Did you investigate cost-surface models?*

BLM_0050116

Cost-surface models of animal movement attempt to represent a landscape's permeability (or resistance) to animal movements. Each pixel of the landscape is assigned a resistance value: preferred habitat types have low resistance values, while high values are given to areas that are not preferred or are actively avoided. Locations that can only be reached by long journeys through non-habitat will have the highest path costs, and the lowest probabilities of being reached.

During the early model-development phase of the Payette NF's analyses, Chans O'Brien and Josh O'Brien did look into the possibility of using cost-surface models. They determined that, although a *well-parameterized* cost-surface model might be more realistic, the available data were not sufficient to adequately parameterize such a model. Even among the 1300+ animal years of data in the Hell's Canyon telemetry data set, just 44 ram forays were observed, and in those, observations were typically at two week intervals, so the actual paths travelled by foraying animals were simply unknown. Given that sheep on forays do seem to exhibit different behavior and habitat preferences than they do while inside the home range, there were simply not enough data to support a cost-surface analysis.

### *Data inputs and default parameter values*

#### *What is cell size of the raster layer?*

The habitat layers that Chans O'Brien has produced for each of the western states are composed of 30 meter by 30 meter grid cells.

#### *How many animals (and how many points per animal) are needed to estimate a CHHR?*

In the Payette NF's analyses, we employed a cutoff of 21 points per animal, but there is no hard rule. Like the rest of the model, the CHHR delineation should not be carried out in a vacuum, and the reasonableness of its estimated boundaries should by examined by an informed wildlife biologist.

Also, the number of points in a telemetry dataset is only one measure of its quality. Just as important is how representative of whole-year (or whole-season) use patterns those points are. In general, it's better to have a smaller number of records well distributed through the year than it is to have many "non-independent" points collected over a short time interval.

#### *Where do the default habitat preference values come from? Were they arbitrary ("just SWAGs" in the words of one questioner)?*

No. The values (shown in PowerPoint slides 22 and 29, and User Guide Figures 17 and B-10) were derived from the Hells Canyon Bighorn Sheep Restoration Committee telemetry data set (approximately

BLM_0050117

54,000 data points) that formed the basis of much of the Payette NF's analyses. Preference values were based on a use/availability model which compares the proportion of telemetry points falling within a given habitat type to the proportion of the landscape composed of that habitat type (See Payette FEIS Appendix L, p. L-32).

For example, while outside of the CHHR, Hells Canyon bighorn sheep exhibited relative habitat preferences of 1.00 for habitat and 0.142 for connectivity habitat. This implies that a given acre of habitat is nearly 7 times more likely to be visited or occupied by a bighorn sheep than the same area of connectivity habitat. Likewise, an allotment completely composed of habitat will be estimated to have 7 times the contact rate as it would were it fully composed of connectivity habitat.

### How should habitat preferences be adjusted based on the amount of habitat and non-habitat? Do you recommend using the habitat preferences in the User Guide?

Use/availability habitat preferences are expressed on a per area basis, so they may be applied without modification in landscapes with differing amounts of habitat and non-habitat.

The habitat preferences in the User Guide were based on actual observations of habitat use by Hells Canyon-area animals. In areas where enough telemetry data exist, it is possible (and maybe advisable) to calculate observed preferences of local bighorn sheep.

The Tool is also set up to use regionally appropriate habitat preference models wherever they are available. The Tool's habitat layer input field will accept any integer or real-valued *.GRD, *.ASCII, or *.TIFF raster file. (See Section 3.2.2 of the User Guide for more details.)

### Is the risk of contact sensitive to herd size? Do users need to have good quality information about herd size and sex ratios?

The estimated risk of contact *is* sensitive to herd size. In fact, the relationship between the two is *linear*, meaning that, e.g., doubling the number of animals in a herd will double the herd's expected annual contact rates with surrounding allotments.

Because rams are much more likely than ewes to leave the CHHR (i.e. to engage in foray movements), and tend to travel farther from the CHHR when they do, a herd's sex ratio also plays an important role in determining estimated contact rates. For a good first approximation, a herd's rate of contact is determined by the number of rams it contains.

In the Payette analyses, estimates of herd size and sex ratio were primarily based on annual counts conducted by the three State wildlife agencies responsible for the area's bighorn sheep. In some cases, herd-specific counts were available, while in others, counts were at the level of hunting units. Observed ram:ewe ratios clustered tightly around 35:65 (see page L-41 of the Technical Appendix), forming the

BLM_0050118

empirical basis for the empirical basis for the Tool's default value. Sex ratio data for other areas (e.g. state census data) can be used if available.

**Can all BHS on a forest be analyzed at once, or does each BHS herd need to be analyzed separately? Is there a minimum distance between distinct herds?**

The Tool is designed to calculate risk of contact on a herd-by-herd basis. The CHHR should delineate the area typically used by members of a herd, from the borders of which any animal in the herd might make a foray movement. Forests or Districts encompassing several distinct herds should thus run the Tool several times, once for each identifiable herd. Where delineating the boundaries between herds is difficult or impossible, we advise consulting with both state and federal wildlife biologists, the maintainers of the Tool, and those involved in the Payette analysis, who have some experience with this issue.

*It appears we need to draw boundaries between the various herds and not look at overlap of results. Am I correct in this assumption?*

## Scope/range of model's applicability

**What about seasonality of model? (e.g., what to do in a desert setting where considerable variation in movement patterns between breeding and non-breeding seasons is known to exist?)**

Based on the period of allotment usage by domestic sheep and seasonal differences in bighorn sheep foray patterns, the Payette NF ran the model separately for "winter" and "summer" seasons. In other locations, knowledge of local bighorn sheep's behavior and/or domestic sheep grazing patterns will lead to the choice of different seasons of analysis. The recommended workflow is to run the Tool once for each season of interest and to then aggregate the estimated rates of contact during each season. (Care should be taken to adjust foray probabilities to match the length of each season: all else being equal, foray probabilities will be higher during a six-month period than during a one-month period.)

*I believe that this is saying we need to delineate herds and not area (i.e. allotments) between herds. After we generate results for each herd we can use the "max" command in spatial analyst to compile the results into one grid.*

**Can the Tool be used to model interactions between bighorn and cattle (or any animals other than domestic sheep)? Are there any known cases of disease transmission from cattle to sheep?**

Yes and yes. The Tool certainly could be applied to contact with other species. The Tool models probability of forays reaching different parts of a landscape, irrespective of what activities are occurring there. It could just as well be used to model probability of contact with cattle-occupied allotments (or roads, or areas of ORV use) as it can be used to model probability of contact with domestic-sheep occupied allotments. The management implications of these "other types" of contacts would clearly be very different.

BLM_0050119

Although there are a few documented cases of disease transmission from cattle to bighorn sheep, contact with cattle is normally not a concern.  Bighorn sheep and domestic sheep are attracted to one another and have behavioral and physiological similarities, unlike the situation with cattle.  The few known instances involved extreme circumstances such as drought or hard winters that brought the two in close proximity.  These unusual events can be prevented by not watering or salting near bighorn sheep.

***Could the model be used to evaluate relative suitability of different potential reintroduction sites in a landscape containing numerous private domestic sheep flocks?***

Yes, that would be an excellent setting in which to use the model.

***What about impacts of domestic sheep on private/State/other non-Federal lands?***

The Tool can be used to calculate the risk of contact with any polygon defining an area within which domestic sheep are found. As part of its cumulative effects analysis, the Payette NF did consider the risk of contact with private sheep and goat farm flocks, as well as with BLM land located near CHHRs.

## Management implications

***What is the suggested size of a single analysis area? Allotment? Ranger District? State? Region?***

This may vary by agency regulatory requirements and the purpose of the individual analysis. The model could be applied to any of these. For Forest Planning, i.e. viability-related issues at Forest Plan scale, the National Forest might be an appropriate analysis area.  For analyses of possible allotment management plan revisions, the allotment scale might be more appropriate.

The Payette analysis was carried out in response to the Chief's remand of the Forest Plan due to viability issues potentially resulting from contact between bighorn sheep and domestic sheep.  NFMA and the Forest Service's interpretive regulations require that habitats be managed to support viable populations of species at a Forest scale.  Hence, the analysis area incorporated bighorn sheep populations potentially affected by management at the Forest scale.

For BLM administered lands, The Federal Land Policy and Management Act of 1976 (FLPMA) states "the Secretary (of Interior) shall by regulation or otherwise, take action necessary to prevent unnecessary or undue degradation of the (public) lands."  FLPMA also requires the BLM to manage its lands for multiple use and sustained yield.  According to the Act, sustained yield means "the achievement and

BLM_0050120

maintenance in perpetuity of a high–level annual or regular periodic output of the various renewable resources of the public lands consistent with multiple use" (43 USC § 1701 Sec. 103(h)).

For both the Forest Service and the BLM, the National Environmental Policy Act (NEPA) also prohibits the agencies from making an irreversible or irretrievable commitment of resources until those recognized risks are analyzed.  See 42 U.S.C. § 4332.

*How should users deal with allotments that intersect the CHHR?*

A CHHR that intersects an allotment already construes contact with the allotment.   Further, in these cases, there is already a high risk for interspecies contact.   Hence, the Tool does not attempt to estimate a probability of contact in these cases.  The Risk of Contact model focuses on the risk of contact due to relatively infrequent bighorn sheep forays. Where the CHHR itself overlaps an allotment, there is by definition, contact with the allotment.   Contact with the allotment is occurring whenever bighorn sheep utilize that portion of their CHHR.  Although no rate of contact is provided, users should assume multiple contacts per year with the allotment in these types of situations.

*This paragraph should be considered by the Dominguez - Escalante RMP team.*

Users *can* use the CHHR to clip the allotment so that only parts of it lying outside of the CHHR are considered. A knowledgeable wildlife biologist should be consulted before this type of manipulation is carried out.

*What is an acceptable level (probability or rate) of contact? Do you have any suggestions about how to translate the output of the Tool into management recommendations? What are recommended courses of action?*

Obviously, the greater the rate of contact, the more likely that contact will result in a disease transmission event, and potentially a disease outbreak in a bighorn sheep population.  In the Payette analysis, the rate of contact with allotments was used as one element in a complex disease model which estimated extirpation probabilities for various herds.

The Payette EIS also estimated disease return intervals (in years) under risk scenarios that varied in the likelihood of a disease outbreak given contact with an allotment (see EIS Table W-29).  Estimated disease return intervals help managers assess the possible impacts of outbreaks on bighorn sheep populations. Chapter 3 of the EIS discusses the ramifications of various disease return intervals.  We recommend that model users refer to the EIS for examples of how this and other metrics may assist decision makers in interpreting the model's results.

*Have copy saved: ‹file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Payette Bighorn Sheep Amendment\2 FSEIS Chapter Three Terrestial Wildlife Species.pdf›*

The development team is considering next steps for how the probability and rates of contacts from the Risk of Contact Model can be used for near-term management recommendations. One step is to develop an output table that converts contact rates to estimated disease outbreak intervals given various risk assumptions that a contact with an allotment will result in a disease outbreak event.  This

*How?*

information, along with other metrics used for the model, can be used to inform decision-makers on risks associated with different alternative management actions.

*Will using a Payette-style analysis lead to Payette-type conclusions?*

BLM_0050121

information, along with other metrics used for the model, can be used to inform decision-makers on risks associated with different alternative management actions.

*Will using a Payette-style analysis lead to Payette-type conclusions?*

The model is an adaptation of the Payette-style analysis that will be executed using site-specific information derive site-specific results.  It is one tool, in addition to other biological, social and economic factors, used by line officers in making an informed decision.

*Is the model "conservative" with respect to estimating the risk of contact?*

The model is intended to be neither conservative, nor liberal, in its risk of contact estimate.  It aims to provide a realistic framework for characterizing likely bighorn sheep movements across landscapes given what we understand about their behavior and habitat suitability. Obviously, the more data one has on populations and movement patterns and distances, the more accurate the model will be. We did analyze how well the telemetry data points fit the habitat model and found that 92% of the telemetry points fell within modeled suitable habitat. The probabilities that sheep will reach each point on the landscape are mathematically derived using observed foray frequencies and distances and habitat preferences. Hence, the risk of contact model is likely not an overreach. The additional factor of known attraction between the two species is not modeled so from that perspective, it might be considered conservative.

Estimating the probability that contact with an allotment will result in a disease outbreak is a different question. Obviously, the more contacts, the more likely a disease transmission and subsequent outbreak will occur. One can evaluate the rates of contact, relative to the risks of a contact resulting in a disease outbreak. We address one approach to quantifying disease transmission risk in our response to the previous question "*What is an acceptable level (probability or rate) of contact?*".

*Is there a realistic minimum viable population size for bighorn herds?*

We really didn't recommend a minimum population size to the model.  The definition from our planning regulations for a viable population is: "**A population of a species that continues to persist over the long term with sufficient distribution to be resilient and adaptable to stressors and likely future environments**".  The literature suggests a range from 100-188 animals to provide for bighorn sheep population persistence.

*How should managers account for risk of contact with domestic sheep occupying areas that are not administered by their agency? What does the model imply about the likely persistence/viability of*

BLM_0050122

*disjunct "island" populations surrounded by domestic sheep that are not grazing on NF lands, but are within easy foray distance of the bighorn sheep?*

Federal and state agencies need to consider the contributions of all land ownerships to bighorn sheep recovery. The Payette EIS did analyze the potential contact rates and disease transmission potential contributed by private lands. The private and state lands with domestic sheep are a disease transmission concern to be addressed with state, federal and NGO partners to minimize interspecies contact.

Agencies are responsible for management on their own lands. The courts have usually ruled that regardless of threats to species on other ownerships, agencies still must demonstrate management that is consistent with their regulations (e.g. viability). The management of salmon/steelhead populations on NFS lands is a good example: even though the vast majority of impacts occur off NFS lands, there is still a clear responsibility that agencies must provide conservation measures for habitats on public lands.

*How should results in the contact model's output table be interpreted? How can they be described in narrative form?*

This frequently asked question does not ask for direction on the management actions that should be taken based on the results in the output table. Instead, it seeks clarification of the precise meaning of the values in the table.

The discussion of alternatives in Chapter 3 of the Payette NF's FSEIS (especially the section beginning on page 3-55) provides one example of how the model's contact rate and probability estimates may be described. Another example is included below.

Beginning with the raw Contact Tool output (Table 1), we first describe the calculations needed to produce a second table that displays estimated contact rates from a single bighorn sheep herd to two nearby domestic sheep allotments. The second, further processed, table is followed by a narrative description of its contents.

Expected number contacting allotment each year/season

| Allot_ID | Prb_Ram_Cont | Prb_Ewe_Cont | All Ram Contact Rate Rate_Ram_Cont | All Ewe Contact Rate Rate_Ewe_Cont | Total Herd Contact Rate Rate_Hrd_Cont | Notes |
|----------|--------------|--------------|------------------------------------|------------------------------------|---------------------------------------|-------|
| IVY CREEK | 0.017349 | 0.009197 | 0.171236 | 0.017934 | 0.189169 | |
| FISHER MTN | 0.066014 | 0.031482 | 0.651553 | 0.06139 | 0.712944 | |

**Table 1: Raw output from Contact Tool.** The Prb_Ram_Cont and Prb_Ewe_Cont columns contain probabilities that, *given that an animal is on a foray,* it will contact an allotment. All subsequent columns are rates that incorporate both the probability of a foray (i.e. the probability that an animal will leave its CHHR) and the probability that a foraying animal subsequently contacts a given allotment).

7 contact in 10 years

The "Prb_Ram_Cont" and "Prob_Ewe_Cont" columns display the probabilities that – **once a ram or ewe in the population leaves its CHHR** – it will contact an allotment. Most animals, though, don't leave the

CHHR at all in a given year. To calculate the more useful annual probability that a given ram or ewe will leave the CHHR and then go on to contact an allotment, the values in those two columns, "Pro_Ram_Cont" and "Prb_Ewe_Cont", need to be multiplied by the proportion of rams or ewes in the population that leave the CHHR.

The default annual/seasonal foray probabilities are 14.1% for rams, and 1.5% for ewes. For the Fisher

BLM_0050123

"Prb_Ram_Cont" and "Prb_Ewe_Cont", need to be multiplied by the proportion of rams or ewes in the population that leave the CHHR.

The default annual/seasonal foray probabilities are 14.1% for rams, and 1.5% for ewes. For the Fisher Mountain Pasture, the probability a given ram will leave the CHHR and contact an allotment is 0.066014 *0 .141 = 0.009308, nearly one in a hundred. For a ewe, the value is 0.015 *0.031482 = 0.000472. These and similar calculations for Ivy Creek are entered in the first two columns of Table 2.

| Pasture | Estimated annual contact rates via foray. | | | | |
|---|---|---|---|---|---|
| | Single ram | Single ewe | All rams | All ewes | All animals (Herd) |
| Ivy Creek | 0.002446 | 0.000138 | 0.171236 | 0.017934 | 0.189169 |
| Fisher Mtn | 0.009308 | 0.000472 | 0.651553 | 0.06139 | 0.712944 |

Table 2: Estimated annual contact rates of herd S15 (130 ewes and 70 rams) with Ivy Creek and Fisher Mountain pastures.

*Interpreting entries in the annual contact rates table (Table 2).*

- **Single Ram Contact Rate:**   Annual/Seasonal probability that a typical ram will leave its Core Herd Home Range (CHHR) and contact this pasture.

   *Fisher Mtn. Example:*   There is an estimated 0.93% probability that any given ram will leave the S15 herd's CHHR and contact the Fisher Mtn. pasture in any given year/season.

- **Single Ewe Contact Rate:**   Annual/Seasonal probability that a typical ewe will leave its Core Herd Home Range (CHHR) and contact this pasture.

   *Fisher Mtn. Example:*   There is a 0.047% probability that any given ewe will leave its CHHR and contact this pasture each year/season.

- **All Rams Contact Rate:**   Expected number of rams contacting the pasture each year/season.

   *Fisher Mtn. Example:*   Based on the number of rams and their individual contact probabilities, it is estimated that S15 rams will foray from the CHHR and make contact

BLM_0050124

with this pasture at a rate of 0.65 times per season. In other words, one ram contact with the Fisher Mtn. pasture is expected every 1.5 (= 1 / 0.65) years/seasons.

- **All Ewes Contact Rate:**   Expected number of ewes contacting pasture each year/season.

