## HISTORY OF THE WEMINUCHE BIGHORN SHEEP HERD RBS-20 and CURRENT STATUS

Bighorn sheep populations are defined as Data Analysis Units (DAUs) that consist of groupings of current Game Management Units (GMUs) that comprise relatively discrete subpopulations. Colorado Parks and Wildlife (CPW) has identified GMUs S15 (Sheep Mountain Herd), S16 (Cimmarona Peak Herd), and S28 (Vallecito Herd) as consisting of the Weminuche Bighorn Sheep Population – RBS 20. This DAU plan was finalized in February 2012 and approved by the Colorado State Parks and Wildlife Commission in April 2012. The three subpopulations are managed as one herd due to population connectivity throughout the DAU. For simplification purposes, the bighorn herd is hereafter referred to as the Weminuche Bighorn Herd. The subpopulation most involved with this analysis is referred to as S15.



Figure 3: Domestic Sheep Allotments Within and Adjacent to the Weminuche Bighorn Herd. Vacant Allotments include vacant, inactive, closed, forage reserve, or other.

The Weminuche herd was extirpated throughout most of its range by the late 1800's and early 1900's, attributed in part to overharvest, competition for forage with domestic livestock and disease introduced by livestock. Through regulated hunting and changes in land management, the population has slowly started to rebound. Bighorn sheep are being observed in new places as

9

BLM_0050195

they re-occupy historic ranges and fill in gaps between core use areas (Colorado Parks and Wildlife 2012).

The Weminuche Bighorn Herd is located in the San Juan Mountains in the southwest portion of Colorado. The United States Forest Service administers 95% of the land located within the Data Analysis Unit (DAU). The remaining 5% is private with a small amount of Colorado Parks and Wildlife lands. Elevations within the DAU range from 7,500 feet to over 13,000 feet. Most of the habitat within the DAU appears to be in good or excellent condition. Summer range is extensive. Winter range and lambing areas are more limited (Colorado Parks and Wildlife 2012).



Core Herd Home Range

Photo: S-15 photo taken from South River Peak at the southwest boundary of the Fisher-Ivy/Goose Allotment (Continental Divide) near the headwaters of Red Mountain Creek (RGNF) and the headwaters of the Piedra River (SJNF) looking south towards Sheep Mountain in the distance. The entire photo is all within S-15.

The S15 and S16 bighorn sheep herds are native herds that have never been supplemented with translocated bighorns. S28 received a transplant of 20 bighorn in January 1988. In August, physical contact was observed between the transplanted bighorn and domestic sheep when individuals of both species were observed grazing together. By September, all but one of the transplanted bighorn were dead (Colorado Parks and Wildlife 2012).

The current estimate for the Weminuche Population is 460 bighorn sheep. This estimate is based on CPW summer and winter helicopter surveys and ground counts conducted by CPW and Forest Service employees from the San Juan and Rio Grande National Forests. The population is currently performing extremely well as evidenced by the herds continued growth, and good lamb production and recruitment (Colorado Parks and Wildlife 2012). Observed lamb:ewe ratios are within 35-45:100. Age ratios obtained during the summer are similar to those from winter which indicates good lamb survival and the absence of a significant disease type which can limit population growth.

Bighorn sheep are being observed in new places as they re-occupy historic ranges and fill gaps between core use areas. There have been no documented die-offs in any of the Weminuche herd units with the exception of those animals transplanted into S28 in 1988. Table 2 shows the 2010 herd population estimate per GMU.

10

BLM_0050196

Table 2: Weminuche Herd Population by GMU.

| Game Management Unit and Subpopulation | Weminuche Bighorn Herd |
|---|---|
| S15 | 200 |
| S16 | 135 |
| S28 | 125 |
| TOTAL | 460 |

Tier 1 Primary Population Status

Based on the Colorado Bighorn Sheep Management Plan the Weminuche Bighorn Herd is designated a primary (Tier 1) core bighorn sheep population. Primary populations are regarded as those large, native populations comprised of one or more interconnected herds that have received few, if any, supplemental releases of Rocky Mountain bighorn sheep in the past. These populations likely represent those indigenous Rocky Mountain bighorn populations that have maintained the greatest genetic diversity and their ranges represent habitats where bighorn populations have best been able to persist in sizeable numbers despite various adversities (George et al. 2009).

The bighorn population of the Weminuche Herd is one of the largest indigenous populations in the state (Colorado Parks and Wildlife 2012). The Tier 1 designation places the population in the top priority for inventory, habitat protection and improvement, disease prevention, and research. As such, CPW considers the population to be among the most important bighorn herds in the state. For these reason, all available opportunities to reduce the potential for disease transmission from domestic sheep are recommended (George et. al. 2009).

*Tier 1 State Standing Definition:* >/= 100 animals for >/=90% of the years since 1986 and native populations comprised of one or more interconnected herds that have received few (<50 animals total), if any, supplemental releases of Rocky Mountain bighorn sheep in the past (George et al 2009).

**Population and harvest management**

Table 3 shows the 2012 license allocation by GMU. Ram hunting was allowed in the DAU beginning in 1953 and ewe hunting began in 2010. The 3 year average success rate for rams is 83% with the average age of harvested rams being 8.3 years. In 2010, the first year of ewe hunting, four hunters harvested three ewes.

Table 3: Weminuche Herd 2012 License Allocation by GMU

| GMU | Ram | | Ewe | |
|---|---|---|---|---|
| | Resident | Non-resident | Resident | Non-resident |
| S-15 | 4 | 1 | 1 | 1 |
| S-16 | 3 | 0 | 2 | 0 |
| S-28 | 2 | 0 | 0 | 0 |
| DAU Total | 9 | 1 | 3 | 1 |

11

BLM_0050197

A review of the CPW's Hunt Statistics Website, shows that since at least 2004, four rams have been harvested either within or in close proximity to the Fisher-Ivy/Goose Lake Allotment as shown in Table 4 and Figure 4. Another 3 rams have been harvested <2 miles from the allotment to the south within S15. Figure 4 shows the location of rams harvested 2003-2012 and observations of mixed groups of bighorn 2008-2012 near the Fisher-Ivy/Goose Lake Domestic Sheep Allotment.

Table 4: History of Rams Harvested <1/2 mile from the Fisher-Ivy/Goose Lake Allotment (S15).

| YEAR | General Area | Distance from Allotment |
|------|--------------|-------------------------|
| 2004 | Ivy Creek | Within the Allotment |
| 2010 | Red Mountain Creek | <1/4 mile |
| 2011 | Red Mountain Creek | <1/2 mile |
| 2011 | South River Peak | <1/2 mile |

### **Bighorn Sheep in and near the Fisher-Ivy/Goose Lake Sheep Allotment (Core Herd Home Range).**



2011 Harvested Ram
Red Mountain Creek
S15
<1/2 mile from the allotment.

Mixed groups (rams, ewes, and lambs) have all been observed foraging in the subalpine and alpine slopes along Ivy Ridge northward to the headwaters of Ivy Creek. A ram was harvested in 2004 at the head of Ivy Creek within the allotment. Three other rams have been harvested immediately adjacent to the allotment. Bighorn sheep are also known to graze the slopes and benches between Goose Lake and Little Goose Lake. Bighorn sheep use is considered heavy in the South River Peak Area and Little Goose Lake. Bighorn have not been documented in Fisher Mountain or in the Beautiful Mountain eastern vicinity although suitable habitat exists. A winter flight in 2010, located bighorn sheep wintering in the South River Peak area. The presence of mixed summer groups, groups of bachelor rams in the summer, rams harvested in the fall and mixed groups in the winter, all suggest that the area is used year-around by bighorn sheep and is part of the core herd home range (CHHR).



2012 Harvested Ram
Sawtooth Mountain
S15
~4 miles from the allotment.

In 2010, field surveys by the RGNF and CPW counted 30 unduplicated individual bighorn sheep within and immediately adjacent to the allotment with most bighorn being documented from South River Peak northwards along Ivy Ridge towards and across from Goose Lake.

The bighorn locations in Figure 4 are from CPW's 2003-2012 ram harvest data, 1/11/11 CPW flight survey, 2008 ground count by CPW and the SJNF, 8/5/12 CPW flight survey and observations by Rio Grande NF personnel 2010-2012.

12

BLM_0050198



Figure 4: Locations of hunter reported - rams harvested 2003-2012 and observations of mixed groups of bighorn 2008-2012 near the Fisher-Ivy/Goose Lake Domestic Sheep Allotment.

13

BLM_0050199

### Bighorn Sheep Source Habitat in the Fisher-Ivy/Goose Allotment

Within and immediately adjacent to the allotment, bighorn sheep habitat is present on the steep subalpine and alpine slopes along Ivy Ridge northward and at the headwaters of Ivy Creek. Bighorn sheep habitat is present on the benches and slopes between Goose Lake and Little Goose Lake along with Beautiful Mountain. All of South River Peak provides bighorn sheep habitat. Fisher Mountain and the alpine slopes encompassing Beautiful Mountain are also classified as Bighorn Sheep source habitat. Approximately 49% of the allotment is considered to be source habitat. See Figure 5 and Table 5.

Bighorn sheep source habitat in the allotment is well connected. Habitat connectivity increases opportunities for bighorn dispersal across the area, increasing the potential for bighorn to come into contact with domestic sheep within the allotment. Habitat along the Continental Divide serves as a natural linkage that facilitates interaction of bighorn sheep within S15.



Domestic sheep on the west side of Fisher Mountain 2010.



Bighorn Sheep west side of South River Peak 2011.

West side of Ivy Ridge. Main drainage in the foreground is Red Mountain Creek. Note: Many observations of bighorn are made from this site (Copper Ridge) which limits sightings to the west side of the allotment and is reflected in Figure 4.



Big Goose and Little Goose Lakes are on the other side of this ridge – Ivy Ridge.

S. River Peak

Bighorn Sheep 2010

14

BLM_0050200



Figure 5: Bighorn Sheep summer source habitat map (9,304 acres or 49% of the allotment) within the Fisher-Ivy/Goose Allotment and Core Herd Home Range (CHHR).

15

BLM_0050201



Figure 6: Suitable for domestic sheep grazing pasture map (3,508 acres or 19% of the allotment) and Core Herd Home Range (CHHR).

16

BLM_0050202



Figure 7: Overlap between suitable for grazing and bighorn sheep source habitat and Core Herd Home Range (73% Overlap).

17

BLM_0050203

| Pasture | Distance from BHS Core Herd Range | Total Pasture Acres | Suitable Domestic Sheep Grazing Acres and Percentage of the Pasture | Suitable BHS Source Habitat Acres and Percentage of the Pasture | Acres and Percent of Overlap Between Suitable Grazing Acres and Source Bighorn Sheep Habitat. |
|---|---|---|---|---|---|
| Ivy Creek | 1.5 miles | 2,395 | 224 (9%) | 386 (16%) | 74 acres or 33% (ie. 74 acres out of 224 acres of suitable grazing land overlaps with BHS Habitat. |
| Fisher Mountain | 2.5 miles | 3,557 | 899 (25%) | 2,031 (57%) | 670 acres or 75% |
| Buck Park | 1 mile | 1,747 | 774 (44%) | 790 (45%) | 544 acres or 70% |
| Fisher Creek | In CHHR | 2,384 | 126 (5%) | 869 (36%) | 44 acres or 35% |
| Ivy Basin | In CHHR | 2,918 | 144 (5%) | 1,371 (47%) | 103 acres or 72% |
| Goose Lake | In CHHR | 1,683 | 568 (34%) | 1,019 (61%) | 522 acres or 92% |
| Beautiful Mountain | In CHHR | 4,178 | 775 (19%) | 2,838 (68%) | 602 acres or 78% |
| ALLOTMENT | In CHHR | 18,862 | 3,508 (19%) | 9,304 (49%) | 2,559 acres or 73% |

Table 5: Table displaying the distance from each pasture from the CHHR, suitable acres for grazing, acres of bighorn source habitat and the percentage of overlap.

### Disease and Parasites

Several diseases can occur in bighorn sheep. At one time mange was found in Colorado and was detrimental to wild sheep. It has not been seen in wild sheep for several decades which may be accredited to the control of the disease in livestock. Bluetongue virus, epizootic hemorrhagic disease virus, contagious ecthyma, infectious keatoconjunctivitis and paratuberculosis occasionally occur in bighorn populations but do not appear to cause large-scale die offs that limit populations. There are not records of these diseases in the Weminuche herd (Colorado Parks and Wildlife 2012).

Lungworms (*Dictyocaulus* spp) were once thought to be a limiting factor to bighorn populations. In 1953 and 1954 lung tissue was collected and lungworms were found in bighorns in S-15 and S-16. Today's belief is that lungworms are a natural parasite of bighorn sheep and do not appear to compromise the overall health of bighorn sheep at typical levels of infection (George et al. 2009). However other diseases such as *Pasteurella* can be aggravated by lungworms increasing the chance of pneumonia and death.

18

BLM_0050204

Pneumonia caused by *Pasteurellaceae* is considered the most virulent disease impacting bighorn sheep today. It can result in an all age die-off followed by suppressed lamb recruitment up to several decades. Precautionary measures to prevent the spread of *Pasteurella* include spatial and temporal separation of domestic sheep from bighorn sheep and refraining from translocating bighorns from other areas into the population. Prevention is truly the best measure because there is no known way to purge *Pasteurella* once it becomes established in a bighorn population without depopulating all herd members. Survivors become carriers of the disease and serve as a source of infection for other animals in the same herd or other populations through natural movements or translocations.

### Risks Involving Domestic Sheep

Mortality and depressed recruitment resulting from pathogens introduced by domestic livestock are regarded as the limiting factor for bighorn sheep in Colorado (George et al. 2009). A recent analysis on the RGNF, also conclude the same for local bighorn sheep herds (USDA Forest Service 2010a). Disease transmission by domestic sheep is the primary concern for the Weminuche herd (Colorado Parks and Wildlife 2012).

Research has demonstrated that stains of *Pasteurellaceae* can be transmitted from domestic sheep to bighorn sheep, leading to pneumonia and death (Lawrence et al. 2010) and that in some cases exposure has led to large scale bighorn sheep mortality affecting all age and sex classes, followed by a long period of depressed lamb recruitment (George et al. 2008). Obviously this can be devastating to bighorn population recovery efforts. Spatial and temporal separation of domestic and bighorn sheep is considered the best management practice to prevent bighorn sheep from acquiring this deadly disease (Wild Sheep Working Group, 2012). Separation has already been achieved for a large portion of the DAU. Adjacent vacant allotments on the Pagosa Ranger District of the San Juan National Forest have been recently closed and provide protected and suitable habitat conditions on the west side of the Continental Divide for sustained population growth.

On the east side of the Continental Divide, the Fisher-Ivy/Goose Lake Sheep Allotment remains as the only active domestic sheep allotment within the Weminuche Herd Unit (See Figure 3). Potential for disease transmission, specifically *Pasteurella,* from domestic sheep to the Weminuche bighorn herd has been a concern at this location (Colorado Parks and Wildlife 2012).

### RISK OF CONTACT MODEL BACKGROUND

In response to bighorn sheep population viability concerns, the USDA Forest Service Bighorn Sheep Working Group and Critegen helped developed a methodology for calculating the probability and rates of contact between bighorn sheep and active domestic sheep allotments. The resulting Risk of Contact Model provides a geospatial desktop application for use by field unit wildlife biologists and resource managers. Methods implemented by the Model provide a framework for addressing the potential for contact and inferences for disease transmission for use in Forest and project planning efforts and developing bighorn sheep conservation measures on public land.

19

BLM_0050205

The Model utilizes bighorn sheep core herd home range (CHHR) information, a suitable source habitat model, and active domestic sheep allotments to calculate the probabilities that rams and ewes will leave a CHHR (forays) and contact domestic sheep allotments. The output also displays the rates of contact with the allotments. The CHHR is either generated by the Model based on user-supplied telemetry or observation points, or provided by the user as a polygon delineated using local expert knowledge.

Extensive scientific literature supports the relationship between disease in bighorn sheep populations and contact with domestic sheep. Field observations have associated bighorn sheep respiratory disease events subsequent to observations of wild sheep in close proximity to domestic sheep. This has been documented in numerous independent research efforts. Research results provide strong evidence that bighorn sheep have a high probability of contracting fatal pneumonia following contact with domestic sheep. Consequently, many Federal land management agencies and State wildlife managers recommend separation of ranges by bighorn and domestic sheep.

Disease transmission between domestic and bighorn sheep remains an issue for many National Forest and BLM units in the western United States. In August of 2011, a four-step approach to risk assessment and viability analysis was outlined by the Deputy Chief of the Forest Service to minimize the potential for disease transmission through interaction between bighorn and domestic sheep. Forests require a strategy and consistent analysis tools to assess the potential contribution of Forest Service active domestic sheep allotments to bighorn sheep disease events (USDA Forest Service, Risk of Contact Model 2013).

Biological considerations of the Risk of Contact Model
-Even one interspecies contact can result in a bighorn herd die-off.
-Increased contact rates between the species increases the likelihood of a disease outbreak event.
-Bighorn sheep carry out occasional exploratory movements (aka forays).

Management considerations of the Risk of Contact Model
-No vaccines available.
-Treatment of infected animals is difficult and ineffective.
-Minimizing contact and separating the species are key goals.

## RISK OF CONTACT MODEL

The sequence of events by which a disease outbreak could result from contact between a bighorn sheep and a domestic sheep in an active allotment located outside of bighorn sheep home range can be broken down into a number of steps. First, to reach an occupied allotment, a bighorn sheep must (1) leave the CHHR; (2) travel far enough to reach the allotment; and (3) intersect the allotment. For disease transmission to occur, the bighorn must (4) come into contact with domestic sheep in the allotment and (5) contract the disease from domestic sheep. Finally, for an outbreak to affect the animal's home herd, the infected bighorn sheep must (6) return to the CHHR and (7) transmit the disease to other members of the herd. Parts of the FIG allotment are with the CHHR, i.e steps 1-3 and 6 do not need to occur.

BLM_0050206

The risk of contact model delineates areas where most animals in each herd spend most of their time. Such areas are designated as the Core Herd Home Range (CHHR). The foray analysis examines how frequently and at what season foray movements occur, as well as how far beyond the CHHR animals are likely to travel, relative to the amount and connectivity of suitable bighorn sheep habitat. Together, the habitat, CHHR, and foray models (along with bighorn herd size and ratio of rams:ewes) are used to estimate the probability that a ewe or a ram in a particular herd will reach an allotment in a given year (USDA Forest Service, Risk of Contact Model). Based on these probabilities, the rate of contact to the allotment by individual rams and ewes and the bighorn sheep herd as a whole can be calculated.

## RISK ASSESSMENT PROCESS – FOUR STEP OUTLINE

"The relationship between bighorn sheep population viability and domestic sheep grazing on National Forest System lands continue to be an important wildlife and range management issue facing the Forest Service on western rangelands." (USDA Forest Service 2011a).

"Where management objectives include maintenance or enhancement of bighorn sheep populations, the potential for disease transmission from domestic sheep/goats to bighorn sheep must be addressed. To meet these objectives, forests must conduct a bighorn sheep risk assessment." (USDA Forest Service 2011a).



Goose Lake Pasture

Within the Core Herds Home Range

"Our viability analyses should be based upon current scientific information and coordination with States taking into consideration state wildlife plans. Where viability assessments indicate a high likelihood of disease transmission and a resulting risk to bighorn sheep population viability across the forest, the goal of spatial and/or temporal separation between domestic sheep/goats and bighorn sheep is the most prudent action we can use to manage risk of disease transmission". (USDA Forest Service 2011a).

21

BLM_0050207

**Factors Considered in the Risk Assessment Process** (August 19, 2011 Washington Office National Direction on addressing potential implications of disease transmission from domestic sheep/goats to bighorn sheep).

The following 4-step outline *(Bighorn Sheep Analysis for NEPA Documents 2011)* for conducting an analysis for bighorn sheep viability was used to assist in helping to determine qualitative risk between domestic sheep and bighorn on the Fisher-Ivy/Goose allotment.

1. **Gather applicable data and information from appropriate sources.**

- In all NEPA analysis regarding bighorn sheep viability, coordinate with state fish and game agencies and consider state wildlife management plans for bighorn sheep.

➤ Identify seasonal bighorn sheep occupied habitats (to infer Core Herd Home Range areas).

✓ Completed - Occupied habitat (Core Herd Home Range areas/overall range) maps were provided by CPW. Observations of bighorn were then used to develop a more accurate picture of Core Herd Home Range (CHHR) areas for this analysis.

✓ Completed - Coordination with CPW Terrestrial Biologists and District Wildlife Managers has occurred throughout the risk analysis process. Both the Colorado Bighorn Sheep Management Plan (George et al 2009) and the Final Bighorn Sheep Management Plan for the Weminuche Bighorn Herd 2012 were reviewed and considered for this analysis.



➤ Consider objectives for critical/core and non-critical/core herds.

✓ Completed - Based on the Colorado Bighorn Sheep Management Plan and the Final Bighorn Sheep Management Plan, the Weminuche Herd is identified as a Tier 1, primary population - the highest ranking for a Colorado bighorn herd. Tier 1 populations should be given priority for inventory, habitat protection and improvement, disease prevention and research (George et. al. 2009).

22

BLM_0050208

2. <mark>Assess spatial and temporal overlap of bighorn sheep core herd home ranges with domestic sheep allotments, use areas, and driveways</mark> **using, but not limited to:**

- Maps showing suitable (occupied and unoccupied) bighorn sheep habitat (including suitable source bighorn sheep summer habitat).

- Maps showing habitat connectivity between bighorn sheep Core Herd Home Ranges and domestic sheep allotments, use areas, and driveways (if information is available).

- Distances between bighorn sheep Core Herd Home Ranges and domestic sheep allotments, use areas and driveways (if information is available).

✓ Completed – Based on the Model, all areas surrounding the CHHR were assigned to one of three habitat classes – source (suitable) habitat, connectivity areas and non-habitat. The criteria for source habitats include factors such as escape terrain, horizontal visibility, water sources, lambing areas, and summer range. Connectivity areas do not meet source habitat criteria, but are located within 350 meters of source habitat or 525 meters if between two areas of source habitat (such as a meadow area between two canyons). Areas of non-habitat do not meet those criteria and are located more than 350 meters from source habitat. All habitat areas can be quantified within a radius consisting of one-kilometer bands surrounding the CHHR.

- The proportion of rams/ewes within the bighorn sheep population that foray (travel) outside of the CHHR and the distances they foray.

Bighorn sheep make occasional long-distance movements beyond their CHHR. Singer et. al. (2001) called these movements, forays and defined them as any short-term movement of an animal away from and back to its herd's CHHR. This life-history trait can put bighorn sheep at risk of contact with domestic sheep, particularly when source habitats are well connected and overlap with domestic sheep use areas, even when domestic sheep use is outside of CHHR areas.

✓ Completed – Because foray information is lacking for bighorn sheep herds on the Rio Grande NF, this analysis uses the default value in the Risk of Contact Model. This default value is 14.1% for rams and 1.4% for ewes, indicating that any given ram and ewe has a 14.1% and 1.5%, respectively, of making a foray during the summer season outside of the CHHR. Based on known bighorn sheep preferences for each of the three habitat classes, the model estimates the proportion of rams and ewes reaching each one kilometer band outside of the CHHR. The model estimates this proportion out to 35 kilometers (21 miles) which incorporated the extent of most forays throughout the western United States. This risk of contact between dispersing bighorn sheep and domestic sheep is related to the number of bighorn sheep in a herd (particularly rams), proximity of domestic sheep allotments to a bighorn sheep CHHR, distribution of bighorn sheep suitable source habitat across the landscape, and frequency and distance in 1 km bands of bighorn sheep forays outside of the CHHR (USDA Forest Service, Risk of Contact Model).

23

BLM_0050209

Three separate GMUs or subpopulations make up the Weminuche Bighorn Herd. Of these subpopulatons, S15 is within the boundary of the Fisher-Ivy/Goose Lake Sheep Allotment and it is this subpopulation that is used in the analysis. Bighorn from S15 are most likely to come into contact with domestic sheep on the FIG allotment. A disease event originating in S15, could then spread throughout the entire Weminuche Herd due to the interconnecting habitat among the three subpopulations.

The number of bighorn in S15 is estimated at 200 individuals (Colorado Parks and Wildlife 2012). Because herd sex ratio information is lacking for bighorn sheep herds on the Rio Grande NF, this analysis uses the default value of 35:65 for rams and ewes as built into the Rick of Contact Model. This results in an estimated sex ratio of 70 rams and 130 ewes for S15. Based on this information, the Model then estimates the probability and rate of contact to the allotment. The results of this analysis for the Fisher-Ivy/Goose Lake Allotment on a pasture basis are displayed in Tables 6 and 7 on page 28. A visual display of the probability of foray is displayed in Figure 8.



Buck Park Pasture

Connectivity Area between the CHHR and currently unoccupied source habitat in the Fisher Mountain area.

24

BLM_0050210



Figure 8. Bighorn Sheep Foray Probability
Fisher-Ivy/Goose Lake Sheep Allotment
Rams and Ewes

The Risk of Contact Model assumes that any allotment which intersects the CHHR will result in contact. Direct overlap between the CHHR and an allotment assumes a 100% probability of contact with the allotment.

For the Fisher-Ivy/Goose Lake Allotment, the Model was used on a per-pasture basis to determine the rate of contact to each specific pasture and the allotment as a whole. Additionally, running the model on a pasture basis provides the ability to examine if any potential exists to graze individual pastures as a separate alternative.

25

BLM_0050211

### 3. **Assess likelihood and rate of contact based on spatial and temporal overlap between allotments and bighorn sheep herds.**

✓ Completed - Likelihood of Contact

The Risk of Contact Model provides the probability that forays will intersect a given allotment (or pasture, in this analysis) and the total annual rate of contact to the allotment (pasture). The total herd contact rate (i.e. aggregate rate of both rams and ewes) is the most important output of the analysis. More frequent contacts pose a higher likelihood of BHS contracting respiratory disease from domestic sheep, returning to the CHHR and initiating a disease outbreak in the CHHR. The Model represents the best available science regarding potential disease transmission and resultant long-term viability of bighorn sheep herds. Interpretation of the model is based on a range of probabilities of effective contact (i.e. a contact resulting in a disease transmission), and a subsequent herd-level outbreak, given cohabitation of bighorn sheep and domestic sheep in an open allotment or pasture.

On the RGNF, four herds are still experiencing lingering effects (low lamb recruitment) of past disease events dating back to the mid 1990's (See Other Herds Section). Of the four herds, only one is demonstrating slight recovery from dramatic die-off-nearly 20 years ago. The other three herds are stagnant or continue to decline in numbers reaching the point that herd persistence is unlikely (<30 animals). A conservative recovery rate based off of past disease events involving RGNF bighorn herds is a minimum of 25 years between disease events and eventual recovery. Numerous occurrences of bighorn sheep herds experiencing a dramatic die-off followed by lengthy periods of poor lamb recruitment are documented in the literature (Foreyt 1990, Besser et. al 2012a and George et. al 2008).

Disease outbreaks of every 25 years or less would result in a bighorn sheep population that is constantly being exposed to ongoing disease transmission and resultant outbreaks. Initially, the population would most likely suffer an all age die-off followed by low lamb recruitment for an extended period of time. The herd may slowly start to rebuild by the end of the first two decades following the initial die-off but will soon (<25 years) experience another disease outbreak resulting in a cycle of dramatic die-offs followed by slow population rebuilding. The population would likely be extirpated as a result of consistent exposure to disease in time.

A disease event occurring within a bighorn herd every 25 years or less would result in a High Risk to bighorn sheep long term viability and a Low Probability of Population Persistence.

26

BLM_0050212

**4. Identify management practices with the goal of separation between domestic and bighorn sheep where necessary to provide for Forest-wide bighorn sheep viability.**

In this instance, implementing effective management practices with the goal of separating domestic and bighorn sheep is unlikely. Bighorn (CHHR) and domestic sheep (Fisher-Ivy/Goose Lake Sheep Allotment) currently overlap both spatially and temporally. Unoccupied source bighorn habitat within the allotment is well connected.

This analysis utilizes recent disease transmission information as a reference to better inform the outcome of each alternative in regards to their likelihood of providing for the long-term viability of bighorn sheep in S15 and the Weminuche Bighorn Herd as a whole. For this analysis, we assume a moderate probability that a contact will result in a disease transmission event. In this case, a moderate probability is defined as 0.25%, or 1 out of every four contacts. We believe that this is a conservative estimate given the recent literature published on this subject (Besser et. al. 2012a and b). Based on these assumptions, the disease intervals for each pasture would range from less than 4 years to 22 years (Tables 6 and 7). Bighorn sheep on the allotment as a whole are expected to be continually exposed to potential disease transmission due to a yearly contact rate of over 1 contact every year the allotment is grazed. These rates are expected to result in frequent disease return intervals and subsequent impacts to the long term viability of the Weminuche Bighorn Herd.

Effectiveness of management practices designed to reduce risk of association are not proven and should not be solely relied upon to achieve effective separation, particularly for high risk situations, such as the FIG allotment, in which direct overlap between domestic and bighorn sheep is occurring. Project design criteria (PDC's) to help minimize contact (under Alternative 2, Continued Grazing) are displayed in Table 2.5-1 of the EA, along with brief statements indicating the probability of success for each PDC.

"Where viability assessments indicate a high likelihood of disease transmission and a resulting risk to bighorn sheep population viability across the forest, the goal of spatial and/or temporal separation between domestic sheep/goats and bighorn sheep is the most prudent action we can use to manage risk of disease transmission" (USDA Forest Service 2011a).

27

BLM_0050213

### MODEL SUMMARY
S15 Herd Size – 200 bighorn.
Ram: Ewe Ratio – 35:65 (70 rams and 130 ewes); Foray Rates: 14.1% for rams and 1.5% ewes.
Disease Contact: 1 in every 4 contacts (0.25 probability) = a potential subsequent disease event.

Table 6: Estimated Annual Contact Rate by Foray per Pasture Outside of the CHHR.

| Pasture | Single Ram Contact Rate (1) | Single Ewe Contact Rate (2) | Aggregate Contact Rate for Rams (3) | Agg. Contact Rate for Ewes (4) | Total Herd Contact Rate (5) and Risk Rating | Comments (expected disease return intervals assuming that 1 out of 4 contacts with the allotment results in a disease transmission event that results in a disease outbreak). |
|---|---|---|---|---|---|---|
| Ivy Creek | 0.002328 (0.23%) | 0.000131 (0.01%) | 0.16 | 0.02 | .18 | 1/.18 = Contact every 5.6 years; every 4th contact x 5.6 = 22 years between potential disease event interval. |
| Fisher Mountain | 0.009360 (0.93%) | 0.000475 (0.05%) | 0.66 | 0.06 | .72 | 1/.72 = Contact every 1.4 years; every 4th contact x 1.4 = 5.6 years potential disease event interval. |
| Buck Park | 0.004780 (0.47%) | 0.000321 (0.03%) | 0.33 | 0.04 | .37 | 1/.37 = Contact every 2.7 years; every 4th contact x 2.7 = 11 years potential disease event interval. |

Table 7: Estimated Annual Contact Rate by Foray per Pasture Within the CHHR and the Allotment.

| Pasture | Single Ram Contact Rate (1) | Single Ewe Contact Rate (2) | Aggregate Contact Rate for Rams (3) | Agg. Contact Rate for Ewes (4) | Total Herd Contact Rate (5) and Risk Rating | Comments (expected disease return intervals assuming that 1 out of 4 contacts with the allotment results in a disease transmission event that results in a disease outbreak). |
|---|---|---|---|---|---|---|
| Fisher Creek | (100%) + | (100%) + | 1.0 + | 1.0 + | 1.0 + | Contact is expected every year the pasture is grazed. A potential disease event could occur approximately every 4 years. |
| Ivy Basin | (100%) + | (100%) + | 1.0 + | 1.0 + | 1.0 + | Contact is expected every year the pasture is grazed. A potential disease event could occur approximately every 4 years. |
| Goose Lake | (100%) + | (100%) + | 1.0 + | 1.0 + | 1.0 + | Contact is expected every year the pasture is grazed. A potential disease event could occur approximately every 4 years. |
| Beautiful Mountain | (100%) + | (100%) + | 1.0 + | 1.0 + | 1.0 + | Contact is expected every year the pasture is grazed. A potential disease event could occur approximately every 4 years. |
| FIG Allotment | (100%) + | (100%) + | 1.0 + | 1.0 + | 1.0 + | Contact is expected every year the allotment is grazed. A potential disease event could occur approximately every 4 years. Bighorn could potentially be exposed to disease on a continued basis. |

28

BLM_0050214

Example: Using the Fisher Mtn. Pasture.

(1) <u>Single Ram Contact Rate: Annual/Seasonal probability that any given ram will leave its Core Herd Home Range (CHHR) and contact this pasture.</u>

   <u>Fisher Mtn. Example:</u> There is a 0.93% probability that any given ram will leave the S15 herd's CHHR and contact this pasture each year/season.

(2) <u>Single Ewe Contact Rate: Annual/Seasonal probability that any given ewe will leave its Core Herd Home Range (CHHR) and contact this pasture.</u>

   <u>Fisher Mtn. Example:</u> There is a 0.05% probability that any given ewe will leave the S15 herd's CHHR and contact this pasture each year/season.

(3) <u>Aggregate Contact Rate for Rams: Expected number of rams contacting the pasture each year/season.</u>

   <u>Fisher Mtn. Example:</u> Based on the number of rams (70) and their individual contact probabilities (0.93%), it is estimated that S15 rams will foray from the CHHR and make contact with this pasture at a rate of 0.66 times per season. In other words, contact with the Fisher Mtn Pasture by a foraying ram is expected once every 1.5 years (=1/0.66).

(4) <u>Aggregate Contact Rate for Ewes: Expected number of ewes contacting the pasture each year/season.</u>

   <u>Fisher Mtn. Example:</u> Based on the number of ewes (130) and their individual contact probabilities (0.05%), it is estimated that S15 ewes will foray from the CHHR and make contact with this pasture at a rate of 0.06 times per season. In other words, contact with the Fisher Mtn Pasture by a foraying ewe is expected once every 16 years (=1/0.06).

(5) <u>Total Herd Contact Rate: Average number of adult bighorn sheep (rams plus ewes) expected to foray from the CHHR and contact this pasture each year/season.</u>

   <u>Fisher Mtn. Example:</u> Based on the aggregate ram and ewe contact rates (0.66 and 0.06 contacts/year respectively), it is expected that a bighorn sheep will foray from the CHHR and make contact with this pasture at a rate of 0.72 times per year/season. In other words, contact with the Fisher Mtn. Pasture by foraying bighorn sheep is expected to occur approximately every 1.4 years the pasture is grazed for a disease interval of every 5.6 years, assuming that every 1 in 4 contacts (0.25% probability) will result in disease transmission.

29

BLM_0050215

In this analysis, the Ivy Creek Pasture has the lowest Total Herd Contact Rate (0.18) with contact on the pasture expected every 5.6 years with a potential disease interval of every 22 years. This pasture contains the least amount of ground that is suitable for domestic sheep grazing and the least amount of source bighorn sheep habitat. The majority of the pasture is heavily timbered and is within a narrow drainage (Ivy Creek). Even at this contact rate, a disease transmission event at this interval is not expected to maintain herd viability over time.

The Fisher Mountain Pasture has a Total Herd Contact Rate of 0.72. This pasture contains a large amount of ground that is both suitable for domestic sheep grazing and suitable source habitat for bighorn sheep. Contact in this pasture is expected every 1.4 years the pasture is grazed with a potential disease interval of every 5.6 years. A disease transmission event at this interval is not expected to maintain herd viability over time.

The Buck Park Pasture is a relatively large park that has a similar amount of acres suitable for domestic sheep grazing and source bighorn sheep habitat. Buck Park very likely either provides or will provide connectivity between the Core Herd Home Range and the large area of source bighorn sheep habitat on Fisher Mountain. The Total Herd Contact Rate for Buck Park is 0.37 with contact expected every 2.7 years the pasture is grazed with a potential disease interval of every 11 years. A disease transmission event at this interval is not expected to maintain herd viability over time.