    *Fisher Mtn. Example:*  Based on the number of ewes (130) and their individual contact probabilities (0.047%), it is estimated that S15 ewes will foray from the CHHR and make contact with this pasture at a rate of 0.06 (= 130 * 0.047%) times per year/season. In other words, one ewe contact with the pasture is expected to occur every 16 (= 1 / 0.06) years/seasons.

- **Total Herd Contact Rate:**   Average number of adult bighorn sheep (rams plus ewes) expected to foray from the CHHR and contact this pasture each year/season.

    *Fisher Mtn. Example:*   Based on the aggregate ram and ewe contact rates (0.65 and 0.06 contacts/year respectively), it is expected that a bighorn sheep will foray from the core herd range and make contact with this pasture at a rate of 0.71 times per year/season.  In other words, seven bighorn sheep contacts with the Fisher Mtn. pasture are expected to occur every ten years.

For the Fisher Mtn. example, the total contact rate is 0.713, equating to a rate of approximately 7 contacts every 10 years. If one in four contacts results in disease transmission and a subsequent outbreak, a disease outbreak would be expected to occur every 10 years if not sooner. Even if just one in 10 contacts results in an outbreak, disease outbreaks would be expected every 14 years, on average. Outbreaks at this level would mean that the population is consistently exposed to ongoing disease transmission and resultant outbreaks. The population would likely be extirpated as a result of consistent exposure to interspecies contact.

*Need to get estimation of disease outbreak from CPW (Brad Banulis)*

*Some Further Considerations in Interpreting Contact Rates Relative to Bighorn Sheep Persistence*

The Risk of Contact Model provides outcomes that reflect contact rates between bighorn sheep and domestic sheep allotment boundaries.  This may, or may not, equate to interspecies contact.  There is no literature available that allows an estimate of bighorn sheep contacts with an allotment and real interspecies contact rates in wildland environments.  To account for this uncertainty, we can evaluate an array of probabilities that contact with an allotment would result in actual interspecies contact that would in turn result in disease transmission and a subsequent disease outbreak.  The Payette analysis defined a "moderate" rate of contact with an allotment resulting in a disease outbreak at 0.25, or that 1 in 4 contacts with an allotment would result in interspecies contact, disease transmission, and a disease outbreak.  Scenarios with probabilities above and below this value were evaluated; i.e., from 0.05 (1 in 20) and 1.0 (every) contacts with an allotment resulting in a disease outbreak event.  This approach allows the relative comparison of alternatives while recognizing uncertainties associated with these assumptions.

*How does this compare to our High, Moderate, Some and Low levels in the local model? High= overlap with range? Moderate>0.25? Some?*

BLM_0050125

Although the mechanisms of disease transmission and resulting disease outbreaks in bighorn sheep following interspecies contact are not fully understood , there is compelling evidence from the literature indicating the need to prevent interspecies contact and associated management guidance that these species be kept separate (See WAFWA 2012).   The Risk of Contact model does provide the probability and rates of contact between bighorn sheep and allotments where they potentially can contact domestic sheep.  This is a logical surrogate to address separation.

The effects of respiratory disease outbreaks on bighorn sheep populations are often severe (See Besser et al. 2012a, Table 1 and Besser et al 1012b, Table 1.).  Controlled pen experiments identified in Besser et al. 2012a resulted in complete or nearly complete die-offs of bighorn sheep following contact with domestic sheep.  Besser et al 2012b, Coggins and Matthews 1992, and Foreyt 1990 also document that disease perturbations can affect lamb recruitment for several years following a severe population declines resulting from disease epizootics.   Hence, when bighorn sheep disease die-offs occur, there is a substantial immediate morality (population decline), and a delayed recoverability due to poor lamb recruitment, that can follow in the aftermath for many years.

Although there is no guidance on the number of decades required to recover from a disease outbreak, observations of herds that have experienced pneumonic events indicate it likely requires several.   Given the severity of respiratory die-offs and the potential link to domestic sheep as a causal factor in outbreaks, management scenarios should allow for long periods of time without interspecies contact. Population recovery is unlikely where interspecies contact, potentially resulting in disease transmission and subsequent disease outbreaks, occur within a few decades of each other.

As an example, if the model output is 0.08 contacts (combined ram and ewe) with an allotment per year, and the assumed probability of a contact with an allotment resulting in an interspecies disease transmission and outbreak event is one in four (0.25),  the average disease outbreak period would be 50 years.  Although we still lack empirical data to make recommendation on the periodicity of outbreaks, and the effects on bighorn sheep, this might be a good benchmark to ensure population persistence until better data are available.

Citations:

Besser, T.E,, E.F. Cassirer, C. Yamada, K.A. Potter, C. Herndan, W.J. Foreyt, D.P. Knowles, and S. Srikumaran.  2012. Survival of bighorn sheep (Ovis Canadensis) comingled with domestic sheep (Ovis aries) in the absence of mycoplasm ovipnemoniae.  J. Wildl. Dis.  48(1): 168-172.

Besser, T.E., M.A. Highland, K. Baker, E.F. Cassirer, N.J. Anderson, J.M. Ramsey, K. Mansfield, D.L. Bruning, P. Wolff, J.B. Smith, and J.A. Jenks. 2012. Causes of pneumonia epizootics among bighorn sheep, 2008-2010. Emerg. Infect. Dis. 18(3):406-414.

BLM_0050126

Coggins, V. L., AND P. E. Matthews. 1992. Lamb survival and herd status of the Lostine bighorn herd following a Pasteurella die-off. Proceed. Biennial Symposium of the Northern Wild Sheep and Goat Council 8:147-154.

Foreyt, W. J. 1990. Pneumonia in bighorn sheep: effects of Pasteurella haemolytica from domestic sheep and effects on survival and long-term reproduction.  Proceed. of the Biennial Symposium of the Northern Wild Sheep and Goat Council 7:92-101.

Western Association of Fish and Wildlife Agencies (WAFWA). 2010. Recommendations for Domestic Sheep and Goat Management In Wild Sheep Habitat. WAFWA Wild Sheep Working Group. 29 pp.

BLM_0050127

# Prep for meeting

Thursday, December 04, 2014
10:17 AM

✔ Pull apart all populations
✔ Identify each population as either Rocky Mountain or Desert
✔ Set up edit environment for each population
Secure best data and parameters
✔ Establish logging method (spreadsheet, onenote, ... )
Conduct test runs
   Does AddIn function?
   Are all the components installed?



BLM_0050128





Bighorn Contact Assessment
Home Range
Foray Analysis
Contact Analysis
Contact Analysis Output Name
dolores_ca_20141210_3
Foray Analysis Output Directory
T:\CO\GIS\giswork\ufo\projects\
Browse
Allotment Layer (Polygon)
grazing_allotments_ufo_gufo
Allotment ID Field
ALLOT_NAME
Herd Size
55
Herd Sex Ratio:
Ram
49
Ewe
100
Foray Probability:
Ram
0.141
Ewe
0.015
Calculate

Bighorn Contact Assessment
Home Range
Foray Analysis
Contact Analysis
Foray Analysis Output Name
black_cyn_fa_20141210_1
Core Herd Home Range Layer (Polygon)
black_canyon
Habitat Layer (Raster)
bhs_hab_co
Habitat Class
Relative Preference
1
1
2
0.177
10
0.029
Ram Distance Distribution File
S:\GIS\workspace\bighorn_risk_c
Browse
Ewe Distance Distribution File
S:\GIS\workspace\bighorn_risk_c
Browse
Calculate









Bighorn Contact Assessment
Home Range
Foray Analysis
Contact Analysis
Foray Analysis Output Name
doming_fa_20141210_1
Core Herd Home Range Layer (Polygon)
dominguez
Habitat Layer (Raster)
bhs_hab_co
Habitat Class
Relative Preference
1
1
2
.177
10
.029
Ram Distance Distribution File
S:\GIS\workspace\bighorn_risk_c
Browse
Ewe Distance Distribution File
S:\GIS\workspace\bighorn_risk_c
Browse
Calculate

Bighorn Contact Assessment
Home Range
Foray Analysis
Contact Analysis
Contact Analysis Output Name
doming_ca_20141210_1
Foray Analysis Output Directory
:\doming_fa_20141210_3_Output
Browse
Allotment Layer (Polygon)
grazing_allotments_ufo_gufo
Allotment ID Field
ALLOT_NAME
Herd Size
160
Herd Sex Ratio:
Ram
44
Ewe
100
Foray Probability:
Ram
0.141
Ewe
0.015
Calculate

Bighorn Contact Assessment
Home Range
Foray Analysis
Contact Analysis
Foray Analysis Output Name
cow_creek_fa_20141210_1
Core Herd Home Range Layer (Polygon)
cow_creek_wetterhorn
Habitat Layer (Raster)
bhs_hab_co
Habitat Class
Relative Preference
1
1
2
0.177
10
0.029
Ram Distance Distribution File
S:\GIS\workspace\bighorn_risk_c
Browse
Ewe Distance Distribution File
S:\GIS\workspace\bighorn_risk_c
Browse
Calculate

Bighorn Contact Assessment
Home Range
Foray Analysis
Contact Analysis
Contact Analysis Output Name
cow_creek_ca_20141210_1
Foray Analysis Output Directory
S:\GIS\workspace\bighorn_risk_c
Browse
Allotment Layer (Polygon)
grazing_allotments_ufo_gufo
Allotment ID Field
ALLOT_NAME
Herd Size
238
Herd Sex Ratio:
Ram
68
Ewe
100
Foray Probability:
Ram
0.141
Ewe
0.015
Calculate

## Data from CPW 20141204

Thursday, December 04, 2014
1:12 PM



Siders, Melissa (Missy) <msiders@blm.gov>

### Bighorn population data

**Banulis - DNR, Brad** <brad.banulis@state.co.us>                                    Thu, Dec 4, 2014 at 11:39 AM
To: "Siders, Melissa S" <msiders@blm.gov>, Robin Sell <rsell@blm.gov>, "Quamen, Frank" <fquamen@blm.gov>
Cc: Andy Holland - DNR <andy.holland@state.co.us>

Hey everybody-
Here is the bighorn population data for the herds that I manage.  The information for the other herds will be
coming soon.  Let me know if you have any questions.
Thanks,
Brad

Brad Banulis
Wildlife Biologist

 COLORADO
Parks and Wildlife
Department of Natural Resources

P 970.252.6051  |  F 970.252.6053
2300 S. Townsend Ave., Montrose, CO  81401
brad.banulis@state.co.us  |  cpw.state.co.us

---

📄 **UFO_A18-Bighorn sheep herd status-20141203.xlsx**
    15K

https://mail.google.com/mail/u/0/?ui=2&ik=ff1755f70e&view=pt&search=inbox&msg=14a1f99f8fc11ed5&siml=14a1f99f8fc11ed5                1/1

---

File location:  <file://S:\Biological_Resources\TESpecies\Species_Info\Mammals\Bighorn\UFO_A18-
Bighorn sheep herd status-20141203.xlsx>

BLM_0050132

| Bighorn Sheep RoC Tool v2 Nomenclature | | CPW Nomenclature | Uncompahgre/ Dominguez | Black Ridge | Desert Bighorn DAU=60 | Middle Dolores | Upper Dolores |
|---|---|---|---|---|---|---|---|
| | **HOME RANGE DATA** | Game Management Unit | S62 | S56 | S62/S56 | S63 | S64 |
| 3.2.1 | Bighorn Sheep Telemetry Points used to inform CHHR polygon | CPW Telemetry Points | n/a | Yes | | n/a | n/a |
| 3.2.1 | Bighorn Sheep Observation Points used to inform CHHR polygon | CPW Observation Points | Yes | Yes | | Yes | Yes |
| 3.2.1 | Bighorn Sheep GPS Points used to inform CHHR polygon | CPW GPS Points | 12 | n/a | | Yes | Yes |
| 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer SUMMER | CPW Bighorn Summer Range | Summer | Summer | | Summer | Summer |
| 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer WINTER | CPW Bighorn Winter Range | Winter | Winter | | Winter | Winter |
| 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer OVERALL | CPW Bighorn Overall Range | Overall | Overall | **Overall** | Overall | Overall |
| | **FORAY DATA** | | | | | | |
| 3.2.2 | Habitat Preference Raster Layer (Habitat Class) SUMMER | CPW Suitable Habitat Models? | n/a | n/a | **n/a** | n/a | n/a |
| 3.2.2 | Habitat Preference Raster Layer (Habitat Class) WINTER | CPW Suitable Habitat Models? | n/a | n/a | **n/a** | n/a | n/a |
| 3.2.2 | Habitat Preference Raster Layer (Habitat Class) YEAR-ROUND | CPW Suitable Habitat Models? | Year-round | Year-round | **Year-round** | Year-round | Year-round |
| 3.2.2 | Habitat Preference Raster Layer (Relative Preference)* | N/A | Default Values | Default Values | **Default Values** | Default Values | Default Values |
| 4.4.1 | Ram & Ewe Distance Distribution File SUMMER | N/A | Summer Default Values | Summer Default Values | **Summer Default Values** | Summer Default Values | Summer Default Values |
| | Ram & Ewe Distance Distribution File WINTER | N/A | n/a | n/a | **n/a** | n/a | n/a |
| 4.5.1 | ADULT Herd Size | CPW 3-year average# | 120 | 150 | **270** | 42 | 92 |
| 4.5.1 | Herd Sex Ratio/Numbers of (Rams:Ewes) | CPW 3-year average | 36:84 | 56:94 | **93:177** | 13:29 | 31:61 |
| | Ram Ratio (for reference) | CPW 3-year average | 43.7:100 | 60:100 | 52.8:100 | 44.8:100 | 50:100 |
| 4.5.1 | Foray Probability SUMMER | N/A | Summer Default Values | Summer Default Values | **Summer Default Values** | Summer Default Values | Summer Default Values |
| 4.5.1 | Foray Probability WINTER | N/A | n/a | n/a | **n/a** | n/a | n/a |

BLM_0050133

Use BOLD typeface at DAU or GMU level (DAU is used when polygons are connected and movement connection is known, otherwise GMU is used

CHHR typically equals CPW Overall polygon; specific seasonal polygons are only used when specific AND complete knowledge is possessed.

*Normally, people use the default values from the ROC User Guide - at this point, use summer default values for everything
**Still need connector habitat and non-habitat

##Default to Rocky Mountain Summer unless CPW has distance estimates for DBHS

Would be critical to look at points independently and then overlay with CHHR
Need to verify data with local biologists!

From CPW on May 5, 2015 with new numbers for Gunnison FO needs

Bighorn Sheep Risk of Contact Tool Page 289

BLM_0050134

**Rocky Mountain Bighorn**

| DAU≠61 | Black Canyon | Cow Creek/Wetterhorn | Lake Fork/Pole Mountain | DAU≠21 | Dillon Mesa/W. Elk | Snowmass West | Snowmass East | Taylor River |
|---|---|---|---|---|---|---|---|---|
| S63/S64 | S80 | S21 | S33 | S21/S33 | S54 | S25 | S13 | S26 |
| | n/a | n/a | n/a | n/a | n/a | 20 | n/a | n/a |
| | ? | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| | n/a | Yes | Yes | Yes | n/a | 13 | 7 | n/a |
| | Summer | Summer | Summer | Summer | Merged Summer/Winter | Summer | Summer Refinement | Summer |
| | n/a | Winter | Winter | Winter | Merged Summer/Winter | Winter | Winter | Winter |
| Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall |
| | | | | | | | | |
| n/a | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer |
| n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Year-round | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values |
| Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values |
| n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 134 | 30 | 204 | 100 | 304 | 90 | 51 | 60 | 30 |
| 44:90 | 8:22 | 82:122 | 44:56 | 126:178 | 28:62 | 16:35 | 20:40 | 13 |
| 48.4:100 | 35:100 | 67.9:100 | 67.9:100 | 67.9:100 | 45:100 | 47.4:100 | 50:100 | 76:100 |
| Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values |
| n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

BLM_0050135



Bighorn Sheep Risk of Contact Tool Page 291

BLM_0050136

| Fossil Ridge | DAU=23 | Lower Lake Fork | Main Canyon | Battlement Mesa | West Needles | Cochetopa Canyon | Collegiate North | Collegiate South | DAU= | Buffalo Peaks | Browns Canyon |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S71 | S26/S71 | S81 | S75 | S24 | S71 | S69 | S11 | S17 | S11/S17 | S12 | S47 |
| n/a | | n/a | n/a | n/a | Yes | Yes | No | No | Yes | Yes | Yes |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| n/a | | n/a | n/a | n/a | No | No | No | No | No | No | No |
| Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer |
| Winter | Winter | Winter | Winter | Winter | Winter | Winter | Winter | Winter | Winter | Winter | Winter |
| Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall |
| Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer |
| n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values |
| Summer Default Values | Summer Default Values | Summer | Summer | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values |
| n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 25 | 50 | 10 | 45 | 55 | 45 | 80 | 110 | 175 | 285 | 175 | 70 |
| 5 | 20 | 4:6 | 10:35 | 16:39 | 15:30 | 32:48 | 20:80 | 40:135 | 62:223 | 50:125 | 20:50 |
| 25:100 | 67:100 | 40:100 | 30:100 | 40:100 | 50:100 | 65:100 | 25:100 | 30:100 | 28:100 | 40:100 | 40:100 |
| Summer Default Values | Summer Default Values | Summer | Summer Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values |
| n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

BLM_0050137



Bighorn Sheep Risk of Contact Tool Page 293

BLM_0050138

| Trickle Mountain | Marshall Pass | Natural Arch S55 South Central | DAU=11 | San Luis Peak | Bellows Creek | Bristol Head | DAU= 22 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| S10 | S20 | | S20/S10/S55 | S22 | S36 | S53 | S22/S53/S36 |
| n/a | Yes | n/a | n/a | n/a | n/a | n/a | n/a |
| Available | Yes | Available | Available | Available | Available | Available | Available |
| n/a | No | n/a | n/a | n/a | n/a | n/a | n/a |
| Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer |
| Winter | Winter | Winter | Winter | Winter | Winter | Winter | Winter |
| Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall |
| Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer |
| n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Default Values | Default Values | Default Values | Default | Default Values | Default Values | Default Values | Default Values |
| Summer Default Values | Summer Default Values | Summer Default Values | Summer | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values |
| n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 34 | 25 | 20 | 79 | 52 | 39 | 96 | 187 |
| 10:24 | 5:20 | 8:12 | 24:55 | 17:35 | 11:28 | 35:61 | 62:125 |
| 42:100 | 25:100 | 66:100 | 43:100 | 50:100 | 40:100 | 57:100 | 50:100 |
| Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values |
| n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