The Fisher Creek, Ivy Basin, and Goose Lake Pastures all contain relatively large amounts of source bighorn sheep habitat and are at least partially within the Core Herd Home Range. The Fisher Creek and Ivy Basin Pastures contain little ground suitable for domestic sheep grazing. The Goose Lake Pasture provides a relatively large amount of suitable ground for domestic sheep. The Total Herd Contact Rate for all three of these pastures is over 1.0. A rate of over 1.0 suggests that contact is expected in these pastures every year they are grazed. A potential disease event could occur approximately every 4 years. A disease transmission event at this interval is not expected to maintain herd viability over time. The Beautiful Mountain Pasture is a large and open mountain top with a tremendous amount of source bighorn sheep habitat and a relatively large amount of ground suitable for domestic sheep grazing. The Total Herd Contact Rate is over 1.0 which equates to contact every year the pasture is grazed with a potential subsequent disease event occurring every 4 years. A disease transmission event at this interval is not expected to maintain herd viability over time.



Goose Lake Pasture

Within the Core Herd Home Range

The allotment as a whole has a risk of contact of 1.0+. This rating suggests that not only is contact expected every year the allotment is grazed but most likely by more than one bighorn every year. The population may be continually exposed to ongoing disease transmission and resultant outbreaks which could result in eventual extirpation over time Photo: Ivy Ridge looking to the north. The trail and general area is used by bighorn and domestic sheep. Fisher Mountain is in the far background.

30

BLM_0050216



Figure 9: Fisher-Ivy/Goose Lake Sheep Allotment Pasture Map.

31

BLM_0050217



Figure 10: Graph of BHS Contact Rate per Pasture. The Fisher Creek, Ivy Basin, Goose Lake and Beautiful Pastures are all at least partially within the Core Herd Home Range and have contact rates of over 1.0.

Disease-caused declines in bighorn populations, typically consists of an initial all-age die-off event followed by years of low lamb survival. Ewes that survive the initial die-off may give birth, but after a period of weeks to months, their lambs develop pneumonia and die.

The risk of the Weminuche Bighorn Herd eventually becoming extirpated as a result of consistent exposure to interspecies contact on the Fisher-Ivy/Goose Lake Sheep Allotment is High.



BLM_0050218

Other Herds

On the RGNF, several herds are still suffering from low lamb recruitment resulting from past disease events dating back to the mid 1990's, including the S36-Bellows Creek Herd, S55-Carnero Creek Herd, S10 Trickle Mountain Herd and the S29-Alamosa Canyon Herd.

These herds are briefly discussed to demonstrate the potential severe and long lasting effects of disease transmission.

S36 Bellows Creek: The Bellows Creek Herd experienced a *pasteurella* outbreak in 1993 presumably due to contact with domestic sheep. The population was reduced from an estimated high of 125 animals to a low of 30 by 2001. The numbers in this herd have slowly increased since 2001 and appear to be on a slow upward trend to an estimated 60 animals today. Monitoring has shown that numerous lambs are present in the herd in June and July but their



numbers are greatly diminished by late August. This type of lamb die-off is typical of herds still experiencing impacts of past disease events. In this herd instance, it has taken approximately 20 years for the herd to slowly recover and expand.



Left: Healthy lambs in the Bellows Creek Herd December of 2011. Right: Sickly lamb in the Bellows Creek Herd 6/2012.

S55 Carnero Creek: The Carnero Creek Herd (Natural Arch) experienced a die-off in 1993 or 1994 which reduced the herd from an estimated 100 to less than two dozen by 2005. The disease outbreak is suspected to come from contact from a diseased bighorn from the Bellows Creek Herd, approximately 15 miles away. The herd today remains stagnant at two dozen animals with very low lamb recruitment. Continued herd persistence is unlikely. In this herd, lamb recruitment rate does not appear to be keeping up with herd mortality rate after approximately 20 years. The Carnero Creek herd illustrates how disease events can spread between relatively separated bighorn sheep herds once introduced into the population.

S10 Trickle Mountain: This herd once numbered between 400-500 bighorn and was considered to be one of the state's premier bighorn herds. This herd was a source for transplants into other areas from 1971 to 1980. The herd suffered a catastrophic die-off in 1993-1994 from an unknown source. The herd today is estimated at 50 animals. The herd has exhibited very low lamb recruitment. In this herd, after 20 years, lamb recruitment remains poor and the herd is considered to be at risk.

S29 Alamosa Canyon: It is believe that this herd reached a high count of approximately 80 animals. Around 1991, a bighorn die-off caused by *pasteurella* occurred in the herd reducing the herd to an estimated 35 by 2004 where it remains today. It is suspected that a source of contact was transferred to the herd from a domestic sheep herd below Terrace Reservoir. After 20 years, the disease appears to be persisting in the population and has resulted in low recruitment since that time. The herd is at high risk of extirpation (USDA Forest Service 2010a).

33

BLM_0050219

## ALTERNATIVE SUMMARY

### Alternative 1

| Pasture | Total BHS Herd Contact Rate | Risk Rating | Estimated Disease Interval |
|---|---|---|---|
| Ivy Creek | 0 | No Risk | There will be 0% chance of contact between domestic and bighorn sheep and potential disease transmission on the Fisher-Ivy/Goose Lake Sheep Allotment. The allotment would become vacant under Alternative 1. |
| Fisher Mtn | 0 | No Risk | |
| Buck Park | 0 | No Risk | |
| Fisher Creek | 0 | No Risk | |
| Ivy Basin | 0 | No Risk | |
| Goose Lake | 0 | No Risk | |
| Beautiful Mtn | 0 | No Risk | |
| ALLOTMENT | 0 | No Risk | |

Table 8: The table displays for Alternative 1, the herd contact rate, risk rating and estimated disease interval.

Alternative 1 – There would be no contact between the two species on the allotment due to lack of overlap between areas grazed by domestic sheep and bighorn CHHR. The Fisher-Ivy/Goose Lake Sheep Allotment would no longer provide a risk regarding a source of contact and potential subsequent disease transmission for the Weminuche Bighorn Herd. The herd is expected to remain viable well into the future and has a high probability of population persistence.



34

BLM_0050220

**Alternative 2**

| Pasture | Total BHS Herd Contact Rate | Risk Rating | Estimated Disease Interval |
|---|---|---|---|
| Ivy Creek | 0.18 | High Risk | A disease event could potentially occur every 22 years the pasture is grazed. |
| Fisher Mtn | 0.72 | High Risk | A disease event could potentially occur every 5.6 years the pasture is grazed. |
| Buck Park | 0.37 | High Risk | A disease event could potentially occur every 11 years the pasture is grazed. |
| Fisher Creek | 1.0+ | High Risk | Within the Core Herd Home Range. A potential disease event could occur approximately every 4 years. |
| Ivy Basin | 1.0+ | High Risk | Within the Core Herd Home Range. A potential disease event could occur approximately every 4 years. |
| Goose Lake | 1.0+ | High Risk | Within the Core Herd Home Range. A potential disease event could occur approximately every 4 years. |
| Beautiful Mountain | 1.0+ | High Risk | Within the Core Herd Home Range. A potential disease event could occur approximately every 4years. |
| ALLOTMENT | 1.0+ | High Risk | Within the Core Herd Home Range. A potential disease event could occur approximately every 4 years. Bighorn sheep could potentially be exposed to disease on a continued basis. |

Table 9: The table displays for Alternative 2, the herd contact rate, risk rating and estimated disease interval.

Alternative 2 - Contact is expected every year the allotment is grazed due to direct overlap between areas grazed by domestic sheep and bighorn sheep CHHR. Even without direct overlap, high contact rates exist from the short foray distance to each pasture. The Fisher-Ivy/Goose Lake Sheep Allotment will continue to a pose a high degree of risk for contact and potential subsequent disease transmission for the S15 subpopulation. As evidenced from the Carnero Creek herd (S55) die-off, this may result in a high risk of disease transmission for the Weminuche Herd as a whole.

The future viability of the herd will be at risk due to the population being continually exposed to ongoing potential disease transmission and resultant outbreaks. This alternative has a low probability of population persistence for this bighorn herd into the future. The population would likely be extirpated at some point in time as a result of consistent exposure to interspecies contact.

35

BLM_0050221

The Risk of Contact between Bighorn Sheep and Domestic Sheep on the Fisher-Ivy/Goose Allotment is rated as HIGH for Alternative 2 based on the following factors:

- ✓ The allotment is within the Weminuche Bighorn Core Herd's Home Range (S15 subpopulation).

- ✓ All pastures within the FIG Allotment have herd contact rates suggesting potential disease intervals of less than every 25 years.  Disease intervals of less than every 25 years may result in unacceptable disease return intervals and may impact long-term herd viability.

- ✓ The FIG Allotment as a whole has a herd contact rate of 1.0+ suggesting that contact between bighorn and domestic sheep would occur every year the allotment is grazed. The herd could potentially be exposed to a disease event on a continuous basis, which would lead to herd extirpation.

- ✓ There is no spatial or temporal separation between the two species during the summer grazing season. Although unknown, the recent mortality of nearly all spruce trees from bark beetles in and beyond the allotment area may enhance BHS movements across the landscape where is was previously restricted.

- ✓ A relatively large amount of connectivity exists between areas of the CHHR and unoccupied source habitat on the east side of Beautiful Mountain and Fisher Mountain.

- ✓ The current bighorn herd is estimated at 460 animals, is increasing, and is expected to continue to increase and expand into currently unoccupied suitable/source habitat.

Habitat along the Continental Divide serves as a natural linkage that facilitates interaction of bighorn sheep between S15, S16 and to S28, all of which comprise the Weminuche Bighorn Sheep Herd RBS-20.

36

BLM_0050222

## LITERATURE CITED

Beecham, J.J., C.P. Collins, and T.D. Reynolds 2007. Rocky Mountain bighorn sheep (*Ovis Canadensis*): a technical conservation assessment. USDA Forest Service, Rocky Mountain Region.

Besser et al. 2012a. Survival of Bighorn Sheep (*Ovis Canadensis*) Commingled with Domestic Sheep (*Ovis aries*) in the Absence of *Mycoplasma ovipneumoniae*. Journal of Wildlife Diseases 48(1), 2012, pp. 168-172.

Besser et. al. 2012b. Causes of pneumonia epizootics among Bighorn Sheep, Western United States, 2008-2010. Emerging Infectious Diseases. Vol. 18, No. 3, March 2012.

Colorado Parks and Wildlife. 2012. Bighorn Sheep Management Plan for RBS-20, Weminuche Bighorn Sheep Herd (Data Analysis Unit 20 and Game Management Units S15, S16 and S28.

Foreyt, W.J. 1990. Pneumonia in bighorn sheep: Effects of *Pasteurella haemolytica* from domestic sheep and the effects on survival and long-term reproduction. In: Proceedings of the biennial symposium of the Northern Wild Sheep and Goat Council, Vol. 7, pp. 92-101.

George, J. L., D.J. Martin, P.M. Lukacs and M.W. Miller. 2008. Epidemic Pasteurellosis in a Bighorn Sheep Population Coinciding with the Appearance of a Domestic Sheep. Journal of Wildlife Diseases. 44:388-403

George, J. L., R. Kahn, M.W. Miller, and B. Watkins. 2009. Colorado Bighorn Sheep Management Plan 2009 – 2019. Colorado Division of Wildlife Special Report. 88 pp.

Lawrence, P.K., et. al. Transmission of *Mannheimia Haemolytica* from Domestic Sheep (*Ovis Aries)* to Bighorn Sheep (*Ovis Canadensis*); Unequivocal Demostrtion with Green Fluorescent Protein-tagged Organisms. Journal of Wildlife Diseases. 46:706-717.

Singer, F.J.,L.C. Zeigenfuss, and L. Spicer. 2001. Role of patch size, disease, and movement in rapid extinction of bighorn sheep. Conserv. Biol. 15(5): 1347-1354.

USDA Forest Service. 2007. Forest Service Manual 2600: Chapter 2670, Threatened, Endangered and Sensitive Plants and Animals, Supplement Number 2600-2007-1, June 8, 2007.

USDA Forest Service. 2010a. Supplemental to the Forest Plan Biological Evaluation and Conservation Assessment for the Rocky Mountain Bighorn Sheep. Rio Grande National Forest.

USDA Forest Service. 2011a. USDA Forest Service, Bighorn Sheep Analysis for NEPA Documents letter R-1, 2, 3, 4, 5 and 6. Joel D. Holtrop, Deputy Chief, Washington Office, Washington D.C. (August).

USDA Forest Service. 2011b. USDA Forest Service, Bighorn Sheep Analysis for NEPA Documents letter, Glenn Casamassa, Action Deputy Regional Forester, Rocky Mountain Region, Denver, CO. (September).

USDA Forest Service. 2013. Bighorn Sheep Risk of Contact Model. USDA Forest Service, Intermountain Region. Prepared by USDA FS Bighorn Sheep Working Group and Critigen.

Wild Sheep Working Group, 2012. Recommendations for Domestic Sheep and Goat Management in Wild Sheep Habitat. Western Association of Fish and Wildlife Agencies.

37

BLM_0050223



Besser et al
2012a

Inserted from: <file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\Besser et al 2012a.pdf>

BLM_0050224



## Survival of Bighorn Sheep (*Ovis canadensis*) Commingled with Domestic Sheep (*Ovis aries*) in the Absence of *Mycoplasma ovipneumoniae*

Source: Journal of Wildlife Diseases, 48(1):168-172.
Published By: Wildlife Disease Association
URL: http://www.bioone.org/doi/full/10.7589/0090-3558-48.1.168

BioOne (www.bioone.org) is a nonprofit, online aggregation of core research in the biological, ecological, and environmental sciences. BioOne provides a sustainable online platform for over 170 journals and books published by nonprofit societies, associations, museums, institutions, and presses.

Your use of this PDF, the BioOne Web site, and all posted and associated content indicates your acceptance of BioOne's Terms of Use, available at www.bioone.org/page/terms_of_use.

Usage of BioOne content is strictly limited to personal, educational, and non-commercial use. Commercial inquiries or rights and permissions requests should be directed to the individual publisher as copyright holder.

BioOne sees sustainable scholarly publishing as an inherently collaborative enterprise connecting authors, nonprofit publishers, academic institutions, research libraries, and research funders in the common goal of maximizing access to critical research.

BLM_0050225

# SHORT COMMUNICATIONS

*Journal of Wildlife Diseases*, 48(1), 2012, pp. 168–172
© Wildlife Disease Association 2012

## Survival of Bighorn Sheep (*Ovis canadensis*) Commingled with Domestic Sheep (*Ovis aries*) in the Absence of *Mycoplasma ovipneumoniae*

**Thomas E. Besser,**[1,2,5] **E. Frances Cassirer,**[3] **Catherine Yamada,**[1] **Kathleen A. Potter,**[1,2] **Caroline Herndon,**[1] **William J. Foreyt,**[1] **Donald P. Knowles,**[1,4] **and Subramaniam Srikumaran**[1] [1] PO Box 647040, Department of Veterinary Microbiology and Pathology, Washington State University, Pullman, Washington 99164-7040, USA; [2] PO Box 647034, Washington Animal Disease Diagnostic Laboratory, Washington State University, Pullman, Washington 99164-6610, USA; [3] Idaho Department of Fish and Game, 3316 16th St., Lewiston, Idaho 83501, USA; [4] PO Box 646630, Animal Disease Research Unit, USDA Agricultural Research Service, Washington State University, Pullman, Washington 99164-6630, USA; [5] Corresponding author (email: tbesser@vetmed.wsu.edu)

ABSTRACT: To test the hypothesis that *Mycoplasma ovipneumoniae* is an important agent of the bighorn sheep (*Ovis canadensis*) pneumonia that has previously inevitably followed experimental commingling with domestic sheep (*Ovis aries*), we commingled *M. ovipneumoniae*–free domestic and bighorn sheep (*n*=4 each). One bighorn sheep died with acute pneumonia 90 days after commingling, but the other three remained healthy for >100 days. This unprecedented survival rate is significantly different (*P*=0.002) from that of previous bighorn-domestic sheep contact studies but similar to (*P*>0.05) bighorn sheep survival following commingling with other ungulates. The absence of epizootic respiratory disease in this experiment supports the hypothesized role of *M. ovipneumoniae* as a key pathogen of epizootic pneumonia in bighorn sheep commingled with domestic sheep.

*Key words:* Bighorn sheep, domestic sheep, *Mycoplasma ovipneumoniae*, pneumonia.

Recovery of bighorn sheep (*Ovis canadensis*) populations in western North America has been hindered by disease, particularly pneumonia (e.g., Miller, 2001). Over the past 10 yr, acute pneumonia outbreaks in bighorn sheep have been reported to frequently follow contacts with domestic Caprinae, particularly sheep (*Ovis aries*), and to relatively rarely follow contacts with other domestic or wild animals (Grinnell, 1928; Buechner, 1960; Goodson, 1982; George et al., 2008; Wolfe et al., 2010). Similarly, experimental commingling of bighorn sheep with domestic sheep or mouflon (*O. aries orientalis*) has

consistently resulted in bighorn sheep mortality approaching 100% within 90 days, whereas commingling with other domestic livestock, including cattle (*Bos taurus*), llamas (*Lama glama*), horses (*Equus caballus*), and goats (*Capra hircus*), has resulted in <30% bighorn sheep mortality, and commingling with native ungulates, including deer (*Odocoileus hemionus* and *Odocoileus virginianus*), elk (*Cervus elaphus*), and mountain goats (*Oreamnos americanus*), has resulted in no observed bighorn sheep mortality (Table 1).

*Mycoplasma ovipneumoniae* has been implicated in pneumonia in free-ranging bighorn sheep (Rudolph et al., 2007; Besser et al., 2008; Wolfe et al., 2010) and in bighorn sheep pneumonia following experimental contact with domestic sheep (Lawrence et al., 2010). Evidence of *M. ovipneumoniae* involvement was also detected in archived materials available from three earlier bighorn sheep–domestic sheep contact studies, including specific 16S rDNA sequences in formalin-fixed, paraffin-embedded affected lung tissues (Foreyt, 1989, 1994) and *M. ovipneumoniae* seroconversion in a rare bighorn sheep that survived contact (Foreyt, 1992b; data not shown). Our objective was to determine the outcome of contact of bighorn sheep with domestic sheep in the absence of *M. ovipneumoniae*.

This study was carried out in accordance with United States Department of

168

BLM_0050226

TABLE 1.   Survival of bighorn sheep (BHS; *Ovis canadensis*) experimentally commingled with other domestic or wild ungulates in previous studies.

| Contact species $(n)$[a] | BHS $(n)$[b] | Mortality (%) | Contact day ($n$ BHS died) | Space (ha) | Reference |
|---|---|---|---|---|---|
| *Ovis* sp. | | | | | |
| Dom. sheep (11) | 14 | 93 | 26 (7), 72 (6) | 2.5 | Foreyt and Jessup, 1982 |
| Dom. sheep (>100) | 37 | 100 | 25 (8), 31 (5), 63 (24) | 445 | Foreyt and Jessup, 1982 |
| Dom. sheep (2) | 2 | 100 | 29 (2) | 0.004 | Onderka and Wishart, 1988 |
| Dom. sheep (6) | 6 | 100 | 4 (1), 27 (2), 29 (1), 36 (1), 71 (1) | 2 | Foreyt, 1989 |
| Dom. sheep (2) | 2 | 100 | 14 (2) | 0.006 | Foreyt, 1990 |
| Dom. sheep/mouflon (30) | 5 | 100 | 11 (1), 14 (1), 17 (1), 30 (1), 99 (1) | 0.27 | Callan et al., 1991 |
| Dom. sheep (4) | 6 | 83 | 26 (1), 33 (1), 34 (1), 35 (1), 40 (1) | 2.5 | Foreyt, 1992b |
| Mouflon (5) | 6 | 100 | 41 (2), 42 (4) | 0.4 | Foreyt, 1994 |
| Dom. sheep (2) | 2 | 100 | 6 (1), 8 (1) | 0.002 | Foreyt, 1994 |
| Dom. sheep (3) | 6 | 100 | 20 (1), 30 (4), 32 (1), 61 (1) | 0.6 | Foreyt, 1998 |
| Dom. sheep (4) | 4 | 100 | 67 (1), 70 (2), 74 (1) | 0.02 | Lawrence et al., 2010 |
| Total | 90 | 98 | | | |
| Other Dom. spp. | | | | | |
| Dom. goats (3) | 3 | 0 | NA[c] | 0.4 | Foreyt, 1994 |
| Llamas (3) | 9 | 0 | NA | 0.8 | Foreyt, 1994 |
| Cattle (3) | 4 | 0 | NA | 0.4 | Foreyt, 1994 |
| Horses (3) | 6 | 17 | 22 (1) | 0.5 | Foreyt and Lagerquist, 1996 |
| Cattle (3) | 5 | 20 | 6 (1) | 0.5 | Foreyt and Lagerquist, 1996 |
| Dom. goats (4) | 7 | 29 | "Third month" (2) | 0.6 | Foreyt et al., 2009 |
| Total | 34 | 12 | | | |
| Wild ungulates | | | | | |
| Mt. goats (2) | 9 | 0 | NA | 0.8 | Foreyt, 1994 |
| Elk (4), deer (3) | 10 | 0 | NA | 0.72 | Foreyt, 1992a |
| Elk (4) | 3 | 0 | NA | 0.4 | Foreyt, 1992a |
| Total | 22 | 0 | | | |

[a] Contact species = animal species placed in contact with bighorn sheep in each experiment. $n$ = No. of the contact species animals in each experiment. Dom. sheep (*Ovis aries*); mouflon (*O. aries orientalis*); Dom. goats (*Capra hircus*), llamas (*Lama glama*); cattle (*Bos taurus*); horses (*Equus caballus*); Mt. goats (*Oreamnos americanus*); elk (*Cervus elaphus*); deer (*Odocoileus hemionus* and *Odocoileus virginianus*). Dom. = domestic; Mt. = mountain.

[b] No. of bighorn sheep included in each contact experiment.

[c] NA = Not applicable.

Agriculture animal research guidelines, under a protocol approved by the Washington State University Institutional Animal Care and Use Committee, between 15 June and 19 October 2009. Four hand-reared captive bighorn sheep, including three yearling rams (Nos. 82, 86, and 89) and one yearling ewe (07) from the Washington State University herd, and four domestic sheep, including three adult ewes (00, 01, 02) and one ewe lamb (04) purchased from a private producer in Whitman County, Washington, were used in this experiment. Prior to commingling, neither herd exhibited evidence of respiratory disease. Both herds were confirmed

BLM_0050227

170   JOURNAL OF WILDLIFE DISEASES, VOL. 48, NO. 1, JANUARY 2012



FIGURE 1. Survival of bighorn sheep (*Ovis canadensis*) commingled with *Mycoplasma ovipneumoniae*–free domestic sheep (*Ovis aries*). Kaplan-Meier survival curve plots of bighorn sheep placed in contact with domestic sheep in 11 previous experiments ($n=90$, – – –), bighorn sheep placed in contact with other ungulates in nine previous experiments ($n=56$, ---), and bighorn sheep placed in contact with *M. ovipneumoniae*–free domestic sheep in this study ($n=4$, ——).

to be uniformly negative by serology, culture, and polymerase chain reaction tests for *M. ovipneumoniae* conducted using the routine methods of the Washington Animal Disease Diagnostic Laboratory, a laboratory fully accredited by the American Association of Veterinary Laboratory Diagnosticians (validation data and SOPs are available from http://www.vetmed.wsu.edu/depts_waddl/).

The eight animals were commingled in a 232-m$^2$ enclosure beginning 7 July 2009. Observation for adverse health effects, particularly respiratory disease, was conducted daily by animal care staff and approximately 6 days each week by research staff. No symptoms of respiratory disease were detected in the commingled animals until 90 days after commingling, when a single bighorn ram (86) developed clinical signs of pneumonia and died <12 hr later. The remaining three bighorn sheep exhibited no signs of respiratory disease through the termination of the experiment on day 104. Bighorn sheep survival in this study was compared to survival in previous bighorn sheep–domestic sheep/mouflon commingling studies (2% survival) and to survival in previous bighorn sheep–other ungulate

commingling studies (93% survival) using Kaplan-Meier survival analysis and the log-rank test (R, version 2.11.1, http://www.r-project.org/). Bighorn sheep survival in this experiment (75% for 104 days) was significantly higher than that in previous bighorn-domestic sheep commingling experiments (log-rank test, $P<0.002$) but did not differ significantly from bighorn sheep survival after experimental commingling with nonsheep ungulates (Fig. 1).

Necropsy of bighorn sheep 86 identified acute bronchopneumonia as the cause of death, with congestion, hemorrhage, necrotic neutrophils (oat cells), and numerous bacterial colonies seen on histopathologic evaluation. Fibrin and neutrophils were observed on the pleura and severe fibrin deposition and edema was observed in pulmonary interlobular septa. Conventional aerobic bacterial cultures of lung lesions, tracheobronchial lymph nodes, and nasal and pharyngeal swabs identified *Manheimia haemolytica* in high numbers, accompanied by moderate numbers of *Bibersteinia trehalosi*, at all respiratory sites tested, and these identifications were confirmed by species-specific PCR (Dassanayake et al., 2010). *Mycoplasma* cultures and *M. ovipneumoniae*–specific PCR of lung, tracheobronchial lymph node, middle ear, pharynx, and nose were negative. The surviving animals remained antibody negative to *M. ovipneumoniae*, ovine progressive pneumonia virus, and respiratory syncytial virus. The animals were antibody positive to PI-3 virus, but no significant titer changes were observed.

The significant finding of this study was the unprecedented majority survival of bighorn sheep commingled with domestic sheep in the absence of *M. ovipneumoniae*. This finding is consistent with the hypothesis that *M. ovipneumoniae* is an important agent in epidemic pneumonia in bighorn sheep, but additional research will be required to further substantiate this hypothesis. If this hypothesis is correct, it is possible that the risk of bighorn sheep pneumonia following contact with domestic

BLM_0050228

sheep could be significantly reduced if domestic sheep that may come into contact with bighorn sheep could be managed to eliminate carriage and shedding of *M. ovipneumoniae*.

This work was funded in part by the Wyoming Wildlife/Livestock Disease Partnership, the Idaho Department of Fish and Game, the Washington State Department of Fish and Wildlife, Nevada Bighorns Unlimited Reno, the Oregon Chapter of the Wild Sheep Foundation, the University of Idaho through the Idaho Wildlife/Domestic Animal Disease Research Oversight Committee, the Animal Disease Research Unit of the USDA Agricultural Research Service based in Pullman, Washington, and Federal Aid to Wildlife Restoration Project W-160-R administered through the Idaho Department of Fish and Game. Animal studies were supported by facilities and personnel of the Animal Disease Research Unit. These funding agencies had no role in study design, data collection and analysis, decision to publish, or preparation of the manuscript. We sincerely thank Duane Chandler and Amy Hetrick for assistance with animal care, handling, and restraint or sample collection; George Barrington for providing access to *M. ovipneumoniae*–free sheep; Katie Baker, Stephanie Wright, Charlene Teitzel, and Dena Mellick for skilled technical assistance; Maggie Highland for detailed editorial suggestions; and Shannon Lee Swist for her role as the principal investigator of the Wyoming Wildlife/Livestock Disease Partnership funding.

## LITERATURE CITED

Besser, T. E., E. F. Cassirer, K. A. Potter, J. VanderSchalie, A. Fischer, D. P. Knowles, D. R. Herndon, F. R. Rurangirwa, G. C. Weiser, and S. Srikumaran. 2008. Association of *Mycoplasma ovipneumoniae* infection with population-limiting respiratory disease in free-ranging Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*). Journal of Clinical Microbiology 46: 423–430.

Buechner, H. K. 1960. The bighorn sheep in the United States, its past, present, and future. Wildlife Monographs 4: 3–174.

Callan, R. J., T. D. Bunch, G. W. Workman, and R. E. Mock. 1991. Development of pneumonia in desert bighorn sheep after exposure to a flock of exotic wild and domestic sheep. Journal of the American Veterinary Medical Association 198: 1052–1056.

Dassanayake, R. P., D. R. Call, A. A. Sawant, N. C. Casavant, G. C. Weiser, D. P. Knowles, and S. Srikumaran. 2010. Bibersteinia trehalosi inhibits the growth of *Mannheimia haemolytica* by a proximity-dependent mechanism. Applied and Environmental Microbiology 76: 1008–1013.

Foreyt, W. J. 1989. Fatal *Pasteurella haemolytica* pneumonia in bighorn sheep after direct contact with clinically normal domestic sheep. American Journal of Veterinary Research 50: 341–344.

———. 1990. Pneumonia in bighorn sheep: Effects of *Pasteurella haemolytica* from domestic sheep and effects on survival and long-term reproduction. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 7: 92–101.

———. 1992a. Experimental contact association between bighorn sheep, elk, and deer with known *Pasteurella haemolytica* infections. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 8: 213–218.

———. 1992b. Failure of an experimental *Pasteurella haemolytica* vaccine to prevent respiratory disease and death in bighorn sheep after exposure to domestic sheep. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 8: 155–163.

———. 1994. Effects of controlled contact exposure between healthy bighorn sheep and llamas, domestic goats, mountain goats, cattle, domestic sheep, or mouflon sheep. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 9: 7–14.

———. 1998. Evaluation of a multivalent *Pasteurella haemolytica* toxoid-bacterin in protecting bighorn sheep from pneumonia after exposure to domestic sheep. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 11: 235–244.

———, and D. A. Jessup. 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. Journal of Wildlife Diseases 18: 163–168.

———, and J. E. Lagerquist. 1996. Experimental contact of bighorn sheep (*Ovis canadensis*) with horses and cattle, and comparison of neutrophil sensitivity to *Pasteurella haemolytica* cytotoxins. Journal of Wildlife Diseases 32: 594–602.

———, E. J. Jenkins, and G. D. Appleyard. 2009. Transmission of lungworms (*Muellerius capillaris*) from domestic goats to bighorn sheep on common pasture. Journal of Wildlife Diseases 45: 272–278.

BLM_0050229

172    JOURNAL OF WILDLIFE DISEASES, VOL. 48, NO. 1, JANUARY 2012

GEORGE, J. L., D. J. MARTIN, P. M. LUKACS, AND M. W. MILLER. 2008. Epidemic pasteurellosis in a bighorn sheep population coinciding with the appearance of a domestic sheep. Journal of Wildlife Diseases 44: 388–403.

GOODSON, N. J. 1982. Effects of domestic sheep grazing on bighorn sheep populations: A review. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 3: 287–313.

GRINNELL, G. B. 1928. Mountain sheep. Journal of Mammalogy 9: 1–9.

LAWRENCE, P. K., S. SHANTHALINGAM, R. P. DASSANAYAKE, R. SUBRAMANIAM, C. N. HERNDON, D. P. KNOWLES, F. R. RURANGIRWA, W. J. FOREYT, G. WAYMAN, A. M. MARCIEL, S. K. HIGHLANDER, AND S. SRIKUMARAN. 2010. Transmission of *Mannheimia haemolytica* from domestic sheep (*Ovis aries*) to bighorn sheep (*Ovis canadensis*): Unequivocal demonstration with green fluorescent protein-tagged organisms. Journal of Wildlife Diseases 46: 706–717; erratum, Journal of Wildlife Diseases 746: 1346.

MILLER, M. W. 2001. Pasteurellosis. *In* Infectious diseases of wild mammals, E. S. Williams and I. K. Barker (eds.). Iowa State University Press, Ames, Iowa, pp. 330–339.

ONDERKA, D. K., AND W. D. WISHART. 1988. Experimental contact transmission of *Pasteurella haemolytica* from clinically normal domestic sheep causing pneumonia in Rocky Mountain bighorn sheep. Journal of Wildlife Diseases 24: 663–667.

RUDOLPH, K. M., D. L. HUNTER, R. B. RIMLER, E. F. CASSIRER, W. J. FOREYT, W. J. DELONG, G. C. WEISER, AND A. C. WARD. 2007. Microorganisms associated with a pneumonic epizootic in Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*). Journal of Zoo and Wildlife Medicine 38: 548–558.

WOLFE, L. L., B. DIAMOND, T. R. SPRAKER, M. A. SHROCHMAN, D. P. WALSH, C. M. MACHIN, D. J. BADE, AND M. W. MILLER. 2010. A bighorn sheep die-off in southern Colorado involving a Pasteurellaceae strain that may have originated from syntopic cattle. Journal of Wildlife Diseases 46: 1262–1268.

*Submitted for publication 6 April 2011.*
*Accepted 11 August 2011.*

BLM_0050230



Besser et al
2012b

Inserted from: <file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\Besser et al 2012b.pdf>

BLM_0050231

**University of Nebraska - Lincoln**
## DigitalCommons@University of Nebraska - Lincoln

USDA National Wildlife Research Center - Staff Publications

Wildlife Damage Management, Internet Center for

3-1-2012

# Causes of Pneumonia Epizootics among Bighorn Sheep, Western United States, 2008–2010

Thomas E. Besser
*Washington State University*, tbesser@vetmed.wsu.edu

Margaret A. Highland
*Washington State University*

Katherine Baker
*Washington State University*

E. Frances Cassirer
*Idaho Department of Fish and Game*, frances.cassirer@idfg.idaho.gov

Neil J. Anderson
*Montana Fish, Wildlife and Parks*

*See next page for additional authors*

Follow this and additional works at: http://digitalcommons.unl.edu/icwdm_usdanwrc

Besser, Thomas E.; Highland, Margaret A.; Baker, Katherine; Cassirer, E. Frances; Anderson, Neil J.; Ramsey, Jennifer M.; Mansfield, Kristin; Bruning, Darren L.; Wolff, Peregrine; Smith, Joshua B.; and Jenks, Jonathan A., "Causes of Pneumonia Epizootics among Bighorn Sheep, Western United States, 2008–2010" (2012). *USDA National Wildlife Research Center - Staff Publications*. Paper 1101.
http://digitalcommons.unl.edu/icwdm_usdanwrc/1101

This Article is brought to you for free and open access by the Wildlife Damage Management, Internet Center for at DigitalCommons@University of Nebraska - Lincoln. It has been accepted for inclusion in USDA National Wildlife Research Center - Staff Publications by an authorized administrator of DigitalCommons@University of Nebraska - Lincoln.

BLM_0050232

**Authors**

Thomas E. Besser, Margaret A. Highland, Katherine Baker, E. Frances Cassirer, Neil J. Anderson, Jennifer M. Ramsey, Kristin Mansfield, Darren L. Bruning, Peregrine Wolff, Joshua B. Smith, and Jonathan A. Jenks

This article is available at DigitalCommons@University of Nebraska - Lincoln: http://digitalcommons.unl.edu/icwdm_usdanwrc/1101

BLM_0050233

RESEARCH

# Causes of Pneumonia Epizootics among Bighorn Sheep, Western United States, 2008–2010

Thomas E. Besser, Margaret A. Highland, Katherine Baker, E. Frances Cassirer, Neil J. Anderson, Jennifer M. Ramsey, Kristin Mansfield, Darren L. Bruning, Peregrine Wolff, Joshua B. Smith, and Jonathan A. Jenks

Epizootic pneumonia of bighorn sheep is a devastating disease of uncertain etiology. To help clarify the etiology, we used culture and culture-independent methods to compare the prevalence of the bacterial respiratory pathogens *Mannheimia haemolytica, Bibersteinia trehalosi, Pasteurella multocida,* and *Mycoplasma ovipneumoniae* in lung tissue from 44 bighorn sheep from herds affected by 8 outbreaks in the western United States. *M. ovipneumoniae,* the only agent detected at significantly higher prevalence in animals from outbreaks (95%) than in animals from unaffected healthy populations (0%), was the most consistently detected agent and the only agent that exhibited single strain types within each outbreak. The other respiratory pathogens were frequently but inconsistently detected, as were several obligate anaerobic bacterial species, all of which might represent secondary or opportunistic infections that could contribute to disease severity. These data provide evidence that *M. ovipneumoniae* plays a primary role in the etiology of epizootic pneumonia of bighorn sheep.