BLM_0050139

# GIS Data Layers

Wednesday, December 10, 2014
1:54 PM

Layer file containing everything:
T:\CO\GIS\giswork\ufo\projects\wildlife\bighorn_sheep_risk_of_contact_tool\layers\Bighorn Risk of Contact Tool Data.lyr

Individual populations:
- **Black Canyon**: T:\CO\GIS\giswork\ufo\projects\wildlife\bighorn_sheep_risk_of_contact_tool \layers\bighorn_sheep_risk_of_contact_tool.gdb\data\black_canyon
- **Dominguez**: T:\CO\GIS\giswork\ufo\projects\wildlife\bighorn_sheep_risk_of_contact_tool\layers \bighorn_sheep_risk_of_contact_tool.gdb\data\dominguez
- **Middle Dolores**: T:\CO\GIS\giswork\ufo\projects\wildlife\bighorn_sheep_risk_of_contact_tool \layers\bighorn_sheep_risk_of_contact_tool.gdb\data\middle_dolores
- **CowCreek/Wetterhorn:** T:\CO\GIS\giswork\ufo\projects\wildlife \bighorn_sheep_risk_of_contact_tool\layers\bighorn_sheep_risk_of_contact_tool.gdb\data \cow_creek_wetterhorn
- **Dillon Mesa/West Elk:** T:\CO\GIS\giswork\ufo\projects\wildlife \bighorn_sheep_risk_of_contact_tool\layers\bighorn_sheep_risk_of_contact_tool.gdb\data \dillon_mesa_west_elk
- **Snowmass West:** T:\CO\GIS\giswork\ufo\projects\wildlife\bighorn_sheep_risk_of_contact_tool \layers\bighorn_sheep_risk_of_contact_tool.gdb\data\snowmass_west

Suitability habitat model:
- T:\CO\GIS\giswork\ufo\projects\wildlife\bighorn_sheep_risk_of_contact_tool\layers\bhs_hab_co \bhs_hab_co

Allotments:
- T:\CO\GIS\giswork\ufo\projects\wildlife\bighorn_sheep_risk_of_contact_tool\layers \bighorn_sheep_risk_of_contact_tool.gdb\data\grazing_allotments_ufo_gufo

BLM_0050140

# Notes from 12/12/2014 meeting

Friday, December 12, 2014
10:29 AM

CPW: Please fill in the blanks with how you refer to the ROC input layers
Please fill on the rest of the blanks with what data you have available and indicate so as "Summer", "Winter", "Year-round", or "NO"
Please highlight the data layers that are in development in red

| | Bighorn Sheep Risk of Contact Tool v2 Nomenclature | CPW Nomenclature? | Desert Bighorn: Uncompahgre | Desert Bighorn: Middle Dolores | Rocky Mountain Bighorn: Black Canyon | Rocky Mountain Bighorn: Cow Creek/Watt | Rocky Mountain Bighorn: S4 Dillon Mesa/W | Rocky Mountain Bighorn: ES-25 Snowmass West |
|---|---|---|---|---|---|---|---|---|
| x.x.x | EXAMPLE | CPW EXAMPLE | Summer | Summer | Year-round | Year-round | | |
| 3.2.1 | Bighorn Sheep Telemetry Points | ? | | | | | | |
| 3.2.1 | Bighorn Sheep Observation Points | ? | | | | | | |
| 3.2.1 | Bighorn Sheep GPS Points | ? | | | | | | |
| 3.2.1 | Bighorn Sheep Core Herd Home Range (CHHR) Polygon Layer | CPW Bighorn Overall Range?^ | Year-round, S, W | Year-round, S, W | Year-round = S, W | Year-round, S, W | Year-round, S, W? | Year-round, S, W |
| 3.2.2 | Habitat Preference Raster Layer (Habitat Class) | CPW Suitable Habitat Models? | Suitable only** | Suitable only** | Y ( 3 values) | Y ( 3 values) | Y ( 3 values) | Y ( 3 values) |
| 3.2.2 | Habitat Preference Raster Layer (Relative Preference)* | N/A | N/A | N/A | Default Values? | Default Values? | Default Values? | Default Values? |
| 4.4.1 | Ram & Ewe Distance Distribution File (Summer, Winter) | N/A? | Default Values?## | Default Values?## | Default Values? | Default Values? | Default Values? | Default Values? |
| 4.5.1 | Herd Size | CPW 3-year averaged# | 160 | 55 | 30 | 237.5 | 125 | 60-63 |
| 4.5.1 | Herd Sex Ratio (Rams:Ewes) | CPW 3-year average | 43.7:100 | 44.8:100 | N/A | 67.9:100 | N/A | 36.6:100 (Variable) |
| 4.5.1 | Foray Probability | N/A | Default Values? | Default Values? | Default Values? | Default Values? | Default Values? | Default Values? |

*Normally, people use the default values from the ROC User Guide
**Still need connector habitat and non-habitat
#verify adults only
CPW needs to document where they came up with figures
Are Habitat Preference layers year-round or seasonal?
Need to verify that everyone is ok with ROC default values for Foray Probability (14.5% Rams, 1.5% Ewes)
##Default to Rocky Mountain Summer unless CPW has distance estimates for DBHS
^Need each population named, or use multi-part polygon for all six, also need to make sure that each record is one sheep only
Would be critical to look at points independently and then overlay with CHHR
Need to verify data with local biologists!

From Robin Sell 12/15/2014

BISON CONNECT

**Siders, Melissa (Missy) <msiders@blm.gov>**

## Fwd: BHS ROC webinar handouts

1 message

**Sell, Robin** <rsell@blm.gov> Mon, Dec 15, 2014 at 12:30 PM
To: "Holland - DNR, Andy" <andy.holland@state.co.us>, "Banulis - DNR, Brad" <brad.banulis@state.co.us>, karin.eichhoff@state.co.us, Seth McClean - DNR <seth.mcclean@state.co.us>, "Wait, Scott" <Scott.Wait@state.co.us>, stephanie.ferrero@state.co.us, julie.mau@state.co.us, "Melissa (Missy) Siders" <msiders@blm.gov>, David Sinton <dsinton@blm.gov>, arutledge@blm.gov, Michael Schmidt <mschmidt@blm.gov>, awelsh@blm.gov, tdevaloi@blm.gov, aswinney@blm.gov, dsimon@blm.gov, Joel Humphries <jhumphries@blm.gov>, Heidi Plank <hplank@blm.gov>, Amanda Ewing <alewing@blm.gov>
Cc: "Earl (Tom) Rinkes" <erinkes@blm.gov>, "Quamen, Frank R" <fquamen@blm.gov>, Anthony Titolo <atitolo@blm.gov>, brad.petch@state.co.us, Brandon Diamond - DNR <brandon.diamond@state.co.us>, John Broderick - DNR <john.broderick@state.co.us>, "McLaughlin, Craig" <Craig.McLaughlin@state.co.us>, Codey Carter <cdcarter@blm.gov>, "Thompson, Jay M" <jmthomps@blm.gov>, Kenneth Schauer <kschauer@blm.gov>, Nathaniel West <nwest@blm.gov>, Russell Japuntich <rjapunti@blm.gov>, Hilary Boyd <hboyd@blm.gov>, Desa Ausmus <dausmus@blm.gov>, Darren Long <dlong@blm.gov>, Lisa Belmonte <lbelmont@blm.gov>, Edward Hollowed <ehollowe@blm.gov>, Sylvia Ringer <sringer@blm.gov>, Shawna Wiser <swiser@blm.gov>

Hi everyone-

Thanks to all who were able to attend Friday's webinar discussing data needs and cleanup for the BHS Risk of

Hi everyone-

Thanks to all who were able to attend Friday's webinar discussing data needs and cleanup for the BHS Risk of Contact Model runs. As you can see we have a lot of work to do yet. Enclosed are the 2 documents Frank displayed on the webinar outlining both the status of our data needs and assignments for the next webinar. Note that although the data table is specific to the 6 populations in the Uncompahgre FO area, we will need to provide this data for all populations in the state where we will need to run this model. Gunnison has already expressed the need to run the model for an EIS being developed to address grazing permits within the area of BHS, and will be next out of the gate.

We would tentatively like to **schedule the next webinar/workshop in Montrose on Thursday, Jan. 15th**. **UFO has graciously offered to host the in person mtg, and we will use the NOC's webinar connection.** As such, Missy can I ask you to send out a reminder the first week of Jan. to this larger group and organize the local logistics. This meeting is all dependent on people completing their respective data assignments in a timely manner, so appropriate model runs can occur in advance of the workshop. As a reminder the majority of the assignments are listed on the attachment below. **We will confirm on or about the 12th, that all data is available to conduct this in person meeting.** Please share this with staff I may have missed.

**\*\*Please send all data responses directly to Frank Quamen and David Sinton (in the 'to/cc' lines above).**

I will be on extended leave until Jan. 12th, but you can reach me at my cell below in an emergency. I will send out the notes from our first webinar after the first of the year -

Thanks again for your participation and assistance with this modeling effort and getting Colorado on track to completing this important exercise to inform BHS mgmt. in the state.

Happy Holidays!!

Robin
303.885.1153 (cell)
303.239.3723 (after Jan 12th)

https://mail.google.com/mail/u/0?ik=2&iz=ff1755?fla&view=pt&search=inbox&th=14a49a54af7fahf&simi=14a49a54af7fahfc                                    1/2



SW
Colorado ...

Inserted from: <file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2014 State RoC Model Webinar Effort\SW Colorado Bighorn Sheep ROC Data Needs Assignments.docx>

BLM_0050142

## SW Colorado Bighorn Sheep ROC Data Needs/Assignments

1. BLM: Spreadsheet and GIS Layer of our rough planning schedule (Robin)

2. CPW: Attributed population/herd layer (Karen)

3. BLM: Combine these to get at when the data are most needed (Frank/Anthony)

4. CPW: Verification from Dillon Mesa biologist on Year-round, Summer, Winter for Core Herd Home Range (Brad)

5. BLM send CPW the sub-model for connector habitat as well as RM layer, will also send contact info (Frank)

6. CPW & BLM: Rerun of RM BHS Habitat Preference Raster Layer for connector habitat (Habitat Class) and agreement on the input/base layers (Frank/Anthony/Karen/others)

7. CPW & BLM: Run of D BHS Habitat Preference Raster Layer connector (Habitat Class) and agreement on the input/base layer (Frank/Anthony/Karen/others)

8. CPW: check on herd sizes to include adults only (Andy/others)

9. CPW: check on what to use for herd sex ratios for Black Canyon, Dillon Mesa, & Snowmass West (State averages, additional local data, etc.) (Andy/Julie)

10. BLM & CPW: expand table and data queries to include Gunnison and other planning units on the horizon (Frank/all)

11. BLM: Send out new User Guide when available (Robin)

12. BLM: exchange adjusted allotment data (Anthony/David)



SW Colorado ...

Inserted from: <file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2014 State RoC Model Webinar Effort\SW Colorado Bighorn Sheep ROC Model Input Data Spreadsheet.xlsx>

BLM_0050143

| Bighorn Sheep RoC Tool v2 Nomenclature | CPW Nomenclature? | Desert Bighorn | | | Rocky Mountain Bighorn | | |
|---|---|---|---|---|---|---|---|
| | | Uncompahgre | Middle Dolores | Black Canyon | Cow Creek/Wett. | S-54 Dillon Mesa/W. Elk | S-25 Snowmass West |
| **HOME RANGE DATA** | | | | | | | |
| 3.2.1 Bighorn Sheep Telemetry Points | CPW Telemetry Points | | | | | | |
| 3.2.1 Bighorn Sheep Observation Points | CPW Observation Points | | | | | | |
| 3.2.1 Bighorn Sheep GPS Points | CPW GPS Points | | | | | | |
| 3.2.1 Bighorn Sheep Core Herd Home Range (CHHR) Polygon Layer | CPW Bighorn Overall Range?^ | Year-round, S, W | Year-round, S, W | Year-round = S, W | Year-round, S, W | Year-round, S, W? | Year-round, S, W |
| **FORAY DATA** | | | | | | | |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) | CPW Suitable Habitat Models? | Suitable only** | Suitable only** | Y ( 3 values) | Y ( 3 values) | Y ( 3 values) | Y ( 3 values) |
| 3.2.2 Habitat Preference Raster Layer (Relative Preference)* | N/A | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values |
| 4.4.1 Ram & Ewe Distance Distribution File (Summer, Winter) | N/A | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) |
| 4.5.1 Herd Size | CPW 3-year average# | 160 | 55 | 30 | 237.5 | 125 | 60 |
| 4.5.1 Herd Sex Ratio (Rams:Ewes) | CPW 3-year average | 43.7:100 | 44.8:100 | Andy will check | 67.9:100 | Andy will check | Jube will check |
| 4.5.1 Foray Probability | N/A | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) |

S=Summer
W=Winter
*Normally, people use the default values from the ROC User Guide - at this point, use summer default values for everything
**Still need connector habitat and non-habitat
#these are post-hunt total herd estimates; need to modify to reflect adults only
##Default to Rocky Mountain Summer unless CPW has distance estimates for DBHS
^Need each population named, or use multi-part polygon for all six; also need to make sure that each record is one sheep only

Would be critical to look at points independently and then overlay with CHHR
Need to verify data with local biologists!

BLM_0050144

——— Forwarded message ———
From: **Quamen, Frank** <fquamen@blm.gov>
Date: Mon, Dec 15, 2014 at 8:39 AM
Subject: BHS ROC webinar handouts
To: Robin Sell <rsell@blm.gov>

Hi Robin,
Please edit and distribute as you wish

--
Frank Quamen, Wildlife Biologist
BLM National Operations Center
Denver Federal Center Building 40
303-236-6310

**2 attachments**

 **SW Colorado Bighorn Sheep ROC Data Needs Assignments.docx**
15K

 **SW Colorado Bighorn Sheep ROC Model Input Data Spreadsheet.xlsx**
13K

BLM_0050145



Siders, Melissa (Missy) <msiders@blm.gov>

## Fwd: BHS ROC webinar handouts

**Quamen, Frank** <fquamen@blm.gov>                                                                Wed, Dec 31, 2014 at 3:28 PM
To: "Holland - DNR, Andy" <andy.holland@state.co.us>
Cc: "Sell, Robin" <rsell@blm.gov>, "Banulis - DNR, Brad" <brad.banulis@state.co.us>, Karin Eichhoff - DNR
<karin.eichhoff@state.co.us>, Seth McClean - DNR <seth.mcclean@state.co.us>, "Wait, Scott"
<Scott.Wait@state.co.us>, Stephanie Ferrero <stephanie.ferrero@state.co.us>, julie.mau@state.co.us, "Melissa
(Missy) Siders" <msiders@blm.gov>, David Sinton <dsinton@blm.gov>, arutledge@blm.gov, Michael Schmidt
<mschmidt@blm.gov>, awelsh@blm.gov, tdevaloi@blm.gov, aswinney@blm.gov, dsimon@blm.gov, Joel
Humphries <jhumphries@blm.gov>, Heidi Plank <hplank@blm.gov>, Amanda Ewing <alewing@blm.gov>, "Earl
(Tom) Rinkes" <erinkes@blm.gov>, Anthony Titolo <atitolo@blm.gov>, Brad Petch - DNR
<brad.petch@state.co.us>, Brandon Diamond - DNR <brandon.diamond@state.co.us>, John Broderick - DNR
<john.broderick@state.co.us>, "McLaughlin, Craig" <Craig.McLaughlin@state.co.us>, Codey Carter
<cdcarter@blm.gov>, "Thompson, Jay M" <jmthomps@blm.gov>, Kenneth Schauer <kschauer@blm.gov>,
Nathaniel West <nwest@blm.gov>, Russell Japuntich <rjapuntl@blm.gov>, Hilary Boyd <hboyd@blm.gov>, Desa
Ausmus <dausmus@blm.gov>, Darren Long <dlong@blm.gov>, Lisa Belmonte <lbelmont@blm.gov>, Edward
Hollowed <ehollowe@blm.gov>, Sylvia Ringer <sringer@blm.gov>, Shawna Wiser <swiser@blm.gov>, Jamin Grigg -
DNR <Jamin.Grigg@state.co.us>, April Estep - DNR <April.Estep@state.co.us>, Brian Dreher
<Brian.Dreher@state.co.us>, Brian Holmes - DNR <Brian.Holmes@state.co.us>, Brian Smith - DNR
<brian.smith@state.co.us>, "Carpenter, Lance" <Lance.Carpenter@state.co.us>, Daniel Neubaum - DNR
<Daniel.Neubaum@state.co.us>, Darby Finley <Darby.Finley@state.co.us>, "Duckett, Stephanie"
<Stephanie.Duckett@state.co.us>, Ed Schmal - DNR <Ed.Schmal@state.co.us>, Evan Phillips - DNR
<Evan.Phillips@state.co.us>, Janet George <Janet.George@state.co.us>, Jonathan Reitz - DNR
<Jonathan.Reitz@state.co.us>, Julie Mao <Julie.Mao@state.co.us>, Kirk Oldham <kirk.oldham@state.co.us>,
"Kraft, Ben" <Ben.Kraft@state.co.us>, Larry Gepfert - DNR <larry.gepfert@state.co.us>, Liza Rossi - DNR
<Liza.Rossi@state.co.us>, Marty Stratman - DNR <marty.stratman@state.co.us>, Michelle Cowardin - DNR
<Michelle.Cowardin@state.co.us>, Mike Sherman - DNR <Mike.Sherman@state.co.us>, Mike Smith - DNR
<Michael.Smith@state.co.us>, Nathan Seward - DNR <Nathan.Seward@state.co.us>, Shannon Schaller - DNR
<shannon.schaller@state.co.us>, Steve Waters - DNR <steve.waters@state.co.us>, "Stiver, Julie"
<Julie.Stiver@state.co.us>, "Vieira, Mark" <Mark.Vieira@state.co.us>, "Vitt, Allen" <Allen.Vitt@state.co.us>,
"Weinmeister, Brad" <Brad.Weinmeister@state.co.us>, Wendy Figueroa - DNR <Wendy.Figueroa@state.co.us>,
"Yost, Jeff" <Jeff.Yost@state.co.us>, Chad Bishop - DNR <Chad.Bishop@state.co.us>, Jon Runge - DNR
<jon.runge@state.co.us>, Mary Lloyd - DNR <mary.lloyd@state.co.us>, Patt Dorsey - DNR
<patt.dorsey@state.co.us>, Dan Prenzlow - DNR <dan.prenzlow@state.co.us>, Steve Yamashita - DNR
<steve.yamashita@state.co.us>, Ron Velarde - DNR <ron.velarde@state.co.us>

Thanks Andy,
That all sounds good.  I've updated the table to reflect this guidance and have updated the task list as well.  Let
me know if I've missed or mis-characterized anything.  It looks like we are making good progress.  Thank you
Karin & Anthony for all the work you have been doing the past couple weeks.  We got the RM BHS Habitat
Preference Raster Layers from Karin but are unsure if these are final.