In North America, epizootic pneumonia is a devastating, population-limiting disease of bighorn sheep (*Ovis*

Author affiliations: Washington State University, Pullman, Washington, USA (T.E. Besser, M.A. Highland, K. Baker); Washington Animal Disease Diagnostic Laboratory, Pullman (T.E. Besser); US Department of Agriculture Agricultural Research Service, Pullman (M.A. Highland); Idaho Department of Fish and Game, Lewiston, Idaho, USA (E.F. Cassirer); Montana Fish, Wildlife and Parks, Bozeman, Montana, USA (N.J. Anderson, J.M. Ramsey); Washington Department of Fish and Wildlife, Spokane Valley, Washington, USA (K. Mansfield); US Department of Agriculture Animal and Plant Health Inspection Service, Olympia, Washington, USA (D.L. Bruning); Nevada Department of Wildlife, Reno, Nevada, USA (P. Wolff); and South Dakota State University, Brookings, South Dakota, USA (J.B. Smith, J.A. Jenks)

DOI: http://dx.doi.org/10.3201/eid1803.111554

*canadensis*) (*1-5*). Anecdotal and experimental evidence suggests that in at least some instances, this disease may be introduced into bighorn sheep populations by contact with domestic sheep or goats (*5,6*). When the disease is first introduced, outbreaks affect animals of all ages (*1–3*). During subsequent years or decades, sporadic cases of pneumonia in adult sheep and annual epizootics of pneumonia in lambs may continue (*7–10*).

Considering the dramatic and severe character of epizootic bighorn sheep pneumonia, the etiology is surprisingly unclear. Findings of gross and histopathologic examinations of lung tissue strongly suggest bacterial etiology: anterior–ventral distribution, suppurative inflammation, and abundant bacterial colonies. In domestic ruminants, bacterial pneumonia frequently occurs secondary to viral infections or other pulmonary insults, but extensive efforts to detect such underlying factors for bighorn sheep pneumonia have generally been nonproductive. For example, although evidence of infection or exposure to respiratory viruses, especially respiratory syncytial virus and parainfluenza virus, is frequently found in healthy and pneumonia-affected populations, no consistent association between the disease and any virus has been found (*11–13*). As a result, most research attention has been directed toward bacterial respiratory pathogens that may act as primary infectious agents, particularly leukotoxin-expressing *Mannheimia haemolytica,* which is highly lethal to bighorn sheep after experimental challenge (*5,14*). Other *Pasteurellaceae,* particularly *Bibersteinia trehalosi* and *Pasteurella multocida,* have been more frequently isolated from pneumonia-affected animals during natural outbreaks than has *M. haemolytica* (*11,12,15*). Another candidate pathogen, *Mycoplasma ovipneumoniae,* has recently been isolated from pneumonia-affected bighorn sheep during 2 epizootics (*11,16,17*); antibodies against this agent were detected in bighorn sheep from 9 populations undergoing

This article is a U.S. government work, and is not subject to copyright in the United States.

Bighorn Sheep Risk of Contact Tool Page 389

BLM_0050234

pneumonia epizootics but were absent in 9 nonaffected populations (17). In experiments, *M. ovipneumoniae* has been shown to predispose bighorn sheep to *M. haemolytica* pneumonia (18). When *M. ovipneumoniae*–free domestic sheep were commingled with bighorn sheep, the bighorn sheep survived at unprecedented rates (19).

Development of effective methods for managing, preventing, or treating an infectious disease requires a clear understanding of its underlying etiology. However, clarifying the etiology can be difficult, particularly for primary infections (e.g., HIV) that are characteristically associated with multiple opportunistic infections that may be more lethal than the epidemic agent itself. During 2008–2010, epizootic pneumonia in bighorn sheep was detected in at least 5 western US states. These epizootics provided an opportunity to conduct a comparative study of the etiology of this disease (Table 1).

Conventional microbiological methods can fail to isolate agents because of their fastidious in vitro growth requirements or intermicrobial interactions; thus, for agent isolation, we used 2 culture-independent methods (agent-specific PCRs and 16S clone libraries) in addition to conventional bacterial cultures (17,20–22). We expected that primary etiologic agents could be differentiated from opportunistic agents by 1) their detection at high prevalence in affected animals, 2) the presence of single (clonal) strain types within each outbreak, and 3) their uncommon or lack of detection in animals from healthy populations (11,22–24). Therefore, to clarify the etiology of epizootic pneumonia, we applied these criteria to the bacterial respiratory pathogens detected in multiple bighorn sheep epizootics.

## Materials and Methods

### Bighorn Sheep Populations

The study sample consisted of 8 demographically independent bighorn sheep populations in 5 states (Montana, Nevada, Washington, Oregon, and South Dakota) that had been affected by epizootic pneumonia during 2008–2010 and for which lung tissue specimens from ≥4 affected animals were available (Table 1). In 6 of these populations, the disease affected bighorn sheep of all ages; in the other 2 populations, in which the disease had previously affected sheep of all ages, the disease was restricted to lambs. Convenience samples were selected among those available from each epizootic: the sample of pneumonia-affected animals consisted of the first 4–6 sheep for which pneumonia had been confirmed by gross or microscopic lesions. Sheep initially selected for analysis but later determined to have lacked gross or microscopic lesions characteristic of pneumonia were retained in the study but analyzed separately. Negative controls consisted of animals with no gross or histopathologic evidence of pneumonia that died or were culled from 2 closely observed healthy populations.

### Bacteriologic Cultures

Surfaces of affected lung tissue specimens were seared, and swab samples of deeper tissues were obtained and streaked onto Columbia blood agar plates (Hardy Diagnostics, Santa Maria, CA, USA). *Pasteurellaceae* were isolated and identified by using routine methods (25) and then stored at −80°C in 30% buffered glycerol in brain–heart infusion agar (Hardy Diagnostics).

### DNA Template Preparation

DNA was extracted from 1.0–1.5 mL of fluid collected from 1–2 g of fresh-frozen lung tissue macerated in 1 mL of phosphate buffered saline for 5 min by using a stomacher (Seward Stomacher 80 Laboratory Blender, Bohemia, NY, USA). DNA was extracted by using a QIAamp mini kit (QIAGEN, Valencia, CA, USA) according to the manufacturer's protocol.

### PCR Detection of Respiratory Pathogens and *lktA*

To detect *M. haemolytica, P. multocida, B. trehalosi, lktA,* and *M. ovipneumoniae,* we used previously published

Table 1. Bighorn sheep populations included in study of populations affected by epizootic pneumonia, western United States, 2008–2010*

| Population | Status† | Population size | % Dead or culled‡ |
|---|---|---|---|
| East Fork Bitterroot, MT | Pneumonic | 200–220 | 50 |
| Bonner, MT | Pneumonic | 160–180 | 68 |
| Lower Rock Creek, MT | Pneumonic | 200 | 43 |
| Anaconda, MT | Pneumonic | 300 | 50 |
| East Humboldt/Ruby Mountains, NV | Pneumonic | 160–180 | 80 |
| Yakima Canyon, WA | Pneumonic | 280 | 33 |
| Spring Creek, SD | Pneumonic | ≤40 lambs born | 95 lambs |
| Hells Canyon, OR and WA | Pneumonic | ≈170 lambs born | 77 lambs |
| Quilomene, WA | Healthy | 160 | 2 |
| Asotin Creek, WA | Healthy | 100 | 0 |

*MT, Montana, NV, Nevada; SD, South Dakota; WA, Washington; OR, Oregon.
†Pneumonic, populations with confirmed epizootic pneumonia restricted to lambs (Spring Creek and Hells Canyon) or not age restricted (all other pneumonic populations); healthy, populations with no evidence of epizootic pneumonia.
‡Estimated percentage of the population that died or was culled during the epizootic.

BLM_0050235

RESEARCH

PCR protocols with minor modifications (Table 2). All reactions were conducted individually in 20-µL volumes containing 2 µL of DNA template (5–1,000 ng/µL), 10 µL of master mix (QIAGEN Hotstar mix for *P. multocida*, *M. ovipneumoniae*, and *lktA* and QIAGEN Multiplex PCR mix for *B. trehalosi* and *M. haemolytica*), and primers at 0.2 µmol (*P. multocida*, *M. haemolytica*, and *B. trehalosi*), 2 µmol (*M. ovipneumoniae*), or 0.5 µmol (*lktA*). Thermocycler conditions included an initial denaturation step at 95°C (15 min) for all agents and a final extension step at 72°C (5 min, except final extensions for *P. multocida* and *lktA* were 9 and 10 min, respectively). Cycling conditions used were as follows: for *M. ovipneumoniae*, 30 cycles at 95°C for 30 s, at 58°C for 30 s, and at 72°C for 30 s; for *B. trehalosi* and *M. haemolytica*, 35 cycles at 95°C for 30 s, at 55°C for 30 s, and at 72°C for 40 s; and for *P. multocida* and *lktA*, 30 cycles at 95°C for 60 s, at 55°C for 60 s, and at 72°C for 60 s. Amplicons were examined in UV light after electrophoresis in 1.2% agarose gel containing 0.005% ethidium bromide in 0.5× Tris/borate/EDTA buffer at 7 V/cm.

### 16S Analyses

To detect predominant microbial populations in the pneumonic lung tissues, we used a culture-independent method (*17*). In brief, we aseptically collected two 1-g samples of lung tissue from sites at least 10 cm apart in grossly abnormal (consolidated) tissue from 16 pneumonia-affected animals, including 2 from each outbreak. Tissues were stomached and DNA was extracted (DNeasy Blood and Tissue Kit; QIAGEN) from 100-µg aliquots of each homogenate. Segments of 16S rDNA were PCR amplified and cloned. Insert DNA was sequenced (vector primers T3 and M13, BigDye version 3.1, ABI PRISM Genetic Analyzer; Applied Biosystems, Foster City, CA, USA) from 16 clones derived from each homogenate, resulting in 32 sequences from each animal. DNA sequences were assigned to species (≥99% identity) or genus (≥97% identity) according to BLASTN GenBank search results (*29*). Clone sequences may be accessed in GenBank under accession nos. JN857366–857894.

### Pulsed-Field Gel Electrophoresis for *Pasteurellaceae*

When available, *Pasteurellaceae* isolated from the study animals were obtained from the Washington Animal Disease Diagnostic Laboratory (Pullman, WA, USA). If such isolates were unavailable, we substituted banked isolates from other bighorn sheep involved in the same outbreaks. Isolates were subjected to pulsed-field gel electrophoresis (PFGE) performed on a CHEF-DRII PFGE apparatus (Bio-Rad, Hercules, CA, USA) in 1% agarose gel (Seakem Gold Agarose; FMC Bio Products, Rockland, MD, USA) in 0.5× Tris borate EDTA buffer at 14°C for 20 h at 6 V/cm and a linear ramp of 1.0–30.0 s for *Apa*I or 0.5–40.0 s for *Sma*I. *Salmonella* serovar Braenderup H9812, digested with *Xba*I for 3 h at 37°C, was used as a size standard on each gel. Gels were stained with ethidium bromide and photographed under UV transillumination. PFGE data were analyzed by using BioNumerics version 4.6 (www.applied-maths.com/bionumerics/bionumerics.htm) with Dice coefficients and the unpaired pair group method with arithmetic means for clustering; tolerance and optimization parameters were set at 1%.

### Intergenic Spacer Region Sequence typing for *M. ovipneumoniae*

In a preliminary study performed in our laboratory, ribosomal operon intergenic spacer (IGS) regions of *M. ovipneumoniae* from isolates from 6 bighorn sheep populations were amplified by using the method described by Kong et al. (*30*) and sequenced (Amplicon Express, Pullman, WA, USA). Sequences were aligned and clustered by using Lasergene software (DNASTAR, Inc., Madison WI, USA). Each isolate exhibited a different IGS sequence, demonstrating the utility of IGS sequences for identifying strain diversity (data not shown). We used Primer3 software (http://frodo.wi.mit.edu/primer3/) to develop primers flanking the variable IGS region, conserved among *M. ovipneumoniae* isolates, and divergent from IGS regions of the second most common sheep upper respiratory mycoplasma, *M. arginini* (Table 2). IGS PCR products were sequenced, and sequences were aligned and

| Table 2. PCR primers used to detect etiologic agents of pneumonia in bighorn sheep, western United States, 2008–2010 | | | |
|---|---|---|---|
| Species (gene target) | Primer | Primer sequence, 5′ → 3′ | Reference |
| *Mannheimia haemolytica, Bibersteinia trehalosi, M. haemolytica* (gcp) | Mhgcp | AGAGGCCAATCTGCAAACCTCG | (*21*) |
| | MhgcpR | GTTCGTATTGCCCAACGCCG | (*21*) |
| *Bibersteinia trehalosi* (sodA) | BtsodAF | GCCTGCGGACAAACGTGTTG | (*21*) |
| | BtsodAR | TTTCAACAGAACCAAAATCACGAATG | (*21*) |
| Leukotoxin (*lktA*) | F | TGTGGATGCGTTTGAAGAAGG | (*26*) |
| | R | ACTTGCTTTGAGGTGATCCG | (*26*) |
| *Pasteurella multocida* (kmt1) | KMT1T7 | ATCCGCTATTTACCCAGTGG | (*27*) |
| | KMT1SP6 | GCTGTAAACGAACTCGCCAC | (*27*) |
| *Mycoplasma ovipneumoniae* (16S) | LMF | TGAACGGAATATGTTAGCTT | (*28*) |
| | LMR | GACTTCATCCTGCACTCTGT | (*28*) |
| *M. ovipneumoniae* (16S–23S intergenic spacer) | MoIGSF | GGAACACCTCCTTTCTACGG | This study |
| | MoIGSR | CCAAGGCATCCACCAAATAC | This study |

Bighorn Sheep Risk of Contact Tool Page 391

BLM_0050236

clustered by using Lasergene software. IGS sequences can be accessed in GenBank under accession nos. JN857895–857934.

**Statistical Analyses**

To evaluate the agreement between results of bacteriologic cultures and PCR tests for detection of *P. multocida, M. haemolytica,* and *B. trehalosi,* we used Cohen κ coefficients (31). To assess overall differences in prevalence of specific bacterial respiratory pathogens, we used $\chi^2$ tests; for pairwise comparisons, we used the Marascuilo procedure (32) to control for multiple comparison problems, which might affect error rates. To assess associations between prevalence of different respiratory bacteria and mortality rates among different bighorn sheep populations, we used the Pearson correlation coefficient.

**Results**

We detected 4 previously reported bacterial respiratory pathogens of bighorn sheep. We detected *M. haemolytica, B. trehalosi,* and *P. multocida* by using aerobic culture and species-specific PCR and *M. ovipneumoniae* by using PCR alone (20) (Table 3; online Appendix Table, wwwnc. cdc.gov/EID/article/18/1/11-1554-TA1.htm). Agreement between detection by culture and PCR varied by agent, ranging from no agreement (*M. haemolytica,* κ –0.02), to fair agreement (*B. trehalosi,* κ 0.22), to good agreement (*P. multocida,* κ 0.76). For the purposes of the following analyses, animals for which any agent was detected by either method were considered positive for that agent. Among the targeted agents, 3 (*B. trehalosi, M. haemolytica,* and *M. ovipneumoniae*) were detected in ≥1 animals from all

8 outbreak-affected populations and 1 (*P. multocida*) was detected in animals from 5 outbreak-affected populations (Table 3).

Frequency of detecting *M. haemolytica, B. trehalosi, P. multocida,* and *M. ovipneumoniae* from pneumonia-affected animals differed significantly ($\chi^2$ 26.2, 3 df, p<0.0001). *M. ovipneumoniae* (n = 42, 95%) was detected significantly more often than any other agent except *B. trehalosi* (n = 35, 73%; Marascuilo procedure, p<0.05). Detection of *lktA,* a gene encoding the leukotoxin expressed by *B. trehalosi* and *M. haemolytica,* was then analyzed as a surrogate for virulent *M. haemolytica* and/or *B. trehalosi* because these species, if lacking *lktA,* would be considered to have greatly reduced or no virulence (33). Prevalence of *lktA* (n = 10, 22.7%) was significantly lower than that of *P. multocida* (n = 21, 47.7%, Marascuilo procedure, p<0.05).

Frequency of detecting *B. trehalosi* and *P. multocida* differed significantly among outbreaks (p = 0.002 and 0.001, respectively). Similarly, PCR-based detection of *lktA* differed among outbreaks (p = 0.003). Although such differences could potentially contribute to the significant differences in disease severity and mortality rates among the epizootics in this study ($\chi^2$184.7, 7 df, p<0.0001), the prevalence of *B. trehalosi, P. multocida,* or *lktA* did not correlate with estimated mortality rates in the 8 outbreaks included in this study (Tables 1, 3).

Strain typing to evaluate the genetic similarity of bacterial pathogens within and among outbreaks (23) detected only single IGS types of *M. ovipneumoniae* within each outbreak, whereas distinctly different IGS types were found for each epizootic with the exception of 2 populations in Montana (Figure). In contrast, the PFGE strain types of *Pasteurellaceae* isolated from within single outbreaks

Table 3. Prevalence of organisms in bighorn sheep, western United States, 2008–2010*

| Population | No. tested | No. (%) detected | | | | |
|---|---|---|---|---|---|---|
| | | Bibersteinia trehalosi | Mannheimia haemolytica | Pasteurella multocida | lktA | Mycoplasma ovipneumoniae |
| Affected during epizootic | | | | | | |
| East Fork Bitterroot, MT | 5 | 3† | 1 | 4 | 2 | 4 |
| Anaconda, MT | 5 | 5 | 5 | 5 | 0 | 5 |
| Bonner, MT | 8 | 2 | 2 | 0 | 0 | 6 |
| Lower Rock Creek, MT | 4 | 3 | 3 | 3 | 0 | 3 |
| East Humboldt and Ruby Mountains, NV | 6 | 6 | 5 | 0 | 1 | 6 |
| Spring Creek, SD | 5 | 5 | 3 | 4 | 3 | 5 |
| Yakima Canyon, WA | 8 | 5 | 4 | 5 | 0 | 8 |
| Hells Canyon, OR and WA | 5 | 5 | 2 | 0 | 4 | 5 |
| Total | 44 | 34 (77.3) | 25 (56.8) | 21 (47.7) | 10 (22.7) | 42 (95.5) |
| Healthy during epizootic | | | | | | |
| Yakima Canyon, WA | 6 | 5 | 3 | 0 | 1 | 2 |
| Bonner, MT | 1 | 0 | 0 | 0 | 0 | 1 |
| Spring Creek, SD | 1 | 1 | 1 | 0 | 0 | 0 |
| Total | 8 | 6 (75.0) | 4 (50.0) | 0 | 1 (12.5) | 3 (37.5) |
| Healthy, no epizootic | | | | | | |
| Quilomene, WA | 3 | 1 | 3 | 0 | 0 | 0 |
| Hells Canyon (Asotin Creek), OR and WA | 2 | 2 | 1 | 1 | 0 | 0 |
| Total | 5 | 3 (60) | 4 (80) | 1 (20) | 0 | 0 |

*Organisms detected by PCR and/or aerobic culture. MT, Montana; NV, Nevada; SD, South Dakota; WA, Washington; OR, Oregon
†Number of bighorn sheep tested in which the given agent was detected by PCR and/or bacteriologic culture.

BLM_0050237

RESEARCH

ranged from 0 to 7, including 0–7 *B. trehalosi* strains and 0–2 *P. multocida* strains (Table 4; online Appendix Table). Assessment of strain type diversity of *M. haemolytica* within epizootics was not possible because this species was isolated only 1 time.

Among the agents and genes tested, *M. ovipneumoniae* was the only agent or gene that was detected at different frequencies for animals from epizootic-affected compared with non–epizootic-affected populations (Table 3; p<0.001). The frequency of *M. ovipneumoniae* and *P. multocida* detection in non–pneumonia-affected animals culled from epizootic populations was intermediate, significantly lower than that in pneumonia-affected animals (p<0.01).



Figure. Neighbor-joining tree of ribosomal intergenic spacer region DNA sequences of *Mycoplasma ovipneumoniae* PCR-amplified from bighorn sheep lung tissues, western United States, 2008–2010. Isolate codes are those from Table 4 and the online Appendix Table (wwwnc.cdc.gov/EID/article/18/1/11-1554-TA1.htm). Scale bar indicates nucleotide substitutions per site.

Partial 16S ribosomal DNA sequences of 527 clones, including ≈30 clones from each of 2 animals from each epizootic, detected the targeted respiratory pathogens *P. multocida*, *M. ovipneumoniae*, *B. trehalosi*, and *M. haemolytica*, although the latter accounted for <1% of the identifications. Also predominant were several obligate anaerobic bacteria (*Fusobacterium necrophorum*, *Prevotella* spp., *Clostridium* spp., and *Bacteroides* spp.) (Table 5).

## Discussion

The results of this study support the hypothesis that *M. ovipneumoniae* is a primary agent in the etiology of epizootic bighorn sheep pneumonia in populations across the western United States and that it acts to induce secondary infection with opportunistic pathogens. *M. ovipneumoniae* was detected in the pneumonic lungs of >95% of study animals involved in the 8 discrete pneumonia epizooties, significantly more frequently than any of the other respiratory agents sought except the bighorn sheep commensal bacterium *B. trehalosi* (34,35). We identified identical ribosomal IGS strains of *M. ovipneumoniae* within the affected animals in each outbreak, consistent with epizootic spread (24); *M. ovipneumoniae* was not detected in the healthy populations sampled. Of note, the 2 populations in which identical IGS strains of *M. ovipneumoniae* were detected were separated by only ≈20 miles, suggesting the possibility that this strain was transmitted among these populations by movement of ≥1 *M. ovipneumoniae*–infected bighorn sheep.

The normal host range of *M. ovipneumoniae* (members of Old World *Caprinae*, including domestic sheep and mouflon, a closely related Eurasian sheep species) is consistent with many observations that epizootic bighorn sheep pneumonia frequently follows contact with these hosts (5,19). Previous experiments in which bighorn sheep were commingled with domestic sheep or mouflon each resulted in epizootic bighorn sheep pneumonia and, cumulatively, the death of 88 (98%) of 90 bighorn sheep; similar commingling experiments with other ungulates (deer, elk, llamas, horses, cattle, goats, mountain goats) resulted at most in sporadic deaths from bighorn sheep pneumonia (4 [7%] of 56) (19). In a recent study in which bighorn sheep were commingled with *M. ovipneumoniae*–free domestic sheep, the lack of epizootic bighorn sheep pneumonia was unprecedented (19). Together, these data support the hypothesis that bighorn sheep epizootic pneumonia results from cross-species transmission of *M. ovipneumoniae* from its normal host(s) to a naive, highly susceptible host: bighorn sheep.

Each of the other specific potential respiratory pathogens targeted failed to fulfill ≥1 expectations for a primary etiologic agent. *B. trehalosi* was detected in most animals regardless of their health status; exhibited

BLM_0050238

Pneumonia Epizootics among Bighorn Sheep

Table 4. Strain types identified in lung tissue from bighorn sheep, western United States, 2008–2010*

| Population | Pasteurellaceae (no. animals)† | Mycoplasma ovipneumoniae (no. animals)‡ |
|---|---|---|
| East Fork Bitterroot, MT | Btre21, Mhae5, Pmul5 (1 each); Pmul24 (5) | Movi3 (5) |
| Bonner, MT | No isolate available | Movi4 (6) |
| Lower Rock Creek, MT | Btre1 (1); Pmul22 (3) | Movi6 (3) |
| Anaconda, MT | Pmul24 (5) | Movi6 (5) |
| East Humboldt and Ruby Mountains, NV | Btre7 (2); Btre8 (3) | Movi5 (4) |
| Yakima Canyon, WA | Btre8, Pmul 22 (1 each); Pmul20 (3); Btre9, 13 (5 each) | Movi2 (7) |
| Spring Creek, SD | Btre10, 11, 12, 17, 19 (1 each); Pmul20 (2) | Movi7 (5) |
| Hells Canyon, OR and WA | Btre 1, 2, 3, 4, 14, 15, 16 (1 each) | Movi1 (9) |
| Quilomene, WA | Mhae23 (1); Btre8 (2) | None detected |
| Asotin Creek, WA | No isolate available | None detected |

*MT, Montana; NV, Nevada; SD, South Dakota; WA, Washington; OR, Oregon.
†Pasteurellaceae cluster assignments based on apaI pulsed-field gel electrophoresis profiles with Dice coefficients clustered by unpaired pair group method with arithmetic means (threshold, 90% identity).
‡M. ovipneumoniae strain types identified by ribosomal 16S–23S intergenic spacer region DNA sequences.

diverse strain types within epizootics; and in most instances was detected in the absence of *lktA*, consistent with the nontoxigenic strains widely distributed in healthy and pneumonic bighorn sheep (36). *M. haemolytica* was similarly detected in about half of the animals regardless of their health status and in the absence of *lktA*. *P. multocida* was not detected at all in animals involved in 3 of the epizootics, but in those outbreaks in which it was present, it was detected at high prevalence and somewhat more frequently in pneumonia-affected than in healthy bighorn sheep. Furthermore, multiple isolates from those epizootics in which it was detected shared a high degree of genetic similarity, consistent with epizootic transmission (24).

The frequencies with which *B. trehalosi*, *P. multocida*, and *lktA* were detected from animals in the different epizootics differed significantly, although this finding did not correlate with mortality rates (Table 1). This conclusion is limited, however, by the possible confounding effect of the extensive culling conducted in several areas of the epizootics examined in this study. More research into factors that affect the severity of bighorn sheep pneumonia epizootics is clearly needed.

The analysis of prevalence of bacterial respiratory pathogens in the lung tissues of healthy animals from

unaffected populations was comparatively limited by the small number of control specimens available. To more clearly define the prevalence, infectivity, and virulence of *M. ovipneumoniae*, sampling of additional healthy bighorn sheep populations is needed. Although *M. ovipneumoniae* was not detected in the negative control animals examined in this study and although serologic evidence of exposure to *M. ovipneumoniae* is uncommon or rare in healthy bighorn sheep populations (17), several apparently healthy bighorn sheep populations with serologic and/or PCR evidence of exposure to *M. ovipneumoniae* have been identified (data not shown). This finding demonstrates that not all exposures to this agent result in epizootic bronchopneumonia or, perhaps, that unrecognized previous epizootics had occurred. To clarify these findings, more research, specifically including longitudinal observational studies and investigation of strain differences in virulence of *M. ovipneumoniae* (37,38), is needed.

Our universal eubacterial 16S rDNA approach used analysis of small clone libraries from each animal to detect those agents representing ≥10% of the 16S operons in lung tissue with high (>95%) confidence. The 3 most frequently detected aerobic bacterial agents detected by using this method were *P. multocida*, *M. ovipneumoniae*,

Table 5. Bacteria detected in lung tissue from bighorn sheep with pneumonia, western United States, 2008–2010*

| Bacterial species | Clone sequences, no. (%) | No. animals† | No. populations‡ |
|---|---|---|---|
| Fusobacterium spp. | 112 (21.3) | 8 | 5 |
| Pasteurella multocida | 67 (12.7) | 5 | 4 |
| Prevotella spp. | 57 (10.8) | 9 | 5 |
| Mycoplasma ovipneumoniae | 52 (9.9) | 5 | 4 |
| Bibersteinia trehalosi | 46 (8.7) | 4 | 3 |
| Clostridium spp. | 42 (8.0) | 10 | 7 |
| Bacteroides spp. | 16 (3.0) | 7 | 5 |
| Acinetobacter spp. | 14 (2.7) | 3 | 3 |
| Streptococcus spp. | 13 (2.5) | 1 | 1 |
| Pseudomonas spp. | 7 (1.3) | 2 | 2 |
| Eubacterium spp. | 6 (1.1) | 4 | 3 |
| Pasteurellaceae spp. | 6 (1.1) | 2 | 2 |
| Ruminococcus spp. | 6 (1.1) | 3 | 3 |

*rDNA sequence analysis was used. Only species identifications comprising >1% of sequences are reported.
†Number of animals in which the bacterial species was detected, total 16 animals (2 animals each from 8 populations).
‡Number of populations in which the bacterial species was detected, total 8 populations.

Bighorn Sheep Risk of Contact Tool Page 394

BLM_0050239

RESEARCH

and *B. trehalosi*; detection of *M. haemolytica* was rare (0.19%) despite the high frequency of its detection by the more sensitive PCR. This finding is surprising because *M. haemolytica* has been regarded as the principal pneumonia pathogen of bighorn sheep (*5*). It has been argued that because *B. trehalosi* inhibits or kills *M. haemolytica* in coculture, the same effect in vivo may block detection of *M. haemolytica* in bighorn sheep lungs (*21*), but this argument cannot explain the dearth of *M. haemolytica* detected in this study because the proportion of lungs that were positive for *M. haemolytica* by PCR was actually lower in the absence of *B. trehalosi* (online Appendix Table). Furthermore, the lung tissues from animals affected by the 5 epizootics in Washington or Montana were obtained from bighorn sheep that were coughing and culled in an attempt to prevent further transmission of the disease; therefore, these specimens could represent animals at earlier stages of the disease when more consistent presence of causal agents would be expected.

Consistent with previous reports of bighorn sheep in Hells Canyon (*17*), the predominance of obligate anaerobes (*Fusobacterium*, *Prevotella*, *Clostridium*, and *Bacteroides* spp.) among the lung flora was consistent with decreased clearance of inhaled oral flora from the lower respiratory tract. Impaired clearance of inhaled flora is expected subsequent to infection by virulent *M. ovipneumoniae* (*38*) or by leukotoxin-expressing *Pasteurellaceae* (*39*), albeit by different mechanisms.

To our knowledge, only 1 other study of epizootic bighorn sheep pneumonia has reported comparative microbiological findings from pneumonia-affected animals involved in multiple discrete epizootics. Aune et al. (*12*) reported that *Pasteurellaceae* cultured from pneumonia-affected animals differed somewhat among 4 bighorn sheep pneumonia epizootics in Montana during 1991–1996. *P. multocida* was isolated from pneumonic lung tissues of ≥1 animals during all 4 epizootics, although prevalence exceeded 50% during only 1 epizootic. *Pasteurellaceae* biotypes corresponding to *B. trehalosi* were isolated from animals involved in 3 of the 4 outbreaks, and *Pasteurellaceae* biotypes corresponding to *M. haemolytica* were isolated from animals in only 1 outbreak. The microbiology of epizootic pneumonia in Hells Canyon also has been described (*11,15,40*); results were broadly comparable to the conventional microbiology results reported here for *Pasteurellaceae*. All these studies differed from the study reported here in that the conventional microbiological methods used failed to recognize *M. ovipneumoniae* in affected lung tissues.

In summary, of the bacterial respiratory pathogens evaluated, *M. ovipneumoniae* was the only agent for which the data consistently met the criteria for a primary etiologic agent across all outbreaks. In contrast, the data

were inconsistent with regard to a primary etiologic role for any *Pasteurellaceae* species. The likelihood of *M. ovipneumoniae* having a primary role in bighorn sheep pneumonia is consistent with the association between some epizootics of this disease and contact with domestic sheep because the latter carry this agent at high prevalence. Identification of *M. ovipneumoniae* as the epizootic agent of bighorn sheep pneumonia may provide a useful focus for the development of specific preventative or therapeutic interventions.

## Acknowledgments

We thank those persons whose work made this project possible, including Victoria L. Edwards, Craig Jourdonnais, Ray Vinkey, Michael Thompson, Keri Carson, Jeff Bernatowicz, Mark Vekasy, Roblyn Brown, Caleb McAdoo, Kari Huebner, Jeremy Lutz, Scott Roberts, Ken Gray, Chris Morris, Daniel Crowell, Steve Griffin, John Broecher, and numerous biologists from the US Department of Agriculture, Animal Plant Health Inspection Service, Wildlife Services National Wildlife Disease Program.

Funding for this project was provided by the Washington Department of Fish and Wildlife; the Nevada Department of Wildlife; Nevada Bighorns Unlimited; the Oregon Department of Fish and Wildlife; the Idaho Department of Fish and Game; the Idaho Wildlife Disease Research Oversight Committee; Federal Aid in Wildlife Restoration (study No. 7537), administered through the South Dakota Department of Game, Fish and Parks; and Project W-160-R, administered through the Idaho Department of Fish and Game.

Dr Besser is a professor of veterinary microbiology at Washington State University and the Washington Animal Disease Diagnostic Laboratory. His research interests include preharvest food safety microbiology and infectious diseases of animals.

## References

1. Cassirer EF, Sinclair ARE. Dynamics of pneumonia in a bighorn sheep metapopulation. J Wildl Manage. 2007;71:1080–8. http://dx.doi.org/10.2193/2006-002
2. Hobbs NT, Miller MW. Interactions between pathogens and hosts: simulation of pasteurellosis epidemics in bighorn sheep populations. In: McCullough DR, Barrett RH, editors. Wildlife 2001: populations. New York: Springer Publishing Company; 1992. p. 997–1007.
3. McCarty CW, Miller MW. Modeling the population dynamics of bighorn sheep: a synthesis of literature. Colorado Division of Wildlife special report 73. Denver: Colorado Division of Wildlife; 1998.
4. Monello RJ, Murray DL, Cassirer EF. Ecological correlates of pneumonia epizootics in bighorn sheep herds. Can J Zool. 2001;79:1423–32. http://dx.doi.org/10.1139/z01-103
5. Miller MW. Pasteurellosis. In: Williams ES, Barker IK, editors. Infectious diseases of wild mammals. Ames (IA): Iowa State University Press; 2001. p. 558.
6. George JL, Martin DJ, Lukacs PM, Miller MW. Epidemic pasteurellosis in a bighorn sheep population coinciding with the appearance of a domestic sheep. J Wildl Dis. 2008;44:388–403.