Anthony and I created a draft map to show which BLM plans are underway/upcoming and where we may want to
focus.  Right now we are focusing on the Uncompahgre Field Office, and Gunnison FO has indicated they would
like to run the RoC model soon as well.  The only other plan that I am aware of on the horizon is Royal Gorge,
though from our sheep allotment/occupied habitat overlay, there doesn't appear to be a huge risk of contact in
that FO.  Other BLM FOs have either just recently completed RMPs and/or do not have anything scheduled for
awhile, but they (like Gunnison) may want to run the RoC for use in making grazing permitting decisions outside
of the RMP process.  I'll leave that up to Colorado BLM.

I look forward to talking to you more on this next week.

Happy New Year!
Frank

https://mail.google.com/mail/u/0/?ik=2&k=dff17557be&view=pt&q=bighorn%20sheep%3&rm=bighorn+sheep+modeling&qs=true&search=query&msg=14ea778        1/2

BLM_0050146

On Wed, Dec 31, 2014 at 2:14 PM, Holland - DNR, Andy <andy.holland@state.co.us> wrote:
[Quoted text hidden]
[Quoted text hidden]

**3 attachments**

**20141231 SW Colorado Bighorn Sheep ROC Data Needs Assignments.docx**
26K

**20141231 SW Colorado Bighorn Sheep ROC Model Input Data Spreadsheet.xlsx**
13K

**CO_Planning_BLM_Grazing_Overlap.pdf**
1089K

https://mail.google.com/mail/u/0/?ui=2&ik=dff17557fe&view=pt&q=bighorn%20sheep%3&rm=bighorn-sheep-modeling&ns=true&search=query&msg=14ee77f...   2/2



20141231
SW Colora...

Inserted from: <file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2014
State RoC Model Webinar Effort\20141231_Attachments from Frank Quamen\20141231 SW Colorado Bighorn Sheep ROC Data
Needs Assignments.docx>

BLM_0050147

## SW Colorado Bighorn Sheep ROC Data Needs/Assignments

1. BLM: Spreadsheet and GIS Layer of our rough planning schedule (Robin)

2. CPW: Attributed population/herd layer (Karin)

3. BLM: Combine these to get at when the data are most needed (Frank/Anthony)

4. CPW: Verification from Dillon Mesa biologist on Year-round, Summer, Winter for Core Herd Home Range  (Brad)

5. BLM send CPW the sub-model for connector habitat as well as RM layer, will also send contact info (Frank)

6. CPW & BLM: Rerun of RM BHS Habitat Preference Raster Layer for connector habitat (Habitat Class) and agreement on the input/base layers (Frank/Anthony/Karin/others)

7. CPW & BLM: Run of D BHS Habitat Preference Raster Layer connector (Habitat Class) and agreement on the input/base layer (Frank/Anthony/Karin/others)

8. CPW: check on herd sizes to include adults only (Andy/others)

9. CPW: check on what to use for herd sex ratios for Black Canyon, Dillon Mesa, & Snowmass West (State averages, additional local data, etc.) (Andy/Julie) Though need concurrence from Julie to use default for Snowmass West

10. BLM & CPW: expand table and data queries to include Gunnison and other planning units on the horizon (Frank/all)

11. BLM: Send out new User Guide when available  (Robin)

12. BLM: exchange adjusted allotment data (Anthony/David)

BLM_0050148

|  |  |  | Desert Bighorn | | Rocky Mountain Bighorn | | | |
|---|---|---|---|---|---|---|---|---|
| **Bighorn Sheep RoC Tool v2 Nomenclature** | | **CPW Nomenclature?** | **Uncompahgre** | **Middle Dolores** | **Black Canyon** | **Cow Creek/Wett.** | **S-54 Dillon Mesa/W. Elk** | **S-25 Snowmass West** |
| | **HOME RANGE DATA** | | | | | | | |
| 3.2.1 | Bighorn Sheep Telemetry Points | CPW Telemetry Points | | | | | | |
| 3.2.1 | Bighorn Sheep Observation Points | CPW Observation Points | | | | | | |
| 3.2.1 | Bighorn Sheep GPS Points | CPW GPS Points | | | | | | |
| 3.2.1 | Bighorn Sheep Core Herd Home Range (CHHR) Polygon Layer | CPW Bighorn Overall Range?^ | Year-round, S, W | Year-round, S, W | Year-round = S, W | Year-round, S, W | Year-round, S, W? | Year-round, S, W |
| | **FORAY DATA** | | | | | | | |
| 3.2.2 | Habitat Preference Raster Layer (Habitat Class) | CPW Suitable Habitat Models? | Suitable only** | Suitable only** | Y ( 3 values) | Y ( 3 values) | Y ( 3 values) | Y ( 3 values) |
| 3.2.2 | Habitat Preference Raster Layer (Relative Preference)* | N/A | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values |
| 4.4.1 | Ram & Ewe Distance Distribution File (Summer, Winter) | N/A | Default Values (S)## | Default Values (S)## | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) |
| 4.5.1 | Herd Size | CPW 3-year average# | 160 | 55 | 30 | 237.5 | 125 | 60 |
| 4.5.1 | Herd Sex Ratio (Rams:Ewes) | CPW 3-year average | 43.7:100 | 44.8:100 | 35:100 | 67.9:100 | 35:100 | 35:100*** |
| 4.5.1 | Foray Probability | N/A | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) |

S=Summer

W=Winter

*Normally, people use the default values from the ROC User Guide - at this point, use summer default values for everything

**Still need connector habitat and non-habitat

***Unless Julie has local information for a better estimate

#these are post-hunt total herd estimates; need to modify to reflect adults only

##Default to Rocky Mountain Summer unless CPW has distance estimates for DBHS

^Need each population named, or use multi-part polygon for all six; also need to make sure that each record is one sheep only

Would be critical to look at points independently and then overlay with CHHR

Need to verify data with local biologists!

BLM_0050149



BLM_0050150

## 2015 Model Data Prep Documentation

Monday, December 15, 2014
1:26 PM



Siders, Melissa (Missy) <msiders@blm.gov>

## Fwd: Habitat Connectivity Sub-Model

2 messages

**Quamen, Frank** <fquamen@blm.gov>                                    Mon, Dec 15, 2014 at 12:38 PM
To: "Eichhoff, Karin" <karin.eichhoff@state.co.us>, "Melissa (Missy) Siders" <msiders@blm.gov>

Hi Karin & Missy,
Here is that submodel for getting at connectivity habitat that was mentioned on the webinar.
Thanks,
Frank

---------- Forwarded message ----------
From: **Tom Rinkes** <rinkes.t@gmail.com>
Date: Thu, Dec 11, 2014 at 9:12 PM
Subject: Fwd: Habitat Connectivity Sub-Model
To: "Quamen, Frank R" <fquamen@blm.gov>, Robin Sell <rsell@blm.gov>

Ok, here is the habitat connectivity sub model that will need to be run to make the three class layers of habitat;
suitable, connectivity, and non-habitat for the desert BHS model.  It uses the variables of 1.0, 2 and 10.

If you have questions about running the sub model please contact Jason at the email below or at 208-373-4054.
He said that most GIS folks can use the model after reviewing it.  Frank, I would suggest that you develop a
consistent layer for desert bighorn sheep for all of Colorado.  This will prevent differences or errors developed by
individual field offices.

Tom

---------- Forwarded message ----------
From: **Murgoitio, Jayson** <jmurgoitio@blm.gov>
Date: Thu, Dec 11, 2014 at 3:18 PM
Subject: Habitat Connectivity Sub-Model
To: rinkes.t@gmail.com

Tom.

Attached is the model I got from Chans to run the connectivity.  This will take source habitat and calculate
transition corridors as described in the PNF writeup.

Happy to help if there are questions.

Thanks,

Jayson

--
Jayson Murgoitio
*GIS Specialist*
NEPA Grazing Permit Renewal Team
BLM - Idaho State Office
jmurgoitio@blm.gov
(208) 373-4054

https://mail.google.com/mail/u/0?ik=2f6ja9f0f17657fe&view=pt&search=inbox&th=1da6f75h1fa6aa6c&simi=1da6f75h1fa6aa6c&simi=1da6faf3f76f1a0a0                                1/2

BLM_0050151



Frank Quamen, Wildlife Biologist
BLM National Operations Center
Denver Federal Center Building 40
303-236-6310

📄 **Habitat_Classes_JM.zip**
18K

---

**Siders, Melissa (Missy)** <msiders@blm.gov>                    Mon, Dec 15, 2014 at 1:25 PM
To: David Sinton <dsinton@blm.gov>

ᴬᵥᴬ  ᴬᵥᴬ  ᴬᵥᴬ  ᴬᵥᴬ   ᴬᵥᴬ  ᴬᵥᴬ    ᴬᵥᴬ  ᴬᵥᴬ  ᴬᵥᴬ
**Melissa (Missy) Siders**, Wildlife Biologist
Uncompahgre Field Office
2465 S. Townsend Ave., Montrose, CO 81401
970-240-5332 – office
e-mail:  msiders@blm.gov
ᴬᵥᴬ  ᴬᵥᴬ   ᴬᵥᴬ  ᴬᵥᴬ    ᴬᵥᴬ  ᴬᵥᴬ  ᴬᵥᴬ  ᴬᵥᴬ  ᴬᵥᴬ
"So fuki de gas, fuki de sol, pund ay bare, way pax do am"
     If ten people dig, and ten people fill,
     there's a lot of dust, but no work gets done.
     -Wolof Proverb, Senegal, West Africa

---------- Forwarded message ----------
From: **Quamen, Frank** <fquamen@blm.gov>
Date: Mon, Dec 15, 2014 at 12:38 PM
Subject: Fwd: Habitat Connectivity Sub-Model
[Quoted text hidden]

📄 **Habitat_Classes_JM.zip**
18K

https://mail.google.com/mail/u/0/?ui=2&ik=dff17557e&view=pt&search=inbox&th=14a4f79v1fe6a46c&siml=14a4f79v1fe6a46c&siml=14a4fa0f87531a0e0    2/2

<file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort
\2014 State RoC Model Webinar Effort\Habitat_Classes_JM.zip>

BLM_0050152



Siders, Melissa (Missy) <msiders@blm.gov>

## CO Allotments, CPW Habitat Preference layers CPW Range/Herd polys

**Anthony Titolo** <atitolo@blm.gov>                                          Fri, Jan 2, 2015 at 5:06 PM
To: David Sinton <dsinton@blm.gov>, msiders@blm.gov
Cc: "Quamen, Frank R" <fquamen@blm.gov>

Hi David & Missy,

I will be sending you a share invitation to a google drive folder that contains:

1.   **CO_Allots_RoC_Mods Folder:** A geodatabase/feature class that represents all of Colorado's allotments
found in the nationally compiled grazing data (GSSP layer maintained at the NOC). I modified the source GSSP
data so that only single part features exist and each polygon has a unique name (found in the
"ALLOT_Name_Mod" field) . This can be used for the Risk of Contact model if allotment data at the F.O. level is
lacking.

2.   **RockyMountainBHS & DesertBHS Folders:** Habitat preference layers for RM & Desert BHS from CPW in
an Albers projection. Note that these differ from those in the 13N projection data.

We can share these data with anyone in the BLM that may have an interest. Please let me know if you
encounter any issues or if you have any questions. I'll be out on Monday, returning Tuesday am.

Anthony

Anthony J. Titolo

*Sanborn Onsite GIS Analyst*

Wildlife Habitat Spatial Analysis Lab

Division of Resource Services

NOC/BLM/DOI

303-236-0446

This e-mail, including any attachments, contains information intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential or is otherwise protected by law. If you are not the intended recipient or agent or an employee responsible for delivering the communication to the intended recipient, you are hereby notified that any review, use, disclosure, copying and/or distribution of its contents is prohibited. If you have received this e-mail in error, please notify us immediately by reply to sender only and destroy the original.

https://mail.google.com/mail/u/0/?ui=2&ik=diff17557be&view=pt&search=inbox&msg=14aa41ec8f0d210&siml=14aa41ec8f0d210                                                      1/1



20150123_e
Mail Scott...

Inserted from: <file://S:\Biological_Resources\TESpecies\Species_Info\Mammals\Bighorn\Bighorn_RMP Modeling Effort\2015
State RoC Model Webinar Effort\20150123_Data from CPW\20150123_eMail ScottWalt_Population Information.pdf>

BLM_0050153

1/23/2015 DEPARTMENT OF THE INTERIOR Mail - Fwd: webinar info



Siders, Melissa (Missy) <msiders@blm.gov>

## Fwd: webinar info

**Wait - DNR, Scott** <scott.wait@state.co.us> Fri, Jan 23, 2015 at 10:47 AM
To: "Sell, Robin" <rsell@blm.gov>
Cc: David Sinton <dsinton@blm.gov>, Aaron Rutledge <arutledge@blm.gov>, Michael Schmidt <mschmidt@blm.gov>, Andrew Welsh <awelsh@blm.gov>, Tara De Valois <tdevaloi@blm.gov>, Amber Swinney <aswinney@blm.gov>, Douglas Simon <dsimon@blm.gov>, Joel Humphries <jhumphries@blm.gov>, Heidi Plank <hplank@blm.gov>, Amanda Ewing <alewing@blm.gov>, Andy Holland - DNR <andy.holland@state.co.us>, Brad Banulis <Brad.Banulis@state.co.us>, "Eichhoff - DNR, Karin" <karin.eichhoff@state.co.us>, Stephanie Ferrero <stephanie.ferrero@state.co.us>, "Quamen, Frank R" <fquamen@blm.gov>, Anthony Titolo <atitolo@blm.gov>, Brad Petch <brad.petch@state.co.us>, Brandon Diamond - DNR <brandon.diamond@state.co.us>, John Broderick - DNR <john.broderick@state.co.us>, "McLaughlin, Craig" <Craig.McLaughlin@state.co.us>, Kenneth Schauer <kschauer@blm.gov>, Nathaniel West <nwest@blm.gov>, Russell Japuntich <rjapunti@blm.gov>, Hilary Boyd <hboyd@blm.gov>, Desa Ausmus <dausmus@blm.gov>, Darren Long <dlong@blm.gov>, Lisa Belmonte <lbelmont@blm.gov>, Sylvia Ringer <sringer@blm.gov>, Shawna Wiser <swiser@blm.gov>, Ken Holsinger <kholsing@blm.gov>, "Rogers, Lynae B" <lbroger@blm.gov>, Angela Losasso <alosasso@blm.gov>, Julie Mao - DNR <Julie.Mao@state.co.us>, "Melissa (Missy) Siders" <msiders@blm.gov>, Tom Rinkes <nnkes.t@gmail.com>, Kristi Murphy <kmurphy@blm.gov>, cmccarth01@gmail.com, Bruce Rittenhouse <brittenh@blm.gov>

All- I'm using Robin's email list-
Attached is our completed table of data. In some cases we have combined GMU's into our DAU's to match the polygons provided, in some cases we have kept data at the GMU level (and the corresponding shapefile will be identified uniquely)- these are noted by bolding and darker columns.
I've also added columns of GMU data requirements imminently needed for the GUFO analysis, and then for the SLVFO analysis. Those data will be accumulated and provided soon; but this completes the data requirements for the UFO.
Karin will be providing the shapefiles later, I think she is still waiting for some final confirmations. In most cases we have resolved to use the "Overall" layer equals CHHR as the most relevant layer- our "summer" and "winter" layers have not been consistently mapped (when we <u>lack</u> specific information we tend NOT to map a feature), and because in cases where we <u>do</u> have detailed information (GPS collars) the overall includes approximately 90% of the points (therefore the definition of CHHR).
I hope this helps, and we all look forward to continued discussions.

*Scott Wait*
*Southwest Region Senior Biologist*
*970-375-6745*

[Quoted text hidden]

📄 **20150121 SW Colorado Bighorn Sheep ROC Model Input Data Spreadsheet.xlsx**
17K



20150121
SW Colora...

Inserted from: <file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn_RMP_Modeling_Effort\2015 State RoC Model Webinar Effort\20150123_Data from CPW\20150121 SW Colorado Bighorn Sheep ROC Model Input Data Spreadsheet.pdf>

BLM_0050154

| Bighorn Sheep BoC Tool v2 Nomenclature | CPW Nomenclature / Game Management Unit | Desert Bighorn | | | | | | Rocky Mountain Bighorn | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Uncompahgre / Dominguez | Black Ridge | DAU#560 | Middle Dolores | Upper Dolores | DAU#561 | Black Canyon | Cow Creek/Wetterhorn | Lake Fork/Pole Mountain | DAU#21 |
| | | 942 | 956 | 962/956 | 964 | 964 | 963/964 | 880 | 921 | S33 | S21/S33 |
| **HOME RANGE DATA** | | | | | | | | | | | |
| 1.1.1 Bighorn Sheep Telemetry Points used to validate CHHR polygons | CPW Telemetry Points | n/a | Yes | | | | | n/a | Yes | n/a | n/a |
| 1.2.1 Bighorn Sheep Observation Points used to validate CHHR polygons | CPW Observation Points | Yes | Yes | | Yes | Yes | | | Yes | Yes | n/a |
| 1.3.1 Bighorn Sheep GPS Points used to validate CHHR polygons | CPW GPS Points | 12 | n/a | | Yes | Yes | | n/a | Yes | Yes | n/a |
| 2.1.1 Bighorn Sheep Core Herd Home Range Polygon Layer SUMMER | CPW Bighorn Summer Range | Summer | Summer | | Summer | Summer | | Summer | Summer | Summer | Summer |
| 3.1.1 Bighorn Sheep Core Herd Home Range Polygon Layer WINTER | CPW Bighorn Winter Range | Winter | Winter | | Winter | Winter | | n/a | Winter | Winter | n/a |
| 4.1.1 Bighorn Sheep Core Herd Home Range Polygon OVERALL | CPW Bighorn Overall Range | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall |
| **HABITAT DATA** | | | | | | | | | | | |
| 1.1.2 Habitat Preference Raster Layer (Habitat Class) SUMMER | CPW Suitable Habitat Models | n/a | n/a | n/a | n/a | n/a | n/a | Summer | Summer | Summer | Summer |
| 1.2.2 Habitat Preference Raster Layer (Habitat Class) WINTER | CPW Suitable Habitat Models | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 1.3.2 Habitat Preference Raster Layer (Habitat Class) YEAR ROUND | CPW Suitable Habitat Models | Year round | Year round | Year round | Year round | Year round | Year round | n/a | n/a | n/a | n/a |
| 1.4.2 Habitat Preference Raster Layer (Relative Preference) | N/A | Default Values | Summer Default Values | Default Values | Summer Default Values | Summer Default Values | Default Values | Summer Default Values | Default Values | Default Values | Default Values |
| Run & Fire Distance Distribution File SUMMER | N/A | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values |
| Run & Fire Distance Distribution File WINTER | N/A | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 4.3.1 ADULT Herd Size | CPW 3 year average | 120 | 150 | 270 | 45 | 92 | 134 | 30 | 204 | 100 | 304 |
| Herd Size Numbers (in autumn) | CPW 3 year average | 36.84 | 50.94 | 95-875 | 13.79 | 31.61 | 44.90 | 8.22 | 83.127 | 44-56 | 126-179 |
| Ram Ratio (in autumn) | CPW 3 year average | 0.1-100 | 60-100 | 0.1-100 | 60-100 | 50-100 | 0.1-100 | 55-100 | 67-100 | 67-100 | 0.1-100 |
| Ewes Probability SUMMER | CPW Probability SUMMER | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values |
| Ewes Probability WINTER | CPW Probability WINTER | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Use BOLD typeface at DAU or GMU level (DAU is used when polygons are connected and movement connection is known, otherwise GMU is used

CHHR typically equals CPW defined polygons specific to seasonal polygons are only used when specific AND complete knowledge is possessed.