Bighorn Sheep Risk of Contact Tool Page 395

BLM_0050240

7. Festa-Bianchet M. A pneumonia epizootic in bighorn sheep, with comments on preventive management. In: Samuel WM, editor. Proceedings of the Sixth Biennial Symposium of the Northern Wild Sheep and Goat Council. 1988 Apr 11–15; Banff, Alberta, Canada. Cody (WY): The Council; 1988. p. 66–76.
8. Spraker TR, Hibler CP, Schoonveld GG, Adney WS. Pathologic changes and microorganisms found in bighorn sheep during a stress-related die-off. J Wildl Dis. 1984;20:319–27.
9. Monello RJ, Murray DL, Cassirer EF. Ecological correlates of pneumonia epizootics in bighorn sheep herds. Can J Zool. 2001;79:1423–32. http://dx.doi.org/10.1139/z01-103
10. Ryder TJ, Mills KW, Bowles KH, Thorne ET. Effect of pneumonia on population size and lamb recruitment in Whiskey Mountain bighorn sheep. In: Proceedings of the Eighth Biennial Symposium of the Northern Wild Sheep and Goat Council; 1992 Apr 27–May 1; Cody, Wyoming, USA. Cody (WY): The Council; 1992. p.136–46.
11. Rudolph KM, Hunter DL, Rimler RB, Cassirer EF, Foreyt WJ, DeLong WJ, et al. Microorganisms associated with a pneumonic epizootic in Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*). J Zoo Wildl Med. 2007;38:548–58. http://dx.doi.org/10.1638/2006-0027R.1
12. Aune KA, Anderson N, Worley D, Stackhouse L, Henderson J, Daniel J. A comparison of population and health histories among seven bighorn sheep populations. Proceedings of the Eleventh Biennial Symposium of the Northern Wild Sheep and Goat Council. 1998 Apr 16–20; Whitefish, Montana, USA; 1998. Cody (WY): The Council; 1998; p.:46–69.
13. Clark RK, Jessup DA, Kock MD, Weaver RA. Survey of desert bighorn sheep in California for exposure to selected infectious diseases. J Am Vet Med Assoc. 1985;187:1175–9.
14. Foreyt WJ. Fatal *Pasteurella haemolytica* pneumonia in bighorn sheep after direct contact with clinically normal domestic sheep. Am J Vet Res. 1989;50:341–4.
15. Weiser GC, DeLong WJ, Paz JL, Shafii B, Price WJ, Ward ACS. Characterization of *Pasteurella multocida* associated with pneumonia in bighorn sheep. J Wildl Dis. 2003;39:536–44.
16. Wolfe LL, Diamond B, Spraker TR, Sirochman MA, Walsh DP, Machin CM, et al. A bighorn sheep die-off in southern Colorado involving a *Pasteurellaceae* strain that may have originated from syntopic cattle. J Wildl Dis. 2010;46:1262–8.
17. Besser TE, Cassirer EF, Potter KA, VanderSchalie J, Fischer A, Knowles DP, et al. Association of *Mycoplasma ovipneumoniae* infection with population-limiting respiratory disease in free-ranging Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*). J Clin Microbiol. 2008;46:423–30. http://dx.doi.org/10.1128/JCM.01931-07
18. Dassanayake RP, Shanthalingam S, Herndon CN, Subramaniam R, Lawrence PK, Bavananthasivam J, et al. *Mycoplasma ovipneumoniae* can predispose bighorn sheep to fatal *Mannheimia haemolytica* pneumonia. Vet Microbiol. 2010;145:354–9. http://dx.doi.org/10.1016/j.vetmic.2010.04.011
19. Besser TE, Cassirer EF, Yamada C, Potter KA, Herndon C, Foreyt WJ, et al. Survival of bighorn sheep (*Ovis canadensis*) commingled with domestic sheep (*Ovis aries*) in the absence of *Mycoplasma ovipneumoniae*. J Wildl Dis. 2012;48:168–72.
20. Weiser GC, Drew ML, Cassirer EF, Ward AC. Detection of *Mycoplasma ovipneumoniae* in bighorn sheep using enrichment culture coupled with genus- and species-specific polymerase chain reaction. J Wildl Dis. 2012. In press.
21. Dassanayake RP, Call DR, Sawant AA, Casavant NC, Weiser GC, Knowles DP, et al. *Bibersteinia trehalosi* inhibits the growth of *Mannheimia haemolytica* by a proximity-dependent mechanism. Appl Environ Microbiol. 2010;76:1008–13. http://dx.doi.org/10.1128/AEM.02086-09
22. Fredericks DN, Relman DA. Sequence-based identification of microbial pathogens: a reconsideration of Koch's postulates. Clin Microbiol Rev. 1996;9:18–33.
23. Gilbert GL. Molecular diagnostics in infectious diseases and public health microbiology: cottage industry to postgenomics. Trends Mol Med. 2002;8:280–7. http://dx.doi.org/10.1016/S1471-4914(02)02349-3
24. Riley LW. Molecular epidemiology of infectious diseases: principles and practices. Washington: ASM Press; 2004.
25. Quinn PJ, Markey BK, Leonard FC, FitzPatrick ES, Fanning S, Hartigan PJ. Veterinary microbiology and microbial disease. 2nd ed. Chichester (UK): Wiley-Blackwell; 2011.
26. Fisher MA, Weiser GC, Hunter DL, Ward ACS. Use of a polymerase chain reaction method to detect the leukotoxin gene *lktA* in biogroup and biovariant isolates of *Pasteurella haemolytica* and *P. trehalosi*. Am J Vet Res. 1999;60:1402–6.
27. Townsend KM, Frost AJ, Lee CW, Papadimitriou JM, Dawkins HJ. Development of PCR assays for species- and type-specific identification of *Pasteurella multocida* isolates. J Clin Microbiol. 1998;36:1096–100.
28. McAuliffe L, Hatchell FM, Ayling RD, King AI, Nicholas RA. Detection of *Mycoplasma ovipneumoniae* in *Pasteurella*-vaccinated sheep flocks with respiratory disease in England. Vet Rec. 2003;153:687–8. http://dx.doi.org/10.1136/vr.153.22.687
29. Petti CA. Detection and identification of microorganisms by gene amplification and sequencing. Clin Infect Dis. 2007;44:1108–14. http://dx.doi.org/10.1086/512818
30. Kong F, James G, Gordon S, Zelynski A, Gilbert GL. Species-specific PCR for identification of common contaminant mollicutes in cell culture. Appl Environ Microbiol. 2001;67:3195–200. http://dx.doi.org/10.1128/AEM.67.7.3195-3200.2001
31. Cohen J. Weighted kappa: nominal scale agreement with provision for scaled disagreement of partial credit. Psychol Bull. 1968;70:213–20. http://dx.doi.org/10.1037/h0026256
32. Marascuilo LA. Large-sample multiple comparisons. Psychol Bull. 1966;65:280–90. http://dx.doi.org/10.1037/h0023189
33. Jeyaseelan S, Sreevatsan S, Maheswaran SK. Role of *Mannheimia haemolytica* leukotoxin in the pathogenesis of bovine pneumonic pasteurellosis. Anim Health Res Rev. 2002;3:69–82. http://dx.doi.org/10.1079/AHRR200242
34. Ward ACS, Hunter DL, Jaworski MD, Benolkin PJ, Dobel MP, Jeffress JB, et al. *Pasteurella* spp. in sympatric bighorn and domestic sheep. J Wildl Dis. 1997;33:544–57.
35. Jaworski MD, Hunter DL, Ward ACS. Biovariants of isolates of *Pasteurella* from domestic and wild ruminants. J Vet Diagn Invest. 1998;10:49–55. http://dx.doi.org/10.1177/104063879801000109
36. Sweeney SJ, Silflow RM, Foreyt WJ. Comparative leukotoxicities of *Pasteurella haemolytica* isolates from domestic sheep and free-ranging bighorn sheep (*Ovis canadensis*). J Wildl Dis. 1994;30:523–8.
37. Parham K, Churchward CP, McAuliffe L, Nicholas RA, Ayling RD. A high level of strain variation within the *Mycoplasma ovipneumoniae* population of the UK has implications for disease diagnosis and management. Vet Microbiol. 2006;118:83–90. http://dx.doi.org/10.1016/j.vetmic.2006.07.005
38. Alley MR, Ionas G, Clarke JK. Chronic non-progressive pneumonia of sheep in New Zealand–a review of the role of *Mycoplasma ovipneumoniae*. N Z Vet J. 1999;47:155–60. http://dx.doi.org/10.1080/00480169.1999.36135
39. Subramaniam R, Herndon CN, Shanthalingam S, Dassanayake RP, Bavananthasivam J, Potter KA, et al. Defective bacterial clearance is responsible for the enhanced lung pathology characteristic of *Mannheimia haemolytica* pneumonia in bighorn sheep. Vet Microbiol. 2011;153:332–8. http://dx.doi.org/10.1016/j.vetmic.2011.06.008

40. Cassirer EF, Oldenburg LE, Coggins V, Fowler P, Rudolph KM, Hunter DL, et al. Overview and preliminary analysis of Hells Canyon bighorn sheep die-off, 1995–6. Proceedings of the Tenth Biennial Symposium of the Northern Wild Sheep and Goat Council. 1996 Apr 29–May 3; Silverthorne, Colorado. Cody (WY): The Council; 1996;10:78–86.

Address for correspondence: Thomas E. Besser, Washington Animal Disease Diagnostic Laboratory, PO Box 647034, Washington State University, Pullman, WA 99164-7034, USA; email: tbesser@vetmed.wsu.edu



BLM_0050242

Draft Manual 1730 MANAGEMENT OF DOMESTIC SHEEP AND GOATS TO PROTECT WILD SHEEP

Wednesday, February 11, 2015
10:40 AM

BLM_0050243

2/11/2015   1730 - Management of Domestic Sheep and Goats to Protect Wild Sheep
For Internal Use Only – Pre-Decisional Document

1       UNITED STATES
2       DEPARTMENT OF THE INTERIOR
3       BUREAU OF LAND MANAGEMENT
4
5       MANUAL TRANSMITTAL SHEET
6
7       Release:
8       Date:  Draft XX/XX/2015
9
10      Subject:  1730 – MANAGEMENT OF DOMESTIC SHEEP AND GOATS TO PROTECT
11      WILD SHEEP (PUBLIC)
12
13      1. Explanation of Material Transmitted:  This release establishes policy for the management of
14      domestic sheep and goats to protect wild sheep on public lands administered by the Bureau of
15      Land Management (BLM).  This release acknowledges wild sheep habitat as a resource that may
16      require special management considerations in the context of BLM authorized domestic sheep and
17      goat grazing and use within and adjacent to wild sheep habitat.

18      2. Reports Required:  None.

19      3. Material Superseded:  This manual updates and supersedes policy guidance contained in
20      Instruction Memorandum No. 98-140 – Revised Guidelines for Management of Domestic Sheep
21      and Goats in Native Wild Sheep Habitats.

22      4. Filing Instructions:  File as directed below.

23

24      REMOVE                                      INSERT

25

26      ???                                         ???

27

28      (xx pages)

29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44

1

BLM_0050244

2/11/2015    1730 - Management of Domestic Sheep and Goats to Protect Wild Sheep
For Internal Use Only – Pre-Decisional Document

45    Assistant Director, Resources and Planning
46



2

2/11/2015   1730 - Management of Domestic Sheep and Goats to Protect Wild Sheep
For Internal Use Only – Pre-Decisional Document

47
48
49
50   1.1   Purpose
51   1.2   Objectives
52   1.3   Authorities
53       A.  Statutes
54       B.  Regulations
55       C.  Orders
56   1.4   Responsibility
57       A.  Director
58       B.  Assistant Director of Resources and Planning
59       C.  Chief, Division of Fish and Wildlife Conservation
60       D.  Chief, Division of Forest, Rangeland, Riparian and Plant Conservation
61       E.  State Directors
62       F.  District Managers
63       G.  Field Managers
64   1.5   References
65   1.6   Policy
66   1.7   File and Record Maintenance
67   1.8   Guide to Management Practices
68       A.  BLM Management Practices
69       B.  Permit/Lease Holder Management Practices
70       C.  Optional Agreements to Address Site Specific Issues
71   1.9   Coordination
72   Glossary of Terms
73
74

<div align="center">Table of Contents</div>

3

BLM_0050246

75 **1.1** **Purpose**. The purpose of this manual is to provide policy guidance for the coordination
76 and management of domestic sheep and goats to protect wild sheep on BLM managed
77 lands (BLM lands). Specifically, this manual sets forth policy for the management of
78 BLM lands where the presence of domestic sheep and goats may lead to (1) interaction
79 with wild sheep, and (2) the potential for disease transmission between the species. This
80 manual applies to both grazing authorizations and to other non-permitted (or unregulated)
81 activities that may result in the presence of domestic sheep or goats in wild sheep habitat
82 on BLM lands.
83
84 **1.2** **Objectives**. The objectives of this manual are to (1) support multiple use and sustained
85 yield management of BLM lands; (2) promote sound management of domestic sheep and
86 goats to protect wild sheep; and (3) provide Bureau-wide consistency to reduce the
87 potential for contact between domestic sheep and goats and wild sheep that could result
88 in disease transmission between the species.
89
90 **1.3** **Authorities**

91       **A. Statutes**
92
93 Federal Land Policy and Management Act of 1976, as amended (43 U.S.C. §1701, *et seq.*)

94 National Environmental Policy Act (NEPA) of 1969 (42 U.S.C. §4321, *et seq.*)

95 Endangered Species Act of 1973 (16 U.S.C. §1531, *et seq.*)

96 Sikes Act of 1960 (16 U.S.C. §670, *et seq.*)

97 Taylor Grazing Act of 1934, as amended (43 U.S.C. §315, *et seq.*)

98 Tribal Forest Protection Act of 2004 (25 U.S.C. §3115a)

99

100      **B. Regulations**
101
102 43 C.F.R. Part 24 – Department of the Interior Fish and Wildlife Policy: State-Federal
103      Relationships

104 43 C.F.R. Subpart 1601 – Planning and Subpart 1610 – Resource Management Planning

105 43 C.F.R. Subparts 4100 and 4200 – Grazing Administration

106

107      **C. Orders**
108
109 Secretarial Order 3317 – Department of the Interior Policy on Consultation with Indian
110      Tribes

111
112
113 **1.4** **Responsibility**

4

BLM_0050247

2/11/2015    1730 - Management of Domestic Sheep and Goats to Protect Wild Sheep
For Internal Use Only – Pre-Decisional Document

114
115    **A.  Director**
116
117    The Director is responsible for overall leadership to implement this policy on the coordination
118    and management of domestic sheep and goats to protect wild sheep on BLM lands.
119
120    **B.  Assistant Director of Resources and Planning**
121
122    The Assistant Director of Resources and Planning is responsible for ensuring the implementation
123    of this policy on BLM lands.  The Assistant Director also provides policy and program
124    interpretations, direction, and line management to achieve consistency of field implementation of
125    this policy.
126
127    **C.  Chief, Division of Fish and Wildlife Conservation**
128
129    The Chief, Division of Fish and Wildlife Conservation, is responsible for initiating and
130    recommending policies, objectives, general procedures, national level coordination (including
131    partner organizations), and priorities relating to implementation of this policy.
132
133    **D.  Chief, Division of Forest, Rangeland, Riparian and Plant Conservation**
134
135    The Chief, Division of Forest, Rangeland, Riparian and Plant Conservation is responsible for
136    initiating and recommending policies, objectives, general procedures, national level coordination
137    (including partner organizations), and priorities relating to implementation of this policy.
138
139    **E.  State Directors**
140
141    State Directors are responsible for:

142      1.  Establishing policy on BLM lands within their State(s) for the management of domestic
143          sheep and goats to protect wild sheep that is consistent with applicable laws, regulations,
144          and policies.
145
146      2.  Providing State leadership to ensure the management of domestic sheep and goats to
147          protect wild sheep is integrated into statewide programs and land use plans (e.g.,
148          Resource Management Plans) as appropriate.
149
150      3.  Coordinating with other Federal agencies, States, tribal governments, local governments,
151          private industry, and the public when planning and implementing this policy.
152
153      4.  Ensuring government-to-government consultation and collaboration with Tribes when
154          planning and implementing this policy.
155
156    **F.  District Managers**
157
158    District Managers are responsible for:

5

BLM_0050248

2/11/2015    1730 - Management of Domestic Sheep and Goats to Protect Wild Sheep
For Internal Use Only – Pre-Decisional Document

159

160    1.  Implementing laws, regulations, and policies to ensure the management of domestic
161        sheep and goats to protect wild sheep is considered in land use plans, implementation-
162        level plans, and land-use authorizations.
163
164    2.  Coordinating with other Federal agencies, States, tribal governments, local governments,
165        private livestock industry, and the public when planning and implementing this policy.
166
167    **G. Field Managers**
168
169    Field Managers are responsible for:
170
171    1.  Planning and implementing wild sheep and habitat projects, in coordination with the
172        States, Tribes, and/or partner organizations, to ensure they are consistent with applicable
173        laws, regulations and policies.  Field Managers also are responsible for planning and
174        implementing domestic sheep and goat management decisions that are consistent with
175        applicable laws, regulations and policies.
176
177    2.  Coordinating with other Federal agencies, States, tribal governments, local governments,
178        private livestock industry, permittees, and the public when planning and implementing
179        this policy.
180
181    **1.5    References**
182
183    BLM Manual 1601 – Land Use Planning.
184
185    BLM Handbook H-1601 – Land Use Planning Handbook.
186
187    BLM Manual 1745 – Introduction, Transplant, Augmentation, and Reestablishment of Fish,
188    Wildlife, and Plants.
189
190    BLM Manual 6500 - Fish and Wildlife Conservation.
191
192    BLM Manual 4100 - Grazing Administration.
193
194    BLM Handbook 4110 – Grazing Qualifications and Preference.
195
196    BLM Handbook 4130 – Grazing Use Authorizations.
197
198    BLM Handbook 4160 – Decisions, Appeals, and Hearings.
199
200    Western Association of Fish and Wildlife Agencies.  Recommendations for Domestic Sheep and
201    Goat Management in Wild Sheep Habitat.  Prepared by the Wild Sheep Working Group.  2012.
202

6

BLM_0050249

2/11/2015    1730 - Management of Domestic Sheep and Goats to Protect Wild Sheep
For Internal Use Only – Pre-Decisional Document

203   U.S. Animal Health Association Joint Working Group Committee of Wildlife Diseases &
204   Committee on Sheep and Goats. Recommendations on best management practices for domestic
205   sheep grazing on public land ranges shared with bighorn sheep. 2009.
206
207
208   **1.6    Policy.** The BLM's policy will be to (1) achieve effective separation of BLM authorized
209   domestic sheep and goats from wild sheep on BLM lands, and (2) to minimize the risk of contact
210   between the species. Effective separation is defined as the spatial or temporal separation
211   between wild sheep and domestic sheep or goats to minimize the potential for association and the
212   probability of transmission of diseases between species (see glossary). Currently, physical
213   separation of domestic sheep and goats from wild sheep is the only effective means to reduce the
214   potential for pneumonia-type disease transmission. Domestic sheep and goat authorizations and
215   other use will be implemented to ensure that effective separation results in a high degree of
216   confidence that there will be a low to no risk of contact with wild sheep.
217
218   The BLM will execute this policy by including goals and objectives within land use plans,
219   implementation-level plans, and land-use authorizations to support sustainable wild sheep and
220   wild sheep habitat in fulfillment of the BLM's multiple-use and sustained yield mission. Where
221   appropriate, the BLM will consider the potential for disease transmission in NEPA analyses, land
222   use plans, implementation-level planning documents, and land-use authorizations. Wild sheep
223   and domestic sheep and goat management activities will be planned, implemented, monitored,
224   and evaluated in consideration of current and desired conditions and the potential for future
225   changes in landscape and environmental conditions.
226
227   The BLM will use the best available science and information and carefully assess the stressors
228   on wild sheep and habitat, including but not limited to the potential for disease transmission from
229   domestic sheep and goats. The BLM will consider the needs of the public through land use
230   planning efforts so that it can make informed decisions on the management of domestic sheep
231   and goat use and wild sheep and habitat on BLM lands. Further, the BLM will communicate,
232   coordinate, and collaborate with stakeholders of BLM lands to achieve wild sheep and domestic
233   sheep and goat management objectives.
234
235   **1.7    File and Record Maintenance.** All records associated with wild sheep and domestic
236   sheep and goat management will be managed according to established records retention and
237   disposal policies. See BLM Manual Section 1220, Records and Information Management, for
238   disposition policies and procedures.
239
240   **1.8    Guide to Management Practices.** Management practices will be considered during
241   NEPA analyses for inclusion as terms and conditions in domestic sheep and goat grazing permits
242   and leases, where applicable, along with additional site-specific or new practices that help to
243   achieve effective separation and minimize the risk of contact. To reduce the potential for disease
244   transmission, the BLM will consider habitat distribution, connectivity, wild sheep occurrence,
245   proximity, risk of contact, domestic livestock operational needs, and other pertinent parameters
246   affecting the BLM's ability to provide for effective separation when authorizing domestic sheep
247   and goat uses on BLM lands. The selection of management actions will consider the context of

7

248  surrounding lands, especially those involving domestic sheep and goats, as well as surrounding
249  wild sheep populations across one or more planning areas.
250
251  Coordination is essential when making management decisions and implementing management
252  practices.  This includes early and timely communication with the States, tribal governments,
253  permittees, lessees, and partner organizations.  Public involvement occurs primarily through the
254  NEPA and decision-making process.  The BLM will provide outreach to the public through
255  educational efforts and with partner organizations.  See also Section 1.9 – Coordination.
256
257  In general, these management practices will apply to (1) BLM grazing allotments with permitted
258  and authorized domestic sheep and goat use, including trailing; (2) authorized recreational
259  activities; and (3) the use of domestic sheep or goats in vegetation management, including
260  treatment of invasive or undesirable plant species.  Management practices also will apply where
261  use of goats may occur in connection with generally unregulated recreational activities, and for
262  unpermitted and unauthorized livestock grazing actions where there is a potential risk of contact
263  with wild sheep.
264
265  The BLM will partner with Federal, State and local agencies and Tribes to map habitat,
266  connectivity, and movement patterns of wild sheep within and among states.  Current habitat
267  maps are available in many States as well as wild sheep management plans.  These maps and
268  plans will be a source of information to identify wild sheep distribution and patterns.
269
270  The potential risk of wild sheep contact or interaction with domestic sheep or goats will be
271  analyzed using the best available science and information, best available models, and updated
272  habitat maps.[1]  Specifically, a risk analysis will be conducted when (1) land-use plans are
273  developed, including revisions, amendments, and implementation-level plans; (2) domestic sheep
274  and goat grazing permit are up for renewal; and (3) when risk has not previously been analyzed
275  or when new/updated science, information, tools, models, or maps would substantially affect the
276  results of a previous risk analysis, as determined by the BLM authorized officer (i.e., Field
277  Manager).  At the outset of planning and identifying the range of alternatives in the NEPA
278  review, the level of analysis should be commensurate with the presumed degree of risk for inter-
279  species contact and potential disease transmission determined through early coordination with
280  partner agencies and permittees.
281
282  Once the risk of contact between wild sheep and domestic sheep and goats has been identified
283  for a specific grazing area, and for the range of alternatives in NEPA, the BLM's authorized officer will
284  evaluate the identified level or extent of risk and determine if domestic sheep or goat grazing can
285  occur and still achieve effective separation from wild sheep.  The decision will include an
286  assessment of how management practices and geographic features are expected to provide for
287  effective separation as documented in the applicable NEPA analyses and decision documents for
288  proposed activities.  The higher the level of risk, the more likely that management practices will

---

[1] Maps displaying occupied wild sheep habitat and domestic sheep and goat grazing authorizations on BLM lands
are available on the BLM's website.  Also, a modeling tool, the Bighorn Sheep Risk of Contact Model, is available
for BLM decision makers to analyze risk of contact between domestic sheep and goats and wild sheep.  The maps
and modeling tool are subject to periodic updates.

8

BLM_0050251

2/11/2015   1730 - Management of Domestic Sheep and Goats to Protect Wild Sheep
For Internal Use Only – Pre-Decisional Document

289   need to be incorporated into decisions to achieve effective separation, including not authorizing
290   domestic sheep and goats grazing or other uses.
291
292   The section below outlines (1) BLM management practices; (2) permittee/lessee management
293   practices; and (3) options for developing agreements to address site-specific, time-sensitive, and
294   other State and local level actions to achieve effective separation.  The practices and options that
295   are applicable to particular planning efforts or land-use authorizations will be considered in the
296   applicable NEPA analyses and range of alternatives.  Not all practices and options will be
297   feasible or relevant to a particular planning effort or land-use authorization.  However, the BLM
298   authorized officer (i.e., Field Manager) will include the practices that are expected to provide for
299   effective separation between wild sheep and domestic sheep and goats.  Selected practices and
300   options will be included as terms and conditions in land-use authorizations.
301
302
303   **A. BLM Management Practices**
304
305   1.   The BLM will consult with the State wildlife agencies, Tribes, and other experts (e.g., other
306        Federal agencies, academic institutions, partner organizations) for the most current
307        techniques, management practices, plans, and maps to provide effective separation between
308        wild sheep and domestic sheep and goats.

309   2.   Where domestic sheep and goats are permitted, authorized (including trailing), or where
310        recreational sheep and goats use may occur, and there is a potential for inter-species contact
311        of wild sheep and domestic sheep and goats, land use plans and/or implementation-level
312        plans will prescribe management practices to provide effective separation.  Identify in the
313        land use plan and/or implementation-level plan opportunities for allotment or pasture
314        management changes to help achieve effective separation.  Management practices will
315        achieve effective separation as determined by the local BLM authorized officer (i.e., Field
316        Officer).

317   3.   The BLM will collaborate with Federal land managers, Tribes, State agencies and the public
318        to establish attainable goals and objectives for the abundance and distribution of wild sheep
319        within current, historic and other suitable ranges adjacent to BLM lands.

320   4.   The BLM will consider management practices that address the potential for interaction of
321        domestic and wild sheep and goats during the development of implementation-level plans
322        for management of livestock grazing allotments and other projects involving domestic sheep
323        and goats within BLM lands and, where appropriate, for surrounding lands and ownerships.
324        The outcomes of these plans and NEPA supported decisions will inform subsequent land use
325        plans and implementation-level plans on BLM lands.

326   5.   In the absence of a specific agreement with the State, Tribes, permittees/lessees, and/or
327        other entities, the BLM will develop the process, protocols, and timelines for short-term or
328        emergency management actions and communications when intervention is needed to
329        respond to observed or reported interaction of wild sheep with domestic sheep and goats
330        (communication or separation response plans).  At a minimum, the BLM will immediately
331        notify the applicable State wildlife agency of any observed or reported contact or
332        interactions between wild sheep and domestic sheep and goats.

9

BLM_0050252

2/11/2015    1730 - Management of Domestic Sheep and Goats to Protect Wild Sheep
For Internal Use Only – Pre-Decisional Document

6. Coordinate with the applicable State wildlife agency to determine wild sheep population and herd priorities or emphasis areas, using State Wildlife Action Plans or other plans (e.g., State Bighorn Sheep Management Plan) and use that information to inform domestic grazing authorization decisions.

7. Within the land use plan or implementation-level planning process, the following factors will be considered and evaluated in an appropriate NEPA analysis:

    a. Occupied and suitable, unoccupied wild sheep habitat within the planning unit will be identified in coordination with the State wildlife agency.

    b. Grazing activities will be identified on allotments with permitted and authorized domestic sheep and goats, including trailing routes.

    c. Areas where domestic sheep or goats are used for vegetation management will be identified as well as those areas where recreational sheep and goat use is known or suspected.

8. The BLM will track and record stray rates and effectiveness of stray recovery efforts in cooperation with permit/lease holders of BLM lands for domestic sheep and goats.

9. Avoid converting the type of livestock use from cattle to domestic sheep and goat on allotments in proximity to priority wild sheep populations or emphasis areas (as described in BLM Management Practice #6, above).

10. Evaluate topographic features or natural or man-made barriers (e.g., fenced, interstate highways, extensive areas of dense forest vegetation, lack of suitable habitat) to increase physical separation of wild sheep and domestic sheep and goats.

11. Avoid authorizing trailing of domestic sheep and goats across areas where wild sheep are present. Ensure an advance on-site evaluation to determine if wild sheep are present near the trailing route and proceed according to a separation response plan or other authorization terms and conditions.

12. If effective separation of wild sheep and domestic sheep and goats cannot be reasonably expected, and/or if reporting indicates that contact has occurred in spite of the best efforts to implement management practices to prevent contact, consider relocating the permitted or authorized sheep and goats to another allotment(s) where risk of contact is lower.

13. If the allotment/authorization cannot be managed in a manner that will provide a reasonable assurance of effective separation, then seek voluntary non-use from the permittee (in accordance with the provisions in 43 C.F.R. §4110.3-3 – Grazing Qualifications and Preference) while seeking long-term solutions to achieve effective separation.

14. If the permittee/lessee is unwilling to propose voluntary non-use, consider an emergency non-use order or temporary suspension of domestic sheep and goat use in the allotment (in accordance with the provisions in 43 C.F.R. §4110.3-3 – Grazing Qualifications and Preference) while seeking long-term solutions to achieve effective separation.

15. If effective separation of wild sheep and domestic sheep and goats cannot be reasonably expected, and relocating the permitted or authorized use is not possible, consider converting the kind of livestock use from domestic sheep and goats to cattle.

10

BLM_0050253

2/11/2015    1730 - Management of Domestic Sheep and Goats to Protect Wild Sheep
For Internal Use Only – Pre-Decisional Document

373    16. Consider cancelling a domestic sheep or goat authorization or closing an allotment to
374         domestic sheep and goat use. Such actions must comply with NEPA, grazing regulations,
375         and land use planning regulations. Consider cancelling an authorization or closing an
376         allotment to grazing if effective separation and the management practices described above
377         are not achievable, particularly when priority wild sheep populations or emphasis areas are
378         in close proximity.
379

380    **B. Permit/Lease Holder Management Practices**
381

382    1.  The permit/lease holder will immediately notify the local BLM authorized officer (i.e., Field
383         Manager), or other primary point of contact identified in the permit/lease, of any observed
384         or reported contact between wild sheep and the permittee's/lessee's domestic sheep or goats.

385    2.  The permit/lease holder will prevent the turnout of sheep and goats with observed or known
386         respiratory infection or disease (e.g., Mycoplasma or Pasteurella-type pneumonia bacteria)
387         on grazing allotments or trailing routes, or for use in vegetation management activities, or
388         authorized/recreational activities.

389    3.  The permit/lease holder also will retrieve and not abandon sick domestic sheep and goats.

390    4.  When trailing domestic sheep through areas where there is a potential for contact with wild
391         sheep, the permittee/lessee will use the appropriate combination of close herding, multiple
392         herders, and well-trained herd dogs to keep the sheep bunched and to minimize the risk of
393         strays. Any strays will be gathered and moved back with the herd or removed from BLM
394         lands concurrently as the trailing occurs.

395    5.  Permit/lease holders will report their authorized domestic sheep and goat routing and
396         distribution within an allotment, trailing between allotments, strays and recovery efforts,
397         according to the terms and conditions of their authorization(s) or permit(s)/lease(s).

398    6.  Immediately report (within 24 hours) wild sheep sightings in proximity to authorized
399         domestic sheep or goat allotments or trailing routes.

400    7.  Grazing domestic ewes while in estrus heightens the possibility of contact of wild sheep
401         with domestic sheep and goats. Decrease inter-species attraction by only turning out ewes
402         and nannies that are known to be pregnant or with lamb(s) during the grazing period in areas
403         of potential for contact with wild sheep.

404    8.  When trailing in areas where physical separation cannot be assured, trucking will be used
405         over trailing.
406
407    C. Optional Agreements to Address Site Specific Issues
408

409    1.  Determine if past agreements or documentation exist that addressed site-specific domestic
410         sheep and goat grazing and evaluate the effectiveness and validity and whether
411         circumstances have changed since the agreement or documentation came into existence.
412         Ensure consistency of agreements with the objectives of this policy.

11

BLM_0050254

2/11/2015    1730 - Management of Domestic Sheep and Goats to Protect Wild Sheep
For Internal Use Only – Pre-Decisional Document

413
414  2. Determine if state, regional, or local level agreements or similar instruments exist to address
415     site-specific, time-sensitive, and other State and local level actions to achieve effective
416     separation and determine the effectiveness and validity of such agreements.  Ensure
417     consistency of agreements with the objectives of this policy.
418
419  3. Consider developing new agreements to address State, tribal, regional, and/or local-level
420     management practices.  Examples of such agreements may include emergency and short-
421     term response plans for observed and reported contact or interactions between wild sheep
422     and domestic sheep and goats.
423
424  **1.9      Coordination**.  The BLM will coordinate with partners including Federal, State, and
425  local agencies, tribal organizations, academic institutions and non-governmental organizations
426  that have an interest in domestic sheep and goats and wild sheep on public lands.  The BLM also
427  is committed to fulfilling its trust responsibilities to Tribes including consultation pursuant to
428  Secretarial Order 3317, when applicable.  The BLM will seek partnerships that provide services,
429  technical expertise, and support so that the BLM and partner organizations can accomplish
430  mutually-compatible goals and objectives for the management of domestic sheep and goats to
431  protect wild sheep on public lands.  The BLM also acknowledges and honors Memoranda of
432  Understanding between the BLM and individual States regarding wild sheep and habitat
433  management.
434
435



12

BLM_0050255

436
437
438
439                                      Glossary of Terms
440
441    This glossary is provided for the convenience of the reader and the terms are defined for the
442    purpose of this manual only.
443
444                                            -A-
445
446    Authorize/Authorized/Authorization (regarding domestic sheep and goats):  permitting, leasing,
447    exchange-of-use, or other permission to graze, trail or otherwise move sheep or goats on lands
448    administered and managed by the Bureau of Land Management.
449
450                                            -D-
451
452    Domestic sheep and goats:  Domestic sheep (*Ovis aries*) and goats (*Capra hircus*) refer to all
453    sheep and goats permitted or authorized including recreational activities, and those unpermitted
454    or in trespass on lands administered and managed by the Bureau of Land Management (BLM
455    lands).
456
457                                            -E-
458
459    Effective separation:  The spatial or temporal separation between wild sheep and domestic sheep
460    or goats to minimize the potential for association and the probability of transmission of diseases
461    between species.
462
463                                            -S-
464
465    Sustainable:  The term is synonymous with the term "sustained yield" as defined by the Federal
466    Land Policy and Management Act of 1976, as amended (43 U.S.C. §1701 *et seq.*).  The term
467    means the achievement and maintenance in perpetuity of a high level annual or regular periodic
468    output of the various renewable resources of the public lands consistent with multiple use.
469
470                                            -W-
471
472    Wild sheep:  Wild sheep refers to all wild sheep (*Ovis canadensis* and *Ovis dalli*).
473
474

                                              13

BLM_0050256

# Excursion and Proportion Graphs

Thursday, February 19, 2015
2:15 PM

BLM_0050257



**Siders, Melissa (Missy) <msiders@blm.gov>**

## Fwd: Excursion and Proportion Graphs
1 message

**Sell, Robin** <rsell@blm.gov>                                    Thu, Feb 19, 2015 at 11:05 AM
To: "Melissa (Missy) Siders" <msiders@blm.gov>

---------- Forwarded message ----------
From: **Tom Rinkes** <rinkes.t@gmail.com>
Date: Fri, Dec 12, 2014 at 12:01 PM
Subject: Excursion and Proportion Graphs
To: "Quarnen, Frank R" <fquarnen@blm.gov>, Robin Sell <rsell@blm.gov>


Frank and Robin,

Attached are the excursion and proportion graphs used for the default values in the ROC tool.  The default in the model is summer only.  We are working on the winter distribution file.  To develop the file it requires four graphs for each season to develop.  You can distribute this information to the group if you wish.

During the call today, Melanie and I have set up a ROC tool team meeting for December 22nd to discuss a schedule to complete the winter portion and other aspects of the tool update.

If you have questions please give me a call.

Tom
208-591-0863

---

**8 attachments**

📄 **Ewe summer excursions maxima.pdf**
   12K

📄 **Ewe winter excursions maxima.pdf**
   14K

📄 **Proportion ewe forays summer.pdf**
   5K

📄 **Proportion ewe forays winter.pdf**
   5K

📄 **Proportion ram forays summer.pdf**
   5K

📄 **Proportion ram forays winter.pdf**
   5K

📄 **Ram summer excursions maxima.pdf**
   13K

📄 **Ram winter excursions maxima.pdf**
   14K

https://mail.google.com/mail/u/0/?ui=2&ik=df175570e&view=pt&search=inbox&th=1fbe303d00b3f99d&siml=1fbe303d00b3f99d                    1/1

BLM_0050258



BLM_0050259



BLM_0050260



BLM_0050261



BLM_0050262



BLM_0050263



BLM_0050264



BLM_0050265



BLM_0050266

# Appendix Update ToDos

Friday, February 20, 2015
10:27 AM

Run contact rates of 1-1, 1-4, 1-20
David contact Josh O'Brien re model bugs.  1-916-317-1594

Read Literature from Tom Rinkes



<file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\Literature\Besser et al 2014 Epizootic pneumonia following experimental exposure to Movi.pdf>

<file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\Literature\Besser 2014 DNA Testing Wild Sheep .pdf>

<file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\Literature\Besser et al 2008.pdf>

<file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\Literature\Besser et al 2012 Bighorn sheep and domestic sheep in absence of M_ovipneumoniae.pdf>

<file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\Literature\Besser et al 2012 EID.pdf>

<file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\Literature\Besser et al 2013 Pneumonia in bighorn sheep_ sorting out the cause of a disease.pdf>

<file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\Literature\Besser et al. 2013 Movi Preventive Veterinary Medicine.pdf>

<file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\Literature\DeMassa et al 1992 Mycoplasmas of goats and sheep.pdf>

<file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\Literature\Drancourt et al 16S RibosomalDNA Analysis.pdf>

<file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\Literature\lawrence et al_2010 .pdf>

<file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\Literature\Sells et al. 2015 Modeling BHS Risk .pdf>

BLM_0050267

# Cottonwood EA Example

Friday, February 20, 2015
11:20 AM

**From Craig Johnson (cajohnson@blm.gov)**

BLM_0050268



**Siders, Melissa (Missy) <msiders@blm.gov>**

## Cottonwood (BHS/Domestic Disease) EA example
2 messages

**Sell, Robin** <rsell@blm.gov>                                                                 Thu, Feb 19, 2015 at 2:18 PM
To: Craig Johnson <cajohnson@blm.gov>, "Melissa (Missy) Siders" <msiders@blm.gov>

Hi Craig-

Thanks for the earlier conversation- I look forward to seeing your EIS example- especially the discussion on
uncertainty of rate of disease events as a result of # of contacts.

I have to leave early today- so, just to make sure I don't miss your email, could you please reply to all or send
the EA also directly to Missy Siders (in 'to' line).  Thanks again for the assistance.