*Normally, people use the default values from the ROC User Guide - at this point, use summer default values for everything
**Still need connector habitat and toro habitat

##Default to Rocky Mountain Summer unless CPW has distance estimates for HRHB

Would be critical to look at points independently and then overlay with CHHR
Need to verify data with local biologist

BLM_0050155

| Bighorn Sheep RoC Tool v2 Nomenclature | CPW Nomenclature / Game Management Unit | Dillon Mesa/"B" Elk | Snowmass West | Snowmass East | Taylor River | Fossil Ridge | DAU #23 | Lower Lake Fork | Main Canyon | Battlement Mesa | West Needles |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | S54 | S25 | S43 | S26 | S71 | S26/S71 | S81 | S75 | S24 | S71 |
| **HOME RANGE DATA** | | | | | | | | | | | |
| 2.2.1 Bighorn Sheep Telemetry Points used to subset CHHR polygons | CPW Telemetry Points | n/a | 20 | n/a | n/a | Yes | Summer | n/a | n/a | n/a | Yes |
| 2.2.2 Bighorn Sheep Observation Points used to subset CHHR polygons | CPW Observation Points | Yes | Yes | ? | Yes | Yes | Summer | n/a | Yes | n/a | Yes |
| 2.2.3 Bighorn Sheep CPW Points used to subset CHHR polygons | CPW GPS Points | n/a | 13 | Summer Reference | n/a | n/a | Summer | n/a | n/a | n/a | No |
| 2.2.4 Bighorn Sheep Core Herd Home Range Polygon Layer SUMMER | CPW Bighorn Summer Range | Merged Summer/Winter | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer |
| 2.3.1 Bighorn Sheep Core Herd Home Range Polygon Layer WINTER | CPW Bighorn Winter Range | Merged Summer/Winter | Winter | Winter | Winter | Winter | Winter | Winter | Winter | Winter | Winter |
| 2.3.1 Bighorn Sheep Core Herd Home Range Polygon Layer OVERALL | CPW Bighorn Overall Range | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall |
| **FORAY DATA** | | | | | | | | | | | |
| 2.3.2 Habitat Preference Raster Layer (Habitat Class) SUMMER | CPW Suitable Habitat Models | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer |
| 2.3.2 Habitat Preference Raster Layer (Habitat Class) WINTER | CPW Suitable Habitat Models | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 2.3.2 Habitat Preference Raster Layer (Habitat Class) YEAR-ROUND | CPW Suitable Habitat Models | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 2.3.2 Habitat Preference Raster Layer (Relative Preference) | N/A | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values |
| 4.4.1 Run & Foray Distance Distribution File SUMMER | N/A | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values |
| 4.4.1 Run & Foray Distance Distribution File WINTER | N/A | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 4.5.1 (AUC) Herd Size | CPW 3 year arranged? | 90 | 54 | 60 | 30 | 25 | 50 | 19 | 45 | 35 | 45 |
| 4.5.1 Herd Size Ratio (Number of Rams/Ewes) | CPW 3 year average | 28x62 | 36x55 | 20x40 | 13 | 5 | 20 | 6x?00 | 10x55 | 16x59 | 15x30 |
| 4.5.1 Ram Ratio (no estimate) | CPW 3 year average | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values |
| 4.5.1 Foray Probability SUMMER | N/A | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Use BOLD typeface at DAU or GMU level (DAU is used when polygons are connected and movement connection is known, otherwise GMU is used

CHHR typically equals CPW Overall polygons specific seasonal polygons are only used when specific knowledge is possessed.

*Normally, people use the default values from the ROC User Got

**Still need connector habitat and non-habitat

##Default to Rocky Mountain Summer unless CPW has distinct

Would be critical to look at points independently and then overlay. Need to verify data with local biologists?

BLM_0050156



Siders, Melissa (Missy) <msiders@blm.gov>

## Fwd: webinar info

**Eichhoff - DNR, Karin** <karin.eichhoff@state.co.us>                    Fri, Jan 23, 2015 at 3:18 PM
To: "Siders, Melissa (Missy)" <msiders@blm.gov>, Scott Wait - DNR <scott.wait@state.co.us>, "Sell, Robin A"
<rsell@blm.gov>, Anthony Titolo <atitolo@blm.gov>, "Quamen, Frank R" <fquamen@blm.gov>
Cc: Brad Petch - DNR <brad.petch@state.co.us>, Julie Mao - DNR <julie.mao@state.co.us>, Brandon Diamond -
DNR <brandon.diamond@state.co.us>, Brad Banulis - DNR <brad.banulis@state.co.us>

Hi,

This email is to folks that were identified in previous emails as direct contacts for the GIS data, If others need
the data to run the ROC model, please forward the data and let me know if I should be more inclusive in the
future.

Attached is a zip file with the desert bighom source habitat model and the BighornRange_ROC_Uncompahgre
shapefile. The desert bighom habitat model shows the modeled habitat out 35km from desert bighom overall
range (previously it was only 9 mi). The BighornRange_ROC data is currently complete for the Uncompahgre
Field Office.

Karin

**Karin Eichhoff**
GIS Analyst



**COLORADO**
Parks and Wildlife
Department of Natural Resources

P 970.472.4326 | F 970.472.4457
317 W. Prospect Rd., Fort Collins, CO 80526
karin.eichhoff@state.co.us  |  cpw.state.co.us
[Quoted text hidden]

---

📎 **ToBLM20150123.zip**
942K

I extracted to T:\CO\GIS\giswork\ufo\projects\wildlife\bighorn_sheep_risk_cf_contact_tool\layers
\20150123_CPW_CHHR

BLM_0050157



Siders, Melissa (Missy) <msiders@blm.gov>

## Fwd: webinar info

**Siders, Melissa (Missy)** <msiders@blm.gov>                    Mon, Jan 26, 2015 at 8:29 AM
To: "Eichhoff - DNR, Karin" <karin.eichhoff@state.co.us>
Cc: Scott Wait - DNR <scott.wait@state.co.us>, "Sell, Robin A" <rsell@blm.gov>, Anthony Titolo
<atitolo@blm.gov>, "Quamen, Frank R" <fquamen@blm.gov>, Brad Petch - DNR <brad.petch@state.co.us>, Julie
Mao - DNR <julie.mao@state.co.us>, Brandon Diamond - DNR <brandon.diamond@state.co.us>, Brad Banulis -
DNR <brad.banulis@state.co.us>

Thanks Karin,
The home ranges look good. The desert bighorn habitat model only has one cell value (1) and we need it to
have the 1, 2 and 10 values for the model run. Do you still have the file to run it to generate the three cell
values? Could you please run that so we have the cell values we need for the RoC model.
Thanks!
-Missy

ᴧᴠᴧ ᴧᴠᴧ ᴧᴠᴧ ᴧᴠᴧ ᴧᴠᴧ ᴧᴠᴧ  ᴧᴠᴧ ᴧᴠᴧ ᴧᴠᴧ
   **Melissa (Missy) Siders**, Wildlife Biologist
   Uncompahgre Field Office
   2465 S. Townsend Ave., Montrose, CO 81401
   970-240-5332 – office
   e-mail:  msiders@blm.gov
ᴧᴠᴧ ᴧᴠᴧ  ᴧᴠᴧ ᴧᴠᴧ  ᴧᴠᴧ ᴧᴠᴧ ᴧᴠᴧ ᴧᴠᴧ ᴧᴠᴧ
   "*So fuki de gas, fuki de sol, pund ay bare, way pax do am*"
      If ten people dig, and ten people fill,
   there's a lot of dust, but no work gets done.
      -Wolof Proverb, Senegal, West Africa

[Quoted text hidden]

BLM_0050158



Siders, Melissa (Missy) <msiders@blm.gov>

## Fwd: webinar info

**Siders, Melissa (Missy)** <msiders@blm.gov>                                    Mon, Jan 26, 2015 at 8:51 AM
To: "Eichhoff - DNR, Karin" <karin.eichhoff@state.co.us>
Cc: Scott Wait - DNR <scott.wait@state.co.us>, "Sell, Robin A" <rsell@blm.gov>, Anthony Titolo
<atitolo@blm.gov>, "Quamen, Frank R" <fquamen@blm.gov>, Brad Petch - DNR <brad.petch@state.co.us>, Julie
Mao - DNR <julie.mao@state.co.us>, Brandon Diamond - DNR <brandon.diamond@state.co.us>, Brad Banulis -
DNR <brad.banulis@state.co.us>, David Sinton <dsinton@blm.gov>

Scott,
After comparing the shapefile boundaries and the data table, just a couple of clarification questions on
populations to be analyzed:

- Uncompahgre/Dominguez and Black Ridge have one polygon, so model run should use DAU 60 combined
  numbers
- Middle and Upper Dolores have one polygon, so model run should use DAU 61 combined numbers
- Cow Creek/Wetterhorn and Lake Fork/Pole Mountain have one polygon, so model run should use DAU 21
  combined numbers
- Taylor River and Fossil Ridge have one polygon, so model run should use DAU 23 combined numbers
- There is no polygon for West Needles.  Is this outside of the UFO area of concern?  I'm not familar with
  the name

The remaining populations for UFO analysis are:

- Black Canyon
- Dillon Mesa/West Elk
- Snowmass West
- Snowmass East
- Lower Lake Fork
- Main Canyon
- Battlement Mesa

For a total of 11 populations

Please verify that this is how the populations should be analyzed.
Thanks!

^v^  ^V^  ^v^  ^v^   ^V^  ^v^    ^V^  ^v^  ^v^
  **Melissa (Missy) Siders**, Wildlife Biologist
  Uncompahgre Field Office
  2465 S. Townsend Ave., Montrose, CO 81401
  970-240-5332 – office
  e-mail:  msiders@blm.gov
^v^  ^v^   ^V^  ^v^    ^V^  ^v^  ^V^  ^v^  ^V^
  *"So fuki de gas, fuki de sol, pund ay bare, way pax do am"*
    If ten people dig, and ten people fill,
  there's a lot of dust, but no work gets done.
    -Wolof Proverb, Senegal, West Africa

On Fri, Jan 23, 2015 at 3:18 PM, Eichhoff - DNR, Karin <karin.eichhoff@state.co.us> wrote:
[Quoted text hidden]

https://mail.google.com/mail/u/0/?ui=2&ik=dff17557be&view=pt&search=inbox&msg=14b28896290f791c&siml=14b28896290f791c                         1/1

BLM_0050159



Siders, Melissa (Missy) <msiders@blm.gov>

## Fwd: webinar info

**Eichhoff - DNR, Karin** <karin.eichhoff@state.co.us>                         Mon, Jan 26, 2015 at 4:27 PM
To: "Siders, Melissa (Missy)" <msiders@blm.gov>
Cc: Scott Wait - DNR <scott.wait@state.co.us>, "Sell, Robin A" <rsell@blm.gov>, Anthony Titolo
<atitolo@blm.gov>, "Quamen, Frank R" <fquamen@blm.gov>, Brad Petch - DNR <brad.petch@state.co.us>, Julie
Mao - DNR <julie.mao@state.co.us>, Brandon Diamond - DNR <brandon.diamond@state.co.us>, Brad Banulis -
DNR <brad.banulis@state.co.us>

Hi Missy,
Attached is the desert bighorn habitat model with the three classes (1, 2, 10).

Cheers,
Karin

Karin Eichhoff
GIS Analyst



## COLORADO
Parks and Wildlife
Department of Natural Resources

P 970.472.4326 | F 970.472.4457
317 W. Prospect Rd., Fort Collins, CO 80526
karin.eichhoff@state.co.us | cpw.state.co.us

[Quoted text hidden]

📎 **DesertBighorn20150126.zip**
2017K

https://mail.google.com/mail/u/0?ik=28ik=dff17557e&view=pt&search=inbox&msg=14b2892e4a8d770e&siml=14b2892e4a8d770e                                        1/1

Data saved to <file://T:\CO\GIS\giswork\ufo\projects\wildlife\bighorn_sheep_risk_of_contact_tool
\layers\20150126_Desert_BHS_Suitable_Habitat>                                        <mark>USE THIS FOR DOMINGUEZ AND DOLORES</mark>

### Outstanding Questions as of 1/27/15
- Originally we were going to use the individual populations as the CHHR. It was my understanding that CPW was going to take a look at the existing home range polygons and try to modify them so that they more closely fit with the CHHR concept  and split DAU 60, DAU 61, etc.  What was the rationale for combining these populations into the larger polygon.
- When GMUs were combined to form CHHRs, how was Herd Sex Ratio calculate for the combination of populations?
- Assume that West Needles (S71) is outside of UFO area of interest

BLM_0050160



Siders, Melissa (Missy) <msiders@blm.gov>

## Fwd: webinar info

**Wait - DNR, Scott** <scott.wait@state.co.us>                    Wed, Jan 28, 2015 at 4:02 PM
To: "Siders, Melissa (Missy)" <msiders@blm.gov>, "Sell, Robin" <rsell@blm.gov>, Brad Banulis - DNR
<brad.banulis@state.co.us>

Let's do plan on a call Friday morning at 9AM. Forward to anyone else needed.
To answer Missy's questions- your DAU questions are correct, these are situations where we have biological
connections between 2 (or more) subherds, and there are not discrete polygons.
The West Needles herd is south of Silverton, I think outside of the UFO analysis area. But I think all of the other
herds identified are either in, or close to, the UFO analysis area (and 35km foray distance)

*Scott Wait*
*Southwest Region Senior Biologist*
*970-375-6745*

[Quoted text hidden]

## Outstanding Questions as of 1/29/15

- Originally we were going to use the individual populations as the CHHR. It was my understanding
  that CPW was going to take a look at the existing home range polygons and try to modify them so
  that they more closely fit with the CHHR concept  and split DAU 60, DAU 61, etc.  What was the
  rationale for combining these populations into the larger polygon. *From Scott directly above:*
  *situations where we [CPW] have biological connections between 2 (or more) subherds, and there*
  *are not discrete polygons.* **Need to verify that this may overestimate foray locations.**
- **When GMUs were combined to form CHHRs, how was Herd Sex Ratio calculate for the**
  **combination of populations?**
- Assume that West Needles (S71) is outside of UFO area of interest.  From Scott directly above:
  *West Needles herd is south of Silverton*

## 30 January 2015 Conference Call
Robin Sell, Scott Wait, Brad Banulis, Missy Siders

**Review of new CPW range map to be used for model runs in place of Core Herd Home Ranges (CHHR).**
- Black Ridge/Dominguez Creek:  CPW doesn't know a good place to break the populations apart  so
  left as one large area;
- Middle and Upper Dolores: populations do have overlap in movement, so left as one large area;
- Cow Creek/Wetterhorn Peak/Lake Fork/Pole Mountain:  Known interaction between those herds,
  so left as one large area.

- Addition of adjacent Utah bighorn herd map from UDWR to Black Ridge/Dominguez Creek CHHR.
  Missy will contact BLM in Utah to make sure there is not better home range data for Utah portion
  of Black Ridge and to let them know what we are doing.  Pamela Riddle, Moab 435-259-2138.

Bighorn Sheep Risk of Contact Tool Page 316

BLM_0050161

**Review of SW Colorado Bighorn Sheep ROC Model Input Data Spreadsheet relative to CHHRs.**
Model runs will use DAU60, DAU61 and DAU21 for the combined population areas.
Otherwise, model runs will use individual population (S) numbers.

Brad will work with Scott to provide a couple sentence on how the sex ratio calculations were
completed where populations where merged in one CHHR. Send to Missy.

**Model Runs**
Once all layers are run, add cell values together for all models.

---



Siders, Melissa (Missy) <msiders@blm.gov>

## Fwd: webinar info

**Eichhoff - DNR, Karin** <karin.eichhoff@state.co.us>                    Thu, Jan 29, 2015 at 11:06 AM
To: "Siders, Melissa (Missy)" <msiders@blm.gov>
Cc: Scott Wait - DNR <scott.wait@state.co.us>, "Sell, Robin A" <rsell@blm.gov>, Anthony Titolo
<atitolo@blm.gov>, "Quarnen, Frank R" <fquarnen@blm.gov>, Brad Petch - DNR <brad.petch@state.co.us>, Julie
Mao - DNR <julie.mao@state.co.us>, Brandon Diamond - DNR <brandon.diamond@state.co.us>, Brad Banulis -
DNR <brad.banulis@state.co.us>, David Sinton <dsinton@blm.gov>

Hi Missy,
I missed adding the West Needles polygon to the shapefile, attached is an updated
BighornRangeROC_Uncompahgre shapefile. Please use this file instead of the file sent on 1/23.