Robin Sell
Wildlife Biologist
BLM, Colorado State Office
2850 Youngfield St.
Lakewood, CO  80215
303.239.3723
303.239.3808 (fax)
rsell@blm.gov

---

**Sell, Robin** <rsell@blm.gov>                                                                 Fri, Feb 20, 2015 at 8:10 AM
To: "Melissa (Missy) Siders" <msiders@blm.gov>

Hi Missy-

I'm sorry, I don't think Craig sent this to you as well. I don't think it will hurt today's conversation - just
recognizing the 'uncertainty' of the rate of disease events.  Collectively we can bring up in today's webinar.

I will have my cell in the conference room if you need anything.

Robin
303.885.1153 (cell)

--------- Forwarded message ---------
From: **Johnson, Craig** <cajohnson@blm.gov>
Date: Thu, Feb 19, 2015 at 3:49 PM
Subject: Re: Cottonwood (BHS/Domestic Disease) EA example
To: "Sell, Robin" <rsell@blm.gov>

Hi Robin,

Attached is Draft copy of BHS SEIS.  For reading ease, I just made a copy of draft and accepted all Track
Changes to date (may have some format issues?).  I did leave comments regarding reference to BLM BHS
Policy, because such has not been finalized.  We are in the process of starting to incorporate BLM Idaho State
office and Tribe comments into this document and will be doing some organizational changes (not included in
attached). However, attached should give you how we used modeling data.

BLM_0050269

Refer to pages:

3-16

Appendix B, pages B-11 - B-13 . This section probably highlights our analysis and careful not to identify specific threshold.

The probability of contact is discussed thru-out document. We identified no specific threshold, but did identify proposed action/preferred alternative (Alternative B). Because of uncertainty of disease outbreak, modeled at different levels for disease outbreak. We were being challenged significantly for rationale supporting default value suggested in "Frequently Asked Questions" and did use previously use as suggested model output 0.08 contacts (combined ewes and rams (one in four contacts - 0.25) as a threshold. However, to defend the uncertainty we are modeling different levels because of uncertainty and managers can then see full range, and base final decision on such.

Please call if you have questions. Thank you.

Craig Johnson
208-962-3688

[Quoted text hidden]

 **DRAFT FSEIS_Cottonwood BHS - Domestic Sheep SEIS.docx**
2915K

Saved to <file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\Cottonwood EA Example\DRAFT FSEIS_Cottonwood BHS - Domestic Sheep SEIS.docx>
OR

<file://S:\Biological_Resources\TESpecies\Species Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\Cottonwood EA Example\DRAFT FSEIS_Cottonwood BHS - Domestic Sheep SEIS.pdf>

BLM_0050270

## Brad Banulis 3/5/2015

Thursday, March 05, 2015
11:14 AM

BLM_0050271



**Siders, Melissa (Missy) <msiders@blm.gov>**

## Bighorn disease intervals

**Banulis - DNR, Brad** <brad.banulis@state.co.us>                                      Thu, Mar 5, 2015 at 10:39 AM
To: "Siders, Melissa (Missy)" <msiders@blm.gov>, "Wait, Scott" <scott.wait@state.co.us>

Hey Missy-
I finally talked to Mike Miller, our state Vet and bighorn disease expert about your questions. I apologize for the delay, things at work have been busy and then I have been having to take care of my 3 year old who broke her finger and just had surgery on Tuesday morning. Anyways, here is Mike's correspondence about disease intervals:

Brad --

Thanks for the questions. With respect to the frequency of die-offs vs. viability risk, perhaps the Tarryall herd history can help answer that: ~45 years lapsed between the domestic sheep-associated die-off in 1952-3 (this one started with a grazing allotment on Pikes Peak and then spread to the Tarryall Mountains) and the domestic sheep-associated die-off in the Tarryall Mountains in 1997-99 (George et al. 2008). It's now been over 15 years and it's still not clear whether the Tarryall herd will ever recover from the most recent die-off. So I'm not sure whether that qualifies as "moderate" risk of ultimate extirpation or not...

Perhaps once every 100 years would be more appropriate as a mark for "moderate" risk. Each die-off seems to have some (small) probability of complete recovery and some (larger) probability of complete collapse (e.g., Lower Poudre Canyon, Gribbles Park). Moreover, the recent Montana risk assessment work (J Wildl Manage 2015; attached) suggests herds with die-offs have a higher risk of recurrence, so one could argue that the effects are likely to be cumulative regardless of frequency.

Happy to visit with Missy or the group if it would be helpful.

Cheers,

Mike

I also talked to Mike and others about foray dates. For Rocky Mountain bighorns, young rams tend to wander during the summer months, probably as ewes are lambing and raising new lambs the young rams disperse. Those young rams are leaving the family groups and may be trying to find other rams or bighorn groups. There is also some movement of rams pre-rut and during the rut when rams are trying to find ewe groups for breeding. As far as Desert bighorn rams go, I can't find a lot of information in the literature. Based on our collar data, and

BLM_0050272

Mike's recollection as well, Desert bighorns just move more than Rocky Mountain bighorns do in general and year round. Their seasonal habitats are not restricted by snow conditions as much as Rockies are. Also, since Desert bighorns tend to lamb across a longer period of time in the Spring and even year round, the family structure seems more fluid through the year. That being said, young rams probably disperse from the family groups during lambing and lamb rearing especially in March through June, but then rams probably start looking for ewes again for breeding in July, August, and September. During the winter in Escalante Canyon, it seems like the bigger ewe groups spend a lot of time with young rams up to 5 and 6 year old rams, but you don't generally see real old rams with ewe groups outside of breeding season.

Hopefully this helps.

Cheers,
Brad

**Brad Banulis**
**Wildlife Biologist**



**COLORADO**
Parks and Wildlife
Department of Natural Resources

P 970.252.6051  |  F 970.252.6053
2300 S. Townsend Ave., Montrose, CO  81401
brad.banulis@state.co.us  |  cpw.state.co.us

[Quoted text hidden]

BLM_0050273



Siders, Melissa (Missy) <msiders@blm.gov>

## Bighorn disease intervals

**Siders, Melissa (Missy)** <msiders@blm.gov>                     Thu, Mar 5, 2015 at 11:31 AM
To: "Banulis - DNR, Brad" <brad.banulis@state.co.us>

Thanks Brad,
That attachment that Mike mentioned for the Montana Risk Assessment didn't make it.  Can you try again, or if too big, bring over a copy or give a citation and I can look for it electronically.

I'm trying to figure out "effective separation" dates... or I can give Mike a call if you give me his contact info.

For verification:
You're previous dates for Breeding Season
Rocky Mountain:  11/1-12/31
Desert :  8/1-9/30

Foray Dates?
Rocky Mountain: 6/1-8/31 and 11/1-12/31
Desert:  3/1-9/30
-Missy

^v^  ^V^  ^v^  ^v^   ^V^  ^v^    ^V^  ^v^  ^v^
   **Melissa (Missy) Siders**, Wildlife Biologist
   Uncompahgre Field Office
   2465 S. Townsend Ave., Montrose, CO 81401
   970-240-5332 – office
   e-mail:  msiders@blm.gov
^v^  ^v^   ^V^  ^v^   ^V^  ^v^  ^V^  ^v^  ^v^
   *"So fuki de gas, fuki de sol, pund ay bare, way pax do am"*
      If ten people dig, and ten people fill,
   there's a lot of dust, but no work gets done.
      -Wolof Proverb, Senegal, West Africa

[Quoted text hidden]

BLM_0050274



**Siders, Melissa (Missy) <msiders@blm.gov>**

## Bighorn disease intervals

**Banulis - DNR, Brad** <brad.banulis@state.co.us>                                   Thu, Mar 5, 2015 at 1:00 PM
To: "Siders, Melissa (Missy)" <msiders@blm.gov>, Mike Miller - DNR <mike.miller@state.co.us>
Cc: "Wait, Scott" <scott.wait@state.co.us>

Hey Missy-
The breeding dates below are good for Rockies and for Deserts, just with the recognition that for Deserts those
are the peak breeding dates with the literature showing breeding year round and that we know breeding has
occurred from July through October, based on when we have seen lambs hit the ground.

For foray dates, I would just make a slight modification below:

Rocky Mountain: 6/1-9/30 and 11/1-12/31
Desert: 3/1-9/30, also recognizing that rams move a lot within their occupied habitat year round.

Mike, do these dates seem appropriate to you?

Missy, I did attach the Montana paper as well. One thing to keep in mind is that private land grazing
predominated that landscape over public land allotments associated with the studied bighorn populations.

Let us know if you have any questions.

Thanks,
Brad


**Brad Banulis**
**Wildlife Biologist**

 **COLORADO**
Parks and Wildlife
Department of Natural Resources

P 970.252.6051   |   F 970.252.6053
2300 S. Townsend Ave., Montrose, CO 81401
brad.banulis@state.co.us   |   cpw.state.co.us


[Quoted text hidden]

 **jwmg824.pdf**
1240K

https://mail.google.com/mail/u/0/?ui=2&ik=df175570e&view=pt&search=inbox&msg=14beb97a2c6c38f5&siml=14beb97a2c6c38f5                           1/1

BLM_0050275



jwmg824

Inserted from: <file://S:\Biological_Resources\TESpecies\Species_Info\Mammals\Bighorn\Bighorn RMP Modeling Effort\2015 State RoC Model Webinar Effort\20150305_Foray_and_Disease_Rates\jwmg824.pdf>

BLM_0050276

The Journal of Wildlife Management 9999:1–16; 2015; DOI: 10.1002/jwmg.824



*Research Article*

# Modeling Risk of Pneumonia Epizootics in Bighorn Sheep

**SARAH N. SELLS,**[1] *Montana Cooperative Wildlife Research Unit, Wildlife Biology Program, 205 Natural Sciences Building, University of Montana, Missoula, MT 59812, USA*

**MICHAEL S. MITCHELL,** *U.S. Geological Survey, Montana Cooperative Wildlife Research Unit, 205 Natural Sciences Building, University of Montana, Missoula, MT 59812, USA*

**J. JOSHUA NOWAK,** *Montana Cooperative Wildlife Research Unit, Wildlife Biology Program, Forestry Building, University of Montana, Missoula, MT 59812, USA*

**PAUL M. LUKACS,** *Wildlife Biology Program, Department of Ecosystem and Conservation Sciences, Forestry Building, University of Montana, Missoula, MT 59812, USA*

**NEIL J. ANDERSON,** *Montana Fish, Wildlife and Parks, 1400 South 19th, Bozeman, MT 59718, USA*

**JENNIFER M. RAMSEY,** *Montana Fish, Wildlife and Parks, 1400 South 19th, Bozeman, MT 59718, USA*

**JUSTIN A. GUDE,** *Montana Fish, Wildlife and Parks, 1420 East 6th, Helena, MT 59620, USA*

**PAUL R. KRAUSMAN,** *Wildlife Biology Program, Forestry Building, University of Montana, Missoula, MT 59812, USA*

**ABSTRACT** Pneumonia epizootics are a major challenge for management of bighorn sheep (*Ovis canadensis*) affecting persistence of herds, satisfaction of stakeholders, and allocations of resources by management agencies. Risk factors associated with the disease are poorly understood, making pneumonia epizootics hard to predict; such epizootics are thus managed reactively rather than proactively. We developed a model for herds in Montana that identifies risk factors and addresses biological questions about risk. Using Bayesian logistic regression with repeated measures, we found that private land, weed control using domestic sheep or goats, pneumonia history, and herd density were positively associated with risk of pneumonia epizootics in 43 herds that experienced 22 epizootics out of 637 herd-years from 1979–2013. We defined an area of high risk for pathogen exposure as the area of each herd distribution plus a 14.5-km buffer from that boundary. Within this area, the odds of a pneumonia epizootic increased by >1.5 times per additional unit of private land (unit is the standardized % of private land where global $\bar{x} = 25.58\%$ and SD = 14.53%). Odds were >3.3 times greater if domestic sheep or goats were used for weed control in a herd's area of high risk. If a herd or its neighbors within the area of high risk had a history of a pneumonia epizootic, odds of a subsequent pneumonia epizootic were >10 times greater. Risk greatly increased when herds were at high density, with nearly 15 times greater odds of a pneumonia epizootic compared to when herds were at low density. Odds of a pneumonia epizootic also appeared to decrease following increased spring precipitation (odds = 0.41 per unit increase, global $\bar{x} = 100.18\%$ and SD = 26.97%). Risk was not associated with number of federal sheep and goat allotments, proximity to nearest herds of bighorn sheep, ratio of rams to ewes, percentage of average winter precipitation, or whether herds were native versus mixed or reintroduced origin. We conclude that factors associated with risk of pneumonia epizootics are complex and may not always be from the most obvious sources. The ability to identify high-risk herds will help biologists and managers determine where to focus management efforts and the risk factors that most affect each herd, facilitating more effective, proactive management. © 2015 The Wildlife Society.

**KEY WORDS** bighorn sheep, decision curve analysis, disease, Montana, *Ovis canadensis*, pneumonia, risk model.

Pneumonia epizootics present an important challenge for effective management of bighorn sheep (*Ovis canadensis*; Gross et al. 2000, Cahn et al. 2011, Wehausen et al. 2011, Cassirer et al. 2013, Plowright et al. 2013). Once pneumonia pathogens are introduced to a population of bighorn sheep, initial all-age mortality can exceed 80% (Enk et al. 2001,

Received: 15 May 2015; Accepted: 2 November 2015

[1]*SarahNSells@gmail.com*

Montana Fish, Wildlife and Parks [MFWP] 2010). The pathogens also may become endemic, resulting in pneumonia outbreaks that can cycle for years to decades (Enk et al. 2001, Cassirer and Sinclair 2007, Cassirer et al. 2013, Plowright et al. 2013). Of critical concern, lamb recruitment often remains chronically low for many years following an epizootic, which further threatens a herd's long-term persistence, particularly if pre-epizootic abundance was low, mortality rates were high, or other stochastic events (e.g., environmental or demographic) occur that further suppress or push the herd to extinction (Woodroffe 1999,

BLM_0050277

Singer et al. 2000c, Cassirer and Sinclair 2007, Cassirer et al. 2013, Plowright et al. 2013). Herds may require extensive management to recover, including removal of diseased individuals (Edwards et al. 2010), augmentation from other herds (MFWP 2010), or reintroductions (Singer et al. 2000b). Despite great outlays of time and expense in attempt to restore herds after a pneumonia epizootic, they may never fully recover to pre-epizootic abundance and health (e.g., Enk et al. 2001, MFWP 2010, Cassirer et al. 2013, Plowright et al. 2013).

Identifying causes and influences of pneumonia epizootics has been the goal of extensive study; the etiology remains poorly understood, however, and the need for further research is commonly cited (Monello et al. 2001; Cassaigne et al. 2010; Miller et al. 2011, 2012). Presence of certain pathogens such as *Mycoplasma ovipneumoniae* and *Mannheimia haemolytica* are likely indicative of risk (Miller et al. 2011; Besser et al. 2012a, b, 2013; Shanthalingam et al. 2014). After decades of research, however, relationships between the various known and hypothesized risk factors affecting transmission, spread, and susceptibility of the pathogens that lead to pneumonia remain unclear. A single risk factor associated with all pneumonia epizootics has not yet been found, if it exists (Miller et al. 2012). Elucidation of risk factors and novel management tools for this complicated, much-debated management challenge and serious threat to persistence of herds of bighorn sheep are much needed.

The central role of domestic sheep and goats in exposure to pathogens is well documented; pathogen transmission from domestic to bighorn sheep is the only supported hypothesis in experimental trials (Wehausen et al. 2011). Healthy captive bighorn sheep sicken and die when penned with domestic sheep (Foreyt and Jessup 1982, Onderka and Wishart 1988, Foreyt 1989, Lawrence et al. 2010) or after accidental contact with domestic sheep (Foreyt and Jessup 1982). Analysis of pathogens in epizootics of free-ranging bighorn sheep also supports the hypothesis that pathogens are transmitted between Old World Caprinae species and immunologically naïve bighorn sheep (Besser et al. 2012b, 2013). Proximity of bighorn sheep to grazing allotments with domestic sheep is associated with increased susceptibility to pneumonia (Monello et al. 2001) and decreased persistence of the herd over time (Singer et al. 2000b, 2001; Epps et al. 2004; Clifford et al. 2009; Carpenter et al. 2014). Contact with feral goats also appears to result in exposure to pathogens (Rudolph et al. 2003). Contact with sheep or goats on commercial and hobby farms or when sheep or goats are used for weed control (i.e., targeted grazing to manage noxious weeds) may result in exposure to pathogens (Miller et al. 2011, 2012; Wild Sheep Working Group 2012). Evidence also suggests herds of bighorn sheep are likely more interconnected than previously thought (Singer et al. 2000a, DeCesare and Pletscher 2006), and that proximity among herds may increase risk of exposure to pneumonia pathogens through such connectivity (Onderka and Wishart 1984, George et al. 2008, Edwards et al. 2010, Besser et al. 2013).

Conditions other than comingling between bighorn sheep and domestic sheep or goats may be associated with spread of and susceptibility to pneumonia pathogens, because comingling does not always quickly lead to pneumonia epizootics and some epizootics occur without known or confirmed contact (e.g., Onderka and Wishart 1984, George et al. 2008, Edwards et al. 2010). Rams have a greater tendency than ewes to make long movements (Singer et al. 2000b, DeCesare and Pletscher 2006, O'Brien et al. 2014), probably more so at relatively high densities (Singer et al. 2000a, Monello et al. 2001). Such movements increase their risk of contacting domestic sheep or other infected herds and spreading pathogens upon return to their own herds (Onderka and Wishart 1984, George et al. 2008, Besser et al. 2013). High densities of bighorn sheep may also result in high rates of contact between individuals, increasing the rate of spread of pathogens (Monello et al. 2001, Lafferty and Gerber 2002, Clifford et al. 2009). Disease processes can also be influenced by complex environmental interactions, including those that may place stress on the health and immune response of animals (Scott 1988, Wobeser 2006). Harsh winters have been associated with disease events (Monello et al. 2001, MFWP 2010), and pneumonia incidence increases in the fall and winter (Cassirer and Sinclair 2007). Harsher winter conditions may stress animals by affecting energy budgets or reducing access to adequate forage (Goodson et al. 1991, Butler et al. 2013). Low precipitation has been linked to lower lamb survival (Portier et al. 1998) and to herd extinctions (Epps et al. 2004), perhaps because dry growing seasons might increase susceptibility to disease through decreased forage quality (Enk et al. 2001, Monello et al. 2001). Herds that are augmented or reintroduced appear to be at higher risk of pneumonia than native herds, perhaps because of factors associated with reintroduction, the source herd, or the possibility that sites where herds were previously extirpated are more risky for pneumonia than where herds have not died out (Monello et al. 2001, Rudolph et al. 2007, Plowright et al. 2013).

Several models have been developed to simulate impacts of pneumonia from exposure to allotments, distance to domestic sheep, or contact with nearby infected herds of bighorn sheep and to predict population size, mortality rates, or herd persistence in relation to pneumonia (Gross et al. 2000, Clifford et al. 2009, Cassaigne et al. 2010, Cahn et al. 2011, Carpenter et al. 2014). Recent models also estimate the overall probability of transitioning between healthy and all-age, lamb-only, or adult-only pneumonia (Cassirer et al. 2013) and immune response by modeling how pneumonia exposure affects an individual's risk of dying from pneumonia (Plowright et al. 2013). Another recent model estimates probability of contact between individual bighorn sheep and allotments with domestic sheep and goats (O'Brien et al. 2014). Several models simulate the effect of management actions, primarily focused on changing management of grazing allotments (Clifford et al. 2009, Cahn et al. 2011, Carpenter et al. 2014) as well as modifying habitat, colonization of new patches, or impacts of stochastic events (Gross et al. 2000). These models predict the consequences of epizootics, but none predict risk of epizootics for

BLM_0050278

individual herds (but see Clifford et al. [2009] and Carpenter et al. [2014]).

Despite the breadth of previous studies on pneumonia in bighorn sheep, state wildlife agencies generally do not have a clear understanding of risk factors contributing to epizootics in herds they manage, how data available to them might be associated with such risk factors, or how these data might be used to predict epizootics. Agencies need risk assessment models to help prioritize herds and allocate limited resources to proactively manage risk of disease (Mitchell et al. 2013). Such a model should capture variability across the range of environmental conditions in which managed herds exist; models developed under more limited spatial or temporal extents may have little predictive power. Without such models, management of pneumonia epizootics in bighorn sheep has historically been reactive, resulting in crisis management rather than proactive prevention (Woodroffe 1999).

To begin addressing this issue, Mitchell et al. (2013) developed a preliminary pneumonia risk model and proactive decision model for bighorn sheep in Montana. The goal of the risk model was to predict the likelihood of pneumonia epizootics for herds managed by Montana Fish, Wildlife and Parks (MFWP). The predictions were then used to inform the decision model designed to facilitate proactive management decisions given the objectives and constraints of managers. Their risk model was based only on expert opinion of biologists and managers and did not attempt to empirically quantify risk factors associated with pneumonia epizootics. Our objective, therefore, was to develop an empirical risk model of pneumonia epizootics using readily available data that we hypothesized could contribute to epizootics in bighorn sheep, based on previous work. Our model was designed to facilitate making herd-specific predictions and decisions regarding epizootic risk as part of comprehensive statewide management of bighorn sheep herds in Montana (Fig. 1). We used decision curve analysis (Vickers and Elkin 2006, Steyerberg et al. 2010) to evaluate the capacity of our model to inform such decisions. This analysis allowed us to assess our model's relative capacity for separating high-risk herds from low-risk herds and the relative merits of using reactive or proactive management of all herds in the absence of a predictive model.



| # | Herd | Year[a] | Mortality[b] | (continued) | | | |
|---|---|---|---|---|---|---|---|
| 12 | Bonner | 2010 | >65% | 24 | Gibson Lake North | 1984 | >25% |
| 13 | Lower Rock Creek | 2010 | >50% | 24 | Gibson Lake North | 2010 | >55% |
| 14 | Upper Rock Creek | 2010 | >60% | 25 | Castle Reef | 1984 | >25% |
| 15 | Skalkaho | 2012 | >70% | 25 | Castle Reef | 2010 | >55% |
| 16 | East Fork Bitterroot | 2009 | >50% | 26 | Ford Creek | 1984 | >25% |
| 19 | Lost Creek | 1992 | >50% | 26 | Ford Creek | 2010 | >40% |
| 19 | Lost Creek | 2011 | >60% | 27 | Beartooth-Sleeping Giant* | 1984 | >60% |
| 20 | Highland* | 1995 | >85% | 28 | Elkhorn | 2008 | >99% |
| 21 | Tendoy Mountains* | 1994 | >80% | 30 | Highards | 1997 | >50% |
| 22 | North Fork Birch Creek-Teton* | 1984 | >25% | 31 | Hyalite | 2013 | >35% |
| 23 | Deep Creek* | 1984 | >25% | X | Lower Boulder River | 2000 | 100% |

[a]Herd-year of die-off, with herd-year starting 1 July the previous year through 30 June of year shown.
[b]Approximate total mortality from pneumonia epizootic event.

**Figure 1.** Locations of 43 herds of bighorn sheep with 22 pneumonia epizootic events with ≥25% mortality between 1979 and 2013, which we used to develop a pneumonia risk model for Montana. We excluded several additional epizootics from our analysis. Numbers correspond to risk estimates in Table 5 and to the table for epizootics within the map, where a * after the herd name indicates that we excluded post-epizootic herd-years from analysis because the herd received transplants, confounding signs of recovery.

BLM_0050279

## STUDY AREA

Populations of bighorn sheep are found in western Montana and in portions of the Missouri Breaks in central Montana (Fig. 1). Habitat characteristics vary widely across these regions. Elevations range from 600 m to 4,000 m (MFWP 2010). Northwestern Montana is characterized by dense forests and generally rugged and mountainous terrain with a climate typical of the Pacific Northwest. Southwestern Montana is characterized by rolling foothills and rugged mountains, with heavier snow cover on western aspects, rain shadows on eastern aspects, and shrubs and bunchgrasses leading to conifers and alpine vegetation at increasing elevations. West-central Montana is characterized by low rolling hills and rugged mountain canyons, with a transitional mix of climate characteristics typical of southwestern and eastern Montana. South-central Montana includes sheer mountain canyons and rolling hills with shrub desert, montane forest, intermountain grasslands, alpine plateaus, and widely varying climates. The Missouri Breaks is semiarid with flat or rolling benchlands, rugged badlands, riparian areas, and ponderosa pine (*Pinus ponderosa*) savannahs. Federal sheep and goat grazing allotments have been distributed throughout Montana for the past 3 decades except in the northwestern region. Weed control with domestic sheep and goats has occurred throughout the state, as have commercial and hobby farms on private lands that can include domestic sheep and goats.

## METHODS

### Survey Data For Bighorn Sheep

We developed a disease risk model using survey and management data for 43 of 52 bighorn sheep herds in Montana from 1979 to 2013 (9 herds were not consistently monitored). We selected 1979 as the preliminary year because data from monitoring surveys and pneumonia epizootics were rare prior to that time. We defined a herd as a group of bighorn sheep that generally form a spatially and demographically distinct group (Wells and Richmond 1995). Not all 43 herds were extant in all years; 9 were established after 1979, 1 of which was extirpated after a pneumonia epizootic. Survey data included air and ground observations of bighorn sheep counts, age classifications, and sex classifications collected at intervals that varied from intermittent to annual, depending on the herd. These observations were primarily collected by MFWP (>90% of all years surveyed). Additional observations were collected jointly between MFWP and the Confederated Salish and Kootenai Tribes (CSKT; <3%), by the CSKT (<2%), or in association with the United States Fish and Wildlife Service (<4%), Bureau of Land Management (BLM; <1%), or the University of Montana (<1%; Fralick 1984).

We defined herd-year as 1 July to 30 June following MFWP's definition for a management year, which encompasses a complete reproductive cycle from breeding through lambing. We defined a pneumonia epizootic as a die-off with ≥25% mortality (Young 1994) caused by pneumonia ($n = 22$; Fig. 1) based on data and expertise

from herd biologists and disease specialists at the MFWP Wildlife Laboratory. We included mortalities due to culling of symptomatic bighorn sheep during verified pneumonia events (Edwards et al. 2010). Pneumonia was generally confirmed by necropsy and histological examination of lung tissue, culture, and/or pathology reports ($n = 18$). One die-off was attributed to pneumonia based on biologist knowledge and information presented in Enk et al. (2001). When carcasses or biological samples were unavailable from an epizootic event ($n = 3$), pneumonia was determined based on other evidence (drops of ≥25% in survey numbers, numerous reports of symptomatic individuals, reports of carcasses, and detection of *Mycoplasma ovipneumoniae* in survivors the year following the die-offs; Brent Lonner, MFWP, unpublished data). For each herd experiencing a pneumonia epizootic ($n = 18$), we excluded the 3 following herd-years from analysis because most herds continued to experience noticeable mortality rates in the few years immediately following the preliminary epizootic year (MFWP 2010). We also excluded all herd-years following a pneumonia epizootic if a herd was augmented with animals from other herds because the need for augmentation meant that the herd was not recovering well, and the addition of animals confounded mortality rates and signs of recovery from the epizootic ($n = 5$ herds). We excluded herd-years where die-offs were caused by winter storms ($n = 1$) or unknown factors ($n = 2$). As with the 3 herd-years after pneumonia epizootics, we excluded the 3 herd-years following die-offs caused by unknown factors because they may have been pneumonia epizootic events.

Conceivably, pneumonia epizootics could have gone undetected between 1979 and 2013. To address this possibility and separate years with pneumonia epizootics from those without, we calculated percentage change in survey counts between consecutive herd-years for each herd. We classified herd-years as free of pneumonia epizootics by the following criteria: 1) for herds surveyed annually, the herd had grown, declined <25%, or declined ≥25% followed by ≥200% growth the next year; 2) when surveys occurred every 2 years, the herd grew between surveys; and 3) when surveys occurred every 3 years, the herd grew by ≥200% between surveys. When calculating percentage change, we excluded harvested animals, documented vehicle mortalities, and additions and removals due to transplantation to analyze unexplained change only. Out of 1,333 herd-years available, we used 637 ($\bar{x} = 14.8$ herd-yr per herd, SD = 8.65, range = 1–34) for analysis including the 22 herd-years with pneumonia epizootics. Largely because of a lack of survey data, we excluded remaining herd-years from analysis because of uncertainty of whether herd-years could safely be classified as free of epizootics.

### Risk Factor Covariates

We selected 10 covariates we hypothesized were predictive of pneumonia epizootics in Montana and for which sufficient data were available. Many covariates were spatial, based on herd distributions, so we obtained agency records and elicited

BLM_0050280

expert opinion of agency biologists to delineate approximate boundaries of distributions of herds in each herd-year (Conroy and Peterson 2013). We categorized each covariate as a potential risk factor we hypothesized could primarily contribute to 1) risk of exposure to pathogens, 2) risk of spread of pathogens, or 3) susceptibility to pneumonia epizootics (Mitchell et al. 2013).

*Risk of exposure to pathogens.*—We hypothesized 5 covariates were positively related to risk of pathogen transmission: proximity to number of domestic sheep and goat allotments (Singer et al. 2000b, 2001; Monello et al. 2001; Epps et al. 2004; Clifford et al. 2009), amount of private land (Miller et al. 2011, 2012; Wild Sheep Working Group 2012), use of domestic sheep and goats for weed control (Miller et al. 2012, Wild Sheep Working Group 2012), a history of a pneumonia epizootic in the herd or its neighbors (Onderka and Wishart 1984, George et al. 2008, Edwards et al. 2010, Besser et al. 2013), and close proximity to other herds (Onderka and Wishart 1984, Singer et al. 2000a, George et al. 2008, Edwards et al. 2010, Besser et al. 2013). We hypothesized that amount of private land would be representative of risk from hobby or commercial farms with domestic sheep or goats, for which data were not available. For each herd, we estimated an area of high risk for pathogen exposure (distribution of the herd plus a 14.5-km buffer from that perimeter; Wild Sheep Working Group 2012) using a geographical information system (GIS; ArcMap 10.1, Environmental Systems Research Institute, Inc., Redlands, CA). For the first 4 covariates, we modeled risk of pathogen exposure within each area of high risk using 1) number of federally managed sheep and goat allotments, 2) percentage of private land, 3) knowledge of the wildlife biologist responsible for the herd regarding the use of domestic sheep or goats for weed control, and 4) history of a pneumonia epizootic in the herd in a previous herd-year, or a current or previous pneumonia epizootic in a neighboring herd within the area of high risk. We calculated average

proximity to the 3 closest herds for the covariate of herd proximity.

We interviewed personnel and consulted records of federal and state agencies to gather data on allotments, private land, weed control, neighbor risk, and herd proximity (Table 1). For data on allotments, we interviewed agency personnel and obtained BLM allotment bills from 1988 onward from the Rangeland Administration System (RAS). We obtained associated geospatial data on allotments from each agency and determined the number of allotment boundaries intersected by each area of high risk using a GIS ($\bar{x} = 0.54$, SD $= 1.32$ for 565 herd-yr with allotment data). For private land, we obtained land ownership data and calculated the amount of private land within each area of high risk using a GIS ($\bar{x} = 25.58$, SD $= 14.53$%). We obtained weed control data through elicitation of expert opinion of agency biologists (13.97% of herd-yr had known weed control; Conroy and Peterson 2013). We obtained neighbor risk and herd proximity data through agency records and elicitation of expert opinion of agency biologists. For neighbor risk, when a herd experienced a pneumonia epizootic we assumed neighboring herds were at risk for that and subsequent herd-years. We also assumed a recurring risk to the initial herd in all subsequent herd-years (19.31% of herd-yr had neighbor risk). For herd proximity, we calculated the shortest distance to the perimeters of the distributions of the nearest 3 bighorn sheep herds using a GIS and then calculated the average of those distances (global $\bar{x} = 22.65$ km, SD $= 24.27$ km). We considered distributions from all herds (including the 9 in Montana excluded from our primary analysis and several herds in British Columbia, Idaho, and Wyoming) for our covariates of neighbor risk if they were within the area of high risk and herd proximity if they were 1 of the 3 closest herds to any of our 43 primary herds.

*Risk of spread of pathogens.*—We hypothesized high ram: ewe ratios represented increased risk of rams wandering,

**Table 1.** Data types and associated agencies we collected covariate data from to model risk of pneumonia epizootics for 43 herds of bighorn sheep in Montana from 1979–2013. Numbers represent the approximate percentage of data associated with each agency out of all herd-years with data for that covariate, unless otherwise indicated. Where applicable, we included additional herds beyond our 43 primary herds if they were within 14.5-km of our primary herds or were 1 of the 3 closest herds. Agencies were Montana Fish, Wildlife and Parks (MFWP), United States Fish and Wildlife Service (USFWS), Bureau of Land Management (BLM), United States Forest Service (USFS), National Park Service (NPS), Confederated Salish and Kootenai Tribes (CSKT), Chippewa Cree Tribe (CCT), British Columbia Fish and Wildlife Branch (BCFW), Idaho Fish and Game (IDFG), and Wyoming Game and Fish (WGFD). Blank cells indicate data were not associated with these agencies.

| Data | MFWP | USFWS | BLM | USFS | NPS | CSKT | CCT | BCFW | IDFG | WGFD |
|---|---|---|---|---|---|---|---|---|---|---|
| Allotments[a] | | 0[b] | 68 | 32 | | | | | | |
| Private land | | | 100 | | | | | | | |
| Weed control | 94 | 5 | | | | 1 | | | | |
| Neighbor risk[c] | 75 | 2 | | | 5 | 4 | | 4 | 5 | 5 |
| Herd proximity[d] | 72 | 2 | | | 5 | 3 | 2 | 5 | 7 | 5 |
| Ram:ewe ratios | 93 | 6 | | | | 1 | | | | |
| Density | 94 | 5 | | | | 1 | | | | |
| Herd origin | 94 | 5 | | | | 1 | | | | |

[a] Of unique allotments ≤14.5 km of herd distributions ($n = 47$), % associated with each agency.
[b] No allotments on USFWS land were ≤14.5 km of herd distributions.
[c] Of all herds ≤14.5 km from 43 primary herds ($n = 56$, including 13 non-primary herds), % associated with each agency.
[d] Of all herds that were 1 of 3 closest to 43 primary herds ($n = 61$, including 18 non-primary herds), % associated with each agency. Sum >100 is due to rounding.

Bighorn Sheep Risk of Contact Tool Page 436

BLM_0050281

encountering, and spreading pathogens (Onderka and Wishart 1984, Singer et al. 2000a, Monello et al. 2001, George et al. 2008, Besser et al. 2013), and that higher relative density increased risk through greater rates of spread of pathogens (Monello et al. 2001, Lafferty and Gerber 2002, Clifford et al. 2009). We obtained herd survey data from the Montana Bighorn Sheep Conservation Strategy (MFWP 2010) and directly from biologists (Table 1). For ram:ewe ratios ($\bar{x} = 0.65$, SD = 0.39), we excluded ratios from analysis where <80% of observed animals were classified by sex, recorded ratios did not match adults counted, or <1 ram or ewe was counted ($n = 50$ excluded ratios associated with included herd-yr). To estimate herd density in each year, we divided the total number of animals counted by the area of the herd's distribution. We then calculated average density, yearly percentage of average density, and the range in percentage of average density for each herd. We assigned each herd's density estimate into 3 equally sized bins of low, medium, and high based on historical densities of each herd relative to their 1979–2013 range. Thus, each set of cut-offs were herd-specific, based on historical densities of each herd ($\bar{x}$ cut-off for low density $\leq 92.15\%$ of average, SD = 13.15; $\bar{x}$ cut-off for medium density $\leq 151.11\%$ of average, SD = 31.02; 43.80% herd-yr low density, 36.42% medium, and 19.78% high). When density estimates were not available for years without pneumonia epizootics, we excluded those herd-years from analysis ($n = 65$ of excluded herd-yr). When density estimates were unavailable for years with pneumonia epizootics ($n = 3$), we used the most recent density estimate prior to the epizootic ($n = 2$), or estimated density based on reports of percent declines ($n = 1$). We used a 1-year lag for both covariates because surveys were usually done in spring and thus represented the minimum number of animals likely to be present at the start of the following herd-year.