Thanks for your patience,
Karin

Karin Eichhoff
GIS Analyst



**COLORADO**
Parks and Wildlife
Department of Natural Resources

P 970.472.4326 | F 970.472.4457
317 W. Prospect Rd., Fort Collins, CO 80526
karin.eichhoff@state.co.us | cpw.state.co.us

[Quoted text hidden]

---

📄 **BighornRange_ROC_Uncompaghre.zip**
124K

Saved to: T:\CO\GIS\giswork\ufo\projects\wildlife\bighorn_sheep_risk_of_contact_tool\layers
\BHS_RoC_Data_20150129\BighornRange_ROC_Uncompaghre.shp

==This is layer to
use but add the
Utah piece==

==Wait for
numbers before
running
Dominguez
(2/2/2015)==

https://mail.google.com/mail/u/0/?ik=2&js=8f17557f&view=pt&q=from%3A%20rsell%40blm.gov&qs=true&search=query&th=14b3b9f6ac47d468f&siml=14    1/1

BLM_0050162



Siders, Melissa (Missy) <msiders@blm.gov>

## Utah Bighorn Range
1 message

**Siders, Melissa (Missy)** <msiders@blm.gov>                    Mon, Feb 2, 2015 at 12:06 PM
To: Pamela Riddle <priddle@blm.gov>
Cc: David Sinton <dsinton@blm.gov>

Pam,
As I said over the phone, we are looking at doing a Risk of Contact model run for many of our bighorn sheep ranges in our field office as part of our RMP analysis. One of our populations runs right up to the boarder with your field office. It is in the general area of just south of I-70 to Dry Gulch and State line to Westwater Canyon. Our GIS person found a bighorn range map and I wanted to bounce it off of you to see if you think it is a valid extension to our herd map. Or if you can connect me with the appropriate UDWR person.

The area is question is in the attached map:  our population is the light green; the Utah portion is in grey with red outline.
-Missy
970-275-6639
^v^ ^V^ ^v^ ^v^  ^V^ ^v^   ^V^ ^v^ ^v^
  **Melissa (Missy) Siders**, Wildlife Biologist
  Uncompahgre Field Office
  2465 S. Townsend Ave., Montrose, CO 81401
  970-240-5332 – office
  e-mail:  msiders@blm.gov
^v^ ^v^  ^V^ ^v^   ^V^ ^v^ ^V^ ^v^ ^V^
  "*So fuki de gas, fuki de sol, pund ay bare, way pax do am*"
   If ten people dig, and ten people fill,
   there's a lot of dust, but no work gets done.
   -Wolof Proverb, Senegal, West Africa

---

📎 **Utah_Portion_BlackRidgeDominguez_sm.pdf**
523K



BLM_0050163



**Return Phone call from Pamela Riddle, BLM, Moab 2/2/2015**

They don't have a lot of information about this herd.  There are not a lot of bighorn in the area any more.  They focus on other larger herds.  Best person to talk to would be Guy Wallace (UDWR  cell 435-820-6023, office 435-587-2643).  He has worked that area for about 20 years and would have a good idea.

**Guy Wallace (UDWR  cell 435-820-6023) 2/3/2015**

Have not updated this population range map in a while.  Population is not doing well.  Get occasional reports that there are still bighorn in the area.  Introduced some bighorn into the area the same time that Colorado did for Colorado National Monument.  They did OK for a few years, then dwindled.  Have not been focusing on that area for a while.  They survey that area for elk each year and look for bighorn while flying, but the last two years have not seen any bighorn.  Still get occasional reports from ranchers or hunters that they see bighorn.  Send map of range to guywallace@utah.gov and he'll take a look at.

BLM_0050164



Siders, Melissa (Missy) <msiders@blm.gov>

## State line bighorn herd

**Guy Wallace** <guywallace@utah.gov>
To: "Siders, Melissa (Missy)" <msiders@blm.gov>

Wed, Feb 4, 2015 at 10:22 AM

Hi Missy,
Just got a chance to look at the map this morning. I think the bighorn range outlined is a pretty accurate representation of available habitat in Utah. The actual bighorn use areas (when we surveyed them) were primarily in the larger portion of the polygon. The northern extension along the river corridor I am not sure about. I believe the northern portion not delineated as bighorn range in Utah was due to the amount of relatively flat terrain in that area.

Hope this helps. If you have any further questions, I will be on the road most of today but would answer if I have service. I will be in meetings tomorrow morning but should be available in the afternoon.

On Tue, Feb 3, 2015 at 8:50 AM, Siders, Melissa (Missy) <msiders@blm.gov> wrote:
> Guy,
> As we discussed on the phone, we are looking at doing a Risk of Contact model run for many of our bighorn sheep ranges in our field office as part of our RMP analysis. One of our populations runs right up to the boarder with your field office. It is in the general area of just south of I-70 to Dry Gulch and State line to Westwater Canyon. Our GIS person found a bighorn range map and I wanted to bounce it off of you to see if you think it is a valid extension to our herd map. The area is question is in the attached map: our population is the light green; the Utah portion is in grey with red outline.
> Thanks!
> -Missy
> ^v^ ^v^ ^v^ ^v^ ^v^ ^v^ ^v^ ^v^ ^v^ ^v^
> **Melissa (Missy) Siders**, Wildlife Biologist
> Uncompahgre Field Office
> 2465 S. Townsend Ave., Montrose, CO 81401
> 970-240-5332 – office
> e-mail:  msiders@blm.gov
> ^v^ ^v^ ^v^ ^v^ ^v^ ^v^ ^v^ ^v^ ^v^ ^v^
> *"So fuki de gas, fuki de sol, pund ay bare, way pax do am"*
>   If ten people dig, and ten people fill,
>  there's a lot of dust, but no work gets done.
>    -Wolof Proverb, Senegal, West Africa

--
*Guy Wallace*
*Wildlife Manager*
*Southeastern Region*
*Utah Division of Wildlife Resources*
*Monticello, UT*
*435-587-2643 (office)*
*435-820-6023 (cell)*

poly

https://mail.google.com/mail/u/0/?ui=2&ik=dff175570e&view=pt&search=inbox&msg=14b599d63f1d6f3&dsqt=1&siml=14b599d63f1d6f3                                1/1

BLM_0050165



**Robin Sell phone call 2/4/15**

Utah portion, based on Guy's description, maybe it should not be considered part of the CHHR ... not part of where the sheep are 95% of the time.

I said that I would discuss with Brad Banulis.

BLM_0050166



Siders, Melissa (Missy) <msiders@blm.gov>

## Bighorn DAU numbers

**Banulis - DNR, Brad** <brad.banulis@state.co.us>
To: "Siders, Melissa S" <msiders@blm.gov>
Cc: Scott Wait - DNR <scott.wait@state.co.us>

Wed, Feb 4, 2015 at 1:50 PM

Hey Missy-
Here are the revised DAU sex ratio estimates and ram/ewe numbers for the Dolores and Dominguez/Black Ridge population.

Here is some wording that can be incorporated as well:

DAU (Data Analysis Unit) population estimates are used for bighorn sheep populations where there is known interaction between bighorns in adjacent GMUs (Game Management Units) or where there is not a known break in occupied habitat between adjacent bighorn sheep populations. GMU population estimates and sex ratios are combined to form DAU population estimates with sex ratios being recalculated and weighted in proportion to GMU population size.

Let me know if you have any other questions. I should be around or at least accessible the next few days on my cell (call my personal cell number 970-596-2385, as my work cell is not functional). The last 2 days I was finishing up elk helicopter classification on the Uncompahgre, so I will respond to your other emails this afternoon as well.

Thanks,
Brad

**Brad Banulis**
**Wildlife Biologist**



**COLORADO**
**Parks and Wildlife**
Department of Natural Resources

P 970.252.6051  |  F 970.252.6053
2300 S. Townsend Ave., Montrose, CO  81401
brad.banulis@state.co.us  |  cpw.state.co.us

---

📎 **20150204 SW Colorado Bighorn Sheep ROC Model Input Data Spreadsheet.xlsx**
17K

BLM_0050167

Saved to:  <file://S:\Biological_Resources\TESpecies\Species_Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\20150204 SW Colorado Bighorn Sheep ROC Model Input Data Spreadsheet.xlsx>

| Bighorn Sheep RoC Tool v2 Nomenclature | CPW Nomenclature | | Desert Bighorn | | | | | | Rocky Mountain Bighorn | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Uncompahgre / Dominguez | Black Ridge | DAU##40 | Middle Dolores | Upper Dolores | DAU##41 | Black Canyon | Cow Creek/Wetterhorn | Lake Fork/Pole Mountain | DAU##21 | Dillon Mesa/W. Elk | Sneffmans West |
| | Game Management Unit | S62 | S56 | S62/S56 | S63 | S64 | S63/S64 | S80 | S21 | S33 | S21/S33 | S54 | S25 |
| **HOME RANGE DATA** | | | | | | | | | | | | | |
| 3.2.1 Bighorn Sheep Telemetry Points used to inform CHHR polygon | CPW Telemetry Points | n/a | Yes | | n/a | n/a | | n/a | n/a | n/a | | n/a | 20 |
| 3.2.1 Bighorn Sheep Observation Points used to inform CHHR polygon | CPW Observation Points | Yes | Yes | | Yes | Yes | | ? | Yes | Yes | | Yes | Yes |
| 3.2.1 Bighorn Sheep GPS Points used to inform CHHR polygon | CPW GPS Points | 17 | n/a | | Yes | Yes | | n/a | Yes | Yes | | n/a | 13 |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Levn SUMMER | CPW Bighorn Summer Range | Summer | Summer | | Summer | Summer | | Summer | Summer | Summer | | Merged Summer / Winter | Summer |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Levn WINTER | CPW Bighorn Winter Range | Winter | Winter | | Winter | Winter | | n/a | Winter | Winter | | Merged Summer / Winter | Winter |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Levn OVERALL | CPW Bighorn Overall Range | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall |
| **FORAY DATA** | | | | | | | | | | | | | |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) SUMMER | CPW Suitable Habitat Models | n/a | n/a | n/a | n/a | n/a | | Summer | Summer | Summer | Summer | Summer | Summer |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) WINTER | CPW Suitable Habitat Models | n/a | n/a | n/a | n/a | n/a | | n/a | n/a | n/a | n/a | n/a | n/a |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) YEAR-ROUND | CPW Suitable Habitat Models | Year-round | Year-round | Year-round | Year-round | Year-round | Year-round | n/a | n/a | n/a | n/a | n/a | n/a |
| 3.2.2 Habitat Preference Raster Layer (Relative Preference)* | | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values |
| 4.4.1 Rate & Ever Distance Distribution File SUMMER | N/A | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values |
| 4.4.1 Rate & Ever Distance Distribution File WINTER | N/A | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 4.3.1 ADULT Herd Size | CPW 3-year average## | 120 | 110 | 230 | 62 | 92 | 154 | 30 | 204 | 108 | 204 | 90 | 54 |
| 4.3.1 Herd Sex Ratio (Number of (Rams Ewes)) | CPW 3-year average | 36/84 | 34/94 | 93/177 | 13/29 | 31/44 | 44/59 | 8/22 | 82/122 | 44/54 | 126/176 | 28/62 | 16/35 |
| 4.3.1 Ram Ratio (for reference) | CPW 3-year average | 42.7/100 | 60/100 | 52.6/100 | 41.8/100 | 50/100 | 46.4/100 | 35.6/100 | 67.9/100 | 67.0/100 | 67.9/100 | 45.2/100 | 45.0/100 |
| 4.3.1 Foray Probability SUMMER | N/A | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values |

Use BOLD typeface at DAU or GMU level (DAU is used when polygons are connected and movement/connection is known, otherwise GMU is used)

CHHR typically equals CPW Overall polygon, specific seasonal polygons are only used when specific AND complete knowledge is possessed.

*Normally, people use the default values from the ROC User Guide - at this point, use summer default values for everything
**Still need connected habitat and non-habitat

##Default to Rocky Mountain Summer unless CPW has distance estimates for DBHS

Would be critical to look at points independently and then overlay with CHHR
Need to verify data with local biologist

BLM_0050168

| Bighorn Sheep RoC Tool v2 Nomenclature | CPW Nomenclature | Sonorous East | Taylor River | Fossil Ridge | DAU #23 | Lottery Lake Fork | Main Canyon | Bottleneck Mesa |
|---|---|---|---|---|---|---|---|---|
| **HOME RANGE DATA** | Game Management Unit | S43 | S26 | S71 | S26/S71 | S88 | S75 | S24 |
| 3.2.1 Bighorn Sheep Telemetry Points used to inform CHHR polygon | CPW Telemetry Points | n/a | n/a | n/a | | n/a | n/a | n/a |
| 3.2.1 Bighorn Sheep Observation Points used to inform CHHR polygon | CPW Observation Points | Yes | Yes | Yes | | Yes | Yes | Yes |
| 3.2.1 Bighorn Sheep GPS Points used to inform CHHR polygon | CPW GPS Points | | n/a | n/a | | n/a | n/a | n/a |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer SUMMER | CPW Bighorn Summer Range | Summer Redistribution | Summer | Summer | Summer | Summer | Summer | Summer |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer WINTER | CPW Bighorn Winter Range | Winter | Winter | Winter | Winter | Winter | Winter | Winter |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer OVERALL | CPW Bighorn Overall Range | Overall | Overall | Overall | Overall | Overall | Overall | Overall |
| **FORAY DATA** | | | | | | | | |
| 3.2.2 Habitat Preference Raster Layer -Habitat Class SUMMER | CPW Suitable Habitat Models | Summer | Summer | Summer | Summer | Summer | Summer | Summer |
| 3.2.2 Habitat Preference Raster Layer -Habitat Class WINTER | CPW Suitable Habitat Models | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 3.2.2 Habitat Preference Raster Layer -Habitat Class YEAR ROUND | CPW Suitable Habitat Models | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 3.2.2 Habitat Preference Raster Layer (Relative Preference)* | N/A | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values |
| 4.4.1 Ram & Ewe Distance Distribution File SUMMER | N/A | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values |
| 4.4.1 Ram & Ewe Distance Distribution File WINTER | N/A | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 4.3.1 ADULT Herd Size | CPW 3-year average# | 40 | 50 | 25 | 50 | 10 | 45 | 55 |
| 4.3.1 Herd Sex Ratio: Numbers of (Rams:Ewes) | CPW 3-min average | 20:40 | 1:1 | 1 | 20 | 4:6 | 10:35 | 16:39 |
| 4.3.1 Herd Sex Ratio (for reference) | CPW 3-min average | 50:100 | 76:100 | 75:100 | 67:100 | 40:100 | 30:100 | 40:100 |
| 4.3.1 Foray Probability SUMMER | N/A | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Default Values |
| 4.3.1 Foray Probability WINTER | N/A | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Use BOLD to place at DAU or GMU level (DAU is used when polygons are connected and movement connection is known, otherwise GMU is used)

CHHR typically equals CPW Overall polygon, specify seasonal polygons are only used when specific AND complete knowledge is preserved

*Normally, people use the default values from the RoC User Guid

**Still need connector habitat and non-habitat

##Default to Rocky Mountain Summer unless CPW has distance c

Would be critical to look at points independently and then overlay Need to verify data with local biologists!

## Phone Conversation with Brad Banulis 2/4/15

Discussed Utah portion for Black Ridge herd. The telemetry sheep in the Black Ridge herd have not been seen to move into Utah. We agreed that give the definition of Core Herd Home Range (i.e. 95% of bighorn time), perhaps the Utah portion is not appropriate to add for this model.

Bighorn Sheep Risk of Contact Tool Page 324

BLM_0050169

## Notes from 2015 January 15

Thursday, January 15, 2015
8:14 AM



Siders, Melissa (Missy) <msiders@blm.gov>

### Fwd: updated BHS spreadhseets

1 message

**Sell, Robin** <rsell@blm.gov>                                             Wed, Jan 14, 2015 at 5:30 PM
To: Anthony Titolo <atitolo@blm.gov>, David Sinton <dsinton@blm.gov>, "Melissa (Missy) Siders"
<msiders@blm.gov>

FYI- Frank is good with these- slightly updated data sheet for tomorrow's webinar. Snowmass blue figures are updated. The yellow boxes (herd size) still need to be adjusted during tomorrows call. Talk to you all soon.

RAS

--------- Forwarded message ---------
From: **Sell, Robin** <rsell@blm.gov>
Date: Wed, Jan 14, 2015 at 4:51 PM
Subject: updated BHS spreadhseets
To: "Quamen, Frank R" <fquamen@blm.gov>

Hi Frank-

I just made a few changes to these 2 documents. If you are OK (data questions still in read)- I can also share with Missy, David and Anthony.

Also, just received msg from Andy which you will see.

Other prep I should do? for tomorrow??

_____

**2 attachments**

 **20140114 SW Colorado Bighorn Sheep ROC Data Needs Assignments.docx**
27K

 **20140114 SW Colorado Bighorn Sheep ROC Model Input Data Spreadsheet.xlsx**
13K



1/1

BLM_0050170

| Bighorn Sheep RoC Tool v2 Nomenclature | | CPW Nomenclature? | Desert Bighorn | | | Rocky Mountain Bighorn | | | S-25 Snowmass West |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Uncompahgre | Middle Dolores | Black Canyon | Cow Creek/Wett. | S-54 Dillon Mesa/W. Elk | | |
| **HOME RANGE DATA** | | | | | | | | | |
| 3.2.1 | Bighorn Sheep Telemetry Points | CPW Telemetry Points | | | | | | | |
| 3.2.1 | Bighorn Sheep Observation Points | CPW Observation Points | | | | | | | |
| 3.2.1 | Bighorn Sheep GPS Points | CPW GPS Points | | | | | | | |
| 3.2.1 | Bighorn Sheep Core Herd Home Range (CHHR) Polygon Layer | CPW Bighorn Overall Range?^ | Year-round, S, W | Year-round, S, W | Year-round = S, W | Year-round, S, W | Year-round, S, W? | | Year-round, S, W |
| **FORAY DATA** | | | | | | | | | |
| 3.2.2 | Habitat Preference Raster Layer (Habitat Class) | CPW Suitable Habitat Models? | Suitable only** | Suitable only** | Y ( 3 values) | Y ( 3 values) | Y ( 3 values) | | Y ( 3 values) |
| 3.2.2 | Habitat Preference Raster Layer (Relative Preference)* | N/A | Default Values | Default Values | Default Values | Default Values | Default Values | | Default Values |
| 4.4.1 | Ram & Ewe Distance Distribution File (Summer, Winter) | N/A | Default Values (S)## | Default Values (S)### | Default Values (S) | Default Values (S) | Default Values (S) | | Default Values (S) |
| 4.5.1 | Herd Size | CPW 3-year average# | 160 | 55 | 30 | 237.5 | 125 | | 51 |
| 4.5.1 | Herd Sex Ratio (Rams:Ewes) | CPW 3-year average | 43.7:100 | 44.8:100 | 35:100 | 67.9:100 | 35:100 | | 47.4:100 |
| 4.5.1 | Foray Probability | N/A | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) | Default Values (S) | | Default Values (S) |

S=Summer

W=Winter

*Normally, people use the default values from the ROC User Guide - at this point, use summer default values for everything

**Still need connector habitat and non-habitat

***Unless Julie has local information for a better estimate

#these are post-hunt total herd estimates; need to modify to reflect adults only

##Default to Rocky Mountain Summer unless CPW has distance estimates for DBHS

^Need each population named, or use multi-part polygon for all six; also need to make sure that each record is one sheep only

Would be critical to look at points independently and then overlay with CHHR

Need to verify data with local biologists!