*Susceptibility to pneumonia epizootics.*—We hypothesized that relatively harsh winters contributed to susceptibility to pneumonia epizootics by draining energy budgets (Goodson et al. 1991, Monello et al. 2001, Butler et al. 2013). We used percentage of 30-year normal precipitation to represent winter severity. We hypothesized that relatively dry springs contributed to susceptibility to pneumonia epizootics by decreasing forage quality (Portier et al. 1998, Enk et al. 2001, Monello et al. 2001, Epps et al. 2004) and used percentage of 30-year normal precipitation to represent dry spring conditions. Lastly, we hypothesized that mixed (i.e., native herds augmented with animals from other populations) or non-native (reintroduced) herds had increased susceptibility to pneumonia epizootics because these sites might be more risky if conditions that contributed to a previous herd reduction or extirpation persisted in the area (Monello et al. 2001). For winter and spring precipitation, we calculated percentage of normal precipitation using a GIS to determine monthly PRISM precipitation values and 1980–2010 Normals (PRISM Climate Group, Corvallis, Oregon) in each delineated herd distribution (winter $\bar{x} = 98.68\%$, SD = 30.16%; spring $\bar{x} = 100.18\%$, SD = 26.97%). Similar to Butler et al. (2013) but because spring lambing season

began in April in some herds, we considered winter to be 1 November–31 March, and spring 1 April–30 June. We used a 1-year lag for both effects to capture the influence of the most recent winter and spring on the next herd-year (Portier et al. 1998, Butler et al. 2013). For herd origin, we obtained agency transplant records (Table 1) to determine in each herd-year if herds were native (21.82% of herd-yr), mixed (20.25%), or reintroduced (57.93%).

**Development of Risk Model**

*Analysis of competing models.*—We developed 30 a priori models to test how our hypothesized risk factors predicted pneumonia epizootics. We analyzed the models in a Bayesian framework to allow for modeling of missing values and associated uncertainty and to simplify the use of herd-level random effects due to repeated measurements (Kéry 2010). We centered and scaled covariate data and tested for correlations between continuous covariates; we did not include covariates with >40% correlation in the same model (Dormann et al. 2013). We used JAGS (Version 3.3.0, http://mcmc-jags.sourceforge.net, accessed 14 Mar 2013) called through R (Version 2.13.1, www.r-project.org, accessed 10 Sep 2011) using the package R2jags (Version 0.02-17, http://CRAN.R-project.org/package = R2jags, accessed 14 Mar 2013) to run the logistic regression models (Hosmer and Lemeshow 2000) from these data, with repeated measures and a random effect for herd (Gelman and Hill 2007, Royle and Dorazio 2008, Kéry 2010). We used vague, uniform priors for all parameters (Link et al. 2002). We modeled missing values for ram:ewe ratios ($n = 84$) and number of domestic sheep and goat allotments ($n = 72$) by setting priors equal to the herd mean where available or the global mean otherwise. We ran 100,000 Markov chain Monte Carlo (MCMC) iterations with 3 chains, discarding the first 25,000 iterations as burn-in (Link et al. 2002). We evaluated convergence of the MCMC simulation with the Gelman and Rubin convergence diagnostic ($\hat{R}$; Brooks and Gelman 1998) and visual inspection of the posteriors and chains for mixing (Link and Barker 2010) to ensure convergence for accurate estimates of parameters.

We identified top models based on Deviance Information Criterion (DIC; Spiegelhalter et al. 2002). We excluded models >10 $\Delta$DIC from further consideration. We considered covariates within each model to be fully supported if the 95% credibility interval posterior densities (CRIs; Kéry 2010) did not include 0. Where 95% CRIs included 0, we identified the broadest CRI that would exclude 0 to investigate uncertainty of the covariate.

We used a spreadsheet to calculate probability of a pneumonia epizootic for each herd using the parameter estimates from the top models and covariate data from each herd. The risk model provided probability of a pneumonia epizootic in any given year. We calculated probability of $\geq 1$ epizootic occurring in the next 10 years as $(1 - (1 - \text{Pr-}(\text{Epizootic}_{1\text{-yr}}))^{10})$ (Mood et al. 1974).

*Assessment of model fit and usefulness.*—We used decision curve analysis (DCA; Vickers and Elkin 2006, Steyerberg et al. 2010) to compare net benefits of the top models (<10

BLM_0050282

Table 2. Parameter estimates of supported a priori models of risk of pneumonia epizootics for 43 herds of bighorn sheep in Montana from 1979–2013. We do not present models with change in Deviance Information Criterion (ΔDIC) >10. Within the distribution of each herd plus a 14.5-km buffer from that perimeter, private land = percentage of private land, weed control = whether the herd biologist knew of the use of domestic sheep or goats for weed control, and neighbor risk = whether the herd or a neighboring herd had a pneumonia epizootic previously. Density = the number of individuals counted divided by the area of each herd's distribution, assigned into 1 of 3 equally sized bins of low, medium (md), and high (hi) density relative to the herd's 1979–2013 percentage of average. Herd effect is the among-herd variation for the herd-level random effect.

| | Mean | SD | Credibility interval | |
| --- | --- | --- | --- | --- |
| | | | 0.025 | 0.975 |
| Best model | | | | |
| $\beta_0$ Intercept | −6.269 | 0.761 | −7.931 | −4.911 |
| $\beta_1$ Private land | 0.433 | 0.239 | −0.028 | 0.910 |
| $\beta_2$ Weed control | 1.210 | 0.547 | 0.115 | 2.261 |
| $\beta_3$ Neighbor risk | 2.331 | 0.524 | 1.332 | 3.392 |
| $\beta_4$ Density (md) | 1.660 | 0.728 | 0.309 | 3.180 |
| $\beta_5$ Density (hi) | 2.699 | 0.742 | 1.332 | 4.259 |
| Herd effect | 0.242 | 0.131 | 0.143 | 0.609 |
| Deviance | 153.624 | 4.125 | 146.679 | 162.973 |
| Second model (ΔDIC = 6.9) | | | | |
| $\beta_0$ Intercept | −5.705 | 0.709 | −7.246 | −4.445 |
| $\beta_1$ Neighbor risk | 2.184 | 0.488 | 1.244 | 3.164 |
| $\beta_2$ Density (md) | 1.535 | 0.731 | 0.200 | 3.085 |
| $\beta_3$ Density (hi) | 2.548 | 0.731 | 1.206 | 4.090 |
| Herd effect | 0.249 | 0.147 | 0.143 | 0.666 |
| Deviance | 161.519 | 3.874 | 154.019 | 169.736 |

ΔDIC) to estimate fit of each model to the data and usefulness of the model. This method allowed assessment of whether the top models were useful compared to totally reactive (i.e., treat all herds as low risk) or totally proactive (i.e., treat all herds as high risk) management of all herds, and the relative consequences of wrong predictions, which is important because a false negative prediction is arguably more harmful for conservation and public enjoyment of bighorn sheep than a false positive prediction. For each model, risk of a pneumonia epizootic could be classified as high if it exceeded a pre-defined threshold probability ($p_t$). We evaluated a range of $p_t$ (0 to the value of the max. predicted probability of pneumonia epizootic for the 637 herd-yr from each model) for which we calculated sensitivity, specificity, and net benefits,

$$\text{net benefit}_{model} = (\text{true positive count}/n)$$
$$- (\text{false positive count}/n) \times p_t/(1 - p_t)$$

to estimate and summarize performance and advantages of the model, where $n = 637$. Weighting by the ratio $p_t/(1 - p_t)$ accounts for the harm of false positive predictions to harm of false negative predictions at each $p_t$. For each model, we plotted decision curves of the net benefits across values of $p_t$ to identify the best that tended to have higher net benefits than the others.

Finally, we determined if the best model was more useful than abandoning the model and instead managing all herds as low risk, which is a management option in absence of a predictive model. We calculated the model advantage across the range of $p_t$ over the option of assuming all herds are low risk as:

$$\text{net increase in true positives} = \text{net benefit}_{model} \times 100$$

This measure of the model's usefulness calculates the increase in true positives with no increase in false positive per

100 estimates compared to treating all herds as low risk. Similarly, the model advantage across the range of $p_t$ over the option of assuming all herds are high risk is:

$$\text{net reduction in false positives} =$$
$$\frac{(\text{net benefit}_{model} - \text{net benefit}_{all\,high}) \times 100}{p_t/(1 - p_t)}$$

The net reduction in false positives is the reduction of false positives per 100 estimates provided by the risk model without increasing the number of false negatives compared to abandoning the model and treating all herds as high risk. Here, net benefit$_{all\,high}$ is calculated with the net benefit$_{model}$ formula except true positive count is the total number of pneumonia epizootic cases (22) and false positive count the total non-pneumonia epizootic cases (615).

*Second generation model.*—We developed an a posteriori, second generation model by calculating the inclusion probability of each covariate. Inclusion probabilities resulted from introducing a Bernoulli distributed indicator variable with probability equal to 0.5 (Ntzoufras 2009). We ran 3 chains for 500,000 iterations, discarding the first 125,000 iterations as burn-in (Link et al. 2002). We calculated the proportion of times each indicator variable assumed a value of 1 and identified covariates with inclusion probabilities >0.15 (similar to Ntzoufras 2009). We then evaluated a new second generation model with these covariates using the techniques described above for analysis of competing models.

## RESULTS

### Development of Risk Model

The top-ranked model included private land, weed control, neighbor risk, and density (Table 2). The posterior density CRIs excluded 0 except for private land (95%

BLM_0050283

CRI, $-0.03 \leq x \leq 0.91$), but a 93% CRI for private land excluded 0 ($0.01 \leq x \leq 0.87$). The second best model included neighbor risk and density ($\Delta$DIC = 6.9). Smooth unimodal posteriors, history plots (Link and Barker 2010), and $\hat{R}$ values of <1.1 indicated convergence (Brooks and Gelman 1998). All other models had $\Delta$DIC > 10, so we excluded them from further consideration.

The top-ranked model was superior to the second-ranked model based on sensitivity, specificity, and net benefits. Sensitivity and specificity were simultaneously maximized for the top model at a $p_t$ of 0.0312, achieving 81.8% sensitivity, 80.2% specificity, and a correct overall classification rate of 80.2% (Fig. 2). Sensitivity and specificity for the second best model were simultaneously maximized at a $p_t$ of 0.0288 with 81.8% sensitivity, 75.3% specificity, and 75.5% correct overall classification rate. We selected the top model as the final model because it had a higher overall net benefit than the second model across most $p_t$'s (Fig. 3).

Based on DCA, over a wide range of $p_t$ the final risk model was superior to the 2 alternative options of treating all herds reactively or proactively in absence of a predictive model. The risk model's decision curve had higher net benefits than the decision curve for the alternative of treating all herds as high risk at a $p_t$ of approximately $\geq$0.001 (Fig. 3). The risk model's decision curve was also higher than the decision curve for treating all herds as low risk at a $p_t$ of approximately $\leq$0.389. Between 0.001–0.389, the risk model would therefore provide both a net reduction in false positive estimates over assuming all herds are high risk and a net increase in true positives over assuming all herds are low risk. Using the risk model with any $p_t$ between these levels would

be better than fully reactive management or the alternative of total proactive management of all herds, considering limited resources. It is therefore useful as a model for predicting risk of pneumonia epizootics at any $p_t$ within this range. The model would yield fewer false negative predictions at low values of $p_t$ and fewer false positive predictions at high values of $p_t$ (Table 3).

**Effect Sizes for Top Model**

Parameters in the risk model provide estimated effects of each risk factor on probability of a pneumonia epizootic. Holding other parameters constant, the odds of a pneumonia epizootic increased 1.54 (95% CRI, $0.97 \leq x \leq 2.48$) times per additional unit of private land within the area of high risk (global $\bar{x} = 25.58\%$, SD = 14.53%). Herds where domestic sheep or goats were known to be used to control weeds within the area of high risk that year had 3.35 (95% CRI, $1.12 \leq x \leq 9.59$) times greater odds of a pneumonia epizootic than those without. Odds of a pneumonia epizootic were 10.29 (95% CRI, $3.79 \leq x \leq 29.73$) times greater for herds if they or their neighbors in the area of high risk previously experienced a pneumonia epizootic. Herds at medium or high density had odds of a pneumonia epizootic 5.26 (95% CRI, $1.36 \leq x \leq 24.05$) and 14.86 (95% CRI, $3.79 \leq x \leq 70.74$) times greater, respectively, than when they were at low density. Altogether, a herd with no private land, weed control, or neighbor risk and with low density was estimated to have 0.0009 (95% CRI, $0.0001 \leq x \leq 0.0045$) probability of a pneumonia epizootic during any year and represents the least risky extreme. On the most risky extreme, a herd in an area of high risk with 100% private land, weed control,



**Figure 2.** Sensitivity (dashed lines) and specificity (solid lines) at various threshold probabilities ($p_t$'s) for 2 pneumonia risk models developed using data from 1979–2013 for bighorn sheep in Montana. The top-ranked model (black lines) had a higher sensitivity and specificity than the second-ranked model (gray lines): at $p_t = 0.0312$ sensitivity and specificity were simultaneously maximized with 81.8% sensitivity and 80.2% specificity compared to the second-ranked model which had the same sensitivity and 75.3% specificity at $p_t = 0.0288$.

BLM_0050284



**Figure 3.** Decision curves for 2 final a priori models considered for selection as a pneumonia risk model for bighorn sheep in Montana. The most supported model (black line) outperformed the second-best model (gray line) over much of the threshold probability ($p_t$) range based on the higher net benefit overall. We selected the most supported model for the risk model. Using the risk model would be superior to treating all herds as high risk (dotted line; i.e., indiscriminate proactive management of all herds) at any threshold probability at any $p_t$ of approximately ≥0.001, and better than treating no herds as high risk (dashed line at net benefit = 0; i.e., reactive management of all herds) at any $p_t$ approximately ≤0.389.

**Table 3.** Comparison of net benefits and advantages for our pneumonia risk model for 43 herds of bighorn sheep in Montana from 1979–2013. Risk of a pneumonia epizootic is classified as high if it exceeds a pre-defined threshold probability ($p_t$), and low otherwise. The net benefit at each threshold estimates the advantage of the model and can aid selection in $p_t$ for more conservative or liberal estimation based on tolerance of false positives versus false negatives.

| | | | Net benefit | | Advantage of model | |
|---|---|---|---|---|---|---|
| $p_t$ ≤ | Sensitivity | Specificity | Risk model | Treat all[a] | Increase in TP[b] | Decrease in FP[c] |
| 0.000 | 1.000 | 0.000 | 0.035 | 0.035 | 3.454 | 0.000 |
| 0.004 | 1.000 | 0.302 | 0.032 | 0.031 | 3.183 | 29.199 |
| 0.008 | 0.955 | 0.411 | 0.028 | 0.027 | 2.838 | 20.251 |
| 0.012 | 0.955 | 0.551 | 0.028 | 0.023 | 2.770 | 40.293 |
| 0.016 | 0.909 | 0.657 | 0.026 | 0.019 | 2.601 | 44.113 |
| 0.020 | 0.864 | 0.711 | 0.024 | 0.015 | 2.412 | 45.526 |
| 0.024 | 0.864 | 0.748 | 0.024 | 0.011 | 2.384 | 53.061 |
| 0.028 | 0.864 | 0.787 | 0.024 | 0.007 | 2.390 | 59.632 |
| 0.032 | 0.773 | 0.807 | 0.021 | 0.003 | 2.051 | 54.121 |
| 0.036 | 0.773 | 0.837 | 0.021 | −0.002 | 2.083 | 59.829 |
| 0.040 | 0.773 | 0.847 | 0.021 | −0.006 | 2.054 | 62.951 |
| 0.050 | 0.727 | 0.876 | 0.019 | −0.016 | 1.884 | 66.719 |
| 0.060 | 0.545 | 0.907 | 0.013 | −0.027 | 1.313 | 63.004 |
| 0.070 | 0.545 | 0.914 | 0.013 | −0.038 | 1.258 | 67.369 |
| 0.080 | 0.545 | 0.914 | 0.012 | −0.049 | 1.160 | 70.173 |
| 0.090 | 0.500 | 0.932 | 0.011 | −0.061 | 1.075 | 72.493 |
| 0.100 | 0.364 | 0.932 | 0.005 | −0.073 | 0.523 | 70.173 |
| 0.200 | 0.273 | 0.977 | 0.004 | −0.207 | 0.392 | 84.301 |
| 0.300 | 0.136 | 0.992 | 0.001 | −0.379 | 0.135 | 88.802 |

[a] Net benefits for treat all herds as high risk, a management alternative in absence of using our risk model to predict and separate high from low risk herds.
[b] Increase in true positives per 100 estimates without increase in false positives compared to treating all herds as low risk.
[c] Reduction in false positives per 100 estimates without increase in false negatives compared to treating all herds as high risk.

BLM_0050285

neighbor risk, and high density was estimated to have 0.8992 (95% CRI, $0.4256 \leq x \leq 0.9910$) annual probability of a pneumonia epizootic.

### Second Generation Model

Inclusion probabilities were >0.15 for private land, weed control, neighbor risk, and density, which aligns with the top model we developed a priori. A fifth and final covariate with >0.15 inclusion probability was spring precipitation. An a posteriori model with these 5 covariates had a DIC of 4 lower than that of our original best model, indicating greater support for the new model. Parameter estimates of the original 4 risk factors were very similar (Tables 2 and 4).

Spring precipitation was negatively correlated with probability of a pneumonia epizootic the next herd-year (starting 1 Jul). Holding other parameters constant, odds of a pneumonia epizootic were 0.41 (95% CRI, $0.20 \leq x \leq 0.78$) times that of our original average spring precipitation per standardized unit increase ($\bar{x} = 100.18\%$, SD $= 26.97\%$). Thus, each increase of 27% from average precipitation was associated with less than half the odds of a pneumonia epizootic compared to years with average spring precipitation. Conversely, for each unit decrease in spring rainfall, risk of a pneumonia epizootic more than doubled.

## DISCUSSION

Historically, state wildlife agencies have managed pneumonia epizootics in bighorn sheep largely reactively because they have not had the ability to predict epizootics. Existing models related to pneumonia in bighorn sheep focus largely on predicting consequences of epizootics (e.g., mortality rates and population persistence). Our model was designed to predict the risk of pneumonia epizootics before they happen, which no other model has directly done before (although see Clifford et al. [2009] and Carpenter et al. [2014] for models of disease transmission from allotments). If probability of epizootics cannot be predicted, herds cannot be separated by high and low risk to proactively prevent pneumonia epizootics. Proactively treating all herds as high

risk would likely be prohibitively expensive, resulting in the general reactive management status quo.

A more proactive approach integrating wildlife health with wildlife conservation would lead to more effective conservation and management of wildlife populations (Deem et al. 2001). For more proactive management of pneumonia epizootics in bighorn sheep, agencies need risk assessment tools to better understand risk factors that contribute to pneumonia epizootics. They also need to know how to use available data to predict pneumonia epizootics. Models based on more limited temporal and spatial extents may make more precise estimates on such scales, but lose generality across larger ones. A general model that combines information from herds across a state would aid in prediction of risk at the necessary scale for state wildlife agencies to make decisions on how to allocate resources for proactive management. Accordingly, we analyzed epizootic histories and potential risk factors for 43 herds across Montana from 1979 to 2013 to create a statewide risk model for pneumonia.

### Risk Factors

Risk of pneumonia epizootics was positively associated with greater amount of private land, weed control with domestic sheep and goats, history of a pneumonia epizootic in a herd or a nearby herd, and higher density. Based on our second generation model, risk also appeared to be associated with spring precipitation. Risk was not associated with number of allotments, herd proximity, ram:ewe ratios, winter precipitation, or herd origin, nor did a single risk factor affect all pneumonia epizootics based on our multivariate model. Although the existence of a single risk factor that we did not evaluate cannot be ruled out, our results agree with the findings of Miller et al. (2012) in their review of hypothesized risk factors of die-offs in bighorn sheep. They failed to find evidence of a single etiological agent and concluded that predictive models of epizootics are needed based on the likely complexity of the etiology of such outbreaks.

*Risk of exposure to pathogens.*—As we hypothesized, greater percentage of private land in and near areas used by herds

**Table 4.** Parameter estimates of the second generation model for risk of pneumonia epizootics for 43 herds of bighorn sheep in Montana from 1979 to 2013. The Deviance Information Criterion (DIC) of our second generation model was 4 lower than that of our top-ranked a priori model. Within the distribution of each herd plus a 14.5-km buffer from that perimeter, private land = percentage of private land, weed control = whether the herd biologist knew of the use of domestic sheep or goats for weed control, and neighbor risk = whether the herd or a neighboring herd had a pneumonia epizootic previously. Density = the number of individuals counted divided by the area of each herd's distribution, assigned into 1 of 3 equally sized bins of low, medium (md), and high (hi) density relative to the herd's 1979–2013 percentage of average. Spring = the percentage of average 1 April–30 June precipitation in the herd distribution compared to the average from 1980 to 2010. Herd effect is the among-herd variation for the herd-level random effect.

| | | | Credibility interval | |
|---|---|---|---|---|
| | **Mean** | **SD** | **0.025** | **0.975** |
| Second generation model | | | | |
| $\beta_0$ Intercept | −6.856 | 0.935 | −8.925 | −5.288 |
| $\beta_1$ Private land | 0.487 | 0.256 | −0.002 | 1.005 |
| $\beta_2$ Weed control | 1.300 | 0.577 | 0.144 | 2.409 |
| $\beta_3$ Neighbor risk | 2.474 | 0.549 | 1.426 | 3.583 |
| $\beta_4$ Density(md) | 1.876 | 0.809 | 0.447 | 3.633 |
| $\beta_5$ Density(hi) | 3.066 | 0.843 | 1.577 | 4.884 |
| $\beta_6$ Spring | −0.882 | 0.342 | −1.587 | −0.244 |
| Herd effect | 0.250 | 0.149 | 0.143 | 0.676 |
| Deviance | 147.583 | 4.593 | 139.739 | 157.825 |

BLM_0050286

of bighorn sheep was associated with increased risk of pneumonia epizootics by >1.5-fold per additional unit of private land. Risk associated with contact with domestic livestock on private land has not previously been quantified and tends to be neglected (Miller et al. 2011, 2012), perhaps because data on locations of hobby and commercial farms are generally unavailable and would be highly fluid through time. Exposure to sheep or goats may occur on farms on private lands, whereas exposure on public land likely occurs primarily on allotments, for which data exist and which agencies can more directly manage. Although risk due to private land was slightly uncertain (the 95% CRI contained 0, however the 93% CRI did not), these results provide the first empirical support for the suggestions of Miller et al. (2011, 2012) and the Wild Sheep Working Group (2012) that risk of exposure to pathogens on private land should receive more focus and concern. The uncertainty of this parameter at the 95% CRI is likely due to the probably low correlation between private land and farms with domestic sheep and goats, because not every parcel of private land contains domestic Caprinae species. Were data available, the effect of commercial and hobby farms could likely be estimated more precisely, yet the readily available measure of private land was still predictive of risk. Examples of management actions to reduce risk associated with private land might include public education on separation of bighorn sheep and domestic sheep and goats, removal of wandering bighorn sheep in proximity to farms with domestic sheep or goats (Mitchell et al. 2013), or purchasing conservation easements (Sells 2014). We note that the association between private land and pneumonia epizootics could also be related to high human densities or human disturbance (e.g., development) on some areas of private land. Such disturbances could increase stress and potentially predispose herds to pneumonia epizootics.

Our hypothesis that risk of pneumonia epizootics increases when domestic sheep and goats are used for weed control in or near areas occupied by bighorn sheep herds was supported, with a >3.3-fold increase in risk compared to areas or years without known weed control using domestic Caprinae species. To our knowledge, our results are the first to support the suggestion by Miller et al. (2012) and the Wild Sheep Working Group (2012) that such operations increase risk of pathogen exposure. Potential management actions to mitigate this risk include public education about separation between bighorn sheep and domestic sheep and goats (Mitchell et al. 2013), managing timing of grazing to avoid temporal overlap with bighorn sheep, or using other methods to control weeds that do not involve domestic sheep or goats (Sells 2014).

As we hypothesized, risk of pneumonia epizootics increased for a herd when that herd or a nearby herd within 14.5 km had a history of a pneumonia epizootic. Increased risk for a herd after an epizootic is intuitive. Evidence suggests that pathogens become endemic and may cycle for years to decades within herds (Enk et al. 2001, Cassirer and Sinclair 2007, Cassirer et al. 2013). Further evidence suggests that whereas ewes may develop temporary protective immunity, this may wane after exposure to pathogens and does not effectively transfer to lambs, leading to ongoing outbreaks of pneumonia (Plowright et al. 2013). Additionally, Plowright et al. (2013) found that translocated, naïve adults appear to be at particularly high risk of dying from pneumonia. We hypothesized that other naïve individuals in nearby herds may be at a similar risk of contracting pneumonia. Whereas the exposure and spread of pathogens to nearby herds has been hypothesized to contribute to epizootics (Onderka and Wishart 1984, George et al. 2008, Edwards et al. 2010), this risk has not been quantified or received as much focus as other hypothesized risk factors. We found that a pneumonia epizootic was associated with >10-fold risk of pneumonia epizootics for all herds within 14.5 km. Cassirer et al. (2013) reported a slight but uncertain increase in probability of pneumonia for neighboring populations located <20 km apart if a neighbor had any pneumonia mortalities that or the previous year. The reason for this difference may be attributable to an inclusion of short timeframes with all cases of pneumonia as opposed to our use of longer timeframes with high-mortality epizootics. We included histories of epizootics from 1979 to the end of the study given the evidence that pathogens can cycle for decades (Enk et al. 2001, Cassirer et al. 2013). We included only high-mortality epizootics because we hypothesized that pneumonia widely spread in a herd would be linked to more potential exposure between herds (Onderka and Wishart 1984, George et al. 2008, Edwards et al. 2010, Besser et al. 2013), compared to limited cases of pneumonia that may result in less exposure between herds. Thus, across broad temporal and spatial scales, we conclude that pneumonia epizootics have long-term consequences for herds experiencing epizootics and for neighboring herds as well. Potential actions that may reduce this risk could include creating lethal removal zones between infected and naïve herds, culling symptomatic individuals, and avoiding establishing new herds close to those with epizootic histories (Sells 2014). Additionally, we note that past epizootics in or near a herd could be predictive of future epizootics because of shared or recurring conditions in an area besides pathogens (e.g., environmental factors) that could make herds more susceptible to pneumonia epizootics.

Our other hypothesis that proximity to other herds, measured by Euclidean distance, increased risk of pathogen exposure was not supported. The global mean for average proximity to the 3 closest herds (22.65 km, SD = 24.27 km) was >1.56 times farther and highly variable compared to the maximum distance for those herds we considered neighbors (within 14.5 km). Although bighorn sheep are known to move distances comparable to our mean herd proximity (e.g., O'Brien et al. [2014] reported that >10% of rams forayed ≥21.7 km from core herd home ranges each summer), this does not mean they will necessarily come in contact with other herds. By not accounting for barriers to movement, Euclidean distance may misrepresent distances that bighorn sheep would actually travel between herds, particularly at greater distances. Additionally, average distance to the 3 closest herds did not account for epizootic histories, whereas

BLM_0050287

our identified risk factor of neighboring herds with epizootic histories did. The hypothesis Cassirer et al. (2013) tested for distance to nearest herd with recent cases of pneumonia also allowed for herds at much greater distances ($\leq 70$ km) and did not have support. Risk therefore appears to be associated with relatively close neighboring herds with histories of pneumonia epizootics, not to Euclidean distance to herds in general.

Proximity to greater number of allotments was not predictive of pneumonia epizootics, contrary to results reported by other researchers. Monello et al. (2001) reported that herds with pneumonia were closer to domestic sheep allotments than were herds without pneumonia. In their analysis, they included allotments at much greater distances compared to our area of high risk. Clifford et al. (2009) estimated risk of pathogen transmission was higher where strong overlap existed between allotments and known bighorn sheep movements. Our result is counter-intuitive because pneumonia in bighorn sheep is strongly associated with exposure to domestic sheep and goats (Wehausen et al. 2011), which is presumably more likely on allotments. In Montana, however, mean number of allotments within 14.5 km of herds was only 0.54 per herd-year (SD = 1.32). Of herd-years with $\geq 1$ allotment ($n = 134$), mean number was 2.29 allotments (SD = 1.83, max. = 14). Only 14 of the 43 herds were within 14.5 km of allotments with sheep or goats for at least 1 year between 1979 and 2013; of these herds, only 4 had pneumonia epizootics. Simple presence or absence of allotments within 14.5 km was not predictive of epizootics upon further investigation, either. For herds that are close to allotments, exposure may further depend on numerous factors unique to each allotment, including how they are managed (e.g., timing of grazing, management of strays). It may also depend on the degree of actual overlap between species as suggested by Clifford et al. (2009), for which we had no data commensurate with the large spatial and temporal scales at which we worked. We suggest further, more detailed evaluation of how allotments might contribute to risk of pneumonia epizootics is needed before discarding allotments as a potentially predictive risk factor for future models.

*Risk of spread of pathogens.*—Our hypothesis that relative density within a herd is associated with increased risk of a pneumonia epizootic was supported, lending empirical support to the hypotheses of other researchers (Miller et al. 1991, Monello et al. 2001, Clifford et al. 2009). Risk of a pneumonia epizootic increased >5-fold when herds were at medium density and nearly 15-fold when herds were at high density compared to when they were at low density. Substantial herd variation (e.g., habitat quality and estimated area used by each herd) yielded incomparable absolute densities between herds, so we defined density as relatively low, medium, or high. More analysis on density would be useful in the future, including what absolute values might lead to higher risk of pneumonia epizootics, or if group aggregation size is predictive. Density is a component of risk that has previously received little attention because the positive association between risk of pneumonia and higher

densities had not been quantified. The association between higher herd density and risk may appear to contradict the idea that herds of larger population size should be less threatened by extirpation than smaller herds (Woodroffe 1999, Singer et al. 2001, Cassaigne et al. 2010). Rather than reducing herd size only, expanding the distribution of an existing herd (e.g., through habitat improvements that attract animals to new areas or, potentially, short-distance transplant operations to unoccupied areas nearby) would also reduce density by increasing the total area that a herd occupies (Sells 2014).

Ram:ewe ratios were not associated with increased risk. We chose these ratios to represent the likelihood that rams would wander in search of breeding opportunities, thus potentially encountering and spreading pathogens. Our results suggest that rams may not be as important vectors of pathogens in their herds as we hypothesized. Rams are known to make long movements (Singer et al. 2000*b*, DeCesare and Pletscher 2006, O'Brien et al. 2014), probably even more so at relatively high densities (Singer et al. 2000*a*, Monello et al. 2001). To increase risk of pneumonia for its herd, however, a wandering ram would have to become infected, survive long enough to come in contact with other herd members, and successfully transmit pathogens. These odds may be independent of ram:ewe ratios alone. Historically, MFWP often removed wandering rams when discovered comingling with domestic sheep or goats, and this management effort may have further reduced risk from wandering rams in specific cases. Additionally, not all age classes of rams may be at greater risk of wandering. The ratio of young rams in a herd may be more predictive of this potential source of risk of spread of pathogens, but these data were only occasionally collected over the years we analyzed.

*Susceptibility to pneumonia epizootics.*—We used percentage of normal spring (Apr–Jun) precipitation to represent the hypothesized impact of decreased forage quality on susceptibility to pneumonia epizootics but found no relationship during analysis of our a priori models. This suggested that forage quality might not affect risk of pneumonia epizootics, or that percentage of normal spring precipitation may not be a suitable index to forage quality because it does not account for other environmental factors that also affect forage quality (e.g., timing of precipitation and temperature). We think it more likely, however, that this covariate did not have support because no a priori model included it alongside the other identified risk factors. Based on our a posteriori, second generation model, spring precipitation appeared predictive of pneumonia epizootics. Odds of a pneumonia epizootic were reduced by a factor of 0.41 times per unit of spring precipitation beyond average in the previous spring ($\bar{x} = 100.18\%$, SD = 26.97%). Monello et al. (2001) also noted qualitative evidence for a relationship between summer and fall pneumonia outbreaks and lower than average precipitation. The second generation model could be used to predict risk of pneumonia epizootics instead of our a priori risk model; the effect sizes of the other 4 risk factors were comparable, with a largest difference in any parameter estimate of <0.4 (Tables 2 and 4).

Bighorn Sheep Risk of Contact Tool Page 443

BLM_0050288

We selected percentage of normal winter precipitation to represent the hypothesized impact of harsh winters on susceptibility to pneumonia epizootics because of increased energy expenditures but found no relationship. This result suggests that harsh winters do not increase risk of pneumonia epizootics, consistent with similar results of Monello et al. (2001). Alternatively, percentage of normal winter precipitation may not have been a suitable index for the effects of harsh winters on energy budgets of bighorn sheep because it did not account for patterns and timing of winter precipitation. These factors could be important components

of winter severity but related data were unavailable at the scale of our analysis.

Herds in Montana of mixed or reintroduced origin did not have higher risk of pneumonia epizootics than native herds. This finding contrasts with those of Monello et al. (2001) who evaluated a subset of herds throughout North America and hypothesized that sites of previous herd extirpations could continue to be risky for pneumonia based on characteristics of the site itself. If this were the case, reintroduced herds at sites of historical herd extirpations in Montana could have comparable risk to native herds. This

**Table 5.** Estimates for risk of pneumonia epizootics as of 2012 for 42 herds of bighorn sheep in Montana, calculated with the pneumonia risk model we developed. The 10-year risk is the probability of ≥1 pneumonia epizootic occurring in 10 years if levels of risk factors remain unchanged. Map ID # corresponds to Figure 1. Within the distribution of each herd plus a 14.5-km buffer from that perimeter, private land = percentage of private land, weed control = whether the herd biologist knew of the use of domestic sheep or goats for weed control, and neighbor risk = whether the herd or a neighboring herd had a pneumonia epizootic previously. Density = the number of individuals counted divided by the area of each herd's distribution, assigned into 1 of 3 equally sized bins of low, medium, and high density relative to the herd's 1979–2013 percentage of average. Where density estimates were unavailable for 2012, we used the most recent density before that year.

| | | Risk factors | | | | Pr(Epizootic) | |
|---|---|---|---|---|---|---|---|
| Map ID # | Herd name | Private land (%) | Weed control | Neighbor risk | Density | 1 yr (2012) | 10 yr (beginning 2012) |
| 1 | Ten Lakes | 21.25 | No | Yes | High | 0.203 | 0.897 |
| 2 | Koocanusa | 6.08 | No | No | Low | 0.001 | 0.011 |
| 3 | Kootenai Falls | 25.75 | No | No | Low | 0.002 | 0.019 |
| 4 | Berray Mountain | 15.06 | No | No | Low | 0.001 | 0.014 |
| 5 | Thompson Falls | 34.96 | No | No | Low | 0.002 | 0.025 |
| 6 | Cut-off | 30.04 | No | No | High | 0.031 | 0.271 |
| 7 | Perma-Paradise | 32.20 | No | No | Medium | 0.012 | 0.114 |
| 8 | Hog Heaven | 57.43 | No | No | Low | 0.005 | 0.048 |
| 9 | Wildhorse Island | 39.32 | No | No | High | 0.041 | 0.340 |
| 10 | Bison Range | 47.81 | No | No | High | 0.052 | 0.412 |
| 11 | Petty Creek | 36.79 | No | No | High | 0.038 | 0.320 |
| 12 | Bonner | 46.27 | Yes | Yes | Low | 0.108 | 0.681 |
| 13 | Lower Rock Creek | 39.75 | Yes | Yes | Low | 0.091 | 0.613 |
| 14 | Upper Rock Creek | 29.33 | No | Yes | Low | 0.021 | 0.194 |
| 15 | Skalkaho[a] | 34.29 | Yes | No | High | 0.109 | 0.685 |
| 16 | East Fork Bitterroot | 10.60 | Yes | Yes | Low | 0.040 | 0.336 |
| 17 | Painted Rocks | 6.03 | Yes | Yes | Medium | 0.161 | 0.827 |
| 18 | Garrison | 54.37 | Yes | Yes | Low | 0.134 | 0.761 |
| 19 | Lost Creek | 35.73 | Yes | Yes | Low | 0.081 | 0.571 |
| 20 | Highland | 35.14 | No | Yes | Low | 0.025 | 0.226 |
| 21 | Tendoy Mountains | 26.14 | No | Yes | Low | 0.019 | 0.178 |
| 22 | North Fork Birch Creek-Teton | 27.24 | No | Yes | Low | 0.020 | 0.183 |
| 23 | Deep Creek | 26.66 | No | Yes | Low | 0.020 | 0.181 |
| 24 | Gibson Lake North | 6.04 | No | Yes | Low | 0.011 | 0.103 |
| 25 | Castle Reef | 34.46 | No | Yes | Medium | 0.118 | 0.714 |
| 26 | Ford Creek | 21.81 | No | Yes | Medium | 0.084 | 0.584 |
| 27 | Beartooth-Sleeping Giant | 74.67 | Yes | Yes | Low | 0.220 | 0.917 |
| 28 | Elkhorn | 51.41 | No | Yes | Low | 0.040 | 0.338 |
| 29 | Spanish Peaks | 28.83 | No | No | Medium | 0.011 | 0.103 |
| 30 | Hilgards | 14.58 | No | Yes | High | 0.173 | 0.850 |
| 31 | Hyalite[b] | 26.86 | No | No | Low | 0.002 | 0.019 |
| 32 | Upper Yellowstone | 9.26 | No | Yes | High | 0.151 | 0.806 |
| 33 | Mill Creek | 17.63 | Yes | No | Medium | 0.026 | 0.229 |
| 34 | Monument Peak | 0.31 | No | No | High | 0.013 | 0.123 |
| 35 | East Yellowstone | 0.75 | No | No | High | 0.013 | 0.125 |
| 36 | Stillwater | 8.53 | No | No | High | 0.017 | 0.155 |
| 37 | West Rosebud | 16.28 | No | No | High | 0.021 | 0.190 |
| 38 | Hellroaring | 9.27 | Yes | No | Low | 0.004 | 0.038 |
| 39 | Pryor Mountains | 14.26 | Yes | No | Low | 0.005 | 0.044 |
| 40 | Missouri River Breaks | 44.91 | Yes | No | High | 0.144 | 0.788 |
| 41 | Little Rockies | 31.18 | No | No | Low | 0.002 | 0.022 |
| 42 | Middle Missouri Breaks | 24.57 | No | No | Low | 0.002 | 0.018 |

[a] Had epizootic in 2012 and is now positive for neighbor risk, increasing Pr(Epizootic$_{10-yr}$) after 2012.
[b] Had epizootic in 2013 and is now positive for neighbor risk, increasing Pr(Epizootic$_{10-yr}$) after 2013.