BLM_0050171

## SW Colorado Bighorn Sheep ROC Data Needs/Assignments

1. ☑ BLM: Spreadsheet and GIS Layer of our rough planning schedule (Robin)

2. ☑ CPW: Attributed population/herd layer (Karin)

3. ☑ BLM: Combine these to get at when the data are most needed (Frank/Anthony)

4. CPW: Verification from Dillon Mesa biologist on Year-round, Summer, Winter for Core Herd Home Range  (Brad) Scott W. will work with Brad and/or Brandon on mapping question.

5. ☑ BLM send CPW the sub-model for connector habitat as well as RM layer, will also send contact info (Frank)

6. ☑ ❓ CPW & BLM: Rerun of RM BHS Habitat Preference Raster Layer for connector habitat (Habitat Class) and agreement on the input/base layers (Frank/Anthony/Karin/others).  NOC and UFO have current RM suitable habitat layer and statewide BHS overall habitat coverage.

7. ☑ ❓ CPW & BLM: Run of D BHS Habitat Preference Raster Layer connector (Habitat Class) and agreement on the input/base layer (Frank/Anthony/Karin/others).  NOC and UFO have

8. CPW: check on herd sizes to include adults only (Andy/others)  Herd size includes adults & juveniles.  Local CPW biologists will need to adjust individual population estimate to achieve adult only estimates- based on confidence level of lamb ratio and population data.

9. ☑ ❓ CPW: check on what to use for herd sex ratios for Black Canyon, Dillon Mesa, & Snowmass West (State averages, additional local data, etc.) (Andy/Julie)

10. BLM & CPW: expand table and data queries to include Gunnison and other planning units on the horizon (Frank/all)

11. BLM: Send out new User Guide when available  (Robin)

12. ☑ BLM: exchange adjusted allotment data (Anthony/David)

**15 January 2015 Webinar**
Missy Siders notes
Participants:  NOC:  Robin Sell, Frank Quamen
NOC Wildlife Modeling Center:  Anthony Titoli, Carla, Shannon
Montrose:  Missy Siders, David Sinton, Ken Holsinger, Brad Banulis (CPW), Michael Schmidt (TRFO BLM), Andy Welsh (GFO BLM)
Phone:  Tara De Valois (GFO  BLM), Scott Wait (CPW), Brandon Diamon (CPW), Julie Mao (CPW), Darren Long (KRFO, BLM)
Model Developers:  Tom Rinkes, Clint McCarthy

Joined later:  Tom Rinkes, others from the Idaho Modeling effort ( Need to get names from Robin/Frank)

Issues discussed today:

- **CPW needs to review the home range maps again.** Need to redefine the populations so that their population numbers are valid for the areas being discussed. Some polygons are actually multiple populations that they track numbers for. Some polygons need to be made smaller, based on new information (Middle Dolores) or by using seasonal habitat (Summer/Winter) because it shows more closely the CHHR
  - Scott Wait will head CPW review of polygon and herd population data and will get it back to BLM by Friday 1/23/15
- Core Herd Home Range (CHHR) is supposed to be seasonal areas (depending on the contact question) where the bighorn population spend 95% of their time. Tom Rinkes commented that he thought that **our ranges appeared to be large and may over estimate forays** due to that.
- **Herd size is supposed to be adults only.** Some of CPWs estimates includes juveniles. They will review and provide their estimation for populations of adults only.
- I showed the model team (Tom Rinkes et all) the results from the DENCA model and the allotments in North Delta that come out high even though the bighorn have to travel through non-habitat. We also did a test run for the Black Canyon population. Again this area came out high even though bighorn have to travel through non-habitat. Tom expressed that given the distances this does not make sense.
- Tom Rinkes expressed that **Herd Sex Ratio** for the model inputs should be shows as the **actual numbers of rams and ewes, not the usual ratio of rams to 100 ewes** as described in the users guide. CPW is correcting this in the data table. They are correcting this in the Users Guide. Example: Uncompahgre's population is 120 adults. Ratio is 43.7:100 (which is what we put in the model in previous runs) but it should be entered as:
  - Population (P) = Rams+Ewes
  - Ratio is R:E (Rams per 100 Ewes)
  - Rams = (R/100)*P/(R/100)+(E/100)
  - For Dominguez that's:
    - Rams= .437*Population/(.437+1)=36.5
    - Ewes= Population/(.437+1)=83.5
- Rocky Mountain Suitable habitat map from CPW is for **Summer habitat**
- Desert Suitable habitat map from CPW is for **year round habitat**
- CPW has limited telemetry information for most of their populations; do not have enough telemetry data from local rams to be able to adequately provide a foray probability for these populations or even for the state. Tom Rinkes recommended they contact neighboring states, especially for desert bighorn, to see if they have good foray probabilities.
- Tom Rinkes stated that foray probabilities are generated out to approx 35km. Desert bighorn habitat suitability model needs to be clipped so that it is at least that far from the desert overall home ranges.
- **Default foray probabilities (from Idaho) are for summer seasonal forays for Rocky Mountain**
- **Foray seasons and rut are different between Desert and Rocky Mountain bighorn**
- **Most of UFO domestic sheep use is during winter;** North Fork area has some summer
- This model is based on ram forays into appropriate habitat; **model should be run for the domestic sheep season of use in question.**
- I asked the question to the group: **At what point is the concerns for the data accuracy and correct season to a level that the results of the model are suspect and not worth running.**
- Long discussion from model makers about everything but answering the question
- Robin Sell again asked directly to Scott Wait (CPW) his feelings on whether this effort, given the concerns for the accuracy of the data inputs, is worth pursuing.
- **Scott Wait (CPW) strongly supported the running of the model despite the concerns;** he will work with his folks to get the data into the best shape they can from their professional opinion, then we should run it and see what it tells us.

---



Siders, Melissa (Missy) <msiders@blm.gov>

## Fwd: webinar info

**Sell, Robin** <rsell@blm.gov>                                                        Fri, Jan 16, 2015 at 10:06 AM
To: David Sinton <dsinton@blm.gov>, Aaron Rutledge <arutledge@blm.gov>, Michael Schmidt <mschmidt@blm.gov>, Andrew Welsh <awelsh@blm.gov>, Tara De Vaiois <tdevaloi@blm.gov>, Amber Swinney <aswinney@blm.gov>, Douglas Simon <dsimon@blm.gov>, Joel Humphries <jhumphries@blm.gov>, Heidi Plank <hplank@blm.gov>, Amanda Ewing <alewing@blm.gov>, Andy Holland - DNR <andy.holland@state.co.us>, Brad Banulis <Brad.Banulis@state.co.us>, "Eichhoff - DNR, Karin" <karin.eichhoff@state.co.us>, Scott Wait <Scott.Wait@state.co.us>, stephanie.ferrero@state.co.us, "Quamen, Frank R" <fquamen@blm.gov>, Anthony Titolo <atitolo@blm.gov>, Brad Petch <brad.petch@blm.gov>, Brandon Diamond - DNR <brandon.diamond@state.co.us>, John Broderick - DNR <john.broderick@state.co.us>, "McLaughlin, Craig" <Craig.McLaughlin@state.co.us>, Kenneth Schauer <kschauer@blm.gov>, Nathaniel West <nwest@blm.gov>, Russell Japuntich <rjapuntl@blm.gov>, Hilary Boyd <hboyd@blm.gov>, Desa Ausmus <dausmus@blm.gov>, Darren Long <dlong@blm.gov>, Lisa Belmonte <lbelmont@blm.gov>, Sylvia Ringer <sringer@blm.gov>, Shawna Wiser <swiser@blm.gov>, Ken Holsinger <kholsing@blm.gov>, "Rogers, Lynae B" <lbroger@blm.gov>, Angela Losasso <alosasso@blm.gov>, Julie Mao - DNR <Julie.Mao@state.co.us>, "Melissa (Missy) Siders" <msiders@blm.gov>, Tom Rinkes <rinkes.t@gmail.com>, Kristi Murphy <kmurphy@blm.gov>
Cc: cmccarth01@gmail.com, Bruce Rittenhouse <brittenh@blm.gov>

BLM_0050173

Darren Long <dlong@blm.gov>, Lisa Belmonte <lbelmont@blm.gov>, Sylvia Ringer <sringer@blm.gov>, Shawna Wiser <swiser@blm.gov>, Ken Holsinger <kholsing@blm.gov>, "Rogers, Lynae B" <lbroger@blm.gov>, Angela Losasso <alosasso@blm.gov>, Julie Mao - DNR <Julie.Mao@state.co.us>, "Melissa (Missy) Siders" <msiders@blm.gov>, Tom Rinkes <rinkes.t@gmail.com>, Kristi Murphy <kmurphy@blm.gov>
Cc: cmccarth01@gmail.com, Bruce Rittenhouse <brittenh@blm.gov>

Hi everyone-

Thanks to all who were able to participate on yesterday's webinar.  Attached are the 2 worksheets that Frank edited on the screen yesterday - our continued assignments & data spreadsheet for the populations we need to run for the UFO RMP.  We made tremendous progress on recognizing the further refinements necessary for our model data inputs.  There is a lot of work to be done in a short timeframe.  Thanks to Tom & Clint for assisting with this discussion and their expertise on the ROC model. Thanks also to Frank and the Wildlife Lab (Anthony, Shannon and Carla) from the NOC (BLM National Operations Center) for their help in this process and model runs.

**CPW is meeting on Tuesday, Jan 20th** to complete the attached table and refine the Core Herd Home Range (CHHR) polygon for each population listed.  They will share any completed population sets immediately and have committed to providing the **entire data set by Friday, Jan. 23rd**.  GIS data will be sent directly to David Sinton and Anthony Titolo (emails above) so the BLM- UFO and NOC will have the underlying spatial data sets for the model.  One suggestion if making separate data files- *include BLM ROC Model 2015* in title so it is not confused in future with similar CPW map data. The completed data table should be sent to Missy Siders, Frank Quamen and Robin Sell.  I will continue to share the data table (and other correspondence) with the entire group. I will also forward the BHS/disease papers discussed on our webinar in a separate email.

Another reminder: When adding or considering observational data to build or refine the CHHR - an observation of a group of **5 BHS**, should be recorded as **5 individuals** (adults only) for model inputs.

Finally- If folks need to be added/deleted from this email list- please let me know.  Anthony- could you share with Shannon & Carla- I need to get full names.  Brad P.- can you share with Stephanie D. in interim.

Questions, let me know.  Back in office on Tuesday.

Robin
303.239.3723

BLM_0050174

**2 attachments**

📎 **20140114 SW Colorado Bighorn Sheep ROC Data Needs Assignments.docx**
21K

📎 **20140114 SW Colorado Bighorn Sheep ROC Model Input Data Spreadsheet (1) (1).xlsx**
14K

BLM_0050175

## SW Colorado Bighorn Sheep ROC Data Needs/Assignments

☑ 1.  BLM: Spreadsheet and GIS Layer of our rough planning schedule (Robin)

☑ 2.  BLM: Combine these to get at when the data are most needed (Frank/Anthony)

3.  CPW: Attributed population/herd layer (Karin et al)

4.  CPW: Verification from Dillon Mesa biologist on Year-round, Summer, Winter for Core Herd Home Range (Brad) CHHR = Summer + Winter for Dillon Mesa

☑ 5.  BLM send CPW the sub-model for connector habitat as well as RM layer, will also send contact info (Frank)

☑ 6.  CPW & BLM: Rerun of RM BHS Habitat Preference Raster Layer for connector habitat (Habitat Class) and agreement on the input/base layers (Frank/Anthony/Karin/others). NOC and UFO have current RM suitable habitat layer and statewide BHS overall habitat coverage.

7.  CPW & BLM: Run of D BHS Habitat Preference Raster Layer connector (Habitat Class) and agreement on the input/base layer (Frank/Anthony/Karin/others).  Expand to 35km (Karin)

8.  CPW: check on herd sizes to include adults only (Andy/others)  Still need some info (Scott)

9.  CPW: check on what to use for herd sex ratios (Andy/Julie)

10.  BLM & CPW: expand table and data queries to include Gunnison and other planning units on the horizon (Frank/all) Need to add these

11.  BLM: Send out new User Guide when available  (Robin)

☑ 12.  BLM: exchange adjusted allotment data (Anthony/David)

BLM_0050176

S:\Biological_Resources\TESpecies Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\20150115 Notes\20150115 Webinar Notes\20140116 SW Colorado Bighorn Sheep ROC Model Input Data Spreadsheet (1) (1).xlsx

| Bighorn Sheep RoC Tool v2 Nomenclature | CPW Nomenclature? | Desert Bighorn | | | | | Rocky Mountain Bighorn | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Uncompahgre/ Dominguez | Black Ridge | Middle Dolores | Upper Dolores | Black Canyon | Cow Creek/West milk? | S-54 Dillon Mesa/W. Elk | S-25 Snowmass West | S-26 Taylor River | S-13 Snowmass East |
| **HOME RANGE DATA** | | | | | | | | | | | | |
| 3.2.1 Bighorn Sheep Telemetry Points | CPW Telemetry Points | n/a | TBD | n/a | n/a | n/a | n/a | n/a | 20 | n/a | n/a |
| 3.2.1 Bighorn Sheep Observation Points | CPW Observation Points | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? |
| 3.2.1 Bighorn Sheep GPS Points | CPW GPS Points | 12 | n/a | TBD | TBD | n/a | TBD | n/a | 13 | n/a | ? |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer SUMMER | CPW Bighorn Overall Range? | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer | Summer |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer WINTER | CPW Bighorn Overall Range? | Winter (same as summer) | Winter | Winter | Winter (same as summer) | n/a | Winter | Winter | Winter | Winter | Winter |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer OVERALL | CPW Bighorn Overall Range? | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall | Overall |
| **FORAY DATA** | | | | | | | | | | | | |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) SUMMER | CPW Suitable Habitat Models? | n/a | n/a | n/a | n/a | Summer | Summer | Summer | Summer | Summer | Summer |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) WINTER | CPW Suitable Habitat Models? | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) YEAR ROUND | CPW Suitable Habitat Models? | Year round | Year round | Year round | Year round | n/a | n/a | n/a | n/a | n/a | n/a |
| 3.2.2 Habitat Preference Raster Layer (Relative Preference)^ | N/A | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values | Default Values |
| 4.4.1 Ram & Ewe Distance Distribution File SUMMER | N/A | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values |
| Ram & Ewe Distance Distribution File WINTER | N/A | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 4.5.1 ADULT Herd Size | CPW 3-year average# | 120 | TBD | 42 | TBD | 30 | 204 | 125 | 51 | TBD | TBD |
| 4.5.1 Herd Sex Ratio (Numbers of (Rams:Ewes) | CPW 3-year average | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| Ram Ratio (for reference) | CPW 3-year average | 43.7:100 | TBD | 44.8:100 | TBD | 25:100 | 67.9:100 | 25:100 | 67.4:100 | TBD | TBD |
| 4.5.1 Foray Probability SUMMER | N/A | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values | Summer Default Values |
| 4.5.1 Foray Probability WINTER | N/A | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

S=Summer
W=Winter
*Normally, people use the default values from the ROC User Guide - at this point, use summer default values for everything
**Still need connector habitat and non-habitat
***Unless Julie has local information for a better estimate
#these are post-hunt total herd estimates; need to modify to reflect adults only
##Default to Rocky Mountain Summer unless CPW has distance estimates for DBHS
^Need each population named, or use multi-part polygon for all ms; also need to make sure that each record is one sheep only

Would be critical to look at points independently and then overlay with CHHR
Need to verify data with local biologists!

BLM_0050177

# RioGrande NF Example

Tuesday, February 10, 2015
7:33 AM

BLM_0050178



**Siders, Melissa (Missy) <msiders@blm.gov>**

## FW: Bighorn risk assessment

**Ghormley, Randy -FS** <rghormley@fs.fed.us>                    Mon, Feb 9, 2015 at 3:25 PM
To: Melissa Siders/MOFO/CO/BLM/DOI <msiders@blm.gov>

Some info below that I previously sent to help explain the model outcome to local CPW folks.

My Risk Assessment attachment bounced. Sending this for your request and will try again later. Meanwhile, I found the appendices from the Payette to be very useful. Cpt. 3 as well. May have to run soon and if so will try again tomorrow.



**Randy Ghormley**
**Wildife Program Manager**

**Forest Service**

**Rio Grande National Forest**

p: 719-852-6243
c: 719-850-2369
f: 719-852-6250
rghormley@fs.fed.us

1803 West Highway 160
Monte Vista, CO 81144
www.fs.fed.us

**Caring for the land and serving people**

**From:** Ghormley, Randy -FS
**Sent:** Wednesday, May 01, 2013 10:12 AM
**To:** Steinhoff - DNR, Stephanie
**Cc:** Ghormley, Randy -FS

https://mail.google.com/mail/u/0?ui=2&ik=df17557Da&view=pt&search=inbox&msg=14b707d9a7b7517d&siml=14b707d9a7b7517d                    1/4

BLM_0050179

**Subject:** RE: Bighorn risk assessment

Hi Steph. I know I went through all that quickly so am sending you a couple attachments. First – Cpt. 3 of the Payette FSEIS explains both the contact modeling (which the Tool provides) and the disease assumptions and modeling efforts. Also – **see Appendix L** for more specific info on the contact and disease model. Briefly, the Tool provides Total Contact Rates based on the probability of BHS reaching a particular spot on the landscape and whether that spot is in an active DS allotment (or pasture). , This then needs to be converted to animal-years to bring in the disease assumption. For example, if an Allotment (or pasture, depending on what you are assessing for contact) has a **total contact rate of 0.2 then the contact in animal years is 1/0.2 = 5. We therefore expect that, based on the modeled contact rates, a BHS will contact the allotment/pasture at least once every 5 years.** But so what? The only thing cannot be modeled with any certainty is when an actual contact that results in disease transmission will occur (explained well in Appendix L). To address this, the Payette looked at differences in disease events by alternative based on probability of disease transmission. See table W-29 below from Cpt. 3.