BLM_0050289

could be true because MFWP has tried to avoid reintroducing herds near areas with domestic sheep. Alternatively, whereas we defined epizootics as events with ≥25% mortality, Monello et al. (2001) defined all detected pneumonia events as epizootics including those with <10% mortality. A difference in risk for native versus reintroduced herds may have been more pronounced if reintroduced herds were more likely to experience low-mortality pneumonia events. Reintroduced herds might also have been monitored more closely, providing the ability to better detect low-mortality events.

## Overall Model

Availability of certain data limited our ability to analyze additional hypothesized risk factors. Most important was the paucity of pathogen data. Presence of *Mycoplasma ovipneumoniae* or *Mannheimia haemolytica* may be important in predicting risk if sufficient data, understanding, and tests for disease agents were available. Although Montana had over 60 herd-years of *Mycoplasma ovipneumoniae* data and nearly 100 herd-years of *Mannheimia haemolytica* data, more intensive, consistent efforts with larger sample sizes would have been needed for our analysis because so many herd-years were still lacking in data. Also, traditional culture-based methods for *Mycoplasma ovipneumoniae* (Besser et al. 2008) and *Mannheimia haemolytica* (Shanthalingam et al. 2014) appear to miss many positive results compared to new culture-independent methods that detect genetic signatures of the pathogen. This suggests that analysis of these data for our study could lead to misleading and erroneous predictions; therefore, we excluded them from analysis. In addition to pathogen data, body condition data such as body fat levels, parasite loads, mineral levels, or blood parameters may also be of potential value in a future risk model (Mitchell et al. 2013).

Evaluating our model's capacity to predict future epizootics in Montana, or those occurring in other states, offers an opportunity to evaluate and improve the model. It would also constitute a test of the hypothesized relationships posed by our model and its covariates, providing an opportunity to learn more about risk factors for pneumonia epizootics. Our evaluation of 10 hypothesized risk factors clarified the importance of poorly understood risk factors in Montana to better predict risk. These risk factors could differ in their relative importance for herds in places unlike Montana. To maximize usefulness of the model, we recommend that potential variation in risk factors should be tested and calibrated to local conditions as part of an adaptive approach to disease management. Alternative risk factors may also be important in other areas and a subject for future research toward development of predictive models elsewhere. The evidence, based on our second generation model, that spring precipitation is predictive of pneumonia epizootics deserves further attention in future work.

The scope and scale of our study required data collected from numerous biologists, literature sources, and other agency personnel. Because misclassification of pneumonia epizootics could reduce precision, we excluded herd-years for which we were not reasonably certain were free of pneumonia epizootics. Accuracy and precision of spatially related covariates would be compromised if biologists were unable to delineate approximate distributions of herds, so we excluded herds without sufficient spatial data due to limited herd histories or biologist knowledge.

The statistically rare nature of pneumonia epizootic events makes their prediction challenging. Pneumonia epizootics occurred in 22 out of 637 (3.45%) of the herd-years we analyzed. A statistical model based on such data has the potential to incorrectly predict epizootics (i.e., false positives) more often than correctly. Our use of decision curve analysis helped evaluate the extent to which managers can rely on our risk model to make accurate predictions, given the number of pneumonia epizootic events we observed. This relatively new analysis determines the net benefits of using a predictive model for making decisions (i.e., its usefulness; Vickers and Elkin 2006, Steyerberg et al. 2010). This assessment first allowed us to conclude that our top model was more useful than our second model. It also allowed us to evaluate whether using our model to make a decision was more useful than using no model at all. If no model such as ours existed, the status quo decision would generally be reactive management (i.e., treat all herds as low risk) because herds cannot be distinguished by risk level and proactive management of all herds would almost certainly be too costly. To be useful, our predictive model should provide more correct classifications than either alternative in absence of the model.

Decision curve analysis showed that our model is expected to be more useful than the status quo. For example, at a threshold probability of 0.028, our model is expected to provide a net increase in true positive detections of 2.390 per 100 herd-years compared to total reactive management. It would also provide a net reduction in false positive detections of 59.632 per 100 herd-years compared to total proactive management, meaning our model would reduce false positive predictions by 60% over completely proactive management. Thus, many more correct classifications will be provided by our model compared to fully reactive management or fully proactive management of all herds. This ability to reliably differentiate herds by risk level will assist managers in making decisions on where to direct appropriate, potentially costly proactive actions.

An important advantage of DCA is that tolerance for false positive versus false negative predictions can be accounted for by selecting different threshold probabilities. Individual managers will have different risk tolerances when making decisions. Some managers will be more risk averse given the severe implications of pneumonia epizootics. More risk-averse managers could select a lower threshold probability to separate high from low risk herds. Other managers may be more risk tolerant if management actions would be too costly, in which case they could then select a higher threshold probability.

# MANAGEMENT IMPLICATIONS

Our model can be used to estimate risk (Table 5), compare and prioritize herds for proactive management, and simulate how potential alternative actions may reduce risk. The model

Bighorn Sheep Risk of Contact Tool Page 445

BLM_0050290

is not only useful for predicting risk for existing herds, but for estimating future risk for new transplant herds as well. Our approach and results are unique because of the extensive spatial and temporal scales used to develop the risk model and make it valuable for herd-specific decisions as part of regional or statewide management of bighorn sheep in Montana. Used to inform decisions in a structured decision making framework (Mitchell et al. 2013), the model can be used to estimate herd-specific recommendations that best meet agency objectives given each herd's predicted risk. Importantly, sophisticated software is not required; a simple spreadsheet can be used to calculate risk using the parameter estimates from the risk model (Table 2). A spreadsheet for a decision model similar to that shown in Mitchell et al. (2013) would help managers use the risk model to inform decisions. Use of both models will lead to a unified, transparent, and consistent approach to making proactive management decisions given the regional or statewide scale, while simultaneously remaining highly specific to each herd's estimated risk and each manager's goals.

## ACKNOWLEDGMENTS

Funding was provided by the general sale of hunting and fishing licenses in Montana, the annual auction sale of bighorn sheep hunting licenses in Montana, matching Pittman-Robertson grants to MFWP, and the Montana Cooperative Wildlife Research Unit. M. Nordhagen provided assistance with data preparation. We thank biologists and employees of MFWP, the US Fish and Wildlife Service, Bureau of Land Management, US Forest Service, US Geological Survey, National Park Service, Confederated Salish and Kootenai Tribes, Chippewa Cree Tribe, the Garrott Lab at Montana State University, Montana Conservation Science Institute, British Columbia Fish and Wildlife Branch, Idaho Fish and Game, and Wyoming Game and Fish for their assistance and expertise. We also thank V. Edwards and 2 anonymous reviewers for helping to improve the manuscript. Any use of trade, firm, or product names is for descriptive purposes only and does not imply endorsement by the US Government.

## LITERATURE CITED

Besser, T. E., E. F. Cassirer, M. A. Highland, P. Wolff, A. Justice-Allen, K. Mansfield, M. A. Davis, and W. Foreyt. 2013. Bighorn sheep pneumonia: sorting out the cause of a polymicrobial disease. Preventative Veterinary Medicine 108:85–93.

Besser, T. E., E. F. Cassirer, K. A. Potter, J. VanderSchalie, A. Fischer, D. P. Knowles, D. R. Herndon, F. R. Rurangirwa, G. C. Weiser, and S. Srikumaran. 2008. Association of *Mycoplasma ovipneumoniae* infection with population-limiting respiratory disease in free-ranging Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*). Journal of Clinical Microbiology 46:423–430.

Besser, T. E., E. F. Cassirer, C. Yamada, K. A. Potter, C. Herndon, W. J. Foreyt, D. P. Knowles, and S. Srikumaran. 2012a. Survival of bighorn sheep (*Ovis canadensis*) commingled with domestic sheep (*Ovis aries*) in the absence of *Mycoplasma ovipneumoniae*. Journal of Wildlife Diseases 48:168–172.

Besser, T. E., M. A. Highland, K. Baker, E. F. Cassirer, N. J. Anderson, J. M. Ramsey, K. Mansfield, D. L. Bruning, P. Wolff, J. B. Smith, and J. A. Jenks. 2012b. Causes of pneumonia epizootics among bighorn sheep, western United States, 2008–2010. Emerging Infectious Diseases 18:406–414.

Brooks, S. P., and A. Gelman. 1998. General methods for monitoring convergence of iterative simulations. Journal of Computational and Graphical Statistics 7:434–455.

Butler, C. J., R. A. Garrott, and J. J. Rotella. 2013. Correlates of recruitment in Montana bighorn sheep populations. http://www.wildsheepworkinggroup.com/app/download/7236242856/Correlates + of + Recruitment + in + Montana + Bighorn + Sheep + Populations-FINAL.pdf. Accessed 5 Dec 2013.

Cahn, M. L., M. M. Conner, O. J. Schmitz, T. R. Stephenson, J. D. Wehausen, and H. E. Johnson. 2011. Disease, population viability, and recovery of endangered Sierra Nevada bighorn sheep. Journal of Wildlife Management 75:1753–1766.

Carpenter, T. E., V. L. Coggins, C. McCarthy, C. S. O'Brien, J. M. O'Brien, and T. J. Schommer. 2014. A spatial risk assessment of bighorn sheep extirpation by grazing domestic sheep on public lands. Preventative Veterinary Medicine 114:3–10.

Cassaigne, G., R. A. Medellín, and J. A. Guasco. 2010. Mortality during epizootics in bighorn sheep: effects of initial population size and cause. Journal of Wildlife Diseases 46:763–771.

Cassirer, E. F., R. K. Plowright, K. R. Manlove, P. C. Cross, A. P. Dobson, K. A. Potter, and P. J. Hudson. 2013. Spatio-temporal dynamics of pneumonia in bighorn sheep. Journal of Animal Ecology 82:518–528.

Cassirer, E. F., and A. R. E. Sinclair. 2007. Dynamics of pneumonia in a bighorn sheep metapopulation. Journal of Wildlife Management 71:1080–1088.

Clifford, D. L., B. A. Schumaker, T. R. Stephenson, V. C. Bleich, M. L. Cahn, B. J. Gonzales, W. M. Boyce, and J. A. K. Mazet. 2009. Assessing disease risk at the wildlife-livestock interface: a study of Sierra Nevada bighorn sheep. Biological Conservation 142:2559–2568.

Conroy, M. J., and J. T. Peterson. 2013. Decision-making in natural resource management: a structured, adaptive approach. Wiley-Blackwell, Oxford, United Kingdom.

DeCesare, N. J., and D. H. Pletscher. 2006. Movements, connectivity, and resource selection of Rocky Mountain bighorn sheep. Journal of Mammalogy 87:531–538.

Deem, S. L., W. B. Karesh, and W. Weisman.. 2001. Putting theory into practice: wildlife health in conservation. Conservation Biology 15:1224–1233.

Dormann, C. F., J. Elith, S. Bacher, C. Buchmann, G. Carl, G. Carré, J. R. G. Marquéz, B. Gruber, B. Lafourcade, P. J. Leitão, T. Münkemüller, C. McClean, P. E. Osborne, B. Reineking, B. Schröder, A. K. Skidmore, D. Zurell, and S. Lautenbach. 2013. Collinearity: a review of methods to deal with it and a simulation study evaluating their performance. Ecography 36:27–46.

Edwards, V. L., J. Ramsey, C. Jourdonnais, R. Vinkey, M. Thompson, N. Anderson, T. Carlsen and C. Anderson.. 2010. Situational agency response to four bighorn sheep die-offs in western Montana. Biennial Symposium of the Northern Wild Sheep and Goat Council. 29–50. http://media.nwsgc.org/proceedings/MWSGC-2010/Edwards%20et%2029-50.pdf. Accessed 17 Jun 2013. .

Enk, T. A., H. D. Picton, and S. J. Williams. 2001. Factors limiting a bighorn sheep population in Montana following a dieoff. Northwest Science 75:280–291.

Epps, C. W., D. R. McCullough, J. D. Wehausen, V. C. Bleich, and J. L. Rechel. 2004. Effects of climate change on population persistence of desert-dwelling mountain sheep in California. Conservation Biology 18:102–113.

Foreyt, W. J. 1989. Fatal *Pasteurella haemolytica* pneumonia in bighorn sheep after direct contact with clinically normal domestic sheep. American Journal of Veterinary Research 50:341–344.

Foreyt, W. J., and D. A. Jessup. 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. Journal of Wildlife Diseases 18:163–168.

Fralick, G. L. 1984. A senior thesis study of the bighorn sheep of the Petty Creek Drainage. Senior thesis, University of Montana, Missoula, USA.

Gelman, A., and J. Hill. 2007. Data analysis using regression and multilevel/ hierarchical models. Cambridge University Press, Cambridge, United Kingdom.

George, J. L., D. J. Martin, P. M. Lukacs, and M. W. Miller. 2008. Epidemic pasteurellosis in a bighorn sheep population coinciding with the appearance of a domestic sheep. Journal of Wildlife Diseases 44:388–403.

Goodson, N. J., D. R. Stevens, and J. A. Bailey. 1991. Effects of snow on foraging ecology and nutrition of bighorn sheep. Journal of Wildlife Management 55:214–222.

BLM_0050291

Gross, J. E., F. J. Singer, and M. E. Moses. 2000. Effects of disease, dispersal, and area on bighorn sheep restoration. Restoration Ecology 8(4S):25–37.

Hosmer, D. W., and S. Lemeshow. 2000. Applied logistic regression, Second edition. John Wiley & Sons, Hoboken, New Jersey, USA.

Kéry, M. 2010. Introduction to WinBUGS for ecologists: a Bayesian approach to regression, ANOVA, mixed models and related analyses, First edition. Academic Press, Burlington, Massachusetts, USA.

Lafferty, K. D., and L. R. Gerber. 2002. Good medicine for conservation biology: the intersection of epidemiology and conservation theory. Conservation Biology 16:593–604.

Lawrence, P. K., S. Shanthalingam, R. P. Dassanayake, R. Subramaniam, C. N. Herndon, D. P. Knowles, F. R. Rurangirwa, W. J. Foreyt, G. Wayman, A. M. Marciel, S. K. Highlander, and S. Srikumaran. 2010. Transmission of *Mannheimia haemolytica* from domestic sheep (*Ovis aries*) to bighorn sheep (*Ovis canadensis*): unequivocal demonstration with green fluorescent protein-tagged organisms. Journal of Wildlife Diseases 46:706–717.

Link, W. A., and R. J. Barker. 2010. Bayesian inference with ecological applications. Academic Press, London, United Kingdom.

Link, W. A., E. Cam, J. D. Nichols, and E. G. Cooch. 2002. Of bugs and birds: Markov chain Monte Carlo for hierarchical modeling in wildlife research. Journal of Wildlife Management 66:277–291.

Miller, D. S., E. Hoberg, G. Weiser, K. Aune, M. Atkinson, and C. Kimberling. 2012. A review of hypothesized determinants associated with bighorn sheep (*Ovis canadensis*) die-offs. Veterinary Medicine International. http://www. hindawi.com/journals/vmi/2012/ 796527/. Accessed 3 Apr 2012.

Miller, D. S., G. C. Weiser, K. Aune, B. Roeder, M. Atkinson, N. Anderson, T. J. Roffe, K. A. Keating, P. L. Chapman, C. Kimberling, J. Rhyan, and P. R. Clarke. 2011. Shared bacterial and viral respiratory agents in bighorn sheep (*Ovis canadensis*), domestic sheep (*Ovis aries*), and goats (*Capra hircus*) in Montana. Veterinary Medicine International. http://www.hindawi.com/journals/vmi/2011/162520/. Accessed 2 Dec.

Miller, M. W., N. T. Hobbs, and E. S. Williams. 1991. Spontaneous pasteurellosis in captive Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*): clinical, laboratory, and epizootiological observations. Journal of Wildlife Diseases 27:534–542.

Mitchell, M. S., J. A. Gude, N. J. Anderson, J. M. Ramsey, M. J. Thompson, M. G. Sullivan, V. L. Edwards, C. N. Gower, J. F. Cochrane, E. R. Irwin, and T. Walshe. 2013. Using structured decision making to manage disease risk for Montana wildlife. Wildlife Society Bulletin 37:107–114.

Monello, R. J., D. L. Murray, and E. F. Cassirer. 2001. Ecological correlates of pneumonia epizootics in bighorn sheep herds. Canadian Journal of Zoology 79:1423–1432.

Montana, F., and P. Wildlife. 2010. Montana bighorn sheep conservation strategy. Montana Fish, Wildlife and Parks, Helena, USA. http://fwp.mt. gov/fwpDoc.html?id=39746. Accessed 5 Sep 2011. .

Mood, A. M., F. A. Graybill, and D. C. Boes. 1974. Introduction to the theory of statistics. McGraw-Hill International, Singapore.

Ntzoufras, I. 2009. Bayesian modeling using WinBUGS. John Wiley & Sons, Hoboken, New Jersey, USA.

O'Brien, J. M., C. S. O'Brien, C. McCarthy, and T. E. Carpenter. 2014. Incorporating foray behavior into models estimating contact risk between bighorn sheep and areas occupied by domestic sheep. Wildlife Society Bulletin 38:321–331.

Onderka, D. K., and W. D. Wishart. 1984. A major bighorn sheep die-off from pneumonia in southern Alberta. Biennial Symposium of the Northern Wild Sheep and Goat Council 4:356–363.

Onderka, D. K., and W. D. Wishart. 1988. Experimental contact transmission of *Pasteurella haemolytica* from clinically normal domestic sheep causing pneumonia in Rocky Mountain bighorn sheep. Journal of Wildlife Diseases 24:663–667.

Plowright, R. K., K. Manlove, E. F. Cassirer, P. C. Cross, T. E. Besser, and P. J. Hudson. 2013. Use of exposure history to identify patterns of immunity to pneumonia in bighorn sheep (*Ovis canadensis*). PLoS ONE 8: (4):e61919. http://www.plosone.org/article/info%3Adoi %2F10.1371% 2Fjournal.pone.0061919. Accessed 5 Dec 2013.

Portier, C., M. Festa-Bianchet, J.-M. Gaillard, J. T. Jorgenson, and N. G. Yoccoz. 1998. Effects of density and weather on survival of bighorn sheep lambs (*Ovis canadensis*). Journal of Zoology 245:271–278.

Royle, J. A., and R. M. Dorazio. 2008. Hierarchical modeling and inference in ecology: the analysis of data from populations, metapopulations and communities. Elsevier, London, United Kingdom.

Rudolph, K. M., D. L. Hunter, W. J. Foreyt, E. F. Cassirer, R. B. Rimler, and A. C. S. Ward. 2003. Sharing of *Pasteurella* spp. between free-ranging bighorn sheep and feral goats. Journal of Wildlife Diseases 39:897–903.

Rudolph, K. M., D. L. Hunter, R. B. Rimler, E. F. Cassirer, W. J. Foreyt, W. J. DeLong, G. C. Weiser, and A. C. S. Ward. 2007. Microorganisms associated with a pneumonic epizootic in Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*). Journal of Zoo and Wildlife Medicine 38:548–558.

Scott, M. E. 1988. The impact of infection and disease on animal populations: implications for conservation biology. Conservation Biology 2:40–56.

Sells, S. N. 2014. Proactive management of pneumonia epizootics in bighorn sheep in Montana. Thesis, University of Montana, Missoula, USA.

Singer, F. J., M. E. Moses, S. Bellew, and W. Sloan. 2000a. Correlates to colonizations of new patches by translocated populations of bighorn sheep. Restoration Ecology 8(4S):66–74.

Singer, F. J., C. M. Papouchis, and K. K. Symonds. 2000b. Translocations as a tool for restoring populations of bighorn sheep. Restoration Ecology 8(4S):6–13.

Singer, F. J., L. C. Zeigenfuss, and L. Spicer. 2001. Role of patch size, disease, and movement in rapid extinction of bighorn sheep. Conservation Biology 15:1347–1354.

Singer, F. J., M. W. Miller, and L. C. Zeigenfuss. 2000c. Population growth, fecundity, and survivorship in recovering populations of bighorn sheep. Restoration Ecology 8(4S):75–84.

Shanthalingam, S., A. Goldy, J. Bavananthasivam, R. Subramaniam, S. A. Batra, A. Kugadas, B. Raghavan, R. P. Dassanayake, J. E. Jennings-Gaines, H. J. Killion, W. H. Edwards, J. M. Ramsey, N. J. Anderson, P. L. Wolff, K. Mansfield, D. Bruning, and S. Srikumaran. 2014. PCR assay detects Mannheimia haemolytica in either single or multiple pneumonic lung tissues of bighorn sheep (Ovis canadensis) from outbreaks in the western USA 2009–2010. Journal of Wildlife Diseases 50:1–10.

Spiegelhalter, D. J., N. G. Best, B. P. Carlin, and A. Van Der Linde. 2002. Bayesian measures of model complexity and fit. Journal of the Royal Statistical Society. Series B 64:583–639.

Steyerberg, E. W., A. J. Vickers, N. R. Cook, T. Gerds, M. Gonen, N. Obuchowski, M. J. Pencina, and M. W. Kattan. 2010. Assessing the performance of prediction models: a framework for some traditional and novel measures. Epidemiology 21:128–138.

Vickers, A. J., and E. B. Elkin. 2006. Decision curve analysis: a novel method for evaluating prediction models. Medical Decision Making 26:565–574.

Wehausen, J. D., S. T. Kelley, and R. R. Ramey. 2011. Domestic sheep, bighorn sheep, and respiratory disease: a review of the experimental evidence. California Fish and Game 97:7–24.

Wells, J. V., and M. E. Richmond. 1995. Populations, metapopulations, and species populations: what are they and who should care. Wildlife Society Bulletin 23:458–462.

Wild Sheep Working Group., 2012. Recommendations for domestic sheep and goat management in wild sheep habitat. Western Association of Fish and Wildlife Agencies, http://www.wildsheepworkinggroup.com/resources/publications/. Accessed 17 Jun 2013. .

Wobeser, G. A. 2006. Essentials of disease in wild animals. Blackwell, Ames, Iowa, USA.

Woodroffe, R. 1999. Managing disease threats to wild mammals. Animal Conservation 2:185–193.

Young, T. P. 1994. Natural die-offs of large mammals: implications for conservation. Conservation Biology 8:410–418.

*Associate Editor:* Terry Shaffer.

BLM_0050292

# Risk of Contact Analysis
# Between
# Bighorn and Domestic Sheep
# on the
# Fisher-Ivy/Goose Lake Domestic Sheep Grazing Allotment
### April 22, 2013
### Rio Grande National Forest
### Divide Ranger District



## TABLE OF CONTENTS

Introduction                                                                                            3
      Figure 1: Bar Graph of Suitable Acres for Grazing and Acres of Bighorn Habitat        3
      Why the Concern Now - Change in Conditions                                            4

History of the Fisher-Ivy/Goose Lake Domestic Sheep Allotment and Current Status                        7
      Table 1: Authorized Allotments and Duration of Grazing                                 7
      Figure 2: The Allotment Relative to the RGNF                                           8

History of the Weminuche Bighorn Sheep Herd and Current Status                                          9
      Figure 3: Sheep Allotments Within and Adjacent to the Weminuche Bighorn Herd           9
      Table 2: Weminuche Herd Population by GMU                                              11

      Population and Harvest Management                                                     11
      Table 3: Weminuche Herd 2012 License Allocation by GMU                                 11
      Table 4: History of Rams Harvested <1 Mile from the Allotment                          11

      Bighorn Sheep In and Near the Allotment (Core Herd Home Range)                        12
      Figure 4: Location of Rams Harvested and Mixed Group Observations                     13

      Bighorn Sheep Source Habitat in the Allotment                                         14
      Figure 5: Summer Source Habitat Map                                                   15
      Figure 6: Suitable for Grazing Map                                                    16
      Figure 7: Overlap Between Suitable for Grazing and Source Habitat Map                  17
      Table 5: Acres Suitable for Grazing and Acres of Source Habitat                       18

      Disease and Parasites                                                                 18

      Risks Involving Domestic Sheep                                                        19

Risk of Contact Model Background                                                                        19

Risk of Contact Model                                                                                   20

Risk Assessment Process – Four Step Outline                                                             21
      Figure 8: Bighorn Sheep Foray Probability Map                                         25

Model Summary                                                                                           28
      Table 6: Estimated Annual Contact Rate by Foray per Pasture outside the CHHR          28
      Table 7: Estimated Annual Contact Rate by Foray per Pasture within the CHHR           28
      Figure 9: Fisher-Ivy/Goose Lake Pasture Map                                           31
      Figure 10: Bar Graph of Herd Level of Contact Rate per Pasture                        32

Alternative Summary                                                                                     34
      Table 8: Summary for Alternative 1                                                    34
      Table 9: Summary for Alternative 2                                                    35

Literature Cited                                                                                        38

2

BLM_0050294

## INTRODUCTION

The Rio Grande National Forest is preparing an Environmental Assessment (EA) for the Fisher-Ivy/Goose Lake Domestic Sheep Grazing Allotment (FIG) with an expected completion date of late spring of 2013.

Known occurrences of Rocky Mountain bighorn sheep have been documented in portions of the FIG allotment where domestic sheep are currently authorized to graze.  Direct overlap exists between Core Herd Home Range (CHHR) for bighorn sheep and areas suitable for grazing by domestic sheep. Additional source (suitable) habitat extends into other areas of the allotment suggesting that bighorn sheep could easily travel or disperse into currently unoccupied, but suitable source habitat. The allotment consists of seven separate pastures.



Figure 1: Graph displaying the percentage of acres within each pasture suitable for domestic sheep grazing, the percentage within each pasture consisting of suitable summer source bighorn sheep habitat and the percentage of overlap between the two. The Ivy Basin, Goose Lake, Fisher Creek and Beautiful Mountain Pastures are all at least partially within the Bighorn Sheep Core Herd Home Range. Table 5, page 18, displays the actual acreages.

The risk of contact between foraying bighorn sheep and domestic sheep corresponds to the number of bighorn sheep in a herd, proximity of domestic sheep allotments, the distribution of bighorn sheep source habitats (suitable habitat) across the landscape, and the distance and frequency of bighorn sheep forays outside of the CHHR. As part of this analysis process, the Risk of Contact Model, prepared by the USDA Forest Service Bighorn Sheep Working Group 2013, was utilized to help evaluate bighorn sheep movements outside of the CHHR and the potential for risk of contact between Rocky Mountain bighorn sheep and domestic sheep pastures on the Fisher-Ivy/Goose Lake Sheep Allotment.

3

Rocky Mountain bighorn sheep are a Forest Service Region 2 Sensitive Species for which there are long-term population viability concerns.  Recent analysis of bighorn sheep populations on the Rio Grande National Forest indicate that potential interspecies contact occurs with domestic sheep. Disease transmission between domestic and bighorn sheep is considered a primary limiting factor in the long-term viability of local bighorn sheep herds (USDA Forest Service 2010a).

The purpose of this analysis is to profile the current and future viability of bighorn sheep populations on or adjacent to the FIG Allotment. The Risk of Contact Model provides the decision maker with an objective evaluation of foray probabilities and potential contact rates between bighorn sheep and the domestic sheep pastures within the allotment.

Two alternatives are being considered in the EA:

1). Alternative 1- No Grazing, the allotment would become vacant and
2). Alternative 2 – Current Grazing Management (See Table 1).

The decision maker will consider the results of the risk of contact analysis as one factor for consideration in the decision regarding future domestic sheep grazing on the FIG allotment. The Risk of Contact Model evaluates the probability and rates of contact resulting from bighorn sheep forays that intersect different pastures within the allotment. Evaluation regarding the potential for disease transmission and long-term viability of the bighorn sheep herd are based on the outcome of the contact analysis associated with each alternative.  Assumptions associated with disease transmission and effects on viability are based on available disease probabilities and literature regarding this subject (Foreyt 1990, George et. al. 2008, Besser et. al. 2012a and Besser et al. 2012b). The information in this reference represents the best available science regarding potential viability outcomes due to interspecies contact between bighorn sheep and domestic sheep.

<u>Why the Concern Now - Change in Conditions</u>

As discussed in the EA, the main concern brought forth during internal and external scoping is the potential for disease transmission given the risk of contact between domestic and bighorn sheep. Concerns regarding contact between domestic and bighorn sheep on the allotment have been expressed to the Rio Grande National Forest (RGNF) by Colorado Parks and Wildlife (CPW) and the San Juan National Forest (SJNF) for a number of years. These concerns have been especially elevated in recent years due to several factors including:

1) Rocky Mountain Bighorn Sheep were added to the Region 2 Sensitive Species List on June 8, 2007 (USDA Forest Service 2007). Although habitat degradation from fire suppression, highways, livestock grazing, and human disturbance is of concern, the

4

BLM_0050296

susceptibility of herds to extirpation as a result of diseases which may be transmitted by domestic sheep or goats appears to be the greatest threat.

The long history and continued substantial risk of disease epizootics, combined with small size and high degree of isolation of most herds, led to the conclusion that sensitive status was warranted in Region 2 (Beecham et. al 2007).

Sensitive species require a more in-depth analysis regarding their viability during planning. This includes thorough reviews and analyses of management actions that could affect populations of bighorn sheep or their habitat to ensure their viability and to preclude demographic trends that would result in the need for Federal listing.

2) Direction from the USDA Forest Service's Washington Office (USDA Forest Service 2011a) instructs Forests to conduct bighorn sheep risk assessments using a provided viability analysis outline. This analysis follows that outline. A follow-up letter from the USDA Rocky Mountain Regional Office containing additional information regarding Bighorn Sheep Analysis for NEPA Documents was also released (USDA Forest Service 2011b).

3) The Fisher-Ivy/Goose Allotment Term Permit/NEPA is outdated, with the last analysis being completed in 1977 through an Environmental Analysis Report (EAR).

4) The Weminuche Bighorn Sheep Herd has steadily increased over the past 26 years. Bighorn sheep are being observed in new places as they re-occupy historic ranges and fill in gaps between core use areas (Colorado Parks and Wildlife 2012).

5) A greater awareness and emphasis by agencies and the public regarding potential disease transmission.

6) A potentially greater number of bighorn sheep utilizing habitat both within and immediately adjacent to the allotment.  The Weminuche herd is currently estimated at 460 animals, is increasing, and is expected to continue to increase and expand into currently unoccupied suitable habitat.

7) The Final Bighorn Sheep Management Plan for the herd identifies it as a Tier 1, primary population in Colorado with plan objectives to manage the herd for an increasing population and expanded distribution within the herd unit. More information on what defines a Tier 1 primary population is discussed in the history of the Weminuche Bighorn Herd section.

8) Improved survey work by both CPW and the RGNF, which has resulted in updated information regarding domestic sheep use of the allotment and more accurate information on the number of bighorn in the area and their use of the allotment.

9) Bighorn sheep are regularly observed within the allotment (yearlong), primarily within the southern and western half of the allotment (See Figure 4).

5

BLM_0050297

10) The presence of mixed summer groups, groups of bachelor rams in the summer (including a group of 15 rams sighted twice in 2010), rams harvested in the fall and mixed groups in the winter, suggest that at least a portion of the allotment is used year-around by bighorn sheep. These use patterns were used in the identification of the Core Herd Home Range (CHHR).

11) Since 2004, four rams have been harvested either within the allotment or within close proximity to the allotment (<1/2 mile) with at least another 3 rams being harvested <2 miles from the allotment boundary (See Table 4 and Figure 4).

12) There is a lack of spatial and/or temporal separation between the two species. The two species graze within the same area (spatially) at the same time (temporally) during the summer particularly in the Ivy Ridge, Little Goose Lake and South River areas.

13) There are no effective landscape barriers preventing contact. Use by bighorn on the northern end of the allotment (Fisher Mountain) has not been documented and may partly be due to several small stands of conifers discouraging expansion by bighorn. Those conifers are now dead due to spruce beetle mortality and may no longer pose a barrier.

14) There is suitable but currently unoccupied bighorn sheep source habitat in the allotment with adequate connectivity existing throughout, particularly in the Fisher Mountain Pasture and the east side of the Beautiful Mountain Pasture (Figure 5).



Fisher Mountain Pasture

Unoccupied source habitat - 2.5 miles from the Core Herd Home Range.

6

## HISTORY OF THE FISHER-IVY/GOOSE DOMESTIC SHEEP ALLOTMENT and CURRENT STATUS



The Fisher-Ivy/Goose allotment is approximately 18,862 acres in size with the majority occurring within the Weminuche Wilderness. Of these acres, 19% or 3,508 are suited for domestic sheep grazing (Figure 6).

The present Fisher-Ivy/Goose Allotment is the result of consolidation of several allotments (the Ivy Allotment, Fisher Allotment and portions of the Goose Lake Allotment). These allotments were consolidated around 1961 (1977 EAR).

Earliest records regarding domestic sheep grazing on the allotments date back to at least 1927. The current permittee is authorized to graze up to 1,200 head of sheep from July 6 to September 18 on a two year on and two off grazing rotation system.

Sheep are trailed from Monte Vista along Highway 160, the North River Road, Highway 149, the Deep Creek Road, Middle Creek Road and the Ivy Creek Road - to a corral and basecamp near the northwest base of Fisher Mountain. The 45-50-mile trip is generally covered in 4 days. The route is reversed in the fall. Generally, there is one way on and one way off the allotment. Pasture sequence is then similar every year the allotment is grazed with the following pasture sequence; Fisher Mountain to Buck Park to Ivy Basin to Goose Lake to Beautiful Mountain. Figure 6 displays the various pastures and those areas of the allotment suitable for domestic sheep grazing.