**Table W-29. Estimated Mean Outbreak Intervals (in Years) for the Action Alternatives Based on**

**Modeled Contact Probabilities**

| Probability[1] | Alternatives | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1B, 2, 5, and 7 | 3, 4, and 6 | 7G | 7L | 7M | 7N | 7O | 7P |
| 1.00 | 1.4 | 1.4 | 2.6 | 2.6 | 4.1 | 8.2 | 12 | 5.2 |
| 0.75 | 1.6 | 1.6 | 3.2 | 3.2 | 5.3 | 11 | 16 | 6.7 |
| 0.50 | 2.1 | 2.1 | 4.6 | 4.6 | 7.7 | 16 | 23 | 9.9 |
| 0.25 | 3.5 | 3.7 | 8.6 | 8.6 | 15 | 31 | 46 | 19 |
| 0.10 | 8 | 8.4 | 21 | 21 | 37 | 77 | 110 | 47 |
| 0.05 | 16 | 16 | 41 | 41 | 73 | 150 | 230 | 94 |

[1] Probability of a disease outbreak given contact

Probability of contact resulting in a disease event in Table W-29 is based on percentages. 1.0 = 100%, a disease event every contact. 0.75 probability = 75% or 1/0.75 = 1.33, a disease event expected every 1.33 contacts. A 25% (0.25) probability is what the Payette used and accepted, and is also what we used for Fisher/Ivy-Goose. Alternative 7O is the accepted Alternative for the Payette. This means that every 4th contact will result in a disease event. For our example above with a total contact rate of 0.2, which means a contact at least every 5 years, we expect every 4th contact to result is a disease event. So… 4 x 5 = 20 years until a disease event occurs. Make sense? This scenario would suggest that a constant disease transmission may occur that would never allow a BHS herd to recover before being hit again with disease. They would be

Bighorn Sheep Risk of Contact Tool Page 335

BLM_0050180

expected to be extirpated over time based on what we know about disease cycles/effects.


I actually think this is a conservative approach for DS because we know from penned experiments that BHS contract disease and die basically 100% of the time they are co-mingled with DS.  I have the contact rates for the FS and BLM allotments in S29 and S30 but haven't had time to convert them to animal-years or potential disease rates yet.  But all of them are quite high, with only 5 out of 22 being < 0.2 total contact rate, and even those 5 are still high.  The Payette did not accept a contact rate unless it got them to at least 46 years w/o a disease event (see table W-29), to provide for "viable" populations.  DS allotments were adjusted to achieve the contact rates to attain that.   Additional modeling to run the exposure through the outcome of the disease contact helped inform the "viability" outcome that was the end product.


Holler if you have additional questions.


**From:** Steinhoff - DNR, Stephanie [mailto:stephanie.steinhoff@state.co.us]
**Sent:** Wednesday, May 01, 2013 8:17 AM
**To:** Ghormley, Randy -FS
**Subject:** Bighorn risk assessment


Hey Randy,

Question for you - how are the "years to disease outbreak" calculated?  From what I remember of the RBS meeting, the Payette used a range of contact rates to predict the years to disease outbreak.  I don't think we went into the specifics of how those values were calculated.  If you have a document that explains these methods, could you email that?

Thanks a bunch,

Stephanie

BLM_0050181

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**3 attachments**

 **01_Final_FSEIS_Ch3_Wildlife.pdf**
4402K

**03_AppendicesM_O.pdf**
1807K

 **03_AppendicesD_L.pdf**
3870K

BLM_0050182

Payette Example Attachments:

- <file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\RioGrande NF ROC\01_Final_FSEIS_Ch3_Wildlife.pdf>
- <file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\RioGrande NF ROC\03_AppendicesM_O.pdf>
- <file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\RioGrande NF ROC\03_AppendicesD_L.pdf>

BLM_0050183



Siders, Melissa (Missy) <msiders@blm.gov>

## RoC EA

**Ghormley, Randy -FS** <rghormley@fs.fed.us>                    Mon, Feb 9, 2015 at 3:27 PM
To: "Siders, Melissa (Missy)" <msiders@blm.gov>

Let's see if this works.



**Randy Ghormley**
**Wildife Program Manager**

**Forest Service**

**Rio Grande National Forest**

p: 719-852-6243
c: 719-850-2369
f: 719-852-6250
rghormley@fs.fed.us

1803 West Highway 160
Monte Vista, CO 81144
www.fs.fed.us

**Caring for the land and serving people**

**From:** Siders, Melissa (Missy) [mailto:msiders@blm.gov]
**Sent:** Monday, February 09, 2015 2:56 PM
**To:** Ghormley, Randy -FS
**Subject:** RoC EA

[Quoted text hidden]

This electronic message contains information generated by the USDA solely for the intended recipients. Any
unauthorized interception of this message or the use or disclosure of the information it contains may violate the

BLM_0050184

law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

📄 **Appendix_E_Risk_Assessment_DATEDApril22.docx**
17521K

BLM_0050185



Appendix_E
_Risk_Ass...

Inserted from: <file://S:\Biological_Resources\TESpecies\Species_Info\Mammals\Bighorn\Bighorn RMP Modeling Effort \RioGrande NF ROC\Appendix_E_Risk_Assessment_DATEDApril22.docx>

BLM_0050186

# Risk of Contact Analysis
## Between
## Bighorn and Domestic Sheep
## on the
## Fisher-Ivy/Goose Lake Domestic Sheep Grazing Allotment
### April 22, 2013
### Rio Grande National Forest
### Divide Ranger District



BLM_0050187

## TABLE OF CONTENTS

Introduction                                                                                           3
    Figure 1: Bar Graph of Suitable Acres for Grazing and Acres of Bighorn Habitat      3
    Why the Concern Now - Change in Conditions                                          4

History of the Fisher-Ivy/Goose Lake Domestic Sheep Allotment and Current Status                      7
    Table 1: Authorized Allotments and Duration of Grazing                              7
    Figure 2: The Allotment Relative to the RGNF                                        8

History of the Weminuche Bighorn Sheep Herd and Current Status                                        9
    Figure 3: Sheep Allotments Within and Adjacent to the Weminuche Bighorn Herd        9
    Table 2: Weminuche Herd Population by GMU                                           11

    Population and Harvest Management                                                   11
    Table 3: Weminuche Herd 2012 License Allocation by GMU                              11
    Table 4: History of Rams Harvested <1 Mile from the Allotment                       11

    Bighorn Sheep In and Near the Allotment (Core Herd Home Range)                     12
    Figure 4: Location of Rams Harvested and Mixed Group Observations                   13

    Bighorn Sheep Source Habitat in the Allotment                                      14
    Figure 5: Summer Source Habitat Map                                                 15
    Figure 6: Suitable for Grazing Map                                                  16
    Figure 7: Overlap Between Suitable for Grazing and Source Habitat Map               17
    Table 5: Acres Suitable for Grazing and Acres of Source Habitat                    18

    Disease and Parasites                                                               18

    Risks Involving Domestic Sheep                                                      19

Risk of Contact Model Background                                                                      19

Risk of Contact Model                                                                                 20

Risk Assessment Process – Four Step Outline                                                           21
    Figure 8: Bighorn Sheep Foray Probability Map                                       25

Model Summary                                                                                         28
    Table 6: Estimated Annual Contact Rate by Foray per Pasture outside the CHHR        28
    Table 7: Estimated Annual Contact Rate by Foray per Pasture within the CHHR         28
    Figure 9: Fisher-Ivy/Goose Lake Pasture Map                                        31
    Figure 10: Bar Graph of Herd Level of Contact Rate per Pasture                     32

Alternative Summary                                                                                  34
    Table 8: Summary for Alternative 1                                                  34
    Table 9: Summary for Alternative 2                                                  35

Literature Cited                                                                                      38

2

BLM_0050188

### INTRODUCTION

The Rio Grande National Forest is preparing an Environmental Assessment (EA) for the Fisher-Ivy/Goose Lake Domestic Sheep Grazing Allotment (FIG) with an expected completion date of late spring of 2013.

Known occurrences of Rocky Mountain bighorn sheep have been documented in portions of the FIG allotment where domestic sheep are currently authorized to graze. Direct overlap exists between Core Herd Home Range (CHHR) for bighorn sheep and areas suitable for grazing by domestic sheep. Additional source (suitable) habitat extends into other areas of the allotment suggesting that bighorn sheep could easily travel or disperse into currently unoccupied, but suitable source habitat. The allotment consists of seven separate pastures.



Figure 1: Graph displaying the percentage of acres within each pasture suitable for domestic sheep grazing, the percentage within each pasture consisting of suitable summer source bighorn sheep habitat and the percentage of overlap between the two. The Ivy Basin, Goose Lake, Fisher Creek and Beautiful Mountain Pastures are all at least partially within the Bighorn Sheep Core Herd Home Range. Table 5, page 18, displays the actual acreages.

The risk of contact between foraying bighorn sheep and domestic sheep corresponds to the number of bighorn sheep in a herd, proximity of domestic sheep allotments, the distribution of bighorn sheep source habitats (suitable habitat) across the landscape, and the distance and frequency of bighorn sheep forays outside of the CHHR. As part of this analysis process, the Risk of Contact Model, prepared by the USDA Forest Service Bighorn Sheep Working Group 2013, was utilized to help evaluate bighorn sheep movements outside of the CHHR and the potential for risk of contact between Rocky Mountain bighorn sheep and domestic sheep pastures on the Fisher-Ivy/Goose Lake Sheep Allotment.

3

BLM_0050189

Rocky Mountain bighorn sheep are a Forest Service Region 2 Sensitive Species for which there are long-term population viability concerns. Recent analysis of bighorn sheep populations on the Rio Grande National Forest indicate that potential interspecies contact occurs with domestic sheep. Disease transmission between domestic and bighorn sheep is considered a primary limiting factor in the long-term viability of local bighorn sheep herds (USDA Forest Service 2010a).

The purpose of this analysis is to profile the current and future viability of bighorn sheep populations on or adjacent to the FIG Allotment. The Risk of Contact Model provides the decision maker with an objective evaluation of foray probabilities and potential contact rates between bighorn sheep and the domestic sheep pastures within the allotment.

Two alternatives are being considered in the EA:

1). Alternative 1- No Grazing, the allotment would become vacant and
2). Alternative 2 – Current Grazing Management (See Table 1).

The decision maker will consider the results of the risk of contact analysis as one factor for consideration in the decision regarding future domestic sheep grazing on the FIG allotment. The Risk of Contact Model evaluates the probability and rates of contact resulting from bighorn sheep forays that intersect different pastures within the allotment. Evaluation regarding the potential for disease transmission and long-term viability of the bighorn sheep herd are based on the outcome of the contact analysis associated with each alternative. Assumptions associated with disease transmission and effects on viability are based on available disease probabilities and literature regarding this subject (Foreyt 1990, George et. al. 2008, Besser et. al. 2012a and Besser et al. 2012b). The information in this reference represents the best available science regarding potential viability outcomes due to interspecies contact between bighorn sheep and domestic sheep.

Why the Concern Now - Change in Conditions

As discussed in the EA, the main concern brought forth during internal and external scoping is the potential for disease transmission given the risk of contact between domestic and bighorn sheep. Concerns regarding contact between domestic and bighorn sheep on the allotment have been expressed to the Rio Grande National Forest (RGNF) by Colorado Parks and Wildlife (CPW) and the San Juan National Forest (SJNF) for a number of years. These concerns have been especially elevated in recent years due to several factors including:

1) Rocky Mountain Bighorn Sheep were added to the Region 2 Sensitive Species List on June 8, 2007 (USDA Forest Service 2007). Although habitat degradation from fire suppression, highways, livestock grazing, and human disturbance is of concern, the

4

BLM_0050190

susceptibility of herds to extirpation as a result of diseases which may be transmitted by domestic sheep or goats appears to be the greatest threat.

The long history and continued substantial risk of disease epizootics, combined with small size and high degree of isolation of most herds, led to the conclusion that sensitive status was warranted in Region 2 (Beecham et. al 2007).

Sensitive species require a more in-depth analysis regarding their viability during planning. This includes thorough reviews and analyses of management actions that could affect populations of bighorn sheep or their habitat to ensure their viability and to preclude demographic trends that would result in the need for Federal listing.

2) Direction from the USDA Forest Service's Washington Office (USDA Forest Service 2011a) instructs Forests to conduct bighorn sheep risk assessments using a provided viability analysis outline. This analysis follows that outline. A follow-up letter from the USDA Rocky Mountain Regional Office containing additional information regarding Bighorn Sheep Analysis for NEPA Documents was also released (USDA Forest Service 2011b).

3) The Fisher-Ivy/Goose Allotment Term Permit/NEPA is outdated, with the last analysis being completed in 1977 through an Environmental Analysis Report (EAR).

4) The Weminuche Bighorn Sheep Herd has steadily increased over the past 26 years. Bighorn sheep are being observed in new places as they re-occupy historic ranges and fill in gaps between core use areas (Colorado Parks and Wildlife 2012).

5) A greater awareness and emphasis by agencies and the public regarding potential disease transmission.

6) A potentially greater number of bighorn sheep utilizing habitat both within and immediately adjacent to the allotment. The Weminuche herd is currently estimated at 460 animals, is increasing, and is expected to continue to increase and expand into currently unoccupied suitable habitat.

7) The Final Bighorn Sheep Management Plan for the herd identifies it as a Tier 1, primary population in Colorado with plan objectives to manage the herd for an increasing population and expanded distribution within the herd unit. More information on what defines a Tier 1 primary population is discussed in the history of the Weminuche Bighorn Herd section.

8) Improved survey work by both CPW and the RGNF, which has resulted in updated information regarding domestic sheep use of the allotment and more accurate information on the number of bighorn in the area and their use of the allotment.

9) Bighorn sheep are regularly observed within the allotment (yearlong), primarily within the southern and western half of the allotment (See Figure 4).

5

BLM_0050191

10) The presence of mixed summer groups, groups of bachelor rams in the summer (including a group of 15 rams sighted twice in 2010), rams harvested in the fall and mixed groups in the winter, suggest that at least a portion of the allotment is used year-around by bighorn sheep. These use patterns were used in the identification of the Core Herd Home Range (CHHR).

11) Since 2004, four rams have been harvested either within the allotment or within close proximity to the allotment (<1/2 mile) with at least another 3 rams being harvested <2 miles from the allotment boundary (See Table 4 and Figure 4).

12) There is a lack of spatial and/or temporal separation between the two species. The two species graze within the same area (spatially) at the same time (temporally) during the summer particularly in the Ivy Ridge, Little Goose Lake and South River areas.

13) There are no effective landscape barriers preventing contact. Use by bighorn on the northern end of the allotment (Fisher Mountain) has not been documented and may partly be due to several small stands of conifers discouraging expansion by bighorn. Those conifers are now dead due to spruce beetle mortality and may no longer pose a barrier.

14) There is suitable but currently unoccupied bighorn sheep source habitat in the allotment with adequate connectivity existing throughout, particularly in the Fisher Mountain Pasture and the east side of the Beautiful Mountain Pasture (Figure 5).



Fisher Mountain Pasture

Unoccupied source habitat - 2.5 miles from the Core Herd Home Range.

6

BLM_0050192

## HISTORY OF THE FISHER-IVY/GOOSE DOMESTIC SHEEP ALLOTMENT and CURRENT STATUS



The Fisher-Ivy/Goose allotment is approximately 18,862 acres in size with the majority occurring within the Weminuche Wilderness. Of these acres, 19% or 3,508 are suited for domestic sheep grazing (Figure 6).

The present Fisher-Ivy/Goose Allotment is the result of consolidation of several allotments (the Ivy Allotment, Fisher Allotment and portions of the Goose Lake Allotment). These allotments were consolidated around 1961 (1977 EAR).

Earliest records regarding domestic sheep grazing on the allotments date back to at least 1927. The current permittee is authorized to graze up to 1,200 head of sheep from July 6 to September 18 on a two year on and two off grazing rotation system.

Sheep are trailed from Monte Vista along Highway 160, the North River Road, Highway 149, the Deep Creek Road, Middle Creek Road and the Ivy Creek Road - to a corral and basecamp near the northwest base of Fisher Mountain. The 45-50-mile trip is generally covered in 4 days. The route is reversed in the fall. Generally, there is one way on and one way off the allotment. Pasture sequence is then similar every year the allotment is grazed with the following pasture sequence; Fisher Mountain to Buck Park to Ivy Basin to Goose Lake to Beautiful Mountain. Figure 6 displays the various pastures and those areas of the allotment suitable for domestic sheep grazing.

The current Fisher-Ivy/Goose Allotment permittee is authorized to graze four separate sheep allotments on the district with the same band of sheep (Table 1). Two are higher elevation allotments (Fisher-Ivy/Goose Lake and Boot Mountain/Mesa Mountain) and two are lower elevation allotments (Pinyon and Indian head). The higher elevation allotments are each independently grazed for two years and then rested for two years in subsequent years. The lower elevation allotments are grazed yearly in most years. None of the other 3 allotments are within bighorn sheep source or occupied habitat (Core Herd Home Range).

Table 1: Authorized allotments and duration of grazing.

| ALLOTMENT | DURATION OF GRAZING |
|---|---|
| Fisher-Ivy/Goose Lake Allotment | July 6 – September 18; two years and then back to Boot |
| Boot Mountain/Mesa Mountain | June 26 – September 14; two years and then back to Fisher |
| Pinyon | September 15 – October 21 |
| Indianhead | Authorized for 24 days during February/March |

The Fisher-Ivy/Goose Allotment was last grazed in 2010. Due to concerns of contact with bighorn sheep, the permittee was instructed through his Annual Operating Instructions to graze his alternate allotment, the Boot Mountain/Mesa Mountain allotment in 2011 and 2012 instead of Fisher-Ivy/Goose Lake, until the appropriate NEPA analysis could be completed.

7

BLM_0050193

The Fisher-Ivy/Goose Lake Sheep Allotment is approximately 14 miles south of Creede, Colorado within Mineral County. The suitable domestic sheep grazing acres consist mainly of non-forested areas above timberline within the Weminuche Wilderness.



Figure 2: The allotment relative to the Rio Grande National Forest and Colorado.

8

BLM_0050194