The current Fisher-Ivy/Goose Allotment permittee is authorized to graze four separate sheep allotments on the district with the same band of sheep (Table 1). Two are higher elevation allotments (Fisher-Ivy/Goose Lake and Boot Mountain/Mesa Mountain) and two are lower elevation allotments (Pinyon and Indian head). The higher elevation allotments are each independently grazed for two years and then rested for two years in subsequent years. The lower elevation allotments are grazed yearly in most years. None of the other 3 allotments are within bighorn sheep source or occupied habitat (Core Herd Home Range).

Table 1: Authorized allotments and duration of grazing.

| ALLOTMENT | DURATION OF GRAZING |
|---|---|
| Fisher-Ivy/Goose Lake Allotment | July 6 – September 18; two years and then back to Boot |
| Boot Mountain/Mesa Mountain | June 26 – September 14; two years and then back to Fisher |
| Pinyon | September 15 – October 21 |
| Indianhead | Authorized for 24 days during February/March |

The Fisher-Ivy/Goose Allotment was last grazed in 2010. Due to concerns of contact with bighorn sheep, the permittee was instructed through his Annual Operating Instructions to graze his alternate allotment, the Boot Mountain/Mesa Mountain allotment in 2011 and 2012 instead of Fisher-Ivy/Goose Lake, until the appropriate NEPA analysis could be completed.

7

The Fisher-Ivy/Goose Lake Sheep Allotment is approximately 14 miles south of Creede, Colorado within Mineral County. The suitable domestic sheep grazing acres consist mainly of non-forested areas above timberline within the Weminuche Wilderness.



Figure 2: The allotment relative to the Rio Grande National Forest and Colorado.

8

BLM_0050300

## HISTORY OF THE WEMINUCHE BIGHORN SHEEP HERD RBS-20 and CURRENT STATUS

Bighorn sheep populations are defined as Data Analysis Units (DAUs) that consist of groupings of current Game Management Units (GMUs) that comprise relatively discrete subpopulations. Colorado Parks and Wildlife (CPW) has identified GMUs S15 (Sheep Mountain Herd), S16 (Cimmarona Peak Herd), and S28 (Vallecito Herd) as consisting of the Weminuche Bighorn Sheep Population – RBS 20. This DAU plan was finalized in February 2012 and approved by the Colorado State Parks and Wildlife Commission in April 2012. The three subpopulations are managed as one herd due to population connectivity throughout the DAU. For simplification purposes, the bighorn herd is hereafter referred to as the Weminuche Bighorn Herd. The subpopulation most involved with this analysis is referred to as S15.



Figure 3: Domestic Sheep Allotments Within and Adjacent to the Weminuche Bighorn Herd. Vacant Allotments include vacant, inactive, closed, forage reserve, or other.

The Weminuche herd was extirpated throughout most of its range by the late 1800's and early 1900's, attributed in part to overharvest, competition for forage with domestic livestock and disease introduced by livestock. Through regulated hunting and changes in land management, the population has slowly started to rebound. Bighorn sheep are being observed in new places as

9

BLM_0050301

they re-occupy historic ranges and fill in gaps between core use areas (Colorado Parks and Wildlife 2012).

The Weminuche Bighorn Herd is located in the San Juan Mountains in the southwest portion of Colorado. The United States Forest Service administers 95% of the land located within the Data Analysis Unit (DAU). The remaining 5% is private with a small amount of Colorado Parks and Wildlife lands. Elevations within the DAU range from 7,500 feet to over 13,000 feet. Most of the habitat within the DAU appears to be in good or excellent condition. Summer range is extensive. Winter range and lambing areas are more limited (Colorado Parks and Wildlife 2012).



Core Herd Home Range

Photo: S-15 photo taken from South River Peak at the southwest boundary of the Fisher-Ivy/Goose Allotment (Continental Divide) near the headwaters of Red Mountain Creek (RGNF) and the headwaters of the Piedra River (SJNF) looking south towards Sheep Mountain in the distance. The entire photo is all within S-15.

The S15 and S16 bighorn sheep herds are native herds that have never been supplemented with translocated bighorns. S28 received a transplant of 20 bighorn in January 1988. In August, physical contact was observed between the transplanted bighorn and domestic sheep when individuals of both species were observed grazing together. By September, all but one of the transplanted bighorn were dead (Colorado Parks and Wildlife 2012).

The current estimate for the Weminuche Population is 460 bighorn sheep. This estimate is based on CPW summer and winter helicopter surveys and ground counts conducted by CPW and Forest Service employees from the San Juan and Rio Grande National Forests. The population is currently performing extremely well as evidenced by the herds continued growth, and good lamb production and recruitment (Colorado Parks and Wildlife 2012). Observed lamb:ewe ratios are within 35-45:100. Age ratios obtained during the summer are similar to those from winter which indicates good lamb survival and the absence of a significant disease type which can limit population growth.

Bighorn sheep are being observed in new places as they re-occupy historic ranges and fill gaps between core use areas. There have been no documented die-offs in any of the Weminuche herd units with the exception of those animals transplanted into S28 in 1988. Table 2 shows the 2010 herd population estimate per GMU.

10

Table 2: Weminuche Herd Population by GMU.

| Game Management Unit and Subpopulation | Weminuche Bighorn Herd |
|---|---|
| S15 | 200 |
| S16 | 135 |
| S28 | 125 |
| TOTAL | 460 |

Tier 1 Primary Population Status

Based on the Colorado Bighorn Sheep Management Plan the Weminuche Bighorn Herd is designated a primary (Tier 1) core bighorn sheep population. Primary populations are regarded as those large, native populations comprised of one or more interconnected herds that have received few, if any, supplemental releases of Rocky Mountain bighorn sheep in the past. These populations likely represent those indigenous Rocky Mountain bighorn populations that have maintained the greatest genetic diversity and their ranges represent habitats where bighorn populations have best been able to persist in sizeable numbers despite various adversities (George et al. 2009).

The bighorn population of the Weminuche Herd is one of the largest indigenous populations in the state (Colorado Parks and Wildlife 2012). The Tier 1 designation places the population in the top priority for inventory, habitat protection and improvement, disease prevention, and research. As such, CPW considers the population to be among the most important bighorn herds in the state. For these reason, all available opportunities to reduce the potential for disease transmission from domestic sheep are recommended (George et. al. 2009).

*Tier 1 State Standing Definition:* >/= 100 animals for >/=90% of the years since 1986 and native populations comprised of one or more interconnected herds that have received few (<50 animals total), if any, supplemental releases of Rocky Mountain bighorn sheep in the past (George et al 2009).

**Population and harvest management**

Table 3 shows the 2012 license allocation by GMU. Ram hunting was allowed in the DAU beginning in 1953 and ewe hunting began in 2010. The 3 year average success rate for rams is 83% with the average age of harvested rams being 8.3 years. In 2010, the first year of ewe hunting, four hunters harvested three ewes.

Table 3: Weminuche Herd 2012 License Allocation by GMU

| | Ram | | Ewe | |
|---|---|---|---|---|
| GMU | Resident | Non-resident | Resident | Non-resident |
| S-15 | 4 | 1 | 1 | 1 |
| S-16 | 3 | 0 | 2 | 0 |
| S-28 | 2 | 0 | 0 | 0 |
| **DAU Total** | **9** | **1** | **3** | **1** |

11

A review of the CPW's Hunt Statistics Website, shows that since at least 2004, four rams have been harvested either within or in close proximity to the Fisher-Ivy/Goose Lake Allotment as shown in Table 4 and Figure 4.  Another 3 rams have been harvested <2 miles from the allotment to the south within S15. Figure 4 shows the location of rams harvested 2003-2012 and observations of mixed groups of bighorn 2008-2012 near the Fisher-Ivy/Goose Lake Domestic Sheep Allotment.

Table 4: History of Rams Harvested <1/2 mile from the Fisher-Ivy/Goose Lake Allotment (S15).

| YEAR | General Area | Distance from Allotment |
|------|--------------|-------------------------|
| 2004 | Ivy Creek | Within the Allotment |
| 2010 | Red Mountain Creek | <1/4 mile |
| 2011 | Red Mountain Creek | <1/2 mile |
| 2011 | South River Peak | <1/2 mile |

### Bighorn Sheep in and near the Fisher-Ivy/Goose Lake Sheep Allotment (Core Herd Home Range).



2011 Harvested Ram
Red Mountain Creek
S15
<1/2 mile from the allotment.

Mixed groups (rams, ewes, and lambs) have all been observed foraging in the subalpine and alpine slopes along Ivy Ridge northward to the headwaters of Ivy Creek.  A ram was harvested in 2004 at the head of Ivy Creek within the allotment.  Three other rams have been harvested immediately adjacent to the allotment.  Bighorn sheep are also known to graze the slopes and benches between Goose Lake and Little Goose Lake.  Bighorn sheep use is considered heavy in the South River Peak Area and Little Goose Lake. Bighorn have not been documented in Fisher Mountain or in the Beautiful Mountain eastern vicinity although suitable habitat exists.  A winter flight in 2010, located bighorn sheep wintering in the South River Peak area.  The presence of mixed summer groups, groups of bachelor rams in the summer, rams harvested in the fall and mixed groups in the winter, all suggest that the area is used year-around by bighorn sheep and is part of the core herd home range (CHHR).



2012 Harvested Ram
Sawtooth Mountain
S15
~4 miles from the allotment.

In 2010, field surveys by the RGNF and CPW counted 30 unduplicated individual bighorn sheep within and immediately adjacent to the allotment with most bighorn being documented from South River Peak northwards along Ivy Ridge towards and across from Goose Lake.

The bighorn locations in Figure 4 are from CPW's 2003-2012 ram harvest data, 1/11/11 CPW flight survey, 2008 ground count by CPW and the SJNF, 8/5/12 CPW flight survey and observations by Rio Grande NF personnel 2010-2012.

12



Figure 4:  Locations of hunter reported - rams harvested 2003-2012 and observations of mixed groups of bighorn 2008-2012 near the Fisher-Ivy/Goose Lake Domestic Sheep Allotment.

13

**Bighorn Sheep Source Habitat in the Fisher-Ivy/Goose Allotment**

Within and immediately adjacent to the allotment, bighorn sheep habitat is present on the steep subalpine and alpine slopes along Ivy Ridge northward and at the headwaters of Ivy Creek. Bighorn sheep habitat is present on the benches and slopes between Goose Lake and Little Goose Lake along with Beautiful Mountain. All of South River Peak provides bighorn sheep habitat. Fisher Mountain and the alpine slopes encompassing Beautiful Mountain are also classified as Bighorn Sheep source habitat. Approximately 49% of the allotment is considered to be source habitat. See Figure 5 and Table 5.

Bighorn sheep source habitat in the allotment is well connected. Habitat connectivity increases opportunities for bighorn dispersal across the area, increasing the potential for bighorn to come into contact with domestic sheep within the allotment. Habitat along the Continental Divide serves as a natural linkage that facilitates interaction of bighorn sheep within S15.



Domestic sheep on the west side of Fisher Mountain 2010.



Bighorn Sheep west side of South River Peak 2011.

West side of Ivy Ridge. Main drainage in the foreground is Red Mountain Creek. Note: Many observations of bighorn are made from this site (Copper Ridge) which limits sightings to the west side of the allotment and is reflected in Figure 4.



Big Goose and Little Goose Lakes are on the other side of this ridge – Ivy Ridge.

S. River Peak

Bighorn Sheep 2010

14

BLM_0050306



Figure 5: Bighorn Sheep summer source habitat map (9,304 acres or 49% of the allotment) within the Fisher-Ivy/Goose Allotment and Core Herd Home Range (CHHR).

15



Figure 6: Suitable for domestic sheep grazing pasture map (3,508 acres or 19% of the allotment) and Core Herd Home Range (CHHR).

16

BLM_0050308



Figure 7: Overlap between suitable for grazing and bighorn sheep source habitat and Core Herd Home Range (73% Overlap).

17

BLM_0050309

| Pasture | Distance from BHS Core Herd Range | Total Pasture Acres | Suitable Domestic Sheep Grazing Acres and Percentage of the Pasture | Suitable BHS Source Habitat Acres and Percentage of the Pasture | Acres and Percent of Overlap Between Suitable Grazing Acres and Source Bighorn Sheep Habitat. |
|---|---|---|---|---|---|
| Ivy Creek | 1.5 miles | 2,395 | 224 (9%) | 386 (16%) | 74 acres or 33% (ie. 74 acres out of 224 acres of suitable grazing land overlaps with BHS Habitat. |
| Fisher Mountain | 2.5 miles | 3,557 | 899 (25%) | 2,031 (57%) | 670 acres or 75% |
| Buck Park | 1 mile | 1,747 | 774 (44%) | 790 (45%) | 544 acres or 70% |
| Fisher Creek | In CHHR | 2,384 | 126 (5%) | 869 (36%) | 44 acres or 35% |
| Ivy Basin | In CHHR | 2,918 | 144 (5%) | 1,371 (47%) | 103 acres or 72% |
| Goose Lake | In CHHR | 1,683 | 568 (34%) | 1,019 (61%) | 522 acres or 92% |
| Beautiful Mountain | In CHHR | 4,178 | 775 (19%) | 2,838 (68%) | 602 acres or 78% |
| ALLOTMENT | In CHHR | 18,862 | 3,508 (19%) | 9,304 (49%) | 2,559 acres or 73% |

Table 5: Table displaying the distance from each pasture from the CHHR, suitable acres for grazing, acres of bighorn source habitat and the percentage of overlap.

## Disease and Parasites

Several diseases can occur in bighorn sheep. At one time mange was found in Colorado and was detrimental to wild sheep. It has not been seen in wild sheep for several decades which may be accredited to the control of the disease in livestock. Bluetongue virus, epizootic hemorrhagic disease virus, contagious ecthyma, infectious keatoconjunctivitis and paratuberculosis occasionally occur in bighorn populations but do not appear to cause large-scale die offs that limit populations. There are not records of these diseases in the Weminuche herd (Colorado Parks and Wildlife 2012).

Lungworms (*Dictyocaulus* spp) were once thought to be a limiting factor to bighorn populations. In 1953 and 1954 lung tissue was collected and lungworms were found in bighorns in S-15 and S-16. Today's belief is that lungworms are a natural parasite of bighorn sheep and do not appear to compromise the overall health of bighorn sheep at typical levels of infection (George et al. 2009). However other diseases such as *Pasteurella* can be aggravated by lungworms increasing the chance of pneumonia and death.

BLM_0050310

Pneumonia caused by *Pasteurellaceae* is considered the most virulent disease impacting bighorn sheep today. It can result in an all age die-off followed by suppressed lamb recruitment up to several decades. Precautionary measures to prevent the spread of *Pasteurella* include spatial and temporal separation of domestic sheep from bighorn sheep and refraining from translocating bighorns from other areas into the population. Prevention is truly the best measure because there is no known way to purge *Pasteurella* once it becomes established in a bighorn population without depopulating all herd members. Survivors become carriers of the disease and serve as a source of infection for other animals in the same herd or other populations through natural movements or translocations.

## Risks Involving Domestic Sheep

Mortality and depressed recruitment resulting from pathogens introduced by domestic livestock are regarded as the limiting factor for bighorn sheep in Colorado (George et al. 2009).  A recent analysis on the RGNF, also conclude the same for local bighorn sheep herds (USDA Forest Service 2010a).  Disease transmission by domestic sheep is the primary concern for the Weminuche herd (Colorado Parks and Wildlife 2012).

Research has demonstrated that stains of *Pasteurellaceae* can be transmitted from domestic sheep to bighorn sheep, leading to pneumonia and death (Lawrence et al. 2010) and that in some cases exposure has led to large scale bighorn sheep mortality affecting all age and sex classes, followed by a long period of depressed lamb recruitment (George et al. 2008). Obviously this can be devastating to bighorn population recovery efforts. Spatial and temporal separation of domestic and bighorn sheep is considered the best management practice to prevent bighorn sheep from acquiring this deadly disease (Wild Sheep Working Group, 2012). Separation has already been achieved for a large portion of the DAU.  Adjacent vacant allotments on the Pagosa Ranger District of the San Juan National Forest have been recently closed and provide protected and suitable habitat conditions on the west side of the Continental Divide for sustained population growth.

On the east side of the Continental Divide, the Fisher-Ivy/Goose Lake Sheep Allotment remains as the only active domestic sheep allotment within the Weminuche Herd Unit (See Figure 3). Potential for disease transmission, specifically *Pasteurella,* from domestic sheep to the Weminuche bighorn herd has been a concern at this location (Colorado Parks and Wildlife 2012).

## RISK OF CONTACT MODEL BACKGROUND

In response to bighorn sheep population viability concerns, the USDA Forest Service Bighorn Sheep Working Group and Critegen helped developed a methodology for calculating the probability and rates of contact between bighorn sheep and active domestic sheep allotments. The resulting Risk of Contact Model provides a geospatial desktop application for use by field unit wildlife biologists and resource managers.  Methods implemented by the Model provide a framework for addressing the potential for contact and inferences for disease transmission for use in Forest and project planning efforts and developing bighorn sheep conservation measures on public land.

19

The Model utilizes bighorn sheep core herd home range (CHHR) information, a suitable source habitat model, and active domestic sheep allotments to calculate the probabilities that rams and ewes will leave a CHHR (forays) and contact domestic sheep allotments. The output also displays the rates of contact with the allotments. The CHHR is either generated by the Model based on user-supplied telemetry or observation points, or provided by the user as a polygon delineated using local expert knowledge.

Extensive scientific literature supports the relationship between disease in bighorn sheep populations and contact with domestic sheep. Field observations have associated bighorn sheep respiratory disease events subsequent to observations of wild sheep in close proximity to domestic sheep. This has been documented in numerous independent research efforts. Research results provide strong evidence that bighorn sheep have a high probability of contracting fatal pneumonia following contact with domestic sheep. Consequently, many Federal land management agencies and State wildlife managers recommend separation of ranges by bighorn and domestic sheep.

Disease transmission between domestic and bighorn sheep remains an issue for many National Forest and BLM units in the western United States. In August of 2011, a four-step approach to risk assessment and viability analysis was outlined by the Deputy Chief of the Forest Service to minimize the potential for disease transmission through interaction between bighorn and domestic sheep. Forests require a strategy and consistent analysis tools to assess the potential contribution of Forest Service active domestic sheep allotments to bighorn sheep disease events (USDA Forest Service, Risk of Contact Model 2013).

Biological considerations of the Risk of Contact Model
-Even one interspecies contact can result in a bighorn herd die-off.
-Increased contact rates between the species increases the likelihood of a disease outbreak event.
-Bighorn sheep carry out occasional exploratory movements (aka forays).

Management considerations of the Risk of Contact Model
-No vaccines available.
-Treatment of infected animals is difficult and ineffective.
-Minimizing contact and separating the species are key goals.

## RISK OF CONTACT MODEL

The sequence of events by which a disease outbreak could result from contact between a bighorn sheep and a domestic sheep in an active allotment located outside of bighorn sheep home range can be broken down into a number of steps. First, to reach an occupied allotment, a bighorn sheep must (1) leave the CHHR; (2) travel far enough to reach the allotment; and (3) intersect the allotment. For disease transmission to occur, the bighorn must (4) come into contact with domestic sheep in the allotment and (5) contract the disease from domestic sheep. Finally, for an outbreak to affect the animal's home herd, the infected bighorn sheep must (6) return to the CHHR and (7) transmit the disease to other members of the herd. Parts of the FIG allotment are with the CHHR, i.e steps 1-3 and 6 do not need to occur.

20

The risk of contact model delineates areas where most animals in each herd spend most of their time. Such areas are designated as the Core Herd Home Range (CHHR). The foray analysis examines how frequently and at what season foray movements occur, as well as how far beyond the CHHR animals are likely to travel, relative to the amount and connectivity of suitable bighorn sheep habitat. Together, the habitat, CHHR, and foray models (along with bighorn herd size and ratio of rams:ewes) are used to estimate the probability that a ewe or a ram in a particular herd will reach an allotment in a given year (USDA Forest Service, Risk of Contact Model). Based on these probabilities, the rate of contact to the allotment by individual rams and ewes and the bighorn sheep herd as a whole can be calculated.

## RISK ASSESSMENT PROCESS – FOUR STEP OUTLINE

"The relationship between bighorn sheep population viability and domestic sheep grazing on National Forest System lands continue to be an important wildlife and range management issue facing the Forest Service on western rangelands." (USDA Forest Service 2011a).



Goose Lake Pasture

Within the Core Herds Home Range

"Where management objectives include maintenance or enhancement of bighorn sheep populations, the potential for disease transmission from domestic sheep/goats to bighorn sheep must be addressed. To meet these objectives, forests must conduct a bighorn sheep risk assessment." (USDA Forest Service 2011a).

"Our viability analyses should be based upon current scientific information and coordination with States taking into consideration state wildlife plans. Where viability assessments indicate a high likelihood of disease transmission and a resulting risk to bighorn sheep population viability across the forest, the goal of spatial and/or temporal separation between domestic sheep/goats and bighorn sheep is the most prudent action we can use to manage risk of disease transmission". (USDA Forest Service 2011a).

21

**Factors Considered in the Risk Assessment Process** (August 19, 2011 Washington Office National Direction on addressing potential implications of disease transmission from domestic sheep/goats to bighorn sheep).

The following 4-step outline *(Bighorn Sheep Analysis for NEPA Documents 2011)* for conducting an analysis for bighorn sheep viability was used to assist in helping to determine qualitative risk between domestic sheep and bighorn on the Fisher-Ivy/Goose allotment.

1. **Gather applicable data and information from appropriate sources.**

- In all NEPA analysis regarding bighorn sheep viability, coordinate with state fish and game agencies and consider state wildlife management plans for bighorn sheep.

➢ Identify seasonal bighorn sheep occupied habitats (to infer Core Herd Home Range areas).

✓ Completed - Occupied habitat (Core Herd Home Range areas/overall range) maps were provided by CPW. Observations of bighorn were then used to develop a more accurate picture of Core Herd Home Range (CHHR) areas for this analysis.

✓ Completed - Coordination with CPW Terrestrial Biologists and District Wildlife Managers has occurred throughout the risk analysis process. Both the Colorado Bighorn Sheep Management Plan (George et al 2009) and the Final Bighorn Sheep Management Plan for the Weminuche Bighorn Herd 2012 were reviewed and considered for this analysis.



Fisher Mtn Pasture

Unoccupied source habitat; 2.5 miles from the CHHR.

➢ Consider objectives for critical/core and non-critical/core herds.

✓ Completed - Based on the Colorado Bighorn Sheep Management Plan and the Final Bighorn Sheep Management Plan, the Weminuche Herd is identified as a Tier 1, primary population - the highest ranking for a Colorado bighorn herd. Tier 1 populations should be given priority for inventory, habitat protection and improvement, disease prevention and research (George et. al. 2009).

BLM_0050314

2.  **Assess spatial and temporal overlap of bighorn sheep core herd home ranges with domestic sheep allotments, use areas, and driveways using, but not limited to:**

- Maps showing suitable (occupied and unoccupied) bighorn sheep habitat (including suitable source bighorn sheep summer habitat).

- Maps showing habitat connectivity between bighorn sheep Core Herd Home Ranges and domestic sheep allotments, use areas, and driveways (if information is available).

- Distances between bighorn sheep Core Herd Home Ranges and domestic sheep allotments, use areas and driveways (if information is available).

✓  Completed – Based on the Model, all areas surrounding the CHHR were assigned to one of three habitat classes – source (suitable) habitat, connectivity areas and non-habitat. The criteria for source habitats include factors such as escape terrain, horizontal visibility, water sources, lambing areas, and summer range. Connectivity areas do not meet source habitat criteria, but are located within 350 meters of source habitat or 525 meters if between two areas of source habitat (such as a meadow area between two canyons). Areas of non-habitat do not meet those criteria and are located more than 350 meters from source habitat.  All habitat areas can be quantified within a radius consisting of one-kilometer bands surrounding the CHHR.

- The proportion of rams/ewes within the bighorn sheep population that foray (travel) outside of the CHHR and the distances they foray.

    Bighorn sheep make occasional long-distance movements beyond their CHHR. Singer et. al. (2001) called these movements, forays and defined them as any short-term movement of an animal away from and back to its herd's CHHR. This life-history trait can put bighorn sheep at risk of contact with domestic sheep, particularly when source habitats are well connected and overlap with domestic sheep use areas, even when domestic sheep use is outside of CHHR areas.

✓  Completed – Because foray information is lacking for bighorn sheep herds on the Rio Grande NF, this analysis uses the default value in the Risk of Contact Model. This default value is 14.1% for rams and 1.4% for ewes, indicating that any given ram and ewe has a 14.1% and 1.5%, respectively, of making a foray during the summer season outside of the CHHR. Based on known bighorn sheep preferences for each of the three habitat classes, the model estimates the proportion of rams and ewes reaching each one kilometer band outside of the CHHR. The model estimates this proportion out to 35 kilometers (21 miles) which incorporated the extent of most forays throughout the western United States. This risk of contact between dispersing bighorn sheep and domestic sheep is related to the number of bighorn sheep in a herd (particularly rams), proximity of domestic sheep allotments to a bighorn sheep CHHR, distribution of bighorn sheep suitable source habitat across the landscape, and frequency and distance in 1 km bands of bighorn sheep forays outside of the CHHR (USDA Forest Service, Risk of Contact Model).

23

BLM_0050315

Three separate GMUs or subpopulations make up the Weminuche Bighorn Herd. Of these subpopulatons, S15 is within the boundary of the Fisher-Ivy/Goose Lake Sheep Allotment and it is this subpopulation that is used in the analysis. Bighorn from S15 are most likely to come into contact with domestic sheep on the FIG allotment. A disease event originating in S15, could then spread throughout the entire Weminuche Herd due to the interconnecting habitat among the three subpopulations.

The number of bighorn in S15 is estimated at 200 individuals (Colorado Parks and Wildlife 2012). Because herd sex ratio information is lacking for bighorn sheep herds on the Rio Grande NF, this analysis uses the default value of 35:65 for rams and ewes as built into the Rick of Contact Model. This results in an estimated sex ratio of 70 rams and 130 ewes for S15. Based on this information, the Model then estimates the probability and rate of contact to the allotment. The results of this analysis for the Fisher-Ivy/Goose Lake Allotment on a pasture basis are displayed in Tables 6 and 7 on page 28. A visual display of the probability of foray is displayed in Figure 8.



Buck Park Pasture

Connectivity Area between the CHHR and currently unoccupied source habitat in the Fisher Mountain area.

BLM_0050316



Figure 8. Bighorn Sheep Foray Probability
Fisher-Ivy/Goose Lake Sheep Allotment
Rams and Ewes

The Risk of Contact Model assumes that any allotment which intersects the CHHR will result in contact. Direct overlap between the CHHR and an allotment assumes a 100% probability of contact with the allotment.

For the Fisher-Ivy/Goose Lake Allotment, the Model was used on a per-pasture basis to determine the rate of contact to each specific pasture and the allotment as a whole. Additionally, running the model on a pasture basis provides the ability to examine if any potential exists to graze individual pastures as a separate alternative.

BLM_0050317

**3**. <u>**Assess likelihood and rate of contact based on spatial and temporal overlap between allotments and bighorn sheep herds.**</u>

   ✓  <u>Completed - Likelihood of Contact</u>

The Risk of Contact Model provides the probability that forays will intersect a given allotment (or pasture, in this analysis) and the total annual rate of contact to the allotment (pasture).  The total herd contact rate (i.e. aggregate rate of both rams and ewes) is the most important output of the analysis. More frequent contacts pose a higher likelihood of BHS contracting respiratory disease from domestic sheep, returning to the CHHR and initiating a disease outbreak in the CHHR.  The Model represents the best available science regarding potential disease transmission and resultant long-term viability of bighorn sheep herds.  Interpretation of the model is based on a range of probabilities of effective contact (i.e. a contact resulting in a disease transmission), and a subsequent herd-level outbreak, given cohabitation of bighorn sheep and domestic sheep in an open allotment or pasture.

On the RGNF, four herds are still experiencing lingering effects (low lamb recruitment) of past disease events dating back to the mid 1990's (See Other Herds Section). Of the four herds, only one is demonstrating slight recovery from dramatic die-off-nearly 20 years ago. The other three herds are stagnant or continue to decline in numbers reaching the point that herd persistence is unlikely (<30 animals).  A conservative recovery rate based off of past disease events involving RGNF bighorn herds is a minimum of 25 years between disease events and eventual recovery. Numerous occurrences of bighorn sheep herds experiencing a dramatic die-off followed by lengthy periods of poor lamb recruitment are documented in the literature (Foreyt 1990, Besser et. al 2012a and George et. al 2008).

Disease outbreaks of every 25 years or less would result in a bighorn sheep population that is constantly being exposed to ongoing disease transmission and resultant outbreaks.  Initially, the population would most likely suffer an all age die-off followed by low lamb recruitment for an extended period of time. The herd may slowly start to rebuild by the end of the first two decades following the initial die-off but will soon (<25 years) experience another disease outbreak resulting in a cycle of dramatic die-offs followed by slow population rebuilding. The population would likely be extirpated as a result of consistent exposure to disease in time.

A disease event occurring within a bighorn herd every 25 years or less would result in a High Risk to bighorn sheep long term viability and a Low Probability of Population Persistence.

BLM_0050318

**4. Identify management practices with the goal of separation between domestic and bighorn sheep where necessary to provide for Forest-wide bighorn sheep viability.**

In this instance, implementing effective management practices with the goal of separating domestic and bighorn sheep is unlikely.  Bighorn (CHHR) and domestic sheep (Fisher-Ivy/Goose Lake Sheep Allotment) currently overlap both spatially and temporally. Unoccupied source bighorn habitat within the allotment is well connected.

This analysis utilizes recent disease transmission information as a reference to better inform the outcome of each alternative in regards to their likelihood of providing for the long-term viability of bighorn sheep in S15 and the Weminuche Bighorn Herd as a whole. For this analysis, we assume a moderate probability that a contact will result in a disease transmission event.  In this case, a moderate probability is defined as 0.25%, or 1 out of every four contacts.  We believe that this is a conservative estimate given the recent literature published on this subject (Besser et. al. 2012a and b). Based on these assumptions, the disease intervals for each pasture would range from less than 4 years to 22 years (Tables 6 and 7). Bighorn sheep on the allotment as a whole are expected to be continually exposed to potential disease transmission due to a yearly contact rate of over 1 contact every year the allotment is grazed. These rates are expected to result in frequent disease return intervals and subsequent impacts to the long term viability of the Weminuche Bighorn Herd.

Effectiveness of management practices designed to reduce risk of association are not proven and should not be solely relied upon to achieve effective separation, particularly for high risk situations, such as the FIG allotment, in which direct overlap between domestic and bighorn sheep is occurring.  Project design criteria (PDC's) to help minimize contact (under Alternative 2, Continued Grazing) are displayed in Table 2.5-1 of the EA, along with brief statements indicating the probability of success for each PDC.

"Where viability assessments indicate a high likelihood of disease transmission and a resulting risk to bighorn sheep population viability across the forest, the goal of spatial and/or temporal separation between domestic sheep/goats and bighorn sheep is the most prudent action we can use to manage risk of disease transmission" (USDA Forest Service 2011a).

27

**MODEL SUMMARY**
S15 Herd Size – 200 bighorn.
Ram: Ewe Ratio – 35:65 (70 rams and 130 ewes); Foray Rates: 14.1% for rams and 1.5% ewes.
Disease Contact: 1 in every 4 contacts (0.25 probability) = a potential subsequent disease event.

Table 6: Estimated Annual Contact Rate by Foray per Pasture <u>Outside of the CHHR</u>.

| Pasture | Single Ram Contact Rate (1) | Single Ewe Contact Rate (2) | Aggregate Contact Rate for Rams (3) | Agg. Contact Rate for Ewes (4) | Total Herd Contact Rate (5) and Risk Rating | Comments (expected disease return intervals assuming that 1 out of 4 contacts with the allotment results in a disease transmission event that results in a disease outbreak). |
|---|---|---|---|---|---|---|
| Ivy Creek | 0.002328 (0.23%) | 0.000131 (0.01%) | 0.16 | 0.02 | .18 | 1/.18 = Contact every 5.6 years; every 4th contact x 5.6 = 22 years between potential disease event interval. |
| Fisher Mountain | 0.009360 (0.93%) | 0.000475 (0.05%) | 0.66 | 0.06 | .72 | 1/.72 = Contact every 1.4 years; every 4th contact x 1.4 = 5.6 years potential disease event interval. |
| Buck Park | 0.004780 (0.47%) | 0.000321 (0.03%) | 0.33 | 0.04 | .37 | 1/.37 = Contact every 2.7 years; every 4th contact x 2.7 = 11 years potential disease event interval. |

Table 7: Estimated Annual Contact Rate by Foray per Pasture <u>Within the CHHR</u> and the Allotment.

| Pasture | Single Ram Contact Rate (1) | Single Ewe Contact Rate (2) | Aggregate Contact Rate for Rams (3) | Agg. Contact Rate for Ewes (4) | Total Herd Contact Rate (5) and Risk Rating | Comments (expected disease return intervals assuming that 1 out of 4 contacts with the allotment results in a disease transmission event that results in a disease outbreak). |
|---|---|---|---|---|---|---|
| Fisher Creek | (100%) + | (100%) + | 1.0 + | 1.0 + | 1.0 + | Contact is expected every year the pasture is grazed. A potential disease event could occur approximately every 4 years. |
| Ivy Basin | (100%) + | (100%) + | 1.0 + | 1.0 + | 1.0 + | Contact is expected every year the pasture is grazed. A potential disease event could occur approximately every 4 years. |
| Goose Lake | (100%) + | (100%) + | 1.0 + | 1.0 + | 1.0 + | Contact is expected every year the pasture is grazed. A potential disease event could occur approximately every 4 years. |
| Beautiful Mountain | (100%) + | (100%) + | 1.0 + | 1.0 + | 1.0 + | Contact is expected every year the pasture is grazed. A potential disease event could occur approximately every 4 years. |
| FIG Allotment | (100%) + | (100%) + | 1.0 + | 1.0 + | 1.0 + | Contact is expected every year the allotment is grazed. A potential disease event could occur approximately every 4 years. Bighorn could potentially be exposed to disease on a continued basis. |

28

Example: Using the Fisher Mtn. Pasture.

(1) <u>Single Ram Contact Rate: Annual/Seasonal probability that any given ram will leave its Core Herd Home Range (CHHR) and contact this pasture.</u>

   <u>Fisher Mtn. Example:</u> There is a 0.93% probability that any given ram will leave the S15 herd's CHHR and contact this pasture each year/season.

(2) <u>Single Ewe Contact Rate: Annual/Seasonal probability that any given ewe will leave its Core Herd Home Range (CHHR) and contact this pasture.</u>

   <u>Fisher Mtn. Example:</u> There is a 0.05% probability that any given ewe will leave the S15 herd's CHHR and contact this pasture each year/season.

(3) <u>Aggregate Contact Rate for Rams: Expected number of rams contacting the pasture each year/season.</u>

   <u>Fisher Mtn. Example:</u> Based on the number of rams (70) and their individual contact probabilities (0.93%), it is estimated that S15 rams will foray from the CHHR and make contact with this pasture at a rate of 0.66 times per season. In other words, contact with the Fisher Mtn Pasture by a foraying ram is expected once every 1.5 years (=1/0.66).

(4) <u>Aggregate Contact Rate for Ewes: Expected number of ewes contacting the pasture each year/season.</u>

   <u>Fisher Mtn. Example:</u> Based on the number of ewes (130) and their individual contact probabilities (0.05%), it is estimated that S15 ewes will foray from the CHHR and make contact with this pasture at a rate of 0.06 times per season. In other words, contact with the Fisher Mtn Pasture by a foraying ewe is expected once every 16 years (=1/0.06).

(5) <u>Total Herd Contact Rate: Average number of adult bighorn sheep (rams plus ewes) expected to foray from the CHHR and contact this pasture each year/season.</u>

   <u>Fisher Mtn. Example:</u> Based on the aggregate ram and ewe contact rates (0.66 and 0.06 contacts/year respectively), it is expected that a bighorn sheep will foray from the CHHR and make contact with this pasture at a rate of 0.72 times per year/season. In other words, contact with the Fisher Mtn. Pasture by foraying bighorn sheep is expected to occur approximately every 1.4 years the pasture is grazed for a disease interval of every 5.6 years, assuming that every 1 in 4 contacts (0.25% probability) will result in disease transmission.

BLM_0050321